# TRITON ENVIRONMENTAL, INC.

**Exhibit D**

November 15, 2002

Mr. Gary Rose
Director - Air Bureau
Connecticut DEP
79 Elm Street
Hartford, CT 06106

RE: Air Permit Transfers from Northeast Petroleum to Motiva
Motiva Enterprises, LLC – New Haven, CT Terminal
481 East Shore Parkway, New Haven, CT

Dear Mr. Rose:

Triton Environmental, Inc. (Triton) is providing this letter on behalf of Motiva Enterprises, LLC (Motiva) to the Connecticut Department of Environmental Protection (CT DEP) regarding air permits for Motiva's New Haven terminal at 481 East Shore Parkway. Motiva purchased the New Haven bulk petroleum terminal in May, 2000 from Northeast Petroleum (NEP), Division of Cargill, Inc. During the transfer process, Motiva requested that air permits and registrations associated with the above referenced terminal be transferred from NEP. The air permits are identified by Permit Numbers 117-0135, 117-0136, 117-0137, 117-0138, and 117-0139.

CT DEP granted the request to transfer the permits and issued the permits in Motiva's name. However, during a recent review by Motiva of the terminal's air permits, it was determined that older versions of the permits previously held by NEP were taken from CT DEP's records and issued to Motiva. Specifically, versions of the permits issued in 1989 and 1991 were submitted to Motiva as transferred permits instead of the more recent permits held by NEP that had been issued in 1992 and 1995. We understand that compliance with the most recent permit conditions, i.e. 1992 and 1995, are the allowable limits for the terminal. However, to avoid future confusion, Motiva is requesting that the CT DEP identify Motiva as receiving the transferred permits that had been issued to NEP in 1992 and 1995. As this is a clerical error, we understand that there will be no fee associated with requesting the transfer of the most recent version of the permits to Motiva.

If you have any questions or comments, please contact me or Michael Weinmayr at (203) 458-7200.

Sincerely,

Paul Simonetta, CHMM
Senior Project Manager

BUREAU OF AIR MANAGEMENT
NEW SOURCE REVIEW/TITLE V

NOV 2 0 2002

cc: Mr. Dave Bier, Motiva
Mr. Bill Bergreen, Motiva
Ms. Lidia Howard, CT DEP ✓

ID # _____

Ref. No. 101440 L01

741 Boston Post Road, Suite 101, Guilford, CT 06437
Phone: (203) 458-7200  Fax: (203) 458-7201