# FILED UNDER SEAL

DEP SPECIFICATION

# METOCEAN DATA ACQUISTIONDATA REQUIRMENTS FOR PROJECTS AND REAL-TIME SYSTEMS

DEP 37.00.10.11-Gen.

Draft: September 2017

ECCN EAR99

**DESIGN AND ENGINEERING PRACTICE**

## DEM1



© 2017 Shell Group of companies

All rights reserved. No part of this document may be reproduced, stored in a retrieval system, published or transmitted, in any form or by any means, without the prior written permission of the copyright owner or Shell Global Solutions International BV.

This document contains information that is classified as EAR99 and, as a consequence, can neither be exported nor re-exported to any country which is under an embargo of the U.S. government pursuant to Part 746 of the Export Administration Regulations (15 C.F.R. Part 746) nor can be made available to any national of such country. In addition, the information in this document cannot be exported nor re-exported to an end-user or for an end-use that is prohibited by Part 744 of the Export Administration Regulations (15 C.F.R. Part 744).

Exhibit
1015

22nd Dec 2022

## PREFACE

DEP (Design and Engineering Practice) publications reflect the views, at the time of publication, of Shell Global Solutions International B.V. (Shell GSI) and, in some cases, of other Shell Companies.

These views are based on the experience acquired during involvement with the design, construction, operation and maintenance of processing units and facilities. Where deemed appropriate DEPs are based on, or reference international, regional, national and industry standards.

The objective is to set the standard for good design and engineering practice to be applied by Shell companies in oil and gas production, oil refining, gas handling, gasification, chemical processing, or any other such facility, and thereby to help achieve maximum technical and economic benefit from standardization.

The information set forth in these publications is provided to Shell companies for their consideration and decision to implement. This is of particular importance where DEPs may not cover every requirement or diversity of condition at each locality. The system of DEPs is expected to be sufficiently flexible to allow individual Operating Units to adapt the information set forth in DEPs to their own environment and requirements.

When Contractors or Manufacturers/Suppliers use DEPs, they shall be solely responsible for such use, including the quality of their work and the attainment of the required design and engineering standards. In particular, for those requirements not specifically covered, the Principal will typically expect them to follow those design and engineering practices that will achieve at least the same level of integrity as reflected in the DEPs. If in doubt, the Contractor or Manufacturer/Supplier shall, without detracting from his own responsibility, consult the Principal.

The right to obtain and to use DEPs is restricted, and is typically granted by Shell GSI (and in some cases by other Shell Companies) under a Service Agreement or a License Agreement. This right is granted primarily to Shell companies and other companies receiving technical advice and services from Shell GSI or another Shell Company. Consequently, three categories of users of DEPs can be distinguished:

1)   Operating Units having a Service Agreement with Shell GSI or another Shell Company. The use of DEPs by these Operating Units is subject in all respects to the terms and conditions of the relevant Service Agreement.

2)   Other parties who are authorised to use DEPs subject to appropriate contractual arrangements (whether as part of a Service Agreement or otherwise).

3)   Contractors/subcontractors and Manufacturers/Suppliers under a contract with users referred to under 1) or 2) which requires that tenders for projects, materials supplied or - generally - work performed on behalf of the said users comply with the relevant standards.

Subject to any particular terms and conditions as may be set forth in specific agreements with users, Shell GSI disclaims any liability of whatsoever nature for any damage (including injury or death) suffered by any company or person whomsoever as a result of or in connection with the use, application or implementation of any DEP, combination of DEPs or any part thereof, even if it is wholly or partly caused by negligence on the part of Shell GSI or other Shell Company. The benefit of this disclaimer shall inure in all respects to Shell GSI and/or any Shell Company, or companies affiliated to these companies, that may issue DEPs or advise or require the use of DEPs.

Without prejudice to any specific terms in respect of confidentiality under relevant contractual arrangements, DEPs shall not, without the prior written consent of Shell GSI, be disclosed by users to any company or person whomsoever and the DEPs shall be used exclusively for the purpose for which they have been provided to the user. They shall be returned after use, including any copies which shall only be made by users with the express prior written consent of Shell GSI. The copyright of DEPs vests in Shell Group of companies. Users shall arrange for DEPs to be held in safe custody and Shell GSI may at any time require information satisfactory to them in order to ascertain how users implement this requirement.

All administrative queries should be directed to the DEP Administrator in Shell GSI.

## TABLE OF CONTENTS

**1.      INTRODUCTION** ................................................................................4
1.1     SCOPE .................................................................................4
1.2     DISTRIBUTION, INTENDED USE AND REGULATORY CONSIDERATIONS ........4
1.3     DEFINITIONS ...........................................................................5
1.4     CROSS-REFERENCES ...............................................................11
1.5     SUMMARY OF MAIN CHANGES.....................................................11
1.6     COMMENTS ON THIS DEP .........................................................11
1.7     DUAL UNITS............................................................................12
1.8     NON NORMATIVE TEXT (COMMENTARY)........................................12

**2.      GENERAL** .........................................................................13
2.1     GENERAL REQUIREMENTS.........................................................13
2.2     RELIABILITY OF METOCEAN CRITERIA AND STATISTICS................................13

**3.      METOCEAN DATA ACQUISTION AND MEASUREMENT REQUIRMENTS**........14
3.1     METOCEAN DATA ACQUISITION AND ANALYSIS – INDENTIFICATION...........14
3.2     METOCEAN DATA ACQUISITION AND ANALYSIS – IMPLEMENTATION..........20
3.3     METOCEAN DATA ASSIMILATION AND ANALYSIS ...........................................22

**4.      THE REAL-TIME METOCEAN MONITIOING SYSTEM (RTMMS)** ........................23
4.1     GENERAL ..............................................................................23
4.2     REQUIREMENTS FOR DIFFERENT OPERATIONS ...........................................23
4.3     REMOTE LOCATIONS................................................................23
4.4     PERFORMANCE STANDARDS .....................................................24
4.5     SYSTEM INTERFACES ..............................................................24
4.6     AVIATION REQUIREMENTS ........................................................27

**5.      REFERENCES** ....................................................................28

## APPENDICES

**APPENDIX A     METOCEAN PARAMETERS FOR COASTAL/ONSHORE/OFFSHORE ......30**

**APPENDIX B     MINIMUM REQUIRMENTS FOR RANGE RESOLUTION & ACCURACY ....36**

**APPENDIX C     PS016 METOCEAN DATA GATHERING SYSTEMS ....................38**

## 1.    INTRODUCTION

### 1.1    SCOPE

This DEP specifies requirements and gives recommendations for the acquisition of meteorological, oceanographic, ice and hydrological data for use in the design, construction and operation of offshore and onshore structures of all types used in the petroleum and natural gas industries.

This DEP specifically addresses the Metocean related requirements for the DCAF deliverable; Metocean and Geotechnical Data Acquisition Plan, DCAF ID 127 (refer to DCAF).

National legislation can also determine local requirements for meteorological, oceanographic, ice and hydrological measurements. Specific recommendations on these are not provided here.

This DEP includes onshore, coastal and offshore data acquisition in upstream, midstream and downstream projects. However, metocean and ice data are often required for other activities within the oil and gas lifecycle outside of the DCAF process, such as acquisition of acreage and exploration drilling, and the same principles and recommendations can apply to these activities.

Section (2) of this DEP provides general requirements for data acquisition.

Section (3) of this DEP specifies requirements and gives recommendations for meteorological, oceanographic, ice and hydrological data acquisition for projects covering data definition, implementation and assimilation and analysis. It highlights the key issues that need to be addressed.

Section (4) of this DEP replaces DEP 37.00.10.12-Gen., which is now withdrawn. It specifies requirements and gives recommendations for facility-based real-time metocean systems aimed at the support of onshore and offshore operations for the following types of facility: Onshore, Coastal, Offshore fixed structures in shallow water, Offshore floating structures in shallow water and Offshore floating structures in deep water.

This DEP contains mandatory requirements to mitigate process safety risks in accordance with Design Engineering Manual (DEM) 1 - Application of Technical Standards.

This is an update of the DEP of the same number dated February 2012 that was made inactive in 2017. It is now reactivated, see (1.5) regarding the changes.

### 1.2    DISTRIBUTION, INTENDED USE AND REGULATORY CONSIDERATIONS

Unless otherwise authorised by Shell GSI, the distribution of this DEP is confined to Shell companies and, where necessary, to Contractors and Manufacturers/Suppliers nominated by them. Any authorised access to DEPs does not for that reason constitute an authorisation to any documents, data or information to which the DEPs may refer.

This DEP is intended for use in project development and operations of various facilities both offshore and onshore, including oil refineries, chemical plants, gas plants, loading terminal, exploration and production facilities and supply/distribution installations. This DEP may also be applied in other similar facilities.

When DEPs are applied, a Management of Change (MOC) process shall be implemented; this is of particular importance when existing facilities are to be modified.

If national and/or local regulations exist in which some of the requirements could be more stringent than in this DEP, the Contractor shall determine by careful scrutiny which of the requirements are the more stringent and which combination of requirements will be acceptable with regards to the safety, environmental, economic and legal aspects. In all cases, the Contractor shall inform the Principal of any deviation from the requirements of this DEP which is considered to be necessary in order to comply with national and/or local

regulations. The Principal may then negotiate with the Authorities concerned, the objective being to obtain agreement to follow this DEP as closely as possible.

## 1.3    DEFINITIONS

### 1.3.1    General definitions

The **Contractor** is the party which carries out all or part of the design, engineering, procurement, construction, commissioning or management of a project, or operation of a facility. The Principal may undertake all or part of the duties of the Contractor.

The **Manufacturer/Supplier** is the party that manufactures or supplies equipment and services to perform the duties specified by the Contractor.

The **Principal** is the party which initiates the project and ultimately pays for it. The Principal may also include an agent or consultant authorised to act for, and on behalf of, the Principal.

The word **shall** indicates a requirement.

The capitalised term **SHALL [PS]** indicates a process safety requirement.

The word **should** indicates a recommendation.

The word **may** indicates a permitted option.

### 1.3.2    Specific definitions

| Term | Definition |
| --- | --- |
| Aviation Operations | Fixed wing or helicopter operations for manning and/or supply of facilities |
| Climate Change | Change in the state of the climate that can be identified by changes in the mean, extremes and/or the variability of its properties and that persists for an extended period, typically decades or longer. Climate change can be due to natural internal processes or external forcing and persistent anthropogenic changes in the composition of the atmosphere or in land use. |
| Cloud Cover | The fraction of the sky obscured by clouds when observed from a particular location and is usually measured in Oktas. |
| Cloud Height | The distance between the Mean Sea Level and the cloud base and is used to represent the elevation of the cloud.  Several cloud heights can be measured for one condition. |
| Coastal conditions | A near shore or onshore location close to the coast and low lying to be influenced by coastal processes including extreme events where coastline, island, shoals and the seabed can interact with the Metocean, ice and hydrological related conditions to cause more severe/different conditions than would have been expected without this constraint |
| Coastal facility | A facility near or at the coast such that the meteorological, oceanographic, ice and hydrological risks are influences by the presence of oceanographic processes (e.g., an offshore LNG plant with associated jetty). |
| Conductivity | The electrical conductivity of seawater and used in conjunction with seawater temperature and density to determine the seawater salinity. |

ECCN EAR99

DEP 37.00.10.11-Gen.
Draft: September 2017
Page 6

| Term | Definition |
|---|---|
| **Construction Operations** | Onshore or offshore construction, heavy lifts and float-over installation for facilities installation. |
| **Design Criteria** | Metocean extreme storm event values with return periods ranging from 1 year to 10,000 years. |
| **Dew point** | The temperature of a given air/water-vapour mixture at which, under atmospheric pressure, condensation starts. |
| **Drilling operations** | Onshore or offshore drilling operations |
| **Dry Bulb Air Temperature** | The dry bulb air temperature, commonly referred to as air temperature, is basically the ambient air temperature indicated by a thermometer not affected by the moisture of the air. |
| **Forecasting** | Technique using numerical models to predict the state of the atmosphere and the oceans for a future time and given location(s). |
| **Gust** | A sudden, brief increase in the wind speed over a specified duration of time, e.g., 3-s gust which is the wind speed averaged over a 3-s duration. Different sensor types might record different gust speed values depending upon the individual sensor response characteristics. |
| **Hindcasting** | Technique using numerical models to compute the state of the atmosphere and the oceans for times in the past at given locations. |
| **Ice** | Ice used in this DEP refers to any cold climate/ice related parameters, including those directly related to sea ice and icebergs but also could include frost penetration and icing where relevant. |
| **Infragravity Waves** | Infragravity waves are low frequency waves (nominally 0.003 to 0.05 Hz), generated through: |
| |     nonlinear wave-wave interactions within incident sea waves and swell waves; |
| |     wave refraction and breaking on a sloping beach, as well as wave reflection at the shoreline; |
| |     oscillations in the longshore current. |
| | Infragravity waves are important to harbour oscillations, sediment transport, and other nearshore hydrodynamic processes and therefore have a high impact on the response of moored large vessels in coastal waters. |
| **Infrequent conditions** | Conditions sufficiently infrequent that they might not be captured by a typical measurement campaign (1-2 years) such as tropical storms or Infragravity waves but would significantly impact design or operational conditions where included |
| **Internal Waves (solitons)** | Internal waves are gravity waves which oscillate within the body of a fluid, typically propagating on the interface between two fluids of different density. Hence in the ocean they typically propagate along the thermocline. Nonlinear solitary internal waves are called soliton. |

SOPUS_NHVN00049499

ECCN EAR99

DEP 37.00.10.11-Gen.
Draft: September 2017
Page 7

| Term | Definition |
|---|---|
| **Long Term Data Set** | A hindcast or measured data set spanning at least 20 years |
| **Long-term oscillations and inter-annual variability** | Long term oscillation impact metocean parameters such as directionality, sea level pressure and temperature which in turn impact storm severity and frequency. Most installations will have to survive the full cycle of these oscillations typically 5 to 30-years and data acquisition often will not cover the full oscillation cycle. |
| | These oscillations include: |
| | • The North Atlantic Oscillation (NAO): |
| | • The Arctic Oscillation (AO): |
| | • The Pacific Decadal Oscillation (PDO): |
| | • The El Niño/La Niña-Southern Oscillation (ENSO): |
| | • The Indian Ocean Dipole (IOD): |
| | • The Atlantic Multi-decadal Oscillation (AMO): |
| **Marine Operations** | Marine based logistics for manning and/or supply of facilities |
| **Metocean** | Abbreviation of the words meteorological and oceanographic. (Metocean used in this DEP refers to meteorological and oceanographic when applied to offshore and to just meteorological when applied to onshore.) |
| **Metocean TA Review Process** | Shell's internal process for metocean document review |
| **Nonlinear Wave-Wave Interaction** | Nonlinear wave-wave interactions often occur when waves are steep enough so that wave components (e.g., with different wave frequencies) affect each other. This process can result in both low and high frequency waves beyond the incident wave frequency range. |
| **Nowcasting** | The forecasting of the weather in the next 6 hours, aimed at identifying smaller features such as thunderstorms or showers. |
| **Offshore Fixed** | Fixed platform typical in water depth <250 m (<820 ft) |
| **Offshore Floating Deepwater** | Floating platform in water depth >250 m (<820 ft) such as TLP, Semi sub, FLNG, FPSO |
| **Offshore Floating Shallow** | Floating platform, typically in water depth <250 m (<820 ft) such as FPSO |
| **Onshore facility** | Onshore location for a plant or logistics base such as airport |

| Term | Definition |
|---|---|
| **Operating Conditions** | The metocean conditions experienced during normal operations. |
| **Production / plant operations** | Production, LNG processing, refining, chemical plant |
| **Project** | The Project is typically the wider engineering project, but may also refer to the metocean (and ice) specific project. |
| **Rapidly varying conditions** | Conditions that vary rapidly when compared to typical data collection recording intervals and as such continuous 'high time-resolution' data needs to be measured and recorded to enable extreme conditions to be derived. |
| **Real-time Global Portal** | Shell's system for collation of Global real-time data as specified in SR.16.10128 |
| **Relative Humidity** | Humidity is the quantity of water vapour present in air. Relative humidity can be expressed as the ratio of the vapour partial pressure of the air to the saturation vapour partial pressure of the air at the actual dry bulb temperature. Relative humidity can also be expressed as the ratio of the vapour density of the air to the saturation vapour density at the actual dry bulb temperature |
| **Return period** | This is an estimate of the likelihood of extreme events (storms, wave heights, wind speeds, etc.) of a certain intensity or size. Also known as recurrence interval. |
| **Sea State** | A description of the properties of sea surface waves at a given time and place. In engineering applications, this is usually expressed in terms of the significant wave height and wave period. |
| **Sea Waves and Swell Waves** | Sea waves are waves that are generated locally by wind, whereas swell waves are produced by distant storms and progress to the considered location. Swell waves have longer periods than sea waves and are not correlated to local wind conditions in terms of wave direction and wave height. |
| **Seiche** | Seiches are standing waves or sloshing/oscillations of the free surface of a body of water in a closed or semi-closed basin. These oscillations are of relatively long period, extending from minutes in harbours and bays to over 10 h in large lakes. Any external perturbation to the lake or embayment can induce an oscillation. |
| **Short term data set** | A measured or modelled data set spanning less than 5 years although should be more that 1 year and seasonally balanced. |
| **Significant Wave Height** | This is 4 times the standard deviation of the sea surface and is approximately equal to the average of the 1/3 highest waves. |
| **Storm Surges** | Storm surges represent the water surface response to wind-induced surface shear stress and pressure fields. Storm-induced surges can produce short-term water surface rise to an elevation considerably above mean water levels. |

| Term | Definition |
| --- | --- |
| Storms | Storms are the result of atmospheric disturbances and result in strong winds, heavy rainfall, and in high waves offshore. |
| Tanker Operations | Loading/unloading of Oil, LNG or condensate at Jetty, SBM or platform. |
| Tsunami | A tsunami is a large destructive sea waves generated by earthquakes, volcanic eruptions, or large landslides. |
| Unknown/ frontier area | Offshore areas in which Shell does not have operating experience and measured data is sparse making a detailed understanding of the conditions impossible before data is measured |
| Visibility | The horizontal distance at which the light intensity from a standard source drops to 5 %. This is calculated by measuring the amount of infra-red scatter in a small volume of air at the sensor location and assuming this sample has similar properties to the surrounding air mass. Contaminants in the air will lower the inferred visibility. |
| Water Level | The actual water level relative to an agreed datum (Usually a chart datum or mean sea level for real time systems). |
| Wave Diffraction | Wave diffraction is the bending, spreading and interference of waves when they pass by an obstruction or through a gap. |
| Wave Reflection | Wave reflection occurs when waves reach an obstacle, e.g., a sea wall or a breakwater; waves also reflect off beaches and at locations with sharp depth changes. |
| Wave Refraction | Refraction is the bending of the wave propagation direction due to variations in the water depth under the waves. The part of a wave in shallow water moves slower than the part of a wave in deeper water. So when the depth under a wave crest varies along the crest, the wave bends. |
| Wave Shoaling | Shoaling occurs as waves enter shallower water. The wave speed and wave length decrease in shallow water, therefore the energy per unit area of the wave has to increase, resulting in an increase in the wave height. The wave period remains the same in shoaling. |

### 1.3.3    Abbreviations

| Term | Definition |
| --- | --- |
| ABC | Air Borne Contaminants |
| ADCP | Acoustic Doppler Current Profiler |
| AMO | Atlantic Multi-decadal Oscillation |
| AO | Arctic Oscillation |
| AWWS | Adverse Working Weather Standard |
| BDP | Basic Design Package |

| Term | Definition |
|---|---|
| BFD/BOD | Basis for/of Design |
| DAP | Data Acquisition Plan |
| DCAF | Discipline Controls and Assurance Framework |
| DGPS | Differential Global Positioning System |
| DLP | Data Load Plus |
| ENSO | El Niño-Southern Oscillation |
| FAT | Factory Acceptance Test |
| FEED | Front End Engineering and Design |
| FLNG | Floating Liquified Natural Gas |
| FPSO | Floating Process Storage Offloading (vessel) |
| FSR | Facilities Status Reporting |
| HPR | Heave, Pitch and Roll |
| Hs | Significant wave height |
| HSSE | Health, Safety, Security and Environment |
| IER | Ice Environment Report |
| IOD | Indian Ocean Dipole |
| IOOS | Integrated Ocean Observing System |
| IPS | Ice Profiling Sonar |
| ITP | Inspection and Test Plan |
| JHA | Job Hazard Analysis |
| LNG | Liquefied Natural Gas |
| MDAP | Metocean Data Acquisition Plan |
| MRD | Metocean Reference Document |
| MSL | Mean Sea Level |
| NAO | North Atlantic Oscillation |
| OGP | Oil and Gas Producers |
| ORS | Opportunity Realisation Standard |

| Term | Definition |
|------|------------|
| PCD | Process Control Domain |
| PDO | Pacific Decadal Oscillation |
| PS | Protection Systems |
| PSU | Practical salinity units |
| PTW | Permit To Work |
| QARTOD | Quality Assurance of Real Time Oceanographic Data |
| QC | Quality Control |
| RO | Radio Operator |
| SAI | Shell Aircraft International |
| SBM | Single Buoy Mooring |
| SCE | Safety Critical Element |
| SP | Social Performance |
| SWAN | 'Simulating WAves Nearshore' numerical model |
| TA | Technical Authority |
| Tp | Peak period of the spectrum |
| UPS | Uninterruptible Power Supply |
| WMO | World Meteorological Organization |

1.4    CROSS-REFERENCES

Where cross-references to other parts of this DEP are made, the referenced section or clause number is shown in brackets ( ). Standards and other documents referenced by this DEP are listed in (5).

1.5    SUMMARY OF MAIN CHANGES

This DEP is a revision of the DEP of the same number dated February 2012 that was made Inactive in February 2017.

The following are the main, non-editorial changes.

| Section/Clause | Change |
|----------------|--------|
| All | This DEP has now been redrafted and merged with DEP 37.00.10.12-Gen. (also made Inactive in February 2017) for this version. The changes are too numerous to list. |

1.6    COMMENTS ON THIS DEP

Comments on this DEP may be submitted to the Administrator using one of the following options:

SOPUS_NHVN00049504

ECCN EAR99

DEP 37.00.10.11-Gen.
Draft: September 2017
Page 12

| **Shell DEPs Online**<br><br>(Users with access to<br><br>Shell DEPs Online) | Enter the Shell DEPs Online system at<br>https://www.shelldeps.com<br><br>Select a DEP and then go to the details screen for that DEP.<br><br>Click on the "Give feedback" link, fill in the online form and submit. |
|---|---|
| **DEP Feedback System**<br><br>(Users with access to<br><br>Shell Wide Web) | Enter comments directly in the DEP Feedback System which is accessible from the Technical Standards Portal http://sww.shell.com/standards.<br><br>Select "Submit DEP Feedback", fill in the online form and submit. |
| **DEP Standard Form**<br><br>(other users) | Use DEP Standard Form 00.00.05.80-Gen. to record feedback and email the form to the Administrator at standards@shell.com. |

Feedback that has been registered in the DEP Feedback System by using one of the above options will be reviewed by the DEP Custodian for potential improvements to the DEP.

1.7    DUAL UNITS

This DEP contains both the International System (SI) units, as well as the corresponding US Customary (USC) units, which are given following the SI units in brackets. When agreed by the Principal, the indicated USC values/units may be used.

1.8    NON NORMATIVE TEXT (COMMENTARY)

Text shown in italic style in this DEP indicates text that is non-normative and is provided as explanation or background information only.

*Non-normative text is normally indented slightly to the right of the relevant DEP clause.*

**2.      GENERAL**

*This section provides the meteorological, oceanographic, ice and hydrological data acquisition and measurement requirements that are applicable for:*

- *projects and specifically addresses the requirements for the DCAF deliverable; Metocean and Geotechnical Data Acquisition Plan DCAF ID 127 and;*

- *Real-Time Metocean Monitoring Systems (RTMMS) which is further specified in GFS XXXX and part DCAF deliverable; Performance standards and Assurance for Safety Critical Elements DCAF 452.*

*This DEP provides details of the requirements for data acquisition, dependent on the environment, the project concept, operating philosophy and remoteness of the location to align with the data analysis and approach specified in DEP 37.00.10.10-Gen.*

2.1    GENERAL REQUIREMENTS

1.    In the context of this DEP the term 'Metocean' shall to be used to represent meteorological, oceanographic, ice and hydrological.

2.    The following deliverables shall be subject to review and approval by the Principal:

    a.    Procedures for deployment, servicing and recovery of instrumentation;

    b.    Job Hazard Analysis (JHA) documentation;

    c.    System/instrument calibration;

    d.    Metocean data acquisition reports;

    e.    Metocean risks identified for the project;

    f.    Data collection strategy.

2.2    RELIABILITY OF METOCEAN CRITERIA AND STATISTICS

1.    The metocean deliverables shall be scheduled to match the project phases and requirements.

2.    The metocean deliverables shall be classified as to their use

3.    The most accurate and complete set of metocean and ice criteria and statistics available should be used for each of the project phases.

4.    The level of reliability shall be clearly stated on any metocean document provided to customers as defined in Table 2.1.

Table 2.1      Metocean criteria and statistics reliability levels

| Level | Definition | Description – typical |
|---|---|---|
| 1 | For information only | Preliminary estimates of metocean criteria are based upon limited information. The degree of uncertainty associated with the derived values will usually be relatively broad, with a tendency to be on the conservative side. |
| 2 | Issued for initial use | Existing metocean information and data are used to produce preliminary metocean criteria and operational statistics. |
| 3 | Issued for preliminary design purposes – to be verified | Metocean criteria and statistics are often based on limited site-specific measurements. These preliminary criteria and statistics have yet to be verified. The measurements are also used to calibrate and validate hindcast models, as part of the process of generating a long-term hindcast database of the key metocean parameters. |

| Level | Definition | Description – typical |
|-------|-----------|----------------------|
| 4 | Issued for detailed design purposes – to be relied upon | The measured and hindcast data are used to derive refined metocean criteria and operational statistics for detailed design purposes. As the information is also needed for making operational decisions, more detailed operational statistics are usually included. |
| 5 | Operational support | Further refinements are made to the metocean design criteria and statistics in support of production operations and for structural integrity purposes. Use may be made of response-based joint probability analysis techniques. |

## 3.    METOCEAN DATA ACQUISTION AND MEASUREMENT REQUIRMENTS

### 3.1    METOCEAN DATA ACQUISITION AND ANALYSIS – INDENTIFICATION

#### 3.1.1    IDENTIFY PROJECT NEEDS FOR METOCEAN INFORMATION

1. The project's needs for metocean information shall be identified, in the context of the overall project strategy including metocean design criteria, operating conditions, tow criteria, real-time data and forecasts.

2. The following shall be addressed in the Metocean Data Acquisition Plan (MDAP) document:

    a. the metocean conditions, potential hazards, unknowns and possible risks for the planned development that can impact design and operations;

    b. the elements of the project (exploration, appraisal, design, execution, tow logistics, operations) that require metocean data and the metocean deliverables required for each stage of the project;

    c. how metocean input will help make the project safer, more efficient and overall lower cost;

    d. the deliverables and schedule needed by the project;

    e. the metocean 'value-added' critical activities and where these benefit from close interaction with development or project engineers;

    f. the main risks and uncertainties in both the environment and project;

    g. the metocean data needed in order to generate the required metocean deliverables for the project, including determining data already available, the time necessary to collect or model appropriate metocean data, and the time to carry out necessary analyses, studies and reviews;

    h. the proposed approach to obtain the required metocean data from the various sources (e.g., in-situ measurements, remote satellite and model hindcast data) as how data will be integrated;

    i. the risks associated with the data acquisition plan including aspects which could impact; accuracy, representativeness, relevance, cost and timelines and whether iterations of criteria will be required as additional data becomes available.

3. A list of the required metocean deliverables and schedule of delivery dates shall be created.

    *Indicative project requirements are shown in Table 3.1*

ECCN EAR99

DEP 37.00.10.11-Gen.
Draft: September 2017
Page 15

Table 3.1    Indicative project needs for metocean and ice information

| Project Phase | What Metocean information does the Project need? | Metocean Related HSSE Safety Impact? | Potential Cost Impact? | Level of detail required? | How accurate? Level of acceptable uncertainty/ confidence in information | When required? Timing | Benefits of iteration/ close interaction project/ Metocean |
|---|---|---|---|---|---|---|---|
| IDENTIFY Exploration, Assess, Scouting | Statistics for seismic and drilling. Criteria for rig selection. Weather forecasts | Personnel safety; Rig and equipment integrity | Weather downtime; incorrect concept or feasibility assessment | Monthly statistics; Criteria values; Site-specific forecasts | Level 1 initially, then Level 2. Rig selection may need Level 3. | Prior to vessel and rig selection process, initial concept selection | Everyone made aware of key potential Metocean and ice risks and uncertainties |
| ASSESS Feasibility | Overview of criteria and statistics. Real-time data to support drilling operations | Essential to identify Metocean related HSSE risks even at this early stage | High, if later refinements in Metocean criteria and statistics have significant impact on project. | Design criteria; Operational statistics; Identification of risks and uncertainties | Level 2/3 | At early planning stage | All relevant Metocean aspects and uncertainties in Level 2/3 information are considered |
| SELECT Concept | Criteria and statistics matched to concepts - BoD | Relate Metocean HSSE risks to concepts | High, if later refinements in Metocean criteria and statistics significant necessitate design changes | Design criteria; Operational statistics; Identification of risks and uncertainties | Level 3/4 | Prior to starting on concept design | Metocean criteria and statistics tailored to concept applications – potential savings |
| DEFINE Detailed Definition | Criteria and statistics for the design, construction, tow and installation – MRD, IER | Quantify and mitigate | High if Metocean criteria and statistics are modified; mitigation may be possible during construction | Detailed Design criteria; Operational statistics within a full MRD | Level 4 | Is there enough time to derive Level 4 criteria and statistics? | Potential savings |

CONFIDENTIAL

SOPUS_NHVN00049508

**Exhibit H**

ECCN EAR99

DEP 37.00.10.11-Gen.
Draft: September 2017
Page 16

| Project Phase | What Metocean information does the Project need? | Metocean Related HSSE Safety Impact? | Potential Cost Impact? | Level of detail required? | How accurate? Level of acceptable uncertainty/ confidence in information | When required? Timing | Benefits of iteration/ close interaction project/ Metocean |
|---|---|---|---|---|---|---|---|
| EXECUTE Construct, Tow and Installation | Statistics for construction, tow and installation – MRD, IER Weather forecasts and AWWP | Quantify and mitigate | High if damage or delays to tow and installation | Detailed Design criteria; Operational statistics; Site-specific weather forecasts | Level 4 Level 5 | For detailed design; in support of operations | Potential savings, safety issues |
| OPERATE Operate facilities and logistic | Real-time data; Weather forecasts; Criteria and statistics for structural reviews – MRD, IER AWWP, oil spill contingency | Crew transfers; Structural integrity | High if HSSE incidents, damage or delays | Metocean stations; Site-specific forecasts; Detailed design criteria; Operational statistics; | Level 5 | In support of daily operations | Potential savings, safety issues |
| ABANDON Abandonment | Criteria and statistics for planning and executing abandonment; Weather forecasts | Personnel safety; Minimise environmental impact | High if delays | As for detailed design | Level 5 | At early planning stage | Tailor to need; Potential savings, safety issues |

SOPUS_NHVN00049509

### 3.1.2 UNDERSTANDING THE METOCEAN CHARACTERISTICS OF THE AREA

1. The MDAP shall include the following with their implications for the project:

   a. The regional climatology to identify aspects and hazards that require specific consideration;

   b. The timescales of the relevant metocean processes - to ensure variations on different timescales (seconds/minutes, daily, seasonally, annually and inter-annually) are considered;

   c. The data availability and data collection proposed, which considers the data accuracy, representativeness and relevance to the project location.

2. The MDAP shall include identification of where the following occur and the associated risks together with the proposed data acquisition requirements and modifications to the acquisition approach to quantifying these conditions:

   a. rapidly varying conditions;

   b. infrequent (typically severe) conditions;

   c. long-term oscillations and inter-annual variability;

   d. climate change (trend and variability);

   e. unknown or frontier areas;

   f. parameters impacted by proximity to the coast, island and shoals;

   g. conditions critical to specific concept selection.

3. Where infrequent but severe conditions occur, data collection SHALL [PS] be supplemented by other long term data sources which cover both in time and space the region of interest and are of sufficient length and area to characterise these conditions.

4. The phases of relevant long-term oscillation and their impact on the conditions and hence data collected SHALL [PS] be quantified.

5. The MDAP SHALL [PS] identify how the non-stationary impacts of Climate Change typically resulting in both higher variability and trends in conditions will be accounted for in the data acquisition.

6. For frontier areas, data collection SHALL [PS] start at latest in the Assess Phase and leave sufficient time for additional years of data collection to understand and validate the metocean conditions.

7. Data collection and modelling SHALL [PS] reflect proximity to the coast, islands and shoals and quantify the following risks where they have been identified:

   a. infragravity waves;

   b. storm surge;

   c. internal waves or solitons;

   d. seiches;

   e. tsunamis;

   f. wave shoaling, refraction and breaking as a function of water depth;

   g. wave diffraction, interaction of waves and currents with the sea bed and with structures;

   h. katabatic winds;

   i. land-fast ice.

8.  The MDAP shall identify how any specific changes in project concept could impact the data collection and/or analysis requirements.

9.  The DAP shall make recommendations for data acquisition requirements throughout the operational phase of the project to help ensure safe and economic operations.

### 3.1.3  DEFINING METOCEAN DATA NEEDS

1.  A list of the required metocean deliverables related to the specific project shall be created.

    *A detailed list of metocean parameters for which information and statistics are required for offshore facility development is given in (Appendix A).*

2.  The sources of data shall include the following:

    a.  desktop study, analysing publicly available data;

    b.  data purchase or exchange;

    c.  field data collection;

    d.  satellite data;

    e.  hindcast modelling studies;

    f.  model test or wave reflection studies.

3.  The data needs and deliverables identified in Table 3.2 should be available and analysed by the end of the previous phase, prior to the project phase in which they are needed.

    a.  Any compromise due to schedule shall be clearly described in the MDAP together with a clear plan to recover from this in the next project phase.

4.  If specific analysis techniques are to be used, these should be identified together with the implications for the data acquisition program.

**Exhibit H**

ECCN EAR99

DEP 37.00.10.11-Gen.
Draft: September 2017
Page 19

Table 3.2    Indicative Metocean Data Needs

| Project Phase | What measured data are needed? | What model data are needed? | What reports are needed? | What real-time support is needed? | What is the timeline needed to obtain data and prepare reports, prior to start of each project phase? | Other requirements |
|---|---|---|---|---|---|---|
| IDENTIFY Exploration, Assess, Scouting | Literature; Satellite; Previous data | Existing hindcast (coarse) | Desktop study; more may be needed for rig selection | Real-time data to support seismic/drilling Weather forecasts | ~ 1 month | Overall cost/ benefits / objectives/ risks to be identified for each phase

Generally, benefit close interaction project/ metocean |
| ASSESS Feasibility | Desktop studies; satellite | Existing hindcast (coarse) | Desktop study | Real-time data to support drilling Weather forecasts | ~ 1-3 months | |
| SELECT Concept | In-situ measurements; satellite | Detailed hindcast preferred | Basis of Design BoD | May need forecast to support site survey | ~ 3 months | |
| DEFINE Detailed Definition | In-situ measurements; Satellite | Detailed hindcast | Metocean Reference Document MRD and where relevant an IER | May need forecast to support site survey | ~1-2 years | |
| EXECUTE Construct, Tow and Installation | Real-time measurements | Detailed hindcast | Metocean Reference Document MRD and where relevant an IER | Real-time data Weather forecasts | ~1-2 years | |
| OPERATE Operate facilities and logistic | Metocean Stations | Updated hindcast | Updated MRD and where relevant an IER | Real-time data Weather forecasts | On-going | |
| ABANDON Abandonment | Metocean Stations; Satellite; enhanced real-time measurements | Updated hindcast | Updated MRD and where relevant an IER | Real-time data Weather forecasts | ~1 year | |

CONFIDENTIAL

### 3.1.4    TIMESCALES, SCOPE AND RISK OF METOCEAN DELIVERABLES

1. The MDAP shall include an overall integrated time schedule for generating all metocean deliverables over the timeline of the project.

2. The MDAP shall include any risks and mitigating actions associated with the data acquisition plan including aspects which could impact; accuracy, representativeness, relevance, cost and timelines

3. The MDAP shall include whether iterations of criteria will be required as data becomes available to meet projects mile stones.

4. The MDAP shall include any conservatism that might need to be included related to the proposed data acquisition plan.

5. The MDAP time scales shall enable the Final Metocean Reference Document (MRD) to be delivered to the project before the start of detailed design.

### 3.2    METOCEAN DATA ACQUISITION AND ANALYSIS – IMPLEMENTATION

### 3.2.1    METOCEAN DATA SOURCES

1. The following five main sources of metocean data shall be included in the MDAP:

    a. Archived measurements (proprietary and publicly available data from sources such as national meteorological and oceanographic institutes, national and industry archives);

    b. In-situ measured data (e.g., metocean stations, mooring-based measurements), such as offshore, coastal and onshore metocean stations, rig-based metocean systems, in-situ mooring-based measurements, data buoys, spatial measurements, drifting drogue buoys, expendable probes;

    c. Satellite data and other remote sensing data;

    d. Numerical hindcast modelled data;

    e. Numerical forecast or nowcast data.

2. A metocean hindcast study shall be undertaken with sufficient accuracy and resolution to provide information on the long term extreme metocean parameters.

    *The metocean parameters typically modelled are winds, air temperature, barometric pressure, waves, currents, sea temperature and salinity. In tropical areas, the focus is on modelling monsoon conditions and tropical cyclones, while for temperate latitudes the focus is on extra-tropical storm events.*

3. The comparison of measured and modelled or hindcast data shall account for the variation in measurement techniques that can affect the data quality.

4. If forecast data is used, methods to validate the forecast model should be determined from comparisons with measured data.

5. For coastal areas at risk from tsunamis, specialist tsunami model studies shall be undertaken.

### 3.2.2    EQUIPMENT PERFORMANCE

1. Equipment used shall meet the minimum standard range, resolution and accuracy requirements shown in Appendix B

2. All sensors (and their mountings) shall be able to withstand at least the 100-year return period conditions (maxima and minima) expected for the location and elevation, with an appropriate margin to allow for uncertainties.

3. To avoid the risk of missing key events, data shall be monitored continuously for all sensors at appropriate sampling rates.

4.  In the case of wind sensors, raw data (1 Hz) shall be stored.

5.  For all meteorological parameters, minimum averaging period and recording interval shall be 1-minute

6.  In the case of wave data, raw sea surface data at least 2 Hz shall be stored.

    a.  Processed wave data shall be stored at least every 30 minutes.

7.  All other oceanographic parameters shall be recorded and stores with a minimum averaging period and recording interval of 10-minutes.

8.  For ice drift and ice thickness data raw 1 Hz data should be stored

9.  For internal waves (solition) data should be collected with a minimum averaging period and recording interval of 1 minute

10. All sensors shall be electronically checked and tested before and after each survey.

    a.  Any discrepancies found during the checks shall be investigated immediately and resolved prior to the establishment of the final data set.

### 3.2.3  METOCEAN MEASURMENTS STRATEGY AND SCOPE OF WORK

1.  The Measurements strategy shall determine all of the following:

    a.  The duration of data collection;

    b.  The frequency of service visits;

    c.  Severity and uncertainties associated with the metocean conditions;

    d.  The requirements for validation of hindcast models;

    e.  How seasonality and inter-annual variation is accounted for;

    f.  How the safety exposure of the operations personnel is reduced;

    g.  How costs for data acquisition are reduced;

    h.  Redundancy requirements and ability to compensate for lost data within project schedule;

    i.  Criticality of data security and project deadlines.

2.  The Metocean measurement scope of work shall contain all of the following:

    a.  Purpose and Objectives;

    b.  Operating environment;

    c.  Location and Timing;

    d.  Type(s) of metocean data acquisition including acquisition equipment and methods;

    e.  Survival Conditions for Equipment;

    f.  Management of survey and measurement operations including mobilisation, servicing and demobilisation requirements;

    g.  Real time data requirements and availability;

    h.  Risk mitigation measures including those for trawling and fishing activities, inability to locate equipment, data transmission failure, insufficient battery life and marine fouling;

    i.  Metocean parameters required;

    j.  Equipment calibration, configurations, testing and settings, spares;

    k.  Specifications for data delivery, data quality control and reporting;

l.   Required project plans for HSSE and Quality.

**3.2.4    SYSTEM CALIBRATION, TESTING, INSTALLTION AND MAINTENANCE**

1.  Equipment that is used for offshore or onshore measurement (whether new or refurbished) shall be provided with a calibration certificate confirming that it is in calibration and labelled and dated as such.

2.  All calibration equipment used to perform calibration checks shall have a valid calibration certificate that provides traceability to a recognised national or international standard.

    a.   Any correction tables pertaining to the calibration certificate shall be applied.

    b.   Details of the calibration instruments used shall be included in all data reporting.

**3.3    METOCEAN DATA ASSIMILATION AND ANALYSIS**

**3.3.1    DATA PROCESSING TO DERIVE METOCEAN PARAMETERS**

1.  The data analysis specification shall contain all of the following:

    a.   The specifications for data processing to derive metocean parameters;

    b.   The requirements for data quality control;

    c.   The performance specifications for data handling, formatting and delivery, defining how data from various sources will be integrated and analysed;

    d.   Specifications of how the data will be compiled.

2.  Both the scalar and the vector-averaged wind speeds should be calculated.

    *The maximum 3-s gust is determined as the highest 3-s scalar wind speed over the 1-minute, 10-minute, 1-hour or other recording interval.*

3.  The vector averaged wind speed and the scalar averaged wind speed should be corrected to the standard 10 m (33 ft) above MWL using the formulae presented in ISO 19901-1 and provided uncorrected at the measurement height.

4.  If water level measurements are made using a downward looking sensor, then the wave signal shall be inverted prior to processing and QC checks.

5.  The tidal and residual elevation, residual current speed and direction and the tidal component of current speed and direction should be calculated by means of a harmonic analysis of the total water level or current data respectively.

6.  To maintain an acceptable resolution for the harmonic analysis of current and tidal data, measurements shall be made as a minimum every 10 minutes.

**3.3.2    DATA DELIVERABLES**

1.  Data compilation and formatting shall be in accordance with report SR.11.14063 Rev 1

2.  The following data shall be supplied to the Principal:

    a.   sensor data (pre-calibration);

    b.   raw data (post calibration);

    c.   pre-quality controlled data;

    d.   post-quality controlled data;

    e.   wave spectra;

    f.   satellite data;

    g.   copies of all reports and documentation.

### 3.3.3 DATA COMPILATION

1. Long-term data sets shall be used for comparison with shorter site-specific metocean data sets as follows:

   a. to validate the accuracy or appropriateness of the longer term date set;

   b. to adjust for the non-site specific nature of longer term data;

   c. to adjust for the impact of insufficient time or spatial resolution of the longer term data set;

   d. to determine the temporal severity of the site specific data period and establish whether the data were measured in a typical, severe or mild period.

## 4. THE REAL-TIME METOCEAN MONITOIING SYSTEM (RTMMS)

### 4.1 GENERAL

1. Refer to GFS XXXXX for specification of the RTMMS.

2. The RTMMS shall satisfy national regulatory requirements for real-time measurements and their distribution.

### 4.2 REQUIREMENTS FOR DIFFERENT OPERATIONS

1. Table 4.1 shall be used to determine the minimum functionality of the RTMMS dictated by the requirements of both 'Operational Activities' and 'Facility Type'.

2. Requirements for the operational activities shall be additive, i.e., the requirements for each operation are assessed and combined.

3. The RTMMS shall report the data back to a 'Real-time Global Portal' such that data can be viewed remote from the location

4. Any not-normally-manned (NNM) offshore platform shall have its own RTMMS if it is more than 10 nautical miles from the nearest RTMMS data.

   *In the case of several non-manned platforms in a similar area, one weather station strategically placed could be sufficient to cover the group. In this case, the type of RTMMS will be dictated by the method of manning and operational mode of all platforms*

5. Where an installation processes hydrocarbons that contain $H_2S$, redundancy of wind speed and direction sensors shall be installed

6. The RTMMS shall be considered as safety critical.

7. Where Metocean condition are identified as a risk for drilling or tanker operations a RTMMS warning system SHALL [PS] be installed which gives sufficient notice for cessation of operations and disconnection.

   a. Metocean conditions considered here include:

      i. Solitons ;

      ii. Squalls;

      iii. Strong or sheared current events.

### 4.3 REMOTE LOCATIONS

1. When equipment is installed at a remote location, either offshore or onshore, the metocean station shall be designed to protect against vandalism and theft.

ECCN EAR99

DEP 37.00.10.11-Gen.
Draft: September 2017
Page 24

2.  When equipment is installed in an Arctic location with the possibility of sea ice, the RTMMS should be configured to measure the following:

    a.  sea temperature;

    b.  ice thickness;

    c.  ice cover;

    d.  ice movement.

4.4    PERFORMANCE STANDARDS

1.  The installed system shall comply with the accuracy requirements specified in Performance Standard PS016, detailed in Appendix C.

4.5    SYSTEM INTERFACES

1.  The RTMMS should be interfaced with any structural monitoring system used for measuring responses to environmental actions.

2.  For tanker loading or offloading the RTMMS should be interfaced to the berthing aid and mooring system as specified in DEP 37.91.10.30-Gen.

**Exhibit H**

Table 4.1     RTMMS requirements for different operational modes and facility type

| Remoteness and Facility Type | Permanent Logistics Support and Operational Modes | | | | Additional Operational Modes | |
| --- | --- | --- | --- | --- | --- | --- |
| | Aviation Operations | Marine Operations | Tanker Operations | Production / Plant | Drilling | Construction |
| Onshore | Wind speed<br>Wind direction<br>Air temp/ humidity<br>Barometric pressure<br>Visibility & present weather<br>Cloud base/cover | N/A | N/A | Wind speed [3]<br>Wind direction [3]<br>Air temp/ humidity<br>Barometric pressure<br>Rainfall | Wind speed [3]<br>Wind direction [3] | Wind speed<br>Wind direction |
| Coastal | Wind speed<br>Wind direction<br>Air temp/ humidity<br>Barometric pressure<br>Visibility & present weather<br>Cloud base/cover | Wind speed<br>Wind direction<br>Sea state<br>Current speed<br>Current direction | Wind speed<br>Wind direction<br>Sea state<br>Current speed<br>Current direction)<br>Water level | Wind speed [3]<br>Wind direction [3]<br>Air temp/ humidity<br>Barometric pressure<br>Rainfall | Wind speed [3]<br>Wind direction [3] | Wind speed<br>Wind direction |
| Shallow-water Fixed (Including jack ups) | Wind speed<br>Wind direction<br>Air temp/ humidity<br>Barometric pressure<br>Visibility & present weather<br>Cloud base/cover<br>Sea state | Wind speed<br>Wind direction<br>Sea state<br>Current speed<br>Current direction | Wind speed<br>Wind direction<br>Sea state<br>Current speed<br>Current direction<br>Water level | Wind speed [3]<br>Wind direction [3]<br>Air temp/ humidity<br>Barometric pressure<br>Water level / Air gap[4] | Wind speed [3]<br>Wind direction [3]<br>Sea state<br>Water level / Air gap[4] | Wind speed<br>Wind direction<br>Sea state<br>Water level [2]<br>Current speed [1]<br>Current direction [1] |

SOPUS_NHVN00049518

ECCN EAR99

DEP 37.00.10.11-Gen.
Draft: September 2017
Page 26

| Remoteness and Facility Type | Permanent Logistics Support and Operational Modes | | | | Additional Operational Modes | |
|---|---|---|---|---|---|---|
| | Aviation Operations | Marine Operations | Tanker Operations | Production / Plant | Drilling | Construction |
| Shallow-water Floating (Including drill ships and drilling Semis | Wind speed<br>Wind direction<br>Air temp/ humidity<br>Barometric pressure<br>Visibility & present weather<br>Cloud base/cover<br>Sea state<br>Motion sensor (HPR)<br>Heading | Wind speed<br>Wind direction<br>Sea state<br>Current speed<br>Current direction | Wind speed<br>Wind direction<br>Sea state<br>Current speed<br>Current direction ) | Wind speed [3]<br>Wind direction [3]<br>Air temp/ humidity<br>Barometric pressure<br>Motion sensor (HPR)<br>Heading<br>Offset<br>Water level  / Air gap[4] | Wind speed [3]<br>Wind direction [3]<br>Barometric pressure<br>Motion sensor (HPR)<br>Heading<br>Offset<br>Water level  / Air gap[4] | Wind speed<br>Wind direction<br>Sea state<br>Current speed [1]<br>Current direction [1] |
| Deepwater Floating (Including drill ships and drilling Semis | Wind speed<br>Wind direction<br>Air temp/ humidity<br>Barometric pressure<br>Visibility & present weather<br>Cloud base/cover<br>Sea state<br>Motion sensor (HPR)<br>Heading | Wind speed<br>Wind direction<br>Sea state<br>Current speed<br>Current direction | Wind speed<br>Wind direction<br>Sea state<br>Current speed<br>Current direction | Wind speed [3]<br>Wind direction [3]<br>Air temp/ humidity<br>Barometric pressure<br>Motion sensor (HPR)<br>Heading<br>Offset<br>Current speed profile<br>Current dir profile<br>Water level  / Air gap[4] | Wind speed [3]<br>Wind direction [3]<br>Barometric pressure<br>Motion sensor (HPR)<br>Heading<br>Offset<br>Current speed profile<br>Current dir profile<br>Water level  / Air gap[4] | Wind speed<br>Wind direction<br>Sea state<br>Current sp profile [1]<br>Current dir profile [1] |

Notes:
1. Current speed and direction - for the installation and hook-up of infrastructure, mooring, tendons and risers.
2. Water level data might be required for some types of lift for example if lifting from a floating lift barge on to a fixed structure.
3. Where these operations contain H2S, redundancy of sensors should be installed.
4. Not required for FPSO/ FLNG which does not have an air gap.
5. For an onshore or coastal location with comprehensive infrastructure, for example a commercial airport or harbour, where weather data is already measured, additional instrumentation need not be installed provided access to the existing data is available

CONFIDENTIAL

ECCN EAR99

4.6     AVIATION REQUIREMENTS

1.  Where the system is used to support aviation operations it shall comply with the applicable National Aviation Standards and with UK CAA standard CAP 437.

2.  The Instrumentation shall be located such that it is not shielded or influenced by any aspect of the platform or facility or its operation.

3.  If conditions at the helideck differ from ambient conditions for any of the following, additional sensors shall be installed at the helideck to quantify this impact:

    *This could happen if the helideck location is at risk of being shielded experiencing turbulence or influenced by some aspect of the platform or facility or its operation.*

    a.  wind speed and direction;

    b.  air temperature;

    c.  dew point;

    d.  barometric pressure.

4.  Additional sensors shall be installed to quantify an obstruction causing turbulence at the helideck.

    a.  An additional anemometer shall be located at a suitable height and position to represent the hover height over the helideck, to measure turbulent or deflected airflows.

5.  For floating installations, the system shall have the means of measuring, recording and displaying at any time the full range of parameters specified in the most recent revision of HCA report 'Standard Helideck Monitoring Systems'.

6.  Heave, Pitch and Roll (HPR) shall be measured by one sensor placed under the centre of the helideck.

    a.  The offset between sensor location and the centre of the helideck shall not be more than 4 m (13 ft) from helideck centre.

    b.  The effect of the offset between helideck centre and actual location shall be corrected for and the value of motion displayed on the helideck.

ECCN EAR99

5.    **REFERENCES**

In this DEP, reference is made to the following publications:

NOTES:    1.    Unless specifically designated by date, the latest edition of each publication shall] be used, together with any amendments/supplements/revisions thereto.

2.    The DEPs and most referenced external standards are available to Shell staff on the SWW (Shell Wide Web) at http://sww.shell.com/standards/.

**SHELL STANDARDS**

| | |
|---|---|
| DEP feedback form | DEP 00.00.05.80-Gen. |
| Instruments for measurement and control | DEP 32.31.00.32-Gen. |
| Electrical engineering design | DEP 33.64.10.10-Gen. |
| Electrical engineering design for North American application | DEP 33.64.20.10-Gen. |
| Onshore and nearshore site investigations | DEP 34.11.00.10-Gen. |
| Enabling infrastructure works | DEP 34.17.00.31-Gen. |
| Meteorological and oceanographic design and operate considerations offshore, coastal and onshore (amendments/supplement to ISO 19901-1:2015) | DEP 37.00.10.10-Gen. |
| Mooring and berthing systems, including fenders, quick release hooks, and docking aid systems (inactive) | DEP 37.91.10.30-Gen. |
| Adverse Weather Working Standard (AWWS) | EP.14.ST.01 |
| HSSE and SP Control Frameworkhttps://eu001-sp.shell.com/sites/AAAAA8432/CF/default.aspx | HSSE & SP Control Framework |
| Metocean Data Load Specifications for the Metocean ToolBox (MTB) | SR.11.14063 |
| Shell Group Requirements for Aircraft Operationshttp://sww.shell.com/shellaircraft/main/Standards_Guidelines/ | SAI |
| DCAF Discipline Authority Manualhttp://sww-dcaftool.shell.com/DCAF/content/home.aspx | DCAF |
| Metocean (and Ice) Data Acquisition and Analysishttp://sww-dcaftool.shell.com/DCAF/content/home.aspx | DCAF ID 127 |
| Metocean and Ice Real-time Monitoring Plan & Equipment Specification | DCAF ID 1515 |
| Adverse Weather Risk Assessment (and Operational Barriers Implementation) | DCAF ID 1660 |
| Maintenance and Integrity Execution (MIE) Programme for Safety Critical Elements (SCE) PS016 https://eu001-sp.shell.com/sites/AAAAA9145/assettocash/03%20EI/Release%209%20Global%20Performance%20Standard%20Templates.pdf | PS016 |
| Metocean Data Load Specifications for the Metocean Toolbox (MTB) | SR.11.14063 |
| Best Practice Guide - Metocean - Real-Time Metocean Monitoring Systems | SR.13.13079 |

*Issued by: Shell Global Library*

**BRITISH STANDARDS**

| | |
|---|---|
| Methods of test for soils for civil engineering purposes | BS 1377 |

ECCN EAR99

| | |
|---|---|
| Offshore helicopter landing areas – Guidance on standards<br>*United Kingdom Civil Aviation Authority* | UKCAA CAP 437 |
| Standard Measuring Equipment for Helideck Monitoring Systems<br>(HMS) and Weather Data, Rev 8c, 2010.09.10,'<br>*Issued by: Helideck Certification Agency*<br>http://www.helidecks.org/download%20files/Standard%20Helideck%2<br>0Monitoring%20Systems%20%20Rev%208c.pdf | Standard Helideck<br>Monitoring Systems<br>Rev 8c. |

## INTERNATIONAL STANDARDS

| | |
|---|---|
| Petroleum and natural gas industries – Specific requirements for<br>offshore structures – Part 1: Metocean design and operating<br>considerations | ISO 19901-1:2005 |
| Health aspects of work in extreme climates, 2008<br>*International Association of Oil & Gas Producers* | OGP 398 |
| HS&E Guidelines for Metocean and Arctic Surveys, October 2011<br>*International Association of Oil & Gas Producers*<br>http://www.ogp.org.uk/pubs/447.pdf | OGP 447 |

## OTHER STANDARDS

| | |
|---|---|
| System of Industry Metocean Data for the Offshore and Research<br>Communities, http://www.simorc.org/ | SIMORC |

SOPUS_NHVN00049522

ECCN EAR99

**APPENDIX A       METOCEAN PARAMETERS FOR COASTAL/ONSHORE/OFFSHORE**

1.  A detailed list of metocean parameters for which information and statistics shall be addressed for coastal or onshore facility development is given in Table A.1 through Table A.6.

Table A.1       Meteorological parameters

| Meteorological Parameter | Deepwater | Continental Shelf | Coastal | Onshore |
|---|---|---|---|---|
| Wind speed | + | + | + | + |
| Gust | + | + | + | + |
| Wind direction | + | + | + | + |
| Air temperature | + | + | + | + |
| Relative humidity | + | + | + | + |
| Precipitation | + | + | + | + |
| Barometric pressure | + | + | + | + |
| Visibility | + | + | + | + |
| Cloud coverage | + | + | + | + |
| Lightning | + | + | + | + |
| Soil temperature/ Permafrost | + | + | + | + |
| Sunshine/solar radiation | + | + | + | + |

ECCN EAR99

Table A.2    Oceanographic parameters

| Oceanographic Parameter | Deepwater | Continental Shelf | Coastal |
|---|---|---|---|
| Waves (sea, swell and total seas) | + | + | + |
| Significant wave height | + | + | + |
| Maximum wave height | + | + | + |
| Mean wave period | + | + | + |
| Wave direction | + | + | + |
| Mean wave period | + | + | + |
| Peak wave period | + | + | + |
| Infragravity waves (nominally 0.003 Hz to 0.05 Hz) | | | + |
| Wave direction | | | + |
| Significant wave height | | | + |
| Mean wave period | | | + |
| Water Level | + | + | + |
| Tide | + | + | + |
| Storm surge (positive and negative) | + | + | + |
| Seiche (if applicable) | | | + |
| Tsunami (if applicable) | | | + |
| Current speed (and depth) | + | + | + |
| Current direction (and depth) | + | + | + |
| Sea temperature (and depth) | + | + | + |
| Salinity (and depth) | + | + | + |
| Concentration of suspended sediment | + | + | + |
| Sediment scouring or deposition | + | + | + |

Table A.3    Ice/snow parameters

| Ice/Snow Data Requirements | Deepwater | Continental Shelf | Coastal |
|---|---|---|---|
| Ice thickness | + | + | + |
| Ice coverage | + | + | + |
| Snow depth | + | + | + |
| Freezing-thaw cycle | + | + | + |
| Atmospheric and sea-spray icing | + | + | + |

SOPUS_NHVN00049524

ECCN EAR99

### Table A.4    Air quality parameters

| Air Contaminant Category | Contaminant |
|---|---|
| Inorganic (Vapour Phase) | $CO_2$ |
| | $NH_3$ |
| | $H_2S$ |
| | $H_2$ |
| | $CO$ |
| | $SO_x$ |
| | $NO_x$ |
| | $N_2O$ |
| | $O_3$ |
| 'Light' Hydrocarbons (Vapour phase) | $CH_4$ |
| | $C_2H_6$ |
| | $C_2H_4$ |
| | $C_2H_2$ |
| | $C_3H_8$ |
| | $C_3H_6$ |
| 'Heavy' Hydrocarbons (Vapour Phase) | $C_4$ Alkanes |
| | $C_4$ Olefins |
| | $C_4H_6$ |
| | $C_5$ Alkanes |
| | $C_5$ Olefins |
| | $C_3H_6O$ |
| | $C_6+$ (Total) |
| Air Borne Contaminants (ABCs), Aerosols (Liquid and/or Solid Phase) | Dust |
| | Hydrocarbons <10 m and >1 m |
| | Hydrocarbons <1 m |

### Table A.5    Water quality parameters

| Water Quality Test (Determinant) | Symbol |
|---|---|
| **General** | |
| PH  25°C | PH |
| Electrical conductivity  25°C | EC |
| Oxygen | $O_2$ |
| Dissolved oxygen | $O_2$ |
| Chlorophyll | |
| Free chlorine | $Cl_2$ |

SOPUS_NHVN00049525

ECCN EAR99

| Water Quality Test (Determinant) | Symbol |
|---|---|
| m-alkalinity | m-alk |
| p-alkalinity | p-alk |
| Cyanides | |
| Thiocyanates | |
| Carbon dioxide | $CO_2$ |
| Carbonate | $CO_3$ |
| Bi-carbonate | $HCO_3$ |
| Calcium hardness | $CaCO_3$ |
| Magnesium hardness | $MgCO_3$ |
| Chemical oxygen demand | COD |
| Biological oxygen demand | BOD 5 |
| Sediment content | |
| Salinity | PSU |
| Colour | |
| Chlorine demand | |
| **Ions** | |
| Arsenic | As |
| Calcium | Ca |
| Chromium | Cr |
| Tin | Sn |
| Aluminum | Al |
| Magnesium | Mg |
| Mercury | Hg |
| Nickel | Ni |
| Sodium | Na |
| Potassium | K |
| Ferric Iron | $Fe^{3+}$ |
| Ferro Iron | $Fe^{2+}$ |
| Manganese | Mn |
| Barium | Ba |
| Strontium | Sr |
| Ammonia | $NH_3$ |
| Reactive Silica | $SiO_2$ |
| Dissolved Silica | $SiO_2$ |
| Boron | B |
| Lead | Pb |

**Exhibit H**

ECCN EAR99

| Water Quality Test (Determinant) | Symbol |
|---|---|
| Cadmium | Cd |
| Zinc | Zn |
| Copper | Cu |
| Sulphate | $SO_4$ |
| Chloride | Cl |
| Fluoride | F |
| Nitrate | $NO_3$ |
| Nitrite | $NO_2$ |
| Nitrate reported as N | N |
| Nitrogen (Kjeldahl method) | N |
| Phosphorous total | P |
| Ortho-phosphate | $PO_4$ |
| Sulphide | S |
| **Colloidal fouling** | |
| Colloidal silica | $SiO_2$ |
| Total hardness ppm $CaCO_3$ | TH |
| Total suspended solids | TSS |
| Turbidity | T |
| Silt Density Index | SDI |
| Membrane Fouling Index | MFI |
| **Organic fouling** | |
| Total Organic Carbon | TOC |
| Polyaromatic hydrocarbons | PAH |
| Total Dissolved Solids | TDS |
| Dissolved Organic Carbon | DOC |
| Dissolved oil | |
| Volatile Organic Carbons | VOC |
| Free Oil and Grease | |
| Monochlor benzene | |
| Dichlor benzene | |
| Mineral oil (IR/UV) | |
| BTEX + Napthalene | |
| Phenol | |
| **Bio-fouling** | |
| Assimable Organic Carbon | AOC |
| Biomass Production Potential | BPP |

   SOPUS_NHVN00049527

ECCN EAR99

| Water Quality Test (Determinant) | Symbol |
|---|---|
| Bacterial count | |
| Oxidising and oxidizing biocides (NOT) | |

Table A.6    Contamination testing of sediment samples

| Determinant | Symbol | Unit |
|---|---|---|
| pH  25°C | pH | - |
| Fraction of organic carbon | T | µg/kg of dry soil* |
| Cyanides | | µg/kg of dry soil* |
| Halogenated hydrocarbons | | µg/kg of dry soil* |
| Polyaromatic hydrocarbons | PAH | µg/kg of dry soil* |
| Arsenic | As | µg/kg of dry soil* |
| Chromium | Cr | µg/kg of dry soil* |
| Tin | Sn | µg/kg of dry soil* |
| Mercury | Hg | µg/kg of dry soil* |
| Nickel | Ni | µg/kg of dry soil* |
| Lead | Pb | µg/kg of dry soil* |
| Cadmium | Cd | µg/kg of dry soil* |
| Zinc | Zn | µg/kg of dry soil* |
| Copper | Cu | µg/kg of dry soil* |
| Sulphate | SO₄ | µg/kg of dry soil* |
| Chloride | Cl | µg/kg of dry soil* |
| Mineral oil (IR/UV) | | µg/kg of dry soil* |
| BTEX | | µg/kg of dry soil* |

ECCN EAR99

**APPENDIX B        MINIMUM REQUIRMENTS FOR RANGE RESOLUTION & ACCURACY**

Table B.1

| Meteorological Sensors | SI Units | Range | (USC Units) | Range | Resolution (SI units) | Accuracy (SI units) +/- | Comment |
|---|---|---|---|---|---|---|---|
| Wind speed | m/s | 0 to 75<br>0 to 100 | ft/s | 0 to 250<br>0 to 330 | 0.1 | 0.2 | Normal<br>Tropical cyclone |
| Wind direction | deg | 1 to 360 | deg | 1 to 360 | 1 | 3 | All |
| Atmospheric pressure | mB | 900 to 1100<br>800 to 1100 | psi | 13.05 to 15.95<br>11.60 to 15.95 | 0.1 | 0.2 | Normal<br>Tropical cyclone |
| Air temperature | °C | -50 to + 60<br>0 to + 60 | °F | -58 to +140<br>0 to +140 | 0.1 | 0.2 | Normal<br>Tropical |
| Relative Humidity | % | 0 to 100 | % | 0 to 100 | 1 | 1 | All |
| Visibility | m | 10 to 20,000 | ft | 30 to 66,000 | 10 | 10% of range | All |
| Cloud Height | m | 0 to 10,000 | ft | 0 to 33,000 | 10 | ±8 | All |
| Cloud Cover | Oktas | 0 to 8 | Oktas | 0 to 8 | 1 | 1 | All |
| Rainfall | mm | 0 to 200 | in | 0 to 8<br>½ in/min | 0.2<br>0.5 | 2 %<br>2 % | Normal<br>Tropical |
| Solar Radiation | W/m$^2$ | 0 to 2000 | Btu/hr/ft$^2$ | 0 to 634 | 4 | 20 | All |
| Wave height | m (MSL) | -20 to + 20 | ft (MSL) | -65 to +65 | 0.01 | < 0.5 % of value | All |
| Wave period | s | 0 to 30 | s | 0 to 30 | 0.1 | 0.1 | All |
| Wave direction | deg | 1 to 360 | deg | 1 to 360 | 1.5° | 0.5° | All |
| Current speed | cm/s | 0 to 300<br>0 to 600 | in/s | 0 to 120 in/s<br>0 to 240 in/s | 0.01<br>0.01 | 0.15<br>0.30 | All<br>Turbidity |
| Current direction | deg | 1 to 360 | deg | 1 to 360 | 1 | 5 for | 0° to 15° tilt |
| Water level | m | 0 to 20<br>0 to 60<br>0 to 340<br>0 to 1370 | ft | 0 to 65<br>0 to 200<br>0 to 1115<br>0 to 4495 | 0.01 or 0.001 % of range | 0.01 or 0.01 % of full scale | Sensor selection dependent on water depth or sensor height |
| Sea temperature | °C | -3 to +45 | °F | 27 to 113 | 0.04 | 0.1 | All |
| Conductivity | mmho/cm | 0 to 77 | mmho/cm | 0 to 77 | 0.1 % of range | 0.25 | All |
| Ice thickness | m | up to 175 | ft | up to 575 | 0.02 | 0.05 | Arctic |
| Ice drift speed | m/s | 0 to 3 | in/s | 0 to 120 in/s | 0.1 | 0.15 | Arctic |
| Ice drift direction | deg | 1 to 360 | deg | 1 to 360 | 1 | 5 | Arctic |

**Exhibit H**

ECCN EAR99

CONFIDENTIAL                                                      SOPUS_NHVN00049530

**Exhibit H**

ECCN EAR99

**APPENDIX C     PS016 METOCEAN DATA GATHERING SYSTEMS**

### Table C.1     Performance Standard PS016

OPERATE PHASE PERFORMANCE STANDARD TEMPLATE

| BARRIER REFERENCE | PROTECTION SYSTEMS | | | |
|---|---|---|---|---|
| SCE GROUP | PS016 Metocean Data Gathering Systems | | Approved By | Alison Brown |
| SCE GOAL | To alert personnel to adverse weather by providing accurate, continuous, real-time metocean data for decision making when conducting weather sensitive activities to help prevent weather related incidents. | | Review # | 2 |
| | | | Date | 19-Nov-13 |

| Function No. | Functional Criteria | Minimum Assurance Task | Assurance Measure | Assurance Value |
|---|---|---|---|---|
| 1 | To detect information regarding atmospheric conditions for support of aviation, marine and facilities operations. | **1.1  Meteorological sensors Inspection**<br><br>The following meteorological sensors shall be functioning properly, situated so that measurements are not influenced by the structure or equipment, display (and alarm where appropriate) correctly and are within the accuracy limits (based on the DEP 37.00.10.12) below, unless otherwise specified:<br><br>• Wind speed (Tolerance ±2 m/s [±4 kts])<br>• Wind direction (Tolerance ± 4°)<br>• Wind time series (Raw 1Hz data ) confirm no spikes, gaps or stationary values<br>• Air temperature (Tolerance ±0.5°C [±0.9°F])<br>• Atmospheric pressure (sensor) (Accuracy ±0.2hPa)<br>• Atmospheric pressure (with helideck or helipad only) QFE and QNH (Tolerance ±0.3hPa [0.004 psi])<br>• Humidity (Tolerance ±5%)<br>• Cloud height (locations with visibility problems >1% time) - visual comparison cloud height, window contamination calibration<br>• Visibility (locations with visibility problems >1% time) - calibration using calibration kit e.g. PWA11 (Tolerance <±5.% of test) | Meteorological sensors acceptable insp. | Y:N |
| 2 | To detect information regarding sea conditions for support of aviation, marine and offshore facilities operations | **2.1 Oceanographic sensors Inspection**<br><br>The following Oceanographic sensors shall be functioning properly, situated so that measurements are not influenced by the platform structure display (and alarm where appropriate) correctly and are within the accuracy limits (based on the current DEP) below, unless otherwise specified:<br><br>• Wave height (Tolerance ±20%) - visual inspection and visual comparison of Hs<br>• Wave period (Tolerance ± 2 s) - visual inspection and comparison<br>• Wave time series (Raw 2Hz data ) - confirm no spikes, gaps or stationary values<br>• Current speed profile (Floating Structures only) - (Tolerance ± 0.5 m/s)<br>• Current direction profile (Floating structures only) - (Tolerance ± 10°)<br>• Motion sensors - heave pitch and roll  (Floating structures only) - Within 4m of helideck and valid validation certificate <2 yrs | Oceanographic sensors acceptable insp. | Y:N |
| 3 | To allow more complex displays to aid operational support | **3.1 Data Storage & Display Function**<br><br>Metocean data is correctly processed and stored in the data storage computer allowing recent time series of weather trends to be displayed. | Metocean trends display correctly | Y:N |
| 4 | To transmit data to onshore support personnel | **4.1 Data Access for onshore logistics support**<br><br>Metocean data is accessible onsite and offsite (for support personnel) and correct data is being sent and received at designed time interval (usually every minute) for logistics support. | Metocean data export working correctly | Y:N |