**FILED UNDER SEAL**

DEP INFORMATIVE

## METOCEAN DATA ACQUISTIONDATA REQUIRMENTS FOR PROJECTS AND REAL-TIME SYSTEMS

DEP 37.00.10.11-Gen.

(Comments Round: September 2017)

**DESIGN AND ENGINEERING PRACTICE**

## DEM1



© 2017 Shell Group of companies

All rights reserved. No part of this document may be reproduced, stored in a retrieval system, published or transmitted, in any form or by any means, without the prior written permission of the copyright owner or Shell Global Solutions International BV.

Exhibit

1016

22nd Dec 2022

## PREFACE

DEP (Design and Engineering Practice) publications reflect the views, at the time of publication, of Shell Global Solutions International B.V. (Shell GSI) and, in some cases, of other Shell Companies.

DEP-Informatives provide the main rationale for certain requirements and recommendations in the companion DEP-Specification with the same number. DEP-Informatives are intended for internal use by the Principal only.

The right to obtain and to use DEPs is restricted, and is typically granted by Shell GSI (and in some cases by other Shell Companies) under a Service Agreement or a License Agreement. This right is granted primarily to Shell companies and other companies receiving technical advice and services from Shell GSI or another Shell Company. Consequently, and because DEP-Informatives are only intended to be used by representatives of the Principal, two categories of users of DEP-Informatives can be distinguished:

1)      Operating Units having a Service Agreement with Shell GSI or another Shell Company. The use of DEPs by these Operating Units is subject in all respects to the terms and conditions of the relevant Service Agreement.

2)      Other parties who are authorised to use DEPs, subject to appropriate contractual arrangements (whether as part of a Service Agreement or otherwise).

Subject to any particular terms and conditions as may be set forth in specific agreements with users, Shell GSI disclaims any liability of whatsoever nature for any damage (including injury or death) suffered by any company or person whomsoever as a result of or in connection with the use, application or implementation of any DEP, combination of DEPs or any part thereof, even if it is wholly or partly caused by negligence on the part of Shell GSI or other Shell Company. The benefit of this disclaimer shall inure in all respects to Shell GSI and/or any Shell Company, or companies affiliated to these companies, that may issue DEPs or advise or require the use of DEPs.

Without prejudice to any specific terms in respect of confidentiality under relevant contractual arrangements, DEPs shall not, without the prior written consent of Shell GSI, be disclosed by users to any company or person whomsoever and the DEPs shall be used exclusively for the purpose for which they have been provided to the user. They shall be returned after use, including any copies which shall only be made by users with the express prior written consent of Shell GSI. The copyright of DEPs vests in Shell Group of companies. Users shall arrange for DEPs to be held in safe custody and Shell GSI may at any time require information satisfactory to them in order to ascertain how users implement this requirement.

All administrative queries should be directed to the DEP Administrator in Shell GSI.

INFORMATIVE

DEP 37.00.10.11-Gen.
(Comments Round: September
Page 3

**TABLE OF CONTENTS**

INTRODUCTION TO INFORMATIVE ...................................................................................4

**PART I     INTRODUCTION** ...............................................................................................5
1.3       DEFINITIONS ...............................................................................................5
1.7       DUAL UNITS................................................................................................13

**3.       METOCEAN DATA ACQUISTION AND MEASUREMENT REQUIRMENTS**........13
3.1       METOCEAN DATA ACQUISITION AND ANALYSIS – IDENTIFICATION .............13

**4.       THE REAL-TIME METOCEAN MONITIOING SYSTEM (RTMMS)**.........................31
4.1       REQUIREMENTS FOR DIFFERENT OPERATIONS ...........................................31

## INTRODUCTION TO INFORMATIVE

This new DEP Informative is the companion to DEP 37.00.10.15-Gen., and provides the rationale for certain requirements and recommendations in that document.

For clarity, the section and paragraph numbering of DEP 37.00.10.15-Gen. is used in this document. Where there are no comments regarding a particular paragraph or section, these have been omitted.

The information in this document is maintained by the custodian responsible for the DEP, primarily for the following purposes:

- Documentation of the reason or background for certain requirements, particularly where those requirements have raised questions in the past;

- Inclusion of a PS Table, if applicable, to explain the reasons and give the risk ratings for requirements if they have been designated as process safety related.

This information can be used as guidance when considering deviation requests.

**PART I    INTRODUCTION**

1.3    DEFINITIONS

**1.3.1    General definitions**

Certain requirements in the DEP are considered to be process safety related and are indicated by the term "SHALL [PS]". The reasons and risk ratings for those requirements are summarised below.

| PROCESS SAFETY TABLE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Risk Ranking: 5B | | | | | | | | |
| | | | | | Case Description:<br>This DEP specifies requirements and gives recommendations for the acquisition of meteorological, oceanographic, ice and hydrological data for use in the design, construction and operation of offshore and onshore structures of all types used in the petroleum and natural gas industries.<br>In the context of DEM1, this DEP provides guidance for:<br>• the determination of metocean parameters, environmental actions and action effects for the design of new structures<br>• the determination of metocean parameters, environmental actions and action effects for the re-assessment of existing structures<br>• the site-specific assessment of mobile offshore units<br>• the determination of limiting environmental conditions, weather windows, metocean parameters, environmental actions and action effects for pre-service and post-service situations (i.e. fabrication, transportation and installation or decommissioning and removal of a structure)<br>• the operation of the platform, where appropriate.<br>Failure of structures have occurred | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | in instances where an incomplete quantification /understanding of the metocean conditions was made due to the length of the data collected, lack of understanding of the long-term oscillation and how they impact extremes, lack of understanding of conditions for frontier areas, lack of understanding of the severity of near shore / costal processes.<br><br>Loss of control of operations with weather related limits has occurred when these limits have been exceeded without the operation being aware or due a poor understanding of the environment and hence taking appropriate action due to lack of real-time data and this has led directly to incidents with considerable loss of life. | | | |

| Section/ Clause | Process Safety Risk | Risk Rating | | | | |
|---|---|---|---|---|---|---|
| | | Severity (0 through 5) Likelihood (A through E) | | | | |
| | | P | A | C | E | R |
| 3.1.2, 3 | **Global structural collapse / gas leak**<br><br>Malampaya Pipeline Incident<br><br>In 2006 the Malampaya pipeline was moved 100 m (330 ft) and nearly ruptured by a turbidity current event. Turbidity currents had not been included in the pipelines design and it was not known that the pipelines had been laid in an area with this risk as the data that were collected were to short did not include this phenomenon.  There was another similar incident in 2016 however barriers put in place after the 2006 incident were partly effective.<br><br>Oman LNG damage<br><br>The Oman LNG plant was contracted based on a single package which included the metocean studies.  Due to the rarity of cyclones in this area, the contractors did not consider the possibility of severe events impacting the site. However, tropical cyclone Gonu impacted Oman LNG in June 2007 when there was considerable damage to the facility.  This was related to under-design in relation to wind loading and impact from wave crests riding | 5A | 5B | 3A | 4B | |

| Section/ Clause | Process Safety Risk | Risk Rating Severity (0 through 5) Likelihood (A through E) | | | | |
|---|---|---|---|---|---|---|
| | | P | A | C | E | R |
| | on large storm surges. The resulting impact damage broke cable trays and nearly resulted in pipeline rupture. | | | | | |
| 3.1.2, 4 | **Global structural collapse / gas leak**<br><br>Atlantic Multidecadal Oscillation contributions to Hurricanes Katrina, Rita & Ivan<br><br>Atlantic Multidecadal Oscillation is defined from the patterns of Sea Surface Temperature (SST) variability in the North Atlantic.  This was strongly negative from ~1966 to 1998 (low sea temperature) and moved to a strong positive phase from about 2000 to present.   This small increase in sea temperature compared to the period of the data based (pre-2000) is consider by experts to be part of the reason for the severe conditions associated with hurricanes Hurricane Ivan, Rita and Katrine in 2004 and 2005.  Ivan destroyed seven platforms and six with major damage and five drilling rigs with major damage. Rita destroyed 66 platforms, with 32 suffering extensive damage, 13 MODUs broke their moorings and were set adrift, 1 jack-up rig was sunk, and 7 jack-ups and 2 semi-subs experienced extensive damage.  Katrina destroyed 47 platforms, with 20 suffering extensive damage, 6 rigs broken from moorings and set adrift, 3 platform rigs destroyed and 1 jack-up capsized, and 2 jack-ups, 5 semi-subs and 2 platform rigs suffering extensive damage.  Much of this deficit was due to the design standards, but part due to the lack of understand of the changing conditions and its impact on storm severity. | 5A | 5B | | 4B | |
| 3.1.2, 5 | **Global structural collapse / Explosion / fire/ severe damage**<br><br>Hurricane Harvey flooding<br><br>One impact of Hurricane Harvey in 2017 was the flooding cause losses in power and water supply that resulted in explosions and fires in Arkema's chemical plant in Crosby, Texas.  While hurricane Harvey severity (category 4) is not uncommon and in the Gulf of Mexico the climate change signal on severity and frequency is not definitive, the major climate change signal impacting hurricanes is a significant increase in rainfall (30%) and an even larger increase in runoff and considered one of the major causes of the high rainfall.<br><br>Oman LNG damage<br><br>The Oman LNG plant was contracted based on a | 5A | 5B | 3B | 4B | |

| Section/ Clause | Process Safety Risk | Risk Rating | | | | |
|---|---|---|---|---|---|---|
| | | Severity (0 through 5) Likelihood (A through E) | | | | |
| | | P | A | C | E | R |
| | single package which included the metocean studies. Due to the rarity of cyclones in this area, the contractors did not consider the possibility of severe events impacting the site. However, tropical cyclone Gonu impacted Oman LNG in June 2007 when there was considerable damage to the facility. This was related to under-design in relation to wind loading and impact from wave crests riding on large storm surges. The resulting impact damage broke cable trays and nearly resulted in pipeline rupture. | | | | | |
| 3.1.2, 6 | **Global structural collapse / gas leak**<br><br>Baram 8 Platform Collapse<br><br>The platform collapsed after a cyclone event. The current conditions at the location were not known and in the original design basis an estimate was made of 0.6 m/s (2 ft/s) taken from the North Sea. However, the location of the platform was close to the entrance to the Baram River which was subject to very high currents particularly after heavy rainfall events and this was not accounted for. The platform recovery and decommissioning in 2005 could find no cause other than the severity of the environment.<br><br>Corrib Pipelines<br><br>In March 2015, it was discovered that storms during the winter period of 2014-2015 had caused the previously buried Corrib umbilical and water disposal line to become exposed and we floating above the bed in Broadhaven Bay. The gas import line included in the same bundle did not appear to be damaged. The damage was attributed to strong near-bed water velocities from wave and / or current loads and above design values however no measurements had been made to quantify the currents and assumptions were made about current severity. As a result, emergency rock dumping took place during the summer of 2015 to stabilise the pipelines and umbilical and also prevents damage to the gas line. No metocean data had been collected for this location and design had been based on models which did not properly account for all the near shore interactions for both wave and current. | 5A | 5B | | 4B | |
| 3.1.2, 7 | **Global structural collapse / gas leak**<br><br>Malampaya Pipeline Incident<br><br>In 2006 the Malampaya pipeline was moved 100 m | 5A | 5B | | 4B | |

| Section/ Clause | Process Safety Risk | Risk Rating | | | | |
|---|---|---|---|---|---|---|
| | | Severity (0 through 5) Likelihood (A through E) | | | | |
| | | P | A | C | E | R |
| | (330 ft) and nearly ruptured by a turbidity current event. Turbidity currents had not been included in the pipelines design and it was not known that the pipelines had been laid in an area with this risk as the data that were collected were to short did not include this phenomenon.  There was another similar incident in 2016 however barriers put in place after the 2006 incident were partly effective. | | | | | |
| | Baram 8 Platform Collapse | | | | | |
| | The platform collapsed after a cyclone event. The current conditions at the location were not known and in the original design basis an estimate was made of 0.6 m/s (2 ft/s) taken from the North Sea. However, the location of the platform was close to the entrance to the Baram River which was subject to very high currents particularly after heavy rainfall events and this was not accounted for. The platform recovery and decommissioning in 2005 could find no cause other than the severity of the environment. | | | | | |
| | Corrib Pipelines | | | | | |
| | In March 2015, it was discovered that storms during the winter period of 2014-2015 had caused the previously buried Corrib umbilical and water disposal line to become exposed and we floating above the bed in Broadhaven Bay. The gas import line included in the same bundle did not appear to be damaged. The damage was attributed to strong near-bed water velocities from wave and / or current loads and above design values however no measurements had been made to quantify the currents and assumptions were made about current severity. As a result, emergency rock dumping took place during the summer of 2015 to stabilise the pipelines and umbilical and also prevents damage to the gas line. No metocean data had been collected for this location and design had been based on models which did not properly account for all the near shore interactions for both wave and current. | | | | | |
| 4.2, 7 | **Helicopter ditching / crash** <br><br> • Within the Southeast Asian region there have been several helicopter crashes associated with severe weather, where all occupants were killed, usually related to helicopters flying into squalls.  In one incident, several government officials in Sarawak were killed when a helicopter | 5C | 4B | | 4B | |

| Section/ Clause | Process Safety Risk | Risk Rating | | | | |
|---|---|---|---|---|---|---|
| | | Severity (0 through 5) Likelihood (A through E) | | | | |
| | | P | A | C | E | R |
| | crashed after taking off in poor weather. | | | | | |
| | • The most severe weather related incident within Shell was the Cormorant Alpha helicopter crash in the North Sea. On 14th March 1992, a Bristow's Supa Puma with 15 passengers and 2 crew members took off from Cormorant Alpha and 55 second later plunged into the sea. The weather at the time was extreme, wind speeds of 40 to 50 knots gusting to 60 knots with wave heights up to 13 m (43 ft). 10 member of the crew and the co-pilot of the Super Puma helicopter died after it crashed into the sea. It was ferrying the men to a nearby accommodation vessel. The main finding of the incident related to: | | | | | |
| | ○ "Weather conditions, including the sea-state, at the time of the accident were severe but not outside the permitted operating envelope of the helicopter." How the wind speed and wind direction related to the speed and direction of the flight caused the helicopter to stall in flight. | | | | | |
| | ○ "There were neither regulations nor published criteria of sea-states relating to the viability of search and rescue operations following a helicopter crash or ditching." | | | | | |
| | • Shell response to this incident was the introduction of an adverse weather policy backed up by real-time weather monitoring, which gives management guidelines on the viability of rescue from the sea in adverse weather. Shell's adverse weather policy is that "no helicopter flying will take place when the sea state is such that rescues would be hampered. This state is measured using a combination of wind speed and wave height." As part of this adverse weather policy accurate, reliable, continuous, real-time metocean data relevant to the operation and representative of the environment must be measured. | | | | | |
| | • In February 2009, a helicopter was forced to ditch into North Sea due to poor visibility 500 m short of its destination, the BP | | | | | |

| Section/ Clause | Process Safety Risk | Risk Rating | | | | |
|---|---|---|---|---|---|---|
| | | Severity (0 through 5) Likelihood (A through E) | | | | |
| | | P | A | C | E | R |
| | platform 200 km (125 mi) east of Aberdeen. All passengers survived as ditching was only 500 m (1600 ft) from destination; however, had the ditching been further from destination the outcome could have been very different. | | | | | |
| | • In February 2007, a helicopter crashed into GoM platform which resulted in fatal accident when the pilot of a Eurocopter France, operated by ERA Helicopters, was approaching the Vermillion 200A oil rig, for landing. The collision was caused by bad weather, primarily the gusty wind conditions which resulted in his failure to maintain clearance from the structure. | | | | | |
| | • On 24th December 2009, a medium weight helicopter (Sikorski S-76 C++) landed on a Shell offshore platform in the Gulf of Mexico. While landing, the pilot made the decision to reposition the helicopter by ground taxiing. The helicopter became broadside to strong winds gusting between 30 to 50 knots. This resulted in a dynamic rollover of the helicopter with minor injuries to crew and passengers sustained and major damage to the helicopter. The weather station data was inoperative so no information was available. | | | | | |
| | • In 2010 a helicopter approaching one of the platforms for a Shell JV, made an incorrect approach due to incorrect pressure data supplied for the helideck pressure (QFE) resulting in a near miss collision with the platform. | | | | | |
| 4.2, 7 | **Tanker loading break out / collision** | 5B | 5B | | 5A | |
| | • In 2010 tugs controlling a tanker approaching an LNG jetty in fog for a Shell operated JV, did not adjust speed correctly due to being unclear on the proximity of the jetty due to the dense fog resulting in a collision. In some circumstances the jetty could have been damaged maybe rupturing of the LNG line. Tankers are only allowed to berth when visibility meet criteria but this was not complied with and no measurements were available. | | | | | |

| Section/ Clause | Process Safety Risk | Risk Rating | | | | |
|---|---|---|---|---|---|---|
| | | Severity (0 through 5) Likelihood (A through E) | | | | |
| | | P | A | C | E | R |
| 4.2, 7 | **Collision/ Gas and oil leak /fire** <br><br> Tank loading / offloading in squalls <br><br> On the 23rd January 1993, the LPG carrier Havkong, a 210 m (690 ft) vessel berthed at the Braefoot Bay Marine Terminal in the River Forth in fine weather. At 18:50 hours, when Havkong had loaded approximately 6000 tonnes of a nominated 15,000 tonne cargo of butane, the Braefoot Bay area was subjected to an unusually violent squall. The winch-brake load for some of the mooring was overcome and the vessel moved forward. The loading arms successfully disconnected with no spillage of cargo and the remaining mooring parted company from the jetty. Havkong began to swing under the influence of both the wind and the last of the moorings and drifted eastwards, broadside to the wind. She cleared a ship on the other berth, which was loading ethylene, by approximately 20 m (66 ft). She was eventually brought to anchor approximately one mile east of the berth.  The available evidence leads to a conclusion that Havkong grounded lightly on two occasions, during the incident. The lack of weather monitoring was a major cause and an Improvement Notice from the HSE which required marine / operations staff to have the correct weather monitoring information to make informed decisions and correct procedures which related to weather limits regarding berthing / sailing / loading operations, including ensuring restriction on disconnection and no overriding of the weather alarms due to the sety critical nature of the data. <br><br> In 2011 the tanker offloading from the Sea Eagle Turret moored FPSO was hit but a sudden squall while offloading at night.   The squall had not been predicted and could not be seen and as a result the tanker and FPSO both moved in jack-knife way which resulted in a min collision and minor damage. <br><br> In Nigeria, at the Shell Petroleum Development Company of Nigeria Limited (SPDC) tanker loading buoys, tanker breakouts have occurred due to squall events. Typically, there are 25 squall events at any site, per year and by the year 2000, SPDC had already had 3 full breakouts (one of which resulted in tanker came near to collision with the loadingplatform) and 4-5 part breakout | 5A | 5B | | 5A | |

| Section/ Clause | Process Safety Risk | Risk Rating | | | | |
|---|---|---|---|---|---|---|
| | | Severity (0 through 5) Likelihood (A through E) | | | | |
| | | P | A | C | E | R |
| | Drilling operations in squalls | | | | | |
| | In 2009, a differentially positioned drill ship working for Sarawak Shell Berhad. (SSB) and drilling a deep-water well was pushed off station by a squall event. The drill ship did manage to do an emergency disconnect of the riser.  At this stage the drilling operations had not penetrated to the reservoir.  Had this been the case, the relt could have been more serious  Drilling operations in solitons | | | | | |
| | The Songa Mercur drilling rig, a semi-sub moored rig with a rated water depth of 550 m (1800 ft) was pushed off location twice within 1 month by solitons while drilling in the Sulu Sea. The drill string was broken on both occasions. The location they are drilling is in the Sulu Sea very clo to the soliton generation zone. | | | | | |
| | The Jack Bates drilling rig [which is a semi sub moored rig with a rated water depth of 1646 m (5400 ft)] was pushed off location and broke the drill string when working off the north tip of Sumatra, due to soliton events. On a second visit to the location, two Wavescan buoys with current measurements to warn them off approaching Solitons were deployed. The solitons warnings enabled the second campingo be conducted without incident. | | | | | |
| | The Transocean Legend (which is a semi sub moored rig with a rated water depth of 1067 m (3500 ft) and in this case using pre-installed mooring system consisting of 8 mooring legs (system from Franklins). The well was in 1200 m (3940 ft) of water and was drilled in July/August 2008. Several solitons were identified during the drilling. They had one rig displacement event on 7th August with the rig moving +/- 27 m (90 ft) on a bearing of 229 degrees. The drill strinwas not broken in this instance. | | | | | |
| | The Hippo-1 (offset well) in the Sulu Sea was being drilled from a moored drilling rig. The soliton event, which moved the rig some 47 m (155 ft) with a 6 degree and resulted in a broken drill string. The cause was solitons, with current speed going from 0.1 m/s to 1.4 m/s iminutes, causing the rig offset. | | | | | |

| Section/ Clause | Process Safety Risk | Risk Rating |||||
| | | Severity (0 through 5) Likelihood (A through E) |||||
| | | P | A | C | E | R |
| | Drilling operations in strong currents<br><br>West of Shetland the Ocean Alliance was pushed off station in strong currents and the riser broken when the rig hit the Shelf.  In the Gulf of Mexico rigs drilling near eddies or  the loop current have been impacted due to vortex induced vibration resulting in riser failures.  Offshore South Africa strong currents have damaged riser infrastructure whe the rig was forced off location. | | | | | |

1.7    DUAL UNITS

The conversion of values from the SI system to the corresponding USC values has been made using an adaptive process (i.e., not an exact mathematical conversion). In some cases, size substitutions have been made in order to align with available products or methods customarily used in the US.

**3.        METOCEAN DATA ACQUISTION AND MEASUREMENT REQUIRMENTS**

3.1    METOCEAN DATA ACQUISITION AND ANALYSIS – IDENTIFICATION

The overall process is shown schematically in Figure 1.

**Exhibit I**

**Figure 1      Metocean data acquisition and analysis flow chart**



3.1.1     UNDERSTANDING THE METOCEAN CHARACTERISTICS OF THE AREA

          

**Exhibit I**

| Section / Clause | Process Safety Risk | Risk Rating | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| 3.1.2,3 | **Global structural collapse / gas leak**<br><br>Malampaya Pipeline Incident<br><br>In 2006 the Malampaya pipeline was moved 100 m (330 ft) and nearly ruptured by a turbidity current event. Turbidity currents had not been included in the pipelines design and it was not known that the pipelines had been laid in an area with this risk as the data that were collected were to short did not include this phenomenon. There was another similar incident in 2016 however barriers put in place after the 2006 incident were partly effective.<br><br>Oman LNG damage<br><br>The Oman LNG plant was contracted based on a single package which included the metocean studies. Due to the rarity of cyclones in this area, the contractors did not consider the possibility of severe events impacting the site. However, tropical cyclone Gonu impacted Oman LNG in June 2007 when there was considerable damage to the facility. This was related to under-design in relation to wind loading and impact from wave crests riding on large storm surges. The resulting impact damage broke cable trays and nearly resulted in pipeline rupture. | | | | | |

| S | Process Safety Risk | Risk Rating |
|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| e ct io n / C la u s e | | | | | | |
| 3. 1. 2, 4 | **Global structural collapse / gas leak** <br><br> Atlantic Multidecadal Oscillation contributions to Hurricanes Katrina, Rita & Ivan <br><br> Atlantic Multidecadal Oscillation is defined from the patterns of Sea Surface Temperature (SST) variability in the North Atlantic. This was strongly negative from ~1966 to 1998 (low sea temperature) and moved to a strong positive phase from about 2000 to present. This small increase in sea temperature compared to the period of the data based (pre-2000) is consider by experts to be part of the reason for the severe conditions associated with hurricanes Hurricane Ivan, Rita and Katrine in 2004 and 2005. Ivan destroyed seven platforms and six with major damage and five drilling rigs with major damage. Rita destroyed 66 platforms, with 32 suffering extensive damage, 13 MODUs broke their moorings and were set adrift, 1 jack-up rig was sunk, and 7 jack-ups and 2 semi-subs experienced extensive damage. Katrina destroyed 47 platforms, with 20 suffering extensive damage, 6 rigs broken from moorings and set adrift, 3 platform rigs destroyed and 1 jack-up capsized, and 2 jack-ups, 5 semi-subs and 2 platform rigs suffering extensive damage. Much of this deficit was due to the design standards, but part due to the lack of understand of the changing conditions and its impact on storm severity. | | | | | |

| | | | |
|---|---|---|---|
| S | Process Safety Risk | | Risk Rating |

| e ct io n / C la u s e | | | | | | |
|---|---|---|---|---|---|---|
| 3. 1. 2, 5 | **Global structural collapse / Explosion / fire/ severe damage**<br><br>Hurricane Harvey flooding<br><br>One impact of Hurricane Harvey in 2017 was the flooding cause losses in power and water supply that resulted in explosions and fires in Arkema's chemical plant in Crosby, Texas. While hurricane Harvey severity (category 4) is not uncommon and in the Gulf of Mexico the climate change signal on severity and frequency is not definitive, the major climate change signal impacting hurricanes is a significant increase in rainfall (30%) and an even larger increase in runoff and considered one of the major causes of the high rainfall.<br><br>Oman LNG damage<br><br>The Oman LNG plant was contracted based on a single package which included the metocean studies. Due to the rarity of cyclones in this area, the contractors did not consider the possibility of severe events impacting the site. However, tropical cyclone Gonu impacted Oman LNG in June 2007 when there was considerable damage to the facility. This was related to under-design in relation to wind loading and impact from wave crests riding on large storm surges. The resulting impact damage broke cable trays and nearly resulted in pipeline rupture. | | | | | | |

| S | Process Safety Risk | | Risk Rating | |
|---|---|---|---|---|

| e ct io n / C l a u s e | | | | | | |
|---|---|---|---|---|---|---|
| 3. 1. 2, 6 | **Global structural collapse / gas leak** <br><br> Baram 8 Platform Collapse <br><br> The platform collapsed after a cyclone event. The current conditions at the location were not known and in the original design basis an estimate was made of 0.6 m/s (2 ft/s) taken from the North Sea. However, the location of the platform was close to the entrance to the Baram River which was subject to very high currents particularly after heavy rainfall events and this was not accounted for. The platform recovery and decommissioning in 2005 could find no cause other than the severity of the environment. <br><br> Corrib Pipelines <br><br> In March 2015, it was discovered that storms during the winter period of 2014-2015 had caused the previously buried Corrib umbilical and water disposal line to become exposed and we floating above the bed in Broadhaven Bay. The gas import line included in the same bundle did not appear to be damaged. The damage was attributed to strong near-bed water velocities from wave and / or current loads and above design values however no measurements had been made to quantify the currents and assumptions were made about current severity. As a result, emergency rock dumping took place during the summer of 2015 to stabilise the pipelines and umbilical and also prevents damage to the gas line. No metocean data had been collected for this location and design had been based on models which did not properly account for all the near shore interactions for both wave and current. | | | | | | |

| Section / Clause | Process Safety Risk | Risk Rating | | | | |
|---|---|---|---|---|---|---|
| 3.1.2,7 | **Global structural collapse / gas leak**<br><br>Malampaya Pipeline Incident<br><br>In 2006 the Malampaya pipeline was moved 100 m (330 ft) and nearly ruptured by a turbidity current event. Turbidity currents had not been included in the pipelines design and it was not known that the pipelines had been laid in an area with this risk as the data that were collected were to short did not include this phenomenon. There was another similar incident in 2016 however barriers put in place after the 2006 incident were partly effective.<br><br>Baram 8 Platform Collapse<br><br>The platform collapsed after a cyclone event. The current conditions at the location were not known and in the original design basis an estimate was made of 0.6 m/s (2 ft/s) taken from the North Sea. However, the location of the platform was close to the entrance to the Baram River which was subject to very high currents particularly after heavy rainfall events and this was not accounted for. The platform recovery and decommissioning in 2005 could find no cause other than the severity of the environment.<br><br>Corrib Pipelines<br><br>In March 2015, it was discovered that storms during the winter period of 2014-2015 had caused the previously buried Corrib umbilical and water disposal line to become exposed and we floating above the bed in Broadhaven Bay. The gas import line included in the same bundle did not appear to be damaged. The damage was attributed to strong near-bed water velocities from wave and / or current loads and above design values | | | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | however no measurements had been made to quantify the currents and assumptions were made about current severity. As a result, emergency rock dumping took place during the summer of 2015 to stabilise the pipelines and umbilical and also prevents damage to the gas line. No metocean data had been collected for this location and design had been based on models which did not properly account for all the near shore interactions for both wave and current. |  |  |  |  |

### 3.1.2    DEFINING METOCEAN DATA NEEDS

Indicative project requirements are shown in Table 1 and Table 2 for offshore and onshore / coastal projects.

Table 1          Metocean data requirements for offshore project

| Project Activities Metocean Parameters | Seismic Exploration | Drilling and Appraisal | Fixed Structure | Floating Structure | Pipeline and Subsea | Operations |
|---|---|---|---|---|---|---|
| **Meterological** Wind speed Wind direction Air temperature Air pressure | + | + | + | + |  | + |

**Exhibit I**

INFORMATIVE                    DEP 37.00.10.11-Gen.
(Comments Round: September
Page 22

| | | | | | | |
|---|---|---|---|---|---|---|
| **Oceanographic**<br><br>Current velocity<br><br>Current direction<br><br>Wave height<br><br>Wave direction<br><br>Wave period<br><br>Wave spectra<br><br>Water level (tide/surge)<br><br>Water temperature | + | + | + | + | + | + |
| **Water quality**<br><br>Salinity<br><br>Oxygen content<br><br>Concentration of suspended sediments<br><br>pH<br><br>Conductivity | | | + | + | + | + |
| **Ice (if applicable)**<br><br>Seasonal coverage<br><br>Thickness | + | + | + | + | + | + |
| **Weather Forcasts** | + | + | + | + | + | + |
| **Real time metocean data - Support** | + | + | + | + | + | + |

Table 2          Metocean data requirements for coastal/onshore project

| Project Facilities Metocean Parameters | Navigation system | Jetty and mooring structure | Breakwater and Seawall | | Processing Equipment | Seawater cooling / heating | Mobile modular camps |
|---|---|---|---|---|---|---|---|
| **Meterological** | | | | | | | |
| Wind speed | | | | | | | |
| Wind direction | | | | | | | |
| Air temperature | | | | | | | |
| Air pressure | | | | | | | |
| Precipitaion | | | | | | | |
| Cloud cover | | | | | | | |
| Relative humidity | + | + | + | | + | | + |
| Lightning | | | | | | | |
| Visability | | | | | | | |
| Sunshine/solar radiation | | | | | | | |
| Soil temperature | | | | | | | |
| Permafrost | | | | | | | |

| Project Facilities Metocean Parameters | Navigation system | Jetty and mooring structure | Breakwater and Seawall | | Processing Equipment | Seawater cooling / heating | Mobile modular camps |
|---|---|---|---|---|---|---|---|
| **Oceanographic** | | | | | | | |
| Current velocity | | | | | | | |
| Current direction | | | | | | | |
| Wave height | | | | | | | |
| Wave direction | + | + | + | | | + | |
| Wave period | | | | | | | |
| Wave spectra | | | | | | | |
| Water level (tide/surge) | | | | | | | |
| Water temperature | | | | | | | |
| **Infra gravity waves** | | + | | | | | |
| **Air quality** | | | | | | | |
| $CO_2$ | | | | | + | | + |
| $NO_x$ | | | | | | | |

SOPUS_NHVN00049597

**INFORMATIVE**                    DEP 37.00.10.11-Gen.
(Comments Round: September
Page 25

| Project Facilities Metocean Parameters | Navigation system | Jetty and mooring structure | Breakwater and Seawall | | Processing Equipment | Seawater cooling / heating | Modular camps |
|---|---|---|---|---|---|---|---|
| **Water quality** | | | | | | | |
| Salinity | | | | | | | |
| Oxygen content | | | | | | | |
| Concentration of suspended sediments | | + | | | + | + | |
| pH | | | | | | | |
| Conductivity | | | | | | | |
| **Storm Surge** | | | | | | | |
| Storm scale | | | | | | | |
| Surface rise/depression | + | + | + | | | | |
| **Seiches** | | | | | | | |
| Ossiliation period | + | + | + | | | | |
| Ossiliation amplitude | | | | | | | |

| Project Facilities Metocean Parameters | Navigation system | Jetty and mooring structure | Breakwater and Seawall | | Processing Equipment | Seawater cooling / heating | Mobile modular camps |
|---|---|---|---|---|---|---|---|
| **Tsumani** | | | | | | | |
| Frequency | | + | | | + | | |
| Magnitude | | | | | | | |
| **Ice** (if applicable) | | | | | | | |
| Seasonal coverage | | | | | | | |
| Thickness | + | + | + | | | + | + |
| Atmospheric icing | | | | | | | |
| Sea spray icing | | | | | | | |
| **Forcasts** | | | | | | | |
| Weather | + | + | + | | + | | + |
| Current | | | | | | | |
| **Real Time Data** | | | | | | | |
| Meterological | + | + | + | | + | | + |
| Ocean | | | | | | | |

3.2      METOCEAN DATA ACQUISITION AND ANALYSIS – IMPLEMENTATION

3.2.1    METOCEAN MEASURMENTS STRATEGY AND SCOPE OF WORK

The risk mitigation check list in Table 3 can be used to support ensuring that measurements are de risked.

Table 3        Metocean data acquisition risk and mitigation matrix

| | Cause category | Typical Causes | Mitigation |
|---|---|---|---|
| Incorrect data type collected | Poor understanding of project needs | Project has aspects, which the Metocean engineer is not familiar | Detailed interactive discussion with project required. For complex projects one person in the project is unlikely to understand all aspects |
| | Poor understanding of complete project | Project engineer responsible for liaising with metocean does not understand all aspect of the project across all disciplines | Metocean needs to pick up on all aspect of project with multiple disciplines. |
| | Poor understanding of metocean conditions in region | Soliton and infra-gravity waves have been missed due to (1) averaging of data or (2) insufficient sample time for wave data | Review literature for information to gain understanding of area. Start data collect earlier to gain understanding, then adjust sensor configuration dependent on findings |
| | Poor understanding of project-metocean interaction | A metocean conditions is known about but not thought to impact the project | Highlight impact of the metocean to the project rather than the metocean conditions itself |
| | Poor understanding of analysis techniques to be used | Metocean engineer might not be familiar with specific analysis R & D might be required as part of project and data for this analysis may not be clear | Think through analysis required as part of DAP Ensure data requirements for analysis understood |
| Poor qualit | Incorrect system specification | Using a system that is inappropriate for the metocean conditions and the data that needs to be collected. | Research conditions as much as possible and check equipment specification and configuration |

| | | | |
|---|---|---|---|
| | Incorrect sensor specification | Sensor with insufficient accuracy or resolution specified | Check specification of all sensors against requirements |
| | Insufficient sensor maintenance and calibration | Sensors calibrated only post deployment rather than pre deployment due to timing constraint<br><br>Long deployments not allowing for sensor to be returned to beach for calibration<br><br>Measurement program extended | Obtain calibration certificates of all sensors before deployment<br><br>Check calibration interval and put into project program<br><br>Ensure onsite calibration is completed and is part of procedures (e.g. magnetic compass, pressure sensors may need site-specific calibration) |
| | Incorrect understanding of sensor output | Incorrect interface made to sensor due to several possible output modes | Ensure output modes specified and checked as per procedure |
| | Sensor drift | Sensor drift due to marine growth as per salinity and dissolved oxygen sensors<br><br>Sensor drift due to Electronic drift/impedance change | Sensor type servicing regime<br><br>Careful sensor selection better to select solid state sensor with no electronic drift |
| | Incorrect recoding interval and sample duration selected | Memory restriction. Battery restriction. Computer processing restriction. Same specification as a previous campaign | Memory, battery or computer restriction can now be fully overcome with new technology. Recoding interval and sample duration should be at least as per this DEP |

Table 3        Metocean data acquisition risk and mitigation matrix (continued)

| | Cause category | Typical Causes | Mitigation |
|---|---|---|---|
| | | | |

| | Battery life | Faulty of failed battery pack | Check battery before deployment |
|---|---|---|---|
| | | Incorrect battery type used | Include in deployment procedure |
| | | Incorrect battery life calculation | Ensure calculation completed |
| | | Faulty instrumentation re power leakage | Where possible send equipment diagnostics in real-time |
| | Memory | Faulty memory card | Test card before deployment |
| | | Incorrect data size calculation | Ensure calculation completed |
| | | Poor data housekeeping | Use new cards |
| | | | Include in deployment procedure |
| | Water ingress | Instrumentation leaks after deployment | Use of new equipment for critical surveys |
| | | | Instrumentation closed in workshop or instrument room type environment and not on deck |
| | | | O-ring check in procedure |
| | IT failure | IT failure usually related to computer on weather station systems | Where possible send equipment diagnostics in real-time |
| | | | Real-time computer system / buoys set up to allow remote access |
| | Third party interference | Removal of equipment (theft) | Background research on fishing and related activity |
| | | Fishing activity (trawling/nets/lines) | Design mooring to be robust to trawling (trawl proof frames) |
| | | Mooring vessel onto buoys | Start data collection earlier than required as this is difficult to mitigate fully |
| | | Fish bombing (SE Asia) | If possible position surface instrumentation buoy is sight of platform / rig |
| | | | Avoid use of surface buoys with sub-sea instrumentation |
| | | | Include ARGOS tracking devise or similar |
| | Solar panel failure | Solar panel (for power) fails or are vandalized | Where possible send equipment diagnostics in real-time |

Low data returns achieved

INFORMATIVE

DEP 37.00.10.11-Gen.
(Comments Round: September
Page 30

| | | | |
|---|---|---|---|
| | Insufficient spares | Spares not available and mooring redeployed with some equipment not working or available | Make a spares list for each deployment and service visits and ensure available |
| | Incorrect instrument set up | Incorrect specification, poor understanding of specification or lack of competence to implement specification | Factory acceptance test should always be undertaken<br><br>Include in procedure<br><br>Engineer competence check / assurance |

Table 3    Metocean data acquisition risk and mitigation matrix (continued)

| | | Cause category | Typical Causes | Mitigation |
|---|---|---|---|---|
| Equipment Damaged | | Equipment damaged in transit to site | Sensors gets wet due to rain or waves and electronics damaged<br><br>Sensor physically damaged | Ensure robust packaging<br><br>Ensure water proof packaging for instruments<br><br>Ensure correct tie down on vessel |
| | | Equipment damaged on deployment | Equipment hits A-frame or vessel<br><br>Equipment hits seabed or object on deployment | Wave/vessel role limit for safe deployment<br><br>Correct equipment configuration for deployment<br><br>Procedure for freefalling or lowering mooring |
| No equipment recovered | | Third party interference | Mooring removed by third party | Include ARGOS tracking devise or similar |
| | | Military /Political Activity | Vessel or crew turned back from mooring deployment zone | Research into political situation and particularly boarder disputes |
| | | Inability to locate equipment/ mooring | Mooring moved by third party or environmental influence | Include ARGOS tracking devise or similar<br><br>For underwater mooring include additional location devise<br><br>Consider mooring redundancy |

|  | Cause category | Typical Causes | Mitigation |
|---|---|---|---|
| No data obtained from identified source | Inability to recover equipment | Acoustic release does not release due to: battery failure, marine growth, mud, held under object such as clump weight, etc. | Ensure two methods of recovery for every mooring (main/backup) without using divers or ROV

Ensure the planning includes equipment for both methods on servicing/ retrieval trips |
|  | Extreme environmental event | Mooring lost due to extreme event; e.g. Tsunami or turbidity current; hurricane of cyclone | Design of equipment housing or mooring should take into account at least the anticipated 100-year event |
|  | In ability to purchase data | Contract problems Legal restrictions Agreement of all data parties/ partners Conflict of interest | Research likelihood of success before relying on this method. Consider also own data collection program to complement / replace if data not available |
|  | In ability to exchange data | Contract problems

Legal restrictions

Agreement of all data parties/ partners

Conflict of interest | Research likelihood of success before relying on this method. Consider also own data collection program to complement / replace if data not available |
|  | Data availability different to that assumed | Data stored in a format that can no longer be read

Data lost | Follow database requirements for all internal data including raw data, spectra, etc. |

|  | Cause category | Typical Causes | Mitigation |
|---|---|---|---|
| Delay /missed | Equipment damaged in transit | Incorrect packing

Incorrect handling | Ensure packing is robust and also designed for lifting requirements

Where appropriate ensure packaging is weather proof |

| | Equipment delayed in transit | Delay in shipping or charter due to weather<br><br>Missed carrier<br><br>Customs clearance | Check forecasts and look at re-routing<br><br>Ensure sufficient time for possible delays in weather, clearance, etc. |
|---|---|---|---|
| | Equipment lost in transit | Equipment cannot be located at site or was not delivered | Ensure equipment is tracked by a profession carrier and<br><br>Ensure delivery notes are secured at destination |

3.2.2    SYSTEM CALIBRATION, TESTING, INSTALLTION AND MAINTENCE

3.3    METOCEAN DATA ASSIMILATION AND ANALYSIS

3.3.1    DATA PROCESSING TO DERIVE METOCEAN PARAMETERS

3.3.2    DATA DELIVERABLES

3.3.3    DATA COMPILATION

**4.    THE REAL-TIME METOCEAN MONITIOING SYSTEM (RTMMS)**

4.1    REQUIREMENTS FOR DIFFERENT OPERATIONS

| Section/ Clause | Process Safety Risk | Risk Rating | | | | |
|---|---|---|---|---|---|---|
| | | P | A | C | E | R |
| 4.2, 7 | **Helicopter ditching / crash**<br><br>• Within the Southeast Asian region there have been several helicopter crashes associated with severe weather, where all occupants were killed, usually related to helicopters flying into squalls. In one incident, several government officials in Sarawak were killed when a helicopter crashed after taking off in poor weather.<br><br>• The most severe weather related incident within Shell was the Cormorant Alpha helicopter crash in the North Sea. On 14th March 1992, a Bristow's Supa Puma with 15 passengers and 2 crew members took off from Cormorant Alpha and 55 second later plunged into the sea. The weather at the time was extreme, wind speeds of 40 to 50 knots gusting to 60 knots with wave heights up to 13 m (43 ft). 10 member of the crew and the co-pilot of the Super Puma helicopter died after it crashed into the sea. It was ferrying the men to a nearby accommodation vessel. The main finding of the incident related to: | 5C | 4B | | 4B | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | o "Weather conditions, including the sea-state, at the time of the accident were severe but not outside the permitted operating envelope of the helicopter." How the wind speed and wind direction related to the speed and direction of the flight caused the helicopter to stall in flight. | | | | |
| | | o "There were neither regulations nor published criteria of sea-states relating to the viability of search and rescue operations following a helicopter crash or ditching." | | | | |
| | | • Shell response to this incident was the introduction of an adverse weather policy backed up by real-time weather monitoring, which gives management guidelines on the viability of rescue from the sea in adverse weather. Shell's adverse weather policy is that "no helicopter flying will take place when the sea state is such that rescues would be hampered. This state is measured using a combination of wind speed and wave height." As part of this adverse weather policy accurate, reliable, continuous, real-time metocean data relevant to the operation and representative of the environment must be measured. | | | | |
| | | • In February 2009, a helicopter was forced to ditch into North Sea due to poor visibility 500 m short of its destination, the BP platform 200 km (125 mi) east of Aberdeen. All passengers survived as ditching was only 500 m (1600 ft) from destination; however, had the ditching been further from destination the outcome could have been very different. | | | | |
| | | • In February 2007, a helicopter crashed into GoM platform which resulted in fatal accident when the pilot of a Eurocopter France, operated by ERA Helicopters, was approaching the Vermillion 200A oil rig, for landing. The collision was caused by bad weather, primarily the gusty wind conditions which resulted in his failure to maintain clearance from the structure. | | | | |
| | | • On 24th December 2009, a medium weight helicopter (Sikorski S-76 C++) landed on a Shell offshore platform in the Gulf of Mexico. While landing, the pilot made the decision to reposition the helicopter by ground taxiing. The helicopter became broadside to strong | | | | |

| | |
|---|---|
| | winds gusting between 30 to 50 knots. This resulted in a dynamic rollover of the helicopter with minor injuries to crew and passengers sustained and major damage to the helicopter. The weather station data was inoperative so no information was available. |
| | • In 2010 a helicopter approaching one of the platforms for a Shell JV, made an incorrect approach due to incorrect pressure data supplied for the helideck pressure (QFE) resulting in a near miss collision with the platform. |

| Section/ Clause | Process Safety Risk | Risk Rating | | | | |
|---|---|---|---|---|---|---|
| | | P | A | C | E | R |
| 4.2, 7 | **Tanker loading break out / collision**<br><br>• In 2010 tugs controlling a tanker approaching an LNG jetty in fog for a Shell operated JV, did not adjust speed correctly due to being unclear on the proximity of the jetty due to the dense fog resulting in a collision. In some circumstances the jetty could have been damaged maybe rupturing of the LNG line. Tankers are only allowed to berth when visibility meet criteria but this was not complied with and no measurements were available. | 5B | 5B | | 5A | |

| Section/ Clause | Process Safety Risk | Risk Rating | | | | |
|---|---|---|---|---|---|---|
| | | P | A | C | E | R |
| 4.2, 7 | **Collision/ Gas and oil leak /fire**<br><br>Tank loading / offloading in squalls<br><br>On the 23rd January 1993, the LPG carrier Havkong, a 210 m (690 ft) vessel berthed at the Braefoot Bay Marine Terminal in the River Forth in fine weather. At 18:50 hours, when Havkong had loaded approximately 6000 tonnes of a nominated 15,000 tonne cargo of butane, the Braefoot Bay area was subjected to an unusually violent squall. The winch-brake load for some of the mooring was overcome and the vessel moved forward. The loading arms successfully disconnected with no spillage of cargo and the remaining mooring parted | 5A | 5B | | 5A | |

company from the jetty. Havkong began to swing under the influence of both the wind and the last of the moorings and drifted eastwards, broadside to the wind. She cleared a ship on the other berth, which was loading ethylene, by approximately 20 m (66 ft). She was eventually brought to anchor approximately one mile east of the berth.  The available evidence leads to a conclusion that Havkong grounded lightly on two occasions, during the incident. The lack of weather monitoring was a major cause and an Improvement Notice from the HSE which required marine / operations staff to have the correct weather monitoring information to make informed decisions and correct procedures which related to weather limits regarding berthing / sailing / loading operations, including ensuring restriction on disconnection and no overriding of the weather alarms due to the sety critical nature of the data.

In 2011 the tanker offloading from the Sea Eagle Turret moored FPSO was hit but a sudden squall while offloading at night.  The squall had not been predicted and could not be seen and as a result the tanker and FPSO both moved in jack-knife way which resulted in a min collision and minor damage.

In Nigeria, at the Shell Petroleum Development Company of Nigeria Limited (SPDC) tanker loading buoys, tanker breakouts have occurred due to squall events. Typically, there are 25 squall events at any site, per year and by the year 2000, SPDC had already had 3 full breakouts (one of which resulted in tanker came near to collision with the loadinglatform) and 4-5 part breakout

Drilling operations in squalls

In 2009, a differentially positioned drill ship working for Sarawak Shell Berhad. (SSB) and drilling a deep-water well was pushed off station by a squall event. The drill ship did manage to do an emergency disconnect of the riser.  At this stage the drilling operations had not penetrated to the reservoir.  Had this been the case, the relt could have been more serious  Drilling operations in solitons

The Songa Mercur drilling rig, a semi-sub moored rig with a rated water depth of 550 m (1800 ft) was pushed off location twice within 1 month by solitons while drilling in the Sulu Sea. The drill string was broken on both occasions. The location they are drilling is in the Sulu Sea very clo to the soliton generation zone.

The Jack Bates drilling rig [which is a semi sub moored rig with a rated water depth of 1646 m

**Exhibit I**

| | | | | | |
|---|---|---|---|---|---|
| (5400 ft)] was pushed off location and broke the drill string when working off the north tip of Sumatra, due to soliton events. On a second visit to the location, two Wavescan buoys with current measurements to warn them off approaching Solitons were deployed. The solitons warnings enabled the second campingo be conducted without incident.<br><br>The Transocean Legend (which is a semi sub moored rig with a rated water depth of 1067 m (3500 ft) and in this case using pre-installed mooring system consisting of 8 mooring legs (system from Franklins). The well was in 1200 m (3940 ft) of water and was drilled in July/August 2008. Several solitons were identified during the drilling. They had one rig displacement event on 7th August with the rig moving +/- 27 m (90 ft) on a bearing of 229 degrees. The drill strinwas not broken in this instance.<br><br>The Hippo-1 (offset well) in the Sulu Sea was being drilled from a moored drilling rig. The soliton event, which moved the rig some 47 m (155 ft) with a 6 degree and resulted in a broken drill string. The cause was solitons, with current speed going from 0.1 m/s to 1.4 m/s iminutes, causing the rig offset.<br><br>Drilling operations in strong currents<br><br>West of Shetland the Ocean Alliance was pushed off station in strong currents and the riser broken when the rig hit the Shelf.  In the Gulf of Mexico rigs drilling near eddies or  the loop current have been impacted due to vortex induced vibration resulting in riser failures.  Offshore South Africa strong currents have damaged riser infrastructure whe the rig was forced off location. | | | | | |