UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CONSERVATION LAW FOUNDATION,
INC.,

                Plaintiff,

   v.

SHELL OIL COMPANY, EQUILON
ENTERPRISES LLC D/B/A SHELL OIL
PRODUCTS US, SHELL PETROLEUM,
INC., SHELL TRADING (US) COMPANY,
TRITON TERMINALING LLC, and
MOTIVA ENTERPRISES LLC,

              Defendants.

Case No: 3:21-cv-00933-JAM

April 27, 2023

**DEFENDANTS' CROSS-MOTION FOR PROTECTIVE ORDER
ON PLAINTIFF'S 30(B)(6) DEPOSITION TOPICS AND FOR SANCTIONS**

Pursuant to Federal Rules of Civil Procedure 26(b), (c), (g), 28 U.S.C. § 1927, and the
inherent powers of this Court, Defendants Shell USA, Inc. (f/k/a Shell Oil Company), Triton
Terminaling LLC, and Equilon Enterprises LLC d/b/a Shell Oil Products US ("Defendants")
hereby request that the Court, by way of protective order and order for sanctions, enter an order
requiring the following:

1.  The following topics are stricken in their entirety from CLF's Topics for Rule
    30(b)(6) Deposition for CLF's Notices of Deposition of Defendants:

    a.  Topics 5, 2, 25, 26, and 29.

2.  The following topics are revised and/or tailored as follows:

    a.  Topics 1 and 2 are limited only to the Defendants. The language
        "including the details of any legal, business, or other relationship between

1

or among Defendant, parent, holding company, subsidiary, members,

sister corporations or partners" is stricken from these topics.

    b.  Topic 3:

        i.  CLF is only permitted to seek testimony regarding the portions of

the Terminal Operations Manual, Asset Management System,

Asset Integrity Process, Hazards and Effect Management Process,

Design and Engineering Practices, Design Engineering Manuals,

Health, Safety, Security, and Environment and Social Performance

Control Framework, and Distribution Global Asset Management

Excellent specifically pertaining to the New Haven Terminal's

Clean Water Act permit compliance and management of hazardous

waste under the Resources Conservation and Recovery Act.

       ii.  CLF is not permitted to seek testimony regarding the Manual of

Authorities, Investment Management Guide, and any documents

pertaining to Metocean.

    c.  Topics 4, 6, 7, 23, and 28 are limited only to the New Haven Terminal.

The language "on-shore or near shore Shell facilities," or any

combinations thereof, is stricken from these topics.

    d.  Topics 6 and 7 are limited only to lessons learned or other information

used by the New Haven Terminal.

3.  The applicable time period for CLF's deposition topics is January 1, 2017 to the

present.

4.  CLF must reimburse Defendants' reasonable expenses incurred in bringing this motion and responding to CLF's Notices of Deposition, including attorneys' fees, pursuant to Rule No. 26(c)(3), (g), and 37(a)(5).

5.  CLF is ordered to take the 30(b)(6) deposition of Defendants (*i.e.*, Shell USA, Inc. (f/k/a Shell Oil Company), Triton Terminaling LLC, and Equilon Enterprises LLC d/b/a Shell Oil Products US) no sooner than 15 days after this Court's decision on CLF's Renewed Motion to Compel (ECF No. 149).

6.  Whatever additional relief the Court deems appropriate.

The grounds for this relief are set forth in the contemporaneously filed Memorandum of Law in Support of Defendants' Opposition to Plaintiff Conservation Law Foundation's Motion to Compel Defendants' Depositions and for Sanctions and Defendants' Cross-Motion for Protective Order on Plaintiff's 30(b)(6) Deposition Topics and for Sanctions.[1]

Dated: April 27, 2023

Respectfully submitted,

*/s/ Roy D. Prather III*
James O. Craven
ct18790
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: (203) 498-4400
F: (203) 782-2889
jcraven@wiggin.com

BEVERIDGE & DIAMOND, P.C.
John S. Guttmann
ct25359

---

[1] In the interest of judicial economy and due to the substantial overlap in arguments supporting both Defendants' opposition to CLF's motion to compel and Defendants' motion for protective order, Defendants have filed a combined memorandum of law.

1900 N Street, NW, Suite 100
Washington, DC 20036
T: (202) 789-6020
F: (202) 789-6190
jguttmann@bdlaw.com

Bina Reddy
phv20420
400 W. 15th Street, Suite 1410
Austin, Texas 78701
T: (512) 391-8045
F: (512) 391-8099
breddy@bdlaw.com

Megan L. Marzec Morgan
phv20623
Roy D. Prather III
phv206800
201 North Charles Street, Suite 2210
Baltimore, MD 21201-4150
T: (410) 230-1300
F: (410) 230-1389
mmorgan@bdlaw.com
rprather@bdlaw.com

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 25, 2023, a copy of the foregoing Defendants' Cross-Motion for Protective Order on Plaintiff's 30(b)(6) Deposition Topics and for Sanctions was filed through the Court's electronic filing system ("ECF"), by which means the document is available for viewing and downloading from the ECF system and a copy of the filing will be sent electronically to all parties registered with the ECF system.

*/s/ Roy D. Prather III*
Roy D. Prather III