UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> *Defendants*. | Civil Action No. 3:21-cv-00933-JAM |

**JOINT MOTION TO WITHDRAW MOTION TO SEAL [ECF 228] AND TO SUBSTITUTE PLAINTIFF'S REDACTED BRIEF [ECF 227]**

Pursuant to Local Rule of Civil Procedure 83.6(a), Plaintiff Conservation Law Foundation, Inc. ("CLF") and Defendants Shell Oil Company, Equilon Enterprises LLC d/b/a Shell Oil Products US, Shell Petroleum, Inc., Triton Terminaling LLC, and Motiva Enterprises LLC (collectively "Defendants") jointly move this Court to withdraw from consideration CLF's Motion to Seal (ECF 228) portions of its brief in opposition to Defendants' cross motion for protective order and for sanctions and exhibits thereto. The Parties further ask this Court to substitute CLF's redacted brief, *see* ECF 227, with the unredacted brief attached to this Joint Motion as Exhibit 1, which is supported by an affidavit from counsel attached to this Motion as Exhibit 2. In support of this Joint Motion, the Parties state the following:

1.      On July 7, 2021, this court issued a Standing Protective Order. *See* ECF 7. The Standing Protective Order allows a party to designate materials produced in discovery as "Confidential." *Id.* ¶ 3. The Standing Protective Order requires that "if it becomes necessary to file Designated Material with the Court, a party must comply with Local Civil Rule 5 by moving to

1

file the Designated Material under seal." *Id*. ¶ 14.

2.      On April 27, 2023, Defendants filed a cross motion for a protective order and for sanctions against CLF. *See* ECF 215.

3.      CLF filed its opposition to Defendants' cross motion on May 23, 2023. *See* ECF 227. In its opposition brief, CLF quoted language from five documents that Defendants have designated as confidential: Metocean DEP Specification, ECF 153; Metocean DEP Informative, ECF 154; Tank Stripping Emails, ECF 160; Global Trading and Supply Operation Asset Management System Manual (Exhibit C to the brief), ECF 230; and Investment Management Guide (Exhibit D to the brief), ECF 231. *See* ECF 227 at 13–17, 26.

4.      Prior to the deadline for CLF to file its opposition brief, this Court considered whether ECFs 153, 154, and 160 should be sealed. *See* Order, ECF 221. The Court sealed ECF 160, *id.* at 16, and deferred final resolution as to ECFs 153 and 154, *see id.* at 17; Order Staying Unsealing, ECF 226. Thereafter, the Court unsealed ECFs 153 and 154. *See* Order, ECF 238; Order, ECF 240.

5.      Prior to filing its opposition brief, CLF conferred with Defendants about reaching a compromise regarding use of the quoted language. *See* Jordan Aff., ECF 227-1 ¶¶ 7–8. The Parties were unable to reach an agreement at that time.

6.      After filing a redacted version of CLF's opposition brief, *see* ECF 227, CLF filed a Motion to Seal the quoted designated material in its opposition brief, as well as Exhibits C and D to the brief. *See* Mtn. to Seal, ECF 228; *see also* ECF 229 (brief filed under seal); ECF 230 (Exhibit C filed under seal); ECF 231 (Exhibit D filed under seal). In its Motion to Seal, CLF did not take a position as to whether the Court should grant the Motion. *See* ECF 228 at 1.

7.      After Defendants reviewed the final, unredacted brief and quoted language, *see*

ECF 229 (filed under seal), the Parties further conferred and agreed that the redacted language quoted from designated materials in CLF's brief could be filed on the public docket. *See* Affidavit of Bina R. Reddy at ¶¶ 3–4, attached as Exhibit 2.

8. The Parties agreed to file this Joint Motion to withdraw CLF's Motion to Seal (ECF 228) and the documents filed under seal pursuant to that Motion (ECFs 229, 230, 231). The Parties also request that the Court substitute CLF's redacted brief (ECF 227) with the unredacted brief attached to this Joint Motion as Exhibit 1. To support the quoted language in CLF's brief, the Parties submit the affidavit of Defendants' attorney, Bina R. Reddy, which is attached to this Joint Motion as Exhibit 2.

For the foregoing reasons, the Parties respectfully request this Court grant this Joint Motion and enter an order withdrawing CLF's Motion to Seal (ECF 228), CLF's unredacted brief filed under seal (ECF 229), Exhibit C filed under seal (ECF 230), and Exhibit D filed under seal (ECF 231). *See* D. Conn. L.R. Civ. P. 83.6(a). The Parties also request this Court substitute CLF's redacted opposition brief (ECF 227) with the unredacted brief attached to this Joint Motion as Exhibit 1.

Dated: June 13, 2023         Respectfully submitted,

*/s/ Alexandra M. Jordan*
Alexandra M. Jordan (ct31466)
Alexandra St. Pierre (ct31210)
Conservation Law Foundation, Inc.
62 Summer Street
Boston, MA 02110
Tel: (617) 850-1732
E-mail: ajordan@clf.org
E-mail: aestpierre@clf.org

Christopher Kilian (ct31122)
Kenneth J. Rumelt (phv207130)*

Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 223-5992
Tel: (802) 622-3020
E-mail: ckilian@clf.org
E-mail: krumelt@clf.org

James Crowley (ct31319)
Conservation Law Foundation, Inc.
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI 02908
Tel: (401) 228-1905
E-mail: jcrowley@clf.org

Allan Kanner (ct31051)
E-mail: a.kanner@kanner-law.com
Elizabeth B. Petersen (ct 31211)
E-mail: e.petersen@kanner-law.com
Chancey E. Raymond (ct31311)
E-mail: c.raymond@kanner-law.com
KANNER & WHITELEY, L.L.C.
701 Camp Street New Orleans, LA 70130
Tel: (504) 542-5777
Facsimile: (504) 524-5763

*Attorneys for Plaintiff*
*\*Admitted as Visiting Attorney*


<u>/s/ Bina R. Reddy</u>              With Permission
Bina R. Reddy (phv20420)
BEVERIDGE &DIAMOND, P.C.
400 West 15th Street
Suite 1410
Austin, TX 78701-1648
T: (512) 391-8000
F: (202) 789-6190
breddy@bdlaw.com

Megan L. Morgan (phv20623)
BEVERIDGE & DIAMOND, P.C.
201 North Charles Street, Suite 2210
Baltimore, MD 21201-4150
T: (410) 230-1300

4

F: (202) 789-6190
mmorgan@bdlaw.com

James O. Craven (ct18790)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: (203) 498-4400
F: (203) 782-2889
jcraven@wiggin.com

John S. Guttmann (ct25359)
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
T: (202) 789-6020
F: (202) 789-6190
jguttmann@bdlaw.com

*Counsel for Defendants*

5