**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., | |
| Plaintiff, | Case No: 3:21-cv-00933-JAM |
| v. | |
| SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., SHELL TRADING (US) COMPANY, TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, | June 12, 2023 |
| Defendants. | |

**<u>AFFIDAVIT OF BINA R. REDDY</u>**

Pursuant to Local Rule 37(a), I, Bina R. Reddy, swear to the following statement:

1. I am a principal at the law firm of Beveridge & Diamond, P.C. and counsel for Defendants. I am admitted pro hac vice in this Court. I am familiar with the events, pleadings and discovery in this case.

2. On May 23, 2023, Plaintiff Conservation Law Foundation, Inc. ("CLF") filed a Motion to Seal (ECF No. 228) portions of its recently filed Memorandum in Opposition to Defendants' Cross-Motion for Protective Order and for Sanctions (ECF No. 227).

3. Since the filing, the parties have conferred in an effort in good faith to resolve the issues raised by the Motion to Seal without the intervention of the Court.

4. The parties were able to reach an agreement on the issues raised in the Motion to Seal. CLF plans to withdraw its third Motion to Seal and refile its Memorandum in Opposition to Defendants' Cross-Motion for Protective Order and for Sanctions with this affidavit appended.

5. I have reviewed Plaintiff's Opposition to Defendants' Cross-Motion for Protective Order and Sanctions (ECF No. 227) and Exhibits C and D to CLF's Opposition (ECF Nos. 227-3, 227-4).

6. These documents were marked as "confidential".

7. **Exhibit C: Global Trading and Supply Operation Asset Management System Manual (Pl. Dep. Ex. 1019) (SOPUS_NHVN00030239):** CLF quotes language from pages 3, 18, and 19 of the Global Trading and Supply Operation Asset Management System Manual (the "Manual"). The relevant language quoted by CLF from the Manual is as follows:

    a. **Page 3:** "This document is applicable for all Shell Owned and operated TSO terminals and describes the key requirements for a systematic approach to asset management that will enable TSO to achieve the organizational objectives through operational and functional excellence, in alignment with Shell aspiration "No Harm, No leaks"."

    b. **Page 18:** "The management of asset integrity in design and operations requires the application of technical standards to assure the asset performance and integrity in operations. Design and Engineering manual (DEM1 and DEM2), have been introduced by the Group defining minimum technical requirements for uniform performance and integrity for all Shell group assets where defined process safety risks exist. To the extent that operating units lack specific technical standards and

       risk exists, they should consider employing the following list of documents and references, with the most stringent to be used:

              1. Shell group Design & Engineering Practices (DEP). Local statutory regulations and references.

              2. Internationally recognized and industry adopted codes. Local business or alternate business developed technical references or procedures."

    c. **Page 19:** "The statement of fitness (SoF) is a mandatory requirement detailed in the HSSE CF. It is an assurance document that documents that HSSE & SP CF requirements have been met. Mandatory final approval is Operations and Engineering with the HSSE function being optional at the discretion of the asset manager…. The HSSE CF has six mandatory requirements that must be fulfilled prior to returning an asset to service…. the design and construction of New Assets and Modifications to existing Assets meet design and engineering requirements…"

8. **Exhibit D: Investment Management Guide (SOPUS_NHVN00108538):** CLF quotes language from pages 7, 12, 18, 22, and 24 of the Investment Management Guide. The relevant language from the Investment Management Guide is as follows:

    a. **Page 7:** "For JV's in which we are the operator, we have a majority share or we have defined rights in the decisions, the ORS or the IMG guidelines should be used based on the level of the investment… More information on the governance and management of joint ventures can be found at the following links: Shell JV website and Downstream JV website."

b. **Page 12**: "Engineering is accountable for the development, planning and monitoring of all Asset Integrity opportunities."

c. **Page 18**: "Capital expenditure funds are used by a company to acquire or upgrade physical assets such as property, industrial buildings or equipment. This type of outlay is made by companies to maintain or increase the scope of their operation."

d. **Page 22**: "Project Development Request – Initial stage of a CAPEX project prep. It is composed of input from stakeholders (Strategy, Partner, Local, IT)."

e. **Page 24**: "Asset Integrity (AI) – Capital expenditure required to preserve the integrity of the asset. This includes investment to mitigate once-off or recurring HSSE and reputation risks, HSSE investments required by law and without which the unit/site would not have a license to operate, HSSE investment required by Shell standards, and closure capital related to the permanent shutdown of a site. Prioritization is according to the Group Risk Assessment Matrix (RAM)."

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  06/12/2023          _____
                                                Bina R. Reddy

4