UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> *Defendants*. | Civil Action No. 3:21-cv-00933-JAM |

### CONSENT MOTION TO VACATE AND RESCHEDULE DEADLINE UPON RESOLUTION OF DISCOVERY MOTIONS

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") respectfully requests that the Court (i) vacate the August 11, 2023 deadline to submit requests for admissions, and (ii) reschedule this deadline, along with the deadlines for close of fact discovery and expert disclosure that are currently held in abeyance, upon the resolution of six pending discovery motions. Defendants Shell USA, Inc. f/k/a Shell Oil Company, Equilon Enterprises LLC d/b/a Shell Oil Products US, Shell Petroleum, Inc., Triton Terminaling LLC, and Motiva Enterprises LLC ("Defendants") consent to this Motion. In support of this Motion, CLF states the following:

1. Under the Scheduling Order, the current deadline to submit requests for admissions is August 11, 2023. *See* Scheduling Order, ECF 131.

2. On January 27, 2023, CLF asked this Court to revise all forthcoming deadlines in the Scheduling Order, citing ongoing discovery disputes. *See* CLF Mtn. to Stay Deadlines, ECF 166 at 7–12.

3. On February 6, 2023, this Court granted in part and denied in part CLF's Motion to Stay. *See* Order on Mtn. to Limit Discovery, ECF 176. In its Order, this Court adjourned the deadlines for the close of fact discovery and expert disclosures pending resolution of CLF's Renewed Motion to Compel (ECF 149). *Id.* The Court did not adjourn other subsequent deadlines, including the forthcoming deadline for requests for admissions. *See id.*

4. CLF's Renewed Motion to Compel is still pending before this Court, as are five other discovery motions: CLF's Motion for Additional Depositions (ECF 181), CLF's Motion to Seal (ECF 182), CLF's Motion for Protective Order (ECF 200), CLF's Motion to Compel Defendants' Depositions and for Sanctions (ECF 203), and Defendants' Cross-Motion for Protective Order and for Sanctions (ECF 215).

5. For consistency in scheduling, CLF requests that this Court vacate the August 11, 2023 deadline for requests for admissions. CLF also requests that the Court reschedule this deadline, along with the fact and expert discovery deadlines currently held in abeyance, upon resolution of the six pending discovery motions.

6. Good cause exists for granting this Motion. The schedules proposed by the Parties and adopted by the Court in this case show that the fact and expert discovery deadlines are intended to be interdependent and sequential. *See, e.g.*, Joint Rule 26(f) Report, ECF 40 at 13; Scheduling Order, ECF 52; Joint Mtn. to Amend Schedule, ECF 99 at 2 ("The Parties also agree that the discovery schedule would benefit from a separate and later deadline for propounding requests for admission."); Scheduling Order, ECF 131. With fact discovery functionally stayed pending resolution of several motions and without any expert discovery in this case thus far, CLF cannot effectively use the Rule 36 device at this time. No party will be prejudiced by this request because

both Parties consent to the Motion and have previously requested scheduling orders that accord with this Motion.

7. For the foregoing reasons, CLF respectfully requests that this Court vacate the deadline for requests for admissions and reschedule this deadline, as well as the deadlines held in abeyance, upon resolution of the six discovery motions before this Court.

Dated: August 3, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　CONSERVATION LAW FOUNDATION, Inc., by its attorneys

　　　　　　　　　　　　　　　　　　　*/s/ Alexandra M. Jordan*
　　　　　　　　　　　　　　　　　　　Alexandra M. Jordan (ct31466)
　　　　　　　　　　　　　　　　　　　Alexandra St. Pierre (ct31210)
　　　　　　　　　　　　　　　　　　　Conservation Law Foundation, Inc.
　　　　　　　　　　　　　　　　　　　62 Summer Street
　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　Tel: (617) 850-1732
　　　　　　　　　　　　　　　　　　　E-mail: ajordan@clf.org
　　　　　　　　　　　　　　　　　　　E-mail: aestpierre@clf.org

　　　　　　　　　　　　　　　　　　　Christopher M. Kilian (ct31122)
　　　　　　　　　　　　　　　　　　　Kenneth J. Rumelt (phv207130)*
　　　　　　　　　　　　　　　　　　　Conservation Law Foundation, Inc.
　　　　　　　　　　　　　　　　　　　15 East State Street, Suite 4
　　　　　　　　　　　　　　　　　　　Montpelier, VT 05602
　　　　　　　　　　　　　　　　　　　Tel: (802) 223-5992
　　　　　　　　　　　　　　　　　　　Tel: (802) 622-3020
　　　　　　　　　　　　　　　　　　　E-mail: ckilian@clf.org
　　　　　　　　　　　　　　　　　　　E-mail: krumelt@clf.org

　　　　　　　　　　　　　　　　　　　James Crowley (ct31319)
　　　　　　　　　　　　　　　　　　　Conservation Law Foundation, Inc.
　　　　　　　　　　　　　　　　　　　235 Promenade Street
　　　　　　　　　　　　　　　　　　　Suite 560, Mailbox 28
　　　　　　　　　　　　　　　　　　　Providence, RI 02908
　　　　　　　　　　　　　　　　　　　Tel: (401) 228-1905
　　　　　　　　　　　　　　　　　　　E-mail: jcrowley@clf.org

　　　　　　　　　　　　　　　　　　　Allan Kanner (ct31051)
　　　　　　　　　　　　　　　　　　　E-mail: a.kanner@kanner-law.com
　　　　　　　　　　　　　　　　　　　Chancey E. Raymond (ct31311)

E-mail: c.raymond@kanner-law.com
KANNER & WHITELEY, L.L.C.
701 Camp Street New Orleans, LA 70130
Tel: (504) 542-5777
Facsimile: (504) 524-5763

*Admitted as Visiting Attorney*