UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> *Defendants*. | Civil Action No. 3:21-cv-00933-JAM |

**PLAINTIFF CONSERVATION LAW FOUNDATION'S**
**CONSENT MOTION FOR EXTENSION OF DEADLINES**

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") respectfully requests that the Court extend Plaintiff's deadline to file any motion to compel related to Defendants' objections and responses to Plaintiff's revised and re-issued First Requests for Production ("Revised RFPs") from November 6, 2023, to November 22, 2023. *See* ECF 286. CLF also asks the Court to extend Defendants' deadline to reply to any forthcoming motion to compel from November 20, 2023, to December 8, 2023. *See id.* This is Plaintiff's first motion for extension of time for these deadlines, and Defendants consent to this Motion. In support of this motion for an extension of time, Plaintiff states as follows:

1. At the license and invitation of this Court's order on CLF's first motion to compel documents, ECF 277, CLF timely re-issued Revised RFPs 6, 7, 9–12, 16-18, 20, 23–29, 31–34, 36, 38–49, 51-54, 57, 59, 63, 64 on September 5, 2023.

2. Pursuant to the Parties' Joint Proposed Schedule, ECF 285, this Court ordered Defendants to "respond to the plaintiff's revised discovery requests on or before October 5, 2023."

ECF 286. CLF was ordered to "file any motions to compel arising out of the revised discovery requests on or before November 6, 2023," with Defendants' deadline to respond scheduled for November 20, 2023. *Id.*

3. On October 3, 2023, CLF consented to an extension of one week for Defendants to respond to and produce documents in response to CLF's Revised RFPs. *See* ECF 295. The Court granted this request, extending Defendants' deadline to October 12, 2023. ECF 296.

4. Defendants provided a response to CLF's Revised RFPs dated October 12, 2023, but did not produce any documents at that time. CLF inquired about the lack of production on October 13, 2023. On October 18, 2023, Defendants stated, "[a]t this time, we have no additional documents to produce in response to CLF's Revised RFPs" but would confirm the following week. Defendants later confirmed they would produce documents responsive to the Revised RFPs. Defendants stated by email of November 1, 2023, they would likely produce documents the week of November 20, 2023.

5. On October 17, 2023, CLF requested a meet and confer to discuss Defendants' objections to nearly every Revised RFP.

6. The Parties met and conferred on October 24, 2023 to discuss the impact, if any, of the Court's Order on Defendants' Motion for Partial Summary Judgment on Defendants' objections and responses to CLF's Revised RFPs. *See* ECF 302 (denying motion). Defendants stated they were not revising their responses but confirmed they would be making a production of documents in response to the Revised RFPs. CLF noted that, in light of Defendants' extension of time to respond, the lack of contemporaneous production, and the need to confer further, CLF would likely need an extension of time as requested in this Motion.

7. On October 27, 2023, CLF sent Defendants a detailed list of issues CLF wished to confer about regarding Defendants' objections to CLF's Revised RFPs.

8. The Parties are scheduled to meet and confer on November 3, 2023 to further discuss the Revised RFP language and Defendants' objections.

9. CLF asked Defendants' position on this Motion by email on October 31, 2023. Defendants consented to this motion by email of November 1, 2023 insofar as the new deadline for Defendants' response accounts for the Thanksgiving Holiday.

Per District of Connecticut Local Rules 7 and 11, the Court's Scheduling Order and Case Management Plan, CLF's deadline to file a motion related to Defendants' objections and responses to CLF's Revised RFPs is November 6, 2023. CLF's instant Motion to extend the deadline by sixteen days to November 22, 2023, is timely because CLF is moving at least three days prior to its deadline. *See* D. Conn. L. Civ. R. 7(b)(3). CLF also requests that Defendants' 14-day response deadline provided in ECF 286, be increased by two days to account for the Thanksgiving Holiday, which would place their response deadline on December 8, 2023.

CLF has good cause to extend its deadline by sixteen days because "the parties are negotiating in good faith in an attempt to resolve the discovery dispute." *See* ECF 52 at 4. The requested extension will allow CLF time to finalize and file any motion that may be necessary once Defendants have provided their final positions on the issues over the Revised RFPs and objections as well as any productions of responsive documents. The requested extension will not prejudice any Party, because Defendants consent to this Motion.

Dated: November 1, 2023

Respectfully submitted,

CONSERVATION LAW FOUNDATION, Inc., by its attorneys

*/s/ Alexandra M. Jordan*
Alexandra M. Jordan (ct31466)
Ana McMonigle (ct31370)
Conservation Law Foundation, Inc.
62 Summer St
Boston, MA 02110
Tel: (617) 850-1748
Tel: (203) 298-7692
E-mail: ajordan@clf.org
E-mail: amcmonigle@clf.org

James Crowley (ct31319)
Conservation Law Foundation, Inc.
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI 02908
Tel: (401) 228-1905
E-mail: jcrowley@clf.org

Christopher M. Kilian (ct31122)
Kenneth J. Rumelt (phv207130)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 223-5992
Tel: (802) 622-3020
E-mail: ckilian@clf.org
E-mail: krumelt@clf.org

Chance Raymond (ct31311)
Chance the Lawyer, LLC
650 Poydras Street
Suite 1400 PMB #2574
New Orleans, LA 70130
Phone: 832-671-6381
E-mail: chancethelawyer@gmail.com

*Admitted as Visiting Attorney