

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/21OTC/3-21OTC/D032S008R004/2489714/otc-30940-ms.pdf/1 by Katerina Sotiany on 02 November 2023

**OTC-30940-MS**

## Extreme Coastal Inundation Under Different Climate Scenarios: Fourchon Junction Case Study

Octavio Sequeiros, Shell Global Solutions International B.V.; Sergio Jaramillo, Shell Shell Global Solutions, US Inc

Copyright 2021, Offshore Technology Conference

This paper was prepared for presentation at the Offshore Technology Conference held in Houston, TX, USA, 16 - 19 August 2021.

This paper was selected for presentation by an OTC program committee following review of information contained in an abstract submitted by the author(s). Contents of the paper have not been reviewed by the Offshore Technology Conference and are subject to correction by the author(s). The material does not necessarily reflect any position of the Offshore Technology Conference, its officers, or members. Electronic reproduction, distribution, or storage of any part of this paper without the written consent of the Offshore Technology Conference is prohibited. Permission to reproduce in print is restricted to an abstract of not more than 300 words; illustrations may not be copied. The abstract must contain conspicuous acknowledgment of OTC copyright.

## Abstract

Port Fourchon Junction is located within Chevron's Fourchon Terminal, just south of Port Fourchon and is operated by Shell Pipeline Company LP. This manifold metering station is a critical junction for the Mars Corridor oil, as oil production from Mars (MC-807), Ursa (MC-809), Titan (MC-941), Who Dat (MC-547), Medusa (MC-582), and Olympus (MC-807B) flows through this station via a 24" pipeline.

Port Fourchon is at the edge of the Mississippi delta facing the sea, one of the world's most vulnerable low-elevation coastal zones. It is highly exposed to storm surge and wave-induced inundation under hurricanes which regularly visit the Gulf of Mexico. In addition, it experiences one of the largest rates of subsidence in the world, which combined with sea level rise, will increase the site vulnerability in the coming decades.

This study assesses present and future scenarios of subsidence and sea level rise under extreme metocean conditions induced by hurricanes and their impact on Port Fourchon Junction. Local effects such as the differential settlement of the barrier beach have been also considered.

Using results from the numerical model XBeach, a set of different present and future scenarios are modelled under extreme metocean conditions. These conditions and the subsequent design parameters calculated, are not obtained through traditional extreme value analysis methods, instead, they are estimated through the influence of boundary conditions forced with the corresponding return period values of the parameters. Boundary conditions for the simulations are extracted from Grand Isle and Port Fourchon sea level observations, and from FEMA and the Water Institute of the Gulf simulations.

Port Fourchon site should be subject to flooding for 10-year return period conditions based on Grand Isle observations. For 5-6 years return period conditions some degree of milder partial flood should also be expected. This is well captured by the model.

Downloaded from http://onepetro.org/OTCONFproceedings-pdf/21OTC/3-21OTC/D023/508SR004/2489714/otc-30940-ms.pdf/1 by Katerina Sotlany on 02 November 2023

While the highest inundating level is mostly dependent on winds, waves and surge acting together, surge is the single most critical parameter that defines the asset's base inundation level. Design future conditions based on surge extreme from FEMA simulations are recommended over surge extremes derived from Grand Isle observations. The barrier beach and the breakwaters play a key factor in sheltering site from waves and surge. Even when submerged under extreme high return period conditions they dissipate the waves ensuring that the maximum water level (wave crest elevation) on site is lower than would otherwise be without them. It is then important to maintain them fit for purpose during the entire lifespan of the asset. Both Grand Isle and Port Fourchon subsidence scenarios yield similar results.

Based on the importance of Port Fourchon Junction facilities, the design criteria obtained, and the higher subsidence level observed at Port Fourchon (compared to Grand Isle), it is recommended that a 1000-year return period and future scenario based on FEMA surge level and Port Fourchon Relative Sea Level Rise (RSLR) is adopted for design. The subsidence associated to this scenario is 9.8 mm/year. The sea level rise associated to this scenario is 2 mm/year.

## Background

The Mississippi delta is one of the world's most vulnerable low-elevation coastal zones. Port Fourchon, located in coastal Louisiana, is highly exposed to inundation under hurricanes which regularly visit the Gulf of Mexico. Another important factor is the delta's high rate of subsidence, which combined with sea level rise, will increase the area vulnerability in the coming decades.

**Port Fourchon vulnerability to inundation under hurricanes**
In the Port Fourchon area the historical record indicates a frequency of approximately 1.2 storms per year. These storms are the main cause for extreme coastal inundation, which is the result of the combined action of storm surge, tides, waves and the presence of freshwater input, such as rivers.

There are many factors that influence variations in the water level near the coast. These include storm characteristics (intensity, size, forward speed, and angle of approach to the coast), shape of the coastline, width and slope of the ocean bottom with higher storm surge occurring over wide, gently sloping continental shelves (Figure 1), and other local features such as barrier islands or breakwaters. Waves breaking on the shore induce time-varying elevations in the mean water level through wave run-up, which includes wave setup and wave swash. The water level therefore rises as a hurricane approaches, especially since the waves become larger and more water is pushed onshore. The contribution of waves to inundation levels in Port Fourchon has been carefully assessed in this study. Bayou Lafourche is a freshwater input relatively close to Port Fourchon. However, given its relatively small size, the location of Port Fourchon facilities practically by the sea, and the time lag usually observed between ocean and hydrographic peaks, it has not been considered.

The reference level used to determine total water elevation in this study is the vertical datum NAVD88.

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/21OTC/3-21OTC/D023S008R004/2489714/otc-30940-ms.pdf/1 by Katerina Soltany on 02 November 2023



**Figure 1—Wide and gently sloping continental shelf offshore Port Fourchon. Seabed (black line). Sea level at zero vertical datum (NAVD88 = MLLW, blue line). Note that vertical and horizontal scales are not the same. Inset: Red line indicates cross section upon which the seabed in the main figure is projected.**

## Subsidence and sea level rise

Coastal subsidence causes sea-level rise, shoreline erosion, wetland loss, and makes the area more vulnerable to inundation. The Mississippi delta experiences one of the largest rates of relative sea level rise (RSLR = subsidence + sea level rise) in the world. The majority of it comes from subsidence due to compaction of Holocene strata [8, 9, 10, 11]. The causes of subsidence in coastal Louisiana, attributed to factors as diverse as shallow compaction and deep crustal processes, remain controversial. Relative contributions of geologic, sedimentary, and anthropogenic processes to subsidence are vigorously debated, as well as methods to mitigate them [12]. Hydrocarbon production may be a contributing local factor in some places [13, 14] while groundwater extraction may be the cause in others [15, 16]. Current estimates of subsidence rates vary by several orders of magnitude. Millennial-scale compaction rates primarily associated with peat can reach 5 mm per year. However, locally and on timescales of decades to centuries, rates are likely to be 10 mm or more per year. In Port Fourchon and nearby Grand Isle RSLR ranges between 9.1 and 11.8 mm/year [17, 18, 19, 20, 21]. As sea level rise in the Gulf of Mexico has occurred at a rate of 1.8-2.2 mm/yr during the 20th century [22], subsidence is the major contributor to RSLR.

## Man-made sheltering structures

In order to shelter Port Fourchon facilities from flooding and inundation from the sea, a barrier beach and a series of breakwaters have been constructed (Figure 2). These man-made features are effective in protecting Port Fourchon, but the effectiveness depends on their continuous maintenance. In addition, they modify flow and waves in such a complex way that numerical modelling can be successfully carried out only if the fundamental fluid physics are properly represented in high resolution space and time domains.

The barrier beach and the breakwaters seem to have been emplaced after 1989 and before 1998. The barrier beach seems to have been subject to some degree of restoration in 2012-2014 [23].

OTC-30940-MS

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/21OTC/3-21OTC/D032S008R004/2469714/otc-30940-ms.pdf/1 by Katerina Sotlany on 02 November 2023



**Figure 2—Port Fourchon junction facilities in 1989 (top), 1998 (middle) and 2015 (bottom). Note the appearance of breakwaters between 1989 and 1998. Source Google Earth.**

Exhibit L

Downloaded from http://onepetro.org/OTCONFproceedings-pdf/21OTC/3-21OTC/D023/2508/R004/2489714/otc-30940-ms.pdf/1 by Katerina Sotlary on 02 November 2023

## Data sources

**Bathymetry and topography**
High resolution single beam bathymetry and LiDAR topography from different sources (NOAA, CPRA, USGS) were compiled by the Danish Hydraulic Institute (DHI). Additionally, a coarse resolution topo-bathy layer was retrieved covering all of southern Louisiana. This dataset is an amalgamation of a large number of sources and only serves as data on land and in the Timbalier Bay region, where no modern sounding-based bathymetry was available. This dataset is referred to as the "Coastal Digital Elevation Model". Vertically, it was referenced to MHW (Mean High Water), but for use in this project it was off-set by 40 cm to better correspond to the MLLW (Mean Lower-Low Water) reference used by the detailed surveys.

A coastal LiDAR dataset has been included to increase the level of detail near the breakwaters at the channel entrance and at the facility to the east of it. The LiDAR data is referenced to NAVD88, which coincides with MLLW.

The two breakwaters at the entrance to Port Fourchon were digitized from a Sentinel-2 optical satellite image, in an effort to assure proper representation in the resulting dataset. Within the digitized area, elevations were taken from the coarse topo-bathy layer. The breakwaters in front of the facility east of the channel entrance have been added to the dataset through inclusion of the LiDAR dataset as well as manually added points. The elevations of the breakwaters were based on available engineering drawings. Water depths between the breakwaters and beach were estimated based on the general coastal transects.

The final combined dataset has a 10 m horizontal resolution and vertical datum NAVD88, which coincides with MLLW.

The Water Institute of the Gulf (WIG) also provided two coarser resolution datasets for present and future conditions. The latter is projected 50 years in the future based on present rates of subsidence and described in the Louisiana's 2012 Coastal Master Plan [1]. Note that the single beam bathymetry data is roughly a decade old, hence when estimating future subsidence starting from present conditions this difference must be considered.

**Metocean sources**

***WIG and FEMA.*** Present and future metocean conditions at selected nodes (Figure 3) were obtained from a coupled SWAN-ADCIRC model of synthetic storms ran by The Water Institute of the Gulf (WIG) for the Louisiana Master Plan [1]. The future metocean conditions account for a sea level rise of 0.45 m and the landscape evolution that occurs during the next 50 years. The parameters extracted for 446 synthetic tropical storms include water surface elevation, current speed, significant wave height, direction, mean period, peak spectral period, atmospheric pressure, and wind speed and direction.

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/21OTC/3-21OTC/D032S008R004/2468714/otc-30940-ms.pdf/1 by Katerina Sottary on 02 November 2023



**Figure 3—Tracks of the 446 synthetic hurricanes in the database relevant to Port Fourchon. Inset: Selected nodes around Port Fourchon where timeseries were extracted.**

ADCIRC is a flow circulation model for shelves, coasts, and estuaries [5]. ADCIRC uses the provided wind data, multiplied by 1.09 to convert from 30-minute to 10-minute wind fields. It contains no adjustment to the boundary layer and the winds should be considered full marine exposure wind fields.

The water surface elevation is the surge tide. It includes the storm surge and the astronomical tide. In the Gulf of Mexico, the tide range is small enough for probabilities of different storms happening at different points in the tidal cycle, and thus, it is more efficiently handled statistically than within the simulations directly. Storm peaks in FEMA/WIG dataset account for tide even though this is not directly modeled, and therefore peak surge elevations do not need to be corrected for tides.

In addition to the timeseries the WIG provided extreme values derived by the Federal Emergency Management Agency (FEMA) IDS2 study [2] based on a different set of simulations but utilizing identical wind conditions as those by the WIG.

***NOAA water elevation.*** Water elevations at NOAA Grand Isle station 8761724/8761720 and Port Fourchon Belle Pass 8762075 were downloaded from NOAA's Tides and Currents site [3](Table 1).

Table 1—NOAA water elevation stations relevant for Port Fourchon

| Location | Station | Parameter | Latitude | Longitude | Interval | Duration |
|---|---|---|---|---|---|---|
| Port Fourchon Belle Pass | 8762075 | Water elevation | 29° 6.8' N | 90° 11.9' W | 1 hr | 2003-2019 |
| Grand Isle | 8761724 (8761720) | Water elevation | 29° 15.8' N | 89° 57.4' W | 1 hr | 1979-2019 (1947 -1980) |

## Methods

### Scenarios

The aim of the study is to assess present and future scenarios that cover a spectrum of uncertainties in terms of metocean conditions, subsidence, sea level rise (SLR) and differential settlement of barrier beach. To that end the scenarios considered are shown in Table 2.

Table 2—Scenarios assessed in this study.

| Scenario number | Scenario key features |
|---|---|
| 1 | Present time - Grand Isle surge |
| 2 | Present time - FEMA surge |
| 3 | Future time - FEMA surge - Grand Isle RSLR |
| 4 | Future time - FEMA surge - Port Fourchon RSLR |
| 5 | Future time - FEMA surge - Port Fourchon Subsidence and IPCC SLR |
| 6 | Future time - FEMA surge - Port Fourchon RSLR and differential settlement of barrier beach |

Extreme metocean conditions, including waves and surge, depend on whether they are assessed in present or future time. In the case of the latter, more severe extremes are expected because sea level rise and subsidence are expected to result in larger extreme waves at a given location and wave breaking closer to shore.

The first scenario is the most representative of present conditions and reliable for short return periods because it is based on recorded surge data. Its primary purpose is to perform a "reality-check" of the model.

For the remaining scenarios, whether present or future time, the surge is based on FEMA extremes. FEMA extremes are based on synthetic simulations that cover a wide spectrum of hurricane paths and strengths that are lacking in the observed local hurricane history. Hence FEMA extreme surge values are larger than those derived from Grand Isle records.

For Relative Sea Level Rise (RSLR) two main cases are considered based on observed records at Grand Isle and at Port Fourchon (Scenarios 3 and 4). RSLR accounts for both subsidence and eustatic SLR. While the observed SLR is the same at both locations, the subsidence at Port Fourchon is larger than at Grand Isle.

Scenario 5 takes the subsidence from Port Fourchon and the SLR from the IPCC (Intergovernmental Panel on Climate Change) 5th Assessment Report for Representative Concentration Pathway (RCP) 4.5 scenario. As will be explained in more detail below, RCP 4.5 was chosen instead of more extreme IPCC scenarios, because even this moderate scenario appears to overestimate SLR at Port Fourchon when compared to observations.

Scenario 6 takes Port Fourchon RSLR and adds a differential settlement of the barrier beach based on recent observations projected to the end of the asset's lifespan. This scenario assumes that no maintenance will be done on the barrier beach.

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/21OTC/3-21OTC/D023S008R004/2468714/otc-30940-ms.pdf/1 by Katerina Sotiany on 02 November 2023

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/21OTC/3-21OTC/D023/2508/R004/2489714/otc-30940-ms.pdf/1 by Katerina Sotlany on 02 November 2023

## Return period assessment

Low return periods (< 10 yr) are mostly studied to assess the validity of the model against observed sea level data at Grand Isle and Port Fourchon.

High return periods (> 50 yr) under future scenarios are studied for design conditions.

Present time scenarios are thus assessed for 1, 10, 50, 100 and 500 years return periods. While future time scenarios are assessed for 50, 100, 500 and 1000 years return periods.

## XBeach setup and domain

XBeach is public domain model developed by several entities led by Deltares and funded by the United States Army Corps of Engineers, The Netherlands Rijkswaterstaat, and the European Union among others [6]. It is a non-hydrostatic, wave-resolving model that solves 2D horizontal coupled equations for wave propagation, flow, sediment transport and bottom changes, given varying (spectral) wave and flow boundary conditions. Among other features it handles diffraction, reflection, wave breaking in shallow waters, flow over dykes and breakwaters. This is precisely the type of wave and flow conditions expected at Fourchon, which is sheltered from the sea by a large barrier beach and a series of breakwaters.

As XBeach is computationally expensive and the aim of the study is to assess extreme scenarios only, the conditions to be modelled represent the peak of hurricanes. Each simulation is run for 45 min, of which the last 30 min are considered the effective real time, and the first 15 min are model spin up.

Boundary conditions for selected return periods are derived from the extreme value analysis of the FEMA/WIG hurricane database.

Due to the high resolution required by the spatial grid and the short time step, the model domain should be carefully assessed. In addition, the optimum solution of the non-hydrostatic phase-resolving wave equations impose some pre-requisites on where the offshore boundary should be set. The offshore boundary should be sufficiently deep so the waves entering the domain are not breaking at said boundary. Wave breaking is resolved internally by the model by steepening of the wave front. The rule of thumb being that the ratio of wave height to water depth (H/d) at the offshore boundary should be H/d < 1/3 for optimum conditions, and never larger than 1/2. Because of the gently sloping seabed offshore Port Fourchon, and the fact that the study targets peak hurricane conditions, this results in a rather large across-shore domain size.

There is also a requirement on the relative wave number at the offshore boundary. The relative wave number (kd) is defined by the wave number times the water depth. When XBeach is run in the default one-layer depth-average mode it requires kd < 1 for the offshore boundary to be sufficiently shallow and the non-hydrostatic nonlinear shallow water equations to be properly solved. This condition can be relaxed to kd < 5 if the two-layer grid is enabled in XBeach, but at the expense of some additional computational time [7].

As these two requirements oppose each other, the result is a limited range where the offshore boundary can be set.

Regarding domain along-shore size, it depends on the local topography and bathymetry. In the case of Port Fourchon the outstanding features are the breakwaters and the beach barrier. The domain alongshore size should be sufficiently large, so all the breakwaters and the core thicker part of the barrier beach are included (Figure 4). While the barrier beach fades eastwards of the asset, it still stands west of it for a longer distance, albeit thinner than at the central core. This creates an along-shore asymmetry that will inform wave and flow propagation when significant inundation and wave-overtopping happen and needs to be accounted for in the model.

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/21OTC/3-21OTC/D023S008R004/2489714/otc-30940-ms.pdf/1 by Katerina Sotlany on 02 November 2023



**Figure 4—Satellite image of Port Fourchon circa January 2015. Source Google Earth.**

The onshore boundary should be sufficiently inland to capture key topographic features such as dykes, roads, channels, and terrain irregularities that affect flow and wave propagation. In particular the Rappelet Road that runs east of the asset provides some degree of sheltering as it is elevated above the surrounding terrain forming a dyke-like feature.

**Simulation matrix**

Table 3 summarizes all relevant XBeach simulations run in this study.

**Table 3—XBeach simulation matrix**

| Run | Name | Time | RP [y$^r$] | Surge | RSLR (= Subsidence + SLR)* | Diff. Settlement‡ |
|---|---|---|---|---|---|---|
| 1 | XB01 _c_100y_Surg eFEMA | present | 100 | FEMA | n.a. | n.a. |
| 2 | XB02_c_100y_SurgeGI | present | 100 | Grand Isle | n.a. | n.a. |
| 3 | XB03_c_500y_Surg eFEMA | present | 500 | FEMA | n.a. | n.a. |
| 4 | XB04_c_500y_SurgeGI | present | 500 | Grand Isle | n.a. | n.a. |
| 5 | XB05_c_50y_SurgeFEMA | present | 50 | FEMA | n.a. | n.a. |
| 6 | XB06_c_50y_SurgeGI | present | 50 | Grand Isle | n.a. | n.a. |
| 7 | XB08_c_1 y_SurgeFEMA | present | 1 | FEMA | n.a. | n.a. |
| 8 | XB08_c_1 y_SurgeGI | present | 1 | Grand Isle | n.a. | n.a. |
| 9 | XB09_c_10y_SurgeFEMA | present | 10 | FEMA | n.a. | n.a. |
| 10 | XB09_c_10y_SurgeGI | present | 10 | FEMA | n.a. | n.a. |
| 11 | XB01_f_100y_SurgeFEMA_RSLRGI | future | 100 | FEMA | Grand isle | n.a. |
| 12 | XB03_f_500y_SurgeFEMA_RS LRGI | future | 500 | FEMA | Grand Isle | n.a. |
| 13 | XB05_f_50y_SurgeFEMA_RSLRGI | future | 50 | FEMA | Grand Isle | n.a. |
| 14 | XB10_f_1000y_SurgeFEMA_RSLRGI | future | 1000 | FEMA | Grand Isle | n.a. |
| 15 | XB01_f_100y_SurgeFEMA_RSLRPF | future | 100 | FEMA | Port Fourchon | n.a. |
| 16 | XB03_f_500y_SurgeFEMA_RS LRPF | future | 500 | FEMA | Port Fourchon | n.a. |

Downloaded from http://onepetro.org/OTCONFproceedings-pdf/21OTC/3-21OTC/D023S008R004/2489714/otc-30940-ms.pdf/1 by Katerina Sottany on 02 November 2023

| Run | Name | Time | RP [yr] | Surge | RSLR (= Subsidence + SLR)* | Diff. Settlement‡ |
|---|---|---|---|---|---|---|
| 17 | XB05_f_50y_SurgeFEMA_RSLRPF | future | 50 | FEMA | Port Fourchon | n.a. |
| 18 | XB10_f_1000y_SurgeFEMA_RSLRPF | future | 1000 | FEMA | Port Fourchon | n.a. |
| 19 | XB01_f_100y_SurgeFEMA_RSLRPFIPCC | future | 100 | FEMA | P.F. subsidence + IPCC RCP4.5 SLR | n.a. |
| 20 | XB03_f_500y_SurgeFEMA_RSLRPFIPCC | future | 500 | FEMA | P.F. subsidence + IPCC RCP4.5 SLR | n.a. |
| 21 | XB05_f_50y_SurgeFEMA_RSLRPFIPCC | future | 50 | FEMA | P.F. subsidence + IPCC RCP4.5 SLR | n.a. |
| 22 | XB10_f_1000y_SurgeFEMA_RSLRPFIPCC | future | 1000 | FEMA | P.F. subsidence + IPCC RCP4.5 SLR | n.a. |
| 23 | XB01_f_100y_SurgeFEMA_RSLRPF_DS | future | 100 | FEMA | Port Fourchon | Barrier beach |
| 24 | XB03_f_500y_SurgeFEMA_RS LRPF_DS | future | 500 | FEMA | Port Fourchon | Barrier beach |
| 25 | XB05_f_50y_SurgeFEMA_RSLRPF_DS | future | 50 | FEMA | Port Fourchon | Barrier beach |
| 26 | XB10_f_1000y_SurgeFEMA_RSLRPF_DS | future | 1000 | FEMA | Port Fourchon | Barrier beach |

\* Grand Isle Relative Sea Level Rise = 9.1 mm/yr = 0.455 m / 50 yr Port Fourchon Relative Sea Level Rise = 11.8 mm/yr = 0.59 m / 50 yr Port Fourchon subsidence (0.49 m / 50 yr) + IPCC AR5 RCP4.5 SLR (0.26 m / 50 yr) = 0.75 m /50 yr

‡ Differential Settlement of barrier beach = 0.55 m / 50 yr. Barrier beach top capped at 2.95 m NAVD88 (down from the present 3.50 m NAVD88)

In addition, XBeach 1D simulations were run starting from deeper waters (38 m water depth) to confirm that the boundary conditions for the 2D simulations at the model offshore boundary (11 m water depth) were consistent with FEMA/WIG extremes.

## Extreme values

### Synchronicity and directionality of metocean parameters

All metocean datasets available for the area of interest (Figure 5) point to a strong correlation between the most critical parameters for inundation, wind, waves and surge.

In the Gulf of Mexico extreme values are defined by hurricanes. While the GoM is large body of water and during the early stages of hurricanes waves might be dominated by swell, at the hurricane's peak it is windsea that prevails. Wind speed and wave height have a strong correlation (Figure 6) and, in this study, extreme winds and waves are assumed to be synchronous. Waves and surge also correlate very well and for the sake of this study are taken as synchronous (Figure 7).

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/21OTC/3-21OTC/D023S008R004/2469714/otc-30940-ms.pdf/1 by Katerina Sotiamy on 02 November 2023



**Figure 5—Port Fourchon and surroundings. Model domain indicated by red polygon (~4.5 km × 3km). Offshore boundary conditions based on WIG P58 (29.08115 N, 90.16401 W). Fourchon Belle Pass NOAA station indicated by white marker. Google Earth.**



**Figure 6—Scatter plot of Hs and wind speed at WIG node 58 (water depth ~ 11 m). The trend change for waves beyond ~4 m is thought to be caused by shallow water effects under hurricanes.**

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/21OTC/3-21OTC/D023S008R004/2489714/otc-30940-ms.pdf/1 by Katerina Sotlary on 02 November 2023



**Figure 7—Peak Hs and associated surge tide at WIG node 58 (water depth ~ 11 m). The trend changes for waves beyond ~4 m is thought to be caused by shallow water effects under hurricanes. Red line indicates best fit and red dotted lines indicate 5-95% confidence interval. Inset: time series of Hs (blue) and water level (red) for a typical hurricane.**

Due to a wide continental shelf (> 50 km, Figure 1) with a mild slope (~0.087%) waves refract far offshore. By the time they enter the model domain (~3 km from the coast) their directionality is mostly form the SE quadrant (Figure 8). Wind directionality is more spread but still the SE quadrant contains the prevalent directions. For this reason, and for the purpose of modeling, wave and wind directions are considered to be the same and with an angle of attack perpendicular to the coast. This is a conservative assumption that enhances the hurricane inundation potential, but it is also realistic because the isobaths are mostly parallel to the coast in the entire domain and further offshore making the waves propagate perpendicular to the coast, and directions of waves and winds are often aligned at peak conditions for the most severe hurricanes.

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/21OTC/3-21OTC/D023S008R004/2489714/otc-30940-ms.pdf/1 by Katerina Sottany on 02 November 2023



**Figure 8—Wave rose plot (left) and wind rose plot (right) at WIG node 58 (water depth ~ 11 m).**

## Effects of atmospheric pressure

Storm surge is generated by the combined effects of surface winds and the decreased atmospheric pressure, causing a local rise in sea level (the *inverted barometer effect)*.

The increase in static water level due to atmospheric pressure alone is estimated as [26]:

$$\eta = \frac{\Delta p}{\rho_w g}$$

For a strong tropical cyclone (i.e. cat. 5) $\Delta p$ can be ~ 100 hPa = 10000 Pa. Hence $\eta$ can be in the order of ~ 10000/1025/9.81 = 1 m. This represents a significant contribution that cannot be neglected.

Boundary conditions for the XBeach model come from the coupled SWAN-ADCIRC model provided by WIG, which does account for atmospheric pressure. In this way atmospheric pressure effects are included in the entire XBeach domain by forcing its boundary conditions with metocean data from a model that includes atmospheric pressure effects.

However, *within* the XBeach model itself atmospheric pressure effects have not been included. The main reason being the scale of horizontal pressure variations representative of the influence of the atmospheric pressure effect, is L ~ 400 km [26, p. 80]. This is roughly two orders of magnitude larger than the XBeach domain, whose scale in this case is ~4 km. Spatial variations in atmospheric pressure are deemed too small to be accounted for *within* XBeach domain.

In addition, the inverted barometric effect becomes relatively weaker in shallow waters. The ratio of surface stress to atmospheric pressure forcing is for strong hurricanes ~10 for 20 m water depth, but only 0.01 for 2000 m water depth [26, p. 80]. Which indicates that the atmospheric pressure effect decreases relative to the (wind) surface stress effect in shallower waters. At the boundary of the XBeach model (h~15 m) the surface stress effects are then more than one order of magnitude larger than the atmospheric pressure effect.

## Subsidence and Sea Level Rise

Based on Grand Isle (Figure 9) and Port Fourchon NOAA stations Relative Sea Level Rise (RSLR) is on average 9.1 and 11.8 mm/year respectively [18, 20]. Grand Isle station records start in the late 1940s. Port Fourchon Belle Pass station has records starting in 2003.



**Figure 9—Relative Sea Level Rise (RSLR = Subsidence + SLR) recorded in Grand Isle.**

Eustatic SLR in the Gulf of Mexico is about 2 mm/year [22]. This represents a 17-22% of the total RSLR in the surroundings of Port Fourchon and is similar to the low-end scenario in the Louisiana's 2012 Coastal Master Plan [1]. Local subsidence can then be estimated to range between 7.1 mm/year and 9.8 mm/year.

In contrast to these observations, the IPCC First Assessment Report business-as-usual scenario, and Fifth Assessment Report RCP4.5 scenario, projected a SLR of 5.0-5.2 mm/yr [24, 25]. This represents a systematic overestimation since 1990 of more than 150% the observed SLR (Figure 10). The moderate scenario in the Louisiana's 2012 Coastal Master Plan has a similar value of SLR [1].



**Figure 10—Sea Level Rise (SLR) recorded in Grand Isle. Trends predicted by IPCC FAR (1990) and AR5 (2013) Business-As-Usual and RCP4.5 scenarios are also shown.**

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/21OTC/3-21OTC/D023S008R004/2489714/otc-30940-ms.pdf/1 by Katerina Sotiany on 02 November 2023

Downloaded from http://onepetro.org/OTCONFproceedings-pdf/21OTC/3-21OTC/D032S008R004/2489714/otc-30940-ms.pdf/1 by Katerina Sotlany on 02 November 2023

## Water levels and tides

The highest water levels recorded at Grand Isle NOAA station are shown in Table 4. Sea level rise trend has been accounted for in computing these extremes. The 100-year return period is estimated by NOAA to be 1.93 m above MHHW (2.25 m above MLLW). At Port Fourchon station the highest water level was 1.40 m MLLW under hurricane Rita (09/24/2005). Tidal levels based on Grand Isle and Port Fourchon NOAA water level stations are show in Table 5.

Table 4—Highest water levels recorded at Grand Isle. Source: NOAA Tides and currents.

| Date | Hurricane | Water Level [m MLLW] |
|---|---|---|
| 9/19/1947 | Fort Lauderdale | 1.27 m |
| 9/24/1956 | Flossy | 1.29 m |
| 9/9/1965 | Betsy | 2.17m |
| 9/7/1974 | Carmen | 1.14 m |
| 10/27/1985 | Juan | 1.20 m |
| 9/26/2002 | Isidore | 1.21 m |
| 8/29/2005 | Katrina | 1.58 m |
| 9/24/2005 | Rita | 1.27 m |
| 9/1/2008 | Gustav | 1.48 m |
| 9/12/2008 | Ike | 1.44 m |
| 8/29/2012 | Isaac | 1.59 m |

Table 5—Tidal levels at Grand Isle and Port Fourchon stations. Datum is MLLW (= NAVD88). Source: NOAA Tides and currents.

| Level | Port Fourchon [m MLLW] station 8762075 (2003-present) | Grand Isle [m MLLW] station 8761724 (1979 - present) | Description |
|---|---|---|---|
| HAT | 0.621 | 0.548 | Highest Astronomical Tide |
| MHHW | 0.368 | 0.323 | Mean Higher-High Water |
| MHW | 0.364 | 0.321 | Mean High Water |
| MSL | 0.192 | 0.163 | Mean Sea Level |
| MTL | 0.185 | 0.162 | Mean Tide Level |
| MLLW = NAVD88 | 0.000 | 0.000 | Mean Lower-Low Water |
| LAT | -0.332 | -0.291 | Lowest Astronomical Tide |

## Barrier beach differential settlement

Based on studies by Byrnes et al. 2015 [23] on Port Fourchon along Caminada Headland, differential settlement due to sediment consolidation is expected on the barrier beach (Figure 11). Based on a logarithmic best fit the barrier beach average differential settlement in 50 years' time is projected to a high-end average above 0.5 m (Figure 12). This is considered conservative because 25 years after the 2012-2014 restoration the differential settlement is expected to tend asymptotically to zero, rather than keep growing with a logarithmic trend [Jason Newlin: personal communication].

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/21OTC/3-21OTC/D023S008R004/2489714/otc-30940-ms.pdf/1 by Katerina Sotlary on 02 November 2023



**Figure 11—Stations locations for sediment borings and anchor monuments for documenting subsurface sediment characteristics and monitoring elevation changes in response to beach restoration along Caminada Headland [23].**



**Figure 12—Barrier beach differential settlement as per consolidation (top) and compaction (bottom) rates at points A and B (Figure 11). Observations markers from Byrnes et al, 2015 [23] and projections (dotted lines, logarithmic best fit). SP stands for Settlement Plates, A-1 and B-1 indicate the shortest anchors 19.1 ft deep subject to the largest consolidation. Compaction is based on ongoing settlement and geotechnical properties.**

A differential settlement of 0.55 m in 50 years is assumed for modelling purposes. To mimic future conditions of the barrier beach, barring additional restorations, this is enforced by capping the barrier beach top at 2.95 m NAVD88, down from the present 3.5 m NAVD88 (Figure 13).





**Figure 13—Barrier beach now (top) and projected in 50 years' time assuming no additional restoration by capping its top at 2.95 m NAVD88 (bottom). Scale is m NAVD88.**

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/21OTC/3-21OTC/D032S008R004/2489714/otc-30940-ms.pdf/1 by Katerina Sottany on 02 November 2023

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/21OTC/3-21OTC/D023S008R004/2469714/otc-30940-ms.pdf/1 by Katerina Sofany on 02 November 2023

## Extreme values for model boundaries

Table 6 summarizes the extreme values used to force the model on XBeach boundaries for different return periods.

**Table 6—Extreme values for XBeach model boundaries**

| RP | yr | 1 | 10 | 50 | 100 | 500 | 1000 | Time | Source Data |
|---|---|---|---|---|---|---|---|---|---|
| Wind Speed (WS) 30-min averaged | m/s | 24.8 | 44.0 | 50.8 | 52.6 | 54.9 | 55.4 | Present and Future | WIG P58 |
| Hs | m | 4.55 | 5.26 | 5.64 | 5.77 | 6.01 | - | Present | WIG P58 |
| Tp associated to Hs | s | 12.0 | 13.7 | 15.4 | 15.4 | 15.4 | - | Present | WIG P58 |
| Surge Tide | m NAVD88 | 0.41 | 1.68 | 2.68 | 3.11 | 3.90 | - | Present | FEMA P58 |
| Surge Tide | m NAVD88 | 0.52 | 1.35 | 1.87 | 2.12 | 2.72 | - | Present | Grand Isle station |
| RSLR 2070 | m | - | - | 0.46 | 0.46 | 0.46 | 0.46 | Future | Grand Isle* |
| RSLR 2070 | m | - | - | 0.59 | 0.59 | 0.59 | 0.59 | Future | Port Fourchon** |
| Hs | m | - | - | 5.76 | 5.88 | 6.08 | 6.14 | Future | WIG P58 |
| Tp associated to Hs | s | - | - | 15.4 | 15.5 | 15.6 | 15.6 | Future | WIG P58 |
| Surge Tide + RSLR 2070 | m NAVD88 | - | - | 3.41 | 3.78 | 4.46 | 4.76 | Future | FEMA/WIG P58 + Grand Isle RSLR |
| Surge Tide + RSLR 2070 | m NAVD88 | - | - | 3.54 | 3.92 | 4.59 | 4.89 | Future | FEMA/WIG P58 + Grand Isle RSLR |
| Surge Tide + RSLR IPCC RCP4.5 | m NAVD88 | - | - | 3.70 | 4.08 | 4.75 | 5.05 | Future | FEMA/WIG P58 + Port Fourchon subsidence + IPCC RCP4.5 SLR |
| Barrier beach differential settlement | m | - | - | 0.55 | 0.55 | 0.55 | 0.55 | Future | Port Fourchon barrier beach differential settlement‡ |

Notes: datum is NAVD88 2004.65

* Grand Isle Relative Sea Level Rise = 9.1 mm/yr = 0.455 m / 50 yr. [18]

** Port Fourchon Relative Sea Level Rise = 11.8 mm/yr = 0.59 m / 50 yr [20]
Port Fourchon subsidence (0.49 m / 50 yr) + IPCC AR5 RCP4.5 SLR (0.26 m / 50 yr) = 0.75 m /50 yr

‡ Differential Settlement of barrier beach = 0.55 m / 50 yr. Barrier beach top capped at 2.95 m NAVD88 (down from the present 3.50 m NAVD88). Derived from [23].

## Water level at present and future time

At present time Port Fourchon facilities are above water even under high tide. Figure 14 (top) shows Port Fourchon under Mean Higher-High Water (MHHW), which is 0.368 m NAVD88 (Table 5).

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/21OTC/3-21OTC/D023S008R004/2489714/otc-30940-ms.pdf/1 by Katerina Sottany on 02 November 2023



**Figure 14—Port Fourchon under Mean Higher-High Water (MHHW=0.368 m NAVD88) at present time (top), and future time (bottom) assuming a Relative Sea Level Rise of 0.59 m in 50 years, equivalent to 0.96 m NAVD88 in present time**

Accounting for observed rates of subsidence and eustatic sea level rise, Port Fourchon Relative Sea Tevel Rise (RSTR) will be 0.59 m in 50 years' time (Table 6). Under such circumstances Port Fourchon facilities will be mostly under water under MHHW which is equivalent to 0.96 m NAVD88 in present time (Figure

Downloaded from http://onepetro.org/OTCONFproceedings-pdf/21OTC/3-21OTC/D021S008R004/2469714/otc-30940-ms.pdf/1 by Katerina Sottany on 02 November 2023

14, bottom). Even under mean sea level (MSL) which is 0.192 m NAVD88 Port Fourchon will be mostly flooded on permanent basis.

## Results

All scenarios in Table 3 with the extreme conditions defined in Table 6 were run and assessed. It is noted that these conditions and the subsequent design parameters calculated, are not obtained through traditional extreme value analysis methods, instead, they are estimated through the influence of boundary conditions forced with the corresponding return period values of the parameters. The underlying assumption is then that return period values at the site have a direct correspondence to the same return period extremes at boundary conditions.

In the next sections the key features for some characteristic scenarios are described before summarizing all meaningful results. The first two scenarios correspond to low return periods (1- and 10-year return periods) at present time are obtained using surge levels based on observations because their purpose is to assess the model predictions against actual data recorded at Grand Isle. The last two scenarios correspond to high return periods (100- and 1000-year return periods) at future time and use surfge levels from FEMA as their purpose is to estimate design conditions.

### 1-year return period present time

Under a 1-year return period storm in present (current) time the model predicts that Port Fourchon asset should not be inundated (Figure 15). Waves are damped by breakwaters and stopped by the barrier beach. The breakwaters are not overtopped by the waves.



**Figure 15—Instance of a 1-year return period simulation (present time)**

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/21OTC/3-21OTC/D021S008R004/2489714/otc-30940-ms.pdf/1 by Katerina Sottany on 02 November 2023

## 10-year return period present time

Under a 10-year return period storm at present time the model predicts that Port Fourchon asset should be mildly inundated (Figure 16). The barrier beach highest ground remains above water. However, the breakwaters are submerged under waves. Rappelet Road remains above water and offers sheltering from the east side. Figure 16 shows results run with surge level based on Grand Isle station. The same simulation run with FEMA surge level results in a very similar pattern, only with slightly more inundation on site.



**Figure 16—Instance of a 10-year return period simulation (present time)**

## 100-year return period future time

Under a 100-year return period storm in future time the model predicts that Port Fourchon asset will be completely inundated (Figure 17, top). Waves overtop the barrier beach. Both barrier beach and breakwaters are submerged. Rappelet Road is also under water. Despite this, the asset still receives a fair degree of protection by the barrier beach, that clearly damps the waves making the highest water level on site (~4.5 m NAVD88) much lower than it otherwise be. Without the barrier beach water levels on the asset could easily be one meter higher (Figure 17, bottom).

Exhibit L

OTC-30940-MS

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/21OTC/3-21OTC/D032/2508/5R004/2489714/otc-30940-ms.pdf/1 by Katerina Soltany on 02 November 2023



Figure 17—Top: Instance of a 100-year return period simulation (future time). Time series of water level at several locations on site (left) and one location just offshore the breakwaters (right).

## 1000-year return period future time

Under a 1000-year return period storm in future time the model predicts that Port Fourchon asset will be completely inundated, with an overall pattern similar to the 100-year return period scenario but more severe (Figure 18). Both barrier beach and breakwaters are submerged. Rappelet Road is also under water. Wave height and flow speed on site are not negligible, probably resulting in erosion and local scour, and impact design conditions. The sheltering effect of the barrier beach is still there, albeit diminished. One indication

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/21OTC/3-21OTC/D023S008R004/2489714/otc-30940-ms.pdf/1 by Katerina Sottary on 02 November 2023

of it is that the direction of wave propagation onshore does not significantly change compared to offshore. This means that the barrier beach core is perceived as a lesser obstacle than in lower return period scenarios and there is little wave diffraction around its eastern and western edges. The highest water level on site (~5.95 m NAVD88) is still lower that it would otherwise be if the barrier beach were not in place.



**Figure 18—Top: Instance of a 1000-year return period simulation (future time). Time series of water level at several locations on site (left) and one location just offshore the breakwaters (right).**

## Summary of results

Table 7 to Table 10 and Figure 19 to Figure 21 summarize results of water elevation, depth- averaged flow velocity and wave height on site for all scenarios and return periods. These results account for the entire spatial variability in the Port Fourchon site.

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/21OTC/3-21OTC/D023S008R004/2469714/otc-30940-ms.pdf/1 by Katerina Sotiany on 02 November 2023

**Table 7—Max water elevation (wave crest) in meters above NAVD88 on site for all scenarios and all return periods**

|  |  | RP [yr] | | | | | |
|---|---|---|---|---|---|---|---|
|  |  | 1 | 10 | 50 | 100 | 500 | 1000 |
| Scenario (see Table 2) | 1 | Dry | 1.27 | 1.90 | 2.13 | 2.89 | - |
|  | 2 | Dry | 1.44 | 2.77 | 3.50 | 4.69 | - |
|  | 3 | - | - | 3.96 | 4.60 | 5.50 | 5.88 |
|  | 4 | - | - | 4.08 | 4.73 | 5.77 | 6.03 |
|  | 5 | - | - | 4.49 | 5.19 | 6.00 | 6.21 |
|  | 6 | - | - | 4.16 | 4.78 | 5.83 | 6.10 |

**Table 8—Max depth-averaged flow velocity [m/s] on site for all scenarios and all return periods (average max + std).**

|  |  | RP [yr] | | | | | |
|---|---|---|---|---|---|---|---|
|  |  | 1 | 10 | 50 | 100 | 500 | 1000 |
| Scenario (see Table 2) | 1 | Dry | 0.54 | 0.70 | 0.71 | 0.98 | - |
|  | 2 | Dry | 0.63 | 0.85 | 1.23 | 1.97 | - |
|  | 3 | - | - | 1.46 | 1.83 | 2.33 | 2.56 |
|  | 4 | - | - | 1.62 | 1.95 | 2.44 | 2.59 |
|  | 5 | - | - | 1.69 | 2.01 | 2.61 | 2.62 |
|  | 6 | - | - | 1.68 | 1.92 | 2.35 | 2.57 |

**Table 9—Max significant wave height Hs [m] on site for all scenarios and all return periods.**

|  |  | RP [yr] | | | | | |
|---|---|---|---|---|---|---|---|
|  |  | 1 | 10 | 50 | 100 | 500 | 1000 |
| Scenario (see Table 2) | 1 | Dry | 0.02 | 0.07 | 0.10 | 0.23 |  |
|  | 2 | Dry | 0.03 | 0.20 | 0.34 | 0.58 |  |
|  | 3 | - |  | 0.41 | 0.55 | 0.82 | 0.87 |
|  | 4 | - |  | 0.45 | 0.61 | 0.80 | 0.90 |
|  | 5 | - |  | 0.53 | 0.65 | 0.88 | 0.94 |
|  | 6 | - |  | 0.50 | 0.61 | 0.81 | 0.86 |

**Table 10—Max individual wave height Hmax [m] on site for all scenarios and all return periods.**

|  |  | RP [yr] | | | | | |
|---|---|---|---|---|---|---|---|
|  |  | 1 | 10 | 50 | 100 | 500 | 1000 |
| Scenario (see Table 2) | 1 | Dry | 0.04 | 0.07 | 0.12 | 0.43 | - |
|  | 2 | Dry | 0.04 | 0.29 | 0.49 | 0.86 | - |
|  | 3 | - | - | 0.59 | 1.00 | 1.55 | 1.45 |
|  | 4 | - | - | 0.76 | 0.94 | 1.24 | 1.52 |
|  | 5 | - | - | 0.93 | 1.07 | 1.39 | 1.57 |
|  | 6 | - | - | 0.81 | 1.00 | 1.17 | 1.43 |



Figure 19—Max water elevation (wave crest) on site for all scenarios and all return periods.



Figure 20—Max depth-averaged flow velocity on site for all scenarios and all return periods (marker is average max, errors bar are ± std).

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/21OTC/3-21OTC/D021S008R004/2489714/otc-30940-ms.pdf/1 by Katerina Sotlany on 02 November 2023

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/21OTC/3-21OTC/D031S008R004/2489714/otc-30940-ms.pdf/1 by Katerina Sottary on 02 November 2023



**Figure 21—Max significant wave height (Hs - marker) and max wave
height (Hmax - error bar) on site for all scenarios and all return periods.**

## Design considerations

As most of the natural terrain where Port Fourchon facilities are located is expected to be permanently
under water by the end of the lifespan (Figure 14, bottom), design guidelines may well be taken from fixed
offshore structures. Based on recommended practices available at the time of the study, the criteria included
in API RP-2MET 2019 [27] is adopted. Therefore, the elevation for the underside of the deck endorsed for
the upgrading of Port Fourchon facilities shall not be lower than the 1000-year return period maximum crest
elevation (with no air gap). Similarly, for wind speed, wave height and flow velocity at 1000-year return
period is recommended.

Given the importance of Port Fourchon Junction facilities, the design criteria outlined above, and the
higher subsidence level observed at Port Fourchon (compared to Grand Isle), it is recommended that a 1000-
year return period and future scenario based on FEMA surge level and Port Fourchon RSLR is adopted for
design (Scenario 4 in Table 2, yellow dot in Figure 19, Figure 20, and Figure 21). The subsidence and sea
level rise associated to this scenario are 9.8 mm/year and 2 mm/year, respectively. Table 11 summarized the
recommended design parameters for the upgrade of Port Fourchon Junction.

**Table 11—Recommended design parameters for the upgrade of Port Fourchon Junction***

| Scenario (see Table 2) | RP (years) | Elevation of deck underside (m NAVD88) | Flow velocity (m/s) | Hs (m) | Hmax (m) | 3-sec gust speed (m/s) |
|---|---|---|---|---|---|---|
| 4 | 1000 | 6.03 | 2.6 | 0.90 | 1.52 | 87 |

* Elevation of deck is rounded up to account for topographic uncertainty.

Downloaded from http://onepetro.org/OTCONFproceedings-pdf/21OTC/3-21OTC/D023S008R004/2489714/otc-30940-ms.pdf/1 by Katerina Sottany on 02 November 2023

## Conclusions and Recommendations

In this case study, we utilized the numerical model XBeach to simulate different scenarios of sea level rise impact on Port Fourchon. The scenarios covered both present and expected conditions 50 years into the future.

Our simulations show that while the highest inundating level is mostly dependent on winds, waves and surge acting together, surge is the single most critical parameter that defines the asset's base inundation level. Port Fourchon should be subject to flooding for 10-year return period conditions based on Grand Isle observations. For 5-6 years return period conditions some degree of milder partial flood should also be expected. This was evidenced by the impact of tropical storm Cristobal (June 2020) and hurricane Laura (August 2020), both of which induced about 0.3 m of flooding into Fourchon Junction facilities (David Dauterive and David Murphy, personal communication).

Design future conditions based on surge extreme from FEMA simulations are recommended over surge extremes derived from Grand Isle observations. FEMA hindcast is conservative with respect to observed surge data at Grand Isle because it is based on a hypothetical hurricane dataset honed for high return periods. An additional but realistic conservative assumption has been made by forcing the winds and waves with the same direction and perpendicular to the coast.

The barrier beach and the breakwaters play a key factor in sheltering site from waves and surge. Even when submerged under extreme high return period conditions they dissipate the waves ensuring that the maximum water level (wave crest elevation) on site is lower than would otherwise be without them. It is then important to maintain them fit for purpose during the entire lifespan of the asset. In fact, we have made this assumption when recommending a 1000-year return period and future scenario based on FEMA surge level and Port Fourchon RSLR to be adopted for design.

The recommended 1000-year design scenario results in water elevation on site (including wave crest) during peak hurricane conditions of 6.03 m NAVD88, while depth-averaged flow velocity on site is 2.6 m/s, significant wave height is 0.90 m, maximum wave height is 1.52 m, and design gust speed is 87 m/s.

## Acknowledgments

The authors acknowledge and appreciate the advice provided by Zach Cobell, Mike Miner, Ioannis Georgiou and Soupy Dalyander from The Water Institute of the Gulf; Mead Allison from Tulane University; and Jason Newlin from Shell's Civil Marine group in Houston.

## References

1.  Louisiana's Coastal Master Plan, 2012.Coastal Protection and Restoration Authority (CPRA).State of Louisiana.https://coastal.la.gov/our-plan/2012-coastal-masterplan/2012-coastal-master-plan-projects/
2.  Flood Insurance Study:Southeastern Parishes, Louisiana, Intermediate Submission 2, 2008: Offshore Water Levels and Waves, FEMA, US Army Corps of Engineers, New Orleans District.https://coast.nd.edu/femaIDS2.html
3.  NOAA Tides and Currents.https://tidesandcurrents.noaa.gov/
4.  Louisiana's Coastal Master Plan, 2017.Coastal Protection and Restoration Authority (CPRA).State of Louisiana.
5.  ADCIRC:Advanced 3D Circulation Model for Shelves, Coasts, and Estuaries, http://adcirc.org/
6.  XBeach user manualhttps://xbeach.readthedocs.io/en/latest/
7.  De Ridder, M.P.,2018: Non-hydrostatic wave modelling of coral reefs with the addition of a porous in-canopy model.Master of Science.TU Delft and NUS Singapore.

Downloaded from http://onepetro.org/OTCONFproceedings-pdf/21OTC/3-21OTC/D023S008R004/2489714/otc-30940-ms.pdf/1 by Katerina Sotiany on 02 November 2023

8.    Tornqvist, T. E.,D. J.Wallace,J. E. A.Storms, J.Wallinga,R. L.van Dam,M.Blaauw,M. S.Derksen,C. J. W.Klerks,C.Meijneken,and E. M. A.Snijders,2008:Mississippi Delta subsidence primarily caused by compaction of Holocene strata, Nat. Geosci., **1**(3), 173–176,10.1038/ ngeo129.

9.    Meckel, T. A.,Ten Brink, U. S.and Williams, S. J.,2006:Current subsidence rates due to compaction of Holocene sediments in southern Louisiana.Geophys. Res. Lett.**33**, L11403.

10.    Dokka, R. K.,Sella, G. F.& Dixon, T. H.,2006:Tectonic control of subsidence and southward displacement of southeast Louisiana with respect to stable North America.Geophys. Res. Lett.**33**, L23308.

11.    Wolstencroft, M., Z.Shen, T. E.Tornqvist, G. A.Milne,and M.Kulp,2014:Understanding subsidence in the Mississippi Delta region due to sedi-ment, ice, and ocean loading:Insights from geophysical modeling, J. Geophys. Res. Solid Earth, **119**, 3838–3856, doi:10.1002/2013JB010928

12.    Kim, W.,Mohrig, D.,Twilley, R.,Paola, C.,and Parker, G.,2009:Is it feasible to build new land in the Mississippi River Delta?: Eos, **v. 90**, p. 373–374, doi:10.1029/2009E0420001

13.    Morton, R. A.,Bernier, J. C.& Barras, J. A.,2006:Evidence of regional subsidence and associated interior wetland loss induced by hydrocarbon production, Gulf Coast region, USA. Environ. Geol.**50**, 261–274.

14.    Chan, A.W.& Zoback, M. D.,2007:The role of hydrocarbon production on land subsidence and fault reactivation in the Louisiana coastal zone.*J. Coast. Res.***23**, 771–786.

15.    Dokka, R. K.,2006:Modern-day tectonic subsidence in coastal Louisiana.Geology 34, 281284.

16.    Kolker, A. S.,Allison, M. A.,and Hameed, S.,2011:An evaluation of subsidence rates and sea- level variability in the northern Gulf of Mexico, Geophys. Res. Lett., **38**, L21404, doi :10.1029/2011GL049458

17.    ByrnesM.R.,BritschL.D.,BerlinghoffJ.L.,JohnsonR.and KhalilS.,2019:Recent subsidence rates for Barataria Basin, Louisiana.Geo-Marine Letters10.1007/s00367-019-00573-3

18.    ByrnesM.R.,BritschL.D.,BerlinghoffJ.L.and JohnsonR.,2018:Final Report: Determining Recent Subsidence Rates for Barataria Basin, Louisiana: Implications for Engineering and Design of Coastal Restoration Projects.Prepared for: Louisiana Coastal Protection and Restoration Authority.Prepared by: Applied Coastal Research and Engineering In Cooperation with CDM Smith

19.    AllisonM.,CarruthersT.,ClarkR.,DiLeonardo D.,HemmerlingS.,MeselheE.,MossL.,WeathersD.,WhiteE.and Yuill, B.,2018:Partnership for Our Working Coast: Port Fourchon Phase 1 Technical Report.The Water Institute of the Gulf. Prepared for and funded by Shell, Chevron, Danos, and the Greater Lafourche Port Commission.Baton Rouge, LA.

20.    JankowskiK.L.,TornqvistT.E.and FernandesA.M.,2017: Vulnerability of Louisiana's coastal wetlands to present-day rates of relative sea-level rise.Nature Communications.doi: 10.1038/ ncomms14792

21.    Nienhuis, J.H.,TornqvistT.E.,JankowskiK.L.,Fernandes, A.M.and KeoghM.E.,2017:A New Subsidence Map for Coastal Louisiana.GSA Today, **v. 27**, *The Geological Society of America*.doi: 10.1130/GSATG337GW.1

22.    Ivins, E. R.,Dokka, R. K.& Blom, R. G.,2007:Post-glacial sediment load and subsidence in coastal Louisiana.Geophys. Res. Lett.**34**, L16303.

23.    ByrnesM.R.,HeddermanC.,HasenM.,RobertsH.,KhalilS.,and Underwood, S.G.,2015:Differential sediment consolidation associated with barrier beach restoration: Caminada headland, south Louisiana.doi: 10.1142/9789814689977_0192

24. IPCC, 1990:Climate Change: The IPCC Scientific Assessment.Report of Working Group I of the Intergovernmental Panel on Climate Change [Houghton, G.J. Jenkins, J.J. Ephraums (eds.)]. Cambridge University Press, Cambridge, United Kingdom, 365 pp.

25. IPCC, 2013:Climate Change 2013: The Physical Science Basis.Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change[Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)].Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 1535 pp.

26. Queensland Climate Change and Community Vulnerability to Tropical Cyclones. Ocean Hazards Assessment. Stage 1., 2001:Review of Technical Requirements. Australia. Bureau of Meteorology, Queensland. Dept. of Emergency Services, Queensland. Environmental Protection Agency, James Cook University, Queensland. Department of Natural Resources and Mines, Systems Engineering Australia.Source.

27. API-RP-2MET, 2019:API Recommended Practice 2MET Second Edition: Derivation of Metocean Design and Operating Conditions.American Petroleum Institute

Downloaded from http://onepetro.org/OTCONF/proceedings-pdf/21OTC/3-21OTC/D032/S008/R004/2489714/otc-30940-ms.pdf/1 by Katerina Sottany on 02 November 2023