UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., SHELL TRADING (US) COMPANY, TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> Defendants. | Case No: 3:21-cv-00933-JAM <br><br><br> December 9, 2023 |

**DEFENDANTS' NOTICE OF CORRECTED MEMORANDUM IN OPPOSITION TO MOTION TO COMPEL BY CONSERVATION LAW FOUNDATION, INC.**

Defendants[1] respectfully file this Notice of Corrected Opposition to Motion to Compel by Conservation Law Foundation, Inc. (ECF No. 309).  Defendants filed their opposition and exhibits to CLF's motion on December 8, 2023.  *See* ECF No. 324.  Undersigned counsel for Defendants inadvertently attached the wrong document when filing, which was an earlier non-final version of the opposition.  The version filed at ECF No. 324 was not the version intended for filing and contained blank spaces for record citations, an incorrect table of contents, significant text missing and/or in the wrong location, and typographical errors.  The attached corrected opposition is the intended version for filing.  Defendants respectfully request that the Court accept and review the attached in lieu of the version at ECF No. 324, which was filed in error.  Counsel filed this notice immediately upon noticing the error.  Counsel will contact the

---

[1] Defendants include Shell Oil Company (now known as Shell USA, Inc.), Equilon Enterprises LLC d/b/a Shell Oil Products US, Shell Petroleum, Inc., Shell Trading (US) Company, and Triton Terminaling LLC.

1

Clerk's office per Section III.B.2. of the Court's Electronic Filing Policies and Procedures manual.

Dated: December 9, 2023                  Respectfully submitted,

*/s/ Bina R. Reddy*

Bina R. Reddy (phv20420)
BEVERIDGE & DIAMOND, P.C.
400 West 15th Street
Suite 1410
Austin, TX 78701-1648
T: (512) 391-8000
F: (202) 789-6190
breddy@bdlaw.com

John S. Guttmann (ct25359)
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
T: (202) 789-6020
F: (202) 789-6190
jguttmann@bdlaw.com

Anthony G. Papetti (phv206982)
BEVERIDGE & DIAMOND, P.C.
825 3rd Ave., 16th Floor
New York, NY 10022
T: (212) 702-5400
F: (212) 702-5442
apapetti@bdlaw.com

James O. Craven (ct18790)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: (203) 498-4400
F: (203) 782-2889
jcraven@wiggin.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2023, a copy of the foregoing was filed through the Court's electronic filing system ("ECF"), by which means the document is available for viewing and downloading from the ECF system and a copy of the filing will be sent electronically to all parties registered with the ECF system.

*/s/ Bina Reddy*

Bina Reddy