**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., SHELL TRADING (US) COMPANY, TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> Defendants. | Case No: 3:21-cv-00933-JAM <br><br> December 13, 2023 |

**AFFIDAVIT OF MEGAN L. MORGAN**

Pursuant to Local Rule 37(a), I, Megan Morgan, swear to the following statement:

1. I am a principal at the law firm of Beveridge & Diamond, P.C. and counsel for Defendants. I am admitted pro hac vice in this Court. I am familiar with the events, pleadings, and discovery in this case.

2. On November 22, 2023, Plaintiff Conservation Law Foundation, Inc. ("Plaintiff") filed a Motion to Seal (ECF No. 310) portions of its recently filed Motion to Compel (ECF No. 309).

3. Since the filing, the parties have conferred in an effort in good faith to resolve the issues raised by the Motion to Seal without the intervention of the Court.

4. The parties were able to reach an agreement on the issues raised in the Motion to Seal. Plaintiff will withdraw its Motion to Seal and refile its Motion to Compel with this affidavit appended.

1

5. I have reviewed Plaintiff's Motion to Compel (ECF No. 309) and Exhibits I, J, M, N, O, and Z to Plaintiff's Motion (ECF Nos. 309-9, 309-10, 309-13, 309-14, 309-15, 309-26).

6. I have also reviewed the Investment Management Guide that Plaintiff cites in its Motion. This document was initially filed under seal at Docket No. [231], but was subsequently withdrawn as a result of the parties' Joint Motion to Withdraw (ECF No. 246).

7. These documents were marked as "confidential."

8. **Exhibit I. 2018 Hazards and Effects Register for the New Haven Terminal (SOPUS_NHVN0028307) (ECF 309-09):** Plaintiff quotes language from pages 3, 6, & 7 on tab 3 of the 2018 Hazards and Effects Management Process ("HEMP") for the New Haven Terminal. The relevant language Plaintiff cites from the HEMP is as follows:

   a. **Page 3-8:** the Hazards and Effects Register includes evaluation of multiple categories of potential hazards, including H-03 (other flammable materials) and H-20 (toxic gases).

   b. **Page 3-8:** "Hazards & Effects Register."

   c. **Page 7:** Potential hazard category "H-09: Non-controllable / Natural Environment" includes four "hazard IDs." One hazard ID (H-09.01) has the "hazard description" "Weather conditions." The "Hazard Details and / or Examples" for this hazard description are: "Floods, Windstorm, Tornados, Hurricanes, Snowstorms, Wind, visibility, Sea condition etc."

   d. **Page 7:** For H-09.01, the Hazards and Effects Register lists the "top event" as "loss of control," the "consequences" as "serious injury/fatality," and the maximum "risk potential" as "4C." The New Haven Terminal has a RAM Asset rating of 4C for H-09.01.

9.  **Exhibit J. Applying the Risk Assessment Matrix (SOPUS_NHVN0029479) (ECF 309-10):** Plaintiff quotes language from page 3 of the Applying the Risk Assessment Matrix document. The relevant language Plaintiff cites from the document is as follows:

    a. **Page 3:** The severity of 4C means consequences to assets may consist of "major damage" and that the likelihood "has happened in the organization or more than once per year in the industry."

    b. **Page 3:** "The RAM is a 6 by 5 matrix that is used for qualitative assessments of risk."

    c. **Page 3:** "The vertical axis represents increasing Consequences (Severity levels 0 to 5) in terms of harm to people, damage to assets, effect on the environment and communities (P, A, C, E categories)."

    d. **Page 3:** "The horizontal axis represents increasing Likelihood (levels A to E) of the Consequence under consideration."

    e. **Page 3:** In assessing Assets, the RAM contains a severity rating of 0 for "No damage," 1 for "Slight damage," 2 for "Minor damage," 3 for "Moderate damage," 4 for "Major damage," and 5 for "Massive damage."

    f. **Page 3:** In assessing Assets, the RAM contains an increasing likelihood rating of A for "Never heard of in the Industry," B for "Heard of in the Industry," C for "Has happened in the Organisation or more than once per year in the Industry," D for "Has happened at the Location or more than once per year in the Organisation," and E for "Has happened more than once per year at the Location."

3

  g. **Page 3:** "The matrix is divided into light blue, blue, yellow and red areas to illustrate the increasing level of Risk."

10. **Exhibits N & O[1]. Motiva Organization Chart (SOPUS_NHVN00242872) (ECF 309-14)[2] & Shell Organization Chart (SOPUS_NHVN00242865) (ECF 309-15):** Plaintiff references information displayed within the Motiva Organization Chart and Shell Organization Chart. The relevant information Plaintiff discusses from the charts is as follows:

  a. The Motiva Organization Chart shows the "Motiva Enterprises LLC structure prior to separation of JV (as of April 30, 2017)."

  b. The Motiva Organization Chart states: "This chart is intended to show the relationships between and ownership of Motiva Enterprises LLC; other subsidiary entities are not shown."

  c. The Motiva Organization Chart shows that Equilon Enterprises LLC had a 50% interest in Motiva Company and Saudi Refining, Inc. had a 50% interest in Motiva Company.

  d. The Motiva Organization Chart shows that SOPC Holdings East LLC had 50% interest in Motiva Enterprises LLC and Saudi Refining, Inc. had a 50% interest in Motiva Enterprises LLC.

  e. The Shell Organization Chart shows that "as of 01/01/2017" SOPC Holdings East LLC and Equilon Enterprises LLC are indirectly owned subsidiaries of Shell Petroleum Inc. and Shell USA, Inc.

---

[1] Defendants note that Plaintiff cites Exhibit O as "Ex. M" on p. 25 of its Motion to Compel (309).
[2] A corrected Motiva Organization Chart was produced on November 9, 2023 at the same Bates number. The references in this affidavit are to the corrected Motiva Organization Chart, and not the version filed under seal.

11. **Shell Investment Management Guide (SOPUS_NHVN00108538):** Plaintiff quotes language from the Shell Investment Management Guide ("IMG"). The IMG mentions each of the following documents within its text. The relevant document titles Plaintiff quotes from the IMG are as follows:

    a. **Page 4:** "Investment Proposal Checklist."

    b. **Page 21:** "Opportunity Realization Standards."

    c. **Page 6, 10, & 21:** "Opportunity Delivery Manual."

    d. **Page 12 & 26:** "Pre-Final Investment Decision Guidance."

    e. **Page 4, 5, 6, & 16:** "Routing Matrix."

    f. **Page 4, 5, 20, & 21:** "Manual of Authorities tool."

    g. **Page 7:** "Shell Joint Venture website."

    h. **Page 7:** "Downstream Joint Venture website."

Dated: \_12/13/2023_____         s/ Megan Morgan_____
                                                               Megan L. Morgan