**Message**

**From:** Appleby, Jim M SHLOIL-ERUP/UD [/O=SHELL/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=EBEBDF3DBCE941128C499119B25B2489]
**Sent:** 5/7/2020 2:56:20 PM
**To:** Evans, Brian M SPLC-STO/3 [brian.evans@shell.com]
**Subject:** RE: REVIEW: Hurricane Messaging

Thanks – very helpful here – I knew that this messaging had been used at some point in real-world scenarios just didn't have the specifics.

**From:** Evans, Brian M SPLC-STO/3 <Brian.Evans@Shell.com>
**Sent:** Thursday, May 7, 2020 2:44 PM
**To:** Appleby, Jim M SHLOIL-ERUP/UD <James.Appleby@shell.com>; Tillmanns, Christopher SHLOIL-LSTS/A <C.Tillmanns2@shell.com>
**Cc:** English, Patrick P STUSCO-STO <Patrick.English@shell.com>; Cheatham, Lee E SPLC-STO/3 <Lee.Cheatham@SHELL.com>; Faulkner, Brian J SHLOIL-LSPT/EE <Brian.Faulkner@shell.com>
**Subject:** RE: REVIEW: Hurricane Messaging

Hi Chris – further to Jim's comments, "safe levels" also take into consideration the minimum volume required in tank to prevent a "tank float" incident in the event that the tank farm becomes flooded. This actually happened at our Sewaren terminal in Hurricane Sandy. The minimum volume is calculated by our Engineering team.

Thanks.



**Brian Evans**
**Distribution Operations Manager – US East**
**Shell Trading & Supply - Operations**
**Cell:** +1 225-264-1392
**Email:** brian.evans@shell.com

**From:** Appleby, Jim M SHLOIL-ERUP/UD <James.Appleby@shell.com>
**Sent:** Thursday, May 7, 2020 9:42 AM
**To:** Tillmanns, Christopher SHLOIL-LSTS/A <C.Tillmanns2@shell.com>
**Cc:** English, Patrick P STUSCO-STO <Patrick.English@shell.com>; Evans, Brian M SPLC-STO/3 <Brian.Evans@Shell.com>; Cheatham, Lee E SPLC-STO/3 <Lee.Cheatham@SHELL.com>; Faulkner, Brian J SHLOIL-LSPT/EE <Brian.Faulkner@shell.com>
**Subject:** RE: REVIEW: Hurricane Messaging

Hi Chris. To answer your questions:

- Safe levels: I don't believe there is a regulatory-based amount – I think this is related to max fill to show that we prepared for the needs of the communities the terminals are situated in. Unless Patrick, Brian and Lee know otherwise I believe that is the intent of the message.
- Volume distribution: similar to the safe levels piece, this would be to show that we were active in providing supply to the regions we're located and that were effected.

Overall, these messages are templates and would be updated accordingly depending on the situation and what was determined to be necessary in terms of reputational or informational requirements when a storm occurs. Before any of this would be used the folks here impacted from a business/operational and legal perspective would review and approve messages for final use.

**Message**

**From:** Appleby, Jim M SHLOIL-ERUP/UD [/O=SHELL/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=EBEBDF3DBCE941128C499119B25B2489]
**Sent:** 5/7/2020 2:56:20 PM
**To:** Evans, Brian M SPLC-STO/3 [brian.evans@shell.com]
**Subject:** RE: REVIEW: Hurricane Messaging

Thanks – very helpful here – I knew that this messaging had been used at some point in real-world scenarios just didn't have the specifics.

**From:** Evans, Brian M SPLC-STO/3 <Brian.Evans@Shell.com>
**Sent:** Thursday, May 7, 2020 2:44 PM
**To:** Appleby, Jim M SHLOIL-ERUP/UD <James.Appleby@shell.com>; Tillmanns, Christopher SHLOIL-LSTS/A <C.Tillmanns2@shell.com>
**Cc:** English, Patrick P STUSCO-STO <Patrick.English@shell.com>; Cheatham, Lee E SPLC-STO/3 <Lee.Cheatham@SHELL.com>; Faulkner, Brian J SHLOIL-LSPT/EE <Brian.Faulkner@shell.com>
**Subject:** RE: REVIEW: Hurricane Messaging

REDACTED

Thanks.



**Brian Evans**
**Distribution Operations Manager – US East**
**Shell Trading & Supply - Operations**
**Cell:** +1 225-264-1392
**Email:** brian.evans@shell.com

**From:** Appleby, Jim M SHLOIL-ERUP/UD <James.Appleby@shell.com>
**Sent:** Thursday, May 7, 2020 9:42 AM
**To:** Tillmanns, Christopher SHLOIL-LSTS/A <C.Tillmanns2@shell.com>
**Cc:** English, Patrick P STUSCO-STO <Patrick.English@shell.com>; Evans, Brian M SPLC-STO/3 <Brian.Evans@Shell.com>; Cheatham, Lee E SPLC-STO/3 <Lee.Cheatham@SHELL.com>; Faulkner, Brian J SHLOIL-LSPT/EE <Brian.Faulkner@shell.com>
**Subject:** RE: REVIEW: Hurricane Messaging

Hi Chris. REDACTED

REDACTED

CONFIDENTIAL    SOPUS_NHVN00083831

Jim

---

**From:** Tillmanns, Christopher SHLOIL-LSTS/A <C.Tillmanns2@shell.com>
**Sent:** Thursday, May 7, 2020 9:03 AM
**To:** Appleby, Jim M SHLOIL-ERUP/UD <James.Appleby@shell.com>; English, Patrick P STUSCO-STO <Patrick.English@shell.com>; Evans, Brian M SPLC-STO/3 <Brian.Evans@Shell.com>; Cheatham, Lee E SPLC-STO/3 <Lee.Cheatham@SHELL.com>; Faulkner, Brian J SHLOIL-LSPT/EE <Brian.Faulkner@shell.com>
**Cc:** Tillmanns, Christopher SHLOIL-LSTS/A <C.Tillmanns2@shell.com>
**Subject:** RE: REVIEW: Hurricane Messaging

Jim,

A couple of questions from my end.

There are a couple of references to "safe levels" of inventory. What standard is this based on? Is there a state or federal standard for what safe levels of inventory are?

The final statement contains information about volume distribution. What is the purpose of that statement?

Thanks.

Chris

---

**From:** Appleby, Jim M SHLOIL-ERUP/UD <James.Appleby@shell.com>
**Sent:** Wednesday, May 6, 2020 2:01 PM
**To:** English, Patrick P STUSCO-STO <Patrick.English@shell.com>; Evans, Brian M SPLC-STO/3 <Brian.Evans@Shell.com>; Cheatham, Lee E SPLC-STO/3 <Lee.Cheatham@SHELL.com>; Faulkner, Brian J SHLOIL-LSPT/EE <Brian.Faulkner@shell.com>; Tillmanns, Christopher SHLOIL-LSTS/A <C.Tillmanns2@shell.com>
**Subject:** REVIEW: Hurricane Messaging

Hi folks – hope everyone is having a nice afternoon. In anticipation of hurricane season we're reviewing our proactive/reactive messaging, including that involving terminals. While this messaging has previously been reviewed and approved, and typically stays the same year-on-year, I wanted to ensure you all had the opportunity to see it ahead of the start of this season. Once you've had a look let me know if there are any questions or concerns with it as written.

Many thanks!

Jim

Jim

From: Tillmanns, Christopher SHLOIL-LSTS/A <C.Tillmanns2@shell.com>
Sent: Thursday, May 7, 2020 9:03 AM
To: Appleby, Jim M SHLOIL-ERUP/UD <James.Appleby@shell.com>; English, Patrick P STUSCO-STO <Patrick.English@shell.com>; Evans, Brian M SPLC-STO/3 <Brian.Evans@Shell.com>; Cheatham, Lee E SPLC-STO/3 <Lee.Cheatham@SHELL.com>; Faulkner, Brian J SHLOIL-LSPT/EE <Brian.Faulkner@shell.com>
Cc: Tillmanns, Christopher SHLOIL-LSTS/A <C.Tillmanns2@shell.com>
Subject: RE: REVIEW: Hurricane Messaging

Jim,

**REDACTED**

Thanks.

Chris

From: Appleby, Jim M SHLOIL-ERUP/UD <James.Appleby@shell.com>
Sent: Wednesday, May 6, 2020 2:01 PM
To: English, Patrick P STUSCO-STO <Patrick.English@shell.com>; Evans, Brian M SPLC-STO/3 <Brian.Evans@Shell.com>; Cheatham, Lee E SPLC-STO/3 <Lee.Cheatham@SHELL.com>; Faulkner, Brian J SHLOIL-LSPT/EE <Brian.Faulkner@shell.com>; Tillmanns, Christopher SHLOIL-LSTS/A <C.Tillmanns2@shell.com>
Subject: REVIEW: Hurricane Messaging

**REDACTED**

Many thanks!

Jim

CONFIDENTIAL                                                                                                                                           SOPUS_NHVN00083832