**HSSE & SP MS**

# Managing Risk

| Shell HSSE & SP Control Framework | Mandatory |
| --- | --- |
| HSSE & SP Management System Manual | Restricted |
| | Version 6, February 2016 |

## Purpose

- To establish a process to identify HSSE & SP Hazards and to reduce the Risks to As Low As Reasonably Practicable (ALARP).

## Who is this for?

- Business Leaders; and
- Managers.

## What situations are covered?

This manual section applies to:

- Managing HSSE & SP Risks in Assets, facilities, operations, projects and activities where the HSSE & SP Control Framework applies.

## Requirements

The Business Leader is Accountable for requirement 1.

1. Establish and maintain an effective Hazards and Effects Management Process.

The Manager is Accountable for requirements 2–7.

2. Identify HSSE & SP Hazards in the Business and document their effects on people, Assets, the community and the environment in a Hazards And Effects Register.

    2.1. Provide information, instruction, training and supervision so that people are competent to apply the HSSE & SP Risk Assessment Matrix (RAM) rating in their area of responsibility. Refer to Figure 1.

3. Assess all the Risks of identified Hazards for Worst-Case Credible Scenarios using the RAM, and document the assessment of all these Risks in the Hazards And Effects Register.

    3.1. Analyse the following specific Hazards by using the referenced methodology:

    - health as per the Health Hazard Management Manual Section;
    - security as per the Security Manual; and
    - environmental, social and health impacts of a project, as per the Impact Assessment Manual Section.

---

Terms in green are included in the HSSE & SP Control Framework Glossary.
Terms in blue reference manuals and manual sections in the HSSE & SP Control Framework.
This document is not controlled when printed. See the Change Log for version control information.

CONFIDENTIAL                                                                                      SOPUS_NHVN00049773

| SEVERITY | CONSEQUENCES | | | | INCREASING LIKELIHOOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | People | Assets | Community | Environment | A Never heard of in the Industry | B Heard of in the Industry | C Has happened in the Organisation or more than once per year in the Industry | D Has happened at the Location or more than once per year in the Organisation | E Has happened more than once per year at the Location |
| 0 | No injury or health effect | No damage | No effect | No effect | | | | | |
| 1 | Slight injury or health effect | Slight damage | Slight effect | Slight effect | | | | | |
| 2 | Minor injury or health effect | Minor damage | Minor effect | Minor effect | | | | | |
| 3 | Major injury or health effect | Moderate damage | Moderate effect | Moderate effect | | | | | |
| 4 | PTD or up to 3 fatalities | Major damage | Major effect | Major effect | | | | | |
| 5 | More than 3 fatalities | Massive damage | Massive effect | Massive effect | | | | | |

RAM Risk rating
Light Blue,
Dark Blue,
Yellow,
Red

Figure 1: The HSSE & SP Risk Assessment Matrix (RAM)

The RAM sets the level of control required to manage Risk in line with requirements 4–7.

4. Manage Risks in the light and dark blue areas of the RAM.
   4.1. Light Blue: Manage for continuous improvement through effective implementation of the HSSE & SP Management System. Businesses may set lower priority for further Risk reduction.
   4.2. Dark Blue: Manage for continuous improvement through effective implementation of the HSSE & SP Management System.

5. Manage Risks in the yellow (non 5A/B) areas of the RAM.
   5.1. Where Reasonably Practicable, eliminate Hazards or
   5.2. Substitute Hazards with ones having lower Risk
   5.3. Identify and implement Controls and Recovery Measures to reduce the Risks to ALARP.
   5.4. Maintain a Hazards and Effects Register that includes a reference to the Shell HSSE & SP Control Framework requirements, legislation, or industry codes used to determine ALARP, or a reference to the process by which ALARP is determined.

6. Manage Risks in the yellow 5A/5B and red areas of the RAM as per requirement 5 and in addition, apply a Bow-Tie or equivalent methodology which must include the following:
   6.1. Identify Barriers to prevent a Top Event, to prevent Escalation Factors and to reduce the Consequences should the Top Event occur.
   6.2. Identify at least one HSSE Critical Activity to maintain each Barrier.
   6.3. Assign HSSE Critical Activities to the designated HSSE Critical Positions or within HSSE Critical Processes.
   6.4. Identify HSSE Critical Equipment and performance criteria for assigned HSSE Critical Activities.
   6.5. Assign maintenance through HSSE Critical Activities or within HSSE Critical Processes.
   6.6. Identify criteria for ALARP determination and consistently apply these criteria.

6.7. Provide a Documented Demonstration Of ALARP for the Bow-Tie or equivalent methodology with details of:

- Hazards, Threats, Events, Consequences, Controls and Recovery Measures, performance criteria and Monitoring method.
- HSSE Critical Activities, HSSE Critical Positions or HSSE Critical Processes, and a list of identified corrective/improvement actions.
- The results of ALARP determinations, criteria by which Risk reduction to ALARP is achieved, and any required corrective actions to reduce Risk to ALARP.
- A Remedial Action Plan to close identified gaps.

7. Review Hazards and Risks and maintain documentation.

7.1. Review the content of the Hazards And Effects Register and the Documented Demonstration Of ALARP when existing operations/activities are changed in a way that would change the Hazards or reduce the effectiveness of Controls and Recovery Measures.

## Implementation

New or changed content of this manual section must be implemented no later than December 31, 2020 in line with the Implement Manual Section.

Refer to the Change Log for more details on the new or changed content.

Note:

- Business systems and tools using the Risk Assessment Matrix for incident classification should be updated by January 1, 2018.
- Business Risk Assessments should be updated per normal review cycle with the new Risk Assessment Matrix to meet an implementation date of December 31, 2020.