Exhibit A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., *Plaintiff*, v. SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, *Defendants*. | Civil Action No. 3:21-cv-00933-JAM March 27, 2024 |

**AFFIDAVIT OF ATTORNEY JAMES Y. MEINERT IN SUPPORT OF PLAINTIFF'S MOTION FOR DISCOVERY CONFERENCE HEARING**

I, James Meinert, an attorney for Plaintiff Conservation Law Foundation, Inc., ("CLF") in this matter, state as follows:

1. I am an Attorney at CLF and have knowledge of the facts contained herein. This affidavit is based on my personal knowledge and can be verified by correspondence and other documents filed with CLF's Motion for Discovery Status Conference Hearing ("Motion") and cited in this Affidavit.

2. The email thread attached as Exhibit B to the Motion is a true and correct copy of communications between the Parties from December 5, 2023 to the date of this filing, but it does not show earlier correspondence on that thread that has already been filed on the docket at ECF 328-7, 309-22, and 309-16.

3. The email thread attached as Exhibit C to the Motion is a true and correct copy of communications between the Parties.

1

4.  Defendants first agreed to provide a copy of the search terms used in this case on November 9, 2023. *See* Jordan Aff., ECF 309-1 ¶ 39. CLF has regularly reminded Defendants of their agreement, including on November 17, 2023, December 11 and 18, 2023, January 16, 2024, February 6 and 22, 2024, and March 1 and 13, 2024. ECF 309-16 at 4; ECF 328-7 at 1; Ex. B at 13–17, 24–26, 29, 33

5.  CLF first requested a copy of the New Haven Terminal's Integrated Contingency Plan on December 12, 2023, as follow-up to testimony in the December 6, 2023 Bothwell Deposition. McMonigle Email (Dec. 12, 2023), Ex. C at 6. CLF followed-up on this request on December 21 and 28, 2023, January 5 and 26, 2024, February 6 and 22, 2024, and March 1 and 13, 2024. Ex. B at 13–17, 24–26; Ex. C at 1, 3–6.

6.  In the meet and confer process regarding ECF 277 compliance and the file path agreement, CLF noted that it may have follow-up questions about the file path information should the file paths need additional contextual information. *See* Meinert Email (Nov. 6, 2023), ECF 309-16 at 9. Defendants produced file path information on November 9, 2023. Jordan Aff., ECF 309-01 ¶¶ 33–34. CLF sent Defendants follow-up questions regarding the file path information of 341 documents on November 17, 2023. Meinert Email (Nov. 17, 2023), ECF 309-16 at 4. CLF reminded Defendants of its November 17, 2023 file path questions on December 5 and 18, 2023, January 16, 2024, February 6, 9, and 22, 2024, and March 1 and 13, 2024. Ex. B at 13–17, 19, 24–26, 29, 33.

7.  Defendants did not respond to CLF's emails of February 22, 2024, March 1, 2024, or March 13, 2024. *See* Ex. B at 13–15.

I declare under penalty of perjury that the foregoing is true and correct.

Exhibit A

EXECUTED this 27th day of March, 2024.

*/s/ James Meinert*
James Y. Meinert