AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| Conservation Law Foundation, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-cv-00933 (JAM) |
| Shell Oil Co., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Shell Oil Co., Shell Oil Petroleum Inc., Shell Trading (US) Co., Motiva Enterprises LLC.

Date: 06/12/2024

*/s/ Antonio Lewis*
*Attorney's signature*

Antonio E. Lewis phv03069
*Printed name and bar number*

King & Spalding LLP
300 S Tryon Street
Suite 1700
Charlotte, NC 28202
*Address*

alewis@kslaw.com
*E-mail address*

(704) 503-2551
*Telephone number*

(704) 503-2622
*FAX number*