UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> *Defendants*. | Civil Action No. 3:21-cv-00933-JAM <br><br> June 24, 2024 |

## JOINT DISCOVERY STATUS REPORT

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Shell Oil Company,[1] Equilon Enterprises d/b/a Shell Oil Products US, Shell Petroleum Inc., Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file this Joint Discovery Status Report, as directed in the Court's Order of April 4, 2024. ECF 378. For the sake of brevity, the Parties incorporate by reference their prior Joint Discovery Status Reports. *See* ECFs 383, 387, 402, 417, 421, and 424.

*Discovery Status*

   *Defendants' Efforts to Complete Document Collection and Production*

Defendants continue to make tremendous progress and devote significant resources to produce documents in compliance with the Court's Order on CLF's motion to compel (ECF 372) and comply with the Court's May 30, 2024 Order concerning interim discovery deadlines. ECF 419. To date, counsel are directly coordinating information gathering with over 100 employees

---

[1] Effective March 1, 2022, Shell Oil Company changed its name to Shell USA, Inc. (ECF 56).

1

(and indirectly many more). Since the last filing, through searches of document custodians' files and hardcopy document collections, after global deduplication, Defendants have collected approximately 191,000 potentially responsive documents (including document families). This collection includes documents responsive to Revised RFPs 9, 12, 23, 27, 28, 32, and 48.

Defendants continue to prepare the hard copy files for production and anticipate making additional productions this week. As noted in previous status reports, CLF has raised issues with metadata and organizing information in these productions, Defendants are looking into CLF's questions, and CLF has generally noted that most of the documents relate to the New Haven facility. *See* ECF 417 at 2; ECF 423 at 3–4. Defendants have identified issues with the hard copy metadata produced in volumes 18 and 19 and are preparing updated productions to address these issues. Defendants are coordinating with CLF on the format of these updated productions.

In compliance with the Court's May 30 Order, all Defendants completed the collection of documents responsive to Revised RFPs 12 and 20, and all Defendants completed the collection of documents responsive to Revised RFPs 23, 27, 28, and 48. As noted below, the Parties are still negotiating potential narrowing of Revised RFP 9.

*Hard Copy*

As discussed in previous joint status reports, certain documents cannot be removed off-site, which include the official versions of safety protocols, including, for example, facility response plans. However, Defendants have identified electronic versions of these printed documents and therefore Defendants' hard copy collections are complete. Defendants will supplement productions as necessary.

*ESI*

The Parties are continuing to discuss the scope of keyword searches for Revised RFP 9. As

discussed in our last status report, since the revision to the search terms did not result in a meaningful additional reduction in the number of documents,[2] the Parties agreed to try limiting the number of responsive documents through relevant custodians. On June 11, 2024, CLF provided Defendants with a revised list of 29 Shell Custodians for Revised RFP 9 (selected from 52 Shell custodians). On June 17, 2024, Defendant Motiva provided job descriptions for 14 the 21 Motiva custodians. On June 20, 2024, per request by CLF, Defendants provided CLF with RFP 9 search term hit counts for the different data sources including: CLF's revised list of 29 Shell Custodians, 21 Motiva custodians, 11 Deer Park custodians, and Shell and Motiva SharePoint sites. Defendants are working diligently to process and dedupe the various data sources to provide CLF with a final unique volume of documents to review for revised RFP 9. Defendants continue to work with CLF to determine a reasonable scope for RFP 9. The Parties believe they will be able to reach an agreement on the search terms and scope of review for RFP 9.

Simultaneously, Defendants are continuing to collect documents for the remaining Revised RFPs and exporting those documents to Defendants' eDiscovery vendor on a rolling basis for processing, batching, and review. At the time of this filing, Defendants have currently reviewed over 88,000 documents, which includes documents reviewed as part of the first-level review and quality control.

*Schedule*

Following the May 29, 2024 discovery conference, on May 30, the Court granted Defendants' oral motion to extend the previous May 31st deadline for productions. ECF 419. The Court stated it would reset such deadlines at a later date. *Id.* Defendants have worked diligently to

---

[2] Adding constraining search terms to the Revised RFP 9 search terms reduced the number of documents from 374,453 down to approximately 210,000 for the Shell custodians only, but additional revisions to those constraining search terms did not result in further meaningful reductions. *See* ECF 424 at 4–5.

3

identify and collect all remaining documents to be reviewed in connection with the Revised RFPs. At this time, and as the Parties continue to work to narrow the revised RFP 9 scope, the total volume for review is approximately 225,000 documents. The parties continue to discuss options for designating productions for RFP responsiveness.  In order to be more aggressive, in compliance with the Court's expectations as stated in the May 29th hearing, *May 29, 2024 Tr. at 40:4-8, ECF 422 at 43*, Defendants propose the Court reset the production deadline to August 19, 2024, with rolling productions continuing this week. Defendants have discussed this production deadline with CLF. CLF takes no position on how much time Defendants' need to complete the remaining collection, review, and production of documents. CLF's primary concern with any new schedule is that CLF has an appropriate amount of time to review the produced documents and complete fact discovery, to that end CLF appreciates Defendants engagement on providing RFP responsiveness information.

**Outstanding Discovery Issues**

### *Rule 30(b)(6) Negotiations*

The Parties previously reported an agreement in principle regarding 30(b)(6) deposition topics.

The Parties anticipate that the document production schedule may necessitate holding the Rule 30(b)(6) depositions after the currently scheduled end of fact discovery.[3] The Parties do not require the Court's assistance at this time.

### *Document Production*

With respect to the "18 Shell policy documents/categories of documents" listed in CLF's Motion to Compel (ECF 326-1, at 40-42), the Parties have not reached any further resolution

---

[3] The Court has indicated that the current deadline for concluding fact discovery will be reset.  *See* ECF 419.

beyond what was reported in the Parties' Joint Status Report on May 20. *See* ECF 402. The parties will meet and confer further on this topic.

*Settlement*

On May 24, 2024, the Parties participated in a telephonic conference with Judge Vatti to discuss logistics and planning for a settlement conference. While an in-person settlement conference is currently scheduled for July 23, 2024, the parties will engage in additional settlement discussions to consider a global settlement of these cases. The parties expect to submit this week a motion to extend certain settlement related deadlines.

Dated: June 24, 2024

Respectfully submitted,

/s/ *James Y. Meinert*
James Y. Meinert (ct31637)
Zachary Manley (phv207600)*
Conservation Law Foundation, Inc.
62 Summer Street
Boston, MA 02110
Tel: (617) 850-1744
Tel: (617) 850-1707
E-mail: jmeinert@clf.org
E-mail: zmanley@clf.org

Ana McMonigle (ct31370)
Conservation Law Foundation, Inc.
195 Church Street
Mezzanine Level, Suite B
New Haven, CT 06510
Tel: (203) 298-7692
E-mail: amcmonigle@clf.org

Christopher M. Kilian (ct31122)
Kenneth J. Rumelt (phv207130)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602

/s/ *Rose H. Jones* (with permission)
Rose H. Jones
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 215-5828
rjones@kslaw.com

Douglas A. Henderson
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 572-2769
dhenderson@kslaw.com

Antonio E. Lewis
King & Spalding, LLP
300 S Tryon Street
Suite 1700
Charlotte, NC 28202
(704) 503-2551
alewis@kslaw.com

Anthony G. Papetti (phv206982)*

5

Tel: (802) 622-3020  
Tel: (802) 223-5992  
E-mail: ckilian@clf.org  
E-mail: krumelt@clf.org  

James Crowley (ct31319)  
Conservation Law Foundation, Inc.  
235 Promenade Street  
Suite 560, Mailbox 28  
Providence, RI 02908  
Tel: (401) 228-1905  
E-mail: jcrowley@clf.org  

Chance Raymond (ct31311)  
Chance the Lawyer, LLC  
650 Poydras Street  
Suite 1400 PMB #2574  
New Orleans, LA 70130  
Phone: 832-671-6381  
E-mail: chancethelawyer@gmail.com  

*Attorneys for Plaintiff Conservation Law Foundation, Inc.*

\**Admitted as Visiting Attorney*

Beveridge & Diamond, P.C.  
825 Third Ave., 16th Floor  
New York, NY 10022  
T: (212) 702-5400  
F: (212) 702-5442  
apapetti@bdlaw.com  

Roy D. Prather III (phv206800)\*  
Beveridge & Diamond, P.C.  
20 North Charles Street, Suite 2210  
Baltimore, MD 21201-4150  
T: 1.410.230.1305  
rprather@bdlaw.com  

James O. Craven (ct18790)  
WIGGIN AND DANA LLP  
One Century Tower  
265 Church Street  
P.O. Box 1832  
New Haven, CT 06508-1832  
T: (203) 498-4400  
F: (203) 782-2889  
jcraven@wiggin.com  

John S. Guttmann (ct25359)  
BEVERIDGE & DIAMOND, P.C.  
1900 N Street, NW, Suite 100  
Washington, DC 20036  
T: (202) 789-6020  
F: (202) 789-6190  
jguttmann@bdlaw.com  

Bina R. Reddy (phv20420)\*  
BEVERIDGE & DIAMOND, P.C.  
400 West 15th Street  
Suite 1410  
Austin, TX 78701-1648  
T: (512) 391-8000  
F: (202) 789-6190  
breddy@bdlaw.com  

*Counsel for Defendants*