# CLF's 9th Privilege Log
## associated with PROD 24 (served on 5/29/2024)

| Row No. | Begin Bates | End Bates | BeginFamily | EndFamily | Pages | Date Created/Sent | Date Modified | To | From | Cc | Bcc | Author | Custodian | Subject | Title | Filename | Redacted | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PSCT048604 | PSCT048604 | PSCT048604 | PSCT048605 | 1 | 2/16/2024 22:39 | | [WITHHELD] | Braun, Amanda[1] | | | Braun, Amanda | Braun, Amanda | Climate Litigation at CLF | | Climate Litigation at CLF.msg | N | Associational Privilege | This email is facially responsive to RFP 27 because it mentions that this case exists and was sent to a member, but it is not relevant to any claim or defense. The entire email is protected by the associational privilege because it is a communication from CLF to a member and donor sharing information about CLF and its work. CLF has withheld the identity of the member that received the communication under the associational privilege. |
| 2 | PSCT048605 | PSCT048605 | PSCT048604 | PSCT048605 | 1 | 2/16/2024 19:57 | 2/16/2024 19:57 | | | | | White, Katie[1]; Kilian, Christopher* | Braun, Amanda | | | Climate_Litigation_Update_2.16.24.pdf | N | Associational Privilege; Attorney Work Product | Fundraising document circulated to donors that mentions this case and includes attorney characterization of the case and recent developments. This document is not relevant to any claim or defense. This document is protected by the associational privilege and the attorney characterization of the Shell case are privileged attorney work product. In addition, this document contains privileged information about unrelated cases. |
| 3 | PSCT049274 | PSCT049274 | PSCT049274 | PSCT049274 | 1 | 2/29/2024 22:11 | | [WITHHELD] | Mahoney, Sean* | | | Mahoney, Sean* | Mahoney, Sean* | [WITHHELD] | | [WITHHELD] | N | Associational Privilege; Attorney Work Product | This email is facially responsive to RFP 27 because it mentions that this case exists and was sent to a member, but it is not relevant to any claim or defense. The entire email is protected by the associational privilege because it is a communication from CLF to a member and associate sharing information about CLF and its work. CLF has withheld the identities of the recipients under the associational privilege. CLF has withheld the subject of the email and the file name under the attorney work product privilege because the email concerns unrelated attorney work product. |
| 4 | PSCT049275 | PSCT049275 | PSCT049275 | PSCT049275 | 1 | 3/11/2024 20:46 | | [WITHHELD] | Mahoney, Sean* | Price, Ruth[1] | | Mahoney, Sean* | Mahoney, Sean* | [WITHHELD] | | [WITHHELD] | N | Associational Privilege; Attorney Work Product | This email is facially responsive to RFP 27 because it mentions that this case exists and was sent to a member, but it is not relevant to any claim or defense. The entire email is protected by the associational privilege because it is a communication from CLF to a member and associate sharing information about CLF and its work. CLF has withheld the identity of the member who received the communication under the associational privilege. CLF has withheld the subject of the email and the file name under the attorney work product privilege because the email concerns unrelated attorney work product. |
| 5 | PSCT049278 | PSCT049278 | PSCT049278 | PSCT049278 | 1 | 4/18/2024 16:16 | | [WITHHELD] | Raymond, Chance** | Ryan, Virginia | | Raymond, Chance** | Raymond, Chance** | Re: Case update re: new draft permit | | Re_ Case update re_ new draft permit (1).msg | N | Associational Privilege | This email is facially responsive to RFP 27 because it mentions that this case exists and was sent to a member, but it is not relevant to any claim or defense. The entire email is protected by the associational privilege because it is a communication from CLF to a member sharing information about CLF and its work. CLF has withheld the identity of the member that received the communication under the associational privilege. |
| 6 | PSCT049280 | PSCT049280 | PSCT049280 | PSCT049280 | 1 | 4/17/2024 22:06 | | [WITHHELD] | Raymond, Chance** | Ryan, Virginia | | Raymond, Chance** | Raymond, Chance** | Re: Case update re: new draft permit | | Re_ Case update re_ new draft permit (2).msg | N | Associational Privilege | This email is facially responsive to RFP 27 because it mentions that this case exists and was sent to a member, but it is not relevant to any claim or defense. The entire email is protected by the associational privilege because it is a communication from CLF to a member sharing information about CLF and its work. CLF has withheld the identity of the member that received the communication under the associational privilege. |
| 7 | PSCT049281 | PSCT049281 | PSCT049281 | PSCT049281 | 1 | 4/17/2024 22:05 | | [WITHHELD] | Raymond, Chance** | Ryan, Virginia | | Raymond, Chance** | Raymond, Chance** | Re: Case update re: new draft permit | | Re_ Case update re_ new draft permit (3).msg | N | Associational Privilege | This email is facially responsive to RFP 27 because it mentions that this case exists and was sent to a member, but it is not relevant to any claim or defense. The entire email is protected by the associational privilege because it is a communication from CLF to a member sharing information about CLF and its work. CLF has withheld the identity of the member that received the communication under the associational privilege. |
| 8 | PSCT049282 | PSCT049282 | PSCT049282 | PSCT049282 | 1 | 4/19/2024 22:37 | | [WITHHELD] | Raymond, Chance** | Ryan, Virginia | | Raymond, Chance** | Raymond, Chance** | Re: Case update re: new draft permit | | Re_ Case update re_ new draft permit.msg | N | Associational Privilege | This email is facially responsive to RFP 27 because it mentions that this case exists and was sent to a member, but it is not relevant to any claim or defense. The entire email is protected by the associational privilege because it is a communication from CLF to a member sharing information about CLF and its work. CLF has withheld the identity of the member that received the communication under the associational privilege. |
| 9 | PSCT052724 | PSCT052724 | PSCT052724 | PSCT052724 | 1 | 5/3/2024 17:33 | | | CLF | | | CLF | Ryan, Virginia | This is outrageous | | This is outrageous.msg | N | Associational Privilege | This email is facially responsive to RFP 27 because it mentions that this case exists and was sent to members, but it is not relevant to any claim or defense. The entire email is protected by the associational privilege because it is a communication from CLF to members, donors, and interested individuals requesting funding support for CLF and its work. CLF is withholding the recipients' identities under the associational privilege. |

[1] Non-attorney CLF employee