**From:** Ken Rumelt <krumelt@clf.org>
**Sent:** Thursday, June 20, 2024 11:27 AM
**To:** Antonio Lewis <ALewis@KSLAW.com>
**Subject:** Re: CLF's Priv Log 9

**CAUTION:** **MAIL FROM OUTSIDE THE FIRM**

Thank you for your message, Antonio. CLF takes no position on Defendants' proposed motion.

Best,
Ken

From: Antonio Lewis <ALewis@KSLAW.com>
Date: Thursday, June 20, 2024 at 11:19 AM
To: Ken Rumelt <krumelt@clf.org>
Subject: CLF's Priv Log 9

CAUTION: Email from outside CLF.

Hi Ken, following up on our call from earlier this week. Is CLF ok with our filing a motion to stay the deadline to move to compel pending the court's ruling on an earlier motion to compel?

Thanks,
Antonio

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.