AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| Conservation Law Foundation, Inc. ) <br> *Plaintiff* ) <br> v. ) <br> Shell Oil Co., et al. ) <br> *Defendant* ) | Case No. 3:21-cv-00933 (JAM) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Shell Oil Co., Shell Oil Petroleum Inc., Shell Trading (US) Co., Motiva Enterprises LLC.

Date:   07/01/2024

*Douglas A. Henderson*
*Attorney's signature*

Douglas A. Henderson phv05547
*Printed name and bar number*
King & Spalding LLP
1180 Peachtree Street NE, Suite 1600
Atlanta, Georgia 30309

*Address*

dhenderson@kslaw.com
*E-mail address*

(404) 572-4600
*Telephone number*

(404) 572-5100
*FAX number*