AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| Conservation Law Foundation, Inc. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 3:21-cv-00933 (JAM) |
| Shell Oil Co. et al. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Shell Oil Co., Shell Oil Petroleum Inc., Shell Trading (US) Co., Motiva Enterprises LLC   .

Date:   07/16/2024

*Attorney's signature*

Carmen R. Toledo phv20194
*Printed name and bar number*

King & Spalding LLP
1180 Peachtree Street NE, Suite 1600
Atlanta, Georgia 30309

*Address*

ctoledo@kslaw.com
*E-mail address*

(404) 572-4600
*Telephone number*

(404) 572-5100
*FAX number*