UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> *Plaintiff*, <br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> *Defendants*. | Civil Action No. 3:21-cv-00933-JAM <br><br> July 22, 2024 |

## JOINT DISCOVERY STATUS REPORT

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Shell Oil Company,[1] Equilon Enterprises d/b/a Shell Oil Products US, Shell Petroleum Inc., Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file this Joint Discovery Status Report, as directed in the Court's Order of April 4, 2024. ECF 378. For the sake of brevity, the Parties incorporate by reference their prior Joint Discovery Status Reports. *See* ECF 383, 387, 402, 417, 421, 424, 427 & 436.

*Discovery Status*

*Defendants' Efforts to Complete Document Collection and Production*

Defendants continue to make tremendous progress and devote significant resources to produce documents in compliance with the Court's Order on CLF's motion to compel (ECF 372) and comply with the Court's May 30, 2024, Order concerning interim discovery deadlines (ECF 419).

---

[1] Effective March 1, 2022, Shell Oil Company changed its name to Shell USA, Inc. (ECF 56).

1

Defendants continue to make rolling productions, producing ESI relating to Revised RFP 9 on July 19, 2024 in volume 21, which contains 882 documents. Additionally, Defendants re-produced volumes 18 and 19 on July 15, 2024 to include inadvertently excluded attachments and to address CLF's request relating to issues identified in volumes 18 and 19.

*ESI*

Defendants are continuing to review documents. At the time of this filing, Defendants have currently reviewed over 128,000 documents, which includes documents reviewed as part of the first-level review and quality control.

On July 19, 2024, the Parties discussed the remaining open issue relating to ESI and whether Defendants Shell USA, Inc. and Shell Petroleum, Inc. have employees with responsive documents. *See* ECF 436 at 4. After reviewing the example documents provided by CLF on June 21, Defendants maintain their position that neither Shell USA, Inc. nor Shell Petroleum, Inc. possess non-duplicative relevant and responsive documents. CLF's position is that already produced documents show Shell USA employees involved in relevant issues. The Parties agreed that Defendants would respond to CLF's June 21 examples in writing.

On July 19, 2024, the parties agreed to use email thread suppression to eliminate duplicative data from review and production. For Revised RFP 9, email thread suppression eliminates 32,866 documents from review and production.

**Outstanding Discovery Issues**

*Rule 30(b)(6) Negotiations*

The Parties previously reported an agreement in principle regarding 30(b)(6) deposition topics.

The Parties anticipate that the document production schedule may necessitate holding the Rule 30(b)(6) depositions after the currently scheduled end of fact discovery.[2] The Parties do not require the Court's assistance at this time.

*Document Production*

With respect to the "18 Shell policy documents/categories of documents" listed in CLF's Motion to Compel (ECF 326-1, at 40-42), the Parties have reached further resolution beyond what was reported in the Parties' Joint Status Report on May 20. *See* ECF 402. On July 19, 2024, the Parties held a meet and confer on this topic. The below chart details the status of each request.

| No. | Requested Document(s) | Status |
|---|---|---|
| 1 | Shell's HSSE & SP Control Framework | Produced in part. Agreement on additional partial production. No further issue for the Court. |
| 2 | Terminal Operations Manual | Produced. No further issue for the Court. |
| 3 | Joint Venture Agreements Regarding the Terminal between SOPC Holdings East LLC and Saudi Refining, Inc. | The parties agreed to produce the Joint Venture Agreement and a redacted version of the separation agreement (*see* No. 4 *below*) showing the control provisions. No further issue for the Court. |
| 4 | Agreement governing SOPC Holdings East LLC's "separation" of interest in Defendant Motiva | The parties agreed to produce the Joint Venture Agreement (*see* No. 3 *above*) and a redacted version of the separation agreement showing the control provisions. No further issue for the Court. |
| 5 | Asset Integrity Process Manual | Defendants agreed to produce the glossary and 5 remaining linked manuals. No further issue for the Court. |
| 6 | All versions of Metocean DEPs from 2011 to present | The parties continue to negotiate this request. |
| 7 | Design Engineering Manuals (DEM)-1, and all manuals that qualify under DEM-1 | The parties continue to negotiate this request. |
| 8 | Business Assurance Letters for the Terminal and 15-selected facilities | Defendants stand on their possession, custody and control objection. |

---

[2] The Court has indicated that the current deadline for concluding fact discovery will be reset. *See* ECF 419.

| No. | Requested Document(s) | Status |
|---|---|---|
| 9 | Corporate guidance for the Business Assurance Letters | Defendants agree to produce from the custodial and non-custodial document collection.  No further issue for the Court. |
| 10 | Learning from Incidents Guidance | Defendants agree to produce Learning from Incidents Guidance relevant to the facilities and issues.  No further issue for the Court. |
| 11 | Investment Proposal Checklist | Defendants stand on their objections and request an in-camera review of these documents. |
| 12 | Opportunity Realization Standards | Defendants stand on their objections and request an in-camera review of these documents. |
| 13 | Opportunity Delivery Manual | Defendants stand on their objections and request an in-camera review of these documents. |
| 14 | Pre-Final Investment Decision Guidelines | Defendants stand on their objections and request an in-camera review of these documents. |
| 15 | Routing Matrix | Defendants stand on their objections and request an in-camera review of these documents. |
| 16 | Manual of Authorities tool | The parties continue to negotiate this request. |
| 17 | Shell Joint Venture website | The parties continue to negotiate this request. |
| 18 | Downstream Joint Venture website | The parties continue to negotiate this request. |

*Settlement*

The parties are engaging in additional settlement discussions to consider a global settlement. On July 1, 2024, the parties participated in a telephonic conference with Judge Vatti to reset the date of the settlement conference. The in-person settlement conference is scheduled for October 16, 2024. *See* ECF 434.

Dated: July 22, 2024

Respectfully submitted,

/s/ *James Y. Meinert*
James Y. Meinert (ct31637)
Zachary Manley (phv207600)*
Conservation Law Foundation, Inc.
62 Summer Street
Boston, MA 02110
Tel: (617) 850-1744
Tel: (617) 850-1707
E-mail: jmeinert@clf.org
E-mail: zmanley@clf.org

Ana McMonigle (ct31370)
Conservation Law Foundation, Inc.
195 Church Street
Mezzanine Level, Suite B
New Haven, CT 06510
Tel: (203) 298-7692
E-mail: amcmonigle@clf.org

Christopher M. Kilian (ct31122)
Kenneth J. Rumelt (phv207130)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 622-3020
Tel: (802) 223-5992
E-mail: ckilian@clf.org
E-mail: krumelt@clf.org

James Crowley (ct31319)
Conservation Law Foundation, Inc.
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI 02908
Tel: (401) 228-1905
E-mail: jcrowley@clf.org

Chance Raymond (ct31311)
Chance the Lawyer, LLC
650 Poydras Street
Suite 1400 PMB #2574
New Orleans, LA 70130
Phone: 832-671-6381
E-mail: chancethelawyer@gmail.com

/s/ *Rose H. Jones* (with permission)
Rose H. Jones
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 215-5828
rjones@kslaw.com

Douglas A. Henderson
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 572-2769
dhenderson@kslaw.com

Antonio E. Lewis
King & Spalding, LLP
300 S Tryon Street
Suite 1700
Charlotte, NC 28202
(704) 503-2551
alewis@kslaw.com

Anthony G. Papetti (phv206982)*
Beveridge & Diamond, P.C.
825 Third Ave., 16th Floor
New York, NY 10022
T: (212) 702-5400
F: (212) 702-5442
apapetti@bdlaw.com

Roy D. Prather III (phv206800)*
Beveridge & Diamond, P.C.
20 North Charles Street, Suite 2210
Baltimore, MD 21201-4150
T: 1.410.230.1305
rprather@bdlaw.com

James O. Craven (ct18790)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832

5

*Attorneys for Plaintiff Conservation Law Foundation, Inc.*
**Admitted as Visiting Attorney*

T: (203) 498-4400
F: (203) 782-2889
jcraven@wiggin.com

John S. Guttmann (ct25359)
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
T: (202) 789-6020
F: (202) 789-6190
jguttmann@bdlaw.com

Bina R. Reddy (phv20420)*
BEVERIDGE & DIAMOND, P.C.
400 West 15th Street
Suite 1410
Austin, TX 78701-1648
T: (512) 391-8000
F: (202) 789-6190
breddy@bdlaw.com

*Counsel for Defendants*