Civil- (Dec-2008)

HONORABLE: T. O. Farrish

DEPUTY CLERK R. K. Wood        RPTR/ECRO/TAPE Court Smart

TOTAL TIME: _____ hours 16 _____ minutes

DATE: 7/25/24    START TIME: 3:03 p.m.    END TIME: 3:19 p.m.

LUNCH RECESS    FROM: _____ TO: _____

RECESS (if more than ½ hr)    FROM: _____ TO: _____

CIVIL NO. 3:21CV933 (JAM)

Conservation Law Foundation, Inc.                     J. Meinert, C. Killian

_____
                                                  Plaintiff's Counsel

vs

Shell Oil Company, et al.                     A. Lewis, R. Jones, R. Prather, III, J. Craven

_____
                                        Defendant's Counsel  A. Papetti

## COURTROOM MINUTES- CIVIL

☐ Motion hearing                    ☐ Show Cause Hearing

☐ Evidentiary Hearing               ☐ Judgment Debtor Exam

☑ Miscellaneous Hearing

☐ …..#____Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..#____Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..#____Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..#____Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..#____Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..#____Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..#____Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …. Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ….. ☐ Briefs(s) due _____ ☐ Proposed Findings due_____ Response due_____
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ …………. _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ Hearing continued until _____ at _____

Notes: Telephonic discovery status conference was held.