UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> *Defendants*. | Civil Action No. 3:21-cv-00933-JAM <br><br> August 5, 2024 |

## JOINT DISCOVERY STATUS REPORT

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Shell Oil Company,[1] Equilon Enterprises d/b/a Shell Oil Products US, Shell Petroleum Inc., Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file this Joint Discovery Status Report, as directed in the Court's Order of April 4, 2024. ECF 378. For the sake of brevity, the Parties incorporate by reference their prior Joint Discovery Status Reports. *See* ECF 383, 387, 402, 417, 421, 424, 427, 436 & 443.

*Discovery Status*

*Defendants' Efforts to Complete Document Collection and Production*

Defendants continue to make tremendous progress and devote significant resources to produce documents in compliance with the Court's Order on CLF's motion to compel (ECF 372) and comply with the Court's May 30, 2024, Order concerning interim discovery deadlines. ECF 419.

---

[1] Effective March 1, 2022, Shell Oil Company changed its name to Shell USA, Inc. (ECF 56).

1

Defendants continue to make rolling productions, producing 2,994 documents relating to Revised RFPs 9, 12, 23, 27 and 48 on July 26, 2024 in volume 22 and 11,746 documents relating to Revised RFP 9 on August 2, 2024 in volume 23. Additionally, Defendants re-produced 41 documents on August 4, 2024 in volume 24 to remove redactions to address CLF's July 30 email correspondence noting the presence of redactions that appeared to be based on relevance. Defendants have now produced around 23,000 documents since the Courts' ruling on March 29, 2024 (ECF 372).

*ESI*

Defendants are continuing to review documents. At the time of this filing, Defendants have currently reviewed over 167,643 documents, which includes documents reviewed as part of the first-level review and quality control.

On July 19, 2024, the parties discussed the remaining open issue relating to ESI, including whether Defendants Shell USA, Inc. and Shell Petroleum, Inc. have employees with responsive documents. *See* ECF 436 at 4. Defendants had first identified the employers of each Shell custodian on June 3, see ECF 421 at 2, and CLF had noted in a meet and confer on June 4 that Defendants' custodian list did not appear to include any Shell USA, Inc. or Shell Petroleum, Inc. employees. Defendants provided a response on June 18 that stated, in part, there is no reason to suspect that either entity would have potentially responsive information. CLF then provided examples on June 21 of a number of categories, with specific documents and emails identified by bates number, which CLF believed indicated those, and other, individuals would have documents responsive to the Revised RFPs. The parties have continued to discuss those examples and others over email and in meet and confers. On August 5, the parties further discussed the collection and production of documents from certain Shell USA, Inc. employees and continue to negotiate on this issue.

Defendants have initiated collections from some individuals identified by CLF and are conducting additional interviews to determine the scope of any additional collections.

**Outstanding Discovery Issues**

*Rule 30(b)(6) Negotiations*

The Parties previously reported an agreement in principle regarding 30(b)(6) deposition topics.

The Parties anticipate that the document production schedule may necessitate holding the Rule 30(b)(6) depositions after the currently scheduled end of fact discovery.[2] The Parties do not require the Court's assistance at this time.

*Document Production*

With respect to the "18 Shell policy documents/categories of documents" listed in CLF's Motion to Compel (ECF 326-1, at 40-42), the Parties have reached further resolution beyond what was reported in the Parties' Joint Status Report on July 22. *See* ECF 443. On August 5, 2024, the Parties held a meet and confer on this topic. The below chart has been updated to remove policy documents no longer in dispute and include the remaining open issues.

| No. | Requested Document(s) | Status |
|---|---|---|
| 6 | All versions of Metocean DEPs from 2011 to present | The parties continue to negotiate this request. |
| 7 | Design Engineering Manuals (DEM)-1, and all manuals that qualify under DEM-1 | The parties continue to negotiate this request. |
| 8 | Business Assurance Letters for the Terminal and 15-selected facilities | The parties continue to negotiate this request. |
| 11 | Investment Proposal Checklist | The parties continue to negotiate this request. |

---

[2] The Court has indicated that the current deadline for concluding fact discovery will be reset. *See* ECF 419.

| No. | Requested Document(s) | Status |
|---|---|---|
| 12 | Opportunity Realization Standards | The parties continue to negotiate this request. |
| 13 | Opportunity Delivery Manual | The parties continue to negotiate this request. |
| 14 | Pre-Final Investment Decision Guidelines | The parties continue to negotiate this request. |
| 15 | Routing Matrix | The parties continue to negotiate this request. |
| 16 | Manual of Authorities tool | The parties continue to negotiate this request. |
| 17 | Shell Joint Venture website | The parties continue to negotiate this request. |
| 18 | Downstream Joint Venture website | The parties continue to negotiate this request. |

*Settlement*

The parties are engaging in additional settlement discussions to consider a global settlement. On July 1, 2024, the parties participated in a telephonic conference with Judge Vatti to reset the date of the settlement conference. The in-person settlement conference is scheduled for October 16, 2024. *See* ECF 434.

Dated: August 5, 2024

Respectfully submitted,

/s/ *James Y. Meinert*
James Y. Meinert (ct31637)
Zachary Manley (phv207600)*
Conservation Law Foundation, Inc.
62 Summer Street
Boston, MA 02110
Tel: (617) 850-1744
Tel: (617) 850-1707
E-mail: jmeinert@clf.org

/s/ *Antonio E. Lewis* (with permission)
Rose H. Jones
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 215-5828
rjones@kslaw.com

Douglas A. Henderson

4

E-mail: zmanley@clf.org

Ana McMonigle (ct31370)
Conservation Law Foundation, Inc.
195 Church Street
Mezzanine Level, Suite B
New Haven, CT 06510
Tel: (203) 298-7692
E-mail: amcmonigle@clf.org

Christopher M. Kilian (ct31122)
Kenneth J. Rumelt (phv207130)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 622-3020
Tel: (802) 223-5992
E-mail: ckilian@clf.org
E-mail: krumelt@clf.org

James Crowley (ct31319)
Conservation Law Foundation, Inc.
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI 02908
Tel: (401) 228-1905
E-mail: jcrowley@clf.org

Chance Raymond (ct31311)
Chance the Lawyer, LLC
650 Poydras Street
Suite 1400 PMB #2574
New Orleans, LA 70130
Phone: 832-671-6381
E-mail: chancethelawyer@gmail.com

*Attorneys for Plaintiff Conservation Law Foundation, Inc*.
**Admitted as Visiting Attorney*

King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 572-2769
dhenderson@kslaw.com

Antonio E. Lewis
King & Spalding, LLP
300 S Tryon Street
Suite 1700
Charlotte, NC 28202
(704) 503-2551
alewis@kslaw.com

Anthony G. Papetti (phv206982)*
Beveridge & Diamond, P.C.
825 Third Ave., 16th Floor
New York, NY 10022
T: (212) 702-5400
F: (212) 702-5442
apapetti@bdlaw.com

Roy D. Prather III (phv206800)*
Beveridge & Diamond, P.C.
20 North Charles Street, Suite 2210
Baltimore, MD 21201-4150
T: 1.410.230.1305
rprather@bdlaw.com

James O. Craven (ct18790)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: (203) 498-4400
F: (203) 782-2889
jcraven@wiggin.com

John S. Guttmann (ct25359)
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
T: (202) 789-6020
F: (202) 789-6190
jguttmann@bdlaw.com

Bina R. Reddy (phv20420)*
BEVERIDGE & DIAMOND, P.C.
400 West 15th Street
Suite 1410
Austin, TX 78701-1648
T: (512) 391-8000
F: (202) 789-6190
breddy@bdlaw.com

*Counsel for Defendants*