**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., | |
| *Plaintiff*, | Civil Action No. 3:21-cv-00933-JAM |
| v. | |
| SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, | August 16, 2024 |
| *Defendants*. | |

**UNOPPOSED MOTION FOR 502 ORDER**

Defendants Shell Oil Company (now known as Shell USA, Inc.), Shell Petroleum, Inc.,

Shell Trading (US) Company, Motiva Enterprises LLC, Triton Terminaling LLC, and Equilon

Enterprises LLC d/b/a Shell Oil Products US (collectively, "Defendants"), through their

undersigned counsel, move this Court pursuant to Federal Rule of Civil Procedure 26(c) for the

entry of a non-waiver order under Federal Rule of Evidence 502(d).  In support of this Motion,

Defendants state as follows:

1.      The Defendants and Plaintiff Conservation Law Foundation ("CLF") (collectively,

"the Parties") have already and will continue to produce a substantial number of documents and

communications in both paper and electronic form in discovery in this matter.

2.      Federal Rule of Evidence 502(d) provides that a federal court may enter an order

providing that attorney-client privilege or work-product protection is not waived by any disclosure

of privileged or protected information that occurs in connection with litigation pending before the

court.  FED. R. EVID. 502(d).

3.      Given the volume of information the Parties have already and will continue to produce in discovery in this matter, the entry of a non-waiver order as contemplated by Federal Rule of Evidence 502(d) will provide protection to both Parties throughout the course of the ongoing substantial discovery in this matter.  A copy of the proposed Fed. R. Evid. 502(d) non-waiver order is attached hereto as Exhibit A to this Motion.

4.      Neither Defendants nor CLF will be prejudiced by the entry of such an order.

5.      CLF does not oppose this Motion.

For the foregoing reasons, Defendants respectfully request that this Court enter an order in accordance with Federal Rule of Evidence 502(d) which provides that any applicable privilege and/or work-product protection applicable to any written or electronic documents or communications produced in discovery in this matter is not waived by any production or disclosure that occurs in the context of the pending litigation before this Court.

Dated: August 16, 2024                                    Respectfully submitted,


                                                          /s/ *Douglas A. Henderson*
                                                          Douglas A. Henderson (phv05547)
                                                          Rose J. Jones (phv208026)
                                                          Carmen R. Toledo (phv20194)
                                                          KING & SPALDING LLP
                                                          1180 Peachtree Street, NE Suite 1600
                                                          Atlanta, GA 30309
                                                          T: (404) 572-4600
                                                          dhenderson@kslaw.com
                                                          rjones@kslaw.com
                                                          CToledo@KSLAW.com

                                                          Antonio E. Lewis (phv03069)
                                                          KING & SPALDING LLP
                                                          300 S Tryon Street Suite 1700
                                                          Charlotte, North Carolina 28202
                                                          T: (704) 503-2600
                                                          alewis@kslaw.com

Anthony G. Papetti (phv206982)
Beveridge & Diamond, P.C.
825 Third Ave., 16th Floor
New York, NY 10022
T: (212) 702-5400
F: (212) 702-5442
apapetti@bdlaw.com

James O. Craven (ct18790)
WIGGIN AND DANA LLP
One Century Tower 265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: (203) 498-4400
F: (203) 782-2889
jcraven@wiggin.com

John S. Guttmann (ct25359)
Beveridge & Diamond, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
T: (202) 789-6020
F: (202) 789-6190
jguttmann@bdlaw.com

Bina R. Reddy (phv20420)
Beveridge & Diamond, P.C.
400 West 15th Street Suite 1410
Austin, TX 78701-1648
T: (512) 391-8000
F: (202) 789-6190
breddy@bdlaw.com

Megan L. Marzec Morgan (phv20623)
Roy D. Prather III (phv206800)
Beveridge & Diamond, P.C.
201 North Charles Street, Suite 2210
Baltimore, MD 21201-4150
T: (410) 230-1305
F: (410) 230-1389
mmorgan@bdlaw.com
rprather@bdlaw.com

*Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that that on August 16, 2024, the foregoing was served via the ECF system on all counsel of record.

/s/ *Douglas A. Henderson*
Douglas A. Henderson (phv05547)
KING & SPALDING LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309
T: (404) 572-4600
dhenderson@kslaw.com