# Exhibit A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

CONSERVATION LAW FOUNDATION, INC.,

    *Plaintiff*,

        v.

SHELL OIL COMPANY, EQUILON
ENTERPRISES LLC D/B/A SHELL OIL
PRODUCTS US, SHELL PETROLEUM, INC.,
TRITON TERMINALING LLC, and MOTIVA
ENTERPRISES LLC,

    *Defendants*.

Civil Action No. 3:21-cv-00933-JAM

**RULE 502(d) ORDER**

**THOMAS O. FARRISH, United States Magistrate Judge:**

1.    The disclosure or production of documents, information, and/or electronically stored information ("ESI") subject to claims of attorney-client privilege, work-product protection, or any other privilege or immunity ("Privileged Material"), whether inadvertent or otherwise, is not a waiver of any privilege and/or protection in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d). The Clawback Procedure described in the Joint Rule 26(f) Report of Parties' Planning Meeting [ECF No. 40] is applicable to Privileged Material as defined herein.

2.    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

SO ORDERED.

Dated: August _, 2024

_____
**Thomas O. Farrish**
United States Magistrate Judge