UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> *Plaintiff*, <br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> *Defendants*. | Civil Action No. 3:21-cv-00933-JAM <br><br> August 22, 2024 |

## SUPPLEMENTAL JOINT DISCOVERY STATUS REPORT

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Shell Oil Company,[1] Equilon Enterprises LLC d/b/a Shell Oil Products US, Shell Petroleum Inc., Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file this Supplemental Joint Discovery Status Report, as directed in the Court's Order of August 20, 2024. ECF 456. For the sake of brevity, the Parties incorporate by reference their prior Joint Discovery Status Reports. *See* ECF 383, 387, 402, 417, 421, 424, 427, 436, 443, 447, and 455.

In its August 20th Order, the Court requested that the parties provide an update of the status of the disputes reflected in ECF 347 (Defendant' motion to compel the production of privilege logs) and ECF 349 (Plaintiff's motion to modify the standing protective order).

### *ECF 347 and ECF 349*

The parties have met and conferred in an effort to resolve these disputes but remain at an impasse and will require the Court's assistance in resolving the outstanding motions.

---

[1] Effective March 1, 2022, Shell Oil Company changed its name to Shell USA, Inc. (ECF 56).

1

Dated: August 22, 2024

Respectfully submitted,

| | |
|---|---|
| */s/*  *James Y. Meinert* | */s/*  *Antonio E. Lewis* (with permission) |
| James Y. Meinert (ct31637) | Rose H. Jones |
| Zachary Manley (phv207600)* | King & Spalding, LLP |
| Conservation Law Foundation, Inc. | 1180 Peachtree Street, N.E. |
| 62 Summer Street | Atlanta, GA 30309 |
| Boston, MA 02110 | T: (404) 215-5828 |
| Tel: (617) 850-1744 | rjones@kslaw.com |
| Tel: (617) 850-1707 | |
| E-mail: jmeinert@clf.org | Douglas A. Henderson |
| E-mail: zmanley@clf.org | King & Spalding, LLP |
| | 1180 Peachtree Street, N.E. |
| Ana McMonigle (ct31370) | Atlanta, GA 30309 |
| Conservation Law Foundation, Inc. | T: (404) 572-2769 |
| 195 Church Street | dhenderson@kslaw.com |
| Mezzanine Level, Suite B | |
| New Haven, CT 06510 | Antonio E. Lewis |
| Tel: (203) 298-7692 | King & Spalding, LLP |
| E-mail: amcmonigle@clf.org | 300 S Tryon Street |
| | Suite 1700 |
| Christopher M. Kilian (ct31122) | Charlotte, NC 28202 |
| Kenneth J. Rumelt (phv207130)* | (704) 503-2551 |
| Conservation Law Foundation, Inc. | alewis@kslaw.com |
| 15 East State Street, Suite 4 | |
| Montpelier, VT 05602 | Anthony G. Papetti (phv206982)* |
| Tel: (802) 622-3020 | Beveridge & Diamond, P.C. |
| Tel: (802) 223-5992 | 825 Third Ave., 16th Floor |
| E-mail: ckilian@clf.org | New York, NY 10022 |
| E-mail: krumelt@clf.org | T: (212) 702-5400 |
| | F: (212) 702-5442 |
| James Crowley (ct31319) | apapetti@bdlaw.com |
| Conservation Law Foundation, Inc. | |
| 235 Promenade Street | Roy D. Prather III (phv206800)* |
| Suite 560, Mailbox 28 | Beveridge & Diamond, P.C. |
| Providence, RI 02908 | 20 North Charles Street, Suite 2210 |
| Tel: (401) 228-1905 | Baltimore, MD 21201-4150 |
| E-mail: jcrowley@clf.org | T: 1.410.230.1305 |
| | rprather@bdlaw.com |
| Chance Raymond (ct31311) | |
| Chance the Lawyer, LLC | James O. Craven (ct18790) |
| 650 Poydras Street | Wiggin and Dana LLP |

Suite 1400 PMB #2574
New Orleans, LA 70130
Phone: 832-671-6381
E-mail: chancethelawyer@gmail.com

*Attorneys for Plaintiff Conservation Law Foundation, Inc.*
\**Admitted as Visiting Attorney*

One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: (203) 498-4400
F: (203) 782-2889
jcraven@wiggin.com

John S. Guttmann (ct25359)
Beveridge & Diamond, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
T: (202) 789-6020
F: (202) 789-6190
jguttmann@bdlaw.com

Bina R. Reddy (phv20420)*
Beveridge & Diamond, P.C.
400 West 15th Street
Suite 1410
Austin, TX 78701-1648
T: (512) 391-8000
F: (202) 789-6190
breddy@bdlaw.com

*Counsel for Defendants*