# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

CONSERVATION LAW FOUNDATION, INC.,

    *Plaintiff*,

           v.

SHELL OIL COMPANY, EQUILON
ENTERPRISES LLC D/B/A SHELL OIL
PRODUCTS US, SHELL PETROLEUM, INC.,
TRITON TERMINALING LLC, and MOTIVA
ENTERPRISES LLC,

    *Defendants*.

Civil Action No. 3:21-cv-00933-JAM

September 3, 2024

## JOINT DISCOVERY STATUS REPORT

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Shell Oil Company,[1] Equilon Enterprises LLC d/b/a Shell Oil Products US, Shell Petroleum Inc., Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file this Joint Discovery Status Report, as directed in the Court's Orders of April 4, 2024, ECF 378 and August 20, 2024, ECF 456. For the sake of brevity, the Parties incorporate by reference their prior Joint Discovery Status Reports. *See* ECF 383, 387, 402, 417, 421, 424, 427, 436, 443, 447, 455, & 457.

The Parties met and conferred over a proposed schedule on August 29, 2024, as directed by the Court's August 20 order, but the Parties are still in discussion over the schedule.

**Discovery Status**

*Defendants' Document Production and CLF's Document Review*

As reported in the August 19, 2024, Joint Status Report, Defendants produced 272,743 documents since the Courts' ruling on March 29, 2024 (ECF 372), with 249,745 of those

---

[1] Effective March 1, 2022, Shell Oil Company changed its name to Shell USA, Inc. (ECF 56).

documents produced across 12 volumes in the 10 days before Defendants' August 19 deadline. CLF has been in discussions with third-party document review vendors since the first week of August. CLF has selected a vendor, is finalizing that engagement, and will shortly begin training external document reviewers. CLF believes it can complete a full document review with eyes on every document in four months following the August 19, 2024 production deadline. This period is shorter than the four months and three weeks Defendants needed to collect, review, and produce these documents. CLF does not anticipate deploying a review team the size Defendants reported on August 19, 2024 (460 reviewers); but CLF also acknowledges that a speedy review is warranted and will be engaging a review team larger than the 10 contract attorneys Defendants reported on May 13, 2024, see ECF 395 at 5. While CLF appreciates that Defendants needed four months and three weeks to review *and collect* documents, CLF notes that Defendants represented they were reviewing documents from near the beginning of the compliance period, see ECF 388 at 3 (noting engagement of a document review vendor by April 11 and training contract reviewers by April 16). Defendants note that they needed just over four months to search for, collect, process and review millions of pages of documents and believe CLF's review of the much smaller subset of produced documents can be accomplished in a shorter timeframe.

Notwithstanding the time CLF anticipates for completion of a review that places eyes on every document produced, CLF is committed to raising any remaining discovery and document issues with Defendants as early as possible with a goal of finding consensus and preventing further motion practice. In that spirit, CLF requested on August 26, 2024, that Defendants timely supplement their written discovery responses under Rule 26(e)(1). In that request, CLF identified elements of Defendants' prior responses that CLF believes are now incomplete or inaccurate. The Parties are in agreement on the need to supplement and are in discussion on the scope of

supplementation. The Parties will notify the Court should its intervention be needed.

CLF anticipates needing additional time to evaluate whether Defendants have complied with ECF 372 for the purpose of any motion warranted under Rule 37(b)(2)(A) and will seek an extension of its filing deadline as needed. CLF is also evaluating whether the facts surrounding Defendants' document collections since ECF 372 warrant CLF seeking leave to File a Notice of Supplemental Information on CLF's pending motion for sanctions under Rule 26(g). *See* ECF 372 at 27. Given the instruction to notify the Court regarding any future discovery disputes and motions through the ECF 378 Order, CLF now seeks clarity whether all sanctions-related motions should be consolidated.

*Proposed Schedule*

The Parties met and conferred over a proposed schedule on August 29, 2024, and discussed and exchanged proposed schedules, but the Parties are not currently in agreement. CLF believes a reasonable schedule would include four months to complete CLF's document review, one month for CLF to complete 30(b)(6) depositions of the Defendants, and three months for CLF to complete any additional and/or re-opened discovery warranted by the recent document productions—including renewal of CLF's Motion for Additional Depositions, ECF 181, denied without prejudice to later re-filing, ECF 287. CLF also has proposed using the expert discovery timelines entered in the Court's September 2023 Scheduling Order (5 months and 18 days), ECF 286, rather than the more abbreviated timelines in the most recent April 2024 Scheduling Order, ECF 382 (3 months and 6 days). CLF's preferred schedule would have dispositive motions due in January of 2026. Defendants disagree that the Parties need as much time as CLF has proposed. Defendants believe the Parties can complete all fact discovery in the next four months, expert discovery by April 2025 and file dispositive motions by June 2025. With the exception of the close of fact

discovery, Defendants' preferred schedule closely tracks the intervals established in the Court's

April 2024 Scheduling Order, ECF 382. The Parties are still in discussion regarding a compromise

and may have a joint proposal by the September 9, 2024 quarterly Joint Status Update.

Dated: September 3, 2024

Respectfully submitted,

/s/ James Y. Meinert
James Y. Meinert (ct31637)
Zachary Manley (phv207600)*
Conservation Law Foundation, Inc.
62 Summer Street
Boston, MA 02110
Tel: (617) 850-1744
Tel: (617) 850-1707
E-mail: jmeinert@clf.org
E-mail: zmanley@clf.org

Ana McMonigle (ct31370)
Conservation Law Foundation, Inc.
195 Church Street
Mezzanine Level, Suite B
New Haven, CT 06510
Tel: (203) 298-7692
E-mail: amcmonigle@clf.org

Christopher M. Kilian (ct31122)
Kenneth J. Rumelt (phv207130)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 622-3020
Tel: (802) 223-5992
E-mail: ckilian@clf.org
E-mail: krumelt@clf.org

James Crowley (ct31319)
Conservation Law Foundation, Inc.
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI 02908

/s/ Antonio E. Lewis (with permission)
Rose H. Jones
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 215-5828
rjones@kslaw.com

Douglas A. Henderson
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 572-2769
dhenderson@kslaw.com

Antonio E. Lewis
King & Spalding, LLP
300 S Tryon Street
Suite 1700
Charlotte, NC 28202
(704) 503-2551
alewis@kslaw.com

Anthony G. Papetti (phv206982)*
Beveridge & Diamond, P.C.
825 Third Ave., 16th Floor
New York, NY 10022
T: (212) 702-5400
F: (212) 702-5442
apapetti@bdlaw.com

Roy D. Prather III (phv206800)*
Beveridge & Diamond, P.C.
20 North Charles Street, Suite 2210

Tel: (401) 228-1905
E-mail: jcrowley@clf.org

Chance Raymond (ct31311)
Chance the Lawyer, LLC
650 Poydras Street
Suite 1400 PMB #2574
New Orleans, LA 70130
Phone: 832-671-6381
E-mail: chancethelawyer@gmail.com

*Attorneys for Plaintiff Conservation Law Foundation, Inc.*
*Admitted as Visiting Attorney*

Baltimore, MD 21201-4150
T: 1.410.230.1305
rprather@bdlaw.com

James O. Craven (ct18790)
Wiggin and Dana LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: (203) 498-4400
F: (203) 782-2889
jcraven@wiggin.com

John S. Guttmann (ct25359)
Beveridge & Diamond, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
T: (202) 789-6020
F: (202) 789-6190
jguttmann@bdlaw.com

Bina R. Reddy (phv20420)*
Beveridge & Diamond, P.C.
400 West 15th Street
Suite 1410
Austin, TX 78701-1648
T: (512) 391-8000
F: (202) 789-6190
breddy@bdlaw.com

*Counsel for Defendants*