UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., *Plaintiff*, v. SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, *Defendants*. | Civil Action No. 3:21-cv-00933-JAM September 16, 2024 |

# JOINT DISCOVERY STATUS REPORT

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Shell Oil Company,[1] Equilon Enterprises LLC d/b/a Shell Oil Products US, Shell Petroleum Inc., Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file this Joint Discovery Status Report, as directed in the Court's Order of April 4, 2024. ECF 378. For the sake of brevity, the Parties incorporate by reference their prior Joint Discovery Status Reports. *See* ECF 383, 387, 402, 417, 421, 424, 427, 436, 443, 447, 455, 457 & 458.

**Discovery Status**

*Defendants' Document Production and CLF's Document Review*

Defendants collected, reviewed, and served their production of documents in response to the Court's Order on CLF's motion to compel, ECF 372, by August 19, 2024, based on the Court's July 26, 2024, Conference Memorandum and Order, ECF 446, and as directed in the Court's May 30, 2024, Order concerning interim discovery deadlines, ECF 419. As noted in ECF 455,

---

[1] Effective March 1, 2022, Shell Oil Company changed its name to Shell USA, Inc. (ECF 56).

1

Defendants' productions since ECF 372 totaled 272,743 documents and included overlays on previously produced documents to update metadata and remove some redactions. The Parties have agreed to a privilege log deadline of 30 days after the August 19 production deadline (September 18, 2024).

CLF has engaged an external document review vendor to assist in reviewing all of the documents produced by Defendants and that review is underway and ongoing. As reported in ECFs 458 and 461, CLF believes it can complete a full document review with eyes on every document in four months following the August 19, 2024 production deadline.

Notwithstanding the time CLF anticipates for completion of a review that places eyes on every document produced, CLF is committed to raising any remaining discovery and document issues with Defendants as early as possible with a goal of finding consensus and preventing further motion practice. In that spirit, CLF requested on August 26, 2024, that Defendants timely supplement their written discovery responses under Rule 26(e)(1). In that request, CLF identified elements of Defendants' prior responses that CLF believes are now incomplete or inaccurate. Defendants are considering Plaintiff's requests in good faith, and are in the process of reviewing their prior responses to written discovery to identify any necessary updates and/or revisions to be made, to comport these responses with the additional document productions that Defendants have made in the interim.  Defendants have advised CLF that supplemental responses are forthcoming. On September 12, 2024, CLF raised a series of issues and questions regarding Defendants' potential underproductions and deficiencies with ECF 372 compliance. CLF has indicated to Defendants that this current list of issues is not a full list of CLF's concerns, which may expand and change as CLF completes its document review, and CLF will meet and confer regarding deficiencies as they arise with any motion still warranted under Rule 37(b)(2)(A) filed as necessary

when CLF has good cause to do so given CLF's view that the 30-day deadline in ECF 52 does not apply to motions warranted under Rule 37(b)(2)(A). Defendants assert that they have fully complied with all discovery orders in good faith, including their extensive efforts to complete the aforementioned document production by the Court-imposed deadline. As such, Defendants maintain that there is no basis or justification for the Court to impose any discovery sanctions. The Parties have not yet discussed any potential deficiency issues. CLF continues to evaluate whether the facts surrounding Defendants' document collections since ECF 372 warrant CLF seeking leave to File a Notice of Supplemental Information on CLF's pending motion for sanctions under Rule 26(g). *See* ECF 372 at 27.  Defendants will address any issues or claimed discovery deficiencies raised by CLF in good faith, and consider requests to make any additional revisions and/or document productions in a timely manner.

**Proposed Schedule**

The Parties reported in ECF 461 a partial agreement on the remaining schedule. The Parties agree to Defendants' proposal for an expert discovery timeline using the spacing from the April 2024 Scheduling Order. However, the Parties disagree on the amount of time necessary to complete fact discovery and further deadlines.  Defendants maintain that fact discovery can be completed by no later than December 19, 2024, permitting the Parties to complete expert discovery and motion practice within the first half of 2025.  Defendants note that this case has been pending for over three years and Defendants maintain that a more abbreviated schedule is appropriate under the circumstances.  CLF believes longer periods of time are reasonable to complete fact discovery and for the Parties and the Court to consider expert preclusion motions, pursue RFAs, and to prepare dispositive motions after expert discovery.

Dated: September 16, 2024

Respectfully submitted,

| | |
|---|---|
| */s/* *James Y. Meinert* | */s/* *Antonio E. Lewis* (with permission) |
| James Y. Meinert (ct31637) | Rose H. Jones |
| Zachary Manley (phv207600)* | King & Spalding, LLP |
| Conservation Law Foundation, Inc. | 1180 Peachtree Street, N.E. |
| 62 Summer Street | Atlanta, GA 30309 |
| Boston, MA 02110 | T: (404) 215-5828 |
| Tel: (617) 850-1744 | rjones@kslaw.com |
| Tel: (617) 850-1707 | |
| E-mail: jmeinert@clf.org | Douglas A. Henderson |
| E-mail: zmanley@clf.org | King & Spalding, LLP |
| | 1180 Peachtree Street, N.E. |
| Ana McMonigle (ct31370) | Atlanta, GA 30309 |
| Conservation Law Foundation, Inc. | T: (404) 572-2769 |
| 195 Church Street | dhenderson@kslaw.com |
| Mezzanine Level, Suite B | |
| New Haven, CT 06510 | Antonio E. Lewis |
| Tel: (203) 298-7692 | King & Spalding, LLP |
| E-mail: amcmonigle@clf.org | 300 S Tryon Street |
| | Suite 1700 |
| Christopher M. Kilian (ct31122) | Charlotte, NC 28202 |
| Kenneth J. Rumelt (phv207130)* | (704) 503-2551 |
| Conservation Law Foundation, Inc. | alewis@kslaw.com |
| 15 East State Street, Suite 4 | |
| Montpelier, VT 05602 | Anthony G. Papetti (phv206982)* |
| Tel: (802) 622-3020 | Beveridge & Diamond, P.C. |
| Tel: (802) 223-5992 | 825 Third Ave., 16th Floor |
| E-mail: ckilian@clf.org | New York, NY 10022 |
| E-mail: krumelt@clf.org | T: (212) 702-5400 |
| | F: (212) 702-5442 |
| James Crowley (ct31319) | apapetti@bdlaw.com |
| Conservation Law Foundation, Inc. | |
| 235 Promenade Street | Roy D. Prather III (phv206800)* |
| Suite 560, Mailbox 28 | Beveridge & Diamond, P.C. |
| Providence, RI 02908 | 20 North Charles Street, Suite 2210 |
| Tel: (401) 228-1905 | Baltimore, MD 21201-4150 |
| E-mail: jcrowley@clf.org | T: 1.410.230.1305 |
| | rprather@bdlaw.com |
| Chance Raymond (ct31311) | |
| Chance the Lawyer, LLC | James O. Craven (ct18790) |
| 650 Poydras Street | Wiggin and Dana LLP |

Suite 1400 PMB #2574
New Orleans, LA 70130
Phone: 832-671-6381
E-mail: chancethelawyer@gmail.com

*Attorneys for Plaintiff Conservation Law Foundation, Inc.*
**Admitted as Visiting Attorney*

One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: (203) 498-4400
F: (203) 782-2889
jcraven@wiggin.com

John S. Guttmann (ct25359)
Beveridge & Diamond, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
T: (202) 789-6020
F: (202) 789-6190
jguttmann@bdlaw.com

Bina R. Reddy (phv20420)*
Beveridge & Diamond, P.C.
400 West 15th Street
Suite 1410
Austin, TX 78701-1648
T: (512) 391-8000
F: (202) 789-6190
breddy@bdlaw.com

*Counsel for Defendants*