UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> *Plaintiff*, <br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> *Defendants*. | Civil Action No. 3:21-cv-00933-JAM <br><br> September 18, 2024 |

**JOINT MOTION TO RESCHEDULE THE IN-PERSON SCHEDULING CONFERENCE SET FOR SEPTEMBER 26, 2024**

Plaintiff Conservation Law Foundation, Inc. ("CLF") and Defendants Shell Oil Company (now known as Shell USA, Inc.), Shell Petroleum, Inc., Shell Trading (US) Company, Motiva Enterprises LLC, Triton Terminaling LLC, and Equilon Enterprises LLC d/b/a Shell Oil Products US (collectively, "Defendants") (collectively, the "Parties") through their undersigned counsel, submit this joint motion to reschedule the in-person scheduling conference set for September 26, 2024 for the reasons outlined below.

1. On September 17, 2024, the Court notified the Parties of an in-person Scheduling Conference to be held on Thursday September 26, 2024.

2. Antonio Lewis has been responsible for addressing and negotiating scheduling issues with CLF and will be leading the scheduling conference on behalf of Defendants.

3. Mr. Lewis has a previously scheduled medical procedure on September 26, 2024. Due to the nature of the procedure, Mr. Lewis will be unavailable on September 26th and September 27th.

1

4.	James Craven, local counsel for Defendants, is in trial and is also unable to attend the hearing on September 26th. Although Mr. Craven's trial is anticipated to last into October, he would be available to attend on Mondays when there is no presentation of evidence.

5.	Ana McMonigle is counsel for CLF and the sponsoring attorney for Kenneth Rumelt, who also represents CLF in this matter as a visiting attorney pursuant to Local Rule 83.1(e). Ms. McMonigle is unable to attend the conference because she will be in New Hampshire at an all-day event for CLF staff members. The all-day event has been scheduled since January 2024.

6.	The Parties have conferred and are generally available the week of September 30, 2024, should any time that week suit the Court.

Dated: September 18, 2024

Respectfully submitted,

| | |
|---|---|
| /s/ *James Y. Meinert* (with permission) <br> James Y. Meinert (ct31637) <br> Zachary Manley (phv207600)* <br> Conservation Law Foundation, Inc. <br> 62 Summer Street <br> Boston, MA 02110 <br> Tel: (617) 850-1744 <br> Tel: (617) 850-1707 <br> E-mail: jmeinert@clf.org <br> E-mail: zmanley@clf.org <br><br> Ana McMonigle (ct31370) <br> Conservation Law Foundation, Inc. <br> 195 Church Street <br> Mezzanine Level, Suite B <br> New Haven, CT 06510 <br> Tel: (203) 298-7692 <br> E-mail: amcmonigle@clf.org <br><br> Christopher M. Kilian (ct31122) <br> Kenneth J. Rumelt (phv207130)* | /s/ Antonio E. Lewis <br> Rose H. Jones <br> King & Spalding, LLP <br> 1180 Peachtree Street, N.E. <br> Atlanta, GA 30309 <br> T: (404) 215-5828 <br> rjones@kslaw.com <br><br> Douglas A. Henderson <br> King & Spalding, LLP <br> 1180 Peachtree Street, N.E. <br> Atlanta, GA 30309 <br> T: (404) 572-2769 <br> dhenderson@kslaw.com <br><br> Antonio E. Lewis <br> King & Spalding, LLP <br> 300 S Tryon Street <br> Suite 1700 <br> Charlotte, NC 28202 <br> (704) 503-2551 |

Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 622-3020
Tel: (802) 223-5992
E-mail: ckilian@clf.org
E-mail: krumelt@clf.org

James Crowley (ct31319)
Conservation Law Foundation, Inc.
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI 02908
Tel: (401) 228-1905
E-mail: jcrowley@clf.org

Chance Raymond (ct31311)
Chance the Lawyer, LLC
650 Poydras Street
Suite 1400 PMB #2574
New Orleans, LA 70130
Phone: 832-671-6381
E-mail: chancethelawyer@gmail.com

*Attorneys for Plaintiff Conservation Law Foundation, Inc.*
**Admitted as Visiting Attorney*

alewis@kslaw.com

Anthony G. Papetti (phv206982)*
Beveridge & Diamond, P.C.
825 Third Ave., 16th Floor
New York, NY 10022
T: (212) 702-5400
F: (212) 702-5442
apapetti@bdlaw.com

Roy D. Prather III (phv206800)*
Beveridge & Diamond, P.C.
20 North Charles Street, Suite 2210
Baltimore, MD 21201-4150
T: 1.410.230.1305
rprather@bdlaw.com

James O. Craven (ct18790)
Wiggin and Dana LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: (203) 498-4400
F: (203) 782-2889
jcraven@wiggin.com

John S. Guttmann (ct25359)
Beveridge & Diamond, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
T: (202) 789-6020
F: (202) 789-6190
jguttmann@bdlaw.com

Bina R. Reddy (phv20420)*
Beveridge & Diamond, P.C.
400 West 15th Street
Suite 1410
Austin, TX 78701-1648
T: (512) 391-8000
F: (202) 789-6190
breddy@bdlaw.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that that on September 18, 2024, the foregoing was served via the ECF system on all counsel of record.

                                                   */s/   Antonio E. Lewis*
                                                   Antonio E. Lewis
                                                   300 S Tryon Street
                                                   Suite 1700
                                                   Charlotte, NC 28202
                                                   (704) 503-2551
                                                   alewis@kslaw.com