Civil- (Dec-2008)

HONORABLE: T. O. Farrish
DEPUTY CLERK: R. K. Wood
RPTR/ECRO/TAPE: Court Smart
TOTAL TIME: _____ hours  49  minutes
DATE: 9/30/24   START TIME: 2:00 p.m.   END TIME: 2:49 p.m.
LUNCH RECESS   FROM: _____   TO: _____
RECESS (if more than ½ hr)   FROM: _____   TO: _____

CIVIL NO. 3:21CV933(JAM)

Conservation Law Foundation, Inc.           K. Rumelt, J. Meinert, A. McMonigle, Z. Manley
                                             Plaintiff's Counsel
              vs
Shell Oil Company, et al.                    A. Lewis, J. Craven, R. Jones
                                             Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing 15m           [ ] Show Cause Hearing
[ ] Evidentiary Hearing          [ ] Judgment Debtor Exam
[✓] Miscellaneous Hearing 34m

[✓] # 347 Motion to compel                              [ ] granted  [x] denied  [ ] advisement
[✓] # 349 Motion to amend/correct protective order      [ ] granted  [x] denied in-part  [ ] advisement
[✓] # 350 Motion to seal                                [x] granted in-part  [x] denied in-part  [ ] advisement
[ ] #____ Motion _____                               [ ] granted  [ ] denied  [ ] advisement
[ ] #____ Motion _____                               [ ] granted  [ ] denied  [ ] advisement
[ ] #____ Motion _____                               [ ] granted  [ ] denied  [ ] advisement
[ ] #____ Motion _____                               [ ] granted  [ ] denied  [ ] advisement
[ ]       Oral Motion _____                          [ ] granted  [ ] denied  [ ] advisement
[ ]       Oral Motion _____                          [ ] granted  [ ] denied  [ ] advisement
[ ]       Oral Motion _____                          [ ] granted  [ ] denied  [ ] advisement
[ ]       Oral Motion _____                          [ ] granted  [ ] denied  [ ] advisement

[ ] Briefs(s) due ____   [ ] Proposed Findings due ____   Response due ____
[ ] _____                                             [ ] filed  [ ] docketed
[ ] _____                                             [ ] filed  [ ] docketed
[ ] _____                                             [ ] filed  [ ] docketed
[ ] _____                                             [ ] filed  [ ] docketed
[ ] _____                                             [ ] filed  [ ] docketed
[ ] _____                                             [ ] filed  [ ] docketed
[ ] Hearing continued until ____ at ____

Notes: Scheduling conference was also held.