FILED UNDER SEAL

EF 349 Exhibit G

# FILED UNDER SEAL
# EXHIBIT D

REDACTED

REDACTED

Motiva Enterprises LLC structure after separation of JV (as of May 1, 2017)

```
                    ┌─────────────────────────────────┐
                    │ Saudi Arabian Oil dba Saudi Aramco │
                    └────────────────┬────────────────┘
                                     │
                    ┌────────────────┴────────────────┐
                    │     Aramco Services Company     │
                    └────────────────┬────────────────┘
                                     │
                    ┌────────────────┴────────────────┐
                    │      Saudi Refining, Inc.       │
                    └───┬─────────────────────────┬───┘
                        │                         │
              100%      │                         │
                        │   ┌─────────────────────┴───┐
                        │   │ Aramco Financial Services │       98%
                        │   │        Company            │
                        │   └───────────┬───────────────┘
                        │               │
            ┌───────────┴──┐            │ 2%
            │    Motiva    │            │
            │ Employment   │            │
            │     LLC      │            │
            └──────────────┘            │
                                        │
                              ┌─────────┴─────────┐
                              │      Motiva       │
                              │  Enterprises LLC  │
                              └───────────────────┘
```

CONFIDENTIAL

Ownership is 100% unless otherwise specified. This chart is intended to show the relationships between and ownership of the Motiva Enterprises LLC; other subsidiary entities are not shown

2

EF 349 Exhibit G

Motiva Enterprises LLC structure after separation of JV (as of October 26, 2018)

```
        Saudi Arabian Oil dba Saudi Aramco
                    |
          Aramco Services Company
                    |
            Saudi Refining, Inc.
              |           \
              |            \ 98%
    Aramco Financial Services Company
              |
              | 2%
              |
         Motiva Enterprises LLC
```

Ownership is 100% unless otherwise specified. This chart is intended to show the relationships between and ownership of the Motiva Enterprises LLC; other subsidiary entities are not shown

CONFIDENTIAL

3

Case 1:17-cv-03325-AJN Document 134-7 Filed 10/01/21 Page 6 of 6 PageID #: 5443
Case 3:21-cv-00933 Document 174 Filed 12/01/23 Page 6 of 6
EF 349 Exhibit G

## Motiva Enterprises LLC structure after separation of JV (as of March 30, 2021)

```
        Saudi Arabian Oil dba Saudi Aramco
                    |
        Aramco Overseas Company B.V.
                    |
          Aramco Services Company
                    |
            Saudi Refining, Inc.
              /              \
   Aramco Financial           98%
   Services Company            |
              \ 2%            /
               \             /
              Motiva Enterprises LLC
```

Ownership is 100% unless otherwise specified. This chart is intended to show the relationships between and ownership of the Motiva Enterprises LLC; other subsidiary entities are not shown

CONFIDENTIAL

4