UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Conservation Law Foundation, Inc., | |
| Plaintiff, | Civil No. 3:21-cv-00933 (JAM) |
| v. | |
| Shell Oil Co., *et al.*, | October 1, 2024 |
| Defendants. | |

## SCHEDULING ORDER

Having reviewed the parties' submissions at ECF Nos. 461 and 463; and having discussed the status of the case with counsel at the scheduling conference held on September 30, 2024; the Court finds good cause to amend the existing scheduling order (ECF No. 382), and adopts the following schedule as reasonable and appropriate to serve the purposes of Fed. R. Civ. P. 1:

1. The plaintiff, Conservation Law Foundation, Inc. ("CLF"), shall certify it has competed review of all the documents produced by the Defendants on or before December 19, 2024.

2. Depositions other than expert witness depositions shall be completed by February 14, 2025.

3. Fact discovery shall close on February 14, 2025.

4. The parties shall designate any trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) on any issues as to which they bear the burden of proof by March 17, 2025.

5. The parties shall designate any trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) on any issues as to which they do not bear the burden of proof by April 25, 2025.

6. Rebuttal expert reports, if any, shall be disclosed by May 23, 2025.

7. All expert witness depositions shall be completed by June 27, 2025.

8. Discovery will close on June 27, 2025.

9. Any motion related to preclusion of an expert must be filed on or before July 18, 2025.

10. Requests for admission shall be served by July 18, 2025.

11. Dispositive motions shall be filed on or before September 19, 2025.

12. If no dispositive motions are filed, the joint trial memorandum will be due on October 1, 2025. If any dispositive motions are filed, the joint trial memorandum will be due thirty days after the Court's decision on the last such motion.

So ordered this 1st day of October, 2024, at Hartford, Connecticut.

*/s/ Thomas O. Farrish*
Hon. Thomas O. Farrish
United States Magistrate Judge