UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., *Plaintiff*, v. SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, *Defendants*. | Civil Action No. 3:21-cv-00933-JAM  October 14, 2024 |

## JOINT DISCOVERY STATUS REPORT

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Shell Oil Company,[1] Equilon Enterprises LLC d/b/a Shell Oil Products US, Shell Petroleum Inc., Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file this Joint Discovery Status Report, as directed in the Court's Orders of April 4, 2024, ECF 378, and Sept. 30, 2024, ECF 476 Tr. at 28:18. For the sake of brevity, the Parties incorporate by reference their prior Joint Discovery Status Reports. *See* ECF 383, 387, 402, 417, 421, 424, 427, 436, 443, 447, 455, 457, 458 & 463.

**Discovery Status**

*Defendants' Document Production and CLF's Document Review*

Defendants collected, reviewed, and served their production of documents in response to the Court's Order on CLF's motion to compel, ECF 372, by August 19, 2024, based on the Court's July 26, 2024, Conference Memorandum and Order, ECF 446, and as directed in the Court's May

---

[1] Effective March 1, 2022, Shell Oil Company changed its name to Shell USA, Inc. (ECF 56).

1

30, 2024, Order concerning interim discovery deadlines, ECF 419. As noted in ECF 455, Defendants' productions since ECF 372 totaled 272,743 documents and included overlays on previously produced documents to update metadata and remove some redactions. CLF continues to review documents and is on track to certify full review of all documents by the December 19, 2024, deadline set in ECF 475.

CLF raised a number of concerns regarding ECF 372 compliance on September 12, and Defendants responded to those concerns in writing on September 27. The Parties discussed some of these issues in person after the September 30 scheduling hearing. Defendants have agreed to conduct limited re-review of documents relating to discrete issues regarding some Revised RFPs and have produced versions of 7 of the 20 publicly available documents that were cited in Revised RFP 12 that were "inadvertently excluded from the final production universe due to a technical issue." CLF is finalizing a compromise proposal on some categories of documents and the Parties continue to meet and confer regarding any outstanding issues.

*Privilege Logs*

Defendants produced two privilege logs on September 18, 2024. The log associated with the Shell Defendants contained 1,189 entries, the log for Motiva contained 1,594 entries. CLF requested on September 27, that Defendants update all entries on their logs to provide descriptions of the document and basis for the privilege claimed beyond the metadata including a description of how privileges applied when no attorneys appeared to be present on hundreds of the entries. The Parties discussed these logs in person after the September 30 scheduling hearing, and Defendants followed-up on October 7, with updated logs and written responses to CLF's questions and requests. CLF is reviewing the updated logs, remains concerned with the lack of any document descriptions, and the Parties are continuing to meet and confer to resolve CLF's concerns.

*Supplementation of Discovery Responses*

CLF requested on August 26, 2024, that Defendants timely supplement their written discovery responses under Rule 26(e)(1). In that request, CLF identified elements of Defendants' prior responses that CLF believes are now incomplete or inaccurate. Defendants note that the Rules of Civil Procedure require a party to supplement or correct prior written responses only if the additional or corrective information has not otherwise been made known to the other parties during the discovery process or in writing. Defendants considered Plaintiff's requests in good faith and served supplemental Interrogatory responses on October 11, 2024. CLF is reviewing these supplemental responses and will request a meet and confer as necessary.

*Additional Discovery*

On October 1, 2024, the Court entered a Scheduling order setting February 14, 2025, for the close of fact discovery (ECF 475). The Order also requires CLF to review every document produced by Defendants by December 19, 2024. CLF is committed to raising any remaining discovery and document issues with Defendants as early as possible with a goal of finding consensus and preventing further motion practice. CLF has already identified certain topics where additional discovery is warranted and has begun raising these issues with Defendants to determine if an agreement on targeted additional discovery can be reached. Defendants produced documents that CLF has long sought in this litigation and CLF believes some additional context for these documents is warranted. For example, Defendants have now produced numerous policy documents describing how to conduct climate change risk evaluations and have produced a "Climate Change Effects Vulnerability Assessment and Mitigation Plan" that was conducted earlier this year for one of Defendants' costal oil terminals in California. CLF has already raised the need for additional discovery regarding some issues and the Parties are in discussion on appropriate next steps.

Dated: October 14, 2024

Respectfully submitted,

| | |
|---|---|
| */s/  James Y. Meinert* | */s/ Rose H. Jones* (with permission) |
| James Y. Meinert (ct31637) | Rose H. Jones |
| Zachary Manley (phv207600)* | King & Spalding, LLP |
| Conservation Law Foundation, Inc. | 1180 Peachtree Street, N.E. |
| 62 Summer Street | Atlanta, GA 30309 |
| Boston, MA 02110 | T: (404) 215-5828 |
| Tel: (617) 850-1744 | rjones@kslaw.com |
| Tel: (617) 850-1707 | |
| E-mail: jmeinert@clf.org | Douglas A. Henderson |
| E-mail: zmanley@clf.org | King & Spalding, LLP |
| | 1180 Peachtree Street, N.E. |
| Ana McMonigle (ct31370) | Atlanta, GA 30309 |
| Conservation Law Foundation, Inc. | T: (404) 572-2769 |
| 195 Church Street | dhenderson@kslaw.com |
| Mezzanine Level, Suite B | |
| New Haven, CT 06510 | Antonio E. Lewis |
| Tel: (203) 298-7692 | King & Spalding, LLP |
| E-mail: amcmonigle@clf.org | 300 S Tryon Street |
| | Suite 1700 |
| Christopher M. Kilian (ct31122) | Charlotte, NC 28202 |
| Kenneth J. Rumelt (phv207130)* | (704) 503-2551 |
| Conservation Law Foundation, Inc. | alewis@kslaw.com |
| 15 East State Street, Suite 4 | |
| Montpelier, VT 05602 | Anthony G. Papetti (phv206982)* |
| Tel: (802) 622-3020 | Beveridge & Diamond, P.C. |
| Tel: (802) 223-5992 | 825 Third Ave., 16th Floor |
| E-mail: ckilian@clf.org | New York, NY 10022 |
| E-mail: krumelt@clf.org | T: (212) 702-5400 |
| | F: (212) 702-5442 |
| James Crowley (ct31319) | apapetti@bdlaw.com |
| Conservation Law Foundation, Inc. | |
| 235 Promenade Street | Roy D. Prather III (phv206800)* |
| Suite 560, Mailbox 28 | Beveridge & Diamond, P.C. |
| Providence, RI 02908 | 20 North Charles Street, Suite 2210 |
| Tel: (401) 228-1905 | Baltimore, MD 21201-4150 |
| E-mail: jcrowley@clf.org | T: 1.410.230.1305 |
| | rprather@bdlaw.com |
| Chance Raymond (ct31311) | |

Chance the Lawyer, LLC
650 Poydras Street
Suite 1400 PMB #2574
New Orleans, LA 70130
Phone: 832-671-6381
E-mail: chancethelawyer@gmail.com

*Attorneys for Plaintiff Conservation Law Foundation, Inc*.
**Admitted as Visiting Attorney*

James O. Craven (ct18790)
Wiggin and Dana LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: (203) 498-4400
F: (203) 782-2889
jcraven@wiggin.com

John S. Guttmann (ct25359)
Beveridge & Diamond, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
T: (202) 789-6020
F: (202) 789-6190
jguttmann@bdlaw.com

Bina R. Reddy (phv20420)*
Beveridge & Diamond, P.C.
400 West 15th Street
Suite 1410
Austin, TX 78701-1648
T: (512) 391-8000
F: (202) 789-6190
breddy@bdlaw.com

*Counsel for Defendants*