UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> *Defendants*. | Civil Action No. 3:21-cv-00933-JAM <br><br> October 28, 2024 |

## JOINT DISCOVERY STATUS REPORT

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Shell Oil Company,[1] Equilon Enterprises LLC d/b/a Shell Oil Products US, Shell Petroleum Inc., Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file this Joint Discovery Status Report, as directed in the Court's Orders of April 4, 2024, ECF 378, and Sept. 30, 2024, ECF 476 Tr. at 28:18. For the sake of brevity, the Parties incorporate by reference their prior Joint Discovery Status Reports. *See* ECF 383, 387, 402, 417, 421, 424, 427, 436, 443, 447, 455, 457, 458, 463 & 477.

**Discovery Status**

*Defendants' Document Production and CLF's Document Review*

CLF continues to review Defendants' document productions and is on track to certify full review of all documents by the December 19, 2024 deadline set in ECF 475.

CLF raised a number of topics regarding ECF 372 compliance on October 17 and

---

[1] Effective March 1, 2022, Shell Oil Company changed its name to Shell USA, Inc. (ECF 56).

1

Defendants are working to respond to those requests in writing and with additional productions as currently being negotiated by the Parties. These are in follow-up and in addition to topics raised by CLF on September 12 and responded to by Defendants on September 27. *See* ECF 477 at 2. The Parties briefly discussed one of these issues in a meet and confer on October 18. The Parties continue to meet and confer regarding any outstanding issues.

*Privilege Logs*

CLF raised additional topics for discussion regarding Defendants' privilege logs on October 16, the Parties held a meet and confer on these topics on October 18, and Defendants replied in writing on October 23. These issues are in follow-up and in addition to topics raised by CLF on September 18, and responded to by Defendants on October 7 alongside updated logs. *See* ECF 477 at 2. Defendants have provided updated Titles for certain unnamed documents raised by CLF and agreed to rereview a list of documents identified by CLF as relating to environmental permits and provide detailed privilege log entries. Based on these ongoing discussions and agreements, Defendants removed around 400 entries from their logs and the Parties have been able to focus on a narrowed set of entries. This rereview is ongoing and the Parties are continuing to meet and confer to resolve CLF's concerns.

Dated: October 28, 2024

Respectfully submitted,

*/s/ James Y. Meinert*
James Y. Meinert (ct31637)
Zachary Manley (phv207600)*
Conservation Law Foundation, Inc.
62 Summer Street
Boston, MA 02110
Tel: (617) 850-1744
Tel: (617) 850-1707

*/s/ Rose H. Jones* (with permission)
Rose H. Jones
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 215-5828
rjones@kslaw.com

| | |
|---|---|
| E-mail: jmeinert@clf.org<br>E-mail: zmanley@clf.org<br><br>Ana McMonigle (ct31370)<br>Conservation Law Foundation, Inc.<br>195 Church Street<br>Mezzanine Level, Suite B<br>New Haven, CT 06510<br>Tel: (203) 298-7692<br>E-mail: amcmonigle@clf.org<br><br>Christopher M. Kilian (ct31122)<br>Kenneth J. Rumelt (phv207130)*<br>Conservation Law Foundation, Inc.<br>15 East State Street, Suite 4<br>Montpelier, VT 05602<br>Tel: (802) 622-3020<br>Tel: (802) 223-5992<br>E-mail: ckilian@clf.org<br>E-mail: krumelt@clf.org<br><br>James Crowley (ct31319)<br>Conservation Law Foundation, Inc.<br>235 Promenade Street<br>Suite 560, Mailbox 28<br>Providence, RI 02908<br>Tel: (401) 228-1905<br>E-mail: jcrowley@clf.org<br><br>Chance Raymond (ct31311)<br>Chance the Lawyer, LLC<br>650 Poydras Street<br>Suite 1400 PMB #2574<br>New Orleans, LA 70130<br>Phone: 832-671-6381<br>E-mail: chancethelawyer@gmail.com<br><br>*Attorneys for Plaintiff Conservation Law Foundation, Inc.*<br>**Admitted as Visiting Attorney* | Douglas A. Henderson<br>King & Spalding, LLP<br>1180 Peachtree Street, N.E.<br>Atlanta, GA 30309<br>T: (404) 572-2769<br>dhenderson@kslaw.com<br><br>Antonio E. Lewis<br>King & Spalding, LLP<br>300 S Tryon Street<br>Suite 1700<br>Charlotte, NC 28202<br>(704) 503-2551<br>alewis@kslaw.com<br><br>Anthony G. Papetti (phv206982)*<br>Beveridge & Diamond, P.C.<br>825 Third Ave., 16th Floor<br>New York, NY 10022<br>T: (212) 702-5400<br>F: (212) 702-5442<br>apapetti@bdlaw.com<br><br>Roy D. Prather III (phv206800)*<br>Beveridge & Diamond, P.C.<br>20 North Charles Street, Suite 2210<br>Baltimore, MD 21201-4150<br>T: 1.410.230.1305<br>rprather@bdlaw.com<br><br>James O. Craven (ct18790)<br>Wiggin and Dana LLP<br>One Century Tower<br>265 Church Street<br>P.O. Box 1832<br>New Haven, CT 06508-1832<br>T: (203) 498-4400<br>F: (203) 782-2889<br>jcraven@wiggin.com<br><br>John S. Guttmann (ct25359)<br>Beveridge & Diamond, P.C.<br>1900 N Street, NW, Suite 100<br>Washington, DC 20036<br>T: (202) 789-6020<br>F: (202) 789-6190 |

jguttmann@bdlaw.com

Bina R. Reddy (phv20420)*
Beveridge & Diamond, P.C.
400 West 15th Street
Suite 1410
Austin, TX 78701-1648
T: (512) 391-8000
F: (202) 789-6190
breddy@bdlaw.com

*Counsel for Defendants*