UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> *Plaintiff*, <br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> *Defendants*. | Civil Action No. 3:21-cv-00933-JAM <br><br> November 1, 2024 |

**JOINT MOTION TO EXTEND DEADLINES REGARDING DEFENDANTS' PRIVILEGE LOGS**

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Shell Oil Company,[1] Equilon Enterprises LLC d/b/a Shell Oil Products US, Shell Petroleum Inc., Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file this Joint Motion to Extend Deadlines Regarding Defendants' Privilege Logs.

The Parties have been diligently and productively discussing Defendants' Privilege Logs and request the Court extend the deadline to challenge the documents where CLF raised issues in its October 16 email including those appearing on the final revised privilege logs, anticipated to be served next week, that covers the remaining outstanding entries being discussed by the Parties, to "30 days after any final log revision, or 30 days before the end of fact discovery deadline, whichever is sooner." These entries have been identified as "Unnamed Documents" and "Permitting Documents."

---

[1] Effective March 1, 2022, Shell Oil Company changed its name to Shell USA, Inc. (ECF 56).

1

This is the Parties' first motion for extension of time. In support of this request and in compliance with ECF 52 and Local Rule 7(b), the Parties state the following:

1. Defendants served two privilege logs on September 18, 2024, the log titled "Defendants' Privilege Log" contained 1,189 entries, and the log titled "Motiva Defendants' Privilege Log" and contained 1,594 entries.

2. CLF reviewed these 2,783 entries and on September 27, 2024 CLF raised issues via email with these logs noting they were metadata logs without any separate description of the subject matter or privilege claimed and identified issues with over a thousand specific entries.

3. The Parties met and conferred regarding these logs on September 29, 2024.

4. Defendants responded to CLF's concerns in writing on October 7, 2024 disagreeing the September 18 logs were non-compliant with FRCP 26(b)(5)(A)(ii) or Local Rule 26(e)(2) and noting the ESI Agreement paragraph 11(d) envisioned the Parties may use metadata logs. Defendants also agreed to re-review certain entries and informed CLF some documents would be produced off the logs.

5. Defendants served Revised Privilege Logs on October 7, 2024. The Revised Defendants' Log now contains 797 entries, and the Revised Motiva' Defendants' Log contains 1,574 entries. The Revised Logs also contain two additional columns of information specifying the relationship of an attorney to the document and listing names of attorneys involved who were not otherwise identified by the original entry's metadata

6. CLF responded on October 16, 2024 noting the ESI Agreement paragraph 6 also envisioned logs that provided sufficient information to allow a receiving party and

the Court to understand and evaluate the privilege claim. CLF re-stated its position that the October 7, 2024 Revised Logs still lacked such information and did not meet the requirements of FRCP 26(b)(5) or Local Rule 26(e). CLF identified specific entries where additional information is requested regarding specific categories of entry.

7. The Parties met and conferred on October 18, 2024.

8. Defendants' provided two additional columns of information for some entries on the Revised Logs in a cross-reference on October 23, 2024.

9. The Parties ongoing discussions have resulted in narrowing of issues and contested entries on Defendants' Privilege Logs and the Parties believe continued discussion of the October 7, 2024 Revised Logs will result in additional compromise and narrowing of any remaining issues.

10. Defendants intend to serve additionally revised logs in the week of November 4, 2024 that will include entry by entry descriptions of documents and privileges claimed where CLF has requested such information.

11. The Parties met and conferred on November 1, 2024 to discuss this extension and next steps with the Revised Privilege Logs.

Dated: November 1, 2024

Respectfully submitted,

/s/ *James Y. Meinert*
James Y. Meinert (ct31637)
Zachary Manley (phv207600)*
Conservation Law Foundation, Inc.
62 Summer Street
Boston, MA 02110

/s/ *Rose H. Jones* (with permission)
Rose H. Jones
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 215-5828

Tel: (617) 850-1744  
Tel: (617) 850-1707  
E-mail: jmeinert@clf.org  
E-mail: zmanley@clf.org  

Ana McMonigle (ct31370)  
Conservation Law Foundation, Inc.  
195 Church Street  
Mezzanine Level, Suite B  
New Haven, CT 06510  
Tel: (203) 298-7692  
E-mail: amcmonigle@clf.org  

Christopher M. Kilian (ct31122)  
Kenneth J. Rumelt (phv207130)*  
Conservation Law Foundation, Inc.  
15 East State Street, Suite 4  
Montpelier, VT 05602  
Tel: (802) 622-3020  
Tel: (802) 223-5992  
E-mail: ckilian@clf.org  
E-mail: krumelt@clf.org  

James Crowley (ct31319)  
Conservation Law Foundation, Inc.  
235 Promenade Street  
Suite 560, Mailbox 28  
Providence, RI 02908  
Tel: (401) 228-1905  
E-mail: jcrowley@clf.org  

Chance Raymond (ct31311)  
Chance the Lawyer, LLC  
650 Poydras Street  
Suite 1400 PMB #2574  
New Orleans, LA 70130  
Phone: 832-671-6381  
E-mail: chancethelawyer@gmail.com  

*Attorneys for Plaintiff Conservation Law Foundation, Inc.*  
*\*Admitted as Visiting Attorney*

rjones@kslaw.com  

Douglas A. Henderson  
King & Spalding, LLP  
1180 Peachtree Street, N.E.  
Atlanta, GA 30309  
T: (404) 572-2769  
dhenderson@kslaw.com  

Antonio E. Lewis  
King & Spalding, LLP  
300 S Tryon Street  
Suite 1700  
Charlotte, NC 28202  
(704) 503-2551  
alewis@kslaw.com  

Anthony G. Papetti (phv206982)*  
Beveridge & Diamond, P.C.  
825 Third Ave., 16th Floor  
New York, NY 10022  
T: (212) 702-5400  
F: (212) 702-5442  
apapetti@bdlaw.com  

Roy D. Prather III (phv206800)*  
Beveridge & Diamond, P.C.  
20 North Charles Street, Suite 2210  
Baltimore, MD 21201-4150  
T: 1.410.230.1305  
rprather@bdlaw.com  

James O. Craven (ct18790)  
Wiggin and Dana LLP  
One Century Tower  
265 Church Street  
P.O. Box 1832  
New Haven, CT 06508-1832  
T: (203) 498-4400  
F: (203) 782-2889  
jcraven@wiggin.com  

John S. Guttmann (ct25359)  
Beveridge & Diamond, P.C.  
1900 N Street, NW, Suite 100  
Washington, DC 20036

T: (202) 789-6020
F: (202) 789-6190
jguttmann@bdlaw.com

Bina R. Reddy (phv20420)*
Beveridge & Diamond, P.C.
400 West 15th Street
Suite 1410
Austin, TX 78701-1648
T: (512) 391-8000
F: (202) 789-6190
breddy@bdlaw.com

*Counsel for Defendants*