AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

Conservation Law Foundation, Inc.,
*Plaintiff*
v.
Shell Oil Company, et al.
*Defendant*

Case No. 3:21-cv-00933-SALM

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Conservation Law Foundation

Date: 11/15/2024

*Attorney's signature*

Michael J. Pendell, ct27656
*Printed name and bar number*
Motley Rice LLC
20 Church Street, 17th Floor
Hartford, CT 06103

*Address*

mpendell@motleyrice.com
*E-mail address*

(860) 218-2722
*Telephone number*

(860) 882-1682
*FAX number*