**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SHELL OIL COMPANY, EQUILON ENTERPRISES, LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., SHELL TRADING (US) COMPANY, AND MOTIVA ENTERPRISES LLC,,<br><br>    Defendants. | No. 3:21-cv-00933-JAM |

**NOTICE OF CHANGE OF FIRM AFFILIATION**

      Undersigned counsel hereby provides notice to the Court and to all counsel of a change of firm affiliation. Undersigned counsel is no longer associated with King & Spalding, LLP, and will be affiliated with Hilgers Graben PLLC. Undersigned counsel's new contact information will be as follows:

> Rose Hunter Jones
> HILGERS GRABEN PLLC
> 1372 Peachtree Street, N.E.
> Atlanta, Georgia 30309
> Tel: 404-793-1763
> Fax: 402-413-1880
> rjones@hilgersgraben.com

Ms. Jones remains counsel for Defendants, and hereby requests all further correspondence in this matter be directed to here at the following email address, rjones@hilgersgraben.com.

1

2

Date: November 18, 2024                    Respectfully submitted,

                                                By: *s/ Rose Hunter Jones*
                                                    Rose Hunter Jones, *admitted pro hac vice*
                                                      (Ga. Bar No. 379483)
                                                      HILGERS GRABEN PLLC
                                                      1372 Peachtree Street, N.E.
                                                      Atlanta, Georgia 30309
                                                      Tel: 404-793-1763
                                                      Fax: 402-413-1880
                                                      rjones@hilgersgraben.com

                                              *Counsel for Defendants.*

### CERTIFICATE OF SERVICE

      I hereby certify that on November 18, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                              */s/ Rose J. Jones*
                                              Rose J. Jones