UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., *Plaintiff*, v. SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, *Defendants*. | Civil Action No. 3:21-cv-00933-JAM<br><br>November 25, 2024 |

## JOINT DISCOVERY STATUS REPORT

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Shell Oil Company,[1] Equilon Enterprises LLC d/b/a Shell Oil Products US, Shell Petroleum Inc., Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file this Joint Discovery Status Report, as directed in the Court's Orders of April 4, 2024, ECF 378, and Sept. 30, 2024, ECF 476 Tr. at 28:18. For the sake of brevity, the Parties incorporate by reference their prior Joint Discovery Status Reports. *See* ECF 383, 387, 402, 417, 421, 424, 427, 436, 443, 447, 455, 457, 458, 463, 477, 479, and 483.

**Discovery Status**

*Defendants' Document Production and CLF's Document Review*

CLF continues to review Defendants' document productions and is on track to certify full review of all documents by the December 19, 2024 deadline set in ECF 475.

The Parties continue to meet and confer regarding topics raised by CLF. *See* ECF 483 at

---

[1] Effective March 1, 2022, Shell Oil Company changed its name to Shell USA, Inc. (ECF 56).

1

1-2. Defendants made a supplemental production on November 14 and anticipate producing today additional documents to address topics raised by CLF on October 17. The Parties continue to meet and confer regarding any outstanding issues, including most recently on November 21. Defendants are working towards completing all outstanding agreed upon supplemental productions by December 6, 2024.

*Privilege Logs*

The Parties continue to meet and confer regarding topics raised by CLF. *See* ECF 483 at 2. On November 15, Defendants produced a supplemental privilege log with detailed descriptions for certain documents requested by Plaintiffs on October 16. On November 25, Defendants produced certain documents from Defendants' privilege log previously withheld in their entirety with either redactions for privilege or in their entirety. The Parties met and conferred on November 21 and continue to negotiate regarding any outstanding issues.

*CLF's Document Productions*

CLF served its 26th supplemental production on November 8, 2024 along with an associated privilege log. CLF's production contained 844 documents and included documents CLF received from: a CT DEEP FOIA request seeking communications from Shell employees or consultants regarding the draft Industrial Stormwater General Permit proposed by CT DEEP on March 27, 2024; a California Public Records Act request regarding Defendants' Mormon Island Terminal's Climate Change Effects Vulnerability Assessment and Management Plan; and a third party subpoena CLF served in connection with *Conservation L. Foundation v. Shell Oil Prod. US*, 1:17-cv-00396-WES-LDA (D.R.I.).

Dated: November 25, 2024

Respectfully submitted,

/s/ James Y. Meinert
James Y. Meinert (ct31637)
Zachary Manley (phv207600)*
Conservation Law Foundation, Inc.
62 Summer Street
Boston, MA 02110
Tel: (617) 850-1744
Tel: (617) 850-1707
E-mail: jmeinert@clf.org
E-mail: zmanley@clf.org

Ana McMonigle (ct31370)
Conservation Law Foundation, Inc.
195 Church Street
Mezzanine Level, Suite B
New Haven, CT 06510
Tel: (203) 298-7692
E-mail: amcmonigle@clf.org

Christopher M. Kilian (ct31122)
Kenneth J. Rumelt (phv207130)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 622-3020
Tel: (802) 223-5992
E-mail: ckilian@clf.org
E-mail: krumelt@clf.org

James Crowley (ct31319)
Conservation Law Foundation, Inc.
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI 02908
Tel: (401) 228-1905
E-mail: jcrowley@clf.org

Chance Raymond (ct31311)
Chance the Lawyer, LLC
650 Poydras Street
Suite 1400 PMB #2574
New Orleans, LA 70130
Phone: 832-671-6381
E-mail: chancethelawyer@gmail.com

/s/ Rose H. Jones (with permission)
Rose H. Jones
Hilgers Graben PLLC
1372 Peachtree Street N.E.
19th Floor
Atlanta, GA 30309
T: (678) 229-1983
rjones@hilgersgraben.com

Douglas A. Henderson
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 572-2769
dhenderson@kslaw.com

Antonio E. Lewis
King & Spalding, LLP
300 S Tryon Street
Suite 1700
Charlotte, NC 28202
(704) 503-2551
alewis@kslaw.com

Anthony G. Papetti (phv206982)*
Beveridge & Diamond, P.C.
825 Third Ave., 16th Floor
New York, NY 10022
T: (212) 702-5400
F: (212) 702-5442
apapetti@bdlaw.com

Roy D. Prather III (phv206800)*
Beveridge & Diamond, P.C.
20 North Charles Street, Suite 2210
Baltimore, MD 21201-4150
T: 1.410.230.1305
rprather@bdlaw.com

James O. Craven (ct18790)
Wiggin and Dana LLP
One Century Tower
265 Church Street
P.O. Box 1832

*Attorneys for Plaintiff Conservation Law Foundation, Inc.*
*\*Admitted as Visiting Attorney*

New Haven, CT 06508-1832
T: (203) 498-4400
F: (203) 782-2889
jcraven@wiggin.com

John S. Guttmann (ct25359)
Beveridge & Diamond, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
T: (202) 789-6020
F: (202) 789-6190
jguttmann@bdlaw.com

Bina R. Reddy (phv20420)*
Beveridge & Diamond, P.C.
400 West 15th Street
Suite 1410
Austin, TX 78701-1648
T: (512) 391-8000
F: (202) 789-6190
breddy@bdlaw.com

*Counsel for Defendants*