AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| Conservation Law Foundation, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   3:21-cv-00933-SALM |
| Shell Oil Company et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Conservation Law Foundation, Inc.

Date:   12/05/2024

*Attorney's signature*

Linda J. Singer (phv208339)
*Printed name and bar number*
Motley Rice LLC
401 9th Street NW, Suite 630
Washington, DC 20004

*Address*

lsinger@motleyrice.com
*E-mail address*

(202) 386-9626
*Telephone number*

(202) 386-9622
*FAX number*