AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| Conservation Law Foundation, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:21-cv-00933-SALM |
| Shell Oil Company et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Conservation Law Foundation, Inc.

Date:  12/09/2024

*Attorney's signature*

Elizabeth Smith (phv208361)
*Printed name and bar number*
Motley Rice LLC
401 9th Street NW, Suite 630
Washington, DC 20004

*Address*

esmith@motleyrice.com
*E-mail address*

(202) 386-9627
*Telephone number*

(202) 834-5051
*FAX number*