UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> *Defendants*. | Civil Action No. 3:21-cv-00933-JAM <br><br><br> December 19, 2024 |

**PLAINTIFF CONSERVATION LAW FOUNDATION'S
<u>DOCUMENT REVIEW CERTIFICATION</u>**

Pursuant to the Court's October 1, 2024 Scheduling Order, see ECF 475 ¶ 1, CLF hereby certifies that it has reviewed the documents produced by Defendants as described below. By the August 19, 2024 deadline imposed by the Court for Defendants to produce documents responsive to ECF 372, Defendants had produced 319,263 documents in 37 volumes labeled Shell NHVN 1 through 33 and Motiva MTV 1 through 4. CLF has reviewed all 319,263 documents in these volumes with an attorney's eyes on each document. As noted in past filings, CLF retained external document review attorneys to accomplish this review in this time frame, which CLF believes was necessitated by Defendants' years of resistance to producing these documents that CLF originally requested in April 2022. *See* ECF 458 at 2; 461 at 2-3; 463 at 2.

Since August 19, 2024, Defendants have produced an additional 6,992 documents in 15 volumes labeled Shell NHVN 34 through 44 and Motiva MTV 5 through 8. The additional 6,992 documents include:

- 2,807 Documents that Defendants produced after finalizing their initial privilege logs,

removed from their privilege logs, or reproduced with fewer privilege redactions, and reproduced associated family documents;

- 3,200 Reproduced documents with updated metadata or removed relevance redactions;

- 7 Documents produced after CLF identified gaps in the past productions for documents responsive to Revised RFP 12; and

- 978 Documents produced after CLF identified gaps in the past productions for documents responsive to Revised RFPs 18 and 36.

Over 1,000 of these documents were only produced to CLF within the past two weeks. CLF has reviewed all 6,992 additional documents with an attorney's eyes on each document.

Dated: December 19, 2024

Respectfully submitted,

CONSERVATION LAW
FOUNDATION, Inc., by its attorneys

*/s/ James Y. Meinert*
Alexandra M. Jordan (ct31466)
Zachary Manley (pvh207600)*
James Meinert (ct31637)
Conservation Law Foundation, Inc.
62 Summer St
Boston, MA 02110
Tel: (617) 850-1748
Tel: (617) 850-1707
Tel: (617) 850-1477
E-mail: ajordan@clf.org
E-mail: zmanley@clf.org
E-mail: jmeinert@clf.org

Ana McMonigle (ct31370)
Conservation Law Foundation, Inc.
195 Church Street
Mezzanine Level, Suite B
New Haven, CT 06510
Tel: (203) 298-7692
E-mail: amcmonigle@clf.org

Christopher M. Kilian (ct31122)
Kenneth J. Rumelt (phv207130)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 622-3020
Tel: (802) 223-5992
E-mail: ckilian@clf.org
E-mail: krumelt@clf.org

James Crowley (ct31319)
Conservation Law Foundation, Inc.
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI 02908
Tel: (401) 228-1905
E-mail: jcrowley@clf.org

Chance Raymond (ct31311)
Chance the Lawyer, LLC
650 Poydras Street
Suite 1400 PMB #2574
New Orleans, LA 70130
Tel: (832) 671-6381
E-mail: chancethelawyer@gmail.com

Linda Singer (phv208339)*
Elizabeth Smith (phv208361)*
401 9th St. NW, Suite 630
Washington, DC 20004
Tel: (202) 386-9626
Tel: (202) 386-9627
Email: lsinger@motleyrice.com
Email: esmith@motleyrice.com

Michael Pendell (ct27656)
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Tel: (860) 218-2722
Email: mpendell@motleyrice.com

Ridge Mazingo*
28 Bridgeside Blvd.

Mount Pleasant, SC 29464
Tel: (843) 216-9620
Email: rmazingo@motleyrice.com

*Attorneys for Plaintiff Conservation Law Foundation, Inc.*

*\*Admitted as Visiting Attorney*