UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> Defendants. | Case No: 3:21-cv-00933-JAM <br><br><br> December 23, 2024 |

## JOINT STATUS REPORT

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Shell Oil Company, Equilon Enterprises LLC d/b/a Shell Oil Products US, Shell Petroleum Inc., Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file this Joint Discovery Status Report, as directed in the Court's Orders of April 4, 2024, ECF 378, and Sept. 30, 2024, ECF 476 Tr. at 28:18. For the sake of brevity, the Parties incorporate by reference their prior Joint Discovery Status Reports. *See* ECF 383, 387, 402, 417, 421, 424, 427, 436, 443, 447, 455, 457, 458, 463, 477, 479, 483, and 493.

**Discovery Status**

*Defendants' Document Production and CLF's Document Review*

On December 19, 2024, CLF certified completion of the review of Defendants' document productions per the deadline set in ECF 475. *See* ECF 499 at 1. As noted in the

1

certification, Defendants produced additional volumes of documents since the last status report, including documents produced off Defendants' privilege logs and documents produced after CLF identified gaps in the past productions for documents responsive to Revised RFPs 18 and 36.

In CLF's certification filing, CLF states CLF's belief that the retention of external document review attorneys was necessitated by "Defendants' years of resistance to producing these documents that CLF originally requested in April 2022." Defendants respectfully disagree with CLF's characterization of the discovery process. Defendants have consistently engaged in good-faith efforts to comply with their discovery obligations while also seeking to narrow the scope of discovery in accordance with established jurisprudence. For example, Defendants filed motions to address overly broad and unduly burdensome requests, which resulted in the Court's March 29, 2024, order (ECF 372) limiting the scope of CLF's revised RFPs. Defendants produced new documents because that was what the Court instructed, including expanding the scope of discovery to 15 new facilities. The documents referenced by CLF in its certification largely fall within the scope defined by that order. Defendants remain committed to adhering to the Court's directives while balancing the need to protect proprietary and sensitive business information.

The Parties continue to meet and confer regarding any outstanding issues related to ECF 372 compliance and additional document requests or productions.

*Privilege Logs*

The Parties continue to meet and confer regarding topics raised by CLF. On December 12 and 16, Defendants produced a supplemental privilege log with detailed descriptions for 38

documents requested by Plaintiffs and produced 23 documents from Defendants' privilege log previously withheld in their entirety with either redactions for privilege or in their entirety.

*Confidentiality Challenges*

CLF has two pending requests to de-designate 500 documents, a total of 1,000 documents. The deadlines for Defendants to respond are December 26 and January 14. The parties are scheduled to meet and confer on Monday, December 30, regarding documents Defendants object to dedesignating. Any disagreements may come before the Court.

CLF has proposed the Parties modify the process for how to address public filing of designated documents under the Protective Order in an effort to eliminate what CLF views as an undue burden on Plaintiff and the Court as Summary Judgment and trial approach. Defendants oppose any modification and CLF intends to seek Court intervention in this matter. Defendants note that CLF's procedure for challenging Defendants' confidentiality designations is the written request process outlined in the Protective Order. *See* ECF 476 at 33:2-6.

*Depositions*

The Parties met on December 10, 20, and 23 to discuss scheduling of 30(b)(6) depositions and to discuss CLF's request for consent to take additional depositions. *See* ECF 497 at 4-5. CLF followed-up on its request for additional depositions with a detailed writing on December 17 outlining the need to depose and subject matter(s) of testimony for the remaining individuals listed in CLF's original motion for additional depositions, ECF 181, and two additional individuals for a total of six additional fact depositions: Karen Stammer, Marco Fantolini, Paul Verlaan, Alain Comeau, Pusp Naidu and Sergio Jaramillo. On December 18, 2024, CLF also issued a rule 45 subpoena for the 30(b)(6) deposition of Shell Pipeline Company, Inc. In the Parties meet and confers on December 20 and 23, the Parties discussed whether Defendants would consent to CLF

3

taking additional fact depositions, if CLF would decrease the number of individuals to be deposed and/or the length of those depositions. Earlier today CLF proposed withdrawing two fact depositions to bring the total of additional fact depositions to four, Defendants are considering this proposal. The Parties are continuing to meet and confer on this issue.

CLF rule 45 subpoena to Shell Pipeline Company, Inc., a non-party, is for the same set of 30(b)(6) topics the Parties agreed to for the Defendant 30(b)(6) depositions following the Court's ECF 373 Order. The Parties are conferring about this topic.

Dated: December 23, 2024

Respectfully submitted,

*/s/ James Y. Meinert*
Alexandra M. Jordan (ct31466)
Zachary Manley (pvh207600)*
James Y. Meinert (ct31637)
Conservation Law Foundation, Inc.
62 Summer St
Boston, MA 02110
Tel: (617) 850-1748
Tel: (617) 850-1707
Tel: (617) 850-1477
E-mail: ajordan@clf.org
E-mail: zmanley@clf.org
E-mail: jmeinert@clf.org

Christopher M. Kilian (ct31122)
Kenneth J. Rumelt (phv207130)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 223-5992
Tel: (802) 622-3020
E-mail: ckilian@clf.org
E-mail: krumelt@clf.org

Ana McMonigle (ct31370)

*/s/ Rose H. Jones* (with permission)
Rose H. Jones
Hilgers Graben PLLC
1372 Peachtree Street, N.E.
19th Floor
Atlanta, GA 30309
T: (678) 229-1983
rjones@hilgersgraben.com

Antonio E. Lewis
King & Spalding, LLP
300 S Tryon Street
Suite 1700
Charlotte, NC 28202
(704) 503-2551
alewis@kslaw.com

Douglas A. Henderson
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 572-2769
dhenderson@kslaw.com

| | |
|---|---|
| Conservation Law Foundation, Inc.<br>195 Church Street<br>Mezzanine Level, Suite B<br>New Haven, CT 06510<br>Tel: (203) 298-7692<br>E-mail: amcmonigle@clf.org | Anthony G. Papetti (phv206982)<br>Beveridge & Diamond, P.C.<br>825 Third Ave., 16th Floor<br>New York, NY 10022<br>T: (212) 702-5400<br>F: (212) 702-5442<br>apapetti@bdlaw.com |
| James Crowley (ct31319)<br>Conservation Law Foundation, Inc.<br>235 Promenade Street<br>Suite 560, Mailbox 28<br>Providence, RI 02908<br>Tel: (401) 228-1905<br>Email: jcrowely@clf.org | Roy D. Prather III (phv206800)*<br>Beveridge & Diamond, P.C.<br>20 North Charles Street, Suite 2210<br>Baltimore, MD 21201-4150<br>T: 1.410.230.1305<br>rprather@bdlaw.com |
| Chance Raymond (ct31311)<br>Chance the Lawyer, LLC<br>650 Poydras Street<br>Suite 1400 PMB #2574<br>New Orleans, LA 70130<br>Phone: 832-671-6381<br>E-mail: chancethelawyer@gmail.com | James O. Craven (ct18790)<br>WIGGIN AND DANA LLP<br>One Century Tower<br>265 Church Street<br>P.O. Box 1832<br>New Haven, CT 06508-1832<br>T: (203) 498-4400<br>F: (203) 782-2889<br>jcraven@wiggin.com |
| Linda Singer (phv208339)<br>Elizabeth Smith<br>401 9th St. NW, Suite 630<br>Washington, DC 20004<br>Tel: (202) 386-9626<br>Tel: (202) 386-9627<br>Email: lsinger@motleyrice.com<br>Email: esmith@motleyrice.com | John S. Guttmann (ct25359)<br>BEVERIDGE & DIAMOND, P.C.<br>1900 N Street, NW, Suite 100<br>Washington, DC 20036<br>T: (202) 789-6020<br>F: (202) 789-6190<br>jguttmann@bdlaw.com |
| Michael Pendell (ct27656)<br>One Corporate Center<br>20 Church St., 17th Floor<br>Hartford, CT 06103<br>Tel: (860) 218-2722<br>Email: mpendell@motleyrice.com | Bina R. Reddy (phv20420)*<br>BEVERIDGE &DIAMOND, P.C.<br>400 West 15th Street<br>Suite 1410<br>Austin, TX 78701-1648<br>T: (512) 391-8000<br>F: (202) 789-6190<br>breddy@bdlaw.com |
| Ridge Mazingo<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464<br>Tel: (843) 216-9620<br>Email: rmazingo@motleyrice.com | *Counsel for Defendants* |

*Attorneys for Plaintiff
Conservation Law Foundation, Inc.
\*Admitted as Visiting Attorney*