AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| Conservation Law Foundation, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:21-cv-00933-SALM |
| Shell Oil Company et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Conservation Law Foundation, Inc.

Date:  12/30/2024

*/s/ Ridge Mazingo*
*Attorney's signature*

Ridge Mazingo (phv208402)
*Printed name and bar number*

Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

*Address*

rmazingo@motleyrice.com
*E-mail address*

(843) 216-9620
*Telephone number*

(843) 216-9430
*FAX number*