UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC,<br><br>Defendants. | Case No: 3:21-cv-00933-JAM<br><br>January 6, 2025 |

**JOINT STATUS REPORT**

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Shell Oil Company, Equilon Enterprises LLC d/b/a Shell Oil Products US, Shell Petroleum Inc., Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file this Joint Discovery Status Report, as directed in the Court's Orders of April 4, 2024, ECF 378, and Sept. 30, 2024, ECF 476 Tr. at 28:18. For the sake of brevity, the Parties incorporate by reference their prior Joint Discovery Status Reports. *See* ECF 383, 387, 402, 417, 421, 424, 427, 436, 443, 447, 455, 457, 458, 463, 477, 479, 483, 493, and 500.

**Discovery Status**

*Defendants' Document Production and CLF's Document Review*

1

The Parties continue to meet and confer regarding any outstanding issues related to ECF 372 compliance and additional document requests or productions.

*Privilege Logs*

The Parties continue to meet and confer regarding topics raised by CLF.

*Confidentiality Challenges*

On December 26, 2024, Defendants responded to CLF's first request from December 5 to de-designate 500 documents by agreeing to withdraw confidentiality from 31 documents and included their position on various factors considered in determining the confidential status of a document given certain circumstances and how the challenged documents align with those factors. The parties held a meet and confer on Monday, December 30, where CLF requested that Defendants identify the confidentiality claim category for each document and provide any additional "sub-categories" for each document based upon the factors Defendants included in their December 26 response. Defendants identified the confidentiality claim categories to CLF on a document-by-document basis on Friday, January 3, 2025, and agreed to withdraw confidentiality from an additional 5 documents. Defendants have requested a meet and confer to discuss Defendants' positions with the goal of minimizing any disagreements that will be brought to the Court.

In the December 30 meet and confer the Parties discussed sub-categories within which the disputed documents could fall in an effort to facilitate discussion and narrow the disputed issues. CLF identified the categories as (1) documents between Defendants and the government ("government communication confidentiality"), (2) documents allegedly "compiled for law enforcement purposes" ("security confidentiality"), (3) documents that self-assert their confidentiality within their contents ("self-asserting confidentiality"), and (4) communications

2

between Defendants and their consultants ("consultant confidentiality"). Defendants assert that all documents they have designated confidential in this matter hold that status because they fall within the express terms of the Protective Order. Any reference to sub-categories is for the purpose of attempting to narrow the issues but is not required to assess the adequacy of the designations. CLF disputes that Defendants have sufficiently justified the confidentiality of the remaining documents in this first batch of 500 and the parties are still discussing these objections in an attempt to narrow the issues in dispute. CLF sent a second request to de-designate 500 documents on December 20. The deadline for Defendants to object is January 14.

CLF intends to file a Motion to Modify the Standing Protective Order on Wednesday, January 8.

*Depositions*

The Parties met on December 10, 20, and 23, and January 6, 2025, to discuss scheduling of 30(b)(6) depositions and to discuss CLF's request for consent to take additional depositions. *See* ECF 497 at 4–5; ECF 500 at 3–4. As noted in the last status report, on December 23, CLF proposed withdrawing two fact depositions to narrow its request from six individuals to four individuals. ECF 500 at 4. Earlier today, Defendants offered to consent to the depositions of Sergio Jaramillo and Paul Verlaan with 7 hours allotted for each as well as a deposition of Pusp Naidu with a time limit of 3.5 hours if CLF drops its request for the other 3 deponents. CLF is willing to agree to this proposal. The Parties are continuing to meet and confer on this issue.

CLF issued a rule 45 subpoena to Shell Pipeline Company, Inc., a non-party, for the same set of 30(b)(6) topics the Parties agreed to for the Defendant 30(b)(6) depositions following the Court's ECF 373 Order. Shell Pipeline requested that CLF agree to an extension to respond to the

subpoena to January 10 and CLF agreed to this extension. The Parties are conferring about this topic.

Since November 2024, CLF has asked Defendants on multiple occasions to provide dates of availability for their 30(b)(6) witnesses. On January 2, Defendants indicated they would provide availability for their witnesses today. Defendants still have not done so. Defendants indicated in November that Defendants will make the 30(b)(6) witnesses available between January 15 and February 14 and will provide specific dates this week.

*Extending Fact Discovery Deadline*

Today, during a meet and confer, the Parties agreed in principle to extend the fact discovery deadline to March 31, 2025, and a corresponding extension to the expert discovery periods and will shortly be filing a motion with the Court to that effect.

Dated: January 6, 2025

Respectfully submitted,

*/s/ James Y. Meinert*
Alexandra M. Jordan (ct31466)
Zachary Manley (pvh207600)*
James Y. Meinert (ct31637)
Conservation Law Foundation, Inc.
62 Summer St
Boston, MA 02110
Tel: (617) 850-1748
Tel: (617) 850-1707
Tel: (617) 850-1477
E-mail: ajordan@clf.org
E-mail: zmanley@clf.org
E-mail: jmeinert@clf.org

Christopher M. Kilian (ct31122)
Kenneth J. Rumelt (phv207130)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602

*/s/ Rose H. Jones* (with permission)
Rose H. Jones
Hilgers Graben PLLC
1372 Peachtree Street, N.E.
19th Floor
Atlanta, GA 30309
T: (678) 229-1983
rjones@hilgersgraben.com

Antonio E. Lewis
King & Spalding, LLP
300 S Tryon Street
Suite 1700
Charlotte, NC 28202
(704) 503-2551
alewis@kslaw.com

Douglas A. Henderson

4

Tel: (802) 223-5992  
Tel: (802) 622-3020  
E-mail: ckilian@clf.org  
E-mail: krumelt@clf.org  

Ana McMonigle (ct31370)  
Conservation Law Foundation, Inc.  
195 Church Street  
Mezzanine Level, Suite B  
New Haven, CT 06510  
Tel: (203) 298-7692  
E-mail: amcmonigle@clf.org  

James Crowley (ct31319)  
Conservation Law Foundation, Inc.  
235 Promenade Street  
Suite 560, Mailbox 28  
Providence, RI 02908  
Tel: (401) 228-1905  
Email: jcrowely@clf.org  

Chance Raymond (ct31311)  
Chance the Lawyer, LLC  
650 Poydras Street  
Suite 1400 PMB #2574  
New Orleans, LA 70130  
Phone: 832-671-6381  
E-mail: chancethelawyer@gmail.com  

Linda Singer (phv208339)  
Elizabeth Smith  
401 9th St. NW, Suite 630  
Washington, DC 20004  
Tel: (202) 386-9626  
Tel: (202) 386-9627  
Email: lsinger@motleyrice.com  
Email: esmith@motleyrice.com  

Michael Pendell (ct27656)  
One Corporate Center  
20 Church St., 17th Floor  
Hartford, CT 06103  
Tel: (860) 218-2722  
Email: mpendell@motleyrice.com  

King & Spalding, LLP  
1180 Peachtree Street, N.E.  
Atlanta, GA 30309  
T: (404) 572-2769  
dhenderson@kslaw.com  

Anthony G. Papetti (phv206982)  
Beveridge & Diamond, P.C.  
825 Third Ave., 16th Floor  
New York, NY 10022  
T: (212) 702-5400  
F: (212) 702-5442  
apapetti@bdlaw.com  

Roy D. Prather III (phv206800)*  
Beveridge & Diamond, P.C.  
20 North Charles Street, Suite 2210  
Baltimore, MD 21201-4150  
T: 1.410.230.1305  
rprather@bdlaw.com  

James O. Craven (ct18790)  
WIGGIN AND DANA LLP  
One Century Tower  
265 Church Street  
P.O. Box 1832  
New Haven, CT 06508-1832  
T: (203) 498-4400  
F: (203) 782-2889  
jcraven@wiggin.com  

John S. Guttmann (ct25359)  
BEVERIDGE & DIAMOND, P.C.  
1900 N Street, NW, Suite 100  
Washington, DC 20036  
T: (202) 789-6020  
F: (202) 789-6190  
jguttmann@bdlaw.com  

Bina R. Reddy (phv20420)*  
BEVERIDGE &DIAMOND, P.C.  
400 West 15th Street  
Suite 1410  
Austin, TX 78701-1648  
T: (512) 391-8000  
F: (202) 789-6190

Ridge Mazingo
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9620
Email: rmazingo@motleyrice.com

*Attorneys for Plaintiff*
*Conservation Law Foundation, Inc.*
\**Admitted as Visiting Attorney*

breddy@bdlaw.com

*Counsel for Defendants*