**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> Defendants. | Case No: 3:21-cv-00933-JAM <br><br><br><br> January 8, 2025 |

## JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINES TO ACCOMMODATE ADDITIONAL DEPOSITIONS

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Shell Oil Company, Equilon Enterprises LLC d/b/a Shell Oil Products US, Shell Petroleum Inc., Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") hereby jointly move the Court to amend the Scheduling Order issued on October 1, 2024 (ECF 475). The parties respectfully request that the Court extend the deadline for the completion of fact discovery to March 31, 2025 to allow for the taking of additional depositions in the case, and to extend all expert deadlines accordingly. The Parties are not seeking the extension of written discovery past the current February 14, 2025 deadline, nor do they seek an extension of the dispositive motion or joint trial memorandum deadlines.

The Parties seek to extend the deadlines to allow adequate time for up to ten additional depositions to be scheduled and taken. On January 6, 2025, after multiple weeks of negotiations

between the Parties, Defendants consented to Plaintiff taking three additional fact depositions. There are five previously agreed upon 30(b)(6) depositions of Defendants' representatives that still must be scheduled and taken. Defendants have stated they will provide dates of availability for these representatives on or before January 10, 2025. There is one 30(b)(6) deposition of Plaintiff's representative that must be taken. Plaintiffs have provided dates of availability for the representative, and the Parties will continue to meet and confer to find an acceptable date for both Parties.

A court-ordered discovery schedule may be modified with the court's consent, for good cause shown. *See* Fed. R. Civ. P. 16(b)(4). As this Court has held, "[s]cheduling orders are not the Code of Hammurabi." *Coale v. Metro-N. R. Co*., No. 3:08-CV-01307 (CSH), 2009 WL 4881077, at *3 (D. Conn. Dec. 11, 2009). Extensions of discovery deadlines are routinely granted by this Court for good cause shown, particularly when such motions are unopposed. *See, e.g., Gilead Cmty. Servs., Inc. v. Town of Cromwell*, No. 3:17-CV-627-VAB, 2019 WL 935959, at *2 (D. Conn. Feb. 26, 2019) (noting Court granted the parties' joint motion to amend the scheduling order by extending discovery deadlines); *Benavidez v. Greenwich Hotel Ltd. P'ship*, No. 3:16-CV-191-VAB, 2019 WL 1230357, at *6 (D. Conn. Mar. 15, 2019) (noting discovery schedule was extended by several months on Nov. 23, 2016).

Given the number of depositions left outstanding and the likelihood of future motion practice, good cause exists for modifying the scheduling order, and the Parties respectfully request the Court modify the schedule as follows:

1. Depositions other than expert witness depositions shall be completed by **March 31, 2025**.

2. Fact discovery shall close on **March 31, 2025.**

3. The parties shall designate any trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) on any issues as to which they bear the burden of proof by **May 1, 2025**.

4. The parties shall designate any trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) on any issues as to which they do not bear the burden of proof by **June 9, 2025**.

5. Rebuttal expert reports, if any, shall be disclosed by **July 7, 2025**.

6. All expert witness depositions shall be completed by **August 11, 2025.**

7. Discovery will close on **August 11, 2025**.

8. Requests for admission shall be served by **August 15, 2025.**

9. Any motion related to preclusion of an expert must be filed on or before **September 1, 2025.**

Dated: January 8, 2025

Respectfully submitted,

*/s/ Ridge Mazingo*
Ridge Mazingo (phv208402)
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9620
Email: rmazingo@motleyrice.com

Michael Pendell (ct27656)
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Tel: (860) 218-2722
Email: mpendell@motleyrice.com

Linda Singer (phv208339)
Elizabeth Smith (phv208361)
401 9th St. NW, Suite 630
Washington, DC 20004

*/s/ Antonio E. Lewis*
Antonio E. Lewis
King & Spalding, LLP
300 S Tryon Street
Suite 1700
Charlotte, NC 28202
(704) 503-2551
alewis@kslaw.com

Rose H. Jones
Hilgers Graben PLLC
1372 Peachtree Street, N.E.
19th Floor
Atlanta, GA 30309
T: (678) 229-1983
rjones@hilgersgraben.com

Tel: (202) 386-9626
Tel: (202) 386-9627
Email: lsinger@motleyrice.com
Email: esmith@motleyrice.com

Alexandra M. Jordan (ct31466)
Zachary Manley (pvh207600)*
James Y. Meinert (ct31637)
Conservation Law Foundation, Inc.
62 Summer St
Boston, MA 02110
Tel: (617) 850-1748
Tel: (617) 850-1707
Tel: (617) 850-1477
E-mail: ajordan@clf.org
E-mail: zmanley@clf.org
E-mail: jmeinert@clf.org

Christopher M. Kilian (ct31122)
Kenneth J. Rumelt (pvh207130)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 223-5992
Tel: (802) 622-3020
E-mail: ckilian@clf.org
E-mail: krumelt@clf.org

Ana McMonigle (ct31370)
Conservation Law Foundation, Inc.
195 Church Street
Mezzanine Level, Suite B
New Haven, CT 06510
Tel: (203) 298-7692
E-mail: amcmonigle@clf.org

James Crowley (ct31319)
Conservation Law Foundation, Inc.
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI 02908
Tel: (401) 228-1905
Email: jcrowely@clf.org

Chance Raymond (ct31311)
Chance the Lawyer, LLC

Douglas A. Henderson
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 572-2769
dhenderson@kslaw.com

Anthony G. Papetti (phv206982)
Beveridge & Diamond, P.C.
825 Third Ave., 16th Floor
New York, NY 10022
T: (212) 702-5400
F: (212) 702-5442
apapetti@bdlaw.com

Roy D. Prather III (phv206800)*
Beveridge & Diamond, P.C.
20 North Charles Street, Suite 2210
Baltimore, MD 21201-4150
T: 1.410.230.1305
rprather@bdlaw.com

James O. Craven (ct18790)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: (203) 498-4400
F: (203) 782-2889
jcraven@wiggin.com

John S. Guttmann (ct25359)
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
T: (202) 789-6020
F: (202) 789-6190
jguttmann@bdlaw.com

Bina R. Reddy (phv20420)*
BEVERIDGE &DIAMOND, P.C.
400 West 15th Street
Suite 1410
Austin, TX 78701-1648
T: (512) 391-8000

650 Poydras Street
Suite 1400 PMB #2574
New Orleans, LA 70130
Phone: 832-671-6381
E-mail: chancethelawyer@gmail.com

*Attorneys for Plaintiff*
*Conservation Law Foundation, Inc*.

*Admitted as Visiting Attorney*

F: (202) 789-6190
breddy@bdlaw.com

*Counsel for Defendants*