UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Conservation Law Foundation, Inc., <br><br>     Plaintiff, <br><br> v. <br><br> Shell Oil Co., *et al.*, <br><br>     Defendants. | Civil No. 3:21-cv-00933 (JAM) <br><br><br> January 9, 2025 |

## JOINT PROPOSED SCHEDULING ORDER

Having reviewed the parties' Joint Motion for Extension of Discovery Deadlines to Accommodate Additional Depositions; the Court finds good cause to amend the existing scheduling order (ECF No. 475), and adopts the following schedule as reasonable and appropriate to serve the purposes of Fed. R. Civ. P. 1:

1. Depositions other than expert witness depositions shall be completed by March 31, 2025.

2. Fact discovery shall close on March 31, 2025.

3. The parties shall designate any trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) on any issues as to which they bear the burden of proof by May 1, 2025.

4. The parties shall designate any trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) on any issues as to which they do not bear the burden of proof by June 9, 2025.

5. Rebuttal expert reports, if any, shall be disclosed by July 7, 2025.

2

6. All expert witness depositions shall be completed by August 11, 2025.

7. Discovery will close on August 11, 2025.

8. Requests for admission shall be served by August 15, 2025.

9. Any motion related to preclusion of an expert must be filed on or before September 1, 2025.

10. Dispositive motions shall be filed on or before September 19, 2025.

11. If no dispositive motions are filed, the joint trial memorandum will be due on October 1, 2025. If any dispositive motions are filed, the joint trial memorandum will be due thirty days after the Court's decision on the last such motion.

So ordered this 9th day of January, 2025, at Hartford, Connecticut.

/s/ _____
Hon. Thomas O. Farrish
United States Magistrate Judge