# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC,<br><br>          Defendants. | Case No: 3:21-cv-00933-VDO<br><br><br><br>February 3, 2025 |

## JOINT STATUS REPORT

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Shell Oil Company, Equilon Enterprises LLC d/b/a Shell Oil Products US, Shell Petroleum Inc., Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file this Joint Discovery Status Report, as directed in the Court's Orders of April 4, 2024, ECF 378, and Sept. 30, 2024, ECF 476 Tr. at 28:18. For the sake of brevity, the Parties incorporate by reference their prior Joint Discovery Status Reports. *See* ECF 383, 387, 402, 417, 421, 424, 427, 436, 443, 447, 455, 457, 458, 463, 477, 479, 483, 493, 500, 503 and 511.

**Discovery Status**

*Defendants' Document Production and CLF's Document Review*

The Parties continue to meet and confer regarding any outstanding issues related to ECF 372 compliance and additional document requests or productions.

*Confidentiality Designation Dispute*

CLF provided Defendants, on January 17, 2025, with a third batch of 500 documents requesting that Defendants withdraw their confidentiality designations.  As reported in the last Joint Status Report, ECF 511, the Parties are at an impasse regarding Defendants' confidentiality designations. The Parties believe the documents at issue fall into four primary categories. *See* ECF 511 at 2.  The categories cover 462 documents from CLF's first set of requests that Defendants allege justify their confidentiality designations and cover 454 documents from CLF's second requests.  Defendants have removed designation from 76 documents across the first and second sets of requests.  *See* ECF 503 at 2.  The Parties seek the Court's guidance for what materials would best assist resolution of the confidentiality designation dispute.  The Parties can provide two spreadsheets created by Defendants each listing the bates numbers of the 500 documents in that set for which CLF sought Defendants' withdrawal of confidentiality.  The spreadsheets list the categories of objections Defendants have made for each bates-numbered document as described in ECF 511 at 2.  The Parties do not have a joint proposal on how to submit exemplar documents to the Court.  CLF's proposal is that the Parties each provide a set number of exhibits per the four impasse category for the Court's consideration under seal with their briefs.  Defendants propose that the challenged documents are submitted for in-camera review, with supporting documentation, including, for example, appropriate affidavits. Defendants' position is that the in-camera submissions would need to include examples of documents within each disputed category, and a set of sub-categories Defendants are currently identifying.  The Parties agree they would apply the Court's guidance to the larger population of

documents in dispute.  The Parties hope that a ruling from the Court will streamline the Parties' use of the Standing Protective Order's confidentiality designation dispute process.

*Negotiated Agreement*

For the past several weeks, the parties have engaged in negotiations covering a variety of issues.  The parties report that they have now reached an agreement as follows:

- Dismissal of Shell USA, Inc. (f/k/a Shell Oil Company, Inc.), Shell Petroleum, Inc., and withdrawal of Shell Pipeline Company, Inc.  CLF will dismiss, with prejudice, Shell USA, Inc. and Shell Petroleum, Inc. CLF will also irrevocably withdraw its subpoena to non-party Shell Pipeline Company, Inc. ("Shell Pipeline") and will not proceed with any motion to amend its complaint to add Shell Pipeline as a party.  In exchange, Defendants agree to allow up to an additional 90 minutes for the 30(b)(6) depositions of designees Mike Sullivan and Brian Evans.[1] Defendants Equilon Enterprises LLC (d/b/a Shell Oil Products US), Triton Terminaling LLC, and Motiva Enterprises LLC shall remain as Defendants in this action as the owners and operators in control of the New Haven Terminal at issue in this case.

- Single deposition of Equilon Enterprises LLC d/b/a Shell Oil Products US ("Equilon"), Triton Terminaling LLC ("Triton") and Motiva Enterprises LLC ("Motiva").  The parties agree that there will be a single deposition of Equilon,

---

[1] The fact of CLF's dismissal of Shell USA, Shell Petroleum, and withdrawal of the Shell Pipeline subpoena shall not be affirmatively referenced or used by any party in any argument related to the matter pending in Rhode Island, *Conservation Law Foundation, Inc. v. Shell Oil Products US, et al.*, No: 1:17-cv-396 (D.R.I.).

Triton, and Movita[2] that will count in, and be used in, both <u>this matter</u> and <u>the case parallel case pending in Rhode Island (</u>*Conservation Law Foundation, Inc. v. Shell Oil Products US, et al.*<u>, No: 1:17-cv-396 (D.R.I.))</u>.[3]

- <u>Use of materials produced in this action in the parallel Rhode Island matter.</u>  The parties will be allowed to use all discovery produced in this action and the Rhode Island matter in either case.  However, those documents will remain subject to their respective protective order, except all materials would remain available until resolution of both matters, after which all materials produced in this action will be disposed of per the applicable protective order.

*Depositions*

The Court granted the Parties' Joint Motion for Extension of Discovery Deadlines, extending the deadline for depositions other than expert witness depositions to on or before March 31, 2025 (ECF 507).  As noted in the last status report, Defendants consented to the depositions of Sergio Jaramillo and Paul Verlaan with 7 hours allotted for each as well as a deposition of Pusp Naidu with a time limit of 3.5 hours.  The Parties are conferring on dates for these depositions. Depositions of two of Defendants' 30(b)(6) witnesses are scheduled and occurring this week and next week. The Parties have submitted letter briefs regarding Defendants' notice of 30(b)(6) deposition topics for CLF.  *See* ECF 519, 520.

---

[2] Motiva will provide a separate witness to address 30(b)(6) topics implicating the time period after May 2017 as previously discussed amongst the parties.

[3] There will be a separate Rhode Island deposition limited to Providence terminal specific topics and any later produced documents after resolution of the pending Rhode Island discovery motions.

4

Dated: February 3, 2025

Respectfully submitted,

*/s/  James Y. Meinert*
Alexandra M. Jordan (ct31466)
Zachary Manley (pvh207600)*
James Y. Meinert (ct31637)
Conservation Law Foundation, Inc.
62 Summer St
Boston, MA 02110
Tel: (617) 850-1748
Tel: (617) 850-1707
Tel: (617) 850-1477
E-mail: ajordan@clf.org
E-mail: zmanley@clf.org
E-mail: jmeinert@clf.org

Christopher M. Kilian (ct31122)
Kenneth J. Rumelt (phv207130)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 223-5992
Tel: (802) 622-3020
E-mail: ckilian@clf.org
E-mail: krumelt@clf.org

Ana McMonigle (ct31370)
Conservation Law Foundation, Inc.
195 Church Street
Mezzanine Level, Suite B
New Haven, CT 06510
Tel: (203) 298-7692
E-mail: amcmonigle@clf.org

James Crowley (ct31319)
Conservation Law Foundation, Inc.
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI 02908
Tel: (401) 228-1905
Email: jcrowely@clf.org

Chance Raymond (ct31311)
Chance the Lawyer, LLC
650 Poydras Street

*/s/ Rose H. Jones* (with permission)
Rose H. Jones
Hilgers Graben PLLC
1372 Peachtree Street, N.E.
19th Floor
Atlanta, GA 30309
T: (678) 229-1983
rjones@hilgersgraben.com

Antonio E. Lewis
King & Spalding, LLP
300 S Tryon Street
Suite 1700
Charlotte, NC 28202
(704) 503-2551
alewis@kslaw.com

Douglas A. Henderson
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 572-2769
dhenderson@kslaw.com

Anthony G. Papetti (phv206982)
Beveridge & Diamond, P.C.
825 Third Ave., 16th Floor
New York, NY 10022
T: (212) 702-5400
F: (212) 702-5442
apapetti@bdlaw.com

Roy D. Prather III (phv206800)*
Beveridge & Diamond, P.C.
20 North Charles Street, Suite 2210
Baltimore, MD 21201-4150
T: 1.410.230.1305
rprather@bdlaw.com

James O. Craven (ct18790)
WIGGIN AND DANA LLP
One Century Tower

Suite 1400 PMB #2574
New Orleans, LA 70130
Phone: 832-671-6381
E-mail: chancethelawyer@gmail.com

Linda Singer (phv208339)
Elizabeth Smith
401 9th St. NW, Suite 630
Washington, DC 20004
Tel: (202) 386-9626
Tel: (202) 386-9627
Email: lsinger@motleyrice.com
Email: esmith@motleyrice.com

Michael Pendell (ct27656)
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Tel: (860) 218-2722
Email: mpendell@motleyrice.com

Ridge Mazingo
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9620
Email: rmazingo@motleyrice.com

*Attorneys for Plaintiff*
*Conservation Law Foundation, Inc.*
*Admitted as Visiting Attorney*

265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: (203) 498-4400
F: (203) 782-2889
jcraven@wiggin.com

John S. Guttmann (ct25359)
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
T: (202) 789-6020
F: (202) 789-6190
jguttmann@bdlaw.com

Bina R. Reddy (phv20420)*
BEVERIDGE &DIAMOND, P.C.
400 West 15th Street
Suite 1410
Austin, TX 78701-1648
T: (512) 391-8000
F: (202) 789-6190
breddy@bdlaw.com

*Counsel for Defendants*