AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| Conservation Law Foundation, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:21-cv-00933-VDO |
| Shell Oil Company et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Conservation Law Foundation, Inc.                                                                                      .

Date:     02/07/2025

/s/ Vincent Greene
*Attorney's signature*

Vincent Greene (phv208487)
*Printed name and bar number*
Motley Rice LLC
40 Westminster St., 5th Floor
Providence, RI 02903

*Address*

vgreene@motleyrice.com
*E-mail address*

(401) 457-7730
*Telephone number*

(401) 457-7708
*FAX number*