Civil- (Dec-2008)

HONORABLE: T. O. Farrish
DEPUTY CLERK R. K. Wood
RPTR/ECRO/TAPE Court Smart
TOTAL TIME: ___ hours 24 minutes
DATE: 2/7/25    START TIME: 4:04 p.m.    END TIME: 4:28 p.m.
LUNCH RECESS    FROM: ___ TO: ___
RECESS (if more than ½ hr)    FROM: ___ TO: ___

CIVIL NO. 3:21CV933 (VDO)

Conservation Law Foundation, Inc.        E. Smith, J. Meinert, A. McMonigle
                                         Plaintiff's Counsel
vs
Shell Oil Company, et al.                A. Lewis, J. Craven, V. Green, R. Jones
                                         Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing

☐ …..#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..     Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..     Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..     Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..     Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..     ☐ Briefs(s) due ____  ☐ Proposed Findings due ____  Response due ____
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____ Hearing continued until _____ at _____

Notes: Telephonic discovery conference held.