IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> *Defendants*. | Civil Action No. 3:21-cv-00933-VDO |

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Conservation Law Foundation, Inc. and Defendants Shell Oil Company, Equilon Enterprises LLC (d/b/a Shell Oil Products US), Shell Petroleum Inc., Triton Terminaling LLC, Motiva Enterprises LLC, and Shell Petroleum, Inc. hereby stipulate and jointly notice that this action is voluntarily dismissed, with prejudice, as to Defendants Shell Oil Company and Shell Petroleum, Inc. only.

Defendants Equilon Enterprises LLC (d/b/a Shell Oil Products US), Triton Terminaling LLC, and Motiva Enterprises LLC shall remain as Defendants in this action as the owners and operators in control of the New Haven Terminal at issue in this case. CLF has agreed to irrevocably withdraw its subpoena to Shell Pipeline Company LP (SPLC) and to not proceed with any motion to amend the Complaint in this case to add SPLC as a party. In exchange, Defendants agreed to allow up to an additional 90 minutes for each of the 30(b)(6) depositions of

Mike Sullivan and Brian Evans. The absence of Shell USA, Shell Petroleum, and Shell Pipeline in the CT matter shall not be affirmatively referenced or used in support of any defense in any matter including *Conservation Law Foundation v. Equilon Enterprises LLC et al.* 1:17-cv-00396-WES-LDA ("Rhode Island Litigation").

    The Parties agreed that, with regard to this case, there will be a single 30(b)(6) deposition of Motiva Enterprises LLC, Equilon Enterprises LLC, and Triton Terminaling LLC of Mike Sullivan on Plaintiff's prior noticed topics 3(a) and 3(f), 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 22, 25, 28, and 29; a single 30(b)(6) deposition of Brian Evans for topics 1, 2, 3(b), 3(c), 3(d), 3(e), 3(g) 3(h), 3(i), 3(j), 21, 23, 24, 26, 27, 29, 30, 31, 32, 33, and 34; and a single 30(b)(6) deposition for Motiva Enterprises LLC regarding issues after Motiva Enterprises LLC divested ownership interest of the terminal in 2017 for noticed topics 7, 15, 26, 29, 30. These 30(b)(6) depositions will count in both this case and, for topics that are broadly applicable to both companies, in the Rhode Island litigation. With regard to the Rhode Island litigation, there will be an additional 30(b)(6) deposition of Motiva Enterprises LLC, Equilon Enterprises LLC, and Triton Terminaling LLC limited to terminal specific topics and any later produced documents. The Parties are allowed to use all discovery produced in this case in the Rhode Island litigation and vice-versa; however, documents will remain subject to their respective protective orders in each matter, except all materials will remain available until the resolution of both matters, after which all material produced in this case will be destroyed pursuant to the Standing Protective Order in this case.

Dated: February 11, 2025

Respectfully submitted,

*/s/Ridge Mazingo*
Ridge Mazingo (phv208402)
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9620
Email: rmazingo@motleyrice.com

Alexandra M. Jordan (ct31466)
Zachary Manley (pvh207600)*
James Y. Meinert (ct31637)
Conservation Law Foundation, Inc.
62 Summer St
Boston, MA 02110
Tel: (617) 850-1748
Tel: (617) 850-1707
Tel: (617) 850-1477
E-mail: ajordan@clf.org
E-mail: zmanley@clf.org
E-mail: jmeinert@clf.org

Christopher M. Kilian (ct31122)
Kenneth J. Rumelt (phv207130)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 223-5992
Tel: (802) 622-3020
E-mail: ckilian@clf.org
E-mail: krumelt@clf.org

Ana McMonigle (ct31370)
Conservation Law Foundation, Inc.
195 Church Street
Mezzanine Level, Suite B
New Haven, CT 06510
Tel: (203) 298-7692
E-mail: amcmonigle@clf.org

James Crowley (ct31319)
Conservation Law Foundation, Inc.
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI 02908
Tel: (401) 228-1905
Email: jcrowely@clf.org

*/s/Antonio Lewis*
Antonio E. Lewis
King & Spalding, LLP
300 S Tryon Street
Suite 1700
Charlotte, NC 28202
(704) 503-2551
alewis@kslaw.com

Rose H. Jones
Hilgers Graben PLLC
1372 Peachtree Street, N.E.
19th Floor
Atlanta, GA 30309
T: (678) 229-1983
rjones@hilgersgraben.com

Douglas A. Henderson
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 572-2769
dhenderson@kslaw.com

Anthony G. Papetti (phv206982)
Beveridge & Diamond, P.C.
825 Third Ave., 16th Floor
New York, NY 10022
T: (212) 702-5400
F: (212) 702-5442
apapetti@bdlaw.com

Roy D. Prather III (phv206800)*
Beveridge & Diamond, P.C.
20 North Charles Street, Suite 2210
Baltimore, MD 21201-4150
T: 1.410.230.1305
rprather@bdlaw.com

James O. Craven (ct18790)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: (203) 498-4400

Chance Raymond (ct31311)
Chance the Lawyer, LLC
650 Poydras Street
Suite 1400 PMB #2574
New Orleans, LA 70130
Phone: 832-671-6381
E-mail: chancethelawyer@gmail.com

Linda Singer (phv208339)
Elizabeth Smith
401 9th St. NW, Suite 630
Washington, DC 20004
Tel: (202) 386-9626
Tel: (202) 386-9627
Email: lsinger@motleyrice.com
Email: esmith@motleyrice.com

Michael Pendell (ct27656)
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Tel: (860) 218-2722
Email: mpendell@motleyrice.com


*Attorneys for Plaintiff*
*Conservation Law Foundation, Inc*.
*\*Admitted as Visiting Attorney*

F: (203) 782-2889
jcraven@wiggin.com

John S. Guttmann (ct25359)
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
T: (202) 789-6020
F: (202) 789-6190
jguttmann@bdlaw.com

Bina R. Reddy (phv20420)*
BEVERIDGE &DIAMOND, P.C.
400 West 15th Street
Suite 1410
Austin, TX 78701-1648
T: (512) 391-8000
F: (202) 789-6190
breddy@bdlaw.com

*Counsel for Defendants*