UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> Defendants. | Case No: 3:21-cv-00933-VDO <br><br><br> February 14, 2025 |

## JOINT STATUS REPORT

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Equilon Enterprises LLC d/b/a Shell Oil Products US, Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file this Joint Discovery Status Report, as directed in the Court's Orders of April 4, 2024, ECF 378, and Sept. 30, 2024, ECF 476 Tr. at 28:18. For the sake of brevity, the Parties incorporate by reference their prior Joint Discovery Status Reports. *See* ECF 383, 387, 402, 417, 421, 424, 427, 436, 443, 447, 455, 457, 458, 463, 477, 479, 483, 493, 500, 503, 511 and 521.

**Discovery Status**

*Defendants' Document Production and CLF's Document Review*

1

The Parties continue to meet and confer regarding any outstanding issues related to ECF 372 compliance and additional document requests or productions.

*Confidentiality Designation Dispute*

Per the Court's request, the Parties held meet and confers on February 11, 12 and 13th regarding CLF's requests that Defendants withdraw their confidentiality designations on 1,500 documents. In the February 11 meet and confer, and in emails prior to, Defendants identified 9 subcategories of documents. The Parties discussed these subcategories and CLF requested the factual assertions that would be made through affidavit to support any claim of proprietary business information. Defendants are in the process of considering and gathering information for this request. In an effort to resolve this dispute, Defendants' continue to evaluate documents to determine if any additional documents should be de-designated, including documents or emails maintained internally and those shared with and among consultants.

Additionally, Defendants agreed to de-designate 327 documents relating to communications with, and documents provided to, state and federal agencies. Defendants are still considering their confidentiality claim on the remaining documents related to communications with government agencies to identify additional documents for potential de-designation, in whole or in part. To date, Defendants have agreed to de-designate 426 of the 1,500 documents. CLF has agreed to withdraw their confidentiality de-designation request for 35 documents where environmental information CLF believes cannot be claimed as confidential under federal environmental laws was present alongside other information Defendants claim is proprietary business information. The Parties believe some additional time will be productive to continue to work through the remaining documents and further narrow the scope of the dispute. The parties jointly propose that they continue to meet and confer on the remaining documents and report to

2

the Court on issues where the Parties have reached an impasse no later than March 3, the due date of the Parties next joint status report.

*Negotiated Agreement*

The parties previously reported their negotiated agreement on several issues, including (1) the dismissal of Shell USA, Inc. (f/k/a Shell Oil Company, Inc.), Shell Petroleum, Inc., and the withdrawal of Shell Pipeline Company, Inc.; (2) a single deposition of Equilon Enterprises LLC d/b/a Shell Oil Products US ("Equilon"), Triton Terminaling LLC ("Triton") and Motiva Enterprises LLC ("Motiva")[1]; and (3) use of materials produced in this action in the parallel Rhode Island matter. On February 11, 2025, Plaintiff filed a Stipulation of Dismissal of Shell Oil Company and Shell Petroleum, Inc. ECF 527. The Court entered its Order regarding the Stipulation of Dismissal on February 13, 2025. ECF 529.

*Depositions*

The Parties are conferring on dates for outstanding depositions. Plaintiff conducted the 30(b)(6) deposition of Mike Sullivan on February 6, 2024, which is now complete. Plaintiff began then suspended the 30(b)(6) deposition of Brian Evans on February 12, 2024, and the Parties dispute whether Mr. Evans' deposition is now complete. The Parties anticipate that Court intervention may be necessary to resolve the dispute once the transcript has been received. The Parties have scheduled March 20th and 26th for Plaintiff to take the fact witness depositions of Paul Verlaan and Pusp Naidu respectively. The Parties continue to confer on dates for the fact witness deposition of Sergio Jaramillo and the 30(b)(6) depositions of Motiva and Plaintiff.

---

[1] There will be a separate Rhode Island deposition limited to Providence terminal specific topics and any later produced documents after resolution of the pending Rhode Island discovery motions.

The Parties continue to confer on the topics for Defendants' notice of 30(b)(6) deposition of CLF, as directed by the Court. *See* ECF 528. CLF served its initial objections to Defendants on February 14, 2025, and will serve its remaining objections on February 18, 2025. The Parties are conferring on February 20, 2025, and will file any necessary briefing by February 25, 2025, per the Court's order granting the Parties' request for an extension of time, see ECF 531.

Dated: February 14, 2025

Respectfully submitted,

<div style="display: flex">

*/s/ James Y. Meinert*
Alexandra M. Jordan (ct31466)
Zachary Manley (pvh207600)*
James Y. Meinert (ct31637)
Conservation Law Foundation, Inc.
62 Summer St
Boston, MA 02110
Tel: (617) 850-1748
Tel: (617) 850-1707
Tel: (617) 850-1477
E-mail: ajordan@clf.org
E-mail: zmanley@clf.org
E-mail: jmeinert@clf.org

Christopher M. Kilian (ct31122)
Kenneth J. Rumelt (phv207130)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 223-5992
Tel: (802) 622-3020
E-mail: ckilian@clf.org
E-mail: krumelt@clf.org

Ana McMonigle (ct31370)
Conservation Law Foundation, Inc.
195 Church Street
Mezzanine Level, Suite B
New Haven, CT 06510
Tel: (203) 298-7692
E-mail: amcmonigle@clf.org

*/s/ Rose H. Jones* (with permission)
Rose H. Jones
Hilgers Graben PLLC
1372 Peachtree Street, N.E.
19th Floor
Atlanta, GA 30309
T: (678) 229-1983
rjones@hilgersgraben.com

Antonio E. Lewis
King & Spalding, LLP
300 S Tryon Street
Suite 1700
Charlotte, NC 28202
(704) 503-2551
alewis@kslaw.com

Douglas A. Henderson
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 572-2769
dhenderson@kslaw.com

Anthony G. Papetti (phv206982)
Beveridge & Diamond, P.C.
825 Third Ave., 16th Floor
New York, NY 10022
T: (212) 702-5400
F: (212) 702-5442

</div>

James Crowley (ct31319)
Conservation Law Foundation, Inc.
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI 02908
Tel: (401) 228-1905
Email: jcrowely@clf.org

Chance Raymond (ct31311)
Chance the Lawyer, LLC
650 Poydras Street
Suite 1400 PMB #2574
New Orleans, LA 70130
Phone: 832-671-6381
E-mail: chancethelawyer@gmail.com

Linda Singer (phv208339)
Elizabeth Smith
401 9th St. NW, Suite 630
Washington, DC 20004
Tel: (202) 386-9626
Tel: (202) 386-9627
Email: lsinger@motleyrice.com
Email: esmith@motleyrice.com

Michael Pendell (ct27656)
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Tel: (860) 218-2722
Email: mpendell@motleyrice.com

Ridge Mazingo
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9620
Email: rmazingo@motleyrice.com

*Attorneys for Plaintiff*
*Conservation Law Foundation, Inc.*
*\*Admitted as Visiting Attorney*

apapetti@bdlaw.com

Roy D. Prather III (phv206800)*
Beveridge & Diamond, P.C.
20 North Charles Street, Suite 2210
Baltimore, MD 21201-4150
T: 1.410.230.1305
rprather@bdlaw.com

James O. Craven (ct18790)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: (203) 498-4400
F: (203) 782-2889
jcraven@wiggin.com

John S. Guttmann (ct25359)
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
T: (202) 789-6020
F: (202) 789-6190
jguttmann@bdlaw.com

Bina R. Reddy (phv20420)*
BEVERIDGE &DIAMOND, P.C.
400 West 15th Street
Suite 1410
Austin, TX 78701-1648
T: (512) 391-8000
F: (202) 789-6190
breddy@bdlaw.com

*Counsel for Defendants*

5