| Amended Topic No. | Amended Notice Topic (served Feb. 12, 2025) | New Topic No.(s) | Corresponding New Notice Topic(s) (served Jan. 21, 2025) |
|---|---|---|---|
| 1 | Information about Your organization, including without limitation (a) Your organizational mission and purpose; (b) the criteria for membership into Your organization and members' roles within Your organization; and (c) Your organizational structure. | New Topic 1 | Information about Your organization, including without limitation (a) Your organizational mission and purpose; (b) the criteria for membership into Your organization and members' roles within Your organization; and (c) Your organizational structure. |
| 2 | Your factual knowledge or information Related to the standing of CLF as an association or its members to bring this Litigation against Defendants. | New Topic 4 | Your factual knowledge or information Related to the standing of CLF as an association or its members to bring this Litigation against Defendants. |
|  |  | New Topic 63 | Your factual knowledge or information on the standing of CLF as an association to bring this lawsuit against Defendants. |
| 3 | Your factual investigation preceding the filing of Your complaint on July 7, 2021, and Facts known to You regarding the Terminal prior to the filing of this lawsuit. | New Topic 3 | Your factual investigation preceding the filing of Your complaint on July 7, 2021, and Facts known to You regarding the Terminal prior to the filing of this lawsuit. |
| 4 | The factual basis for Your allegations in Your July 28, 2020 Notice of Intent to File Suit letter; February 17, 2021 Supplemental Notice of Intent to File Suit letter; and in Your Complaint, filed February 11, 2022, including without limitation the following paragraphs [list omitted for space]. | New Topic 2 | Your July 28, 2020 Notice of Intent to File Suit and February 17, 2021 Supplemental Notice of Intent to File Suit letters relating to the Terminal, and any responses thereto. |
|  |  | New Topic 6 | The factual bases for Your allegations in Your Complaint, filed February 11, 2022, including without limitation, paragraphs: [list omitted for space]. |
|  |  | New Topic 20 | Factual basis and regulatory basis for Your contention that the Terminal was not designed, maintained, or operated in a manner to address conditions or risks resulting from Adverse Weather Events. |

| Amended Topic No. | Amended Notice Topic (served Feb. 12, 2025) | New Topic No.(s) | Corresponding New Notice Topic(s) (served Jan. 21, 2025) |
|---|---|---|---|
| 5 | Your factual knowledge of the General 2018 Permit, the General 2021 Permit, and the Draft DEEP General Permit. | New Topic 11 | Your factual knowledge or information on the General 2018 Permit and the General 2021 Permit that applies to the Facility. |
| | | New Topic 12 | Your factual knowledge, information or understanding of the Draft DEEP General Permit. |
| 6 | Factual basis and regulatory basis for Your contention that the Terminal, including but not limited to the SWPPP for the Terminal, was or is deficient or otherwise in violation of: The General 2018 Permit, The General 2021 Permit, The Draft DEEP General Permit, Any NPDES Permit, **The EPA MSGP**.[1] | New Topic 13 | Factual basis and regulatory basis for Your contention that the SWPPP for the Terminal was deficient or otherwise in violation of the General 2018 Permit. |
| | | New Topic 14 | Factual basis and regulatory basis for Your contention that the SWPPP for the Terminal was deficient or otherwise in violation of the General 2021 Permit. |
| | | New Topic 15 | Factual basis and regulatory basis for Your contention that the Terminal is or has been in violation of the General 2018 Permit. |
| | | New Topic 16 | Factual basis and regulatory basis for Your contention that the Terminal is or has been in violation of the General 2021 Permit. |
| | | New Topic 21 | Factual basis and regulatory basis for Your contention that SWPPP for the Terminal is deficient or otherwise in violation of any NPDES Permit, EPA MSGP, General 2018 Permit, General 2021 Permit, or Draft DEEP General Permit. |

---

[1] Defendants' New Notice defined "EPA MSGP" as:
    the United States Environmental Protection Agency's ("EPA") Multi-Sector General Permit ("MSGP") for Stormwater Discharges from Industrial Activities, effective September 29, 2021, as described in: https://www.epa.gov/npdes/stormwater-discharges-industrial-activities-epas-2021-msgp

Defendants' Amended Notice defined "EPA MSGP" as:
    both: (1) the United States Environmental Protection Agency's ("EPA") Multi-Sector General Permit ("MSGP") for Stormwater Discharges from Industrial Activities, effective September 29, 2021, as described in https://www.epa.gov/npdes/stormwater-discharges-industrial-activities-epas-2021-msgp ; and (2) the EPA proposed 2026 MSGP that is open for public comment through April 4, 2025, as described in: https://www.epa.gov/npdes/stormwater-discharges-industrial-activities-epas-proposed-2026-msgp

The proposed 2026 MSGP was released by EPA on December 13, 2024, and therefore was known to Defendants at the time they served CLF with the New Notice.

| Amended Topic No. | Amended Notice Topic (served Feb. 12, 2025) | New Topic No.(s) | Corresponding New Notice Topic(s) (served Jan. 21, 2025) |
|---|---|---|---|
| 7 | Your factual knowledge of whether CT DEEP or any other federal, state, or local law or regulation required or requires consideration of Adverse Weather Events, including but not limited to, development of a "climate change vulnerability risk assessment" or other similar risk assessment of Adverse Weather Events, in the development of a SWPPP under the General 2018 Permit, General 2021 Permit, or the Draft DEEP General Permit, including the CT DEEP document, Guidance Document for Preparing a Stormwater Pollution Prevention Plan dated March 2011 and other CT DEEP guidance for preparing SWPPPs. | New Topic 27　　　　　　　　New Topic 28　　　　　　　　New Topic 44 | Your information and understanding on whether CT DEEP required or requires consideration of Adverse Weather Events in the development of a SWPPP under the General 2018 Permit or General 2021 Permit.　　　　Your information and understanding of the CT DEEP document, Guidance Document for Preparing a Stormwater Pollution Prevention Plan dated March 2011, or other CT DEEP guidance for preparing SWPPPs in accordance with CT DEEP requirements.　　　　Your factual knowledge or regulatory basis on whether the New Haven Terminal was required to complete a "climate change vulnerability risk assessment" or other similar risk assessment of Adverse Weather Events at the Terminal under the Facility's General 2018 Permit, General 2021 Permit, the Draft DEEP General Permit, or any other federal, state, or local law or regulation. |
| 8 | Your factual knowledge or information regarding the generation, storage, or disposal of "hazardous waste," as defined in the RCRA, at the Terminal. | New Topic 36　　　　　　　　New Topic 53 | Your factual knowledge or information regarding the generation, storage, or disposal of "hazardous waste," as defined in the RCRA, at the Terminal.　　　　Your factual knowledge or information regarding the generation, storage, or disposal of "hazardous waste," as defined in the RCRA at the New Haven Terminal. |
| 9 | Your factual knowledge or information on the operational procedures, written procedures, and management practices developed, implemented and followed by the Terminal concerning emergency response or preparations for Adverse Weather Events, including but not limited to, the SPCC and FRP implemented at the Terminal. | New Topic 35　　　　　　　　New Topic 50 | Your factual knowledge or information of the SPCC and FRP implemented at the Terminal.　　　　Your factual knowledge or information on the operational procedures, written procedures, and management practices developed, implemented and followed by the Terminal concerning emergency response or preparations for Adverse Weather Events. |

| Amended Topic No. | Amended Notice Topic (served Feb. 12, 2025) | New Topic No.(s) | Corresponding New Notice Topic(s) (served Jan. 21, 2025) |
|---|---|---|---|
| 10 | Your factual <u>and regulatory knowledge</u> of CT DEEP requirements, guidance, policies, practices, or other materials related to the consideration of Adverse Weather Events under the General Permits for Industrial Stormwater for facilities in the State of Connecticut. | New Topic 47 | Your factual knowledge of CT DEEP requirements, guidance, policies, practices, or other materials related to the consideration of Adverse Weather Events under the General Permits for Industrial Stormwater for facilities in the State of Connecticut. |
| 11 | Your factual <u>and regulatory knowledge</u> or information on tanks, equipment, pipelines, valves, stormwater water management features, secondary containment, structural stability and design specifications of tanks, piping, structures, and related equipment at the New Haven Terminal. | New Topic 48 | Your factual knowledge or information on tanks, equipment, pipelines, valves, stormwater water management features, secondary containment, structural stability and design specifications of tanks, piping, structures, and related equipment at the New Haven Terminal. |
| 12 | Your factual knowledge of all Documents and Communications Related to environmental monitoring, environmental testing, sample collection, measurements, surveys, equipment dimensions, equipment specifications, metes and bounds measurements and descriptions, sample locations of soil, surface water and groundwater, hazardous waste storage locations, piping diagrams, and similar technical information on the Terminal. | New Topic 49 | Your factual knowledge of all Documents and Communications Related to environmental monitoring, environmental testing, sample collection, measurements, surveys, equipment dimensions, equipment specifications, metes and bounds measurements and descriptions, sample locations of soil, surface water and groundwater, hazardous waste storage locations, piping diagrams, and similar technical information on the Terminal. |
| 13 | Your factual knowledge of the EPA MSGP, including all EPA "fact sheets," "updated SWPPP template," "Sector P" requirements, and related documents and information on the **EPA MSGP**. | New Topic 56 | Your factual knowledge of the EPA MSGP, including all EPA "fact sheets," "updated SWPPP template," "Sector P" requirements, and related documents and information on the EPA MSGP. |

| Amended Topic No. | Amended Notice Topic (served Feb. 12, 2025) | New Topic No.(s) | Corresponding New Notice Topic(s) (served Jan. 21, 2025) |
|---|---|---|---|
| 14 | Factual basis and regulatory requirements for Your understanding of what constitutes Best Management Practices ("BMPs"), Best Industry Practices ("BIPs"), and Good Engineering Practices ("GEPs") as those terms are used under the CWA for industrial stormwater permit compliance and the preparation of SWPPP under the CWA or state law for the New Haven Terminal, including but not limited to, whether BMPs, BIPs, and GEPs require analysis or consideration of Adverse Weather Events. | New Topic 17<br><br>New Topic 18 | Factual basis and regulatory requirements for Your understanding of what constitutes Best Management Practices ("BMPs"), Best Industry Practices ("BIPs"), and Good Engineering Practices ("GEPs") as those terms are used under the CWA for industrial stormwater permit compliance and the preparation of SWPPP under the CWA or state law for the New Haven Terminal.<br><br>Factual basis and regulatory basis for your contention that BMPs, BIPs, and GEPs require analysis or consideration of Adverse Weather Events, including without limitation a 500-year flood. |
| 15 | Factual basis and regulatory basis for Your contention that Shell has not acted in accordance with BMPs, BIPs and GEPs in the design, maintenance, and operation of the SWPPP for the New Haven Terminal, including but not limited to, any climate adaptation or climate resilience measures to address Adverse Weather Events that You contend should have been implemented but have not been implemented at the New Haven Terminal. | New Topic 19<br><br>New Topic 29 | Factual basis and regulatory basis for Your contention that Shell has not acted in accordance with BMPs, BIPs and GEPs in the design, maintenance, and operation of the SWPPP for the New Haven Terminal.<br><br>Your internal materials, documents, and information concerning climate adaptation or climate resilience measures to address Adverse Weather Events that should have been implemented but have not been implemented at the New Haven Terminal. |
| 16 | Your information and understanding of the "control measures that are technologically available and economically practicable and achievable in light of best industry practice" (as that phrase is used in Your Complaint, ¶ 193) to minimize the discharge of industrial stormwater at the New Haven Terminal. | New Topic 26 | Your information and understanding of the "control measures that are technologically available and economically practicable and achievable in light of best industry practice" (as that phrase is used in Your Complaint, ¶ 193) to minimize the discharge of industrial stormwater at the New Haven Terminal. |

| Amended Topic No. | Amended Notice Topic (served Feb. 12, 2025) | New Topic No.(s) | Corresponding New Notice Topic(s) (served Jan. 21, 2025) |
|---|---|---|---|
| 17 | Your factual knowledge, understanding and information of any policies, guidelines, guidance, standards, recommendations, policies or practices developed or adopted by the American Society of Civil Engineers, the American Society of Mechanical Engineers, the American Society for Chemical Engineers, the American Petroleum Institute or other professional society, trade organization or other standards organization which requires or recommends consideration or analysis of Adverse Weather Events in industrial stormwater permit compliance or development and implementation of SWPPPs. | New Topic 33 | Your factual knowledge, understanding and information of any policies, guidelines, guidance, standards, recommendations, policies or practices developed or adopted by the American Society of Civil Engineers, the American Society of Mechanical Engineers, the American Society for Chemical Engineers, the American Petroleum Institute or other professional society, trade organization or other standards organization which requires or recommends consideration or analysis of Adverse Weather Events in industrial stormwater permit compliance or development and implementation of SWPPPs. |
| 18 | Your factual knowledge of any federal, state, or local notices of violation, notices of non-compliance, citations, enforcement actions, stop work orders, or similar enforcement against the New Haven Terminal by either EPA, CT DEEP, or any other federal, state, or local governmental agency or entity. | New Topic 25 | Your factual knowledge, information, or criticisms of any federal, state, or local notices of violation, notices of non-compliance, citations, enforcement actions, stop work orders, or similar enforcement against the New Haven Terminal by EPA, CT DEEP, or any other federal, state, or local governmental agency or entity. |

| Amended Topic No. | Amended Notice Topic (served Feb. 12, 2025) | New Topic No.(s) | Corresponding New Notice Topic(s) (served Jan. 21, 2025) |
|---|---|---|---|
| 19 | Your factual knowledge or information on any violations of the CWA, the RCRA, the Coastal Management Act, or other federal, state or local laws, regulations or ordinances at the New Haven Terminal. | New Topic 22 | Factual basis and regulatory basis for Your contention there have been unpermitted discharges of "pollutants" as that term is defined in the CWA or discharges of stormwater from the New Haven Terminal. |
| | | New Topic 23 | Factual basis and regulatory basis for Your contention there have been unpermitted discharges of "non-stormwater," as that term is defined and used by CLF in Your Complaint, from the New Haven Terminal. |
| | | New Topic 24 | Factual basis and regulatory basis for Your contention there have been unpermitted discharges of "non-stormwater," as that term is defined and used by CLF in Your Complaint, includes storm surges, sea level rise, flooding and other discharges associated with Adverse Weather Events from the Terminal. |
| | | New Topic 34 | Your factual knowledge or information on any violations of the CWA, the RCRA, the Coastal Management Act, or other federal, state or local laws, regulations or ordinances at the New Haven Terminal. |
| | | New Topic 54 | Your factual knowledge or information regarding any regarding any releases or spills of "hazardous wastes," as defined in the RCRA at the New Haven Terminal. |
| | | New Topic 55 | Your factual knowledge or information regarding any "imminent and substantial endangerment" as defined in the RCRA at the New Haven Terminal. |
| 20 | The factual basis for the affidavits filed by You in this Litigation. | New Topic 5 | The factual basis for the affidavits filed by You in this Litigation. |
| 21 | The search performed of Your files, business records, and archives for Documents responsive to Defendants' discovery requests in this Litigation. | New Topic 8 | The search performed of Your files, business records, and archives for Documents responsive to Defendants' discovery requests in this Litigation. |

| Amended Topic No. | Amended Notice Topic (served Feb. 12, 2025) | New Topic No.(s) | Corresponding New Notice Topic(s) (served Jan. 21, 2025) |
|---|---|---|---|
| 22 | Your answers and responses to all discovery requests served on You by Defendants in this Litigation. | New Topic 9 | Your answers and responses to all discovery requests served on You by Defendants in this Litigation. |
| 23 | Factual observations and photos made or taken by You or Your consultants during Your December 6, 2022 and August 15, 2024 site inspections of the Terminal. | New Topic 10 | Factual observations and photos made or taken by You or Your consultants during Your December 6, 2022 and August 15, 2024 site inspections of the Terminal. |
| 24 | Your Communications with EPA, CT DEEP, or any other federal, state, or local governmental entity, representative, or authority concerning Defendants or the Terminal. | New Topic 61 | Your Communications with EPA, CT DEEP, or any other federal, state, or local governmental entity, representative, or authority concerning Defendants or the Terminal. |
| 25 | Your participation in the regulatory process and the notice and comment period Relating to the Connecticut General Permit for the Discharge of Stormwater Associated with Industrial Activity and the permit issued to Equilon Enterprises, LLC under registration number GSI002800. | New Topic 32<br><br>New Topic 62 | Your participation in the regulatory process or the notice and comment period Relating to the Connecticut General Permit for the Discharge of Stormwater Associated with Industrial Activity, or the permit issued to Equilon Enterprises, LLC under registration number GSI002800.<br><br>Your participation in the regulatory process, including but not limited to any Communications with federal, state, or local agencies Related to the claims asserted by You in this Litigation. |

| Amended Topic No. | Amended Notice Topic (served Feb. 12, 2025) | New Topic No.(s) | Corresponding New Notice Topic(s) (served Jan. 21, 2025) |
|---|---|---|---|
| 26 | Your written comments and communications with DEEP, EPA, or any other state or federal agency or entity related to the claims asserted by You in this Litigation, including but not limited to, comments and communications related to Your contentions on the scope and requirements of the General 2018 Permit, the General 2021 Permit, or the Draft DEEP General Permit, including the requirements for preparing and implementing a SWPPP under the General 2018 Permit, the General 2021 Permit, or the Draft DEEP General Permit. | New Topic 46 | Your written comments and communications with DEEP, EPA, or any other state or federal agency or entity, and your factual knowledge and regulatory basis for Your opinions on the scope and requirements of the General 2018 Permit, the General 2021 Permit, or the Draft DEEP General Permit, including the preparation and implementation of a SWPPP required by the General 2018 Permit, the General 2021 Permit, or the Draft DEEP General Permit. |
| 27 | Your comments on and Your communications, including any conversations or correspondence, with any representative of EPA, DEEP or any other state agency, on EPA's 2020 proposed MSGP for Stormwater Discharges from Industrial Activities, including but not limited to, Your comments or communications related to Your opinions on the scope and requirements of the **EPA MSGP**. | New Topic 57<br><br>New Topic 58 | Your comments on and Your communications, including any conversations or correspondence, with any representative of EPA, DEEP or any other state agency, on EPA's 2020 proposed MSGP for Stormwater Discharges from Industrial Activities.<br><br>Your written comments and communications any representative of EPA, DEEP or any other state agency, on, and your factual knowledge and regulatory basis for Your opinions on the scope and requirements of the EPA MSGP. |

| Amended Topic No. | Amended Notice Topic (served Feb. 12, 2025) | New Topic No.(s) | Corresponding New Notice Topic(s) (served Jan. 21, 2025) |
|---|---|---|---|
| 28 | Communications or correspondence (e.g., letters, presentations, speeches, meeting outlines, transcripts of the same, etc.) between You, Your employees, Your contractors, Your legal counsel, or Your representatives and any third parties (e.g., media, reporters, other environmental groups, state or federal agencies, etc.) Related to: The Terminal; This Litigation; BMPs described by (1) any NPDES permits, (2) the General Permits for Industrial Stormwater at the New Haven Terminal, or (3) other industrial facilities, terminals, ports, or similar facilities' SWPPP; or Climate change, climate adaptation, climate resilience, and Adverse Weather Events. | New Topic 40 | Your communications or correspondence with third parties (e.g., media, reporters, other environmental groups, etc.) about the facts, issues, policies, and best management practices under NPDES permits or General Permits for Industrial Stormwater at the New Haven Terminal or other industrial facilities, terminals, ports, or similar facilities. |
| | | New Topic 41 | Your Communications or correspondence with third parties (e.g., media, reporters, other environmental groups, etc.) related to climate change, climate adaptation, climate resilience, and Adverse Weather Events to the extent they reference Defendants. |
| | | New Topic 42 | Your presentations, speeches, meeting outlines or transcripts of presentations given or presented by CLF or its employees, contractors, legal counsel or representatives to any third parties Related to climate change, climate adaptation, climate resilience, Adverse Weather Events, the Terminal, or this Litigation. |
| | | New Topic 60 | Any communications with reporters, writers, media representatives or third parties that involve the issues and allegations in this Litigation or the CLF claims or allegations in this Litigation. |
| 29 | Your programs, activities, and fundraising efforts Relating to Your "Holding Shell Accountable" campaign or other campaigns of Yours Relating to this Litigation, including any statements Relating to this Litigation in Your annual reports, and Communications with nonparties. | New Topic 37 | Your programs, activities, and fundraising efforts Relating to Your "Holding Shell Accountable" campaign or other campaigns of Yours Relating to this Litigation, including any statements Relating to this Litigation in Your annual reports, and Communications with non- parties. |

| Amended Topic No. | Amended Notice Topic (served Feb. 12, 2025) | New Topic No.(s) | Corresponding New Notice Topic(s) (served Jan. 21, 2025) |
|---|---|---|---|
| 30 | The factual bases for all public statements You have made regarding this litigation, including without limitation, statements reflected on Your website such as the video posted on November 5, 2021, titled "Why We're Holding Shell Oil Accountable for its Climate Change Impacts" and Your "Open Letter to the Bulk Petroleum Terminals in the Port of New Haven." | New Topic 38 | The factual bases for all public statements You have made regarding this litigation, including without limitation, statements reflected on Your website such as the video posted on November 5, 2021, titled "Why We're Holding Shell Oil Accountable for its Climate Change Impacts" and Your "Open Letter to the Bulk Petroleum Terminals in the Port of New Haven." |
| 31 | Your factual knowledge or information on any third parties with a financial or other interest (e.g., litigation funders, lenders, and similar parties) in this Litigation against Defendants, including the details of the interest and any Related agreements. | New Topic 59 | Your factual knowledge or information on any third parties with a financial or other interest (e.g., litigation funders, lenders, and similar parties) in this Litigation against Defendants, including the details of the interest and any Related agreements. |
| 32 | Your non-privileged communications with Quest Research & Investigations LLC ("QRI), consultants, organizations, people operating in their professional capacity, or individuals who have submitted declarations to support Your standing Relating to facts supporting or undermining Your claims and/or standing in this Litigation. | New Topic 39 | Your non-privileged communications with Quest Research & Investigations LLC ("QRI), consultants, organizations, people operating in their professional capacity, or individuals who have submitted declarations to support Your standing Relating to facts supporting or undermining Your claims and/or standing in this Litigation. |
| 33 | All relief, including without limitation injunctive relief, supplemental environmental projects, monetary and civil penalties, attorney fees and litigation expenses that You seek from Defendants through this Litigation. | New Topic 7 | All relief, including without limitation injunctive relief, supplemental environmental projects, monetary and civil penalties, attorney fees and litigation expenses that You seek from Defendants through this Litigation. |

| Amended Topic No. | Amended Notice Topic (served Feb. 12, 2025) | New Topic No.(s) | Corresponding New Notice Topic(s) (served Jan. 21, 2025) |
|---|---|---|---|
| 34 | Your factual knowledge of whether EPA has made any oral or written statements or issued any regulations, guidance, policies, or procedures that a permittee under any NPDES permit, any General Permit for Industrial Stormwater, or any SWPPP, should specifically address Adverse Weather Events under these permits or any SWPPP for the discharge of industrial stormwater. | New Topic 31 | Your factual knowledge or information on whether EPA has made any oral or written statements or issued any regulations, guidance, policies, or procedures that a permittee under any NPDES permit, any General Permit for Industrial Stormwater, or any SWPPP, should specifically address Adverse Weather Events under these permits or any SWPPP for the discharge of industrial stormwater. |
| 35 | Your factual knowledge or information of any NPDES Permits, General Permit, or any other state permits related to stormwater which specifically require a formal assessment of Adverse Weather Events, including climate vulnerability risk assessments or climate resiliency considerations, in the preparation of a SWPPP. | New Topic 52 | Your factual knowledge or information of any NPDES Permits, General Permit, or any other state permits related to stormwater which specifically require a formal assessment of Adverse Weather Events, including climate vulnerability risk assessments or climate resiliency considerations, in the preparation of a SWPPP. |
| 36 | Your factual knowledge or information of SWPPPs developed and implemented under any NPDES permit or any federal or state general permit for industrial stormwater for any other facilities or terminals that required specific consideration of Adverse Weather Events in the SWPPPs, including but not limited to, any SWPPPs that analyzes or assesses 100-year, 500-year flood, rising sea level rise, drought, or other Adverse Weather Event. | New Topic 43<br><br>New Topic 45 | Your factual knowledge or information on any SWPPP prepared for a facility in the State of Connecticut that requires or recommends an analysis or assessment of a 100-year, 500-year flood, rising sea level rise, drought, or other Adverse Weather Event.<br><br>Your factual knowledge or information of SWPPPs developed and implemented under any NPDES permit or any federal or state general permit for industrial stormwater for any other facilities or terminals that required specific consideration of Adverse Weather Events in the SWPPPs. |

| Amended Topic No. | Amended Notice Topic (served Feb. 12, 2025) | New Topic No.(s) | Corresponding New Notice Topic(s) (served Jan. 21, 2025) |
|---|---|---|---|
| 37 | Your factual knowledge or information on the failure of or damage to oil storage tanks, above-ground storage tanks, or similar oil or petroleum storage facilities in coastal areas that were caused by Adverse Weather Events. | New Topic 51 | Your factual knowledge or information on the failure of or damage to oil storage tanks, above-ground storage tanks, or similar oil or petroleum storage facilities in coastal areas that were caused by Adverse Weather Events. |