## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., | |
| Plaintiff, | Case No: 3:21-cv-00933-VDO |
| v. | |
| SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, | March 17, 2025 |
| Defendants. | |

### JOINT STATUS REPORT

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Shell Oil Company, Equilon Enterprises LLC d/b/a Shell Oil Products US, Shell Petroleum Inc., Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file this Joint Discovery Status Report, as directed in the Court's Orders of April 4, 2024, ECF 378, and Sept. 30, 2024, ECF 476 Tr. at 28:18. For the sake of brevity, the Parties incorporate by reference their prior Joint Discovery Status Reports. *See* ECF 383, 387, 402, 417, 421, 424, 427, 436, 443, 447, 455, 457, 458, 463, 477, 479, 483, 493, 500, 503, 511, 521, 532, and 539.

**Discovery Status**

*Defendants' Document Production and CLF's Document Review*

Following Defendants' August 19, 2024 deadline to produce documents responsive to ECF 372, CLF requested additional information on documents and requested that additional documents be produced on September 12, 2024, October 17, 2024, December 13, 2024, January 24, 2025, and February 14, 2025. The Parties exchanged correspondence and met and conferred about these requests numerous times. As a result of these requests and discussions, Defendants produced documents on September 27, 2024, November 25, 2024, December 6, 2024, December 12, 2024, January 25, 2025, and February 19, 2025. *See generally* ECF 497 at 2–3; ECF 541 at 2–3. The Parties continue to meet and confer regarding any outstanding issues related to ECF 372 compliance and additional document requests or productions. CLF believes a motion for fees is appropriate under Rules 26(g) and 37(b), as has been noted and flagged in ECFs 372, 446, 463, and 541, and requests any guidance from the Court whether such a motion should be filed before the end of fact discovery, or at any time.

*Confidentiality Designation Dispute*

As detailed in the weekly joint status report filed March 3, 2025, see ECF 539 at 2–4, the Parties are at an impasse and seek the Court's guidance on 652 challenged documents. The Parties are in agreement that they are at impasse and request the Court's guidance on next steps for resolution.

*Depositions*

CLF took Rule 30(b)(6) depositions of Defendants' representatives Michael Sullivan on February 6, 2025, and Brian Evans on February 12, 2025. The deposition of Michael Sullivan is complete. As reported in the March 3, 2025 weekly status report (ECF 539), Plaintiff began then suspended the 30(b)(6) deposition of Brian Evans on February 12, 2025, and the Parties continue to dispute whether the deposition of Mr. Evans is now complete. The Parties

exchanged correspondence since the deposition detailing their positions, and met and conferred several times, but were unable to resolve this dispute. On March 14, 2025, the Parties contacted the Court to report an impasse on this issue. On March 17, 2025, the Court ordered the Parties to submit simultaneous letter briefing by March 20, 2025. ECF 542.

The Parties are scheduled to complete fact witness depositions of non-party witnesses Paul Verlaan (on March, 20, 2025) and Pusp Naidu (on March 26, 2025). Plaintiff is scheduled to conduct the Rule 30(b)(6) deposition of Motiva on March 28, 2025. The Parties continue to confer on dates for the fact witness deposition of Sergio Jaramillo, including whether Plaintiff will elect to conduct Mr. Jaramillo's deposition after concluding the deposition of Mr. Verlaan.

As reported in the March 3, 2025 weekly status report (ECF 539), the Parties continue to dispute the topics for Defendants' Notice of Rule 30(b)(6) deposition of CLF, after further efforts to meet and confer as directed by the Court. *See* ECF 528. Although the Parties were able to resolve some of their disputes regarding the topics in the 30(b)(6) notice, additional topics remain disputed. The Parties submitted further letter briefing regarding this dispute on February 25, 2025, with additional supporting exhibits filed on February 26, 2025 as directed by the Court. *See* ECF 534-538. The Parties await the Court's guidance on these disputed topics, and will be in a position to schedule the 30(b)(6) deposition(s) of Plaintiff as soon as the Court issues its rulings. However, given the outstanding dispute regarding the deposition topics, and other depositions currently scheduled for later this month, the Parties anticipate that the Rule 30(b)(6) deposition(s) of Plaintiff may need to occur shortly after the current fact discovery deadline of March 31, 2025.

*Plaintiff's Request for Additional Site Visit*

On February 21, 2025, CLF requested a site visit for a recently retained expert via email, and served a formal request on February 25, 2025. The Parties met and conferred on February 26, 2025 to discuss logistics of a visit. The parties met and conferred on this issue on March 14, 2025, where Defendants informed CLF of objections to a site visit and the Parties were unable to resolve their dispute, thereafter contacting the Court to report an impasse.  On March 17, 2025, the Court ordered the Parties to appear for a discovery teleconference to resolve this dispute.  ECF 542.

Dated: March 17, 2025

Respectfully submitted,

*/s/  James Y. Meinert*
Alexandra M. Jordan (ct31466)
Zachary Manley (pvh207600)*
James Y. Meinert (ct31637)
Conservation Law Foundation, Inc.
62 Summer St
Boston, MA 02110
Tel: (617) 850-1748
Tel: (617) 850-1707
Tel: (617) 850-1477
E-mail: ajordan@clf.org
E-mail: zmanley@clf.org
E-mail: jmeinert@clf.org

Christopher M. Kilian (ct31122)
Kenneth J. Rumelt (phv207130)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 223-5992
Tel: (802) 622-3020
E-mail: ckilian@clf.org
E-mail: krumelt@clf.org

Ana McMonigle (ct31370)
Conservation Law Foundation, Inc.

*/s/ Rose H. Jones* (with permission)
Rose H. Jones
Hilgers Graben PLLC
1372 Peachtree Street, N.E.
19th Floor
Atlanta, GA 30309
T: (678) 229-1983
rjones@hilgersgraben.com

Antonio E. Lewis
King & Spalding, LLP
300 S Tryon Street
Suite 1700
Charlotte, NC 28202
(704) 503-2551
alewis@kslaw.com

Douglas A. Henderson
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 572-2769
dhenderson@kslaw.com

Anthony G. Papetti (phv206982)
Beveridge & Diamond, P.C.

4

195 Church Street
Mezzanine Level, Suite B
New Haven, CT 06510
Tel: (203) 298-7692
E-mail: amcmonigle@clf.org

James Crowley (ct31319)
Conservation Law Foundation, Inc.
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI 02908
Tel: (401) 228-1905
Email: jcrowely@clf.org

Chance Raymond (ct31311)
Chance the Lawyer, LLC
650 Poydras Street
Suite 1400 PMB #2574
New Orleans, LA 70130
Phone: 832-671-6381
E-mail: chancethelawyer@gmail.com

Linda Singer (phv208339)
Elizabeth Smith
401 9th St. NW, Suite 630
Washington, DC 20004
Tel: (202) 386-9626
Tel: (202) 386-9627
Email: lsinger@motleyrice.com
Email: esmith@motleyrice.com

Michael Pendell (ct27656)
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Tel: (860) 218-2722
Email: mpendell@motleyrice.com

Ridge Mazingo
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9620
Email: rmazingo@motleyrice.com

*Attorneys for Plaintiff*

825 Third Ave., 16th Floor
New York, NY 10022
T: (212) 702-5400
F: (212) 702-5442
apapetti@bdlaw.com

Roy D. Prather III (phv206800)*
Beveridge & Diamond, P.C.
20 North Charles Street, Suite 2210
Baltimore, MD 21201-4150
T: 1.410.230.1305
rprather@bdlaw.com

James O. Craven (ct18790)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: (203) 498-4400
F: (203) 782-2889
jcraven@wiggin.com

John S. Guttmann (ct25359)
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
T: (202) 789-6020
F: (202) 789-6190
jguttmann@bdlaw.com

Bina R. Reddy (phv20420)*
BEVERIDGE &DIAMOND, P.C.
400 West 15th Street
Suite 1410
Austin, TX 78701-1648
T: (512) 391-8000
F: (202) 789-6190
breddy@bdlaw.com

*Counsel for Defendants*

*Conservation Law Foundation, Inc.*
*\*Admitted as Visiting Attorney*