Page 1

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF CONNECTICUT

3

4    CONSERVATION LAW              NO.
     FOUNDATION, INC.,            3:21-cv-00933-JAM
5          Plaintiff,

6    VERSUS

7    SHELL OIL COMPANY,
     EQUILON ENTERPRISES LLC
8    D/B/A SHELL OIL PRODUCTS
     US, SHELL PETROLEUM INC.,
9    TRITON TERMINALING LLC,
     and MOTIVA ENTERPRISES
10   LLC,
           Defendants.

11

12

13          30(b)(6) videotaped deposition of BRIAN

14   EVANS, 36213 LaSalle Pointe Drive, Prairieville,

15   Louisiana, taken in the offices of Liskow & Lewis,

16   701 Poydras Street, Suite 5009, New Orleans,

17   Louisiana, on Wednesday, February 12, 2025,

18   commencing at 9:03 AM.

19

20

21

22

     REPORTED BY:

23          KRISTIE GARRISON
            CERTIFIED COURT REPORTER

24

25

```
                                              Page 10
```

1      Q.    Do you know how many weeks ago?

2      A.    Not exactly.  Three to four weeks.

3      Q.    So somewhere between two to four weeks

4   ago?

5            MR. LEWIS:

6                  Object to form.

7   BY MR. GREENE:

8      Q.    Would that be correct?

9      A.    Yes.

10      Q.    Is it your understanding you're here to

11   testify as it relates to Topic Number 1?

12      A.    Yes.

13      Q.    As well as Topic Number 2?

14      A.    Yes.

15      Q.    As well as Topic Numbers 3b, 3c, and 3d,

16   3e, 3g, 3h, 3i, 3j.

17      A.    Can you repeat the letters again?

18      Q.    I knew you were going to ask me to do

19   that.  I'll do them one at a time.

20            Are you're here -- is it your

21   understanding you're here today to testify as to

22   Topic 3b?

23      A.    Yes.

24      Q.    As well as 3c?

25      A.    Yes.

Page 11

```
1        Q.    As well as 3d?

2        A.    Yes.

3        Q.    As well as 3e?

4        A.    Yes.

5        Q.    As well as 3g?

6        A.    Yes.

7        Q.    3h?

8        A.    Yes.

9        Q.    3i?

10       A.    Yes.

11       Q.    And 3j?

12       A.    Yes.

13       Q.    And is it your understanding that you're

14   here today to testify as to Topic 21?

15       A.    Yes.

16       Q.    Is it you're understanding that you're

17   here today to testify as to Topic 23?

18       A.    Yes.

19       Q.    And is it your understanding you're here

20   today to testify as to Topic 24?

21       A.    Yes.

22       Q.    And is it your understanding that you're

23   here today to testify as to Topic 26?

24       A.    Yes.

25       Q.    And is it your understanding that you're
```

Page 20

```
 1              MR. LEWIS:
 2                   Object to form.
 3    BY MR. GREENE:
 4        Q.    You can't answer that question without
 5    knowing what he testified to?
 6        A.    Correct.
 7        Q.    Well, you don't have any reason to
 8    believe that Mr. Sullivan is a liar, do you?
 9              MR. LEWIS:
10                   Object to form.
11              THE WITNESS:
12                   I can only speak to what I just
13          said.  I believe Mike is trustworthy, but I
14          don't know what he said last week, so I can't
15          really speak on his testimony from last week.
16    BY MR. GREENE:
17        Q.    So you can't, without reviewing his
18    testimony, as you sit here today, categorically say
19    that you believe that Mr. Sullivan would have been
20    truthful and accurate in his testimony; is that what
21    you're saying?
22              MR. LEWIS:
23                   Object to form.
24              THE WITNESS:
25                   I can't really speak on his
```

Page 21

```
 1        testimony from last week.
 2   BY MR. GREENE:
 3        Q.    I'm just going to ask you that again just
 4   to clarify.
 5              As you're sitting here today, you can't
 6   tell me categorically that Mr. Sullivan's testimony
 7   was truthful and accurate unless you review it; is
 8   that what you're saying?
 9              MR. LEWIS:
10                   Object to form.  Asked and answered.
11              THE WITNESS:
12                   I don't know what his testimony was
13        last week, so I can't really speak on it.
14   BY MR. GREENE:
15        Q.    Shell wouldn't lie to its investors,
16   would it?
17              MR. LEWIS:
18                   Object to form.
19              THE WITNESS:
20                   Shell strives to be open, and
21        honest, and transparent in all its business
22        dealings with any stakeholders involved.
23   BY MR. GREENE:
24        Q.    So if Shell says something in its annual
25   report to its investors, for example, you can rely
```

Page 22

1    on what it said to be the truth.  Would you agree
2    with that?
3                   MR. LEWIS:
4                        Object to form.
5                   THE WITNESS:
6                        I would have to see individual
7         statements to know what you're referring to.
8    BY MR. GREENE:
9         Q.    So again, you can't tell me that Shell
10   categorically tells the truth in its annual
11   statements without reviewing the annual statements;
12   is that what you're saying?
13                  MR. LEWIS:
14                       Object to form.  Mischaracterizes
15        testimony.
16                  THE WITNESS:
17                       No, I'm saying that Shell strives to
18        be truthful, honest, and transparent in all of
19        its business dealings with all stakeholders
20        and counter parties.  But I would need to see
21        specific statements from the annual reports to
22        speak on those.
23   BY MR. GREENE:
24        Q.    Well, Shell wouldn't intentionally lie in
25   its annual reports, would it?

Page 23

```
 1              MR. LEWIS:
 2                   Object to form.
 3              THE WITNESS:
 4                   Again, Shell strives to be truthful,
 5         and transparent, and honest in all of its
 6         communications.
 7    BY MR. GREENE:
 8       Q.    Yeah, you've said that before.  I'm
 9    asking you a more direct question.
10              Shell wouldn't intentionally lie in its
11    annual reports, would it?  Yes or no?
12              MR. LEWIS:
13                   Objection.  Asked and answered.
14              THE WITNESS:
15                   I'll just restate.  Shell strives to
16         be truthful, honest, and transparent in all of
17         its communications and dealings.
18    BY MR. GREENE:
19       Q.    Can you answer the question I just asked
20    with a yes or no?  Are you able to do that?
21              MR. LEWIS:
22                   Objection; argumentative.
23         Objection; asked and answered.
24              MR. GREENE:
25                   It's not argumentative.  I just want
```

Page 24

```
 1        to know if he can do it or not.
 2   BY MR. GREENE:
 3        Q.    Can you do that?  Yes or no?
 4             MR. LEWIS:
 5                  Objection.  Argumentative.
 6             THE WITNESS:
 7                  I'll repeat.  Shell strives to be
 8        truthful, honest, and transparent in all
 9        communications and dealings.
10   BY MR. GREENE:
11        Q.    So you're not able to give me A yes or no
12   answer to whether or not Shell would intentionally
13   lie in its annual reports; is that correct?
14             MR. LEWIS:
15                  Object to form.  Asked and answered.
16             THE WITNESS:
17                  Shell strives to be truthful,
18        honest, and transparent, as I said, in all of
19        its communications and dealings.
20   BY MR. GREENE:
21        Q.    Would Shell intentionally lie on its
22   website?
23             MR. LEWIS:
24                  Object to form.
25             THE WITNESS:
```

```
                                          Page 25
 1              Shell strives to be truthful,
 2        honest, and transparent in all of its
 3        communications.
 4   BY MR. GREENE:
 5       Q.    Are you able to answer that question?
 6   Yes or no?  Would Shell intentionally lie on its
 7   website?
 8              MR. LEWIS:
 9                  Objection; argumentative.
10              THE WITNESS:
11                  Shell strives to be truthful,
12        honest, and transparent in all of its
13        communications.
14   BY MR. GREENE:
15       Q.    If Shell publishes something on its
16   website, can you count on it to be true and
17   accurate?
18       A.    Shell strives to be truthful, honest, and
19   transparent in all of its communications.
20       Q.    And for you to feel comfortable that a
21   Shell communication in its annual report is
22   truthful, are you saying you need to look at it
23   first?
24              MR. LEWIS:
25                  Object to form.
```

Page 26

```
 1              THE WITNESS:
 2                   Well, I would want to see a specific
 3         example as one thing that I would need to
 4         know.  And then it depends on what the subject
 5         is.
 6    BY MR. GREENE:
 7         Q.    And so, without looking at it, it being a
 8    statement in an annual report by Shell, you're not
 9    able to tell me whether it's truthful or accurate;
10    is that correct?
11              MR. LEWIS:
12                   Object to form.  Objection; asked
13         and answered.
14              THE WITNESS:
15                   As I said, Shell strives to be
16         truthful, honest, and transparent in all
17         communications.
18              MR. GREENE:
19                   Yeah, you said that.
20              MR. LEWIS:
21                   Please don't interrupt the witness
22         while he's answering the question.
23    BY MR. GREENE:
24         Q.    My question was different.  You're
25    telling me, and you're telling the ladies and
```

Page 27

1    gentlemen in the jury, that before you can say that

2    a Shell communication in its annual report is

3    accurate and truthful, you need to look at it here

4    today; is that correct?

5              MR. LEWIS:

6                   Objection; asked and answered many,

7         many times.

8    BY MR. GREENE:

9        Q.    Is that correct?

10             MR. LEWIS:

11                  Same objection.

12             THE WITNESS:

13                  I'll just restate what I told you

14        already.  Shell strives to be truthful,

15        honest, and transparent in all of its

16        communications.

17   BY MR. GREENE:

18       Q.    And for you to say whether or not a

19   statement made by Shell on its website is truthful

20   and accurate, you would need to look at it first; is

21   that what you're saying to the jury?

22             MR. LEWIS:

23                  Again, objection; asked and

24        answered.

25             THE WITNESS:

Page 28

```
 1                    I would need to see a specific
 2        example, but Shell strives to be truthful, and
 3        honest, and transparent in all communications.
 4   BY MR. GREENE:
 5        Q.    And I want to zero in just on that piece.
 6   You can't say something is truthful and accurate
 7   with Shell without seeing a specific example; is
 8   that correct?
 9                MR. LEWIS:
10                    Objection; asked and answered.
11                THE WITNESS:
12                    Well, and then it depends on the
13        topic, whether I would have that knowledge.
14   BY MR. GREENE:
15        Q.    So you're not able to rely on Shell's
16   truthfulness and accuracy or your personal
17   knowledge; is that correct?
18                MR. LEWIS:
19                    Objection; outside the scope.  And
20        object to the form.
21                THE WITNESS:
22                    I'll just restate.  Shell strives to
23        be truthful, honest, and transparent in all of
24        its communications.
25   BY MR. GREENE:
```

Page 62

1   correctly?

2       A.    Yes, I believe you did.

3       Q.    Do you agree with that statement as the

4   representative of the defendants sitting here today?

5       A.    I have no reason to disagree with that

6   statement.

7       Q.    This document is the Shell 2019 Annual

8   Report; isn't that correct?

9       A.    That's what it says on the title page.

10      Q.    You don't have any reason to disagree

11  with the title page, do you?

12      A.    No.

13      Q.    This is a document that was generated and

14  maintained in the regular course of business at

15  Shell, correct?

16            MR. LEWIS:

17                 Object to form.

18            THE WITNESS:

19                 Shell issues an annual report every

20      year.

21  BY MR. GREENE:

22      Q.    And the annual report is generated and

23  maintained in the regular course of business,

24  correct?

25            MR. LEWIS:

Page 63

```
 1                    Object to form.
 2            THE WITNESS:
 3                    Well, I'm not involved in developing
 4        the report myself, but I know that it is
 5        published annually.
 6    BY MR. GREENE:
 7        Q.    Yeah, published annually by Shell, which
 8    creates a document and keeps it in its regular
 9    course of business, correct?
10            MR. LEWIS:
11                    Object to form.
12            THE WITNESS:
13                    I am aware that the report is
14        published annually.
15    BY MR. GREENE:
16        Q.    That really wasn't my question.  My
17    question is a little more specific.
18            Can you agree with me that this document
19    was created by Shell?
20            MR. LEWIS:
21                    Object to form.
22            THE WITNESS:
23                    I have no reason to think that it
24        wasn't created by Shell.
25    BY MR. GREENE:
```

Page 64

```
 1       Q.    And do you have any reason to believe
 2   that this document wasn't maintained in the regular
 3   course of business by Shell?
 4              MR. LEWIS:
 5                    Object to form.
 6              THE WITNESS:
 7                    Shell publishes an annual report.
 8        We have a report every year that comes out,
 9         just like this.
10   BY MR. GREENE:
11       Q.    And when it publishes them, it keeps them
12   as part of its business, correct?
13       A.    The reports are retained, yes.
14       Q.    And you don't have any reason to believe
15   that this is not a true and accurate copy of Shell's
16   2019 Annual Report, correct?
17              MR. LEWIS:
18                    Object to form.
19              THE WITNESS:
20                    I can't speak on whether it's true
21         and accurate, but it does appear to be the
22         2019 Annual Report.
23   BY MR. GREENE:
24       Q.    My question was a little different.
25              If you want to look at it, look at it.
```

Page 65

1    But you don't have any reason to believe this is not
2    a true and accurate copy of Shell's 2019 Annual
3    Report, correct?
4              MR. LEWIS:
5                   Object to form.
6              THE WITNESS:
7                   I don't know if it's marked as such.
8        I'm not sure I can answer that.
9    BY MR. GREENE:
10       Q.    When you say "marked as suck," what do
11   you mean?  I'm attempting to mark it as such.
12   You're the corporate representative here.  You're
13   here to testify on behalf of the defendants.
14             As the corporate representative, I'm
15   asking you if this is a true and accurate copy of
16   Shell's 2019 Annual Report.  Are you able to say
17   that?
18             MR. LEWIS:
19                  Objection; outside the scope.
20       Object to form.
21             THE WITNESS:
22                  Well, I would need to be able to
23       verify every page that's in front of me here
24       to do that.
25   BY MR. GREENE:

Page 66

```
 1      Q.    Great.  We'll do that off the record.
 2      A.    Then I can't answer that question.
 3      Q.    No, we're going to take a break in a
 4  minute.  You're going to look at every page, and
 5  then I'm going to come back on the record and ask
 6  you if this is a true or an accurate copy of the
 7  report.
 8           MR. LEWIS:
 9                Objection.  This witness is not
10      designated to authenticate documents.  So
11      outside the scope.
12           MR. GREENE:
13                This witness is -- you can disagree
14      with that all you want, but that's what we're
15      going to do.  So we're going to take a break
16      in a minute, and that's what we're going to
17      do.
18           MR. LEWIS:
19                We can stay on the record if that's
20      how you want to spend your time.
21           MR. GREENE:
22                No, that's not how I'm going to
23      spend my time, because this witness is being
24      obstreperous, argumentative, and unresponsive
25      and to a simple question as to whether or not
```

Page 67

```
 1        this is an authentic document.  If to get that
 2        we have to take a break, we're going to do
 3        that.  And I'm not going to waste my
 4        deposition time to do that.
 5              MR. LEWIS:
 6                  The witness has already answered
 7        your question adequately.  So if you want to
 8        have him walk through the document, we can do
 9        it.  Stay on the record.
10              MR. GREENE:
11                  The witness has not answered my
12        question.
13                  We've been going about an hour.  Why
14        don't we take five minutes.  You look at that
15        document, I'm going to come back and ask you
16        the same question.
17              MR. LEWIS:
18                  Object to form.  Witness is going to
19        take a break.
20           THE VIDEOGRAPHER:
21                  Off the record.  9:53 AM.
22                    (Recess taken.)
23           THE VIDEOGRAPHER:
24                  On the record.  10:13 AM.
25  BY MR. GREENE:
```

Page 68

1      Q.    Welcome back, Mr. Evans.  Are you good to

2    continue?

3      A.    Yes.

4      Q.    Before the break, I asked you to review

5    the document we marked as an exhibit, which is the

6    2019 Annual Report, to see if you can tell me if

7    it's a true and accurate copy of Shell's annual

8    report from that year.  Did you review the document?

9      A.    No, I did not.

10     Q.    You didn't take the document with you

11   when you left the room, did you?

12     A.    No.

13     Q.    And so I'm going to ask you the question

14   again, are you able to tell me whether that's a true

15   and accurate copy of Shell's annual report for 2019?

16            MR. LEWIS:

17                 Objection; outside the scope.

18            THE WITNESS:

19                 No, I can't because there's no

20       document control on this, right?  So once it's

21       printed, this is a paper copy, it could have

22       been altered before it was given to me.  So

23       it's not the official copy and that's why I

24       can't authenticate it.

25   BY MR. GREENE:

Page 70

```
 1   BY MR. GREENE:
 2        Q.    You'd agree with me that Shell wouldn't
 3   lie to its investors in it's 2019 Annual Report,
 4   wouldn't you?
 5              MR. LEWIS:
 6                    Object to form.
 7              THE WITNESS:
 8                    Shell always strives to be
 9          transparent, honest, and forthcoming with
10          information to all of our stakeholders and
11          counterparties.
12   BY MR. GREENE:
13        Q.    And striving to be transparent and honest
14   means that you wouldn't intentionally lie.  Can we
15   agree with that?
16              MR. LEWIS:
17                    Object to form.
18              THE WITNESS:
19                    Again, Shell strives to be honest,
20          transparent with all communications.
21   BY MR. GREENE:
22        Q.    Except that's not what I asked you.  I
23   asked you what it means to strive to be transparent
24   and honest.  And as you sit here today as the
25   representative of defendants, can you and I agree
```

Page 71

```
 1   that striving to be transparent and honest means you
 2   wouldn't intentionally lie?  Can we agree on that?
 3              MR. LEWIS:
 4                   Object to form.
 5              THE WITNESS:
 6                   As I stated, Shell strives to be
 7         transparent and honest in all communications.
 8   BY MR. GREENE:
 9      Q.    Again, that wasn't my question.
10              Can I have my question read back?
11         (Court reporter reads back question.)
12   BY MR. GREENE:
13      Q.    Can you answer my question as it's
14   phrased as the court reporter has read it back?
15              MR. LEWIS:
16                   Object to form.
17              THE WITNESS:
18                   As I stated, Shell strives to be
19         transparent and honest in all communications.
20   BY MR. GREENE:
21      Q.    Are you able to give me any answer other
22   than what you just repeated?
23              MR. LEWIS:
24                   Object to form.
25              THE WITNESS:
```

                                                    Page 72

1                    Like I stated, Shell strives to be

2          transparent and honest in all communications.

3     BY MR. GREENE:

4         Q.    Mr. Evans, I'm going to read you a

5     sentence from paragraph 53 of the complaint.

6     Paragraph 53 of the complaint states, "Each Shell

7     entity and each Shell operated venture is

8     responsible for implementing climate change policies

9     and strategies."

10                   Are you able to agree with that statement

11    as I repeated it from paragraph 53 of the amended

12    complaint in this matter?

13                MR. LEWIS:

14                      Object to form.

15                THE WITNESS:

16                      I would need to see the context from

17        which that statement comes.

18    BY MR. GREENE:

19        Q.    As you sit here today, you can't agree

20    that each Shell entity and each Shell-operated

21    venture is responsible for implementing climate

22    change policies and procedures without looking at a

23    document; is that correct?

24                MR. LEWIS:

25                      Object to form.

Page 86

1      Q.    Mr. Evans, if I represent to you that

2   this was printed from Shell's website that has not

3   been changed, are you able to tell me whether it's a

4   true and authentic copy of Shell's document

5   entitled, "Better Life with a Healthy Planet,

6   Pathways to Net-Zero Emissions"?

7               MR. LEWIS:

8                    Object to form.  Outside the scope.

9               THE WITNESS:

10                   It's a printed copy so it has no

11        document control at that point, so I can't

12        authenticate it.

13   BY MR. GREENE:

14      Q.    My question was a little different.  If I

15   represent to you as an officer of the court and

16   counsel of record in this case, that it was printed

17   from Shell's website and has not been changed in any

18   way, would you be able to agree with me that this is

19   an authentic copy of Shell's A Better Life with a

20   Healthy Planet?

21               MR. LEWIS:

22                   Same objection.

23               THE WITNESS:

24                   If it was printed from the Shell

25        website and not altered, then it would be an

Page 87

1          authentic copy.

2     BY MR. GREENE:

3          Q.     And if I tell you that the 2019 Annual

4     Report that we looked at earlier was printed from

5     the Shell website and not altered in any way, could

6     you agree with me that's an authentic copy of

7     Shell's 2019 Annual Report?

8               MR. LEWIS:

9                    Object to form.  Outside the scope.

10              THE WITNESS:

11                   If it was printed from the website

12         and not altered, then it would be an authentic

13         copy.

14    BY MR. GREENE:

15         Q.     And I'm representing to you as counsel of

16    record in this case, on the record in this

17    deposition, that it was indeed printed from Shell's

18    website and was not altered.  So therefore, can we

19    agree that it is a true and authentic copy of

20    Shell's 2019 Annual Report?

21              MR. LEWIS:

22                   Object to form.  Outside the scope.

23    BY MR. GREENE:

24         Q.     Can we agree on that?

25              MR. LEWIS:





Page 142

```
 1          ████████████
   ▮             █████████████  ███████████████
   ▮        ████████████
   ▮          ████████████
   ▮             █████████████  ███████████████
   ▮        ████████████████████████████
   ▮        ██████████████████████████████
   ▮        ████████████████████
 9    BY MR. GREENE:
10         Q.    You're here to testify on Topic 3G,
11    correct?
12         A.    Yes.
13         Q.    You're here to testify on Topic 21,
14    correct?
15         A.    Yes.
16         ▮    █████████████████████████
   ▮    █████████████████████████████████████
   ▮    ██████████████████████████████████
   ▮          ████████████
   ▮             ████████████████████
   ▮          ██████████████
   ▮             █████████████
   ▮      ████████████
   ▮         ▮    █████████████████████████████
   ▮         ▮    ████████████████
```





Page 152



Golkow Technologies,
A Veritext Division





Golkow Technologies,
A Veritext Division



Page 155



Page 156

Page 181

1    published by Shell?

2        A.    Yeah, I've heard of it.

3        Q.    You've heard of it.

4              Have you seen it?

5        A.    No, I haven't.

6        Q.    Is that anything that you've watched in

7    connection with your preparation for your deposition

8    here today?

9        A.    No, I didn't watch it.

10       Q.    In what context are you aware of it?

11       A.    My understanding is it's a video that

12   Shell made to highlight some of the potential

13   concerns about climate change.

14       Q.    Which is not something you've seen

15   previously?

16       A.    I have not seen it.

17       Q.    As I've asked you earlier, you'd agree

18   that Shell seeks to be truthful and accurate in its

19   communications, correct?

20       A.    Yes, Shell strives to be truthful and

21   honest in all communications.

22       Q.    And that would -- that goes for the

23   annual reports, correct?

24       A.    That would go for any communications that

25   Shell does.

Page 182

1      Q.    And within that context of any
2   communications that Shell does, that would include
3   the 1991 film entitled "Climate of Concern,"
4   correct?
5              MR. LEWIS:
6                   Object to form.
7              THE WITNESS:
8                   I would say that it applies to all
9        communications from Shell.  Shell strives to
10       be honest and transparent in our
11       communications.
12  BY MR. GREENE:
13     Q.    And by definition that would include an
14  educational film that Shell puts out, right?
15             MR. LEWIS:
16                  Object to form.
17             THE WITNESS:
18                  It would include any communications
19       from Shell.
20  BY MR. GREENE:
21     Q.    And I'm asking would you include an
22  educational short film produced by Shell within
23  that?
24             MR. LEWIS:
25                  Same objection.

Page 200

1    experience in Shell, as well as my knowledge

2    and experience related to the New Haven

3    terminal, and the processes and activities

4    that we use to manage risk at our New Haven

5    terminal and at all of our terminals, really.

6  BY MR. GREENE:

7    Q.    Have you ever been a corporate

8  representative in a deposition other than this one

9  during your time at Shell?

10    A.    No, I have not.

11    Q.    Have you ever been a corporate

12  representative in a deposition at any point in your

13  working career?

14    A.    No, I have not.

15

Golkow Technologies,
A Veritext Division

1       A.    Yeah, because the legal entities are
2    not -- organization is organization of the people.
3    The legal entities, in this case, the Equilon being
4    the operator and Triton being the owner.
5       Q.    But you wouldn't agree with me that as a
6    line of business being called trading and supply,
7    that a company that manages an asset and the company
8    that owns that asset, where people are working in
9    that line of business, you wouldn't agree with me
10   that; therefore, Equilon and Triton are engaged in
11   trading and supply as a line of business?
12      A.    The word "engaged" doesn't make sense in
13   what you're saying.
14      Q.    How could it not make sense?  They own
15   the land -- excuse me.  They own the asset and
16   manage the asset.  The people at that asset --
17      A.    But Equilon and Triton don't have any
18   people, right?  The people are all part of Shell
19   Pipeline.  Are part of trading and supply.
20      Q.    But they own the asset and management,
21   right?
22      A.    The legal entity.
23      Q.    Yes.
24      A.    The legal entity -- so Equilon is the
25   legal entity that is listed as the operator, and

Page 252

1    between Equilon, Triton, and SPLC?

2         A.    It's not for each facility.  It's for a

3    group of facilities.  It's basically for the

4    facilities that are owned by Triton.

5         Q.    Now, do you have an understanding that

6    Motiva Enterprises, LLC, owned and operated the New

7    Haven terminal from around 2000 until about 2017?

8         A.    Yes, I'm aware of that.

9         Q.    Do you have an understanding that Motiva

10   was a joint venture between Saudi Aramco and Shell

11   Oil?

12        A.    Yes, I'm aware of that.

13        Q.    Does Equilon have a board of directors?

14        A.    I don't believe there are a board of

15   directors, but there are officers.

16        Q.    Do you know what the title of those

17   officers are?

18        A.    I believe there's a president and there

19   are a few vice presidents, but I don't remember how

20   many.

21        Q.    Do you know who the president of Equilon

22   is?

23        A.    At the moment, no, I do not.

24        Q.    Do you know who any of the vice

25   presidents are of Equilon?

Page 253

1      A.    I haven't been involved in that in a

2   while, but at one point, the Distribution Operations

3   Americas general manager, that role, was designated

4   as one of the vice presidents.

5      Q.    Is Distributions Operations Americas

6   within trading and supply?

7      A.    Yes.

8      Q.    Any other vice presidential titles that

9   you are aware of?

10     A.    I don't recall the other ones, honestly.

11     Q.    Does Triton have a board of directors?

12     A.    No, I think that there are also officers

13  for that one.

14     Q.    Do you know the titles of the officers

15  for Triton?

16     A.    No, I don't.

17     Q.    Do you know whether any of the officers

18  for Triton are within the organization known as

19  trading and supply?

20     A.    I believe they are, but again, I don't

21  remember which roles have those titles.

22     Q.    And I apologize if I asked you this

23  earlier.  Can you give me the names of any corporate

24  officers for Equilon?

25     A.    Again, assuming that the Distribution

Page 267

```
 1            MR. LEWIS:
 2                 Same objection.  And object to form.
 3            THE WITNESS:
 4                 Ask that one more time?  Sorry.
 5  BY MR. GREENE:
 6       Q.    Sure.
 7             Are accounting issues at Equilon managed
 8  by a different Shell capitalist, meaning proper name
 9  Shell, company?
10       A.    I don't know.
11       Q.    Would your answer be the same for Triton?
12       A.    Yes.
13            MR. LEWIS:
14                 Same objection.
15  BY MR. GREENE:
16       Q.    Would your answer be the same for Motiva?
17            MR. LEWIS:
18                 Same objection.
19            THE WITNESS:
20                 Well, that's -- Motiva is a bit
21        different, right?  Because Motiva is not a
22        legal entity.  It was a joint venture company
23        between Shell and Saudi Aramco.  And I believe
24        Motiva did have an accounting department.
25  BY MR. GREENE:
```

Page 268

```
 1       Q.    Do you know how many officers at Equilon
 2   are also involved with other Shell, capital S,
 3   companies?
 4             MR. LEWIS:
 5                  Objection; outside the scope.
 6             THE WITNESS:
 7                  No, I don't.
 8   BY MR. GREENE:
 9       Q.    Would your answer be the same for Triton?
10             MR. LEWIS:
11                  Same objection.
12             THE WITNESS:
13                  Yes.
14   BY MR. GREENE:
15       Q.    Would your answer be the same for Motiva?
16             MR. LEWIS:
17                  Same objection.
18             THE WITNESS:
19                  Well, again, Motiva is not a legal
20       entity, so there were not officers in that
21       context if that makes sense.
22             MR. GREENE:
23                  We've being going over an hour.  Why
24       don't we take five.  Take ten.
25             THE VIDEOGRAPHER:
```

Page 269

1          Off the record.  2:42 PM.

2              (Recess taken.)

3          THE VIDEOGRAPHER:

4              On the record.  2:59 PM.

5    BY MR. GREENE:

6      Q.    Welcome back, Mr. Evans.  Are you ready

7    to continue?

8      A.    Yes.



Golkow Technologies,
A Veritext Division



Page 271

Golkow Technologies,
A Veritext Division



Golkow Technologies,
A Veritext Division







Golkow Technologies,
A Veritext Division



Golkow Technologies,
A Veritext Division



Page 277









Golkow Technologies,
A Veritext Division

Page 328

1        So why don't we take ten.

2              THE VIDEOGRAPHER:

3                    Off the record.  4 o'clock PM.

4                    (Recess taken.)

5              THE VIDEOGRAPHER:

6                    On the record.  4:17 PM.

7   BY MR. GREENE:

8        Q.    Welcome back, Mr. Evans.  Are you ready

9   to continue?

10        A.    Yes.

11 ████ ██████████████████████████████

████ █████████████████████████████████████████████  ████████

████ ████████████████████████████████████████████████

████ ████████████████████████████████████████

████ ████ ███████████████████████████

████ ████ ████████████████████████████████

████ ████ █████████  █████████

████ ████ ██████████████████████████████████████

████ ████████████████████████████████████████████████

████ ██████████

████ ████ ██████

████ ████ ██████████████████████████████

████ ████ █████████████████████████████

████ ████ █████████████████████████████████████████

████ ██████████████████████████████████████



Golkow Technologies,
A Veritext Division





Golkow Technologies,
A Veritext Division

www.veritext.com





Golkow Technologies,
A Veritext Division

Page 337



Golkow Technologies,
A Veritext Division



Page 339



1

        Earlier we talked about best industry
practices.  Do you recall those questions?
    A.    Yes.
    Q.    Within the context of best industry