UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., *Plaintiff*, v. SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, *Defendants*. | Civil Action No. 3:21-cv-00933-VDO  March 27, 2025 |

**PLAINTIFF CONSERVATION LAW FOUNDATION'S
REPLY TO ITS MOTION TO SEAL**

Defendants' Response to CLF's Motion to Seal, ECF 556 ("Response"), ignores that Defendants have already waived their confidentiality claims as to significant sections of the Evans deposition transcript. This waiver occurred when Defendants filed their Letter Brief on the Evans deposition, ECF 549, publicly rather than under seal. Defendants' public Letter Brief cited and quoted from 18 passages at the following locations that Defendants' had designated confidential: 128:24–129:10; 129:12–24; 130:23–131:16; 133:5–134:16; 141:4–23;  145:16–146:8; 157:8–158:1; 166:6–9; 200:15–20; 264:6–13; 269:23–270:12; 271:3–8; 276:13–17; 276:24–278:4; 287:6–288:2; 343:2–5; 343:6–345:17; 344:25–346:25. Defendants still argue in their Response that the Court should rule these 18 waived passages[1] are confidential based on conclusory statements the information is "proprietary business information." ECF 556 at 5–6; ECF 556-1 at

---

[1] CLF's Letter Brief citations partially overlap with 6 waived passages: 141:4–23; 200:15–20; 269:23–270:12; 271:3–8; 276:13–17; 276:24–278:4.

1

3–5. Defendants' inconsistent position—that information Defendants want in public to show their side of an argument must also be ruled confidential so CLF's full argument must remain under seal—is inappropriate and exposes the pure gamesmanship of Defendants' approach to confidentiality designations in general but as to this deposition transcript in particular. To correct the current prejudice, the Court should Order CLF to file its entire Letter Brief and Transcript Exhibit publicly.

Dated: March 27, 2025

Respectfully submitted,

CONSERVATION LAW
FOUNDATION, Inc., by its attorneys

*/s/ James Y. Meinert*
Alexandra M. Jordan (ct31466)
Zachary Manley (pvh207600)*
James Y. Meinert (ct31637)
Conservation Law Foundation, Inc.
62 Summer St
Boston, MA 02110
Tel: (617) 850-1748
Tel: (617) 850-1707
Tel: (617) 850-1477
E-mail: ajordan@clf.org
E-mail: zmanley@clf.org
E-mail: jmeinert@clf.org

Ana McMonigle (ct31370)
Conservation Law Foundation, Inc.
195 Church Street
Mezzanine Level, Suite B
New Haven, CT 06510
Tel: (203) 298-7692
E-mail: amcmonigle@clf.org

Christopher M. Kilian (ct31122)
Kenneth J. Rumelt (phv207130)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602

2

Tel: (802) 622-3020
Tel: (802) 223-5992
E-mail: ckilian@clf.org
E-mail: krumelt@clf.org

James Crowley (ct31319)
Conservation Law Foundation, Inc.
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI 02908
Tel: (401) 228-1905
E-mail: jcrowley@clf.org

Chance Raymond (ct31311)
Chance the Lawyer, LLC
650 Poydras Street
Suite 1400 PMB #2574
New Orleans, LA 70130
Phone: 832-671-6381
E-mail: chancethelawyer@gmail.com

Linda Singer (phv208339)
Elizabeth Smith
401 9th St. NW, Suite 630
Washington, DC 20004
Tel: (202) 386-9626
Tel: (202) 386-9627
Email: lsinger@motleyrice.com
Email: esmith@motleyrice.com

Michael Pendell (ct27656)
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Tel: (860) 218-2722
Email: mpendell@motleyrice.com

Ridge Mazingo (phv208402)*
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9620
Email: rmazingo@motleyrice.com

*Attorneys for Plaintiff Conservation Law Foundation, Inc.*

3

*Admitted as Visiting Attorney*