## UNITED STATES DISTRICT COURTFOR THE DISTRICT OF CONNECTICUT

CONSERVATION LAW FOUNDATION, INC.,

Plaintiff,

v.

SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC,

Defendants.

Case No: 3:21-cv-00933-VDO

March 31, 2025

## JOINT STATUS REPORT

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Equilon Enterprises LLC d/b/a Shell Oil Products US, Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file this Joint Discovery Status Report, as directed in the Court's Orders of April 4, 2024, ECF 378, and Sept. 30, 2024, ECF 476 Tr. at 28:18. For the sake of brevity, the Parties incorporate by reference their prior Joint Discovery Status Reports. *See* ECF 383, 387, 402, 417, 421, 424, 427, 436, 443, 447, 455, 457, 458, 463, 477, 479, 483, 493, 500, 503, 511, 521, 532, 539, and 544.

**Discovery Status**

*Defendants' Document Production and CLF's Document Review*

As reported in the March 17 status report, CLF has requested additional information and documents a number of times since Defendants' August 2024 productions. Defendants produced

1

documents in response to these requests on September 27, 2024, November 25, 2024, December 6, 2024, December 12, 2024, January 25, 2025, and February 19, 2025. *See generally* ECF 497 at 2–3; ECF 541 at 2–3.  Defendants are still finalizing their response to CLF's February 14, 2025 request.  In addition, CLF requested on March 26 that Defendants' supplement their productions as to a consultant who may have drafted a new SWPPP for the New Haven terminal.  Defendants have confirmed they are looking into the request.

*Confidentiality Designation Dispute*

As reported in the March 3 and 17 reports, ECF 539 and 544, the Parties remain at impasse.

*Depositions*

CLF took Rule 30(b)(6) depositions of Defendants' representatives Michael Sullivan on February 6, 2025, and Brian Evans on February 12, 2025.  The deposition of Michael Sullivan is complete.  As reported in the March 3, 2025 weekly status report (ECF 539), Plaintiff began then suspended the 30(b)(6) deposition of Brian Evans on February 12, 2025, and the Parties dispute whether the deposition of Mr. Evans is now complete.  On March 20, 2025, the Parties submitted their respective positions to the Court per the Court's instructions.  *See* ECF 542, 549–554, 556, 557.

The Parties completed the fact witness deposition of non-party witness Paul Verlaan (Senior Metocean Engineer) on March, 20, 2025.  Plaintiff is scheduled to conduct the Rule 30(b)(6) deposition of Motiva on April 10, 2025.  Following the Court's ruling on Defendants' 30(b)(6) topics for CLF, CLF has provided two dates for that deposition in April 2025.  The Parties continue to confer on dates for the Rule 30(b)(6) deposition of CLF and the fact witness deposition of non-party witness Sergio Jaramillo.  This will conclude the completion of fact

witness depositions in this case.

*Plaintiff's Request for Additional Site Visit*

   Pursuant to the Court's Memorandum and Order (ECF 548), the Parties scheduled CLF's third site visit to Defendants' New Haven facility for the morning of April 10, 2025. Consistent with Court's Memorandum and Order, the site visit will last no more than approximately four hours, and CLF's visitors will provide their own protective gear and will not require the Defendants to provide vehicular transportation around the site. *See* ECF 548.

Dated: March 31, 2025

Respectfully submitted,

*/s/ James Y. Meinert*
Alexandra M. Jordan (ct31466)
Zachary Manley (pvh207600)*
James Y. Meinert (ct31637)
Conservation Law Foundation, Inc.
62 Summer St
Boston, MA 02110
Tel: (617) 850-1748
Tel: (617) 850-1707
Tel: (617) 850-1477
E-mail: ajordan@clf.org
E-mail: zmanley@clf.org
E-mail: jmeinert@clf.org

Christopher M. Kilian (ct31122)
Kenneth J. Rumelt (phv207130)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 223-5992
Tel: (802) 622-3020
E-mail: ckilian@clf.org
E-mail: krumelt@clf.org

Ana McMonigle (ct31370)
Conservation Law Foundation, Inc.

*/s/ Rose H. Jones* (with permission)
Rose H. Jones
Hilgers Graben PLLC
1372 Peachtree Street, N.E.
19th Floor
Atlanta, GA 30309
T: (678) 229-1983
rjones@hilgersgraben.com

Antonio E. Lewis
King & Spalding, LLP
300 S Tryon Street
Suite 1700
Charlotte, NC 28202
(704) 503-2551
alewis@kslaw.com

Douglas A. Henderson
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 572-2769
dhenderson@kslaw.com

Anthony G. Papetti (phv206982)
Beveridge & Diamond, P.C.

195 Church Street
Mezzanine Level, Suite B
New Haven, CT 06510
Tel: (203) 298-7692
E-mail: amcmonigle@clf.org

James Crowley (ct31319)
Conservation Law Foundation, Inc.
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI 02908
Tel: (401) 228-1905
Email: jcrowely@clf.org

Chance Raymond (ct31311)
Chance the Lawyer, LLC
650 Poydras Street
Suite 1400 PMB #2574
New Orleans, LA 70130
Phone: 832-671-6381
E-mail: chancethelawyer@gmail.com

Linda Singer (phv208339)
Elizabeth Smith
401 9th St. NW, Suite 630
Washington, DC 20004
Tel: (202) 386-9626
Tel: (202) 386-9627
Email: lsinger@motleyrice.com
Email: esmith@motleyrice.com

Michael Pendell (ct27656)
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Tel: (860) 218-2722
Email: mpendell@motleyrice.com

Ridge Mazingo (phv208402)*
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9620
Email: rmazingo@motleyrice.com

*Attorneys for Plaintiff*

825 Third Ave., 16th Floor
New York, NY 10022
T: (212) 702-5400
F: (212) 702-5442
apapetti@bdlaw.com

Roy D. Prather III (phv206800)*
Beveridge & Diamond, P.C.
20 North Charles Street, Suite 2210
Baltimore, MD 21201-4150
T: 1.410.230.1305
rprather@bdlaw.com

James O. Craven (ct18790)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: (203) 498-4400
F: (203) 782-2889
jcraven@wiggin.com

John S. Guttmann (ct25359)
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
T: (202) 789-6020
F: (202) 789-6190
jguttmann@bdlaw.com

Bina R. Reddy (phv20420)*
BEVERIDGE &DIAMOND, P.C.
400 West 15th Street
Suite 1410
Austin, TX 78701-1648
T: (512) 391-8000
F: (202) 789-6190
breddy@bdlaw.com

*Counsel for Defendants*

*Conservation Law Foundation, Inc.*
*\*Admitted as Visiting Attorney*