UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> Defendants. | Case No: 3:21-cv-00933-VDO <br><br><br> April 14, 2025 |

## JOINT STATUS REPORT

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Equilon Enterprises LLC d/b/a Shell Oil Products US, Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file this Joint Discovery Status Report, as directed in the Court's Orders of April 4, 2024, ECF 378, and Sept. 30, 2024, ECF 476 Tr. at 28:18. For the sake of brevity, the Parties incorporate by reference their prior Joint Discovery Status Reports. *See* ECF 383, 387, 402, 417, 421, 424, 427, 436, 443, 447, 455, 457, 458, 463, 477, 479, 483, 493, 500, 503, 511, 521, 532, 539, 544, and 558.

**Discovery Status**

*Defendants' Document Production and CLF's Document Review*

As reported in the March 17 status report, CLF has requested additional information and documents a number of times since Defendants' August 2024 productions. Defendants produced documents in response to these requests on September 27, 2024, November 25, 2024, December 6,

2024, December 12, 2024, January 25, 2025, and February 19, 2025. *See generally* ECF 497 at 2–3; ECF 541 at 2–3.  Today, April 14, Defendants confirmed they will not produce the additional documents requested on February 19, 2025.  In addition, CLF requested on March 26 that Defendants supplement their document productions under Rule 26(e) for Revised RFPs 29, 32, 36 and 38 based on information provided in documents produced by Defendants on or around August 19, 2024.  Defendants have confirmed they are looking into the request and are working to identify responsive, not privileged documents, if any, for potential production.

*Confidentiality Designation Dispute*

As reported in the March 3 and 17 reports, ECF 539 and 544, the Parties remain at impasse.

*Depositions*

CLF took Rule 30(b)(6) depositions of Defendants' representatives Michael Sullivan on February 6, 2025, and Brian Evans on February 12, 2025.  The 30(b)(6) deposition of Motiva was taken on April 10, 2025.  As reported in the March 3, 2025 weekly status report (ECF 539), Plaintiff took the 30(b)(6) deposition of Brian Evans on February 12, 2025, and the Parties dispute whether the deposition of Mr. Evans is now complete.  On March 20, 2025, the Parties submitted their respective positions to the Court per the Court's instructions.  *See* ECF 542, 549–554, 556, 557.

The Parties completed the fact witness deposition of non-party witness Paul Verlaan (Senior Metocean Engineer) on March 20, 2025.  Following the Court's ruling on Defendants' 30(b)(6) topics for CLF, CLF provided two dates for that deposition in April 2025 but later indicated that the designee was not available for deposition until May 12.  The Parties continue to confer on dates for the Rule 30(b)(6) deposition of CLF and the fact witness deposition of non-party witness Sergio Jaramillo.  This will conclude the completion of fact witness depositions in

this case.

*Plaintiff's Request for Additional Site Visit*

Pursuant to the Court's Memorandum and Order (ECF 548), CLF conducted a third site visit at Defendants' New Haven facility on April 10, 2025.

*Defendants' Rule 11 Letter*

Defendants further note that Connecticut DEEP has issued a new draft industrial stormwater permit that includes for the first time "climate resilience" requirements. The new draft permit was issued in March 2024, and then after comments—including comments from CLF—Connecticut DEEP reaffirmed that the resiliency requirements were "new" and issued a second draft permit in December 2024. Based upon the clear statements by Connecticut DEEP, Defendants, on April 2nd, sent a Rule 11 demand to CLF to dismiss the climate adaptation claims in this suit. A response is due on April 23, 2025. Defendants request direction from the Court on how to proceed with staying discovery on CLF's climate adaptation-related discovery, which is now clearly irrelevant and an enormous source of cost in light of the extensive document requests and expert discovery.

CLF notes that the above paragraph was written completely by Defendants without any edits from CLF and CLF does not endorse or agree with the above characterizations of the CT Draft General Permit (which the Court was first notified of a year ago), nor any legal conclusions any of Defendants' lawyers have drawn therefrom. The Rule 11 letter that was only signed by Douglas Henderson at the King & Spaulding law firm, requested a response by April 23, 2025. CLF is unclear what "staying discovery" issue is being referenced by Defendants, as Defendants have not reached out to CLF regarding this request and therefore it is inappropriate for this joint status report as Defendants have not yet engaged in the mandatory meet and confer process. If

3

any of Defendants' lawyers file a motion based on Douglas Henderson's April 2 letter, CLF will vigorously oppose it at that time.

Dated: April 14, 2025

Respectfully submitted,

<div style="column-count:2">

*/s/ James Y. Meinert*
Zachary Manley (pvh207600)*
James Y. Meinert (ct31637)
Conservation Law Foundation, Inc. 62 Summer St
Boston, MA 02110
Tel: (617) 850-1707
Tel: (617) 850-1744
E-mail: zmanley@clf.org
E-mail: jmeinert@clf.org

Christopher M. Kilian (ct31122)
Kenneth J. Rumelt (phv207130)*
Conservation Law Foundation, Inc. 15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 223-5992
Tel: (802) 622-3020
E-mail: ckilian@clf.org
E-mail: krumelt@clf.org

Ana McMonigle (ct31370) Conservation Law Foundation, Inc.
195 Church Street
Mezzanine Level, Suite B
New Haven, CT 06510
Tel: (203) 298-7692
E-mail: amcmonigle@clf.org

*/s/ Rose H. Jones* (with permission)
Rose H. Jones
Hilgers Graben PLLC  1372 Peachtree Street, N.E. 19th Floor
Atlanta, GA 30309
T: (678) 229-1983
rjones@hilgersgraben.com

Antonio E. Lewis King & Spalding, LLP 300 S Tryon Street Suite 1700
Charlotte, NC 28202
(704) 503-2551
alewis@kslaw.com

Douglas A. Henderson King & Spalding, LLP 1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 572-2769
dhenderson@kslaw.com

Anthony G. Papetti (phv206982)
Beveridge & Diamond, P.C.
825 Third Ave., 16th Floor New York, NY 10022
T: (212) 702-5400
F: (212) 702-5442
apapetti@bdlaw.com

</div>

4

James Crowley (ct31319)
Conservation Law Foundation, Inc.
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI 02908
Tel: (401) 228-1905
Email: jcrowely@clf.org

Chance Raymond (ct31311)
Chance the Lawyer, LLC
650 Poydras Street
Suite 1400 PMB #2574
New Orleans, LA 70130
Phone: 832-671-6381
E-mail: chancethelawyer@gmail.com

Linda Singer (phv208339)
Elizabeth Smith
401 9th St. NW, Suite 630
Washington, DC 20004
Tel: (202) 386-9626
Tel: (202) 386-9627
Email: lsinger@motleyrice.com
Email: esmith@motleyrice.com

Michael Pendell (ct27656)
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Tel: (860) 218-2722
Email: mpendell@motleyrice.com

Ridge Mazingo (phv208402)*
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9620
Email: rmazingo@motleyrice.com

*Attorneys for Plaintiff*
*Conservation Law Foundation, Inc.*

*\*Admitted as Visiting Attorney*

Roy D. Prather III (phv206800)*
Beveridge & Diamond, P.C.
20 North Charles Street, Suite 2210
Baltimore, MD 21201-4150
T: 1.410.230.1305
rprather@bdlaw.com

James O. Craven (ct18790)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: (203) 498-4400
F: (203) 782-2889
jcraven@wiggin.com

John S. Guttmann (ct25359)
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
T: (202) 789-6020
F: (202) 789-6190
jguttmann@bdlaw.com

Bina R. Reddy (phv20420)*
BEVERIDGE &DIAMOND, P.C.
400 West 15th Street
Suite 1410
Austin, TX 78701-1648
T: (512) 391-8000
F: (202) 789-6190
breddy@bdlaw.com

*Counsel for Defendants*