## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> *Defendants.* | Civil Action No. 3:21-cv- 00933-VDO <br><br> April 24, 2025 |

### **MOTION FOR WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 7(e), Plaintiff Conservation Law Foundation, Inc. ("CLF") hereby moves that this Court allow Alexandra St. Pierre to withdraw as counsel for Plaintiff in the above-captioned matter.

This motion is filed with the consent of CLF and its counsel. Plaintiff CLF will continue to be represented in this matter by attorneys from CLF and the law firm of Motley Rice LLC.

DATED: April 24, 2025

Respectfully submitted,

*/s/ Alexandra St. Pierre*
Alexandra St. Pierre (ct31210)
Conservation Law Foundation
62 Summer St
Boston, MA 02110
Phone: (617) 850-1732
Email: aestpierre@clf.org