# EXHIBIT A

```
                                                            Page 1
 1                    Volume I  Pages 1-348
 2                    Exhibits 1202-1233
 3        IN THE UNITED STATES DISTRICT COURT
 4           FOR THE DISTRICT OF CONNECTICUT
 5   _____
 6   CONSERVATION LAW FOUNDATION, INC.
 7        Plaintiff                          C.A. No.
 8   V.                              3:21-cv-00933-JAM
 9   SHELL OIL COMPANY, EQUILON ENTERPRISES
10   LLC D/B/A SHELL OIL PRODUCTS US, et al.
11        Defendants
12   _____
13   (Full caption on following page)
14
15           RULE 30(b)(6) VIDEOTAPED
16           VIDEOCONFERENCE DEPOSITION OF
17    TRITON TERMINALING LLC, EQUILON ENTERPRISES LLC,
18             and MOTIVA ENTERPRISES LLC
19             by and through its designee
20                MICHAEL SULLIVAN LLC
21       Thursday, February 6, 2025, 9:11 a.m.
22                    MOTLEY RICE
23         40 Westminster Street, 5th Floor
24            Providence, Rhode Island  02903
25        -----REPORTER:  Sonya Lopes, RPR, CSR-----
```

```
                                                      Page 2
 1          IN THE UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF CONNECTICUT
 3   _____
 4   CONSERVATION LAW FOUNDATION, INC.
 5        Plaintiff                           C.A. No.
 6   V.                                  3:21-cv-00933-JAM
 7   SHELL OIL COMPANY, EQUILON
 8   ENTERPRISES LLC D/B/A SHELL
 9   OIL PRODUCTS US, SHELL
10   PETROLEUM INC., TRITON
11   TERMINALING LLC, and
12   MOTIVA ENTERPRISES LLC
13        Defendants
14   _____
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                    Page 3
 1   APPEARANCES:
 2
 3   Motley Rice LLC
 4        Michael J. Pendell, Esq.
 5        Ridge Mazingo, Esq.
 6        One Corporate Center
 7        20 Church Street, 17th Floor
 8        Hartford, Connecticut  06103
 9        860.218.2722
10        mpendell@motleyrice.com
11        rmazingo@motleyrice.com
12        for Plaintiff
13
14   King & Spalding
15        Antonio E. Lewis, Esq.
16        Ryan T. Kearney, Esq.
17        300 South Tyron Street
18        Charlotte, North Carolina  28202
19        704.503.2551
20        alewis@kslaw.com
21        rkearney@kslaw.com
22        for Defendants
23
24
25
```

```
                                                        Page 4
 1   APPEARANCES:
 2
 3   Also present:
 4        Kenneth Rumelt
 5        Katrina Myers
 6        Joe'l Mafrige, Esq.
 7        James Meinert (via Zoom)
 8        Sarah Shahabi (via Zoom)
 9        Vincent Greene (via Zoom)
10        Chance Raymond (via Zoom)
11        Stephanie Yu (via Zoom)
12        Anna Tadio (via Zoom)
13        Meenakshi Jani (via Zoom)
14
15   Videographer:  Jacob Before
16
17
18
19
20
21
22
23
24
25
```

Page 106

1 ▮ ▬▬▬▬▬▬▬▬
2 ▮   ▮ ▬▬▬▬▬▬▬▬
3 ▮          ▬▬▬▬▬  ▬▬  ▬▬▬▬▬
4               (December 26, 2018 letter from
5     Connecticut DEEP, Exhibit 1206, marked)
6               MR. PENDELL:  Okay.  This is going to be
7     Exhibit 1206, sir.  While you're looking at that,
8     just for the court reporter's benefit, Exhibit 1206
9     is a letter from Connecticut DEEP dated December 26,
10    2018.
11         Q.   Have you had a chance to look at it, sir?
12         A.   Yes.
13         Q.   Okay.  And this is a document signed by
14    Robert Klee, who was the commissioner of DEEP, on
15    December 26, 2018; is that right?
16         A.   Yes.
17         Q.   And you've seen this before.  True?
18         A.   I have seen it.
19         Q.   Okay.  And in this letter, he adopts
20    CERCLA's recommended sea level change scenario as
21    described in the final sea level change scenario
22    report and, more specifically, "the sea level rise
23    scenario shall be 0.5M" -- then, in parentheses, it
24    says "1 foot 8 inches" -- "higher than the national
25    tidal datum in Long Island Sound by 2050."  Do you

```
                                              Page 107
1    see that?
2         A.   I do.
3         Q.   This is a true and accurate copy of the
4    Connecticut DEEP document that you had seen
5    previously.  Is that true?
6              MR. LEWIS:  Object to form.
7         A.   Yes.  I've seen this.
8         Q.   Looks familiar to you.  And no reason to
9    doubt that this was actually issued by the DEEP
10   commissioner?
11        A.   Yes.  Correct.
12        Q.   Okay.  Aside from the lawyers hired by the
13   defendants in this case in this lawsuit, have you
14   spoken to anyone else about the contents of this
15   document?
16        A.   No.
17        Q.   Okay.  Let me ask you.  The sea level rise
18   scenario described in this document, have you --
19   meaning the defendants in this case -- utilized that
20   sea level rise scenario in any of the plans for the
21   New Haven terminal?
                                      And within hurricane is
24   storm surge, so yes.  1 foot 8 inches of surge in a
25   particular case or permanent sea level rise, we're
```

```
 1   between a storm surge and permanent sea level rise
 2   of 1 foot 8 inches.
 3        A.   I understand that.
 4        Q.   And if the sea level rise rises 1.8 feet,
 5   it would increase potential tidal surge; correct?
 6        A.   Yes.
 7        Q.   Okay.  So it actually would be more than
 8   1.8 feet; right?
 9        A.   Theoretically, yes.
10   [REDACTED]
11   [REDACTED]
12   [REDACTED]
13   [REDACTED]
14   [REDACTED]
15   [REDACTED]
16        Q.   Is it your position that the Connecticut
17   DEEP commissioner who adopted that for sea level
18   rise is not credible?
19        A.   That's not what I'm saying.
20             MR. LEWIS:  Object to form.
21        A.   I'm not saying that, that this is
22   incredible.  What I'm saying is that we have
23   continuous process to assess threats as we see them
24   today.  And that could be one that we might decide
25   to look at.  It's not that we're ignoring it.  What
```



Case 3:21-cv-00933-VDO   Document 569-1   Filed 04/28/25   Page 10 of 12

EXHIBIT A

Page 251



877-370-3377   Golkow Technologies, A Veritext Division   www.veritext.com

Page 252



