# EXHIBIT C

| | |
|---|---|
| **From:** | Rose Jones |
| **To:** | James Meinert; Douglas Henderson; Antonio Lewis; Nicole Bass; Scott Scheinberg; Ryan Kearney |
| **Cc:** | Katrina Myers; Ext. Guest - Chance Raymond; Christopher Kilian; Ken Rumelt; Zack Manley; Anna Tadio; Pendell, Michael J.; vgreene@motleyrice.com; Singer, Linda; Mazingo, Ridge; Stephanie Yu; Meenakshi Jani; Penado, Jorge; Alexandra Jordan |
| **Subject:** | RE: Shell CT and RI: Supplementation |
| **Date:** | Monday, April 7, 2025 8:18:07 PM |
| **Attachments:** | image002.jpg<br>image003.png<br>image004.png |

CAUTION: Email from outside CLF.

James,

Confirming that we are working to supplement our production relating to your email request with any such documents that are responsive to the cited RFPs. We are making every effort to deliver the supplemental production by April 10th.

Thanks,
Rose

**Rose J. Hunter Jones**
**Partner**
**HILGERS GRABEN PLLC**
rjones@hilgersgraben.com
678-229-1983 (M)
www.hilgersgraben.com



**From:** James Meinert <jmeinert@clf.org>
**Sent:** Wednesday, March 26, 2025 4:39 PM
**To:** Douglas Henderson <dhenderson@kslaw.com>; Antonio Lewis <ALewis@KSLAW.com>; Rose Jones <RJones@hilgersgraben.com>; Nicole Bass <NBass@hilgersgraben.com>; Scott Scheinberg <SScheinberg@hilgersgraben.com>; Ryan Kearney <RKearney@KSLAW.com>
**Cc:** Katrina Myers <kmyers@clf.org>; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>; Christopher Kilian <ckilian@clf.org>; Ken Rumelt <krumelt@clf.org>; Zack Manley <zmanley@clf.org>; Anna Tadio <atadio@clf.org>; Pendell, Michael J. <mpendell@motleyrice.com>; vgreene@motleyrice.com; Singer, Linda <lsinger@motleyrice.com>; Mazingo, Ridge <rmazingo@motleyrice.com>; Stephanie Yu <syu@clf.org>; Meenakshi Jani <mjani@clf.org>; Penado, Jorge <jpenado@motleyrice.com>; Alexandra Jordan <ajordan@clf.org>
**Subject:** Shell CT and RI: Supplementation

**\*\*External Email - Do not open suspicious attachments or links from known or unknown**

**senders.\*\***

Counsel,

Please supplement your document productions under Rule 26(e) as they relate to any work being conducted by the consultant ALL4 Inc. to draft a SWPPP for the New Haven and Providence Terminals. All communications with All4 Inc. related to drafting a SWPPP including scope of work as well as any drafts, analysis, or final documents for a new SWPPP were requested by at least CT Revised RFPs 29, 32, 36, and 38 (and associated RI RFPs 29, 32, 35 and 37), and based on their contents could also be responsive to other RFPs including CT Revised RFP 9 and other Revised RFPs. As of Defendants' August 2024 productions, the environmental coordinator for the New Haven Terminal, Theresa Geijer, had begun a dialog with All4 to create updated SWPPPs for New Haven and Providence. Geijer Email (June 19, 2024) (SOPUS_NHVN02367774); see also Geijer Email (June 19, 2024) (SOPUS_NHVN01844896). Any communications related to that work since that time and any work product need to be produced under Rule 26(e). This email is a notification that CLF expects timely supplementation on this topic specifically as to the existence of such work being commissioned, analysis and discussion, and a draft SWPPP, all of which would make Defendants' past productions incomplete or incorrect and could affect or alter CLF's plans or preparations in this case including expert reports.

Please respond to this request by Friday, March 28.

Please provide any responsive documents in a timely manner but no later than April 10 so they are available to CLF and its expert for the upcoming site visit.

**James Y. Meinert**
Attorney
Conservation Law Foundation
Pronouns: he/him/his

62 Summer Street
Boston, MA  02110
P: 617-850-1744
C: 413-320-2367
E: jmeinert@clf.org

For a thriving New England



Facebook | Twitter | LinkedIn