UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> Defendants. | Case No: 3:21-cv-00933-VDO <br><br> April 28, 2025 |

**JOINT STATUS REPORT**

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Equilon Enterprises LLC d/b/a Shell Oil Products US, Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file this Joint Discovery Status Report, as directed in the Court's Orders of April 4, 2024, ECF 378, and Sept. 30, 2024, ECF 476 Tr. at 28:18. For the sake of brevity, the Parties incorporate by reference their prior Joint Discovery Status Reports. *See* ECF 383, 387, 402, 417, 421, 424, 427, 436, 443, 447, 455, 457, 458, 463, 477, 479, 483, 493, 500, 503, 511, 521, 532, 539, 544, 558, and 564.

**Discovery Status**

*Defendants' Document Production and CLF's Document Review*

As reported in the March 17 status report (ECF 544), CLF has requested additional information and documents a number of times since Defendants' August 2024 productions.

1

Defendants produced documents in response to these requests on September 27, 2024, November 25, 2024, December 6, 2024, December 12, 2024, January 25, 2025, February 19, 2025, and April 25, 2025 *See generally* ECF 497 at 2–3; ECF 541 at 2–3.  On April 14, 2025, Defendants confirmed they will not produce the additional documents requested on February 19, 2025.

On March 26, 2025, CLF requested that Defendants supplement their document productions under Rule 26(e) as to any engagement with ALL4, Inc. Defendants produced 88 documents to supplement their productions on April 25, 2025.

*Confidentiality Designation Dispute*

As reported in the March 3 and 17 reports (ECF 539 and 544, respectively), the Parties remain at an impasse.

Additionally, on April 18, 2025 and consistent with Paragraph 12 of the Parties Standing Protective Order (ECF 7), Defendants notified CLF about deficiencies with its confidentiality designations; specifically, Defendants identified inconsistent designations across similar types of documents, including organizational charts and other documents.

In that same correspondence, Defendants also notified CLF about deficiencies with its document productions and privilege logs.  Specifically, CLF produced emails that, on their face, suggest they included attachments, yet the attachments were not produced.  Defendants also identified several deficiencies with CLF's recent privilege logs, including, but not limited to, CLF's reliance on the "associational privilege," a designation that the Parties are waiting on the Court to provide additional guidance.  *See* ECF 469.  Defendants requested that CLF respond and remediate the alleged deficiencies by May 9, 2025, so Defendants do not need to potentially seek a second deposition of CLF's 30(b)(6) witness.  CLF is reviewing Defendants' request and intends to respond shortly.

*Depositions*

CLF took the 30(b)(6) deposition of Brian Evans on February 12, 2025. On March 20, 2025, the Parties submitted their respective positions to the Court per the Court's instructions. *See* ECF 542, 549–554, 556, 557. On April 15, 2025, the Court issued an order (ECF 566), granting CLF's motion to compel in part and denying it in part, and allowing CLF to take additional testimony under Topics 23 and 24. CLF has requested dates and the Parties are conferring to select a date for the deposition.

Following the Court's ruling on Defendants' 30(b)(6) topics for CLF, the Parties have scheduled the CLF 30(b)(6) deposition for May 13, 2025. The Parties conferred on dates for the fact witness deposition of non-party witness Sergio Jaramillo, and by agreement this Deposition has been noticed for May 28, 2025. Defendants maintain that this deposition is unnecessary, unduly burdensome, and irrelevant to any claim or defense in this case, but have agreed to produce Mr. Jaramillo for a single deposition in connection with a related order in the District of Rhode Island compelling same. This will conclude the completion of fact witness depositions in this case.

*Defendants' Request to Stay Discovery*

In the April 14, 2025 Joint Status Report, Defendants requested guidance on a stay of discovery pending the upcoming finalization of a new draft permit by CT DEEP that will be applicable to the New Haven Terminal at issue in this lawsuit. The Court instructed Defendants to meet and confer regarding staying discovery prior to filing a motion. *See* ECF 565. Defendants sent a meet and confer letter to CLF on April 25, 2025. Plaintiff communicated that it will not agree to the proposed stay, and the parties anticipate that Court intervention will become necessary on this issue in the near future.

*CLF's Emergency Motion to Amend the Scheduling Order and for Sanctions*

Based on Defendants' Friday evening supplemental production of ALL4, Inc. documents noted above, on Sunday CLF requested a meet and confer with Defendants, on Monday the parties met and conferred, and then CLF filed the emergency motion to amend the scheduling order and for sanctions, the details of which are in that motion.

Defendants maintain that Plaintiff did not provide sufficient notice of its intent to file this motion nor any reasonable opportunity for the parties to meet and confer on this issue, pursuant to the rules of Court. In any event, Defendants believe that Plaintiff's allegations are unfounded and intend to oppose the motion.

Dated: April 28, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ James Y. Meinert* <br> Zachary Manley (pvh207600)* <br> James Y. Meinert (ct31637) <br> Conservation Law Foundation, Inc. <br> 62 Summer St <br> Boston, MA 02110 <br> Tel: (617) 850-1707 <br> Tel: (617) 850-1744 <br> E-mail: zmanley@clf.org <br> E-mail: jmeinert@clf.org <br><br> Christopher M. Kilian (ct31122) <br> Kenneth J. Rumelt (phv207130)* <br> Conservation Law Foundation, Inc. <br> 15 East State Street, Suite 4 <br> Montpelier, VT 05602 <br> Tel: (802) 223-5992 <br> Tel: (802) 622-3020 <br> E-mail: ckilian@clf.org <br> E-mail: krumelt@clf.org <br><br> Ana McMonigle (ct31370) <br> Conservation Law Foundation, Inc. | */s/ Rose H. Jones* (with permission) <br> Rose H. Jones <br> Hilgers Graben PLLC <br> 1372 Peachtree Street, N.E. <br> 19th Floor <br> Atlanta, GA 30309 <br> T: (678) 229-1983 <br> rjones@hilgersgraben.com <br><br> Antonio E. Lewis <br> King & Spalding, LLP <br> 300 S Tryon Street <br> Suite 1700 <br> Charlotte, NC 28202 <br> (704) 503-2551 <br> alewis@kslaw.com <br><br> Douglas A. Henderson <br> King & Spalding, LLP <br> 1180 Peachtree Street, N.E. <br> Atlanta, GA 30309 <br> T: (404) 572-2769 <br> dhenderson@kslaw.com <br><br> Anthony G. Papetti (phv206982) <br> Beveridge & Diamond, P.C. |

4

| | |
|---|---|
| 195 Church Street<br>Mezzanine Level, Suite B<br>New Haven, CT 06510<br>Tel: (203) 298-7692<br>E-mail: amcmonigle@clf.org | 825 Third Ave., 16th Floor<br>New York, NY 10022<br>T: (212) 702-5400<br>F: (212) 702-5442<br>apapetti@bdlaw.com |
| James Crowley (ct31319)<br>Conservation Law Foundation, Inc.<br>235 Promenade Street<br>Suite 560, Mailbox 28<br>Providence, RI 02908<br>Tel: (401) 228-1905<br>Email: jcrowely@clf.org | Roy D. Prather III (phv206800)*<br>Beveridge & Diamond, P.C.<br>20 North Charles Street, Suite 2210<br>Baltimore, MD 21201-4150<br>T: 1.410.230.1305<br>rprather@bdlaw.com |
| Chance Raymond (ct31311)<br>Chance the Lawyer, LLC<br>650 Poydras Street<br>Suite 1400 PMB #2574<br>New Orleans, LA 70130<br>Phone: 832-671-6381<br>E-mail: chancethelawyer@gmail.com | James O. Craven (ct18790)<br>WIGGIN AND DANA LLP<br>One Century Tower<br>265 Church Street<br>P.O. Box 1832<br>New Haven, CT 06508-1832<br>T: (203) 498-4400<br>F: (203) 782-2889<br>jcraven@wiggin.com |
| Linda Singer (phv208339)<br>Elizabeth Smith<br>401 9th St. NW, Suite 630<br>Washington, DC 20004<br>Tel: (202) 386-9626<br>Tel: (202) 386-9627<br>Email: lsinger@motleyrice.com<br>Email: esmith@motleyrice.com | John S. Guttmann (ct25359)<br>BEVERIDGE & DIAMOND, P.C.<br>1900 N Street, NW, Suite 100<br>Washington, DC 20036<br>T: (202) 789-6020<br>F: (202) 789-6190<br>jguttmann@bdlaw.com |
| Michael Pendell (ct27656)<br>One Corporate Center<br>20 Church St., 17th Floor<br>Hartford, CT 06103<br>Tel: (860) 218-2722<br>Email: mpendell@motleyrice.com | Bina R. Reddy (phv20420)*<br>BEVERIDGE &DIAMOND, P.C.<br>400 West 15th Street<br>Suite 1410<br>Austin, TX 78701-1648<br>T: (512) 391-8000<br>F: (202) 789-6190<br>breddy@bdlaw.com |
| Ridge Mazingo (phv208402)*<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464<br>Tel: (843) 216-9620<br>Email: rmazingo@motleyrice.com | *Counsel for Defendants* |
| *Attorneys for Plaintiff* | |

*Conservation Law Foundation, Inc.*
*\*Admitted as Visiting Attorney*