# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC,<br><br>Defendants. | Case No: 3:21-cv-00933-VDO<br><br>April 30, 2025 |

### DECLARATION OF ROSE J. JONES

I, Rose J. Jones, hereby declare under penalty of perjury as follows:

1. I am an attorney licensed to practice law in the State of Georgia and admitted to practice before this Court via pro hac vice. I am counsel of record for Defendants in the above-captioned matter and have personal knowledge of the facts set forth herein.

2. I submit this Declaration in support of Defendants' Opposition to Plaintiff Conservation Law Foundation Inc.'s ("CLF or Plaintiff") Emergency Motion to Amend the Scheduling Order and for Sanctions, and in support of Defendants' position that the scheduling order should not be amended, and sanctions are neither warranted nor appropriate.

3. I have personal knowledge of Defendants' efforts to collect, review, and produce documents to CLF in discovery in the above-referenced action, as well as the related action pending in the District of Rhode Island (Case No. 1:17-cv-396) since my appearance in these cases on approximately May 28, 2024 and July 17, 2024, respectively.  This includes the set of

1

documents produced to Plaintiff in August 2024 in response to the Court's March 29, 2024 Order on Plaintiff's Motion to Compel that is reflected at ECF 372 in the above-captioned action, as well as the supplemental production of documents to Plaintiff produced on April 25, 2025 that is the subject of Plaintiff's instant Motion.

4. In connection with Defendants' compliance with the Court's March 29, 2024 Order on Plaintiff's Motion to Compel (ECF 372), Defendants collected 2,845,724 unique, potentially relevant documents from 360 Shell and Motiva custodial and non-custodial data sources. More than 460 attorneys were retained to review documents for production and more than 2.3 million pages of documents were produced on or about August 19, 2024. *See* August 19, 2024 Joint Status Report, ECF 455.

5. Defendants' August 19, 2024 document production included 25 documents relating to consulting services provided by non-party All4, Inc. ("All4") related to the New Haven Terminal created after January 1, 2023.

6. On page 14 of its Motion, CLF states: "Five of the newly produced documents are continuations of the same email chains where Defendants had produced some initial emails," and further, "…twenty are new email chains between those individuals from the same time period." This characterization is inaccurate. Of the 25 documents CLF identifies as having been produced after ECF 372, there are in fact 9 emails and 16 attachments. Of the 9 emails, 7 are part of email chains that were already produced prior to the August 19, 2024 deadline, either in New Haven or Providence. These are the very same email chains CLF correctly acknowledges in its motion as previously produced. (See p. 14). Additionally, 15 of the 16 attachments are duplicates of documents that were produced before the August 19, 2024 deadline—either in the New Haven matter or in the parallel Providence matter. CLF further references a table on the same page of its motion, stating: "The email chains and documents produced before and after the ECF 372 deadline are shown in the table below," and lists

seven (7) documents under the "Produced Before the ECF 372 Deadline" section. (See p. 14). However, CLF omits 16 attachments associated with six (6) of the seven (7) cited documents. To provide clarity and context, Appendix A includes an updated version of CLF's chart, reflecting the full set of documents.

7. As of February 11, 2025, all documents produced in the Rhode Island matter were considered produced in the Connecticut matter and vice-versa. *See* ECF No. 527 Stipulation of Dismissal of Shell Oil Company & Shell Petroleum, Inc. ("The Parties are allowed to use all discovery produced in this case in the Rhode Island litigation and vice-versa; however, documents will remain subject to their respective protective orders in each matter, except all materials will remain available until the resolution of both matters, after which all material produced in this case will be destroyed pursuant to the Standing Protective Order in this case). 11 of the documents CLF claims were produced after the ECF 372 deadline, are in fact duplicates of documents previously produced in the Rhode Island matter before August 19. 2024.

8. Defendants responded diligently, reasonably, and in good faith in its response to CLF's March 26, 2025 request for "any work being conducted by the consultant All4 to draft a SWPPP for the New Haven and Providence Terminals."

9. Only 34 of the 88 documents produced were created before ECF 372. Of those 34 documents, 15 documents are duplicates of previously produced documents in either this matter or Providence: (SOPUS_NHVN02489381, SOPUS_NHVN02489389, SOPUS_NHVN02489391, SOPUS_NHVN02489393, SOPUS_NHVN02489394, SOPUS_NHVN02489395, SOPUS_NHVN02489396, SOPUS_NHVN02489397, SOPUS_NHVN02489398, SOPUS_NHVN02489399, SOPUS_NHVN02489400, SOPUS_NHVN02489770, SOPUS_NHVN02489771, SOPUS_NHVN02489792, SOPUS_NHVN02489546). Of the 19 documents that were created before the ECF 372

3

deadline and are not duplicates of previously produced materials: 13 are emails that are part of an email thread that was previously produced.

    a. Of those, three (3) are emails where the entire contents of the email thread are contained in the previously produced versions of those emails: (SOPUS_NHVN02489376, SOPUS_NHVN02489370, and SOPUS_NHVN02489372).

    b. There is one (1) email that is a version of an already-produced email where Theresa Geijer copied the text of the produced email and sent it to herself (SOPUS_NHVN02489683).

    c. Of the remaining nine (9) emails that include unique email communications after the last communication in the previously produced thread, the subsequent communications are largely administrative, relating to providing documents and information to All4 and meeting scheduling.

        i. Four (4) are attachments that were not previously produced, three (3) of which are duplicates of each other and are a March 29, 2023 Notification of Reissuance letter from CT DEEP, stating that CT DEEP has reissued Defendant's general permit (SOPUS_NHVN02489377, SOPUS_NHVN02489371, SOPUS_NHVN02489373). The other attachment is not responsive to any of CLF's RFPs as it is a copy of the Providence SCCP (SOPUS_NHVN02489419).

        ii. One (1) document is an email from July 2023, from Theresa Geijer to All4 with no text and no attachments: (SOPUS_NHVN02489374).

        iii. One (1) document is an email from July 2023 between Theresa Geijer and All4 regarding uploading a stormwater training presentation (SOPUS_NHVN02489375). The content of the email is administrative in

      nature, *i.e.*, confirming that the documents have been uploaded.

10. On page 13 of its Motion, CLF states that "Of the 88 newly produced documents, 25 are additional emails between Theresa Geijer and the ALL4., consultants from July 2024 that should have been produced by the ECF 372 deadline." This statement is misleading. Of those 25 documents, 12 documents are duplicates or more inclusive threads of documents produced before the ECF 372 deadline. Additionally, the remaining 13 documents were collected but properly withheld as non-responsive, as they related to the Providence matter. Regardless, pursuant to the stipulation allowing for the sharing of documents between this matter and the CLF action pending in Providence, Rhode Island, these documents were made available to CLF in this matter as of February 11, 2025: 1) Appendix B includes an updated version of CLF's chart, reflecting additional information about each document, including four new columns: 1) "Collected before ECF 372;" 2) "Bates Numbers of Produced Duplicates;" 3) "Bates Numbers of Duplicate Email Thread Groups;" and 4) "Comments for the Court."

11. At 9:07 pm on Sunday, April 27, 2025, James Meinert, Plaintiff's counsel for CLF, sent an email to Defendants asking to schedule a teleconference to discuss various items, including "a motion CLF may need to file to amend the schedule and for sanctions over the ALL4 production." I responded to Mr. Meinert's email at 8:35 am on Monday, April 28, 2025 with Defendants' availability to attend the requested teleconference.

12. I attended the teleconference with Plaintiff's counsel and other members of Defendants' legal team in the afternoon of April 28, 2025.

13. On the teleconference, Plaintiff advised Defendants' counsel of its intent to file a motion seeking extension of its deadline to serve expert reports, and to seek sanctions against Defendants related to the recent production of documents related to All4. Defendants' counsel repeatedly asked Plaintiff's counsel to identify the basis for its threatened motion for

sanctions, including the particular documents and/or deposition testimony that Plaintiff believed warranted the imposition of sanctions, as well as what specific sanctions Plaintiff would be seeking. Plaintiff refused to identify the basis for its Motion to Defendants, despite repeated requests from Defendants' counsel. Plaintiff's counsel responded that Defendants would "see it in the Motion once it's filed."

14. Defendants' counsel asked Plaintiff's counsel if there were any potential offers that Plaintiff's counsel would consider to resolve the dispute and obviate the need to file its Motion. Plaintiff's counsel responded that there were none and that it intended to file its Motion in short order.

15. Defendants' counsel also advised that this Motion concerning a discovery dispute fell under ECF 473 and queried whether Plaintiff's counsel wished to call the Court to report an impasse and await the Court's guidance on how it would like the dispute to be presented. Plaintiff's counsel responded that it did not wish to contact the Court at that time.

16. Shortly after the 3:00 p.m. teleconference concluded at 3:38 p.m., Plaintiff proceeded to file its 26-page Motion.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  April 30, 2025

*/s/ Rose J. Jones*
Rose J. Jones

Appendix A

| Produced before the ECF 372 Deadline | | | | | |
|---|---|---|---|---|---|
| Bates Number | Email Sent Date | From | Email Subject | Attachment File Name | Comments for the Court |
| SOPUS_NHVN02367774 | 6/19/2024 | Theresa Geijer | RE: RIDEM proposed SW permit - ALL4 CALL MAIN POINTS | | |
| SOPUS_NHVN02367913 | 7/8/2024 | Theresa Geijer | RE: Shell Stormwater Plan Review - New Haven SPCC | | Email chain also produced on April 25, 2025. |
| SOPUS_NHVN02368039 | 7/8/2024 | Theresa Geijer | RE: Shell Stormwater Plan Review - New Haven ERAP | | Email chain also produced on April 25, 2025. |
| SOPUS_NHVN02367011 | 7/9/2024 | Kyle Costello | RE: Shell Stormwater Plan Review - New Haven ERAP | | Email chain also produced on April 25, 2025. |
| SOPUS_NHVN02367142 | 7/9/2024 | Kyle Costello | RE: Shell Stormwater Plan Review - Providence ERAP | | Email chain also produced on April 25, 2025. |
| SOPUS_NHVN02367281 | 7/9/2024 | Kyle Costello | RE: Shell Stormwater Plan Review - Providence ERAP | | Email chain also produced on April 25, 2025. |
| SOPUS_NHVN02367428 | 7/9/2024 | Kyle Costello | RE: Shell Stormwater Plan Review - Providence ERAP | | Email chain also produced on April 25, 2025. |
| **Produced before the ECF 372 Deadline - Not Cited in CLF Motion** | | | | | |
| Bates Number | Email Sent Date | From | Email Subject | Attachment File Name | Comments for the Court |
| SOPUS_NHVN01844896 | 6/19/2024 | Theresa Geijer | RE: RIDEM proposed SW permit - ALL4 CALL MAIN POINTS | | Email from Theresa Geijer to Theresa Geijer of email produced at SOPUS_NHVN02367774 with in line notes (cited by CLF in March 26, 2025 request). |
| SOPUS_NHVN02367776 | 6/19/2024 | | | New Haven SWPPP 2017 (2).pdf | Attachment to cited email SOPUS_NHVN02367774. |
| SOPUS_NHVN02367915 | 7/8/2024 | | | Disposal Plan.pdf | Attachment to cited email SOPUS_NHVN02367913. |
| SOPUS_NHVN02367923 | 7/8/2024 | | | Forms Upload_Upload Form_1.docx | Attachment to cited email SOPUS_NHVN02367913. |
| SOPUS_NHVN02367925 | 7/8/2024 | | | Forms Upload_Upload Form_2.docx | Attachment to cited email SOPUS_NHVN02367913. |
| SOPUS_NHVN02367927 | 7/8/2024 | | | Forms Upload_Upload Form_3.docx | Attachment to cited email SOPUS_NHVN02367913. |
| SOPUS_NHVN02367928 | 7/8/2024 | | | Forms Upload_Upload Form_4.docx | Attachment to cited email SOPUS_NHVN02367913. |

| | | | | | |
|---|---|---|---|---|---|
| SOPUS_NHVN02367929 | 7/8/2024 | | | Forms Upload_Upload Form_5.docx | Attachment to cited email SOPUS_NHVN02367913. |
| SOPUS_NHVN02367930 | 7/8/2024 | | | Forms Upload_Upload Form_7.docx | Attachment to cited email SOPUS_NHVN02367913. |
| SOPUS_NHVN02367931 | 7/8/2024 | | | Facility Map_Upload Map_1.pdf | Attachment to cited email SOPUS_NHVN02367913. |
| SOPUS_NHVN02367932 | 7/8/2024 | | | Supporting Documents_Supporting Document Upload_4.pdf | Attachment to cited email SOPUS_NHVN02367913. |
| SOPUS_NHVN02367937 | 7/8/2024 | | | NEWHAVENSPCC_4497_81957_185426_602720.PDF | Attachment to cited email SOPUS_NHVN02367913. |
| SOPUS_NHVN02368042 | 7/8/2024 | | | NEWHAVENFRP_4496_83366_186457_602719_Sec_37625_0.pdf | Attachment to cited email SOPUS_NHVN02368039. |
| SOPUS_NHVN02367016 | 7/9/2024 | | | 2017-standard-guidelines-for-the-design-installation-and-operation-and-maintenance-of-stormwater-impoundments.pdf | Attachment to cited email SOPUS_NHVN02367011. |
| SOPUS_NHVN02367147 | 7/9/2024 | | | 2017-standard-guidelines-for-the-design-installation-and-operation-and-maintenance-of-urban-stormwater-systems.pdf | Attachment to cited email SOPUS_NHVN02367142. |
| SOPUS_NHVN02367286 | 7/9/2024 | | | chelsea-swppp-march-2023.pdf | Attachment to cited email SOPUS_NHVN02367281. |
| SOPUS_NHVN02367434 | 7/9/2024 | | | global-companies-llc-revere-terminal-swppp.pdf | Attachment to cited email SOPUS_NHVN02367428. |
| SOPUS_NHVN02185941 | 6/1/2023 | Lizzie Smith | RE: CTDEEP- Water | | Email chain also produced on April 25, 2025. |

Appendix B

| Bates Number | Email Sent Date | From | Email Subject | Attachment File Name | Collected before ECF 372 | Bates Numbers of Produced Duplicates | Bates Numbers of Duplicate Email Thread Groups | Comments for the Court |
|---|---|---|---|---|---|---|---|---|
| *Produced on April 25, 2025, after the ECF 372 Deadline, but created before the deadline – DEFENDANTS' ADDITIONAL INFORMATION* |
| SOPUS_NHVN02489378 | 7/8/2024 | Theresa Geijer | RE: Shell Stormwater Plan Review - Providence SPCC | | YES | | SOPUS_NHVN02368039; SOPUS_NHVN02367011; SOPUS_NHVN02367142; SOPUS_NHVN02367281; SOPUS_NHVN02367428; SOPUS_NHVN02367913 | This email, and attachments were collected, reviewed and coded not responsive before the ECF 372 deadline. Although the email references the NHVN SPCC, the actual documents attached to the email are documents relating to the Providence terminal. The lesser inclusive version, that includes attachments relating to the New Haven terminal, was produced before the ECF 372 deadline at SOPUS_NHVN02367913. |
| SOPUS_NHVN02489381 | | | | Disposal Plan.pdf | YES | SOPUS_PVD00406855 | N/A | Duplicate previously produced in Providence on March 20, 2024. |
| SOPUS_NHVN02489389 | | | | Forms Upload_Upload Form_1.pdf | YES | SOPUS_PVD00406921 | N/A | Duplicate previously produced in Providence on March 20, 2024. |
| SOPUS_NHVN02489391 | | | | Forms Upload_Upload Form_2.pdf | YES | SOPUS_PVD00406923 | N/A | Duplicate previously produced in Providence on March 20, 2024. |

*Produced on April 25, 2025, after the ECF 372 Deadline, but created before the deadline – DEFENDANTS' ADDITIONAL INFORMATION*

| Bates Number | Email Sent Date | From | Email Subject | Attachment File Name | Collected before ECF 372 | Bates Numbers of Produced Duplicates | Bates Numbers of Duplicate Email Thread Groups | Comments for the Court |
|---|---|---|---|---|---|---|---|---|
| SOPUS_NHVN02489393 | | | | Forms Upload_Upload Form_3.pdf | YES | SOPUS_NHVN00217650; SOPUS_NHVN02117428; SOPUS_NHVN02367927; SOPUS_PVD00406451; SOPUS_PVD00134756 | N/A | Duplicates previously produced in New Haven on January 23, 2023 and August 18, 2024, and also produced in Providence on January 31, 2023 and March 20, 2024. |
| SOPUS_NHVN02489394 | | | | Forms Upload_Upload Form_4.pdf | YES | SOPUS_PVD00406901 | N/A | Duplicate previously produced in Providence on March 20, 2024. |
| SOPUS_NHVN02489395 | | | | Forms Upload_Upload Form_5.pdf | YES | SOPUS_PVD00406936 | N/A | Duplicate previously produced in Providence on March 20, 2024. |
| SOPUS_NHVN02489396 | | | | Forms Upload_Upload Form_6.pdf | YES | SOPUS_PVD00406937 | N/A | Duplicate previously produced in Providence on March 20, 2024. |
| SOPUS_NHVN02489397 | | | | Facility Map_Upload Map_1.pdf | YES | SOPUS_PVD00406938; SOPUS_PVD00266517; SOPUS_PVD00282874; | N/A | Duplicates previously produced in Providence on February 16, 2023 and March 20, 2024. |
| SOPUS_NHVN02489398 | | | | Facility Map_Upload Map_2.pdf | YES | SOPUS_PVD00406927 | N/A | Duplicate previously produced in Providence on March 20, 2024. |
| SOPUS_NHVN02489399 | | | | Facility Map_Upload Map_3.pdf | YES | SOPUS_PVD00406938; SOPUS_PVD00266517; SOPUS_PVD00282874 | N/A | Duplicates previously produced in Providence on February 16, 2023 and March 20, 2024. |
| SOPUS_NHVN02489400 | | | | Supporting Documents_Supporting Document Upload_1.pdf | YES | SOPUS_PVD00406939 | N/A | Duplicate previously produced in Providence on March 20, 2024. |
| SOPUS_NHVN02489419 | | | | SHLPROVSPCC_4493_819 | YES | N/A | N/A | |

*Produced on April 25, 2025, after the ECF 372 Deadline, but created before the deadline – DEFENDANTS' ADDITIONAL INFORMATION*

| Bates Number | Email Sent Date | From | Email Subject | Attachment File Name | Collected before ECF 372 | Bates Numbers of Produced Duplicates | Bates Numbers of Duplicate Email Thread Groups | Comments for the Court |
|---|---|---|---|---|---|---|---|---|
| | | | | 61_185 425_602722.PDF | | | | |
| SOPUS_NHVN02489735 | 7/10/2024 | Kyle Costello | RE: GW maps Providence and New Haven | | NO | N/A | SOPUS_NHVN02486477; SOPUS_NHVN02486599 | A more inclusive version of an email produced in New Haven on December 6, 2024 in connection with supplemental production relating to Ed Henke custodial documents. The previously produced version also included the attachments referenced in the email produced in this most recent production. Unique later emails, where Ed Henke was dropped from the email thread and therefore not in his custodial file, include an email from Theresa Geijer to Kyle Costello. The basis for this motion for sanctions is this "new" content - "Hi Kyle - per request. Please forward to others on your team as needed. Thanks, Theresa" and a response from Kyle Costello that reads "Hi Theresa, Thanks for sending this over. Small world, I worked for Sovereign in my previous role. Thanks, Kyle". |

*Produced on April 25, 2025, after the ECF 372 Deadline, but created before the deadline – DEFENDANTS' ADDITIONAL INFORMATION*

| Bates Number | Email Sent Date | From | Email Subject | Attachment File Name | Collected before ECF 372 | Bates Numbers of Produced Duplicates | Bates Numbers of Duplicate Email Thread Groups | Comments for the Court |
|---|---|---|---|---|---|---|---|---|
| SOPUS_NHVN02489768 | 7/10/2024 | Theresa Geijer | FW: GW maps Providence and New Haven SOPUS_NHVN02489770 Providence GW Summary Diagram.pdf | | NO | N/A | SOPUS_NHVN02486477; SOPUS_NHVN02486599 | A more inclusive version of an email produced in New Haven on December 6, 2024 in connection with supplemental production relating to Ed Henke custodial documents. The previously produced version also included the attachments referenced in the email produced in this most recent production. Unique later emails include an email from Theresa Geijer to Kyle Costello that reads "Hi Kyle - per request. Please forward to others on your team as needed. Thanks, Theresa". |
| SOPUS_NHVN02489770 | | | | Providence GW Summary Diagram.pdf | NO | SOPUS_NHVN02486479 | N/A | Duplicate previously produced in New Haven on December 6, 2024. |
| SOPUS_NHVN02489771 | | | | New Haven 2023 Siteplans with GW Flow and Sampling Results.pdf | NO | SOPUS_NHVN02486480 | N/A | Duplicate previously produced in New Haven on December 6, 2024. |

*Produced on April 25, 2025, after the ECF 372 Deadline, but created before the deadline – DEFENDANTS' ADDITIONAL INFORMATION*

| Bates Number | Email Sent Date | From | Email Subject | Attachment File Name | Collected before ECF 372 | Bates Numbers of Produced Duplicates | Bates Numbers of Duplicate Email Thread Groups | Comments for the Court |
|---|---|---|---|---|---|---|---|---|
| SOPUS_NHVN02490130 | 7/11/2024 | Theresa Geijer | RE: Shell Stormwater Plan Review - Providence / New Haven | | NO | N/A | SOPUS_NHVN02368039; SOPUS_NHVN02367011; SOPUS_NHVN02367142; SOPUS_NHVN02367281; SOPUS_NHVN02367428 | A more inclusive version of an email produced before the ECF 372 deadline and cited by CLF at SOPUS_NHVN02367011. Later emails reflect a request from Theresa Geijer to Michael Sullivan inquiring if there are additional documents that should be provided to All4. Michael Sullivan responses with location of the BCP and Theresa replies "Thank you" |
| SOPUS_NHVN02489787 | 7/11/2024 | Theresa Geijer | RE: Shell Stormwater Plan Review - Providence ERAP | | NO | N/A | SOPUS_NHVN02368039; SOPUS_NHVN02367011; SOPUS_NHVN02367142; SOPUS_NHVN02367281; SOPUS_NHVN02367428 | A more inclusive version of an email produced before the ECF 372 deadline and cited by CLF at SOPUS_NHVN02367011. Includes two later emails from Theresa Geijer to Kyle Costello regarding access to ePlanPro, confirming follow-up on status of PO, directing All4 to the SPCC for information regarding secondary containment design specifications, acknowledging the topo map request and attaching the BCP in response to a pending request. |
| SOPUS_NHVN02489792 | | | | BC and SAP 7 11 24.pdf | NO | SOPUS_NHVN00326984 | N/A | Duplicate previously produced in New Haven on May 17, 2024. |

*Produced on April 25, 2025, after the ECF 372 Deadline, but created before the deadline – DEFENDANTS' ADDITIONAL INFORMATION*

| Bates Number | Email Sent Date | From | Email Subject | Attachment File Name | Collected before ECF 372 | Bates Numbers of Produced Duplicates | Bates Numbers of Duplicate Email Thread Groups | Comments for the Court |
|---|---|---|---|---|---|---|---|---|
| SOPUS_NHVN02490120 | 7/11/2024 | Theresa Geijer | RE: Shell Stormwater Plan Review - Providence ERAP | | NO | N/A | SOPUS_NHVN02368039; SOPUS_NHVN02367011; SOPUS_NHVN02367142; SOPUS_NHVN02367281; SOPUS_NHVN02367428 | A more inclusive version of an email produced before the ECF 372 deadline and cited by CLF at SOPUS_NHVN02367011. Includes two later emails to document produced at SOPUS_NHVN02489787 reflecting an email from Kyle Costello to Theresa Geiger thanking her and asking if Michael Sullivan should be included in the "Wednesday check in" meeting invite and a response from Theresa Geijer asking Kyle Costello to forward the invite. |
| SOPUS_NHVN02490145 | 7/15/2024 | Exchange Admin Group | RE: Shell Stormwater Plan Review - Providence ERAP | | NO | N/A | SOPUS_NHVN02368039; SOPUS_NHVN02367011; SOPUS_NHVN02367142; SOPUS_NHVN02367281; SOPUS_NHVN02367428 | A more inclusive version of an email produced before the ECF 372 deadline and cited by CLF at SOPUS_NHVN02367011. Includes two later emails to document produced at SOPUS_NHVN02489787 reflecting an email from Kyle Costello to Theresa Geiger thanking her and asking if Michael Sullivan should be included in the "Wednesday check in" meeting invite and a response from Theresa Geijer with no text. |

***Produced on April 25, 2025, after the ECF 372 Deadline, but created before the deadline – DEFENDANTS' ADDITIONAL INFORMATION***

| Bates Number | Email Sent Date | From | Email Subject | Attachment File Name | Collected before ECF 372 | Bates Numbers of Produced Duplicates | Bates Numbers of Duplicate Email Thread Groups | Comments for the Court |
|---|---|---|---|---|---|---|---|---|
| SOPUS_NHVN02489540 | 7/15/2024 | Theresa Geijer | RE: Shell Stormwater Plan Review - New Haven info | | NO | N/A | SOPUS_NHVN02368039; SOPUS_NHVN02367011; SOPUS_NHVN02367142; SOPUS_NHVN02367281; SOPUS_NHVN02367428 | A more inclusive version of an email produced before the ECF 372 deadline and cited by CLF at SOPUS_NHVN02367011. Includes two later emails to document produced at SOPUS_NHVN02489787 reflecting an email from Kyle Costello to Theresa Geijer thanking her and asking if Michael Sullivan should be included in the "Wednesday check in" meeting invite. Theresa Geijer responds, attaching the NHVN SWPPP, and providing a snip of a map on p.46 in response to a pending request. |
| SOPUS_NHVN02489546 | | | | New Haven SWPPP 2017 (3).pdf | NO | SOPUS_NHVN02238098; SOPUS_NHVN02170301; SOPUS_NHVN02187448; SOPUS_NHVN02180619; SOPUS_NHVN02367776 | N/A | Duplicate previously produced in New Haven on August 18, 2024. |

*Produced on April 25, 2025, after the ECF 372 Deadline, but created before the deadline – DEFENDANTS' ADDITIONAL INFORMATION*

| Bates Number | Email Sent Date | From | Email Subject | Attachment File Name | Collected before ECF 372 | Bates Numbers of Produced Duplicates | Bates Numbers of Duplicate Email Thread Groups | Comments for the Court |
|---|---|---|---|---|---|---|---|---|
| SOPUS_NHVN02490114 | 7/17/2024 | Theresa Geijer | RE: Shell Stormwater Plan Review - Providence ERAP | | NO | N/A | SOPUS_NHVN02368039; SOPUS_NHVN02367011; SOPUS_NHVN02367142; SOPUS_NHVN02367281; SOPUS_NHVN02367428 | A more inclusive version of an email produced before the ECF 372 deadline and cited by CLF at SOPUS_NHVN02367011. Includes four later emails between Kyle Costello and Theresa Geijer. Kyle Costello thanks Theresa and inquires whether to include Michael Sullivan on the "Wednesday check in" meeting invite. Theresa Geijer responds that she has not been able to identify any other "topo info". Kyle Costello replies that they will be able to use google earth but will need something "more definitive in the near future" and following up on the status of the POs. Theresa Geijer responds acknowledging the "topo stuff" and indicating that she will check on the POs. |