Civil- (Dec-2008)

HONORABLE: T. O. Farrish

DEPUTY CLERK R. K. Wood    RPTR/ECRO/TAPE Court Smart

TOTAL TIME: ___ hours  27 minutes
DATE: 5/1/25    START TIME: 4:01 p.m.    END TIME: 4:28 p.m.
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:21CV933 (VDO)

| Conservation Law Foundation, Inc. | C. Raymond, M. Pendell, J. Meinert, |
|---|---|
| | Plaintiff's Counsel |
| vs | |
| Shell Oil Company, et al. | J. Craven, A. Lewis, B. Reddy, R. Prather, III |
| | Defendant's Counsel   R. Jones |

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing            [ ] Show Cause Hearing
[ ] Evidentiary Hearing       [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[✓] # 571 Motion Seal Plaintiff's Emergency Motion to Amend the    [ ] granted [ ] denied [✓] advisement
[ ] # ___ Motion Scheduling Order and for Sanctions and Exhibits by    [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion Conservation Law Foundation, Inc.    [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___    [ ] granted [ ] denied [ ] advisement
[ ] [ ] Briefs(s) due ___ [ ] Proposed Findings due ___ Response due ___
[ ] ___   [ ] filed [ ] docketed
[ ] ___   [ ] filed [ ] docketed
[ ] ___   [ ] filed [ ] docketed
[ ] ___   [ ] filed [ ] docketed
[ ] ___   [ ] filed [ ] docketed
[ ] ___   [ ] filed [ ] docketed
[ ] ___ Hearing continued until ___ at ___

Notes: Telephonic motion/status conference was held.