# Exhibit A



# National Pollutant Discharge Elimination System General Permit for the Discharge of Stormwater Associated with Industrial Activity Fact Sheet

## General Permit No.: CTR050000

This fact sheet sets forth the significant factual, legal, and policy considerations examined during preparation of this draft master general permit. This action has been prepared in accordance with the Connecticut State Statutes and its implementing regulations, the Regulations of Connecticut State Agencies. Issuance of a master general permit serves to simplify and streamline the National Pollutant Discharge Elimination System ("NPDES") and state groundwater permitting process for similar types of discharges; in lieu of each facility having to obtain an individual permit. This general permit provides permit conditions and limitations to protect waters of the State from pollution.

79 Elm Street
Hartford, CT
06106-5127
860.424.3000

An Affirmative Action/Equal
Opportunity Employer

  

# Table of Contents

Section 1 General Permit History & Authority ................................................................ 4

Section 2 Updates to the Industrial General Permit ......................................................... 5

Section 3 NPDES eRule Requirements & Registration Process ......................................... 5

Section 4 Authorization Under This General Permit ......................................................... 6

Section 5  Obtaining Permit Coverage ........................................................................... 6

Section 6 Registration Requirements ............................................................................ 6

Section 7 Conditions of this General Permit ................................................................... 7

    Section 7.1 Control Measures Used to Meet Technology Based Non-Numeric Permit Limits & Benchmark Goals ................................................................................................................... 7

    Section 7.2 Numeric Technology Based Effluent Limits ................................................ 8

    Section 7.3 Numeric Benchmarks Thresholds ............................................................ 9

    Section 7.4 Water-Quality Based Benchmark Thresholds ............................................ 10

    Section 7.5 Additional Monitoring Parameters .......................................................... 10

    Section 7.6 The Stormwater Pollution Prevention Plan .............................................. 12

    Section 7.7 Management of Stormwater Runoff ......................................................... 13

    Section 7.8 Inspections & Monitoring ...................................................................... 13

    Section 7.9 Record Keeping, Reporting & Record Retention ........................................ 14

Section 8 Updates to Each Industrial Sector .................................................................. 15

Section 9 Reporting a Violation ................................................................................... 15

Section 10 Corrective Actions ..................................................................................... 15

Section 11 State Regulations of Connecticut State Agencies ............................................ 16

Section 12 Federal Standard Conditions ....................................................................... 16

Section 13 Antidegradation ........................................................................................ 17

Section 14 Public Participation .................................................................................... 17

Appendix A. Changes by Industrial Sector .................................................................... 18

    Sector A: Timber Products ...................................................................................... 18

    Sector B: Paper and Allied Products Manufacturing ................................................... 18

    Sector C: Chemical and Allied Products Manufacturing .............................................. 18

    Sector D: Asphalt Paving and Roofing Materials Manufacturers and Lubricant Manufacturers ............... 19

    Sector E: Glass, Clay, Cement, Concrete, and Gypsum Product Manufacturing .............. 19

    Sector F: Primary Metals ....................................................................................... 20

    Sector G: Metal Mining (Ore Mining and Dressing) ................................................... 21

    Sector H: Coal Mines and Coal Mining-Related Facilities ............................................ 21

    Sector I: Oil and Gas Extraction .............................................................................. 21

    Sector J: Mineral Mining and Dressing ..................................................................... 21

    Sector K: Hazardous Waste Treatment, Storage or Disposal Facilities ........................... 23

    Sector L: Landfills, Land Application Sites, and Open Dumps ....................................... 24

    Sector M: Automobile Salvage Yards ....................................................................... 25

    Sector N: Scrap Recycling Facilities ......................................................................... 25

    Sector O: Steam Electric Generating Facilities ........................................................... 26

Sector P: Land Transportation .......................................................................................... 27
Sector Q: Water Transportation ....................................................................................... 27
Sector R: Ship and Boat Building and Repair Yards ....................................................... 28
Sector S: Air Transportation Facilities ............................................................................ 28
Sector T: Treatment Works .............................................................................................. 30
Sector U: Food and Kindred Products ............................................................................. 30
Sector V: Textile Mills, Apparel, and Other Fabric Product Manufacturing .................. 30
Sector W: Furniture and Fixtures ..................................................................................... 31
Sector X: Printing and Publishing .................................................................................... 31
Sector Y: Rubber, Miscellaneous Plastic Products, and Miscellaneous Manufacturing Industries ........... 31
Sector Z: Leather Tanning and Finishing ........................................................................ 31
Sector AA: Fabricated Metal Products ............................................................................. 31
Sector AB: Transportation Equipment, Industrial or Commercial Machinery ................. 32
Sector AC: Electronic, Electrical, Photographic and Optical Goods ............................... 32
Sector AD: Reserved for Future Use ............................................................................... 32
Sector AE: Bulk Solid De-icing Material Storage ........................................................... 32
Sector AF: Federal, State, or Municipal Government Fleet ............................................. 33
Sector AG: Small-Scale Composting ............................................................................... 34
Sector AH: Stormwater Discharges Designated by the Commissioner as Requiring Permits .................. 35
Appendix B. Cumulative Relative Frequency Graphs ........................................................... 36

## Section 1 General Permit History & Authority

In 1965 the Connecticut Clean Water Task Force was commissioned to investigate the condition of rivers and harbors in Connecticut. In 1966 the Connecticut Clean Water Task Force developed an action program called Clean Water for Connecticut. Then in 1967, Connecticut's Clean Water Bill was signed into law, inaugurating the state's modern water pollution control program. And, in 1970, the Connecticut Water Quality Standards were first approved by the federal government. The U.S. Department of Environmental Protection (U.S. EPA) was created in 1971 and Congress began writing the federal legislation for the first national Clean Water Act-using Connecticut's Clean Water Act as a guide.

Congress passed the Federal Water Pollution Control Act of 1972 ("Clean Water Act" or "CWA") on October 18, 1972, 33 U.S.C. 1251 et seq., with the objective to "restore and maintain the chemical, physical, and biological integrity of the Nation's waters." section 101(a), 33 U.S.C. 1251(a). To help achieve this objective, the CWA provides that "the discharge of any pollutant by any person shall be unlawful" except in compliance with other provisions of the statute, CWA section 301(a), 33 U.S.C. 1311(a). The Water Quality Act of 1987 amended the CWA, adding CWA section 402(p), requiring implementation of a comprehensive program for addressing municipal and industrial stormwater discharges. 33 U.S.C. 1342(p).

Pursuant to the Federal Clean Water Act discharges of stormwater from industrial activity are required to have a permit authorizing the discharge of pollutants to surface waters of the state. The Connecticut Department of Energy and Environmental Protection ("DEEP" or "Department") is a delegated authority to implement the federal National Pollutant Discharge Elimination System ("NPDES") Program. In accordance with this delegation, DEEP has been provided the authority to promulgate regulations and issue permits in accordance with the Connecticut General Statutes ("CGS") and Regulations of Connecticut State Agencies ("RCSA").

On October 1, 1992, DEEP issued the first NPDES General Permit for the Discharge of Stormwater Associated with Industrial Activity ("general permit" or "IGP"). The general permit has been reissued multiple times, most recently on October 1, 2021. The purpose of the general permit is to protect the waters of the state from pollution originating from stormwater runoff from industrial activities.

Stormwater discharges can be highly intermittent, are usually characterized by high flows occurring over relatively short time intervals, and can carry a variety of pollutants whose source, nature, and extent varies. The IGP establishes numeric and non-numeric permit conditions, such as benchmarks, goals, effluent limits, Stormwater Control Measures ("SCMs") and Best Management Practices ("BMPs") to assist in minimizing and controlling potential sources of pollution before it enters the environment. Industrial facility operators are required to select, design, install, and implement site-specific control measures to meet the requirements of the general permit. If the existing stormwater control measures do not adequately protect the waters of the state from stormwater pollution, the permittee is required to take corrective actions to identify solutions and comply with all permit terms and conditions.

The general permit requires eligible facilities to submit a registration to obtain permit coverage, develop and implement a Stormwater Pollution Prevention Plan ("SWPPP"), and monitor the discharge from stormwater outfalls from industrial activity. The SWPPP is a site-specific plan containing tailored requirements for industrial activities to describe and manage their operations and control measures that will result in the reduction or elimination of pollutants discharging in the stormwater from the industrial activity.

The general permit is issued for a five (5) year duration and applies to the entire State of Connecticut. If the permit is administratively continued, during the continuance, permittees are required to comply with all permit terms and conditions, including the monitoring requirements (unless exemptions are still in effect) and the submittal of Discharge Monitoring Reports ("DMRs") and Annual Reports at their original frequency.

## Section 2 Updates to the Industrial General Permit

There are significant changes to the draft IGP including its format and transition to electronic reporting. The updated permit is an initiative designed to improve intelligibility and provide a form of compliance assistance. The general permit issued in 2011 was structured to mirror US EPA's national industrial stormwater permit ("MSGP") format commonly known as a "hybrid multi-sector" format, meaning that some industrial facilities were assigned to a "General" industrial sector and the remaining facilities were assigned to one of 13 unique industrial sectors based on their primary activity. The core permit conditions describe stormwater controls, best management practices, requirements of the SWPPP, and monitoring requirements that apply to all permitted facilities, while only those facilities assigned to a unique sector were given additional permit conditions based on their respective industrial activities.

In 2015, US EPA reissued the national MSGP and transitioned to a "full multi-sector" permit that contains 30 industrial categories such that each industrial facility, based on its Standard Industrial Classification ("SIC") Code, must adhere to both the core permit requirements and to additional requirements based on the facility's industrial classification. In 2021, US EPA reissued the MSGP and carried forward this format. DEEP's 2024 draft IGP has been updated to mirror the federal 'full multi-sector' format. The permitted community benefits from such comprehensive alignment, particularly for those corporations that operate in multiple states.

A sector-specific designation for each permittee also serves as a form of compliance assistance. The permit is structured such that each permittee needs only review the core permit requirements applicable to all facilities and those additional requirements that pertain to only their primary industrial activity. These sector-specific permit conditions are based on industrial products, processes, and pollutant sources such that the SCMs, BMPs, inspections, and monitoring requirements are precise, relevant, and tailored to the industry to which they apply. Future updates to these sectors can likewise be targeted to a designated sector.

Additionally, clarifications on stormwater and non-stormwater discharge authorizations and prohibitions are provided for eighteen industrial sectors. Sector-specific definitions are provided in eleven industrial sectors and additional CMs and BMPs appropriate to industrial activities are adopted in sixteen industrial sectors. Nearly all monitoring parameters in the 2011 permit are maintained in the 2024 draft. Increases to monitoring requirements, where implemented, either align with EPA requirements or specifically address known high pollutant loads from given industrial sectors. Fourteen (14) industrial sectors have added "Benchmark Monitoring" requirements with exemption opportunities when thresholds are met. Nine (9) industrial sectors have "Additional Monitoring" parameters that do not have data-based exemption opportunities. Federally required "Effluent Limitations Guidelines (ELGs)" have been updated in seven (7) industrial sectors in accordance with federal regulations.

Lastly, consistent with EPA's MSGP, the 2024 draft permit includes a permit condition and schedule for "Corrective Actions." This new section provides clarifications on adhering to permit conditions, provides guidance on what constitutes a permit violation, and provides an emphasis on stormwater control measures described in the recently updated Connecticut Stormwater Quality Manual ("SQM," published September 2023). References to the SQM include structural control measures and may help improve the resiliency of industrial facilities to climate stressors, including changing precipitation patterns and extreme weather events. Finally, the 2024 draft general permit includes requirements for fully electronic registration and data reporting.

## Section 3 NPDES eRule Requirements & Registration Process

On October 22, 2015, the United States Environmental Protection Agency published the National Pollutant Discharge Elimination System (NPDES) Electronic Reporting Rule ("NPDES eRule"), 40 CFR 127. The rule replaces most paper-based NPDES reporting requirements with electronic reporting and details in Appendix A to Part 127—Minimum Set of NPDES Data, the data required to be sent to EPA's Central Data Exchange

("CDX"). To comply with the federal regulations, in 2016 DEEP developed an eRule Implementation Plan.  As part of that plan, on November 6, 2023, DEEP signed a Memorandum of Understanding ("MOU") with US EPA for the Development and Maintenance of the NPDES Electronic Reporting Tool ("NeT"). In order to utilize  NeT's reporting capabilities while also maintaining the state's internal business operations, applicants to the  IGP will follow a two-step process: (1) Use a simplified version of the ezFile portal to provide the state with basic site and operator information as well as fee payment; (2) after completing the ezFile step, move to EPA's NeT portal to fill out a comprehensive and detailed application about the site, operator, discharges, etc.

An already established data flow between NeT and EPA's discharge monitoring reporting tool ("NetDMR") will allow information gathered in NeT to automatically populate monitoring requirements in NetDMR such that, in addition to the electronic registration process, permittees will submit their Discharge Monitoring Reports electronically using the NetDMR platform. This enhancement allows thousands of paper-based monitoring reports to be gathered electronically complying with the federal NPDES eRule. Currently, data from all permittees must be manually entered by the program staff resulting in backlogs of hundreds of reports at any given time.

## Section 4 Authorization Under This General Permit

This general permit authorizes the discharge from activity(s) listed in the "Eligible Activities" Section of this general permit. The stormwater is discharged from a point source that is directly related to manufacturing, processing, or material storage areas at an industrial activity, including but not limited to:

- ground surfaces immediately adjacent to manufacturing areas,
- processing or material storage areas,
- immediate access roads and rail lines used or traveled by carriers of raw materials, manufactured products, waste materials, or by-products used or created by the facility,
- material handling sites,
- refuse sites, or
- sites used for the application or disposal of process waste waters as defined at 40 CFR 401.

Any discharge of water, substance, or material into the waters of the state other than eligible discharges specified in this general permit are not authorized by this general permit.

## Section 5  Obtaining Permit Coverage

Any person who initiates, creates, originates, or maintains a discharge authorized by this general permit, and has not electronically filed a No-Exposure Certification form after the IGP has been issued, shall file an electronic registration that meets the registration requirements of the general permit. Such registration must include the applicable fee and a copy of the facility's SWPPP. Information from the registration and SWPPP will made available on DEEPs website for a 30-day public review period prior to DEEP authorizing permit coverage. Please note that DEEP will no longer accept a website link for access to the SWPPP to be provided along with the registration. If the facility or activity for which a registration is submitted under this permit is owned by one person or municipality but is leased or, in some other way, the legal responsibility of another person or municipality (the operator), the operator is responsible for submitting the registration required by this general permit. The registrant is responsible for compliance with all conditions of this general permit.

## Section 6 Registration Requirements

A registration shall be filed on forms prescribed and provided by the Commissioner. Registration for permit coverage under the general permit must be completed electronically in accordance with the federal NPDES eRule. DEEP is currently developing the online registration portal in collaboration and cooperation with US EPA. The registration has a two-step process. The first part of the registration must be completed using Connecticut DEEP's ezFile portal and the second part of the registration must be completed using the

Connecticut NPDES eReporting Tool for the Multi-Sector General Permit, hosted by US EPA. Detailed instructions for this dual registration process are under development and will be provided with the issued permit. DEEP intends to provide training resources leading up to the issuance of the permit as this registration process will be significantly different than in years past.

Additionally, existing facilities that currently have permit coverage under the 2021 IGP, will maintain permit coverage for an interim period after the new IGP is issued, provided a complete and timely registration is submitted, allowing time for the existing permittees to update the SWPPP and submit a complete application.

## Section 7 Conditions of this General Permit

The permittee shall ensure that authorized activities and discharges are conducted in accordance with the following general permit conditions: control measures, site-specific SWPPP, management of stormwater runoff, sampling, data reporting, annual reporting, and record keeping.

## Section 7.1 Control Measures Used to Meet Technology Based Non-Numeric Permit Limits & Benchmark Goals

Consistent with EPA's MSGP, the general permit requires permittees to comply with non-numeric technology-based effluent limits (TBELS), expressed narratively, implementing Stormwater Control Measures. The 2024 draft IGP has been modified to include additional requirements in the Control Measures section of the permit to reflect developing technologies and industrial practices that have emerged since the last reissuance. When implemented and maintained, CMs help to minimize the discharge of pollutants from the permitted facility and include best management practices, such as schedules of activities, prohibitions of practices, maintenance procedures, and other management practices to prevent or reduce the pollution to waters of the state. BMPs also include treatment requirements, operating procedures and practices to control plant site runoff, spillage or leaks, sludge or waste disposal, or drainage from raw material storage. The term "minimize" means reduce and/or eliminate to the extent achievable using control measures that are technologically available, economically practicable, and achievable considering best industry practice. Compliance with these applicable permit conditions will result in the reduction or elimination of pollutants from stormwater discharges from industrial activity.

The permittee must select, design, install, and implement control measures. The selection, design, installation, and implementation of these CMs must be in accordance with best engineering practices, manufacturer's specifications, and the Connecticut Stormwater Quality Manual, as amended. The general permit includes CMs applicable to all permittees, such as good housekeeping, dumpster maintenance and control, expectations for floor drains, measures targeting roof area pollution, plastic materials management, liquid and wastewater containment, mobile and portable storage requirements, dust control measures, secondary containment areas, vehicle and equipment storage, and maintenance, etc.

The permittee must select, design, install, and implement control measures that address the following selection and design considerations:

- Preventing stormwater from coming into contact with polluting materials is generally more effective, and less costly, than trying to remove pollutants from stormwater.
- Using control measures in combination may be more effective than using control measures in isolation for minimizing pollutants in a stormwater discharge.
- Assessing the type and quantity of pollutants, including their potential to impact receiving water quality, is critical to designing effective control measures.
- Minimizing impervious areas at a facility and infiltrating runoff onsite (using approaches such as bioretention systems, green roofs, and pervious pavement) can reduce runoff and improve groundwater recharge and stream base flows in local streams, although care must be taken to avoid

groundwater contamination.
- Attenuating flow using open vegetated swales and natural depressions can reduce in-stream impacts of erosive flows.
- Conserving and/or restoring riparian buffers will help protect streams from stormwater runoff and improve water quality.
- Using treatment interceptors (e.g., swirl separators and sand filters) may be appropriate in some instances to minimize the discharge of pollutants.

## Section 7.2 Numeric Technology Based Effluent Limits

The 2024 draft general permit carries forward and expands on sector specific technology based effluent limits, expressed as narrative control measures and best management practices from the 2021 IGP. In accordance with state and federal regulations, numeric technology-based effluent limits, Effluent Limit Guidelines (ELGs) have been incorporated where applicable to specific industrial sectors, including the Airport Deicing ELG.

| Summary of Discharges with Effluent Limitations Guidelines | | |
|---|---|---|
| **Sector** | **Regulated Activity** | **Refer to the Following Sections for Numeric Limits** |
| Sector A – Timber Products | Discharges resulting from spray down or intentional wetting of logs at wet deck storage areas and debris (woody material such as bark, twigs, branches, heartwood, or sapwood) | See Section 7(j)(1) & 40 CFR Part 429, Subpart I |
| Sector C – Chemical and Allied Products Manufacturing and Refining | Runoff from phosphate fertilizer manufacturing that comes in contact with any raw materials, finished product, by-products or waste products (SIC 2874) | Not authorized under this general permit. See Section 7(j)(3)(B)(i) |
| Sector D – Asphalt Paving and Roofing Materials Manufacturers and Lubricant Manufacturers | Runoff from asphalt emulsion facilities | See Section 7(j)(4) & 40 CFR Part 443, Subpart A |
| Sector E – Glass, Clay, Cement, Concrete, and Gypsum Product Manufacturing | Runoff from material storage piles at cement manufacturing facilities | See Section 7(j)(5) & 40 CFR Part 411, Subpart C |
| Sector J – Mineral Mining and Dressing | Mine dewatering discharges at crushed stone, construction sand and gravel, or industrial sand mining facilities | See Section 7(j)(10) & 40 CFR Part 436, Subparts B, C, or D |
| Sector K – Hazardous Waste Treatment, Storage or Disposal Facilities | Runoff from hazardous waste landfills | See Section 7(j)(11) & 40 CFR Part 445, Subpart A |
| Sector L – Landfills, Land Application Sites, and Open Dumps | Runoff from non-hazardous waste landfills | See Section 7(j)(12) & 40 CFR Part 445, Subpart B |
| Sector O -Steam Electric Power Generation (SIC Code 4911) | Discharges from coal storage piles at steam electric generating facilities. | Not authorized under this general permit. See Section 7(j)(15)(B)(i)(4) |

| Sector S – Air Transportation Facilities | Runoff containing urea from airfield pavement de-icing at existing and new primary airports with 1,000 or more annual non- propeller aircraft departures. | See Section 7(j)(19) & 40 CFR Part 449 |
|---|---|---|

## Section 7.3 Numeric Benchmarks Thresholds

The general permit specifies numeric benchmark thresholds for the parameters summarized in the table below. Additionally, permittees must also monitor any applicable stormwater discharge for the benchmark parameters specified for their industrial sector(s), both primary industrial activity and any co-located industrial activities (Refer to Appendix A).  The benchmark thresholds are not considered effluent limitations; an exceedance of a benchmark, therefore, is not a permit violation. However, if a benchmark exceedance triggers Corrective Actions as required in the IGP, the failure to conduct any required corrective action is considered a permit violation.

Benchmark thresholds for chemical oxygen demand, total oil and grease, pH, total suspended solids, nitrate as nitrogen, total phosphorus, total iron, and total Kjeldahl nitrogen are carried forward from the previous IGP and are based upon 80th percentiles of the cumulative relative frequency graphs developed from stormwater results reported under the General Permit for the Discharge of Stormwater Associated with Industrial Activity (see Appendix B).

There are additional benchmark thresholds applicable to certain sectors for ammonia, total arsenic, total cadmium, total cyanide, total mercury, total selenium, and total silver. These benchmark thresholds are adopted from freshwater benchmark thresholds developed for the United States EPA National Pollutant Discharge Elimination System (NPDES) Multi-Sector General Permit for Stormwater Discharges Associated with Industrial Activity (EPA MSGP 2021).

If the Commissioner determines that a stormwater discharge from an industrial activity results in pollution to waters of the state, DEEP may require the permittee to perform a more extensive site evaluation, require additional control measures or BMPs and/or require the facility to obtain an individual permit.

| Summary of Benchmark Monitoring Parameters and Applicable Sectors | | |
|---|---|---|
| **Parameter** | **Threshold (units)** | **Applicable Sectors** |
| Chemical Oxygen Demand | 75 mg/l | All Sectors |
| Total Oil and Grease | 5 mg/L | All Sectors except Sector AD |
| pH | 5.0 - 9.0 s.u. | All Sectors |
| Total Suspended Solids | 90 mg/L | All Sectors |
| Nitrate as Nitrogen | 1.10 mg/L | All Sectors |
| Total Phosphorus | 0.40 mg/L | All Sectors |
| Total Kjeldahl Nitrogen | 2.30 mg/L | All Sectors |
| Total Copper | 0.059 mg/L | All Sectors except Sector AD |
| Total Lead | 0.076 mg/L | All Sectors except Sector AD |
| Total Zinc | 0.160 mg/L | All Sectors except Sector AD |
| Ammonia | 2.14 mg/L | Sector K |
| Total Aluminum | 0.750 mg/L | Sectors C, E, J, F, M[1], N[1], Q, AA |
| Total Arsenic | 0.15 mg/L | Sectors A, K |
| Total Cadmium | 0.0018 mg/L | Sectors K |
| Total Cyanide | 0.022 mg/L | Sectors K |
| Total Iron | 1.0 mg/L | Sectors L, M[1], N[1], O[1], Q |
| Total Mercury | 0.0014 mg/L | Sectors K, M[1], N[1] |
| Total Selenium | 0.0015 mg/L | Sector K |
| Total Silver | 0.0032 mg/L | Sector K |

[1]Sector M, Sector N, and Sector O are required to report quarterly until requirements for the benchmark monitoring exemption are met.

## Section 7.4 Water-Quality Based Benchmark Thresholds

The development and inclusion of numeric and non-numeric water quality-based effluent limitations and benchmarks have been carried forward and expanded upon to ensure the authorized discharges will be controlled as necessary to meet applicable Water Quality Standards. These limits and control measures, when implemented provide additional measures to be consistent with the assumptions and requirements of the Total Maximum Daily Loads ("TMDLs") or Watershed Action Plans.

The benchmark threshold values for total copper, total lead, and total zinc were developed based on state Water Quality Standards and are carried forward from the 2021 IGP. These values were calculated using the applicable instream acute criteria, considering one (1) inch of rain with an instream waste concentration of 20%.

## Section 7.5 Additional Monitoring Parameters

This permit requires "Additional Monitoring" of stormwater discharges for ammonia, total arsenic, chloride, cyanide, ethylene chloride, propylene chloride, semivolatile hydrocarbons, polychlorinated biphenyls ("PCBs"), and polycyclic aromatic hydrocarbons ("PAHs") for certain sectors/activities. "Additional Monitoring" data will provide the permittee and the Commissioner with a baseline and comparable understanding of industrial stormwater discharge quality and potential water quality problems. The additional monitoring parameters are "report-only" and do not have thresholds or baseline values for comparison, therefore no corrective action is triggered or required under this part.  However, the requirement in General Permit Section 7(a)(5) that the stormwater discharge be controlled as necessary such that the receiving waters of the state will meet applicable water quality standards still applies.

| Summary of Additional Monitoring Parameters and Applicable Sectors | | |
|---|---|---|
| **Parameter** | **Applicable Facilities** | **Applicability** |
| **Ammonia** | Applies only to Sector J that conduct blasting | Conditional based on industrial activity |
| | Applies only to Sector S facilities conducting aircraft de-icing utilizing urea | Conditional based on industrial activity |
| **Total Arsenic** | Applies to all Sector E facilities | Sector-specific pollutant of concern |
| | Applies to all Sector J facilities | Sector-specific pollutant of concern |
| **Chloride** | Applies to all Sector AE facilities; Applies only to Sector AF facilities with Incidental Solid De-Icing Material Storage | Conditional based on industrial activity |
| **Cyanide** | Applies to all Sector AE facilities; Applies only to Sector AF facilities with Incidental Solid De-Icing Material Storage | Conditional based on industrial activity |
| **Ethylene Glycol** | Applies only to Sector S facilities conducting aircraft de-icing utilizing ethylene glycol | Conditional based on industrial activity |
| **Propylene Glycol** | Applies only to Sector S facilities conducting aircraft de-icing utilizing propylene glycol | Conditional based on industrial activity |
| **Semivolatile Hydrocarbons** | Applies to all Sector D facilities | Sector-specific pollutant of concern |
| | Applies to all Sector M facilities | Sector-specific pollutant of concern |
| | Applies to all Sector N facilities | Sector-specific pollutant of concern |
| **Perchlorate** | Applies only to Sector J that conduct blasting | Conditional based on industrial activity |
| **Polychlorinated Biphenyls (PCBs)** | Applies to all Sector N facilities | Sector-specific pollutant of concern |
| **Polycyclic Aromatic Hydrocarbons (PAHs)** | Applies only to Sector A facilities that manufacture, use, or store creosote or creosote-treated wood in areas that are exposed to precipitation | Conditional based on industrial activity |
| | Applies only to Sector C facilities with Petroleum Refining (SIC Code 2911) | Conditional based on industrial activity |
| | Applies only to Sector D facilities which process paving and roofing materials (SIC Code 2951, 2952), or miscellaneous products of petroleum and coal (SIC Code 2992, 2999) | Conditional based on industrial activity |
| | Applies to all Sector F facilities | Sector-specific pollutant of concern |
| | Applies to all Sector O facilities | Sector-specific pollutant of concern |
| | Applies only to Sector P facilities with Railroad Transportation (SIC Code 4011, 4013) or Petroleum Bulk Stations and Terminals (SIC | Conditional based on industrial activity |

| | Code 5171) | |
|---|---|---|
| | Applies to all Sector Q facilities | Sector-specific pollutant of concern |
| | Applies to all Sector R facilities | Sector-specific pollutant of concern |
| | Applies to all Sector S facilities | Sector-specific pollutant of concern |

## Section 7.6 The Stormwater Pollution Prevention Plan

The permittee must submit a legible electronic copy of their certified SWPPP in PDF or another format acceptable to the Commissioner. The SWPPP must be representative of current site conditions and must address, at a minimum the following elements:

- Stormwater Pollution Prevention Team
- Site Description
- Summary of Potential Pollutant Sources
- Stormwater Control Measures (SCMs) and Relevant Procedures
- Site Inspections, Visual Assessments, and Relevant Procedures
  - Monitoring Program and Relevant Procedures
  - Certifications in the SWPPP
  - Additional Documentation
  - Signature Requirements
  - Resilience Measures

The Resilience Measures element is a new component of the SWPPP and was added in response to Connecticut's commitment to prepare for ongoing climate changes. The increasing temperatures, changes in precipitation patterns, and drought frequency are amid the climate impacts that currently and are projected to affect water quality and quantity in CT. Implementing structural improvements, enhanced/resilient pollution prevention measures, and other mitigation measures can help to minimize impacts from stormwater discharges from major storm events such as hurricanes, storm surge, extreme/heavy precipitation, and flood events.

If such stormwater control measures are already in place due to existing requirements mandated by other state, local or federal agencies, the permittee should document these SCMs in their SWPPP with a brief description of the controls and a reference to the existing permit requirement(s) or mandates. If the facility may be exposed to, or has previously experienced, such major storm events, additional stormwater control measures that may be considered include, but are not limited to:

- Reinforce materials storage structures to withstand flooding and additional exertion of force.
- Prevent floating of semi-stationary structures by elevating to the Base Flood Elevation (BFE) level or securing with non-corrosive device.
- When a delivery of exposed materials is expected, and a storm is anticipated within 48 hours, delay delivery until after the storm or store materials as appropriate (refer to emergency procedures).
- Temporarily store materials and waste above the BFE level.
- Temporarily reduce or eliminate outdoor storage.
- Temporarily relocate any mobile vehicles and equipment to higher ground.
- Develop scenario-based emergency procedures for major storms that are complementary to regular stormwater pollution prevention planning and identify emergency contacts for staff and contractors.

- Conduct staff training for implementing the permittee's emergency procedures at regular intervals.

This new element of the SWPPP is intended to identify resource gaps, promote emergency planning, and identify additional processes and procedures that may need to be considered and, if necessary, employed when experiencing variable weather patterns. This section does not require nor prescribe specific SCMs or BMPs to be implemented. This section is also not intended to impede or conflict with local efforts to improve and bolster resilience.

## Section 7.7 Management of Stormwater Runoff

The permittee must utilize the Connecticut Stormwater Quality Manual, as amended, to investigate the need for stormwater management or treatment practices that can be used to divert, infiltrate (only when it does not contaminate groundwater), reuse, contain, or otherwise reduce stormwater runoff in a manner that minimizes pollutants in stormwater discharges from the site. Appropriate stormwater management or treatment measures may include but are not limited to:

- Vegetated swales or buffer strips,
- Reuse of collected stormwater (such as for process water, cooling water or as an irrigation source),
- Treatment technologies (e.g., swirl concentrators, sand filters, etc.),
- Snow management activities,
- Bioretention systems,
- Green roofs,
- Pervious pavement, or
- Wet detention/retention basins.

## Section 7.8 Inspections & Monitoring

The general permit requires three types of inspections/assessments: monthly routine site inspections, quarterly visual assessments of water quality, and semi-annual comprehensive site inspections. Inspections must be performed by qualified personnel (as defined in Section 2 of the IGP).

All permittees must conduct stormwater outfall monitoring under this general permit. This permit includes six types of required analytical monitoring, one or more of which may apply to a stormwater discharge. Monitoring procedures, frequencies, and parameters required of certain permittees depend upon the nature of their industrial activity, the levels of pollutants in their stormwater discharge, and the nature of the receiving waters to which they discharge. The table below summarizes each type of monitoring requirement in this permit.

## Summary of Monitoring Types

| Monitoring Type | Thresholds or Limits | Applies To | Frequency | Duration | Follow-up Action |
|---|---|---|---|---|---|
| **Benchmark Monitoring** | Yes | All Sectors | Semiannually[2] | Until Exemption Criteria are Met | Refer to Section 7(f)(3)(A) |
| **Additional Monitoring** | No | A, C, D, E, F, J M, N, O, P, Q, R, S, AE, AF | Refer to Section 7(j) | Refer to Section 7(j) | None |
| **Effluent Limitation Guidelines ("ELG")** | Yes | A, D, E, J, K, L, S | Annually | Entire Permit Term | Refer to Section 7(f)(3)(B) |
| **Aquatic Toxicity** | No | All Sectors | 1st Year of permit term | 1st Year of Permit Term | If required by the Commissioner |
| **303(d) Monitoring** | Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges[1] | All permittees discharging to an impaired water without an applicable TMDL or any waterbody associated with a TMDL or Waters Included in Pollution Control Strategy Developed by CT DEEP | Annually | Entire Permit Term | If required by the Commissioner |
| **Other Monitoring, as Required by the Commissioner** | | Refer to Section 7(e)(6) | | | |

[1]Refer to the Connecticut DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress.

[2]Sectors M (Automobile Salvage Yards) and N (Scrap Recycling and Waste Recycling Facilities) have quarterly benchmark monitoring schedules for the parameters iron, mercury, and aluminum.

## Section 7.9 Record Keeping, Reporting & Record Retention

The permittee must retain copies of all reports and certifications required by this permit, monitoring data, and records of all data used to complete the registration to be covered by this permit, the SWPPP (including any modifications made during the term of this permit), additional documentation requirements pursuant to the general permit including documentation related to any corrective actions or exceedance responses taken. Records must be maintained for at least five (5) years from the date that coverage under this permit expires or is terminated.

The 2024 draft IGP includes a new permit condition requiring the submittal of an Annual Report aligning with EPAs MSGP and similar stormwater permits in the region. DEEP requires the submission of an Annual Report to gather information from permittees to identify potential water quality concerns and to assess compliance with permit provisions. To increase accountability and oversight, DEEP along with US EPA believes it is important to receive periodic reports from permittees indicating that they are actively implementing their stormwater management programs, maintaining their control measures, and complying with the terms and limits in the permit. The permittee must submit an Annual Report using the NeT-MSGP online portal by April 1st for each year of permit coverage containing information generated from the previous calendar year.

All stormwater DMR data collected must be submitted through EPA's online NetDMR portal or email, as identified in the permit or otherwise specified by the Commissioner. The permittee's monitoring requirements (i.e., parameters required to be monitored and sample frequency) will be prepopulated on their electronic DMR form based on the information the permittee reported on their registration form through ezFile and Net-MSGP. Additional information and guidance can be found EPA's website at the following link:

https://usepa.servicenowservices.com/oeca_icis?id=netdmr_homepage

Future outreach and guidance documents will also be provided to assist in the new systems. DEEP encourages existing permittees to educate themselves with the current training tools available on EPAs website.

## Section 8 Updates to Each Industrial Sector
Appendix A of this fact sheet includes detailed updates for each industrial sector.

## Section 9 Reporting a Violation
This section was modified to provide concise and consistent requirements for how and when to report a permit violation. DEEP has developed an online Noncompliance Reporting web-based platform accessible on our website:

https://portal.ct.gov/DEEP/Water-Regulating-and-Discharges/Stormwater/Stormwater-Management

Permittees must report violations as soon as knowledge of the violation becomes available and submit the required five (5) day follow-up report.  If the permittee discharges through a MS4, these reports must also be submitted to the MS4 owner/operator.

## Section 10 Corrective Actions
The inclusion of this new section, Corrective Actions, details the steps necessary for implementing corrective measures, provides clarifications for when the conditions in the SWPPP should be reviewed, includes deadlines to further specify the DEEP's expectations for what actions must be taken within a specific time frame, and simplifies the reporting requirements. When conditions requiring corrective actions occur or are detected through inspections, monitoring, or other means, or the Commissioner or the operator of the MS4 through which the permittee discharges inform the permittee that conditions requiring corrective actions have occurred, the permittee must take corrective actions so that permit conditions are met, and pollutant discharges are minimized. The following table summarizes the types of conditions that require corrective actions, triggering events, and applicable Sectors.

| Summary of Triggering Conditions Requiring Corrective Actions Measures (CAMs) | | | |
|---|---|---|---|
| **Triggering Condition** | **Description** | **Applicable Sectors/Facilities** | **Is this a Permit Violation?** |
| **Four (4) Event Average Exceeds the Benchmark Threshold (or Mathematical Equivalent)** | A discharge exceeds an applicable benchmark threshold after four (4) consecutive semiannual measurements[1] | All Sectors | Permit violation if corrective action is not taken |
| **Effluent Limit Exceedance** | A discharge exceeds a numeric effluent limitation guideline | A, D, E, J, K, L, S | Yes |
| **Unauthorized release or discharge** | Spill, leak, release, or discharge of non-stormwater not authorized by this permit or another permit | All Sectors | Permit violation if corrective action is not taken |
| **Inconsistency with an Applicable Total Maximum Daily Load ("TMDL") and Wasteload Allocation ("WLA")** | A discharge is inconsistent with the assumptions and requirements of an Applicable TMDL and its WLA | All permittees discharging to an impaired water with an applicable TMDL | Permit violation if corrective action is not taken |
| **Control Measure Not Stringent Enough to Meet Water Quality Standards** | A required control measure is not stringent enough for a stormwater discharge to be controlled as necessary such that the receiving water will meet applicable water quality standards | All Sectors | Permit violation if corrective action is not taken |
| **Control Measure Never Designed, Installed, Implemented, or Maintained** | A required control measure was never designed, installed, implemented, or maintained | All Sectors | Permit violation if corrective action is not taken |
| **Change in Design, Operation, or Maintenance at a Facility** | Construction or a change in the design, operation, or maintenance at a facility that significantly changes the nature or increases the quantity of pollutants discharged | All Sectors | Permit violation if corrective action is not taken |
| **Visual Assessment Shows Evidence of Pollution** | Color, odor, floating solids, settled solids, suspended solids, or foam observed in discharge water | All Sectors | Permit violation if corrective action is not taken |
| **Other Corrective Actions as Required by the Commissioner** | The Commissioner may utilize enforcement discretion to require additional corrective actions in response to permit violations | All Sectors | Upon Commissioner's determination |

## Section 11 State Regulations of Connecticut State Agencies

The permittee shall comply with sections 22a-430-3 and 22a-430-4 of the Regulations of Connecticut State Agencies which are hereby incorporated into this general permit, as is fully set forth herein.

## Section 12 Federal Standard Conditions

The federal and state standard conditions in 40 CFR 122.41-Conditions applicable to all permits, are hereby incorporated into this general permit, as is fully set forth herein.

## Section 13 Antidegradation

Such activity is consistent with the Antidegradation Standards of section 22a-426 of the RCSA.

## Section 14 Public Participation

Prior to making a final decision to approve or deny any application, the Commissioner shall consider written comments on the application from interested persons that are received within 30 days of this public notice. Written comments should be directed to Karen Abbott, Bureau of Materials Management and Compliance Assurance, Department of Energy and Environmental Protection, 79 Elm Street, Hartford, CT 06106-5127, or Karen.Abbott@ct.gov. The Commissioner may hold a public hearing prior to approving or denying an application if, in the Commissioner's discretion, the public interest will be best served thereby, and shall hold a hearing upon receipt of a petition signed by at least twenty-five persons. Notice of any public hearing shall be published at least 30 days prior to the hearing.

Petitions for a hearing should include the application number noted above and identify a contact person to receive notifications. Petitions may also identify a person who is authorized to engage in discussions regarding the application and, if resolution is reached, withdraw the petition. Original signed petitions may be scanned and sent electronically to deep.adjudications@ct.gov or may be mailed or delivered to DEEP Office of Adjudications, 79 Elm Street, 3rd floor, Hartford, 06106-5127. All petitions must be received within the comment period noted above.

If submitted electronically, original signed petitions must also be mailed or delivered to the address above within ten days of electronic submittal. If a hearing is held, timely notice of such hearing will be published in a newspaper of general circulation. For additional information go to www.ct.gov/deep/adjudications.

# Appendix A. Changes by Industrial Sector

## Sector A: Timber Products

Permittees that will register in Sector A did not have sector-specific requirements in the 2011 issuance of the Stormwater Industrial General Permit. The updated sector-specific requirements for permittees in Sector A are as follows:

*Clarifications to Discharge Authorization Provided for:*
- Authorized Non-stormwater Discharges
- Prohibited Stormwater Discharges

*Added Sector-Specific Control Measures:*
- Good Housekeeping
- Liquid and Wastewater Containment

*Added SWPPP Requirements:*
- Site Map
- Summary of Potential Pollutant Sources
- Control Measures

*Added Sector-Specific Inspection Requirements:*
- Wood surface protection and preservation activities

*Changes to Monitoring Requirements:*
- All Sector A facilities are required to monitor semiannually for total arsenic until requirements for benchmark monitoring exemption are met.
- Sector A facilities that manufacture, use, or store creosote or creosote-treated wood in areas that are exposed to precipitation are required to monitor semiannually in the 1st and 2nd year of permit term for polycyclic aromatic hydrocarbons (PAHs).
- Sector A facilities with discharges resulting from spray down or intentional wetting of logs at wet deck storage areas must comply with an effluent limit for pH of 6.0-9.0 s.u. annually for the permit term.
- Sector A facilities with discharges resulting from spray down or intentional wetting of logs at wet deck storage areas must comply with an effluent limit for debris (woody material such as bark, twigs, branches, heartwood, or sapwood) with no discharge of debris that will not pass through a 2.54-cm (1-in.) diameter round.

## Sector B: Paper and Allied Products Manufacturing

Permittees that will register in Sector B did not have sector-specific requirements in the 2011 issuance of the Stormwater Industrial General Permit. The  updated sector-specific requirements for permittees in Sector B do not change.

## Sector C: Chemical and Allied Products Manufacturing

Permittees that will register in Sector C did not have sector-specific requirements in the 2011 issuance of the Stormwater Industrial General Permit. The updated sector-specific requirements for permittees in Sector C are as follows:

*Clarifications to Discharge Authorization Provided for:*
- Prohibited Non-Stormwater Discharges

*Changes to Monitoring Requirements:*
- All Sector C facilities are required to monitor semiannually for total aluminum until requirements for benchmark monitoring exemption are met.
- Sector C facilities with Petroleum Refining (SIC Code 2911) are required to monitor semiannually in the 1st and 2nd year of permit term for polycyclic aromatic hydrocarbons (PAHs).

## Sector D: Asphalt Paving and Roofing Materials Manufacturers and Lubricant Manufacturers

Permittees that will register in Sector D were previously issued sector-specific requirements under Sector A in the 2011 issuance of the IGP. The changes to sector-specific requirements for permittees in Sector D are as follows:

*Clarifications to Discharge Authorization Provided for:*
- Authorized Stormwater Discharges
- Authorized Non-stormwater Discharges
- Prohibited Stormwater Discharges

*Added Sector-Specific Control Measures:*
- Dust Control
- Minimize Exposure
- Storage of Petroleum, Synthetic-based Stocks, and Additives

*Added SWPPP Requirements:*
- Summary of Potential Pollutant Sources
- Dust Control

*Added Sector-Specific Inspection Requirements:*
- Weekly dust control inspections

*Changes to Monitoring Requirements:*
- All Sector D facilities are required to monitor semiannually in the 1st and 2nd year of permit term for polycyclic aromatic hydrocarbons (PAHs).
- Sector D asphalt emulsion facilities (within SIC code 2911) must comply with a daily maximum and 30-day average maximum effluent limit for Total Suspended Solids (TSS) and Oil and Grease (O&G) annually for the permit term.

## Sector E: Glass, Clay, Cement, Concrete, and Gypsum Product Manufacturing

Permittees who will register in Sector E did not have sector-specific requirements in the 2011 issuance of the IGP. The updated sector-specific requirements for permittees in Sector E are as follows:

*Clarifications to Discharge Authorization Provided for:*
- Prohibited Non-Stormwater Discharges

*Sector-Specific Definitions:*
- Concrete Manufacturing
- Concrete Washout Washwater
- Concrete Washout Impoundment
- 10-year, 24-hour Storm Event
- Vehicle and Equipment Rinse Water

*Added Sector-Specific Control Measures:*
- Good Housekeeping
- Vehicles and Equipment
- Unauthorized non-stormwater discharge
- BMPs for concrete washout

*Added SWPPP Requirements:*
- Site Map
- Frequency of Housekeeping

*Added Sector-Specific Inspection Requirements*
- Weekly inspections of the lined impoundments.

*Changes to Monitoring Requirements*
- All Sector E facilities are required to monitor semiannually for total aluminum.
- All Sector E facilities must monitor annually in the 1st and 2nd year of permit term for total arsenic.
- Sector E cement manufacturing facilities with discharges from material storage piles (SIC 3241) must comply with effluent limits for pH of 6.0-9.0 s.u. and total suspended solids (TSS) of 50 mg/L annually for the permit term.

*Added Requirements for Inactive and Unstaffed Sites*
- Additional requirements for lined impoundments.

*Added Conditions for Termination of Permit Coverage*
- Additional requirements for lined impoundments.

## Sector F: Primary Metals

Permittees who will register in Sector F did not have sector-specific requirements in the 2011 issuance of the IGP. The updated sector-specific requirements for permittees in Sector F are as follows:

*Added Sector-Specific Control Measures*
- Good Housekeeping
- Dust Control
- Vehicles and Equipment

*Added SWPPP Requirements:*
- Site Map
- Summary of Potential Pollutant Sources

*Added Sector-Specific Inspection Requirements*
- Additions to monthly routine inspections

*Changes to Monitoring Requirements*
- All Sector F facilities are required to monitor semiannually for total aluminum until requirements for benchmark monitoring exemption are met.
- All Sector F facilities must monitor semiannually in the 1st and 2nd year of permit term for polycyclic aromatic hydrocarbons (PAHs).

*Added Requirements for Inactive and Unstaffed Sites*
- Minimize exposure to equipment.

## Sector G: Metal Mining (Ore Mining and Dressing)

This industrial activity does not currently exist in the state of Connecticut. This Sector name and letter designation are reserved for future use.

## Sector H: Coal Mines and Coal Mining-Related Facilities

This industrial activity does not currently exist in the state of Connecticut. This Sector name and letter designation are reserved for future use.

## Sector I: Oil and Gas Extraction

This industrial activity does not currently exist in the state of Connecticut. This Sector name and letter designation are reserved for future use.

## Sector J: Mineral Mining and Dressing

Permittees who will register in Sector J were previously issued sector-specific requirements under Sector B in the 2011 issuance of the IGP. The changes to sector-specific requirements for permittees in Sector J are as follows:

*Clarifications to Discharge Authorization Provided for:*
- Authorized Stormwater Discharges
- Prohibited Stormwater Discharges
- Prohibited Non-Stormwater Discharges

*Sector-Specific Definitions:*
- Active Mining Site
- Active Mining Area
- Blasting Agent
- Clean Fill
- Draw Pond
- Dust Suppression Water
- Earth-Disturbing Activities
- Inactive Mineral Mining Facility
- Mine
- Mine Dewatering Discharge
- Mining Operation
- Process Wastewater
- Reclamation
- Sediment Basin
- Sediment Track-out
- Temporally Inactive Mineral Mining Facility
- Washwater

*Added Sector-Specific Control Measures*
- Minimize Exposure
- Dust Control

- Vehicles and Equipment
- Spill Prevention and Response
- Management of Stormwater
- Sediment and Erosion Control
- Infiltration
- Capping
- Treatment
- Native Topsoil Preservation
- Discharge Testing
- Dewatering Practices
- Water Quality Based Requirements

*Added SWPPP Requirements:*
- Nature of Industrial Activities
- Site Map
- Summary of Potential Pollutant Sources
- Documentation of Control Measures
- Employee Training
- Certification of Permit Coverage for Commingled Non-Stormwater Discharges

*Added Sector-Specific Inspection Requirements*
- Weekly site inspections
- Reductions in inspections for stabilized areas and frozen conditions
- Areas to be inspected
- What to check for during Inspections
- Inspection Report
- Impaired Waters Inspection Requirements

*Changes to Monitoring Requirements*
- All Sector J facilities are required to monitor semiannually for total aluminum until requirements for benchmark monitoring exemption are met.
- All Sector J facilities must monitor annually in the 1st and 2nd year of permit term for total arsenic.
- Sector J facilities that conduct blasting are required to monitor annually for perchlorate and ammonia for the permit term.
- Sector J mine dewatering discharges at crushed stone mining facilities (SIC 1422 – 1429), mine dewatering discharges at construction sand and gravel mining facilities (SIC 1442), and mine dewatering discharges at industrial sand mining facilities (SIC 1446) must comply with an effluent limit for pH 6.0-9.0 s.u. annually for the permit term.
- Sector J mine dewatering discharges at industrial sand mining facilities (SIC 1446) must comply with a monthly average maximum and daily maximum effluent limit for Total Suspended Solids (TSS) annually for the permit term.

*Added Requirements for Inactive and Unstaffed Sites*
- Employee training
- Temporary and Final Stabilization of Disturbed Areas

*Added Conditions for Termination of Permit Coverage*
- Site Closure and Reclamation

**Sector K: Hazardous Waste Treatment, Storage or Disposal Facilities**

Permittees who will register in Sector K were previously issued sector-specific requirements under Sector C in the 2011 issuance of the IGP. The changes to sector-specific requirements for permittees in Sector K are as follows:

*Clarifications to Discharge Authorization Provided for:*
- Prohibited Non-Stormwater Discharges

*Sector-Specific Definitions:*
- Biomedical Waste
- Contaminated Stormwater
- Drained Free Liquids
- Geotextiles
- Hazardous Waste
- Landfill
- Leachate
- Non-contaminated Stormwater
- Recycling
- Solid Waste
- Transfer Station
- Process Wastewater

*Added Sector-Specific Control Measures*
- Preventative Maintenance
- Erosion and Sedimentation Control
- Vehicles and Equipment

*Added SWPPP Requirements:*
- Site Map
- Summary of Potential Pollutant Sources

*Added Sector-Specific Inspection Requirements*
- Weekly inspections of landfills
- Inspections of inactive landfills
- Inspections of Transfer Stations and Recycling Facilities

*Changes to Monitoring Requirements*
- All Sector K facilities are required to monitor semiannually for total arsenic, total cadmium, total cyanide (HCN/CN-), total mercury, total selenium, and total silver until requirements for benchmark monitoring exemption are met.
- Sector K facilities with discharges from hazardous waste landfills subject to effluent limitations in 40 CFR Part 445 Subpart A must comply with daily maximum and monthly average effluent limits for alpha terpineol, ammonia, aniline, benzoic acid, biochemical oxygen demand (5-day), naphthalene, p-cresol, phenol, pyridine, total arsenic, total chromium, total suspended solids, and total zinc. Such facilities must also comply with an effluent limit for pH in the range 6.0-9.0 s.u.

*Added Conditions for Termination of Permit Coverage*
- See general permit

## Sector L: Landfills, Land Application Sites, and Open Dumps

Permittees that will register in Sector L were previously issued sector-specific requirements under Sector C in the 2011 issuance of the IGP. The changes to sector-specific requirements for permittees in Sector L are as follows:

*Clarifications to Discharge Authorization Provided for:*
- Authorized Stormwater Discharges
- Authorized Non-Stormwater Discharges
- Prohibited Stormwater Discharges
- Prohibited Non-Stormwater Discharges

*Sector-Specific Definitions:*
- Contaminated Stormwater
- Drained Free Liquids
- Geotextiles
- Intermediate Processing Facility
- Hazardous Waste
- Landfill
- Leachate
- Non-contaminated Stormwater
- Recycling
- Resources Recovery Facility
- Solid Waste
- Solid Waste Disposal Area
- Transfer Station
- Volume Reduction Plant
- Waste to Energy (WTE) Facilities
- Process Wastewater

*Added Sector-Specific Control Measures*
- Preventative Maintenance
- Erosion and Sedimentation Control
- Vehicles and Equipment

*Added SWPPP Requirements:*
- Site Map
- Summary of Potential Pollutant Sources

*Added Sector-Specific Inspection Requirements*
- Weekly inspections of landfills
- Inspections of inactive landfills
- Inspections of Transfer Stations and Recycling Facilities

*Added Conditions for Termination of Permit Coverage*

See general permit

*Additional Monitoring Requirements:*
Sector L facilities with discharges from hazardous waste landfills subject to effluent limitations in 40 CFR Part 445 Subpart B must comply with daily maximum and monthly average effluent limits for the following parameters: alpha terpineol, ammonia, benzoic acid, biochemical oxygen demand (5-day), p-cresol, phenol, total suspended solids, and total zinc. Such facilities must also comply with an effluent limit for pH in the range 6.0-9.0 s.u.

## Sector M: Automobile Salvage Yards

Permittees who will register in Sector M were previously issued sector-specific requirements under Sector D in the 2011 issuance of the IGP. The changes to sector-specific requirements for permittees in Sector M are as follows:

*Clarifications to Discharge Authorization Provided for:*
- Prohibited Non-Stormwater Discharges

*Added Sector-Specific Control Measures*
- Minimize Exposure
- Spill and Leak Prevention
- Stormwater Runoff
- Tires
- Employee Training

*Added SWPPP Requirements:*
- Site Map
- Summary of Potential Pollutant Sources

*Added Sector-Specific Inspection Requirements*
- Weekly inspections of arriving vehicles
- Quarterly inspections for leakage

*Added Requirements for Inactive and Unstaffed Sites*
- Minimize Exposure

*Added Conditions for Termination of Permit Coverage*
- See general permit

## Sector N: Scrap Recycling Facilities

Permittees who will register in Sector N were previously issued sector-specific requirements under Sector E in the 2011 issuance of the IGP. The changes to sector-specific requirements for permittees in Sector N are as follows:

*Clarifications to Discharge Authorization Provided for:*
- Prohibited Non-Stormwater Discharges

*Added Sector-Specific Control Measures*
- Waste Recycling Facilities (Liquid Recyclable Materials)

- Recycling Facilities (Source-separated Materials)

*Added SWPPP Requirements:*
- Site Map
- Maintenance Schedules/Procedures

*Added Sector-Specific Inspection Requirements*
- Inspections for Waste Recycling Facilities

*Added Requirements for Inactive and Unstaffed Sites*
- Minimize Exposure

*Added Conditions for Termination of Permit Coverage*
- Submission of certification to DEEP.

## Sector O: Steam Electric Generating Facilities

Permittees who will register in Sector O were previously issued sector-specific requirements under Sector F in the 2011 issuance of the IGP. The changes to sector-specific requirements for permittees in Sector O are as follows:

*Clarifications to Discharge Authorization Provided for:*
- Authorized Stormwater Discharges
- Prohibited Non-Stormwater Discharges
- Prohibited Stormwater Discharges
- Prohibited Non-Stormwater Discharges

*Added Sector-Specific Control Measures*
- Fugitive Dust Emissions
- Delivery Vehicles
- Water-based Fuel Oil Unloading Areas
- Land-based Fuel Oil Unloading Areas
- Chemical Loading and Unloading
- Miscellaneous Loading and Unloading Areas
- Liquid Storage Tanks (See also Section 7(b)(3))
- Large Bulk Fuel Storage Tanks
- Spill Reduction Measures (See also Section 7(b)(7))
- Oil-bearing Equipment in Switchyards
- Residue-hauling Vehicles
- Ash Loading Areas
- Areas Adjacent to Disposal Ponds or Landfills
- Landfills, Scrap Yards, Surface Impoundments, Open Dumps, General Refuse Sites

*Added SWPPP Requirements:*
- Site Map
- Documentation of Good Housekeeping Measures

*Added Sector-Specific Inspection Requirements*
- Additions to routine monthly inspections

## Sector P: Land Transportation

Permittees who will register in Sector P were previously issued sector-specific requirements under Sector G Transportation and Public Works in the 2011 issuance of the IGP. The changes to sector-specific requirements for permittees in Sector P are as follows:

*Clarifications to Discharge Authorization Provided for:*
- Prohibited Non-Stormwater Discharges

*Sector-Specific Definitions:*
- Surface washwater

*Added Sector-Specific Control Measures*
- Vehicles and Equipment Storage
- Vehicles and Equipment Fueling
- Vehicles and Equipment Cleaning
- Vehicles and Equipment Maintenance
- Material Storage Areas
- Locomotive Sanding
- Solid De-Icing Material Storage
- Liquid De-icing Material Storage
- Employee Training

*Added SWPPP Requirements:*
- Site Map
- Summary of Potential Pollutant Sources
- Solid De-icing Material Storage

*Added Sector-Specific Inspection Requirements*
- Additions to routine monthly inspections

*Changes to Monitoring Requirements*
- Sector P facilities with Railroad Transportation (SIC Code 4011, 4013) or Petroleum Bulk Stations and Terminals (SIC Code 5171) must monitor semiannually in the 1st and 2nd year of permit term for polycyclic aromatic hydrocarbons (PAHs).

## Sector Q: Water Transportation

Permittees who will register in Sector Q were previously issued sector-specific requirements under Sector H in the 2011 issuance of the IGP. The changes to sector-specific requirements for permittees in Sector Q are as follows:

*Clarifications to Discharge Authorization Provided for:*
- Prohibited Non-Stormwater Discharges

*Added Sector-Specific Control Measures*
- Good Housekeeping
- Preventative Maintenance
- Water Transportation Equipment
- Material Storage Areas

- Employee Training

*Added SWPPP Requirements:*
- Site Map
- Summary of Potential Pollutant Sources

*Added Sector-Specific Inspection Requirements*
- Additions to routine monthly inspections

*Changes to Monitoring Requirements*
- All Sector Q facilities must monitor semiannually in the 1st and 2nd year of permit term for polycyclic aromatic hydrocarbons (PAHs).

## Sector R: Ship and Boat Building and Repair Yards

Permittees who will register in Sector R were previously issued sector-specific requirements under Sector I in the 2011 issuance of the IGP. The changes to sector-specific requirements for permittees in Sector R are as follows:

*Clarifications to Discharge Authorization Provided for:*
- Prohibited Non-Stormwater Discharges

*Added Sector-Specific Control Measures*
- Good Housekeeping
- Preventative Maintenance
- Water Transportation Equipment
- Material Storage Areas
- Employee Training
- Structural Control Measures

*Added SWPPP Requirements:*
- Site Map
- Summary of Potential Pollutant Sources
- Documentation of Good Housekeeping Measures

*Added Sector-Specific Inspection Requirements*
- Additions to routine monthly inspections

*Changes to Monitoring Requirements*
- All Sector R facilities must monitor semiannually in the 1st and 2nd year of permit term for polycyclic aromatic hydrocarbons (PAHs).

## Sector S: Air Transportation Facilities

Permittees who will register in Sector S were previously issued sector-specific requirements under Sector G Transportation and Public Works in the 2011 issuance of the IGP. The changes to sector-specific requirements for permittees in Sector S are as follows:

*Clarifications to Discharge Authorization Provided for:*
- Authorized Stormwater Discharges
- Prohibited Stormwater Discharges

- Prohibited Non-Stormwater Discharges

*Added Sector-Specific Control Measures*
- Aircraft Vehicles, and Equipment
- Spill Prevention and Response
- Management of Stormwater and De-icing materials

*Added SWPPP Requirements:*
- Site Map
- Summary of Potential Pollutant Sources
- Vehicle and Equipment Washwater Requirements
- De-icing Procedures

*Added Sector-Specific Inspection Requirements*
- Monthly inspections of area(s) used for de-icing

*Changes to Monitoring Requirements*
- Sector S does not make a distinction in monitoring requirements between large and small airports (exception is effluent limits, see below).
- Effluent limitations based on effluent limitations guidelines and new source performance standards (see also section 7(e)(3)) are added for the following:
  - Airfield Pavement Deicing
  - Aircraft Deicing
  - Monitoring, Reporting and Recordkeeping
- Sector S facilities are no longer required to monitor for urea or biological oxygen demand, 5-day ("BOD").
- Only Sector S facilities (SIC Code 45) conducting aircraft de-icing utilizing urea must monitor for ammonia annually during the de-icing period for the permit term.
- Only Sector S facilities (SIC Code 45) conducting aircraft de-icing utilizing ethylene glycol must monitor for ethylene glycol annually during the de-icing period for the permit term.
- Only Sector S facilities (SIC Code 45) conducting aircraft de-icing utilizing propylene glycol must monitor for propylene glycol annually during the de-icing period for the permit term.
- All Sector S facilities must monitor semiannually in the 1st and 2nd year of permit term for polycyclic aromatic hydrocarbons (PAHs).
- Sector S facilities with runoff containing urea from airfield pavement deicing at existing and new "primary airports" (as defined at 40 CFR 449.2) with 1,000 or more annual non-propeller aircraft departures must comply with an effluent limit for ammonia as nitrogen of 14.7 mg/L annually for the permit term. To comply with this limitation, such airports must do one of the following:
  - Certify annually using the certification statement in Appendix I of the IGP that the permittee does not use pavement deicers containing urea and maintain that certification in the SWPPP and Annual Report, or
  - Meet the annual effluent limitation of 14.7 mg/L.

*Added Multiple Operators at Air Transportation Facilities*
- Permit Coverage and Submittal of Registrations
- Permit Implementation Responsibilities for Airport Authority and Tenants
- Duty to Comply

## Sector T: Treatment Works

Permittees who will register in Sector T did not have sector-specific requirements in the 2011 issuance of the IGP. The updated sector-specific requirements for permittees in Sector T are as follows:

*Clarifications to Discharge Authorization Provided for:*
- Prohibited Non-Stormwater Discharges

*Added Sector-Specific Control Measures*
- Management of Runoff
- Minimize Exposure
- Employee Training

*Added SWPPP Requirements:*
- Site Map
- Summary of Potential Pollutant Sources
- Wastewater and Washwater Requirements

*Added Sector-Specific Inspection Requirements*
- Additions to inspection areas

## Sector U: Food and Kindred Products

Permittees who will register in Sector U did not have sector-specific requirements in the 2011 issuance of the IGP. The updated sector-specific requirements for permittees in Sector U are as follows:

*Clarifications to Discharge Authorization Provided for:*
- Prohibited Non-Stormwater Discharges

*Added Sector-Specific Control Measures*
- Employee Training

*Added SWPPP Requirements:*
- Site Map
- Summary of Potential Pollutant Sources

*Added Sector-Specific Inspection Requirements*
- Additions to monthly inspections

## Sector V: Textile Mills, Apparel, and Other Fabric Product Manufacturing

Permittees who will register in Sector V did not have sector-specific requirements in the 2011 issuance of the IGP. The updated sector-specific requirements for permittees in Sector V are as follows:

*Clarifications to Discharge Authorization Provided for:*
- Prohibited Non-Stormwater Discharges

*Added Sector-Specific Control Measures*
- Good Housekeeping
- Employee Training

*Added SWPPP Requirements:*

- Site Map
- Description of Good Housekeeping Measures for Material Storage Areas

*Added Sector-Specific Inspection Requirements*
- Additions to monthly inspections

## Sector W: Furniture and Fixtures

Permittees who will register in Sector W did not have sector-specific requirements in the 2011 issuance of the IGP. The updated sector-specific requirements for permittees in Sector W are as follows:

*Added SWPPP Requirements:*
- Site Map

## Sector X: Printing and Publishing

Permittees who will register in Sector X did not have sector-specific requirements in the 2011 issuance of the IGP. The updated sector-specific requirements for permittees in Sector X are as follows:

*Added Sector-Specific Control Measures*
- Good Housekeeping
- Employee Training

*Added SWPPP Requirements:*
- Description of Good Housekeeping Measures for Material Storage Areas

## Sector Y: Rubber, Miscellaneous Plastic Products, and Miscellaneous Manufacturing Industries

Permittees who will register in Sector Y did not have sector-specific requirements in the 2011 issuance of the IGP. The updated sector-specific requirements for permittees in Sector Y are as follows:

*Added Sector-Specific Control Measures*
- Control For Rubber Manufacturers
- Control for Plastic Manufacturers

*Added SWPPP Requirements:*
- Potential Pollutant Sources for Rubber Manufacturers

*Added Sector-Specific Inspection Requirements*
- Additions to monthly inspections

## Sector Z: Leather Tanning and Finishing

This industrial activity does not currently exist in the state of Connecticut. This sector name and letter designation are reserved for future use.

## Sector AA: Fabricated Metal Products

Permittees who will register in Sector AA did not have sector-specific requirements in the 2011 issuance of the IGP. The updated sector-specific requirements for permittees in Sector AA are as follows:

*Added Sector-Specific Control Measures*
- Good Housekeeping

- Spill Prevention and Response
- Spills and Leaks

*Added SWPPP Requirements:*
- Site Map
- Summary of Potential Pollutant Sources

*Added Sector-Specific Inspection Requirements*
- Additions to inspection areas

*Changes to Monitoring Requirements*
- All Sector AA facilities must monitor semiannually for aluminum until requirements for benchmark monitoring exemption are met

## Sector AB: Transportation Equipment, Industrial or Commercial Machinery
Permittees who will register in Sector AB did not have sector-specific requirements in the 2011 issuance of the IGP. The updated sector-specific requirements for permittees in Sector AB are as follows:

*Added SWPPP Requirements:*
- Site Map

## Sector AC: Electronic, Electrical, Photographic and Optical Goods
Permittees who will register in Sector AC did not have sector-specific requirements in the 2011 issuance of the IGP. The updated sector-specific requirements for permittees in Sector AC have not changed.

## Sector AD: Reserved for Future Use
This sector letter designation is reserved for future use.

## Sector AE: Bulk Solid De-icing Material Storage
Permittees who will register in Sector AE were previously issued sector-specific requirements under Sector G Transportation and Public Works in the 2011 issuance of the IGP. The changes to sector-specific requirements for permittees in Sector AE are as follows:

*Clarifications to Discharge Authorization Provided for:*
- Prohibited Non-Stormwater Discharges

*Sector-Specific Definitions:*
- Bulk Solid De-icing Material Storage
- Surface Washwater
- De-icing Chemicals

*Added Sector-Specific Control Measures*
- Good Housekeeping
- Minimize Exposure
  - Addendum, issued December 3, 2013, to sections 5(b)(12) and 5(f)(7)(d)(ii) and appendix B of the 2011 IGP now included in the body of the permit.
- Management of Runoff

*Added SWPPP Requirements:*

- Summary of Potential Pollutant Sources
- Bulk Solid De-icing Material Storage Operations

*Added Sector-Specific Inspection Requirements*
- Weekly inspection requirements

*Added Requirements for Inactive and Unstaffed Sites*
- Monthly Inspections

## Sector AF: Federal, State, or Municipal Government Fleet

Permittees who will register in Sector AF were previously issued sector-specific requirements under Sector G Transportation and Public Works in the 2011 issuance of the IGP. The changes to sector-specific requirements for permittees in Sector AF are as follows:

*Clarifications to Discharge Authorization Provided for:*
- Prohibited Non-Stormwater Discharges

*Sector-Specific Definitions:*
- Apron
- Surface Washwater

*Added Sector-Specific Control Measures*
- Vehicles and Equipment Storage
- Vehicles and Equipment Fueling
- Vehicles and Equipment Cleaning
- Vehicles and Equipment Maintenance
- Material Storage Areas
- Locomotive Sanding
- Solid De-Icing Material Storage
- Liquid De-icing Material Storage
- Employee Training

*Added SWPPP Requirements:*
- Site Map
- Summary of Potential Pollutant Sources

*Added Sector-Specific Inspection Requirements*
- Additional inspection requirements for areas of vehicle/equipment storage and maintenance

*Changes to Monitoring Requirements*
- The Connecticut Department of Transportation fleet repair and maintenance facilities must monitor for the benchmark parameters chemical oxygen demand (COD), total oil and grease (O&G), pH, total suspended solids (TSS), total phosphorus (TP), total Kjeldahl nitrogen (TKN), nitrate as nitrogen (NO3-N), total copper, total lead, and total zinc semiannually during the permit term.
- The Connecticut Department of Transportation fleet repair and maintenance facilities must monitor once for aquatic toxicity in the 1st year of the permit term for LC$_{50}$ for *Daphnia pulex.*

- Facilities monitoring under the requirements of Sector AF that do not conduct vehicle repair /vehicle maintenance on site shall be subject to the Benchmark requirements once per permit term only.

*Added Corrective Action Requirements:*
- These requirements are specifically for facilities monitoring under the requirements of Sector AF that do not conduct vehicle repair /vehicle maintenance on site and are subject to the Benchmark requirements once per permit term only. All other facilities under Sector AF must refer to the Corrective Actions Section of the IGP (Section 7(f)).

## Sector AG: Small-Scale Composting

Permittees who will register in Sector AG were previously issued sector-specific requirements under Sector J in the 2011 issuance of the IGP. The changes to sector-specific requirements for permittees in Sector AG are as follows:

*Clarifications to Discharge Authorization Provided for:*
- Prohibited Non-Stormwater Discharges

*Sector-Specific Definitions:*
- Aerated Static Piles Composting
- Compost Feedstock
- Compost Leachate
- Compost Wastewater
- Composting Facility
- Contaminated Stormwater
- In-vessel Composting
- Non-contaminated Stormwater
- Small-scale Composting Facility
- Source-separated Organic Material
- Windrow Composting

*Added Sector-Specific Control Measures*
- Management of Stormwater
- Stormwater Treatment
- Best Engineering Practices

*Added SWPPP Requirements:*
- Site Map
- Summary of Potential Pollutant Sources
- Composting Operations

*Added Sector-Specific Inspection Requirements*
- Weekly inspection requirements

*Added Requirements for Inactive and Unstaffed Sites*
- Inspections
- Control Measures

*Added Conditions for Termination of Permit Coverage*
- Remove or otherwise properly dispose of any of the identified materials stored outdoors

*Changes to Monitoring Requirements*
- The annual benchmark monitoring will now be required semi-annually.
- All Sector AG facilities must monitor semiannually for pH when discharges occur.

**Sector AH: Stormwater Discharges Designated by the Commissioner as Requiring Permits**
Anticipated Registrations: To be determined by the Commissioner.

## Appendix B. Cumulative Relative Frequency Graphs

**pH (s.u.)**



**Chemical Oxygen Demand (mg/L)**



## Total Phosphorus (mg/L)



## Total Suspended Solids (mg/L)



## Total Kjeldahl Nitrogen (mg/L)



## Nitrate (mg/L)



**Copper, Total (mg/L)**



**Zinc, Total (mg/L)**



## Lead, Total (mg/L)



## Oil & Grease (mg/L)

