# Exhibit B



Connecticut
Department of Energy &
Environmental Protection

# Connecticut Department of Energy and Environmental Protection

# National Pollutant Discharge Elimination System

# General Permit for the Discharge of Stormwater Associated with Industrial Activities

# General Permit No.: CTR050000

This National Pollutant Discharge Elimination System General Permit for the Discharge of Stormwater Associated with Industrial Activities is issued in accordance with Section 22a 430 of Chapter 446k, Connecticut General Statutes ("CGS"), and Regulations of Connecticut State Agencies ("RCSA") adopted thereunder, as amended, and Section 402(b) of the Clean Water Act ("CWA"), as amended, 33 USC 1251, et. seq., and pursuant to an approval dated September 26, 1973, by the Administrator of the United States Environmental Protection Agency for the State of Connecticut to administer a NPDES permit program.  Persons shall comply with all conditions of this permit including Sections 22a-430-3 and 22a-430-4 of the RCSA which have been adopted pursuant to section 22a-430 of the CGS and are hereby incorporated into this permit.

This permit is structured as follows:

Parts 1-7(i): General requirements that apply to all facilities;

Part 7(j): Industry sector-specific requirements; and

Appendices A through I: Additional permit conditions that apply to all operators covered under this permit.

This permit becomes effective on [To be determined date].

This permit and the authorization to discharge shall expire on [To be determined].

Issued: [To be determined]

_____DRAFT_____

Emma Cimino
Deputy Commissioner

## Table of Contents

Section 1:    Authority ................................................................................................1

Section 2:    Definitions ..............................................................................................1

Section 3:    Authorization Under This General Permit ..........................................9

Section 3(a)  Eligible Activities ...................................................................................9

Section 3(b)  Requirements of Authorization ..............................................................9

3(b)(1)  Discharge Conditions ......................................................................................9

3(b)(2)  Coastal Management and Permitting ...............................................................9

3(b)(3)  Aquifer Protection Areas .................................................................................9

3(b)(4)  Endangered and Threatened Species ...............................................................9

3(b)(5)  Facility Does Not Discharge to a POTW .........................................................9

3(b)(6)  Facility Does Not Discharge Entirely to Groundwater ....................................9

3(b)(7)  Discharges Subject to Federal Effluent Guidelines and Standards ..................9

3(b)(8)  Discharges to Tidal Wetlands ..........................................................................9

3(b)(9)  Antidegradation ............................................................................................10

3(b)(10)  New or Increased Discharges to High Quality Waters ................................10

3(b)(11)  New or Increased Discharges to Impaired Waters .......................................10

3(b)(12)  Certification Requirements for Registration ...............................................11

Section 3(c)  Registration ...........................................................................................12

Section 3(d)  No Exposure Certification ....................................................................12

Section 3(e)  Geographic Area ....................................................................................12

Section 3(f)  Effective Date and Expiration of this General Permit ..........................12

Section 3(g)  Effective Date of Authorization ............................................................12

Section 3(h)  Interim Coverage ..................................................................................12

Section 3(i)  Revocation of an Individual Permit .......................................................12

Section 3(j)  Issuance of an Individual Permit ...........................................................12

Section 4:    Registration Requirements .................................................................14

Section 4(a)  Registration Procedures ........................................................................14

4(a)(1)  Who Must File a Registration ........................................................................14

Section 4(b)  Scope of Registration ............................................................................14

Section 4(c)  Contents of Registration ........................................................................14

4(c)(1)  Registration Fees ...........................................................................................14

4(c)(2)  Registrant Information ...................................................................................15

4(c)(3)  The Stormwater Pollution Prevention Plan (SWPPP) ...................................15

Section 4(d)  Registration Procedure .........................................................................16

4(d)(1)  Electronic Registration Requirement ................................................................16

4(d)(2)  Waivers for Electronic Registration ................................................................16

4(d)(3)  2-Step Registration Procedure ......................................................................16

**Section 4(e)  All information as requested by the Commissioner**................................**17**

4(e)(1)  Registration or No-exposure Certification Availability..................................17

4(e)(2)  SWPPP Availability ......................................................................................17

**Section 4(f)  Where to File a Registration** ......................................................................**17**

**Section 4(g)  Additional Information** ................................................................................**17**

**Section 4(h)  Additional Notification** ..............................................................................**17**

**Section 4(i)  Action by Commissioner** ............................................................................**17**

**Section 5:  General Conditions** ......................................................................................**19**

**Section 5(a)  Reliance on Registration** ..........................................................................**19**

**Section 5(b)  Duty to Correct and Report Violations** ....................................................**19**

**Section 5(c)  Duty to Provide Information** ......................................................................**19**

**Section 5(d)  Certification of Documents** ......................................................................**19**

**Section 5(e)  Date of Filing** ............................................................................................**19**

**Section 5(f)  False Statements** ......................................................................................**19**

**Section 5(g)  Correction of Inaccuracies** ......................................................................**19**

**Section 5(h)  Transfer of Authorization** ........................................................................**20**

**Section 5(i)  Other Applicable Law** ................................................................................**20**

**Section 5(j)  Other Rights** ..............................................................................................**20**

**Section 6:  Commissioner's Powers** ..............................................................................**21**

**Section 6(a)  Abatement of Violations** ..........................................................................**21**

**Section 6(b)  General Permit Revocation, Suspension, or Modification** ....................**21**

**Section 6(c)  Filing of an Individual Application** ............................................................**21**

**Section 7:  Conditions of This General Permit** ............................................................**22**

**Section 7(a)  Conditions Applicable to Certain Discharges**..........................................**22**

7(a)(1)  Proximity to Tidal Wetlands........................................................................22

7(a)(2)  Structures and Dredging in Coastal and Tidal Areas ................................22

7(a)(3)  Quality of Discharge ..................................................................................22

7(a)(4)  Toxicity to Aquatic and Marine Life/Risk to Human Health ......................22

7(a)(5)  Water Quality Standards ............................................................................22

7(a)(6)  High Quality Waters ..................................................................................22

**Section 7(b)  Stormwater Control Measures** ................................................................**23**

7(b)(1)  Good Housekeeping....................................................................................23

7(b)(2)   Minimize Exposure ...........................................................................................24

7(b)(3)   Liquid and Wastewater Containment ...............................................................25

7(b)(4)   Dust Control Measures .....................................................................................26

7(b)(5)   Vehicles and Equipment ...................................................................................26

7(b)(6)   Solid De-icing Material Storage .......................................................................27

7(b)(7)   Spill Prevention and Response Procedures ......................................................28

7(b)(8)   Sediment and Erosion Control .........................................................................29

7(b)(9)   Preventative Maintenance .................................................................................29

7(b)(10)  Management of Stormwater ..............................................................................30

7(b)(11)  Non-stormwater Discharges .............................................................................31

7(b)(12)  Infiltration and Groundwater Quality Protection .............................................31

7(b)(13)  Employee Training ............................................................................................31

7(b)(14)  Inactive Site Controls .......................................................................................32

7(b)(15)  Sector-Specific Control Measures Pursuant to Section 7(j) .............................32

**Section 7(c)  The Stormwater Pollution Prevention Plan (the SWPPP) ...........................34**

7(c)(1)   General Requirements .......................................................................................34

7(c)(2)   Content Requirements .......................................................................................35

7(c)(3)   Deadlines for Plan Preparation and Compliance ..............................................50

7(c)(4)   SWPPP Availability ..........................................................................................50

7(c)(5)   Keeping the SWPPP Current ............................................................................50

7(c)(6)   Failure to Prepare or Amend the SWPPP .........................................................51

**Section 7(d)  Inspections and Assessments .................................................................52**

7(d)(1)   Monthly Routine Inspections ............................................................................52

7(d)(2)   Quarterly Visual Assessment of Stormwater Discharges .................................53

7(d)(3)   Semi-annual Comprehensive Inspection ..........................................................53

7(d)(4)   Inspection Reports ............................................................................................55

7(d)(5)   Exceptions to Inspections or Assessments .......................................................56

**Section 7(e)  All Monitoring Requirements ................................................................58**

7(e)(1)   Benchmark Monitoring Parameters for All Sectors ..........................................59

7(e)(2)   Additional Monitoring Parameters for Certain Sectors ....................................61

7(e)(3)   Effluent Limitations Guidelines ("ELGs") for Certain Sectors .......................64

7(e)(4)   Aquatic Toxicity Testing ..................................................................................68

7(e)(5)   Monitoring Discharges to Impaired Waters ......................................................69

7(e)(6)   Other Monitoring Required by the Commissioner ...........................................72

7(e)(7)   Monitoring Exemptions .....................................................................................72

7(e)(8)    Stormwater Sampling Procedures ................................................................................73

**Section 7(f)   Corrective Actions ...........................................................................................75**

7(f)(1)    Corrective Action Schedule ......................................................................................76

7(f)(2)    Corrective Action Measures (CAMs) .......................................................................77

7(f)(3)    Conditions Requiring Corrective Actions ................................................................80

7(f)(4)    Substantially Identical Discharge Points ................................................................88

7(f)(5)    Documentation in SWPPP ......................................................................................88

**Section 7(g)   Reporting & Recordkeeping Requirements ..................................................89**

7(g)(1)    Electronic Reporting Requirement .........................................................................89

7(g)(2)    Waivers for Electronic Reporting ...........................................................................89

7(g)(3)    Discharge Monitoring Reports ...............................................................................89

7(g)(4)    Annual Report ........................................................................................................91

7(g)(5)    Numeric Effluent Limitations Noncompliance Report............................................92

7(g)(6)    Additional Reporting and Recordkeeping Requirements ........................................93

7(g)(7)    Record Retention Requirements .............................................................................94

**Section 7(h)   Modifying and Terminating Permit Coverage ..............................................95**

7(h)(1)    How to Modify Permit Coverage............................................................................95

7(h)(2)    How to Terminate Permit Coverage .......................................................................95

**Section 7(i)   Regulations of Connecticut State Agencies Incorporated into This General Permit ...97**

**Section 7(j)   Sector-Specific Requirements ........................................................................98**

7(j)(1)    Sector A – Timber Products......................................................................................98

7(j)(2)    Sector B – Paper and Allied Products Manufacturing .............................................102

7(j)(3)    Sector C – Chemical and Allied Products Manufacturing and Refining..................105

7(j)(4)    Sector D – Asphalt Paving and Roofing Materials and Lubricant Manufacturing.................108

7(j)(5)    Sector E – Glass, Clay, Cement, Concrete, and Gypsum Products .........................113

7(j)(6)    Sector F – Primary Metals ......................................................................................119

7(j)(7)    Sector G – Reserved for Future Use ......................................................................123

7(j)(8)    Sector H – Reserved for Future Use ......................................................................123

7(j)(9)    Sector I – Reserved for Future Use ........................................................................123

7(j)(10)    Sector J – Non-metallic Mineral Mining and Dressing .........................................124

7(j)(11)    Sector K – Hazardous Waste Treatment, Storage, or Disposal Facilities................138

7(j)(12)    Sector L – Landfills, Land Application Sites, and Open Dumps .............................147

7(j)(13)    Sector M – Automobile Salvage Yards ..................................................................154

7(j)(14)    Sector N – Scrap Recycling and Waste Recycling Facilities ..................................158

7(j)(15)    Sector O – Steam Electric Power Generation (SIC Code 4911)..............................166

7(j)(16)   Sector P – Land Transportation and Warehousing .................................................171

7(j)(17)   Sector Q – Water Transportation (Marinas, Yacht Clubs, and Boat Dealers).........................178

7(j)(18)   Sector R – Ship and Boat Building and Repair Yards ...............................................184

7(j)(19)   Sector S – Air Transportation ................................................................190

7(j)(20)   Sector T – Treatment Works....................................................................199

7(j)(21)   Sector U – Food and Kindred Products ..........................................................203

7(j)(22)   Sector V – Textile Mills, Apparel, and Other Fabric Products.................................206

7(j)(23)   Sector W – Furniture and Fixtures .............................................................210

7(j)(24)   Sector X – Printing and Publishing.............................................................213

7(j)(25)   Sector Y – Rubber, Miscellaneous Plastic Products and Miscellaneous Manufacturing ........217

7(j)(26)   Sector Z –Reserved for Future Use.............................................................221

7(j)(27)   Sector AA – Fabricated Metal Products .........................................................222

7(j)(28)   Sector AB – Transportation Equipment, Industrial or Commercial Machinery Facilities ......226

7(j)(29)   Sector AC – Electronic and Electrical Equipment and components .......................229

7(j)(30)   Sector AD – Reserved for Future Use ...........................................................232

7(j)(31)   Sector AE – Bulk Solid De-icing Material Storage.................................................233

7(j)(32)   Sector AF – Federal, State, or Municipal Fleet Facilities...................................238

7(j)(33)   Sector AG – Small-Scale Composting Facilities.................................................246

7(j)(34)   Sector AH – Stormwater Discharges Designated by the Commissioner.................................253

# General Permit for the Discharge of Stormwater
## Associated with Industrial Activities

**Section 1:**  **Authority**

This general permit is issued under the authority of section 22a-430b of the Connecticut General Statutes.

**Section 2:**  **Definitions**

The definitions of terms used in this general permit shall be the same as the definitions contained in sections 22a-423 and 22a-207 of the Connecticut General Statutes and section 22a-430-3(a) of the Regulations of State Agencies. As used in this general permit, the following definitions shall apply:

*"100-year flood"* means a flood that has a 1-percent or greater chance of recurring in any given year, or a flood of a magnitude equaled or exceeded once in 100 years on the average over a significantly long period.

"*2-year, 24-hour rainfall event*" means the maximum 24-hour precipitation event with a probable recurrence interval of once in 2 years, as defined by the National Oceanic and Atmospheric Administration (NOAA) Atlas 14, Volume 10 Point Precipitation Frequency (PF).

"*10-year, 24-hour rainfall event*" means the maximum 24-hour precipitation event with a probable recurrence interval of once in 10 years, as defined by the National Oceanic and Atmospheric Administration (NOAA) Atlas 14, Volume 10 Point Precipitation Frequency (PF).

"*25-year, 24-hour rainfall event*" means the maximum 24-hour precipitation event with a probable recurrence interval of once in 25 years, as defined by the National Oceanic and Atmospheric Administration (NOAA) Atlas 14, Volume 10 Point Precipitation Frequency (PF).

"*30-day average maximum*" means the maximum value that must not be exceeded by the average of daily values for 30 consecutive days.

"*Acute toxicity*" means an adverse effect on aquatic life such as death or debilitation caused by short-term exposure to a substance or combination of substances.

"*Agricultural wastes*" means organic materials normally associated with the production and processing of food and fiber on farms, feedlots, and forests. Such wastes may include, but are not limited to, manures, bedding materials, spilled feed or feed waste, and crop residues.

"*Aquifer Protection Area*" or "*APA*" means aquifer protection area as defined in section 22a-354h of the Connecticut General Statutes.

"*Authorized activity*" means any activity authorized under this general permit.

"*Average monthly*" discharge limitation means the highest allowable average of "daily discharges" over a calendar month, calculated as the sum of all "daily discharges" measured during a calendar month divided by the number of "daily discharges" measured during that month.

"*Benchmark*" means a standard by which stormwater discharge quality is measured as identified in Section 7(e)(1) of this permit.

"*Best Management Practices*" or "*BMPs*" means those practices which reduce pollution, and which have been determined by the Commissioner to be acceptable based on, but not limited to, technical, economic, and institutional feasibility. BMPs include schedules of activities, prohibitions of practices, maintenance procedures, and other management practices to prevent or reduce the pollution of waters of the state. BMPs also include treatment requirements, operating procedures, and practices to control plant site runoff, spillage or leaks, sludge or waste disposal, or drainage from raw material storage."

"*Certified Hazardous Materials Manager*" or "*CHMM*" means a hazardous materials manager certified by the Institute of Hazardous Materials Managers and who is qualified by reason of relevant specialized training and relevant specialized experience to conduct audits of regulated activities to ensure compliance with applicable law and identify appropriate pollution prevention practices for such activities.

"*Clean Water Act*" or "*CWA*" means the Federal Water Pollution Control Act, 33 U.S.C. §1251 *et seq*).

"*Coastal area*" shall be the same as the definition contained in section 22a-94 of the Connecticut General Statutes.

"*Coastal Jurisdiction Line*" or "*JDL*" means coastal jurisdiction line as defined in Section 22a 359(c) of the Connecticut General Statutes.

"*Coastal waters*" shall be the same as the definition contained in section 22a-93 of the Connecticut General Statutes.

"*Co-located industrial activities*" means any industrial activities, excluding the primary industrial activity or activities, located on-site that are defined by the term "industrial activity" provided below. An activity at a facility is not considered co-located if the activity, when considered separately, does not meet the description of a category of industrial activity covered by the stormwater regulations or identified by the SIC code list in Appendix A.

"*Commissioner*" means the Commissioner as defined by section 22a-423 of the Connecticut General Statutes.

"*Compost*" means the product of composting.

"*Composting*" means the process of accelerated aerobic biodegradation and stabilization of organic material under controlled conditions that results in a finished product called compost.

"*Control Measures*" means any BMPs or other methods used to prevent or reduce the discharge of pollutants to waters of the state.

"*Daily maximum*" means the value that must not be exceeded by any one measurement.

"*Day*" means calendar day.

"*DEEP* "or "*Department*" means the Connecticut Department of Energy & Environmental Protection.

"*Discharge Point,*" for the purposes of this permit, means the location where collected and concentrated stormwater flows are discharged from the facility such that the first receiving waterbody into which the discharge flows, either directly or through a separate storm sewer system, is a water of the state.

"*Effluent Limitations Guidelines*" or "*ELGs*" means a regulation published by the Administrator under section 304(b) of CWA to adopt or revise "effluent limitations."

"*Emerging contaminants*" means a chemical or material characterized by a perceived, potential, or real threat to human health or the environment or by a lack of published health standards. A contaminant also may be "emerging" because of the discovery of a new source or a new pathway to humans.

"*Fresh-tidal wetland*" means a tidal wetland located outside of coastal waters.

"*GA*" or "*GAA*" are groundwater classifications which indicate that the general condition of the water quality is natural quality, or suitable for drinking. (See also https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-Classification-Maps)

"*Grab Sample*" means an individual sample collected in less than fifteen (15) minutes.

"*Groundwater*" means those waters as defined in Section 22a-426-1 of the Regulations of Connecticut State Agencies

"*Connecticut Guidelines for Soil Erosion and Sediment Control*" or "*E&S Guidelines*" means the guidelines which fulfill the requirements of Connecticut's Soil Erosion and Sediment Control Act pursuant to Public Act 83-388, codified in sections 22a-325 through 22a-329 of the Connecticut General Statutes.

"*High quality waters*" means those waters defined as high quality waters in the Connecticut Water Quality Standards pursuant to Section 22a-426-1(36) of the Regulations of Connecticut State Agencies.

"*High tide line*" shall be the same as that contained in section 22a-359(c) of the Connecticut General Statutes.

"*Impaired waters*" means those surface waters of the state designated by the Commissioner as impaired pursuant to Section 303(d) of the federal Clean Water Act and as identified in the most recent State of Connecticut Integrated Water Quality Report within categories 4 or 5, including any subdivisions of these categories.

"*Individual permit*" means a permit issued to a named permittee under section 22a-430 of the Connecticut General Statutes.

"*Industrial activity*" means any activity listed below with primary Standard Industrial Classification (SIC) codes as identified by "Standard Industrial Classification Manual, Executive Office of the President, Office of Management and Budget 1987" (Appendix A) or a primary activity described in narrative form below:

(1) An activity subject to stormwater effluent limitation guidelines, new source performance standards, or toxic pollutant effluent standards under 40 CFR Subchapter N as included in this general permit;

(2) An activity classified as Standard Industrial Classification 24 (except 2434), 26 (except 265 and 267), 28 (except 283 and 285), 29, 311, 32 (except 323), 33, 3441 and 373;

(3) An activity classified as Standard Industrial Classification 10 through 14 (mining industry) including active or inactive mining operations that are not stabilized; or oil and gas exploration, production, processing, or treatment operations; or transmission facilities that discharge stormwater that has come into contact with any overburden, raw material, intermediate products, finished products, by-products or waste products;

(4) Hazardous waste treatment, storage, or disposal facilities, including those facilities operating under interim status or a permit pursuant to section 22a-449(c) or 22a-454 of the Connecticut General Statutes; or hazardous waste transportation activities conducted pursuant to these statutes;

(5) Recycling centers, resource recovery facilities and all such facilities and centers as defined in section 22a-207 of the Connecticut General Statutes, including facilities classified as Standard Industrial Classification 4953; solid waste facilities (where waste and/or leachate are exposed or potentially exposed to rainfall); intermediate processing facilities; or facilities that are subject to regulation under Subtitle D of the Resource Conservation and Recovery Act, 42 U.S.C. sections 6901, et seq;

(6) Facilities involved in the recycling (including assembling, breaking up, sorting and wholesale or retail distribution) of materials including metal scrap yards, battery reclaimers, salvage yards, and automobile junk yards, or those facilities classified as Standard Industrial Classification 5015 and 5093; Bureau of Materials Management & Compliance Assurance DEEP-WPED-GP-014 7 of 70 10/1/21

(7) Steam electric power generating facilities classified as Standard Industrial Classification 4911, including coal-handling sites for these facilities;

(8) Transportation facilities classified as Standard Industrial Classifications 40, 41, 42 (except 4221-25), 44, 45 or retail truck stops (within SIC 5541) that have maintenance or fueling operations. Also included in this definition are vehicle service and storage facilities (including, but not limited to, public works garages) operated by federal, state or municipal government which have vehicle maintenance or repair shops, equipment cleaning, fueling or maintenance operations, road salt storage, or airport deicing operations. Also included in this definition are yacht clubs (within SIC 7997) or boat dealers (SIC 5551) that have onsite engine service or repair, vehicle or equipment cleaning, painting operations, hull maintenance and repair (including, but not limited to, sanding, chemical stripping and painting) or fueling operations;

(9) Treatment works with a design capacity of greater than one million gallons per day (1 MGD) treating domestic sewage (or any other sewage sludge or wastewater treatment device or system) used in the storage, treatment, recycling, and reclamation of municipal or domestic sewage, including land dedicated to the disposal of sewage sludge that is located within the confines of the facility. This definition does not include farmlands; domestic gardens or lands used for sludge management where sludge is beneficially reused and which are not physically located in the confines of the facility; or areas that are in compliance with 40 CFR 503;

(10) An activity classified as Standard Industrial Classifications 20, 21, 22, 23, 2434, 25, 265, 267, 27, 283, 285, 30, 31 (except 311), 323, 34 (except 3441), 35, 36, 37 (except 373), 38, 39, 4221 - 25, (provided the activity is not otherwise included within categories (2) through (9), (11) or (12)), and has material handling equipment or activities, raw materials, intermediate products, final products, waste materials, by-products or industrial machinery exposed to stormwater;

(11) Facilities classified as Standard Industrial Classification 5171 (Petroleum Bulk Stations and Terminals);

(12) Road salt and deicing material storage facilities, including facilities storing pure salt or other deicing materials or deicing materials mixed with other materials;

(13) Wood processing facilities not otherwise described under this subsection, including but not limited to, mulching, chipping, and mulch coloring for retail or wholesale;

(14) Small-scale composting facilities (as defined in this section) where composting is the primary activity, business, or purpose of the facility.

"*Infeasible*" means not technologically possible or not economically practicable and achievable in light of best industry practices.

"*Inland wetland*" means wetlands as that term is defined in section 22a-38 of the Connecticut General Statutes.

"*Intermediate processing facility*" means a facility where glass, metals, paper products, batteries, household hazardous waste, fertilizers and other items are removed from the waste stream for recycling or reuse.

"*LC50*" means the concentration of a substance, mixture of substances, or discharge which causes mortality to fifty percent of the test organisms in an acute toxicity test.

"*Low Impact Development*" or "*LID*" means a site design strategy that maintains, mimics, or replicates pre-development hydrology through the use of numerous site design principles and small-scale treatment practices distributed throughout a site to manage runoff volume and water quality at the source.

"*Monthly*" means calendar month.

"*Monthly average maximum*" means the highest allowable average of daily discharges over a calendar month.

"*Minimize*," for purposes of implementing Stormwater Control Measures (SCMs) of this general permit, means reduce and/or eliminate to the extent achievable using control measures (including

BMPs) that are technologically available and economically practicable and achievable in light of best industry practice.

"*Municipal Separate Storm Sewer System*" or "*MS4*" means conveyances for stormwater (including roads with drainage systems, streets, catch basins, curbs, gutters, ditches, man-made channels, or storm drains) owned or operated by any municipality or by any state or federal institution and discharging to surface waters of the state.

"*Municipality*" means a city, town, or borough of the state as defined in section 22a-423 of the Connecticut General Statutes.

"*New discharger*" means a facility from which there is or may be a discharge, that did not commence the discharge of pollutants at a particular site prior to August 13, 1979, which is not a new source, and which has never received a finally effective NPDES permit for discharges at that site. See 40 CFR 122.2.

"*New or increased discharge*" means new discharge or activity as defined in section 22a-426-8(b)(3) and increased discharge or activity as defined in section 22a-426-8(b)(2), as referenced to the Regulations of Connecticut State Agencies.

"*NOI*" means Notice of Intent and is used synonymously with the term "*Registration*".

"*NODI*" means No Data Indicator and is a prescribed code used by the permittee to indicate the reason data for an expected DMR value is not submitted by the permittee.

"*NPDES*" means National Pollutant Discharge Elimination System.

"*Outfall*" see "*Discharge Point*."

"*Permittee*" means any person who or municipality which initiates, creates, originates, or maintains a discharge authorized by this general permit.

"*Person*" means person as defined by section 22a-2(c) of the Connecticut General Statutes.

"*Point source*" means any discernible, confined, and discrete conveyance including but not limited to, any pipe, ditch, channel, tunnel, conduit, discrete fissure, container, rolling stock, concentrated animal feeding operation, landfill leachate collection system, vessel, or other floating craft from which pollutants are or may be discharged. Point source does not include agricultural stormwater discharges and return flows from irrigated agriculture.

"*Pollution prevention team" or "team"* means the people who are responsible for overseeing development of the Stormwater Pollution Prevention Plan (SWPPP), any modifications to it, and for implementing and maintaining stormwater control measures and taking corrective actions when required. Each member of the pollution prevention team must have ready access to either an electronic or paper copy of applicable portions of this permit, the most updated copy of the SWPPP, and other relevant documents or information that must be kept with the SWPPP.

"*POTW*" means a publicly owned treatment works.

"*Professional Engineer*" or "*PE*" means a person with a currently effective license issued in accordance with Chapter 391 of the Connecticut General Statutes.

"*Qualified Person(s)*" or "*Qualified Personnel*" are those who are knowledgeable in the principles and practices of industrial stormwater controls and pollution prevention, and who possess the training and ability to assess conditions at the industrial facility that could impact stormwater quality, and the training and ability to assess the effectiveness of stormwater controls selected and installed to meet the requirements of the permit.

"*Qualified Professional in Industrial Stormwater Management*" or "*Qualified Professional*" means a Professional Engineer (PE) or Certified Hazardous Materials Manager (CHMM) who: (1) has, for a minimum of eight (8) years, engaged in the planning and designing of stormwater management systems and programs for industrial facilities including, but not limited to, a minimum of four (4) years in responsible charge of the planning and designing of stormwater management systems and

programs for such facilities; or, (2) for permittees that are municipalities or state or federal government agencies, currently provides engineering services for the Permittee by employ (e.g. Town Engineer) or by contract.

"*Qualifying storm event*" means a storm event that results in an actual discharge that follows the preceding qualifying storm event by at least 72 hours (three days).

"*Quarterly*" means a calendar quarter.  When used as a sampling or monitoring frequency in this permit, it means that sampling or monitoring will be performed from January 1st to March 30th, April 1st to June 30th, July 1st to September 30th, and October 1st to December 31st.

"*Recycling Facility*" or "*Recycling Center*" means land and appurtenances thereon and structures where recycling is conducted, including but not limited to, an intermediate processing facility as defined above.

"*Registrant*" or "*Applicant*" means a person who, or municipality which, files a registration pursuant to Section 4 of this general permit.

"*Registration*" means a form filed with the Commissioner pursuant to Section 4 of this general.

"*Regulated Small Municipal Separate Storm Sewer System*" or "*Small MS4*" means any municipally owned or -operated municipal separate storm sewer system authorized by the General Permit for the Discharge of Stormwater from Small Municipal Separate Storm Sewer Systems (MS4 general permit) and as may be designated by the Commissioner.

"*Retain*" means to hold runoff on-site to promote vegetative uptake and groundwater recharge through the use of runoff reduction or LID practices or other measures. In addition, it means there shall be no subsequent point source release to surface waters from a storm event defined in this general permit or as approved by the Commissioner.

"*Sediment*" means solid material, either mineral or organic, that is in suspension in water, is transported, or has been moved from its site of origin by erosion.

"*Semi-annually*" when used as a sampling or monitoring frequency in this permit, it means that sampling or monitoring will be done from January 1 to June 30 and July 1 to December 31.

"*Site*" means geographically contiguous land on which an authorized activity takes place or on which an activity for which authorization is sought under this general permit is proposed to take place. Non-contiguous land owned by the same person and connected by a right-of-way, which such person controls, and to which the public does not have access, shall be deemed the same site.

"*Small-scale Composting Facility*" means a facility conducting composting, excluding farms composting agricultural wastes integral to the farming operation that processes less than 5,000 cubic yards per year of one or more of the following source-separated organic materials, including but not limited to:

(1) horse manure and bedding.
(2) food scraps from cafeterias and other food preparation establishments.
(3) grocery store organics.
(4) food processing residuals.
(5) spoiled produce.
(6) soiled paper.
(7) waxed corrugated cardboard.
(8) compostable packaging.
(9) including carbon-based bulking agents such as sawdust, woodchips, and leaves.

"*Source-separated Organic Material*" or "*SSOM*" means organic material that is intended to be recycled or composted and has been separated from other solid waste at the point of generation.

"*Stormwater*" means waters consisting of rainfall runoff, including snow or ice melt during a rain event.

"*Stormwater discharge associated with industrial activity*" means the discharge from any conveyance that is used for collecting and conveying stormwater and that is directly related to manufacturing, processing or raw materials storage areas at an industrial plant. The term does not include discharges from facilities or activities excluded from the NPDES program under 40 CFR Part 122. For the categories of industries identified in this section, the term includes, but is not limited to, stormwater discharges from industrial plant yards; immediate access roads and rail lines used or traveled by carriers of raw materials, manufactured products, waste material, or by-products used or created by the facility; material handling sites; refuse sites; sites used for the application or disposal of process waste waters (as defined at 40 CFR Part 401); sites used for the storage and maintenance of material handling equipment; sites used for residual treatment, storage, or disposal; shipping and receiving areas; manufacturing buildings; storage areas (including tank farms) for raw materials, and intermediate and final products; and areas where industrial activity has taken place in the past and significant materials remain and are exposed to stormwater. For the purposes of this paragraph, material handling activities include storage, loading and unloading, transportation, or conveyance of any raw material, intermediate product, final product, by-product or waste product. The term excludes areas located on plant lands separate from the plant's industrial activities, such as office buildings and accompanying parking lots as long as the drainage from the excluded areas is not mixed with stormwater drained from the above-described areas. Industrial facilities include those that are federally, state, or municipally owned or operated that meet the description of the facilities listed in 40 CFR 122.26(b)(14). The term also includes those facilities designated under the provisions of 40 CFR 122.26(a)(1)(v). See 40 CFR 122.26(b)(14).

"*Stormwater Drainage System*" means any system that collects and conveys stormwater in a manner resulting in a point source.

"*Stormwater Quality Manual*" means the Connecticut Stormwater Quality Manual published by the DEEP, as amended and maintained at http://www.ct.gov/deep/stormwaterqualitymanual.

"*Substantially Identical Discharge Points*" or "*SIDP*" means two or more discharge points that are substantially identical based on the similarities of the general industrial activities and control measures, exposed materials that may significantly contribute pollutants to stormwater, and runoff coefficients of their drainage areas. The permittee may monitor the discharge of just one of the SIDPs for benchmark monitoring, additional monitoring, aquatic toxicity testing, and impaired waters monitoring. The allowance for monitoring only one of the SIDP is NOT applicable to any discharge points subject to numeric effluent limitations guidelines.

"*Surface water*" means those waters as defined in Section 22a-426-1 of the Regulations of Connecticut State Agencies.

"*SWPPP*" means the Stormwater Pollution Prevention Plan.

"*Tidal wetland*" means a wetland as that term is defined in section 22a-29 of the Connecticut General Statutes.

"*Total Maximum Daily Load*" or "*TMDL*" means a water quality implementation plan established pursuant to Section 303 of the federal Clean Water Act.

"*Uncontaminated discharge*" means a discharge that does not cause or contribute to an exceedance of applicable water quality standards.

"*Vehicle*" means a motorized device for transporting persons or things and including without limitation, every type of aircraft, automobile, bus, golf cart, motorcycle, train, and truck.

"*Wasteload allocation*" or "*WLA*" is the portion of a receiving water's loading capacity that is allocated to one of its existing or future point sources of pollution, as more fully defined at 40 CFR 130.2(h). In the absence of a TMDL approved by EPA pursuant to 40 CFR 130.7 or an assessment and remediation plan developed and approved in accordance with procedure 3.A of Appendix F of

40 CFR 132, a WLA is the allocation for an individual point source, that ensures that the level of water quality to be achieved by the point source is derived from and complies with all applicable water quality standards.

"*Watercourse*" means watercourse as defined in section 22a-38 of the General Statutes.

"*Wetland*" means both tidal wetland as that term is defined in section 22a-29of the General Statutes and inland wetlands as that term is defined in section 22a-38 of the General Statutes.

"*Water Quality Standards or Classifications*" means those water quality standards or classifications contained in Sections 22a-426 -1 through 22a-426-9, inclusive, of the Regulations of Connecticut State Agencies and the Classification Maps adopted pursuant to Section 22a-426 of the Connecticut General Statutes, which together constitute the Connecticut Water Quality Standards, as may be amended.

"*Water Quality Volume*" or "*WQV*" means the volume of runoff generated on a site as defined in the Stormwater Quality Manual.

**Section 3:**      **Authorization Under This General Permit**

**Section 3(a)**    *Eligible Activities*

This general permit authorizes the discharge of stormwater from or associated with industrial activities as defined in Section 2 of this general permit, provided the requirements of subsection 3(b) of this section are satisfied and the activity is conducted in accordance with the conditions listed in Section 7 of this general permit.

**Section 3(b)**    *Requirements of Authorization*

This general permit authorizes the activity(s) listed in the "Eligible Activities" Section 3(a) of this general permit provided:

*3(b)(1)*    *Discharge Conditions*

The stormwater is discharged from a point source which is directly related to manufacturing, processing, or material storage areas at an industrial activity, including but not limited to:

- stormwater discharged from ground surfaces immediately adjacent to manufacturing areas,
- processing or material storage areas,
- immediate access roads and rail lines used or traveled by carriers of raw materials, manufactured products, waste materials, or by-products used or created by the facility,
- material handling sites,
- refuse sites, or
- sites used for the application or disposal of process waste waters as defined at 40 CFR 401.

*3(b)(2)*    *Coastal Management and Permitting*

Such activity must be consistent with all applicable goals and policies in section 22a-92 of the Connecticut General Statutes and must not cause adverse impacts to coastal resources as defined in section 22a-93(15) of the Connecticut General Statutes or, if such activity is located, wholly or in part, waterward of the coastal jurisdiction line in tidal, coastal or navigable waters of the state or in tidal wetlands, the activity is authorized pursuant to sections 22a-359 through 22a-363f, inclusive, or 22a-28 through 22a-35, inclusive.

*3(b)(3)*    *Aquifer Protection Areas*

Such activity, if it is located within an aquifer protection area as mapped under section 22a-354b of the Connecticut General Statutes, must comply with regulations adopted pursuant to section 22a-354i of the Connecticut General Statutes.

*3(b)(4)*    *Endangered and Threatened Species*

Such activity must not threaten the continued existence of any species listed as endangered or threatened pursuant to section 26-306 of the Connecticut General Statutes and must not result in the destruction or adverse modification of habitat designated as essential to such species.

*3(b)(5)*    *Facility Does Not Discharge to a POTW*

The stormwater is *not* discharged to a Publicly Owned Treatment Works (POTW).

*3(b)(6)*    *Facility Does Not Discharge Entirely to Groundwater*

The stormwater is not discharged entirely to groundwater.

*3(b)(7)*    *Discharges Subject to Federal Effluent Guidelines and Standards*

For discharges subject to stormwater Effluent Limitations Guidelines (ELGs) under 40 CFR, Subchapter N, only those discharges identified in Section 7(j) of this general permit are authorized by this general permit.

*3(b)(8)*    *Discharges to Tidal Wetlands*

For a stormwater discharge(s) initiated, created, or originated after October 1st, 1997, discharging within 500 feet of a tidal wetland, which is not a fresh-tidal wetland, the volume of stormwater runoff generated by one inch of rainfall is retained, unless the Commissioner approves an alternate stormwater management system in accordance with the conditions of Section 7(a)(1) of this general permit. For such a stormwater discharge(s) initiated, created, or originated after the date of issuance of this permit, the Water Quality Volume is retained, unless the Commissioner approves an alternate stormwater management system in accordance with the conditions of Section 7(a)(1) of this general permit.

3(b)(9)    *Antidegradation*

Such activity is consistent with the Antidegradation Standards of section 22a-426 of the RCSA.

3(b)(10)    *New or Increased Discharges to High Quality Waters*

On or before thirty (30) days prior to the commencement of a new or increased discharge to High Quality Waters from its industrial activity, the permittee must document compliance with the Connecticut Anti-Degradation Implementation Policy in the Water Quality Standards, as amended. At a minimum, the permittee shall identify in its Stormwater Pollution Prevention Plan (SWPPP), the control measures it will implement to prevent the discharge of the Water Quality Volume to a surface water body.

3(b)(11)    *New or Increased Discharges to Impaired Waters*

(A)    No Net Increase

There shall be no new or increased discharges from the permittee to impaired waters listed in categories 4b or 5 of the most recent Connecticut Integrated Water Quality Report of waters listed pursuant to Clean Water Act section 303(d) and 305(b) unless the permittee demonstrates that there is no net increase in loading by the permittee to the impaired water of the pollutant(s) for which the waterbody is impaired. The permittee may demonstrate no net increase by either:

- preventing all exposure of stormwater to the pollutant(s) identified as an indicator of the impairment, and retaining documentation of procedures taken to prevent exposure onsite with the SWPPP; or

- documenting that the indicator pollutant(s) is not present at the site, and retaining documentation of this finding with the SWPPP; or

- in advance of submitting a registration, providing to the Commissioner data to support a showing that the discharge is not expected to cause or contribute to an exceedance of a water quality standard, and retaining such data onsite with the SWPPP. To do this, the permittee must provide data and other technical information to the Commissioner sufficient to demonstrate:

    (1) For discharges to waters without an established TMDL, that the discharge of the pollutant identified as an indicator of the impairment will meet in-stream water quality criteria at the point of discharge to the waterbody; or

    (2) For discharges to waters with an established TMDL, that there are sufficient remaining Waste Load Allocations in the TMDL to allow the discharge and that existing dischargers to the waterbody are subject to compliance schedules designed to bring the waterbody into attainment with water quality standards.

(B)    Affirmative Determination

An affirmative determination that the discharge will not contribute to the existing impairment may be required from the Commissioner, in which case the permittee must maintain such determination onsite with the SWPPP. In such a case, if the permittee does not receive such affirmative determination pursuant to this subsection, or if an impairment exists for which an indicator or surrogate pollutant has not been designated but for which stormwater discharges are a potential cause, the industrial activity will not be authorized by this general permit.

*3(b)(12)*    *Certification Requirements for Registration*

As part of the registration for this general permit, the registrant and any other individual or individuals principally responsible for preparing the registration submits to the Commissioner a written certification which, at a minimum, complies with the following requirements:

(A)    Document Review

The registrant and any other individual or individuals responsible for preparing the registration and signing the certification has completely and thoroughly reviewed, at a minimum, this general permit, and the following regarding the activities to be authorized under such general permit:

- all registration information;
- the SWPPP; and
- any plans and specifications and any Department approvals regarding the SWPPP.

(B)    Affirmative Determination

The registrant and any other individual or individuals responsible for preparing the registration and signing the certification pursuant to this general permit has, based on the review described in section 3(b)(12)(A) of this general permit, made an affirmative determination to:

- comply with the terms and conditions of this general permit.
- maintain compliance with all plans and documents prepared pursuant to this general permit including, but not limited to, the SWPPP.
- properly implement and maintain the elements of the SWPPP.
- properly operate and maintain all stormwater management measures and systems in compliance with the terms and conditions of this general permit to protect the waters of the state from pollution.

(C)    Certification Statement

Such registrant and any other individual or individuals responsible for preparing the registration certifies to the following statement (available in Appendix B):

"I hereby certify that I am making this certification in connection with a registration under the General Permit for the Discharge of Stormwater Associated with Industrial Activity, submitted to the Commissioner by [INSERT NAME OF REGISTRANT] for an activity located at [ADDRESS OF THE REGISTERED ACTIVITY] and that all terms and conditions of the general permit are being met for all discharges which have been created, initiated or maintained and such activity is eligible for authorization under such permit. I further certify that a system is in place to ensure that all terms and conditions of this general permit will continue to be met for all discharges authorized by this general permit at the site. I certify that I have personally examined and am familiar with the information that provides the basis for this certification, including but not limited to all information described in Section 3(b)(12)(A) of such general permit, and I certify, based on reasonable investigation, including my inquiry of those individuals responsible for obtaining such information, that the information upon which this certification is based is true, accurate and complete to the best of my knowledge and belief. I certify that I have made an affirmative determination in accordance with Section 3(b)(12)(B) of this general permit. I understand that the registration filed in connection with such general permit is submitted in accordance with and shall comply with the requirements of Section 22a-430b of Connecticut General Statutes. I also understand that knowingly making any false statement made in the submitted information and in this certification may be punishable as a criminal offense, including the possibility of fine and imprisonment, under section 53a-157b of the Connecticut General Statutes and any other applicable law."

**Section 3(c)**  **Registration**

Pursuant to the registration requirements in Section 4 of this general permit, a completed registration with respect to the industrial activity shall be filed with the Commissioner unless exempted by the "No-Exposure Certification" in Section 3(d) of this general permit.

**Section 3(d)**  **No Exposure Certification**

An industrial activity classified as SIC 20, 21, 22, 23, 2434, 25, 265, 267, 27, 283, 285, 30, 31 (except 311), 323, 34 (except 3441), 35, 36, 37 (except 373), 38, 39, 4221 -25, (provided the activity is not otherwise included within categories (2) through (9), (11) or (12)), may be exempted from the requirements of registration (Section 4), implementation of control measures (Section 7(b)), preparation of a Stormwater Pollution Prevention Plan (Section 7(c)), inspections (Section 7(d)), monitoring (Section 7(e)), and record keeping (Section 7(g)) only if the facility certifies that there are no materials exposed to stormwater. Such certification shall be filed on forms prescribed and provided by the Commissioner and submitted with a $312.50 processing fee. If, at any time, the industrial activity is modified such that materials are exposed to stormwater, the facility must submit a registration and comply with all pertinent sections of this general permit.

**Section 3(e)**  **Geographic Area**

This general permit applies throughout the State of Connecticut.

**Section 3(f)**  **Effective Date and Expiration of this General Permit**

This general permit is effective on the date it is issued by the Commissioner and expires five (5) years after the issuance date. The general permit may be administratively continued in effect until the Department has reissued the permit.

**Section 3(g)**  **Effective Date of Authorization**

A discharge from an industrial activity is authorized by this general permit on the effective date of this general permit or on the date the authorized discharge from the industrial activity is initiated, whichever is later. A registration for the authorized activity must be submitted in accordance with the procedures and dates specified in Section 4 of this general permit. If a complete registration is not submitted by the prescribed date in Section 4, authorization is revoked, and the Commissioner may require submission of an individual permit for the industrial activity.

**Section 3(h)**  **Interim Coverage**

Facilities with existing permit coverage authorized under the NPDES General Permit for the Discharge of Stormwater Associated with Industrial Activities, issued October 1, 2021, are eligible for continued permit coverage on an interim basis for up to 120 calendar days after the issuance date of this general permit, provided that a complete registration for this permit has been submitted to the Commissioner. Authorization to discharge under this general permit shall be terminated 121 calendar days after the issuance date of this general permit if the permittee fails to submit a renewal registration in accordance with the requirements of this permit. The Commissioner will review and approve or reject registrations in writing

**Section 3(i)**  **Revocation of an Individual Permit**

If a discharge resulting from an industrial activity is eligible for authorization under this general permit and such activity is presently authorized by an individual permit, the existing individual permit may be revoked by the Commissioner upon a written request by the permittee. If the Commissioner revokes such individual permit in writing, such revocation shall take effect on the effective date of authorization of such activity under this general permit.

**Section 3(j)**  **Issuance of an Individual Permit**

If the Commissioner issues an individual permit under section 22a-430 of the Connecticut General Statutes permitting an activity authorized by this general permit, authorization of that activity under this general permit shall cease upon the issuance date of the individual permit.

**Section 4:**        **Registration Requirements**

*Section 4(a)*        ***Registration Procedures***

*4(a)(1)*        *Who Must File a Registration*

Any person or municipality that initiates, creates, originates, or maintains a discharge authorized by this general permit, and has not filed a No-Exposure Certification form, shall file an electronic registration which meets the registration requirements of this section of the general permit. Such electronic registration shall be submitted along with the applicable fee, pursuant to Section 4(c)(1), and a copy of the facility's updated SWPPP shall be made available. The terms registration, application, and Notice of Intent ("NOI") are used interchangeably throughout this general permit.

(A)    Facilities with a Previous Registration

Any industrial activity authorized for discharge by the previous general permit (issued on October 1st, 2021) must submit a registration under this general permit by January 31st, 2025, or 120 days after the issuance of this general permit, whichever is later.

(B)    Facilities with a New Owner

Any discharge from a facility authorized under this general permit whose ownership is transferred to a new owner, on or before 30 days following the date of transfer must submit a new registration. This general permit is non-transferrable.

(C)    New Dischargers

Any other discharge, on or before 90 (ninety) days prior to the date the industrial activity is initiated for that facility, must submit a registration for this general permit.

If the facility or activity for which a registration is submitted under this permit is owned by one person or municipality but is leased or, in some other way, the legal responsibility of another person or municipality (the operator), the operator is responsible for submitting the registration required by this general permit. The registrant is responsible for compliance with all conditions of this general permit.

*Section 4(b)*        ***Scope of Registration***

A registrant shall register, on one registration (Notice of Intent) form, only those discharges that are generated by such registrant at a single site. A registrant may not submit more than one registration per site under this general permit.

*Section 4(c)*        ***Contents of Registration***

*4(c)(1)*        *Registration Fees*

The registration fee shall be submitted with a registration form. A registration shall not be deemed complete unless the registration fee has been paid in full. The fees applicable are described in the subsections below.

(A)    $625 Registration Fee

A $625 registration fee shall be submitted for the following registrants:

- Companies that employ fewer than fifty (50) employees statewide (excluding seasonal employees employed no more than 120 days in a year) or have gross annual sales of less than five (5) million dollars; and
- Federal, State, and Municipal-operated industrial activities.
- Municipal-operated industrial activities pay half the stated fee in accordance with CGS 22a-6, municipalities.

(B)    $1,250 registration Fee

A $1250 registration fee shall be submitted for the following registrants:

- Companies that employ more than fifty (50) employees statewide (excluding seasonal employees employed no more than 120 days in a year) and have gross annual sales of greater than five (5) million dollars;

(C)  Payment Form

The registration fee shall be paid through the CT DEEP's ezFile portal located at:

https://filings.deep.ct.gov/DEEPPortal/

(D)  Disclaimer

The registration fee is non-refundable.

*4(c)(2)*  *Registrant Information*

A registration shall be filed in a manner prescribed by the Commissioner and shall include, but not be limited to, the following:

- Legal name, e-mail address, mailing address, and telephone number of the registrant. If the registrant is an entity transacting business in Connecticut, provide the exact name as registered with the Connecticut Secretary of the State.
- Legal name, e-mail address, mailing address, and telephone number of the site contact of the property on which the industrial activity takes place or is to take place.
- Legal name, e-mail address, mailing address, and telephone number of any consultant(s) or engineer(s) retained by the registrant to prepare the registration or to design or construct the subject activity.
- Location (physical) address of the site for which the registration is submitted.
- Primary four-digit Standard Industrial Classification (SIC) codes for the industrial activity at the site.
- Primary two to six (2-6) digit North American Industry Classification System (NAICS) codes for the industrial activity at the site.
- A brief description of the stormwater discharge(s) including:

  (1) Number and type of conveyances (e.g., pipe, swale, detention basin outlet), outfalls, or channelized flows that run off the site.

  (2) Size of the property and amount of impervious surface in square feet or acres, including parking areas, driveways, roads, walkways, other paved areas, and roofs.

  (3) The name, if applicable, of the separate storm sewer system to which the stormwater conveyance, outfall and/or runoff discharges, and whether the site discharges within 500 feet of a tidal wetland.

  (4) Name of receiving surface water(s), watershed(s) or waterbody(s) (including waterbody ID number which can be identified at https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-Classification-Maps) to which the permittee discharges and indication of whether or not a receiving stream is listed as an impaired water, with or without a TMDL, and including identification of the impairment in the most recent State of Connecticut Integrated Water Quality Report or identification of the receiving stream as a high quality water by the Commissioner as defined in the Connecticut Water Quality Standards.

*4(c)(3)*  *The Stormwater Pollution Prevention Plan (SWPPP)*

All permittees must submit an electronic copy of their Stormwater Pollution Prevention Plan (SWPPP) in PDF format to the Commissioner. The SWPPP must be consistent with the following provisions of state statutes and regulations, as appropriate:

(1) For sites within the Coastal Boundary, the permittee must address all applicable goals and policies in Section 22a-92 of the Connecticut General Statutes and must not cause adverse

impacts to coastal resources as defined in Section 22a-93(15) of the Connecticut General Statutes.

(2) The permittee's SWPPP will not threaten the continued existence of any species listed pursuant to section 26-306 of the Connecticut General Statutes as endangered or threatened and will not result in the destruction or adverse modification of habitat designated as essential to such species.

(3) The implementation of the permittee's SWPPP for any part of the site located within an aquifer protection area as mapped under section 22a-354b of the Connecticut General Statutes will comply with regulations adopted pursuant to section 22a-354i of the Connecticut General Statutes. For any activity regulated pursuant to sections 8(c) and 9(b) of the Aquifer Protection Regulations (section 22a-354i(1)-(10) of the Regulations of Connecticut State Agencies), the SWPPP must assure that stormwater run-off generated by the permittee is managed in a manner so as to prevent pollution of groundwater.

(4) The permittee's SWPPP has been evaluated for potential impact(s) to historic properties.

(5) The SWPPP appropriately addresses new or increased discharges to high quality waters, as specified in Section 3(b)(10).

(6) The SWPPP appropriately addresses new or increased discharges to impaired waters, as specified in Section 3(b)(11).

(7) If the registrant claims that certain elements of their SWPPP constitute a trade secret or are otherwise exempt from the disclosure requirements of the state Freedom of Information Act (section 1-210 et seq of the Connecticut General Statutes, also called FOIA) as specified in that Act, they shall follow the procedures provided in the electronic registration instructions for this general permit regarding information subject to FOIA requirements. The process of complying with the FOIA requirements does not exempt the registrant from the registration requirements in Sections 4 and the SWPPP preparation and submittal deadlines in Section 7(c)(3) of this general permit.

(8) The SWPPP must include the certification of the registrant and of the individual or individuals responsible for preparing the registration, in accordance with Section 3(b)(12) (see Appendix B).

(9) The SWPPP must include the certification, pursuant to the requirements and conditions of Section 7(c)(2)(G)(i) by a qualified professional in industrial stormwater management as defined in Section 2 licensed in the State of Connecticut (see Appendix D).

(10)    The SWPPP must include any other certifications required in Section 7(c)(2)(G).

*Section 4(d)*     ***Registration Procedure***

*4(d)(1)*     *Electronic Registration Requirement*

Registrants must submit their registrations electronically (unless the Commissioner grants the permittee a waiver per Section 4(d)(2) below).

*4(d)(2)*     *Waivers for Electronic Registration*

Waivers are only granted for a one-time use for a single information submittal, e.g., an initial waiver for a registration does not apply for the entire term of the permit for other forms. If the permittee needs to submit information on paper after their first waiver, they must apply for a new waiver. The Commissioner may extend a wavier on a case-by-case basis. If the permittee wishes to obtain a waiver from submitting a report electronically, they must submit a request to the Commissioner. The request must comply with the requirements in 40 CFR § 127.24. In that request, the permittee must provide evidence supporting any claims of an inability to submit electronically and a copy of their completed paper form. A waiver may only be considered granted once the permittee receives written confirmation from the Commissioner.

*4(d)(3)*     *2-Step Registration Procedure*

Registration for this general permit must be completed electronically in two steps.

- Registration Step 1: The first part of the registration must be completed using CT DEEP's ezFile portal (https://filings.deep.ct.gov/DEEPPortal/) or other portal identified by the Commissioner. In this step, the permittees will create an ezFile account (if they do not already have one), sign an electronic subscriber agreement (if they do not already have one on file), and provide basic information about the site operator, the site, and upload select documents relevant to their registration (e.g., the SWPPP, NDDB, etc.) for this general permit. The permittee will also pay the registration fee in this step (see Section 4(c)(1) for fee schedule).

- Registration Step 2:  The second part of the registration must be completed using National Pollutant Discharge Elimination System eReporting Tool for the Multi-Sector General Permit (NeT-MSGP) hosted on the United States Environmental Protection Agency (US EPA) Central Data Exchange (CDX) website (https://cdx.epa.gov/). In this step, the permittees will create a CDX account (if they do not already have one), sign an electronic subscriber agreement, and then provide, in greater detail, the operator information, site information, discharge information, and upload select documents relevant to their registration for this general permit.

**Section 4(e)**     ***All information as requested by the Commissioner.***

The Commissioner shall post on Connecticut DEEP's ezFile portal or website (https://filings.deep.ct.gov/DEEPPortal/) a list of completed registration and no-exposure certification forms submitted. Comments should be submitted to DEEP.StormwaterStaff@ct.gov.

*4(e)(1)*     *Registration or No-exposure Certification Availability*

On or before thirty (30) days from the date of posting by the Commissioner, members of the public may review a registrant's registration form or the no-exposure certification form and submit written comments to the Commissioner.

*4(e)(2)*     *SWPPP Availability*

The permittee's SWPPP shall be posted in accordance with Section 4(d)(2). Members of the public may access the SWPPP by an electronic copy available through the DEEP website. On or before thirty (30) days from the date the registration and SWPPP are posted by the Commissioner, such party may submit written comments on the Registration and/or SWPPP to the Commissioner. Comments should be submitted to DEEP.StormwaterStaff@ct.gov.

Note: CT DEEP is in the process of developing a new online application portal that will replace the existing ezFile portal.  This section of the permit may be updated to reflect the new portal at the time of permit issuance.

**Section 4(f)**     ***Where to File a Registration***

A registration shall be filed with the Commissioner electronically in a two-step process utilizing the state supported registration tool ezFile (https://filings.deep.ct.gov/DEEPPortal/) or other portal prescribed by the Commissioner and the US EPA supported NeT-MSGP (https://cdx.epa.gov/).

**Section 4(g)**     ***Additional Information***

The Commissioner may require a registrant to submit additional information, which the Commissioner deems necessary to evaluate the consistency of the subject activity with the requirements for authorization under this general permit.

**Section 4(h)**     ***Additional Notification***

For activities authorized under this permit that are discharged through a municipal separate storm sewer system, a copy of the registration shall also be submitted to the owner and operator of that system.

**Section 4(i)**     ***Action by Commissioner***

The following are actions which may be taken by the Commissioner:

- The Commissioner may reject without prejudice a registration if he or she determines that it does not satisfy the registration requirements in Section 4 of this general permit. Any registration refiled after such a rejection shall be accompanied by the fee specified in the "Fees" section in Section 4(c)(1) of this general permit.

- The Commissioner may require that a permittee obtain an individual permit for any discharge authorized by this permit in accordance with Section 22a-430b(c) of the Connecticut General Statutes. See also Section 6(c).

- The Commissioner may deny or reject a registration if he or she finds that the subject activity is inconsistent with the "Requirements for Authorization" in Section 3(b) of this general permit, or for any other reason provided by law.

Denial or rejection of a registration under this subsection shall constitute notice to the registrant that the subject activity may not lawfully be conducted or maintained without the issuance of an individual permit. Rejection or denial of a registration shall be provided to the registrant in writing and state the reasons for such rejection or disapproval.

**Section 5:**      **General Conditions**

**Section 5(a)**      ***Reliance on Registration***

When evaluating a registration, the Commissioner relies on information provided by the registrant. If such information proves to be false or incomplete, the authorization issued under this general permit may be suspended or revoked in accordance with law, and the Commissioner may take any other legal action provided by law.

**Section 5(b)**      ***Duty to Correct and Report Violations***

Upon learning of a violation of a condition of this general permit, a permittee shall immediately take all reasonable action to determine the cause of such violation, correct such violation, and mitigate its results, prevent further such violation, and report in writing such violation and such corrective action to the Commissioner within five (5) days of the permittee's learning of such violation. Notification to the Commissioner of noncompliance shall be submitted via WPED's Online Noncompliance Reporting web-based platform (refer to Section 7(g)). Such report shall be certified in accordance with Section 5(d) of this general permit.

**Section 5(c)**      ***Duty to Provide Information***

If the Commissioner requests any information pertinent to the authorized activity or to determine compliance with this general permit, the permittee shall provide such information in writing within thirty (30) days of such request. Such information shall be certified in accordance with Section 5(d) of this general permit.

**Section 5(d)**      ***Certification of Documents***

Any document, including but not limited to any notice, which is submitted to the Commissioner under this general permit shall be signed by, as applicable, the registrant or the permittee in accordance with section 22a-430-3(b)(2) of the Regulations of Connecticut State Agencies, and by the individual or individuals responsible for actually preparing such document, each of whom shall certify in writing as follows: "I have personally examined and am familiar with the information submitted in this document and all attachments thereto, and I certify that, based on reasonable investigation, including my inquiry of those individuals responsible for obtaining the information, the submitted information is true, accurate and complete to the best of my knowledge and belief. I understand that a false statement made in the submitted information may be punishable as a criminal offense, in accordance with section 22a-6 of the General Statutes, pursuant to section 53a-157b of the General Statutes, and in accordance with any other applicable statute."

**Section 5(e)**      ***Date of Filing***

For purposes of this general permit, the date of filing with the Commissioner of any document is the date such document is received by the Commissioner. The word "day" as used in this general permit means the calendar day; if any date specified in the general permit falls on a Saturday, Sunday, or legal holiday, such deadline shall be the next business day thereafter.

**Section 5(f)**      ***False Statements***

Any false statement in any information submitted pursuant to this general permit may be punishable as a criminal offense, in accordance with section 22a-6 of the General Statutes, pursuant to section 53a-157b of the General Statutes, and in accordance with any other applicable statute.

**Section 5(g)**      ***Correction of Inaccuracies***

Within fifteen (15) days after the date a permittee becomes aware of a change in any of the information submitted pursuant to this general permit, becomes aware that any such information is inaccurate or misleading, or that any relevant information has been omitted, such permittee shall correct the inaccurate or misleading information or supply the omitted information in writing to the Commissioner. Such information shall be certified in accordance with Section 5(d) of this general permit. The provisions of this subsection shall apply both while a request for registration is pending and after the Commissioner has approved such request.

***Section 5(h)***     ***Transfer of Authorization***

An authorization under this general permit is not transferable.

***Section 5(i)***     ***Other Applicable Law***

Nothing in this general permit shall relieve the permittee of the obligation to comply with any other applicable federal, state and local law, including but not limited to the obligation to obtain any other authorizations required by such law.

***Section 5(j)***     ***Other Rights***

This general permit is subject to and does not derogate any present or future rights or powers of the State of Connecticut and conveys no rights in real or personal property nor any exclusive privileges and is subject to all public and private rights and to any federal, state, and local laws pertinent to the property or activity affected by such general permit. In conducting any activity authorized hereunder, the permittee may not cause pollution, impairment, or destruction of the air, water, or other natural resources of this state. The issuance of this general permit shall not create any presumption that this general permit should or will be renewed.

**Section 6:**        **Commissioner's Powers**

*Section 6(a)*        *Abatement of Violations*

The Commissioner may take any action provided by law to abate a violation of this general permit, including the commencement of proceedings to collect penalties for such violation. The Commissioner may, by summary proceedings or otherwise and for any reason provided by law, including violation of this general permit, revoke a permittee's authorization hereunder in accordance with sections 22a-3a-2 through 22a-3a-6, inclusive, of the Regulations of Connecticut State Agencies. Nothing herein shall be construed to affect any remedy available to the Commissioner by law.

*Section 6(b)*        *General Permit Revocation, Suspension, or Modification*

The Commissioner may, for any reason provided by law, by summary proceedings or otherwise, revoke or suspend this general permit or modify it to establish any appropriate conditions, schedules of compliance, or other provisions which may be necessary to protect human health or the environment.

*Section 6(c)*        *Filing of an Individual Application*

If the Commissioner notifies a permittee in writing that such permittee must obtain an individual permit to continue lawfully conducting the activity authorized by this general permit, the permittee may continue conducting such activity only if the permittee files an application for an individual permit within sixty (60) days of receiving the Commissioner's notice. While such application is pending before the Commissioner, the permittee shall comply with the terms and conditions of this general permit. Nothing herein shall affect the Commissioner's power to revoke a permittee's authorization under this general permit at any time.

**Section 7:**      **Conditions of This General Permit**

The permittee shall at all times continue to meet the requirements for authorization set forth in Section 3 of this general permit. In addition, a permittee shall assure that authorized activities are conducted in accordance with the following conditions:

***Section 7(a)***      ***Conditions Applicable to Certain Discharges***

*7(a)(1)*      *Proximity to Tidal Wetlands*

Any person who or municipality which initiates, creates, or originates a discharge of stormwater associated with industrial activity after the issuance date of this permit, which discharge is located less than 500 feet from a tidal wetland which is not a fresh-tidal wetland, shall discharge such stormwater through a system designed to retain the volume of stormwater runoff generated by the Water Quality Volume. If there are site constraints that would prevent retention of this volume on-site (e.g., soil contamination, elevated groundwater, potential groundwater drinking supply area, etc.), documentation must be submitted, for the Commissioner's review and written approval, which explains the site limitations and offers an alternative retention volume and/or additional stormwater treatment. For sites unable to comply with this section, the Commissioner, at the Commissioner's sole discretion, may require the submission of an individual permit application in lieu of authorization under this general permit.

*7(a)(2)*      *Structures and Dredging in Coastal and Tidal Areas*

Any person who or municipality which discharges stormwater below the high tide line into coastal, tidal, or navigable waters for which a permit is required under the Structures and Dredging Act in accordance with section 22a-361(a) of the Connecticut General Statutes or into tidal wetlands for which a permit is required under the Tidal Wetlands Act in accordance with section 22a-32 of the Connecticut General Statutes, shall obtain such permit(s) from the Commissioner.

*7(a)(3)*      *Quality of Discharge*

There shall be no distinctly visible material, floating scum, oil, or other matter contained in the stormwater discharge. Excluded from this are naturally occurring substances, such as leaves and twigs, provided no person has placed such substances in or near the discharge.

*7(a)(4)*      *Toxicity to Aquatic and Marine Life/Risk to Human Health*

The discharge shall not result in pollution due to acute or chronic toxicity to aquatic and marine life, impair the biological integrity of aquatic or marine ecosystems, or result in an unacceptable risk to human health.

*7(a)(5)*      *Water Quality Standards*

The discharge shall not cause or contribute to an exceedance of the applicable Water Quality Standards in the receiving water.

*7(a)(6)*      *High Quality Waters*

Any new discharge to high quality waters (as defined in the Water Quality Standards) shall be discharged in accordance with the Connecticut Anti-Degradation Implementation Policy in the Water Quality Standards.

***Section 7(b)***      ***Stormwater Control Measures***

Stormwater control measures ("SCMs") (i.e., control measures ("CMs") help to minimize the discharge of pollutants from the permitted facility and include best management practices ("BMPs") which are schedules of activities, prohibitions of practices, maintenance procedures, and other management practices to prevent or reduce the pollution of the waters of the state. BMPs also include treatment requirements, operating procedures, and practices to control plant site runoff, spillage or leaks, sludge or waste disposal, or drainage from raw material storage. The term "minimize" means reduce and/or eliminate to the extent achievable using control measures that are technologically available, economically practicable, and achievable in light of best industry practice. The permittee must select, design, install, and implement control measures that address the following selection and design considerations:

- Preventing stormwater from coming into contact with polluting materials is generally more effective, and less costly, than trying to remove pollutants from stormwater.

- Using control measures in combination may be more effective than using control measures in isolation for minimizing pollutants in a stormwater discharge.

- Assessing the type and quantity of pollutants, including their potential to impact receiving water quality, is critical to designing effective control measures.

- Minimizing impervious areas at a facility and infiltrating runoff onsite (using approaches such as bioretention systems, green roofs, and pervious pavement) can reduce runoff and improve groundwater recharge and stream base flows in local streams, although care must be taken to avoid groundwater contamination (see Aquifer Protection Areas, Appendix C).

- Attenuating flow using open vegetated swales and natural depressions can reduce in-stream impacts of erosive flows.

- Conserving and/or restoring riparian buffers will help protect streams from stormwater runoff and improve water quality.

- Using treatment interceptors (e.g., swirl separators and sand filters) may be appropriate in some instances to minimize the discharge of pollutants.

The selection, design, installation, and implementation of these control measures must be in accordance with best engineering practices, manufacturer's specifications, and the Connecticut Stormwater Quality Manual, as amended. The permittee may deviate from such manufacturer's specifications where they provide justification for such deviation and include documentation of the rationale in the part of the SWPPP that describes control measures, consistent with Section 7(c)(2)(D). If the permittee finds that the control measures are not achieving their intended effect of minimizing pollutant discharges to meet applicable water quality standards or any of the other standards in this permit, they must modify these control measures per the corrective action requirements in Section 7(f).

*7(b)(1)*      *Good Housekeeping*

The permittee must keep clean all exposed areas that are potential sources of pollutants. The permittee must perform good housekeeping measures in order to minimize pollutant discharges from all areas that are exposed to rainfall and are potential sources of pollutants. Good housekeeping must address the following areas:

(A)  Cleanliness

- Sweep or vacuum at regular intervals or, alternatively, wash down the area and collect and/or treat, and properly dispose of the washwater.

- This permit does not authorize the discharge of washwaters containing any additive or chemical (e.g., detergent, flocculant, or algicide) to the ground, storm sewer system, or any surface waters of the State.

(B)  Materials Storage and Handling

- Store materials in appropriate containers. Liquid materials require secondary containment and cover as described in Section 7(b)(3).

- Minimize the potential for waste, garbage, and floatable debris to be discharged by keeping exposed areas free of such materials, or by intercepting them before they are discharged.

(C)  Dumpster Maintenance and Control

- This permit does not authorize the discharge any liquid (including stormwater) which collects in dumpsters, "roll-offs," and similar large waste containers to the ground, storm sewer system, or any surface waters of the state.

- Ensure that all dumpsters, trash compactors, and "roll-off" containers used to store waste or recyclable materials are in sound, watertight condition and have covers and drain plugs intact, are in roofed areas or in secondary containment areas that will prevent exposure to rainfall.

- All covers on dumpsters not under a roof must be closed when dumpsters are not being loaded or unloaded.

- Dumpsters, "roll-offs," and similar large waste containers utilized for the dewatering of catch basin grit and aggregate or utilized for soil settling activities must be leak proof, have cover, and be placed on impervious surface.

(D)  Loading docks

- Loading docks (excluding those that allow a vehicle to enter the building) must be protected with a permanent roof or other structure that protects the loading dock from direct rainfall.

- Stormwater collection and drainage facilities adjacent to the loading dock must be designed and maintained in a way that prevents any materials spilled or released at the loading dock from discharging to the storm sewer system.

- Drains located directly beneath the loading dock must be routinely inspected for the accumulation of sludge, sediment, grit, tailings, trash, and any other debris. Drains must be cleaned out when the depth of debris reaches half of depth of the drain.

(E)  Floor Drains

- Eliminate or otherwise seal floor drains which are connected to a storm sewer system or if the connection is unknown.

- If a floor drain connects to the sanitary sewer system, the permittee must provide that the discharge to the sanitary sewer system is in accordance with applicable state and local guidelines.

(F)  Roof Area Pollution

- Identify roof areas that may be subject to drippage, dust or particulates from exhausts or vents or other sources of pollution. The permittee must inspect such areas to determine if any potential sources of stormwater pollution are present. If so, the permittee must minimize such sources or potential sources of pollution.

(G)  Plastic Materials Requirements

- Facilities that handle pre-production plastic must implement control measures to eliminate discharges of plastic in stormwater. Examples of plastic material required to be addressed as stormwater pollutants include plastic resin pellets, powders, flakes, additives, regrind, scrap, waste, and recycling.

*7(b)(2)*    *Minimize Exposure*

Using the "Potential Pollutant Sources" (Section 7(c)(2)(C)) as a guide, the permittee must minimize the exposure of manufacturing, processing, and material storage areas (including loading

and unloading, storage, disposal, cleaning, maintenance, and fueling operations) to rain, run-on stormwater, snow, or snowmelt in order to minimize pollutant discharges. Depending on feasibility, the permittee may implement some combination of the following measures:

- Locate industrial materials and activities inside,
- Protect industrial materials with storm resistant coverings,
- Perform industrial activities under a permanent roof,
- Use grading, berms, or curbing to prevent runoff of contaminated flows and divert run-on away from these areas,
- Locate materials, equipment, and activities so that potential leaks and spills are contained, or able to be contained or diverted before discharge,
- Clean up spills and leaks promptly using dry methods (e.g., absorbents) to prevent the discharge of pollutants,
- Store leaky vehicles and equipment indoors or, if stored outdoors, use drip pans and absorbents,
- Use spill/overflow protection equipment,
- Perform all vehicle and/or equipment cleaning operations indoors, under cover, or in bermed areas that prevent runoff as well as run-on, and that capture any overspray, and/or
- Drain fluids from equipment and vehicles that will be decommissioned, and, for any equipment and vehicles that will remain unused for extended periods of time, inspect at least monthly for leaks.

Where the permittee believes it is not feasible to protect industrial materials or activities from rain, run-on stormwater, snow, or snowmelt, the permittee must document in the SWPPP the area(s) in question, reasons for infeasibility of cover, and alternative measures taken to prevent pollution load to stormwater and mitigation of stormwater discharge to groundwater or surface water.

7(b)(3)    *Liquid and Wastewater Containment*

To prevent unauthorized discharges of liquid chemicals or wastewater from commingling with or polluting a facility's stormwater discharges, or otherwise causing pollution to the waters of the state, the permittee must comply with the following requirements, as applicable:

(A)    Stationary Storage or Storage Areas

For the purposes of this subsection only, "storage area" means an exterior area, which is or has the potential to be exposed to stormwater, that contains one or more tanks or containers utilized for the storage of liquid chemicals or for the collection, storage, or treatment of wastewater. Any stationary above-ground tank, container, or storage area used for the storage of liquid chemicals (as identified in Potential Pollutant Sources (Section 7(c)(2)(C)) or for the collection, storage, or treatment of wastewater must, at a minimum, comply with one of the following criteria:

- The above-ground tank or container is double-walled.
- The storage areas, tanks, or containers are enclosed by an impermeable secondary containment area which will hold at least 110% of the volume of the largest tank or container, or 10% of the total volume of all tanks and containers in the area, whichever is larger, without overflow from such secondary containment area.

(B)    Mobile or Portable Storage

Any mobile or portable above-ground tank or container used for the collection or storage of wastewater must be double-walled. If it is not economically or practically feasible for such a tank to be double walled, the permittee must meet the following conditions:

- The mobile or portable above-ground tank or container (and related appurtenances like piping, fittings, valves, gauges, alarms, switches, etc.) are designed, operated, and maintained in a manner to prevent releases of wastewater resulting from factors including, but not limited to, physical or chemical damage, tampering or vandalism, freezing and thawing.

- Any trailer affixed to a mobile or portable above-ground tank, or container (and related appurtenances) must be a registered motor vehicle that is designed, operated, and maintained to be capable of on-road transport of wastewater at all times.

(C) Roofing for Secondary Containment Areas

The impermeable secondary containment area as required for Stationary Liquid Storage (Section 7(b)(3)) must be roofed in a manner which minimizes stormwater entry to the containment area, except for a containment area which stores tanks or containers of 100-gallon capacity or more, in which case a roof is not required.

Stormwater that may accumulate in a containment area may be discharged only after the permittee conducts testing to confirm that it contains none of the relevant pollutants stored in the containment area (e.g., anti-freeze, copper (from pressure washwater), nutrients, etc.). For petroleum storage containment areas, visual inspection for a sheen fulfills this requirement. If testing is not conducted or if it indicates the presence of a relevant pollutant, this containment water must be treated and/or disposed of according to state and federal regulations and is not authorized to be discharged under this general permit.

*7(b)(4)*    *Dust Control Measures*

Dust suppression measures must be employed for activities causing airborne particles. The following are appropriate control measures:

(A) Vehicle Tracking of Industrial Materials

The permittee must minimize generation of dust and off-site vehicle tracking of raw, final, or waste industrial materials in order to minimize pollutants discharged via stormwater.

(B) Dust Suppression Water

Dust suppression water may to control dust must be minimized to prevent runoff to surface waters of the state. Water sprayed to control dust must not contain a visible oil sheen, chemical discoloration, or foaming, or cause such a visible oil sheen, chemical discoloration, or foaming in any surface waters of the state.

This permit does not authorize the discharge of water sprayed to control dust containing any additive such as spray-on chemical soil treatments (palliatives) (e.g., anionic asphalt emulsion, latex emulsion, resin-water emulsions, and calcium chloride) to the ground, storm sewer system, or any surface waters of the state.

(C) Baghouses

The permittee must inspect and maintain baghouses at least quarterly to prevent the escape of dust from the system and immediately remove accumulated dust at the base of the exterior baghouse and surrounding environment.

*7(b)(5)*    *Vehicles and Equipment*

(A) Vehicle and Equipment Storage

The permittee must minimize the potential for stormwater exposure to leaky or leak-prone vehicles/equipment awaiting maintenance. The following are possible control measures:

- Use drip pans under vehicles/equipment,
- Store vehicles and equipment indoors,
- Install berms or dikes,

- Use absorbents,
- Install roof or coverage over storage areas, or
- Clean pavement surfaces to remove oil and grease (with proper washwater disposal).

(B) Vehicle and Equipment Fueling Areas

The permittee must minimize contamination of stormwater runoff from fueling areas by implementing the following control measures or equivalent measures (list not exclusive):

- Cover the fueling area (where feasible).
- Use spill/overflow protection and cleanup equipment.
- Minimize stormwater run-on/runoff to the fueling area.
- Use dry cleanup methods.
- Provide spill kits and catch basin covers nearby.
- Treat and/or recycle collected stormwater runoff.

(C) Vehicle and Equipment Cleaning

This general permit does not authorize the discharge of vehicle washwater to the ground, storm sewer system, or any surface waters of the state.

The permittee must minimize contamination of stormwater runoff from all areas used for vehicle/equipment cleaning by implementing the following control measures or equivalent measures (list not exclusive):

- Perform all cleaning operations indoors, where feasible.
- Cover the cleaning operation.
- Ensure that all washwater drains to a proper collection system such as a sanitary sewer system (in accordance with applicable state and local guidelines).

(D) Vehicle and Equipment Maintenance Areas

The permittee must minimize contamination of stormwater runoff from all areas used for vehicle/equipment maintenance by implementing the following control measures or equivalent measures (list not exclusive):

- Perform maintenance activities indoors, where feasible.
- Use drip pans.
- Keep an organized inventory of materials used in the shop.
- Drain all parts of fluid prior to disposal.
- Prohibit wet clean up practices if these practices would result in the discharge of pollutants to storm sewer systems.
- Use dry cleanup methods.
- Treat and/or recycle collected stormwater runoff.
- Minimize run-on/runoff of stormwater to and from maintenance areas.

*7(b)(6)*   *Solid De-icing Material Storage*

The following section refers to storage piles of de-icing materials including pure salt, salt alternatives, or either of these mixed with other materials used for de-icing or other commercial or industrial purposes.

(A) All Solid De-Icing Material Storage

(1) In areas with a groundwater classification of GA or GAA (see Section 2), an impervious liner must be utilized under all de-icing material pile(s) to prevent infiltration to groundwater.

https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-Classification-Maps

    (2) No new road salt or de-icing materials storage facilities must be located if the site meets any of the following conditions:

- The site is within a 100-year floodplain as defined in Section 2 and mapped for each municipality under 44 CFR 59 et seq.

- The site is within 250 feet of a well utilized for potable drinking water supply.

- The site is within a Level A aquifer protection area as defined by mapping pursuant to section 22a-354c of the Connecticut General Statutes.

(B)  Facilities with less than 30,000 tons of Solid De-Icing Materials

    (1) Storage piles with less than 30,000 tons of solid de-icing materials and in place for more than 180 consecutive days must be enclosed or covered by a rigid or flexible roof or other structural means. Such a structure must not allow for the migration or release of material outside of the structure through its sidewalls.

    (2) Storage piles with less than 30,000 tons of solid de-icing materials and in place for less than 180 days per year may use a well-maintained and secured waterproof cover which may be used to prevent exposure to precipitation (except for exposure necessary to add or remove materials from the pile).

(C)  Facilities with greater than 30,000 tons of solid de-icing materials

Bulk solid de-icing material storage facilities with the capacity to store, at any one time, 30,000 tons or more of solid de-icing materials, are exempt from the requirement of this general permit to cover the solid de-icing material pile ("stockpile") by structural means (including a rigid or flexible roof) provided that the "Additional Control Measures" in Sector AE are implemented and documented in the site SWPPP.

(D)  Infiltration

Infiltration is a prohibited stormwater management practice in and around areas where de-icing materials are stored or stockpiled, or where stormwater has commingled with de-icing materials (see Aquifer Protection Areas, Appendix C). However, infiltration may be used to prevent uncontaminated stormwater from coming into contact with de-icing material stockpiles.

    (i)  Stormwater Run-on

Permittees should consult the Connecticut Stormwater Quality manual for general design guidance for stormwater conveyance systems that keep uncontaminated stormwater run-on from commingling with de-icing materials. Stormwater conveyance around the site's perimeter may include run-on channels, ditches, berms, and gutters.

    (ii)  Best Engineering Practices

The permittee must ensure that any engineered stormwater drainage systems meet the standards of best engineering practices and are properly designed, implemented, and maintained in accordance with the Connecticut Stormwater Quality Manual.

*7(b)(7)*  *Spill Prevention and Response Procedures*

The permittee must minimize the potential for leaks, spills, and other releases that may be exposed to stormwater and develop plans for effective response to such spills if or when they occur in order to minimize pollutant discharges. The following are required measures:

- Clearly identify within the SWPPP areas where potential spills can occur and their accompanying drainage points.

- Plainly label containers (e.g., "Used Oil," "Spent Solvents," "Fertilizers and Pesticides," etc.) that could be susceptible to spillage or leakage in areas that could contribute pollutants to stormwater runoff to encourage proper handling.

- Develop and implement training (pursuant to Section 7(b)(13)) on procedures for expeditiously stopping, containing, reporting, and cleaning up leaks, spills, and other releases to facilitate rapid response.

- Implement procedures for material storage and handling, including the use of secondary containment (pursuant to Section 7(b)(3)) and barriers between material storage and traffic areas, or a similarly effective means designed to prevent the discharge of pollutants from these areas.

- Provide spill kits and other necessary equipment near areas where spills may occur in order to implement a cleanup as quickly as possible.

- Notify appropriate facility personnel when a leak, spill, or other release occurs.

- For any spill, leak, release, or discharge of non-stormwater not authorized by this permit or another permit, the operator must report it orally as soon as there is knowledge of the event by contacting:

> **The CT DEEP Emergency Response and Spill Prevention at**
>
> **860-424-3338 or Toll Free at 1-866-DEP-SPIL (1-866-337-7745).**
>
> **https://portal.ct.gov/DEEP/Emergency-Response-and-Spill-Prevention/Emergency-Response-and-Spill-Prevention**

Contact information must be in locations that are readily accessible and available.

7(b)(8)    *Sediment and Erosion Control*

The permittee must identify areas that have a potential for soil erosion due to topography, activities, or other factors, and must implement measures to limit erosion and stabilize such areas in order to minimize pollutant discharges. The permittee must also place flow velocity dissipation devices at discharge locations to minimize channel and streambank erosion and scour in the immediate vicinity of discharge points. Structural and non-structural control measures must be utilized to minimize the discharge of sediment. All construction activities on site must be conducted in accordance with the Connecticut Guidelines for Soil Erosion and Sediment Control and the "Future Construction" section (Section 7(c)(2)(I)) of this general permit.

7(b)(9)    *Preventative Maintenance*

The permittee must implement a preventative maintenance program for all control measures that are used to achieve compliance with this permit. The permittee must also ensure that industrial equipment and systems are in effective operating condition to minimize pollutant discharges. This includes the following:

- Inspect and maintain stormwater management devices (e.g., cleaning stormwater treatment devices, catch basins) that could fail and result in contamination of stormwater.

- Perform visual inspection, maintenance, and/or testing of on-site equipment and systems to identify conditions that could cause breakdowns or failures resulting in discharges of pollutants to surface waters.

- Maintain non-structural control measures (e.g., keep spill response supplies available, personnel appropriately trained).

- Clean catch basins when the depth of debris reaches half of the sump depth and keeping the debris surface at least six inches below the lowest outlet pipe.

If the permittee finds that the control measures need routine maintenance, they must conduct the necessary maintenance immediately to minimize pollutant discharges. These measures must be included in the Routine Inspections conducted under Section 7(d) of this general permit. If the permittee maintains an existing preventative maintenance program that addresses the requirements of this control measure, they may use that program to meet this requirement. The existence of such

a program and the location of its maintenance records must be referenced in the SWPPP (See Section 7(c), below).

If a stormwater control measure is failing, the permittee must immediately take all reasonable steps to prevent or minimize the discharge of pollutants during subsequent storm events. The permittee must follow the steps and timeline established in Section 7(f) Corrective Actions when:

- Repairs/replacement of stormwater controls are needed,
- A cleanup is needed until the final repair or replacement of the stormwater control is implemented,
- Completion of stormwater control repairs/replacement will exceed fourteen (14) calendar days from the time of discovery,
- A control measure was never installed,
- A control measure was installed incorrectly,
- A control measure is not in accordance with general control measures in Sections 7(b) and/or sector-specific control measures in 7(j), or
- A control measure is not being properly operated or maintained.

7(b)(10)  *Management of Stormwater*

(A)  Stormwater Runoff

The permittee must utilize the Connecticut Stormwater Quality Manual, as amended, to investigate the need for stormwater management or treatment practices that can be used to divert, infiltrate (only when it does not contaminate groundwater), reuse, contain, or otherwise reduce stormwater runoff in a manner that minimizes pollutants in stormwater discharges from the site. Appropriate stormwater management or treatment measures may include but are not limited to:

- Vegetated swales or buffer strips,
- Reuse of collected stormwater (such as for process water, cooling water or as an irrigation source),
- Treatment technologies (e.g., swirl concentrators, sand filters, etc.),
- Snow management activities,
- Bioretention systems,
- Green roofs,
- Pervious pavement, or
- Wet detention/retention basins.

(B)  Stormwater Run-on

Where feasible, the permittee must divert uncontaminated run-on to avoid areas that may contribute pollutants by means of the following:

- Interceptor controls (e.g., ditches or swales),
- Diversion controls (e.g., curbs or berms), and/or
- Conveyance systems (e.g., channels, gutters, or open-top box culverts).

Additional information can be found in the Connecticut Stormwater Quality Manual, as amended, as defined in Section 2 of this permit, and the resources available on the DEEP Stormwater website.

(C)  Groundwater Protection for Infiltration

When implementing infiltration practices, the permittee is prohibited to cause or contribute to groundwater pollution in accordance with Aquifer Protection Areas (APAs), Appendix C.

(D)  Best Engineering Practices

The permittee must ensure that any engineered stormwater drainage system meets the standards of best engineering practices and are properly designed, implemented, and maintained in accordance with the Connecticut Stormwater Quality Manual, as amended.

Any evaluation, construction, or modification of the design of an engineered stormwater drainage system, as defined in the Connecticut Stormwater Quality Manual, as amended, requires certification by a Professional Engineer. The certification and supporting documentation must be kept in the SWPPP (see also Section 7(c)).

*7(b)(11)   Non-stormwater Discharges*

(A)  Authorized Non-stormwater Discharges

The following are the only non-stormwater discharges authorized under this permit for all sectors provided that all discharges comply with any effluent limits set forth in Section 7(j):

(1)  discharges from emergency/unplanned fire-fighting activities,

(2)  landscape irrigation or lawn watering,

(3)  uncontaminated condensate from air conditioners, coolers/chillers, and other compressors and from the outside storage of refrigerated gases or liquids.

(4)  uncontaminated ground water or spring water,

(5)  uncontaminated groundwater from foundation or footing drains.

(6)  water sprayed for dust control, in accordance with the conditions of this general permit, and

(7)  for Sector A only, discharges from the spray down of lumber and wood product storage yards where no chemical additives are used in the spray-down waters and no chemicals are applied to the wood during storage.

(B)  Prohibited Non-stormwater Discharges

Unless specifically listed in Section 7(b)(11)(A) or in Section 7(j), this general permit does not authorize any other non-stormwater discharges. Such discharges to surface water must be authorized under a different permit issued by the Commissioner (pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes).

*7(b)(12)   Infiltration and Groundwater Quality Protection*

Infiltration may be proposed when and where the permittee can demonstrate that it is appropriate and feasible for site-specific conditions, as an alternative or adjunct to structural source controls and/or treatment controls required (e.g., sand filters, hydrodynamic separators, oil-water separators, retention ponds, and infiltration structures). Infiltration used in the treatment of stormwater must not cause pollution to groundwater and, if located within an aquifer protection area, must comply with the Aquifer Protection Area (APA) Regulations (see Appendix C).

A soil evaluation is required for all proposed stormwater infiltration systems to confirm critical soil characteristics, limiting design factors, and subsurface conditions at the location of the proposed system including soil types, depth to the seasonal high groundwater table, depth to bedrock, soil infiltration rates (or hydraulic conductivity), lateral and horizontal mounding of the of the impacted area, and potential break out to surface water. This information is used to determine if stormwater infiltration is appropriate for use at the site and to support the design of the infiltration system.

*7(b)(13)   Employee Training*

The permittee must ensure that all employees who work in areas where industrial materials or activities are exposed to stormwater, or who are responsible for implementing activities necessary to meet the conditions of this permit (e.g., inspectors, maintenance personnel), or whose activities may affect stormwater quality, including all members of the pollution prevention team, receive training within ninety (90) days of employment and at least once a year thereafter. The permittee

must ensure that all such personnel are familiar with the components and goals of these control measures and the SWPPP. The permittee must also ensure the following personnel understand the requirements of this permit and their specific responsibilities with respect to those requirements:

- Personnel who are responsible for the design, installation, maintenance, and/or repair of controls (including pollution prevention measures);

- Personnel responsible for the storage and handling of chemicals and materials that could become contaminants in stormwater discharges;

- Personnel who are responsible for conducting and documenting inspections and monitoring as required in Sections 7(d) and 7(e), respectively; and

- Personnel who are responsible for taking and documenting corrective actions.

If related to the scope of their job duties, personnel must be trained in at least the following (e.g., only personnel responsible for conducting inspections need to understand how to conduct inspections):

- An overview of what is in the SWPPP;

- Spill response procedures, emergency equipment location, good housekeeping, maintenance requirements, and material management practices;

- The location of all controls on the site required by this permit, and how they are to be maintained;

- The proper procedures to follow with respect to the control measures on site;

- When and how to conduct inspections, record applicable findings, and take corrective actions; and

- The facility's emergency procedures.

Training must be conducted or supervised by a member of the SWPPT or other qualified person and a written record must be maintained in the SWPPP, including the date(s), employee name, employee responsibility and training agenda.

*7(b)(14)*    *Inactive Site Controls*

The permittee must prepare the site for seasonal closures, planned shutdowns, furloughs, and other circumstances under which the site becomes an inactive or unstaffed facility, as defined in Section 2 of this general permit. The permittee must implement control measures such as the following (list not exclusive):

- Seasonally store vehicles, equipment, and materials;

- Protect vehicles and materials with storm-resistant coverings;

- Ensure the structural integrity of all above-ground tanks, pipelines, pumps, and related equipment that may be exposed to stormwater;

- Ensure the integrity and effectiveness of any intermediate or final cover (including repairing the cover as necessary) of any materials stored outside;

- Ensure the integrity and effectiveness of secondary containment;

- Ensure the integrity and effectiveness of any structural control measures;

- Include staffing for or management of structural control measures that require continual operation and/or maintenance; and/or

- Document stormwater control measures taken to accommodate inactive or unstaffed facilities in the SWPPP Section 7(c)(2)(D)(iv).

*7(b)(15)*    *Sector-Specific Control Measures Pursuant to Section 7(j)*

Section 7(j) contains additional control measures for certain industrial activities. These are specific control measures that apply only to the industries in a given sector and are to be implemented in addition to the control measures in this section.

***Section 7(c)***      ***The Stormwater Pollution Prevention Plan (the SWPPP)***

All permittees must prepare a Stormwater Pollution Prevention Plan (SWPPP) for their facility prior to submitting a registration pursuant to Section 4 of this general permit.

*7(c)(1)*      *General Requirements*

(A)    Certification

The permittee must prepare the SWPPP in accordance with good engineering practices and to industry standards. The SWPPP may be developed by either a person on the permittee's staff or a third party the permittee hires, but the SWPPP must be certified by a Qualified Professional as defined in Section 2 in accordance with the "SWPPP Certification" described in Section 7(c)(2)(G)(i) and found in Appendix D. If the Commissioner concludes that the SWPPP is not in compliance with Section 7(c)(2)(G)(i) of this permit, the Commissioner may require the SWPPP to be reviewed, amended as necessary, and certified by a Professional Engineer, or for Sector J, by a Professional Geologist, with the education and experience necessary to prepare an adequate SWPPP.

A "Qualified Professional," as defined in Section 2 (Definitions), is a person who is:

- Knowledgeable in the principles and practices of industrial stormwater controls and pollution prevention;

- Possesses the education and ability to assess conditions at the industrial facility that could impact stormwater quality;

- Possess the education and ability to assess the effectiveness of stormwater controls selected and installed to meet the requirements of the permit; and

- Certified to practice in the state of Connecticut.

(B)    Revision

If the permittee prepared a SWPPP for coverage under a previous version of this permit, the permittee must review and revise the SWPPP to implement all provisions of this permit prior to submitting their registration. The revisions must address, at a minimum, "Required Contents of the SWPPP" (Section 7(c)(2)), "Control Measures" (Section 7(b)), "Monitoring" (Section 7(e)), and "Sector-specific Requirements" (Section 7(j)) of this general permit. Any revised SWPPP must be re-certified by a Qualified Professional as defined in Section 2 in accordance with the Section 7(c)(2)(G)(i).

Any discharges not expressly authorized in this permit cannot become authorized or shielded from liability under CWA section 402(k) by disclosure to EPA or DEEP after issuance of this permit via any means.

(C)    Record-keeping

The SWPPP is a living document and is intended to be a record of the implementation (including inspection, maintenance, monitoring, and corrective action) of the permit requirements. Therefore, facilities must keep their SWPPP up-to-date throughout their permit coverage and update the SWPPP with information including, but not limited to, revisions and improvements to their stormwater management program, corrective actions following spills, benchmark exceedances or effluent limit violations, as well as new information and experiences with major storm events as they occur.

(D)    Availability

The SWPPP must be retained on site at the facility that generates the stormwater discharge along with a copy of this general permit. The SWPPP must be available for review during inspections by the Commissioner or as otherwise requested by the Commissioner.

(E)    Compliance

The permittee must maintain compliance with the SWPPP at all times. The SWPPP must be representative of current site conditions and must address, at a minimum, all the elements in Section 7(c)(2), below. If an element is not applicable to the facility, the SWPPP must identify it and provide an explanation as to why the element does not apply.

When site conditions deviate from the requirements of the SWPPP or are detected through inspections, monitoring or other means, or the Commissioner or the operator of the MS4 through which the permittee discharges informs the permittee that site conditions have deviated from the SWPPP, the permittee must take corrective actions so that permit conditions are met and pollutant discharges are minimized (see Section 7(f)).

The permittee must perform all actions required by the SWPPP in accordance with the schedule set forth in "Deadlines for Plan Preparation and Compliance" (Section 7(c)(3)) of this general permit, including implementation of the Control Measures in Section 7(b), inspections in Section 7(d), monitoring requirements in Section 7(e) and any sector-specific requirements in Section 7(j). The SWPPP must include records and documentation of compliance with these elements and must be kept on-site at all times along with a copy of this general permit.

7(c)(2)    *Content Requirements*

To be authorized under this permit, the SWPPP must contain all of the following elements:

(1)    Pollution Prevention Team
(2)    Site Description
(3)    Summary of Potential Pollutant Sources
(4)    Stormwater Control Measures and Relevant Procedures
(5)    Site Inspections, Visual Assessments, and Relevant Procedures
(6)    Monitoring Program and Relevant Procedures
(7)    Certifications in the SWPPP
(8)    Additional Documentation
(9)    Signature requirements
(10)   Resilience Measures
(11)   Authorization Letter

Where the SWPPP refers to procedures in other facility documents, such as a Spill Prevention, Control and Countermeasure (SPCC) Plan or an Environmental Management System (EMS), copies of the relevant portions of those documents must be kept with the SWPPP.

(A)    Pollution Prevention Team

The permittee must identify a specific individual or individuals for the site who must serve as members of the pollution prevention team (or "team"). The individuals on the pollution prevention team must be identified in the SWPPP and must be comprised of "*Qualified Person(s)*" or "*Qualified Personnel*," as defined in Section 2.

The pollution prevention team must be responsible for implementing the SWPPP and assisting in the implementation, maintenance, and development of revisions to the SWPPP as well as maintaining control measures and taking corrective actions where required. At least one team member must be present at the facility or on call during all operational shifts. The SWPPP must clearly identify the responsibilities of each team member. The activities and responsibilities of the team must address all aspects of the SWPPP. Each member of the pollution prevention team must have ready access to either an electronic or paper copy of applicable portions of this permit and the SWPPP.

(B)    Site Description

The SWPPP must include the following:

(i) Facility Description

Provide a description of the nature of the industrial activities at the facility. Include the size of the property and amount of impervious surface in square feet or acres, including parking areas, driveways, roads, walkways, other paved areas, and roofs.

(ii) General Location Map

Provide a general location map (e.g., U.S. Geological Survey (USGS) quadrangle map) with enough detail to identify the location of the facility and all receiving waters to which stormwater discharges.

(iii) Site Map

The SWPPP must describe the industrial activities, materials employed, and physical features of the facility that may contribute significant amounts of pollutants in stormwater discharges. To improve readability of the map, some detailed information may be kept as an attachment to the site map and pictures may be included, as deemed appropriate. A detailed site description and site map assists operators in identifying issues and setting priorities for the selection, design, and implementation of measures taken to meet effluent limits, and in identifying potential changes in materials, materials management practices, or site features. The site map is also vital for executing proper inspections. All required elements of the site map are listed in Table 1, on next two pages.

(iv) Water Quality Classification

Permittees must use the Water Quality Classification Maps relevant to the Connecticut Water Quality Standards to determine the class assigned to each surface water and ground water resource to which they discharge:

https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-Classification-Maps

| Table 1. Site Map | |
|---|---|
| **General Information** | An arrow indicating direction of due North |
| | Surveyed or approximate property lines |
| | Total site acreage |
| **Drainage Area (Run-off and Run-on)** | The overall site size and amount of drainage area |
| | Areas with the potential for erosion that may impact surface waters or wetlands or may have off-site impacts |
| | Locations where any drainage run-on enters the site and an indication if it contains significant quantities of pollutants |
| | Directions of stormwater flow in drainage area (use arrows) |
| **Buildings, Structures, Permanent Cover, and Impervious Areas** | Location of existing buildings |
| | Location of existing structures |
| | Location of permanent cover |
| | Location and general outlines of paved or impervious area |
| | Direction of stormwater flow over impervious area (i.e., sheet flow, use arrows) |
| **Locations of all structural stormwater control measures (SCMs)** | Bioretention cells, green roofs, pervious pavement |
| | Berms or curbing to prevent discharges |
| | Drywells or swales |
| | Swirl separators, oil-water separators, sand filters |
| | Other structural SCMs |
| | Direction of stormwater flow in and around each control measure (use arrows) |
| **Locations of all stormwater conveyances** | Catch basins, ditches, pipes |
| | Other stormwater conveyances |
| | Direction of stormwater flow in each conveyance (use arrows) |
| **Locations and Names of all Stormwater Discharge Points (a.k.a., Outfalls)** | Location of discharges to surface water |
| | Location of discharges to groundwater through an infiltration system |
| | Locations of discharges to a municipal storm sewer system (MS4) |
| | Location of discharges to wetlands, riparian areas, or another natural habitat |
| | Unique identification code for each discharge point (e.g., 001, 002) |
| | Longitude and latitude for each discharge point |
| | Approximate outline of the areas draining to each discharge point |
| | Point at which samples are collected for stormwater monitoring (Section 7(e)) |
| | Indication if any discharge points considered "substantially identical discharge points" in accordance with Section 7(c)(2)(F) as well as their associated discharges |
| | Direction of stormwater flow into and out of each discharge point (use arrows) |
| **Natural Habitat** | Location and approximate extent of any adjacent wetlands |
| | Location and approximate extent of any adjacent riparian area |
| | Any areas designated as potential habitat for endangered or threatened species |
| | Direction of stormwater flow in and around natural habitat (use arrows) |
| **Locations and names of all receiving waters** | Wetlands, streams, brooks, creeks, lakes, ponds, etc. |
| | Identify any receiving waters which are impaired and any applicable TMDLs |
| | Identify any receiving waters which are off the map, in what direction they lie, and approximate distance from the site |

| Table 1. Site Map (Continued from Previous) | |
|---|---|
| **Vehicle and equipment fueling, maintenance, cleaning, and storage areas** | List of potential pollutant sources from vehicle and equipment fueling, maintenance, cleaning, storage |
| | General outlines and approximate size of fueling stations |
| | General outlines and approximate size of maintenance areas |
| | General outlines and approximate size of cleaning/washing areas |
| | General outlines and approximate size of storage areas |
| | Location where significant spills or leaks have occurred (e.g., oil or fuel) |
| | Structural control measures such as concrete pads, oil-water separators, or drainage to sanitary sewer system as applicable |
| | Direction of stormwater flow in and around these areas (use arrows) |
| **De-icing material storage areas** | List of potential pollutants from de-icing material storage areas including pure salt, salt alternatives or either of these mixed with other materials |
| | General outlines and approximate size of de-icing material storage areas |
| | Location where significant spills or leaks have occurred |
| | Structural control measures (permanent cover, temporary cover, concrete pads, concrete apron, secondary containment) as applicable |
| | Direction of stormwater flow in and around these areas (use arrows) |
| **Industrial materials storage areas** | List of potential pollutant sources from commercial or industrial materials storage areas |
| | General outlines and approximate size of commercial or industrial materials storage areas |
| | Location where significant spills or leaks have occurred |
| | Structural control measures (roofs, secondary containment) as applicable |
| | Direction of stormwater flow in and around these areas (use arrows) |
| **Materials handling activities areas** | List of potential pollutant sources from materials handling for raw materials, intermediate products, by-products, final products, and waste products used or created by the facility |
| | General outlines and approximate size of materials processing areas |
| | General outlines and approximate size of materials transfer areas |
| | General outlines and approximate size of treatment, storage, or disposal areas (e.g., dumpsters) for waste products |
| | Immediate access roads and rail lines used or traveled by carriers of raw materials, manufactured products, waste material, or by-products used or created by the facility |
| | Location where significant spills or leaks have occurred |
| | Direction of stormwater flow in and around these areas (use arrows) |
| **Other areas where industrial activity has taken place** | Any other areas where industrial activity has taken place in the past and significant materials remain and are exposed to stormwater as identified under Section 7(c)(2)(C), the general outlines and approximate size of those areas, location of significant spills, and direction of stormwater flow (use arrows) |

(C)  Summary of Potential Pollutant Sources

Permittees must identify in the SWPPP potential sources of pollutants that could result in contaminated stormwater discharges. Sources of pollution include industrial activities, spills or leaks, unauthorized non-stormwater discharges, and de-icing materials storage.

(i)  Potential Pollutant Sources from Industrial Activities

(1)  List of Industrial Activities

Operators must identify in the SWPPP a list of the industrial activities exposed to stormwater including, but not limited to, the following:

(a)  Vehicle and Equipment Fueling, Maintenance, Cleaning, and Storage

- sites used for the storage and maintenance of material handling equipment;
- material handling equipment or activities;
- industrial machinery; and
- cleaning, maintenance, and fueling operations.

(b)  Solid De-Icing Material Storage

- List of solid de-icing material ingredients

(c)  Industrial Materials Storage Areas

- raw materials, intermediate products, by-products, final products, and waste products used or created by the facility;
- refuse sites; and
- sites used for residual treatment, storage, or disposal.

(d)  Materials Handling Activities

- immediate access roads and rail lines used or traveled by carriers of raw materials, manufactured products, waste material, or byproducts used or created by the facility;
- industrial production and processing areas; and
- shipping and receiving areas.

(e)  Any Other Industrial Activity

List any other industrial activity which has taken place in the past and from which significant materials remain and are exposed to stormwater including the following (list not exclusive):

- stormwater discharges from industrial plant yards;
- sites used for the application or disposal of process wastewaters;
- manufacturing buildings; and
- structures located in areas of industrial activity, which themselves may be potential sources of pollutants (e.g., aluminum or copper are leached from the structures as a result of acid rain).

(2)  List of Potential Pollutants (or Pollutant Constituents from Industrial Activities)

Permittees must identify in the SWPPP a list of the potential pollutant(s) or pollutant constituents (e.g., crankcase oil, zinc, sulfuric acid, cleaning solvents) associated with each activity identified in Section 7(c)(2)(C) that could be exposed to rainfall or snowmelt and could be discharged from the facility. The potential pollutant list must include all significant materials that have been handled, treated, stored, or disposed, and that have been exposed to stormwater in the three years prior to the date the permittee prepares or amends their SWPPP.

(3)  Method and Location of On-Site Storage or Disposal

The SWPPP must document the method and location for storage or disposal of any raw materials, intermediate products, by-products, final products, and waste products used or created by the facility. This includes, but is not limited to, on-site storage or disposal of any waste material, or byproducts used or created by the facility; material handling sites; refuse sites; sites used for the application or disposal of process waste waters; sites used for the storage and maintenance of material handling equipment; sites used for residual treatment, storage, or disposal; etc. The permittee should list in this section any other waste permits issued by the Commissioner pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

(ii)    Spills and Leaks

Permittees must identify in the SWPPP a list of spills and leaks of five (5) gallons or more of petroleum products, or of toxic or hazardous substances which could affect stormwater, as listed in section 22a-430-4 (Appendix B Tables II, III and V, and Appendix D) of the Regulations of Connecticut State Agencies, and 40 CFR 116.4, that occurred at the facility after the date of three years prior to the date of certification of the SWPPP. The permittee must also document where potential spills and leaks could occur that could contribute pollutants to stormwater discharges, and the corresponding outfall(s) that would be affected by such spills and leaks.

This permit does not relieve the permittee of the reporting requirements of 40 CFR 110, 40 CFR 117, and 40 CFR 302 relating to spills or other releases of oils or hazardous substances.

(iii)   Unauthorized Non-stormwater Discharges Evaluation

The permittee must document that they have evaluated for the presence of unauthorized non-stormwater discharges (see Section 7(b)(11) for the list of authorized non-stormwater discharges under this permit). Documentation of the evaluation must include:

* the date of the evaluation;

* a description of the evaluation criteria used;

* a list of the discharge points or onsite drainage points that were directly observed during the evaluation;

* if there are any unauthorized non-stormwater discharges (see Section 7(b)(11) for the list of authorized non-stormwater discharges under this permit) the permittee must immediately take action(s), such as implementing control measures, to eliminate those discharges or seek a different permit issued by the Commissioner (pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes) and document that the permittee obtained the permit (for example, a floor drain was sealed, a sink drain was re-routed to the sanitary sewer, or a NPDES permit application was submitted for an unauthorized cooling water discharge); and

* an explanation of everything the permittee did to immediately address the unauthorized discharge per Section 7(f) Corrective Actions.

The permittee must also include a non-stormwater discharge certification, signed by a Qualified Professional, as described in Section 7(c)(2)(G)(ii). The certification can be found in Appendix E.

(iv)    De-icing Material Storage

The permittee must document the location of any storage piles containing de-icing materials (including pure salt, salt alternatives or either of these mixed with other materials) used for de-icing or other commercial or industrial purposes.

(D)   Stormwater Control Measures and Relevant Procedures

The permittee must document the location and type of control measures installed and implemented at the site in accordance with "Control Measures" (Section 7(b)) as well as any additional control measures that may be required in "Sector-specific Requirements" (Section 7(j)). The permittee should discuss the appropriateness and priorities of control measures in the SWPPP and how they address identified potential sources of pollutants at the site as well as the ways the selected control measures help to comply with applicable benchmark thresholds, numeric effluent limitations guidelines-based limits, water-quality based effluent limits, and protection of surrounding natural habitat (as relevant). For stormwater control measures, the SWPPP must contain the information in this subsection (at a minimum).

(i)   List of Stormwater Control Measures

(1)   Non-structural control measures

Non-structural control measures described in the SWPPP may include the following (list not exclusive): materials management practices employed to minimize contact of materials with stormwater runoff; employee training, and all the elements of good housekeeping.

(2)   Structural control measures

Structural control measures described in the SWPPP may include the following (list not exclusive): grading, berms, curbing, baghouses, secondary containment, catch basins, as well as description of any treatment the stormwater receives.

(3)   Evaluation for Non-stormwater Discharges

The permittee must described the evaluation that the stormwater discharge(s) from the site consist only of stormwater, or of stormwater combined with wastewater authorized by an effective permit issued under section 22a-430 or section 22a-430b of the Connecticut General Statutes, including the provisions of this general permit, or of stormwater combined with any of the authorized non-stormwater discharges described in Section 7(b)(11)(A) provided they do not contribute to a violation of water quality standards.

(4)   Sector Specific Requirements

The permittee must incorporate any sector-specific control measures pursuant to Section 7(j) in their SWPPP.

(ii)   Stormwater Control Measure Details

For each type of control measure, the SWPPP must describe, at a minimum, the following items:

person(s) or positions of person(s) responsible for maintaining or implementing the control measure.

schedules for maintaining or implementing the control measure.

specific items necessary to implement or maintain a control measure (e.g., dumpster pickup, catch basin cleaning, education programs).

(iii)   Stormwater Control Measures Schedules and Procedures

The permittee must document the following schedules and procedures in their SWPPP.

(1)   Good Housekeeping (See also Section 7(b)(1))

A schedule or the convention used for determining when pickup and disposal of waste materials occurs. Also provide a schedule for routine inspections for leaks and conditions of drums, tanks, and containers.

(2)   Spill Prevention and Response Procedures (See also Section 7(b)(7))

Procedures for preventing and responding to spills and leaks, including notification procedures. For preventing spills, include in the SWPPP the stormwater control measures for material handling and storage, and the procedures for preventing spills that can contaminate stormwater. Also specify cleanup equipment, procedures, and spill logs, as appropriate, in the event of spills. The permittee may reference the existence of other plans for Spill Prevention, Control and Countermeasure (SPCC) developed for the facility under section 311 of the CWA or BMP programs otherwise required by a NPDES permit for the facility, provided a copy of that other plan is maintained onsite and made available for review consistent with Section 7(c)(4).

(3) Sediment and Erosion Controls (See also Section 7(b)(8))

This permit does not authorize the discharge of waters containing polymers and/or other chemical treatments to the ground, storm sewer system, or any surface waters of the state. The SWPPP must describe any alternatives to polymers and/or other chemical treatments for erosion and sediment control in the SWPPP. Alternatives to chemical treatment can be determined through the selection, design, installation, and implementation of structural control measures in the Connecticut Stormwater Quality Manual.

(4) Maintenance (See also Section 7(b)(9))

Preventative maintenance procedures, including regular inspections, testing, maintenance, and repair of all stormwater control measures to avoid situations that may result in leaks, spills, and other releases, and any back-up practices in place should a storm event resulting in a stormwater discharge occur while a control measure is off-line. The SWPPP must include the schedule or frequency for maintaining all control measures used to comply with the effluent limits in Section 7(j).

(5) Employee Training (See also Section 7(b)(13))

The elements of the employee training plan must include (at a minimum) all the requirements set forth in Section 7(b)(13), and the following:

(6) the content of the training;

(7) the frequency/schedule of training for employees who work in areas where industrial materials or activities are exposed to stormwater, or who are responsible for implementing activities necessary to meet the conditions of this permit; and

(8) a log of the dates on which specific employees received training.

(iv) Stormwater Control Measures for Inactive and Unstaffed Sites

The permittee must prepare the site for seasonal closures, planned shutdowns, furloughs and other circumstances under which the site becomes inactive, as described Section 7(b)(14). Control measures may include seasonal storage of vehicles, equipment, and materials; protecting vehicles, equipment, and materials with storm-resistant coverings; shutdown and maintenance of earth-moving equipment; and stabilization of mine areas or mine preparation areas. In addition, inactive site controls must include staffing for, or management of, structural control measures that require continual operation and/or maintenance. The permittee must include in their SWPPP a certification statement (Appendix F) as well as information to support this claim as required by Section 7(b)(14) and 7(c)(2)(G)(iii).

(v) Resilience Measures

Implementing structural improvements, enhanced/resilient pollution prevention measures, and other mitigation measures can help to minimize impacts from stormwater discharges from major storm events such as hurricanes, storm surge,

extreme/heavy precipitation, and flood events. If such SCMs are already in place due to existing requirements mandated by other state, local or federal agencies, the permittee should document in their SWPPP a brief description of the controls and a reference to the existing requirement(s). If the facility may be exposed to or has previously experienced such major storm events, additional SCMs that may be considered include, but are not limited to:

- Reinforce materials storage structures to withstand flooding and additional exertion of force.
- Prevent floating of semi-stationary structures by elevating to the Base Flood Elevation (BFE) level or securing with non-corrosive device.
- When a delivery of exposed materials is expected, and a storm is anticipated within 72 hours (3 days), delay delivery until after the storm or store materials as appropriate (refer to emergency procedures).
- Temporarily store materials and waste above the BFE level.
- Temporarily reduce or eliminate outdoor storage.
- Temporarily relocate any mobile vehicles and equipment to higher ground.
- Develop scenario-based emergency procedures for major storms that are complementary to regular stormwater pollution prevention planning and identify emergency contacts for staff and contractors.
- Conduct staff training for implementing the permittee's emergency procedures at regular intervals.

This subsection requires that the permittee must consider Section 7(b) when selecting and designing control measures to minimize pollutant discharges via stormwater. This subsection does not require nor prescribe specific SCMs to be implemented; however, the permittee must document in their SWPPP the considerations made to select and design control measures at their facility to minimize pollutants discharged via stormwater.

(vi)   Stormwater Control Measures Documentation

The SWPPP must contain the following types of documentation related to stormwater control measures:

- corrective actions for SCMs that could not meet water quality standards (Section 7(f)(3)(E), control measures that were never designed, installed, implemented, or maintained (Section 7(f)(3)(F);
- maintenance and repairs of SCMs, including the date(s) of regular maintenance, date(s) of discovery of areas in need of repair/replacement, and for repairs, date(s) that the control measure(s) returned to full function, and the justification for any extended maintenance/repair schedules (see Section 7(f)(1) and Appendix G);
- any changes or updates to SCMs as required in Section 7(f);
- for an inactive or unstaffed facility, the permittee must include in their SWPPP a certification statement (Appendix F) as well as information to support this claim as required by Section 7(b)(14) and 7(c)(2)(G)(iii); and
- any additional documentation related to SCMs such as certifications of best engineering practices for structural control measures (see Section 7(c)(2)(G)(iv)).

(E)   Site Inspections, Visual Assessments, and Relevant Procedures

For inspections and visual assessments of stormwater quality, the SWPPP must contain the following information, at a minimum:

(i)   List of Inspected Areas (refer to Site Map Section 7(c))

List all areas of inspection in the SWPPP including, but not limited to, the following:

- Areas where industrial materials or activities are exposed to stormwater;
- Areas identified in the SWPPP that are potential pollutant sources;
- Areas where spills and leaks have occurred in the past 3 years;
- Discharge points;
- Control measures; and
- Any sector-specific inspections pursuant to Section 7(j).

(ii)  Inspection Details

For each type of inspection, the SWPPP must describe, at a minimum, the following details:

- person(s) or positions of person(s) responsible for the inspection;
- schedules for conducting inspections; and
- specific items to be covered by the inspection.

(iii)  Inspection Schedules and Procedures

The permittee must document in their SWPPP procedures for performing the types of inspections specified by this permit, which must include:

- Monthly routine facility inspections (Section 7(d)(1));
- Quarterly visual assessment of stormwater discharges (Section 7(d)(2)); and
- Semiannual comprehensive facility inspections (Section 7(d)(3)).

(iv)  Inspections for Inactive and Unstaffed Facilities

If a permittee is invoking the exception for inactive and unstaffed facilities relating to routine facility inspections and quarterly visual assessments, the permittee must include in their SWPPP a certification statement (Appendix F) as well as information to support this claim as required by Section 7(b)(14), 7(c)(2)(G)(iii), and Section 7(d).

(v)  Inspection Documentation

This section of the SWPPP must contain all inspection reports, including the monthly routine facility inspection reports, quarterly visual assessments, and semi-annual comprehensive site inspections as required in Section 7(d).

(F)  Monitoring Program and Relevant Procedures

A description of the monitoring program and sampling data for stormwater discharges at the site, in accordance with the "Monitoring" section (Section 7(e)) of this general permit. Existing permitted facilities must summarize all stormwater discharge sampling data collected at the facility during the previous permit term. The summary must include a narrative description (and may include data tables/figures) that adequately summarizes the collected sampling data to support identification of potential pollution sources at their facility. New dischargers and new sources must provide a summary of any available stormwater data they may have.

(i)  Discharge Points

(1)  All Discharge Points

The permittee must document the following in their SWPPP for each discharge point:

- location of each discharge point;
- sequential number and descriptor:

Discharge points must be sequentially numbered (001, 002, 003…010, etc.) and given a descriptor (e.g., Wet Deck Area) in the SWPPP (e.g., 001 Wet Deck Area, 002 Logging Area). The same sequential number and descriptor for all discharge points will be required during the electronic registration process (both sampled discharge points and substantially identical discharge points).

- description of the general industrial activities conducted in the drainage area of each discharge point;

- description of the control measures implemented in the drainage area of each discharge point;

- description of the exposed materials located in the drainage area of each discharge point that are likely to be significant contributors of pollutants via stormwater discharges; and

- an estimate of the runoff coefficient of the drainage areas.

(2) Substantially Identical Discharge Points

The permittee must document the following in their SWPPP if they plan to use the substantially identical discharge point (SIDP) exception for their quarterly visual assessment requirements in Section 7(d)(2) or their benchmark monitoring, additional monitoring, aquatic toxicity testing, and impaired waters monitoring in Section 7(e)(1), Section 7(e)(2), Section 7(e)(4), and Section 7(e)(5), respectively. For each SIDP, the permittee must describe which discharge points they represent and an explanation of why the discharge points are expected to be substantially identical.

The allowance for monitoring only one of the SIDP is NOT applicable to any discharge points subject to numeric effluent limitations guidelines.

(3) Changes or Additions to Discharge Points

Permittees must notify the Commissioner of changes to the number or location of discharge points, either of which may require monitoring to be re-started and/or the SWPPP to be revised in accordance with Section 7(c).

(ii) List of all Monitoring Program Requirements

The Permittee must maintain a list of all required monitoring for their facility. This permit has six types of required monitoring:

- Benchmark monitoring (Section 7(e)(1));

- Additional monitoring (Section 7(e)(2));

- Effluent limits monitoring (Section 7(e)(3));

- Aquatic toxicity (Section 7(e)(4));

- Impaired waters monitoring (Section 7(e)(5)); and

- Other monitoring as required by the Commissioner (Section 7(e)(6)).

Monitoring requirements for each sector are listed in tables in Section 7(j). The permittee may copy the table in their sector-specific monitoring requirements (pursuant to Section 7(j)), adjusting only for any impaired waters monitoring requirements.

(iii) Monitoring Program Details

For each type of stormwater discharge monitoring, the permittee must document in their SWPPP the following details:

- person(s) or positions of person(s) responsible for the monitoring;

- locations where samples are collected, including any determination regarding substantially identical discharge points;

- The name, if applicable, of the separate storm sewer system to which the stormwater conveyance, outfall and/or runoff discharges, and whether or not the site discharges within 500 feet of a tidal wetland.

- Name of receiving surface water(s), watershed(s) or waterbody(s) (including waterbody ID number which can be identified at https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-Classification-Maps of which the permittee discharges and indication of whether or not a receiving stream is listed as an impaired water, with or without a TMDL, and including identification of the impairment in the most recent State of Connecticut Integrated Water Quality Report or identification of the receiving stream as a high quality water by the Commissioner as defined in the Connecticut Water Quality Standards.

- parameters for sampling and the frequency of sampling for each parameter;

- schedules for monitoring at the facility;

- any numeric control values (benchmark thresholds, effluent limitations guidelines, TMDL-related requirements, or other requirements) applicable to stormwater discharges from each discharge point (benchmark thresholds and any applicable effluent limits are summarized in Sector-Specific Monitoring Tables in Section 7(j)); and

- procedures (e.g., logistics, laboratory to be used) for gathering stormwater monitoring data, as specified in Section 7(e).

(iv) Monitoring Program Schedules and Procedures

Monitoring schedules for each sector are listed in tables in Section 7(j). Monitoring procedures are listed in Section 7(e)(8). The permittee may copy monitoring table which lists the monitoring schedule and procedures (pursuant to Section 7(j)) adjusting only for any impaired waters monitoring requirements as needed. Any exemptions earned pursuant to Section 7(e), must be clearly indicated and list of required parameters must be adjusted accordingly.

(v) Monitoring Exceptions for Inactive and Unstaffed Facilities

If a permittee is invoking the exception for inactive and unstaffed facilities for indicator monitoring, benchmark monitoring or impaired waters monitoring, the permittee must include in their SWPPP a certification statement (Appendix F) as well as information to support this claim as required by Section 7(b)(14), 7(c)(2)(G)(iii), and Section 7(e).

(vi) Monitoring Program Documentation

(1) Discharge Monitoring Reports (DMRs)

This section of the SWPPP must contain the last five (5) years of the discharge monitoring reports (DMRs) for each discharge point monitored. If DMRs are stored electronically, the SWPPP must indicate this location in the SWPPP and make them available upon request.

(2) Monitoring Records

For each measurement or sample taken pursuant to the requirements of this general permit, the discharger must maintain records of the following information:

- the place, date, and time of sampling and the time the discharge started;

- the person(s) collecting samples;

- the dates and times the analyses were initiated;
- the person(s) or laboratory that performed the analyses;
- the analytical techniques or methods used; and
- the results of all analyses.

(3) Deviations from Monitoring Schedule

This section of the SWPPP must describe any deviations from the schedule for visual assessments (Section 7(d)(2)) and/or outfall monitoring (Section 7(e)), and the reason for the deviations (e.g., adverse weather or it was infeasible to collect samples within the first thirty (30) minutes of a qualifying storm event).

(4) Corrective Actions

This section of the SWPPP must describe any corrective action documentation required per Section 7(f). Examples include, but are not limited to, the following:

- documentation of any benchmark exceedances and the type of response to the exceedance employed, including the corrective action taken;
- documentation (including an affirmative determination from the Commissioner) that the exceedance was due to natural background pollutant levels;
- documentation (including an affirmative determination from the Commissioner) that benchmark monitoring can be discontinued because the exceedance was due to run-on;
- a documentation (including an affirmative determination from the Commissioner) that no further pollutant reductions were technologically available and economically practicable and achievable in light of best industry practice; and
- documentation (including an affirmative determination from the Commissioner) to support the conclusion that pollutants of concern are not expected to be present above natural background levels for discharges directly to impaired waters, and that such pollutants were not detected in the discharge or were solely attributable to natural background source.
- If a permittee is invoking the exception for inactive and unstaffed facilities for indicator monitoring, benchmark monitoring or impaired waters monitoring, the permittee must include in their SWPPP a certification statement (Appendix F) as well as information to support this claim as required by Section 7(b)(14), 7(c)(2)(G)(iii), and Section 7(e).

(G)  Certifications Contained in the SWPPP

The SWPPP must contain the following certifications as applicable:

(i)  Certification that the SWPPP Meets Permit Criteria (Appendix D)

For all permittees, the SWPPP must include certification that the SWPPP meets the criteria set forth in the General Permit for the Discharge of Stormwater Associated with Industrial Activity effective TBD. The official certification statement, in accordance with Section 5(d), can be found in Appendix D. This certification must be signed and dated by a professional engineer licensed to practice in the State of Connecticut or a Certified Hazardous Materials Manager. The language of the certification must not be altered, and the certification as well as supporting documentation must be included in the SWPPP. If significant changes are made to the site or to the SWPPP in accordance with Section 7(c), the SWPPP must be re-certified in accordance with this section.

(ii)    Certification of Non-stormwater Discharges (Appendix E)

For all permittees, the SWPPP must include certification that the stormwater discharge(s) from the site consist only of stormwater, or of stormwater combined with wastewater authorized by an effective permit issued under section 22a-430 or section 22a-430b of the Connecticut General Statutes, including the provisions of this general permit, or of stormwater combined with any of the authorized non-stormwater discharges described in Section 7(b)(11)(A) provided they do not contribute to a violation of water quality standards. The official certification statement, in accordance with Section 5(d), can be found in Appendix E. This certification must be signed and dated by a qualified professional as described in Section 7(c)(1)(A) and Section 2 (Definitions). The language of the certification must not be altered, and the certification as well as supporting documentation must be included in the SWPPP.

Supporting documentation must include any details about potential sources of non-stormwater at the site, a description of the results of any test and/or evaluation for the presence of non-stormwater discharges, the evaluation criteria or testing method used, the date of any testing and/or evaluation, and the on-site drainage points that were directly observed during the test (see also Section 7(c)(2)(C)(iii)).

If significant changes are made to the site or to the SWPPP, the SWPPP must be re-certified.

(iii)    Certification of an Inactive or Unstaffed Facility (Appendix F)

For permittees who wish to invoke monitoring or inspection exemptions for inactive or unstaffed sites, the permittee must email DEEP.StormwaterStaff@ct.gov to request an affirmative determination from the Commissioner that the facility meets requirements for such exemptions.

The permittee must also include a certification statement pursuant to 7(c)(2)(G)(iii) indicating that the site is inactive and unstaffed, and that there are no industrial materials or activities exposed to stormwater as well as supporting documentation. Supporting documents must address requirements to conduct routine facility inspections (Section 7(d) and monitoring (Section 7(e), respectively). The official certification statement, in accordance with Section 5(d), can be found in Appendix F. This certification must be signed and dated by a qualified professional as described in Section 7(c)(1)(A) and Section 2 (Definitions). The language of the certification must not be altered, and the certification as well as supporting documentation and affirmative determination from the Commissioner must be included in the SWPPP.

If circumstances change and industrial materials or activities become exposed to stormwater or the facility becomes active and/or staffed, exceptions no longer apply and the permittee must immediately resume the requirements of the general permit (e.g., inspections, monitoring, etc.) and submit a notification to the Commissioner by emailing DEEP.StormwaterStaff@ct.gov.

(iv)    Certification of an Engineered Stormwater Discharge System

Any evaluation, construction, or modification of the design of an engineered stormwater drainage system, as defined in the Connecticut Stormwater Quality Manual, requires certification by a Professional Engineer. The certification and supporting documentation must be kept in the SWPPP. The official certification statement must be written in accordance with Section 5(d).

(v)    Any Additional Certifications

Any additional certifications and supporting documentation must be kept in the SWPPP. Official certification statements must be written in accordance with Section 5(d).

(vi)  Additional Permits

The permittee should identify in their SWPPP any additional permits for discharges generated on site not authorized by this permit. Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

Where stormwater is commingled with discharges authorized by another permit, the permittee must identify the location for such commingled discharge in the SWPPP. If the permittee is able to certify, consistent with Section 5(d), that a particular discharge composed of commingled stormwater and non-stormwater is authorized under a separate permit, and that permit subjects the non-stormwater portion to effluent limitations prior to any commingling, the permittee must retain such certification with their SWPPP. This certification must identify the non-stormwater discharges, the applicable permit(s), the effluent limitations placed on the non-stormwater discharge by the permit(s), and the points at which the limitations are applied.

(H)  Additional Documentation Requirements

The permittee is also required to keep in the SWPPP the following documentation:

- a copy of the registration submitted to DEEP along with any correspondence exchanged between the permittee and DEEP specific to coverage under this permit;
- a copy of the Authorization Letter the permittee receives from DEEP assigning a permit number (this letter will be sent by email after the NOI is approved);
- a copy of this permit (an electronic copy easily available to SWPPP personnel is also acceptable);
- documentation regarding Coastal Consistency Review (if applicable during registration);
- documentation regarding Natural Diversity Data Base (if applicable during registration);
- documentation regarding Conservation or Preservation Restriction Information (if applicable during registration);
- any other documentation regarding corrective action as required in Section 7(f); and
- any other documentation as required in sector-specific requirements Section 7(j).
- Signatory Requirements

(I)  Future Construction

Any construction activity that disturbs greater than one acre must be conducted in accordance with the General Permit for the Discharge of Stormwater and Dewatering Wastewaters from Construction Activities (as amended). All construction activities, regardless of size, shall comply with the 2002 Connecticut Guidelines for Soil Erosion and Sediment Control during construction and the 2004 Connecticut Stormwater Quality Manual for the design and implementation of postconstruction stormwater management measures. In addition, the permittee shall avoid, wherever possible, the use of copper or galvanized roofing or building materials for any new building construction where these materials will be exposed to stormwater.

(J)  Signatory Requirements

The SWPPP must be signed as follows:

- for a corporation, by a responsible corporate officer or a duly authorized representative thereof, as those terms are defined in section 22a-430-3(b)(2) of the Regulations of Connecticut State Agencies.
- for a municipality, state, federal, or other public agency, by either a principal executive officer or a ranking elected official, as those terms are defined in section 22a-430-3(b)(2) of the Regulations of Connecticut State Agencies.

- for a partnership or a sole proprietorship, by a general partner or the proprietor, respectively.

**7(c)(3)** *Deadlines for Plan Preparation and Compliance*

For any stormwater discharges associated with industrial activity initiated after the effective date of this general permit, the SWPPP must be prepared and submitted along with the registration pursuant to Section 4(c) at least sixty (60) days prior to commencing the industrial activity. The permittee must perform all actions required by the SWPPP upon obtaining permit coverage and must maintain compliance with the SWPPP thereafter.

**7(c)(4)** *SWPPP Availability*

The permittee must retain a complete copy of their current SWPPP required by this permit at the facility in any accessible format. A complete SWPPP includes any documents incorporated by reference and all documentation supporting permit eligibility pursuant to Section 3 of this permit, as well as the signed and dated certification page.

(A)    Making the SWPPP Available to the Commissioner, EPA, MS4 Operator, etc.

Regardless of the format, the SWPPP must be immediately available to facility employees, the Commissioner, the EPA, the operator of an MS4 into which the permittee discharges, at the time of an on-site inspection.

(B)    Making the SWPPP Available to the Public

The current SWPPP or certain information from the current SWPPP described below must also be made available to the public (or restricted information (e.g., trade secrets). The permittee must comply with the public availability requirements for the SWPPP by attaching the SWPPP to the registration. The permittee is not required to post any restricted information (such information may be redacted), but the permittee must clearly identify those portions of the SWPPP that are being withheld from public access. Restricted information may not be withheld from those staff cleared for permit review within DEEP.

The permittee may attach a copy of their SWPPP, and any SWPPP modifications, records, and other reporting elements that must be kept with their SWPPP, to their registration in the NPDES eReporting Tool for the Multi-Sector General Permit (NeT-MSGP) (see also Section 3(c)).

(C)    Justification for Redaction

The current SWPPP or certain information from the current SWPPP described below must also be made available to the public. If the registrant claims that certain elements of their SWPPP constitute a trade secret or are otherwise exempt from the disclosure requirements of the state Freedom of Information Act (section 1-210 et seq of the Connecticut General Statutes, also called FOIA) as specified in that Act, they shall follow the procedures provided in the registration form instructions for this general permit regarding information subject to FOIA requirements. The process of complying with the FOIA requirements does not exempt the registrant from the registration and SWPPP preparation and submittal deadlines in Sections 4(a) and 7(c)(3) of this general permit. A justification for redaction must be uploaded with the SWPPP in such cases.

**7(c)(5)** *Keeping the SWPPP Current*

The permittee must amend the SWPPP whenever:

- there is a change at the site which has an effect on the potential to cause pollution of the surface waters of the state;
- the actions required by the SWPPP fail to ensure or adequately protect against pollution of the surface waters of the state;
- the Commissioner requests modification of the SWPPP;

- the permittee is notified that they are subject to requirements because the receiving water to which the industrial activity discharges has been designated as impaired under Section 303(d) of the Clean Water Act and as identified in the most recent State of Connecticut Integrated Water Quality Report;

- the permittee is notified that a TMDL to which the permittee is subject has been established for the stormwater receiving water;

- necessary to address any significant sources or potential sources of pollution identified as a result of any inspection or visual monitoring; or

- required as a result of monitoring benchmarks or effluent limitations in "Monitoring" (Section 7(e));

- required corrective actions are being implemented (Section 7(f) and Appendix G).

The SWPPP must be amended, and all actions required by the SWPPP must be completed, within one hundred twenty (120) days (or within another interval as may be specified in this general permit or as may be approved in writing by the Commissioner) of the date the permittee becomes aware or should have become aware that any of the conditions listed above have occurred.

If significant changes are made to the site or to the SWPPP in accordance with Section 7(c), the SWPPP must be re-certified in accordance with the "Non-Stormwater Discharges" (Section 7(b)(11)) and "SWPPP Certification" (Section 7(c)(2)(G)) sections of this general permit, by a Qualified Professional as defined in Section 2. The permittee must maintain compliance with the SWPPP thereafter.

*7(c)(6)*    *Failure to Prepare or Amend the SWPPP*

In no event shall failure to complete or update a SWPPP in accordance with the "Development of the SWPPP and General Requirements" (Section 7(c)(1)) and "Keeping Plan Current" (Section 7(c)(5)) sections of this general permit relieve a permittee of responsibility to implement actions required to protect the surface waters of the state, complete any actions that would have been required by the SWPPP, and to comply with all conditions of this general permit.

***Section 7(d)***   ***Inspections and Assessments***

This general permit requires three types of inspections/assessments: monthly routine site inspections, quarterly visual assessments of water quality, and semi-annual comprehensive site inspections. Inspections must be performed by qualified personnel (as defined in Section 2). Inspectors must consider the results of visual and analytical monitoring (Section 7(e)) for the past year when planning and conducting inspections.

*7(d)(1)*   *Monthly Routine Inspections*

(A)   Routine Inspection Areas

During normal facility operating hours, the qualified personnel must conduct inspections of areas of the facility covered by the requirements in this permit, including, but not limited to, the following:

- Areas where industrial materials or activities are exposed to stormwater;
- Areas identified in the SWPPP and those that are potential pollutant sources (Section 7(c)(2)(C));
- Areas where spills and leaks have occurred in the past three years;
- Stormwater discharge points; and
- Control measures used to comply with the effluent limits contained in this permit.

(B)   Routine Inspection Frequency

Routine inspections must be conducted at least monthly. Increased frequency may be specified in Section 7(j) Sector-Specific Requirements for some types of equipment, processes and stormwater control measures, or areas of the facility with significant activities and materials exposed to stormwater.

(C)   Routine Inspection Procedure

At least once each calendar year, the routine inspection must be conducted during a period when a stormwater discharge is occurring. If such discharge locations are inaccessible, the permittee must inspect nearby downstream locations.

Such inspections shall, at a minimum, include the following:

- Industrial materials, residue or trash that may have or could come into contact with stormwater;
- Leaks or spills from industrial equipment, drums, tanks and other containers;
- Offsite tracking of industrial or waste materials, or sediment where vehicles enter or exit the site;
- Tracking or blowing of raw, intermediate, final or waste materials from areas of no exposure to exposed areas;
- Erosion of soils at the facility, channel and streambank erosion and scour in the immediate vicinity of discharge points;
- Non-authorized non-stormwater discharges;
- Control measures needing replacement, maintenance, or repair;
- During an inspection occurring during a stormwater event or stormwater discharge, the permittee must observe control measures implemented to comply with effluent limits to ensure they are functioning correctly; and
- The permittee must also observe discharge points, as defined in Section 2, during this inspection.

- If performing an inspection for an inactive or unstaffed site, the qualified personnel must ensure that appropriate inactive site controls are in place according to Section 7(b)(14) and any additional Sector-Specific requirements in Section 7(j).

**7(d)(2)   *Quarterly Visual Assessment of Stormwater Discharges***

(A)   Visual Assessment Sites

The permittee must conduct visual assessments at all discharge points that are subject to monitoring. If the facility has two or more discharge points that discharge substantially identical stormwater effluents, as documented in Section 7(c)(2)(F), the permittee may conduct quarterly visual assessments of the discharge at the representative discharge point. The assessment report must indicate which other discharges are represented by each representative discharge. Permittees must conduct visual assessments on a rotating basis of each SIDP throughout the period.

(B)   Visual Assessment Frequency

The permittee must conduct visual assessments once each quarter for the entire permit term. For monitoring purposes, quarters will begin on January 1, April 1, July 1, and October 1.

(C)   Visual Assessment Procedure

(1) The permittee must make the assessment of a stormwater discharge sample in a clean, colorless glass or plastic container, and examine it in a well-lit area as soon as possible after collecting the sample;

(2) The permittee must make the assessment of the sample they collected within the first 30 minutes of an actual discharge from a storm event. If it is not possible to collect the sample within the first 30 minutes of discharge, the sample must be collected as soon as it is feasible to do so after the first 30 minutes and the permittee must document why it was not possible to take the sample within the first 30 minutes. In the case of snowmelt, samples must be taken during a period with a measurable discharge and qualifying storm event; and

(3) The permittee must make the assessment on discharges from a qualifying storm event that occurs at least 72 hours (three days) from the previous discharge.

(4) The permittee must visually inspect or observe for the following water quality characteristics, which may be evidence of stormwater pollution:

- Color;
- Odor;
- Clarity (diminished);
- Floating solids;
- Settled solids;
- Suspended solids;
- Foam;
- Oil sheen; and
- Other obvious indicators of stormwater pollution.

(5) Whenever the visual assessment shows evidence of stormwater pollution in the discharge, the permittee must initiate the corrective action procedures in Section 7(f)(3)(H).

**7(d)(3)   *Semi-annual Comprehensive Inspection***

(A)   Comprehensive Inspections

During normal facility operating hours, the permittee must conduct inspections of areas of the facility covered by the requirements in this permit and identified in the SWPPP including (but not limited to) the areas listed in this subsection.

Drainage areas

Buildings, structures, permanent cover, and impervious area

Control measures used to comply with the effluent limits contained in this permit (section 7(b))

Structural control measures:

- Integrity of liquid and wastewater containment systems (section 7(b)(3));
- Need for preventative maintenance (Section 7(b)(9)); and
- The use of best engineering practices (as defined in Section 2).

Non-structural stormwater control measures:

- Cleanliness
- Materials handling and storage
- Dumpster maintenance and control
- Loading dock protection
- Floor drains
- Roof area protection
- Plastic Materials requirements

Stormwater Management Systems (Section 7(b)(10)):

- Stormwater conveyances (e.g., channels, gutters, or open-top box culverts).
- Stormwater systems to manage run-off.
- Stormwater systems to manage run-on.
- Infiltration BMPs

Stormwater discharge points (include all SIDPs)

Areas where industrial materials or activities are exposed to stormwater:

Vehicle and equipment fueling, maintenance, cleaning, and storage areas

De-icing material storage areas

Industrial materials storage areas

Materials handling activities areas

Other areas where industrial activity has taken place

Areas identified in the SWPPP and those that are potential pollutant sources (Section 7(c)(2)(C))

Spill prevention and response procedures (e.g., presence of spill kits and dry clean-up methods)

Resilience measures (section 7(b)(14))

(B)   Comprehensive Site Inspection Frequency

Comprehensive inspections must be conducted at least semiannually and during a rainfall event if possible. Increased frequency may be specified in Section 7(j) Sector-Specific Requirements for some types of equipment, processes and stormwater control measures, or areas of the facility with significant activities and materials exposed to stormwater.

(C)   Comprehensive Site Inspection Procedure

In addition to the procedure presented for routine monitoring in Section 7(d)(1)(C), the permittee must also do the following during a comprehensive site inspection:

(1)   Make a visual inspection of material handling areas, and material storage ears, and other potential sources of pollution identified in the SWPPP for evidence of, or the potential for, pollutants entering the stormwater drainage system.

(2)   Determine whether structural stormwater management measures, erosion control measures, control measures and other structural pollution prevention measures identified in the SWPPP are implemented and maintained in accordance with best engineering

practices, manufacturer's specifications, and the Connecticut Stormwater Quality Manual.

(3) Inspect the integrity and functionality of stormwater treatment systems (e.g., oil-water separators).

(4) Inspect infiltration practices used in the treatment of stormwater to ensure that they are not causing pollution to groundwater.

(5) Inspect the implementation and integrity of structural improvements, enhanced/resilient pollution prevention measures, and other mitigation measures that are intended to minimize impacts from stormwater discharges from major storm events such as hurricanes, storm surge, extreme/heavy precipitation.

(6) Review required documentation in the SWPPP semi-annually to confirm compliance with Section 7(c).

(7) Review monitoring results to determine if new control measures are required to be implemented in accordance with corrective actions in schedule in Section 7(f).

*7(d)(4)    Inspection Reports*

The permittee must document the findings of routine inspections, quarterly visual assessments, and semi-annual comprehensive site inspections in a report and maintain these reports with the SWPPP as required in Section 7(c)(2)(E)(v) for a period of 5 years. The reports must be kept on-site and accessible, either physically or electronically. The permittee should not submit the facility inspection report (routine, quarterly or comprehensive) to DEEP, unless specifically requested to do so. However, the permittee must summarize their findings in the annual report per Section 7(g)(4). Reports must include the following minimum information:

(A)   General Information

(1) The inspection date and time.

(2) The name(s), title, and signature(s) of the inspector(s) (identify which inspector(s) are members of the pollution prevention team).

(3) Weather at the time of the inspection

(B)   Monthly Routine and Semi-Annual Comprehensive Reports

Routine and comprehensive site inspections must include observations relating to the implementation of control measures at the facility, including:

(1) Description of any discharges occurring at the time of the inspection.

(2) Observation and evaluation of good housekeeping measures.

(3) Any previously unidentified discharges from and/or pollutants at the site.

(4) Any evidence of, or the potential for, pollutants entering the drainage system.

(5) Observations regarding the physical condition of and around all outfalls, including any flow dissipation devices, and evidence of pollutants in discharges and/or the receiving water.

(6) Any control measures needing maintenance, repairs, or replacement.

(7) Any additional control measures needed to comply with the permit requirements.

(C)   Quarterly Visual Assessments

Quarterly visual reports must include the information listed in Section 7(d)(2) for each discharge point assessed (e.g., color, odor, etc.).

(D)   Incidents of Noncompliance

Permittees must record incidents of noncompliance in their SWPPP. For incidents of noncompliance that constitute a permit violation, notification to the Commissioner of shall be

submitted via WPED's Online Noncompliance Reporting web-based platform (See Section 7(g)).

(E) Corrective Actions

A written set of tracking or follow-up procedures must be used to ensure that appropriate actions are taken in response to these inspections and assessments. The inspection report must identify whether any corrective action was taken in accordance with Section 7(f) and Appendix G of this permit.

(F) Certification Statement

All inspection reports must be appended with the printed name, signed name, and date of the qualified person or personnel performing the inspection. Any comprehensive reports submitted to the Commissioner must contain a statement that is signed and certified in accordance with Section 5(d).

*7(d)(5)    Exceptions to Inspections or Assessments*

(A) Adverse Weather Conditions

This exception applies only to quarterly visual assessments.

When adverse weather conditions prevent the collection of stormwater discharge sample(s) during the quarter, the permittee must take a substitute sample during the next qualifying storm event. Documentation of the rationale for no visual assessment for the quarter must be included with the SWPPP records. Adverse conditions are those that are dangerous or create inaccessibility for personnel, such as local flooding, high winds, electrical storms, or situations that otherwise make sampling impractical, such as extended frozen conditions.

(B) Areas that Receive Snow

This exception applies only to quarterly visual assessments.

If the facility is in an area that typically receives snow and the facility receives snow at least once over a period of four quarters, at least one quarterly visual assessment must capture snowmelt discharge, if feasible.

(C) Substantially Identical Discharge Points (SIDP)

This exception applies only to quarterly visual assessments.

If the facility has two or more discharge points that discharge substantially identical stormwater effluents, as documented in Section 7(c)(2)(F), the permittee may conduct quarterly visual assessments of the discharge at just one of the discharge points and report that the results also apply to the SIDPs provided that the permittee conducts visual assessments on a rotating basis of each SIDP throughout the period of their coverage under this permit. If stormwater contamination is identified through visual assessment conducted at a SIDP, the permittee must assess and modify their stormwater control measures as appropriate for each discharge point represented by the monitored discharge point.

(D) Inactive and Unstaffed Facilities

This subsection notes general waivers for inspections for inactive or unstaffed facilities. If different sector-specific inspection requirements are stipulated for inactive or unstaffed facilities in Section 7(j), then those requirements supersede this general subsection.

In general, the requirement for monthly routine inspections, quarterly visual assessments, and semi-annual comprehensive inspections do not apply at a facility that is inactive and unstaffed if there are no industrial materials or activities exposed to stormwater. Such a facility is only required to conduct an annual routine site inspection in accordance with Section 7(d)(1).

To invoke this exception, the permittee must maintain a statement in the SWPPP per Section 7(c) indicating that the site is inactive and unstaffed, and that there are no industrial materials or activities exposed to stormwater, in accordance with the substantive requirements in 40 CFR 122.26(g)(4)(iii). The statement must be signed and certified in accordance with Appendix F and Section 5(d). The permittee must also indicate the change in status electronically by emailing DEEP.StormwaterStaff@ct.gov.

If circumstances change and industrial materials or activities become exposed to stormwater or the facility becomes active and/or staffed, this exception no longer applies, and the permittee must immediately resume inspection requirements.

If the permittee is not qualified for this exception at the time they are authorized under this permit, but during the permit term they become qualified because the facility becomes inactive and unstaffed, and there are no industrial materials or activities that are exposed to stormwater, then the permittee must include the same signed and certified statement as above and retain it with their records pursuant to Section 7(c).

Inactive and unstaffed facilities authorized under Sector J (Non-Metallic Mineral Mining and Dressing), are not required to meet the "no industrial materials or activities exposed to stormwater" standard to be eligible for this exception from quarterly visual assessments.

***Section 7(e)***     ***All Monitoring Requirements***

All permittees must conduct stormwater outfall monitoring under this general permit. This permit includes six types of required analytical monitoring, one or more of which may apply to a stormwater discharge. Monitoring procedures, frequencies, and parameters required of certain permittees depend upon the nature of their industrial activity, the levels of pollutants in their stormwater discharge, and the nature of the receiving waters to which they discharge. Table 2 summarizes each type of monitoring requirement in this permit.

Monitoring must commence the first full semi-annual period after the date of discharge authorization (see Section 7(g)(3) for reporting schedules).

If the permit is administratively continued, monitoring requirements remain in force and effect at their original frequency during any continuance for operators that were permitted prior to permit expiration.

| Table 2. Summary of Monitoring Types | | | | | |
|---|---|---|---|---|---|
| **Monitoring Type** | **Thresholds or Limits** | **Applies To** | **Frequency** | **Duration** | **Follow-up Action** |
| **Benchmark Monitoring** | Yes | All Sectors | Semiannually[2] | Until Exemption Criteria are Met | Refer to Section 7(f)(3)(A) |
| **Additional Monitoring** | No | A, C, D, E, F, J, M, N, O, P, Q, R, S, AE, AF | Refer to Section 7(j) | Refer to Section 7(j) | None |
| **Effluent Limitations Guidelines (ELG)** | Yes | A, D, E, J, K, L, S | Annually | Entire Permit Term | Refer to Section 7(f)(3)(B) |
| **Aquatic Toxicity** | No | All Sectors | Annually | Once in the 1st year of permit term | If Required by the Commissioner |
| **303d Monitoring** | Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges[1] | All permittees discharging to an impaired water without an applicable TMDL or any waterbody associated with a TMDL or Waters Included in Pollution Control Strategy Developed by CT DEEP | Annually | Entire Permit Term | If Required by the Commissioner |
| **Other Monitoring, as Required by the Commissioner** | | | Refer to Section 7(e)(6) | | |

[1]Refer to the Connecticut DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress.
[2]Sector M (Automobile Salvage Yards) and Sector N (Scrap Recycling and Waste Recycling Facilities) have quarterly benchmark monitoring schedules for the parameters iron, mercury, and aluminum. Sector O (Steam Electric Generating Facilities) has a quarterly benchmark monitoring schedule for the parameter iron.

7(e)(1)    *Benchmark Monitoring Parameters for All Sectors*

This permit specifies benchmark thresholds for the parameters summarized in Table 3. Permittees must monitor any applicable stormwater discharge for the benchmark parameters specified for their industrial sector(s), both primary industrial activity and any co-located industrial activities, listed in Table 3 and summarized in in "Sector-Specific Monitoring Requirements" in Section 7(j). The benchmark thresholds are not effluent limitations; a benchmark exceedance, therefore, is not a permit violation. However, if a benchmark exceedance triggers Corrective Actions in Section 7(f), failure to conduct any required measures is a permit violation.

If the permit is administratively continued, benchmark monitoring requirements remain in force and effect at their original frequency during any continuance for operators that were permitted prior to permit expiration.

| Table 3. Summary of Benchmark Monitoring Parameters and Applicable Sectors | | |
|---|---|---|
| **Parameter** | **Threshold (units)** | **Applicable Sectors** |
| Chemical Oxygen Demand | 75 mg/l | All Sectors |
| Total Oil and Grease | 5 mg/L | All Sectors except Sector AG |
| pH | 5.0 - 9.0 s.u. | All Sectors |
| Total Suspended Solids | 90 mg/L | All Sectors |
| Nitrate as Nitrogen | 1.10 mg/L | All Sectors |
| Total Phosphorus | 0.40 mg/L | All Sectors |
| Total Kjeldahl Nitrogen | 2.30 mg/L | All Sectors |
| Total Copper | 0.059 mg/L | All Sectors except Sectors Q[2], R[2], and AG |
| Total Lead | 0.076 mg/L | All Sectors except Sector AG |
| Total Zinc | 0.160 mg/L | All Sectors except Sector AG |
| Ammonia | 2.14 mg/L | Sector K |
| Total Aluminum | 0.750 mg/L | Sectors C, E, J, F, M[1], N[1], Q, AA |
| Total Arsenic | 0.15 mg/L | Sectors A, K |
| Total Cadmium | 0.0018 mg/L | Sectors K |
| Total Cyanide | 0.022 mg/L | Sectors K |
| Total Iron | 1.0 mg/L | Sectors L, M[1], N[1], O[1], Q |
| Total Mercury | 0.0014 mg/L | Sectors K, M[1], N[1] |
| Total Selenium | 0.0015 mg/L | Sector K |
| Total Silver | 0.0032 mg/L | Sector K |

[1]Sectors M, Sector N, and Sector O are required to report quarterly until requirements for the benchmark monitoring exemption are met.

[2]Facilities monitoring under the requirements of this sector shall not be subject to the Benchmark requirements for total copper. These facilities must monitor semiannually for total copper for the entire term of the permit.

(A)    Schedule for Benchmark Monitoring

Stormwater outfall monitoring for benchmark thresholds shall be conducted semiannually (unless an alternate frequency is specified in "Sector-specific Requirements" (see Section 7(j)).

- The two (2) semiannual monitoring periods are from January 1st to June 30th and from July 1st to December 31st. Semi-annual monitoring events shall be separated by at least 30 days.

- The four (4) quarterly monitoring periods are from January 1st to March 30th, April 1st to June 30th, July 1st to September 30th, and October 1st to December 31st.

(B)    Discharge Points for Benchmark Monitoring

Applicable benchmark monitoring requirements apply to each discharge point authorized by this permit, except as otherwise exempt from monitoring as substantially identical discharge points (SIDPs).

(C)    Laboratory Methods for Benchmark Parameters

To determine compliance with limits and conditions established in this permit, monitoring must be performed using sufficiently sensitive methods approved pursuant to 40 CFR 136 for the analysis of pollutants having approved methods under that part, unless a method is required under 40 CFR subchapter N or an alternative method has been approved in writing pursuant to 40 CFR 136.5.

All metals analyses identified in this permit shall refer to analyses for Total Recoverable Metal as defined in 40 CFR 136, unless otherwise specified.

(D)    Data Reporting for Benchmark Parameters

The permittee must report monitoring data using NetDMR, EPA's electronic discharge monitoring report (DMR) tool, according to the schedule in Section 7(g) Table 10 (unless the Commissioner grants the permittee a waiver from electronic reporting). In the event that monitoring results are unable to be electronically reported in NetDMR, a waiver must be requested and upon approval the permittee must submit a scanned PDF of the DMR form to DEEP.StormwaterStaff@ct.gov and maintain monitoring results and records within their SWPPP.

(E)    Exemptions for Benchmark Monitoring

    (i)    Average Monitoring Data Below Thresholds

If the average of four (4) consecutive measurements for a parameter does not exceed the benchmark threshold, the permittee earns a temporary monitoring exemption for that parameter and can discontinue monitoring for that parameter for a maximum of two years. The permittee should note:

- If laboratory data for a given parameter is less than the method detection limit, the permittee may report half the value of the detection limit of the analyzing laboratory.

- If laboratory data for a given parameter is between the method detection level and the reporting level (i.e., a confirmed detection but below the level that can be reliably quantified), the permittee may report half the value of the reporting level of the analyzing laboratory.

    (ii)    pH Exemption

An exemption for sample pH cannot be earned until exemptions for all other parameters are met.

    (iii)    "Run-on" Entering from Off-site and Natural Backgrounds Pollutant Levels

If an exceedance for a benchmark threshold is attributable solely to the presence of that pollutant in "run-on" entering from off-site or natural background pollutant levels, the permittee is not required to perform corrective action or additional benchmark monitoring (Section 7(e)(7)(A)).

    (iv)    Inactive and Unstaffed Facilities

The requirement for benchmark monitoring does not apply at a facility that is inactive and unstaffed, provided that there are no industrial materials or activities exposed to stormwater (Section 7(e)(7)(B)).

    (v)    Maximum Period of Exemption

Facilities may qualify for benchmark exemptions for a maximum of two (2) years at a time.

(F) Exceedances of Benchmark Thresholds

Benchmark monitoring data are primarily for use by the permittee to determine the overall effectiveness of stormwater control measures and to assist in determining when additional action(s) may be necessary to meet the benchmark thresholds and to comply with the effluent limitations guidelines in Section 7(e)(3) (if applicable). The benchmark thresholds are not effluent limits; a benchmark exceedance, therefore, is not a permit violation. For this permit, corrective actions after a benchmark exceedance occur only if the following are true:

- The average value of four consecutive semiannual samples for a parameter exceeds the benchmark threshold for that parameter; or

- Fewer than four semiannual samples are collected, but a single sample or the sum of samples exceeds the benchmark threshold by more than four times that parameter's threshold (i.e., the measured value is mathematically certain to exceed the four-event average).

If benchmarks thresholds are exceeded according to the above criteria, corrective action is required. Failure to conduct any required corrective actions is a permit violation.

(G) Corrective Action Based on Benchmark Exceedances

The schedule for corrective actions is noted in Section 7(f)(1) and levels for Corrective Action Measures (CAMs) are noted in Section 7(f)(2). Specific guidance for benchmark exceedances is noted in Section 7(f)(3)(A). Appendix H provides guidance for determining whether a corrective action is needed after a benchmark exceedance.

(H) Explanation of Benchmark Thresholds

Benchmark thresholds are based on state and federal standards. Details can be found in the corresponding section of the fact sheet.

Regardless of the benchmarks, discharge monitoring data or other site-specific information may demonstrate that a discharge is not protective of water quality. In such a case, the Commissioner may require additional measures to reduce the discharge of pollutants for any discharge specifically found to be causing or contributing to an exceedance of Water Quality Standards in the receiving water (see Section 7(f)(3)(E)).

*7(e)(2)    Additional Monitoring Parameters for Certain Sectors*

This permit specifies additional monitoring for certain sectors for the parameters summarized in Table 4. Permittees must monitor any applicable stormwater discharge for the additional monitoring parameters specified for their industrial sector(s), both primary industrial activity and any co-located industrial activities, listed in Table 4 and summarized in "Sector-Specific Monitoring Requirements" in Section 7(j). The additional monitoring parameters are "report-only" and do not have thresholds or baseline values for comparison. Instead, additional monitoring is a permit condition. Thus, failure to conduct the required additional monitoring is a permit violation.

If the permit is administratively continued, additional monitoring requirements remain in force and effect at their original frequency during any continuance for operators that were permitted prior to permit expiration.

| Table 4. Summary of Additional Monitoring Parameters and Applicable Sectors | |
|---|---|
| **Parameter** | **Applicable Facilities** |
| Ammonia | Applies only to Sector J that conduct blasting |
| | Applies only to Sector S facilities conducting aircraft de-icing utilizing urea |
| Total Arsenic | Applies to all Sector E facilities |
| | Applies to all Sector J facilities |
| Chloride | Applies to all Sector AE facilities; Applies only to Sector AF facilities with Incidental Solid De-Icing Material Storage |
| Cyanide | Applies to all Sector AE facilities; Applies only to Sector AF facilities with Incidental Solid De-Icing Material Storage |
| Ethylene Glycol | Applies only to Sector S facilities conducting aircraft de-icing utilizing ethylene glycol |
| Propylene Glycol | Applies only to Sector S facilities conducting aircraft de-icing utilizing propylene glycol |
| Semivolatile Hydrocarbons | Applies to all Sector D facilities |
| | Applies to all Sector M facilities |
| | Applies to all Sector N facilities |
| Perchlorate | Applies only to Sector J that conduct blasting |
| Polychlorinated Biphenyls (PCBs) | Applies to all Sector N facilities |
| Polycyclic Aromatic Hydrocarbons (PAHs) | Applies only to Sector A facilities that manufacture, use, or store creosote or creosote-treated wood in areas that are exposed to precipitation |
| | Applies only to Sector C facilities with Petroleum Refining (SIC Code 2911) |
| | Applies only to Sector D facilities which process paving and roofing materials (SIC Code 2951, 2952), or miscellaneous products of petroleum and coal (SIC Code 2992, 2999) |
| | Applies to all Sector F facilities |
| | Applies to all Sector O facilities |
| | Applies only to Sector P facilities with Railroad Transportation (SIC Code 4011, 4013) or Petroleum Bulk Stations and Terminals (SIC Code 5171) |
| | Applies to all Sector Q facilities |
| | Applies to all Sector R facilities |
| | Applies to all Sector S facilities |

(A)  Schedule for Additional Monitoring

The monitoring schedule for additional parameters are determined by industrial sector. Sector-specific monitoring table in Section 7(j) provide the details for monitoring schedules.

(B)  Discharge Points for Additional Monitoring

Applicable benchmark monitoring requirements apply to each discharge point authorized by this permit, except as otherwise exempt from monitoring as substantially identical discharge points (SIDPs).

(C)  Laboratory Method for Additional Parameters

All samples shall be collected, handled, and analyzed in accordance with the methods approved under 40 CFR 136, unless another method is required under 40 CFR subchapter N or unless an alternative method has been approved in writing pursuant to 40 CFR 136.

   (i)   Polycyclic Aromatic Hydrocarbons (PAHs)

Monitoring is required for the 16 individual PAHs identified at Appendix A to 40 CFR Part 423: naphthalene, acenaphthylene, acenaphthene, fluorene, phenanthrene, anthracene, fluoranthene, pyrene, benzo[a]anthracene, chrysene, benzo[b]fluoranthene, benzo[k]fluoranthene, benzo[a]pyrene, benzo[g,h,i]perylene, indeno[1,2,3-c,d]pyrene, and dibenz[a,h]anthracene. Samples must be analyzed using EPA Method 625.1, or EPA Method 610/Standard Method 6440B if preferred by the operator, consistent with 40 CFR Part 136 analytical methods.

   (ii)   Semi-volatile Hydrocarbons

Analysis of this parameter shall be conducted using EPA Method 625.

(D)   Data Reporting for Additional Parameters

The permittee must report additional monitoring data using NetDMR, EPA's electronic DMR tool, as described in Section 7(g) (unless the Commissioner grants the permittee a waiver from electronic reporting). In the event that monitoring results are unable to be electronically reported in NetDMR, the permittee must submit a scanned PDF of the DMR form and maintain monitoring results and records within their SWPPP.

(E)   Exemptions for "Report-Only" Additional Monitoring

   (i)   No Data Based Exemptions

The additional monitoring parameters are "report-only" and do not have thresholds or baseline values for comparison, therefore no exemptions can be earned.

   (ii)   "Run-on" Entering from Off-site and Natural Background Pollutant Levels

The additional monitoring parameters are "report-only" and do not have thresholds or baseline values for comparison, therefore no exemptions can be earned based on off-site and natural background pollutant levels (Section 7(e)(7)(A)).

   (iii)   Inactive and Unstaffed Facilities

The requirement for additional monitoring does not apply at a facility that is inactive and unstaffed, provided that there are no industrial materials or activities exposed to stormwater (Section 7(e)(7)(B)).

(F)   Exceedances of "Report-Only" Additional Monitoring Parameters

Because additional monitoring parameters are "report-only" and have neither thresholds nor numeric limitations, there are no exceedances for additional monitoring parameters. Additional monitoring parameters are intended to provide the permittee and the Commissioner with a baseline and comparable understanding of industrial stormwater discharge quality and potential water quality problems.

(G)   Corrective Actions Based on "Report-Only" Additional Monitoring Data

The indicator monitoring parameters are "report-only" and do not have thresholds or baseline values for comparison, therefore no follow-up action is triggered or required under this part. However, the requirement in Section 7(a)(5) that the stormwater discharge be controlled as necessary such that the receiving waters of the state will meet applicable water quality standards still applies. The permittee may find it useful to evaluate and compare additional monitoring data over time to identify any fluctuating values and why they may be occurring, and to further inform any revisions to the SWPPP or control measures (Section 7(b)) if necessary.

(H)   Explanation of Additional Monitoring Parameters

Additional monitoring parameters applicable to certain sectors can be conditional based on industrial activity or a sector-specific pollutant(s) of concern for a given industry. Details can be found in the corresponding section of the fact sheet.

**7(e)(3)**    *Effluent Limitations Guidelines ("ELGs") for Certain Sectors*

Table 5 identifies the stormwater discharges subject to Effluent Limitations Guidelines that are authorized for coverage under this permit. This section specifies that only the discharges from facilities subject to the stormwater-specific effluent limitations guidelines in Table 5 of the permit are eligible for coverage under this permit. All other stormwater and non-stormwater discharges subject to effluent limitations guidelines must be covered under any applicable alternate NPDES general permit or an individual NPDES permit.

Table 6 lists the effluent parameters, numeric effluent limitations for each parameter, and the relevant sectors. Numeric effluent limitations for those stormwater discharges subject to ELGs are also listed for each sector in Section 7(j).

An exceedance of the effluent limitation is a permit violation. If the permit is administratively continued, effluent limitations guidelines requirements remain in force and effect at their original frequency during any continuance for operators that were permitted prior to permit expiration.

**Table 5. Summary of Discharges with Effluent Limitations Guidelines**

| Sector | Regulated Activity | Refer to the Following for Numeric Limits |
|---|---|---|
| Sector A – Timber Products | Discharges resulting from spray down or intentional wetting of logs at wet deck storage areas | Section 7(j)(1) & 40 CFR Part 429, Subpart J |
| Sector D – Asphalt Paving and Roofing Materials Manufacturers and Lubricant Manufacturers | Runoff from asphalt emulsion facilities | Section 7(j)(4) & 40 CFR Part 443, Subpart A |
| Sector E – Glass, Clay, Cement, Concrete, and Gypsum Product Manufacturing | Runoff from material storage piles at cement manufacturing facilities | Section 7(j)(5) & 40 CFR Part 411, Subpart C |
| Sector J – Mineral Mining and Dressing | Mine dewatering discharges at crushed stone, construction sand and gravel, or industrial sand mining facilities | Section 7(j)(10) & 40 CFR Part 436, Subparts B, C, and D |
| Sector K – Hazardous Waste Treatment, Storage or Disposal Facilities | Runoff from hazardous waste landfills | Section 7(j)(11) & 40 CFR Part 445, Subpart A |
| Sector L – Landfills, Land Application Sites, and Open Dumps | Runoff from non-hazardous waste landfills | Section 7(j)(12) & 40 CFR Part 445, Subpart B |
| Sector S – Air Transportation Facilities | Runoff containing urea from airfield pavement de-icing at existing and new primary airports with 1,000 or more annual non-propeller aircraft departures. | Section 7(j)(19) & 40 CFR Part 449 |

[1]This discharge is not authorized by this general permit. See relevant section.

**Table 6. Summary of Effluent Limitations Guidelines Parameters and Applicable Sectors (continued next page)**

| Parameter | Limit (units) | Applicable Discharges in |
|---|---|---|
| Alpha Terpineol | 0.019 mg/L (monthly average maximum) | Sector K [Section 7(j)(11)] |
| | 0.042 mg/L (daily maximum) | Sector K [Section 7(j)(11)] |
| | 0.016 mg/L (monthly average maximum) | Sector L [Section 7(j)(12)] |
| | 0.033 mg/ L (daily maximum) | Sector L [Section 7(j)(12)] |
| Ammonia | 4.9 mg/L (monthly average maximum) | Sector K [Section 7(j)(11)] |
| | 10 mg/ L (daily maximum) | Sector K [Section 7(j)(11)] |
| | 4.9 mg/L (monthly average maximum) | Sector L [Section 7(j)(12)] |
| | 10 mg/ L (daily maximum) | Sector L [Section 7(j)(12)] |
| Ammonia as Nitrogen | 14.7 mg/ L (daily maximum) | Sector S [Section 7(j)(19)] |
| Aniline | 0.015 mg/L (monthly average maximum) | Sector K [Section 7(j)(11)] |
| | 0.024 mg/ L (daily maximum) | Sector K [Section 7(j)(11)] |
| Benzoic Acid | 0.073 mg/L (monthly average maximum) | Sector K [Section 7(j)(11)] |
| | 0.119 mg/ L (daily maximum) | Sector K [Section 7(j)(11)] |
| | 0.073 mg/L (monthly average maximum) | Sector L [Section 7(j)(12)] |
| | 0.12 mg/ L (daily maximum) | Sector L [Section 7(j)(12)] |
| Biochemical Oxygen Demand (5-day) | 56 mg/L (monthly average maximum) | Sector K [Section 7(j)(11)] |
| | 220 mg/ L (daily maximum) | Sector K [Section 7(j)(11)] |
| | 37 mg/L (monthly average maximum) | Sector L [Section 7(j)(12)] |
| | 140 mg/ L (daily maximum) | Sector L [Section 7(j)(12)] |
| Debris (woody material such as bark, twigs, branches, heartwood, or sapwood) | No discharge of debris that will not pass through a 2.54-cm (1-in.) diameter round | Sector A [Section 7(j)(1)] |
| Naphthalene | 0.022 mg/L (monthly average maximum) | Sector K [Section 7(j)(11)] |
| | 0.059 mg/ L (daily maximum) | Sector K [Section 7(j)(11)] |
| p-Cresol | 0.015 mg/L (monthly average maximum) | Sector K [Section 7(j)(11] |
| | 0.024 mg/ L (daily maximum) | Sector K [Section 7(j)(11] |
| | 0.014 mg/L (monthly average maximum) | Sector L [Section 7(j)(12)] |
| | 0.025 mg/ L (daily maximum) | Sector L [Section 7(j)(12)] |
| Phenol | 0.029 mg/L (monthly average maximum) | Sector K [Section 7(j)(11)] |
| | 0.048 mg/ L (daily maximum) | Sector K [Section 7(j)(11)] |
| | 0.015 mg/L (monthly average maximum) | Sector L [Section 7(j)(12)] |
| | 0.026 mg/ L (daily maximum) | Sector L [Section 7(j)(12)] |
| Pyridine | 0.025 mg/L (monthly average maximum) | Sector K [Section 7(j)(11)] |
| | 0.072 mg/ L (daily maximum) | Sector K [Section 7(j)(11)] |
| Sample pH | 6.0 - 9.0 s.u. | Sector A [Section 7(j)(1)] |
| | 6.0 - 9.0 s.u. | Sector D [Section 7(j)(4)] |
| | 6.0 - 9.0 s.u. | Sector E [Section 7(j)(5)] |
| | 6.0 - 9.0 s.u. | Sector J [Section 7(j)(10)] |
| | 6.0 - 9.0 s.u. | Sector K [Section 7(j)(11)] |
| | 6.0 - 9.0 s.u. | Sector L [Section 7(j)(12)] |
| Total Arsenic | 0.54 mg/L (monthly average maximum) | Sector K [Section 7(j)(11)] |
| | 1.1 mg/L (daily maximum) | Sector K [Section 7(j)(11)] |

**Table 6. Summary of Effluent Limitations Guidelines Parameters and Applicable Sectors (continued from previous page)**

| Parameter | Limit (units) | Applicable Discharges in |
|---|---|---|
| Total Chromium | 0.46 mg/L (monthly average maximum) | Sector K [Section 7(j)(11)] |
| | 1.1 mg/L (daily maximum) | Sector K [Section 7(j)(11)] |
| Total Oil and Grease | 10.0 mg/L (30-day average maximum) | Sector D [Section 7(j)(4)] |
| | 15.0 mg/L (daily maximum) | Sector D [Section 7(j)(4)] |
| Total Suspended Solids (TSS) | 15.0 mg/L (30-day average maximum) | Sector D [Section 7(j)(4)] |
| | 23.0 mg/L (daily maximum) | Sector D [Section 7(j)(4)] |
| | 50 mg/L (daily maximum) | Sector E [Section 7(j)(5)] |
| | 25.0 mg/L (monthly average maximum) | Sector J [Section 7(j)(10)] |
| | 45 mg/L (daily maximum) | Sector J [Section 7(j)(10)] |
| | 27.0 mg/L (monthly average maximum) | Sector K [Section 7(j)(11)] |
| | 88 mg/L (daily maximum) | Sector K [Section 7(j)(11)] |
| | 27.0 mg/L (monthly average maximum) | Sector L [Section 7(j)(12)] |
| | 88 mg/L (daily maximum) | Sector L [Section 7(j)(12)] |
| | 50 mg/L (daily maximum) | Sector O [Section 7(j)(15)] |
| Total Zinc | 0.296 mg/L (monthly average maximum) | Sector K [Section 7(j)(11)] |
| | 0.535 mg/L (daily maximum) | Sector K [Section 7(j)(11)] |
| | 0.11 mg/L (monthly average maximum) | Sector L [Section 7(j)(12)] |
| | 0.20 mg/L (daily maximum) | Sector L [Section 7(j)(12)] |

(A) Schedule for Effluent Limitations Guidelines Monitoring

ELGs are expressed as a daily maximum and, in some cases, a 30-day average maximum or monthly average maximum. Regardless, the effluent limit monitoring is only required to be conducted at least annually. Permittees may take follow-up samples from qualifying storm events within a given 30-day period or monthly period (see "Data Reporting for Effluent Limitations Guidelines," below).

(B) Discharge Points for Effluent Limitations Guidelines

The allowance for monitoring only one of the substantially identical discharge points (SIDPs) is not applicable to any discharge points with numeric effluent limitations. The permittee is required to monitor each discharge point covered by a numeric effluent limit as identified in Section 7(j).

(C) Laboratory Methods for Effluent Limitations Guidelines

All samples shall be collected, handled, and analyzed in accordance with the methods approved under 40 CFR 136, unless another method is required under 40 CFR subchapter N or unless an alternative method has been approved in writing pursuant to 40 CFR 136.

(D) Data Reporting for Effluent Limitations Guidelines

The permittee must report ELG monitoring data using NetDMR, EPA's electronic DMR tool, as described in Section 7(g) (unless the Commissioner grants a waiver from electronic reporting, in which case the permittee must submit a scanned PDF copy of a paper DMR form).

(i) Single Sample

Discharges which are subject to an ELG with only a daily maximum limit must report the highest value obtained for a given pollutant concentration during the monitoring period.

Certain ELGs stipulate both a daily maximum concentration and a 30-day average maximum (or monthly average maximum) concentration for a given pollutant. If only one sample is taken for ELG measurements, permittees with stormwater discharges

subject to a 30-day average maximum (or monthly average maximum) must report the value obtained as both the 30-day average maximum (or monthly average maximum) and the daily maximum.

    (ii)   Multiple Samples

If the single sample exceeds the 30-day average maximum (or monthly average maximum) concentration, the permittee may opt to collect additional samples in the next qualifying storm event within a given 30-day period (or month, respectively) for the purpose of averaging the results. The reported 30-day average or monthly average must reflect the average of the initial measurement and any follow-up measurements. The highest value obtained must then be reported as the daily maximum.

    (iii)   Immediate Reporting (within two (2) hours)

If any monitoring value exceeds a numeric effluent limitation contained in this permit, the permittee must notify the commissioner within two (2) hours of becoming aware of the exceedance or at the start of the next business day (if they become aware of the exceedance outside normal business house) by utilizing the Notification of Noncompliance link (also found on the DEEP Stormwater website):

(https://portal.ct.gov/DEEP/Water-Regulating-and-Discharges/Industrial-Wastewater/Compliance-Assistance/Notification-Requirements).

    (iv)   Subsequent Reporting (within five (5) days)

A subsequent report is also required within five (5) days following an ELG exceedance also using the noncompliance link above. Follow-up monitoring must be performed at least quarterly until the stormwater discharge is back in compliance with the ELG. Section 7(f)(3)(B) and Section 7(g)(5) provide further guidance reporting requirements.

(E)   Exemptions for Effluent Limitations Guidelines

    (i)   No Data Based Exemptions

Stormwater discharges subject to numeric effluent limitations guidelines that are authorized for coverage under this permit are not eligible for monitoring exemptions based on reported data. Failure to annually monitor the discharges listed in Table 5 for the parameters in Table 6 is a violation of this permit.

    (ii)   Inactive and Unstaffed Facilities

Stormwater discharges subject to numeric effluent limitations guidelines are not exempted for inactive and unstaffed sites. Failure to annually monitor the discharges listed in Table 5 for the parameters in Table 6 is a violation of this permit.

    (iii)   "Run-on" Entering from Off-site and Natural Background Pollutant Levels

Stormwater discharges subject to numeric effluent limitations guidelines are not exempted based on off-site and natural background pollutant levels. Failure to annually monitor the discharges listed in Table 5 for the parameters in Table 6 is a violation of this permit.

(F)   Exceedance of an effluent limitation is a permit violation.

An effluent limit exceedance is a permit violation. Failing to take corrective action in accordance with Section 7(f) is an additional permit violation. The Commissioner will consider the appropriateness and promptness of corrective action in determining enforcement responses to permit violations.

(G)   Corrective Actions Based on Effluent Limitations Guidelines Exceedances

The schedule for corrective actions is noted in Section 7(f)(1) and specific corrective actions measures are noted in Section 7(f)(2). See Section 7(f)(3)(B) for specific details related to ELG exceedances.

(H)  Explanation of Effluent Limitations Guidelines

Stormwater discharges (Table 5 and Table 6) subject to numeric effluent limitations guidelines that are authorized for coverage under this permit are adopted from 40 CFR subchapter N.

*7(e)(4)*  *Aquatic Toxicity Testing*

Effluent acute aquatic toxicity is measured using a multi-concentration, or definitive test, consisting of a control and a minimum of five (5) effluent concentrations. The tests are designed to provide dose-response information, expressed as the percent effluent concentration that is lethal to 50% of the test organisms (LC50) within the prescribed period of time (24-96 h), or the highest effluent concentration in which survival is not statistically significantly different from the control.

If the permit is administratively continued, aquatic toxicity testing requirements remain in force and effect at their original frequency during any continuance for operators that were permitted prior to permit expiration. Table 7, below, summarizes the requirements for aquatic toxicity testing.

| Table 7. Summary of Aquatic Toxicity Testing Parameters | | |
| --- | --- | --- |
| **Parameter** | **Reporting Requirement (No Limit)** | **Applicable Discharges** |
| ***Daphnia pulex*** | Lethal Concentration 50 (% LC50) | All permittees |

(A)  Schedule Aquatic Toxicity Testing

All permittees must monitor for aquatic toxicity during the year following the date of authorization under Section 3(g) of this permit. This parameter shall be included in a regularly scheduled semiannual sample.

(B)  Discharge Points for Aquatic Toxicity Testing

Applicable aquatic toxicity testing requirements apply to each discharge point authorized by this permit, except as otherwise exempt from monitoring as substantially identical discharge points (SIDPs).

(C)  Laboratory Methods for Aquatic Toxicity Testing

Acute toxicity biomonitoring tests shall be conducted according to the procedures specified in Methods for Measuring the Acute Toxicity of Effluents and Receiving Waters to Freshwater and Marine Organisms, 5th edition (EPA 821-R-02-012). The following specific conditions apply:

- Tests shall employ neonatal (less than 24-hour-old) *Daphnia pulex* as test organisms;
- Tests shall be conducted at 20 $\pm$ 1 degree Centigrade;
- Tests shall be forty-eight (48) hours in duration;
- Synthetic freshwater prepared as described in EPA 821-R-02-012 and adjusted to a hardness of 50 $\pm$ 5 mg/L as $CaCO_3$ shall be used as dilution water in all tests;
- The sample shall not be hardness or pH adjusted or altered in any way;
- The following test dilution series shall be utilized, expressed as percent stormwater sample: 100%, 50%, 25%, 12.5%, 6.25% and 0%;
- A minimum of twenty (20) test organisms shall be exposed to each stormwater concentration, with each test concentration containing a minimum of four (4) test chambers. Each test chamber shall contain a minimum of five (5) test organisms;
- Test organisms shall not be fed during the test period;

- Test results shall be reported as the LC50 value determined using the procedure specified in EPA 821-R-02-012;
- Hardness in the stormwater sample and in the dilution control water shall be reported as mg/L as $CaCO_3$;
- Toxicity tests shall be initiated within thirty-six (36) hours of stormwater sample collection; and
- Any test in which the survival of test organisms is less than 90% in the combined control test vessels or failure to achieve test conditions as specified, such as maintenance of environmental controls, shall constitute an invalid test and will require stormwater resampling and retesting as soon as practicable.

(D)   Data Reporting for Aquatic Toxicity Testing

The permittee must report additional monitoring data using NetDMR, EPA's electronic DMR tool, as described in Section 7(g). In the event that monitoring results are unable to be electronically reported in NetDMR, a waiver must be requested and upon approval the permittee must submit a scanned PDF of the DMR form to DEEP.StormwaterStaff@ct.gov and maintain monitoring results and records within their SWPPP.

(E)   Exemptions for Aquatic Toxicity Testing

Stormwater discharges subject to aquatic toxicity testing that are authorized for coverage under this permit are not eligible for exemptions. Aquatic toxicity testing must be performed once in the 1st year of permit coverage.

   (i)   No Data Based Exemptions

     Aquatic toxicity testing is "report-only," therefore no data-based exemptions can be earned.

   (ii)   Inactive and Unstaffed Facilities

     Inactive and unstaffed sites are not exempted from aquatic toxicity testing, which must be conducted in the 1st year of permit coverage.

   (iii)   "Run-on" Entering from Off-site and Natural Background Pollutant Levels

     Aquatic toxicity testing is "report-only," therefore no exemptions can be earned based on off-site and natural background pollutant levels.

(F)   Corrective Actions Based on Aquatic Toxicity Testing

If toxicity is indicated, the permittee must evaluate stormwater control measures to ensure compliance with the state's water quality standards. The Commissioner will inform the permittee whether any additional measures are necessary based on results of aquatic toxicity testing. Unless otherwise specified by the Commissioner, required corrective actions must be conducted within the timeframes set forth in Section 7(f)(1).

(G)   Explanation of Aquatic Toxicity Testing

Standards for acute toxicity testing are derived from Section 22a-430-3 section 22a-430b of the Connecticut General statutes "General conditions applicable to water discharge permits."

*7(e)(5)*   *Monitoring Discharges to Impaired Waters*

All permittees must refer to the Connecticut DEEP Water Quality Plans and Assessment Map to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges.  The Water Quality Plans and Assessment Map can be found here: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress. The link will be provided during registration.

If the permit is administratively continued, impaired waters monitoring requirements will remain in force and effect at their original frequency during any continuance. Table 8, below, summarizes the requirements for impaired waters monitoring.

| Table 8. Summary of Impaired Waters Monitoring Parameters | | |
|---|---|---|
| **Impairment Status and Cause** | **Relevant TMDLs** | **Applicable Discharges** |
| Refer to the Connecticut DEEP Water Quality Plans and Assessment Map to determine impairment status and cause of impairment | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map to determine any relevant Total Maximum Daily Loads of receiving water for stormwater discharges | All permittees must determine if their facility is directly discharging into an impaired water during permit registration (link provided). |

(A)    Schedule for Impaired Waters Monitoring

    (i)    Discharges to Impaired Waters Without an Established TMDL

        If the permittee discharges to an impaired water without an established TMDL, they are required to monitor annually for the cause of the impairment (exemptions in Subsection D, below)

        This provision also applies to situations where the DEEP determines that the discharge is not controlled as necessary to meet water quality standards in a downstream water segment, even if the discharge is to a receiving water that is not specifically identified as an impaired water on a Section 303(d) list.

    (ii)    Discharges to Impaired Waters with an Established TMDL

        For stormwater discharges to waters for which there is an established TMDL, the permittee is not required to monitor for any indicator pollutant identified in the TMDL unless informed in writing by the Commissioner, upon examination of the applicable TMDL and/or WLA, that the permittee is subject to such a requirement consistent with the assumptions of the applicable TMDL and or WLA. DEEP's notice will include specifications on which indicator pollutant to monitor and the required monitoring frequency during the first year of permit coverage. Following the first year of monitoring:

- If the indicator pollutant is not detected in any of the first-year samples, the permittee may discontinue further sampling, unless the TMDL has specific instructions to the contrary, in which case the permittee must follow those instructions. The permittee must submit data and request for an exemption to DEEP.StormwaterStaff@ct.gov as noted in Section 7(f)(3)(D)(v). The permittee must keep records of this finding onsite with the SWPPP.

- If the permittee detects the presence of the indicator pollutant in the stormwater discharge for any of the samples collected in the first year, the permittee must continue monitoring annually throughout the term of this permit, unless the TMDL specifies more frequent monitoring, in which case the TMDL requirements must be followed.

    (iii)    New Discharges to Impaired Waters

        If a new discharge to an impaired water is authorized pursuant to the conditions of Section 3(b)(11), the permittee must implement and maintain any control measures or conditions on the site that enabled such authorization and modify such measures or conditions as necessary to maintain such authorization. The permittee must also maintain compliance with this subsection and Section 3(b)(11).

(B)    Laboratory Methods Impaired Waters Parameters

All samples shall be collected, handled, and analyzed in accordance with the methods approved under 40 CFR 136, unless another method is required under 40 CFR subchapter N or unless an alternative method has been approved in writing pursuant to 40 CFR 136.

(C)   Determination of Impaired Waters Parameters

Electronic determination of impairment status and data reporting will occur during the NPDES e-Reporting Tool (NeT) registration process.

(D)   Exemptions for Impaired Waters Monitoring

   (i)   Exemptions For discharges to Impaired Waters Without an Established TMDL

      If an industrial activity discharges to an impaired water without a TMDL, the permittee must monitor annually for any indicator pollutants identified as contributing to the impairment and for which an analytical method exists.

      •   No monitoring is required when a waterbody's biological communities are impaired but no pollutant, including indicator or surrogate pollutants, is identified as an indicator of the impairment.

      •   No monitoring is required when a waterbody's impairment is related to hydrologic modifications, impaired hydrology, or temperature.

      •   No further monitoring is required after the first year of monitoring if the indicator pollutant is not detected above natural background levels and the permittee has documented these findings in accordance with Section 7(c). The permittee must provide such documentation to the Commissioner and obtain affirmative determination to discontinue monitoring.

      •   No further monitoring is required after the first year of monitoring if the indicator pollutant is determined to be the result of run-on entering from offsite and the permittee has documented that diversion of this off-site run-on is not feasible or practicable in accordance with Section 7(b). The permittee must provide such documentation to the Commissioner and obtain affirmative determination to discontinue monitoring.

   (ii)   Exemptions For Discharges to Waters with an Established TMDL

      Following the first year of monitoring, if the indicator pollutant is not detected in any of the first-year samples, the permittee may discontinue further sampling, unless the TMDL has specific instructions to the contrary, in which case the permittee must follow those instructions. The permittee must submit data and request for an exemption to DEEP.StormwaterStaff@ct.gov as noted in Section 7(f)(3)(D)(v). The permittee must keep records of this finding onsite with the SWPPP.

   (iii)   Inactive and Unstaffed Facilities

      The requirement for impaired waters monitoring does not apply at a facility that is inactive and unstaffed, provided that there are no industrial materials or activities exposed to stormwater (Section 7(e)(7)(B)).

(E)   Exceedances of Applicable TMDLs or WLAs

Upon examination of an applicable TMDL and/or WLA, the Commissioner may determine that the permittee is subject to such a requirement consistent with the assumptions of the applicable TMDL and/or WLA. If the permittee has been informed in writing by the Commissioner that a TMDL or WLA applies to their discharges, the Commissioner's notice will include specifications on which indicator pollutant to monitor and the required monitoring frequency during the first year of permit coverage, as well as steps to take following a TMDL or WLA exceedance.

(F)   Corrective Actions Based on Impaired Waters Monitoring Data

The Commissioner will inform the permittee whether any additional measures are necessary for their discharge to be consistent with the assumptions and requirements of the applicable TMDL and its WLA, or if coverage under an individual permit is necessary. Unless otherwise specified by the Commissioner, required corrective actions must be conducted within the timeframes set forth in Section 7(f)(1).

(G)  Explanation of Impaired Waters Monitoring Parameters

DEEP has established an EPA-approved list of "impaired waters" pursuant to Section 303(d) of the Clean Water Act and as identified in the most recent State of Connecticut Integrated Water Quality Report. These are waters that have been assessed as not meeting Water Quality Standards (WQS) for a given designated use and may identify a pollutant or pollutants (e.g., bacteria, heavy metals, nutrients, etc.) as indicators of that impairment. Discharges to impaired waters are identified during registration.

7(e)(6)  *Other Monitoring Required by the Commissioner*

The Commissioner may notify the permittee of further stormwater discharge monitoring requirements that the Commissioner determines are necessary to meet the permit's effluent limitations. Any such notice will briefly state the reasons for the monitoring, locations, and parameters to be monitored, frequency and period of monitoring, sample types, and reporting requirements.

7(e)(7)  *Monitoring Exemptions*

(A)  "Run-on" and Natural Background Pollutant Levels

If an exceedance of the benchmark is attributable solely to the presence of that pollutant in "run-on" entering from off-site or natural background pollutant levels, the permittee is not required to perform corrective action or additional benchmark monitoring. The permittee may invoke this exception provided the following conditions are met:

- The average concentration of the benchmark monitoring results is less than or equal the pollutant concentration in "run-on" entering from off-site or natural background pollutant levels.
  This includes changes in pH due to rainfall. In such a case, the permittee may collect rainfall samples at representative locations and submit the data to the Commissioner for review.
- The permittee documents and maintains with the SWPPP the supporting rationale for concluding that benchmark exceedances are in fact attributable solely to "run-on" entering from off-site or natural background pollutant levels, including any supporting rationale any data previously collected by them or others.
- The permittee demonstrates that the diversion of off-site run-on containing these pollutant levels is infeasible.
- The permittee notifies the Commissioner of the findings, and the Commissioner issues a written affirmative determination of the permittee's documentation demonstrating that the benchmark exceedances are attributable solely to natural background or off-site pollutant levels.

Natural background pollutants include those substances that are naturally occurring in rainfall, soils, or groundwater. Natural background pollutants do not include legacy pollutants from earlier activity on the site or "run-on" entering from legacy off-site activity.

(B)  Exemptions for Inactive and Unstaffed Facilities

This exception has different requirements for Sector J (see Section 7(j)(10)).

The requirement for benchmark monitoring, additional monitoring, and impaired waters monitoring does not apply at a facility that is inactive and unstaffed, provided that there are

no industrial materials or activities exposed to stormwater. To invoke this exception, the permittee must do the following:

- Maintain a statement with the SWPPP stating that the site is inactive and unstaffed, and that there are no industrial materials or activities exposed to stormwater in accordance with the substantive requirements in 40 CFR 122.26(g) and sign and certify the statement in accordance with Appendix F.

- If circumstances change and industrial materials or activities become exposed to stormwater or the facility becomes active and/or staffed, this exception no longer applies, and the permittee must immediately begin complying with the applicable monitoring requirements under this Section as if the permittee is in the first year of permit coverage. The permittee must notify the Commissioner that the facility has materials or activities exposed to stormwater or has become active and/or by email at DEEP.StormwaterStaff@ct.gov.

- If the permittee is not qualified for this exemption at the time the permit is authorized, but during permit coverage the permittee becomes qualified because the facility is inactive and unstaffed, and there are no industrial materials or activities that are exposed to stormwater, then the permittee must notify the Commissioner of this change by email at DEEP.StormwaterStaff@ct.gov.

  The permittee may discontinue monitoring once they have notified the Commissioner, and prepared and signed the certification statement described above concerning the facility's qualification for this special exemption.

*7(e)(8)    Stormwater Sampling Procedures*

(A)   Sample Collection

All samples shall be collected from discharges resulting from a storm event that occurs at least 72 hours (three days) after any previous storm event generating a stormwater discharge. Any sample containing snow or ice melt must be identified on the Stormwater Monitoring Report form. For sites that discharge through a detention basin or other stormwater management structure, the sample shall be taken at the discharge from the basin or structure.

(B)   Sample Type

Grab samples shall be used for all monitoring and shall not be combined.

(C)   Sample Timing

Collection of grab samples shall begin during the first thirty (30) minutes of a storm event discharge (flow at sampling location) and shall be completed as soon as possible. If it is not possible to collect the sample within the first thirty (30) minutes of a qualifying storm event, the sample must be collected as soon as it is feasible to do so after the first thirty (30) minutes and documentation must be kept with the SWPPP explaining why it was not possible to take samples within the first 30 minutes. Samples shall be taken at the outfall or nearest feasible location representative of the discharge. All discharge samples at a facility must be taken during the same storm event, if feasible. Timing of a rain event is not an acceptable reason to fail to sample unless it precludes the analysis of a parameter within the acceptable hold time specified by a laboratory.

(D)   Substantially Identical Discharge Points

When a facility has two or more outfalls that, based on a consideration of features (e.g., grass vs. pavement, slopes, catch basins vs. swales) and activities within the area drained by the outfall, the permittee reasonably believes discharge substantially identical effluents, the permittee may test the effluent of one such outfall and report that the quantitative data is representative of the substantially identical outfalls. If stormwater contamination is identified through outfall monitoring or visual assessment performed at a substantially identical outfall, the permittee must assess and modify their control measures as appropriate for each outfall

represented by the monitored outfall. The allowance to identify substantially identical discharge points (SIDPs) does not apply to monitoring required to comply with an EPA effluent limitation guideline.

The SWPPP shall include a narrative of the rationale for designating outfalls as representative discharges, and, for each outfall that the permittee believes is representative, an estimate of the size of the drainage area (in square feet), an estimate of the runoff coefficient of the drainage area and a description of the substantially identical activities contributing to the discharge shall be provided in the SWPPP. In no case shall one outfall test be substituted for more than five (5) outfalls. If a representative discharge exceeds an effluent limit, then each outfall that is represented in such sample is in violation of the permit.

If any authorized stormwater discharges commingle with discharges not authorized under this permit, the permittee must conduct any required sampling of the authorized discharges at a point before they mix with other waste streams, to the extent feasible.

(E) Inability to Collect Samples (No Discharge)

If no discharge occurs during a monitoring period, a Discharge Monitoring Report (DMR) form must still be submitted in accordance with the "Reporting Requirements" section (Section 7(g)) of this general permit. The permittee must use the appropriate No Data Indicator ("NODI") code on the DMR (see Appendix L). For example, a reason(s) no discharge occurred may include the following:

- absence of a 72-hour (3-day) period of dry weather;
- the absence of a rain event that produces a stormwater discharge;
- the absence of a discharge from a detention or retention basin; or
- adverse weather conditions preventing access to a stormwater discharge location (See also subsection, below).

(F) Inability to Collect Samples (Adverse Weather Conditions)

Adverse conditions are those that are dangerous or create inaccessibility for personnel, such as local flooding, high winds, electrical storms, or situations that otherwise make sampling impractical, such as extended frozen conditions. When adverse weather conditions prevent the collection of stormwater discharge samples according to the relevant monitoring schedule, the permittee must take a substitute sample during the next qualifying storm event. Adverse weather does not exempt the permittee from having to file a benchmark monitoring report in accordance with their sampling schedule. As specified in Section 7(g), the permittee must indicate in NetDMR any failure to monitor during the regular reporting period.

(G) Monitoring for Authorized Non-Stormwater Discharges

The permittee is only required to monitor authorized non-stormwater discharges (Section 7(b)(11)(A)) when they are commingled with stormwater discharges associated with industrial activity.

*Section 7(f)*        *Corrective Actions*

When conditions requiring corrective actions occur or are detected through inspections, monitoring, or other means, or the Commissioner, or the operator of the MS4 through which the permittee discharges, informs the permittee that conditions requiring corrective actions have occurred, the permittee must take corrective actions so that permit conditions are met, and pollutant discharges are minimized. The conditions listed in Table 9 trigger a sequence of Corrective Action Measures (CAMs), listed in Section 7(f)(2). Each level of a CAM must abide by the schedule outlined in Section 7(f)(1).

**Table 9. Summary of Triggering Conditions Requiring Corrective Actions Measures (CAMs)**

| Triggering Condition | Description | Applicable Sectors/Facilities | Is this a Permit Violation? |
|---|---|---|---|
| Four (4) Event Average Exceeds the Benchmark Threshold (or Mathematical Equivalent) | A discharge exceeds an applicable benchmark threshold after four (4) consecutive semiannual measurements[1] | All Sectors | Permit violation if corrective action is not taken |
| Effluent Limit Exceedance | A discharge exceeds a numeric effluent limitation guideline | A, D, E, J, K, L, S | Yes |
| Unauthorized release or discharge | Spill, leak, release, or discharge of non-stormwater not authorized by this permit or another permit | All Sectors | Permit violation if corrective action is not taken |
| Inconsistency with an Applicable Total Maximum Daily Load (TMDL) and Wasteload Allocation (WLA) | A discharge is inconsistent with the assumptions and requirements of an Applicable Total Maximum Daily Load (TMDL) and its Wasteload Allocation (WLA) | All permittees discharging to an impaired water with an applicable TMDL | Permit violation if corrective action is not taken |
| Control Measure Not Stringent Enough to Meet Water Quality Standards | A required control measure is not stringent enough for a stormwater discharge to be controlled as necessary such that the receiving water will meet applicable water quality standards | All Sectors | Permit violation if corrective action is not taken |
| Control Measure Never Designed, Installed, Implemented, or Maintained | A required control measure was never designed, installed, implemented, or maintained | All Sectors | Permit violation if corrective action is not taken |
| Change in Design, Operation, or Maintenance at a Facility | Construction or a change in the design, operation, or maintenance at a facility that significantly changes the nature or increases the quantity of pollutants discharged | All Sectors | Permit violation if corrective action is not taken |
| Visual Assessment Shows Evidence of Pollution | Color, odor, floating solids, settled solids, suspended solids, or foam observed in discharge water | All Sectors | Permit violation if corrective action is not taken |
| Other Corrective Actions as Required by the Commissioner | The Commissioner may utilize enforcement discretion to require additional corrective actions in response to permit violations | All Sectors | Upon Commissioner's determination |

[1] A corrective action will also be flagged if fewer than four consecutive semiannual samples are collected, but a single sample or the sum of any sample results within the semiannual sequence exceeds a benchmark threshold by more than four (4) times (i.e., the measured value is mathematically certain to exceed the four-event average).

*7(f)(1)*    *Corrective Action Schedule*

When conditions triggering corrective actions occur (Table 9), the permittee must take corrective actions according to the schedule set forth below. This 3-step schedule applies at every level of a Corrective Action Measure (CAM). These time intervals are not grace periods but are schedules considered reasonable for documenting the findings and for making repairs and improvements. They are included in this permit to ensure that the conditions prompting the need for these repairs and improvements do not persist indefinitely.

(A)    Immediate Actions (Within 1-2 Days)

If a CAM is triggered, the permittee must immediately take all reasonable steps necessary to minimize or prevent the discharge of pollutants until a permanent solution is installed and made operational, including cleaning up any contaminated surfaces so that the material will not discharge in subsequent storm events. In this context, the term "immediately" requires the permittee to take corrective action on the same day a condition requiring corrective action is found. However, if a problem is identified at a time in the workday when it is too late to initiate corrective action, the initiation of corrective action must begin no later than the following workday. The term "all reasonable steps" means that the permittee has undertaken initial actions to assess and address the condition requiring the corrective action, including, for example, cleaning up any exposed materials that may be discharged in a storm event (e.g., through sweeping, vacuuming) or planning (i.e., scheduling) for a new BMP to be installed at a later date.

(B)    Subsequent Actions (Within 14-60 Days)

If the permittee determines that additional actions are necessary beyond those implemented as immediate measures, the permittee must complete the corrective actions (e.g., install a new or modified control measure or complete the repair) before the next storm event, if possible, and within fourteen (14) calendar days from the time of discovery of the corrective action condition.

If it is infeasible to complete the corrective action within fourteen (14) calendar days, the permittee must document why it is infeasible to complete the corrective action within the 14-day timeframe. The permittee must also identify a schedule for completing the work, which must be done as soon as practicable after the 14-day timeframe but no longer than sixty (60) days after discovery. Documentation must be maintained with the SWPPP.

(C)    Extension (Greater than 60 Days)

If the completion of corrective action will exceed the 60-day timeframe, the permittee may take the minimum additional time necessary to complete the corrective action. The permittee must update their SWPPP with the rationale for an extension, and a completion date, which must also be included in the corrective action documentation (see Appendix G for instructions). Where corrective actions result in changes to any of the controls or procedures documented in the SWPPP, the permittee must modify the SWPPP accordingly within fourteen (14) calendar days of completing corrective action work (Section 7(c)).

If a Level 3 CAM is triggered and a structural control measure is needed, the operator may take up to one-hundred and twenty (120) days to install such measures. If installation exceeds one-hundred and twenty (120) days, the permittee must obtain an extension from the Commissioner (see Appendix G for instructions).

(D)    Follow-Up Sampling

For those corrective action triggering conditions that require or recommend follow-up sampling, permittees are granted an additional thirty (30) calendar days (or until the next qualifying storm event, should none occur within thirty (30) calendar days) after implementing CAM Level 1, 2, or 3 to collect the follow-up sample. Once sampling results

are received, the permittees must report results by email to DEEP.StormwaterStaff@ct.gov within thirty (30) days.

7(f)(2)    *Corrective Action Measures (CAMs)*

Corrective Action Measures (CAMs) prescribe a series of sequential and increasingly robust responses when a corrective action triggering condition occurs (Table 9). Each level must abide by the schedule outlined in Section 7(f)(1), above.

(A)    CAM Level 1: Review SWPPP/ Stormwater Control Measures

    (i)    Review the SWPPP

In the event of CAM Level 1, the permittee must immediately review their SWPPP and the selection, design, installation, and implementation of their stormwater control measures to ensure the effectiveness of existing measures and determine if modifications are necessary to meet the permit conditions. Examples may include the following: review sources of pollution, spill, and leak procedures, and/or non-stormwater discharges; conduct a single comprehensive clean-up; make a change in a subcontractor; implement a new control measure, and/or increase inspections.

    (ii)    Implement Additional Measures

After reviewing their SWPPP/stormwater control measures, the permittee must implement additional measures, considering good engineering practices, that would reasonably be expected to address the initial corrective action triggering condition. If the permittee determines nothing further needs to be done, the permittee must document their rationale and include relevant information in the SWPPP as to why the permittee expects the existing control measures and best management practices are sufficient to meet permit requirements.

    (iii)    CAM Level 1 Deadlines

If any modifications to or additional control measures are necessary in response to CAM Level 1, the permittee must implement those modifications or control measures within 14 days of being made aware of the condition. If it is infeasible to implement a measure within 14 days, the permittee may take up to sixty (60) days to implement such a measure. The permittee must document per Section 7(c) why it was infeasible to implement such a measure in 14 days. The commissioner may also grant an extension beyond sixty (60) days, based on an appropriate demonstration by the operator (see Appendix G for instructions).

    (iv)    CAM Level 1 Reporting

For those corrective action triggering conditions that require or recommend follow-up sampling, permittees are granted an additional thirty (30) calendar days (or until the next qualifying storm event, should none occur within thirty (30) calendar days) after implementing CAM Level 1 to collect the follow-up sample.

The permittee must report results by email to DEEP.StormwaterStaff@ct.gov within thirty (30) days of receipt. Corrective action measures and/or follow-up monitoring must be documented using the form in Appendix G, and that documentation must be maintained in the SWPPP as per Section 7(c).

(B)    CAM Level 2: SWPPP Review and Additional Stormwater Control Measures

If after the steps taken for CAM Level 1, subsequent inspections and/or follow-up monitoring data indicate that the triggering condition persists, CAM Level 2 is initiated.

    (i)    Review the SWPPP

The permittee must review their SWPPP again and implement additional pollution prevention/good housekeeping SCMs beyond those already in place.

(ii) Subsequent Control Measures

Control measures must consider good engineering practices, beyond what the permittee did in the initial response, that would reasonably be expected to control the release of pollutants and abide by both the numeric and non-numeric effluent limitations guidelines. Refer to the sector-specific fact sheets for recommended controls found at: https://www.epa.gov/npdes/industrial-stormwater-fact-sheet-series

(iii) CAM Level 2 Deadlines

The permittee must implement additional pollution prevention/good housekeeping SCMs within 14 days of receipt of laboratory and/or inspection results that indicate a corrective action triggering event has occurred for a second time and document per Section 7(c) how the measures taken at CAM Level 2 will achieve compliance. If it is infeasible to implement a measure within 14 days, the permittee may take up to sixty (60) days to implement such a measure. The permittee must document why it was infeasible to implement such a measure in 14 days. The commissioner may also grant an extension beyond sixty (60) days, based on an appropriate demonstration by the operator (see Appendix G for instructions).

(iv) CAM Level 2 Reporting

For those corrective action triggering conditions that require or recommend follow-up sampling, permittees are granted an additional thirty (30) calendar days (or until the next qualifying storm event, should none occur within thirty (30) calendar days) after implementing CAM Level 2 to collect the follow-up sample. The permittee must report results by email to DEEP.StormwaterStaff@ct.gov within thirty (30) days of receipt.

Corrective action measures and/or follow-up monitoring must be documented using the form in Appendix G, and that documentation must be maintained in the SWPPP as per Section 7(c).

(C) CAM Level 3: Implementation of Structural Control Measures

If after the steps taken in CAM Level 2, subsequent inspections and/or follow-up monitoring data indicate that the same corrective action trigger has occurred for a third time, CAM Level 3 is initiated.

(i) Install Structural Source Controls

The control measures, treatment technologies, or treatment train utilized at CAM Level 3 should be appropriate for the pollutants that triggered the corrective action and should be more rigorous than the pollution prevention/good housekeeping-type stormwater control measures implemented under CAM Levels 1 and 2.

The permittee must install structural source controls (e.g., permanent cover, berms, and secondary containment), and/or treatment controls (e.g., sand filters, hydrodynamic separators, oil-water separators, retention ponds, and infiltration structures, where applicable). Any evaluation, construction, or modification of the design of a stormwater drainage system and structural intervention requires certification by a professional engineer licensed to practice in the State of Connecticut and should align with recommendations provided in the Connecticut Stormwater Quality Manual.

(ii) Selection and Implementation

The permittee must select controls with pollutant removal efficiencies that are sufficient to prevent or minimize pollution of stormwater. The permittee must install such stormwater control measures for the discharge point(s) in question and for any discharge point represented by this point, unless the permittee individually monitors those discharge points and demonstrates that Level 3 requirements are not required at those discharge points.

(iii)   CAM Level 3 Deadlines

The permittee must identify the schedule for installing the appropriate structural source and/or stormwater treatment control measures within 14 days and install such measures within ninety (90) days. If installation of structural controls is not feasible within ninety (90) days, the permittee may take up to one-hundred and twenty (120) days to install such measures, documenting in the SWPPP per Section 7(c) why it is infeasible to install the measure within ninety (90) days. The Commissioner may also grant an extension beyond one-hundred and twenty (120) days, based on an appropriate demonstration by the operator (see Appendix G for instructions).

(iv)   CAM Level 3 Reporting

For those corrective action triggering conditions that require or recommend follow-up sampling, permittees are granted an additional thirty (30) calendar days (or until the next qualifying storm event, should none occur within thirty (30) calendar days) after implementing CAM Level 3 to collect the follow-up sample. The permittee must report results by email to <u>DEEP.StormwaterStaff@ct.gov</u> within thirty (30) days of receipt.

Corrective action measures and/or follow-up monitoring must be documented using the form in Appendix G, and that documentation must be maintained in the SWPPP as per Section 7(c).

(D)   Waivers

Following a condition triggering corrective action, the permittee may qualify for a waiver from continued corrective actions (or monitoring as required). Regardless of whether the permittee qualifies for such an exemption, the permittee must still review their SCMs, SWPPP, and other on-site activities to determine if actions or modifications are necessary or appropriate.

(i)   Further Corrective Action Infeasible

If a permittee has progressed to CAM Level 3, and structural source and/or stormwater treatment control measures do not resolve a given corrective action triggering condition and, if it is found that further corrective actions are infeasible, the permittee may request a waiver from further corrective action and/or follow-up monitoring (see Appendix G for instructions). The term "infeasible" means not technologically possible or not economically practicable and achievable in light of best industry practices.

Based on a review of such request, the Commissioner will notify the permittee if the waiver request has been approved or if further corrective action measures and/or follow-up monitoring are required. At that time, the Commissioner may also notify the permittee that coverage under an individual permit is necessary.

(ii)   Solely Attributable to Natural Background Pollutant Levels

A waiver from corrective actions and continued monitoring may occur if the permittee demonstrates and obtains an affirmative determination from the Commissioner that the condition requiring corrective action is solely attributable to the presence of that pollutant in natural background sources, provided that all the following conditions are met, and the permittee submits this analysis and documentation to the Commissioner for concurrence:

- A demonstration that monitoring data indicates pollutant concentrations in the stormwater discharge are less than or equal to the concentration of a given pollutant in the natural background.

- Supporting rationale for such determination should include any data previously collected by the permittee or others (including literature studies) that describe the

levels of natural background pollutants in their stormwater discharge and the concentrations of natural background pollutants. The permittee must document and maintain with the SWPPP, as required in Section 7(c), the supporting rationale for concluding that the condition is in fact attributable solely to natural background pollutant levels.

Natural background pollutants are those substances that are naturally occurring in soils or ground water. Natural background pollutants do not include legacy pollutants from earlier activity on the site, or pollutants in run-on from neighboring sources which are not naturally occurring, such as other industrial facilities or roadways.

(iii) Due to Run-On

A waiver from corrective actions and continued monitoring may occur if the permittee demonstrates and obtains the Commissioner's affirmative determination that the condition requiring corrective action is solely attributable to run-on from a neighboring source (e.g., a source external to their facility) and that the run-on is the cause of the condition (e.g., benchmark exceedance, visual evidence of pollution, etc.), provided that all the following conditions are met and the permittee submits a request for waiver along with their analysis and documentation to the Commissioner:

- After reviewing and revising their SWPPP, as appropriate, the permittee should notify the other facility or entity contributing run-on to their discharges and request that they abate their pollutant contribution.

- If the other facility or entity fails to take action to address their discharges or sources of pollutants, the permittee should contact DEEP.StormwaterStaff@ct.gov with appropriate documentation and obtain agreement to discontinue monitoring or corrective action.

(iv) Due to an Abnormal Event

A waiver from corrective actions and continued monitoring may occur if the permittee demonstrates and immediately documents per Section 7(c) that the condition was abnormal, a description explaining what caused the abnormal event, and how any measures taken within 14 days of such event will prevent a reoccurrence of pollution discharges to waters of the state. For benchmark exceedances, the permittee must also collect a sample during the next qualifying storm event to demonstrate that the result is less than the benchmark threshold, in which case the measurement does not trigger any corrective action requirements based on the abnormal event. The permittee must report the result of this sample in NetDMR in lieu of the result from the sample immediately after the abnormal event. The permittee may avail themselves of the "abnormal" demonstration opportunity at any corrective action level, one time per parameter, and one time per discharge point, which shall include all represented discharges, provided the permittee qualifies for the exception.

*7(f)(3)*     *Conditions Requiring Corrective Actions*

(A) Four (4) Event Average Exceeds the Benchmark Threshold (or Mathematical Equivalent)

(i) Triggering Event

A CAM is triggered if the exceedance of the four (4) event average for a benchmark threshold is mathematically certain as follows:

- The average value of four consecutive semiannual (or, if applicable, four consecutive quarterly samples) for a parameter exceeds the benchmark threshold for that parameter; or

- Fewer than four (4) consecutive semiannual (or, if applicable, quarterly samples) are collected, but a single sample or the sum of any sample results within the semiannual sequence exceeds a benchmark threshold by more than four times.

- Sector AF Facilities that do not conduct vehicle maintenance and repair on-site must follow guidance provided in Section 7(j)(32)(G)(iii) in lieu of this subsection.

Benchmark monitoring data is primarily for use by the permittee to determine the overall effectiveness of stormwater control measures and to assist in determining when additional action(s) may be necessary to comply with the effluent limitations in Section 7(e)(3). The benchmark thresholds are not effluent limitations; a benchmark exceedance, therefore, is not a permit violation. However, if a benchmark value exceeds the four (4) event average (or is mathematically certain to do so), failure to take corrective action in accordance with this section is a permit violation. The Commissioner will consider the appropriateness and promptness of corrective action in determining enforcement responses to permit violations.

(ii)   Follow-up Monitoring

The permittee must conduct follow-up monitoring after the implementation of any of the corrective action(s) (CAM Level 1, 2, or 3) to address the exceedance of a 4-event benchmark average (or mathematical equivalent). The timeframe for follow-up monitoring must align with the schedule outlined in Section 7(f)(1). Permittees are granted an additional thirty (30) calendar days (or until the next qualifying storm event, should none occur within thirty (30) calendar days) after implementing a CAM to collect the follow-up sample.

(iii)  Reporting Requirements

If the follow-up monitoring is within the same semi-annual period (or quarterly period, as applicable) as the initial value, only the maximum measurement taken during that semi-annual monitoring period must be reported in NetDMR as the value for a given benchmark parameter. If the follow-up monitoring sample is collected in the subsequent semi-annual period (or quarterly period, as applicable), the permittee may use the follow-up measurement as the value for that semi-annual period. Only the value reported in NeTDMR can be used to calculate the four (4) event average for a benchmark threshold parameter. The permittee must also report results of follow-up sampling by email to DEEP.StormwaterStaff@ct.gov within thirty (30) days of receipt.

Corrective action measures and/or follow-up monitoring must be documented using the form in Appendix G, and that documentation must be maintained in the SWPPP as per Section 7(c).

(iv)   Continuation of Semi-Annual Monitoring

The permittee must continue to monitor semiannually (or quarterly, if applicable) until the results of the discharge are in compliance with the benchmark threshold 4-event average, or until the Commissioner waives the requirement for additional monitoring. Permittees should see Appendix H for an outline of benchmark parameters for each sampling period in the permit term, and whether continued monitoring is required.

(v)    Waiver

A permittee may request a waiver from the Commissioner for corrective actions and subsequent monitoring if benchmark exceedances can be attributed to one or more of the conditions listed in Section 7(f)(2)(D).

(B)   Effluent Limit Exceedance

(i)    Triggering Event

A CAM is triggered if a discharge in Table 5 violates a numeric effluent limit listed in Table 6 (numeric ELGs are also listed in Section 7(j) sector-specific requirements). An effluent limit exceedance is a permit violation. Failing to take corrective action in accordance with this section is an additional permit violation. The Commissioner will

consider the appropriateness and promptness of corrective action in determining enforcement responses to permit violations.

    (ii)   Follow-up Monitoring

The permittee must conduct follow-up monitoring after the exceedance of an effluent limit at least quarterly. The schedule in Section 7(f)(1) allows for at least 60 days to implement a CAM, thirty (30) days to collect a follow-up sample, and thirty (30) additional days to report the results of the follow-up sample. This minimum 120-day schedule is designed to accommodate the quarterly follow-up monitoring requirement for ELG exceedances. If an extension is needed, the permittee may utilize the form in Appendix G.

    (iii)   Reporting Requirements

        (1)   Noncompliance Report (within two (2) hours)

The permittee must, within two (2) hours of becoming aware of the exceedance or at the start of the next business day (if they become aware of the exceedance outside normal business house) notify the Commissioner of the exceedance by utilizing the Notification of Noncompliance link listed here (also found on the DEEP Stormwater website):

https://portal.ct.gov/DEEP/Water-Regulating-and-Discharges/Industrial-Wastewater/Compliance-Assistance/Notification-Requirements

        (2)   Subsequent Report (within five (5) days)

The permittee must submit a written report to the director within five (5) days thereafter utilizing the Notification of Noncompliance link listed above. Such report shall contain a description of the noncompliance and its cause; the period of noncompliance, including exact dates and times, and, if the noncompliance has not been corrected, the anticipated time it is expected to continue, and steps taken or planned to reduce, eliminate, and prevent recurrence of the noncompliance. Notification of actual or anticipated noncompliance does not stay any permit term or condition.

        (3)   Follow-up Monitoring Data

The permittee must report follow-up monitoring data using NetDMR, EPA's electronic DMR tool, as described in Section 7(g).

        (4)   SWPPP Documentation

Permittees must document any CAMs and/or follow-up monitoring using the forms in Appendix G, and that documentation must be maintained in the SWPPP as per Section 7(c).

    (iv)   Continuation of Monitoring

If quarterly monitoring indicates that an applicable discharge is back in compliance with an ELG, the permittee can return to the annual monitoring schedule provided that the Commissioner has been notified using the Noncompliance link listed above. Documentation must be maintained in the SWPPP.

    (v)   Waiver

Stormwater discharges subject to numeric effluent limitations guidelines that are authorized for coverage under this permit are not eligible for waivers based on the conditions listed in Section 7(f)(2)(D). Each effluent limit exceedance is a permit violation.

(C)   Unauthorized release or discharge

(i)   Triggering Event

A CAM is triggered by an unauthorized release or discharge (e.g., spill, leak, or discharge of non-stormwater not authorized by this or another NPDES permit). Failure to take corrective action in accordance with this section is a permit violation. The Commissioner will consider the circumstances and the appropriateness and promptness of corrective action in determining enforcement responses to an unauthorized release or discharge.

(ii)  Follow-up Monitoring

Follow-up monitoring is not required, but is recommended, especially in cases where an unauthorized discharge of non-stormwater reaches waters of the state. If follow-up monitoring is conducted, the timeframe must align with the schedule outlined in Section 7(f)(1). Permittees should take no more than thirty (30) calendar days (or until the next qualifying storm event, should none occur within thirty (30) calendar days) after implementing a CAM to collect the follow-up sample. If a follow-up sample is taken, the permittee must report results by email to DEEP.StormwaterStaff@ct.gov within thirty (30) days of receipt.

(iii) Reporting Requirements

(1)  Immediately Report to DEEP

For any spill, leak, release, or discharge of non-stormwater not authorized by this permit or another permit, the operator must report it orally as soon as there is knowledge of the event by contacting:

> **The CT DEEP Emergency Response and Spill Prevention at**
>
> **860-424-3338 or Toll Free at 1-866-DEP-SPIL (1-866-337-7745).**
>
> **https://portal.ct.gov/DEEP/Emergency-Response-and-Spill-Prevention/Emergency-Response-and-Spill-Prevention**

Contact information must be in locations that are readily accessible and available.

(2)  Noncompliance Report

For any unauthorized release or discharge to waters of the state (both hazardous and non-hazardous), the operator must report the release or discharge to the Commissioner as soon as there is knowledge of the event utilizing the Notification of Noncompliance link listed here:

https://portal.ct.gov/DEEP/Water-Regulating-and-Discharges/Industrial-Wastewater/Compliance-Assistance/Notification-Requirements.

Contact information must be in locations that are readily accessible and available. Notification of actual or anticipated noncompliance does not stay any permit term or condition.

(3)  SWPPP Documentation

Permittees must document any CAMs and/or follow-up monitoring using the forms in Appendix G, and that documentation must be maintained in the SWPPP as per Section 7(c).

(iv)  Waiver

A waiver from the Commissioner for corrective actions and subsequent monitoring under this section may be considered on a case-by-case basis. Contact DEEP.StormwaterStaff@ct.gov for information.

(D)  Inconsistency with an Applicable Total Maximum Daily Load (TMDL)

(i)     Triggering Event

If the permittee discharges to an impaired water, the Commissioner may inform the permittee that their discharge is inconsistent with the assumptions and requirements of the applicable TMDL and its WLA, and that a CAM has been triggered.

The Commissioner will inform the permittee what CAM level is necessary for their discharge to be consistent with the assumptions and requirements of the applicable TMDL and its WLA, or if coverage under an individual permit is necessary. Unless otherwise specified by the Commissioner, required corrective actions must be conducted within the timeframes outlined in Section 7(f)(1).

Failure to take the corrective actions prescribed by the Commissioner in accordance with this section is a permit violation. The Commissioner will consider the appropriateness and promptness of corrective action in determining enforcement responses to permit violations.

(ii)    Follow-up Monitoring

The Commissioner will notify the permittee if follow-up monitoring is necessary to determine compliance with an applicable TMDL and WLA.

(iii)   Reporting Requirements

Any notification from the Commissioner of a TMDL or WLA inconsistency and any follow-up corrective actions and/or monitoring must be documented using the forms in Appendix G, and that documentation must be maintained in the SWPPP as per Section 7(c).

(iv)    Continuation of Monitoring

The Commissioner will inform the permittee whether continued monitoring is required to determine compliance with an applicable TMDL.

(v)     Waiver

A permittee may request a waiver from the Commissioner for corrective actions and subsequent monitoring if either of the following conditions are true:

*   inconsistency with an applicable TMDL can be attributed to run-on entering from offsite and the permittee has documented that diversion of this off-site run-on is infeasible in accordance with Section 7(b); or

*   the indicator pollutant is not detected in any of the first-year samples (unless the TMDL has specific instructions to the contrary, in which case the permittee must follow those instructions).

The permittee must provide such documentation to the Commissioner and obtain affirmative determination to discontinue monitoring.

(E)    Control Measure Not Stringent Enough to Meet Water Quality Standards

(i)     Triggering Event

Corrective actions may be required if existing stormwater control measures do not adequately protect the waters of the state from stormwater pollution such that the receiving waters will meet applicable water quality standards. The Commissioner will inform the permittee if a CAM is necessary for a discharge to be consistent with the assumptions and requirements of the relevant water quality standards, or if coverage under an individual permit is necessary.

Regardless, the permittee must review and revise, as appropriate, their SWPPP (e.g., sources of pollution; spill and leak procedures; non-stormwater discharges; the selection, design, installation, and implementation of their stormwater control

measures) so that permit effluent limits are met, and further pollutant discharges are minimized. Unless otherwise specified by the Commissioner, required corrective actions must be conducted within the timeframes outlined in Section 7(f)(1).

Failure to take the corrective actions prescribed by the Commissioner in accordance with this section is a permit violation. The Commissioner will consider the appropriateness and promptness of corrective action in determining enforcement responses to permit violations.

    (ii)   Follow-up Monitoring

The Commissioner will notify the permittee if follow-up monitoring is necessary to determine compliance with any applicable water quality standards.

    (iii)   Reporting Requirements

Any notification from the Commissioner of a violation of water quality standards and any follow-up corrective actions and/or monitoring must be documented using the forms in Appendix G, and that documentation must be maintained in the SWPPP as per Section 7(c).

    (iv)   Continuation of Monitoring

The Commissioner will determine what, if any, continuation of monitoring is required to meet water quality standards.

    (v)   Waiver

Stormwater discharges under this permit that violate water quality standards are generally not eligible for waivers based on the conditions listed in Section 7(f)(2)(D).

  (F)   Control Measure Never Designed, Installed, Implemented, or Maintained

    (i)   Triggering Event

Stormwater control measures (SCMs) can be actions (including processes, procedures, schedules of activities, prohibitions of practices, and other best management practices), or structural or installed devices to minimize or prevent water pollution. Industrial facility operators are required to select, design, install, implement, and maintain site-specific control measures to meet the general requirements in Section 7(b) and sector-specific requirements in Section 7(j).

Upon discovery that a required control measure is not designed, installed, implemented, or maintained, the permittee must review and revise, as appropriate, their SWPPP (e.g., sources of pollution; spill and leak procedures; non-stormwater discharges; the selection, design, installation, and implementation of their stormwater control measures) so that permit effluent limits are met, and further pollutant discharges are minimized. Review and revision of the SWPPP includes, but is not limited to, the following:

    (1)  Inspections and Preventative Maintenance

Performing inspections and preventive maintenance of stormwater drainage, source controls, treatment systems, and plant equipment and systems that could fail and result in a discharge of pollutants via stormwater.

    (2)  Maintenance of Nonstructural Control Measures

Diligently maintaining nonstructural control measures (e.g., keeping spill response supplies available, personnel appropriately trained).

    (3)  Inspection and Maintenance of Baghouses

Inspecting and maintaining baghouses at least quarterly to prevent the escape of dust from the system and immediately removing accumulated dust at the base of the exterior baghouse.

(4) Cleaning Catch Basins

Cleaning catch basins when the depth of debris reaches half of the sump depth, or in line with manufacturer specifications, whichever is lower, and keeping the debris surface at least 6 inches below the outlet pipe.

(5) Schedule

Scheduling the design, installation, implementation, or maintenance of required control measures in accordance with Section 7(b) or sector-specific requirements in Section 7(j).

A CAM is triggered if the above conditions are not met. The Commissioner will determine if a failure to design, install, implement, or maintain a required control measure is a permit violation. Failure to take corrective action in accordance with this section is a permit violation.

(ii) Follow-up Monitoring

Follow-up monitoring is not required, but is recommended, especially in cases where failure to design, install, implement, or maintain a control measure resulted in the release of pollutants to waters of the state. If follow-up monitoring is conducted, the timeframe must align with the schedule outlined in Section 7(f)(1)(D).

Permittees are granted an additional thirty (30) calendar days (or until the next qualifying storm event, should none occur within thirty (30) calendar days) after implementing a CAM to collect the follow-up sample. If a follow-up sample is taken, the permittee must report results by email to DEEP.StormwaterStaff@ct.gov within thirty (30) days of receipt.

(iii) Reporting Requirements

Any discovery of failure to design, install, implement, or maintain a required control measure and the follow-up corrective actions must be documented using the form in Appendix G, and that documentation must be maintained in the SWPPP as per Section 7(c).

Documentation of design, installation, implementation, and maintenance of a control measure(s) must include the date(s) of discovery of areas in need of a control measure and the date(s) that the control measure(s) was implemented or installed. If an extended schedule for installation/implementation is granted by the Commissioner, that extension must also be included in the SWPPP. The permittee must also review Sections 7(b), 7(c), and sector-specific requirements in 7(j).

(iv) Waivers

This permit generally does not mandate specific SCMs that operators must select, design, install, implement, and maintain to meet the technology-based effluent limits. The permit provides operators the flexibility to determine their site-specific controls, taking into consideration what controls are most suited for their industry in terms of economic practicability and technology availability, and in some cases, considerations such as available space and safety. Failure to design, install, implement, or maintain any SCMs may be considered a permit violation by the Commissioner and waivers are generally not applicable.

(G) Change in Design, Operation, or Maintenance at a Facility

(i) Triggering Event

A CAM is triggered if construction or a change in design, operation, or maintenance at a permittee's facility occurs that significantly changes the nature or increases the quantity of pollutants discharged via stormwater runoff. Failure to take corrective action in accordance with this section is a permit violation. The Commissioner will consider the appropriateness and promptness of corrective action in determining enforcement responses to permit violations.

(ii) Follow-up Monitoring

Follow-up monitoring is not required, but is recommended, especially in cases where a change in the design, operation, or maintenance at a facility significantly changes the nature or increases the quantity of pollutants discharged. If follow-up monitoring is conducted, the timeframe must align with the schedule outlined in Section 7(f)(1).

Permittees are granted an additional thirty (30) calendar days (or until the next qualifying storm event, should none occur within thirty (30) calendar days) after implementing a CAM to collect the follow-up sample. If a follow-up sample is taken, the permittee must report results by email to DEEP.StormwaterStaff@ct.gov within thirty (30) days of receipt.

(iii) Reporting Requirements

Any follow-up corrective actions and/or monitoring must be documented using the forms in Appendix G, and that documentation must be maintained in the SWPPP as per Section 7(c).

(iv) Waiver

Failure to account for significant changes in the nature or increases in the quantity of pollutants discharged may be considered a permit violation by the Commissioner and waivers are generally not applicable.

(H) Visual Assessment Shows Evidence of Pollution

(i) Triggering Event

If any inspection (monthly routine, quarterly visual, or semi-annual comprehensive) or observation reveals color, odor, floating solids, settled solids, suspended solids, or foam in the stormwater discharge, then a CAM is triggered. Failure to take corrective action in accordance with this section is a permit violation. The Commissioner will consider the appropriateness and promptness of corrective action in determining enforcement responses to permit violations.

(ii) Follow-up Monitoring

Follow-up monitoring is not required, but is recommended, especially in cases where a visual assessment shows evidence of pollution in discharge water. If follow-up monitoring is conducted, the timeframe must align with the schedule set forth in Section 7(f)(1)(D). Permittees are granted an additional thirty (30) calendar days (or until the next qualifying storm event, should none occur within thirty (30) calendar days) after implementing a CAM to collect the follow-up sample. If a follow-up sample is taken, the permittee must report results by email to DEEP.StormwaterStaff@ct.gov  within thirty (30) days of receipt.

(iii) Reporting Requirements

Any follow-up corrective actions and/or monitoring must be documented using the forms in Appendix G, and that documentation must be maintained in the SWPPP as per Section 7(c).

(iv) Waiver

A permittee may request an exemption from the Commissioner for corrective actions and subsequent monitoring if the visual assessment of pollution can be attributed to one or more of the conditions listed in Section 7(f)(2)(D).

(I)    Other Corrective Actions as Required by the Commissioner

The Commissioner may require additional corrective actions when determining an enforcement response to permit violations. Alternatively, the Commissioner may require the submittal of an individual permit application. Unless otherwise specified by the Commissioner, required corrective actions must be conducted within the timeframes outlined in Section 7(f)(1).

7(f)(4)    *Substantially Identical Discharge Points*

If the condition triggering a corrective action (e.g., benchmark exceedance, color in discharge, odor in discharge, control measure never installed, etc.) is associated with a discharge point that had been identified as a "substantially identical discharge point" (Section 7(c)(2)(F)), the permittee must review the need for corrective action at all related discharges that are represented by that discharge point. Any necessary CAMs that affect these other discharge points must also be made before the next storm event, if possible, or as soon as practicable. Any corrective actions must be conducted within the timeframes outlined in Section 7(f)(1).

7(f)(5)    *Documentation in SWPPP*

The permittee must document the existence of any of the conditions listed in Table 9 within 24 hours of becoming aware of such conditions. The permittee must also document any corrective action measures as they may occur in accordance with the schedule outlined in Section 7(f)(1) (e.g., immediate actions, subsequent actions, extensions, etc.) using the form in Appendix G and maintain all documentation in the SWPPP as per Section 7(c) including the following:

- A description of the condition or event triggering the need for corrective action review and/or response must be included in follow-up documentation;

- Date the condition/triggering event was identified;

- Description of immediate actions taken pursuant to Section 7(f)(1) to minimize or prevent the discharge of pollutants. For any spills or leaks, include response actions, the date/time clean-up completed, notifications made, and staff involved. Also include any measures taken to prevent the reoccurrence of such releases; and

- A statement, signed and certified in accordance with the signatory requirements in Section 5(d).

The permittee is not required to submit this documentation to the Commissioner, unless specifically required or requested to do so as for an Effluent Limit Exceedance (Section 7(f)(3)(B)), Unauthorized Release or Discharge (Section 7(f)(3)(C)), when CAM implementation requires an extension, or when follow-up data is being reported (see Appendix G).

*Section 7(g)*     ***Reporting & Recordkeeping Requirements***

*7(g)(1)*     *Electronic Reporting Requirement*

Permittees must submit their Notice of Intent (NOI) registrations, No Exposure Certifications (NEC), Discharge Monitoring Reports (DMRs), Annual Reports, Notices of Termination (NOT), and other reporting information (as appropriate) electronically, unless the Commissioner grants the permittee a waiver.

*7(g)(2)*     *Waivers for Electronic Reporting*

Waivers are only granted for a one-time use for a single information submittal, e.g., an initial waiver for a registration does not apply for the entire term of the permit for other forms. If the permittee needs to submit information on paper after their first waiver, they must apply for a new waiver. The Commissioner may extend a wavier on a case-by-case basis. If the permittee wishes to obtain a waiver from submitting a report electronically, they must submit a request to the Commissioner. The request must comply with the requirements in 40 CFR § 127.24. In that request, the permittee must provide evidence supporting any claims of an inability to submit electronically and a copy of their completed paper form. A waiver may only be considered granted once the permittee receives affirmative determination from the Commissioner.

*7(g)(3)*     *Discharge Monitoring Reports*

Discharge monitoring reports (DMRs) for all monitoring types listed in Table (Section 7(e)) must be submitted thirty (30) days after receipt of sample results in the first full semi-annual period after discharge authorization (i.e., permit approval). The transition to electronic submission of DMRs will occur within one (1) year of permit issuance and monitoring must be conducted in accordance with the schedule listed in Table 10, below.

Note: The approval periods, monitoring periods, and due dates are subject to change and dependent on the permit issuance date.

| Table 10. DMR Submission Types and Deadlines | | | | |
|---|---|---|---|---|
| **Permit Approval Period** | **First Monitoring Period** | **DMR Due Date** | **DMR Type** | **Submission Path** |
| January 1st, 2025 – June 30th, 2025 | July 1st, 2025 – December 31st, 2025 | February 15th, 2026 | Electronic Submission | NetDMR |
| July 1st, 2025 – December 31st, 2025 | January 1st, 2026 – June 30th, 2026 | August 15th, 2026 | Electronic Submission | NetDMR |
| All Subsequent Permit Approvals | First Full Semi-Annual Period After Approval | 45 Days after end of Monitoring Period | Electronic Submission | NetDMR |

(A)    Submitting DMRs

Note: The electronic submission of DMRs will be refined and provided in the issued permit.

(i)    Submitting DMRs via email

Some permittees may be required to email PDF copies of DMRs to DEEP Stormwater Staff at DEEP.StormwaterStaff@ct.gov. Paper-based DMRs transmitted via hard copy will no longer be accepted unless a waiver is granted.

(ii)    Submitting DMRs via NetDMR

Beginning July 1, 2026, and thereafter, all permittees must submit all stormwater discharge monitoring data using NetDMR, EPA's electronic DMR system no later than 30 days after the permittee has received the complete laboratory results for all monitoring discharge points for the reporting period. If the Commissioner receives a waiver request that meets the requirements in the federal regulations and grants the permittee a waiver from electronic reporting, the permittee may submit a PDF of the

paper DMR form to DEEP.StormwaterStaff@ct.gov and keep original records with the SWPPP.

The permittee's monitoring requirements (i.e., parameters required to be monitored and sample frequency) will be pre-populated on their electronic Discharge Monitoring Report form based on the information the permittee reported on their registration form through the online application portals.

(B)  Deadlines for DMR Submission

The permittee is required to submit sampling results to DEEP as follows (noted in Table 10, above):

- For samples collected from January 1st to June 30th, DMRs will be due August 15th.
- For samples collected from July 1st to December 31st, DMRs will be due February 15th.

If the permittee collects samples during multiple storm events in a single monitoring period (e.g., due to adverse weather conditions or areas subject to snow), all sampling results for each storm event must be submitted to DEEP no later than thirty (30) days after the end of the reporting period.

For any of the monitored discharge points that did not have a discharge within the reporting period, the permittee must report that no discharges occurred for that discharge point no later than thirty (30) days after the end of the reporting period using the appropriate NODI code on the DMR (See Appendix L).

If the monitoring data indicates a violation of a numeric effluent limit, that violation must be reported to the Commissioner within two (2) hours using the online notification form link in Section 7(g)(5) (see also Section 7(f)(3)(B) and Appendix G) and reported on the DMR.

(C)  When to Discontinue Monitoring and Data Submission

Once a permittee has completely fulfilled applicable monitoring requirements, monitoring and the use of NetDMR is no longer required. If the permittee has only partially fulfilled benchmark monitoring and/or impaired waters monitoring requirements (e.g., the four consecutive semi-annual average is below the benchmark for some, but not all, parameters; the permittee did not detect some, but not all, impairment pollutants), then the permittee must continue to report results in NetDMR for the remaining monitoring requirements.

The permittee must certify the following changes to their monitoring frequency to DEEP by email at DEEP.StormwaterStaff@ct.gov:

- All benchmark monitoring requirements have been fulfilled for the permit term;
- All impaired waters monitoring requirements have been fulfilled for the permit term;
- Benchmark monitoring requirements no longer apply because the Commissioner has concurred with the assessment that run-on from a neighboring source is the cause of the exceedance;
- Benchmark and/or impaired waters monitoring requirements no longer apply because the facility is inactive and unstaffed;
- Benchmark and/or impaired waters monitoring requirements now apply because the facility has changed from inactive and unstaffed to active and staffed;

Some monitoring requirements are required for the entire permit term (Section 5(k)). For those permittees for whom the Commissioner grants an electronic reporting waiver per Section 7(g), the permittee must submit paper-based DMRs by the same deadline.

Note: Electronic certification of the above changes will be refined and provided in the issued permit.

*7(g)(4)*   *Annual Report*

The permittee must submit an Annual Report (AR) by April 15th after each calendar year of permit coverage in accordance with the schedule listed in Table 11, below. The annual report must be submitted on a template provided by the Commissioner.

Note: The approval period, permit coverage and due date are subject to change and dependent on the permit issuance date.

**Table 11. Annual Report Submission Types and Deadlines**

| Permit Approval Period | First Year of Permit Coverage | Annual Report Due Date | DMR Type | Submission Path |
|---|---|---|---|---|
| January 1st, 2025 – June 30th, 2025 | January 1st, 2025 – December 31st, 2025 | April 15th, 2026 | Electronic Submission | NeT-MSGP |
| All Subsequent Permit Approvals | First Calendar Year after Permit Approval | April 15th of following year | Electronic Submission | NeT-MSGP |

(A)   Contents of the Annual Report

This subsection describes minimum information expected in the Annual Report.

(i)   Summary of Monitoring Data

A summary of the past year's monitoring data is required (Section 7(e)) for all parameters listed in sector-specific monitoring requirements in Section 7(j), as well as any requirements under impaired waters monitoring criteria (Clean Water Act Section 303(d)). Instructions for submission of electronic Annual Reports will be refined and provided in the issued permit.

(ii)   Summary of Site Inspections

A summary of the past year's routine and comprehensive facility inspection documentation is required (Section 7(d)).

For Sector S Only: If the permittee is an operator of an airport facility (Sector S) that is subject to the airport effluent limitations guidelines and are complying with the Section S effluent limitation through the use of non-urea-containing deicers, the permittee must provide a statement certifying that they do not use pavement deicers containing urea (Appendix I) (operators of airport facilities that are complying with Section S by meeting the numeric effluent limitation for ammonia do not need to include this statement).

(iii)   Summary Visual Assessments

A summary of the past year's visual assessment documentation is required (Section 7(d)(2)).

(iv)   Summary of Corrective Actions

A summary of the past year's corrective action and any required exceedance documentation (Section 7(f)). If the permittee has not completed required corrective action or exceedance responses at the time they submit their Annual Report, they must describe the status of any outstanding corrective action(s) or responses.

(v)   Noncompliance

The permittee must describe in the Annual Report any incidents of noncompliance in the past year or currently ongoing, or if none, provide a statement that the permittee is in compliance with the permit.

(vi)   Certification

The Annual Report must also include a statement, signed and certified, in accordance with Section 5(d).

(B)   Submission of Annual Reports

The permittee must submit an Annual Report (AR) electronically via NeT-MSGP by April 15th after each calendar year of permit coverage. The transition to electronic submission of Annual Reports will occur within one (1) year of permit issuance and submission of Annual Reports must be conducted in accordance with the schedule listed in Table 11, above.

Note: The electronic submission of Annual Reports will be refined and provided in the issued permit.

*7(g)(5)*   *Numeric Effluent Limitations Noncompliance Report*

Exceedance of a numeric effluent limit is a permit violation.

(A)   General Reporting

The permittee must report follow-up monitoring data using NetDMR, EPA's electronic DMR tool, as described in Section 7(g).

Note: Electronic notification instructions will be refined and provided in the issued permit.

(B)   Noncompliance Report (within two (2) hours)

The permittee must submit an ELG noncompliance report to DEEP no later than two (2) hours after the permittee has received the laboratory results utilizing the Notification of Noncompliance link listed here:

https://portal.ct.gov/DEEP/Water-Regulating-and-Discharges/Industrial-Wastewater/Compliance-Assistance/Notification-Requirements

(C)   Subsequent Report (within five (5) days)

The permittee must submit a written report to the director within five (5) days thereafter utilizing the Notification of Noncompliance link listed above. Such report shall contain a description of the noncompliance and its cause; the period of noncompliance, including exact dates and times, and, if the noncompliance has not been corrected, the anticipated time it is expected to continue, and steps taken or planned to reduce, eliminate, and prevent recurrence of the noncompliance. Notification of actual or anticipated noncompliance does not stay any permit term or condition.

(D)   Follow-up Monitoring

The permittee must conduct follow-up monitoring after the exceedance of an effluent limit at least quarterly. The schedule in Section 7(f)(1) allows for at least 60 days to implement a CAM, thirty (30) days to collect a follow-up sample, and thirty (30) additional days to report the results of the follow-up sample. This minimum 120-day schedule is designed to accommodate the quarterly follow-up monitoring requirement for ELG exceedances. If an extension is needed, the permittee may utilize the form in Appendix G.

(E)   Continue to Monitor

If follow-up monitoring indicates another effluent limit violation, the permittee must monitor, at least quarterly until their stormwater discharge is in compliance with the effluent limit. Once a discharge is back in compliance with the effluent limitation the permittee must indicate this the Commissioner.

If quarterly monitoring indicates that an applicable discharge is back in compliance with an ELG, the permittee can return to the annual monitoring schedule provided that the Commissioner has been notified using the noncompliance link listed above. Documentation must be maintained in the SWPPP.

*7(g)(6)    Additional Reporting and Recordkeeping Requirements*

In addition to the reporting requirements stipulated in Section 7(g), the permittee must submit the following reports to DEEP, as applicable. If the permittee discharges through an MS4, they must also submit these reports to the MS4 operator.

(A)    Immediate Reporting

The following information must be provided orally by the permittee as soon as there is knowledge of the event (see also Section 7(f)(3)(C)):

- The permittee must report any noncompliance which may endanger health or the environment.

- For any spill, leak, release, or discharge of non-stormwater not authorized by this permit or another permit, the operator must contact:

| |
|---|
| **The CT DEEP Emergency Response and Spill Prevention at** |
| **860-424-3338 or Toll Free at 1-866-DEP-SPIL (1-866-337-7745).** |
| **https://portal.ct.gov/DEEP/Emergency-Response-and-Spill-Prevention/Emergency-Response-and-Spill-Prevention** |

Contact information must be in locations that are readily accessible and available.

(B)    Other Notifications

All notifications listed below must be recorded in the SWPPP per Section 7(c).

(i)    Planned Changes

The permittee must give notice to DEEP via DEEP.StormwaterStaff@ct.gov promptly, no fewer than 30 days prior to making any planned physical alterations or additions to the permitted facility that qualify the facility as a new source or that could significantly change the nature or significantly increase the quantity of pollutants discharged.

(ii)    Anticipated noncompliance

The permittee must give advance notice to DEEP of any planned changes in the permitted facility or activity which the permittee anticipate will result in noncompliance with permit requirements.

(iii)    Compliance schedules

Reports of compliance or noncompliance with, or any progress reports on, interim and final requirements contained in any compliance schedule of this permit must be submitted no later than 14 days following each schedule date.

(iv)    Other noncompliance

The permittee must report all other instances of noncompliance not reported in the Annual Report, compliance schedule report, or 24-hour report utilizing the Notification of Noncompliance link listed here:

https://portal.ct.gov/DEEP/Water-Regulating-and-Discharges/Industrial-Wastewater/Compliance-Assistance/Notification-Requirements

(v)    Other information

The permittee must promptly submit facts or information if the permittee becomes aware that they failed to submit relevant facts in the registration, or that the permittee submitted incorrect information in the registration or in any report.

*7(g)(7)*   *Record Retention Requirements*

The permittee must retain copies of the registration, SWPPP (including any modifications made during the term of this permit), additional documentation requirements pursuant to Section 7(c) (including documentation related to any corrective actions or exceedance responses taken pursuant to Section 7(f) using Appendix G), all reports and certifications required by this permit, monitoring data, and records of all data used to complete the registration to be covered by this permit, for a period of at least five (5) years from the date that coverage under this permit expires or is terminated.

***Section 7(h)***    ***Modifying and Terminating Permit Coverage***

*7(h)(1)*    *How to Modify Permit Coverage*

The permittee must submit a Change Notice of Intent ("Change NOI") request if any of the information supplied on the initially approved registration must be corrected or updated. A correction or update to fields must be done by submitting a "Change NOI" request electronically via NeT-MSGP at least thirty (30) calendar days prior to the change occurring. A "Change NOI" request will be considered by the Commissioner on a case-by-case basis.

Note: The electronic submission of "Change NOI" instructions will be refined and provided in the issued permit.

(A)    When to Modify a Notice of Intent (NOI)

Updates to the registration made using the "Change NOI" request include, but are not limited to, the following:

- a change in contact information;
- any expansion, alteration, or modification of the industrial activity;
- a change in the nature of the industrial activity generating the discharge (e.g., a change in the SIC code or NAICS code);
- the introduction of a new source of stormwater pollution subject to sector-specific monitoring requirements (e.g., the use of creosote in Sector A, the use of blasting in Sector J, the use of de-icing fluid in Sector S);
- the relocation of the discharge to a different receiving waterbody;
- the relocation of discharge that changes or increases the pollutant load in the discharge;
- the addition or removal of discharge point; or
- the addition of a discharge subject to ELGs (Section 7(e)(3) and Table 5).

(B)    Approval of "Change NOI"

An affirmative determination from the Commissioner for the "Change NOI" must be obtained prior to initiating the change to the industrial activity on the site. The Commissioner may require the SWPPP to be updated during or after the approval.

(C)    Rejection of "Change NOI"

The Commissioner may reject the "Change NOI" request and require a new registration to be submitted. If a new registration is approved, the operator must submit a Notice of Termination (NOT) for the original registration no later than seven (7) calendar days after permit coverage becomes active for the new registration, as specified in 7(h)(2), below.

*7(h)(2)*    *How to Terminate Permit Coverage*

To terminate permit coverage, the permittee must use the Connecticut NPDES eReporting Tool for the Multi-Sector General Permit (NeT-MSGP) to electronically submit a Notice of Termination (NOT) (instructions provided in Appendix K). Per Section 7(g), the permittee must submit their NOT electronically via NeT-MSGP, unless the Commissioner grants the permittee a waiver from electronic reporting, in which case the permittee may use the termination form in Appendix K.

The authorization to discharge under this permit terminates at midnight of the day that the permittee is notified that their complete NOT has been processed. If the permittee submits a NOT without meeting one or more of the conditions in Section 7(h)(2), below, then the NOT is not valid. Until the permittee terminates permit coverage, they must comply with all conditions and effluent limitations in this general permit and report data in accordance with the permit.

(A)    When to Submit the Notice of Termination

The permittee must submit a NOT within thirty (30) days after one or more of the following conditions have been met:

- A new owner or operator has received authorization to discharge under this permit; or
- The permittee of the facility has submitted and been approved for a "No Exposure Certification" (NEC); or
- The permittee has modified the site such that all stormwater is retained on-site and there are no discharges of stormwater to surface waters of the state either directly or indirectly through an MS4; or
- The permittee has ceased operations at the facility, there will no longer be discharges of stormwater associated with industrial activity from the facility, no materials associated with the industrial activity remain exposed to stormwater, and all sediment and erosion controls have been implemented as necessary (see Section 7(b)(8)); or
- The facility falls under Sector J (Non-metallic Mineral Mining) and has met the applicable termination requirements per state and local regulations; or
- The permittee has obtained coverage under an individual or alternative general permit for all discharges required to be authorized by a NPDES permit (unless DEEP revokes coverage for the permittee's facility).

***Section 7(i)***       ***Regulations of Connecticut State Agencies Incorporated into This General Permit***

The permittee shall comply with sections 22a-430-3 and 22a-430-4 pf the Regulations of Connecticut State Agencies which are hereby incorporated into this general permit, as is fully set forth herein.

**Section 7(j)**    ***Sector-Specific Requirements***

7(j)(1)    *Sector A – Timber Products*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. The sector-specific requirements apply to those areas of the facility where those sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Subsection 7(j)(1) apply to stormwater discharges associated with industrial activity from Timber Products facilities as identified by the SIC Codes specified under Sector A in Appendix A. This sector also includes Wood Processing facilities which may be classified as SIC 5099 and which may include mulching and chipping for retail or wholesale.

(A)    Authorized Discharges

Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

(i)    Authorized Stormwater Discharges

Most stormwater discharges associated with industrial activity are authorized for Sector A. See subsection B(i) for exceptions.

(ii)    Authorized Non-Stormwater Discharges

In addition to the authorized non-stormwater discharges listed in Section 7(b)(11)(A), discharges from the spray down of lumber and wood product storage yards where no chemical additives are used in the spray-down waters and no chemicals are applied to the wood during storage are authorized for Sector A, subject to control measures in Section 7(b) and effluent limits in Table E, below.

(B)    Discharges Not Authorized by this Permit

Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

(i)    Prohibited Stormwater Discharges

Stormwater that has come into contact with the following is not authorized for discharge to surface water under this permit:

- chemical formulations sprayed to provide surface protection or coloring;
- waste wood products from construction and demolition (C&D waste); or
- any wood products known to be contaminated with chlorophenol, creosote, or chromium-copper-arsenic formulations.

(ii)    Prohibited Non-Stormwater Discharges

The only non-stormwater discharges authorized by this permit are listed in Section 7(b)(11)(A) and any additional authorized non-stormwater discharges listed in subsection (A)(ii), above.

(C)    Sector-Specific Definitions

There are no additional definitions for Sector A beyond those listed in Section 2.

(D)    Additional Control Measures

In addition to the general control measures specified in Section 7(b), the permittees in Sector A must also implement the following additional control measures:

(i)    Good Housekeeping (See also Section 7(b)(1))

In areas where storage, loading and unloading, and material handling occur, perform good housekeeping to minimize the discharge of wood debris, leachate generated from decaying wood materials, and the generation of dust. Discharges from these areas must comply with Sector A effluent limits for pH and debris.

The term "minimize" means reduce and/or eliminate to the extent achievable using control measures that are technologically available, economically practicable, and achievable in light of best industry practice.

   (ii)  Liquid and Wastewater Containment

(See also Section 7(b)(3)) All containers stored outside that hold liquid dyes must have secondary containment and cover.

(E)  Additional SWPPP Requirements

In addition to the general SWPPP requirements specified in Section 7(c), the permittees in Sector A must also implement the following additional SWPPP requirements:

   (i)  Site Map (See also Section 7(c)(2)(B)(iii))

Document in the SWPPP where any of the following may be exposed to precipitation or surface runoff: processing areas; treatment chemical storage areas; treated or colored wood and residue storage areas; wet decking areas; dry decking areas; untreated wood and residue storage areas; and treatment equipment storage areas.

   (ii)  Summary of Potential Pollutant Sources (See also Section 7(c)(2)(C))

Where such information exists, if the facility has used chlorophenol, creosote, or chromium-copper-arsenic formulations for wood surface protection or preserving, document in the SWPPP the following: areas where contaminated soils, treatment equipment, and stored materials still remain, and the management practices employed to minimize the contact of these materials with stormwater runoff.

   (iii)  Control Measures (See also Section 7(c)(2)(D))

Document control measures implemented to address the following activities and sources:

- log, lumber, and wood product storage areas
- residue storage areas
- loading and unloading areas
- material handling areas
- chemical storage areas
- equipment and vehicle maintenance, storage, and repair areas

If the facility performs wood surface protection and preservation activities, address the specific control measures, including any BMPs, for these activities.

(F)  Sector-Specific Inspection Requirements

In addition to the general inspection requirements specified in Section 7(d), the permittees in Sector A must also implement the following additional inspection requirements:

If the facility performs wood surface protection and preservation activities or coloring, inspect processing areas, transport areas, and treated or colored wood storage areas monthly to assess the usefulness of practices to minimize the deposit of treatment or coloring chemicals on unprotected soils and in areas that will come in contact with stormwater discharges.

(G)  Sector-Specific Monitoring Requirements

(See also Section 7(e)) Table A identifies monitoring requirements and frequencies for Sector A. The permittee may copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

Table A also identifies effluent limits that apply to the industrial activities described below. Compliance with these effluent limits is to be determined based on stormwater discharges from these industrial activities independent of commingling with any other waste streams that may be authorized under this permit. Exceedance of any effluent limit is a violation of the general permit.

(H)   Additional Requirements for Inactive and Unstaffed Sites

There are no additional requirements for inactive and unstaffed sites for Sector B beyond those required in Sections 7(b), 7(c), 7(d), and 7(e).

 (I)   Termination of Permit Coverage

There are no additional requirements for termination of permit coverage beyond those listed in Section 7(h).

| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
|---|---|---|---|---|
| Table A. All Monitoring Requirements for Sector A (Timber Products) | | | | |
| BENCHMARK Section 7(e)(1) | Applies to all Sector A facilities | Semiannually until requirements for benchmark monitoring exemption are met [1] | Chemical Oxygen Demand (COD) | 75 mg/L |
| | | | Total Oil and Grease (O&G) | 5.0 mg/L |
| | | | pH | 5.0 - 9.0 s.u.[2] |
| | | | Total Suspended Solids (TSS) | 90 mg/L |
| | | | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen ($NO_3$-N) | 1.10 mg/L |
| | | | Total Copper (Cu) | 0.059 mg/L |
| | | | Total Lead (Pb) | 0.076 mg/L |
| | | | Total Zinc (Zn) | 0.160 mg/L |
| | | | Total Arsenic (As) | 0.15 mg/L |
| ADDITIONAL Section 7(e)(2) | Applies only to Sector A facilities that manufacture, use, or store creosote or creosote-treated wood in areas that are exposed to precipitation | Semiannually in the 1st and 2nd year of permit term | Polycyclic Aromatic Hydrocarbons (PAHs) | None |
| EFFLUENT LIMIT Section 7(e)(3) | Applies only to Sector A facilities with discharges resulting from spray down or intentional wetting of logs at wet deck storage areas | Annually for permit term | pH | 6.0 - 9.0 s.u.[2] |
| | | | Debris (woody material such as bark, twigs, branches, heartwood, or sapwood) | No discharge of debris that will not pass through a 2.54-cm (1-in.) diameter round |
| AQUATIC TOXICITY Section 7(e)(4) | Applies to all Sector A facilities | Once in the 1st year of permit term | $LC_{50}$ for *Daphnia pulex* | None |
| IMPAIRED WATERS Section 7(e)(5) | Applies to all Sector A facilities | Annually | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[3] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges | |

[1]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)).
[2]The effluent limit supersedes the benchmark threshold value. Exceedance of the effluent limit of this parameter for the discharges listed here is a permit violation (see also Section 7(e)(3)).
[3]DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress.

*7(j)(2)*     *Sector B – Paper and Allied Products Manufacturing*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. The sector-specific requirements apply to those areas of the facility where those sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Subsection 7(j)(2) apply to stormwater discharges associated with industrial activity from Paper and Allied Products Manufacturing facilities as identified by the SIC Codes specified under Sector B in Appendix A of the permit.

(A)  Authorized Discharges

Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

   (i)  Authorized Stormwater Discharges

   All stormwater discharges associated with industrial activity in Sector B are authorized.

   (ii)  Authorized Non-Stormwater Discharges

   There are no additional authorized non-stormwater discharges for Sector B beyond those listed in Section 7(b)(11)(A).

(B)  Discharges Not Authorized by this Permit

Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

   (i)  Prohibited Stormwater Discharges

   None.

   (ii)  Prohibited Non-Stormwater Discharges

   The only non-stormwater discharges authorized by this permit are listed in Section 7(b)(11)(A).

(C)  Sector-Specific Definitions

There are no additional definitions for Sector B beyond those listed in Section 2.

(D)  Additional Control Measures

There are no additional control measures for Sector B beyond those listed in Section 7(b).

(E)  Additional SWPPP Requirements

There are no additional SWPPP requirements for Sector B beyond those listed in Section 7(c).

(F)  Sector-Specific Inspection Requirements

There are no additional inspection requirements for Sector B beyond those listed in Section 7(d).

(G)  Sector-Specific Monitoring Requirements

(See also Section 7(e)) Table B identifies monitoring requirements and frequencies for Sector B which apply to both the primary industrial activity and any co-located industrial activities. The permittee may copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

(H)  Additional Requirements for Inactive and Unstaffed Sites

There are no additional requirements for inactive and unstaffed sites for Sector B beyond those required in Sections 7(b), 7(c), 7(d), and 7(e).

(I)    Termination of Permit Coverage

There are no additional requirements for termination of permit coverage for Sector B beyond those listed in Section 7(h).

| Table B. All Monitoring Requirements for Sector B (Paper and Allied Products) | | | | |
|---|---|---|---|---|
| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
| BENCHMARK<br>Section 7(e)(1) | Applies to all Sector B facilities | Semiannually until requirements for benchmark monitoring exemption are met[1] | Chemical Oxygen Demand (COD) | 75 mg/L |
| | | | Total Oil and Grease (O&G) | 5.0 mg/L |
| | | | pH | 5.0 - 9.0 s.u. |
| | | | Total Suspended Solids (TSS) | 90 mg/L |
| | | | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen ($NO_3$-N) | 1.10 mg/L |
| | | | Total Copper (Cu) | 0.059 mg/L |
| | | | Total Lead (Pb) | 0.076 mg/L |
| | | | Total Zinc (Zn) | 0.160 mg/L |
| ADDITIONAL<br>Section 7(e)(2) | Applies to all Sector B facilities | No additional monitoring for Sector B | | |
| EFFLUENT LIMITS<br>Section 7(e)(3) | Applies to all Sector B facilities | No effluent limits for Sector B | | |
| AQUATIC TOXICITY<br>Section 7(e)(4) | Applies to all Sector B facilities | Once in the 1st year of permit term | $LC_{50}$ for *Daphnia pulex* | None |
| IMPAIRED WATERS<br>Section 7(e)(5) | Applies to all Sector B facilities | Annually | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[3] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges | |

[1]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)).
[2]DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress.

7(j)(3)   *Sector C – Chemical and Allied Products Manufacturing and Refining*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. The sector-specific requirements apply to those areas of the facility where those sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Subsection 7(j)(3) apply to stormwater discharges associated with industrial activity from Chemical and Allied Products Manufacturing, and Refining facilities as identified by the SIC Codes specified under Sector C in Appendix A of the permit.

(A)   Authorized Discharges

Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

(i)   Authorized Stormwater Discharges

All stormwater discharges associated with industrial activity in Sector C are authorized.

(ii)   Authorized Non-Stormwater Discharges

There are no additional authorized non-stormwater discharges for Sector C beyond those listed in Section 7(b)(11)(A).

(B)   Discharges Not Authorized by this Permit

Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

(i)   Prohibited Stormwater Discharges

Runoff from phosphate fertilizer manufacturing that comes into contact with any raw materials, finished product, by-products or waste products (SIC 2874) is not authorized by this general permit.

(ii)   Prohibited Non-Stormwater Discharges

This permit does not authorize the following discharges to the ground, storm drainage system, or any surface waters of the state: non-stormwater discharges containing inks, paints, or substances (hazardous, nonhazardous, etc.) resulting from an onsite spill, including materials collected in drip pans; washwater from material handling and processing areas; and washwater from drum, tank, or container rinsing and cleaning.

The only non-stormwater discharges authorized by this permit are in Section 7(b)(11)(A).

(C)   Sector-Specific Definitions

There are no additional definitions for Sector C beyond those listed in Section 2.

(D)   Additional Control Measures

There are no additional control measures for Sector C beyond those listed in Section 7(b).

(E)   Additional SWPPP Requirements

There are no additional SWPPP requirements for Sector C beyond those listed in Section 7(c).

(F)   Sector-Specific Inspection Requirements

There are no additional inspection requirements for Sector C beyond those listed in Section 7(d).

(G)   Sector-Specific Monitoring Requirements

(See also Section 7(e))

Table C identifies monitoring requirements and frequencies for Sector C which apply to both the primary industrial activity and any co-located industrial activities. The permittee may copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

(H)   Additional Requirements for Inactive and Unstaffed Sites

There are no additional requirements for inactive and unstaffed sites for Sector C beyond those required in Sections 7(b), 7(c), 7(d), and 7(e).

(I)   Termination of Permit Coverage

There are no additional requirements for termination of permit coverage for Sector C beyond those listed in Section 7(h).

| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
|---|---|---|---|---|
| Table C. All Monitoring Requirements for Sector C (Chemical and Allied Products Manufacturing, and Refining) | | | | |
| BENCHMARK Section 7(e)(1) | Applies to all Sector C facilities | Semiannually until requirements for benchmark monitoring exemption are met[1] | Chemical Oxygen Demand (COD) | 75 mg/L |
| | | | Total Oil and Grease (O&G) | 5.0 mg/L |
| | | | pH | 5.0 - 9.0 s.u. |
| | | | Total Suspended Solids (TSS) | 90 mg/L |
| | | | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen ($NO_3$-N) | 1.10 mg/L |
| | | | Total Copper (Cu) | 0.059 mg/L |
| | | | Total Lead (Pb) | 0.076 mg/L |
| | | | Total Zinc (Zn) | 0.160 mg/L |
| | | | Total Aluminum (Al) | 0.75 mg/L |
| ADDITIONAL Section 7(e)(2) | Applies only to Sector C facilities with Petroleum Refining (SIC Code 2911) | Semiannually in the 1st and 2nd year of permit term | Polycyclic Aromatic Hydrocarbons (PAHs) | None |
| EFFLUENT LIMITS Section 7(e)(3) | Applies to all Sector C facilities | No effluent limits for Sector C | | |
| AQUATIC TOXICITY Section 7(e)(4) | Applies to all Sector C facilities | Once in the 1st year of permit term | $LC_{50}$ for *Daphnia pulex* | None |
| IMPAIRED WATERS Section 7(e)(5) | Applies to all Sector C facilities | Annually | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[2] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges | |
| [1]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)). [2]DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress. | | | | |

*7(j)(4)*    *Sector D – Asphalt Paving and Roofing Materials and Lubricant Manufacturing*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. The sector-specific requirements apply to those areas of the facility where those sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Subsection 7(j)(4) apply to stormwater discharges associated with industrial activity from Asphalt Paving and Roofing Materials and Lubricant Manufacturing facilities as identified by the SIC Codes specified under Sector D in Appendix A.

(A)   Authorized Discharges

    Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

      (i)   Authorized Stormwater Discharges

         Most stormwater discharges associated with industrial activity are authorized for Sector D. See subsection B(i) for exceptions.

      (ii)   Authorized Non-Stormwater Discharges

         There are no additional authorized non-stormwater discharges for Sector D beyond those listed in Section 7(b)(11)(A).

(B)   Discharges Not Authorized by this Permit

    Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

      (i)   Prohibited Stormwater Discharges

         (1) Not Authorized by this General Permit

           Stormwater discharges from petroleum refining facilities, including those that manufacture asphalt or asphalt products, that are subject to nationally established Effluent Limitations Guidelines found in 40 CFR Part 419 (Petroleum Refining) are not authorized by this general permit.

         (2) Not Authorized under Sector D

           The following stormwater discharges associated with industrial activity are not authorized under Sector D: Stormwater discharges from oil recycling facilities, which are covered under Sector N; stormwater discharges associated with fats and oils rendering, which are covered under Sector U.

      (ii)   Prohibited Non-Stormwater Discharges

         The only non-stormwater discharges authorized by this permit are listed in Section 7(b)(11)(A).

(C)   Sector-Specific Definitions

    There are no additional definitions for Sector D beyond those listed in Section 2.

(D)   Additional Control Measures

    In addition to the general control measures specified in Section 7(b), the permittees in Sector D must also implement the following additional control measures:

      (i)   Dust Control (See also Section 7(b)(4))

Permittees must control for dust and fine sand particles that may be carried out of a rotary rock dryer with steam and expanded air in the tumbling process. Required control measures include the following:

- Use dust collection systems (i.e., baghouses, knock-out boxes) to collect airborne particles generated as a result of material handling operations or aggregate drying.
- Inspect dust collection systems (e.g., baghouses or knock-out boxes) at least weekly and immediately address any required maintenance or preventative maintenance issues (See also Section 7(f)(3)(F)).
- Immediately remove accumulated dust at the base of any dust collection system (e.g., baghouses or knock-out boxes) or around any screw conveyors.
- Sweep the facility weekly.
- Dispose or recycle collected dust and debris according to applicable federal and state requirements.

(ii)   Minimize Exposure (See also Section 7(b)(2))

The permittee must minimize exposure of asphalt ingredients like aggregate (sand, stone, limestone, and gravel, etc.), liquid asphalt cement, or reclaimed asphalt pavement (RAP) to stormwater. Implement control measures such as the following (list not exclusive):

- Cover bins containing aggregate or RAP when not in use, where feasible.
- Protect all materials stored outside with storm-resistant covering in the event of extreme/heavy precipitation.

(iii)   Storage of Petroleum, Synthetic-based Stocks, and Additives (See also Section 7(b)(3))

The permittee must implement and maintain secondary containment and structural controls to prevent the discharge of pollutants into the storm sewer system. Implement control measures such as the following (list not exclusive):

- Provide secondary containment, such as dikes, with a height sufficient to contain a spill (the greater of 10 percent of the total enclosed tank volume or 110 percent of the volume contained in the largest tank).
- If containment structures have drains, ensure that the drains have valves, and that valves are maintained in the closed position. Institute protocols for checking/testing stormwater in containment areas prior to discharge.
- Use double-walled tanks with overflow protection.
- Keep liquid transfer nozzles/hoses in secondary containment area.
- Store drums, including empty or used drums, in secondary containment with a roof or cover (including temporary cover such as a tarp that prevents contact with precipitation).

(E)   Additional SWPPP Requirements

In addition to the general SWPPP requirements specified in Section 7(c), the permittees in Sector D must also implement the following:

(i)   Summary of Potential Pollutant Sources (See also Section 7(c)(2)(C))

Permittees must address outdoor stockpiling of materials and summarize the potential pollutants in those materials (e.g., benzene, TSS, metals, pH).

(ii)   Dust Control (See also Section 7(b)(4))

Permittees must describe in the SWPPP any dust control measures required for compliance with state air quality permits.

(F)   Sector-Specific Inspection Requirements

In addition to the general inspection requirements specified in Section 7(d), the permittees in Sector D must also inspect dust collection systems at least weekly.

(G)   Sector-Specific Monitoring Requirements

(See also Section 7(e)) Table D-1 and D-2 identify monitoring requirements and frequencies for Sector D which apply to both the primary industrial activity and any co-located industrial activities. The permittee may copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

Table D-2 identifies effluent limits that apply to the industrial activities described below. Compliance with these effluent limits is to be determined based on discharges from these industrial activities independent of commingling with any other waste streams that may be authorized under this permit. Exceedance of any effluent limit is a violation of the general permit.

(H)   Additional Requirements for Inactive and Unstaffed Sites

There are no additional requirements for inactive and unstaffed sites for Sector D beyond those required in Sections 7(b), 7(c), 7(d), and 7(e).

(I)   Termination of Permit Coverage

There are no additional requirements for termination of permit coverage for Sector D beyond those listed in Section 7(h).

| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
|---|---|---|---|---|
| BENCHMARK Section 7(e)(1) | Applies to all Sector D facilities | Semiannually until requirements for benchmark monitoring exemption are met[1] | Chemical Oxygen Demand (COD) | 75 mg/L |
| | | | Total Oil and Grease (O&G) | 5.0 mg/L[2] |
| | | | pH | 5.0 - 9.0 s.u.[2] |
| | | | Total Suspended Solids (TSS) | 90 mg/L[2] |
| | | | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen (NO$_3$-N) | 1.10 mg/L |
| | | | Total Copper (Cu) | 0.059 mg/L |
| | | | Total Lead (Pb) | 0.076 mg/L |
| | | | Total Zinc (Zn) | 0.160 mg/L |
| ADDITIONAL Section 7(e)(2) | Applies to all Sector D facilities | Semiannually for permit term | Semivolatile Hydrocarbons | None |
| | Applies to all Sector D facilities | Semiannually in the 1st and 2nd year of permit term | Polycyclic Aromatic Hydrocarbons (PAHs) | None |

Table D-1. Benchmark and Additional Monitoring Requirements for Sector D (Asphalt Paving and Roofing Materials and Lubricant Manufacturing)

[1]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)).
[2]The effluent limit supersedes the benchmark threshold value. Exceedance of the effluent limit of this parameter for the discharges listed in Table D-2 is a permit violation (see also Section 7(e)(3)).

| Table D-2. Effluent Limits, Aquatic Toxicity, and Impaired Waters Monitoring for Sector D (Asphalt Paving and Roofing Materials and Lubricant Manufacturing) |
|---|

| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
|---|---|---|---|---|
| EFFLUENT LIMITS Section 7(e)(3) | Applies only to Sector D asphalt emulsion facilities (within SIC code 2911) | Annually for permit term | pH | 6.0 - 9.0 s.u.[2] |
|  |  |  | Oil and Grease | 10.0 mg/L[2,3] (30-day average maximum) |
|  |  |  |  | 15.0 mg/L[2,3] (daily maximum) |
|  |  |  | Total Suspended Solids (TSS) | 15.0 mg/L[2,3] (30-day average maximum) |
|  |  |  |  | 23.0 mg/L[2,3] (daily maximum) |
| AQUATIC TOXICITY Section 7(e)(4) | Applies to all Sector D facilities | Once in the 1st year of permit term | LC$_{50}$ for *Daphnia pulex* | None |
| IMPAIRED WATERS Section 7(e)(5) | Applies to all Sector D facilities | Annually | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[4] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges |

[2]The effluent limit supersedes the benchmark threshold value. Exceedance of the effluent limit of this parameter for the discharges listed here is a permit violation (see also Section 7(e)(3)).
[3]See Section 7(e)(3)(D) for guidance.
[4]DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress.

7(j)(5)     *Sector E – Glass, Clay, Cement, Concrete, and Gypsum Products*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. The sector-specific requirements apply to those areas of the facility where those sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Subsection 7(j)(5) apply to stormwater discharges associated with industrial activity from Glass, Clay, Cement, Concrete, and Gypsum Products facilities as identified by the SIC Codes specified under Sector E in Appendix A.

(A)     Authorized Discharges

Subsections (A)(i) and A(ii) describe the only authorized discharges under this general permit.

(i)     Authorized Stormwater Discharges

All stormwater discharges associated with industrial activity in Sector E are authorized.

(ii)     Authorized Non-Stormwater Discharges

There are no additional authorized non-stormwater discharges for Sector E beyond those listed in Section 7(b)(11)(A).

(B)     Discharges Not Authorized by this Permit

Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

(i)     Prohibited Stormwater Discharges

None.

(ii)     Prohibited Non-Stormwater Discharges

This permit does not authorize the following discharges to the ground, storm drainage system, or any surface waters of the state:

- Concrete washout washwater (see definition Subsection (B)(ii), below);
- Stormwater that has comingled with concrete washout washwater in basins; or
- Water from lined impounds.
- Vehicle Washwater

The only non-stormwater discharges authorized by this permit are listed in Section 7(b)(11)(A).

(C)     Sector-Specific Definitions

In addition to the general definitions specified in Section 2, the permittees in Sector E must also be aware of the following definitions:

"Concrete Manufacturing" means activities classified under NAICS Codes 327331 and 327320 and SIC Codes 3271 and 3273, as described in Appendix A.

"Concrete Washout Wastewater" means wastewater generated from the rinsing of interior surfaces of equipment used for the mixing or transport of concrete without the use of detergents or chemical additives to remove residual concrete.

"10-year, 24-hour Storm Event" means the maximum 24-hour precipitation event with a probable recurrence interval of once in 10 years, as defined by the National Oceanic and Atmospheric Administration (NOAA) Atlas 14, Volume 10, Version 2, Point Precipitation

Frequency Estimates (as amended, or equivalent regional or state rainfall probability information developed therefrom.

"Vehicle and Equipment Rinse Water" means wastewater generated from rinsing the exterior surfaces of vehicles or equipment without the use of detergents or other added chemicals. Vehicle rinse water includes wastewater generated from the rinsing of all exterior surfaces, including the vehicles tires, but excludes any areas of the vehicle which may reasonably be expected to be exposed to oil or other pollutants, including but not limited to engine compartments, steering, braking, lubrication and suspension systems, heating and cooling systems, and hydraulic systems. Equipment rinse water includes wastewater generated from the rinsing of all exterior surfaces but excludes any part of the equipment which may reasonably be expected to be exposed to oil or other pollutants, including but not limited to engine compartments, mechanical systems, lubrication systems, heating and cooling systems, and hydraulic systems.

"Concrete Washout Impoundment" means a lined impoundment to prevent any direct discharge of concrete washout wastewater and vehicle and equipment rinse water to surface water or groundwater.

(D)   Additional Control Measures

In addition to the general definitions specified in Section 7(b), the permittees in Sector E must also be aware of the following control measures:

(i)   Concrete Washout Lined Impoundment

This general permit prohibits the direct discharge of concrete washout wastewater and vehicle and equipment rinse water that contains concrete residue to surface water or to groundwater. Concrete washout wastewater and vehicle and equipment rinse water must be discharged to a lined impoundment to prevent any direct discharge to surface water or groundwater. Such impoundment must be constructed, operated, and maintained to:

- Provide adequate capacity for retention and flow control of concrete washout wastewater.

- Provide adequate structural load-bearing design to support any mechanical method used for solids removal.

- Prevent any discharge to groundwater.

- Treat the removal of solids to the best extent practicable prior to discharge to any on-site pond.

This permit does not authorize the discharge of water from lined impoundments. Wastewater must be evaporated in place, discharged under a separate permit pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes, or pumped and hauled by a licensed waste hauler.

(ii)   Best Management Practices for Concrete Washout Washwater

Concrete washout wastewater must be contained, handled, and disposed of in accordance with the BMP for Concrete Washout, attached as Appendix J of this general permit.

In addition, concrete washout wastewater generated in mobile washing stations, or concrete washout wastewater to which chemicals are added, must be contained, handled, and disposed of in accordance with the BMP for Concrete Washout.

(iii)   Good Housekeeping (See also Section 7(b)(1))

As part of the good housekeeping program, the permittee must prevent or minimize the discharge of spilled cement, aggregate (including sand or gravel), kiln dust, fly ash,

settled dust, or other significant material in stormwater from paved portions of the site that are exposed to stormwater.

The permittee must sweep or vacuum paved surfaces of the site that are exposed to stormwater at regular intervals or use other equivalent measures (e.g., wash down the area and collect and/or treat and/or properly dispose of the washdown water) to minimize the potential discharge of these materials in stormwater. The permittee may determine the frequency based on the amount of industrial activity occurring in the area and the frequency of precipitation; however, it must be performed at least once a week in areas where cement, aggregate, kiln dust, fly ash or settled dust are being handled or processed and may be discharged in stormwater.

The permittee must also prevent the exposure of fine granular solids (e.g., cement, fly ash, kiln dust) to stormwater, where feasible, by storing these materials in enclosed silos, hoppers, buildings or under other covering.

Finally, permittees must also clean out catch basins when the depth of debris reaches half of the sump depth and keep the debris surface at least six inches below the lowest outlet pipe.

(iv)   Prohibited Non-Stormwater Discharges (See also Section 7(b)(11)(B) and section 7(f)(3)(C))

If concrete washout wastewater is unintentionally discharged from a lined impoundment, the permittee must immediately follow the steps in Section 7(f)(3)(C) and report the unauthorized discharge. An unauthorized release or discharge is a permit violation. Failure to report an unauthorized release or discharge, or take any corrective action, is an additional permit violation.

(v)   Infiltration

Infiltration is a prohibited stormwater management practice in and around areas of vehicle and equipment cleaning (see Aquifer Protection Areas, Appendix C). However, infiltration may be used to prevent uncontaminated stormwater (i.e., run-on) from coming into contact with these industrial activities.

(1) Stormwater Run-on

Permittees should consult the Connecticut Stormwater Quality manual for general design guidance for stormwater conveyance systems that keep uncontaminated stormwater run-on away from areas of vehicle and equipment cleaning. Stormwater conveyance around the site's perimeter may include run-on channels, ditches, berms, and gutters.

(2) Best Engineering Practices

The permittee must ensure that any engineered stormwater drainage systems meet the standards of best engineering practices and are properly designed, implemented, and maintained in accordance with the Connecticut Stormwater Quality Manual.

Any evaluation, construction, or modification of the design of an engineered stormwater drainage system, as defined in the Connecticut Stormwater Quality Manual, requires certification by a Professional Engineer. The certification and supporting documentation must be kept in the SWPPP (see also Section 7(c)(8)(D)).

(E)   Additional SWPPP Requirements

In addition to the general SWPPP requirements specified in Section 7(c), the permittees in Sector E must also implement the following additional SWPPP requirements:

(i)   Site Map (See also Section 7(c)(2)(B)(iii))

Document in the SWPPP the locations of the following, as applicable:

- bag house or other dust control device
- recycle/ sedimentation pond, clarifier, or other device used for the treatment of process wastewater
- the areas that drain to the treatment device

(ii)   Frequency of Housekeeping

Indicate in the SWPPP the frequency of good housekeeping practices such as sweeping, vacuuming or other equivalent measures based on based on the amount of industrial activity occurring in the area and the frequency of precipitation. Also indicate the frequency of catch basin clean-out.

(F)   Sector-Specific Inspection Requirements

In addition to the general inspection requirements specified in Section 7(d), the permittees in Sector E must also implement the following additional inspection requirements:

Permittees must inspect the lined impoundment, or any other containment strategy for concrete washout wastewater, at least weekly. Concrete washout wash water must not overflow or leave the containment area. Waste concrete must be disposed of in accordance with applicable rules and regulations. Permittees may refer to Appendix J for further guidance.

(G)   Sector-Specific Monitoring Requirements

Table E identifies monitoring requirements and frequencies for Sector E which apply to both the primary industrial activity and any co-located industrial activities. The permittee may copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

Table E also identifies effluent limits that apply to the industrial activities described below. Compliance with these effluent limits is to be determined based on discharges from these industrial activities independent of commingling with any other waste streams that may be authorized under this permit. Exceedance of any effluent limit is a violation of the general permit.

(H)   Additional Requirements for Inactive and Unstaffed Sites

In addition to the general requirements for inactive sites listed in Sections 7(b), 7(c), 7(d), and 7(e), the permittees in Sector E must also empty and properly dispose of the contents of all lined impoundments and clean all residues in accordance with applicable rules and regulations.

(I)   Termination of Permit Coverage

In addition to the general requirements for terminating permit coverage listed in Sections 7(h), the permittees in Sector E must also empty and properly dispose of the contents of all lined impoundments and clean all residues in accordance with applicable rules and regulations.

| Table E-1. Benchmark and Additional Monitoring Requirements for Sector E (Glass, Clay, Cement, Concrete, and Gypsum Products) | | | | |
|---|---|---|---|---|
| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
| BENCHMARK Section 7(e)(1) | Applies to all Sector E facilities | Semiannually until requirements for benchmark monitoring exemption are met[1] | Chemical Oxygen Demand (COD) | 75 mg/L |
| | | | Total Oil and Grease (O&G) | 5.0 mg/L |
| | | | pH | 5.0 - 9.0 s.u.[2] |
| | | | Total Suspended Solids (TSS) | 90 mg/L[2] |
| | | | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen ($NO_3$-N) | 1.10 mg/L |
| | | | Total Copper (Cu) | 0.059 mg/L |
| | | | Total Lead (Pb) | 0.076 mg/L |
| | | | Total Zinc (Zn) | 0.16 mg/L |
| | | | Total Aluminum (Al) | 0.75 mg/L |
| ADDITIONAL Section 7(e)(2) | Applies to all Sector E facilities | Annually in 1st and 2nd Year of Permit Term | Total Arsenic (As) | None |
| [1]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)). [2]The effluent limit supersedes the benchmark threshold value. Exceedance of the effluent limit of this parameter for the discharges listed in Table E-2 is a permit violation (see also Section 7(e)(3)). | | | | |

Table E-2. Effluent Limits, Aquatic Toxicity, and Impaired Waters Monitoring Requirements for Sector E (Glass, Clay, Cement, Concrete, and Gypsum Products)

| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
|---|---|---|---|---|
| EFFLUENT LIMITS Section 7(e)(3) | Applies only to Sector E cement manufacturing facilities with discharges from material storage piles (SIC 3241) | Annually for permit term | Total Suspended Solids (TSS) | 50.0 mg/L[2,3] (daily maximum) |
| | | | pH | 6.0 - 9.0 s.u.[2,3] |
| AQUATIC TOXICITY Section 7(e)(4) | Applies to all Sector E facilities | Once in the 1st year of permit term | $LC_{50}$ for *Daphnia pulex* | None |
| IMPAIRED WATERS Section 7(e)(5) | Applies to all Sector E facilities | Annually | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[4] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges | |

[2]The effluent limit supersedes the benchmark threshold value. Exceedance of the effluent limit of this parameter for the discharges listed here is a permit violation (see also Section 7(e)(3)).

[3]Any untreated overflow from facilities designed, constructed, and operated to treat the volume of runoff from materials storage piles which results from the 10-year, 24-hour rainfall event shall not be subject to the pH and TSS limitations (40 CFR 411.32(b)).

[4]DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress.

7(j)(6)   *Sector F – Primary Metals*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. The sector-specific requirements apply to those areas of the facility where those sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Subsection 7(j)(6) apply to stormwater discharges associated with industrial activity from Primary Metals facilities as identified by the SIC Codes specified under Sector F in Appendix A.

(A)   Authorized Discharges

Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

(i)   Authorized Stormwater Discharges

All stormwater discharges associated with industrial activity in Sector F are authorized.

(ii)   Authorized Non-Stormwater Discharges

There are no additional authorized non-stormwater discharges for Sector F beyond those listed in Section 7(b)(11)(A).

(B)   Discharges Not Authorized by this Permit

Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

(i)   Prohibited Stormwater Discharges

None.

(ii)   Prohibited Non-Stormwater Discharges

The only non-stormwater discharges authorized by this permit are listed in Section 7(b)(11)(A).

(C)   Sector-Specific Definitions

There are no additional definitions for Sector F beyond those listed in Section 2.

(D)   Additional Control Measures

In addition to the general control measures specified in Section 7(b), the permittees in Sector F must also implement the following additional control measures:

(i)   Good Housekeeping (See also Section 7(b)(1))

(1)   Cleanliness

The permittee must implement a cleaning and maintenance program for all impervious areas of the facility where particulate matter, dust or debris may accumulate to minimize the discharge of pollutants in stormwater. The cleaning and maintenance program must encompass, as appropriate, areas where material loading and unloading, storage, handling and processing occur.

(2)   Stabilize Unpaved Areas

Stabilize unpaved areas using vegetation or stone paving where there is vehicle traffic or where material loading and unloading, storage, handling and processing occurs, unless feasible.

(ii)  Dust Control (See also Section 7(b)(4))

(1)  Dust Control in Paved Areas

For paved areas of the facility where particulate matter, dust or debris may accumulate, to minimize the discharge of pollutants in stormwater, the permittee must implement control measures including, but not limited to, the following: sweeping or vacuuming at regular intervals and washing down the area and collecting and/or treating and properly disposing of the washdown water.

(2)  Dust Control in Unpaved Areas

For unpaved areas, to minimize the discharge of particulate matter, dust, or debris or other pollutants in stormwater, the permittee must implement the following control measures or equivalent measures (list not exclusive): sediment traps; vegetative buffer strips; filter fabric fence; sediment filtering boom; gravel outlet protection; and other equivalent measures that effectively trap or remove sediment.

(iii)  Vehicles and Equipment (See also Section 7(b)(5))

The permittee must minimize the potential for stormwater exposure to leaky or leak-prone vehicles/equipment awaiting maintenance or being stored outside. Cover vehicles with storm-resistant coverings, and otherwise minimize contact of decommissioned vehicles or equipment with rain, run-on stormwater, snow, or snowmelt.

The term "minimize" means reduce and/or eliminate to the extent achievable using control measures that are technologically available, economically practicable, and achievable in light of best industry practice.

(E)  Additional SWPPP Requirements

In addition to the general SWPPP requirements specified in Section 7(c), the permittees in Sector F must also implement the following additional SWPPP requirements:

(i)  Site Map (See also Section 7(c)(2)(B)(iii))

Identify in the SWPPP where any of the following activities may be exposed to precipitation or surface runoff:

- storage of wastes such as spent solvents and baths, sand, slag, and dross;
- liquid storage tanks and drums;
- processing areas including pollution control equipment (e.g., baghouses);
- storage areas of raw material such as coal, coke, scrap, sand, fluxes, refractories, or metal in any form; and
- any area where an accumulation of significant amounts of particulate matter could occur from such sources as furnace or oven emissions, losses from coal and coke handling operations, etc., and could result in a discharge of pollutants in stormwater.

(ii)  Summary of Potential Pollutant Sources (See also Section 7(c)(2)(C))

Include in the inventory of materials handled at the site those that potentially may be exposed to precipitation or runoff areas as a result of deposition of particulate matter from process air emissions or losses during material-handling activities.

(F)  Sector-Specific Inspection Requirements

In addition to the general inspection requirements specified in Section 7(d), the permittees in Sector F must also implement the following additional inspection requirements:

(See also Section 7(d)) As part of the routine facility inspections (conducted at least monthly), address all potential sources of pollutants, including (if applicable) air pollution control equipment (e.g., baghouses, electrostatic precipitators, scrubbers, cyclones), for any signs of degradation (e.g., leaks, corrosion, improper operation) that could limit their efficiency and lead to excessive emissions. Consider monitoring air flow at inlets and outlets (or use equivalent measures) to check for leaks (e.g., particulate deposition) or blockage in ducts. Also inspect all process and material handling equipment (e.g., conveyors, cranes, and vehicles) for leaks, drips, or the potential loss of material and material storage areas (e.g., piles, bins, or hoppers for storing coke, coal, scrap, or slag, as well as chemicals stored in tanks and drums) for signs of material losses due to wind or stormwater runoff.

(G)    Sector-Specific Monitoring Requirements

Table F identifies monitoring requirements and frequencies for Sector F which apply to both the primary industrial activity and any co-located industrial activities. The permittee may copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

(H)    Additional Requirements for Inactive and Unstaffed Sites

In addition to the general requirements for inactive sites listed in Sections 7(b), 7(c), 7(d), and 7(e), the permittees in Sector F must also implement the following measures:

The permittee must minimize the exposure of equipment (e.g., forklifts), stockpiles and material storage areas , and liquid storage in above ground storage tanks to rain, run-on stormwater, snow, or snowmelt in order to minimize pollutant discharges during periods of inactivity or when the facility is unstaffed.

(I)    Termination of Permit Coverage

There are no additional requirements for termination of permit coverage for Sector F beyond those listed in Section 7(h).

| Table F. All Monitoring Requirements for Sector F (Primary Metals) | | | | |
|---|---|---|---|---|
| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
| BENCHMARK Section 7(e)(1) | Applies to all Sector F facilities | Semiannually until requirements for benchmark monitoring exemption are met[1] | Chemical Oxygen Demand (COD) | 75 mg/L |
| | | | Total Oil and Grease (O&G) | 5.0 mg/L |
| | | | pH | 5.0 - 9.0 s.u. |
| | | | Total Suspended Solids (TSS) | 90 mg/L |
| | | | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen ($NO_3$-N) | 1.10 mg/L |
| | | | Total Copper (Cu) | 0.059 mg/L |
| | | | Total Lead (Pb) | 0.076 mg/L |
| | | | Total Zinc (Zn) | 0.160 mg/L |
| | | | Total Aluminum (Al) | 0.75 mg/L |
| ADDITIONAL Section 7(e)(2) | Applies to all Sector F facilities | Semiannually in the 1st and 2nd year of permit term | Polycyclic Aromatic Hydrocarbons (PAHs) | None |
| EFFLUENT LIMITS Section 7(e)(3) | Applies to all Sector F facilities | No effluent limits for Sector F | | |
| AQUATIC TOXICITY Section 7(e)(4) | Applies to all Sector F facilities | Once in the 1st year of permit term | $LC_{50}$ for *Daphnia pulex* | None |
| IMPAIRED WATERS Section 7(e)(5) | Applies to all Sector F facilities | Annually | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[2] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges | |
| [1]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)). [2]DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress. | | | | |

*7(j)(7)*    *Sector G – Reserved for Future Use*

*7(j)(8)*    *Sector H – Reserved for Future Use*

*7(j)(9)*    *Sector I – Reserved for Future Use*

7(j)(10)    *Sector J – Non-metallic Mineral Mining and Dressing*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. The sector-specific requirements apply to those areas of the facility where these sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Subsection 7(j)(10) apply to stormwater discharges associated with industrial activity from Active and Inactive Non-Metallic Mineral Mining and Dressing facilities as identified by the SIC Codes specified under Sector J in Appendix A.

(A)    Authorized Discharges

Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

(i)    Authorized Stormwater Discharges

Only some stormwater discharges associated with industrial activity are authorized.

(1)    Authorized Stormwater Discharges from Inactive Facilities

All stormwater discharges from inactive facilities are authorized for Sector J.

(2)    Authorized Stormwater Discharges from Active and Temporarily Inactive Facilities

This permit authorizes some stormwater discharges from active and temporarily inactive facilities for Sector J. For those stormwater discharges subject to Effluent Limitations Guidelines in 40 CR Part 436, only mine dewatering discharges composed entirely of stormwater or uncontaminated ground water seepage from the following industrial activities are authorized under this general permit, subject to the effluent limitations for the following:

- Crushed stone mining facilities (SIC 1422-1429 subject to 40 CFR Part 436 Subpart B)
- Construction sand and gravel mining facilities (SIC Code 1442 subject to 40 CFR Part 436 Subpart C)
- Industrial sand mining facilities (SIC Code 1446 subject to 40 CFR Part 436 Subpart D)
- See Table J, below, for effluent limit details.

(3)    Authorized Stormwater Discharges from Earth-disturbing Activities Conducted Prior to Active Mining Activities

All stormwater discharges from earth-disturbing activities conducted prior to, and in preparation for, active mining activities are authorized under this general permit.

(4)    Authorized Stormwater Discharges from Sites Undergoing Reclamation

All stormwater discharges from sites undergoing reclamation are authorized.

(5)    Mine Dewatering Discharges

Mine dewatering discharges composed entirely of stormwater or uncontaminated groundwater seepage from crushed stone mining facilities (1422-1429), construction sand and gravel mining facilities (SIC 1442), and industrial sand mining facilities (SIC 1446) are authorized. These discharges are subject to the effluent limitations listed in Subsection F, below.

(ii)    Authorized Non-Stormwater Discharges

There are no additional authorized non-stormwater discharges for Sector J beyond those listed in Section 7(b)(11)(A).

(B)  Discharges Not Authorized by this Permit

Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes. The only non-stormwater discharges authorized by this permit are listed in Section 7(b)(11)(A).

(i)  Prohibited Stormwater Discharges

This permit does not authorize most stormwater discharges subject to effluent limitations guidelines in 40 CFR Part 436. See subsection (A)(i)(2) above for exceptions.

(ii)  Prohibited Non-Stormwater Discharges

The following non-stormwater discharges are not authorized by this permit:

(1) Process Wastewater

Process wastewater generated from processing raw material, byproducts, or intermediate, finished, or waste products resulting from mining activities as well as any wastewater used in the slurry transport of mined material is not authorized for discharge under this general permit.

(2) Commingled Wastewater

Any water which becomes commingled with process wastewater in a pit, pond, lagoon, mine, or other facility used for settling or treatment of process wastewater is not authorized for discharge under this general permit.

(3) Washwater

Discharge of washwater (e.g., vehicle washwater) containing any additive or chemical (e.g., detergent, flocculant, or algicide) is not authorized for discharge under this general permit.

(C)  Sector-Specific Definitions

In addition to the general definitions specified in Section 2, the permittees in Sector J must also be aware of the following definitions (Note: these definitions are not intended to supersede the definitions of active and inactive mining facilities established by 40 CFR 122.26(b)(14)(iii)):

"Active Mining Activities" means activities related to the extraction, removal or recovery, and beneficiation of non-metallic minerals from the earth; removal of overburden and waste rock to expose mineable minerals; and site reclamation and closure activities. All such activities occur within the "Active Mining Area."

"Active Mining Area" means a place where work or other activity related to the extraction, removal or recovery of non-metallic minerals is being conducted, except, with respect to surface mines, any area of land on or in which grading has been completed to return the earth to desired contour and reclamation work has begun.

"Blasting Agent" is an agent as defined by CGS section 29-349.

"Clean Fill" means material defined by RCSA section 22a-209-1.

"Draw Pond," for the purposes of this permit, means any pond from which surface water is drawn to utilize for industrial processes, in accordance with state and local regulations.

"Dust Suppression Water" means water, without additives, applied to materials processing or transportation equipment, travel surfaces, or material stockpiles to minimize the generation and release of fugitive dust.

"Earth-disturbing Activities Conducted Prior to Active Mining Activities" consists of two classes of earth-disturbing (i.e., clearing, grading and excavation) activities:

- activities performed for purposes of mine site preparation, including:
    (1) cutting new rights of way (except when related to access road construction).
    (2) providing access to a mine site for vehicles and equipment (except when related to access road construction).
    (3) other earth disturbances associated with site preparation activities on any areas where active mining activities have not yet commenced (e.g., for heap leach pads, waste rock facilities, tailings impoundments, wastewater treatment plants); and
- Construction of staging areas to prepare for erecting structures such as to house project personnel and equipment, mill buildings, etc., and construction of access roads. Earth-disturbing activities associated with the construction of staging areas and the construction of access roads conducted prior to active mining are considered to be "construction" and have additional control measures in subsection (D)), below.

"Inactive Mineral Mining Facility" means a site or portion of a site where mineral mining and/or milling occurred in the past but there are no active mining activities occurring as defined above, and where the inactive portion is not authorized by an active mining permit. An inactive mineral mining facility has an identifiable owner/operator. Sites where mining claims are being maintained prior to disturbances associated with the extraction, beneficiation, or processing of mined materials, and sites where minimal activities are undertaken for the sole purpose of maintaining a mining claim are not considered either active or inactive mining facilities and do not require an industrial stormwater permit.

"Mine" means an area of land, surface or underground, actively used for or resulting from the extraction of a mineral from natural deposits.

"Mine Dewatering Discharge means any water that is impounded or that collects in the mine that is composed entirely of stormwater or uncontaminated ground water seepage and is pumped, drained, or otherwise removed from the mine through the efforts of the mine operator. This term shall also include wet pit overflows caused solely by stormwater and groundwater seepage.

"Mining Operations" means a mine or site preparation (e.g., clearing, grading, and excavation, removal of overburden to expose minerals, construction of buildings and staging areas for vehicles and equipment), site reclamation and closure activities, processing (e.g., excavating, crushing, screening, washing, storing, transporting, preparing for distribution), and extraction, removal, recovery, and beneficiation of non-metallic minerals from the earth.

"Process Wastewater" means wastewater generated from processing raw material, byproducts, or intermediate, finished, or waste products resulting from mining activities as well as any wastewater used in the slurry transport of mined material are not authorized for discharge under this general permit. The term also includes any other water which becomes commingled with such wastewater in a pit, pond, lagoon, mine, or other facility used for settling or treatment of such wastewater.

"Reclamation" means activities undertaken, in compliance with applicable mined land reclamation requirements, to return the land to an appropriate post-mining contour and land use in order to meet applicable federal and state reclamation requirements.

"Rinse Water" means water generated from rinsing exterior surfaces without the use of detergents or other added chemicals. Rinse water used for vehicles and equipment includes water generated from the rinsing of all exterior surfaces, including the tires, but excludes any areas of which may reasonably be expected to be exposed to oil or other pollutants, including but not limited to mechanical systems, engine compartments, steering, braking, lubrication and suspension systems, heating and cooling systems, and hydraulic systems.

"Sediment Basin" (i.e., "On-site Basin" or "Polishing Pond") means a natural or artificial depression or man-made pond that is used as a discharge location of stormwater or stormwater commingled with authorized non-stormwater (e.g., mine dewatering wastewater as well as dust suppression water and rinse water that do not contain any additives or chemicals (e.g., detergent, flocculant, or algicide)). The sediment basin is used as a method of minimizing pollutants such as dust, total suspended solids (TSS), total dissolved solids (TDS), turbidity, and fines.

"Sediment Track-out" means dirt, mud, or other debris tracked out of a facility or onto a paved roadway by a vehicle or material handling equipment such as a forklift.

"Temporarily Inactive Mineral Mining Facility" means a site or portion of a site where non-metallic mineral mining and/or milling occurred in the past but currently are not being actively undertaken, and the facility is authorized by an active mining permit.

"Washwater" means water which contains an additive or chemical (e.g., detergent, flocculant, or algicide). Washwater is not authorized for discharge under this general permit.

(D)   Additional Control Measures

Apart from the control measures implemented to meet effluent limits, where necessary to minimize pollutant discharges in stormwater, the permittee must implement stormwater control measures at their site. The potential pollutants identified Section 7(c)(2)(C) shall determine the priority and appropriateness of the control measures selected.

In addition to the general control measures specified in Section 7(b), the permittees in Sector J must also implement the following additional control measures:

(i)   Minimize Exposure (See also Section 7(b)(2))

The permittee must minimize the exposure of building materials, building products, construction wastes, trash, landscape materials, fertilizers, pesticides, herbicides, detergents, sanitary waste, and other materials present on the site to stormwater. Minimization of exposure is not required in cases where the exposure to stormwater will not result in a discharge of pollutants, or where exposure of a specific material or product poses little risk of stormwater contamination (such as final products and materials intended for outdoor use).

(ii)   Dust Control (See also Section 7(b)(4))

The permittee must minimize dust generation through the appropriate application of water or other dust suppression techniques that minimize pollutants being discharged into surface waters.

For mines subject to dust control requirements under state air quality permits, provided the requirements are equivalent, compliance with such air permit dust requirements shall constitute compliance with dust control measures listed here and in Section 7(b)(4). Documentation must be included in the SWPPP.

(iii)   Vehicles and Equipment

Vehicle washwater containing any additive or chemical (e.g., detergent, flocculant, or algicide) is not authorized for discharge under this general permit.

Rinse water (see definition in Subsection B, above) does not contain any additive or chemical (e.g., detergent, flocculant, or algicide) and is used to prevent sediment track-out and fugitive dust is authorized for discharge. The permittee must minimize the discharge of pollutants from rinse water used on equipment and vehicles (e.g., on wheels) and other rinse waters. Rinse waters must be treated in a sediment basin (i.e., on-site basin) or alternative control that provides equivalent or better treatment of total suspended solids (TSS), total dissolved solids (TDS), turbidity, and fines prior to discharge.

(iv)  Spill Prevention and Response (See also Section 7(b)(7))

The permittee must minimize exposure to pollutants by using secondary containment, spill kits, or other equivalent measures; locating pollution sources away from surface waters, storm sewer inlets, and drainageways; and cleaning up spills immediately with spill kits (the permittee must not clean by hosing an area down).

(v)  Management of Stormwater (See also Section 7(b)(10))

Permittees in Sector J should divert stormwater away from potential pollutant sources by implementing the following control measures or other equivalent control measures (list not exclusive): interceptor or diversion controls (e.g., dikes, swales, curbs, berms); pipe slope drains; subsurface drains; conveyance systems (e.g., channels or gutters, open-top box culverts, and waterbars; rolling dips and road sloping; roadway surface water deflector and culverts); or their equivalents.

The permittee should direct discharges from their stormwater controls to vegetated areas of their site to increase sediment removal and maximize stormwater infiltration, including any natural buffers, unless infeasible. The use velocity dissipation devices may be necessary to prevent erosion when directing stormwater to vegetated areas.

(vi)  Sediment and Erosion Control (See also Section 7(b)(8))

Any evaluation, construction, or modification of the design of an engineered stormwater drainage system, as defined in the Connecticut Stormwater Quality Manual, requires certification by a Professional Engineer licensed to practice in the state of Connecticut. To prevent the discharge of sediment to surface waters, the permittee must implement the following control measures or equivalent measures (list not exclusive):

(1)  Installation of Downgradient Sediment Controls

The permittee must install and make operational downgradient sediment controls as soon as practicable or as soon as site conditions permit.

(2)  Erosion and Sediment Control Installation Requirements

The permittee must ensure that all erosion and sediment controls remain in effective operating condition. Wherever the permittee determines that a stormwater control needs maintenance to continue operating effectively, the permittee must initiate efforts to fix the problem immediately after its discovery and complete such work by the end of the next workday. When a stormwater control must be replaced or significantly repaired, the permittee must complete the work within seven (7) days, unless infeasible. If seven (7) is infeasible, the permittee must document the reasons in the SWPPP and complete the installation or repair as soon as practicable.

(3)  Perimeter Controls

The permittee must install sediment controls along the perimeter of the disturbed area that will receive stormwater to the maximum extent practicable. The permittees must also remove sediment before it accumulates to one-half of the aboveground height of any perimeter control.

(4)  Sediment Track-Out

For vehicles and equipment exiting the site directly onto public roads, the permittee must use appropriate stabilization techniques to minimize sediment track-out from vehicles and equipment prior to exit. The permittee must also use additional controls to remove sediment from vehicle and equipment tires prior to exit, where necessary and remove sediment that is tracked out onto paved roads by end of the workday.

DEEP recognizes that some fine grains may remain visible on the surfaces of off-site streets, other paved areas, and sidewalks even after the permittee has implemented sediment removal practices.

(5) Soil or Sediment Stockpiles

The permittee must minimize erosion of stockpiles from stormwater and wind via temporary cover, if feasible. The permittee must also prevent up-slope stormwater flows from causing erosion of stockpiles (e.g., by diverting flows around the stockpile) and minimize sediment from stormwater that runs off stockpiles, using sediment controls (e.g., a sediment barrier or downslope sediment control). Long-term stockpiles of non-commercial soil (e.g., topsoil saved for final cover; sediment storage from stormwater basin cleanouts) that will remain inactive for at least thirty (30) days shall have permanent seeding or soil protection within seven (7) days in accordance with the E&S Guidelines unless site conditions warrant shorter time periods for these provisions.

(6) Sediment Basins

If the permittee intends to install a sediment basin, or series of basins, to treat stormwater or stormwater commingled with authorized non-stormwater, the permittee must provide storage for either (1) the 2-year, 24-hour storm, or (2) 3,600 cubic feet per acre drained, whichever is larger. The permittee must prevent erosion of (1) basin embankments using stabilization controls (e.g., erosion control blankets), and (2) the inlet and outlet points of the basin using erosion controls and velocity dissipation devices.

The permittee must locate sediment basins outside of any surface waters and any natural buffers established under Subsection (C)(vii)(10), below.

(7) Channelized Flow

If any stormwater flow becomes or will be channelized at the site, the permittee must design erosion and sediment controls to control both peak flowrates and total stormwater volume to minimize channel and streambank erosion and scour in the immediate vicinity of discharge points.

(8) Conveyance Channels

If the permittee installs stormwater conveyance channels, they must be designed to avoid un-stabilized areas on the site and to reduce erosion, unless infeasible. In addition, the permittee must minimize erosion of channels and their embankments, outlets, adjacent streambanks, slopes, and downstream waters during discharge conditions through the use of erosion controls and velocity dissipation devices within and along the length of any constructed stormwater conveyance channel, and at any outlet to provide a non-erosive flow velocity.

(9) Natural Buffers

For any stormwater discharges from earth-disturbing activities related to construction (see definition subsection (C), above) within 50 feet of a water of the U.S., the permittee must comply with one of the following compliance alternatives:

(a) Where feasible the permittee should provide a 50-foot undisturbed natural buffer between industrial activities and a water of the U.S.

(b) If a buffer of 50-feet is not feasible, the permittee should provide an undisturbed natural buffer that is less than 50 feet supplemented by additional erosion and sediment controls, which in combination, achieve a sediment load reduction that is equivalent to a 50-foot undisturbed natural buffer.

(c) If it is infeasible to provide an undisturbed natural buffer of any size, the permittee must implement erosion and sediment controls that achieve a sediment load reduction that is equivalent to a 50-foot undisturbed natural buffer.

(d) Exceptions

There are exceptions when buffer requirements do not apply:

- There is no stormwater discharge from construction disturbances to a water of the U.S.

- The natural buffer has already been eliminated by preexisting development disturbances.

- The disturbance is for the construction of a water-dependent structure or construction approved under a CWA section 404 permit.

- For linear projects, the permittee is not required to comply with the requirements if there are site constraints provided that, to the extent feasible, they limit disturbances within 50 feet of a waters of the state. and/or they provide supplemental erosion and sediment controls to treat stormwater discharges from any disturbances within 50 feet of a water of the U.S.

See EPA's industrial stormwater website under "Fact Sheets and Guidance" for information on complying with these alternatives:

https://www.epa.gov/npdes/stormwater-discharges-industrial-activities

(vii) Infiltration (See also Section 7(b)(12))

Permittees in Sector J should consult the Connecticut Stormwater Quality manual for general design guidance for structural control measures to attenuate or eliminate stormwater runoff from the site. Measures which can reduce stormwater volume include infiltration BMPs (infiltration trench, infiltration chamber, infiltration basin, dry well, infiltrating catch basin), filtering BMPs (bioretention systems, sand filters), and vegetated buffers.

A soil evaluation is required for all proposed stormwater infiltration systems to confirm critical soil characteristics and subsurface conditions at the location of the proposed system including soil types, depth to the seasonal high groundwater table, depth to bedrock, and soil infiltration rates (or hydraulic conductivity). This information is used to determine if stormwater infiltration is appropriate for use at the site and to support the design of the infiltration system.

(viii) Capping

When capping is necessary to minimize pollutant discharges in stormwater, the permittee must identify the source being capped and the material used to construct the cap.

(ix) Treatment

If treatment of stormwater (e.g., physical systems, oil and water separators, artificial wetlands) is necessary to protect water quality, the permittee must describe the type and location of treatment used. Passive and/or active treatment of stormwater is encouraged.

Permittees should consult the Connecticut Stormwater Quality Manual for guidance.

(x) Native Topsoil Preservation

The permittee must preserve native topsoil removed during clearing, grading, or excavation, unless infeasible. Store topsoil in a manner that will maximize its use in reclamation or final vegetative stabilization (e.g., by keeping the topsoil stabilized with seed or similar measures). This requirement does not apply if the intended function of the disturbed area dictates that topsoil be disturbed or removed.

(xi)   Discharge Testing

The permittee must test or evaluate all discharge points covered under this permit for the presence of specific mining-related but prohibited non-stormwater discharges such as discharges subject to effluent limitations guidelines (e.g., 40 CFR Part 436). Alternatively (if applicable), the permittee may keep a certification with their SWPPP, per Section 7(c)(2)(G).

(xii)   Dewatering Practices

The permittee is prohibited from discharging ground water or accumulated stormwater that is removed from excavations, trenches, foundations, vaults or other similar points of accumulation, unless such waters are first effectively managed by appropriate controls (e.g., sediment basins or sediment traps, sediment socks, dewatering tanks, tube settlers, weir tanks, or filtration systems). Uncontaminated, non-turbid dewatering water can be discharged without being routed to a control. An uncontaminated discharge is a discharge that meets applicable water quality standards.

The permittee must also meet the following discharge requirements for dewatering activities:

- No visible floating solids or foam.
- No visible oil, grease, and other pollutants from dewatering water.
- Utilize vegetated upland areas of the site, to the extent feasible, to infiltrate dewatering water before discharge. In no case shall waters of the state be considered part of the treatment area.
- Implement velocity dissipation devices at all points where dewatering water is discharged.

(xiii)   Water Quality-based Requirements Applicable to Earth-disturbing Activities Conducted Prior to Active Mining Activities

The following water quality-based limits apply to earth-disturbing activities conducted prior to active mining activities defined in Subsection B, above:

Stricter requirements apply if your site will discharge to an impaired water or a water that is identified by the state as a Tier 2 or Tier 3 for antidegradation purposes:

- Complete initial stabilization activities within seven (7) days of stopping construction work.
- Inspections once every seven (7) days and within twenty-four (24) hours of a storm event of 0.25 inches or greater.

(E)   Additional SWPPP Requirements

The requirements in this section are not applicable to inactive mineral mining facilities.

In addition to the general SWPPP requirements specified in Section 7(c), the permittees in Sector J must also implement the following additional SWPPP requirements:

(i)   Nature of Industrial Activities (See also section 7(c)(2)(B)(i))

Permittees must document in their SWPPP the mining and associated activities that can potentially affect the stormwater discharges covered by this permit, including a general

description of the location of the site relative to major transportation routes and communities.

(ii)  Site Map (See also section 7(c)(2)(B)(iii))

Permittees must document in their SWPPP the locations of the following (as appropriate): mining or milling site boundaries; access and haul roads; outline of the drainage areas of each stormwater discharge points within the facility with indications of the types of discharges from the drainage areas; location(s) of all permitted discharges covered under an individual NPDES permit; outdoor equipment storage, fueling, and maintenance areas; materials handling areas; outdoor manufacturing, outdoor storage, and material disposal areas; outdoor chemicals and explosives storage areas; overburden, materials, soils, or waste storage areas; location of mine drainage dewatering or other process water; heap leach pads; offsite points of discharge for mine dewatering and process water; surface waters; boundary of tributary areas that are subject to effluent limitations guidelines; and location(s) of reclaimed areas.

(iii)  Summary of Potential Pollutant Sources (See also section 7(c)(2)(C))

For each area of the mine or mill site where stormwater discharges associated with industrial activities occur, the permittee must document in the SWPPP the types of pollutants (e.g., heavy metals, sediment) likely to be present in significant amounts. The permittee must consider the following factors: the mineralogy of the waste rock (e.g., acid forming); toxicity and quantity of chemicals used; the likelihood of contact with stormwater; vegetation of site (if any); and history of significant leaks or spills of toxic or hazardous pollutants. The permittee must also include a summary of any existing waste rock or overburden characterization data and test results for potential generation of acid rock drainage.

(iv)  Documentation of Control Measures

(1)  Certification that the SWPPP Meets Permit Criteria (Appendix D) (See also Section7(c)(2)(G)(i))

The Qualified Professional signing the certification has made an affirmative determination, based on the review described in this general permit, that all soil erosion and control systems, stormwater management systems, and/or water collection and treatment systems:

- have been designed and installed to control pollution to the maximum extent achievable using measures that are technologically available and economically practicable and that, where applicable, conform to those in the E&S Guidelines and the Connecticut Stormwater Quality Manual;

- will function properly as designed;

- are adequate to ensure compliance with the terms and conditions of this general permit; and

- will protect the waters of the state from pollution.

(2)  Stormwater Controls and Engineered Stormwater Drainage (See also Section 7(c)(2)(G)(iv))

The permittee must document the stormwater control measures used them in their SWPPP as well as any certification of an engineered stormwater drainage system.

(3)  Substitutions

If control measures are implemented or planned but are not listed here (e.g., substituting a less toxic chemical for a more toxic one), include descriptions of them in the SWPPP.

(4)  Dust Control

If the permittee is in compliance with dust control requirements under state or county air quality permits, the permittee must state (or summarize, as necessary) what the state or county air quality permit dust control requirements are and how the permittee has achieved compliance with them.

(v)  Employee Training

All employee training(s) conducted in accordance with Section 7(d) must be documented with the SWPPP.

(vi)  Certification of Permit Coverage for Commingled Non-Stormwater Discharges

If the permittee is able to certify, consistent with Section 5(d), that a particular discharge composed of commingled stormwater and non-stormwater is authorized under a separate NPDES permit, and that permit subjects the non-stormwater portion to effluent limitations prior to any commingling, the permittee must retain such certification with their SWPPP. This certification must identify the non-stormwater discharges, the applicable NPDES permit(s), the effluent limitations placed on the non-stormwater discharge by the permit(s), and the points at which the limitations are applied.

(F)  Sector-Specific Inspection Requirements

The following requirements supersede the inspections requirements in Section 7(d) during mining activities:

(i)  Inspection Frequency

Inspections are not required during unsafe conditions.

A qualified professional must inspect the site at least once every 7 calendar days.

(ii)  Reductions in Inspection Frequency

(1)  Stabilized areas

The permittee may reduce the frequency of inspections to once per month in any area of their site where stabilization has occurred pursuant to Subsection (C)(vii)(7), above.

(2)  Frozen conditions

The permittee may temporarily suspend or reduce inspections to once per month until thawing conditions occur if frozen conditions are continuous and disturbed areas have been stabilized. For extreme conditions in remote areas, e.g., where transit to the site is perilous/restricted or temperatures are routinely below freezing, the permittee may suspend inspections until the conditions are conducive to safe access, and more frequent inspections can resume.

(iii)  Inspection Areas

The permittee must at a minimum inspect all of the following areas:

- Disturbed areas.
- Stormwater controls and pollution prevention measures.
- Locations where stabilization measures have been implemented.
- Material, waste, borrow, or equipment storage and maintenance areas.
- Areas where stormwater flows.
- Points of discharge.

(iv)  Inspection Requirements

At a minimum the permittee must check:

- Whether all stormwater controls are installed, operational and working as intended.
- Whether any new or modified stormwater controls are needed.
- For conditions that could lead to a spill or leak.
- For visual signs of erosion/sedimentation at points of discharge.

If a discharge is occurring, the permittee must also check:

- The quality and characteristics of the discharge (see Visual Assessment in Section 7(d)(2)).
- Whether controls are operating effectively.

    (v)   Inspection Report

Within 24 hours of an inspection, complete a report that includes:

- Inspection date.
- Name and title of inspector(s).
- Summary of inspection findings.
- Rainfall amount that triggered the inspection (if applicable).
- If it was unsafe to inspect a portion of the site, include documentation of the reason and the location(s).
- Each inspection report must be signed.

Keep a current copy of all reports at the site or at an easily accessible location.

    (vi)   Impaired Waters Inspection Requirements

Stricter inspection requirements apply if a site will discharge to an impaired water or a water that is identified by the state as a Tier 2 or Tier 3 for antidegradation purposes: More frequent site inspections: Once every seven (7) days and within 24 hours of a storm event of 0.25 inches or greater.

(G)   Sector-Specific Monitoring Requirements

Table J-1 and J-2 identify monitoring requirements and frequencies for Sector J which apply to both the primary industrial activity and any co-located industrial activities. The permittee may copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

Table J-2 also identifies effluent limits that apply to the industrial activities described below. Compliance with these effluent limits is to be determined based on discharges from these industrial activities independent of commingling with any other waste streams that may be authorized under this permit. Exceedance of any effluent limit is a violation of the general permit.

(H)   Additional Requirements for Inactive and Unstaffed Sites

In addition to the general requirements for inactive sites listed in Sections 7(b), 7(c), 7(d), and 7(e), the permittees in Sector J must also implement the following measures:

    (i)   Employee Training (See also Section 7(b)(13))

Permittee must conduct employee training at least annually at temporarily inactive sites.

    (ii)   Temporary and Final Stabilization of Disturbed Areas

The permittee must comply with the following stabilization requirement except where the intended function of the site accounts for such disturbed earth (e.g., the earth

disturbances will become actively mined, or the controls implemented at the active mining area effectively control the disturbance). In areas of the site where earth-disturbing activities performed for purposes of mine site preparation have temporarily or permanently ceased prior to active mining, stabilization measures must be implemented to minimize mobilization of sediment or other pollutants using vegetative cover (temporary or perennial).

Stabilization measures must be initiated immediately in portions of the site where earth-disturbing activities performed for purposes of mine site preparation (as defined in subsection (C), above) have temporarily or permanently ceased, but in no case more than 14 days after such activities have temporarily or permanently ceased. In areas subject to snow or freezing conditions, where initiating perennial vegetative stabilization measures is not possible within 14 days after earth-disturbing activities performed for purposes of mine site preparation have temporarily ceased, temporary or final vegetative stabilization measures must be initiated as soon as practicable. Until vegetative stabilization is achieved, interim measures such as erosion control blankets with an appropriate seed base and tackifiers must be employed.

(I)    Termination of Permit Coverage

In addition to the general requirements for terminating permit coverage listed in Sections 7(h), the permittees in Sector J must also implement the following measures:

(i)    Site Closure and Reclamation

Sector J facilities must meet the applicable termination requirements per state and local regulations. Sites that intend to prepare all or a portion of the site for closure, in which there is no intent to return to operation in the future, must be stabilized to ensure passive stormwater management and treatment, minimize soil erosion and revegetated or brought to a condition consistent with post-mining land use prior to the submittal of a Notice of Termination.

Table J-1. Benchmark and Additional Monitoring Requirements for Sector J (Non-Metallic Mineral Mining and Dressing) (Continued on Following Page)

| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
|---|---|---|---|---|
| BENCHMARK Section 7(e)(1) | Applies to all Sector J facilities | Semiannually until requirements for benchmark monitoring exemption are met[1] | Chemical Oxygen Demand (COD) | 75 mg/L |
| | | | Total Oil and Grease (O&G) | 5.0 mg/L |
| | | | pH | 5.0 - 9.0 s.u.[2] |
| | | | Total Suspended Solids (TSS) | 90 mg/L[2] |
| | | | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen ($NO_3$-N) | 1.10 mg/L |
| | | | Total Copper (Cu) | 0.059 mg/L |
| | | | Total Lead (Pb) | 0.076 mg/L |
| | | | Total Zinc (Zn) | 0.160 mg/L |
| | | | Total Aluminum (Al) | 0.75 mg/L |
| ADDITIONAL Section 7(e)(2) | Applies to all Sector J facilities | Annually in 1st and 2nd Year of Permit Term | Total Arsenic (As) | None |
| | Applies only to Sector J that conduct blasting | Annually for permit term | Perchlorate | None |
| | | | Ammonia | None |

[1]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)).
[2]The effluent limit supersedes the benchmark threshold value. Exceedance of the effluent limit of this parameter for the discharges listed in Table J-2 is a permit violation (see also Section 7(e)(3)).

Table J-2. Effluent Limits, Aquatic Toxicity, and Impaired Waters Monitoring for Sector J (Non-Metallic Mineral Mining and Dressing) (Continued from Previous Page)

| | | | | |
|---|---|---|---|---|
| EFFLUENT LIMITS Section 7(e)(3) | Applies only to Sector J mine dewatering discharges at crushed stone mining facilities (SIC 1422 - 1429), mine dewatering discharges at construction sand and gravel mining facilities (SIC 1442), and mine dewatering discharges at industrial sand mining facilities (SIC 1446) | Annually for permit term | pH | 6.0 - 9.0 s.u.[3] |
| | Applies only to mine dewatering discharges at industrial sand mining facilities (SIC 1446) | Annually for permit term | Total Suspended Solids (TSS) | 25 mg/L[3,4] (monthly average maximum) |
| | | | | 45 mg/L[3,4] (daily maximum) |
| AQUATIC TOXICITY Section 7(e)(4) | Applies to all Sector J facilities | Once in the 1st year of permit term | $LC_{50}$ for *Daphnia pulex* | None |
| IMPAIRED WATERS Section 7(e)(5) | Applies to all Sector J facilities | Annually | | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[5] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges |

[3]The effluent limit supersedes the benchmark threshold value. Exceedance of the effluent limit of this parameter for the discharges listed here is a permit violation (see also Section 7(e)(3)).
[4]See Section 7(e)(3)(D) for guidance.
[5]DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress.

*7(j)(11)      Sector K – Hazardous Waste Treatment, Storage, or Disposal Facilities*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. The sector-specific requirements apply to those areas of the facility where those sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Subsection 7(j)(11) apply to stormwater discharges associated with industrial activity from Hazardous Waste Treatment, Storage, or Disposal Facilities (TSDFs) as identified by the activity code "HZ" under Sector K in Appendix A. This sector includes hazardous waste treatment, storage, or disposal facilities, including those facilities operating under interim status or a permit pursuant to section 22a-449(c) or 22a-454 of the Connecticut General Statutes; or hazardous waste transportation activities conducted pursuant to these statutes.

Disposal facilities that have been properly closed and capped, and have no significant materials exposed to stormwater, are considered inactive and do not require permits.

(A)   Authorized Discharges

Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

(i)   Authorized Stormwater Discharges

All stormwater discharges associated with industrial activity in Sector K are authorized.

(ii)   Authorized Non-Stormwater Discharges

There are no additional authorized non-stormwater discharges for Sector K beyond those listed in Section 7(b)(11)(A).

(B)   Discharges Not Authorized by this Permit

Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

(i)   Prohibited Stormwater Discharges

None.

(ii)   Prohibited Non-Stormwater Discharges

The following are not authorized by this permit: leachate, gas collection condensate, drained free liquids, contaminated groundwater, laboratory-derived wastewater, any liquids derived from biomedical waste, and contact washwater from washing truck and railcar exteriors and surface areas that have come in direct contact with solid waste at the facility.

The only non-stormwater discharges authorized by this permit are listed in Section 7(b)(11)(A).

(C)   Sector-Specific Definitions

In addition to the general definitions specified in Section 2, the permittees in Sector K must also be aware of the following definitions:

"Biomedical Waste" means infectious waste, pathological waste and chemotherapy waste generated during the administration of medical care or the performance of medical research involving humans or animals and which, because of its quantity, character or composition, has been determined by the commissioner to require special handling but excluding any solid waste which has been classified by the department as a hazardous waste pursuant to section 22a-115 or is a radioactive material regulated pursuant to section 22a-148.

"Contaminated Stormwater" means stormwater that comes into direct contact with wastes, the waste handling and treatment areas, or wastewater as defined in subparagraph (v), below. Some specific areas of a facility that may produce contaminated stormwater include (but are not limited to) the open face of an active landfill with exposed waste (no cover added), the areas around wastewater treatment operations, trucks, equipment, or machinery that has been in direct contact with the waste, and waste dumping areas.

"Drained Free Liquids" means aqueous wastes drained from waste containers (e.g., drums).

"Geotextile" means a woven or nonwoven fabric or film which is utilized for the engineering management of soil and water.

"Hazardous Waste" means any waste material which may pose a present or potential hazard to human health or the environment when improperly disposed of, treated, stored, transported, or otherwise managed, including:

- hazardous waste identified in accordance with Section 3001 of the federal Resource Conservation and Recovery Act of 1976 (42 USC 6901 et seq.).

- hazardous waste identified by regulation by the Department of Energy and Environmental Protection.

- polychlorinated biphenyls in concentrations greater than fifty parts per million, but does not mean by-product material, source material or special nuclear material, as defined in section 22a-151, or scrap tires.

- RCRA hazardous wastes are the wastes identified in Title 40 Code of Federal Regulations (CFR) Part 261 and regulated in Connecticut pursuant to Sections 22a-449(c)-100 through 110 and 22a-449(c)-11 of the Regulations of Connecticut State Agencies (RCSA).

- Non-RCRA hazardous wastes include waste oils or petroleum, or chemical liquids and hazardous wastes as defined in Section 22a-448 of the Connecticut General Statutes (CGS).

"Landfill" means an area of land or an excavation in which wastes are placed for permanent disposal, but that is not a land application or land treatment unit, surface impoundment, underground injection well, waste pile, salt pile, salt dome formation, salt bed formation, underground mine, or cave as these terms are defined in 40 CFR 257.2, 258.2, and 260.10.

"Leachate" means liquid that has passed through or emerged from solid waste and contains soluble, suspended, or miscible materials removed from such waste.

"Non-contaminated Stormwater" means stormwater that does not come into direct contact with wastes, the waste handling and treatment areas, or wastewater as defined in subparagraph (iv), above. Non-contaminated stormwater includes stormwater that flows off the cap, cover, intermediate cover, daily cover, and/or final cover of any landfill.

"Recycling" means the processing of solid waste to reclaim material therefrom.

"Solid Waste" means unwanted or discarded solid, liquid, semisolid or contained gaseous material, including, but not limited to, demolition debris, material burned or otherwise processed at a resource recovery facility or incinerator, material processed at a recycling facility and sludges or other residue from a water pollution abatement facility, water supply treatment plant or air pollution control facility.

"Solid Waste Disposal Area" means any location, including a landfill or other land disposal site, used for the disposal of more than ten cubic yards of solid waste.

"Transfer Station" means any location or structure, whether located on land or water, where more than ten cubic yards of solid waste, generated elsewhere, may be stored for transfer or transferred from transportation units and placed in other transportation units for movement to another location, whether or not such waste is stored at the location prior to transfer.

"Process Wastewater" means wastewater associated with this sector includes, but is not limited to, leachate, gas collection condensate, drained free liquids, laboratory derived wastewater, contaminated stormwater, and contact washwater from washing truck, equipment, and railcar exteriors and surface areas that have come in direct contact with solid waste at the landfill facility.

(D)    Additional Control Measures

In addition to the general control measures specified in Section 7(b), the permittees in Sector K must also implement the following additional control measures:

(i)    Preventative Maintenance Program

As part of the preventive maintenance program in Section 7(b)(9), the permittee must maintain all elements of leachate collection and treatment systems to prevent commingling of leachate with stormwater and the integrity and effectiveness of any intermediate or final cover (including repairing the cover as necessary) to minimize the effects of settlement, sinking, and erosion. For transfer stations, the permittee must maintain the integrity and effectiveness of all collection containers, collection systems for white goods and other waste material storage areas, and systems to contain pollutants and minimize exposure to rainfall and runoff.

(ii)    Erosion and Sedimentation Control

The permittee must provide temporary stabilization (e.g., temporary seeding, mulching, and placing geotextiles on the inactive portions of stockpiles) for the following: materials stockpiled for daily, intermediate, and final landfill cover; inactive areas of a landfill or open dump; landfills or open dump areas that have received final cover but where vegetation has yet to establish itself; and land application sites where waste application has been completed but final vegetation has not yet been established.

(iii)    Infiltration

Infiltration is a prohibited stormwater management practice in and around areas with outdoor storage and loading/unloading of hazardous substances or materials (see also Aquifer Protection Areas Appendix C). However, infiltration may be used to prevent uncontaminated stormwater (i.e., run-on) from coming into contact with these industrial activities.

(1)    Stormwater Run-on

Permittees should consult the Connecticut Stormwater Quality manual for general design guidance for stormwater conveyance systems that keep uncontaminated stormwater run-on away from areas with outdoor storage and loading/unloading of hazardous substances or materials. Stormwater conveyance around the site's perimeter may include run-on channels, ditches, berms, and gutters.

(2)    Best Engineering Practices

The permittee must ensure that any engineered stormwater drainage systems meet the standards of best engineering practices and are properly designed, implemented, and maintained in accordance with the Connecticut Stormwater Quality Manual.

Any evaluation, construction, or modification of the design of an engineered stormwater drainage system, as defined in the Connecticut Stormwater Quality Manual, requires certification by a Professional Engineer. The certification and supporting documentation must be kept in the SWPPP (see also Section 7(c)(8)(D)).

(E)    Additional SWPPP Requirements

In addition to the general SWPPP requirements specified in Section 7(c), the permittees in Sector K must also implement the following additional SWPPP requirements:

(i)  Site Map

The permittee must document in the SWPPP where any of the following may be exposed to precipitation or surface runoff: locations of any known leachate springs or other areas where uncontrolled leachate may commingle with runoff; leachate collection and handling systems; waste storage areas, waste hoppers, waste loading, and waste transfer areas; other solid waste disposal areas.

(ii)  Summary of Potential Pollutant Sources

The permittee must document in the SWPPP the following sources and activities, as well as any others, that have the potential to contribute pollutants to stormwater runoff: fertilizer, herbicide, and pesticide application; waste hauling, loading, or unloading; outdoor storage of materials, including daily, interim, and final storage areas; uncontrolled leachate flows; and failure or leaks from leachate collection and treatment systems.

(F)  Sector-Specific Inspection Requirements

(i)  Inspections of Active Landfills

The permittee must inspect operating landfills, open dumps, land application site, and other solid waste disposal areas at least once every seven (7) days. A qualified inspector must focus on areas of landfills that have not yet been finally stabilized; active land application areas, areas used for storage of material and wastes that are exposed to precipitation, stabilization, and structural control measures; leachate collection and treatment systems; locations where equipment and waste trucks enter and exit the site; and other solid waste disposal areas. Ensure that sediment and erosion control measures are operating properly. For stabilized sites and areas where land application has been completed and vegetation established, conduct inspections at least once every month.

(ii)  Inspections of Inactive Landfills

The permittee must inspect inactive or unstaffed hazardous waste facilities at least quarterly. Qualified personnel must inspect areas the public has had access for waste disposal to ascertain that no waste is being dropped off at the facility during periods of inactivity. Additionally, the permittee must conduct a site "walkthrough" for litter focusing on the site perimeter and making certain that all inactive site storage of materials or equipment are protected from contact with stormwater.

(iii)  Inspections of Transfer Stations and Recycling Facilities

The permittee must inspect transfer stations at least once every seven (7) days. A qualified inspector shall focus on areas of used for storage of material and wastes that are exposed to precipitation, locations where equipment and waste trucks enter and exit the site, and areas where waste and materials are loaded and unloaded. Additionally, the permittee shall conduct a daily site "walkthrough" for litter focusing on the site perimeter, cover of waste containers, and areas the public has access for waste disposal or recycling drop-off.

(G)  Sector-Specific Monitoring Requirements

Tables K-1, K-2, and K-3 identify monitoring requirements and frequencies for Sector K which apply to both the primary industrial activity and any co-located industrial activities. The permittee may copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

Table K-2 identifies effluent limits that apply to the industrial activities described below. Compliance with these effluent limits is to be determined based on discharges from these industrial activities independent of commingling with any other waste streams that may be authorized under this permit. Exceedance of any effluent limit is a violation of the general permit.

(H)    Additional Requirements for Inactive and Unstaffed Sites

There are no additional requirements for inactive and unstaffed sites for Sector K beyond those required in Sections 7(b), 7(c), 7(d), and 7(e).

(I)    Termination of Permit Coverage

There are no additional requirements for termination of permit coverage for Sector K beyond those listed in Section 7(j).

| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
|---|---|---|---|---|
| Table K-1. Benchmark Monitoring for Sector K (Hazardous Waste Treatment, Storage, or Disposal Facilities) (Continued on Following Page) | | | | |
| BENCHMARK Section 7(e)(1) | Applies to all Sector K facilities | Semiannually until requirements for benchmark monitoring exemption are met[1] | Chemical Oxygen Demand (COD) | 75 mg/L |
| | | | Total Oil and Grease (O&G) | 5.0 mg/L |
| | | | pH | 5.0 - 9.0 s.u.[2] |
| | | | Total Suspended Solids (TSS) | 90 mg/L[2] |
| | | | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen ($NO_3$-N) | 1.10 mg/L |
| | | | Total Copper (Cu) | 0.059 mg/L |
| | | | Total Lead (Pb) | 0.076 mg/L |
| | | | Total Zinc (Zn) | 0.160 mg/L[2] |
| | | | Ammonia ($NH_3$) | 2.14 mg/L[2] |
| | | | Total Arsenic (As) | 0.150 mg/L[2] |
| | | | Total Cadmium (Cd) | 0.0018 mg/L |
| | | | Total Cyanide ($HCN/CN^-$) | 0.022 mg/L |
| | | | Total Mercury (Hg) | 0.0014 mg/L |
| | | | Total Selenium (Se) | 0.0015 mg/L |
| | | | Total Silver (Ag) | 0.0032 mg/L |
| ADDITIONAL Section 7(e)(2) | Applies to all Sector K facilities | No additional monitoring for Sector K | | |

[1]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)).
[2]The effluent limit supersedes the benchmark threshold value. Exceedance of the effluent limit of this parameter for the discharges listed in Table K-2 is a permit violation (see also Section 7(e)(3)).

Table K-2. Effluent Limits Monitoring for Sector K (Hazardous Waste Treatment, Storage, or Disposal Facilities) (Continued on following page)

| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
|---|---|---|---|---|
| EFFLUENT LIMITS Section 7(e)(3) | Applies only to Sector K facilities with discharges from hazardous waste landfills subject to effluent limitations in 40 CFR Part 445 Subpart A | Annually for permit term | Alpha Terpineol | 0.019 mg/L$^3$ (monthly average maximum) |
| | | | Alpha Terpineol | 0.042 mg/L$^3$ (daily maximum) |
| | | | Ammonia (NH$_3$) | 4.9 mg/L$^{2,3}$ (monthly average maximum) |
| | | | Ammonia (NH$_3$) | 10 mg/L$^{2,3}$ (daily maximum) |
| | | | Aniline | 0.015 mg/L$^3$ (monthly average maximum) |
| | | | Aniline | 0.024 mg/L$^3$ (daily maximum) |
| | | | Benzoic Acid | 0.073 mg/L$^3$ (monthly average maximum) |
| | | | Benzoic Acid | 0.119 mg/L$^3$ (daily maximum) |
| | | | Biological Oxygen Demand (BOD$_5$) | 56 mg/L$^3$ (monthly average maximum) |
| | | | Biological Oxygen Demand (BOD$_5$) | 220 mg/L$^3$ (daily maximum) |
| | | | Naphthalene | 0.022 mg/L$^3$ (monthly average maximum) |
| | | | Naphthalene | 0.059 mg/L$^3$ (daily maximum) |
| | | | p-Cresol | 0.015 mg/L$^3$ (monthly average maximum) |
| | | | p-Cresol | 0.024 mg/L$^3$ (daily maximum) |
| | | | pH | 6.0 - 9.0 s.u.$^{2,3}$ |
| | | | Phenol | 0.029 mg/L$^3$ (monthly average maximum) |
| | | | Phenol | 0.048 mg/L$^3$ (daily maximum) |
| | | | Pyridine | 0.025 mg/L$^3$ (monthly average maximum) |
| | | | Pyridine | 0.072 mg/L$^3$ (daily maximum) |

[2]The effluent limit supersedes the benchmark threshold value. Exceedance of the effluent limit of this parameter for the discharges listed here is a permit violation (see also Section 7(e)(3)).
[3]See Section 7(e)(3)(D) for guidance.

| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
|---|---|---|---|---|
| EFFLUENT LIMITS Section 7(e)(3) | Applies only to Sector K facilities with discharges from hazardous waste landfills subject to effluent limitations in 40 CFR Part 445 Subpart A | Annually for permit term | Total Arsenic | 0.54 mg/L[2,3] (monthly average maximum) |
| | | | Total Arsenic | 1.1 mg/L[2,3] (daily maximum) |
| | | | Total Chromium | 0.46 mg/L[3] (monthly average maximum) |
| | | | Total Chromium | 1.1 mg/L[3] (daily maximum) |
| | | | Total Suspended Solids (TSS) | 27 mg/L[2,3] (monthly average maximum) |
| | | | Total Suspended Solids (TSS) | 88 mg/L[2,3] (daily maximum) |
| | | | Total Zinc | 0.296 mg/L[2,3] (monthly average maximum) |
| | | | Total Zinc | 0.535 mg/L[2,3] (daily maximum) |

Table K-3. Effluent Limits Monitoring for Sector K (Hazardous Waste Treatment, Storage, or Disposal Facilities) (Continued on following page)

[2]The effluent limit supersedes the benchmark threshold value. Exceedance of the effluent limit of this parameter for the discharges listed here is a permit violation (see also Section 7(e)(3)).
[3]See Section 7(e)(3)(D) for guidance.

| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
|---|---|---|---|---|
| Table K-4. Aquatic Toxicity and Impaired Waters Monitoring for Sector K (Hazardous Waste Treatment, Storage, or Disposal Facilities) (Continued from Previous Page) | | | | |
| AQUATIC TOXICITY Section 7(e)(4) | Applies to all Sector K facilities | Once in the 1st year of permit term | $LC_{50}$ for *Daphnia pulex* | None |
| IMPAIRED WATERS Section 7(e)(5) | Applies to all Sector K facilities | Annually | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[4] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges | |

[4]DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress.

7(j)(12)    *Sector L – Landfills, Land Application Sites, and Open Dumps*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. The sector-specific requirements apply to those areas of the facility where those sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Subsection 7(j)(12) apply to stormwater discharges associated with industrial activity from refuse facilities as identified by the activity code "LF" under Sector L in Appendix A. These facilities may include landfills, land application sites, open dumps, bulk waste facilities, recycling facilities (non-scrap metal), transfer stations, volume reduction plants, and waste-to-energy facilities.

Do not use for Municipal Solid Waste Landfill (MSWLF) Areas Closed in Accordance with 40 CFR 258.

Small-Scale Composting Facilities as defined in Section 2 are covered under Sector AG. See the requirements of Sector AG to determine if the facility is authorized under this permit.

(A)   Authorized Discharges

Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

(i)   Authorized Stormwater Discharges

Most stormwater discharges associated with industrial activity from the following facilities are authorized:

- recycling facilities, resource recovery facilities and all such facilities and centers as defined in section 22a-207 of the Connecticut General Statutes, including facilities classified as Standard Industrial Classification 4953;
- solid waste facilities (where waste and/or leachate are exposed or potentially exposed to rainfall);
- intermediate processing facilities (e.g., transfer stations); or
- facilities that are subject to regulation under Subtitle D of the Resource Conservation and Recovery Act, 42 U.S.C. sections 6901, et seq.

See subsection B(i) for exceptions.

(ii)   Authorized Non-Stormwater Discharges

There are no additional authorized non-stormwater discharges for Sector L beyond those listed in Section 7(b)(11)(A).

(B)   Discharges Not Authorized by this Permit

Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

(i)   Prohibited Stormwater Discharges

Discharges from open dumps as defined under Resource Conservation and Recovery Act (RCRA) are not authorized under this general permit.

(ii)   Prohibited Non-Stormwater Discharges

The following discharges are not authorized by this permit: landfill leachate; gas collection condensate; drained free liquids; contaminated ground water; laboratory wastewater; rinse- or washwater from washing trucks, railcar exteriors, equipment, paved areas, building surfaces, and surface areas that have come in direct contact with solid waste at the landfill facility.

The only non-stormwater discharges authorized by this permit are listed in Section 7(b)(11)(A).

(C)    Sector-Specific Definitions

In addition to the general definitions specified in Section 2, the permittees in Sector L must also be aware of the following definitions:

"Contaminated Stormwater" means stormwater that comes into direct contact with wastes, the waste handling and treatment areas, or wastewater as defined in subparagraph (v), below. Some specific areas of a facility that may produce contaminated stormwater include (but are not limited to) the following: the open face of an active landfill with exposed waste (no cover added); dumpsters or roll-offs used for waste storage; the areas around wastewater treatment operations; trucks, equipment, or machinery that has been in direct contact with the waste; and waste dumping areas.

"Drained Free Liquids" means aqueous wastes drained from waste containers (e.g., drums).

"Geotextile" means a woven or nonwoven fabric or film which is utilized for the engineering management of soil and water.

"Intermediate Processing Facility" means a facility where glass, metals, paper products, batteries, household hazardous waste, fertilizers and other items are removed from the waste stream for recycling or reuse.

"Landfill" means an area of land or an excavation in which wastes are placed for permanent disposal, but that is not a land application or land treatment unit, surface impoundment, underground injection well, waste pile, salt dome formation, salt bed formation, underground mine, or cave as these terms are defined in 40 CFR 257.2, 258.2, and 260.10.

"Leachate" means liquid that has passed through or emerged from solid waste and contains soluble, suspended, or miscible materials removed from such waste.

"Non-contaminated Stormwater" means stormwater that does not come into direct contact with landfill wastes, the waste handling and treatment areas, or landfill wastewater as defined in subparagraph (iv), above. Non-contaminated stormwater includes stormwater that flows off the cap, cover, intermediate cover, daily cover, and/or final cover of any landfill.

"Recycling" means the processing of solid waste to reclaim material therefrom.

"Resources Recovery Facility" means a facility utilizing processes aimed at reclaiming the material or energy values from solid wastes.

"Solid Waste" means unwanted or discarded solid, liquid, semisolid or contained gaseous material, including, but not limited to, demolition debris, material burned or otherwise processed at a resource recovery facility or incinerator, material processed at a recycling facility and sludges or other residue from a water pollution abatement facility, water supply treatment plant or air pollution control facility.

"Solid Waste Disposal Area" means any location, including a landfill or other land disposal site, used for the disposal of more than ten cubic yards of solid waste. For purposes of this subdivision, "disposal" means the placement of material at a location with the intent to leave it at such location indefinitely, or to fail to remove material from a location within forty-five (45) days, but does not mean the placement of material required to be recycled under section 22a-241b in a location on the premises of a recycling facility, provided such facility is in compliance with all requirements of state or federal law and any permits required thereunder.

"Transfer Station" means any location or structure, whether located on land or water, where more than ten cubic yards of solid waste, generated elsewhere, may be stored for transfer or transferred from transportation units and placed in other transportation units for movement to another location, whether or not such waste is stored at the location prior to transfer.

"Volume Reduction Plant" means any location or structure, whether located on land or water, where more than two thousand pounds per hour of solid waste generated elsewhere may be reduced in volume, including but not limited to, resources recovery facilities and other incinerators, recycling facilities, pulverizers, compactors, shredders, balers, and composting facilities.

"Waste to Energy (WTE) Facilities" means facilities that utilize one or more technologies (e.g., incineration, gasification, pyrolysis, anaerobic digestion, and landfill gas recovery) to convert non-recyclable waste into usable forms of energy including heat, fuel, and electricity.

"Process Wastewater" means wastewater associated with this sector includes (but is not limited to) the following: leachate; gas collection condensate; drained free liquids; laboratory derived wastewater; contaminated stormwater; and contact washwater from washing truck, equipment, and railcar exteriors and surface areas that have come in direct contact with solid waste at the landfill facility.

(D)   Additional Control Measures

In addition to the general control measures specified in Section 7(b), the permittees in Sector L must also implement the following additional control measures:

   (i)   Preventative Maintenance Program

      As part of the preventive maintenance program in Section 7(b)(9), the permittee must maintain all elements of leachate collection and treatment systems to prevent commingling of leachate with stormwater. The permittee must also maintain the integrity and effectiveness of any intermediate or final cover (including repairing the cover as necessary) to minimize the effects of settlement, sinking, and erosion. For transfer stations, the permittee must maintain the integrity and effectiveness of all collection containers, collection systems for white goods and other waste material storage areas, and systems to contain pollutants and minimize exposure to rainfall and runoff.

   (ii)   Erosion and Sedimentation Control

      The permittee must provide temporary stabilization (e.g., temporary seeding, mulching, and placing geotextiles on the inactive portions of stockpiles) for the following: materials stockpiled for daily, intermediate, and final landfill cover; inactive areas of a landfill or open dump; landfills or open dump areas that have received final cover but where vegetation has yet to establish itself; and land application sites where waste application has been completed but final vegetation has not yet been established.

   (iii)   Infiltration

      Consult the Connecticut Stormwater Quality manual for general design guidance for BMPs which provide treatment to stormwater such as retention or detention ponds or basins, sediment traps, and vegetated swales or strips (for pollutant settling and filtration) (see Aquifer Protection Areas, Appendix C).

      Any evaluation, construction, or modification of the design of an engineered stormwater drainage system, as defined in the Connecticut Stormwater Quality Manual, requires certification by a Professional Engineer. The certification and supporting documentation must be kept in the SWPPP (see also Section 7(c)(8)(D)).

(E)   Additional SWPPP Requirements

In addition to the general SWPPP requirements specified in Section 7(c), the permittees in Sector L must also implement the following additional SWPPP requirements:

   (i)   Site Map

The permittee must map in the SWPPP where any of the following may be exposed to precipitation or surface runoff: locations of any known leachate springs or other areas where uncontrolled leachate may commingle with runoff; leachate collection and handling systems; waste storage areas, waste hoppers, waste loading, and waste transfer areas; and other solid waste disposal areas.

(ii) Summary of Potential Pollutant Sources

The permittee must document in the SWPPP the following sources and activities, as well as any others, that have the potential to contribute pollutants to stormwater runoff: fertilizer, herbicide, and pesticide application; waste hauling, loading, or unloading; outdoor storage of materials, including daily, interim, and final storage areas; uncontrolled leachate flows; and failure or leaks from leachate collection and treatment systems.

(F) Sector-Specific Inspection Requirements

In addition to the general inspection requirements specified in Section 7(d), the permittees in Sector L must also implement the following additional inspection requirements:

(i) Inspections at Active Landfills

The permittee must inspect operating landfills, open dumps, land application site, and other solid waste disposal areas at least once every seven (7) days. A qualified inspector must focus on areas of landfills that have not yet been finally stabilized; active land application areas, areas used for storage of material and wastes that are exposed to precipitation, stabilization, and structural control measures; leachate collection and treatment systems; locations where equipment and waste trucks enter and exit the site; and other solid waste disposal areas. Ensure that sediment and erosion control measures are operating properly. For stabilized sites and areas where land application has been completed and vegetation established, conduct inspections at least once every month.

(ii) Inspections at Inactive Landfills

The permittee must inspect inactive landfills, open dumps, and land application sites at least quarterly. Qualified personnel must inspect landfill (or open dump) stabilization and structural erosion control measures, leachate collection and treatment systems, and all closed land application areas.

(iii) Inspections of Transfer Stations and Recycling Facilities

The permittee must inspect transfer stations at least once every seven (7) days. A qualified inspector shall focus on areas of used for storage of material and wastes that are exposed to precipitation, locations where equipment and waste trucks enter and exit the site, and areas where waste and materials are loaded and unloaded. Additionally, the permittee shall conduct a daily site "walkthrough" for litter focusing on the site perimeter, cover of waste containers, and areas the public has access for waste disposal or recycling drop-off.

(G) Sector-Specific Monitoring Requirements

Tables L-1, and L-2 identify monitoring requirements and frequencies for Sector L which apply to both the primary industrial activity and any co-located industrial activities. The permittee may copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

Table L-2 identifies effluent limits that apply to the industrial activities described below. Compliance with these effluent limits is to be determined based on discharges from these industrial activities independent of commingling with any other waste streams that may be

authorized under this permit. Exceedance of any effluent limit is a violation of the general permit.

(H)    Additional Requirements for Inactive and Unstaffed Sites

In addition to the general requirements for inactive sites listed in Sections 7(b), 7(c), 7(d), and 7(e), the permittees in Sector L must also implement the following measures:

The permittee must inspect inactive or unstaffed non-hazardous waste facilities at least quarterly. Qualified personnel must inspect areas the public has had access for waste disposal to ascertain that no waste is being dropped off at the facility during periods of inactivity. Additionally, the permittee must conduct a site "walkthrough" for litter focusing on the site perimeter and making certain that all inactive site storage of materials or equipment are protected from contact with stormwater.

(I)    Termination of Permit Coverage

There are no additional requirements for termination of permit coverage for Sector L beyond those listed in Section 7(j).

| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
|---|---|---|---|---|
| | | | Chemical Oxygen Demand (COD) | 75 mg/L |
| | | | Total Oil and Grease (O&G) | 5.0 mg/L |
| | | | pH | 5.0 - 9.0 s.u.[2] |
| | | | Total Suspended Solids (TSS) | 90 mg/L[2] |
| BENCHMARK Section 7(e)(1) | Applies to all Sector L facilities | Semiannually until requirements for benchmark monitoring exemption are met[1] | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen (NO$_3$-N) | 1.10 mg/L |
| | | | Total Copper (Cu) | 0.059 mg/L |
| | | | Total Lead (Pb) | 0.076 mg/L |
| | | | Total Zinc (Zn) | 0.160 mg/L[2] |
| | | | Iron (Fe) | 1.0 mg/L |
| ADDITIONAL Section 7(e)(2) | Applies to all Sector L facilities | No additional monitoring for Sector L | | |

Table L-1. Benchmark Monitoring and Additional Monitoring for Sector L (Landfills, Land Application Sites, and Open Dumps) (Continued on Following Page)

[1]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)).
[2]The effluent limit supersedes the benchmark threshold value. Exceedance of the effluent limit of this parameter for the discharges listed in Table L-2 is a permit violation (see also Section 7(e)(3)).

Table L-2. Effluent Limits, Aquatic Toxicity, and Impaired Waters Monitoring for Sector L – Landfills, Land Application Sites, and Open Dumps (Continued from Previous Page)

| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
|---|---|---|---|---|
| EFFLUENT LIMITS Section 7(e)(3) | Applies only to Sector L facilities with discharges from nonhazardous waste landfills subject to effluent limitations in 40 CFR Part 445 Subpart B | Annually for permit term | Alpha Terpineol | 0.016 mg/L[3] (monthly average maximum) |
| | | | Alpha Terpineol | 0.033 mg/L[3] (daily maximum) |
| | | | Ammonia ($NH_3$) | 4.9 mg/L[3] (monthly average maximum) |
| | | | Ammonia ($NH_3$) | 10 mg/L[3] (daily maximum) |
| | | | Benzoic Acid | 0.071 mg/L[3] (monthly average maximum) |
| | | | Benzoic Acid | 0.12 mg/L[3] (daily maximum) |
| | | | Biological Oxygen Demand ($BOD_5$) | 37 mg/L[3] (monthly average maximum) |
| | | | Biological Oxygen Demand ($BOD_5$) | 140 mg/L[3] (daily maximum) |
| | | | p-Cresol | 0.014 mg/L[3] (monthly average maximum) |
| | | | p-Cresol | 0.025 mg/L[3] (daily maximum) |
| | | | pH | 6.0 - 9.0 s.u.[2,3] |
| | | | Phenol | 0.015 mg/L[3] (monthly average maximum) |
| | | | Phenol | 0.026 mg/L[3] (daily maximum) |
| | | | Total Suspended Solids (TSS) | 27 mg/L[2,3] (monthly average maximum) |
| | | | Total Suspended Solids (TSS) | 88 mg/L[2,3] (daily maximum) |
| | | | Total Zinc | 0.11 mg/L[2,3] (monthly average maximum) |
| | | | Total Zinc | 0.20 mg/L[2,3] (daily maximum) |
| AQUATIC TOXICITY Section 7(e)(4) | Applies to all Sector L facilities | Once in the 1st year of permit term | $LC_{50}$ for *Daphnia pulex* | None |
| IMPAIRED WATERS Section 7(e)(5) | Applies to all Sector L facilities | Annually | | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[4] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges |

[2]The effluent limit supersedes the benchmark threshold value. Exceedance of the effluent limit of this parameter for the discharges listed here is a permit violation (see also Section 7(e)(3)).
[3]See Section 7(e)(3)(D) for guidance.
[4]DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress.

*7(j)(13)    Sector M – Automobile Salvage Yards*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. These sector-specific requirements apply in those areas of the facility where these sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Subsection 7(j)(13) apply to stormwater discharges associated with industrial activity from Automobile Salvage Yards as identified by the SIC Codes specified under Sector M in Appendix A.

(A)  Authorized Discharges

Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

(i)  Authorized Stormwater Discharges

All stormwater discharges associated with industrial activity in Sector M are authorized.

(ii)  Authorized Non-Stormwater Discharges

There are no additional authorized non-stormwater discharges for Sector M beyond those listed in Section 7(b)(11)(A).

(B)  Discharges Not Authorized by this Permit

Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

(i)  Prohibited Stormwater Discharges

None.

(ii)  Prohibited Non-Stormwater Discharges

This permit does not authorize the following discharges to the ground, storm drainage system, or any surface waters of the state: vehicle washwaters; radiator flushing wastewater; washing and steam cleaning waters; anti-freeze (i.e., ethylene glycol); any fluids drained from vehicles upon dismantling and/or crushing.

The only non-stormwater discharges authorized by this permit are listed in Section 7(b)(11)(A).

(C)  Sector-Specific Definitions

There are no additional definitions for Sector M beyond those listed in Section 2.

(D)  Additional Control Measures

In addition to the general control measures specified in Section 7(b), the permittees in Sector M must also implement the following additional control measures:

(i)  Minimize Exposure (See also section 7(b)(2))

The permittee must minimize the exposure of the following industrial activities to rain, run-on stormwater, snow, or snowmelt: vehicle dismantling and/or crushing; used parts storage; outdoor vehicle and equipment storage; vehicle and equipment maintenance; vehicle, equipment, and parts washing areas; and liquid storage in above ground storage tanks.

The term "minimize" means reduce and/or eliminate to the extent achievable using control measures that are technologically available, economically practicable, and achievable in light of best industry practice.

(ii)   Spill and Leak Prevention Procedures (See also Section 7(b)(7))

The permittee must drain vehicles and mechanical equipment intended to be dismantled of all fluids upon arrival at the site (or as soon thereafter as feasible) or employ some other equivalent means to prevent spills and leaks. The permittee must conduct dismantling activities on a covered impermeable surface and employ impermeable containment measures for any uncovered outdoor storage of oily parts, engine blocks, and above-ground liquid storage. Disposal of stormwater collected within the containment areas shall be conducted in accordance with the "Spill Prevention and Response Procedures" section (Section 7(b)(7)) of this general permit.

(iii)   Stormwater Runoff (See also Section 7(b)(10)(A))

To minimize discharges of pollutants in runoff, the permittee must implement the following control measures or equivalent (list not exclusive): berms or drainage ditches on the property line (to help prevent run-on from neighboring properties), installation of detention ponds, and installation of filtering devices and oil and water separators.

(iv)   Infiltration

Infiltration is a prohibited stormwater management practice in and around vehicle salvage yards and vehicle recycling activities (see Aquifer Protection Areas, Appendix C). However, infiltration may be used to prevent uncontaminated stormwater (i.e., run-on) from coming into contact with these industrial activities.

(1)   Stormwater Run-on

Permittees should consult the Connecticut Stormwater Quality manual for general design guidance for stormwater conveyance systems that keep uncontaminated stormwater run-on away from areas vehicle salvage and vehicle recycling. Stormwater conveyance around the site's perimeter may include run-on channels, ditches, berms, and gutters.

(2)   Best Engineering Practices

The permittee must ensure that any engineered stormwater drainage systems meet the standards of best engineering practices and are properly designed, implemented, and maintained in accordance with the Connecticut Stormwater Quality Manual.

Any evaluation, construction, or modification of the design of an engineered stormwater drainage system, as defined in the Connecticut Stormwater Quality Manual, requires certification by a Professional Engineer. The certification and supporting documentation must be kept in the SWPPP (see also Section 7(c)(8)(D)).

(v)   Employee Training (See also Section 7(b)(13))

The permittee shall address, as applicable, the following areas (at a minimum) in the employee training program regarding proper handling (collection, storage, and disposal) of the following hazardous materials:

- Petroleum-based liquid waste including (but not limited to) oil, gasoline, degreasers, diesel fuel, and used mineral spirits;

- Automotive fluids including (but not limited to) transmission fluids, radiator fluids, anti-freeze, mercury switches, solvents; and

- Solid waste including (but not limited to) greasy rags, oil filters, air filters, and batteries.

(E)   Additional SWPPP Requirements

In addition to the general SWPPP requirements specified in Section 7(c), the permittees in Sector M must also implement the following additional SWPPP requirements:

(i)   Site Map

The permittee shall identify locations used for dismantling, storage, and maintenance of used motor vehicle parts. Also identify where any of the following may be exposed to precipitation or surface runoff: dismantling areas, parts (e.g., engine blocks, tires, hub caps, batteries, hoods, mufflers) storage areas, and liquid storage tanks and drums for fuel and other fluids.

(ii)   Summary of Potential Pollutant Sources

The permittee must assess the potential for the following to contribute pollutants to stormwater discharges: vehicle storage areas, dismantling areas, parts storage areas (e.g., engine blocks, tires, hub caps, batteries, hoods, mufflers), areas where vehicle fluids are drained, and fueling stations.

(F)   Sector-Specific Inspection Requirements

In addition to the general inspection requirements specified in Section 7(d), the permittees in Sector M must also implement the following additional inspection requirements:

(i)   Weekly Inspections

The permittee must immediately (or as soon thereafter as feasible) inspect vehicles arriving at the site for leaks. Inspect weekly for signs of leakage all equipment containing oily parts, hydraulic fluids, any other types of fluids, or mercury switches.

(ii)   Quarterly Inspections

The permittee must inspect quarterly for signs of leakage all vehicles and areas where hazardous materials and general automotive fluids are stored, including, but not limited to, mercury switches, brake fluid, transmission fluid, radiator water, and antifreeze.

(G)   Sector-Specific Monitoring Requirements

(See also Section 7(e)) Table M identifies monitoring requirements and frequencies for Sector M which apply to both the primary industrial activity and any co-located industrial activities. The permittee may copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

(H)   Additional Requirements for Inactive Facilities

In addition to the general requirements for inactive sites listed in Sections 7(b), 7(c), 7(d), and 7(e), the permittees in Sector M must also implement the following measures:

The permittee must minimize the exposure of used parts storage, outdoor vehicle and equipment storage, and liquid storage in above ground storage tanks to rain, run-on stormwater, snow, or snowmelt in order to minimize pollutant discharges during periods of inactivity.

(I)   Termination of Permit Coverage

There are no additional requirements for termination of permit coverage for Sector M beyond those listed in Section 7(h).

| Table M. All Monitoring Requirements for Sector M (Automobile Salvage Yards) | | | | |
|---|---|---|---|---|
| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
| BENCHMARK Section 7(e)(1) | Applies to all Sector M facilities | Semiannually until requirements for benchmark monitoring exemption are met[1] | Chemical Oxygen Demand (COD) | 75 mg/L |
| | | | Total Oil and Grease (O&G) | 5.0 mg/L |
| | | | pH | 5.0 - 9.0 s.u. |
| | | | Total Suspended Solids (TSS) | 90 mg/L |
| | | | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen ($NO_3$-N) | 1.10 mg/L |
| | | | Total Copper (Cu) | 0.059 mg/L |
| | | | Total Lead (Pb) | 0.076 mg/L |
| | | | Total Zinc (Zn) | 0.160 mg/L |
| | | Quarterly until requirements for the benchmark monitoring exemption are met[1] | Iron (Fe) | 1.0 mg/L |
| | | | Mercury (Hg) | 0.0014 mg/L |
| | | | Aluminum (Al) | 0.75 mg/L |
| ADDITIONAL Section 7(e)(2) | Applies to all Sector M facilities | Semiannually for permit term | Semivolatile Hydrocarbons | None |
| EFFLUENT LIMITS Section 7(e)(3) | Applies to all Sector M facilities | No effluent limits for Sector M | | |
| AQUATIC TOXICITY Section 7(e)(4) | Applies to all Sector M facilities | Once in the 1st year of permit term | $LC_{50}$ for *Daphnia pulex* | None |
| IMPAIRED WATERS Section 7(e)(5) | Applies to all Sector M facilities | Annually | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[2] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges | |
| [1]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)). [2]DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress. | | | | |

*7(j)(14)*     *Sector N – Scrap Recycling and Waste Recycling Facilities*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. These sector-specific requirements apply in those areas of the facility where these sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Subsection 7(j)(14) apply to stormwater discharges associated with industrial activity from Scrap Recycling and Waste Recycling facilities as identified by the SIC Codes specified under Sector N in Appendix A.

Separate control measures have been established for recycling facilities that receive, process, and engage in wholesale distribution of only source-separated recyclable materials primarily from non-industrial and residential sources (i.e., common consumer products including paper, newspaper, glass, cardboard, plastic containers, and aluminum and tin cans). This includes recycling facilities commonly referred to as material recovery facilities (MRF). See Subsection (C)(iii), below.

(A)    Authorized Discharges

Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

(i)    Authorized Stormwater Discharges

All stormwater discharges associated with industrial activity in Sector N are authorized.

(ii)    Authorized Non-Stormwater Discharges

There are no additional authorized non-stormwater discharges for Sector N beyond those listed in Section 7(b)(11)(A).

(B)    Discharges Not Authorized by this Permit

Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

(i)    Prohibited Stormwater Discharges

None.

(ii)    Prohibited Non-Stormwater Discharges

This permit does not authorize the following discharges to the ground, storm drainage system, or any surface waters of the State:

Non-stormwater discharges from turnings or other containment areas are not authorized by this general permit (See also Subsection (C)(i)(3), below). Stormwater contaminated with soluble cutting fluids may not be discharged and must be collected and disposed of appropriately. Disposal of stormwater collected within the containment areas must be conducted in accordance with the "Spill Prevention and Response Procedures" section (Section 7(b)(7)) of this permit.

The only non-stormwater discharges authorized by this permit are listed in Section 7(b)(11)(A).

(C)    Sector-Specific Definitions

There are no additional definitions for Sector N beyond those listed in Section 2.

(D)    Additional Control Measures

In addition to the general control measures specified in Section 7(b), the permittees in Sector N must also implement the following additional control measures in subsection (i) through (iii), below.

The term "minimize" means reduce and/or eliminate to the extent achievable using control measures that are technologically available, economically practicable, and achievable in light of best industry practice.

(i)   Scrap and Waste Recycling Facilities (Non-source Separated, Nonliquid Recyclable Materials)

The following requirements are for facilities that receive, process, and engage in wholesale distribution of non-source separated, nonliquid recyclable wastes (e.g., ferrous and nonferrous metals, plastics, glass, cardboard, and paper). These facilities may receive both nonrecyclable and recyclable materials. This section is not intended for those facilities that accept recyclables only from primarily non-industrial and residential sources.

(1) Inbound Recyclable and Waste Material Control Program

The permittee must minimize the chance of accepting materials that could be sources of pollutants by conducting inspections of inbound recyclables and waste materials. The following are some possible control measure options: Provide information and education to suppliers of scrap and recyclable waste materials on draining and properly disposing of residual fluids (e.g., from vehicles and equipment engines, radiators and transmissions, oil filled transformers, and individual containers or drums) and removal of mercury switches from vehicles before delivery to the facility.

- Establish procedures to minimize the potential of any residual fluids from coming into contact with precipitation or runoff.

- Establish procedures for accepting scrap lead-acid batteries (additional requirements for the handling, storage, and disposal or recycling of batteries are contained in the scrap lead-acid battery program provisions in subparagraph 6) below.

- Provide training for those personnel engaged in the inspection and acceptance of inbound recyclable materials.

- Establish procedures to ensure that liquid wastes, including used oil, are stored in materially compatible and non-leaking containers and are disposed of or recycled in accordance with the Resource Conservation and Recovery Act (RCRA).

(2) Outdoor Scrap and Waste Material Stockpiles and Storage

The permittee must utilize control measures to minimize contact of stormwater runoff with stockpiled materials, processed materials, and nonrecyclable wastes and control measures to minimize pollutants discharged in stormwater. The following are some possible control measure options:

- Permanent or semi-permanent covers.

- Sediment traps, vegetated swales, and strips, catch basin filters, and sand filters to facilitate settling or filtering of pollutants.

- Dikes, berms, containment trenches, culverts, and surface grading to divert runoff from storage areas.

- Silt fencing to prevent sediment transport.

- Any treatment or other measures necessary to minimize the discharge of water-soluble pollutants such as coolants or oils.

- Oil and water separators, sumps, and dry absorbents for areas where potential sources of residual fluids are stockpiled.

(3) Outdoor Stockpiling of Turnings Exposed to Cutting Fluids

The permittee must minimize contact of surface runoff with residual cutting fluids by the following methods:

- Store all turnings exposed to cutting fluids under some form of permanent or semi-permanent cover.
- Establish dedicated containment areas for all turnings that have been exposed to cutting fluids.
- Construct containment areas with concrete, asphalt, or other equivalent types of impermeable material and include a barrier (e.g., berms, curbing, elevated pads) to prevent contact with stormwater run-on.
- Route any stormwater runoff that contains cutting fluids to an oil/water separator or its equivalent.
- Regularly maintain any oil/water separator (or its equivalent) and properly dispose of or recycle collected residual fluids.
- Stormwater containing water soluble cutting fluids may not be discharged and must be collected and disposed of appropriately.

(4) Covered or Indoor Scrap and Waste Material Stockpiles and Storage

The permittee must minimize contact of residual liquids and particulate matter from materials stored indoors or under cover with surface runoff. The permittee must implement the following control measures:

- Good housekeeping measures, including the use of dry absorbents or wet vacuuming to contain, dispose of, or recycle residual liquids originating from recyclable containers, or mercury spill kits for spills from storage of mercury switches;
- Not allowing washwater from tipping floors or other processing areas to discharge to the storm sewer system; and
- Disconnecting or sealing off all floor drains connected to the storm sewer system.

(5) Scrap and Recyclable Waste Processing Areas

The permittee must minimize surface runoff from coming in contact with scrap processing equipment. Particular attention must be paid to operations that generate visible amounts of particulate residue (e.g., shredding) to minimize the contact of accumulated particulate matter and residual fluids with runoff (i.e., through good housekeeping, preventive maintenance, etc.). Following are some required control measures:

- At least once a month inspect equipment for spills or leaks and malfunctioning, worn, or corroded parts or equipment.
- Establish a preventive maintenance program for processing equipment.
- Use dry absorbents or other cleanup practices to collect and dispose of or recycle spilled or leaking fluids or use mercury spill kits for spills from storage of mercury switches.
- On unattended hydraulic fluid reservoirs over 150 gallons in capacity, install protection devices such as low-level alarms or equivalent devices, and provide secondary containment in compliance with Section 7(b)(3).

- Use containment or diversion structures such as dikes, berms, culverts, trenches, elevated concrete pads, and grading to minimize contact of stormwater runoff with outdoor processing equipment or stored materials.
- Use oil and water separators or sumps.
- Install permanent or semi-permanent covers in processing areas where there are residual fluids and grease.
- Construct and utilize catch basin filters or sand filters.

(6) Scrap Lead-Acid Battery Program

The permittee must properly handle, store, and dispose of scrap lead-acid batteries. The permittee must implement the following control measures:

- Segregate scrap lead-acid batteries from other scrap materials.
- Properly handle, store, and dispose of cracked or broken batteries.
- Collect and dispose of leaking lead-acid battery fluid.
- Prevent exposure of scrap lead-acid batteries to precipitation or runoff.
- Provide employee training for the management of scrap batteries.

(7) Spill Prevention and Response Procedures

The permittee must install alarms and/or pump shutoff systems on outdoor equipment with hydraulic fluid reservoirs exceeding 150 gallons in the event of a line break. Compliance with the containment provisions in Section 7(b)(3) must also be maintained. Use a mercury spill kit for any release of mercury from switches, anti-lock brake systems, and switch storage areas.

(8) Supplier Notification Program

As appropriate, the permittee must notify major suppliers which scrap materials will not be accepted at the facility or will be accepted only under certain conditions. Any such restrictions must be identified in the SWPPP.

(ii) Waste Recycling Facilities (Liquid Recyclable Materials)

(1) Waste Material Storage (Indoor)

The permittee must minimize or eliminate contact between residual liquids from waste materials stored indoors and from surface runoff. The SWPPP may refer to applicable portions of other existing plans, such as Spill Prevention, Control, and Countermeasure (SPCC) plans. To minimize discharges of pollutants in stormwater from indoor waste material storage areas, the permittee must implement control measures such as the following (list not exclusive):

- Implement procedures for material handling (including labeling and marking).
- Clean up spills and leaks with dry absorbent materials and/or a wet vacuum system.
- Install appropriate containment structures (e.g., trenching, curbing, gutters, etc.).
- Install a drainage system, including appurtenances (e.g., pumps or ejectors, manually operated valves), to handle discharges from diked or bermed areas.
- Drainage must be discharged to an appropriate treatment facility or sanitary sewer system, or otherwise disposed of properly. These discharges may require coverage under a separate wastewater permit or industrial user permit under the pretreatment program.

(2) Waste Material Storage (Outdoor)

The permittee must minimize contact between stored residual liquids and precipitation or runoff. The SWPPP may refer to applicable portions of other existing plans, such as SPCC plans. Discharges of stormwater from containment areas containing used oil must also be in accordance with Section 7(b)(3)(C) of this permit. To minimize discharges of pollutants in stormwater from outdoor waste material storage areas, the permittee must implement control measures such as the following (list not exclusive): appropriate containment structures (e.g., dikes, berms, curbing, pits) to store the appropriate volume of the largest tank in accordance with Section 7(b)(3), with sufficient extra capacity for precipitation, drainage control and other diversionary structure, corrosion protection and/or leak detection systems for storage tank, and dry-absorbent materials or a wet vacuum system to collect spills.

(iii)   Trucks and Rail Car Waste Transfer Areas

The permittee must minimize pollutants in stormwater discharges from truck and rail car loading and unloading areas. Include measures to clean up minor spills and leaks resulting from the transfer of liquid wastes. To minimize discharges of pollutants in stormwater from truck and rail car waste transfer areas, the permittee must implement control measures such as the following (list not exclusive): containment and diversionary structures to minimize contact with precipitation or runoff, and dry clean-up methods, wet vacuuming, roof coverings, and/or runoff controls.

(iv)   Recycling Facilities (Source-separated Materials)

The following requirements are for facilities that receive only source-separated recyclables, primarily from non-industrial and residential sources.

(1) Inbound Recyclable Material Control

The permittee must minimize the chance of accepting nonrecyclables (e.g., hazardous materials) that could be a significant source of pollutants by conducting inspections of inbound materials and through the implementation of control measures such as the following (list not exclusive):

- Provide information and education measures to inform suppliers of recyclables about acceptable and non-acceptable materials.
- Train drivers responsible for pickup of recycled material, clearly marking public drop-off containers regarding which materials can be accepted, rejecting nonrecyclable wastes or household hazardous wastes at the source.
- Establish procedures for handling and disposal of nonrecyclable material.

(2) Outdoor Storage

The permittee must minimize exposure of recyclables to precipitation and runoff by using good housekeeping measures to prevent accumulation of particulate matter and fluids, particularly in high traffic areas and through implementation of control measure such as the following (list not exclusive):

- Provide totally enclosed drop-off containers for the public.
- Provide dikes and curbs for secondary containment (e.g., around bales of recyclable wastepaper).
- Divert surface water runoff away from outside material storage areas.
- Provide covers over containment bins, dumpsters, and roll-off boxes, and store the equivalent of one day's volume of recyclable material indoors.

(3) Indoor Storage and Material Processing

The permittee must minimize the release of pollutants from indoor storage and processing areas through implementation of control measures such as the following (list not exclusive):

- Schedule routine good housekeeping measures for all storage and processing areas.
- Prohibit tipping floor washwater from draining to the storm sewer system.
- Provide employee training on pollution prevention practices.

(4) Vehicle and Equipment Maintenance

The permittee must minimize the discharge of pollutants in stormwater from areas where vehicle and equipment maintenance occur outdoors through implementation of control measures such as the following (list not exclusive):

- Minimize or eliminate outdoor maintenance areas.
- Establish spill prevention and clean-up procedures in fueling areas.
- Avoid topping off fuel tanks.
- Divert runoff from fueling areas, storing lubricants and hydraulic fluids indoors.
- Provide employee training on proper handling and storage of hydraulic fluids and lubricants.

(v) Infiltration

Infiltration is a prohibited stormwater management practice in and around areas where scrap or salvage materials are stored or stockpiled, or where stormwater has commingled with scrap material stockpiles (see Aquifer Protection Areas, Appendix C). However, infiltration may be used to prevent uncontaminated stormwater (i.e., run-on) from coming into contact with material stockpiles.

(1) Stormwater Run-on

Permittees should consult the Connecticut Stormwater Quality manual for general design guidance for stormwater conveyance systems that keep uncontaminated stormwater run-on from commingling with scrap materials. Stormwater conveyance around the site's perimeter may include run-on channels, ditches, berms, and gutters.

(2) Best Engineering Practices

The permittee must ensure that any engineered stormwater drainage system meet the standards of best engineering practices and are properly designed, implemented, and maintained in accordance with the Connecticut Stormwater Quality Manual.

Any evaluation, construction, or modification of the design of an engineered stormwater drainage system, as defined in the Connecticut Stormwater Quality Manual, requires certification by a Professional Engineer. The certification and supporting documentation must be kept in the SWPPP (see also Section 7(c)(8)(D)).

(E) Additional SWPPP Requirements

In addition to the general SWPPP requirements specified in Section 7(c), the permittees in Sector N must also implement the following additional SWPPP requirements:

(i) Site Map

The permittee must document in the SWPPP the locations of any of the following activities or sources that may be exposed to precipitation or surface runoff: scrap and

waste material storage, outdoor scrap and waste processing areas or equipment, and containment areas for turnings exposed to cutting fluids.

(ii) Maintenance Schedules/Procedures

If the permittee has outdoor stockpiles with cutting fluids subject to Subsection (C)(i)(3), above, the SWPPP must identify any applicable maintenance schedule and the procedures to collect, handle, and dispose of or recycle residual fluids.

(F) Sector-Specific Inspection Requirements

In addition to the general inspection requirements specified in Section 7(d), the permittees in Sector N must also implement the following additional inspection requirements:

(i) Inspections for Waste Recycling Facilities

The inspections must be performed monthly, per Section 7(d), and include, at a minimum, all areas where waste is generated, received, stored, treated, or disposed of and that are exposed to either precipitation or stormwater runoff.

(G) Sector-Specific Monitoring Requirements

(See also Section 7(e)) Table N identifies monitoring requirements and frequencies for Sector N which apply to both the primary industrial activity and any co-located industrial activities. The permittee may copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

(H) Additional Requirements for Inactive Facilities

In addition to the general requirements for inactive sites listed in Sections 7(b), 7(c), 7(d), and 7(e), the permittees in Sector N must also implement the following measures:

The permittee must minimize the exposure of equipment (e.g., forklifts), stockpiling and storage of materials (especially hazardous materials), and liquid storage in above ground storage tanks to rain, run-on stormwater, snow, or snowmelt in order to minimize pollutant discharges during periods of inactivity.

(I) Termination of Permit Coverage

In addition to the general requirements for terminating permit coverage listed in Sections 7(h), the permittees in Sector N must also implement the following measures:

Table N. All Monitoring Requirements for Sector N (Scrap Recycling and Waste Recycling Facilities)

| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
|---|---|---|---|---|
| BENCHMARK Section 7(e)(1) | Applies to all Sector N facilities | Semiannually until requirements for benchmark monitoring exemption are met[1] | Chemical Oxygen Demand (COD) | 75 mg/L |
| | | | Total Oil and Grease (O&G) | 5.0 mg/L |
| | | | pH | 5.0 - 9.0 s.u. |
| | | | Total Suspended Solids (TSS) | 90 mg/L |
| | | | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen ($NO_3$-N) | 1.10 mg/L |
| | | | Total Copper (Cu) | 0.059 mg/L |
| | | | Total Lead (Pb) | 0.076 mg/L |
| | | | Total Zinc (Zn) | 0.160 mg/L |
| | | Quarterly until requirements for the benchmark monitoring exemption are met[1] | Iron (Fe) | 1.0 mg/L |
| | | | Mercury (Hg) | 0.0014 mg/L |
| | | | Aluminum (Al) | 0.75 mg/L |
| ADDITIONAL Section 7(e)(2) | Applies to all Sector N facilities | Semiannually for permit term | Semivolatile Hydrocarbons | None |
| | | | Polychlorinated Biphenyls (PCBs) | |
| EFFLUENT LIMITS Section 7(e)(3) | Applies to all Sector N facilities | No effluent limits for Sector N | | |
| AQUATIC TOXICITY Section 7(e)(4) | Applies to all Sector N facilities | Once in the 1st year of permit term | $LC_{50}$ for *Daphnia pulex* | None |
| IMPAIRED WATERS Section 7(e)(5) | Applies to all Sector N facilities | Annually | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[2] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges | |

[1]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)).
[2]DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress.

*7(j)(15)*    *Sector O – Steam Electric Power Generation (SIC Code 4911)*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. The sector-specific requirements apply to those areas of the facility where those sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Subsection 7(j)(15) apply to stormwater discharges associated with industrial activity from Steam Electric Power Generating Facilities as identified by the activity code "SE" under Sector O in Appendix A.

(A)    Authorized Discharges

Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

(i)    Authorized Stormwater Discharges

This permit authorizes stormwater discharges from the following industrial activities at Sector O facilities:

(1)    Steam electric power generation natural gas, oil, nuclear energy, etc., to produce a steam source (does not include geothermal power);

(2)    Dual fuel facilities that could employ a steam boiler.

See subsection B(i) for exceptions.

(ii)    Authorized Non-Stormwater Discharges

There are no additional authorized non-stormwater discharges for Sector O beyond those listed in Section 7(b)(11)(A).

(B)    Discharges Not Authorized by this Permit

Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

(i)    Prohibited Stormwater Discharges

Stormwater discharges from the following are not authorized by this permit:

(1)    Ancillary facilities (e.g., fleet centers and substations) that are not contiguous to a steam electric power generating facility;

(2)    Gas turbine facilities (provided the facility is not a dual-fuel facility that includes a steam boiler) and combined-cycle facilities where no supplemental fuel oil is burned (and the facility is not a dual-fuel facility that includes a steam boiler);

(3)    Cogeneration (combined heat and power) facilities utilizing a gas turbine; and

(4)    Discharges from coal storage piles at steam electric generating facilities.

(ii)    Prohibited Non-Stormwater Discharges

Non-stormwater discharges subject to effluent limitations guidelines are not authorized by this permit.

The only non-stormwater discharges authorized by this permit are listed in Section 7(b)(11)(A).

(C)    Sector-Specific Definitions

There are no additional definitions for Sector O beyond those listed in Section 2.

(D)    Additional Control Measures

In addition to the general control measures specified in Section 7(b), the permittees in Sector O must also implement the following additional control measures:

(i)    Delivery Vehicles

Minimize contamination of stormwater from delivery vehicles arriving at the plant site. Implement procedures to inspect delivery vehicles arriving at the plant site as necessary to minimize discharges of pollutants in stormwater. Ensure the overall integrity of the body or container of the delivery vehicle and implement procedures to deal with leakage or spillage from delivery vehicles.

The term "minimize" means reduce and/or eliminate to the extent achievable using control measures that are technologically available, economically practicable, and achievable in light of best industry practice.

(ii)    Water-based Fuel Oil Unloading Areas

Minimize contamination of precipitation or surface runoff from vessel, pier and shoreside fuel oil unloading areas. The following are possible control measures: using containment curbs in unloading areas; having personnel familiar with spill prevention and response procedures present during deliveries to ensure that any leaks or spills are immediately contained and cleaned up; and using spill and overflow protection devices (e.g., drip pans, drip diapers, absorbent pads, containment booms or other containment devices placed beneath fuel oil connectors to contain potential spillage during transfer.

(iii)    Land-based Fuel Oil Unloading Areas

Minimize contamination of precipitation or stormwater from fuel oil unloading areas. Use containment curbs in unloading areas where feasible. In addition, ensure personnel familiar with spill prevention and response procedures are available to respond expeditiously in the event of a leak or spill during deliveries. Ensure that any leaks or spills are immediately contained and cleaned up, and use spill and overflow protection devices (e.g., drip pans, drip diapers, or other containment devices placed beneath fuel oil connectors to contain potential spillage during deliveries or from leaks at the connectors).

(iv)    Chemical Loading and Unloading

Minimize contamination of precipitation or stormwater from chemical loading and unloading areas. Use containment curbs at chemical loading and unloading areas to contain spills, where practicable. In addition, ensure personnel familiar with spill prevention and response procedures are available to respond expeditiously in the event of a leak or spill during deliveries. Ensure leaks and spills are immediately contained and cleaned up and, where practicable, load and unload in covered areas and store chemicals indoors.

(v)    Miscellaneous Loading and Unloading Areas

Minimize contamination of precipitation or stormwater from loading and unloading areas by implementing the following control measures or other equivalent control measures (list not exclusive): covering the loading area; grading, curbing, or berming around the loading area to divert run-on; locating the loading and unloading equipment and vehicles so that leaks are contained in existing containment and flow diversion systems; or equivalent procedures.

(vi)    Liquid Storage Tanks (See also Section 7(b)(3))

Minimize contamination of stormwater from above-ground liquid storage tanks by implementing the following control measures or equivalent measures (list not exclusive): using protective guards around tanks; using containment curbs; installing spill and overflow protection; or using dry cleanup methods.

The permittee must implement impermeable secondary containment in these areas in accordance with Section 7(b)(3) as required for both stationary and mobile liquid

storage stations. The impermeable secondary containment area must be roofed in a manner which minimizes stormwater entry to the containment area, except for a containment area which stores tanks or containers of 100-gallon capacity or more, in which case a roof is not required.

Stormwater that may accumulate in a containment area may be discharged only after the permittee conducts testing to confirm that it contains none of the relevant pollutants stored in the containment area (e.g., anti-freeze, copper (from pressure washwater), nutrients, etc.). For petroleum storage containment areas, visual inspection for a sheen fulfills this requirement. If testing is not conducted or if it indicates the presence of a relevant pollutant, this containment water must be treated and/or disposed of according to state and federal regulations.

(vii)    Large Bulk Fuel Storage Tanks

Minimize contamination of stormwater from large bulk fuel storage tanks. Use containment berms (or their equivalent). The permittee must also comply with applicable state and federal laws, including Spill Prevention, Control and Countermeasure (SPCC) Plan requirements.

(viii)    Spill Reduction Measures (See also Section 7(b)(7))

Minimize the potential for an oil or chemical spill or reference the appropriate part of the facility's SPCC plan. Visually inspect as part of the routine facility inspection the structural integrity of all above-ground tanks, pipelines, pumps, and related equipment that may be exposed to stormwater, and make any necessary repairs immediately.

(ix)    Oil-bearing Equipment in Switchyards

Minimize contamination of stormwater from oil-bearing equipment in switchyard areas.

(x)    Residue-hauling Vehicles

Inspect all residue-hauling vehicles for proper covering over the load, adequate gate sealing, and overall integrity of the container body. Repair vehicles without load covering or adequate gate sealing, or with leaking containers or beds.

(xi)    Ash Loading Areas

Reduce or control the tracking of ash and residue from ash loading areas. Clear the ash building floor and immediately adjacent roadways of spillage, debris, and excess water as necessary to minimize discharges of pollutants in stormwater.

(xii)    Areas Adjacent to Disposal Ponds or Landfills

Minimize contamination of stormwater from areas adjacent to ash disposal landfills. Reduce ash residue that may be tracked on to access roads traveled by residue handling vehicles and on exit roads leading into and out of residue handling areas.

(E)    Additional SWPPP Requirements

In addition to the general SWPPP requirements specified in Section 7(c), the permittees in Sector O must also implement the following additional SWPPP requirements:

(i)    Site Map

Document in the SWPPP the locations of any of the following activities or sources that may be exposed to precipitation or stormwater: storage tanks, scrap yards, and general refuse areas; short- and long-term storage of general materials (including but not limited to supplies, construction materials, paint equipment, oils, fuels, used and unused solvents, cleaning materials, paint, water treatment chemicals, fertilizer, and pesticides); landfills and construction sites; and stockpile

(ii)   Documentation of Good Housekeeping Measures

The permittee must document in their SWPPP the good housekeeping measures implemented to meet the effluent limits in Table O.

(F)   Sector-Specific Inspection Requirements

In addition to the general inspection requirements specified in Section 7(d), the permittees in Sector O must also implement the following additional inspection requirements:

Include, as part of the routine monthly inspection, the following areas: switchyards, fueling areas, bulk storage areas, ash handling areas, areas adjacent to disposal ponds and landfills, maintenance areas, liquid storage tanks, and long term and short-term material storage areas.

(G)   Sector-Specific Monitoring Requirements

Table O identifies monitoring requirements and frequencies for Sector O which apply to both the primary industrial activity and any co-located industrial activities. The permittee may copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

Table O also identifies effluent limits that apply to the industrial activities described below. Compliance with these effluent limits is to be determined based on discharges from these industrial activities independent of commingling with any other waste streams that may be authorized under this permit. Exceedance of any effluent limit is a violation of the general permit.

(H)   Additional Requirements for Inactive and Unstaffed Sites

There are no additional requirements for inactive and unstaffed sites for Sector O beyond those required in Sections 7(b), 7(c), 7(d), and 7(e).

(I)   Termination of Permit Coverage

There are no additional requirements for termination of permit coverage for Sector O beyond those listed in Section 7(h).

| Table O. All Monitoring Requirements for Sector O (Steam Electric Generating Facilities) | | | | |
|---|---|---|---|---|
| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
| BENCHMARK Section 7(e)(1) | Applies to all Sector O facilities | Semiannually until requirements for benchmark monitoring exemption are met[1] | Chemical Oxygen Demand (COD) | 75 mg/L |
| | | | Total Oil and Grease (O&G) | 5.0 mg/L |
| | | | pH | 5.0 - 9.0 s.u. |
| | | | Total Suspended Solids (TSS) | 90 mg/L |
| | | | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen ($NO_3$-N) | 1.10 mg/L |
| | | | Total Copper (Cu) | 0.059 mg/L |
| | | | Total Lead (Pb) | 0.076 mg/L |
| | | | Total Zinc (Zn) | 0.160 mg/L |
| | | Quarterly until requirements for the benchmark monitoring exemption are met[1] | Iron (Fe) | 1.0 mg/L |
| ADDITIONAL Section 7(e)(2) | Applies to all Sector O facilities | Semiannually in the 1st and 2nd year of permit term | Polycyclic Aromatic Hydrocarbons (PAHs) | None |
| EFFLUENT LIMITS Section 7(e)(3) | Applies to all Sector O facilities | No effluent limits for Sector O | | |
| AQUATIC TOXICITY Section 7(e)(4) | Applies to all Sector O facilities | Once in the 1st year of permit term | $LC_{50}$ for *Daphnia pulex* | None |
| IMPAIRED WATERS Section 7(e)(5) | Applies to all Sector O facilities | Annually | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[2] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges | |
| [1]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)). DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress. | | | | |

*7(j)(16)      Sector P – Land Transportation and Warehousing*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. These sector-specific requirements apply in those areas of the facility where these sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Subsection 7(j)(16) apply to stormwater discharges associated with industrial activity from Land Transportation and Warehousing Facilities as identified by the SIC Codes specified under Sector P in Appendix A.

(A)   Authorized Discharges

Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

(i)   Authorized Stormwater Discharges

All stormwater discharges associated with industrial activity in Sector P are authorized.

(ii)   Authorized Non-Stormwater Discharges

There are no additional authorized non-stormwater discharges for Sector P beyond those listed in Section 7(b)(11)(A).

(B)   Discharges Not Authorized by this Permit

Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

(i)   Prohibited Stormwater Discharges

None.

(ii)   Prohibited Non-Stormwater Discharges

This permit does not authorize the following discharges to the ground, storm drainage system, or any surface waters of the State: vehicle, equipment, or surface washwater (including tank cleaning operations) containing any additive or chemical (e.g., detergent, flocculant, or algicide).

The only non-stormwater discharges authorized by this permit are listed in Section 7(b)(11)(A).

(C)   Sector-Specific Definitions

In addition to the general definitions specified in Section 2, the permittees in Sector P must also be aware of the following definitions:

"Surface Washwater," for the purposes of this permit, means water from the washdown or power washing of an external building or pavement which contains mobilized solids, oil and grease, chemical additives (e.g., detergents), dissolved salt, or other pollutants.base flood

(D)   Additional Control Measures

In addition to the general control measures specified in Section 7(b), the permittees in Sector P must also implement the following additional control measures:

(i)   Vehicle and Equipment

The permittee must minimize the potential for stormwater exposure to leaky or leak-prone vehicles/equipment awaiting maintenance. The following are possible control measures:

• Use drip pans under vehicles/equipment.

• Store vehicles and equipment indoors.

- Install berms or dikes.
- Use absorbents.
- Install roof or coverage over storage areas.
- Clean pavement surfaces to remove oil and grease (with proper washwater disposal).

(ii)    Vehicle and Equipment Fueling Areas

The permittee must minimize contamination of stormwater runoff from fueling areas. The following are possible control measures:

- Cover the fueling area (where feasible).
- Use spill/overflow protection and cleanup equipment.
- Minimize stormwater run-on/runoff to the fueling area.
- Use dry cleanup methods.
- Provide spill kits and catch basin covers nearby.
- Treat and/or recycle collected stormwater runoff.

(iii)    Vehicle and Equipment Cleaning

This permit does not authorize the discharge of vehicle/equipment washwater to the ground, storm sewer system, or any surface waters of the state. Vehicle/equipment washwater must be authorized under a separate permit issued by the Commissioner (pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes) for discharge to the sanitary sewer or collected and hauled for proper disposal.

The permittee must minimize or eliminate contamination of stormwater runoff from all areas used for vehicle/equipment cleaning. The permittee must implement the following (or other equivalent measures):

- Perform all cleaning operations indoors, where feasible.
- Cover the cleaning operation.
- Ensure that all washwater drains to a proper collection system such as a sanitary sewer system (in accordance with applicable state and local guidelines) or holding tank.

(iv)    Vehicle and Equipment Maintenance Areas

The permittee must minimize contamination of stormwater runoff from all areas used for vehicle/equipment maintenance. The permittee must implement the following (or other equivalent measures):

- Perform maintenance activities indoors, where feasible.
- Use drip pans.
- Keep an organized inventory of materials used in the shop.
- Drain all parts of fluids prior to disposal.
- Prohibit wet clean up practices if these practices would result in the discharge of pollutants to storm sewer systems, waterbodies, or wetlands.
- Use dry cleanup methods.
- Treat and/or recycle collected stormwater runoff.
- Minimize run-on/runoff of stormwater to and from maintenance areas.

(v)    Material Storage Areas

The permittee must maintain all material storage vessels (e.g., for used oil/oil filters, spent solvents, paint wastes, hydraulic fluids) to prevent contamination of stormwater

and plainly label them (e.g., "Used Oil," "Spent Solvents"). To minimize discharges of pollutants in stormwater from material storage areas, implement the following control measures or other equivalent control measures (list not exclusive):

- Store the materials indoors.
- Install berms/dikes around the areas.
- Minimize runoff of stormwater to the areas.
- Use dry cleanup methods.
- Treat and/or recycle collected stormwater runoff.

(vi)   Locomotive Sanding (Loading Sand for Traction) Areas

The permittee must minimize discharges of pollutants in stormwater from locomotive sanding areas by implementing the following control measures or other equivalent control measures (list not exclusive):

- Cover sanding areas.
- Minimize stormwater run-on/runoff.
- Use other appropriate sediment removal practices to minimize the offsite transport of sanding material by stormwater.

(vii)   Solid De-icing Material Storage (See also Section 7(b)(6))

The permittee must determine the seasonal timeframe (e.g., December- February, October - March) during which solid de-icing material storage typically occurs at the facility. Implementation of control measures, including any BMPs, facility inspections and monitoring must be conducted with particular emphasis throughout the defined deicing season.

The permittee must ensure that storage piles of deicing materials (including pure salt, salt alternatives or either of these mixed with other materials) used for deicing or any other commercial or industrial purposes that are in place for more than 180 days must be enclosed or covered by a rigid or flexible roof or other structural means. Such structure must not allow for the migration or release of material outside of the structure through its sidewalls or beyond the apron, especially when loading or unloading salt.

For temporary storage piles of de-icing materials in place for less than 180 days per year, a waterproof cover may be used to prevent exposure to precipitation (except for exposure necessary to add or remove materials from the pile).

In areas with a groundwater classification of GA or GAA, an impervious liner must be utilized under any de-icing material pile to prevent infiltration to groundwater. In addition, no new road salt or de-icing materials storage facilities must be located within a 100-year floodplain as defined and mapped for each municipality under 44 CFR 59 et seq. or within 250 feet of a well utilized for potable drinking water supply or within a Level A aquifer protection area as defined by mapping pursuant to section 22a-354c of the Connecticut General Statutes.

(viii)   Liquid De-icing Material Storage (See also Section 7(b)(3))

The permittee must provide containers for liquid de-icing materials be constructed with impermeable secondary containment which will hold at least 110% of the volume of the container without overflow from the containment area.

For storage containers for liquid de-icing the permittee must identify containment control measures as part of the SWPPP. Containment control measure options may include but are not limited to:

- Regularly inspect equipment for spills or leaks and malfunctioning, worn, or corroded parts of equipment.
- Establish a preventative maintenance program.
- Use dry absorbents or other cleanup practices to collect spills or leaks.
- Install protection devices such as low-level alarms or equivalent devices.
- Implement containment or diversion structures to prevent spills or leaks from entering a storm sewer system.
- Use drainage control and other diversionary structures (dikes, impermeable berms, curbing, pits).

(ix)    Infiltration

Infiltration is a prohibited stormwater management practice in and around areas of vehicle and equipment fueling, service, maintenance, and cleaning (see Aquifer Protection Areas, Appendix C). However, infiltration may be used to prevent uncontaminated stormwater (i.e., run-on) from coming into contact with these industrial activities.

(1) Stormwater Run-on

Permittees should consult the Connecticut Stormwater Quality manual for general design guidance for stormwater conveyance systems that keep non-contaminated stormwater run-on away from areas of vehicle and equipment fueling, service, maintenance, and cleaning activities. Stormwater conveyance around the site's perimeter may include run-on channels, ditches, berms, and gutters.

(2) Best Engineering Practices

The permittee must ensure that any engineered stormwater drainage systems meet the standards of best engineering practices and are properly designed, implemented, and maintained in accordance with the Connecticut Stormwater Quality Manual.

Any evaluation, construction, or modification of the design of an engineered stormwater drainage system, as defined in the Connecticut Stormwater Quality Manual, requires certification by a Professional Engineer. The certification and supporting documentation must be kept in the SWPPP (see also Section 7(c)(8)(D)).

(x)    Employee Training

The permittee must train personnel within 90 days of employment and at least once a year in accordance with Section 7(b)(13) and address the following activities, as applicable:

- used oil and spent solvent management
- fueling procedures
- general good housekeeping practices
- proper painting procedures
- used battery management

(E)    Additional SWPPP Requirements

In addition to the general SWPPP requirements specified in Section 7(c), the permittees in Sector P must also implement the following additional SWPPP requirements:

(i)    Site Map (See also Section 7(c)(2)(B)(iii))

The permittee must identify in the SWPPP the following areas of the facility and indicate whether activities occurring there may be exposed to precipitation/surface runoff:

- vehicle and equipment storage areas (storage areas for vehicle/equipment with actual or potential fluid leaks);
- vehicle and equipment fueling areas;
- material storage areas;
- vehicle and equipment cleaning areas;
- vehicle and equipment maintenance areas;
- locomotive sanding (loading sand for traction) areas;
- liquid and solid de-icing material storage;
- other liquid storage tanks;
- loading/unloading areas;
- waste storage areas (areas where treatment, storage or disposal of wastes occur);
- other processing areas; and
- other storage areas.

(ii)    Summary of Potential Pollutant Sources (See also Section 7(c)(2)(C))

The permittee must assess the potential for activities and facility areas to contribute pollutants to stormwater discharges and describe those activities in the SWPPP. The following is a list of potential pollutant sources (list not exclusive):

- vehicle washing area;
- onsite waste storage or disposal;
- dirt/gravel parking areas for vehicles awaiting maintenance;
- illicit plumbing connections between interior floor drains and the storm sewer system(s);
- and fueling areas.

(iii)   Solid De-icing Material Storage

Permittees must describe any measures related to solid de-icing materials storage (if it occurs on site) in their SWPPP:

(1)    Deicing Material Storage Period

Permittees must document in the SWPPP the seasonal timeframe (e.g., December-February, October - March) during which deicing activities and de-icing material storage typically occur at the facility.

(2)    Deicing Material Storage BMPs (See also Section 7(c)(2)(D))

The permittee must document in the SWPPP the implementation of control measures, including any BMPs, facility inspections and monitoring which must be conducted with particular emphasis throughout the defined deicing season.

(F)    Sector-Specific Inspection Requirements

In addition to the general inspection requirements specified in Section 7(d), the permittees in Sector P must also implement the following additional inspection requirements during routine inspections: storage areas for vehicles/equipment awaiting maintenance; fueling areas; indoor and outdoor vehicle/equipment maintenance areas; material storage areas; vehicle/equipment cleaning areas; de-icing material storage areas; and loading/unloading areas.

(G)    Sector-Specific Monitoring Requirements

Table P identifies monitoring requirements and frequencies for Sector P which apply to both the primary industrial activity and any co-located industrial activities. The permittee may copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

(H)   Additional Requirements for Inactive and Unstaffed Sites

There are no additional requirements for inactive and unstaffed sites for Sector P beyond those required in Sections 7(b), 7(c), 7(d), and 7(e).

(I)   Termination of Permit Coverage

There are no additional requirements for termination of permit coverage for Sector P beyond those listed in Section 7(h).

| Table P. All Monitoring Requirements for Sector P (Land Transportation and Warehousing) |
| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
|---|---|---|---|---|
| BENCHMARK Section 7(e)(1) | Applies to all Sector P facilities | Semiannually until requirements for benchmark monitoring exemption are met[1] | Chemical Oxygen Demand (COD) | 75 mg/L |
| | | | Total Oil and Grease (O&G) | 5.0 mg/L |
| | | | pH | 5.0 - 9.0 s.u. |
| | | | Total Suspended Solids (TSS) | 90 mg/L |
| | | | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen ($NO_3$-N) | 1.10 mg/L |
| | | | Total Copper (Cu) | 0.059 mg/L |
| | | | Total Lead (Pb) | 0.076 mg/L |
| | | | Total Zinc (Zn) | 0.160 mg/L |
| ADDITIONAL Section 7(e)(2) | Applies only to Sector P facilities with Railroad Transportation (SIC Code 4011, 4013) or Petroleum Bulk Stations and Terminals (SIC Code 5171) | Semiannually in the 1st and 2nd year of permit term | Polycyclic Aromatic Hydrocarbons (PAHs) | None |
| EFFLUENT LIMITS Section 7(e)(3) | Applies to all Sector P facilities | No effluent limits for Sector P | | |
| AQUATIC TOXICITY Section 7(e)(4) | Applies to all Sector P facilities | Once in the 1st year of permit term | $LC_{50}$ for *Daphnia pulex* | None |
| IMPAIRED WATERS Section 7(e)(5) | Applies to all Sector P facilities | Annually | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[2] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges | |

[1]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)).
[2]DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress.

*7(j)(17)    Sector Q – Water Transportation (Marinas, Yacht Clubs, and Boat Dealers)*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. These sector-specific requirements apply in those areas of the facility where these sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Subsection 7(j)(17) apply to stormwater discharges associated with industrial activity from Water Transportation (Marinas, Yacht Clubs, and Boat Dealers) facilities as identified by the SIC Codes specified under Sector Q in Appendix A.

(A)    Authorized Discharges

Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

(i)    Authorized Stormwater Discharges

All stormwater discharges associated with industrial activity in Sector Q are authorized.

(ii)    Authorized Non-Stormwater Discharges

There are no additional authorized non-stormwater discharges for Sector Q beyond those listed in Section 7(b)(11)(A).

(B)    Discharges Not Authorized by this Permit

Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

(i)    Prohibited Stormwater Discharges

None.

(ii)    Prohibited Non-Stormwater Discharges

(See also Section 7(c)(2)(E))

This permit does not authorize the following: discharges from vessels including bilge and ballast water; sanitary wastes; pressure washwater; and cooling water

The only other non-stormwater discharges authorized by this permit are listed in Section 7(b)(11)(A).

(C)    Sector-Specific Definitions

There are no additional definitions for Sector Q beyond those listed in Section 2.

(D)    Additional Control Measures

In addition to the general control measures specified in Section 7(b), the permittees in Sector Q must also implement the following additional control measures:

(i)    Good Housekeeping (See also Section 7(b)(1))

(1)    Pressure Washing Discharges

Pressure washing water is deemed to be a process wastewater under the Clean Water Act and is not authorized for discharge under this general permit. If pressure washing is used to remove marine growth from vessels, discharge of this process wastewater must be authorized under a separate permit issued by the Commissioner (pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes) for discharge to the sanitary sewer or collected and hauled for proper disposal. This process wastewater must not be comingled with stormwater discharges authorized by this permit.

Permittees should refer to the Connecticut Clean Marina Guidebook, as amended, for further guidance.

(2) Non-pressure Washing Discharges

The conditions in subparagraph (1), above, do not apply to non-pressure washing discharges incidental to the normal operation of a recreational vessel.

(3) Blasting and Painting Areas

If abrasive blasting of vessels or equipment is conducted on-site, the permittee must follow the abrasive blasting guidance in the Connecticut Clean Marina Guidebook, as amended. The permittee must minimize the potential for spent abrasives, paint chips, and overspray to discharge into receiving waters or the storm sewer systems. The permittee must contain all blasting and painting activities to minimize the discharge of contaminants either by hanging plastic barriers or tarpaulins during blasting or painting operations to contain debris or by conducting such operations inside with appropriate containment measures. Stormwater conveyances within the drainage area of these operations must be inspected at the end of each week of blasting and cleaned of deposits of abrasive blasting debris and paint chips if necessary. When feasible, blasting media should be recycled.

(4) Propylene Glycol Discharges

Operators must minimize the release or discharge of propylene glycol or mix to the environment when used to winterize or commission engines and shipboard systems by using the minimum amount necessary. Operators must capture all waste propylene glycol, where possible, from the engines and shipboard systems for proper disposal.

Permittees may refer to the Connecticut Clean Marina Guidebook, as amended, for more information.

(5) Drydock Activities

The permittee should routinely maintain and clean the drydock to minimize discharges of pollutants in stormwater. The permittee should address the cleaning of accessible areas of the drydock prior to flooding, and final cleanup following removal of the vessel and raising the dock. The permittee should include procedures for cleaning up oil, grease, and fuel spills occurring on the drydock. To minimize discharges of pollutants in stormwater from drydock activities, the permittee must implement the following control measures or equivalent measures (list not exclusive): sweeping rather than hosing off debris and spent blasting material from accessible areas of the drydock prior to flooding; and making absorbent materials and oil containment booms readily available to clean up or contain any spills.

(ii) Preventative Maintenance (See also Section 7(b)(9))

As part of the preventative maintenance program, the permittee must perform timely inspection and maintenance of stormwater management devices (e.g., cleaning oil/water separators and sediment traps to ensure that spent abrasives, paint chips, and solids will be intercepted and retained prior to entering the storm drainage system), as well as inspecting and testing facility equipment and systems to uncover conditions that could cause breakdowns or failures resulting in discharges of pollutants to surface waters.

(iii) Water Transportation Equipment (See also Section 7(b)(5))

(1) Engine Maintenance and Repair

The permittee must implement the following (or their equivalents) to minimize the contamination of precipitation or surface runoff from all areas used for engine maintenance and repair, as appropriate: performing engine maintenance and repair activities indoors, when feasible, maintaining an organized inventory of materials used in the shop, draining all parts of fluid prior to disposal, prohibiting the practice of hosing down the shop floor, using dry cleanup methods, and treating and/or recycling stormwater runoff collected from the maintenance area.

No engine fluids, cleaning solvents, paint, scale, rust, oil and grease, or other contaminants resulting from maintenance or repair activities may be discharged to ground, storm sewer or receiving water. Such materials must be collected and properly disposed.

(2) Material Handling Area

The permittee must minimize the contamination of precipitation or surface runoff from material handling operations and areas (e.g., fueling, paint and solvent mixing, disposal of process wastewater streams from vessels). The permittee must consider the following (or their equivalents): covering fueling areas, using spill and overflow protection, mixing paints and solvents in a designated area (preferably indoors or under a shed roof), and minimizing runoff of stormwater to material handling areas.

(iv)  Material Storage Areas

The permittee must store and plainly label all containerized materials (e.g., fuels, paints, solvents, waste oil, antifreeze, batteries) in a protected, secure location away from drains. The permittee must minimize the contamination of precipitation or surface runoff from the storage areas. The permittee must specify where materials are stored and provide containment as specified in Section 7(b). If abrasive blasting is performed, the SWPPP must discuss the storage and disposal of spent abrasive materials generated at the facility. The permittee must implement an inventory control plan to limit the presence of potentially hazardous materials onsite.

(v)  Infiltration

Infiltration is a prohibited stormwater management practice in and around marinas with service maintenance activities (see Aquifer Protection Areas, Appendix C). However, infiltration may be used to prevent uncontaminated stormwater (i.e., run-on) from coming into contact with these industrial activities.

(1) Stormwater Run-on

Permittees should consult the Connecticut Stormwater Quality manual for general design guidance for stormwater conveyance systems that keep uncontaminated stormwater run-on away from service and maintenance activities. Stormwater conveyance around the site's perimeter may include run-on channels, ditches, berms, and gutters.

(2) Best Engineering Practices

The permittee must ensure that any engineered stormwater drainage systems meet the standards of best engineering practices and are properly designed, implemented, and maintained in accordance with the Connecticut Stormwater Quality Manual.

Any evaluation, construction, or modification of the design of an engineered stormwater drainage system, as defined in the Connecticut Stormwater Quality Manual, requires certification by a Professional Engineer. The certification and

supporting documentation must be kept in the SWPPP (see also Section 7(c)(8)(D)).

(vi) Employee Training (See also Section 7(b)(13))

As part of the employee training program, the permittee must address, at a minimum, the following activities (as applicable): used oil management,; spent solvent management,; disposal of spent abrasives,; disposal of vessel wastewaters,; spill prevention and control;, fueling procedures,; general good housekeeping practices,; painting and blasting procedures,; pressure washing procedures,; engine maintenance and repair procedures,; zinc anode disposal; and used battery and management.

(E) Additional SWPPP Requirements

In addition to the general SWPPP requirements specified in Section 7(c), the permittees in Sector Q must also implement the following additional SWPPP requirements:

(i) Site Map (See also Section 7(c)(2)(B)(iii))

The permittee must document in the SWPPP where any of the following may be exposed to precipitation or surface runoff: fueling; engine maintenance and repair; vessel maintenance and repair; pressure washing; painting; sanding; blasting; welding; metal fabrication; loading and unloading areas; locations used for the treatment, storage, or disposal of wastes; liquid storage tanks; liquid storage areas (e.g., paint, solvents, resins); and material storage areas (e.g., blasting media, aluminum, steel, scrap iron).

(ii) Summary of Potential Pollutant Sources (See also Section 7(c)(2)(C))

The permittee must document in the SWPPP the following additional sources and activities that have potential pollutants associated with them: outdoor manufacturing or processing activities (e.g., welding, metal fabricating) and significant dust or particulate generating processes (e.g., abrasive blasting, sanding, and painting).

(F) Sector-Specific Inspection Requirements

In addition to the general inspection requirements specified in Section 7(d), the permittees in Sector Q must also implement the following additional inspection requirements:

The permittee must also inspect the following areas of the site monthly: pressure washing area; blasting, sanding, and painting areas; material storage areas; engine maintenance and repair areas; material handling areas; drydock area; and general yard area. At least quarterly and additionally as necessary, the permittee must perform inspection of stormwater management devices (e.g., oil and water separators, sediment traps or chambers, pressure wash collection systems), as well as inspecting and/or testing facility equipment and systems to uncover conditions that could cause breakdowns or failures resulting in discharges of pollutants to surface waters.

(G) Sector-Specific Monitoring Requirements

Table Q identifies monitoring requirements and frequencies for Sector Q which apply to both the primary industrial activity and any co-located industrial activities. The permittee may copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

(H) Additional Requirements for Inactive and Unstaffed Sites

There are no additional requirements for inactive and unstaffed sites for Sector Q beyond those required in Sections 7(b), 7(c), 7(d), and 7(e).

(I) Termination of Permit Coverage

There are no additional requirements for termination of permit coverage for Sector Q beyond those listed in Section 7(h).

| Table Q. All Monitoring Requirements for Sector Q (Water Transportation) | | | | |
|---|---|---|---|---|
| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
| BENCHMARK Section 7(e)(1) | Applies to all Sector Q facilities | Semiannually until requirements for benchmark monitoring exemption are met[1] | Chemical Oxygen Demand (COD) | 75 mg/L |
| | | | Total Oil and Grease (O&G) | 5.0 mg/L |
| | | | pH | 5.0 - 9.0 s.u. |
| | | | Total Suspended Solids (TSS) | 90 mg/L |
| | | | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen ($NO_3$-N) | 1.10 mg/L |
| | | | Total Copper (Cu) | No threshold[2] |
| | | | Total Lead (Pb) | 0.076 mg/L |
| | | | Total Zinc (Zn) | 0.160 mg/L |
| | | | Total Aluminum (Al) | 0.75 mg/L |
| | | | Total Iron (Fe) | 1.0 mg/L |
| ADDITIONAL Section 7(e)(2) | Applies to all Sector Q facilities | Semiannually in the 1st and 2nd year of permit term | Polycyclic Aromatic Hydrocarbons (PAHs) | None |
| EFFLUENT LIMITS Section 7(e)(3) | Applies to all Sector Q facilities | No effluent limits for Sector Q | | |
| AQUATIC TOXICITY Section 7(e)(4) | Applies to all Sector Q facilities | Once in the 1st year of permit term | $LC_{50}$ for *Daphnia pulex* | None |
| IMPAIRED WATERS Section 7(e)(5) | Applies to all Sector Q facilities | Annually | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[3] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges | |

[1]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)).
[2]Facilities monitoring under the requirements of this sector shall not be subject to the Benchmark requirements for total copper. These facilities must monitor semiannually for total copper for the entire term of the permit.
[3]DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress.

*7(j)(18)*     *Sector R – Ship and Boat Building and Repair Yards*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. These sector-specific requirements apply in those areas of the facility where these sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Subsection 7(j)(18) apply to stormwater discharges associated with industrial activity from Ship and Boat Building and Repair Yards facilities as identified by the SIC Codes specified under Sector R in Appendix A.

(A)    Authorized Discharges

Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

(i)    Authorized Stormwater Discharges

All stormwater discharges associated with industrial activity in Sector R are authorized.

(ii)    Authorized Non-Stormwater Discharges

There are no additional authorized non-stormwater discharges for Sector R beyond those listed in Section 7(b)(11)(A).

(B)    Discharges Not Authorized by this Permit

Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

(i)    Prohibited Stormwater Discharges

None.

(ii)    Prohibited Non-Stormwater Discharges

This permit does not authorize the following: discharges from vessels including bilge and ballast water; sanitary wastes; pressure wash water; and cooling water.

The only non-stormwater discharges authorized by this permit are listed in Section 7(b)(11)(A).

(C)    Sector-Specific Definitions

There are no additional definitions for Sector R beyond those listed in Section 2.

(D)    Additional Control Measures

In addition to the general control measures specified in Section 7(b), the permittees in Sector R must also implement the following additional control measures:

(i)    Good Housekeeping (See also Section 7(b)(1))

(1) Pressure Washing Discharges

Pressure washing water is a process wastewater under the Clean Water Act and is not authorized for discharge under this general permit. If pressure washing is used to remove marine growth from vessels, discharge of this process wastewater must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes. This process wastewater must not be comingled with stormwater discharges authorized by this permit.

Permittees should refer to the Connecticut Clean Marina Guidebook, as amended, for further guidance.

(2) Blasting and Painting Areas

If abrasive blasting of vessels or equipment is conducted on-site, the permittee must follow the abrasive blasting guidance in the Connecticut Clean Marina Guidebook, as amended. The permittee must minimize the potential for spent abrasives, paint chips, and overspray to discharge into receiving waters or the storm sewer systems. The permittee must contain all blasting and painting activities to minimize the discharge of contaminants either by hanging plastic barriers or tarpaulins during blasting or painting operations to contain debris or by conducting such operations inside with appropriate containment measures. Stormwater conveyances within the drainage area of these operations must be inspected at the end of each week of blasting and cleaned of deposits of abrasive blasting debris and paint chips if necessary. When feasible, blasting media should be recycled.

(3) Propylene Glycol Discharges

Operators must minimize the release or discharge of propylene glycol or mix to the environment when used to winterize or commission engines and shipboard systems by using the minimum amount necessary. Operators must capture all waste propylene glycol, where possible, from the engines and shipboard systems for proper disposal.

Permittees may refer to the Connecticut Clean Marina Guidebook, as amended, for more information.

(4) Drydock Activities

The permittee should routinely maintain and clean the drydock to minimize discharges of pollutants in stormwater. The permittee should address the cleaning of accessible areas of the drydock prior to flooding, and final cleanup following removal of the vessel and raising the dock. The permittee should also include procedures for cleaning up oil, grease, and fuel spills occurring on the drydock. To minimize discharges of pollutants in stormwater from drydock activities, the permittee must implement control measures such as the following (list not exclusive): sweeping rather than hosing off debris and spent blasting material from accessible areas of the drydock prior to flooding; and making absorbent materials and oil containment booms readily available to clean up or contain any spills.

(ii) Preventative Maintenance (See also Section 7(b)(9))

As part of the preventative maintenance program, the permittee must perform timely inspection and maintenance of stormwater management devices (e.g., cleaning oil and water separators and sediment traps to ensure that spent abrasives, paint chips, and solids will be intercepted and retained prior to entering the storm drainage system), as well as inspecting and testing facility equipment and systems to uncover conditions that could cause breakdowns or failures resulting in discharges of pollutants to surface waters.

(iii) Water Transportation Equipment (See also Section 7(b)(5))

(1) Engine Maintenance and Repair

The permittee must implement the following (or their equivalents) to minimize the contamination of precipitation or surface runoff from all areas used for engine maintenance and repair, as appropriate: performing engine maintenance and repair activities indoors, when feasible, maintaining an organized inventory of materials used in the shop, draining all parts of fluid prior to disposal, prohibiting the practice of hosing down the shop floor, using dry cleanup methods, and treating and/or recycling stormwater runoff collected from the maintenance area.

No engine fluids, cleaning solvents, paint, scale, rust, oil and grease, or other contaminants resulting from maintenance or repair activities may be discharged to ground, storm sewer or receiving water. Such materials must be collected and properly disposed.

(2) Material Handling Areas

The permittee must minimize the contamination of precipitation or surface runoff from material handling operations and areas (e.g., fueling, paint and solvent mixing, disposal of process wastewater streams from vessels). The permittee must consider the following (or their equivalents): covering fueling areas, using spill and overflow protection, mixing paints and solvents in a designated area (preferably indoors or under a shed), and minimizing runoff of stormwater to material handling areas.

(iv) Material Storage Areas

The permittee must store and plainly label all containerized materials (e.g., fuels, paints, solvents, waste oil, antifreeze, batteries) in a protected, secure location away from drains. The permittee must minimize the contamination of precipitation or surface runoff from the storage areas. The permittee must specify where materials are stored and provide containment as specified in Section 7(b). If abrasive blasting is performed, the SWPPP must discuss the storage and disposal of spent abrasive materials generated at the facility. The permittee must implement an inventory control plan to limit the presence of potentially hazardous materials onsite.

(v) Infiltration

Infiltration is a prohibited stormwater management practice in and around marinas with service maintenance activities (see Aquifer Protection Areas, Appendix C). However, infiltration may be used to prevent uncontaminated stormwater (i.e., run-on) from coming into contact with these industrial activities.

(1) Stormwater Run-on

Permittees should consult the Connecticut Stormwater Quality manual for general design guidance for stormwater conveyance systems that keep non-contaminated stormwater run-on away from service and maintenance activities. Stormwater conveyance around the site's perimeter may include run-on channels, ditches, berms, and gutters.

(2) Best Engineering Practices

The permittee must ensure that any engineered stormwater drainage systems meet the standards of best engineering practices and are properly designed, implemented, and maintained in accordance with the Connecticut Stormwater Quality Manual.

Any evaluation, construction, or modification of the design of an engineered stormwater drainage system, as defined in the Connecticut Stormwater Quality Manual, requires certification by a Professional Engineer. The certification and supporting documentation must be kept in the SWPPP (see also Section 7(c)(8)(D)).

(vi) Employee Training (See also Section 7(b)(13))

As part of the employee training program, the permittee must address, at a minimum, the following activities (as applicable): used oil management, spent solvent management, disposal of spent abrasives, disposal of vessel wastewaters, spill prevention and control, fueling procedures, general good housekeeping practices,

painting and blasting procedures, pressure washing procedures, engine maintenance and repair procedures, zinc anode disposal and used battery and management.

(E) Additional SWPPP Requirements

In addition to the general SWPPP requirements specified in Section 7(c), the permittees in Sector R must also implement the following additional SWPPP requirements:

(i) Site Map (See also Section 7(c)(2)(B)(iii))

The permittee must document in the SWPPP where any of the following may be exposed to precipitation or surface runoff: fueling; engine maintenance and repair; vessel maintenance and repair; pressure washing; painting; sanding; blasting; welding; metal fabrication; loading and unloading areas; locations used for the treatment, storage, or disposal of wastes; liquid storage tanks; liquid storage areas (e.g., paint, solvents, resins); and material storage areas (e.g., blasting media, aluminum, steel, scrap iron).

(ii) Summary of Potential Pollutant Sources (See also Section 7(c)(2)(C))

The permittee must document in the SWPPP the following additional sources and activities that have potential pollutants associated with them: outdoor manufacturing or processing activities (e.g., welding, metal fabricating) and significant dust or particulate generating processes (e.g., abrasive blasting, sanding, and painting.)

(iii) Documentation of Good Housekeeping Measures (See also Section 7(c)(2)(K))

(1) Blasting and Painting Areas

The permittee must document in the SWPPP any standard operating practices relating to blasting and painting (e.g., prohibiting uncontained blasting and painting over open water or prohibiting blasting and painting during windy conditions, which can render containment ineffective).

(2) Storage Areas

The permittee must specify in the SWPPP which materials are stored indoors which are stored outdoors, and how containment is provided in accordance with Section 7(b)(2) and Section 7(b)(3).

(F) Sector-Specific Inspection Requirements

In addition to the general inspection requirements specified in Section 7(d), the permittees in Sector R must also implement the following additional inspection requirements:

The permittee must inspect the following areas of the site monthly: pressure washing area; blasting, sanding, and painting areas; material storage areas; engine maintenance and repair areas; material handling areas; drydock area; and general yard area. At least quarterly and as necessary, the permittee must perform inspection of stormwater management devices (e.g., oil and water separators, sediment traps or chambers, pressure wash collection systems), as well as inspect and/or test facility equipment and systems to uncover conditions that could cause breakdowns or failures resulting in discharges of pollutants to surface waters.

(G) Sector-Specific Monitoring Requirements

Table R identifies monitoring requirements and frequencies for Sector R which apply to both the primary industrial activity and any co-located industrial activities. The permittee may copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

(H) Additional Requirements for Inactive and Unstaffed Sites

There are no additional requirements for inactive and unstaffed sites for Sector R beyond those required in Sections 7(b), 7(c), 7(d), and 7(e).

(I)    Termination of Permit Coverage

There are no additional requirements for termination of permit coverage for Sector R beyond those listed in Section 7(h).

| Table R. All Monitoring Requirements for Sector R (Ship and Boat Building and Repair Yards) | | | | |
|---|---|---|---|---|
| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
| BENCHMARK Section 7(e)(1) | Applies to all Sector R facilities | Semiannually until requirements for benchmark monitoring exemption are met[1] | Chemical Oxygen Demand (COD) | 75 mg/L |
| | | | Total Oil and Grease (O&G) | 5.0 mg/L |
| | | | pH | 5.0 - 9.0 s.u. |
| | | | Total Suspended Solids (TSS) | 90 mg/L |
| | | | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen ($NO_3$-N) | 1.10 mg/L |
| | | | Total Copper (Cu) | No threshold[2] |
| | | | Total Lead (Pb) | 0.076 mg/L |
| | | | Total Zinc (Zn) | 0.160 mg/L |
| ADDITIONAL Section 7(e)(2) | Applies to all Sector R facilities | Semiannually in the 1st and 2nd of permit term | Polycyclic Aromatic Hydrocarbons (PAHs) | None |
| EFFLUENT LIMITS Section 7(e)(3) | Applies to all Sector R facilities | No effluent limits for Sector R | | |
| AQUATIC TOXICITY Section 7(e)(4) | Applies to all Sector R facilities | Once in the 1st year of permit term | $LC_{50}$ for *Daphnia pulex* | None |
| IMPAIRED WATERS Section 7(e)(5) | Applies to all Sector R facilities | Annually | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[3] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges | |

[1]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)).
[2]Facilities monitoring under the requirements of this sector shall not be subject to the Benchmark requirements for total copper. These facilities must monitor semiannually for total copper for the entire term of the permit.
[3]DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress.

*7(j)(19)*     *Sector S – Air Transportation*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. The sector-specific requirements apply to those areas of the facility where those sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Subsection 7(j)(19) apply to stormwater discharges associated with industrial activity from Air Transportation facilities as identified by the SIC Codes specified under Sector S in Appendix A.

(A)   Authorized Discharges

Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

(i)   Authorized Stormwater Discharges

This permit authorizes stormwater discharges from only those portions of the air transportation facility that are utilized for vehicle and aircraft maintenance (including vehicle rehabilitation, mechanical repairs, painting, fueling and lubrication), equipment cleaning operations or deicing operations.

The term "deicing" in this permit will generally be used to mean both deicing (removing frost, snow, or ice) and anti-icing (preventing accumulation of frost, snow, or ice) activities, unless specific mention is made otherwise.

(ii)   Authorized Non-Stormwater Discharges

There are no additional authorized non-stormwater discharges for Sector S beyond those listed in Section 7(b)(11)(A).

(B)   Discharges Not Authorized by this Permit

Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

(i)   Prohibited Stormwater Discharges

Stormwater discharges associated with the air transportation facility that are not identified in subsection A(i) above are not authorized by this permit. Prohibited Non-Stormwater Discharges

(ii)   Prohibited Non-Stormwater Discharges

This permit does not authorize the following discharges to the ground, storm drainage system, or any surface waters of the state: aircraft, ground vehicle, runway and equipment washwaters, nor the dry weather discharge of deicing chemicals. A discharge resulting from snowmelt is not a dry weather discharge.

The only non-stormwater discharges authorized by this permit are listed in Section 7(b)(11)(A).

(C)   Sector-Specific Definitions

There are no additional definitions for Sector S beyond those listed in Section 2.

(D)   Additional Control Measures

Appropriate control measures accommodate considerations of safety, space, operational constraints, and flight considerations.

In addition to the general control measures specified in Section 7(b), the permittees in Sector S must also implement the following additional control measures:

(i)   Aircraft, Vehicles, and Equipment (See also Section 7(b)(5))

(1) Aircraft, Ground Vehicle and Equipment Storage Areas

Store all aircraft, ground vehicles and equipment awaiting maintenance in designated areas only. To minimize the discharge of pollutants in stormwater, implement the following control measures or equivalent (list not exclusive): storing aircraft and ground vehicles indoors; using drip pans for the collection of fluid leaks; and install perimeter drains, dikes or berms surrounding the storage areas. Appropriate control measures accommodate considerations of safety, space, operational constraints, and flight considerations.

(2) Airport Fuel System and Fueling Areas

Minimize the discharge of pollutants in stormwater from airport fuel system and fueling areas by implementing the following control measures or other equivalent control measures (list not exclusive): implementing spill and overflow practices (e.g., placing absorptive materials beneath aircraft during fueling operations); using only dry cleanup methods; and collecting stormwater runoff. If the permittee has implemented a SPCC plan, the relevant aspects from the SPCC plan that comply with the requirements of this section may be cited in the SWPPP. Appropriate control measures accommodate considerations of safety, space, operational constraints, and flight considerations.

(3) Aircraft, Ground Vehicle and Equipment Cleaning Areas

Clearly demarcate these areas on the ground using signage or other appropriate means. Minimize the contamination of stormwater runoff from cleaning areas.

(4) Aircraft, Ground Vehicle and Equipment Maintenance Areas

Minimize the contamination of stormwater runoff from all areas used for aircraft, ground vehicle and equipment maintenance (including the maintenance conducted on the terminal apron and in dedicated hangers) by implementing the following control measures or other equivalent control measures (list not exclusive): performing maintenance activities indoors; maintaining an organized inventory of material used in the maintenance areas; draining all parts of fluids prior to disposal; prohibiting the practice of hosing down the apron or hanger floor; using dry cleanup methods; and collecting the stormwater runoff from the maintenance area and providing treatment with proper disposal or recycling. Appropriate control measures accommodate considerations of safety, space, operational constraints, and flight considerations.

(ii) Spill Prevention and Response Procedures (See also Section 7(b)(7))

Maintain the vessels of stored materials (e.g., used oils, hydraulic fluids, spent solvents, and waste aircraft fuel) in good condition to prevent or minimize contamination of stormwater. Vessels shall be visibly labelled (e.g., "used oil," "Contaminated Jet A"). To minimize contamination of precipitation/runoff from these areas, implement the following control measures or equivalent measures (list not exclusive): storing materials indoors; storing waste materials in a centralized location; and installing berms/dikes around storage areas. Appropriate control measures accommodate considerations of safety, space, operational constraints, and flight considerations.

(iii) De-icing Materials (See also Section 7(b)(6))

(1) Aircraft De-icing

Minimize the discharge of pollutants in stormwater runoff from aircraft de-icing areas by implementing the following control measures or other equivalent control measures (list not exclusive): installing a centralized deicing pad to recover deicing fluid following application; implementing a plug-and-pump (PnP) system; using

vacuum/collection trucks (glycol recovery vehicles); perform de-icing operations indoors with a collection system; storing contaminated stormwater/deicing fluids in tanks; recycling collected deicing fluid where feasible; releasing controlled amounts to a publicly owned treatment works; separation of contaminated snow.

(3) Runway De-icing

To minimize discharges of pollutants in stormwater from runway deicing, implement the following runoff management control measures or equivalent measures (list not exclusive): mechanical systems (snowplows, brushes); and pollution prevention practices such as ice detection systems, and airfield prewetting.

(4) Clear Ice De-Icing

When applying deicing fluids during non-precipitation events (also referred to as "clear ice de-icing"), implement the following control measures or equivalent measures to prevent unauthorized discharge of pollutants (dry-weather discharges of pollutants would need permitting under C.G.S. 22a-430 or 22a-430b), or to minimize the discharge of pollutants from deicing fluids in later stormwater discharges (list not exclusive): recovering deicing fluids; preventing the fluids from entering storm sewers or other stormwater discharge conveyances (e.g., covering storm sewer inlets, using booms, installing absorptive interceptors in the drains); releasing controlled amounts to a publicly owned treatment works. Used deicing fluid should be recycled whenever practicable. Appropriate control measures accommodate considerations of safety, space, operational constraints, and flight considerations.

(5) Source Reduction

Consistent with safety considerations minimize the use of urea and glycol-based deicing chemicals to reduce the aggregate amount of deicing chemicals used that could add pollutants to stormwater discharges. Chemical options to replace pavement deicers (urea or glycol) include (list not exclusive): potassium acetate; magnesium acetate; calcium acetate; and anhydrous sodium acetate.

(a)   Runway Deicing Operations

To minimize the discharge of pollutants in stormwater from runway deicing operations, implement the following source reduction control measures or equivalent measures (list not exclusive): metered application of chemicals; pre-wetting dry chemical constituents prior to application; installing a runway ice detection system; implementing anti-icing operations as a preventative measure against ice buildup; heating sand; and product substitution. Appropriate control measures accommodate considerations of safety, space, operational constraints, and flight considerations.

(b)   Aircraft Deicing Operations

Minimize the discharge of pollutants in stormwater from aircraft deicing operations. Determine whether excessive application of deicing chemicals occurs and adjust as necessary, consistent with considerations of flight safety. Determine whether alternatives to glycol and whether containment measures for applied chemicals are feasible. Implement the following control measures or equivalent measures for reducing deicing fluid (list not exclusive): forced-air deicing systems, computer-controlled fixed-gantry systems, infrared technology, hot water, varying glycol content to air temperature, enclosed-basket deicing trucks, mechanical methods, solar radiation, hangar storage, aircraft covers, and thermal blankets for MD-80s

and DC-9s. The permittee must consider using ice-detection systems and airport traffic flow strategies and departure slot allocation systems where feasible and that accommodate considerations of safety, space, operational constraints, and flight considerations. The evaluations and determinations required by this subparagraph should be carried out by the personnel most familiar with the particular aircraft and flight operations and related systems in question (versus an outside entity such as the airport authority).

(E)   Additional SWPPP Requirements

In addition to the general SWPPP requirements specified in Section 7(c), the permittees in Sector S must also implement the following additional SWPPP requirements:

(i)   Site Map (See also Section 7(c)(2)(B)(iii))

The permittee must document in the SWPPP the following areas of the facility and indicate whether activities occurring there may be exposed to precipitation/surface runoff: aircraft and runway deicing operations; fueling stations; aircraft, ground vehicle and equipment maintenance/cleaning areas; and storage areas for aircraft, ground vehicles and equipment awaiting maintenance.

(ii)   Summary of Potential Pollutant Sources (See also Section 7(c)(2)(C))

In the inventory of exposed materials, the permittee must describe in the SWPPP the potential for the following activities and facility areas to contribute pollutants to stormwater discharges: aircraft, runway, ground vehicle and equipment maintenance and cleaning; and aircraft and runway deicing operations (including apron and centralized aircraft deicing stations, runways, taxiways, and ramps). If deicing chemicals are used, a record of the types (including the Safety Data Sheets [SDS]) used and the monthly quantities, either as measured or, in the absence of metering, using best estimates, must be maintained. This includes all deicing chemicals, not just glycols and urea (e.g., potassium acetate), because large quantities of these other chemicals can still have an adverse impact on receiving waters. Deicing operators must provide the above information to the airport authority for inclusion with any comprehensive airport SWPPPs.

(iii)   Vehicle and Equipment Washwater Requirements

The permittee must document in the SWPPP the method for disposal or vehicle and equipment washwater (i.e., permit issued under 22a-430 or 22a-430b or hauled off site). Discharges of vehicle and equipment washwater are not authorized by this permit for this sector.

(iv)   Documentation of Control Measures Used for Management of Runoff

The permittee must document in their SWPPP the control measures used for collecting or containing contaminated melt water from collection areas used for disposal of contaminated snow.

(v)   De-icing Procedures

(1)   De-icing Season

The permittee must document in the SWPPP the seasonal timeframe (e.g., December- February, October - March) during which deicing activities typically occur at the facility.

(2)   Deicing BMPs (See also Section 7(c)(2)(D))

The permittee must document in the SWPPP the implementation of control measures, including any BMPs, facility inspections and monitoring which must be conducted with particular emphasis throughout the defined deicing season.

(3) Urea and Glycol Usage (See subsection (D)(ii) above and Section 7(c)(2)(C))

The permittee must document in the SWPPP whether the deicing chemical usage exceeds thresholds of 100,000 gallons glycol and/or 100 tons of urea.

Glycol can mean ethylene glycol or propylene glycol.

(4) Urea Certification

For both existing and new "primary airports" (as defined at 40 CFR 449.2) with 1,000 or more annual non-propeller aircraft departures that discharge stormwater from airfield pavement deicing activities, there shall be no discharge of airfield pavement deicers containing urea. To comply with this limitation, such airports must do one of the following: (1) certify annually using the certification statement in Appendix I on the Annual Report that the permittee does not use pavement deicers containing urea and maintain that certification in the SWPPP, or (2) meet the annual effluent limitation in Table S-2.

(vi)  Infiltration

Infiltration is a prohibited stormwater management practice in and around areas of vehicle and aircraft fueling, service, maintenance, and cleaning (see Aquifer Protection Areas, Appendix C). However, infiltration may be used to prevent uncontaminated stormwater (i.e., run-on) from coming into contact with these industrial activities.

(1) Stormwater Run-on

Permittees in Sector S should consult the Connecticut Stormwater Quality manual for general design guidance for stormwater conveyance systems that keep uncontaminated stormwater run-on away from areas of vehicle and aircraft fueling, service, maintenance, and cleaning activities. Stormwater conveyance around the site's perimeter may include run-on channels, ditches, berms, and gutters.

(2) Best Engineering Practices

The permittee must ensure that any engineered stormwater drainage systems meet the standards of best engineering practices and are properly designed, implemented, and maintained in accordance with the Connecticut Stormwater Quality Manual.

Any evaluation, construction, or modification of the design of an engineered stormwater drainage system, as defined in the Connecticut Stormwater Quality Manual, requires certification by a Professional Engineer. The certification and supporting documentation must be kept in the SWPPP (see also Section 7(c)(8)(D)).

(F)  Sector-Specific Inspection Requirements

In addition to the general inspection requirements specified in Section 7(d), permittees in Sector S that conduct aircraft de-icing must also implement the following additional inspection requirements:

At a minimum, the permittee must conduct inspections of area(s) used for de-icing at least monthly during the deicing season (e.g., October through April) and at least weekly during periods when de-icing is actively occurring. If the facility needs to deice before or after this period, expand the monthly inspections to include all months during which deicing chemicals may be used. The Commissioner may specifically require the permittee to increase inspection frequencies.

(G)  Sector-Specific Monitoring Requirements

Table S-1 and S-2 identify monitoring requirements and frequencies for Sector S which apply to both the primary industrial activity and any co-located industrial activities. The permittee

may copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

Permittees in Sector S that conduct aircraft deicing shall collect at least one semi-annual stormwater sample and, in the case of benchmarks, any required follow-up samples during or immediately following deicing operations when there is a discharge. Stormwater samples shall be collected in such a manner that they are representative of stormwater quality resulting from deicing operations.

Table S-2 also identifies effluent limits that apply to the industrial activities described below. Compliance with these effluent limits is to be determined based on discharges from these industrial activities independent of commingling with any other waste streams that may be authorized under this permit. Exceedance of any effluent limit is a violation of the general permit.

   (i)   Effluent Limitations Based on Effluent Limitations Guidelines and New Source Performance Standards (See also Section 7(e)(3))

      (1)  Airfield Pavement Deicing

         For both existing and new "primary airports" (as defined at 40 CFR 449.2) with 1,000 or more annual non-propeller aircraft departures that discharge stormwater from airfield pavement deicing activities, there shall be no discharge of airfield pavement deicers containing urea. To comply with this limitation, such airports must do one of the following: (1) certify annually using the certification statement in Appendix I on the Annual Report that the permittee does not use pavement deicers containing urea and maintain that certification in the SWPPP and Annual Report, or (2) meet the annual effluent limitation in Table S-2.

      (2)  Aircraft Deicing

         Airports that are both "primary airports" (as defined at 40 CFR 449.2) and new sources ("new airports") with 1,000 or more annual non-propeller aircraft departures must meet the applicable requirements for aircraft deicing at 40 CFR 449.11(a). Discharges of the collected aircraft deicing fluid directly to waters of the state are not eligible for coverage under this permit.

      (3)  Monitoring, Reporting and Recordkeeping

         For new and existing airports subject to the effluent limitations in subparagraphs (i) or (ii), above, the permittee must comply with the applicable monitoring, reporting and recordkeeping requirements outlined in 40 CFR 449.20.

   (H)  Additional Requirements for Inactive and Unstaffed Sites

      There are no additional requirements for inactive and unstaffed sites for Sector S beyond those required in Sections 7(b), 7(c), 7(d), and 7(e).

   (I)   Termination of Permit Coverage

      There are no additional requirements for termination of permit coverage for Sector S beyond those listed in Section 7(h).

   (J)  Multiple Operators at Air Transportation Facilities

      Air transportation facilities often have more than one operator who could discharge stormwater associated with industrial activity. Operators include the airport authority and airport tenants, including air passenger or cargo companies, fixed based operators, and other parties who routinely perform industrial activities on airport property.

      (i)   Permit Coverage and Submittal of Registrations

Where an airport transportation facility has multiple industrial operators that discharge stormwater, each individual operator must obtain coverage under a stormwater permit and develop a SWPPP for the operator's area(s) of the airport. To obtain coverage under the industrial permit, all such operators must meet the eligibility requirements in Section 3 and must submit a registration, per Section 4 (or, if appropriate, a no exposure certification per Part 1.4).

(ii)    Permit Implementation Responsibilities for Airport Authority and Tenants

The airport authority, in collaboration with its tenants, may choose to implement certain permit requirements on behalf of its tenants in order to increase efficiency and eliminate redundancy or duplication of effort. All operators and their separate SWPPP contributions and compliance responsibilities must be clearly identified. For each activity that aperator (e.g., the airport authority) conducts on behalf of another operator (e.g., a tenant), the SWPPP for each must describe a process for reporting results to the latter operator and for ensuring appropriate follow-up, if necessary, by all affected operators. Options available to the airport authority and its tenants for implementation of permit requirements include:

- The airport authority performs certain activities on behalf of itself and its tenants and reports on its activities.
- Tenants provide the airport authority with relevant inputs about tenants' activities, including deicing chemical usage, and the airport authority compiles and reports on tenants' and its own activities.
- Tenants independently perform, document, and submit required information on their activities.

(iii)    Duty to Comply

All individual operators are responsible for implementing their SWPPPs, and operators must ensure that their individual activities do not render another operator's stormwater controls ineffective. In addition, the general conditions found in Section 6 apply to each individual operator. For multiple operators at an airport with shared responsibilities this means that each individual operator remains responsible for ensuring all requirements of its own permit coverage are met regardless of whether the SWPPP allocates the actual implementation of any of those responsibilities to another entity. That is, the failure of the entity allocated responsibility in the SWPPP to implement a permit requirement on behalf of other operators does not negate the other operators' ultimate liability.

| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
|---|---|---|---|---|
| BENCHMARK Section 7(e)(1) | Applies to all Sector S facilities | Semiannually until requirements for benchmark monitoring exemption are met[1] | Chemical Oxygen Demand (COD) [2] | 75 mg/L |
| | | | Total Oil and Grease (O&G) | 5.0 mg/L |
| | | | pH | 5.0 - 9.0 s.u. |
| | | | Total Suspended Solids (TSS) | 90 mg/L |
| | | | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen (NO$_3$-N) | 1.10 mg/L |
| | | | Total Copper (Cu) | 0.059 mg/L |
| | | | Total Lead (Pb) | 0.076 mg/L |
| | | | Total Zinc (Zn) | 0.160 mg/L |
| ADDITIONAL Section 7(e)(2) | Applies to all Sector S facilities | Semiannually in the 1st and 2nd year of permit term | Polycyclic Aromatic Hydrocarbons (PAHs) | None |
| | Applies only to Sector S facilities conducting aircraft de-icing utilizing urea | Annually during de-icing season for permit term | Ammonia[3] | None[2] |
| | Applies only to Sector S facilities conducting aircraft de-icing utilizing ethylene glycol | Annually during de-icing season for permit term | Ethylene Glycol[3] | None |
| | Applies only to Sector S facilities conducting aircraft de-icing utilizing propylene glycol | Annually during de-icing season for permit term | Propylene Glycol[3] | None |

Table S-1. Benchmark and Additional Monitoring Requirements for Sector S (Air Transportation) (Continued on Following Page)

[1]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)).
[2]The effluent limit supersedes the benchmark threshold value. Exceedance of the effluent limit of this parameter for the discharges listed in Table S-2 is a permit violation (see also Section 7(e)(3)).
[3]For facilities conducting aircraft deicing, at least one semiannual sample for these parameters, and any required follow-up samples, must be collected when deicing activities are occurring. Monitor ONLY those discharge points that collect stormwater from areas where deicing material storage is occurring.

| Table S-2. Effluent Limits, Aquatic Toxicity, and Impaired Waters Monitoring for Sector S (Air Transportation) (Continued from Previous Page) | | | | |
|---|---|---|---|---|
| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
| EFFLUENT LIMITS Section 7(e)(3) | Applies only to Sector S facilities with runoff containing urea from airfield pavement deicing at existing and new "primary airports" (as defined at 40 CFR 449.2) with 1,000 or more annual non-propeller aircraft departures | Annually for permit term | Ammonia as Nitrogen[4] | 14.7 mg/L[4,5] (daily maximum) |
| AQUATIC TOXICITY Section 7(e)(4) | Applies to all Sector S facilities | Once in the 1st year of permit term | $LC_{50}$ for *Daphnia pulex* | None |
| IMPAIRED WATERS Section 7(e)(5) | Applies to all Sector S facilities | Annually | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[6] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges | |

[4]To comply with this limitation, such airports must do one of the following: (1) certify annually using the certification statement in Appendix I that the permittee does not use pavement deicers containing urea and maintain that certification in the SWPPP and Annual Report, or (2) meet the annual effluent limitation of 14.7 mg/L.

[5]The effluent limit supersedes the benchmark threshold value. Exceedance of the effluent limit of this parameter for the discharges listed here is a permit violation (see also Section 7(e)(3)).

[6]DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress.

*7(j)(20)*    *Sector T – Treatment Works*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. The sector-specific requirements apply to those areas of the facility where those sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Subsection 7(j)(20) apply to stormwater discharges associated with industrial activity from Treatment Works as identified by the activity code "TW" under Sector T in Appendix A.

The requirements listed under this Sector apply to all existing point source stormwater discharges associated with the following activities: Treatment works treating domestic sewage, or any other sewage sludge or wastewater treatment device or system used in the storage, treatment, recycling, and reclamation of municipal or domestic sewage that are located within the confines of a facility with a design flow of 1.0 million gallons per day (MGD) or more.

(A)    Authorized Discharges

Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

(i)    Authorized Stormwater Discharges

All stormwater discharges associated with industrial activity in Sector T are authorized.

(ii)    Authorized Non-Stormwater Discharges

There are no additional authorized non-stormwater discharges for Sector T beyond those listed in Section 7(b)(11)(A).

(B)    Discharges Not Authorized by this Permit

Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

(i)    Prohibited Stormwater Discharges

None.

(ii)    Prohibited Non-Stormwater Discharges

This permit does not authorize the following discharges to the ground, storm drainage system, or any surface waters of the state: Sanitary and industrial wastewater and equipment and vehicle washwater.

The only non-stormwater discharges authorized by this permit are listed in Section 7(b)(11)(A).

(C)    Sector-Specific Definitions

There are no additional definitions for Sector T beyond those listed in Section 2.

(D)    Additional Control Measures

In addition to the general control measures specified in Section 7(b), the permittees in Sector T must also implement the following additional control measures:

(i)    Management of Runoff (See also Section 7(b)(10)(A))

To minimize the discharge of pollutants in stormwater, the permittee must implement control measures such as routing stormwater to the treatment works.

The term "minimize" means reduce and/or eliminate to the extent achievable using control measures that are technologically available, economically practicable, and achievable in light of best industry practice.

(ii) Minimize Exposure (See also Section 7(b)(2))

To minimize the discharge of pollutants in stormwater, the permittee must cover or otherwise protect exposed materials from stormwater. Areas that must be protected from stormwater include the following (list not exclusive): grit, screenings and other solids handling, storage, or disposal areas; sludge drying beds; dried sludge piles; compost piles; and septage or hauled waste receiving station).

(iii) Employee Training (See also Section 7(b)(13))

At a minimum, training must address the following areas when applicable to a facility: petroleum product management; process chemical management; spill prevention and controls; fueling procedures; general good housekeeping practices; and proper procedures for using fertilizer, herbicides, and pesticides.

(E) Additional SWPPP Requirements

In addition to the general SWPPP requirements specified in Section 7(c), the permittees in Sector T must also implement the following additional SWPPP requirements:

(i) Site Map (See also Section 7(c)(2)(B)(iii))

Document in the SWPPP where any of the following may be exposed to precipitation or surface runoff: grit, screenings, and other solids handling, storage, or disposal areas; sludge drying beds; dried sludge piles; compost piles; septage or hauled waste receiving station; and storage areas for process chemicals, petroleum products, solvents, fertilizers, herbicides, and pesticides.

(ii) Summary of Potential Pollutant Sources (See also Section 7(c)(2)(C))

Document in the SWPPP the following additional sources and activities that have potential pollutants associated with them, as applicable: grit, screenings, and other solids handling, storage, or disposal areas; sludge drying beds; dried sludge piles; compost piles; septage or hauled waste receiving station; and access roads and rail lines.

(iii) Wastewater and Washwater Requirements

If wastewater and/or vehicle and equipment washwater is not authorized by another NPDES permit but is handled in another manner (e.g., hauled offsite, retained onsite), the disposal method must be described and all pertinent information (e.g., frequency, volume, destination) must be included in the SWPPP. Discharges of vehicle and equipment washwater, including tank cleaning operations, are not authorized by this permit.

(F) Sector-Specific Inspection Requirements

In addition to the general inspection requirements specified in Section 7(d), the permittees in Sector T must also implement the following additional inspection requirements:

(See also Section 7(d)) The permittee shall include the following areas in all inspections: access roads and rail lines; grit, screenings, and other solids handling, storage, or disposal areas; sludge drying beds; dried sludge piles; compost piles; and septage or hauled waste receiving station.

(G) Sector-Specific Monitoring Requirements

Table T identifies monitoring requirements and frequencies for Sector T which apply to both the primary industrial activity and any co-located industrial activities. The permittee may

copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

(H)   Additional Requirements for Inactive and Unstaffed Sites

There are no additional requirements for inactive and unstaffed sites for Sector T beyond those required in Sections 7(b), 7(c), 7(d), and 7(e).

(I)   Termination of Permit Coverage

There are no additional requirements for termination of permit coverage for Sector T beyond those listed in Section 7(h).

Table T. All Monitoring Requirements for Sector T (Treatment Works)

| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
|---|---|---|---|---|
| BENCHMARK Section 7(e)(1) | Applies to all Sector T facilities | Semiannually until requirements for benchmark monitoring exemption are met[1] | Chemical Oxygen Demand (COD) | 75 mg/L |
| | | | Total Oil and Grease (O&G) | 5.0 mg/L |
| | | | pH | 5.0 - 9.0 s.u. |
| | | | Total Suspended Solids (TSS) | 90 mg/L |
| | | | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen ($NO_3$-N) | 1.10 mg/L |
| | | | Total Copper (Cu) | 0.059 mg/L |
| | | | Total Lead (Pb) | 0.076 mg/L |
| | | | Total Zinc (Zn) | 0.160 mg/L |
| ADDITIONAL Section 7(e)(2) | Applies to all Sector T facilities | No additional monitoring for Sector T | | |
| EFFLUENT LIMITS Section 7(e)(3) | Applies to all Sector T facilities | No effluent limits for Sector T | | |
| AQUATIC TOXICITY Section 7(e)(4) | Applies to all Sector T facilities | Once in the 1st year of permit term | $LC_{50}$ for *Daphnia pulex* | None |
| IMPAIRED WATERS Section 7(e)(5) | Applies to all Sector T facilities | Annually | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[2] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges | |

[1]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)).
[2]DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress.

*7(j)(21)*    *Sector U – Food and Kindred Products*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. The sector-specific requirements apply to those areas of the facility where those sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Subsection 7(j)(21) apply to stormwater discharges associated with industrial activity from Food and Kindred Products facilities as identified by the SIC Codes specified under Sector U in Appendix A.

(A)    Authorized Discharges

Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

(i)    Authorized Stormwater Discharges

All stormwater discharges associated with industrial activity in Sector U are authorized.

(ii)    Authorized Non-Stormwater Discharges

There are no additional authorized non-stormwater discharges for Sector U beyond those listed in Section 7(b)(11)(A).

(B)    Discharges Not Authorized by this Permit

Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

(i)    Prohibited Stormwater Discharges

None.

(ii)    Prohibited Non-Stormwater Discharges

This permit does not authorize the following discharges to the ground, storm drainage system, or any surface waters of the state: discharges containing boiler blowdown, cooling tower overflow and blowdown, ammonia refrigeration purging, and vehicle washing and clean-out operations.

The only non-stormwater discharges authorized by this permit are listed in Section 7(b)(11)(A).

(C)    Sector-Specific Definitions

There are no additional definitions for Sector U beyond those listed in Section 2.

(D)    Additional Control Measures

In addition to the general control measures specified in Section 7(b), the permittees in Sector U must also implement the following additional control measures:

(i)    Employee Training (See also Section 7(b)(13))

If the permittee intends to use chemicals at their site for pest control, the permittee must do the following: address pest control in the employee training program; minimize the discharge risk around areas of chemical pesticide storage; use chemicals in accordance with good engineering practices and specifications of chemical supplier; and comply with state/local requirements.

(E)    Additional SWPPP Requirements

In addition to the general SWPPP requirements specified in Section 7(c), the permittees in Sector U must also implement the following additional SWPPP requirements:

    (i)    Site Map (See also Section 7(c)(2)(B)(iii))

The permittee shall document in the SWPPP the locations of the following activities if they are exposed to precipitation or runoff: vents and stacks from cooking, drying, and similar operations; dry product vacuum transfer lines; animal holding pens; manure and waste bedding disposal areas; spoiled product management; and broken product container storage areas.

    (ii)    Summary of Potential Pollutant Sources (See also Section 7(c)(2)(C))

The permittee shall document in the SWPPP, in addition to food and kindred products processing-related industrial activities, application and storage of pest control chemicals (e.g., rodenticides, insecticides, fungicides) used on plant grounds and associated containment measures.

(F)    Sector-Specific Inspection Requirements

In addition to the general inspection requirements specified in Section 7(d), the permittees in Sector U must also implement the following additional inspection requirements:

The permittee shall inspect on a monthly basis, at a minimum, the following areas where the potential for exposure to stormwater exists: truck fueling and maintenance areas; loading and unloading areas for all significant materials; storage areas, including associated containment areas; waste management units; vents and stacks emanating from industrial activities; spoiled product and broken product container holding areas; animal holding pens; manure and waste bedding disposal areas; staging areas; air pollution control equipment; and areas of chemical pesticide storage.

(G)    Sector-Specific Monitoring Requirements

Table U identifies monitoring requirements and frequencies for Sector U which apply to both the primary industrial activity and any co-located industrial activities. The permittee may copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

(H)    Additional Requirements for Inactive and Unstaffed Sites

There are no additional requirements for inactive and unstaffed sites for Sector U beyond those required in Sections 7(b), 7(c), 7(d), and 7(e).

(I)    Termination of Permit Coverage

There are no additional requirements for termination of permit coverage for Sector U beyond those listed in Section 7(h).

| Table U. All Monitoring Requirements for Sector U (Food and Kindred Products) | | | | |
|---|---|---|---|---|
| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
| BENCHMARK Section 7(e)(1) | Applies to all Sector U facilities | Semiannually until requirements for benchmark monitoring exemption are met[1] | Chemical Oxygen Demand (COD) | 75 mg/L |
| | | | Total Oil and Grease (O&G) | 5.0 mg/L |
| | | | pH | 5.0 - 9.0 s.u. |
| | | | Total Suspended Solids (TSS) | 90 mg/L |
| | | | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen ($NO_3$-N) | 1.10 mg/L |
| | | | Total Copper (Cu) | 0.059 mg/L |
| | | | Total Lead (Pb) | 0.076 mg/L |
| | | | Total Zinc (Zn) | 0.160 mg/L |
| ADDITIONAL Section 7(e)(2) | Applies to all Sector U facilities | No additional monitoring for Sector U | | |
| EFFLUENT LIMITS Section 7(e)(3) | Applies to all Sector U facilities | No effluent limits for Sector U | | |
| AQUATIC TOXICITY Section 7(e)(4) | Applies to all Sector U facilities | Once in the 1st year of permit term | $LC_{50}$ for *Daphnia pulex* | None |
| IMPAIRED WATERS Section 7(e)(5) | Applies to all Sector U facilities | Annually | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[2] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges | |
| [1]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)). [2]DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress. | | | | |

*7(j)(22)     Sector V – Textile Mills, Apparel, and Other Fabric Products*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. The sector-specific requirements apply to those areas of the facility where those sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Subsection 7(j)(22) apply to stormwater discharges associated with industrial activity from Textile Mills, Apparel, and Other Fabric Product manufacturing as identified by the SIC Codes specified under Sector V in Appendix A.

(A)  Authorized Discharges

Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

   (i)  Authorized Stormwater Discharges

All stormwater discharges associated with industrial activity in Sector V are authorized.

   (ii)  Authorized Non-Stormwater Discharges

There are no additional authorized non-stormwater discharges for Sector V beyond those listed in Section 7(b)(11)(A).

(B)  Discharges Not Authorized by this Permit

Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

   (i)  Prohibited Stormwater Discharges

None.

   (ii)  Prohibited Non-Stormwater Discharges

This permit does not authorize the following discharges to the ground, storm drainage system, or any surface waters of the state: discharges of wastewater (e.g., wastewater resulting from wet processing or from any processes relating to the production process), reused or recycled water, and waters used in cooling towers.

The only non-stormwater discharges authorized by this permit are listed in Section 7(b)(11)(A).

(C)  Sector-Specific Definitions

There are no additional definitions for Sector V beyond those listed in Section 2.

(D)  Additional Control Measures

In addition to the general control measures specified in Section 7(b), the permittees in Sector V must also implement the following additional control measures:

   (i)  Good Housekeeping
   (1) Material Storage Areas

The permittee must plainly label and store all containerized materials (e.g., fuels, petroleum products, solvents, and dyes) in a protected area, away from drains. The permittee must minimize contamination of the stormwater runoff from such storage areas. Also, consider an inventory control plan to prevent excessive purchasing of potentially hazardous substances. For storing empty chemical drums or containers, ensure that the drums and containers are clean (consider triple-rinsing) and that there is no contact of residuals with precipitation or runoff. Collect and dispose of washwater from these cleanings properly.

The term "minimize" means reduce and/or eliminate to the extent achievable using control measures that are technologically available, economically practicable, and achievable in light of best industry practice.

(2)   Material Handling Areas

The permittee must minimize contamination of stormwater runoff from material handling operations and areas through implementation of site-specific control measures such as the following (list not exclusive): using spill and overflow protection; covering fueling areas; and covering or enclosing areas where the transfer of material may occur. When applicable, the permittee must address the replacement or repair of leaking connections, valves, transfer lines and pipes that may carry chemicals, dyes, or wastewater.

(3)   Fueling Areas

The permittee must minimize contamination of stormwater runoff from fueling areas by implementing the following control measures or other equivalent control measures (list not exclusive): covering the fueling area (where feasible); using spill and overflow protection; minimizing run-on of stormwater to the fueling areas; using dry cleanup methods; and treating and/or recycling stormwater runoff collected from the fueling area.

(4)   Above-ground Storage Tank Areas (See also Section 7(b)(3))

The permittee must minimize contamination of stormwater runoff from above-ground storage tank, including the associated piping and valves, by implementing the following control measures or other equivalent control measures (list not exclusive): regular cleanup of these areas; including measures for tanks, piping and valves explicitly in the SPCC program; minimizing runoff of stormwater from adjacent areas; restricting access to the area; inserting filters in adjacent catch basins; providing absorbent booms in unbermed fueling areas; using dry cleanup methods; and permanently sealing drains within critical areas that may discharge to a storm drain.

The permittee must implement impermeable secondary containment in these areas in accordance with Section 7(b)(3) as required for both stationary and mobile liquid storage stations. The impermeable secondary containment area must be roofed in a manner which minimizes stormwater entry to the containment area, except for a containment area which stores tanks or containers of 100-gallon capacity or more, in which case a roof is not required.

Stormwater that may accumulate in a containment area may be discharged only after the permittee conducts testing to confirm that it contains none of the relevant pollutants stored in the containment area (e.g., anti-freeze, copper (from pressure washwater), nutrients, etc.). For petroleum storage containment areas, visual inspection for a sheen fulfills this requirement. If testing is not conducted or if it indicates the presence of a relevant pollutant, this containment water must be treated and/or disposed of according to state and federal regulations.

(ii)   Employee Training (See also Section 7(b)(13))

As part of the employee training program, the permittee must address, at a minimum, the following activities (as applicable): use of reused and recycled waters; solvents management; proper disposal of dyes; proper disposal of petroleum products and spent lubricants; spill prevention and control; fueling procedures; and general good housekeeping practices.

(E)   Additional SWPPP Requirements

In addition to the general SWPPP requirements specified in Section 7(c), the permittees in Sector V must also implement the following additional SWPPP requirements:

(i)   Summary of Potential Pollutant Sources (See also Section 7(c)(2)(C))

The permittee must document in the SWPPP the following additional sources and activities that have potential pollutants associated with them: industry-specific significant materials and industrial activities (e.g., backwinding, beaming, bleaching, backing bonding, carbonizing, carding, cut and sew operations, de-sizing, drawing, dyeing locking, fulling, knitting, mercerizing, opening, packing, plying, scouring, slashing, spinning, synthetic-felt processing, textile waste processing, tufting, turning, weaving, web forming, winging, yarn spinning, and yarn texturing).

(ii)   Description of Good Housekeeping Measures for Material Storage Areas

The permittee must document in the SWPPP the containment area or enclosure for materials stored outdoors in connection with Subsection (C)(i)1, above.

(F)   Sector-Specific Inspection Requirements

In addition to the general inspection requirements specified in Section 7(d), the permittees in Sector V must also implement the following additional inspection requirements:

The permittee must inspect, at least monthly, the following activities and areas (at a minimum): transfer and transmission lines, spill prevention, good housekeeping practices, management of process waste products, and all structural and nonstructural management practices.

(G)   Sector-Specific Monitoring Requirements

Table V identifies monitoring requirements and frequencies for Sector V which apply to both the primary industrial activity and any co-located industrial activities. The permittee may copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

(H)   Additional Requirements for Inactive and Unstaffed Sites

There are no additional requirements for inactive and unstaffed sites for Sector V beyond those required in Sections 7(b), 7(c), 7(d), and 7(e).

(I)   Termination of Permit Coverage

There are no additional requirements for termination of permit coverage for Sector V beyond those listed in Section 7(h).

Table V. All Monitoring Requirements for Sector V (Textile Mills, Apparel, and Other Fabric Products)

| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
|---|---|---|---|---|
| BENCHMARK Section 7(e)(1) | Applies to all Sector V facilities | Semiannually until requirements for benchmark monitoring exemption are met[1] | Chemical Oxygen Demand (COD) | 75 mg/L |
| | | | Total Oil and Grease (O&G) | 5.0 mg/L |
| | | | pH | 5.0 - 9.0 s.u. |
| | | | Total Suspended Solids (TSS) | 90 mg/L |
| | | | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen ($NO_3$-N) | 1.10 mg/L |
| | | | Total Copper (Cu) | 0.059 mg/L |
| | | | Total Lead (Pb) | 0.076 mg/L |
| | | | Total Zinc (Zn) | 0.160 mg/L |
| ADDITIONAL Section 7(e)(2) | Applies to all Sector V facilities | No additional monitoring for Sector V | | |
| EFFLUENT LIMITS Section 7(e)(3) | Applies to all Sector V facilities | No effluent limits for Sector V | | |
| AQUATIC TOXICITY Section 7(e)(4) | Applies to all Sector V facilities | Once in the 1st year of permit term | $LC_{50}$ for *Daphnia pulex* | None |
| IMPAIRED WATERS Section 7(e)(5) | Applies to all Sector V facilities | Annually | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[2] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges | |

[1]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)).
[2]DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress.

*7(j)(23)*    *Sector W – Furniture and Fixtures*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. The sector-specific requirements apply to those areas of the facility where those sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Subsection 7(j)(23) apply to stormwater discharges associated with industrial activity from Furniture and Fixtures facilities, as identified by the SIC Codes specified under Sector W in Appendix A.

(A)    Authorized Discharges

Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

(i)    Authorized Stormwater Discharges

All stormwater discharges associated with industrial activity in Sector W are authorized.

(ii)    Authorized Non-stormwater Discharges

There are no additional authorized non-stormwater discharges for Sector W beyond those listed in Section 7(b)(11)(A).

(B)    Discharges Not Authorized by this Permit

Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

(i)    Prohibited Stormwater Discharges

None.

(ii)    Prohibited Non-Stormwater Discharges

The only non-stormwater discharges authorized by this permit are listed in Section 7(b)(11)(A).

(C)    Sector-Specific Definitions

There are no additional definitions for Sector W beyond those listed in Section 2.

(D)    Additional Control Measures

There are no additional control measures for Sector W beyond those listed in Section 7(b).

(E)    Additional SWPPP Requirements

In addition to the general SWPPP requirements specified in Section 7(c), the permittees in Sector W must also implement the following additional SWPPP requirements:

(i)    Site Map (See also Section 7(c)(2)(B)(iii))

The permittee must document in the SWPPP where any of the following may be exposed to precipitation or surface runoff: material storage (including tanks or other vessels used for liquid or waste storage) areas; outdoor material processing areas; areas where wastes are treated, stored, or disposed of; access roads; and rail spurs.

(F)    Sector-Specific Inspection Requirements

There are no additional inspection requirements for Sector W beyond those listed in Section 7(d).

(G)    Sector-Specific Monitoring Requirements

Table W identifies monitoring requirements and frequencies for Sector W which apply to both the primary industrial activity and any co-located industrial activities. The permittee may copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

(H)   Additional Requirements for Inactive and Unstaffed Sites

There are no additional requirements for inactive and unstaffed sites for Sector W beyond those required in Sections 7(b), 7(c), 7(d), and 7(e).

(I)   Termination of Permit Coverage

There are no additional requirements for termination of permit coverage for Sector W beyond those listed in Section 7(h).

| Table W. All Monitoring Requirements for Sector W (Furniture and Fixtures) | | | | |
|---|---|---|---|---|
| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
| BENCHMARK Section 7(e)(1) | Applies to all Sector W facilities | Semiannually until requirements for benchmark monitoring exemption are met[1] | Chemical Oxygen Demand (COD) | 75 mg/L |
| | | | Total Oil and Grease (O&G) | 5.0 mg/L |
| | | | pH | 5.0 - 9.0 s.u. |
| | | | Total Suspended Solids (TSS) | 90 mg/L |
| | | | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen ($NO_3$-N) | 1.10 mg/L |
| | | | Total Copper (Cu) | 0.059 mg/L |
| | | | Total Lead (Pb) | 0.076 mg/L |
| | | | Total Zinc (Zn) | 0.160 mg/L |
| ADDITIONAL Section 7(e)(2) | Applies to all Sector W facilities | No additional monitoring for Sector W | | |
| EFFLUENT LIMITS Section 7(e)(3) | Applies to all Sector W facilities | No effluent limits for Sector W | | |
| AQUATIC TOXICITY Section 7(e)(4) | Applies to all Sector W facilities | Once in the 1st year of permit term | $LC_{50}$ for *Daphnia pulex* | None |
| IMPAIRED WATERS Section 7(e)(5) | Applies to all Sector W facilities | Annually | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[2] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges | |
| [1]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)(h)). [2]DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress. | | | | |

*7(j)(24)      Sector X – Printing and Publishing*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. The sector-specific requirements apply to those areas of the facility where those sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Subsection 7(j)(24) apply to stormwater discharges associated with industrial activity from Printing and Publishing, as identified by the SIC Codes specified under Sector X in Appendix A.

(A)  Authorized Discharges

Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

(i)  Authorized Stormwater Discharges

All stormwater discharges associated with industrial activity in Sector X are authorized.

(ii)  Authorized Non-stormwater Discharges

There are no additional authorized non-stormwater discharges for Sector X beyond those listed in Section 7(b)(11)(A).

(B)  Discharges Not Authorized by this Permit

Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

(i)  Prohibited Stormwater Discharges

None.

(ii)  Prohibited Non-Stormwater Discharges

The only non-stormwater discharges authorized by this permit are listed in Section 7(b)(11)(A).

(C)  Sector-Specific Definitions

There are no additional definitions for Sector X beyond those listed in Section 2.

(D)  Additional Control Measures

In addition to the general control measures specified in Section 7(b), the permittees in Sector X must also implement the following additional control measures:

(i)  Good Housekeeping (See also Section 7(b)(1))

(1)  Material Storage Areas

The permittee must plainly label and store all containerized materials (e.g., skids, pallets, solvents, bulk inks, hazardous waste, empty drums, portable and mobile containers of plant debris, wood crates, steel racks, and fuel oil) in a protected area, away from drains. Minimize contamination of the stormwater runoff from such storage areas. Also, consider an inventory control plan to prevent excessive purchasing of potentially hazardous substances.

The term "minimize" means reduce and/or eliminate to the extent achievable using control measures that are technologically available, economically practicable, and achievable in light of best industry practice.

(2)  Material Handling Area

The permittee must minimize contamination of stormwater runoff from material handling operations and areas (e.g., blanket wash, mixing solvents, loading, and unloading materials) by implementing the following control measures or other equivalent control measures (list not exclusive): using spill and overflow protection; covering fueling areas; and covering or enclosing areas where the transfer of materials may occur. When applicable, address the replacement or repair of leaking connections, valves, transfer lines, and pipes that may carry chemicals or wastewater.

(3) Fueling Areas

The permittee must minimize contamination of stormwater runoff from fueling areas through implementation of control measures such as the following, (list not exclusive): covering the fueling area (where feasible); using spill and overflow protection; minimizing runoff of stormwater to the fueling areas; using dry cleanup methods; and treating and/or recycling stormwater runoff collected from the fueling area.

(4) Above-ground Storage Tank Area

The permittee must minimize contamination of the stormwater runoff from above-ground storage tank areas, including the associated piping and valves, through implementation of control measures such as the following, (list not exclusive): regularly cleaning these areas; explicitly addressing tanks; piping and valves in the SPCC program; minimizing stormwater runoff from adjacent areas; restricting access to the area; inserting filters in adjacent catch basins; providing absorbent booms in unbermed fueling areas; using dry cleanup methods; and permanently sealing drains within critical areas that may discharge to a storm drain.

The permittee must implement impermeable secondary containment in these areas in accordance with Section 7(b)(3) as required for both stationary and mobile liquid storage stations. The impermeable secondary containment area must be roofed in a manner which minimizes stormwater entry to the containment area, except for a containment area which stores tanks or containers of 100-gallon capacity or more, in which case a roof is not required.

Stormwater that may accumulate in a containment area may be discharged only after the permittee conducts testing to confirm that it contains none of the relevant pollutants stored in the containment area (e.g., anti-freeze, copper (from pressure washwater), nutrients, etc.). For petroleum storage containment areas, visual inspection for a sheen fulfills this requirement. If testing is not conducted or if it indicates the presence of a relevant pollutant, this containment water must be treated and/or disposed of according to state and federal regulations

(ii) Employee Training (See also Section 7(b)(13))

As part of the employee training program, the permittee must address, at a minimum, the following activities (as applicable): spent solvent management, spill prevention and control, used oil management, fueling procedures, and general good housekeeping practices.

(E) Additional SWPPP Requirements

In addition to the general SWPPP requirements specified in Section 7(c), the permittees in Sector X must also implement the following additional SWPPP requirements:

(i) Description of Good Housekeeping Measures for Material Storage Areas

In connection with Subsection (C)(i)(1), above, describe in the Plan the containment area or enclosure for materials stored outdoors.

(F)    Sector-Specific Inspection Requirements

There are no additional inspection requirements for Sector X beyond those listed in Section 7(d).

(G)    Sector-Specific Monitoring Requirements

Table X identifies monitoring requirements and frequencies for Sector X which apply to both the primary industrial activity and any co-located industrial activities. The permittee may copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

(H)    Additional Requirements for Inactive and Unstaffed Sites

There are no additional requirements for inactive and unstaffed sites for Sector X beyond those required in Sections 7(b), 7(c), 7(d), and 7(e).

(I)    Termination of Permit Coverage

There are no additional requirements for termination of permit coverage for Sector X beyond those listed in Section 7(h).

| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
|---|---|---|---|---|
| **Table X. All Monitoring Requirements for Sector X (Printing and Publishing)** | | | | |
| BENCHMARK Section 7(e)(1) | Applies to all Sector X facilities | Semiannually until requirements for benchmark monitoring exemption are met[1] | Chemical Oxygen Demand (COD) | 75 mg/L |
| | | | Total Oil and Grease (O&G) | 5.0 mg/L |
| | | | pH | 5.0 - 9.0 s.u. |
| | | | Total Suspended Solids (TSS) | 90 mg/L |
| | | | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen ($NO_3$-N) | 1.10 mg/L |
| | | | Total Copper (Cu) | 0.059 mg/L |
| | | | Total Lead (Pb) | 0.076 mg/L |
| | | | Total Zinc (Zn) | 0.160 mg/L |
| ADDITIONAL Section 7(e)(2) | Applies to all Sector X facilities | No additional monitoring for Sector X | | |
| EFFLUENT LIMITS Section 7(e)(3) | Applies to all Sector X facilities | No effluent limits for Sector X | | |
| AQUATIC TOXICITY Section 7(e)(4) | Applies to all Sector X facilities | Once in the 1st year of permit term | $LC_{50}$ for *Daphnia pulex* | None |
| IMPAIRED WATERS Section 7(e)(5) | Applies to all Sector X facilities | Annually | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[2] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges | |
| [1]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)). [2]DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress. | | | | |

*7(j)(25)*    *Sector Y – Rubber, Miscellaneous Plastic Products and Miscellaneous Manufacturing Industries*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. The sector-specific requirements apply to those areas of the facility where those sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Subsection 7(j)(25) apply to stormwater discharges associated with industrial activity from Rubber, Miscellaneous Plastic Products, and Miscellaneous Manufacturing Industries, as identified by the SIC Codes specified under Sector Y in Appendix A.

(A)    Authorized Discharges

Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

(i)    Authorized Stormwater Discharges

All stormwater discharges associated with industrial activity in Sector Y are authorized.

(ii)    Authorized Non-Stormwater Discharges

There are no additional authorized non-stormwater discharges for Sector Y beyond those listed in Section 7(b)(11)(A).

(B)    Discharges Not Authorized by this Permit

Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

(i)    Prohibited Stormwater Discharges

None.

(ii)    Prohibited Non-Stormwater Discharges

The only non-stormwater discharges authorized by this permit are listed in Section 7(b)(11)(A).

(C)    Sector-Specific Definitions

There are no additional definitions for Sector Y beyond those listed in Section 2.

(D)    Additional Control Measures

In addition to the general control measures specified in Section 7(b), the permittees in Sector Y must also implement the following additional control measures:

(i)    Controls for Rubber Manufacturers (See also Section 7(b))

The permittee must minimize the discharge of zinc in their stormwater discharges. The term "minimize" means reduce and/or eliminate to the extent achievable using control measures that are technologically available, economically practicable, and achievable in light of best industry practice.

Subparagraphs (1) – (5) in this subsection identify possible sources of zinc to be reviewed and list control measures to be implemented as appropriate for the site. The permittee must implement additional control measures such as the following examples (list not exclusive): using chemicals purchased in pre-weighed, sealed polyethylene bags; storing in-use materials in sealable containers, ensuring an airspace between the container and the cover to minimize "puffing" losses when the container is opened; and using automatic dispensing and weighing equipment.

(1) Zinc Bags

The permittee must ensure proper handling and storage of zinc bags at the facility through implementation of control measures such as the following (list not exclusive): employee training on the handling and storage of zinc bags; indoor storage of zinc bags; cleanup of zinc spills without washing the zinc into the storm drain; and the use of 2,500-pound sacks of zinc rather than 50- to 100-pound sacks.

(2) Dumpsters

Minimize discharges of zinc from dumpsters through implementation of control measures such as the following (list not exclusive): covering the dumpster; moving the dumpster indoors; and providing a lining for the dumpster.

(3) Dust Collectors and Baghouses

Minimize contributions of zinc to stormwater from dust collectors and baghouses. Replace or repair, as appropriate, improperly operating dust collectors and baghouses.

(4) Grinding Operations

Minimize contamination of stormwater as a result of dust generation from rubber grinding operations through the use of a dust collection system, or other equivalent measure.

(5) Zinc Stearate Coating Operations

Eliminate the potential for stormwater contamination from drips and spills of zinc stearate slurry that may be released to the storm drain.

(ii) Controls for Plastic Products Manufacturers

Minimize the discharge of plastic resin pellets in stormwater discharges through implementation of control measures such as the following (list not exclusive): minimizing spills; cleaning up of spills promptly and thoroughly; sweeping thoroughly; pellet capturing; employee education; and disposal precautions.

(E) Additional SWPPP Requirements

In addition to the general SWPPP requirements specified in Section 5(e), the permittees in Sector Y must also implement the following additional SWPPP requirements:

(i) Potential Pollutant Sources for Rubber Manufacturers (See also Section 7(C)(2)(C))

Document in the Plan the use of zinc at the facility and the possible pathways through which zinc may be discharged in stormwater runoff.

(F) Sector-Specific Inspection Requirements

In addition to the general inspection requirements specified in Section 7(d), the permittees in Sector Y must also implement the following additional inspection requirements: monthly routine inspections must include evaluation of material handling and storage areas, dust control mechanisms, and catch basins for zinc dust.

(G) Sector-Specific Monitoring Requirements

Table Y identifies monitoring requirements and frequencies for Sector Y which apply to both the primary industrial activity and any co-located industrial activities. The permittee may copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

(H) Additional Requirements for Inactive and Unstaffed Sites

There are no additional requirements for inactive and unstaffed sites for Sector Y beyond those required in Sections 7(b), 7(c), 7(d), and 7(e).

(I)   Termination of Permit Coverage

There are no additional requirements for termination of permit coverage for Sector Y beyond those listed in Section 7(h).

| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
|---|---|---|---|---|
| BENCHMARK Section 7(e)(1) | Applies to all Sector Y facilities | Semiannually until requirements for benchmark monitoring exemption are met[1] | Chemical Oxygen Demand (COD) | 75 mg/L |
| | | | Total Oil and Grease (O&G) | 5.0 mg/L |
| | | | pH | 5.0 - 9.0 s.u. |
| | | | Total Suspended Solids (TSS) | 90 mg/L |
| | | | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen ($NO_3$-N) | 1.10 mg/L |
| | | | Total Copper (Cu) | 0.059 mg/L |
| | | | Total Lead (Pb) | 0.076 mg/L |
| | | | Total Zinc (Zn) | 0.160 mg/L |
| ADDITIONAL Section 7(e)(2) | Applies to all Sector Y facilities | No additional monitoring for Sector Y | | |
| EFFLUENT LIMITS Section 7(e)(3) | Applies to all Sector Y facilities | No effluent limits for Sector Y | | |
| AQUATIC TOXICITY Section 7(e)(4) | Applies to all Sector Y facilities | Once in the 1st year of permit term | $LC_{50}$ for *Daphnia pulex* | None |
| IMPAIRED WATERS Section 7(e)(5) | Applies to all Sector Y facilities | Annually | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[2] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges | |

Table Y. All Monitoring Requirements for Sector Y (Rubber, Miscellaneous Plastic Products, and Miscellaneous Manufacturing Industries)

[1]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)).
[2]DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress.

*7(j)(26)     Sector Z –Reserved for Future Use*

*7(j)(27)    Sector AA – Fabricated Metal Products*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. The sector-specific requirements apply to those areas of the facility where those sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Subsection 7(j)(27) apply to stormwater discharges associated with industrial activity from Fabricated Metal Products facilities, as identified by the SIC Codes specified under Sector AA in Appendix A.

(A)   Authorized Discharges

Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

   (i)   Authorized Stormwater Discharges

        All stormwater discharges associated with industrial activity in Sector AA are authorized.

   (ii)   Authorized Non-Stormwater Discharges

        There are no additional authorized non-stormwater discharges for Sector AA beyond those listed in Section 7(b)(11)(A).

(B)   Discharges Not Authorized by this Permit

Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

   (i)   Prohibited Stormwater Discharges

        None.

   (ii)   Prohibited Non-Stormwater Discharges

        The only non-stormwater discharges authorized by this permit are listed in Section 7(b)(11)(A).

(C)   Sector-Specific Definitions

There are no additional definitions for Sector AA beyond those listed in Section 2.

(D)   Additional Control Measures

In addition to the general control measures specified in Section 7(b), the permittees in Sector AA must also implement the following additional control measures:

   (i)   Good Housekeeping
        (1) Raw Steel Handling Storage

        The permittee must minimize the generation of and/or recover and properly manage scrap metals, fines, and iron dust. Include measures for containing materials within storage handling areas.

        (2) Paints and Painting Equipment

        The permittee must minimize exposure of paint and painting equipment to stormwater.

   (ii)   Spill Prevention and Response Procedures

        The permittee must ensure that the necessary equipment to implement a cleanup is available to personnel. The following areas should be addressed:

        (1) Metal Fabricating Areas

The permittee must maintain clean, dry, orderly conditions in these areas. Use dry clean-up techniques where practicable.

(2) Storage Areas for Raw Metal

The permittee must keep these areas free of conditions that could cause, or impede appropriate and timely response to, spills or leakage of materials through implementation of control measures such as the following (list not exclusive): maintaining storage areas so that there is easy access in the event of a spill and labeling stored materials to aid in identifying spill contents.

(3) Metal Working Fluid Storage Areas

The permittee must minimize the potential for stormwater contamination from storage areas for metal working fluids.

(4) Cleaners and Rinse Water

The permittee must control and clean up spills of solvents and other liquid cleaners, control sand buildup and disbursement from sandblasting operations, and prevent exposure of recyclable wastes. Substitute environmentally benign cleaners when possible.

(5) Lubricating Oil and Hydraulic Fluid Operations

The permittee must minimize the potential for stormwater contamination from lubricating oil and hydraulic fluid operations. Use monitoring equipment or other devices to detect and control leaks and overflows where feasible. Install perimeter controls such as dikes, curbs, grass filter strips, or equivalent measures where feasible.

(6) Chemical Storage Areas (See also Section 7(b)(3))

The permittee must minimize stormwater contamination and accidental spillage in chemical storage areas and include a program to inspect containers and identify proper disposal methods.

The permittee must implement impermeable secondary containment in these areas in accordance with Section 7(b)(3) as required for both stationary and mobile liquid storage stations.

(iii) Spills and Leaks

In the spill prevention and response procedures, required by Section 7(b)(7), the permittee must pay attention to the following materials (at a minimum): chromium, toluene, pickle liquor, sulfuric acid, zinc and other water priority chemicals, and hazardous chemicals and wastes.

(E) Additional SWPPP Requirements

In addition to the general SWPPP requirements specified in Section 7(c), the permittees in Sector AA must also implement the following additional SWPPP requirements:

(i) Site Map (See also Section 7(c)(2)(B)(iii))

The permittee must document in the SWPPP where any of the following may be exposed to precipitation or surface runoff: raw metal storage areas; finished metal storage areas; scrap disposal collection sites; equipment storage areas; retention and detention basins; temporary and permanent diversion dikes or berms; right-of-way or perimeter diversion devices; sediment traps and barriers; processing areas, including outside painting areas; wood preparation; recycling; and raw material storage.

(ii) Summary of Potential Pollutant Sources (See also Section 7(c)(2)(C))

The permittee must document in the SWPPP the following additional sources and activities that have potential pollutants associated with them: loading and unloading operations for paints, chemicals, and raw materials; outdoor storage activities for raw materials, paints, empty containers, corn cobs, chemicals, and scrap metals; outdoor manufacturing or processing activities such as grinding, cutting, degreasing, buffing, and brazing; onsite waste disposal practices for spent solvents, sludge, pickling baths, shavings, ingot pieces, and refuse and waste piles.

(F)   Sector-Specific Inspection Requirements

In addition to the general inspection requirements specified in Section 7(d), the permittees in Sector AA must also implement the following additional inspection requirements:

At a minimum, the permittee must include the following areas in all inspections: raw metal storage areas, finished product storage areas, material and chemical storage areas, spent solvents and chemical storage areas, recycling areas, loading and unloading areas, equipment storage areas, paint areas, drainage from roof and vehicle fueling and maintenance areas. Potential pollutants include chromium, zinc, lubricating oil, solvents, aluminum, oil and grease, methyl ethyl ketone, steel, and related materials.

(G)   Sector-Specific Monitoring Requirements

Table AA identifies monitoring requirements and frequencies for Sector AA which apply to both the primary industrial activity and any co-located industrial activities. The permittee may copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

(H)   Additional Requirements for Inactive and Unstaffed Sites

There are no additional requirements for inactive and unstaffed sites for Sector AA beyond those required in Sections 7(b), 7(c), 7(d), and 7(e).

(I)   Termination of Permit Coverage

There are no additional requirements for termination of permit coverage for Sector AA beyond those listed in Section 7(h).

Table AA. All Monitoring Requirements for Sector AA (Fabricated Metal Products)

| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
|---|---|---|---|---|
| BENCHMARK Section 7(e)(1) | Applies to all Sector AA facilities | Semiannually until requirements for benchmark monitoring exemption are met[1] | Chemical Oxygen Demand (COD) | 75 mg/L |
| | | | Total Oil and Grease (O&G) | 5.0 mg/L |
| | | | pH | 5.0 - 9.0 s.u. |
| | | | Total Suspended Solids (TSS) | 90 mg/L |
| | | | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen ($NO_3$-N) | 1.10 mg/L |
| | | | Total Copper (Cu) | 0.059 mg/L |
| | | | Total Lead (Pb) | 0.076 mg/L |
| | | | Total Zinc (Zn) | 0.160 mg/L |
| | | | Aluminum (Al) | 0.75 mg/L |
| ADDITIONAL Section 7(e)(2) | Applies to all Sector AA facilities | No additional monitoring for Sector AA | | |
| EFFLUENT LIMITS Section 7(e)(3) | Applies to all Sector AA facilities | No effluent limits for Sector AA | | |
| AQUATIC TOXICITY Section 7(e)(4) | Applies to all Sector AA facilities | Once in the 1st year of permit term | $LC_{50}$ for *Daphnia pulex* | None |
| IMPAIRED WATERS Section 7(e)(5) | Applies to all Sector AA facilities | Annually | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[2] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges | |

[1]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)).
[2]DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress.

*7(j)(28)*    *Sector AB – Transportation Equipment, Industrial or Commercial Machinery Facilities*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. The sector-specific requirements apply to those areas of the facility where those sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Subsection 7(j)(28) apply to stormwater discharges associated with industrial activity from Transportation Equipment, Industrial or Commercial Machinery facilities, as identified by the SIC Codes specified under Sector AB in Appendix A.

(A)    Authorized Discharges

Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

   (i)    Authorized Stormwater Discharges

All stormwater discharges associated with industrial activity in Sector AB are authorized.

   (ii)    Authorized Non-Stormwater Discharges

There are no additional authorized non-stormwater discharges for Sector AB beyond those listed in Section 7(b)(11)(A).

(B)    Discharges Not Authorized by this Permit

Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

   (i)    Prohibited Stormwater Discharges

None.

   (ii)    Prohibited Non-Stormwater Discharges

The only non-stormwater discharges authorized by this permit are listed in Section 7(b)(11)(A).

(C)    Sector-Specific Definitions

There are no additional definitions for Sector AB beyond those listed in Section 2.

(D)    Additional Control Measures

There are no additional control measures for Sector AB beyond those listed in Section 7(b).

(E)    Additional SWPPP Requirements

In addition to the general SWPPP requirements specified in Section 7(c), the permittees in Sector AB must also implement the following additional SWPPP requirements:

   (i)    Site Map (See also Section 7(c)(2)(B)(iii))

The permittee must identify in the SWPPP where any of the following may be exposed to precipitation or surface runoff: vents and stacks from metal processing and similar operations.

(F)    Sector-Specific Inspection Requirements

There are no additional inspection requirements for Sector AB beyond those listed in Section 7(d).

(G)    Sector-Specific Monitoring Requirements

Table AB identifies monitoring requirements and frequencies for Sector AB which apply to both the primary industrial activity and any co-located industrial activities. The permittee

may copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

(H)    Additional Requirements for Inactive and Unstaffed Sites

There are no additional requirements for inactive and unstaffed sites for Sector AB beyond those required in Sections 7(b), 7(c), 7(d), and 7(e).

(I)    Termination of Permit Coverage

There are no additional requirements for termination of permit coverage for Sector AB beyond those listed in Section 7(h).

| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
|---|---|---|---|---|
| Table AB. All Monitoring Requirements for Sector AB (Transportation Equipment, Industrial or Commercial Machinery Facilities) | | | | |
| BENCHMARK Section 7(e)(1) | Applies to all Sector AB facilities | Semiannually until requirements for benchmark monitoring exemption are met[1] | Chemical Oxygen Demand (COD) | 75 mg/L |
| | | | Total Oil and Grease (O&G) | 5.0 mg/L |
| | | | pH | 5.0 - 9.0 s.u. |
| | | | Total Suspended Solids (TSS) | 90 mg/L |
| | | | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen ($NO_3$-N) | 1.10 mg/L |
| | | | Total Copper (Cu) | 0.059 mg/L |
| | | | Total Lead (Pb) | 0.076 mg/L |
| | | | Total Zinc (Zn) | 0.160 mg/L |
| ADDITIONAL Section 7(e)(2) | Applies to all Sector AB facilities | No additional monitoring for Sector AB | | |
| EFFLUENT LIMITS Section 7(e)(3) | Applies to all Sector AB facilities | No effluent limits for Sector AB | | |
| AQUATIC TOXICITY Section 7(e)(4) | Applies to all Sector AB facilities | Once in the 1st year of permit term | $LC_{50}$ for *Daphnia pulex* | None |
| IMPAIRED WATERS Section 7(e)(5) | Applies to all Sector AB facilities | Annually | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[2] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges | |

[1]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)).
[2]DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress.

*7(j)(29)    Sector AC – Electronic and Electrical Equipment and components. Photographic and Optical Goods*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. The sector-specific requirements apply to those areas of the facility where those sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Subsection 7(j)(29) apply to stormwater discharges associated with industrial activity from facilities that manufacture Electronic and Electrical Equipment and Components, Photographic and Optical goods, as identified by the SIC Codes specified under Sector AC in Appendix A.

(A)  Authorized Discharges

Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

(i)  Authorized Stormwater Discharges

All stormwater discharges associated with industrial activity in Sector AC are authorized.

(ii)  Authorized Non-Stormwater Discharges

There are no additional authorized non-stormwater discharges for Sector AC beyond those listed in Section 7(b)(11)(A).

(B)  Discharges Not Authorized by this Permit

Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

(i)  Prohibited Stormwater Discharges

None.

(ii)  Prohibited Non-Stormwater Discharges

The only non-stormwater discharges authorized by this permit are listed in Section 7(b)(11)(A).

(C)  Sector-Specific Definitions

There are no additional definitions for Sector AC beyond those listed in Section 2.

(D)  Additional Control Measures

There are no additional control measures for Sector AC beyond those listed in Section 7(b).

(E)  Additional SWPPP Requirements

There are no additional SWPPP requirements for Sector AC beyond those listed in Section 7(c).

(F)  Sector-Specific Inspection Requirements

There are no additional inspection requirements for Sector AC beyond those listed in Section 7(d).

(G)  Sector-Specific Monitoring Requirements

(See also Section 7(e)) Table AC identifies monitoring requirements and frequencies for Sector AC which apply to both the primary industrial activity and any co-located industrial activities. The permittee may copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

(H)  Additional Requirements for Inactive and Unstaffed Sites

There are no additional requirements for inactive and unstaffed sites for Sector AC beyond those required in Sections 7(b), 7(c), 7(d), and 7(e).

(I)  Termination of Permit Coverage

There are no additional requirements for termination of permit coverage for Sector AC beyond those listed in Section 7(h).

Table AC. All Monitoring Requirements for Sector AC (Electronic and Electrical Equipment and Components, Photographic and Optical Goods)

| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
|---|---|---|---|---|
| BENCHMARK Section 7(e)(1) | Applies to all Sector AC facilities | Semiannually until requirements for benchmark monitoring exemption are met[1] | Chemical Oxygen Demand (COD) | 75 mg/L |
| | | | Total Oil and Grease (O&G) | 5.0 mg/L |
| | | | pH | 5.0 - 9.0 s.u. |
| | | | Total Suspended Solids (TSS) | 90 mg/L |
| | | | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen ($NO_3$-N) | 1.10 mg/L |
| | | | Total Copper (Cu) | 0.059 mg/L |
| | | | Total Lead (Pb) | 0.076 mg/L |
| | | | Total Zinc (Zn) | 0.160 mg/L |
| ADDITIONAL Section 7(e)(2) | Applies to all Sector AC facilities | No additional monitoring for Sector AC | | |
| EFFLUENT LIMITS Section 7(e)(3) | Applies to all Sector AC facilities | No effluent limits for Sector AC | | |
| AQUATIC TOXICITY Section 7(e)(4) | Applies to all Sector AC facilities | Once in the 1st year of permit term | $LC_{50}$ for *Daphnia pulex* | None |
| IMPAIRED WATERS Section 7(e)(5) | Applies to all Sector AC facilities | Annually | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[2] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges | |

[1]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)).
[2]DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress.

*7(j)(30)*    *Sector AD – Reserved for Future Use*

7(j)(31)    *Sector AE – Bulk Solid De-icing Material Storage*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. The sector-specific requirements apply to those areas of the facility where those sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Subsection 7(j)(31) apply to stormwater discharges associated with industrial activity from Bulk Solid De-icing Material Storage facilities with the capacity to store, at any one time, 30,000 tons or more of solid de-icing materials and as identified by the SIC Codes specified under Sector AE in Appendix A.

(A)    Authorized Discharges

Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

(i)    Authorized Stormwater Discharges

All stormwater discharges associated with industrial activity in Sector AE are authorized.

(ii)    Authorized Non-Stormwater Discharges

There are no additional authorized non-stormwater discharges for Sector AE beyond those listed in Section 7(b)(11)(A).

(B)    Discharges Not Authorized by this Permit

Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

(i)    Prohibited Stormwater Discharges

None.

(ii)    Prohibited Non-Stormwater Discharges

This permit does not authorize the following discharges to the ground, storm drainage system, or any surface waters of the state: vehicle and equipment washwaters; the dry weather discharge of deicing chemicals.

The only non-stormwater discharges authorized by this permit are listed in Section 7(b)(11)(A).

(C)    Sector-Specific Definitions

In addition to the general definitions specified in Section 2, the permittees in Sector AE must also be aware of the following definitions:

"Bulk Solid De-icing Material Storage" means de-icing material storage facilities with the capacity to store, at any one time, 30,000 tons or more of solid de-icing materials.

"Surface Washwater," for the purposes of this permit, means water from the washdown or power wash of an external building or road surface which contains mobilized solids, oil and grease, chemical additives (e.g., detergents), dissolved salt, or other pollutants.

"De-icing Chemicals," for the purposes of this permit, means any chemicals used for de-icing purposes such as sodium chloride, calcium chloride, or calcium magnesium acetate as well as any additives to such chemicals such as molasses (e.g., Magic Minus Zero is a mixture of magnesium chloride and molasses).

(D)    Additional Control Measures

In addition to the general control measures specified in Section 7(b), the permittees in Sector AE must also implement the following additional control measures:

The permittee must determine the seasonal timeframe (e.g., December- February, October - March) during which bulk solid deicing material storage typically occurs at the facility. Implementation of control measures, including any BMPs, facility inspections and monitoring must be conducted with particular emphasis throughout the defined deicing season.

(i) Good Housekeeping (See also Section 7(b)(1))

The site must be swept, as needed, to prevent the discharge of de-icing material to waters of the state.

(ii) Minimize Exposure (See also Section 7(b)(2))

Bulk solid de-icing material storage facilities with the capacity to store, at any one time, 30,000 tons or more of solid de-icing materials, are exempt from the requirement in Section 7(b)(12) of this general permit to cover the solid de-icing material pile ("stockpile") by structural means (including a rigid or flexible roof) provided the following minimum best management practices are implemented and documented in the site SWPPP:

- Locate Stockpile on an Impermeable Surface (See also Section 7(b)(2))
- The bulk solid de-icing material storage facility must be located on a well-maintained paved and impermeable surface, adequate in size to accommodate the stockpile(s) and all operations associated with delivery, stockpiling, and distribution of de-icing material.
- Provide an Impermeable Cover
- The stockpile must be covered with an impermeable cover except when receiving deicing material, building the stockpile, or loading material out to customers. Fieldsewn seams must be double stitched. The impermeable cover must meet the following minimum specifications:

Material

Type:            Polyethylene
Weight:          6 oz/sq yard
Thickness:  12 mil

Tensile Strength
Warp:            200 lbs
Weft:            175 lbs

Tear Strength
Warp:            60 lbs
Weft:            50 lbs

Mullen Burst      420 psi

- The impermeable cover must be weighted down, and the perimeter of the impermeable cover must be secured to the pavement with ballast.
- Receipt/Delivery of De-icing Materials
- During receipt/delivery of de-icing materials to the site, the stockpile must be covered in sections or stages as de-icing material is delivered to create or augment a stockpile.
- Best efforts must be made to cover each section or stage within 24 hours following completion of delivery.
- When distributing/removing material from the site, the cover at the working face of the stockpile must be removed only enough to load out the day's shipment.
- Upon completion of the removal of material, the open face of the stockpile must be recovered to the maximum extent possible.

- Minimize the exposure of de-icing products such as Magic Minus Zero (Magnesium Chloride and molasses mixture) to rain, run-on stormwater, snow, or snowmelt.
- Run-off from bulk storage of de-icing products should not discharge to surface water.

    (iii)  Infiltration

Infiltration is a prohibited stormwater management practice in and around areas where de-icing materials are stored or stockpiled, or where stormwater has commingled with de-icing materials (see Aquifer Protection Areas, Appendix C). However, infiltration may be used to prevent uncontaminated stormwater from coming into contact with de-icing material stockpiles.

    (1)  Stormwater Run-on

Permittees should consult the Connecticut Stormwater Quality manual for general design guidance for stormwater conveyance systems that keep uncontaminated stormwater run-on from commingling with de-icing materials. Stormwater conveyance around the site's perimeter may include run-on channels, ditches, berms, and gutters.

    (2)  Best Engineering Practices

The permittee must ensure that any engineered stormwater drainage system meet the standards of best engineering practices and are properly designed, implemented, and maintained in accordance with the Connecticut Stormwater Quality Manual.

Any evaluation, construction, or modification of the design of an engineered stormwater drainage system, as defined in the Connecticut Stormwater Quality Manual, requires certification by a Professional Engineer. The certification and supporting documentation must be kept in the SWPPP (see also Section 7(c)(8)(D)).

(E)  Additional SWPPP Requirements

In addition to the general SWPPP requirements specified in Section 7(c), the permittees in Sector AE must also implement the following additional SWPPP requirements:

    (i)  Summary of Potential Pollutant Sources (See also Section 7(c)(2)(C))

The permittee must assess the potential for activities and facility areas to contribute pollutants to stormwater discharges and describe those activities in the SWPPP. The following is a list of potential pollutant sources (list not exclusive): vehicle washing area; onsite waste storage or disposal; areas where solid de-icing materials are exposed to stormwater. The SWPPP must also describe the precise chemical ingredients of the de-icing materials being stored on site (e.g., sodium chloride, calcium chloride, ferrocyanide). The Safety Data Sheets (SDSs) (formerly MSDSs or Material Safety Data Sheets) for all de-icing materials stored on-site must be kept in the SWPPP.

    (ii)  Bulk Solid De-icing Material Storage Operations

Permittees must describe any measures related to bulk solid de-icing materials storage in their SWPPP:

    (1)  Deicing Material Storage Period

Permittees must document in the SWPPP the seasonal timeframe (e.g., December-February, October - March) during which most deicing activities (e.g., loading, unloading, receiving) and de-icing material storage typically occur at the facility.

    (2)  Deicing Material Storage BMPs, Inspections, and Monitoring (See also Section 7(c)(2)(D))

The permittee must document in the SWPPP the implementation of control measures, including any BMPs for preventing stormwater from commingling with de-icing materials, as well as weekly facility inspections of de-icing stockpiles, and monitoring strategies for de-icing parameters. Emphasis must be placed on these activities throughout the defined deicing season.

(F)   Sector-Specific Inspection Requirements

In addition to the general inspection requirements specified in Section 7(d), the permittees in Sector AE must also implement the following additional inspection requirements:

Permittees must inspect areas around storage piles at least weekly with particular emphasis on minimizing the exposure of exposed de-icing materials to stormwater. Permittees must also inspect the covers for tears or holes and that BMPS haybales and catch basin inserts are working according to specifications.

(G)   Sector-Specific Monitoring Requirements

Table AE identifies monitoring requirements and frequencies for Sector AE which apply to both the primary industrial activity and any co-located industrial activities. The permittee may copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

(H)   Additional Requirements for Inactive and Unstaffed Sites

In addition to the general requirements for inactive sites listed in Sections 7(b), 7(c), 7(d), and 7(e), the permittees in Sector L must also inspect covered stockpiles monthly to ensure that solid de-icing materials are not exposed to rain, run-on stormwater, snow, or snowmelt.

(I)   Termination of Permit Coverage

There are no additional requirements for termination of permit coverage for Sector AE beyond those listed in Section 7(h).

| | | Table AE: All Monitoring Requirements for Sector AE (Bulk Solid De-icing Material Storage) | | |
|---|---|---|---|---|
| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
| BENCHMARK Section 7(e)(1) | Applies to all Sector AE facilities | Semiannually until requirements for benchmark monitoring exemption are met[1] | Chemical Oxygen Demand (COD) | 75 mg/L |
| | | | Total Oil and Grease (O&G) | 5.0 mg/L |
| | | | pH | 5.0 - 9.0 s.u. |
| | | | Total Suspended Solids (TSS) | 90 mg/L |
| | | | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen ($NO_3$-N) | 1.10 mg/L |
| | | | Total Copper (Cu) | 0.059 mg/L |
| | | | Total Lead (Pb) | 0.076 mg/L |
| | | | Total Zinc (Zn) | 0.160 mg/L |
| ADDITIONAL Section 7(e)(2) | Applies to all Sector AE facilities | Annually for permit term during de-icing season | Chloride[2] | None |
| | | | Cyanide[2] | None |
| EFFLUENT LIMITS Section 7(e)(3) | Applies to all Sector AE facilities | No effluent limits for Sector AE | | |
| AQUATIC TOXICITY Section 7(e)(4) | Applies to all Sector AE facilities | Once in the 1st year of permit term | $LC_{50}$ for Daphnia pulex | None |
| IMPAIRED WATERS Section 7(e)(5) | Applies to all Sector AE facilities | Annually | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[3] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges | |

[1]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)).
[2]These are deicing-related parameters. Collect samples and any required follow-up samples, during the timeframe defined in Section 7(j)(32)(D)(vii) when deicing material storage and activities are occurring. Monitor ONLY those discharge points that collect stormwater from areas where deicing material storage, loading, and unloading are occurring.
[3]DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress.

*7(j)(32)*     *Sector AF – Federal, State, or Municipal Fleet Facilities*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. The sector-specific requirements apply to those areas of the facility where those sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Sector AF apply to stormwater discharges associated with industrial activity from fleet repair and maintenance facilities operated by a federal, state, or municipal government. These facilities include (but are not limited to) National Guard fleet facilities, Connecticut Department of Transportation (CT DOT) garages, and municipal public works garages, as identified by the SIC Codes specified under Sector AF in Appendix A.

(A)     Authorized Discharges

Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

(i)     Authorized Stormwater Discharges

All stormwater discharges associated with industrial activity in Sector AF are authorized.

(ii)     Authorized Non-Stormwater Discharges

There are no additional authorized non-stormwater discharges for Sector AF beyond those listed in Section 7(b)(11)(A).

(B)     Discharges Not Authorized by this Permit

Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

(i)     Prohibited Stormwater Discharges

None.

(ii)     Prohibited Non-Stormwater Discharges

This permit does not authorize the following discharges to the ground, storm drainage system, or any surface waters of the state: vehicle, equipment, or surface washwater (including tank cleaning operations) containing any additive or chemical (e.g., detergent, flocculant, or algicide).

The only non-stormwater discharges authorized by this permit are listed in Section 7(b)(11)(A).

(C)     Sector-Specific Definitions

In addition to the general definitions specified in Section 2, the permittees in Sector AF must also be aware of the following definitions:

"Apron," or concrete apron, also known as "an approach," is a section of concrete inserted in one of more places in front of building or structure including in front of the entrance or around the perimeter.

"Surface Washwater," for the purposes of this permit, means non-stormwater discharges from external building or road surface washdown/power wash which contains mobilized solids, oil and grease, chemical additives (e.g., detergents), dissolved salt, or other pollutants.

(D)     Additional Control Measures

In addition to the general control measures specified in Section 7(b), the permittees in Sector AF must also implement the following additional control measures:

(i)  Vehicle and Equipment Storage

The permittee must minimize the potential for stormwater exposure to leaky or leak-prone vehicles/equipment awaiting maintenance. The following are possible control measures:

- Use drip pans under vehicles/equipment.
- Store vehicles and equipment indoors.
- Install berms or dikes.
- Use absorbents.
- Install roof or coverage over storage areas.
- Clean pavement surfaces to remove oil and grease (with proper washwater disposal).

(ii)  Vehicle and Equipment Fueling Areas

The permittee must minimize contamination of stormwater runoff from fueling areas. The following are possible control measures:

- Cover the fueling area (where feasible).
- Use spill/overflow protection and cleanup equipment.
- Minimize stormwater run-on/runoff to the fueling area.
- Use dry cleanup methods.
- Provide spill kits and catch basin covers nearby.
- Treat and/or recycle collected stormwater runoff.

(iii)  Vehicle and Equipment Cleaning

This permit does not authorize the discharge of vehicle/equipment washwaters to the ground, storm sewer system, or any surface waters of the state. Vehicle/equipment washwater must be authorized under a separate permit issued by the Commissioner (pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes) for discharge to the sanitary sewer or collected and hauled for proper disposal.

The permittee must minimize contamination of stormwater runoff from all areas used for vehicle/equipment cleaning. The permittee must implement the following (or other equivalent measures):

- Perform all cleaning operations indoors, where feasible.
- Cover the cleaning operation.
- Ensure that all washwater drains to a proper collection system such as a sanitary sewer system (in accordance with applicable state and local guidelines) or holding tank.

(iv)  Vehicle and Equipment Maintenance Areas

The permittee must minimize contamination of stormwater runoff from all areas used for vehicle/equipment maintenance. The permittee must implement the following (or other equivalent measures):

- Perform maintenance activities indoors, where feasible.
- Use drip pans.
- Keep an organized inventory of materials used in the shop.
- Drain all parts of fluids prior to disposal.
- Prohibit wet clean up practices if these practices would result in the discharge of pollutants to storm sewer systems, waterbodies, or wetlands.

- Use dry cleanup methods.
- Treat and/or recycle collected stormwater runoff.
- Minimize run-on/runoff of stormwater to and from maintenance areas.

(v)   Material Storage Areas

The permittee must maintain all material storage vessels (e.g., for used oil/oil filters, spent solvents, paint wastes, hydraulic fluids) to prevent contamination of stormwater and plainly label them (e.g., "Used Oil," "Spent Solvents"). To minimize discharges of pollutants in stormwater from material storage areas, implement the following or other equivalent, control measures (list not exclusive):

- Store the materials indoors.
- Install berms/dikes around the areas.
- Minimize runoff of stormwater to the areas.
- Use dry cleanup methods.
- Treat and/or recycle collected stormwater runoff.

(vi)   Locomotive Sanding (Loading Sand for Traction) Areas

The permittee must minimize discharges of pollutants in stormwater from locomotive sanding areas through implementation of control measures such as the following, (list not exclusive):

- Cover sanding areas.
- Minimize stormwater run-on/runoff.
- Use other appropriate sediment removal practices to minimize the offsite transport of sanding material by stormwater.

(vii)   Solid De-icing Material Storage (See also Section 7(b)(7))

The permittee must determine the seasonal timeframe (e.g., December- February, October - March) during which solid de-icing material storage typically occurs at the facility. Implementation of control measures, including any BMPs, facility inspections and monitoring must be conducted with particular emphasis throughout the defined deicing season.

The permittee must ensure that storage piles of deicing materials (including pure salt, salt alternatives or either of these mixed with other materials) used for deicing or any other commercial or industrial purposes that are in place for more than 180 days must be enclosed or covered by a rigid or flexible roof or other structural means. Such structure must not allow for the migration or release of material outside of the structure through its sidewalls or beyond the apron, especially when loading or unloading salt.

For temporary storage piles of de-icing materials in place for less than 180 days per year, a waterproof cover may be used to prevent exposure to precipitation (except for exposure necessary to add or remove materials from the pile).

In areas with a groundwater classification of GA or GAA, an impervious liner must be utilized under any de-icing material pile to prevent infiltration to groundwater. In addition, no new road salt or de-icing materials storage facilities must be located within a 100-year floodplain as defined and mapped for each municipality under 44 CFR 59 et seq. or within 250 feet of a well utilized for potable drinking water supply or within a Level A aquifer protection area as defined by mapping pursuant to section 22a-354c of the Connecticut General Statutes.

(viii)   Liquid De-icing Material Storage

The permittee must ensure that container for liquid de-icing materials be constructed with impermeable secondary containment which will hold at least 110% of the volume of the container without overflow from the containment area.

For storage containers for liquid de-icing materials, the permittee must identify containment control measures as part of the SWPPP. Containment control measure options may include but are not limited to:

- Regularly inspect equipment for spills or leaks and malfunctioning, worn, or corroded parts of equipment.

- Establish a preventative maintenance program.

- Use dry absorbents or other cleanup practices to collect spills or leaks.

- Install protection devices such as low-level alarms or equivalent devices.

- Implement containment or diversion structures to prevent spills or leaks from entering a storm sewer system.

- Use drainage control and other diversionary structures (dikes, impermeable berms, curbing, pits).

(ix)  Infiltration

Infiltration is a prohibited stormwater management practice in and around areas of vehicle and equipment fueling, service, maintenance, and cleaning (see Aquifer Protection Areas, Appendix C). However, infiltration may be used to prevent uncontaminated stormwater (i.e., run-on) from coming into contact with these industrial activities.

(1) Stormwater Run-on

Permittees should consult the Connecticut Stormwater Quality manual for general design guidance for stormwater conveyance systems that keep non-contaminated stormwater run-on away from areas of vehicle and equipment fueling, service, maintenance, and cleaning activities. Stormwater conveyance around the site's perimeter may include run-on channels, ditches, berms, and gutters.

(3) Best Engineering Practices

The permittee must ensure that any engineered stormwater drainage systems meet the standards of best engineering practices and are properly designed, implemented, and maintained in accordance with the Connecticut Stormwater Quality Manual.

Any evaluation, construction, or modification of the design of an engineered stormwater drainage system, as defined in the Connecticut Stormwater Quality Manual, requires certification by a Professional Engineer. The certification and supporting documentation must be kept in the SWPPP (see also Section 7(c)(8)(D)).

(x)  Employee Training

The permittee must train personnel within 90 days of employment and at least once a year in accordance with Section 7(b)(13) and address the following activities, as applicable:

- Used oil and spent solvent management.

- Fueling procedures.

- General good housekeeping practices.

- Proper painting procedures.

- Used battery management.

(E)   Additional SWPPP Requirements

In addition to the general SWPPP requirements specified in Section 7(c), the permittees in Sector AF must also implement the following additional SWPPP requirements:

(i)   Site Map (See also Section 7(c)(2)(B)(iii))

The permittee must identify in the SWPPP the following areas of the facility and indicate whether activities occurring there may be exposed to precipitation/surface runoff: vehicle and equipment storage areas (storage areas for vehicle/equipment with actual or potential fluid leaks); vehicle and equipment fueling areas; material storage areas; vehicle and equipment cleaning areas; vehicle and equipment maintenance areas; locomotive sanding (loading sand for traction) areas; liquid and solid de-icing material storage; other liquid storage tanks; loading/unloading areas; waste storage areas (areas where treatment, storage or disposal of wastes occur); other processing areas; and other storage areas.

(ii)   Summary of Potential Pollutant Sources (See also Section 7(c)(2)(C))

The permittee must assess the potential for activities and facility areas to contribute pollutants to stormwater discharges and describe those activities in the SWPPP. The following is a list of potential pollutant sources (list not exclusive): vehicle washing area; onsite waste storage or disposal; dirt/gravel parking areas for vehicles awaiting maintenance; illicit plumbing connections between interior floor drains and the storm sewer system(s); and fueling areas.

(iii)   Solid De-icing Material Storage

Permittees must describe any measures related to solid de-icing materials storage (if it occurs on site) in their SWPPP:

(iv)   Deicing Material Storage Period

Permittees must document in the SWPPP the seasonal timeframe (e.g., December-February, October - March) during which deicing activities and de-icing material storage typically occur at the facility.

(ii)   Deicing Material Storage BMPs, Inspections, and Monitoring

(See also Section 7(c)(2)(D)) The permittee must document in the SWPPP the implementation of control measures, including any BMPs for preventing stormwater from commingling with de-icing materials, as well as facility inspections of de-icing stockpiles, and monitoring strategies for de-icing parameters. Emphasis must be placed on these activities throughout the defined deicing season.

(F)   Sector-Specific Inspection Requirements

In addition to the general inspection requirements specified in Section 7(d), the permittees in Sector AF must also implement the following additional inspection requirements: storage areas for vehicles/equipment awaiting maintenance; fueling areas; indoor and outdoor vehicle/equipment maintenance areas; material storage areas; vehicle/equipment cleaning areas; de-icing material storage areas; and loading/unloading areas.

(G)   Sector-Specific Monitoring Requirements

Table AF identifies monitoring requirements and frequencies for Sector AF which apply to both the primary industrial activity and any co-located industrial activities. The permittee may copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

(i)   Monitoring for Chloride and Cyanide

Monitoring for chloride and cyanide for those facilities that have solid de-icing material storage must be conducted during the prescribed de-icing season (e.g., November through March).

(ii)   Federal, State, or Municipal Facilities Consisting Solely of Solid De-icing Material Storage

Federal, state, or municipal facilities consisting solely of solid de-icing material storage (i.e., satellite stations for de-icing storage) are not required to sample and are not subject the requirements in Table AF if they meet all of the following conditions:

- They do not perform vehicle repair and maintenance.
- They are not continually staffed.
- They do not store more than 30,000 tons of solid de-icing material at any one time.

(iii)   Federal, State, or Municipal Facilities without Vehicle Maintenance and Repair

Sector AF Facilities that do not conduct vehicle repair and maintenance on-site must conduct benchmark monitoring at least once per permit term.

Permittees for such facilities that do not conduct vehicle repair and maintenance on-site must utilize the following guidance in lieu of Section 7(f)(3)(A):

(1)   For any parameter with a value that is above the benchmark but less than two (2) times greater than the benchmark threshold, the permittee must review the SWPPP and existing stormwater control measures. The permittee must immediately review the selection, design, installation, and implementation of their stormwater control measures to ensure the effectiveness of existing measures and determine if modifications are necessary to meet the benchmark threshold for the applicable parameter. Examples may include the following: review sources of pollution, spill, and leak procedures, and/or non-stormwater discharges; conduct a single comprehensive clean-up; make a change in a subcontractor; implement a new control measure, and/or increase inspections.  After reviewing the SWPPP and stormwater control measures, the permittee must implement additional measures, considering good engineering practices, that would reasonably be expected to bring the site's exceedances below the parameter's benchmark threshold. The permittee must document actions taken in the SWPPP. No further sampling is required.

(2)   For any parameter with a value that is equal to or greater than two (2) times the benchmark, the permittee must review the SWPPP and Existing Stormwater Control Measures. The permittee must immediately review the selection, design, installation, and implementation of their stormwater control measures to ensure the effectiveness of existing measures and determine if modifications are necessary to meet the benchmark threshold for the applicable parameter. Examples may include the following: review sources of pollution, spill, and leak procedures, and/or non-stormwater discharges; conduct a single comprehensive clean-up; make a change in a subcontractor; implement a new control measure, and/or increase inspections. After reviewing the SWPPP and stormwater control measures, the permittee must implement additional measures, considering good engineering practices, that would reasonably be expected to bring the site's exceedances below the parameter's benchmark threshold. Once a SWPPP review is completed and control measures have been implemented, the permittee must sample the discharge to demonstrate the actions taken comply with the general permit and submit the results to DEEP.StormwaterStaff@ct.gov within 30 days of receipt. These steps must continue until the values for all the parameters are at or below the benchmark thresholds. The permittee must document actions taken in the SWPPP.

(H)   Additional Requirements for Inactive and Unstaffed Sites

There are no additional requirements for inactive and unstaffed sites for Sector AF beyond those required in Sections 7(b), 7(c), 7(d), and 7(e).

(I)     Termination of Permit Coverage

There are no additional requirements for termination of permit coverage for Sector AF beyond those listed in Section 7(h).

**Table AF: All Monitoring Requirements for Sector AF (Federal, State, or Municipal Government Fleet[1,2,3])**

| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
|---|---|---|---|---|
| BENCHMARK Section 7(e)(1) | Applies to all Sector AF facilities | Semiannually until requirements for benchmark monitoring exemption are met[1,2,3,4] | Chemical Oxygen Demand (COD) | 75 mg/L |
| | | | Total Oil and Grease (O&G) | 5.0 mg/L |
| | | | pH | 5.0 - 9.0 s.u. |
| | | | Total Suspended Solids (TSS) | 90 mg/L |
| | | | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen ($NO_3$-N) | 1.10 mg/L |
| | | | Total Copper (Cu) | 0.059 mg/L |
| | | | Total Lead (Pb) | 0.076 mg/L |
| | | | Total Zinc (Zn) | 0.160 mg/L |
| ADDITIONAL Section 7(e)(2) | Applies only Sector AF with incidental solid de-icing material storage | Annually for permit term during de-icing season | Chloride[5] | None |
| | | | Cyanide[5] | None |
| EFFLUENT LIMITS Section 7(e)(3) | Applies to all Sector AF facilities | No effluent limits for Sector AF | | |
| AQUATIC TOXICITY Section 7(e)(4) | Applies to all Sector AF facilities | Once in the 1st year of permit term[6] | $LC_{50}$ for *Daphnia pulex* | None |
| IMPAIRED WATERS Section 7(e)(5) | Applies to all Sector AF facilities | Annually | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[7] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges | |

[1]The requirements in Sector AF apply to stormwater discharges associated with industrial activity from fleet repair and maintenance facilities operated by a federal, state, or municipal government.
[2]Federal, state, or municipal facilities consisting solely of solid de-icing material storage (i.e., satellite stations for de-icing storage) are not required to sample and are not subject the requirements in Table AF.
[3]Sector AF Facilities that do not conduct vehicle repair and maintenance on-site must conduct benchmark monitoring at least once per permit term.
[4]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)).
[5]These are deicing-related parameters. Collect samples and any required follow-up samples, during the timeframe defined in Section 7(j)(31)(D)(vii) when deicing material storage is occurring. Monitor ONLY those discharge points that collect stormwater from areas where deicing material storage is occurring.
[6]Sector AF Facilities that do not conduct vehicle repair and maintenance on-site must conduct aquatic toxicity testing at the time of benchmark monitoring.
[7]DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress.

*7(j)(33)*     *Sector AG – Small-Scale Composting Facilities*

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. The sector-specific requirements apply to those areas of the facility where those sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

The requirements in Subsection 7(j)(30) apply to stormwater discharges associated with industrial activity from Small-Scale Composting facilities, as identified by the activity code "AG" under Sector AG in Appendix A.

(A)     Authorized Discharges

Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

   (i)     Authorized Stormwater Discharges

Most stormwater discharges associated with industrial activity are authorized for Sector AG. See subsection B(i) for exceptions.

   (ii)     Authorized Non-stormwater Discharges

There are no additional authorized non-stormwater discharges for Sector AG beyond those listed in Section 7(b)(11)(A).

(B)     Discharges Not Authorized by this Permit

Discharges not authorized by this permit must be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

   (i)     Prohibited Stormwater Discharges

Stormwater that has come into contact with the following is not authorized for discharge to surface water under this permit: chemical formulations sprayed to provide surface protection or coloring.

   (ii)     Prohibited Non-Stormwater Discharges

The following discharges are not authorized by this permit: contact washwater from washing trucks.

The only non-stormwater discharges authorized by this permit are listed in Section 7(b)(11)(A).

   (iii)     Commissioner's Affirmative Determination

Permittees in Sector AG must design their site such that stormwater runoff up to a 25-year, 24-hour rainfall will not discharge to surface waters. The SWPPP and associated site plan will be reviewed during registration to determine whether the site design is adequate to retain a 25-year, 24-hour rainfall event on site.

If the Commissioner concludes that the site is not in compliance with the above, the Commissioner may require the site design to be reviewed, amended as necessary, and certified by a Professional Engineer. Otherwise, the stormwater discharges must be authorized under this general permit as a Solid Waste Volume Reduction Facility (Sector L) or under a separate permit issued by the Commissioner (pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes).

(C)     Sector-Specific Definitions

In addition to the general definitions specified in Section 2, the permittees in Sector AG must also be aware of the following definitions:

"Aerated Static Piles Composting" means a composting method in which compost feedstock is mixed in large piles and loosely layered with carbon-based bulking materials such as branches, wood chips, or shredded newspaper for aeration; static piles may also have a network of pipes underneath the pile to move air through the pile.

"Compost Feedstock" (i.e., raw materials for composting) means feedstock, or raw materials, are those materials that will be processed for aerobic decomposition under controlled conditions (e.g., horse manure and bedding; food scraps from cafeterias and other food preparation establishments; grocery store organics; food processing residuals; spoiled produce; soiled paper; waxed corrugated cardboard; compostable packaging; and carbon sources such as bark, cardboard, leaves, mixed paper, newsprint, wheat straw, wood chips, and sawdust).

"Compost Leachate" means liquid that has passed through or emerged from feedstock piles, static aerated piles, or windrows, and contains dissolved, suspended, or miscible materials removed from such composting activities.

"Compost Wastewater" is a general term for leachate, drained free liquids, contaminated stormwater, and contact washwater from washing trucks, equipment, and exteriors and surface areas that have come in direct contact with compost feedstock or active composting operations in the facility.

"Composting Facility" means land, appurtenances, structures, or equipment where organic materials originating from another process or location that have been separated at the point or source of generation from nonorganic material are recovered using a process of accelerated biological decomposition of organic material under controlled aerobic or anaerobic conditions.

"Contaminated Stormwater" means stormwater that comes into direct contact with compost piles, compost feedstock handling and process areas, drained free liquids, compost leachate, and trucks, equipment, or machinery that have been in direct contact with the compost materials.

"Drained Free Liquids" means aqueous wastes drained from in-vessel composting containers (e.g., drums) or other rigid containers for the storage of compost feedstock or compost.

"In-vessel Composting" means a composting method in which compost feedstock is placed in a drum, silo, or concrete-lined trench where environmental conditions are mechanically controlled, and compost feedstock is physically turned or mixed.

"Non-contaminated Stormwater" means stormwater that does not come into direct contact with compost piles, the compost feedstock handling and treatment areas, composted final product, or composting wastewater.

"Small-scale Composting Facility" mean facilities that process less than 5,000 cubic yards per year of one or more of the following source-separated organic materials (i.e., compost feedstock): horse manure and bedding; food scraps from cafeterias and other food preparation establishments; grocery store organics; food processing residuals; spoiled produce; soiled paper; waxed corrugated cardboard; compostable packaging; and carbon sources such as bark, cardboard, leaves, mixed paper, newsprint, wheat straw, wood chips, and sawdust, as well as any other bulking agents.

"Source-separated Organic Material" means organic material, including, but not limited to, food scraps, food processing residue and soiled or unrecyclable paper that has been separated at the point or source of generation from nonorganic material.

"Windrow Composting" means composting method in which compost material is arrayed in long rows (approximately 4-8 feet in height and14-16 feet width) and aerated periodically by turning.

(D)   Additional Control Measures

Where composting operations are exposed to rainfall or runoff, the permittee must retain the runoff from the 25-year, 24-hour rainfall event. In addition to the general control measures specified in Section 7(b), the permittees in Sector AG must also implement the following control measures or equivalent measures (list not exclusive):

(i)   Management of Stormwater (See also Section 7(b)(10) and Section 7(b)(12))

(1)   Stormwater Runoff

Permittees in Sector AG should consult the Connecticut Stormwater Quality manual for general design guidance for structural control measures to attenuate or eliminate stormwater runoff from the site. Measures which can reduce stormwater volume include infiltration BMPs (infiltration trench, infiltration chamber, infiltration basin, dry well, infiltrating catch basin), filtering BMPs (bioretention systems, sand filters), and vegetated buffers.

A soil evaluation is required for all proposed stormwater infiltration systems to confirm critical soil characteristics and subsurface conditions at the location of the proposed system including soil types, depth to the seasonal high groundwater table, depth to bedrock, and soil infiltration rates (or hydraulic conductivity). This information is used to determine if stormwater infiltration is appropriate for use at the site and to support the design of the infiltration system.

(2)   Stormwater Run-on

Permittees in Sector AG should consult the Connecticut Stormwater Quality manual for general design guidance for stormwater conveyance systems that keep non-contaminated stormwater run-on from commingling with compost materials. Stormwater conveyance around the site's perimeter may include run-on channels, ditches, berms, and gutters.

(3)   Preserving Vegetated Buffers

Permittees in Sector AG should consult the Connecticut Stormwater Quality manual for general design guidance for preserving vegetated buffers. Vegetated buffers are naturally vegetated areas between industrial activity and surface waterbodies and wetlands which can mitigate stormwater run-off flow rates, filter runoff, and promote infiltration.

(ii)   Stormwater Treatment

To prevent contaminated stormwater or compost wastewater (leachate, drained free liquids, contaminated stormwater, and contact washwater) from commingling with or polluting a facility's stormwater discharges, or otherwise causing pollution to the waters of the state, the permittees in Sector AG must also implement the following control measures or equivalent measures (list not exclusive):

(1)   Treatment BMPs

Permittees in Sector AG should consult the Connecticut Stormwater Quality manual for general design guidance for BMPs which provide treatment to stormwater such as Stormwater Pond BMPs (wet pond, extended detention pond), and Stormwater Wetland BMPs (subsurface gravel wetland, shallow wetland).

(2)   Compost Leachate Collection and Treatment

Permittees may implement and maintain all elements of a leachate collection and treatment system, to prevent commingling of leachate with stormwater.

(iii)   Best Engineering Practices

The permittee must ensure that any engineered stormwater drainage system meet the standards of best engineering practices and are properly designed, implemented, and maintained in accordance with the Connecticut Stormwater Quality Manual.

Any evaluation, construction, or modification of the design of an engineered stormwater drainage system, as defined in the Connecticut Stormwater Quality Manual, requires certification by a Professional Engineer. The certification and supporting documentation must be kept in the SWPPP (see also Section 7(c)(8)(D)).

(E)   Additional SWPPP Requirements

In addition to the general SWPPP requirements specified in Section 7(c), the permittees in Sector AG must also implement the following additional SWPPP requirements:

(i)   Site Map

The permittee must include in their site map the following list:

- Site boundaries for active composting activities (e.g., in-vessel composting, windrows, or aerated static piles).
- Site boundaries where blending of end-product is occurring.
- Site boundaries for feedstock hauling, loading, or transfer.
- Outdoor areas for compost feedstock storage, processing, and curing.
- Outdoor areas for storage of bulking materials (dry carbon matter for mixing), topsoils, or other additives for final blended product.
- Outdoor areas for chemical storage (e.g., fertilizers, pesticides).
- Outdoor equipment storage, cleaning, and maintenance areas.
- Access and haul roads.
- Outline of the drainage areas of each stormwater discharge point within the facility with indications of the types of discharges from the drainage areas.
- Locations of any known compost leachate springs or other areas where uncontrolled leachate may commingle with stormwater runoff.
- Locations of any leachate collection and handling systems.

(ii)   Summary of Potential Pollutant Sources

The permittee must document in the SWPPP the following sources and activities, as well as any others, that have the potential to contribute pollutants to stormwater runoff:

- Tabular inventory of the compost feedstock materials (i.e., raw materials) and nature of materials composted (e.g., "yard waste", "commercial food waste", "domestic food waste", etc.).
- Bulking materials (leaves, newsprint, wood chips) used as a carbon source.
- Materials, including daily, interim, and final used as cover for stockpiles or for blending final product.
- Fertilizers, herbicides, and pesticides.
- Uncontrolled leachate flows.
- Any failure or leaks from any leachate collection and treatment systems.

(iii)   Composting Operations

The permittee must document how the following criteria have been included in the design of the small-scale composting operations:

- Quantities of source materials to be composted.
- Origin of source materials to be composted.

- Target carbon-nitrogen ratio.
- Target moisture content.
- Mix ratios of source materials.
- Method for mixing materials.
- Equipment used in all phases of composting.
- Turning schedule.
- Temperature monitoring.
- Composting and curing times.
- Odor control.
- Area requirements.
- End market for compost product.

(F) Sector-Specific Inspection Requirements

In addition to the general inspection requirements specified in Section 7(d), the permittees in Sector AG must also implement the following additional inspection requirements:

Permittees must inspect composting sites at least once every seven (7) days. Focus should be on areas of feedstock transfer, storage, and processing; areas where aerated static piles or windrows have not matured (fresh piles); areas used for storage of materials which have structural control measures in place (berms, ditches, etc.); evidence of compost leachate or drained free liquid which can migrate into surface waters; any leachate collection and treatment systems; and locations where equipment and waste trucks enter and exit the site. Ensure that sediment and erosion control measures as well as storm water retention controls are operating properly. For areas with mature piles or windrows where composting has been completed, or the areas for the storage of blended final product, conduct inspections at least once every month.

(G) Sector-Specific Monitoring Requirements

Where composting operations are exposed to rainfall or runoff, the permittee must retain the runoff from the 25-year, 24-hour rainfall event on site. When a 25-year, 24-hour rainfall event cannot be retained on site, and the site discharges to surface waters, Table AG identifies monitoring requirements and frequencies for Sector AG which apply to both the primary industrial activity and any co-located industrial activities. The permittee may copy this table into their SWPPP (pursuant to Section 7(c)(2)(F)), adjusting only for any impaired waters monitoring requirements.

(H) Additional Requirements for Inactive and Unstaffed Sites

This permit covers are stormwater discharges from inactive sites. In addition to the general requirements for inactive sites listed in Sections 7(b), 7(c), 7(d), and 7(e), the permittees in Sector AG must also implement the following measures:

(i) Inspections

No inspection exemptions for unstaffed or inactive facilities. Permittees in Sector AG must continue to inspect quarterly in accordance with the SWPPP.

(ii) Control Measures

For inactive or unstaffed small-scale composting facilities which still have composting materials outside (composting feedstock, compost aerated static piles or windows, bulking materials, blending materials, etc.), the following control measures are required:

(1) Preventative Maintenance Program

As part of the preventative maintenance program, the permittee must maintain the following: all elements of any leachate collection and treatment systems, to prevent commingling of leachate with stormwater; the integrity and effectiveness of any structural control measures (including repairing berms, ditches, or swales) to eliminate stormwater runoff to surface waters; storm-resistance covering for any chemicals or materials that remain stored outdoors.

(2) Erosion and Sedimentation Control

The permittee must provide temporary slope stabilization for the following to minimize erosion and sediment in stormwater discharges: both inactive (i.e., finished) areas of compost and active compost piles; finished composted product; materials stockpiled for daily, intermediate, and final use; and any other bulking or blending materials stockpiled outdoors.

(I) Termination of Permit Coverage

In addition to the general requirements for terminating permit coverage listed in Sections 7(h), the permittees in Sector AG must also implement the following measures for terminating coverage:

(i) Remove or otherwise properly dispose of any of the following materials stored outdoors:

- Active composting activities (e.g., in-vessel composting, windrows, or aerated static piles).
- Compost feedstock.
- Bulking materials (dry carbon matter for mixing), topsoil, or other additives for final blended product.
- Chemicals (e.g., fertilizers, pesticides).

| Table AG. All Monitoring Requirements for Sector AG (Small-Scale Composting of Food Scraps, Manure, and Yard Waste[1]) | | | | |
|---|---|---|---|---|
| MONITORING TYPE | INDUSTRIAL ACTIVITY | SCHEDULE | PARAMETER | THRESHOLD OR LIMIT |
| BENCHMARK Section 7(e)(1) | Applies to all Sector AG facilities | Semiannually until requirements for benchmark monitoring exemption are met[2] | Chemical Oxygen Demand (COD) | 75 mg/L |
| | | | pH | 5.0 - 9.0 s.u. |
| | | | Total Suspended Solids (TSS) | 90 mg/L |
| | | | Total Phosphorus (TP) | 0.40 mg/L |
| | | | Total Kjeldahl Nitrogen (TKN) | 2.30 mg/L |
| | | | Nitrate as Nitrogen ($NO_3$-N) | 1.10 mg/L |
| ADDITIONAL Section 7(e)(2) | Applies to all Sector AG facilities | No additional monitoring for Sector AG | | |
| EFFLUENT LIMITS Section 7(e)(3) | Applies to all Sector AG facilities | No effluent limits for Sector AG | | |
| AQUATIC TOXICITY Section 7(e)(4) | Applies to all Sector AG facilities | Once in the 1st year of permit term | $LC_{50}$ for *Daphnia pulex* | None |
| IMPAIRED WATERS Section 7(e)(5) | Applies to all Sector AG facilities | Annually | Refer to the Connecticut DEEP Water Quality Plans and Assessment Map[3] to determine impairment status and relevant Total Maximum Daily Loads (TMDLs) of receiving water for stormwater discharges | |

[1]Small-scale composting facilities are those facilities that process less than 5,000 cubic yards per year of one or more of the following source separated organic materials, including but not limited to: horse manure and bedding; food scraps from cafeterias and other food preparation establishments; grocery store organics; food processing residuals; spoiled produce; soiled paper; waxed corrugated cardboard; compostable packaging; and including carbon-based bulking materials such as sawdust, woodchips, and leaves.

[2]Facilities may qualify for benchmark exemptions for a maximum of 2 years at a time (see also Section 7(e)(1)).

[3]DEEP Water Quality Plans and Assessment Map: https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress.

*7(j)(34)*     *Sector AH – Stormwater Discharges Designated by the Commissioner as Requiring Permits*

This sector is primarily intended for use by discharges designated by the Commissioner as needing a stormwater permit (which is an atypical circumstance), and the permittee's facility may or may not normally be discharging stormwater associated with industrial activity. The permittee must obtain the Commissioner's written permission to use this Sector prior to submitting a registration. If the permittee is authorized to use this permit, they will still be required to ensure that their discharges meet the basic eligibility provisions of this permit at Section 3.

The permittee must comply with these sector-specific requirements associated with the primary industrial activity and any co-located industrial activities, as defined in Section 2. The sector-specific requirements apply to those areas of the facility where those sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

Sector AH is used to provide permit coverage for facilities designated by the Commissioner as needing a stormwater permit, and any discharges of stormwater associated with industrial activity not described by Sectors A-AG. The requirements in Subsection 7(j)(34) apply to stormwater discharges associated with industrial activity and are identified by the activity code "AH" under Sector AH in Appendix A.

(A)    Authorized Discharges

Subsections (A)(i) and A(ii) describe the discharges authorized by this permit.

(i)    Authorized Stormwater Discharges

The Commissioner will notify the permittee of the authorized stormwater discharges.

(ii)    Authorized Non-Stormwater Discharges

The Commissioner will notify the permittee of any additional authorized non-stormwater discharges beyond those listed in Section 7(b)(11)(A).

(B)    Discharges Not Authorized by this Permit

Discharges not authorized by the Commissioner must be eliminated or be authorized by a separate permit issued pursuant to Section 22a-430 or 22a-430b of the Connecticut General Statutes.

(i)    Prohibited Stormwater Discharges

The Commissioner will notify the permittee of any prohibited stormwater discharges.

(ii)    Prohibited Non-Stormwater Discharges

The Commissioner will notify the permittee of any prohibited non-stormwater discharges.

(C)    Sector-Specific Definitions

The Commissioner will notify the permittee of any additional definitions beyond those listed in Section 2.

(D)    Additional Control Measures

The Commissioner will notify the permittee of any additional control measures beyond those listed in Section 7(b).

(E)    Additional SWPPP Requirements

The Commissioner will notify the permittee of any additional SWPPP requirements beyond those listed in Section 7(c).

(F)    Sector-Specific Inspection Requirements

The Commissioner will notify the permittee of any additional inspection requirements beyond those listed in Section 7(d).

(G)    Sector-Specific Monitoring Requirements

(See also Section 7(e)) The Commissioner will establish any monitoring and reporting requirements for the permittee's facility prior to authorizing them to be covered by this permit. Monitoring requirements will be based on the nature of activities at the facility and the stormwater discharges.

(H)    Additional Requirements for Inactive and Unstaffed Sites

The Commissioner will notify the permittee of any additional requirements for inactive and unstaffed sites beyond those required in Sections 7(b), 7(c), 7(d), and 7(e).

(I)    Termination of Permit Coverage

The Commissioner will notify the permittee of any additional requirements for termination of permit coverage beyond those listed in Section 7(h).