# Exhibit C

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> Defendants. | Case No: 3:21-cv-00933-VDO <br><br> May 6, 2025 |

## **DECLARATION OF DOUGLAS A. HENDERSON**

I, Douglas A. Henderson, hereby declare under penalty of perjury as follows:

1. I am an attorney licensed to practice law in the State of Georgia and admitted to practice before this Court via *pro hac vice* admission (PHV No. 05547). I am counsel of record for Defendants in the above-captioned matter and have personal knowledge of the facts set forth herein.

2. I submit this Declaration in support of Defendants' Motion to Stay Discovery and Proceedings Related to Plaintiff's "Climate Change" Allegations in Counts I-IX of Complaint, and the attendant Request for Expedited Consideration Pursuant to Local Rules 7(a)(4) and 7(a)(6). I have personal knowledge of the information contained within this Declaration.

3. To the best of my knowledge, all documents attached to Defendants' Motion to Stay

Discovery are true and correct copies.

4. On April 25, 2025, Defendants sent written correspondence to Plaintiff requesting to meet and confer regarding the filing of a joint motion to stay discovery and proceedings related to Plaintiff's "climate change" and "climate adaptation" allegations for the reasons set forth in this motion. Thereafter, counsel for Defendants met with counsel to Plaintiff via teleconferences on April 28, 2025 and May 2, 2025 to discuss same.

5. On the teleconferences, Defendants advised Plaintiff of their positions outlined in this motion and requested Plaintiff's agreement to a proposed stay of discovery and proceedings regarding Plaintiff's "climate change" and "climate adaptation" allegations pending CT DEEP's finalization of the Draft Permit. Plaintiff responded that it would not agree to the proposed stay, in part because Plaintiff believed any motion premised on the Draft Permit would be premature at this point due to its draft nature.

6. In light of Plaintiff's refusal to stay discovery and proceedings until the Draft Permit is finalized, Court intervention has become necessary.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 6, 2025

/s/ Douglas A. Henderson
Douglas A. Henderson (phv05547)