**DEFENDANTS' REQUEST FOR LEAVE TO SUBMIT ADDITIONAL EXHIBITS**

Under Section 4 of the Discovery Order [ECF 473], Defendants request leave to submit the following exhibits in support of its Motion to Strike Improper Expert Opinions:

- **Proposed Exhibits A, B and C**: These exhibits are the July 28, 2020, February 17, 2021, and November 21, 2024, Pre-Suit Notices of Intent to Sue served by CLF. These exhibits support Defendants' motion because many of the alleged violations in CLF's expert reports are not found in any of these NOIs, as required by law. As a result, CLF may not now pursue claims based on the alleged violations not found in CLF's NOIs.

- **Proposed Exhibit D**: This exhibit contains excerpts from CLF's July 28, 2020 NOI served Buckeye PT Terminals. The Buckeye NOI supports Defendants' position because it shows that CLF understood that it needed to include all of the alleged violations in its NOI, including those it omitted from the NOIs in this citizen suit.

- **Proposed Exhibit E (designated "Confidential")**: These are excerpts from the report of Richard Horner. This exhibit supports Defendants' motion because Dr. Horner's opinions are based on alleged violations not included in CLF's NOIs.

- **Proposed Exhibit F (designated "Confidential")**: These are excerpts from the report of Robert Nairn. This exhibit supports Defendants' motion because Mr. Nairn's opinions are based on alleged violations not included in CLF's NOIs.

- **Proposed Exhibit G (designated "Confidential")**: These are excerpts from the report of Wendi Goldsmith. This exhibit supports Defendants' motion because Dr. Goldsmith's opinions are based on alleged violations not included in CLF's NOIs.

- **Proposed Exhibit H (designated "Confidential")**: These are excerpts from the report of Naomi Oreskes. This exhibit supports Defendants' motion because Dr. Oreskes's opinions are based on alleged violations not included in CLF's NOIs.

- **Proposed Exhibit I (designated "Confidential")**: These are excerpts from the report of Matthew Barlow. This exhibit supports Defendants' motion because Dr. Barlow's opinions are based on alleged violations not included in CLF's NOIs.

- **Proposed Exhibit J (designated "Confidential")**: These are excerpts from the report of Joshua Macey. This exhibit supports Defendants' motion because Prof. Macey's opinions are based on alleged violations not included in CLF's NOIs.

- **Proposed Exhibit K (designated "Confidential")**: These are excerpts from the report of James O'Donnell. This exhibit supports Defendants' motion because Dr. O'Donnell's opinions are based on alleged violations not included in CLF's NOIs.