UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> *Plaintiff*, <br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> *Defendants*. | Civil Action No. 3:21-cv-00933-VDO <br><br> May 27, 2025 |

## JOINT STATUS REPORT

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Equilon Enterprises LLC d/b/a Shell Oil Products US, Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file this Joint Discovery Status Report, as directed in the Court's Orders of April 4, 2024, ECF 378, and Sept. 30, 2024, ECF 476 Tr. at 28:18.  For the sake of brevity, the Parties incorporate by reference their prior Joint Discovery Status Reports. *See* ECF 383, 387, 402, 417, 421, 424, 427, 436, 443, 447, 455, 457, 458, 463, 477, 479, 483, 493, 500, 503, 511, 521, 532, 539, 544, 558, 564, 578, and 589.

**Discovery Status**

*Confidentiality Designation and Privilege Log Dispute*

As reported in the March 3 and 17 reports (ECF 539 and 544, respectively), the Parties remain at an impasse.

Additionally, as reported in the May 12 report (ECF 589), the Parties continue to meet and confer regarding Defendants' deficiency letter to CLF identifying issues with CLF's document productions and privilege logs.  The Parties also wait for the Court to provide guidance on CLF's

1

assertion of the associational privilege, which may result in additional challenges to the sufficiency and contents of CLF's privilege logs. *See* ECF 469.

*Depositions*

CLF took the 30(b)(6) deposition of Brian Evans on February 12, 2025. On March 20, 2025, the Parties submitted their respective positions to the Court per the Court's instructions. *See* ECF 542, 549–554, 556, 557. On April 15, 2025, the Court issued an order (ECF 566), granting CLF's motion to compel in part and denying it in part, and allowing CLF to take additional testimony under Topics 23 and 24. Defendants have indicated Michael Sullivan will be prepared on these topics and the Parties have agreed to schedule the deposition for June 11, 2025.

As reported in the April 28 report (ECF 578), non-party witness Sergio Jaramillo's deposition has been noticed for May 28, 2025. Regarding Plaintiff's 30(b)(6) deposition, the parties have met and conferred in accordance with this Court's Order (ECF 593), and Plaintiff has offered to produce its 30(b)(6) witness for deposition on June 3, 2025. The parties continue to meet and confer on the date of Plaintiff's 30(b)(6) deposition, and anticipate that they will be able to finalize an agreed date for this deposition in the coming days. Once these depositions are completed, this will mark the completion of fact witness depositions in this case, barring any further relief granted from pending motions.

**CLF's Partial Objection to The Magistrate Judge's Ruling on CLF's Emergency Motion to Amend the Scheduling Order and for Sanctions**

In response to Defendants' supplemental production of documents on April 25, 2025 CLF filed an Emergency Motion to Amend the Scheduling Order and for Sanctions (ECF 569). The Court ruled on May 1, 2025, (ECF 582) granting in part and denying in part. On May 15, 2025 CLF filed an objection pursuant to Rule 72(b)(2) and Local Rule 72.2(b) regarding the part of the ruling that denied CLF's motion with prejudice as to a continued deposition over the newly

supplemented documents.

**Defendants' Motion to Stay**

On May 6, 2025, Defendants filed a Motion to Stay Discovery and Proceedings Related to Plaintiff's "Climate Change" and "Climate Adaptation" Allegations, pending the upcoming finalization of the Connecticut Department of Energy and Environmental Protection's ("CT DEEP") Draft Industrial Stormwater Permit. Plaintiff has indicated its intent to oppose the Motion, and the Court has directed Plaintiff to file its written opposition by May 28, 2025.

**Expert Reports and Defendants' Motion to Strike**

Plaintiffs served Defendants with seven expert reports on May 8, 2025. The parties met and conferred regarding various claims and opinions in Plaintiff's expert reports that Defendants believe should be stricken, and reported impasse on this discovery dispute on May 19, 2025. Pursuant to this Court's Order (ECF 593), Defendants submitted its motion to strike certain of CLF's expert reports on Friday, May 23, 2025. CLF's opposition brief is due by 5:00pm on Friday, May 30, 2025 (ECF 597). The Court has granted an initial extension of Defendants' expert report deadline to June 23, 2025, and has indicated that it may consider a further extension of this deadline pending review of the parties' letter briefing on Defendants' Motion to Strike (ECF 598).

Dated: May 27, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ James M. Meinert* | */s/ Rose H. Jones* (with permission) |
| James Y. Meinert (ct31637) | Rose H. Jones |
| Zachary Manley (phv207600)* | Hilgers Graben PLLC |
| Conservation Law Foundation, Inc. | 1372 Peachtree Street, N.E. |
| 62 Summer St | 19th Floor |
| Boston, MA 02110 | Atlanta, GA 30309 |
| Tel: (617) 850-1744 | Tel: (678) 229-1983 |

Tel: (617) 850-1707  
E-mail: jmeinert@clf.org  
E-mail: zmanley@clf.org  

Christopher M. Kilian (ct31122)  
Kenneth J. Rumelt (phv207130)*  
Conservation Law Foundation, Inc.  
15 East State Street, Suite 4  
Montpelier, VT 05602  
Tel: (802) 223-5992  
Tel: (802) 622-3020  
E-mail: ckilian@clf.org  
E-mail: krumelt@clf.org  

Ana McMonigle (ct31370)  
Conservation Law Foundation, Inc.  
195 Church Street  
Mezzanine Level, Suite B  
New Haven, CT 06510  
Tel: (203) 298-7692  
E-mail: amcmonigle@clf.org  

James Crowley (ct31319)  
Conservation Law Foundation, Inc.  
235 Promenade Street  
Suite 560, Mailbox 28  
Providence, RI 02908  
Tel: (401) 228-1905  
Email: jcrowley@clf.org  

Chance Raymond (ct31311)  
Chance the Lawyer, LLC  
650 Poydras Street  
Suite 1400 PMB #2574  
New Orleans, LA 70130  
Phone: (832) 671-6381  
E-mail: chancethelawyer@gmail.com  

Linda Singer (phv208339)*  
Elizabeth Smith (phv208361)*  
Motley Rice LLC  
401 9th St. NW, Suite 630  
Washington, DC 20004  
Tel: (202) 386-9626  
Tel: (202) 386-9627  
Email: lsinger@motleyrice.com  

E-mail: rjones@hilgersgraben.com  

Antonio E. Lewis  
King & Spalding, LLP  
300 S Tryon Street  
Suite 1700  
Charlotte, NC 28202  
Tel: (704) 503-2551  
E-mail: alewis@kslaw.com  

Douglas A. Henderson  
King & Spalding, LLP  
1180 Peachtree Street, N.E.  
Atlanta, GA 30309  
Tel: (404) 572-2769  
E-mail: dhenderson@kslaw.com  

Anthony G. Papetti (phv206982)*  
Beveridge & Diamond, P.C.  
825 Third Ave., 16th Floor  
New York, NY 10022  
Tel: (212) 702-5400  
Fax: (212) 702-5442  
E-mail: apapetti@bdlaw.com  

Roy D. Prather III (phv206800)*  
Beveridge & Diamond, P.C.  
20 North Charles Street, Suite 2210  
Baltimore, MD 21201-4150  
Tel: (410) 230 -1305  
E-mail: rprather@bdlaw.com  

James O. Craven (ct18790)  
WIGGIN AND DANA LLP  
One Century Tower  
265 Church Street  
P.O. Box 1832  
New Haven, CT 06508-1832  
Tel: (203) 498-4400  
Fax: (203) 782-2889  
E-mail: jcraven@wiggin.com  

John S. Guttmann (ct25359)  
BEVERIDGE & DIAMOND, P.C.  
1900 N Street, NW, Suite 100  
Washington, DC 20036

Email: esmith@motleyrice.com

Michael Pendell (ct27656)
Motley Rice LLC
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Tel: (860) 218-2722
Email: mpendell@motleyrice.com

Ridge Mazingo (phv208402)*
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9620
Email: rmazingo@motleyrice.com

Vincent Greene (phv208487)*
Motley Rice LLC
40 Westminster St., 5th Floor
Providence, RI 02903
Tel: (401) 457-7730
Email: vgreene@motleyrice.com

*Attorneys for Plaintiff*
*Conservation Law Foundation, Inc.*
*\*Admitted as Visiting Attorney*

Tel: (202) 789-6020
Fax: (202) 789-6190
E-mail: jguttmann@bdlaw.com

Bina R. Reddy (phv20420)*
BEVERIDGE & DIAMOND, P.C.
400 West 15th Street, Suite 1410
Austin, TX 78701-1648
Tel: (512) 391-8000
Fax: (202) 789-6190
E-mail: breddy@bdlaw.com

*Counsel for Defendants*