# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., | |
| *Plaintiff*, | Civil Action No. 3:21-cv-00933-VDO |
| v. | |
| SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, | May 28, 2025 |
| *Defendants*. | |

## DECLARATION OF ATTORNEY JAMES Y. MEINERT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STAY

I, James Meinert, an attorney for Plaintiff Conservation Law Foundation, Inc., ("CLF") in this matter, state as follows:

1.       I am an Attorney at CLF and have knowledge of the facts contained herein. This declaration is based on my personal knowledge and can be verified by correspondence and other documents filed with CLF's Opposition to Defendants' Motion to Stay (ECF 604) and cited in this Affidavit.

2.       In accordance with the Scheduling Order (ECF 582), CLF timely made its Expert Disclosures on May 8, 2025, of seven expert reports. Only CLF disclosed reports on that deadline.

3.       The parties met and conferred on the request for a stay on April 28, 2025 and May 2, 2025. In both meet and confers, Defendants presented arguments on why CLF should stay both this matter and a similar matter in the District of Rhode Island against some of the same defendants. CLF noted the legal arguments had no basis in law and stated CLF opposed a stay in both cases.

EXHIBIT A

4.      In the May 2 meet and confer, Defendants stated they have no present intention to

file a Rule 11 motion.

5.      I declare under penalty of perjury that the foregoing is true and correct.


EXECUTED this 28th of May, 2025.


                                                    */s/ James Y. Meinert*
                                                    James Y. Meinert (ct31637)