# EXHIBIT A

**to Conservation Law Foundation's Reply Brief Opposing Defendants' Opposition to Plaintiff's Partial Objection to the Magistrate Judge's Order No. 582 (Dkt. No. 617)**

**FILED UNDER SEAL**