# **EXHIBIT C**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> *Plaintiff*, <br> v. <br><br> EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> *Defendants*. | Civil Action No. 3:21-cv-00933-VDO <br><br><br> June 4, 2025 |

### DECLARATION OF CARMEN R. TOLEDO

I, Carmen R. Toledo, hereby declare under penalty of perjury as follows:

1. I am an attorney licensed to practice law in the State of Georgia and admitted to practice before this Court via pro hac vice. I am counsel of record for Defendants in the above captioned matter and have personal knowledge of the facts set forth herein.

2. I submit this Declaration in support of Defendants' Response To Plaintiff Conservation Law Foundation Inc.'s ("CLF" or "Plaintiff") Motion To Seal [ECF 605].

3. I have personally reviewed Plaintiff's Motion to Seal [ECF 605] portions of its Opposition to Defendants' Motion to Stay [ECF 604] ("Plaintiff's Motion") and Exhibits D-M thereto (ECF Nos.607-616).

4. **Exhibit F** is excerpts from the deposition of Paul Verlaan's 30(b)(6) deposition dated March 20, 2025. The testimony relates to and describes confidential, commercially sensitive documents concerning Shell's internal Design and Engineering Practices ("DEPs"), including Shell's internal procedures on the development and implementation of the DEPs, and Shell's

internal Metocean team's work related to climate adaptation and corresponding evaluations of assets.

5.  **Exhibit M** is Plaintiff's expert report authored by expert witness Wendi Goldsmith, dated May 8, 2005.  Upon its production on May 8, 2025, Plaintiff properly marked Dr. Goldsmith's report as confidential because it references and discusses in detail both documents and deposition testimony that has been designated as confidential in this case.  Specifically, Dr. Goldsmith's report references and discusses documents and testimony concerning the commercially sensitive and non-public aspects of Shell's internal DEPs, including Shell's internal procedures on the development and implementation of the DEPs, and Shell's internal Metocean team's work related to climate adaptation and corresponding evaluations of assets.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 4, 2025

*/s/ Carmen R. Toledo*

_____
Carmen R. Toledo