# EXHIBIT D

# EXHIBIT F

CONFIDENTIAL

Page 1

1              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF CONNECTICUT
2

    CONSERVATION LAW           NO.
3   FOUNDATION, INC.,          3:21-cv-00933-JAM
           Plaintiff,
4

    VERSUS
5

    SHELL OIL COMPANY,
6   EQUILON ENTERPRISES LLC
    D/B/A SHELL OIL PRODUCTS    CONFIDENTIAL
7   US, SHELL PETROLEUM INC.,
    TRITON TERMINALING LLC,
8   and MOTIVA ENTERPRISES,
    LLC,
9          Defendants.
10
11          *****************************************
                ORAL VIDEOTAPED DEPOSITION OF
12                    PAUL VERLAAN
                    MARCH 20, 2025
13          *****************************************
14       ORAL AND VIDEOTAPED DEPOSITION of PAUL VERLAAN,
15   produced as a witness at the instance of the Plaintiff,
16   and duly sworn, was taken in the above-styled and
17   numbered cause on Thursday, the 20th day of March, 2025,
18   from 8:24 a.m. to 4:59 p.m., before Lesia J.P. Wagner,
19   CSR, in and for the State of Texas, recorded by machine
20   shorthand, at the offices of King & Spalding, LLP, 1100
21   Louisiana Street, Suite 4100, Houston, Texas, pursuant
22   to the Federal Rules of Civil Procedure and the
23   provisions stated on the record or attached hereto; the
24   deposition shall be read and signed before any notary
25   public.

CONFIDENTIAL

```
                                                    Page 2
 1                    A P P E A R A N C E S
 2    FOR PLAINTIFF:
 3         Christopher Kilian
           CONSERVATION LAW FOUNDATION
 4         15 East State Street, Suite 4
           Montpelier, Vermont  05602
 5         Telephone:  (802) 223-5992
           E-mail:  ckilian@clf.org
 6
           Zachary Manley
 7         CONSERVATION LAW FOUNDATION
           62 Summer Street
 8         Boston, Massachusetts  02110-1016
           Telephone:  (617) 350-0990
 9
           Michael J. Pendell (via Zoom videoconference)
10         MOTLEY RICE LLC
           One Corporate Center
11         20 Church Street, 17th Floor
           Hartford, Connecticut  06103
12         Telephone:  (860) 218-2722
13    FOR DEFENDANT:
14         Douglas A. Henderson
           Ryan T. Kearney
15         KING & SPALDING, LLP
           1180 Peachtree Street, NE, Suite 1600
16         Atlanta, Georgia  30309
           Telephone:  (404) 572-4600
17         Email:  dhenderson@kslaw.com
                   rkearney@kslaw.com
18
      VIDEOGRAPHER:
19
           Chad McLeod
20
      ALSO PRESENT:
21
           Joe'l Mafrige - Inhouse counsel with Shell
22         Meenakshi Jani
           Anna Tado (via Zoom videoconference)
23         James Meinert (via Zoom videoconference)
           Ken Rumelt (via Zoom videoconference)
24
25
```

CONFIDENTIAL



Page 48

4          Do you see that?

Golkow Technologies,
A Veritext Division

CONFIDENTIAL



CONFIDENTIAL



877-370-3377

Golkow Technologies,
A Veritext Division

www.veritext.com

CONFIDENTIAL

Page 51



22          MR. KILIAN:

24          (Marked was Exhibit No. 1251.)

25          (Discussion off the record.)

CONFIDENTIAL



Page 52

1        Q.  (By Mr. Kilian)

CONFIDENTIAL

Page 53



Golkow Technologies,
A Veritext Division

CONFIDENTIAL



Golkow Technologies,
A Veritext Division

CONFIDENTIAL



Page 55

10          MR. KILIAN:

15          (Marked was Exhibit No. 1252.)

16          Q.  (By Mr. Kilian)

CONFIDENTIAL

Page 56



CONFIDENTIAL



Page 57

23     Q.  Okay.

CONFIDENTIAL

Page 58



CONFIDENTIAL



Page 59

CONFIDENTIAL



Page 60

15        Q.    Oh, okay.

16        A.    -- answer it in the right way.  So yeah, yeah?

▮         ▮         e fair so say that A is either

18    highest or lowest --

19        A.    Yeah.

▮         ▮

21        A.    Yeah.

22        Q.    -- depending on --

23        A.    Yeah, yeah.

24        Q.    Okay.

25        A.    That's correct.

CONFIDENTIAL

Page 61

1     Q.  So you -- okay. ▮▮▮▮▮▮▮▮▮▮

▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4     A.  Yeah, yeah.

5     Q.  Okay.

6     A.  Yeah, yeah.

▮  ▮  ▮▮  ▮▮▮▮▮▮▮▮▮▮

▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮  ▮▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮

▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮  ▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮▮

▮  ▮▮▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮

▮  ▮▮▮▮▮▮▮▮▮▮▮

▮  ▮▮▮▮▮▮▮▮▮▮▮▮  ▮

▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮  ▮▮▮▮▮▮▮▮▮▮▮

▮  ▮▮▮▮▮▮▮▮▮▮

▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮  ▮▮▮▮

21         Do you see that?

22    A.  Yeah, I see that.

▮  ▮  ▮▮▮▮▮▮▮▮▮▮▮

▮  ▮▮▮▮▮  And I won't go ahead and read that.

25  It says what it says.

CONFIDENTIAL

Page 62

1      A.  Yeah.

2      Q.  But the -- again, ███████████████

██████████████████████████████████████████

███████████████████████████████████  Is

5  that correct?

6      A.  Yeah, that's correct.

7      Q.  Okay.

8          MR. HENDERSON:  Chris, can we take a

9  five-minute break.  We've been going for about an hour

10  and --

11          MR. KILIAN:  I'm almost done with --

12          MR. HENDERSON:  Oh.

13          MR. KILIAN:  -- this little set of

14  questions that I had.  So if we could just go through a

15  couple more minutes --

16          MR. HENDERSON:  Very, very short bathroom

17  break.

18          MR. KILIAN:  Yeah, yeah.  No -- I don't

19  want to hold people up, but -- and maybe I can look at

20  these, and we've, you know, been talking, so I -- maybe

21  some of them have been answered.

22      Q.  (By Mr. Kilian)  Okay.  I'd like to refer you

23  back to --

24          MR. KILIAN:  I need numbers on these when I

25  get them.

CONFIDENTIAL

Page 63

1          Q.  (By Mr. Kilian) ████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████

████████

█████████████████████████████████████

████████████████████████    ████████████

███████████████████████████████████

███████████████████████████████████

████████████████████████████████████████

██████████████████████████████████

████████████████    ████████████████████████

█████████████████████████████

13               Do you see that?

14     A.  Yes, I see that.

15     Q.  And would you -- you would agree with that

16  statement, correct?

17               MR. HENDERSON:  Object to the form of

18  the question.

19               MR. KILIAN:  I can lead him.

20               MR. HENDERSON:  I'm lodging my objection

21  to --

22               MR. KILIAN:  Got it.

23               MR. HENDERSON:  -- the form of

24  the question.

25               MR. KILIAN:  All right.

CONFIDENTIAL

Page 64

██  ██ ████  ████████████████████████████

██ ██████████████████████████████  ████

██ ██████████████████████████████

██ ██████████████████████████████████

██ ██████████

6       Q.   (By Mr. Kilian)  Okay.

7                MR. KILIAN:  Okay.  I think we can take a

8       break there.

9                MR. HENDERSON:  Okay.  It's fine.  Just a

10      short one.

11               MR. KILIAN:  Yeah, sure.

12               THE VIDEOGRAPHER:  Stand by.  We're off the

13      record.  Time is 9:47 ending Media 1.

14               (Recess from 9:47 a.m. to 9:59 a.m.)

15               THE VIDEOGRAPHER:  We are back on the

16      record.  Time is 9:59, beginning Media 2.

17      Q.   (By Mr. Kilian)  Dr. Verlaan, we're back on the

18      record.

19               I have another exhibit here.  This will be

20      1253.  Sorry.

21               (Marked was Exhibit No. 1253.)

22      Q.   (By Mr. Kilian)  ████████████████████

██ ██████████████████████████████

██ ██████████████████████████████████

██ ██████████████████████████████

CONFIDENTIAL

Page 152



CONFIDENTIAL



Page 234

1          (Marked was Exhibit No. 1264.)

2      Q.  (By Mr. Kilian)

Golkow Technologies,
A Veritext Division

CONFIDENTIAL

Page 235



4      A.  Yes, that's correct.

9      Q.  Yes.

12      A.  Yes, that's correct.

24      A.  Yes, I see that.  That's correct.

CONFIDENTIAL

Page 236

███████████████████████████████████████

████████████████████ [sic] document, correct?

3      A.  That's correct.

██████████ ███████████████████████████████

████ ████████████████████████

6      A.  Yes, I am.

7      Q.  What is that?

██████████ ███████████████████████████████

███████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████ █████████

13     Q.  And that's what that is?

14     A.  Yes.  It --

██████████ ███████████████████████████████

██████ █████████████████

██████████ ███████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

██████ █████████

████ ███████ ██████████████████████████

██████████████████████████

██████████ ███████████████████████████████

██████ ███████████████████████

CONFIDENTIAL

Page 237



CONFIDENTIAL



Page 238

22          MR. KILIAN:  What now?

23          MR. MANLEY:  The Wi-Fi just went out.

24          MR. KILIAN:  Okay.  The Wi-Fi just went

25    out.  Is -- are we still good?  We're still good --

CONFIDENTIAL

Page 239

1          THE VIDEOGRAPHER:  I'm good.

2          MR. KILIAN:  -- in the room?

3          THE REPORTER:  I'm good.

4          MR. KILIAN:  Okay.

5     Q.  (By Mr. Kilian) ███████████████



Golkow Technologies,
A Veritext Division

CONFIDENTIAL



Page 240

CONFIDENTIAL



Page 241

CONFIDENTIAL

Page 242



18          MR. HENDERSON:  Object to the form of

19     the question.

25          Q.  (By Mr. Kilian)

CONFIDENTIAL



Page 243

3        MR. HENDERSON:  Object to the form of

4    the question.

8        Q.  (By Mr. Kilian)  So --

18        MR. HENDERSON:  Object to the form of

19    the question.

22        Q.  (By Mr. Kilian)

CONFIDENTIAL



Page 244

1          MR. HENDERSON:  Same objection.

2      Q.  (By Mr. Kilian)

25              (Discussion off the record.)

CONFIDENTIAL



Page 245

1        Q.  (By Mr. Kilian) ████████████████████

18              MR. HENDERSON:  Object to the form of the

19    question.  Also the foundation of the question.

CONFIDENTIAL

Page 246

1        Q.   (By Mr. Kilian) ████████████████████████

████████████████████████████████████

████████████████████████

4                MR. HENDERSON:   Same objections.   Form and

5        foundation.

████    ███  ████████████████████████████

████  ████████  ███████████████████████████

████  ████████████████████████████████████

████  ████████████████████████████████

██████  ████████████  ███████████████████

██████  ████████████  ███████████████████

██████  ████████████████████████████

13       Q.   (By Mr. Kilian)   So --

14       A.   -- like myself.

████    ███  ████████████████████████████

████  ███████████████████████████████████

████  ████████████████████████████████████

████  ███████████████████████████████████

19                MR. HENDERSON:   Object to the form of

20       the question.   Also the foundation of the question.

████    ███  █████████████████████  ███

████  ████████████████████████████████████

████  ██████████████████████████

████  ██████████████████████████  ███████████

████  █████████████████████  ███████████████

CONFIDENTIAL

Page 247



3          Q.  (By Mr. Kilian)

CONFIDENTIAL



Page 248

15          (Building loud speaker announcement.)

16          (Discussion off the record.)

17      Q.  (By Mr. Kilian)

CONFIDENTIAL

Page 249



CONFIDENTIAL



Page 250

CONFIDENTIAL

Page 251



CONFIDENTIAL

Page 252



CONFIDENTIAL



Page 253

22          (Reporter clarification.)

23          THE WITNESS:

CONFIDENTIAL



Page 254

1          Q.  (By Mr. Kilian)  Yeah.

16                    MR. HENDERSON:  Object to the form of

17     the question.

18                    MR. KILIAN:  Withdrawn.

19          Q.  (By Mr. Kilian)

CONFIDENTIAL



Golkow Technologies,
A Veritext Division

CONFIDENTIAL

Page 256

1          MR. HENDERSON:  Object to the form of
2      the question and the foundation of that question.

8          Q.  (By Mr. Kilian)

14         Q.  Okay.

17                  MR. HENDERSON:  Object to the form of
18     the question.  Object to the foundation of the question.
19         A.  Can you repeat the question because it's -- the
20     question is so --
21         Q.  (By Mr. Kilian)

24                  MR. HENDERSON:  Same objections.

CONFIDENTIAL



Page 257

10        Q.   (By Mr. Kilian)

23        Q.   (By Mr. Kilian)

CONFIDENTIAL

Page 258



```
    2              (Reporter clarification.)

    3              THE WITNESS:

    9         Q.  (By Mr. Kilian)
```

CONFIDENTIAL

Page 259



    14          MR. HENDERSON:  Object to the form of

    15   the question and foundation of that question.

    21       Q.  (By Mr. Kilian)  Okay.

    22          MR. KILIAN:  Okay.  I think we're done with

    23   that.  Oh.

    24          (Discussion off the record.)

    25          THE VIDEOGRAPHER:  Stand by.  We're off the