## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONSERVATION LAW FOUNDATION, INC., | : : | No.: 3:21-cv-00933-VDO |
| Plaintiff, | : : | |
| v. | : : | |
| EQUILON ENTERPRISES LLC ET AL., | : : | |
| Defendants. | : : | June 6, 2025 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record, please enter my appearance in this case for the defendants Equilon Enterprises LLC, Triton Terminaling LLC and Motiva Enterprises LLC.

Dated: June 6, 2025

Respectfully submitted,

**EQUILON ENTERPRISES LLC, TRITON TERMINALING LLC AND MOTIVA ENTERPRISES LLC**

By: /s/ *Drew T. Bell*
  Drew T. Bell (phv208721)
  KING & SPALDING LLP
  500 W. 2nd Street, Suite 1800
  Austin, TX 78701
  T: (512) 457-2000
  F: (512) 457-2100
  dbell@kslaw.com