# UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL STANDARD MINUTES

Date: **6/6/2025**

**Conservation Law Foundation, Inc**

Vs.

**Shell Oil Company et al**

Start Time: **11:42**     End Time: **1:10**

Recess (if more than ½ hr) _____ to _____

Total Time: **1** hour(s) **28** minute(s)

Case #: **3:21-cv-00933-VDO**
Honorable Judge: **Vernon D. Oliver**
Deputy Clerk: **Jessalyn Samson**
Counsel for Pla(s): **J. Meinert, M. Pendell, K. Rumelt**
Counsel for Dft(s): **A. Lewis, D. Bell, J. Craven**
Reporter/ECRO/Courtsmart: **Corinne Thomas**
Interpreter: _____ Language: _____
Hearing held: ☑ in person  ☐ by video  ☐ by telephone

**HEARING AND TIME**

- ■ Motion/Oral Argument
- ☐ Judgment Debtor Exam
- ☐ Status Conference
- ☐ Show Cause Hearing
- ☐ Pretrial Conference
- ☐ Settlement Conference
- ☐ Evidentiary Hearing
- ☐ Scheduling Conference
- ☐ Other: _____

**MOTIONS**

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____
☐ Status report due _____
☐ Hearing continued until _____ at _____

**NOTES**

Oral Argument held on the motions/objections at ECF Nos. 584, 592, 601, and 605; taken under advisement.

Rev. 3/21/24