UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., *Plaintiff*, v. EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, *Defendants*. | Civil Action No. 3:21-cv-00933-VDO June 10, 2025 |

**JOINT STATUS REPORT**

Pursuant to the Court's order entered September 15, 2023 (ECF 286), counsel for Plaintiff Conservation Law Foundation ("CLF" or "Plaintiff") and Defendants Shell Oil Company[1], Equilon Enterprises d/b/a Shell Oil Products US, Shell Petroleum Inc., Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file the following joint status report. For the sake of brevity, the Parties incorporate by reference their prior Joint Discovery Status Reports and do not repeat prior content in this filing, instead focusing on developments in the case since the Parties filed their last quarterly Joint Discovery Status Report on March 10, 2025. *See* ECF 541.

I. **DISCOVERY CONDUCTED**

  a. **Document Discovery**

   i. **Productions**

As of the date of this filing, Defendants have produced approximately 316,459 documents

---

[1] Effective March 1, 2022, Shell Oil Company changed its name to Shell USA, Inc. (ECF 56).

1

to Plaintiff across 64 volumes. Since the March 10, 2025 status update, Defendants produced documents related to CLF's request for analysis and communications related to the work described in SOPUS_NHVN01116683 and SOPUS_NHVN01118268, documents related to Brian Evans 30(b)(6) deposition, and documents related to work being conducted by ALL4 Inc. to draft a SWPPP for the New Haven or Providence Terminals.

Since the last update, CLF has produced 243 documents. These productions include supplemental productions as well as documents produced in connection with CLF's expert reports.

### b. Depositions

Since the last update, CLF has taken depositions of Dr. Paul Verlaan on March 20, 2025, a 30(b)(6) deposition of Motiva on April 10, 2025, and Dr. Sergio Jaramillo on May 28, 2025. Defendants took CLF's 30(b)(6) deposition on June 4, 2025. As reported in the June 9, 2025 Joint Status Report (ECF 635), CLF took the 30(b)(6) deposition of Brian Evans on February 12, 2025. On March 20, 2025, the Parties submitted their respective positions to the Court per the Court's instructions. See ECF 542, 549–554, 556, 557. On April 15, 2025, the Court issued an order (ECF 566), granting CLF's motion to compel in part and denying it in part, and allowing CLF to take an additional two hours of testimony under Topics 23 and 24 only. Defendants have indicated Michael Sullivan will be prepared to testify on these topics and the Parties have agreed to schedule the deposition for June 11, 2025. Once this deposition is completed, it will mark the completion of fact witness depositions in this case, barring any further relief granted from motions for additional time to depose prior witnesses.

### c. Expert Discovery

Since the last quarterly update (ECF 541), CLF disclosed seven expert reports on May 8, the deadline to produce expert reports on issues where the disclosing party bears the burden of

proof. *See* ECF 589 at 3. The Court has modified ECF 507 to provide that the Parties must designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) for any issues as to which they do not bear the burden of proof by June 23, 2025. *See* ECF 598.

Expert discovery is otherwise controlled by deadlines in ECF 507, which requires disclosure of rebuttal expert reports by July 7, 2025, and both expert witness depositions and the close of expert discovery currently scheduled to be completed by August 11, 2025. ECF 507.

## II. REMAINING DEADLINES

Other than the expert discovery deadline outlined above, all remaining deadlines in this matter remain the same from the prior quarterly update (ECF 541).

The Court ordered the Parties to continue filing joint status reports, like this report, addressing all matters listed on pp. 5-6 of ECF No. 52 every three months through the filing of post-discovery dispositive motions. *See* ECF 382. Once a post-discovery dispositive motion has been filed, or a firm trial date has been set, no further status reports are required. *Id*. The next status report is due Monday, September 8, 2025, unless a post-discovery dispositive motion has been filed. The Parties recognize that the pending discovery motions, which are identified below in Section IV, may also impact the schedule.

## III. AMENDMENTS OR ADDITIONAL PARTIES

No updates.

## IV. DISPOSITIVE MOTIONS

The parties anticipate filing dispositive motions by the deadline.

## V. OUTSTANDING COURT DECISIONS

As reported in the June 9, 2025 Joint Status Report (ECF 635), the Parties appeared before

Judge Oliver for oral argument on the following motions: (1) Defendants' Motion to Stay Discovery and Proceedings Related to Plaintiff's "Climate Change" Allegations in Counts I-IX of Complaint (ECF 584); (2) Plaintiff's Partial Objection to the Magistrate Judge's Order No. 582 (ECF 592); (3) Defendants' Motion to Strike Improper Expert Opinions (ECF 601); and (4) Plaintiff's Motion to Seal Plaintiff's Opposition to Defendants' Motion to Stay Discovery and Proceedings Related to Plaintiff's Climate Change" Allegations in Counts I-IX of Complaint. The Court reserved ruling on all motions and the parties will await the Court's rulings.

Additionally, the Parties continue to wait for the Court to provide guidance on CLF's assertion of the associational privilege, which may result in additional challenges to the sufficiency and contents of CLF's privilege logs.  *See* ECF 469.

## VI.     REFERRAL FOR SETTLEMENT CONFERENCE

There are no updates since the filing of the last joint status report.

Dated: June 10, 2025

Respectfully submitted,

*/s/ James M. Meinert*
James Y. Meinert (ct31637)
Zachary Manley (phv207600)*
Conservation Law Foundation, Inc.
62 Summer St
Boston, MA 02110
Tel: (617) 850-1744
Tel: (617) 850-1707
E-mail: jmeinert@clf.org
E-mail: zmanley@clf.org

Christopher M. Kilian (ct31122)
Kenneth J. Rumelt (phv207130)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602

*/s/ Rose H. Jones* (with permission)
Rose H. Jones
Hilgers Graben PLLC
1372 Peachtree Street, N.E.
19th Floor
Atlanta, GA 30309
Tel: (678) 229-1983
E-mail: rjones@hilgersgraben.com

Antonio E. Lewis
King & Spalding, LLP
300 S Tryon Street
Suite 1700
Charlotte, NC 28202
Tel: (704) 503-2551
E-mail: alewis@kslaw.com

Tel: (802) 223-5992  
Tel: (802) 622-3020  
E-mail: ckilian@clf.org  
E-mail: krumelt@clf.org  

Ana McMonigle (ct31370)  
Conservation Law Foundation, Inc.  
195 Church Street  
Mezzanine Level, Suite B  
New Haven, CT 06510  
Tel: (203) 298-7692  
E-mail: amcmonigle@clf.org  

James Crowley (ct31319)  
Conservation Law Foundation, Inc.  
235 Promenade Street  
Suite 560, Mailbox 28  
Providence, RI 02908  
Tel: (401) 228-1905  
Email: jcrowley@clf.org  

Chance Raymond (ct31311)  
Chance the Lawyer, LLC  
650 Poydras Street  
Suite 1400 PMB #2574  
New Orleans, LA 70130  
Phone: (832) 671-6381  
E-mail: chancethelawyer@gmail.com  

Linda Singer (phv208339)*  
Elizabeth Smith (phv208361)*  
Motley Rice LLC  
401 9th St. NW, Suite 630  
Washington, DC 20004  
Tel: (202) 386-9626  
Tel: (202) 386-9627  
Email: lsinger@motleyrice.com  
Email: esmith@motleyrice.com  

Michael Pendell (ct27656)  
Motley Rice LLC  
One Corporate Center  
20 Church St., 17th Floor  
Hartford, CT 06103  
Tel: (860) 218-2722  

Douglas A. Henderson  
King & Spalding, LLP  
1180 Peachtree Street, N.E.  
Atlanta, GA 30309  
Tel: (404) 572-2769  
E-mail: dhenderson@kslaw.com  

Anthony G. Papetti (phv206982)*  
Beveridge & Diamond, P.C.  
825 Third Ave., 16th Floor  
New York, NY 10022  
Tel: (212) 702-5400  
Fax: (212) 702-5442  
E-mail: apapetti@bdlaw.com  

Roy D. Prather III (phv206800)*  
Beveridge & Diamond, P.C.  
20 North Charles Street, Suite 2210  
Baltimore, MD 21201-4150  
Tel: (410) 230 -1305  
E-mail: rprather@bdlaw.com  

James O. Craven (ct18790)  
WIGGIN AND DANA LLP  
One Century Tower  
265 Church Street  
P.O. Box 1832  
New Haven, CT 06508-1832  
Tel: (203) 498-4400  
Fax: (203) 782-2889  
E-mail: jcraven@wiggin.com  

John S. Guttmann (ct25359)  
BEVERIDGE & DIAMOND, P.C.  
1900 N Street, NW, Suite 100  
Washington, DC 20036  
Tel: (202) 789-6020  
Fax: (202) 789-6190  
E-mail: jguttmann@bdlaw.com  

Bina R. Reddy (phv20420)*  
BEVERIDGE & DIAMOND, P.C.  
400 West 15th Street, Suite 1410  
Austin, TX 78701-1648  
Tel: (512) 391-8000

Email: mpendell@motleyrice.com

Ridge Mazingo (phv208402)*
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9620
Email: rmazingo@motleyrice.com

Vincent Greene (phv208487)*
Motley Rice LLC
40 Westminster St., 5th Floor
Providence, RI 02903
Tel: (401) 457-7730
Email: vgreene@motleyrice.com

*Attorneys for Plaintiff*
*Conservation Law Foundation, Inc.*
**Admitted as Visiting Attorney*

Fax: (202) 789-6190
E-mail: breddy@bdlaw.com

*Counsel for Defendants*