UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., *Plaintiff*, v. EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, *Defendants*. | Civil Action No. 3:21-cv-00933-VDO  June 25, 2025 |

**DEFENDANTS' RESPONSE TO PLAINTIFF CONSERVATION LAW FOUNDATION, INC.'S MOTION TO SEAL [ECF 625]**

Pursuant to Local Rule 5(e) of the Local Civil Rules of the United States District Court for the District of Connecticut and this Court's Standing Protective Order, dated July 7, 2021 [ECF 7], Defendants file this Response in Support of sealing the information and documents identified in Plaintiff's Motion to Seal [ECF 625], including Exhibit A to Plaintiff's Reply Brief Opposing Defendants' Opposition to Plaintiff's Partial Objection to the Magistrate Judge's Order No. 582 [ECF 624] ("Plaintiff's Motion"). Defendants further request that the Court preserve the redacted status of all portions of Plaintiff's Motion that refer to these confidential and sensitive business records. The information currently redacted in Plaintiff's Motion has already been the subject of a prior Motion to Seal [ECF 570] that this Court has already ruled on [ECF 622].[1] There is no valid reason to depart from that prior ruling.

---

[1] CLF agrees with Defendants' characterization of the instant dispute and agrees the Motion to Seal involves the same documents and information the Court has already ruled on in ECF 622, with the exception of the portions of Exhibit A that were not designated as Confidential (as described below).

The referenced Exhibit A to Plaintiff's Motion has also already been ruled on in connection with a motion to seal and, and any new information cited in Exhibit A to Plaintiff's Motion has not been designated as "Confidential" and thus falls outside the purview of CLF's Motion to Seal and the operative Standing Protective Order.  As such, there is no new information for this Court to consider, and the Court should enter an Order upholding and re-affirming its decision from ECF 622.

Dated:  June 25, 2025

Respectfully submitted,

/s/ *Douglas A. Henderson*
Douglas A. Henderson (phv05547)
Carmen R. Toledo (phv20194)
KING & SPALDING LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309
T: (404) 572-4600
dhenderson@kslaw.com
CToledo@kslaw.com

Antonio E. Lewis (phv03069)
KING & SPALDING LLP
300 S Tryon Street Suite 1700
Charlotte, North Carolina 28202
T: (704) 503-2600
alewis@kslaw.com

Rose J. Jones (phv208026)
Hilgers Graben PLLC
1372 Peachtree Street, N.E. 19th Floor
Atlanta, GA 30309
T: (678) 229-1983
rjones@hilgersgraben.com

Anthony G. Papetti (phv206982)
Beveridge & Diamond, P.C.
825 Third Ave., 16th Floor
New York, NY 10022
T: (212) 702-5400
F: (212) 702-5442

        apapetti@bdlaw.com

        James O. Craven (ct18790)
        WIGGIN AND DANA LLP
        One Century Tower 265 Church Street
        P.O. Box 1832
        New Haven, CT 06508-1832
        T: (203) 498-4400
        F: (203) 782-2889
        jcraven@wiggin.com

        John S. Guttmann (ct25359)
        Beveridge & Diamond, P.C.
        1900 N Street, NW, Suite 100
        Washington, DC 20036
        T: (202) 789-6020
        F: (202) 789-6190
        jguttmann@bdlaw.com

        Bina R. Reddy (phv20420)
        Beveridge & Diamond, P.C.
        400 West 15th Street Suite 1410
        Austin, TX 78701-1648
        T: (512) 391-8000
        F: (202) 789-6190
        breddy@bdlaw.com

        Megan L. Marzec Morgan (phv20623)
        Roy D. Prather III (phv206800)
        Beveridge & Diamond, P.C.
        201 North Charles Street, Suite 2210
        Baltimore, MD 21201-4150
        T: (410) 230-1305
        F: (410) 230-1389
        mmorgan@bdlaw.com
        rprather@bdlaw.com

        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2025 a copy of the foregoing Response to Plaintiff's Motion To Seal [ECF No. 625] was filed through the Court's electronic filing system ("ECF"), by which means the document is available for viewing and downloading from the ECF system and a copy of the filing will be sent electronically to all parties registered with the ECF system.

/s/ *Douglas A. Henderson*
Douglas A. Henderson (phv05547)
KING & SPALDING LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309
T: (404) 572-4600
dhenderson@kslaw.com