# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., *Plaintiff*, v. SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, *Defendants*. | Civil Action No. 3:21-cv-00933-VDO    June 26, 2025 |

## DECLARATION OF KENNETH J. RUMELT

I, Kenneth J. Rumelt, hereby declare under penalty of perjury as follows:

1. I am attorney licensed to practice law in the Federal District Court for the Districts of Vermont and Washington, D.C. and admitted to practice before this Court via pro hac vice. I am counsel of record for Plaintiff, Conservation Law Foundation ("CLF") in the above captioned matter and have personal knowledge of the facts set forth herein.

2. I submit this Declaration in support of CLF's Motion to Restore Original Timeline for Experts' Rebuttal Reports.

3. I participated in three telephone conversations with Defendants' Counsel Douglas Henderson on June 16 and June 17.

4. In the first meet and confer on June 16, Defendants' Counsel Attorney Henderson requested CLF's position on an extension for Defendants' expert reports by one week from June 23 to June 30.

1

5. In the second meet and confer on June 16, Defendants' Counsel Attorney Henderson stated that Defendants' extension was being requested as a courtesy, and he was not sure Defendants would take it to the Court. In that call Defendants said they had three reasons for the extension: (1) expert vacations, (2) client contacts with different schedules, and (3) law firm attorneys who could not work through the weekend.

6. In that second meet and confer on June 16, Defendants said that they will have 8 or 9 expert reports depending on their final internal discussions and stated that they had more experts than CLF because they did not have experts who could respond to all of the subject matter of some of CLF's expert reports.

7. In the meet and confer on June 17, I stated that CLF could not agree to an across-the-board extension for all of Defendants' experts because this was their second extension, they had CLF's expert reports since May 8, and Defendants' basis for the extension would not meet the good cause standard. Attorney Henderson again stated that this extension request was a matter of professional courtesy, and he did not know if they would go to motions if we could not work something out. I then notified Defendants that CLF had two experts we knew had conflicts with the two-week rebuttal period and those two experts would need an extension until July 25. I then provided Defendants with a counteroffer: that if Defendants had two experts who were writing directly on CLF's two experts who need an extension until July 25, that CLF would grant Defendants their one-week extension as to those experts.

8. Defendants' Counsel Attorney Henderson stated he would take that counteroffer back to his client.

9. After the call on June 17, Defendants did not contact CLF about CLF's counteroffer, or

2

otherwise further communicate regarding an extension for Defendants or CLF and instead disclosed their reports on June 23, 2025.

10. CLF submitted seven expert reports to Defendants on May 8, 2025, including that of Dr. Richard Horner.

11. At 10:49 PM ET on Monday June 23, 2025, Defendants provided CLF access to their experts' responsive reports.

12. Despite the previous representation concerning "eight or nine" expert reports, Defendants submitted thirteen expert reports authored by fourteen different experts. At least ten of these reports directly address Dr. Horner's May 8, 2025 reports.

13. Dr. Horner is traveling for two work-related site visits between June 23 and July 7, 2025. In addition, he has personal plans during the two-week span allowed for rebuttal reports under the existing case management order.  Dr. Horner has informed CLF that he requires additional time to complete his report.

14. Despite the fact that Defendants' Counsel Attorney Henderson informed CLF that Defendants would be submitting more expert reports than CLF because Defendants would likely need more than one expert to respond to some of CLF's expert reports because their expertise do not line up exactly with CLF's experts, Defendants submitted thirteen expert reports that go well beyond the scope of work performed by CLF's experts. Because these reports cover new ground, CLF needs experts who have not provided reports to date to review the quantitative opinions and offer competing opinions as appropriate.

15. Defendants did not inform CLF that they would be submitting nearly twice as many reports as CLF by exactly twice as many experts as CLF identified as testifying experts.

16. One of CLF's new rebuttal experts on spill modeling has extremely limited time between

now and July 7, 2025. He has not had availability this week due to other work, he will be unavailable on Saturday, June 28, 2025 for a funeral, and will be traveling to Alaska for three weeks for field work on an off- grid project. Thus, he only has a handful of days to review Defendants' expert report on spill modeling and draft a report.

17. CLF also understands that another of its new rebuttal experts will rely in part on the spill modeler's work. Therefore, her report cannot be finalized before the spill modeling is substantially complete.

18. Finally, one of CLF's experts, Dr. Wendi Goldsmith, is the primary caretaker of a family member who required hospitalization this past week, which made her unavailable to spend time reviewing competing expert reports for approximately two days. There are at least nine experts that reference her report. Given the two-week turnaround time, Dr. Goldsmith's unexpected emergency has significantly diminished her time to complete her rebuttal report.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 26, 2025

*/s/ Kenneth J. Rumelt*

Kenneth J. Rumelt (phv207130)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 622-3020
E-mail: krumelt@clf.org