# Exhibit A

```
 1                    UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF CONNECTICUT
 2
                                         )
 3   CONSERVATION LAW FOUNDATION,         )   No. 3:21-CV-00933-VDO
                                         )   450 Main Street
 4              vs.                       )   Hartford, Connecticut
                                         )
 5   SHELL OIL COMPANY, ET AL.            )   May 1, 2025
                                         )
 6   _____

 7                       TRANSCRIPT OF HEARING

 8              BEFORE THE HONORABLE THOMAS O. FARRISH

 9                    UNITED STATES DISTRICT JUDGE

     APPEARANCES:
10   For the Plaintiff:       JAMES YUAN MEINERT, ESQ.
                              Conservation Law Foundation
11                            62 Summer Street
                              Boston, MA 02110
12
                              CHANCE RAYMOND, ESQ.
13                            Kanner & Whiteley, L.L.C.
                              701 Camp Street
14                            New Orleans, LA 70130

15                            MICHAEL J. PENDELL, ESQ.
                              Motley Rice, LLC
16                            40 Westminster St., 5th Floor
                              Providence, RI 02903
17
     For the Defendants:      ANTONIO LEWIS, ESQ.
18                            RYAN KEARNEY, ESQ.
                              King & Spalding
19                            300 Tyson Street
                              Suite 1700
20                            Charlotte, NC 28202

21                            JAMES O. CRAVEN, ESQ.
                              Wiggin & Dana
22                            One Century Tower
                              265 Church Street
23                            P.O. Box 1832
                              New Haven, CT 06510
24
                              ROSE J. JONES, ESQ.
25                            Hilgers Graben PLLC
```

Colloquy

1   Let me ask you first.  So if I were to give both
2   sides another week on their expert disclosures, through May
3   8th, could you keep the rest of the dates in the schedule?
4           MR. PENDELL:  Your Honor, this is Mike Pendell from
5   Motley Rice.
6           I believe that we can.
7           THE COURT:  Okay.  And I don't know who has this
8   issue for the defendants; is that Ms. Jones or Mr. Lewis?
9           MR. LEWIS:  It's primarily me, Your Honor.  If Your
10  Honor, wants any details about document production collection,
11  that'd be my colleague, Ms. Jones, but --
12          THE COURT:  Yeah.  No, I did read the affidavit,
13  so --
14          MR. LEWIS:  Okay.  Fair enough.
15          THE COURT:  Yeah.  And so -- yeah.  So Mr. Lewis, let
16  me put it to you, though.  So if they had just asked you for
17  another week, as a courtesy between counsel, and stripped of
18  all the adjectives and the sanctions motion, now, would you
19  have opposed it?  Or would you have done them that courtesy?
20          MR. LEWIS:  Your Honor, typically, that's a courtesy
21  we would normally agree to with counsel.
22          THE COURT:  Okay.
23          MR. LEWIS:  And as Your Honor said, though, you
24  assume that the adjectives and accusations weren't involved.
25  But yes, that's not something we normally have a big fight

1  about.

2          THE COURT: Okay. And if I were to give both sides

3  another week on their burden of proof expert reports, to May

4  8th, do you guys think you could keep the rest of the

5  schedule? Or would that prompt an amendment (indiscernible)

6  any of the downstream dates?

7          MR. LEWIS: From my perspective, Your Honor, I think

8  we could keep all the downstream dates.

9          THE COURT: Okay. Well, that's what I'm inclined to

10 do here, is just grant the motion to the extent that it asked

11 for an amendment to the scheduling order through May 8th on

12 burden of proof experts.

13         Mr. Lewis, I acknowledge your side's view, that they

14 might not have shown good cause for even that much, but they

15 said they just recently got some new documents, and I'm

16 inclined to think that that's enough good cause enough for a

17 week extension, so we'll do that.

18         Now, as I said, I'm not going to take up -- I'm

19 sorry. Did somebody want to interject there?

20         MR. LEWIS: Your Honor, I didn't mean to interrupt.

21 The only thing -- and it's not (indiscernible) that you saw,

22 the only thing I would say to that is that --

23         THE COURT: I'm sorry. Is this Mr. Lewis?

24         MR. LEWIS: Yes. Yes, Your Honor, it's still me.

25         THE COURT: Okay.