UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> *Plaintiff*, <br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> *Defendants*. | Civil Action No. 3:21-cv-00933-VDO <br><br> July 7, 2025 |

## JOINT STATUS REPORT

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Equilon Enterprises LLC d/b/a Shell Oil Products US, Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file this Joint Discovery Status Report, as directed in the Court's Orders of April 4, 2024, ECF 378, and Sept. 30, 2024, ECF 476 Tr. at 28:18. For the sake of brevity, the Parties incorporate by reference their prior Joint Discovery Status Reports. *See* ECF 383, 387, 402, 417, 421, 424, 427, 436, 443, 447, 455, 457, 458, 463, 477, 479, 483, 493, 500, 503, 511, 521, 532, 539, 544, 558, 564, 578, 589, 602, 635, and 643.

**Discovery Status**

*Confidentiality Designation and Privilege Log Dispute*

As reported in the March 3 and 17 reports (ECF 539 and 544, respectively), the Parties remain at an impasse.

Additionally, as reported in the May 12 report (ECF 589), the Parties continue to meet and confer regarding Defendants' deficiency letter to CLF identifying issues with CLF's document productions and privilege logs. The Parties also wait for the Court to provide guidance on CLF's

1

assertion of the associational privilege, which may result in additional challenges to the sufficiency and contents of CLF's privilege logs. *See* ECF 469.

*Modified Scheduling Order*

On July 2, 2025, the Court granted Plaintiff's Motion to Restore Original Timeline for Experts' Rebuttal Report, extending Plaintiff's July 7, 2025 deadline for the service of rebuttal expert reports for most of its experts to July 22, 2025, and an additional three days to July 25, 2025 for two of its experts that have purported scheduling conflicts: Dr. Horner and Dr. Goldsmith. ECF 650.  The Court further found that Defendants would be prejudiced if corresponding adjustments to the downstream dates in the scheduling order were not made accordingly, and directed the parties to work cooperatively to present a proposed modified scheduling order along with this Joint Status Report. The Parties have met and conferred and now submit the following proposed modifications to the Court's Scheduling Order:

| Event | Old Deadline | New Deadline |
|---|---|---|
| Disclosure of all rebuttal expert reports, with limited exception for two of Plaintiff's rebuttal experts, as noted below. | July 7, 2025 | July 22, 2025 |
| Disclosure of rebuttal expert reports for two of the Plaintiff's rebuttal experts for which Plaintiff has identified scheduling conflicts (i.e., Dr. Horner and Dr. Goldsmith). | July 7, 2025 | July 25, 2025 |
| Completion of expert witness depositions. | August 11, 2025 | September 5, 2025 |
| Close of Discovery. | August 11, 2025 | September 5, 2025 |
| Requests for admission shall be served. | August 15, 2025 | September 9, 2025 |
| Any motion related to the preclusion of an expert must be filed. | September 1, 2025 | September 26, 2025 |
| Dispositive motions shall be filed. | September 19, 2025 | October 14, 2025 |
| If no dispositive motions are filed, the joint trial memorandum will be due. | October 1, 2025 | October 27, 2025 |
| If any dispositive motions are filed, the joint trial memorandum will be due. | 30 days after the Court's | 30 days after the Court's decision |

| Event | Old Deadline | New Deadline |
|---|---|---|
| | decision on the last such motion. | on the last such motion. |

*Judge Oliver's Omnibus Ruling*

On June 6, 2025, the parties appeared before Judge Oliver for oral argument on the following motions: 1) Defendants' Motion to Stay Discovery and Proceedings Related to Plaintiff's "Climate Change" Allegations in Counts I-IX of Complaint (ECF 584); 2) Plaintiff's Partial Objection to the Magistrate Judge's Order No. 582 (ECF 592); 3) Defendants' Motion to Strike Improper Expert Opinions (ECF 601); and 4) Plaintiff's Motion to Seal Plaintiff's Opposition to Defendants' Motion to Stay Discovery and Proceedings Related to Plaintiff's Climate Change" Allegations in Counts I-IX of Complaint.  On June 13, 2025, Judge Oliver issued an omnibus ruling denying Defendants' Motion to Stay and denying Defendants' Motion to Strike. *See* ECF 641.  The Motion to Strike was denied without prejudice to refiling under the proper rules of evidence and civil procedure.  *Id.*  Judge Oliver further vacated the ruling at ECF 582 and referred the motions at ECF Nos. 605, 625, 639, and 640 to the Magistrate Judge to the extent they were not already referred.  *Id.*  The Parties wait for the Court to issue orders on those motions.

*Court Mediation with Judge Vatti*

On July 1, 2025, the parties appeared for a settlement status conference before Judge Vatti. At the hearing, Judge Vatti scheduled an in-person Court mediation for September 24, 2025. Plaintiff shall serve a settlement demand with damages analysis by September 3, 2025. Defendants' response shall be served by September 17, 2025.  The parties' confidential position statements are also due to be submitted to Judge Vatti on September 17, 2025.

Dated: July 7, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ James M. Meinert | /s/ Rose H. Jones (with permission) |
| James Y. Meinert (ct31637) | Rose H. Jones |
| Zachary Manley (phv207600)* | Hilgers Graben PLLC |
| Conservation Law Foundation, Inc. | 1372 Peachtree Street, N.E. |
| 62 Summer St | 19th Floor |
| Boston, MA 02110 | Atlanta, GA 30309 |
| Tel: (617) 850-1744 | Tel: (678) 229-1983 |
| Tel: (617) 850-1707 | E-mail: rjones@hilgersgraben.com |
| E-mail: jmeinert@clf.org | |
| E-mail: zmanley@clf.org | Antonio E. Lewis |
| | King & Spalding, LLP |
| Christopher M. Kilian (ct31122) | 300 S Tryon Street |
| Kenneth J. Rumelt (phv207130)* | Suite 1700 |
| Conservation Law Foundation, Inc. | Charlotte, NC 28202 |
| 15 East State Street, Suite 4 | Tel: (704) 503-2551 |
| Montpelier, VT 05602 | E-mail: alewis@kslaw.com |
| Tel: (802) 223-5992 | |
| Tel: (802) 622-3020 | Douglas A. Henderson |
| E-mail: ckilian@clf.org | King & Spalding, LLP |
| E-mail: krumelt@clf.org | 1180 Peachtree Street, N.E. |
| | Atlanta, GA 30309 |
| Ana McMonigle (ct31370) | Tel: (404) 572-2769 |
| Conservation Law Foundation, Inc. | E-mail: dhenderson@kslaw.com |
| 195 Church Street | |
| Mezzanine Level, Suite B | Anthony G. Papetti (phv206982)* |
| New Haven, CT 06510 | Beveridge & Diamond, P.C. |
| Tel: (203) 298-7692 | 825 Third Ave., 16th Floor |
| E-mail: amcmonigle@clf.org | New York, NY 10022 |
| | Tel: (212) 702-5400 |
| James Crowley (ct31319) | Fax: (212) 702-5442 |
| Conservation Law Foundation, Inc. | E-mail: apapetti@bdlaw.com |
| 235 Promenade Street | |
| Suite 560, Mailbox 28 | Roy D. Prather III (phv206800)* |
| Providence, RI 02908 | Beveridge & Diamond, P.C. |
| Tel: (401) 228-1905 | 20 North Charles Street, Suite 2210 |
| Email: jcrowley@clf.org | Baltimore, MD 21201-4150 |
| | Tel: (410) 230 -1305 |
| Chance Raymond (ct31311) | E-mail: rprather@bdlaw.com |
| Chance the Lawyer, LLC | |
| 650 Poydras Street | James O. Craven (ct18790) |
| Suite 1400 PMB #2574 | WIGGIN AND DANA LLP |
| New Orleans, LA 70130 | One Century Tower |
| Phone: (832) 671-6381 | |

E-mail: chancethelawyer@gmail.com

Linda Singer (phv208339)*
Elizabeth Smith (phv208361)*
Motley Rice LLC
401 9th St. NW, Suite 630
Washington, DC 20004
Tel: (202) 386-9626
Tel: (202) 386-9627
Email: lsinger@motleyrice.com
Email: esmith@motleyrice.com

Michael Pendell (ct27656)
Motley Rice LLC
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Tel: (860) 218-2722
Email: mpendell@motleyrice.com

Ridge Mazingo (phv208402)*
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9620
Email: rmazingo@motleyrice.com

Vincent Greene (phv208487)*
Motley Rice LLC
40 Westminster St., 5th Floor
Providence, RI 02903
Tel: (401) 457-7730
Email: vgreene@motleyrice.com

*Attorneys for Plaintiff*
*Conservation Law Foundation, Inc.*
**Admitted as Visiting Attorney*

265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400
Fax: (203) 782-2889
E-mail: jcraven@wiggin.com

John S. Guttmann (ct25359)
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
Tel: (202) 789-6020
Fax: (202) 789-6190
E-mail: jguttmann@bdlaw.com

Bina R. Reddy (phv20420)*
BEVERIDGE & DIAMOND, P.C.
400 West 15th Street, Suite 1410
Austin, TX 78701-1648
Tel: (512) 391-8000
Fax: (202) 789-6190
E-mail: breddy@bdlaw.com

*Counsel for Defendants*