# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> *Plaintiff*, <br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> *Defendants*. | Civil Action No. 3:21-cv-00933-VDO <br><br> July 21, 2025 |

## JOINT STATUS REPORT

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Equilon Enterprises LLC d/b/a Shell Oil Products US, Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file this Joint Discovery Status Report, as directed in the Court's Orders of April 4, 2024, ECF 378, and Sept. 30, 2024, ECF 476 Tr. at 28:18. For the sake of brevity, the Parties incorporate by reference their prior Joint Discovery Status Reports. *See* ECF 383, 387, 402, 417, 421, 424, 427, 436, 443, 447, 455, 457, 458, 463, 477, 479, 483, 493, 500, 503, 511, 521, 532, 539, 544, 558, 564, 578, 589, 602, 635, 643, and 651.

**Discovery Status**

*Confidentiality Designation and Privilege Log Dispute*

As reported in the March 3 and 17 reports (ECF 539 and 544, respectively), the Parties remain at an impasse.

Additionally, as reported in the May 12 report (ECF 589), the Parties continue to meet and confer regarding Defendants' deficiency letter to CLF identifying issues with CLF's document productions and privilege logs. The Parties also wait for the Court to provide guidance on CLF's

1

assertion of the associational privilege, which may result in additional challenges to the sufficiency and contents of CLF's privilege logs. *See* ECF 469.

*Judge Oliver's Omnibus Ruling*

On June 6, 2025, the Parties appeared before Judge Oliver for oral argument on the following motions: 1) Defendants' Motion to Stay Discovery and Proceedings Related to Plaintiff's "Climate Change" Allegations in Counts I-IX of Complaint (ECF 584); 2) Plaintiff's Partial Objection to the Magistrate Judge's Order No. 582 (ECF 592); 3) Defendants' Motion to Strike Improper Expert Opinions (ECF 601); and 4) Plaintiff's Motion to Seal Plaintiff's Opposition to Defendants' Motion to Stay Discovery and Proceedings Related to Plaintiff's Climate Change" Allegations in Counts I-IX of Complaint. On June 13, 2025, Judge Oliver issued an omnibus ruling denying Defendants' Motion to Stay and denying Defendants' Motion to Strike. *See* ECF 641. The Motion to Strike was denied without prejudice to refiling under the proper rules of evidence and civil procedure. *Id.* Judge Oliver further vacated the ruling at ECF 582 and referred the motions at ECF Nos. 605, 625, 639, and 640 to the Magistrate Judge to the extent they were not already referred. *Id.* The Court granted one of CLF's Motions to Seal (ECF 605) and denied another (ECF 625). *See* ECFs 656 and 655, respectively. The Parties wait for the Court to issue orders on ECFs 639 and 640.

Earlier today, CLF requested that Defendants withdraw their ECF 637 and 637-1 filings to alleviate further motion practice and the Court's work to consider the ECF 640 retroactive motion to seal. CLF believes this request is appropriate because the Court did not consider the ECF 637 Notice when denying Defendants' Motions. The Parties will meet and confer on this issue.

*Court Mediation with Judge Vatti*

On July 1, 2025, the Parties appeared for a settlement status conference before Judge Vatti.

At the hearing, Judge Vatti scheduled an in-person Court mediation for September 24, 2025. Plaintiff shall serve a settlement demand with damages analysis by September 3, 2025. Defendants' response shall be served by September 17, 2025. The Parties' confidential position statements are also due to be submitted to Judge Vatti on September 17, 2025.

*New Scheduling Order and Expert Depositions*

Having reviewed the Parties prior Joint Status Report, dated July 7, 2025 (ECF 651), the Court amended the scheduling order and adopted a new scheduling order. ECF 652. In accordance with the new scheduling order, the Parties are working on scheduling the depositions of the experts, with the goal to complete all depositions by the new deadline of September 5, 2025. To that end, the Parties have reached an agreement on dates to depose Plaintiff's experts. Defendants have also provided dates for Plaintiff to depose Defendants' experts and are working to finalize the schedule.

Dated: July 21, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ James Y. Meinert* | */s/ Rose H. Jones* (with permission) |
| James Y. Meinert (ct31637) | Rose H. Jones |
| Zachary Manley (phv207600)* | Hilgers Graben PLLC |
| Conservation Law Foundation, Inc. | 1372 Peachtree Street, N.E. |
| 62 Summer St | 19th Floor |
| Boston, MA 02110 | Atlanta, GA 30309 |
| Tel: (617) 850-1744 | Tel: (678) 229-1983 |
| Tel: (617) 850-1707 | E-mail: rjones@hilgersgraben.com |
| E-mail: jmeinert@clf.org | |
| E-mail: zmanley@clf.org | Antonio E. Lewis |
| | King & Spalding, LLP |
| Christopher M. Kilian (ct31122) | 300 S Tryon Street |
| Kenneth J. Rumelt (phv207130)* | Suite 1700 |
| Conservation Law Foundation, Inc. | Charlotte, NC 28202 |
| 15 East State Street, Suite 4 | Tel: (704) 503-2551 |
| Montpelier, VT 05602 | E-mail: alewis@kslaw.com |

3

Tel: (802) 223-5992  
Tel: (802) 622-3020  
E-mail: ckilian@clf.org  
E-mail: krumelt@clf.org  

Ana McMonigle (ct31370)  
Conservation Law Foundation, Inc.  
195 Church Street  
Mezzanine Level, Suite B  
New Haven, CT 06510  
Tel: (203) 298-7692  
E-mail: amcmonigle@clf.org  

James Crowley (ct31319)  
Conservation Law Foundation, Inc.  
235 Promenade Street  
Suite 560, Mailbox 28  
Providence, RI 02908  
Tel: (401) 228-1905  
Email: jcrowley@clf.org  

Chance Raymond (ct31311)  
Chance the Lawyer, LLC  
650 Poydras Street  
Suite 1400 PMB #2574  
New Orleans, LA 70130  
Phone: (832) 671-6381  
E-mail: chancethelawyer@gmail.com  

Linda Singer (phv208339)*  
Elizabeth Smith (phv208361)*  
Motley Rice LLC  
401 9th St. NW, Suite 630  
Washington, DC 20004  
Tel: (202) 386-9626  
Tel: (202) 386-9627  
Email: lsinger@motleyrice.com  
Email: esmith@motleyrice.com  

Michael Pendell (ct27656)  
Motley Rice LLC  
One Corporate Center  
20 Church St., 17th Floor  
Hartford, CT 06103  
Tel: (860) 218-2722  

Douglas A. Henderson  
King & Spalding, LLP  
1180 Peachtree Street, N.E.  
Atlanta, GA 30309  
Tel: (404) 572-2769  
E-mail: dhenderson@kslaw.com  

Anthony G. Papetti (phv206982)*  
Beveridge & Diamond, P.C.  
825 Third Ave., 16th Floor  
New York, NY 10022  
Tel: (212) 702-5400  
Fax: (212) 702-5442  
E-mail: apapetti@bdlaw.com  

Roy D. Prather III (phv206800)*  
Beveridge & Diamond, P.C.  
20 North Charles Street, Suite 2210  
Baltimore, MD 21201-4150  
Tel: (410) 230 -1305  
E-mail: rprather@bdlaw.com  

James O. Craven (ct18790)  
WIGGIN AND DANA LLP  
One Century Tower  
265 Church Street  
P.O. Box 1832  
New Haven, CT 06508-1832  
Tel: (203) 498-4400  
Fax: (203) 782-2889  
E-mail: jcraven@wiggin.com  

John S. Guttmann (ct25359)  
BEVERIDGE & DIAMOND, P.C.  
1900 N Street, NW, Suite 100  
Washington, DC 20036  
Tel: (202) 789-6020  
Fax: (202) 789-6190  
E-mail: jguttmann@bdlaw.com  

Bina R. Reddy (phv20420)*  
BEVERIDGE & DIAMOND, P.C.  
400 West 15th Street, Suite 1410  
Austin, TX 78701-1648  
Tel: (512) 391-8000

Email: mpendell@motleyrice.com

Ridge Mazingo (phv208402)*
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9620
Email: rmazingo@motleyrice.com

Vincent Greene (phv208487)*
Motley Rice LLC
40 Westminster St., 5th Floor
Providence, RI 02903
Tel: (401) 457-7730
Email: vgreene@motleyrice.com

*Attorneys for Plaintiff*
*Conservation Law Foundation, Inc.*
**Admitted as Visiting Attorney*

Fax: (202) 789-6190
E-mail: breddy@bdlaw.com

*Counsel for Defendants*