## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.,<br><br>    *Plaintiff,*<br><br>    v.<br><br>EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC,<br><br>    *Defendants.* | Civil Action No. 3:21-cv-00933-VDO |

## <u>MOTION FOR WITHDRAWAL OF COUNSEL</u>

Pursuant to Local Rule 7(e), Plaintiff Conservation Law Foundation, Inc. ("CLF") hereby moves that this Court allow Zachary Manley to withdraw as counsel for Plaintiff in the above-captioned matter. Attorney Manley has provided CLF actual notice, including through actual notice to CLF's counsel appearing in this action, that he will be leaving employment as an attorney at CLF on July 25, 2025.

This motion is filed with the consent of CLF and its counsel. Plaintiff CLF will continue to be represented in this matter by the additional attorneys listed below.

DATED: July 24, 2025                    Respectfully submitted,

                                        */s/ Zachary Manley*
                                        Zachary Manley (pvh207600)*
                                        James Y. Meinert (ct31637)
                                        Conservation Law Foundation, Inc.
                                        62 Summer St
                                        Boston, MA 02110
                                        Tel: (617) 850-1707

Tel: (617) 850-1477
E-mail: zmanley@clf.org
E-mail: jmeinert@clf.org

Christopher M. Kilian (ct31122)
Kenneth J. Rumelt (phv207130)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 223-5992
Tel: (802) 622-3020
E-mail: ckilian@clf.org
E-mail: krumelt@clf.org

Ana McMonigle (ct31370)
Conservation Law Foundation, Inc.
195 Church Street
Mezzanine Level, Suite B
New Haven, CT 06510
Tel: (203) 298-7692
E-mail: amcmonigle@clf.org

James Crowley (ct31319)
Conservation Law Foundation, Inc.
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI 02908
Tel: (401) 228-1905
Email: jcrowely@clf.org

Chance Raymond (ct31311)
Chance the Lawyer, LLC
650 Poydras Street
Suite 1400 PMB #2574
New Orleans, LA 70130
Phone: 832-671-6381
E-mail: chancethelawyer@gmail.com

Linda Singer (phv208339)*
Elizabeth Smith (phv208361)*
Motley Rice LLC
401 9th St. NW, Suite 630
Washington, DC 20004
Tel: (202) 386-9626
Tel: (202) 386-9627
Email: lsinger@motleyrice.com

2

Email: esmith@motleyrice.com

Michael Pendell (ct27656)
Motley Rice LLC
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Tel: (860) 218-2722
Email: mpendell@motleyrice.com

Ridge Mazingo*
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9620
Email: rmazingo@motleyrice.com

*Attorneys for Plaintiff*
*Conservation Law Foundation, Inc*.

*Admitted as Visiting Attorney*