UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., *Plaintiff*, v. SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, *Defendants*. | Civil Action No. 3:21-cv-00933-VDO July 24, 2025 |

**JOINT MOTION TO AMEND THE SCHEDULING ORDER BY ONE WEEK**

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Equilon Enterprises LLC d/b/a Shell Oil Products US, Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") hereby jointly move the Court for a small amendment to the Scheduling Order issued on July 8, 2025 (ECF 652). The Parties have endeavored to meet the schedule that was recently proposed and adopted by the Court, but have encountered unanticipated difficulties that support a one-week extension of all case deadlines from the July 8 Order.

On July 22, 2025, CLF disclosed seven rebuttal reports, including four newly designated experts, and the Parties now know that the upcoming six weeks to complete all twenty-four expert depositions is impracticable. The current schedule has the Parties taking twenty-four expert depositions in twenty-nine business days (starting from this coming Monday). The Parties have diligently planned for this large set of depositions that are occurring in locations around the country and the Parties have agreed upon dates and locations for nearly all depositions. However, recent information regarding a hospitalization of an expert's child and piecing together competing planned

1

vacation times of experts and attorneys, and their work in other cases, has necessitated scheduling some expert depositions in the week after the current deadline. Given the tight schedule for the remaining case events—including an RFA deadline two business days after the close of expert discovery and a three-week period to initiate preclusion motions on some number of the twenty four experts—the Parties believe all deadlines should be pushed out by one week, rather than the extra week needed for expert depositions to shorten one of the other remaining case phases.

A court-ordered discovery schedule may be modified with the court's consent, for good cause shown. *See* Fed. R. Civ. P. 16(b)(4). As this Court has held, "[s]cheduling orders are not the Code of Hammurabi." *Coale v. Metro-N. R. Co.*, No. 3:08-CV-01307 (CSH), 2009 WL 4881077, at *3 (D. Conn. Dec. 11, 2009). Extensions of discovery deadlines are routinely granted by this Court for good cause shown, particularly when such motions are unopposed. *See, e.g., Gilead Cmty. Servs., Inc. v. Town of Cromwell*, No. 3:17-CV-627-VAB, 2019 WL 935959, at *2 (D. Conn. Feb. 26, 2019) (noting Court granted the parties' joint motion to amend the scheduling order by extending discovery deadlines). The Parties have diligently attempted to meet the recently entered schedule and have found a path forward for scheduling nearly all of the twenty-four depositions amid the schedules of the experts, attorneys, and court reporters involved, however, there are a few experts who cannot be scheduled absent one extra week. The Parties come to the Court now because it is clear the current schedule is impracticable.

The Parties have met and conferred and now submit the following proposed modifications to the Court's ECF 652 Scheduling Order:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Disclosure of all rebuttal expert reports, with a limited exception for two of Plaintiff's rebuttal experts, as specified below. | July 22, 2025 | July 22, 2025 |

| Event | Current Deadline | New Deadline |
|---|---|---|
| Disclosure of rebuttal expert report for Dr. Horner. | July 25, 2025 | July 25, 2025 |
| Disclosure of rebuttal expert report for Dr. Goldsmith.[1] | July 25, 2025 | August 1, 2025 |
| Completion of all expert witness depositions. | September 5, 2025 | September 12, 2025 |
| Close of Discovery. | September 5, 2025 | September 12, 2025 |
| Requests for admission shall be served. | September 9, 2025 | September 16, 2025 |
| Any motion related to the preclusion of an expert must be filed. | September 26, 2025 | October 3, 2025 |
| Dispositive motions shall be filed. | October 14, 2025 | October 21, 2025 |
| If no dispositive motions are filed, the joint trial memorandum will be due. | October 27, 2025 | November 3, 2025 |
| If any dispositive motions are filed, the joint trial memorandum will be due. | 30 days after the Court's decision on the last such motion. | 30 days after the Court's decision on the last such motion. |

Dated: July 24, 2025

Respectfully submitted,

/s/ Kenneth J. Rumelt
James Y. Meinert (ct31637)
Zachary Manley (phv207600)*
Conservation Law Foundation, Inc.
62 Summer St
Boston, MA 02110
Tel: (617) 850-1744
Tel: (617) 850-1707
E-mail: jmeinert@clf.org
E-mail: zmanley@clf.org

Christopher M. Kilian (ct31122)
Kenneth J. Rumelt (phv207130)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 223-5992
Tel: (802) 622-3020
E-mail: ckilian@clf.org

/s/ Douglas A. Henderson
Rose H. Jones
Hilgers Graben PLLC
1372 Peachtree Street, N.E.
19th Floor
Atlanta, GA 30309
Tel: (678) 229-1983
E-mail: rjones@hilgersgraben.com

Antonio E. Lewis
King & Spalding, LLP
300 S Tryon Street
Suite 1700
Charlotte, NC 28202
Tel: (704) 503-2551
E-mail: alewis@kslaw.com

Douglas A. Henderson
King & Spalding, LLP

---

[1] The Parties have agreed Dr. Goldsmith's rebuttal report may be disclosed by August 1, 2025.

E-mail: krumelt@clf.org

Ana McMonigle (ct31370)
Conservation Law Foundation, Inc.
195 Church Street
Mezzanine Level, Suite B
New Haven, CT 06510
Tel: (203) 298-7692
E-mail: amcmonigle@clf.org

James Crowley (ct31319)
Conservation Law Foundation, Inc.
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI 02908
Tel: (401) 228-1905
Email: jcrowley@clf.org

Chance Raymond (ct31311)
Chance the Lawyer, LLC
650 Poydras Street
Suite 1400 PMB #2574
New Orleans, LA 70130
Phone: (832) 671-6381
E-mail: chancethelawyer@gmail.com

Linda Singer (phv208339)*
Elizabeth Smith (phv208361)*
Motley Rice LLC
401 9th St. NW, Suite 630
Washington, DC 20004
Tel: (202) 386-9626
Tel: (202) 386-9627
Email: lsinger@motleyrice.com
Email: esmith@motleyrice.com

Michael Pendell (ct27656)
Motley Rice LLC
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Tel: (860) 218-2722
Email: mpendell@motleyrice.com

Ridge Mazingo (phv208402)*

1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 572-2769
E-mail: dhenderson@kslaw.com

Anthony G. Papetti (phv206982)*
Beveridge & Diamond, P.C.
825 Third Ave., 16th Floor
New York, NY 10022
Tel: (212) 702-5400
Fax: (212) 702-5442
E-mail: apapetti@bdlaw.com

Roy D. Prather III (phv206800)*
Beveridge & Diamond, P.C.
20 North Charles Street, Suite 2210
Baltimore, MD 21201-4150
Tel: (410) 230 -1305
E-mail: rprather@bdlaw.com

James O. Craven (ct18790)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400
Fax: (203) 782-2889
E-mail: jcraven@wiggin.com

John S. Guttmann (ct25359)
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
Tel: (202) 789-6020
Fax: (202) 789-6190
E-mail: jguttmann@bdlaw.com

Bina R. Reddy (phv20420)*
BEVERIDGE & DIAMOND, P.C.
400 West 15th Street, Suite 1410
Austin, TX 78701-1648
Tel: (512) 391-8000
Fax: (202) 789-6190
E-mail: breddy@bdlaw.com

Motley Rice LLC                                           *Counsel for Defendants*
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9620
Email: rmazingo@motleyrice.com

Vincent Greene (phv208487)*
Motley Rice LLC
40 Westminster St., 5th Floor
Providence, RI 02903
Tel: (401) 457-7730
Email: vgreene@motleyrice.com

*Attorneys for Plaintiff*
*Conservation Law Foundation, Inc.*
**Admitted as Visiting Attorney*