AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| Conservation Law Foundation, Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-cv-00933-VDO |
| Shell Oil Company et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Conservation Law Foundation, Inc.

Date:   07/29/2025

/s/ Shalom D. Jacks
*Attorney's signature*

Shalom D. Jacks (phv208834)
*Printed name and bar number*

Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
*Address*

sjacks@motleyrice.com
*E-mail address*

(843) 216-9013
*Telephone number*

(843) 216-9450
*FAX number*