# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> *Defendants*. | Case No: 3:21-cv-00933-VDO <br><br><br> July 30, 2025 |

## NOTICE OF APPEARANCE OF ANNA M. TADIO

To the Court, Clerk of this Court, and parties of record:

Anna M. Tadio, of Conservation Law Foundation, Inc., hereby enters her appearance as counsel in this case on behalf of plaintiff, Conservation Law Foundation, Inc. I certify that I am admitted to practice in this court.

Dated: July 30, 2025                     Respectfully submitted,

*/s/ Anna M. Tadio*

Anna M. Tadio (phv208827)
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 779-4621
E-mail: atadio@clf.org

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2025, a copy of the forgoing Notice of Appearance of Anna M. Tadio, was filed through the ECF system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

*/s/ Anna M. Tadio*

Anna M. Tadio