AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| Conservation Law Foundation, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-cv-00933-VDO |
| Shell Oil Company et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Conservation Law Foundation, Inc.

Date: 07/31/2025

/s/ Mimi Liu
*Attorney's signature*

Mimi Liu (phv208839)
*Printed name and bar number*

Motley Rice LLC
401 9th Street NW, Suite 630
Washington, DC 20004
*Address*

mliu@motleyrice.com
*E-mail address*

(202) 386-9625
*Telephone number*

(202) 386-9622
*FAX number*