AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| Conservation Law Foundation, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-cv-00933-VDO |
| Shell Oil Company et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Conservation Law Foundation, Inc.

Date:  08/05/2025

/s/ Devin X. Williams
*Attorney's signature*

Devin X. Williams (phv208833)
*Printed name and bar number*

Motley Rice LLC
401 9th Street, Suite 630
Washington, DC 20004
*Address*

dwilliams@motleyrice.com
*E-mail address*

(202) 386-9628
*Telephone number*

(202) 232-5513
*FAX number*