UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC,<br><br>*Defendants*, | Case No. 3:21-cv-00933-VDO<br><br><br>August 9, 2025 |

## NOTICE OF APPEARANCE OF DAVID K. MEARS

To the Court, Clerk of this Court, and parties of record:

David K. Mears, of Tarrant, Gillies & Shems, hereby enters his appearance as counsel in this case on behalf of plaintiff, Conservation Law Foundation, Inc. I certify that I am admitted to practice in this court.

Dated: August 9, 2025

Respectfully Submitted,

_____
David K. Mears (phv208829)
Tarrant, Gillies & Shems, LLP
44 East State Street
Montpelier, VT 05602
david@tarrantgillies.com
802-223-1112 x106

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 9, 2025, a copy of the forgoing Notice of Appearance of David K. Mears, was filed through the ECF system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

*/s/ David K. Mears*

David K. Mears