

## VERMONT SUPREME COURT

## CERTIFICATE OF ADMISSION AND GOOD STANDING

This is to **CERTIFY** that **David Mears**, **#4248** was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of the State by the Vermont Supreme Court on the 8th day of November 2005.

This is to **FURTHER CERTIFY** that the said **David Mears, Esq.** is on active status and is in good standing according to the records of this Court.

Dated at Montpelier, Vermont, this 31st day of July 2025.

*Emily Wetherell*
Emily Wetherell
Deputy Clerk

