

**Exhibit C**

**Shell Oil Products US**
New Haven Terminal
481 East Shore Parkway
New Haven, CT 06512
203-468-4000

VIA UPS No. 1ZV4547F0290738494

August 9, 2017

Water Toxics Program Coordinator
Bureau of Water Protection and Land Reuse
CT Department of Energy & Environmental Protection
79 Elm Street
Hartford, CT 06106-5127

CT Dept of Energy & Environmental Protection
Central Permit Processing Unit

AUG 31 2017

RECEIVED BY_____

Re:    **Semi-Annual Stormwater Monitoring Report**
**General Permit for the Discharge of Stormwater Associated with**
**Industrial Activities**
**Shell New Haven Terminal**
**481 East Shore Parkway, New Haven, Connecticut**

Dear Program Coordinator:

Enclosed is the most recent Stormwater Monitoring Report (SMR) for the Shell New Haven Terminal located at 481 East Shore Parkway, New Haven, Connecticut. This facility previously discharged under Registration No. GSI001341 issued to the former owner, Motiva Enterprises LLC. Equilon Enterprises LLC doing business as Shell Oil Products US (Shell) has submitted Registration Application No 201705305, which is still pending approval.

The stormwater sampling was completed on June 16, 2017 by Sovereign Consulting Inc. (Sovereign) in accordance with the CTDEEP's General Permit for the Discharge of Stormwater Associated with Industrial Activities. According to Sovereign, the rainfall event on June 16, 2017 constituted a qualifying event at the terminal as required by the permit. The next quarterly visual monitoring event is tentatively scheduled for September 2017.

Certification:

I have personally examined and am familiar with the information submitted in this document and all attachments thereto, and I certify that based on reasonable investigation, including my inquiry of the individuals responsible for obtaining the information, the submitted information is true, accurate and complete to the best of my knowledge and belief. I understand that a false statement in the

**Exhibit C**

Page 2:  Semi-Annual Stormwater Monitoring Report
        Shell New Haven Terminal

submitted information may be punishable as a criminal offense, in accordance with section 22a-6 of the General Statutes, pursuant to section 53a-157b of the General Statutes, and in accordance with any other applicable statute.

If you have any questions regarding this report, please contact Jennifer Bothwell, Environmental Advisor, at 860-227-3004 or email jennifer.bothwell@shell.com.

Very truly yours,

SHELL OIL PRODUCTS US

Michael J. Sullivan
Facilities Manager

Enclosure

cc : J. Bothwell, Shell
     S. Burrus, Sovereign

File : 530-02



**General Permit for the Discharge of Stormwater Associated Exhibit C**
**Industrial Activity, effective 10/1/2011**
***Stormwater Monitoring Report Form***
**General Requirements and Sector G Transportation Facilities Only**
**(Do not submit if you have other sector specific requirements)**

## Facility Information

Permittee Name: **Equilon Enterprises LLC dba Shell Oil Products US**

Site Name: **Shell Oil Products US New Haven Terminal**                    RECEIVED

Mailing Address: **481 East Shore Parkway, New Haven, CT 06512**

Contact Person: **Michael Sullivan**                Title: **Complex Manager**

Business Phone: **203-468-4000**        ext.: _____    Email: **Michael.J.Sullivan@Shell.com**

Site Address: **481 East Shore Parkway, New Haven, CT 06512**

Receiving Water (name/basin): **City of New Haven Municipal Stormwater System which outfalls to New Haven Harbor (LIS CB Inner-New Haven Harbor),"Southcentral Shoreline" basin**

Permit #: GSI **Reg. App. # 201705305**          Primary SIC: **5171**

Discharges into an Impaired Waterbody: Yes ☐  No ☒  (If yes, complete the table on page 3 of this form)

## Sample Information

Sample Location: **Outfall 001**                Person Collecting Sample: **Robert Colburn**

Date/Time Collected: **06/16/2017 14:40**      Date of Previous Storm Event: **06/05/2017**

This report is for samples required:   Semi-annually ☒    Annually ☐    Other ☐

Check here if the sample contains **snow or ice melt**: ☐

Check here if a benchmark exceedance is solely due to background or off site sources ☐ see note below

## Monitoring Results

| Parameter | Required Frequency | Results (units) | Benchmark | Benchmark Exceedance (see pg 4) | Test Method | Laboratory Name |
|---|---|---|---|---|---|---|
| Oil & Grease | Semi-annual | ND<4.2 mg/L | 5.0 mg/L | ☐ | **EPA1664A** | **CET** |
| Rainfall pH | Semi-annual | 6.17 S.U. | n/a | | **SM4500** | **in field** |
| Sample pH | Semi-annual | 7.22 S.U. | 5-9 SU | ☐ | **SM4500** | **in field** |
| COD | Semi-annual | 48 mg/L | 75 mg/L | ☐ | **SM5220D** | **CET** |
| TSS | Semi-annual | 29 mg/L | 90 mg/L | ☐ | **SM2540D** | **CET** |
| TP | Semi-annual | ND<0.10 mg/L | 0.40 mg/L | ☐ | **EPA 365.4** | **CET** |
| TKN | Semi-annual | 1.3 mg/L | 2.30 mg/L | ☐ | **EPA 351.2** | **CET** |
| $NO_3$-N | Semi-annual | ND<0.10 mg/L | 1.10 mg/L | ☐ | **EPA 300.0** | **CET** |
| Total Copper | Semi-annual | ND<0.04 mg/L | 0.059 mg/L | ☐ | **EPA 200.7** | **CET** |
| Total Zinc | Semi-annual | ND<0.02 mg/L | 0.160 mg/L | ☐ | **EPA 200.7** | **CET** |
| Total Lead | Semi-annual | ND <0.013 mg/L | 0.076 mg/L | ☐ | **EPA 200.7** | **CET** |
| 24 Hr. $LC_{50}$ | Annual-Year 1&2 | not sampled | n/a | | **n/a** | **n/a** |
| 48 Hr. $LC_{50}$ | Annual-Year 1&2 | not sampled | n/a | | **n/a** | **n/a** |

**Exemptions**                                                                **Exhibit C**

List here any parameter(s) that will not be sampled for the remainder of the permit term: see note below

**NOTE:** Complete the "Data Tracking Table" (page 4 on this form) to show the parameter is eligible for the monitoring exemption in Section 5(e)(1)(B)(iii) of the general permit.  If you are discontinuing monitoring for impaired water parameters (per Section 5(e)(1)(D)), or parameters that are present due to natural or background levels or off site run-on (per Section 5(e)(1)(B)(V)), attach additional supporting information to this form.

## STORMWATER ACUTE TOXICITY TEST DATA SHEET
(required annually only during Year 1 and Year 2 of the permit)

**Exhibit C**

| Site Name: **Shell Oil Products US New Haven Terminal** | |
|---|---|
| Date/Time Begin: **n/a** | Date/Time End: **n/a** |
| Sample Hardness: | Sample Conductivity: |
| Test Species: *Daphnia pulex* < 24 hrs old | Dilution Water Hardness: |

| Effluent Dilution | | Number of Organisms Surviving | | | Dissolved Oxygen (mg/L) | | | Temperature (°C) | | | pH (su) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hour | 00 | 24 | 48 | 00 | 24 | 48 | 00 | 24 | 48 | 00 | 24 | 48 |
| CONTROL 1 | | | | | | | | | | | | | |
| CONTROL 2 | | | | | | | | | | | | | |
| CONTROL 3 | | | | | | | | | | | | | |
| CONTROL 4 | | | | | | | | | | | | | |
| 6.25% A | | | | | | | | | | | | | |
| 6.25% B | | | | | | | | | | | | | |
| 6.25% C | | | | | | | | | | | | | |
| 6.25% D | | | | | | | | | | | | | |
| 12.5% A | | | | | | | | | | | | | |
| 12.5% B | | | | | | | | | | | | | |
| 12.5% C | | | | | | | | | | | | | |
| 12.5% D | | | | | | | | | | | | | |
| 25% A | | | | | | | | | | | | | |
| 25% B | | | | | | | | | | | | | |
| 25% C | | | | | | | | | | | | | |
| 25% D | | | | | | | | | | | | | |
| 50% A | | | | | | | | | | | | | |
| 50% B | | | | | | | | | | | | | |
| 50% C | | | | | | | | | | | | | |
| 50% D | | | | | | | | | | | | | |
| 100% A | | | | | | | | | | | | | |
| 100% B | | | | | | | | | | | | | |
| 100% C | | | | | | | | | | | | | |
| 100% D | | | | | | | | | | | | | |

### REFERENCE TOXICANT RESULTS

| Test Species | Date | Reference Toxicant | Source | LC$_{50}$ |
|---|---|---|---|---|
| *Daphnia pulex* | | | | |

**Exhibit C**

Additional Monitoring for Discharges to Impaired Waters (if applicable):

| Parameter | Frequency | Results (units) | Test Method | Laboratory Name |
|-----------|-----------|-----------------|-------------|-----------------|
| n/a | | | | |
| | | | | |
| | | | | |

## Statement of Certification

"I have personally examined and am familiar with the information submitted in this document and all attachments thereto, and I certify that based on reasonable investigation, including my inquiry of the individuals responsible for obtaining the information, the submitted information is true, accurate and complete to the best of my knowledge and belief. I understand that a false statement in the submitted information may be punishable as a criminal offense, in accordance with section 22a-6 of the General Statutes, pursuant to section 53a-157b of the General Statutes, and in accordance with any other applicable statute."

| | |
|---|---|
| Signature of Permittee | Date  8/9/17 |
| Michael J. Sullivan | Complex Manager |
| Name of Permittee (print or type) | Title (if applicable) |
| Signature of Preparer (if different than above) | Date  7/26/2017 |
| W. Scott Burrus, LEP (Sovereign Consulting Inc.) | Senior Project Manager |
| Name of Preparer (print or type) | Title (if applicable) |

Please send all completed forms to:

> WATER TOXICS PROGRAM COORDINATOR
> BUREAU OF WATER PROTECTION AND LAND REUSE
> CT DEPARTMENT OF ENERGY & ENVIRONMENTAL PROTECTION
> 79 ELM STREET
> HARTFORD, CT 06106-5127

General Permit for the Discharge of Stormwater Associated with **Exhibit C**
Industrial Activity, effective 10/1/2011
*Data Tracking Sheet*
**General and Sector G Transportation Facilities Only**
*Monitoring Requirements*

---

Permittee Name: **Equilon Enterprises LLC dba Shell Oil Products US**
Permit #: GSI **(not yet assigned - Reg. App. #201705305)**

Site Name: **Shell Oil Products US New Haven Terminal**

Site Address: **481 East Shore Parkway, New Haven, CT 06512**

Sample Location: **Outfall 001**

---

Enter the sample dates and the data reported for the four (4) most recent semi-annual sample results at this discharge location into the chart below. To determine the average for the four samples add up each of the four results and then divide that number by 4.

Average =  $\dfrac{\text{(Sample 1+ Sample 2 + Sample 3 + Sample 4)}}{4}$

| Parameter | Sample Result 1 | 2 | 3 | 4 | Average | Benchmark* | Qualify for exemption? |
|---|---|---|---|---|---|---|---|
| Sample Date | 06/16/2017 | | | | | | |
| O&G | 2.1 mg/L | | | | **2.1 mg/L** | 5.0 mg/L | **No** |
| Sample pH | 7.22 S.U. | | | | **7.22 S.U.** | 5-9 S.U. | **No** |
| COD | 48 mg/L | | | | **48 mg/L** | 75 mg/L | **No** |
| TSS | 29 mg/L | | | | **29 mg/L** | 90 mg/L | **No** |
| TP | 0.05 mg/L | | | | **0.05 mg/L** | 0.40 mg/L | **No** |
| TKN | 1.3 mg/L | | | | **1.3 mg/L** | 2.30 mg/L | **No** |
| NO$_3$-N | 0.05 mg/L | | | | **0.05 mg/L** | 1.10 mg/L | **No** |
| Total Copper | 0.02 mg/L | | | | **0.02 mg/L** | 0.059 mg/L | **No** |
| Total Zinc | 0.01 mg/L | | | | **0.01 mg/L** | 0.160 mg/L | **No** |
| Total Lead | 0.0065 mg/L | | | | **0.0065 mg/L** | 0.076 mg/L | **No** |

*If the average of the four (4) most recent samples is less than the benchmark listed, your facility is no longer required to sample semi-annually for that parameter for the rest of the permit (current permit expires 9/30/2016). If your facility qualifies for an exemption from monitoring for sample pH, your facility is also exempt from monitoring rainfall pH for the remainder of the permit.

If the average of the four (4) most resent samples is equal to or greater than the benchmark listed, check the appropriate box on page 1.If so, you have exceeded the benchmark and must continue to sample this parameter semiannually until the average is below the benchmark. See Section 5(e)(1)(B) of the General permit for requirements when exceeding a benchmark.

If the sample result reported by the testing laboratory was below detection limit, for the purpose of averaging, use a value that is ½ the detection limit for that parameter in the formula above. For example, if the result for Oil & Grease was <2.0 mg/L, use a value of 1.0 mg/L for determining the average. Please refer to Section 5 e(1)B(iii) of the General Permit for a more detailed explanation.



80 Lupes Drive
Stratford, CT 06615

COMPLETE ENVIRONMENTAL TESTING, INC.

**Exhibit C** 7-9984
Fax: (203) 377-9952
e-mail: cet1@cetlabs.com

Client:    Mr. W. Scott Burrus
Sovereign Consulting, Inc.
1 Tarby Lane
Oxford, CT 06478

# Analytical Report

# CET# 7060432

Report Date: June 27, 2017
Project: Triton Terminaling LLC, 481 East Shore Parkway, NH
Project Number: 1M149
PO Number: 1M149.460.02



Connecticut Laboratory Certificate: PH 0116
Massachusetts laboratory Certificate: M-CT903

New York NELAP Accreditation: 11982
Rhode Island Certification: 199

CET # : 7060432

Project: Triton Terminaling LLC, 481 East Shore Parkway, NH

Project Number: 1M149

**Exhibit C**

### SAMPLE SUMMARY

The sample(s) were received at 1.4°C.

This report contains analytical data associated with following samples only.

| Sample ID | Laboratory ID | Matrix | Collection Date/Time | Receipt Date |
|---|---|---|---|---|
| Outfall 001 | 7060432-01 | Water | 6/16/2017  14:40 | 06/16/2017 |

Complete Environmental Testing, Inc.
80 Lupes Drive, Stratford, CT 06615 • Tel: 203-377-9984 • Fax: 203-377-9952 • www.cetlabs.com

Page 2 of 17

CET # : 7060432

Project: Triton Terminaling LLC, 481 East Shore Parkway, NH

Project Number: 1M149

**Exhibit C**

---

**Analyte: Chemical Oxygen Demand [SM 5220 D]**

Analyst: ALM

Matrix: Water

| Laboratory ID | Client Sample ID | Result | RL | Units | Dilution | Batch | Prepared | Date/Time Analyzed | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 7060432-01 | Outfall 001 | 48 | 5.0 | mg/L | 1 | B7F2112 | 06/21/2017 | 06/23/2017 13:58 | |

---

**Analyte: Nitrate as N [EPA 300.0]**

Analyst: MG

Matrix: Water

| Laboratory ID | Client Sample ID | Result | RL | Units | Dilution | Batch | Prepared | Date/Time Analyzed | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 7060432-01 | Outfall 001 | ND | 0.10 | mg/L | 1 | B7F1907 | 06/16/2017 | 06/16/2017 18:28 | |

---

**Analyte: Phosphorous, Total [EPA 365.4]**

Analyst: MG

Matrix: Water

| Laboratory ID | Client Sample ID | Result | RL | Units | Dilution | Batch | Prepared | Date/Time Analyzed | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 7060432-01 | Outfall 001 | ND | 0.10 | mg/L | 1 | B7F2226 | 06/22/2017 | 06/22/2017 12:50 | |

---

**Analyte: Oil and Grease [EPA 1664A]**

Analyst: DAH

Matrix: Water

| Laboratory ID | Client Sample ID | Result | RL | Units | Dilution | Batch | Prepared | Date/Time Analyzed | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 7060432-01 | Outfall 001 | ND | 4.2 | mg/L | 1 | B7F2641 | 06/26/2017 | 06/27/2017 14:07 | |

Complete Environmental Testing, Inc.
80 Lupes Drive, Stratford, CT 06615 • Tel: 203-377-9984 • Fax: 203-377-9952 • www.cetlabs.com

Page 3 of 17

CET # : 7060432

Project: Triton Terminaling LLC, 481 East Shore Parkway, NH

Project Number: 1M149

**Exhibit C**

Analyte: **Total Suspended Solids [SM 2540 D]**

**Analyst: DRH**

**Matrix: Water**

| Laboratory ID | Client Sample ID | Result | RL | Units | Dilution | Batch | Prepared | Date/Time Analyzed | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 7060432-01 | Outfall 001 | 29 | 5.0 | mg/L | 1 | B7F1914 | 06/19/2017 | 06/19/2017 09:53 | |

Analyte: **Total Kjeldahl Nitrogen (TKN) [EPA 351.2]**

**Analyst: MG**

**Matrix: Water**

| Laboratory ID | Client Sample ID | Result | RL | Units | Dilution | Batch | Prepared | Date/Time Analyzed | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 7060432-01 | Outfall 001 | 1.3 | 1.0 | mg/L | 1 | B7F2233 | 06/22/2017 | 06/22/2017 14:17 | |

Analyte: **Total Zinc [EPA 200.7]**

**Analyst: CD**

**Matrix: Water**

| Laboratory ID | Client Sample ID | Result | RL | Units | Dilution | Batch | Prepared | Date/Time Analyzed | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 7060432-01 | Outfall 001 | ND | 0.020 | mg/L | 1 | B7F1927 | 06/19/2017 | 06/20/2017 14:50 | |

Analyte: **Total Lead [EPA 200.7]**

**Analyst: CD**

**Matrix: Water**

| Laboratory ID | Client Sample ID | Result | RL | Units | Dilution | Batch | Prepared | Date/Time Analyzed | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 7060432-01 | Outfall 001 | ND | 0.013 | mg/L | 1 | B7F1927 | 06/19/2017 | 06/20/2017 14:50 | |

CET # : 7060432

Project: Triton Terminaling LLC, 481 East Shore Parkway, NH

Project Number: 1M149

**Exhibit C**

**Analyte: Total Copper [EPA 200.7]**

**Analyst: CD**

**Matrix: Water**

| Laboratory ID | Client Sample ID | Result | RL | Units | Dilution | Batch | Prepared | Date/Time Analyzed | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 7060432-01 | Outfall 001 | ND | 0.040 | mg/L | 1 | B7F1927 | 06/19/2017 | 06/20/2017 14:50 | |

CET # : 7060432
Project: Triton Terminaling LLC, 481 East Shore Parkway, NH
Project Number: 1M149

**Exhibit C**

## QUALITY CONTROL SECTION

### Batch B7F1907 – EPA 300.0

| Analyte | Result (mg/L) | RL (mg/L) | Spike Level | Source Result | % Rec | % Rec Limits | RPD | RPD Limit | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **Blank (B7F1907-BLK1)** | | | | | Prepared: 6/16/2017 Analyzed: 6/16/2017 | | | | |
| Nitrate as N | ND | 0.10 | | | | | | | |
| **LCS (B7F1907-BS1)** | | | | | Prepared: 6/16/2017 Analyzed: 6/16/2017 | | | | |
| Nitrate as N | 5.2 | 0.10 | 5.000 | | 105 | 80 – 120 | | | |

Complete Environmental Testing, Inc.
80 Lupes Drive, Stratford, CT 06615 • Tel: 203-377-9984 • Fax: 203-377-9952 • www.cetlabs.com

Page 6 of 17

CET # : 7060432

Project: Triton Terminaling LLC, 481 East Shore Parkway, NH

Project Number: 1M149

**Exhibit C**

## Batch B7F1914 - SM 2540 D

| Analyte | Result (mg/L) | RL (mg/L) | Spike Level | Source Result | % Rec | % Rec Limits | RPD | RPD Limit | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **Blank (B7F1914-BLK1)** | | | | | Prepared: 6/19/2017 Analyzed: 6/19/2017 | | | | |
| Total Suspended Solids | ND | 5.0 | | | | | | | |

CET # : 7060432

**Exhibit C**

Project: Triton Terminaling LLC, 481 East Shore Parkway, NH

Project Number: 1M149

## Batch B7F1927 - EPA 200.7

| Analyte | Result (mg/L) | RL (mg/L) | Spike Level | Source Result | % Rec | % Rec Limits | RPD | RPD Limit | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Blank (B7F1927-BLK1) | | | | | Prepared: 6/19/2017 Analyzed: 6/20/2017 | | | | |
| Lead | ND | 0.013 | | | | | | | |
| Copper | ND | 0.040 | | | | | | | |
| Zinc | ND | 0.020 | | | | | | | |
| LCS (B7F1927-BS1) | | | | | Prepared: 6/19/2017 Analyzed: 6/21/2017 | | | | |
| Lead | 0.198 | 0.013 | 0.200 | | 98.9 | 85 - 115 | | | |
| Copper | 0.201 | 0.040 | 0.200 | | 100 | 85 - 115 | | | |
| Zinc | 0.215 | 0.020 | 0.200 | | 108 | 85 - 115 | | | |

CET # : 7060432

Project: Triton Terminaling LLC, 481 East Shore Parkway, NH

Project Number: 1M149

**Exhibit C**

### Batch B7F2112 - SM 5220 D

| nalyte | Result (mg/L) | RL (mg/L) | Spike Level | Source Result | % Rec | % Rec Limits | RPD | RPD Limit | Notes |
|---|---|---|---|---|---|---|---|---|---|
| ank (B7F2112-BLK1) | | | | | Prepared: 6/21/2017 Analyzed: 6/23/2017 | | | | |
| iemical Oxygen Demand | ND | 5.0 | | | | | | | |
| CS (B7F2112-BS1) | | | | | Prepared: 6/21/2017 Analyzed: 6/23/2017 | | | | |
| iemical Oxygen Demand | 120 | 5.0 | 125.000 | | 97.6 | 90 - 110 | | | |
| CS (B7F2112-BS2) | | | | | Prepared: 6/21/2017 Analyzed: 6/23/2017 | | | | |
| iemical Oxygen Demand | 710 | 5.0 | 750.000 | | 94.1 | 90 - 110 | | | |
| uplicate (B7F2112-DUP1) | | Source: 7060432-01 | | | Prepared: 6/21/2017 Analyzed: 6/23/2017 | | | | |
| hemical Oxygen Demand | 52 | 5.0 | | 48 | | | 8.00 | 20 | |
| Iatrix Spike (B7F2112-MS1) | | Source: 7060432-01 | | | Prepared: 6/21/2017 Analyzed: 6/23/2017 | | | | |
| hemical Oxygen Demand | 550 | 5.0 | 500.000 | 48 | 100 | 90 - 110 | | | |

**Exhibit G**

## Quarterly Visual Monitoring

Outfall Number: _002_

Motiva Terminal No. 58008
481 East Shore Pkwy
New Haven, CT

- *Visually examine each qualified outfall associated with industrial activity on a quarterly basis. The examination shall be made of grab samples collected within the first 30 minutes (or as soon thereafter as practical, but not to exceed 1 hour) of when the runoff begins discharging. If samples are not taken during the first 30 minutes, the reason why any samples were not collected within the first 30 minutes of discharge must be noted.*
- *Monitoring must be conducted on discharges from a measureable storm event that results in an actual discharge from the site, and that follows the preceding measurable storm event by at least 72 hours (3 days). The 72-hour storm interval does not apply if the permittee is able to document that less than a 72-hour (3-day) interval is representative for local qualifying storm events during the sampling period. In the case of snowmelt, the monitoring must be performed at a time when a measurable discharge occurs at the site.*
- *A facility that has retention ponds as BMPs will not always have a discharge from the pond(s) immediately following a qualifying storm event. If any storm events occurred prior to discharge from the outfall, regardless of the time period between the last storm event and the discharge, the permittee may consider the discharge to be the result of the previous qualifying storm event.*

| Quarter (Circle): 1  2  ③  4 | Date & time collected: 7/29/16 | Date & time examined: 7/29/16  7:20 |
|---|---|---|
| Rainfall amount:  0.27" | Qualifying: Yes or No | Runoff source: rainfall or snowmelt |

| Parameter | Parameter Description (Circle/Mark Answer) | Parameter Characteristics (Complete Column if Indicated Yes) |
|---|---|---|
| Color | Does the water appear to be colored? Yes  (No) | Describe: |
| Clarity | Is the water clear or transparent, meaning can you see through it? (Yes)  No | Which of the following best describes the clarity of the water? **Clear, Milky, Opaque, Other (describe):** CLEAR |
| Oil sheen | Can you see a rainbow effect or sheen on the water surface? Yes  (No) | Which of the following best describes the water sheen? **Oily, Silver, Iridescent:** |
| Noticeable Odor | Does the sample have an odor? Yes  (No) | Describe: |
| Floating Solids | Is there something floating on the surface of the sample? Yes  (No) | Describe: |
| Suspended Solids | Is there something suspended in the water column or sample? Yes  (No) | Describe: |
| Settled Solids | Is there something settled at the bottom of the sample? Yes  (No) | Describe: |
| Foam | Is there foam or material forming on top of the water? Yes  (No) | Describe: |
| Other Obvious Indicators of Storm Water Pollution | *e.g.* Leaking equipment, new construction, recent incident onsite, etc. | Describe: NONE |
| Additional Comments/Notes | *e.g.* Reason for not taking sample in the first 30 minutes, etc. | Describe: |

| Sampler: (Team Member) | ROBERT COLBURN | (signature) | 7/29/16 |
|---|---|---|---|
| | Print Name | Signature | Date |

| Team Member 2: | | | |
|---|---|---|---|
| | Print Name | Signature | Date |

| Team Member 3: | | | |
|---|---|---|---|
| | Print Name | Signature | Date |

- *Results of the examination must be reviewed by the storm water pollution prevention team. The team must investigate and identify probable sources of any observed storm water contamination. The SWP3 must be modified as necessary to address the conclusions of the team.*

Exhibit C

## Quarterly Visual Monitoring

Outfall Number: 001

| Motiva Terminal No. 58008 |
|---|
| 481 East Shore Pkwy |
| New Haven, CT |

- **Visually examine each qualified outfall associated with industrial activity on a quarterly basis.** The examination shall be made of grab samples collected within the first 30 minutes (or as soon thereafter as practical, but not to exceed 1 hour) of when the runoff begins discharging. If samples are not taken during the first 30 minutes, the reason why any samples were not collected within the first 30 minutes of discharge must be noted.
- Monitoring must be conducted on discharges from a measurable storm event that results in an actual discharge from the site, and that follows the preceding measurable storm event by at least 72 hours (3 days). The 72-hour storm interval does not apply if the permittee is able to document that less than a 72-hour (3-day) interval is representative of local qualifying storm events during the sampling period. In the case of snowmelt, the monitoring must be performed at a time when a measurable discharge occurs at the site.
- A facility that has retention ponds as BMPs will not always have a discharge from the pond(s) immediately following a qualifying storm event. If any storm events occurred prior to discharge from the outfall, regardless of the time period between the last storm event and the discharge, the permittee may consider the discharge to be the result of the previous qualifying storm event.

| Quarter (Circle): 1 (2) 3  4 | Date & time collected: 4/7/16 | Date & time examined: 4/7/16   13:15 |
|---|---|---|
| Rainfall amount: 0.1 " | Qualifying: (Yes) or No   13:12 | Runoff source: (rainfall) or snowmelt |

| Parameter | Parameter Description (Circle/Mark Answer) | Parameter Characteristics (Complete Column if Indicated (Yes) |
|---|---|---|
| Color | Does the water appear to be colored? Yes (No) | Describe: Very light olive tan hue |
| Clarity | Is the water clear or transparent, meaning can you see through it? (Yes) No | Which of the following best describes the clarity of the water? **Clear, Milky, Opaque, Other (describe):** |
| Oil sheen | Can you see a rainbow effect or sheen on the water surface? Yes (No) | Which of the following best describes the water sheen? **Oily, Silver, Iridescent:** |
| Noticeable Odor | Does the sample have an odor? Yes (No) | Describe: |
| Floating Solids | Is there something floating on the surface of the sample? Yes (No) | Describe: |
| Suspended Solids | Is there something suspended in the water column or sample? Yes (No) | Describe: |
| Settled Solids | Is there something settled at the bottom of the sample? Yes (No) | Describe: |
| Foam | Is there foam or material forming on top of the water? Yes (No) | Describe: |
| Other Obvious Indicators of Storm Water Pollution | e.g. Leaking equipment, new construction, recent incident onsite, etc. | Describe: None |
| Additional Comments/Notes | e.g. Reason for not taking sample in the first 30 minutes, etc. | Describe: |

| Sampler: (Team Member) | W. Scott Burns | [signature] | 4/7/16 |
|---|---|---|---|
| | Print Name | Signature | Date |

| Team Member 2: | | | |
|---|---|---|---|
| | Print Name | Signature | Date |

| Team Member 3: | | | |
|---|---|---|---|
| | Print Name | Signature | Date |

❖ Results of the examination must be reviewed by the storm water pollution prevention team. The team must investigate and identify probable sources of any observed storm water contamination. The SWP3 must be modified as necessary to address the conclusions of the team.

**Exhibit C**

## Quarterly Visual Monitoring

Outfall Number: ___OO2___

Motiva Del Pemier Terminal
481 East Shore Pkwy
New Haven, CT

- *Visually examine each qualified outfall associated with industrial activity on a quarterly basis.* The examination shall be made of grab samples collected within the first 30 minutes (or as soon thereafter as practical, but not to exceed 1 hour) of when the runoff begins discharging. If samples are not taken during the first 30 minutes, the reason why any samples were not collected within the first 30 minutes of discharge must be noted.
- Monitoring must be conducted on discharges from a measurable storm event that results in an actual discharge from the site, and that follows the preceding measurable storm event by at least 72 hours (3 days). The 72-hour storm interval does not apply if the permittee is able to document that less than a 72-hour (3-day) interval is representative for local qualifying storm events during the sampling period. In the case of snowmelt, the monitoring must be performed at a time when a measurable discharge occurs at the site.
- A facility that has retention ponds as BMPs will not always have a discharge from the pond(s) immediately following a qualifying storm event. If any storm events occurred prior to discharge from the outfall, regardless of the time period between the last storm event and the discharge, the permittee may consider the discharge to be the result of the previous qualifying storm event.

| Quarter (Circle): 1 (2) 3 4 | Date & time collected: 2/3/16 13:9 | Date & time examined: 2/3/16 13:55 |
| --- | --- | --- |
| Rainfall amount: 1.14" | Qualifying: Yes or No | Runoff source: (rainfall) or snowmelt |

| Parameter | Parameter Description (Circle/Mark Answer) | Parameter Characteristics (Complete Column if Indicated Yes) |
| --- | --- | --- |
| Color | Does the water appear to be colored? (Yes)    No | Describe: LIGHT BROWN HUE |
| Clarity | Is the water clear or transparent, meaning can you see through it? Yes    (No) | Which of the following best describes the clarity of the water? Clear, Milky, Opaque, Other (describe): MILKY |
| Oil sheen | Can you see a rainbow effect or sheen on the water surface? Yes    (No) | Which of the following best describes the water sheen? Oily, Silver, Iridescent: |
| Noticeable Odor | Does the sample have an odor? Yes    (No) | Describe: |
| Floating Solids | Is there something floating on the surface of the sample? Yes    (No) | Describe: |
| Suspended Solids | Is there something suspended in the water column or sample? Yes    (No) | Describe: |
| Settled Solids | Is there something settled at the bottom of the sample? Yes    (No) | Describe: |
| Foam | Is there foam or material forming on top of the water? Yes    (No) | Describe: |
| Other Obvious Indicators of Storm Water Pollution | *e.g.* Leaking equipment, new construction, recent incident onsite, etc. | Describe: NONE |
| Additional Comments/Notes | *e.g.* Reason for not taking sample in the first 30 minutes, etc. | Describe: |

| Sampler: (Team Member) | ROBERT COUBRAY | (sign) | 2/2/16 |
| --- | --- | --- | --- |
| | Print Name | Signature | Date |

Team Member 2: _____
Print Name    Signature    Date

Team Member 3: _____
Print Name    Signature    Date

❖ *Results of the examination must be reviewed by the storm water pollution prevention team. The team must investigate and identify probable sources of any observed storm water contamination. The SWP3 must be modified as necessary to address the conclusions of the team.*