# NORTHEAST PETROLEUM

295 Eastern Avenue
Chelsea, MA 02150
617/286-3400

**Exhibit E**

June 1, 1993



State of Connecticut
Department of Environmental Protection
Bureau of Air Management
165 Capitol Avenue
Hartford, Connecticut  06106

Attention:  Ms Susan Amarello

Dear Ms Amarello:

    Pursuant to our past telephone conversations, and along with your most cooperative assistance in helping us get our Air Compliance Registration and Permit Licenses, this will serve as notification that Northeast Petroleum Division of Cargill, Incorporated, on or about June 15, 1993, will acquire all the assets of the Exxon Company, U.S.A. New Haven, Connecticut terminal.  In our conversations you agreed since Exxon is on file and have recently completed their applications for the year regarding compliance registration and permits, that Northeast Petroleum Division of Cargill, Incorporated could operate, until Exxon's current expiration date, under the current Exxon conditions and then we will renew, as required, in the name of Northeast Petroleum Division of Cargill, Incorporated.  Would you be so kind to send to me the required forms and calculation sheets that Northeast will need to submit so that I may have the opportunity to work with the information before it is due.  Would you also send me a copy of the compliance regulations so that I may familiarize myself with these regulations.

    Another topic discussed was that you wanted to be informed on the status of other permits that are required in order for Northeast to operate this location.  To date we have submitted to the Coast Guard our Operation Manual, Letter of Intent, application for a Certificate of Adequacy to operate. Hopefully those mentioned will be accepted by the end of this week.  Our OPA 90 Facility Response Plan is being finalized by Mercer



Ms. Susan Amarello  **Exhibit E**
June 1, 1993
Page Two

Management Consulting, Inc., who wrote our other locations Plans. This will be submitted prior to our acquisition. Our Spill Prevention Control and Countermeasure (SPCC) Plan has also been written. Brian Coss/ Bureau of Waste Management has received copies of the above information along with our Application for Terminal License along with our check. A request to the EPA to transfer the current EPA Identification Number for this facility over to us is in the process. I plan to meet with the Fire Department June 2, 1993.

Again, I would like to stress that Northeast Petroleum Division of Cargill, Incorporated shall operate this facility within the guidelines of federal, state and local requirements and regulations as we have in the past and continue to do at all our Northeast facilities throughout the New England area. We consider ourselves a good neighbor at each of our facilities and we work well with regulatory agencies and local authorities.

Thank you for your cooperation and time and efforts spent in guiding us in order that the enclosed Air Compliance Registrations and Permits be submitted accurately.

Very truly yours,

NORTHEAST PETROLEUM DIVISION OF
CARGILL, INCORPORATED

Malcolm T. Newell
Terminal Superintendent

ja

enclosures