**Exhibit G**

# STORMWATER POLLUTION PREVENTION PLAN



**Shell Oil Products US**
**481 East Shore Parkway**
**New Haven, Connecticut 06512**

**July 2017**

Ref. No. 104873R01

Prepared by:



385 Church Street, Suite 201, Guilford, Connecticut 06437 • Phone 203.458.7200 Fax: 203.458.7201

**Exhibit G**

## TABLE OF CONTENTS

1.0 - INTRODUCTION ........................................................................................................ 1

2.0 - FACILITY DESCRIPTION ......................................................................................... 2

3.0 - SITE DRAINAGE ........................................................................................................ 9

4.0 - POLLUTION PREVENTION TEAM ....................................................................... 11

5.0 - DESCRIPTION OF POTENTIAL POLLUTANT SOURCES ................................. 12
    5.1 - Inventory of Exposed Materials ............................................................................ 12
    5.2 - Active Response Measures .................................................................................... 15
    5.3 - Secondary Containment Calculations ................................................................... 15

6.0 - HISTORICAL SPILLS AND LEAKS ...................................................................... 16

7.0 - STORMWATER MONITORING PROGRAM ......................................................... 17
    7.1 - Visual Monitoring .................................................................................................. 17
    7.2 - Benchmark Monitoring .......................................................................................... 17
    7.3 - Monitoring of Discharges to Impaired Waters ...................................................... 20
    7.4 - Effluent Limitations Monitoring ........................................................................... 21
    7.5 - Requirements for Stormwater Discharges through Municipal Separate Storm Sewer
           Systems (MS4s) ................................................................................................. 21
    7.6 - Stormwater Monitoring Procedures ...................................................................... 21
    7.7 - Sample Analysis .................................................................................................... 22
    7.8 - Reporting ............................................................................................................... 22
    7.9 - Inability to Collect a Sample ................................................................................. 23
    7.10 - Non-Stormwater Discharges ............................................................................... 23

8.0 - SITE INSPECTIONS AND EVALUATIONS .......................................................... 24
    8.1 - Semi-Annual Inspections ...................................................................................... 24
    8.2 - Routine Inspections ............................................................................................... 24

9.0 - CONTROL MEASURES ............................................................................................ 26
    9.1 - Structural Control Measures .................................................................................. 26
    9.2 - Non-Structural Control Measures .......................................................................... 27

10.0 - BEST MANAGEMENT PRACTICES (MEASURES AND CONTROLS) ............ 28
    10.1 - Good Housekeeping ............................................................................................. 28
    10.2 - Vehicle or Equipment Washing .......................................................................... 29
    10.3 - Floor Drains ......................................................................................................... 29
    10.4 - Roof Areas ........................................................................................................... 29
    10.5 - Minimize Exposure .............................................................................................. 29
    10.6 - Sediment and Erosion Control ............................................................................ 29
    10.7 - Management of Runoff ........................................................................................ 30
    10.8 - Preventative Maintenance ................................................................................... 30
    10.9 - Spill Prevention and Response ............................................................................ 30

**Table of Contents (Continued)**                    **Exhibit G**

10.10 - Employee Training ................................................................ 31
10.11 - Non-Stormwater Discharges.................................................. 31
10.12 - Solid De-Icing Material Storage............................................ 31
10.13 - Consistency with Other Plans and Permits ........................... 31
10.14 - Future Construction............................................................... 32

11.0 - EMPLOYEE TRAINING PROGRAM ...................................................... 33

12.0 - RECORD KEEPING AND PLAN UPDATES ............................................ 35

13.0 - SIGNATURES OF REPORT AUTHORS...................................................... 36

**FIGURES**

Figure 1     Site Location Map
Figure 2     Terminal Site Plan

**APPENDICES**

Appendix A Approvals and Certifications
Appendix B Inspection Forms
Appendix C Record of Changes
Appendix D Secondary Containment Calculations
Appendix E Completed Semi-Annual Inspections
Appendix F CT DEEP Industrial Stormwater General Permit
Appendix G Limitations

**Exhibit G**

## REGULATORY CROSS REFERENCE
### *Shell Oil Products US – New Haven, Connecticut*
### *Stormwater Pollution Prevention Plan*

Sub-Sections are referenced relative to the Connecticut General Permit for the Discharge of
Stormwater Associated with Industrial Activity – Section 5

|  | Section | Title | Section | Page |
|---|---|---|---|---|
| colspan="5" | **CONNECTICUT DEPARTMENT OF ENERGY & ENVIRONMENTAL PROTECTION** Stormwater Pollution Prevention Plan Elements ||| **Found in:** ||

| Section | | Title | Section | Page |
|---|---|---|---|---|
| **(b)** | | **Best Management Practices** | 10.0 | 28 |
| | (1) | Good Housekeeping | 10.1 | 28 |
| | (2) | Vehicle or Equipment Washing | 10.2 | 29 |
| | (3) | Floor Drains | 10.3 | 29 |
| | (4) | Roof Areas | 10.4 | 29 |
| | (5) | Minimize Exposure | 10.5 | 29 |
| | (6) | Sediment and Erosion Control | 10.6 | 29 |
| | (7) | Management of Runoff | 10.7 | 30 |
| | (8) | Preventative Maintenance | 10.8 | 30 |
| | (9) | Spill Prevention and Response Procedures | 10.9 | 30 |
| | (A) | Containment | 10.9 | 30 |
| | (B) | Dumpsters | 10.9 | 30 |
| | (C) | Loading Docks | 10.9 | 30 |
| | (10) | Employee Training | 10.10, 11.0 | 31, 33 |
| | (11) | Non-Stormwater Discharges | 10.11 | 31 |
| | (12) | Solid De-Icing Material Storage | 10.12 | 31 |
| | (13) | Sector-Based Control Measures | NA | NA |
| **(c)** | **(2)** | **Stormwater Pollution Prevention Plan** | | |
| | (A) | Facility Description | 2.0 | 2 |
| | (B) | General Location Map | Fig. 1 | Fig. 1 |
| | (C) | Pollution Prevention Team | 4.0 | 11 |
| | (D) | Potential Pollutant Sources | 5.0 | 12 |
| | (i) | Site Map | Fig. 2 | Fig. 2 |
| | (ii) | Inventory of Exposed Materials | 5.1 | 12 |
| | (iii) | Summary of Potential Pollutant Sources | 5.0, 5.2, 10.0 | 12, 15, 28 |
| | (iv) | Spills and Leaks | 6.0 | 16 |
| | (E) | Control Measures | 9.0 | 28 |
| | (F) | Non-Stormwater Discharge Certification | App. A | App. A |
| | (G) | Requirements for stormwater discharges associated with industrial activity through municipal separate storm sewer systems (if required by the municipality). | 7.5 | 21 |
| | (H) | Consistency with Other Plans and Permits | 10.13 | 31 |
| | (I) | Future Construction | 10.14 | 32 |
| | (J) | Monitoring Program | 7.0 | 17 |

**Exhibit G**

### REGULATORY CROSS REFERENCE
*Shell Oil Products US – New Haven, Connecticut*
*Stormwater Pollution Prevention Plan*

Sub-Sections are referenced relative to the Connecticut General Permit for the Discharge of
Stormwater Associated with Industrial Activity – Section 5

| CONNECTICUT DEPARTMENT OF ENERGY & ENVIRONMENTAL PROTECTION Stormwater Pollution Prevention Plan Elements | | | Found in: | |
|---|---|---|---|---|
| Section | | Title | Section | Page |
| (K) | | Schedules and Procedures | 7.0, 8.0 | 17, 24 |
| (4) | | Signature and Plan Review | App. A | App. A |
| (5) | | Keeping Plan Current | 12.0 | 35 |
| (7) | | Plan Certification | App. A | App. A |
| **(d)** | | **Inspections** | 8.0 | 24 |
| (1) | | Semi-Annual Inspections | 8.1 | 24 |
| (2) | | Routine Inspections | 8.2 | 24 |
| **(e)** | | **Monitoring Requirements** | 7.0 | 17 |
| (1) | (A) | Standard Monitoring Parameters | 7.1, 7.2 | 17, 17 |
| | (i) | Visual Monitoring | 7.1 | 17 |
| | (ii) | General Monitoring Requirements | 7.2 | 17 |
| | (B) | Standard Monitoring Benchmarks | 7.2 | 17 |
| | (i) | Schedule | 7.2 | 17 |
| | (ii) | Benchmarks | 7.2 | 17 |
| | (iii) | Data not exceeding benchmarks | 7.2 | 17 |
| | (iv) | Data exceeding benchmarks | 7.2 | 17 |
| | (v) | Off-site and Natural Background Pollutants Levels | 7.2 | 17 |
| | (C) | Toxicity Monitoring | 7.2 | 17 |
| | (D) | Monitoring of Discharges to Impaired Waters | 7.3 | 20 |
| | (i) | Discharges to Impaired Waters Without an Established Total Maximum Daily Load (TMDL) | 7.3 | 20 |
| | (ii) | Discharges to Impaired Waters With an Established Total Maximum Daily Load (TMDL) | 7.3 | 20 |
| | (E) | Sector-Specific Benchmarks | NA | NA |
| | (F) | Effluent Limitations Monitoring | 7.4 | 21 |
| (2) | (A) | Stormwater Monitoring Procedures | 7.6 | 21 |
| | (B) | Representative Discharge | NA | NA |
| | (C) | Storm Event Information | 7.6 | 21 |
| | (D) | Test Procedures | 7.7 | 22 |
| | (E) | Inability to Collect a Sample | 7.9 | 23 |
| **(f)** | | **Additional Requirements for Certain Sectors** | NA | NA |
| **(g)** | | **Discharge to Impaired Waters** | 7.3 | 20 |
| (1) | | Existing Discharge to an Impaired Water without an Established TMDL | 7.3 | 20 |

**Exhibit G**

**REGULATORY CROSS REFERENCE**
*Shell Oil Products US – New Haven, Connecticut*
*Stormwater Pollution Prevention Plan*

Sub-Sections are referenced relative to the Connecticut General Permit for the Discharge of
Stormwater Associated with Industrial Activity – Section 5

| CONNECTICUT DEPARTMENT OF ENERGY & ENVIRONMENTAL PROTECTION Stormwater Pollution Prevention Plan Elements | | Found in: | |
|---|---|---|---|
| Section | Title | Section | Page |
| (2) | Existing Discharge to an Impaired Water with an Established TMDL | 7.3 | 20 |
| (3) | New Discharge to an Impaired Water | 7.3 | 20 |
| **(h)** | **Reporting and Recordkeeping Requirements** | 7.8, 12.0 | 22, 35 |
| Notes: 1. NA = Not Applicable 2. App. = Appendix 3. Fig. = Figure | | | |

**Exhibit G**

## 1.0 - INTRODUCTION

This Stormwater Pollution Prevention Plan (SWP3) has been prepared on behalf of Shell Oil Products US (Shell) for its bulk petroleum terminal located at 481 East Shore Parkway in New Haven, Connecticut. The facility is shown on the Site Location Map (Figure 1).

This SWP3 was developed to identify and manage potential pollution sources that may affect the quality of stormwater runoff generated at the site in accordance with the State of Connecticut's Department of Energy & Environmental Protection (DEEP) General Permit for the Discharge of Stormwater Associated with Industrial Activity issued on October 1, 2011. A Regulatory Cross-Reference is provided at the beginning of this document (page iii). Certifications for the plan are presented in Appendix A.

The facility is subject to the State of Connecticut General Permit for the Discharge of Stormwater Associated with Industrial Activity due to its Standard Industrial Classification Code (SIC Code) 5171 (Petroleum Bulk Stations and Terminals) and the presence of stormwater discharges from the site. The facility general permit registration number is _____. Facilities subject to the General Permit are required to prepare and maintain a SWP3.

This SWP3 will be amended whenever there is a change at the site which has an effect on the potential to cause pollution of the waters of the state, or the actions required by the SWP3 fail to ensure or adequately protect against pollution of the waters of the state; or the commissioner requests modification of the SWP3. The SWP3 will also be amended as a result of findings from the Semi-Annual Inspection or as a result of monitoring completed as specified in the general permit.

**Exhibit G**

## 2.0 - FACILITY DESCRIPTION

The facility is a bulk petroleum storage terminal with operations principally consisting of the receipt, storage, and truck loading of petroleum products and additives.  Products are received at the terminal via product transfer lines at the dock to aboveground storage tanks (ASTs) and via trucks.  Product is primarily distributed from the truck loading rack.  Product is also shipped via pipeline.  Overall site features and the sites drainage areas are identified on Figure 2.

The terminal includes buildings, ASTs, the truck loading rack, truck offloading, and other operations related equipment.  These site features are described below and are shown on the Terminal Site Plan (Figure 2).  The majority of product at the terminal is received at the site's marine dock located approximately 1/4 mile to the west on New Haven Harbor.  The dock has not been included in this plan as Shell has determined that activities at the dock are not subject to the General Permit.

### Aboveground Storage Tanks (ASTs)

The terminal operates with ASTs for storage of gasoline, distillates, ethanol, gasoline and diesel additives, and own-use heating oil.  Table 1 presents a summary of the ASTs including product type and fill capacity.  The tanks are constructed to be compatible with the products stored in them.  The terminal tank farm is organized with three main containment areas defined by perimeter berms as detailed on Figure 2.  The containment area floors and berms are constructed of compacted earth floors and crushed stone.  Additional details regarding the secondary containment are included in Section 5.3 and Appendix D.

**Exhibit G**

## TABLE 1
### *Summary of Aboveground Storage Tanks*

| Aboveground Storage Tank | Tank Location (Containment) | Tank Location (Drainage Area) | Product | Shell Capacity (gal.) |
|---|---|---|---|---|
| T-1 | Containment Area 1 | Drainage Area 001C | Gasoline | 4,087,554 |
| T-2 | Containment Area 1 | Drainage Area 001C | Gasoline | 4,084,106 |
| T-3 | Containment Area 1 | Drainage Area 001C | Gasoline | 3,917,793 |
| T-21 | Containment Area 2 | Drainage Area 001B | Gasoline | 9,182,087 |
| T-22 | Containment Area 2 | Drainage Area 001B | No. 2 Fuel Oil | 9,261,073 |
| T-23 | Containment Area 2 | Drainage Area 001B | No. 2 Fuel Oil | 9,267,454 |
| T-24 | Containment Area 2 | Drainage Area 001B | Gasoline | 8,999,609 |
| T-25 | Containment Area 2 | Drainage Area 001B | Ethanol | 3,814,222 |
| T-26 | Containment Area 3 | Drainage Area 001A | Gasoline | 3,823,653 |
| T-27 | Containment Area 3 | Drainage Area 001A | Jet A | 2,537,183 |
| T-28 | Containment Area 2 | Drainage Area 001B | Ethanol | 2,017,133 |
| T-29 | Containment Area 3 | Drainage Area 001A | Gasoline | 2,021,907 |
| T-30 | Containment Area 3 | Drainage Area 001A | JP 8 | 2,935,434 |
| T-31 | Containment Area 3 | Drainage Area 001A | Gasoline | 1,640,611 |
| T-32 | Containment Area 3 | Drainage Area 001A | Gasoline | 1,671,308 |
| T-33 | Containment Area 3 | Drainage Area 001A | Gasoline | 1,166,904 |
| T-34 | Containment Area 3 | Drainage Area 001A | ULSD | 449,341 |
| T-35 | Containment Area 3 | Drainage Area 001A | ULSD | 450,338 |
| T-36 | Containment Area 3 | Drainage Area 001A | ULSD | 450,382 |

**Exhibit G**

| Aboveground Storage Tank | Tank Location (Containment) | Tank Location (Drainage Area) | Product | Shell Capacity (gal.) |
|---|---|---|---|---|
| T-37 | Containment Area 3 | Drainage Area 001A | Jet A | 448,369 |
| T-38 | Containment Area 3 | Drainage Area 001A | ULSD | 3,987,076 |
| T-39 | Containment Area 2 | Drainage Area 001B | Additive/Dye | 10,251 |
| T-40 | Containment Area 2 | Drainage Area 001B | Additive/Dye | 10,251 |
| T-41 | Containment Area 2 | Drainage Area 001B | Additive/Dye | 10,251 |
| T-42 | Containment Area 2 | Drainage Area 001B | Additive/Dye | 10,251 |
| T-43 | Containment Area 2 | Drainage Area 001B | Additive/Dye | 10,251 |
| T-44 | Containment Area 2 | Drainage Area 001B | Additive/Dye | 10,364 |
| T-45 | Containment Area 2 | Drainage Area 001B | Additive/Dye | 10,364 |
| T-46 | Containment Area 2 | Drainage Area 001B | Additive/Dye | 10,364 |
| T-47 | Near Fire House F-1 | Drainage Area 001A | Additive | 6,016 |
| T-48 | Near Garage | Drainage Area 001D | No. 2 Fuel Oil | 2,000 |
| T-49 | Outside Warehouse | Drainage Area 001D | Heating Oil | 2,000 |
| T-50 | Adjacent to Truck Exit | Drainage Area 001D | Diesel | 280 |
| T-53 | Containment Area 3 | Drainage Area 001A | Jet A | 500 |
| T-54 | Near Fire House F-3 | Drainage Area 001D | Additive | 510 |
| T-57 | Under Butane Lab | Drainage Area 001D | Gasoline | 225 |
| S-1 | Containment Area 3 | Drainage Area 001A | Jet A | 300 |

**Exhibit G**

| Aboveground Storage Tank | Tank Location (Containment) | Tank Location (Drainage Area) | Product | Shell Capacity (gal.) |
|---|---|---|---|---|
| S-2 | Containment Area 3 | Drainage Area 001A | Jet A | 500 |
| S-3 | Containment Area 3 | Drainage Area 001A | Jet A | 500 |

**Exhibit G**

Terminal Office Building

The terminal office building is located on the west portion of the terminal property adjacent to the warehouse.  The building is used as the terminal's operations area and includes product pump controls and communications equipment.

A second office building is located to the northwest of the truck exit.  The building, the associated four trailers, and the garage in that area are outside the terminal fence line and are currently leased to another company.  This area is not included in this Stormwater Pollution Prevention Plan.

Warehouse

The warehouse is located next to the office building on the west side of the terminal.  The warehouse includes drum additive and tote storage along with recoverable waste storage. Storage areas are under cover from the elements and have concrete floors. Spill response material is stored in the warehouse as well.

Storage sheds

A small building located adjacent to the office and warehouse building identified as the sample shed contains petroleum products in small (approx. 1 quart to 2 gallon) sample bottles.

Electrical sheds

An electrical shed is located in the southeastern portion of the facility near Fire building F-4.  Another electrical shed is located north of the Vapor Recovery Unit (VRU).

Emergency Generator

An emergency diesel generator is located to the east of the truck entrance, adjacent to an electrical building.  The generator is equipped with a 50 gallon diesel tank which is located inside the generator housing and is not exposed to stormwater.

**Exhibit G**

Fire Suppression Buildings

A small building-, Fire House F-1, in the northwest portion of the terminal contains equipment associated with the terminal's fire suppression system, including a 2,000-gallon foam tank, a diesel fire pump and an electric pump.   The diesel pump has a 5 gallon tank attached to the motor.  The floor of the building is concrete.  A second 2,000-gallon foam tank with associated piping and valves for water supply to the system is located outside the building.

Fire House F-2, located adjacent to the truck exit on the west side of the terminal, houses a diesel fire pump for water (no foam) and a 280 gallon diesel tank with concrete containment.

Fire House F-3, located near the oil/water separator, contains 150-gallons of foam concentrate.

Fire House 4, located along the fence line of the eastern side of the terminal by Tank 1, contains an electric pump for water (no foam).

Truck Loading Rack

The truck loading rack shown on Figure 2 is equipped with eight loading positions for dispensing petroleum products.  A canopy has been constructed over the rack to protect equipment and operators, as well as to minimize potential impacts to stormwater from loading operations.  Each loading bay is located on a concrete surface that drains to a perimeter trough drain that conveys flow to a 15,000-gallon oil/water separator.

Additive Tanks Transfer Area

Off-loading petroleum additives at the terminal takes place east of the loading rack.  The transfer area is equipped with a containment berm and a drain that is connected to a line that conveys flow to an oil/water separator and a lift station that pumps water to the primary retention basin.

**Exhibit G**

Product Pump-off Areas

      Product pump-off from trucks into the ASTs is performed at the loading rack or the product pump off area to the east of the loading rack. This is the same area identified above for Additive Transfers. The pump off area is bermed and contains a drain as described above.

Butane Tanks

      The facility operates with three horizontal butane ASTs in the southwest portion of the facility, west of the retention basins. An offloading pad for receiving butane shipments by truck and associated piping is located to the north of the retention basin. Butane is not expected to impact stormwater since releases from the tanks or the offloading equipment would likely evaporate before reaching stormwater.

Butane Lab and Compressor Buildings

      The Butane laboratory and compressor buildings are located to the east of the Warehouse. Underneath and adjacent to the buildings is piping and a 225 gallon sample holding tank. The tank is connected to the regular gasoline line to the loading rack and is emptied daily when the butane system is in use. Drainage from this area is to a catch basin into the lift station and to the retention basins.

**Exhibit G**

## 3.0 - SITE DRAINAGE

Stormwater drainage at the terminal consists of one drainage area separated into four sections designated Drainage Areas 001A, 001B, 001C, and 001D. The location of each tank in the associated Drainage Areas is identified in Table 1. Stormwater discharges are directed to the two retention basins, in series, that discharge to Outfall 001 in the southwest portion of the facility. Outfall 001 discharges to the city storm sewer by a manually activated pump from the secondary retention basin. Further details regarding the drainage areas are provided below. Additional details regarding monitoring discharges at Outfall 001 are included in Section 7.0.

<u>Tank Farm Drainage</u>

Stormwater in Drainage Area 001A flows overland into a series of catch basins in low areas. Water from the catch basins is pumped from lift stations through the stormwater management system piping until it discharges into Drainage Area 001B. The drainage also includes the northwest portion of the facility, where product piping enters the facility, Fire House F-1 (with foam tanks), an additive tank, and a skid for tank corrosion inhibitor. Stormwater flows to a catch basin and lift station which discharges to Drainage Area 001B.

Drainage Area 001B contains a series of catch basins and lift stations. Stormwater flows overland to the catch basins and is pumped through the lift stations. The lift stations discharge to a low area in the south portion of the drainage area. The low point is connected via an 8" pipe to the retention basin.

Stormwater in Drainage Area 001C flows to a catch basin and lift station. From the lift station, the water is discharged via a 6" pipe to the primary retention basin. When water in the primary retention basin reaches the height of the outflow pipe, the water flows to the secondary retention basin.

Drainage Area 001D includes the Office, Warehouse, Truck Loading Rack, Butane System, and VRU. Roof leaders from the Office and Warehouse discharge to catch basins to the north and southwest of the buildings. These catch basins flow to a lift station and to the primary

**Exhibit G**

retention basin.  One set of roof storm drainage leaders discharges directly to the storm sewer.
Industrial activities that could impact stormwater discharges are not present on the roof areas.

### Loading Rack and Yard Drainage

The Truck Loading Rack is equipped with roof leaders which discharge to catch basins in
the eastern portion of the drainage area.  The catch basins and trough drains direct any
stormwater flow or released product at the rack to the 15,000-gallon oil/water separator.
Drainage from the additive and truck pump off area is also directed to the oil/water separator
from a bermed containment area with a catch basin.  From the separator, treated stormwater
drains by gravity to a lift station where it is pumped to the primary retention basin.  However, if a
release were to occur at the rack or additive/truck pump off transfer areas, the separator flow can
be stopped by manually closing valves at the inlet or outlet.  Minimal precipitation enters the
rack area, with the exception of a limited volume of rain and/or snow melt, due to the canopy
roof over the loading rack.

Stormwater in the vicinity of the Butane tanks and offloading system drains to the north
and east into catch basins that discharge to the primary retention basin.  Most of the remaining
catch basins in the Yard Area are directed to a series of catch basins and underground lines that
direct flow, via lift stations, to the retention basin.  However, two catch basins to the northwest of
the terminal office building discharge directly into Outfall 001.  The facility maintains response
materials and would respond with active measures to address releases in the Yard Area to prevent
spills from entering these catch basins.

### Other Site Drainage

A drainage ditch which originates off site runs through the terminal.  The ditch enters the
terminal property on the northeastern edge of the property and flows south and west between
Containment Area 1 and 2.  At the south end of the terminal the drainage ditch is joined by a
second ditch which originates off the southeast edge of the terminal.  The ditch continues
between Containment Areas 1 and 2 before exiting the southwest portion of the property.

<b>Exhibit G</b>

## 4.0 - POLLUTION PREVENTION TEAM

All Terminal Operators and managers are members of the Stormwater Pollution Prevention Team. The Stormwater Pollution Prevention Team members listed below are responsible for coordinating the development of the SWP3 and assisting in the implementation, maintenance, and revision of the plan. At least one team member is present at the facility or on-call during operational shifts and team members have ready access to either an electronic or paper copy of the Plan.

| **Paul Fatum** Position/Title: | Terminal Manager |
|---|---|
| Telephone Numbers: | Office - (203) 468-4000 |
| Individual Responsibilities: | • Oversees Stormwater Pollution Prevention Plan implementation and compliance with regulations; <br> • Coordinates updates to the SWP3 as necessary; <br> • Maintains stormwater control measures and initiates corrective actions; and <br> • Responsible for spill prevention, spill response and safety. |
| **Jennifer Bothwell** Position/Title: | Environmental Advisor |
| Telephone Numbers: | Office – (860)-227-3004 |
| Individual Responsibilities: | • Implementation of the SWP3 and revisions; <br> • Ensures inspections are completed; <br> • Maintains control measures; and <br> • Implements corrective actions. |
| **Michael Sullivan** Position/Title: | North East Facilities Manager |
| Telephone Number: | Office – (401) 461-6600 ext. 113 <br> (203) 468 4000 ext. 103 |
| Individual Responsibilities: | • Oversees Stormwater Pollution Prevention Plan implementation and compliance with regulations; <br> • Coordinates updates to the SWP3 as necessary; and <br> • Initiates corrective actions. |
| **Terminal Operators** | |
| Responsibilities: | • Perform daily and monthly inspections. <br> • Initiate response measures as necessary. |

**Exhibit G**

## 5.0 - DESCRIPTION OF POTENTIAL POLLUTANT SOURCES

The facility has been evaluated to identify potential sources of stormwater pollutants. A number of items, which have the potential to impact stormwater quality, were identified at the facility. Potential sources of pollution at the terminal consist primarily of structures and facilities used in the operation of the terminal.

### 5.1 - Inventory of Exposed Materials

The noted items are listed and described below and are depicted on the Site Plan (Figure 2).

- Aboveground Storage Tanks;
- Truck Loading Rack;
- Additive Tanks Off-loading and Product Pump-off Areas;
- Terminal Piping System;
- Butane System;
- Buildings and Storage Sheds;
- Electrical Transformer;
- Emergency Generator;
- Pesticides;
- Animal Wastes; and
- Vehicle Activities.

Aboveground Storage Tanks and Piping

Routine operation and maintenance of the ASTs and product lines at the terminal have the potential to impact stormwater at the site. Stormwater could be impacted by the release of hydrocarbons (petroleum products) or solids if the following management practices are not implemented.

- Pump pads, valves, and other transfer points in the tank farm are routinely inspected for drips or leaks. Released product is removed upon discovery. Pump pads may be

equipped with secondary containment. Accumulated stormwater is inspected for floating product or sheen before it is released.

- Water draw-off valves on ASTs are maintained closed and locked when not being used for their intended purpose. Water draw-off liquids are collected and removed for off-site disposal.

- Tank and product line coatings are maintained to prevent corrosion. Maintenance includes sand blasting and painting when necessary. Waste materials generated from sand blasting and painting operations are collected and removed for off-site disposal. Coatings are not applied during rain events.

- To complete internal tank inspections, the contents of the tanks are removed and the tank is cleaned. Waste materials generated during tank cleaning operations are collected and removed by a waste vendor for off-site disposal.

- Some portions of the dike floor and containment berms surfaces are covered with crushed stone or compacted earth. During significant storm events, there is the potential for solids (total suspended solids (TSS)) to be mobilized in stormwater collected in the containment areas. Catch basins and retention ponds reduce the potential release of solids. Stone is added as needed.

<u>Truck Loading Rack</u>

The truck loading rack is equipped with 8 bays for dispensing product. A canopy roof over the loading rack minimizes potential impacts to stormwater from loading operations. Each loading bay is located on a concrete surface equipped with perimeter drains that would direct released material to a 15,000-gallon oil/water separator. From the separator, collected water is directed to the retention basin. If a release occurs at the rack, the separator flow is stopped by manually closing valves at the inlet or outlet, thus there is minimal potential for stormwater to be impacted by the release of petroleum products at the loading rack. The separator is inspected daily and cleaned when a product layer or sediments accumulate.

**Exhibit G**

Additive Tanks Off-loading and Product Pump-off Areas

        Several areas have been identified at the Terminal for off-loading petroleum additives and product pump-off areas. If a release occurs at this transfer area, a catch basin in the bermed area would direct it to the oil/water separator described above. The product would then be removed from the separator.

Terminal Piping

        Aboveground product piping at the terminal includes the following:

        1. Product transfer piping within the tank farm;

        2. Product lines from the tank farm to the truck loading racks; and

        3. Product lines from the dock to the tank farm.

        Stormwater in contact with product piping and associated pump/valve locations could potentially impact stormwater quality by the release of petroleum products. Aboveground piping is inspected regularly for signs of corrosion or deterioration. Valves are checked for signs of leakage regularly, during the course of normal terminal operations and inspections.

Buildings and Storage Sheds

        Several buildings (Warehouse, Office Buildings, and Fire Buildings) and storage sheds are located at the site. With the exception of stored materials, such as liquid foam and waste materials in drums, there is limited potential for these structures to impact stormwater. Materials stored with buildings and on concrete floors are unlikely to contact stormwater. Materials and wastes stored in drums are placed on containment pallets and inspected regularly.

Pesticides, Herbicides, Fertilizers

        Terminal or outside contractors may apply pesticides and herbicides occasionally at the site to minimize nuisance weeds or insects. This could potentially increase the levels of certain pollutant parameters (BOD, COD, etc.) in the results from stormwater monitoring.

**Exhibit G**

The amount of materials applied at the terminal is minimal as there is a limited need for applying these materials at the site. Wasp spray is the only pesticide stored on site. No fertilizers are used on the property.

Animal Wastes

Birds and other wild animals may leave waste product on the ground at the site. This could potentially increase the levels of certain pollutant parameters (BOD, nitrates, etc.) in the results from stormwater monitoring. Access for larger animals is restricted by perimeter fencing and minimal vegetation on the property limits perching areas for birds.

Vehicle Activities

Stormwater is exposed to the various types of vehicles that operate at the facility. Vehicle traffic includes cargo trucks, contractor vehicles and other passenger vehicles. There is no vehicle washing at the facility. As such, there is minimal impact to stormwater from vehicle activity at the site. Paved areas are swept as needed to remove sediment from vehicle traffic and catch basins are cleaned as needed.

**5.2 - Active Response Measures**

Active response measures would be implemented if a release were to occur. If a release were to occur at the loading rack or additive tank and truck pump off area, the separator flow can be stopped by manually closing valves at the inlet or outlet. For drips and leaks that occur during transfer operations, Best Management Practices (BMPs) as presented in Section 9 are implemented to remove released materials.

**5.3 - Secondary Containment Calculations**

Engineering calculations have been completed by others to evaluate the secondary containment volume capacity of the bermed areas. These calculations indicate that the secondary containment volume capacity is adequate to address the General Permit requirements for 100% containment or 10% of the total volume of the tanks in the area. Information regarding secondary containment calculations for the tank farm areas as prepared for the sites SPCC Plan is included in Appendix D.

**Exhibit G**

## 6.0 - HISTORICAL SPILLS AND LEAKS

Table 2 below is presented to document recorded spill incidents that have occurred at the facility. The table includes spills and leaks of five gallons or more of petroleum products or toxic or hazardous substances since plan certification and the three years prior. Spills to concrete containment areas are unlikely to affect stormwater. Spills that occurred prior to Shell's ownership of the Terminal have been included.

### TABLE 2
#### *Historical Spills and Leaks*

| Date | Product/Quantity | Source | Comments |
|------|------------------|--------|----------|
| 11/4/2014 | No. 2 Fuel Oil/10 gal. | Clean Harbors Frac Tank | Frac tank manway had loose bolts resulting in a release. |
| 11/13/2014 | Gasoline/10-15 gal. | Rack Pump Pad | Mechanical pump seal failure at the rack pump pad resulting in release to the concrete curbed containment. |
| 4/7/2016 | Jet A/15-20 gal. | Rack Filter Vessels | Flange connection loosened at the Jet-A rack filter vessels resulting in release to the containment area. |
| 11/14/2016 | Gasoline/50-70 gal. | Trailer at loading rack | Trailer mechanical failure at loading rack when loading head was removed resulting in release to the containment area. |

**Exhibit G**

## 7.0 - STORMWATER MONITORING PROGRAM

Stormwater drainage at the terminal consists of one drainage area. Discharges from the facility are registered under the General Permit for the Discharge of Stormwater Associated with Industrial Activity. Stormwater monitoring is completed at Outfall 001. Outfall 001 is located in the southwestern portion of the terminal (Figure 2). The referenced outfall discharges to the city storm sewer. The drainage areas and associated outfall are described in further detail in Section 3.0. The monitoring program for the drainage areas is provided below.

### 7.1 - Visual Monitoring

Visual monitoring is conducted quarterly. The samples are collected in a manner that it is representative of the stormwater discharge. For monitoring purposes, quarters begin on January 1, April 1, July 1, and October 1.

The samples are collected in a clean, clear glass, or plastic container, and examined in a well-lit area. The samples are visually inspected for the presence of the following water quality characteristics:

- Color;
- Clarity;
- Settled solids;
- Foam;
- Suspended solids;
- Odor;
- Floating solids;
- Oil sheen; and
- Other obvious indicators of stormwater pollution.

If the visual evaluation indicates that the control measures for the facility are inadequate or are not being properly operated and maintained, the selection, design, installation and implementation of control measures are reviewed and revised to ensure that the condition is eliminated and will not be repeated. A visual monitoring form, outlining required monitoring components is presented in Appendix B. Visual monitoring results are maintained on file in the terminal office.

### 7.2 - Benchmark Monitoring

Benchmark monitoring is completed to evaluate stormwater quality by comparing the results from the analytical testing of the discharge to a standard established by the DEEP. The permit requires that benchmark monitoring be completed on a semi-annual basis with a

**Exhibit G**

30 day separation between each monitoring event. One monitoring event is conducted between October 1st and March 31st. The second is performed between April 1st and September 30th. Additionally, benchmark monitoring may be conducted in conjunction with the quarterly "Visual Monitoring".

Aquatic toxicity monitoring was conducted annually during the first two years following the date of authorization of the Industrial Stormwater Permit and is included in a regularly scheduled semi-annual sample.

Samples are submitted to a State of Connecticut certified laboratory and analyzed for the parameters specified in the table below.

<u>Table 3</u><br>***Stormwater Sampling Benchmarks***

| Sampling Parameter [1.] | Benchmarks [1.] |
|---|---|
| Chemical Oxygen Demand | 75 |
| Total Oil and Grease | 5 |
| pH (of rainwater) [2.] | -- [3.] |
| pH (of stormwater) | 5-9 |
| Total Suspended Solids | 90 |
| Total Phosphorous | 0.40 |
| Total Kjeldahl Nitrogen | 2.30 |
| Nitrate as Nitrogen | 1.10 |
| Total Copper | 0.059 |
| Total Lead | 0.076 |
| Total Zinc | 0.160 |
| Aquatic Toxicity [4.] | $LC_{50} \geq 50\%$ |

Note:
1. Taken from Connecticut General Permit for the Discharge of Stormwater Associated with Industrial Activity, dated October 1, 2011.
2. Uncontaminated rainfall pH shall be measured for the same rain event during which the runoff sample is taken.
3. -- = No set benchmark
4. Annual monitoring shall be conducted for aquatic toxicity during the first two years of the permit.

<u>Data Not Exceeding Benchmarks</u>

If the average of four consecutive monitoring values for any parameter does not exceed the benchmark levels indicated in the general permit, the monitoring requirement for that parameter has been fulfilled for the permit term. Additionally, once the benchmark level

**Exhibit G**

for sample pH has been met and monitoring for pH has been fulfilled, the measurement of rainfall pH is no longer required.

<u>Data Exceeding Benchmarks</u>

Within 120 days of receiving the results of the fourth semi-annual sample, if the average of the four semiannual monitoring values for any parameter exceeds the benchmark, the selection, design, installation and implementation of the control measures is reviewed to determine if modifications are necessary to meet the benchmarks, and either:

- Make the necessary modifications to the control measures and Plan and continue semiannual monitoring until four consecutive semiannual monitoring events for which the average does not exceed the benchmark has been completed; or

- Make a determination that no further pollutant reductions are technologically available and economically practicable and achievable in light of best industry practice to implement additional control measures or meet the benchmarks, in which case monitoring must continue once per year. Additionally, the rationale for concluding that no further pollutant reductions are achievable must be documented and submitted to the commissioner for written approval. All records related to this documentation must be retained with the Plan.

If an exceedance of the four event average is mathematically certain, control measures are reviewed and any required corrective action is performed immediately (or document why no corrective action is required), without waiting for the full four events. If after modifying the control measures and conducting additional semi-annual monitoring, the average of the most recent four events still exceeds the benchmark (or if an exceedance of the benchmark by the four event average is mathematically certain for the most recent four monitoring events), the control measures should again be reviewed and one of the two actions above should be taken.

<u>Off-site and Natural Background Pollutant Levels</u>

Natural background pollutants are substances that naturally occur in rainfall, soils or groundwater. Pollutants resulting from earlier activity on the site are not included as natural background pollutants.

Following the first four semi-annual samples of benchmark monitoring (or sooner if the exceedance is triggered by less than four monitoring events), if the average concentration of a pollutant exceeds a benchmark value, and exceedance of the benchmark is determined to be attributable solely to the presence of that pollutant in the natural background or in "run-on" entering from off-site, corrective action or additional benchmark monitoring is not required to be performed providing all of the following conditions are met:

- The average concentration of the benchmark monitoring results is less than or equal to the concentration of that pollutant in the natural background or off-site run-on;

- The supporting rationale for concluding that benchmark exceedances are attributable solely to natural background or off-site pollutant levels are documented and maintained with the SWP3. The supporting rationale must include any data previously collected that describe the levels of natural background pollutants in the stormwater discharge;

- The diversion of off-site run-on containing these pollutant levels must be demonstrated not to be feasible or practicable;

- The CT DEEP is notified on the final semi-annual benchmark monitoring report that the benchmark exceedances are attributable solely to natural background or off-site pollutant levels; and

The CT DEEP issues a written approval of the supporting rationale documentation demonstrating that the benchmark exceedances are attributable solely to natural background or off-site pollutant levels.

### 7.3 - Monitoring of Discharges to Impaired Waters

Pursuant to Section 303(d) of the Clean Water Act, states are required to maintain lists of waters within the state that are considered "impaired" or otherwise degraded due to pollution. If a facility discharges its stormwater to a water body that is considered impaired, additional monitoring may be required to ensure that the water body is not being further degraded. Specific instructions regarding impairment monitoring has been provided by the DEEP in the guidance document "Impaired Waters Monitoring Requirements Table" included with the 2011 General Permit registration.

**Exhibit G**

As the site's discharges are to an MS4, the site is not subject to additional monitoring requirements associated with monitoring of discharges to impaired waters.

### 7.4 - Effluent Limitations Monitoring

Certain industrial sectors are required to comply with numeric effluent limitations that have been established by the EPA. The facility is not part of an industrial sector with additional monitoring requirements; therefore, no additional monitoring is required.

### 7.5 - Requirements for Stormwater Discharges through Municipal Separate Storm Sewer Systems (MS4s)

The facility discharges stormwater to New Haven's municipal storm sewer (MS4). The City of New Haven has not required additional actions associated with stormwater discharged to the MS4.

### 7.6 - Stormwater Monitoring Procedures

Stormwater samples are collected from a "qualifying" storm event that occurs at least 72 hours after any previous storm event generating a discharge. Monitoring samples are grab samples. Any samples containing snow or ice melt are identified on the Stormwater Monitoring Report. Samples are collected within the first 30 minutes of the storm event discharge.

Stormwater samples are collected in the following manner:

1. An appropriate sampling container is rinsed three times with stormwater.

2. The container is filled with stormwater from the designated outfall sampling location.

3. The container is covered and move to an area where sub-samples can be prepared with proper preservatives.

4. A small amount of sample is poured into a clean dry container for on-site pH testing.

5. Lab provided sampling containers are filled by pouring-off stormwater from the sampling containers and then labeled. A chain of custody is prepared and the containers are packed in a cooler with ice to preserve samples at 4° C.

**Exhibit G**

6.  Samples are transported to a state-certified laboratory as soon as possible (less than 24 hours).

7.  Uncontaminated rainfall pH is measured and recorded (or sample and send to laboratory).

## 7.7 - Sample Analysis

Sample analysis is performed for the parameters presented in Table 3 (above) by a state-certified laboratory  in accordance with the methods outlined in 40 CFR, Part 136 and consistent with Connecticut Reasonable Confidence Protocols (CT RCP).  Acute toxicity biomonitoring tests is conducted in accordance with the procedures specified in EPA-821-R-02-012.

## 7.8 - Reporting

The DEEP has established Stormwater Monitoring Report (SMR) forms, which are used when reporting laboratory analytical results.  SMRs are submitted within 90 days of sampling.

The reporting requirements include the following information:

- the place, date, and time of sampling
- the person(s) collecting samples
- the dates and times the analyses were initiated
- time discharge was initiated
- the person(s) or laboratory who performed the analyses
- the analytical techniques or methods used
- the results of all required analyses
- pH of rainwater
- temperature
- magnitude of precipitation event

Records of the testing results are maintained in facility records and retained for a minimum of five years.

**Exhibit G**

### 7.9 - Inability to Collect a Sample

If a sample is unable to be collected in accordance with the visual-monitoring requirement of the general permit, an explanation describing the reason for the inability to complete the monitoring is documented in the Plan. In addition, during the course of the permit term if any other required monitoring is not able to be completed, a Stormwater Monitoring Report form should be submitted with a notation of "no discharge" and an explanation of the limitations which prevented the collection of the appropriate sample. Reasons may include the following:

- The absence of a 72-hour period of dry weather;
- The absence of a rain event that produces a stormwater discharge;
- The absence of a discharge from a detention or retention basin; or
- Safety considerations preventing access to a stormwater discharge location.

### 7.10 - Non-Stormwater Discharges

Non-stormwater discharges are prohibited under the provisions of the General Permit with the exception of stormwater combined with any of the following discharges provided they do not contribute to a violation of water quality standards:

1. landscape irrigation or lawn watering;
2. uncontaminated groundwater discharges such as pumped groundwater, foundation drains, water from crawl space pumps and footing drains;
3. discharges of uncontaminated air conditioner or refrigeration condensate;
4. water sprayed for dust control or at a truck load wet-down station; and
5. naturally occurring discharges such as rising groundwaters, uncontaminated groundwater infiltration (as defined at 40 CFR 35.2005(20)), springs, and flows from riparian habitats and wetlands.

**Exhibit G**

## 8.0 - SITE INSPECTIONS AND EVALUATIONS

Site inspections and evaluations are routinely completed by members of the Stormwater Pollution Prevention Team as described below.

### 8.1 - Semi-Annual Inspections

A Semi-Annual Inspections of the facility is performed in accordance with the General Permit. The inspections consist of the following two principal components.

1. Visual inspection of the facility including material handling areas and other potential sources of pollution for evidence of impacts to stormwater runoff. Structural stormwater management measures and erosion control measures, where applicable, are observed to ensure they are functioning correctly (includes catch basins, oil/water separators, drains, curbing, berms, etc.). The inspection also includes observation of equipment needed to implement the plan (i.e. spill response equipment). Inspections are performed during rainfall events, if possible.

2. An inspection report is prepared summarizing the scope of the inspection, who the inspection was performed by, the date of the inspection, major observations related to the Plan, actions taken, and updates to be made to the Plan.

While completing inspections of catch basins, drain sumps, and oil/water separators, standing water is inspected to evaluate whether oil, floating solids, etc. are present. If any of these are observed to be present, they will be noted on the evaluation form for further investigation.

The semi-annual inspection report is signed by the permittee and maintained for five years. An example inspection form is included in Appendix B. Completed semi-annual inspection forms are maintained in this SWP3.

### 8.2 - Routine Inspections

Routine monthly inspections are completed by qualified personnel (i.e., Pollution Prevention Team members). The inspections are performed on designated equipment and

**Exhibit G**

sensitive areas of the site. During monthly inspections, the tank valves, pumps, facility perimeter, storm drains and areas identified in Section 5.0 of this plan are evaluated for potential stormwater impacts. If deficiencies are noted during the inspections, members of the inspection team are tasked with tracking the deficiencies in writing to ensure that appropriate actions are taken in response to the inspections.

Monthly inspections are completed during inspections for the site's Facility Response Plan (FRP) and Spill Prevention Control and Countermeasures (SPCC) Plan. Records of the completed site inspections are maintained in this SWP3.

Terminal operators also perform daily visual inspections of the terminal during each shift. Daily inspections are documented electronically using Proxyguard.

**Exhibit G**

## 9.0 - CONTROL MEASURES

### 9.1 - Structural Control Measures

Structural control measures in use at the facility include catch basins, lift stations, drainage lines, containment berms (walls and floors), valves, and retention basins. Additional details regarding specific structural control measures in place at the terminal are presented below.

Catch Basins, Lift Stations, and Drainage Lines

Catch basins are used to collect stormwater in a particular area and allow for settling of solids before being directed to other areas of the site. Catch basins are located throughout the tank farm to transport stormwater from these bermed areas to the retention basins. Terminal operators routinely inspected catch basins to verify they are functioning properly and free of product. Lift stations in the tanks farm direct stormwater from the catch basins in each drainage area to the retention basins via underground drainage lines.

Catch basins in the truck loading and yard areas (i.e. Drainage Area 001D) transport stormwater to an oil/water separator. The oil/water separator reduces product and oil residues before the stormwater is released to the retention basins. The lift station in the truck loading area directs stormwater from the oil/water separator to the primary retention basin via underground drainage lines.

Containment Berms

The bulk ASTs at the site are equipped with containment berms (walls and floors) to address releases from these tanks. In addition, catch basins inside the bermed areas collect and direct stormwater to the retention basins allowing for treatment of stormwater prior to discharge from the site.

Valves

Drainage flow from the truck loading rack area to the oil/water separator is controlled by a valve, as is flow from the oil/water separator to the retention basins. If there is a release of

product in the truck rack area, either or both of the valves can be closed to prevent stormwater contact with petroleum products. If a leak should occur from tanks or piping anywhere on the property, valves and flanges can be used to isolate the leak and drain product away from it prior to repair.

### Retention Basins

Retention basins contain stormwater and allow for pollutants to settle prior to discharging. Stormwater is transported into the retention basins through the catch basins and associated piping via lift stations. Once in the retention basins, pollutants such as sediment separate from the stormwater prior to its release to the City of New Haven's MS4.

## 9.2 - Non-Structural Control Measures

Non-structural controls are practices designed to limit the amount of pollutants in stormwater runoff. These include management practices, training, maintenance, materials storage and sediment and erosion control. The non-structural control measures employed at this facility are described in detail below in the Best Management Practices (BMPs) section of this plan (Section 10.0).

**Exhibit G**

## 10.0 - BEST MANAGEMENT PRACTICES (MEASURES AND CONTROLS)

This section describes the Best Management Practices (BMPs) implemented by the facility for stormwater management. The general BMPs are those adopted by the EPA and the State of Connecticut. BMPs currently practiced at the facility are generally adequate for reducing the potential for stormwater contamination based on the current drainage systems in operation at the terminal. Additional BMP's may be implemented based on the results of stormwater monitoring in accordance with general permit requirements. Any additional modifications to these practices should be evaluated carefully in order to ensure compliance with appropriate regulations.

The following sections provide an overview of general BMPs that are employed at the terminal.

### 10.1 - Good Housekeeping

Good housekeeping BMPs are used to maintain a clean and orderly work place to reduce the potential for accidental spills or releases of materials that could contaminate stormwater. Terminal operators are responsible for daily tasks associated with keeping a clean and safe working environment.

The truck loading rack at the terminal is constructed with a canopy. The canopy minimizes most precipitation from contacting the product loading rack distribution equipment. The loading rack area is kept clear of vehicle hazards and overhead clearance is adequate for tank truck vehicles. Terminal operators inspect the loading rack area periodically throughout the day and immediately cleanup any leaks or spills.

In the tank farm, any leaks or weeps detected at pump stations or piping are cleaned immediately to minimize potential contact with stormwater. Equipment is repaired or drained and removed from service as soon as possible. Equipment and materials used at the terminal are stored indoors in the office building, warehouse, or the work shed. Containers are kept closed when not in use. Contractors working in the terminal are counseled on good housekeeping practices and work areas are inspected periodically.

**Exhibit G**

**10.2 - Vehicle or Equipment Washing**

As is stated in Section 5.0 of this Plan, stormwater comes in contact with the various types of vehicles which operate at the facility; however there is no vehicle washing operations at the facility. As such, impacts to stormwater from vehicle or equipment washing are not believed to be present.

**10.3 - Floor Drains**

Floor drains were not observed to be present in the terminal buildings.    Site drawings indicate that floor drains are located in the garage area of the tenant occupied building in the northwest portion of the property, however they are not connected to the facility storm drainage system. The garage is currently under lease to another business and is not part of Shell's operations.

**10.4 - Roof Areas**

Potential sources of stormwater pollutants are not believed to be present on the roof areas at the facility.

**10.5 - Minimize Exposure**

Section 5.0 of this Plan details the methods used to minimize impacts to stormwater including good housekeeping procedures and other stormwater management techniques.

**10.6 - Sediment and Erosion Control**

As noted above, portions of the dike areas and containment berm surfaces are covered with crushed stone or may be compacted earth. Roadways and paved surfaces may accumulate solids from vehicle activities. During significant storm events, there is the potential for solids (total suspended solids (TSS)) to be mobilized in stormwater collected in the containment areas. Catch basins, drains, and the retention basin have been established to reduce the potential release of solids. Additional stone is added as needed.

**Exhibit G**

## 10.7 - Management of Runoff

Runoff from the facility is currently managed by the collection and drainage of accumulated stormwater via the facility's stormwater management system. The existing system of curbs, berms, dikes, drains and ponds is adequate for the facility.

## 10.8 - Preventative Maintenance

The facility structures and equipment associated with the stormwater drainage systems are regularly inspected for signs of wear. Structures such as pavement and roof drains are checked for signs of deterioration. If wear is identified, the items are repaired or replaced.

Catch basins, lift stations, and oil/water separators are regularly inspected and cleaned as needed. Inspection logs are used to document conditions requiring follow-up actions.

## 10.9 - Spill Prevention and Response

### Spill Prevention and Response

The potential sources of spills of petroleum products and/or chemicals includes the aboveground storage tanks, product transfers operations, vehicle traffic, and miscellaneous chemical use. Good housekeeping practices at the facility are generally sufficient to reduce the potential for stormwater contact with products used at the facility.

Terminal personnel are capable of responding to incidental and small spills which may occur during product transfer activities using absorbent materials (i.e. sorbent pads, speedi-dry) located in the Warehouse (see Figure 2). Spill cleanup materials are collected, stored in appropriate containers, characterized, and then disposed of in accordance with applicable regulations. In the event of larger spill, an emergency clean-up contractor identified in the facility Emergency Response Action Plan (ERAP) will be activated to provide additional resources and equipment, as appropriate.

### Loading Docks

Loading docks are not in operation at the facility.

**Exhibit G**

Dumpsters

One dumpster located to the north of the Office Building is used to facilitate the proper recycling and disposal of refuse. The dumpster has a cover, which is maintained in the closed position when the dumpster is not being filled or emptied. Additionally, dumpster drain ports (where applicable) are plugged to further reduce the potential impact to stormwater.

## 10.10 - Employee Training

Section 11.0 of this Plan details employee training regarding stormwater pollution prevention and Best Management Practices.

## 10.11 - Non-Stormwater Discharges

There are no non-stormwater discharges located at the facility.

## 10.12 - Solid De-Icing Material Storage

Road salt is used when needed to de-ice the road and walkways. Solid de-icing material is stored in the Warehouse when not in use. Therefore, it is not believed to be a source of stormwater contamination.

## 10.13 - Consistency with Other Plans and Permits

This Plan has been developed to meet the requirements for a Stormwater Pollution Prevention Plan under the CT DEEP's General Permit for the Discharge of Stormwater Associated with Industrial Activity. It has also been prepared to be consistent with other plans and regulatory programs for the subject site including the Terminal's SPCC Plan and FRP.

As required in the General Permit, the following are general and individual permits issued to this facility by the CT DEEP:

- General Permit for the Discharge of Stormwater Associated with Industrial Activity

- Title V Permit
  (Permit No. 117-0261-TV)

**Exhibit G**

- New Source Review Stationary Sources of Air Pollution Permit
  (Permit No. 117-0135, 117-0136, 117-1037, 117-0138, and 117-0139)

- Registration of Storage Tanks
  (117-0198, 117-0199, 117-0200, 117-0201, 117-0202, 117-0203, 117-0204, 117-0205
  and 117-0206)

**10.14 - Future Construction**

The site is an active facility and there are no immediate plans for future construction at the subject site. However, in the event that construction occurs in the future, a goal of 80 percent removal of total suspended solids from the stormwater discharge shall be used in designing and installing stormwater management systems. Construction activities, regardless of size, will be performed in compliance with the 2002 Connecticut Guidelines for Soil Erosion and Sediment Control during construction and the 2004 Connecticut Stormwater Quality Manual. Construction activity that disturbs greater than one acre will be conducted in accordance with the General Permit for the Discharge of Stormwater and Dewatering Wastewaters from Construction Activities (as amended).

**Exhibit G**

## 11.0 - EMPLOYEE TRAINING PROGRAM

Annual training on stormwater pollution prevention and Best Management Practices (BMPs) is conducted for members of the Stormwater Pollution Prevention Team.  New employees whose activities may affect stormwater quality receive stormwater training during the first 90 days of employment.  Training addresses the following topics:

- Emergency equipment location;
- Spill Response Management;
  - Stop Source of Release (chemicals, as well as oil) - it is critical to prevent materials from reaching storm drains or water bodies
  - Contain Released Materials
  - Use booms, pads, or other absorbent materials to contain small spills
- Control Measures;
- Inspection requirements;
  - Semi-Annual Inspections
  - Monthly Inspections
  - Stormwater Monitoring
- Good Housekeeping;
  - Clean & Orderly Work Place
  - Minimize contact with rain
  - Keep paved areas clean and swept whenever possible
  - Avoid container overfills
  - Keep containers and dumpsters closed
  - Preventive Maintenance
  - Cleaning catch basins, sumps and separators
- Materials Management Practices.
  - Exposed Materials (Identified in Section 5.0 of this plan)
  - Operating procedures (e.g., gauging, supervising transfers)

**Exhibit G**

Training is completed or supervised by a member of the Pollution Prevention Team or other qualified person.  Written records associated with employee training are maintained onsite and include the date(s), employee name, employee responsibility, and training agenda.

**Exhibit G**

## 12.0 - RECORD KEEPING AND PLAN UPDATES

Training, inspection, and tests records are maintained at the facility's office for a minimum of five years. Records are signed by an appropriate supervisor, where applicable. Modifications to this Plan are recorded in the Record of Plan Changes Table presented in Appendix C.

The Plan is amended whenever the following occurs:

- There is a change at the site which has an effect on the potential to cause pollution of the surface water of the state;
- The action required by the Plan fail to ensure or adequately protect against pollution of the surface waters of the state;
- The CT DEEP requests modifications to the Plan;
- The permittee is notified that they are subject to requirements because the receiving water to which the industrial activity discharges has be designated as impaired or that a Total Maximum Daily Limit (TMDL) has been established;
- Amendments necessary to address significant sources of potential pollution identified as a result of an inspection or visual monitoring; and
- As a result of results of the benchmark or visual monitoring requirements of the general permit.

This plan is reviewed frequently, and at least annually, to verify that it complies with current regulations. If any significant changes occur to the facility or to governing regulations, the Plan should be amended and all actions required by the Plan shall be completed within 120 days of the date the permittee becomes aware or should have become aware that any of the conditions listed above has occurred.

Minor changes are numbered in sequential order, prepared, and approved by facility management. The person entering the change into the Plan shall record the change of the number of the change, date of the change, date entered and sign in the appropriate column. Significant changes to the plan require re-certification of the Plan by a professional engineer licensed in the State of Connecticut or a Certified Hazardous Materials Manager.

**Exhibit G**

## 13.0 - SIGNATURES OF REPORT AUTHORS

This report has been prepared by Triton Environmental, Inc. The names listed below are the principal authors of this report. Requests for information regarding the content of this report should be directed to those individuals.


_____
Cheryl D. Roberts
Project Manager


_____
Paul C. Simonetta, CHMM
Senior Project Manager


_____
Christopher E. Marchesi
President

**Exhibit G**

## FIGURE 1

## Site Location Map

**Exhibit G**



TRITON ENVIRONMENTAL, INC.
Environmental Consulting & Engineering

FIGURE 1
SITE LOCATION MAP

SHELL OIL PRODUCTS US
481 EAST SHORE PARKWAY
NEW HAVEN, CONNECTICUT

U.S. Geological Survey Map
Scale: 1:24,000
New Haven Quadrangle

SUBJECT SITE

NEW   HAVEN

HARBOR

Printed from TOPO! ©1998 Wildflower Productions
R:\Programs\TopoMap\Topo Template.doc

**Exhibit G**

# FIGURE 2

## Site Plan

**Exhibit G**

## Appendix A

## Approvals and Certifications

**Exhibit G**

> ## STORMWATER POLLUTION PREVENTION PLAN
>
> ## SHELL OIL PRODUCTS - NEW HAVEN TERMINAL
>
> ## MANAGEMENT APPROVAL AND DOCUMENT CERTIFICATION

**Shell Oil Products - SWP3 Document Certification**

"I have personally examined and am familiar with the information submitted in this document and all attachments thereto, and I certify that, based on reasonable investigation, including my inquiry of those individuals responsible for obtaining the information, the submitted information is true, accurate and complete to the best of my knowledge and belief. I understand that a false statement made in this document or its attachments may be punishable as a criminal offense, in accordance with Section 22a-6 of the General Statutes, pursuant to Section 53a-157b of the General Statutes, and in accordance with any other applicable statute."

_____
_Signature_

MICHAEL J. SULLIVAN
_____
_Name_

FACILITIES MANAGER
_____
_Title_

AUGUST 16 2017
_____
_Date_

**Exhibit G**

> **STORMWATER POLLUTION PREVENTION PLAN**
>
> **SHELL OIL PRODUCTS - NEW HAVEN TERMINAL**
>
> **PROFESSIONAL CERTIFICATION**

**Shell Oil Products - SWP3 Professional Certification**

"I certify that I have thoroughly and completely reviewed the Stormwater Pollution Prevention Plan prepared for this site. I further certify, based on such review and site visit by myself or my agent, and on my professional judgment, that the Stormwater Pollution Prevention Plan meets the criteria set forth in the General Permit for the Discharge of Stormwater Associated with Industrial Activity effective on October 1, 2011. I am aware that there are significant penalties for false statements in this certification, including the possibility of fine and imprisonment for knowingly making false statements."

Stephen Benben
Name

Signature

July 10, 2017
Date

Registration No. 24952 State: Connecticut

---

## STORMWATER POLLUTION PREVENTION PLAN (SWP3)    **Exhibit G**

### SHELL OIL PODUCTS
### NEW HAVEN TERMINAL

### NON-STORMWATER DISCHARGE CERTIFICATION

---

"I certify that in my professional judgment, the stormwater discharge from the site consists only of stormwater, or of stormwater combined with wastewater authorized by an effective permit issued under section 22a-430 or section 22a-430b of the Connecticut General Statutes, including the provisions of this general permit, or of stormwater combined with any of the following discharges provided they do not contribute to a violation of water quality standards:

- landscape irrigation or lawn watering;
- uncontaminated groundwater discharges such as pumped groundwater, foundation drains, water from crawl space pumps and footing drains;
- discharges of uncontaminated air conditioner or refrigeration condensate;
- water sprayed for dust control or at a truck load wet-down station;
- naturally occurring discharges such as rising groundwaters, uncontaminated groundwater infiltration (as defined at 40 CFR 35.2005(20)), springs, and flows from riparian habitats and wetlands.

This certification is based on testing and/or evaluation of the stormwater discharge from the site. I further certify that all potential sources of non-stormwater at the site, a description of the results of any test and/or evaluation for the presence of non-stormwater discharges, the evaluation criteria or testing method used, the date of any testing and/or evaluation, and the on-site drainage points that were directly observed during the test have been described in detail in the Stormwater Pollution Prevention Plan prepared for the site. I further certify that no interior building floor drains exist unless such floor drain connection has been approved and permitted by the commissioner or otherwise authorized by a local authority for discharge as domestic sewage to sanitary sewer. I am aware that there may be significant penalties for false statements in this certification, including the possibility of fine and imprisonment for knowingly making false statements."

_Stephen Benben_
Name

_Professional Engineer_
Title

_July 10, 2017_
Date

_S. Ben hu_
Signature

---

**Exhibit G**

**Appendix B**

**Inspection Forms**