Foreword                                                                                    Version : 1.0.81

**Exhibit H**

# SPILL PREVENTION CONTROL AND COUNTERMEASURE PLAN

## New Haven Terminal



*Prepared for:*

**Triton Terminaling LLC**
**910 Louisiana Street**
**Houston, Texas   77002**

*Powered by:*

**Witt O'Brien's**
**ePlanPro® Software Solutions**
www.wittobriens.com

**Exhibit H**

## PROFESSIONAL ENGINEER CERTIFICATION

By means of this Professional Engineer Certification, I hereby attest, to the best of my knowledge and belief, to the following:

- I am familiar with the requirements of 40 CFR Part 112 and have verified that this Plan has been prepared in accordance with the requirements of this Part.

- I or my agent have visited and examined the Facility on . My certification is based upon the condition of the Facility as of this date. Any material changes to the Facility made subsequent to this date must be separately reviewed, documented and P.E. certified as a Technical Amendment, as appropriate.

- I have verified that this Plan has been prepared in accordance with good engineering practice, including consideration of applicable industry standards.

- I have verified that the required inspection and testing procedures have been established as described in this Plan.

- I have verified that the Plan is adequate for the Facility.

- My certification of this Plan in no way relieves the owner/operator of the Facility(s) of their duty to prepare and fully implement the Plan in accordance with the requirements of 40 CFR Part 112. I in no way assume any liability of whatsoever kind or nature by my certification.

- The owner/operator, by "Management Approval" located on the following page, acknowledges this certification and the compliance measures described herein.

- This Plan is valid only to the extent that the Facility owner or operator maintains, tests, and inspects equipment, containment, and other devices as prescribed in this Plan and completes any implementation requirements.

---

*(Seal)*                                          Registered Professional Engineer



| | State of California | Registration No: M18314 |
|---|---|---|
| Date of Seal/Signature:    08/20/13 | Commission Expires: | 09/30/13 |

**Exhibit H**

| MANAGEMENT APPROVAL |
|---|

| | |
|---|---|
| Owner/Operator Responsible for Facility: | Triton Terminaling LLC |
| Facility Name: | New Haven Terminal |
| Facility Address: | 481 East Shore Parkway<br>New Haven, Connecticut  06512 |

- By signature below, the Manager approves this Plan and acknowledges that the elements identified within this Plan have been implemented.

- This page may be used for the initial Management Approval or for subsequent change of management and/or change of designated person accountable.

- This SPCC Plan will be implemented as herein described.

*[signature]*

Designated Person Accountable for Oil Spill Prevention at the Facility:

Signature: _____

Name:     Michael J. Sullivan          Name:     Michael J. Sullivan

Date:     08/20/2013                   Title:     Complex Manager

Title:     Complex Manager

**Exhibit H**

| FIVE (5) YEAR MANAGEMENT REVIEW |
| --- |

The function of this log is to document Management's five (5) year review of the Plan as required under 40 CFR 112.5. All revisions that occur as a result of this review will be documented on the "Revision Record" that follows this page.

**Acknowledgment of Five (5) Year SPCC Plan Review Completion**

- As required by 40 CFR Part 112.5(b), Management will review this SPCC Plan at least each five (5) years and document the review on the form below.
- This review includes an evaluation of more effective prevention and control technology that would significantly reduce the likelihood of a spill event from the Facility.
- By signature below, signee confirms that management has completed a review and evaluation of this SPCC Plan.
- As a result of this review and evaluation, technical changes in Facility design, construction, operation, or maintenance that would materially affect the Facility's potential for discharge into navigable waters of the United States or adjoining shorelines will be recertified by a registered Professional Engineer. Documentation of such revisions will be recorded in the "Revision Record" located in the Foreword.
- If no amendment is required, date, sign, and indicate the Plan "will not" be amended using the appropriate space.

**ADDITIONAL PREVENTION AND CONTROL TECHNOLOGY**

Signature: _____

Title: _____

Review
Date: _____

Amend
Plan: _____

## Exhibit H

| CERTIFICATION OF THE APPLICABILITY OF THE EPA SUBSTANTIAL HARM CRITERIA |
|---|

| FACILITY NAME: | New Haven Terminal |
|---|---|
| FACILITY ADDRESS: | 481 East Shore Parkway |
| | New Haven, Connecticut   06512 |

1. Does the facility transfer oil over water to or from vessels **and** does the facility have a total oil storage capacity greater than or equal to 42,000 gallons (for EPA)?     Yes___ ✓ ___   No_____

2. Does the facility have a total oil storage capacity greater than or equal to 1 million gallons **and** does the facility lack secondary containment that is sufficiently large to contain the capacity of the largest aboveground oil storage tank plus sufficient freeboard to allow for precipitation within any aboveground oil storage tank area?     Yes_____   No___ ✓ ___

3. Does the facility have a total oil storage capacity greater than or equal to 1 million gallons **and** is the facility located at a distance (as calculated using the appropriate formula in Attachment C-III to 40 CFR Part 112 or a comparable formula[1]) such that a discharge from the facility could cause injury to fish and wildlife and sensitive environments? For further description of fish and wildlife and sensitive environments, see Appendices I, II, and III to DOC/NOAA's "Guidance for Facility and Vessel Response Plans: Fish and Wildlife and Sensitive Environments" (59 FR 14713, March 29, 1994) and the applicable Area Contingency Plan.     Yes___ ✓ ___   No_____

4. Does the facility have a total oil storage capacity greater than or equal to 1 million gallons **and** is the facility located at a distance (as calculated using the appropriate formula in Attachment C-III to 40 CFR Part 112 or a comparable formula[1]) such that a discharge from the facility would shut down a public drinking water intake[2]?     Yes_____   No___ ✓ ___

5. Does the facility have a total oil storage capacity greater than or equal to 1 million gallons **and** has the facility experienced a reportable oil spill in an amount greater than or equal to 10,000 gallons within the last 5 years?     Yes_____   No___ ✓ ___

    1. If a comparable formula is used, documentation of the reliability and analytical soundness of the comparable formula must be attached to this form.
    2. For the purposes of 40 CFR part 112, public drinking water intakes are analogous to public water systems as described at 40 CFR 143.2(c).

I certify under penalty of law that I have personally examined and am familiar with the information submitted in this document, and that based on my inquiry of those individuals responsible for obtaining this information, I believe that the submitted information is true, accurate, and complete.

| | |
|---|---|
| *[signature]* | Complex Manager |
| Signature | Title |
| Michael J. Sullivan | 08/20/2013 |
| Name | Date |

NOTE: The information and procedures in this Plan must be treated as guidelines only.  The user should determine to what extent it is practical and advisable to follow them.  This decision may involve considerations not discussed in this Plan. Witt O'Brien's provided consulting and plan development services in the preparation of this plan utilizing data provided by the owner/operator and/or the Facility. Witt O'Brien's assumes no liability for injury, loss, or damage of any kind resulting directly or indirectly from the use of the regulatory interpretation, response planning, or information contained in this plan.

**Exhibit H**

**NOTE:** It is the responsibility of the holder of this Plan to ensure that all changes and updates are made. The Plan Holder must:

- Remove and discard obsolete pages.
- Replace obsolete pages with the updated pages.

| REVISION RECORD | | |
|---|---|---|
| **CHANGE DATE** | **AFFECTED PAGE NUMBER(S)** | **DESCRIPTION OF CHANGE(S)** |
| April 2017 | Entire Plan | New Plan Distribution by Witt O'Brien's |
| August 2017 | Fwd-6, 2-3, 2-4 | Updated Internal Notification References. |

**Exhibit H**

| DISTRIBUTION LIST | |
|---|---|
| **COPY NUMBER** | **PLAN HOLDER** |
| 1 | Equilon Enterprises LLC (Shell Oil Products US)<br>Operations Manager<br>481 East Shore Parkway<br>New Haven, Connecticut  06512 |
| Shell ePlanPro(r) System | Shell ePlanPro(r) Enterprise System<br>Accessible to All Responsible Personnel<br>Hosted Online |

# SECTION 1.0                    Exhibit H

## INTRODUCTION AND PLAN CONTENT

**1.1**  **Introduction**

**1.2**  **Plan Purpose/Objectives**

**1.3**  **Plan Distribution Procedures**

**1.4**  **Plan Review and Update Procedures**

**1.5**  **Regulatory Compliance**

**1.6**  **Conformance With Other Requirements**

## 1.1    INTRODUCTION                                                           **Exhibit H**

This Spill Prevention, Control, and Countermeasure (SPCC) Plan has been developed in accordance with the regulatory requirements of 40 CFR Part 112 (EPA) for Triton Terminaling LLC, New Haven Terminal, (hereinafter referred to as "Facility"). Appendix A of this Plan details Facility-specific information, including information on potential spill sources, containment areas, and facility diagrams.

### *Facility Layout*

- Operations consist of receipt, storage, blending, and distributing of gasoline and petroleum distillate products. All products are received primarily via vessel and distributed via truck, vessel, and pipeline. The Facility is capable of receiving pipeline receipts, however, this method is not commonly used. Product additives are trucked in.

- The Facility is classified as an "onshore facility" per Environmental Protection Agency (EPA) regulation.

- The Facility typically stores lube oil, hydraulic oil, diesel, motor oil along with other petroleum and non-petroleum products to support the Facility's operations.

- The Facility has a total bulk oil storage capacity of 76,328,498 gallons.

- Nearest receiving water body is the New Haven Harbor.

- Facility is manned/operated 24/7 365 days a year.

- Facility began operation in 1951.

- Facility is not located on Indian Lands.

- Facility operates under NAICS 424710 classification.

- The "Potential Spill Sources and Container Identification" table is provided in Appendix A.

- A site diagram of the Facility is provided in Appendix A.

Note: The words "tank" and "container" are used interchangeably in this SPCC Plan.

**Exhibit H**

## 1.2    PLAN PURPOSE/OBJECTIVES

This SPCC is intended to provide a ready reference and guide to assist Facility personnel in establishing and maintaining an efficient and effective prevention, control, and countermeasure program for potential discharge incidents from the Facility.

The specific objectives of the Plan are to define the typical company and specific Facility spill prevention, control, and countermeasure practices and procedures, as applicable, including:

- Designated Person Accountable for Oil Spill Prevention;

- Training and Inspection Programs;

- Facility Drainage;

- Bulk Storage Containers;

- Transfer Operations, Pumping, and In-Plant Processes;

- Loading/Unloading Areas and Racks; and

- Security.

## 1.3    PLAN DISTRIBUTION PROCEDURES

Company Management will coordinate distribution of the Plan. Distribution will be handled in the following manner:

- Distribution of controlled Plans is determined by the copy number assigned to designated Plan Holders. A Distribution List is included in the Foreword.

- The Facility maintains a complete copy of the Plan at the Facility, as it is attended at least four (4) hours each day. The Plan will be available to the EPA Regional Administrator for on-site review during normal working hours.

## 1.4    PLAN REVIEW AND UPDATE PROCEDURES

The "Designated Person Accountable for Oil Spill Prevention" (identified on the Management Approval Page in the Foreword), with support from the HSE staff, will coordinate the following Plan review and update procedures.

***Technical Amendment***

- **Technical amendments** are certified by a Registered Professional Engineer and documented in the "Revision Record" located in the Foreword. Amendments will be detailed with a stand-alone certified technical PE Certification page behind the initial "Professional Engineer Certification".

**Exhibit H**

- This Plan will be revised when there are changes in the Facility's design, construction, operation, or maintenance that materially affects the Facility's potential for the discharge of oil into or upon the navigable waters of the United States or adjoining shorelines. Such amendments shall be fully implemented as soon as possible, but not later than six (6) months after such change occurs.

- The "Designated Person(s) Accountable for Oil Spill Prevention" will notify Company Management of any such technical change(s).

Changes requiring revision may include, but are not limited to:

- Commissioning or decommissioning of containers.

- Replacement, reconstruction, or movement of containers.

- Reconstruction, replacement, or installation of non-transportation-related piping systems.

- Construction or demolition that might alter secondary containment structures.

- Changes of product or service.

- Revision of standard operating or maintenance procedures at the Facility.

### *Non-Technical Amendments*

- **Non-technical amendments** are not certified by a Registered Professional Engineer and are documented in the "Revision Record" located in the Foreword.

Changes requiring revision may include, but are not limited to:

- Phone numbers;

- Personnel changes; and

- Non-technical text changes.

### Plan Review

- At least once each five (5) years, the Facility will complete a review and evaluation of this SPCC Plan. Based upon the results, make any amendments within six (6) months of the review and implement the amendments, as soon as possible, but not later than six (6) months following preparation of any amendment.

**Exhibit H**

- This will include, at a minimum, a review of more effective prevention and control technology, which may significantly reduce the likelihood of a discharge event from the Facility, if such technology has been field-proven at the time of the review.

## 1.5     REGULATORY COMPLIANCE

This Plan addresses the following regulatory requirements:

- Federal Spill Prevention, Control, and Countermeasure Regulation: U.S. EPA Final Rule for Oil Pollution Prevention; Non-Transportation Related On-shore and Offshore Facilities (40 CFR Part 112).

A detailed cross reference between the format of this Plan and that of the applicable regulations is provided in the Cross Reference at the end of the Plan.

***General Applicability***

These requirements apply to owners or operators of non-transportation-related onshore and offshore facilities engaged in drilling, producing, gathering, storing, processing, refining, transferring, distributing, using, or consuming oil and oil products, and that meet each of the following criteria:

- Due to their location, could reasonably be expected to discharge oil in harmful quantities into or upon the navigable waters of the United States or adjoining shorelines; **and**

- Has an aggregate aboveground storage capacity in excess of 1,320 gallons excluding containers less than 55 gallons; **or**

- Has an underground storage capacity in excess of 42,000 gallons and not subject to the technical requirements of 40 CFR Part 280 or 281.

***SPCC Documentation***

The Facility shall submit the following information as required by 40 CFR Part 112.4 to the EPA Regional Administrator within sixty (60) days whenever the Facility has a discharge event(s) which meets one of the following conditions:

- Discharge more than 1,000 gallons of oil (or oil products) into or upon the navigable waters of the United States or adjoining shorelines in a single spill event **or**,

- Discharges more than 42 gallons of oil (or oil products) into the navigable waters of the United States in two (2) spill events within any twelve (12) month period.

Documentation to be included within this submission includes the following:

- Name of the facility;

- Name(s) of the owner or operator of the facility;

- Location of the facility;

**Exhibit H**

- Maximum storage or handling capacity of the facility and normal daily throughput;

- The corrective actions and/or countermeasures taken, including an adequate description of equipment repairs and/or replacements;

- Description of the facility, including maps, flow diagrams, and topographical maps, as necessary;

- The cause(s) of such spill, including a failure analysis of system or sub-system in which the failure occurred;

- Additional preventive measures taken or contemplated to minimize the possibility of recurrence;

- Such other information as the Regional Administrator may reasonably require pertinent to the Plan or spill event.

## 1.6    CONFORMANCE WITH OTHER REQUIREMENTS

The state of Connecticut does not have more stringent spill prevention, control, and countermeasure regulations than the Federal requirements.

# SECTION 2.0                          **Exhibit H**

## NOTIFICATION AND RESPONSE PROCEDURES

2.1    **Countermeasures**

2.2    **Internal Notifications**

2.3    **External Notifications**

      Figure 2.1        **Internal Notification References**

      Figure 2.2        **External Notification References**

      Figure 2.3        **Spill Response Notification Form**

2.4    **Response Procedures**

2.5    **Disposal Methods**

2.6    **Prevention**

# Exhibit H

This Section includes notification and response procedures that should be implemented immediately after discovering a discharge incident and securing the source (if at all possible). All notifications are of extreme importance and must be completed in a timely manner.

## 2.1    COUNTERMEASURES

The Facility discharge discovery, response, and cleanup capabilities are described as follows:

- Company personnel and/or contractors observe Facility conditions during their operational duties.

- Personnel are trained to recognize oil discharges and report such releases to management.

- If the discharge is within the capabilities of the personnel to safely stop the release, they will do so.

- The Facility has a Facility Response Plan in accordance with 40 CFR 112.20 (spill response plan) in place which provides considerable detail of the Facility's response capability including notification procedures, response actions, clean-up capabilities (including contractor capabilities), response equipment available at the Facility, response team organization and identification of environmental and socio-economic sensitivities. Oil Spill Response Contract Agreements are located at the Facility and in the Facility Response Plan.

## 2.2    INTERNAL NOTIFICATIONS

**Spill Observer and Qualified Individual/Alternate Qualified Individual**

In the event of a spill, the spill observer will immediately sound the emergency alarm and notify the Qualified Individual (QI) or the Alternate Qualified Individual (AQI). The QI/AQI will make further Internal Notifications, as appropriate, depending upon the size and/or severity of the incident by calling the Regional Manager, Health, Safety & Environmental Representative, and Communications Officer. The QI/AQI may call the Emergency Management, Preparedness, and Response (EMP&R) Regional Team for support if necessary.

## 2.3    EXTERNAL NOTIFICATIONS

**Agencies**

The external notifications should be made in accordance with federal, state, and local regulations for all reportable discharges (telephone reference is provided in Figure 2.1). The Notification Data Sheet (Figure 2.3) should be used to facilitate documentation and data retrieval for these notifications.

**Exhibit H**

**FIGURE 2.1**
**INTERNAL NOTIFICATION REFERENCES**

| INTERNAL NOTIFICATION REFERENCES - GENERAL | | | |
|---|---|---|---|
| **FACILITY** | **ADDRESS** | **OFFICE** | **FAX NUMBER** |
| New Haven Terminal | 481 East Shore Parkway New Haven, Connecticut 06512 | (203) 468-4000 | (203) 468-4015 |

| INTERNAL NOTIFICATION REFERENCES | | | |
|---|---|---|---|
| **NAME/ POSITION/TITLE** | **OFFICE** | **HOME** | **OTHER** |
| Paul Fatum Terminal Manager | | | |
| Kyle Baker Terminal Manager | | | |
| Stephen Moscarella Terminal Manager | | | |
| Michael J. Sullivan Complex Manager | | | |
| Leon Chong Terminal Operator | | | |
| Jennifer Bothwell Environmental Coordinator | | | |
| Kenneth Stark T & S NE Senior HSSE Advisor | | | |
| Chris Sims Communications | | | |
| Robert Rule Liaison (Environment/Disposal) | | | |
| Billy Powell Manager LSDR/HSE & Emergency Mgmt. | | | |
| Kenneth Cloninger Security Coordinator | | | |
| Robert Schoen North America Security Adv. | | | |

**Exhibit H**

| NAME/ POSITION/TITLE | OFFICE | HOME | OTHER |
|---|---|---|---|
| **INTERNAL NOTIFICATIONS REFERENCES (Cont'd)** | | | |
| Jerry Crooks STUSCO Marine Technical Advisor | | | |
| Brian Evans Distribution Operations Manager | | | |
| 24-hr Shell Americas Emergency Management | | | |
| Shell U.S. Media Line | (832) 337-4355 | | |

**Exhibit H**

**FIGURE 2.2**
**EXTERNAL NOTIFICATION REFERENCES**

| SPILL REPORTING GUIDELINES |
|---|

- Never include information which has **not been verified.**

- **Never speculate** as to the cause of an incident or make any acknowledgment of liability.

- **DOCUMENT**:
  - Agency notified;
  - Time agency notified;
  - Person notified;
  - Content of message given; and
  - Follow-up requirements.

- **DO NOT DELAY** reporting due to incomplete information.

## OIL SPILL REMOVAL ORGANIZATIONS     Exhibit H

| USCG CLASSIFIED OIL SPILL REMOVAL ORGANIZATIONS (OSRO) | | | |
|---|---|---|---|
| COMPANY | LOCATION | PRIMARY | ALTERNATE |
| Clean Harbors Environmental Services, Inc. | Bristol, Connecticut | (800) 645-8265 | (301) 939-6000 |
| Miller Environmental Group, Inc. | New Windsor, New York | (800) 394-8606 / (845) 569-1200 | |
| Marine Spill Response Corporation (MSRC) | Herndon, Virginia | (800) OIL-SPIL / (800) 259-6772 (24 Hr.) | |

**Exhibit H**

| FEDERAL, STATE, AND LOCAL AGENCIES | | | |
|---|---|---|---|
| **AGENCY** | **LOCATION** | **PRIMARY** | **ALTERNATE** |
| National Response Center (NRC) | Washington, District of Columbia | (800) 424-8802, (202) 267-2180 | (202) 267-2675 |
| U.S. Environmental Protection Agency, Region I | Boston, Massachusetts | (888) 372-7341 | (617) 918-1264 |
| CT DEP Emergency Response Commission (SERC) | Hartford, Connecticut | (860) 424-3373 | |
| Occupational Safety and Health Administration (OSHA) | Washington, District of Columbia | (800) 321-6742 | |
| Connecticut Dept of Energy & Environmental Protection | Hartford, Connecticut | (860) 424-3338 | (860) 424-3000 |
| New Haven Local Emergency Planning Committee | New Haven, Connecticut | (203) 946-8224 | |
| U.S. Coast Guard Sector Long Island Sound | New Haven, Connecticut | (800) 774-8724 / (203) 468-4401 | (203) 468-4402 / 4403 / 4404 |

**Exhibit H**

| OTHER EXTERNAL CONTACTS | | | |
|---|---|---|---|
| **COMPANY/AGENCY** | **LOCATION** | **PRIMARY** | **ALTERNATE** |
| New Haven Fire Department | New Haven, Connecticut | 911 / (203) 946-6237 | |
| New Haven Police Department | New Haven, Connecticut | 911 / (203) 946-6316 | |
| Connecticut State Police | Bethany, Connecticut | (203) 393-4200 | |
| New Haven Fire Marshal | New Haven, Connecticut | (203) 946-6232 | |
| Yale-New Haven Hospital | New Haven, Connecticut | (203) 688-4242 / (203) 785-2222 (ER) | |

**Exhibit H**

**FIGURE 2.3**

**SPILL RESPONSE NOTIFICATION FORM**

NOTE: All information on this checklist should be known at the time of notification, or be in the process of being collected, but **DO NOT DELAY NOTIFICATION TO COLLECT THE INFORMATION.**

NOTE: THERE SHOULD BE NO SPECULATION ABOUT THE SOURCE OR CAUSE OF AN INCIDENT. ONLY FACTUAL OBSERVATIONS ARE TO BE RECORDED.

The below incident type descriptions will help decide which of the bottom corresponding heading sections of this form are applicable to use.

| CONTINUOUS RELEASE | RAILROAD |
|---|---|
| A **CONTINUOUS RELEASE** is a release above the Federal limits, also called reportable quantity (RQ), due to normal operations of a facility. This incident type has five categories: Initial, Baseline, Change in Source and/or Composition, Annual, and Statistically Significant Increase (SSI). For detailed info on the EPA's Continuous Release Program check out their web site, http://www.epa.gov/superfund/policy/release/faciliti.htm. | A **RAILROAD** Incident includes all transportation modes used on rail. The NRC takes reports on all Railroad Incidents including derailments of freight and commercial trains, HAZMAT and non-hazmat rail incidents, light rail, subway, metro rail, and grade crossing accidents. |
| **FIXED** | **MOBILE** |
| A **FIXED** Incident is the widest ranging incident type and includes the release of material from non-mobile machinery, refineries, manufacturing plants, and numerous other fixed facilities. | A **MOBILE** Incident refers to all transportation modes used on land. It includes commercial and private vehicles, motorcycles etc. Some of the most common incidents associated with this category are tractor-trailer accidents. |
| **STORAGE TANK** | **UNKNOWN SHEEN** |
| A **STORAGE TANK** Incident pertains to containers that store hazardous materials located virtually anywhere including facilities, private property, and various transportation modes. Common storage tank incidents include leaking or overfilled home heating oil tanks, ruptured underground storage tanks from construction activity and petroleum storage facilities. | An **UNKNOWN SHEEN** Incident type pertains to any material on the water that has been discovered and whose source is unknown. Please describe the size and color of the material and an estimate of the amount released. (I.E. less than a gallon, less than 100 gallons, over 3000 gallons, etc.). Information on weather and direction of movement are also important. |
| **PIPELINE** | **VESSEL** |
| A **PIPELINE** Incident refers to pipelines that transport materials off site. This does not include pipelines within a facility. Such pipelines are often regulated by the Department of Transportation. Common pipeline types include flow, distribution and gathering lines transporting crude oil or natural gas from one facility to another. | A **VESSEL** Report includes all transportation modes used on the water. Common reports include private vessels that accidentally release bilge water, oil barges with leaks, cranes that are on barges, etc. |

**Exhibit H**

Fields displayed in RED and with an * are mandatory entries. Please fill out the form as completely as possible.

* Is this a DRILL Report?    ☐ YES    ☐ NO    * E-Mail Address: _____

| REPORTING PARTY | SUSPECTED RESPONSIBLE PARTY |
|---|---|
| * Last Name: | * Last Name: |
| First Name: | First Name: |
| Phone 1: ___ Type: ___ (Primary, Alternate, Cellular, On-Scene, Pager, Other) | Phone 1: ___ Type: ___ (Primary, Alternate, Cellular, On-Scene, Pager, Other) |
| Company: | Company: |
| Address: | Address: |
| | |
| City: | City: |
| * State: | * State: |
| Zip: | Zip: |

Are you calling on behalf of responsible party:    ☐ YES    ☐ NO

Are you or your company responsible for Material released:    ☐ YES    ☐ NO

**INCIDENT DESCRIPTION**

* Description of Incident:

Note: Include estimate of quantity spilled and an estimate of the quantity entering the water.

* Incident Date: ___ Day ___ Month ___ Year    * Time: ___    * Occurred/Discovered/Planned: ___

Type of Incident: CONTINUOUS RELEASE

* Incident Cause: ___ (Aircraft Diversion, Criminal Intent, Cyber Attack, Derailment, Disorderly Passenger, Dumping, Transport Accident, Earthquake, Equipment Failure, Explosion, Flood, Hijacking, Hurricane, Natural Phenomenon, Operator Error, Other, Over Pressuring, Security Breach, Suicide, Suspicious Activity, Terrorism, Tornado, Transport Accident, Trespasser, Unknown, Vessel Sinking)

**Exhibit H**

| INCIDENT LOCATION |
|---|

**\* Location Description:**

**\* Address Location:**

**\* State:**

**\* County:**

Zip:

| Nearest City: | Distance from Nearest City: | Units: | (Miles, Kilometers) |

Direction: (E, ENE, ESE, N, NE, NNE, NNW, NW, S, SE, SSE, SSW, SW, W, WNW, WSW)    Range:    Section:    Township:

Latitude:    Degrees:    Minutes:    Seconds:    Quadrant:    (North, South)

Longitude:    Degrees:    Minutes:    Seconds:    Quadrant:    (East, West)

| Railroad Incident / TRAIN DETAILS |
|---|

**\* Railroad Name:**    **\* Train Type:**    (Commuter, Freight, Passenger, Unknown, Other, Locomotive, Rail Car, Light Rail, Subway)    **\* Unit Number:**

Number of Locomotives:    Number of Cars:    Number of Derailed:

Train Speed:    Track Speed:    Train Direction:    (E, ENE, ESE, N, NE, NNE, NNW, NW, S, SE, SSE, SSW, SW, W, WNW, WSW)

| CONTINUOUS RELEASE DETAILS |
|---|

**\* Release Type:**    (Annual, Baseline, Initial, Change of Source/Composition)    Initial Number:

Permit Number:    Begin Date:

End Date:    Change Date:

**Exhibit H**

## FIXED INCIDENT DESCRIPTION DETAILS

Facility Name/ ID:

* Fixed Object / Facility Type:
(Aviation Facility, Bouy / Becon (ATON), Bridge, Bus Terminal, Chemical Facility, Flare Stack, Gas Station, Hanger, Lighthouse / Fog Signal, Manufacturing Facility, Marina, Other, Port Facility, Power Plant, Private Residence, Railway Facility, Refinery, School, Sewage Treatment Facility, Tank Farm, Transformer, Trucking Terminal, Unknown, Utility Pole, Warehouse, Water Treatment Facility, Well Head)

Compliance with NPDES permits:   Yes   No   Unknown

## PIPELINE DETAILS

Pipeline Type
(Transfer, Flow, Transmission, Distribution, Service, Gathering, Offshore, Lateral, Highly Volatile Liquid (HVL), Tank, Station, Load Line, Terminal, Unknown, Other)

DOT Regulated:   Yes   No   Unknown

Underwater:   Yes   No

Above or Below Ground:   Above   Below

Covered/Marked:   Yes   No   Unknown

## VESSEL DETAILS

### VESSEL #1

* Vessel Type:
(Barge, Tug, Pleasure Craft, Other, Tanker, Fishing, Container, Cruise, Military, Tow Boat, Offshore Supply Vessel, Drilling Rig, Buoy, Unknown, Freight, Freight Dry-Bulk)

* Vessel Name:

Vessel #:   Flag:   Length:   Beam:   Draft:

Hull Construction:
(Aluminum Hull, Double Hull Double Lining, Double Hull Single Lining, Fiberglass Hull, Other, Single Hull Single Lining, Steel Hull, Wooden Hull)

* Vessel Aground:   Yes   No

Fuel Capacity:   Unit:
(Barrel(s), Cubic Feet, Cup(s), Curie(s), Drop(s), Each, Gallon(s), Liter(s), MIL CBF, Milcurries, Other, Ounce(s), Pint(s), Pound(s), Quart(s), Tablespoon(s), Teaspoon(s) Ton(s), Unknown)

Fuel On Board:   Unit:
(Barrel(s), Cubic Feet, Cup(s), Curie(s), Drop(s), Each, Gallon(s), Liter(s), MIL CBF, Milcurries, Other, Ounce(s), Pint(s), Pound(s), Quart(s), Tablespoon(s), Teaspoon(s) Ton(s), Unknown)

Cargo Capacity:   Unit:
(Barrel(s), Cubic Feet, Cup(s), Curie(s), Drop(s), Each, Gallon(s), Liter(s), MIL CBF, Milcurries, Other, Ounce(s), Pint(s), Pound(s), Quart(s), Tablespoon(s), Teaspoon(s) Ton(s), Unknown)

Cargo On Board:   Unit:
(Barrel(s), Cubic Feet, Cup(s), Curie(s), Drop(s), Each, Gallon(s), Liter(s), MIL CBF, Milcurries, Other, Ounce(s), Pint(s), Pound(s), Quart(s), Tablespoon(s), Teaspoon(s) Ton(s), Unknown)

## TANK/CONTAINER DETAILS

Tank/Container Description:   Tank/Container ID:

Above/Below Ground:   Above   Below   Transportable:   Yes   No   Unknown

Regulated:   Yes   No   Unknown   Regulated by:

Tank/Container Capacity:   Unit:
(Barrel(s), Cubic Feet, Cup(s) Curie (s), Drop(s), Each, Gallon(s), Liter(s), MIL CBF, Milcurries, Other, Ounce(s), Pint(s), Pound(s), Quart(s), Tablespoon(s), Teaspoon(s) Ton(s), Unknown)

Amount in Tank:   Unit:
(Barrel(s), Cubic Feet, Cup(s), Curie (s), Drop(s), Each, Gallon(s), Liter(s), MIL CBF, Milcurries, Other, Ounce(s), Pint(s), Pound(s), Quart(s), Tablespoon(s), Teaspoon(s) Ton(s), Unknown)

**Exhibit H**

## MATERIAL IN WATER INFORMATION

Body of Water Affected: [        ]     Offshore: [ ] Yes  [ ] No     River Mile Marker: [        ]

Tributary of: [            ]     Water Supply Contaminated: [ ] Yes  [ ] No  [ ] Unknown

Water Temperature: [        ]  Units: [        ]  (Fahrenheit/Celsius)

Wave Condition: [        ] (Calm, Smooth, Slight, Moderate, Rough, Very Rough, High, Very High, Precipitous, Confused)     Speed: [        ]  Unit: [        ] (Knots/ MPH)     Direction: [        ] (E, ENE, ESE, N, NE, NNE, NNW, NW, S, SE, SSE, SSW, SW, W, WNW, WSW)

## SHEEN INFORMATION

Sheen Length: [        ]  Units: [        ] (Feet, Inches, Kilometers, Meters, Miles, Yards)     Sheen Width: [        ]  Units: [        ] (Feet, Inches, Kilometers, Meters, Miles, Yards)

Color: [        ] (Barely Discernible, Brown, Dark Black, Dark Brown, Faint Colors, Grayish, Light Black, Light Brown, Other, Rainbow, Redish, Silvery, Unknown, Whitish, Yellowish Brown)     Direction of Movement: [        ] (E, ENE, ESE, N, NE, NNE, NNW, NW, S, SE, SSE, SSW, SW, W, WNW, WSW)

Odor Description: [        ]

## CONTINUOUS RELEASE MATERIALS

CHRIS Code: (Use UNK if not known) [        ]  CAS Number: [        ]  * Name of Material: [        ]

Upper Bounds: [        ]  Upper Bounds Unit: [        ] (Barrel(s), Cubic Feet, Cup(s), Curie(s), Drop(s), Each, Gallon(s), Liter(s), MIL CBF, Milcurries, Other, Ounce(s), Pint(s), Pound(s), Quart(s), Tablespoon(s), Teaspoon(s) Ton(s), Unknown)     Upper Bounds Rate: [        ] (Second, Minute, Hour, Day, Week, Month, Year)

## IMPACT INFORMATION

Medium Affected: [        ] (Air, Land, Subsurface, Water, Unknown, Rail Report, Other, Soil, Ballest, Non-Release)     Detailed Medium Information: [        ]

Fire:  [ ] Yes  [ ] No     Fire Extinguished: [ ] Yes  [ ] No
       [ ] Unknown                            [ ] Unknown

Injuries:  [ ] Yes  [ ] No     Number of Injuries: [        ]
           [ ] Unknown         Number of Hospital: [        ]
                               Rail Employee Injuries: [        ]
                               Rail Passenger Injuries: [        ]

Fatalities:  [ ] Yes  [ ] No     Number of Fatalities: [        ]
             [ ] Unknown         Employee Fatalities: [        ]
                                 Passenger Fatalities: [        ]
                                 Vehicle Fatalities: [        ]

Evacuations:  [ ] Yes  [ ] No     Number Evacuated: [        ]
              [ ] Unknown         Radius/Area in Miles: [        ]
                                  Who was Evacuated: [        ] (Employees, Other, Private Citizens, Everyone)

2.0 Notification and Response Procedures

Version : 1.0.81

# Exhibit H

| Damages: | ☐ Yes ☐ No ☐ Unknown | Damage In Dollars: _____ |
|---|---|---|
| Road Closed: | ☐ Yes ☐ No ☐ Unknown | Road: _____ <br> Major Artery: ☐ Yes ☐ No <br> Hours Closed: _____ <br> Direction of Closure: _____ <br> (All, E, E/W, N, N/S, S, W) |
| Track Closed: <br><br> Passengers Transferred: | ☐ Yes ☐ No ☐ Unknown <br> ☐ Yes ☐ No ☐ Unknown | Track: _____ <br><br> Hours Closed: _____ <br><br> Direction of Closure: _____ <br> (All, E, E/W, N, N/S, S, W) |
| Air Corridor Closed: | ☐ Yes ☐ No ☐ Unknown | Air Corridor: _____ <br> Hours Closed: _____ |
| Waterway Closed: | ☐ Yes ☐ No ☐ Unknown | Waterway: _____ <br> Hours Closed: _____ |
| Environmental Impact: | ☐ Yes ☐ No ☐ Unknown | Type of Impact: _____ <br> Known Historical Asset    Marine Species <br> Other    Vegetation <br> Wildlife |
| | | Media Interest: _____ <br> (High, Medium, Low, None) |

## WEATHER INFORMATION

| Weather Conditions: _____ <br> (Clear, Foggy, Other, Overcast, Partly Cloudy, Rainy, Sleeting, Snowy, Sunny, Unknown) | Air Temperature: _____ Unit: _____ <br> (Fahrenheit, Celsius) |
|---|---|
| Wind Speed: _____ Unit: _____ <br> (Knots, MPH) | Wind Direction: _____ <br> (E, ENE, ESE, N, NE, NNE, NNW, NW, S, SE, SSE, SSW, SW, W, WNW, WSW) |

**Exhibit H**

| REMEDIAL ACTION INFORMATION |
|---|

Remedial Action Taken:

Release Secured:    Yes    No    Unknown    Release Duration:            Unit:
(Second, Minute, Hour, Day, Week, Month, Year)

Rate of Release:        Unit:            Per:
(Barrel(s), Cubic Feet, Cup(s), Curie(s), Drop(s), Each, Gallon(s), Liter(s), MIL CBF, Milcurries, Other, Ounce(s), Pint(s), Pound(s), Quart(s), Tablespoon(s), Teaspoon(s) Ton(s), Unknown)
(Second, Minute, Hour, Day, Week, Month, Year)

| ADDITIONAL AGENCY INFORMATION |
|---|

| Federal Agency Notified: | |
|---|---|
| State/Local Agency Notified: | |
| State/Local Agency On-Scene: | |
| State Agency's Report Number: | |

| ADDITIONAL INFORMATION |
|---|

Additional Information:

**Exhibit H**

| 2.4 | RESPONSE PROCEDURES |
|-----|---------------------|

Initial response actions are those taken by local personnel immediately upon becoming aware of a discharge or emergency incident. Timely implementation of these initial steps is of the utmost importance because they can greatly affect the overall response operation.

It is important to note that **these actions are intended only as guidelines**. The appropriate response to a particular incident may vary depending on the nature and severity of the incident and on other factors that are not readily addressed. Note that, **without exception, personnel and public safety is first priority**.

The first Company person on scene will function as the Person-in-Charge (PIC) until relieved by an authorized supervisor. Transfer of command will take place as more senior management respond to the incident.

---

**INITIAL RESPONSE ACTIONS - SUMMARY**

- Assume responsibility and control of the situation.

- Assess the incident - Personnel and Public Safety is first priority. Provide immediate aid to the injured.

- Eliminate any sources of ignition.

- Isolate the source of a discharge, eliminate, or minimize further flow and initiate containment.

- Conduct immediate notification to activate the alarm system and mobilize the Spill Management Team or Local Response Team, Fire Department, Oil Spill Response Team, or Hazmat Team as necessary.

- Notify federal/state/local agencies and other contacts per notification tables in Section 2 (NRC, OSC,etc.).

- Control the area - Evacuate as needed and prevent personnel from entering the area until trained responders have arrived.

---

| 2.5 | DISPOSAL METHODS |
|-----|------------------|

The Facility has established the following methods of disposal for recovered materials in accordance with applicable legal requirements:

- The primary option is to recycle any product as circumstances allow.

- If recycling product is not an option, the recovered products will be segregated into the appropriate waste streams (Oily Liquid Wastes, Non-Oily Liquid Wastes, Solid Wastes, Oily Solid/Semi-Solid Wastes, Non-Oily Solid/Semi-Solid Wastes) and disposed of as dictated by local, state, or federal requirements.

- The Facility's Disposal Plan is provided in Appendix C.

**Exhibit H**

| 2.6 | PREVENTION |
|---|---|

In addition to being prepared to respond to an oil spill, the Facility also has prevention measures in place to minimize the chances of an accidental discharge. The Facility discharge prevention measures, including procedures for routine handling of products (loading, unloading, and facility transfers, etc.), are described as follows:

- The Company's training and briefing program ensures oil-handling personnel are familiar with the Plan and are capable of reporting a discharge (see Section 3).

- The Facility has been designed, and is maintained, in order to prevent discharges as described in this Plan (see Sections 4, 5 and 6).

- The Facility also has an FRP that adds to the Facility's training and readiness.

# SECTION 3.0                         **Exhibit H**

## TRAINING AND INSPECTIONS

**3.1    Personnel Training and Spill Prevention Procedures**

**3.2    Inspections, Tests, and Records**

**Exhibit H**

<span style="background-color:red">**3.1     PERSONNEL TRAINING AND SPILL PREVENTION PROCEDURES**</span>

Personnel training and spill prevention procedures are in place at the Facility and include the following:

- All maintenance and operating personnel are instructed in the proper operation and maintenance of the Facility's discharge prevention equipment. All new operating personnel receive on the job training until they are capable of demonstrating working knowledge of the proper operation and maintenance of the Facility's equipment.

- The company has a continuing program of informing operating personnel of the laws and regulations that concern pollution prevention, control, and countermeasure. Personnel are kept informed of their obligation to prevent any pollution incident during regularly scheduled training sessions and safety meetings.

- These briefings include a review of this SPCC Plan, spill incidents, the proper operation and maintenance of pollution control equipment and any newly developed spill control methods.

- Operating personnel attend annual (at a minimum) prevention briefings which are held at the Facility, or, at another designated Company location.

- Operation and maintenance manuals for major equipment are maintained at the Facility Office for reference by operating personnel on an as needed basis.

- All pertinent safety meetings, spill prevention briefings, and training sessions are documented. These training records are retained on file (electronic and/or paper media) at the Facility Office for a minimum period of three (3) years.

- A sample SPCC Training Log is provided in Appendix B.

**Exhibit H**

| 3.2 | INSPECTIONS, TESTS, AND RECORDS |
|---|---|

**Visual Inspection**

The Facility Operator examines the tanks and the equipment in the tank farm daily to ensure that there are no visible leaks in the tanks or piping system.

All visible tanks, lines, flanges, pumps, and other equipment are examined on a routine basis for indications of leaks, drips, sweating, etc. Repair of any such item is handled on a priority basis. Inspections include gauge hatch covers, manhole covers, gaskets, and foundations.

The exposed surfaces of the tanks, pipelines, and all equipment are inspected visually for the presence of discoloration or blistering that could indicate that the exterior paint is failing, or that the tank is leaking at a seam or through a pinhole. When any discoloration or blistering is observed, the tank or pipeline is repaired or replaced.

Other records of visual inspections that are made on a periodic basis, such as the internal floating roof seals, are kept in the Facility Office on a dedicated form.

Shell employs contractors to perform maintenance at the Facility. The maintenance is performed as required.

Monthly tank inspections are made in accordance with company inspection procedures.

**Facility Self Inspection**

The following is a partial list of the inspections that are made periodically at the Facility. Complete files on the results of these inspections are maintained by the Facility and are retained for a period of three (3) years. *The following list is for example only and addresses only those items that are important to the operation and spill control issues at the Facility.*

| Item | Description of Inspection or Test-Repair if defective |
|---|---|
| **LOADING RACK** | |
| Fire Extinguishers at all locations in the terminal | Check for full charge / recharge where needed |
| All loading arms on the loading rack | Visually Check for leaks, counter balance operations, dry brake coupler seal, jaws, swing stops, adjust where required. |
| All Flow Control Valves and Meters | Inspect micro-switch screws and O-rings for leaks |
| All Turbine Flow Meters | Inspect and Check |
| All Temperature Probes | Re-calibrate |
| All Pressure Gauges | Inspect for operation / leaks |
| All Strainers | Inspect |

**Exhibit H**

| Grounding Devices at lanes on loading rack | Inspect and Check |
|---|---|
| Overfill Device | Check Operation and status lights. Check to ensure bypass switch is locked in on position. |
| Vapor Flow Sensors | Physical check of successful operation during loading. |
| Rack Junction Boxes, Electrical | Check |
| Intercom | Check |
| Seals and gaskets | Visually inspect all piping, valves, fitting and component connections, seals, gaskets and valve pacing for leakage or looseness |
| Meter Presets | Check function, ensure seals in place |
| **TRUCK UNLOADING SYSTEM** | |
| Pump motor | Check for leaks |
| Air Eliminator | Check for leaks |
| Temperature Probe | Re-calibrate, Check for leaks |
| Water Draw Off Valves | Check for leaks, valves closed, splash blocks in-place |
| Pressure Gauges | Check for operation, leaks |
| Pump off hoses | Check for leaks |
| **STORAGE TANK FACILITIES** | |
| Tanks | Inspect roof devices, openings, for security and labeled. Observe domes and roofs for damage. |
| Water Draw Off Valves | Ensure valves closed and locked, check for leaks |
| Tank Level Gauges | Check for free movement, level transmitters |
| Tank Thermometers | Check for calibration |
| Tank Hi-Level Alarm | Manually Check audible alarm activation |
| Tank Level Transmitter | Compare readings and re-calibrate |
| Tank Motor Operated Valves | Completely check operation |
| Tank Hand Operated Valves | Check for leaks, operation |
| Tank Safety Control Valve | Check Operation |
| Product Pump Motor | Inspect for leaks, check operation |
| Tank Relief Valves | Check operation |
| Pressure Gauges | Check |

**Exhibit H**

| | |
|---|---|
| Seals / Gaskets / Vitualic Couplings | Check for leaks |
| Retention Basins | Check |
| Tank Wall & Drains | Visual Inspection |
| Oil-Water Separator | Visual Inspection |
| Manifold Area | Thorough check of all valves, visual inspection, lubricate as required |
| Pipeline Signal Control Panel | Check for correct operation & pipeline signals |
| **SECURITY SYSTEMS** | |
| Perimeter Fence | Visual Inspection |
| Perimeter Gates | Check for locks and chains |
| Signs and Signboards | Check to ensure that warning signs, notices, instructions, and "Stop Here" lines are not obstructed and that they are secure and legible |
| Terminal Area Lighting | Visually check lighting and ensure that lights are operating and are aimed for maximum illumination |

The Facility maintains the records described below:

- Records of Pressure Tests on Piping

- Records of Meter Calibrations

- Records of Repairs made to Facility

- Environmental Records, including

  - Inspections of all water outfalls and water analyses
  - Environmental records of any and all groundwater testing
  - Personnel Training Records
  - Waste disposal manifests
  - Tank Cleaning and inspection records
  - Other records required by permits

- Product reconciliation and tank testing records

- Reports on cathodic protection testing and inspections

- Records of key and lock assignments

- Records of safety meetings

**Pressure Testing of All Pipelines**

### Exhibit H

Equilon Enterprises LLC (DBA - Shell Oil Products US) periodically tests all pipelines in the Facility. The work is performed by an outside contractor and reports of each pressure test are kept in the Facility files for a minimum of three (3) years.

**Tank Testing**

Refer to section 5.6 for details on tank testing.

**Cathodic Protection Testing**

The Facility piping and tanks are protected by an impressed current cathodic protection system. The cathodic system's operation is verified by monthly inspection of the system's rectifiers. In addition, a corrosion control contractor performs a complete annual inspection of the system.

# SECTION 4.0

**Exhibit H**

## FACILITY DRAINAGE

4.1    **Diked Storage Area Drainage**

4.2    **Undiked Area Drainage**

4.3    **Effluent Treatment Facilities**

**Exhibit H**

All aboveground storage tanks at the New Haven Terminal are completely surrounded by containment basins. Spills from the storage tanks of related product and pipeline will be contained within the diked area.

Stormwater in the diked areas that does not evaporate/percolate is visually inspected to verify that contamination is not present and then pumped to the retention basin, from where it is inspected and then discharged to Outfall 001 and the City storm sewer on East Shore Parkway. (Flapper-type drains are not utilized on site.).

Sample Dike Drainage Form found in Appendix B.

| 4.2 | UNDIKED AREA DRAINAGE |

Stormwater generated at the loading rack is directed into trough drains located at the perimeter of the rack area. Drainage from the loading rack trough drains to a 15,000-gallon steel oil/water separator designed for 500 gpm flow rate that gravity flows to the primary retention basin. The oil/water separator is equipped with sensors that trigger a visual alarm when the petroleum level reaches 10% of the separator's volume and a visual and audible alarm at 20% of the separator's volume. In the event of a large release at the loading rack, the oil/water separator is equipped with manually operated block valves on both the outlet and inlet piping.

The retention basin is designed to accept stormwater from secondary containment drainage areas and other storm drains located throughout the Facility. The basin is bisected by an intermediate earthen dike that creates primary and secondary areas within the retention basin. This intermediate earthen dike contains an 18-inch diameter (high level) and 12-inch diameter (low level) drain pipe assembly (below the surface) that prevents potential floating petroleum within the primary basin from entering the secondary basin. A lift station is located within the secondary basin that allows, after verification that contamination is not present, discharges from Outfall 001 to the City storm sewer located on East Shore Parkway.

Once manually activated via a start-stop push button, this lift station will continue to pump stormwater until the water level within the basin drops below the low conductivity probe. This lift station will not start up again until it is manually reactivated by Facility personnel.

The Facility yard is defined as areas surrounding office buildings, garages, and miscellaneous use areas. Stormwater generated in these general areas is collected in a number of stormwater catchment basins located throughout the property. Stormwater from the catchment basins flows to the oil/water separator and retention basin.

Tanks associated with the VRU system are located within secondary containment structures. Water not collected in the catchment basins from the ingress and egress drives and visitor parking areas runs off the property as sheet flow to City storm drains and is discharged directly (via catch basin or retention basin) to the city storm sewer located on East Shore Parkway. Storm drainage lines are presented in the Facility Plot Plan (Appendix A).

A number of other building structures are located on the property, including the truck loading rack, Terminal Office, garage and warehouse. All of these structures have roof drains that discharge directly onto the ground or to the Facility drainage system.

**Exhibit H**

A drainage ditch runs along the east side of the Facility and separates the south tank farm from the north tank farm. The ditch carries stormwater that drains west onto the Facility property from offsite through the Facility property and then offsite at the southwest corner of the Facility. Because the stormwater originates offsite and the ditch is isolated from product storage and handling activities at the Facility by berms, stormwater in this ditch is not considered associated with industrial activity. Several product lines cross the ditch on the south side of the Facility but contain no valves or connections in the length over the ditch that would pose a reasonable risk of a leak or spill. Lines are inspected each shift by the Terminal Operator for product leaks and conditions of pipes.

**Vessel Dock**

Stormwater generated at the Dock is principally located at the two (2) manifold locations (inner and outer berths). Drip pans located at the manifold areas are covered when not in use. The outer berth manifold area is surrounded by a concrete berm. The concrete floor within this area is drained by a number of floor drains equipped with pipe caps. The inner berth manifold area is surrounded by a wooden curb designed to be weather tight.

## 4.3    EFFLUENT TREATMENT FACILITIES

The Facility does not have an Effluent Treatment Facility.

# SECTION 5.0                    Exhibit H

## BULK STORAGE CONTAINERS

5.1    **Container Design and Construction**

5.2    **Secondary Containment**

5.3    **Completely or Partially Buried Metallic Storage Tanks**

5.4    **Mobile or Portable Oil Storage Tanks**

5.5    **Internal Heating Coils**

5.6    **Container Inspection Programs**

# Exhibit H

## 5.1    CONTAINER DESIGN AND CONSTRUCTION

The Facility's bulk oil and oil product storage tanks have been designed in accordance with industry standards. The tanks have the following design characteristics:

- Tanks are constructed of a material that is compatible with the oil and petroleum products stored and the conditions of storage.

- Tanks are operated within "Safe Fill" levels positioned below the established capacity limits of the tank.

- Most Equilon Enterprises LLC (DBA - Shell Oil Products US) petroleum storage tanks have high liquid level alarms that have both audible and visual signals to detect high levels during filling operations. If an audible alarm sounds, transfers are immediately shut down and the area investigated. Necessary repairs or adjustments will be made if a problem is found. Furthermore, bulk petroleum storage tanks are equipped with individual side level gauges (float operated liquid level gauges). The side level gauges are maintained as separate systems. The gauges and alarms are tested periodically and automatic gauges are additionally compared against hand gauged readings.

In the event of a high-level alarm sounding, Terminal Personnel will shut down all transfers of product immediately and investigate the cause. Buckeye Pipeline Company will shut down flow from the Shell Facility immediately upon receiving a high-level alarm. Upon receiving the high-high level alarm, Buckeye will close pipeline valves to the Facility. Buckeye can shut down flow within fifteen minutes in an emergency.

During pumping operations, the Dock maintains constant contact with the Facility via radio. Should an emergency arise, pumping operations would cease immediately.

The Terminal Operator and the Pipeline Operator communicate verbally before each receipt. For attended receipts, communication is maintained after flow has started, and at the completion of each receipt.

The Facility uses quick response electronic and manual gauges that enable the Terminal Operator to determine the level in each of the tanks. The tank gauges are float-style gauges.

## 5.2    SECONDARY CONTAINMENT

Bulk storage containers are situated such that secondary containment is provided, either by dikes or by means of drainage patterns that direct product releases to a location where it can be contained for recovery. Environmental Equivalencies are used for the double wall tanks (e.g., visual site gauges and facility being manned 24/7). The containment areas are designed to contain the entire contents of the largest container plus sufficient freeboard to allow for precipitation. Additional details and capacities are provided in Appendix A.

The Shell main tank farm is divided into three (3) principal secondary containment areas which are all interconnected forming one large containment. The secondary containment dikes are earthen dikes surfaced with processed stone or vegetated with maintained grass.

The floor across the entire tank farm generally slopes from the east to the west. Floor grading within the tank farm promotes drainage to low elevations where a number of lift stations pump drainage to the Facility retention basin.

**Exhibit H**

| 5.3 | COMPLETELY OR PARTIALLY BURIED METALLIC STORAGE TANKS |
|---|---|

Shell doesn't currently operate any underground storage tanks (USTs). Four (4) USTs were removed and/or properly abandoned in September 1996. These tanks include three (3) tanks used to store heating oil for the Facility Building (URI, UR6, and UR7) and one (1) waste oil tank (UR2). Two (2) additional USTs (HU3 and IU4) were abandoned in place in 1995 using concrete slurry, and two (2) additional USTs (U5 and U9) were removed in 1998. Documentation, including closure reports, is available for the removal/abandonment of these USTs.

A total of five (5) underground oil/water separators are also located at the Facility. Of the five oil/water separators, one (1) is currently in use. The inactive oil/water separator, as well as two of the active separators, are also located in the tank farm and originally functioned to handle water draw off effluent from the Facility's aboveground storage tanks as well as minor drips/spills associated with pump containment areas at the Facility. The Facility no longer conducts water draw-off operations. Therefore, two (2) of the active oil/water separators solely provide containment for drips/spills associated with pump containment areas as shown on the Plan. The third active oil/water separator provides initial separation for drips/spills originating from the undiked areas. The fourth active oil/water separator provides separation for drips/spills originating from the truck loading rack and the product pump off area.

One (1) concrete vault is located outside of the Facility garage. This vault is used to contain water discharged from garage floor drains/trough drains. There is no discharge from this vault. All collected drainage is properly disposed of off-site.

| 5.4 | MOBILE OR PORTABLE OIL STORAGE TANKS |
|---|---|

Mobile or portable oil storage tanks may be brought on-site during various operations. These portable tanks will be positioned or located so as to prevent spilled oil from reaching navigable waters. The largest mobile/portable container will be provided with containment plus sufficient freeboard for precipitation.

| 5.5 | INTERNAL HEATING COILS |
|---|---|

There are no internal heating coils in any of the Facility tanks.

| 5.6 | CONTAINER INSPECTION PROGRAMS |
|---|---|

- All regulated containers are visually inspected by operating personnel for signs of deterioration, leaks, or the accumulation of liquids inside the containment areas.

- Each storage container is inspected according to Company policy, as required by age, condition, and service. The monthly visual tank inspection records and other integrity records are maintained in a separate file at the Facility.

- Based on these conditions, the aboveground storage containers are professionally inspected and non-destructive thickness testing is performed per API 653 standards, STI standard or other industry recognized standard as applicable.

- All aboveground storage tanks are included in the scope of this inspection and maintenance document. This includes small tanks, additive tanks, water tanks, horizontal tanks, UL-142 tanks, API 650 tanks, vapor tanks, pressure vessel, etc.

**Exhibit H**

- If a field-constructed aboveground container undergoes a repair, alteration, reconstruction, or change in service that might affect the risk of a discharge or failure due to brittle fracture, the container will be evaluated.

- Drums or totes brought on-site are built or tested to the standard(s) or in-process inspection and testing procedures established by the drum manufacturer or the drum recycler, as applicable.

- While on-site, the drums or totes will be visually examined at least monthly.

- Inspection/testing records are retained in a separate file at the Facility for a minimum period of three (3) years or longer based on industry standard or Corporate policy. (Industry standard is to retain records for the life of the tank.)

Refer to Section 3.2 for additional details on the Facility's tank inspection procedures.

# SECTION 6.0      Exhibit H

## TRANSFER OPERATIONS, PUMPING, AND IN-TERMINAL PROCESS

**6.1**    **Buried Piping Installations**

**6.2**    **Out-of-Service Pipelines**

**6.3**    **Aboveground Valves and Pipelines**

**6.4**    **Vehicle Warning Procedures**

**Exhibit H**

Below ground piping is cathodically protected and coated to reduce corrosion.

The cathodic protection system is monitored monthly and the values for impressed voltages are recorded.

All underground product transfer piping is tested periodically. Copies of the reports are maintained in the Facility Office.

When a section of buried pipe is exposed, it is carefully examined for deterioration and corrective action taken as necessary.

Buried piping installed or replaced after August 16, 2002, will be provided with a protective wrapping and coating along with cathodic protection.

| 6.2 | OUT-OF-SERVICE PIPELINES |

Out-of-service pipelines will be capped or blind flanged and marked to its origin in the event that a Facility pipeline is removed from service or is placed in standby status for an extended time. Any out-of-service piping has had the product removed and the piping has been blind flanged or capped off.

| 6.3 | ABOVEGROUND VALVES AND PIPELINES |

The Facility's aboveground valves and pipelines are examined as follows:

- All aboveground valves and pipelines are regularly examined during operating personnel rounds. During these examinations, operating personnel assess the general condition and necessity for corrective actions of the items such as:

  - Flange joints
  - Valve glands and bodies
  - Pipeline supports
  - Metal surfaces
  - Expansion joints
  - Catch pans
  - Valves locks and/or seals

- Pipe supports are designed to minimize abrasion and corrosion to allow for expansion and contraction.

- Most valves and aboveground piping receive frequent informal inspections during routine plant operations in addition to the formal inspection program.

- Records of negative findings from these examinations are documented in the operating personnel logs, or other inspection records.

**Exhibit H**

- Oil-filled piping not located in containment is present at this Facility. However, oil is only present during loading/unloading activities. Areas include piping from the main tank farm to the loading rack, transfers from Area 1 to Area 2, and marine dock to tank farm. Piping is visually inspected regularly and tested as note earlier in this document. In the event of a release, responses outlined in the Facility's FRP will be taken.

## 6.4    VEHICLE WARNING PROCEDURES

Warning signs for vehicular traffic are prominently placed at strategic locations throughout the Facility. The signs include instruction for use of the loading rack, spill notification directions, and entrance and exit.

# SECTION 7.0    Exhibit H

## TANK CAR AND TANK TRUCK LOADING/UNLOADING RACK

**7.1** **Facility Operations**

**7.2** **Loading/Unloading Procedures**

**7.3** **Loading/Unloading Rack Containment System**

**Exhibit H**

| 7.1 | FACILITY OPERATIONS |
|---|---|

Product additives are trucked in. The loading rack is equipped with eight (8) bays from which product can be loaded. Transfers to the truck (loading arm) loading rack are at the rate of 600 gallons per minute. The perimeter strip drains gravity feed to an oil/water separator with a storage capacity sufficient to contain an anticipated worst case spill.

| 7.2 | LOADING/UNLOADING PROCEDURES |
|---|---|

To provide a dependable safeguard against tank overfilling, each of the product tanks are equipped with a two stage level alarm system to help prevent tank overfills. The high level alarm notifies the operator responsible for the receipt to begin orderly shutdown. The high-high level alarm notifies the operator to begin immediate or emergency shutdown.

No person is allowed to handle the receipt of products unless he or she has been thoroughly trained and has demonstrated the ability to perform these procedures.

**Preparation of Tanks Prior to Pipeline or Vessel Receipt**

Prior to the receipt of product, the tank(s) are gauged and a product storage tank temperature taken. The exact time the gauge was taken, depth of water, (if any), the product depth, and temperature are entered in the Facility gauge worksheet. The person taking this gauge will initial the gauge worksheet. The gauger will calculate the head room in the storage tank(s) scheduled for receipt to ensure the tank(s) will hold the amount of the receipt.

The designated responsible person for the Facility will arrange to open the manifold receiving valves and the tank receiving valves. Receipt valves are tested to ensure that they are in proper alignment before every product receipt. High level alarms are tested.

Other procedures for receipt by pipeline are specified in the Operations Manual.

**Procedures During Receipt of Product**

The following descriptions are general in nature and for informational purposes only. The Facility's operating procedures and instructions govern the receipt of product. These procedures are maintained in the Facility Office.

Qualified personnel will be on duty during receipt of product. These personnel receive periodic refresher instructions on the correct procedures to use during product transfer. The person in charge of receipt of the product follows local terminal procedures for receipt of product.

During the tank receipt, qualified personnel will calculate a rough gauge (final height) for the receiving tank. Thereafter, Facility personnel will check the tank gauge (product level) at least once an hour.

**Exhibit H**

**Communications During Receipt**

When product is received by marine transport - On barge receipts, visual and oral communication is maintained between the vessel's hose watch and the Facility's hose watch. Product to be received, pumping rate and batch size, are reviewed prior to start-up. Adequate sets of portable, intrinsically safe transceiver radios are available and used that enables direct communication between pumping marine station or vessel, hose watch and tank watch.

**After Pumping Procedures**

Marine Procedures: After completion of unloading operations, the hoses are to be disconnected. All of the valves, pumps, and piping are shut down upon cessation of pumping. A copy of the barge receipt checklist or other similar record is completed by Dock and Facility personnel and is placed in the Facility Office records.

Pipeline Procedures: After completion of the receipt, external valves on the delivery line will be closed. The tank will be gauged and measured for water and the temperature of the product will be accurately measured. This information will be recorded in the gauge worksheet, along with the time receipt was completed. The qualified person will initial the entries in the gauge worksheet for identification.

*Tank Truck Procedures*

**Receipt of Product by Tank Truck**

Receipt of product by tank truck is scheduled by Facility personnel. The procedures covering the receipt of product by tank truck are specified in the *Operations Manual*. Those procedures and Facility operating procedures control the receipt of product. The following description is for the purposes of information only. The procedures and instructions are maintained in the Facility Office.

The truck unloading area is maintained free of obstacles. Should any accidental discharge occur, the area is underlain by a concrete mat sloped inward to a single catch basin and piped to the 15,000-gallon steel oil/water separator.

- A fire extinguisher is maintained at the pump-off spot.

- Only qualified employees are permitted to pump-off transport trucks. These individuals are trained in the prescribed loading / unloading procedure for tank trucks as per instructions in the training manual.

- The transport truck is attended at all times during the unloading process to provide instant shut down in case of an emergency.

- All pump-off lines are capped, all valves kept closed, and the tank valve locked except when in use.

**Exhibit H**

*Tank Truck Loading Procedures Using the Loading Rack*

**Transfer of Product Into Tank Trucks**

The Facility uses an automated system for the transfer of product into tank trucks. The system is designed to prevent spills and overfills. As an additional precaution against spills, the drivers are permitted to use the truck rack control system and have received instruction from Equilon Enterprises LLC (DBA - Shell Oil Products US) on the correct procedures to use in accessing the system, safety precautions, and spill reporting.

The general procedures for operation of the truck rack control system are found in the system user manual located in the Facility Office.

Only authorized truck drivers can gain access to the loading rack by presenting an authorization card and entering a unique driver code number (PIN).

The trucks are bottom loaded and top loaded at this Facility. The bottom loading trucks are equipped with a loading bar or brake locks that lock the brakes on the truck when loading is in progress.

The drivers are instructed to carefully inspect vehicles to make sure that bottom valves are not leaking. In the event that a bottom valve is discovered leaking, the truck will be barred from the Facility until the necessary repairs have been completed.

The automatic loading equipment also verifies that the driver has connected the grounding, overfill protection equipment, and vapor sensors. This ensures that the truck is properly grounded to reduce the potential for static electrical discharges and that the truck overfilling protection equipment is properly operating.

When the driver completes loading, he or she proceeds to the bill of lading kiosk, obtains the bill of lading, opens the automatic gate, and leaves the Facility. Once the truck is loaded, the driver has custody of the shipment and is responsible for safe delivery of the product. Despite the fact that the driver is still inside the Facility gates, the driver is responsible for the shipment, and any spills that occur at that point will be considered transportation related.

**Specific Procedures in Use for Truck Loading**

Specific procedures in use for truck loading at the Facility are described in the *Operations Manual* and in specific Facility operating procedures. These are kept in the Facility Office files.

- The Facility has specific safety procedures that include requirements for trucks to park away from the loading rack when awaiting the opportunity to load product.

- Loading will be stopped during severe electrical storms.

- Smoking within the Facility is strictly prohibited.

- Under no circumstances will a truck in the process of loading be left unattended or will it be parked at the rack unattended.

- All truck lights, heaters, accessories, and non-operating electrical equipment will be turned off before entering the loading area, and will only be turned on after leaving.

- Any stalled trucks will be towed away from rack prior to repairs. Booster batteries will be connected more than 100 feet away.

- All DOT regulations will be followed.

***Facility Tank Truck Loading and Unloading Facilities***

### Disconnect Protection Systems

All trucks that load at the Facility have either a locking bar or other interlocking system to prevent the truck from being moved while the vapor recovery and / or loading hoses are still connected to the truck. All trucks are also equipped with overfill protection and are grounded to ensure further safety.

### Examination of Bottom Drains on Vehicles

The drivers are instructed to carefully inspect vehicles to make sure that bottom valves are not leaking. In the event that a bottom valve is discovered leaking, the truck will be barred from the Facility until the necessary repairs have been completed.

### Overfill Protection System

The overfill protection system shall be checked for proper operation prior to loading.

## 7.3    LOADING/UNLOADING RACK CONTAINMENT SYSTEM

The loading rack is equipped to contain the worst-case truck rupture (9,000 gallons) or overfill. Drainage at the loading rack is directed into trough drains located at the perimeter of the rack area. Drainage from the loading rack trough drains flow to a 15,000 gallon steel oil/water separator. The water phase effluent from the oil/water separator gravity flows to the primary retention basin. The oil/water separator is equipped with sensors that trigger a visual alarm when the petroleum level reaches 10% of the separator's volume and a visual and audible alarm at 20% of the separator's volume. In the event of a large release at the loading rack, the oil/water separator is equipped with manually operated block valves on both the outlet and inlet piping.

# SECTION 8.0                                    **Exhibit H**

## SECURITY

**8.1**   **Fences and Entrance Gates**

**8.2**   **Oil and Oil Product Storage Tank Valves**

**8.3**   **Oil and Oil Product Pump Starter Controls**

**8.4**   **Loading/Unloading Connections**

**8.5**   **Facility Lighting**

**Exhibit H**

| 8.1 | FENCES AND ENTRANCE GATES |
|---|---|

The security measures in place for the Facility include fences and gates as follows:

- The entire perimeter of the Facility is fenced.

- The Facility is attended 24 hours per day.

| 8.2 | OIL AND OIL PRODUCT STORAGE TANK VALVES |
|---|---|

There are no valves at the Facility that serve to drain stormwater from the diked areas. All stormwater is discharged to the retention pond via manually activated lift stations. There is one diked area that is directly piped to the retention basin but the pipe is not equipped with a drain valve.

The security measures in place for the oil and oil product storage tank valves are as follows:

- All valves that permit direct outward flow of tank contents to the surface are securely locked in the closed position and a blind skillet installed on the outer flange.

| 8.3 | OIL AND OIL PRODUCT PUMP STARTER CONTROLS |
|---|---|

The security measures in place for the oil and oil product pump starter controls are as follows:

- All pumps are located within the security system of the Facility and are accessible only to authorized personnel.

- Product pumps are visually monitored/inspected by operating personnel as previously detailed and are located at a site accessible only to authorized personnel. Limited access to pumping equipment makes it unnecessary to cap or blank flange loading connections. All unloading connections are capped or blank flanged when not being used.

| 8.4 | LOADING/UNLOADING CONNECTIONS |
|---|---|

Loading/unloading connections of product pipelines are securely capped or blind-flanged when not in service. Pipelines that are removed from service for an extended period of time with no future service expected are drained, cleaned and securely capped.

| 8.5 | FACILITY LIGHTING |
|---|---|

Facility lighting is commensurate with the type and location of the Facility. Consideration was given to discovery of spills during darkness and prevention of spills occurring through acts of vandalism. Facility lighting is designed and operated as follows:

- The Facility has security lighting in the loading rack area as well as in the storage tank area. These lights provide illumination that is sufficient to detect any acts of vandalism, discharges, or releases. The lights are turned on automatically.

# APPENDIX A             **Exhibit H**

## FACILITY SPECIFIC INFORMATION

| ABOVEGROUND STORAGE CONTAINERS | | | | | | | | | | Exhibit H | |
| (Container = any container that stores oil) | | | | | | | | | | | |
| Tank Source I.D. | Substance Stored (Oil & Haz. Substance) | Average Quantity Stored (Gallons) | Maximum Capacity (Gallons) | Potential Failure | Container Type (i.e. floating roof, fixed roof, etc.) | Year Built | Direction of Flow | Secondary Containment Capacity (Volume - Gallons) | Tank Height | Tank Diameter |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | ███ | ███ | 9,182,087 | Leak/Rupture/Overflow | CR | 1952 | West | 24,655,326 | 48 | 180 |
| 21 | | | 9,261,073 | Leak/Rupture/Overflow | CR | 1952 | West | 24,655,326 | 49 | 180 |
| 23 | | | 9,267,454 | Leak/Rupture/Overflow | CR | 1952 | West | 24,655,326 | 49 | 180 |
| 24 | | | 8,999,609 | Leak/Rupture/Overflow | FR | 1952 | West | 24,655,326 | 48 | 180 |
| 25 | | | 3,814,222 | Leak/Rupture/Overflow | FR | 1952 | West | 24,655,326 | 54 | 110 |
| 26 | | | 3,823,653 | Leak/Rupture/Overflow | FR | 1952 | West | 24,655,326 | 55 | 110 |
| 27 | | | 2,537,183 | Leak/Rupture/Overflow | CR | 1952 | West | 24,655,326 | 55 | 88 |
| 28 | | | 2,017,133 | Leak/Rupture/Overflow | FR | 1952 | West | 24,655,326 | 55 | 80 |
| 29 | | | 2,021,907 | Leak/Rupture/Overflow | FR | 1952 | West | 24,655,326 | 56 | 80 |
| 30 | | | 2,935,434 | Leak/Rupture/Overflow | FR | 1952 | West | 24,655,326 | 56 | 95 |
| 31 | | | 1,640,611 | Leak/Rupture/Overflow | FR | 1952 | West | 24,655,326 | 56 | 72 |
| 32 | | | 1,671,308 | Leak/Rupture/Overflow | FR | 1952 | West | 24,655,326 | 55 | 72 |
| 33 | | | 1,166,904 | Leak/Rupture/Overflow | FR | 1952 | West | 24,655,326 | 56 | 61 |
| 34 | | | 449,341 | Leak/Rupture/Overflow | CR | 1952 | West | 24,655,326 | 48 | 40 |
| 35 | | | 450,338 | Leak/Rupture/Overflow | CR | 1952 | West | 24,655,326 | 48 | 40 |

©2018 Witt O' Brien's    Revision Date: August, 2017

| | ABOVEGROUND STORAGE CONTAINERS (Cont'd) | | | | | | | | | Exhibit H |
| | (Container = any container that stores oil) | | | | | | | | | |
| Tank Source I.D. | Substance Stored (Oil & Haz. Substance) | Average Quantity Stored (Gallons) | Maximum Capacity (Gallons) | Potential Failure | Container Type (i.e. floating roof, fixed roof, etc.) | Year Built | Direction of Flow | Secondary Containment Capacity (Volume - Gallons) | Tank Height | Tank Diameter |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | ███ | ███ | 450,382 | Leak/Rupture/Overflow | CR | 1952 | West | 24,655,326 | 55 | 110 |
| 37 | | | 448,369 | Leak/Rupture/Overflow | CR | 1952 | West | 24,655,326 | 48 | 120 |
| 38 | | | 3,987,076 | Leak/Rupture/Overflow | FR | 1952 | West | 24,655,326 | 48 | 120 |
| J-1 | | | 4,087,554 | Leak/Rupture/Overflow | FR | 1952 | West | 24,655,326 | 48 | 120 |
| J-2 | | | 4,084,106 | Leak/Rupture/Overflow | FR | 1952 | West | 24,655,326 | 16 | 10 |
| J-3 | | | 3,917,793 | Leak/Rupture/Overflow | FR | 1952 | West | 24,655,326 | 16 | 10 |
| 39 | | | 10,251 | Leak/Rupture/Overflow | CR | 1986 | West | 24,655,326 | 16 | 10 |
| 40 | | | 10,251 | Leak/Rupture/Overflow | CR | 1989 | West | 24,655,326 | 16 | 10 |
| 41 | | | 10,251 | Leak/Rupture/Overflow | CR | 1989 | West | 24,655,326 | 16 | 10 |
| 42 | | | 10,251 | Leak/Rupture/Overflow | CR | 1989 | West | 24,655,326 | 16 | 10 |
| 43 | | | 10,251 | Leak/Rupture/Overflow | CR | 1989 | West | 24,655,326 | 16 | 10 |
| 44 | | | 10,364 | Leak/Rupture/Overflow | CR | 1993 | West | 24,655,326 | 16 | 10 |
| 45 | | | 10,364 | Leak/Rupture/Overflow | CR | 1993 | West | 24,655,326 | 16 | 10 |
| 46 | | | 10,364 | Leak/Rupture/Overflow | CR | 1993 | West | 24,655,326 | 16 | 10 |
| 47 | | | 6,016 | Leak/Rupture/Overflow | HT | 1994 | West | Double Wall Tank | 6 | 8 |

| ABOVEGROUND STORAGE CONTAINERS (Cont'd) *(Container = any container that stores oil)* | | | | | | | | | | | Exhibit H |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tank Source I.D. | Substance Stored *(Oil & Haz. Substance)* | Average Quantity Stored *(Gallons)* | Maximum Capacity *(Gallons)* | Potential Failure | Container Type *(i.e. floating roof, fixed roof, etc.)* | Year Built | Direction of Flow | Secondary Containment Capacity *(Volume - Gallons)* | Tank Height | Tank Diameter |
| 48 | ■ | ■ | 2,000 | Leak/Rupture/Overflow | HT | 1996 | West | Double Wall Tank | 6 | 8 |
| 49 | | | 2,000 | Leak/Rupture/Overflow | HT | 1996 | West | Double Wall Tank | 12 | 5 |
| 50 | | | 280 | Leak/Rupture/Overflow | HT | 1994 | West | Double Wall Tank | 5 | 3 |
| 51 | | | 1,035 | Leak/Rupture/Overflow | HT | 2002 | West | Double Wall Tank | 12 | 5 |
| 52 | | | 273 | Leak/Rupture/Overflow | HT | 2003 | West | Double Wall Tank | 5 | 3 |
| 53 | | | 500 | Leak/Rupture/Overflow | HT | 2001 | West | 24,655,326 | 4 | 3 |
| 54 | | | 510 | Leak/Rupture/Overflow | HT | 2002 | West | 619 | 6 | 4 |
| S-1 | | | 300 | Leak/Rupture/Overflow | HT | 1989 | West | 24,655,326 | 5 | 4 |
| S-2 | | | 500 | Leak/Rupture/Overflow | HT | 2001 | West | 24,655,326 | 5 | 4 |
| S-3 | | | 500 | Leak/Rupture/Overflow | HT | 2001 | West | 24,655,326 | 5 | 4 |
| J-TR-PF-1 | | | 66 | Leak/Rupture/Overflow | PV | 2001 | West | 24,655,326 | n/a | n/a |
| J-TR-CF-1 | | | 655 | Leak/Rupture/Overflow | PV | 1978 | West | 24,655,326 | n/a | n/a |
| J-TR-FS-1 | | | 143 | Leak/Rupture/Overflow | PV | 1978 | West | 24,655,326 | n/a | n/a |
| J-PL-FS-1 | | | 268 | Leak/Rupture/Overflow | PV | 2001 | West | 24,655,326 | n/a | n/a |
| J-PL-FS-2 | ■ | ■ | 268 | Leak/Rupture/Overflow | PV | 2001 | West | 24,655,326 | n/a | n/a |

## ABOVEGROUND STORAGE CONTAINERS (Cont'd)
### (Container = any container that stores oil)

Exhibit H

| Tank Source I.D. | Substance Stored (Oil & Haz. Substance) | Average Quantity Stored (Gallons) | Maximum Capacity (Gallons) | Potential Failure | Container Type (i.e. floating roof, fixed roof, etc.) | Year Built | Direction of Flow | Secondary Containment Capacity (Volume - Gallons) | Tank Height | Tank Diameter |
|---|---|---|---|---|---|---|---|---|---|---|
| J-PL-FS-3 | ■ | ■ | 268 | Leak/Rupture/Overflow | PV | 2001 | West | 24,655,326 | n/a | n/a |
| Emergency Diesel Generator Unit (tank) | ■ | ■ | 100 | Leak/Rupture/Overflow | HT | 1999 | West | Double Wall Tank | n/a | n/a |

**Comments:**

Note 1: Rate of flow on tanks and oil-filled operational equipment due to failure range from pin hole leaks with several gallons of oil released over a given time period to catastrophic failures resulting in complete loss of product.

Note 2: Containments noted with 24,655,326 Gallons of capacity are connected through conduits forming one large overall containment.

Appendix A Site Specific Information                                    Version : 1.0.81

| DRUM STORAGE | | | | | Exhibit H |
|---|---|---|---|---|---|
| Source ID | Substance Stored *(Oil & Haz. Substance)* | Maximum Capacity *(Gallons)* | Potential Failure | Direction of Flow | Containment Capacity *(Gallons)* |
| Drum Storage Area | ±8 55 Gal. Drums of Misc. Oil | 440 | Leak/Rupture/Overflow | West | Containment Pallet (65 Gal.) |

**Comments:**

Version : 1.0.81

**Exhibit H**

| COMPLETELY OR PARTIALLY BURIED OR BUNKERED METALLIC STORAGE TANKS | | | | | |
|---|---|---|---|---|---|
| Source ID | Substance Stored *(Oil & Haz. Substance)* | Maximum Capacity *(Gallons)* | Potential Failure | Direction of Flow | Containment Capacity *(Gallons)* |
| | | | | | |
| | | **None** | | | |
| | | | | | |

**Comments:**

©2018 Witt O' Brien's
Revision Date: August, 2017

**Exhibit H**

| OPERATIONAL EQUIPMENT | | | | | |
|---|---|---|---|---|---|
| Source ID | Substance Stored *(Oil & Haz. Substance)* | Maximum Capacity *(Gallons)* | Potential Failure | Direction of Flow | Containment Capacity *(Gallons)* |
| Vapor Recovery Knockout | | | Leak/Rupture/Overflow | West | 1,292 |
| E1 | | | Leak/Rupture/Overflow | West | General Containment |
| E2 | | | Leak/Rupture/Overflow | West | General Containment |

**Comments:**

Rate of flow on tanks and oil-filled operational equipment due to failure range from pin hole leaks with several gallons of oil released over a given time period to catastrophic failures resulting in complete loss of product.

Appendix A Site Specific Information                                      Version : 1.0.81

**Exhibit H**

| OTHER SOURCES | | | | | |
|---|---|---|---|---|---|
| Source ID | Substance Stored *(Oil & Haz. Substance)* | Maximum Capacity *(Gallons)* | Potential Failure | Direction of Flow | Containment Capacity *(Gallons)* |
| OWS-1 | | | Leak/Rupture/Overflow | West | Exempt |
| 1 | | | Leak/Rupture/Overflow | N/A | Exempt |
| 2 | | | Leak/Rupture/Overflow | N/A | Exempt |
| 3 | | | Leak/Rupture/Overflow | N/A | Exempt |

**Comments:**

Note 1: Material is a Pressurized Gas - Non-Oil Substance

Appendix A Site Specific Information                                                      Version : 1.0.81

**Exhibit H**

## SECONDARY CONTAINMENT CALCULATIONS

The secondary containment calculations for the large earthen containments on site were developed by RPMS Consulting Engineers and are provided in Appendix D. Small concrete and metal containments have been measured by Shell and are presented below. All measurements have been provided to Witt O'Brien's third hand, are said to be true and accurate by Shell New Haven's Management.

| Largest Tank Volume | | | | | | |
|---|---|---|---|---|---|---|
| Tank # | Diameter (ft) | Radius (ft) | Height (ft) | Volume (ft3) | Volume (Gal) | Volume (Bbls) |
| Vapor Recovery Knockout | | | | | 1,000.00 | 23.81 |

### Secondary Containment Calculations

| Containment vs. Tank | | | Containment vs. Rainfall | | |
|---|---|---|---|---|---|
| Bottom Area (Ab): | 109.33 | ft2 | Actual Area (A): | 109.33 | ft2 |
| Top Area (At): | 109.33 | ft2 | 25YR/24HR (H25/24): | 0.50 | ft |
| Actual Area (A): | (Ab+At+v(Ab*At))/3 | | | | |
| | 109.33 | ft2 | | | |
| Height (H): | 1.58 | ft | | | |
| Containment Volume (Vc)= | A*H | | Rainfall Volume (Vr) = | A* H25/24 | |
| | 172.74 | ft3 | | 54.67 | ft3 |
| | 1,292.11 | gallons | | 408.89 | gallons |
| | 30.76 | bbls | | 9.74 | bbls |
| Volume Total (Vt): | 30.76 | bbls | Volume Adjusted (Va) | 30.46 | bbls |
| Engineering Irregularities (EI): | 0.31 | bbls (1%) | | | |
| Total Tank Footprint (TF): | 0 | bbls | Volume Net (Vn) = | Va - Vr | |
| Vt - TF = Volume Adjusted (Va) | 30.46 | bbls | | 20.72 | bbls |
| Volume of Largest Tank (Vlt) : | 23.81 | bbls | Volume of Largest Tank (Vlt) : | 23.81 | bbls |
| Va / Vlt = | 127.92% | | Vn/Vlt = | 87.03% | |
| **Does the containment hold 110% of the shell capacity of the largest tank?** | **Yes** | | **Does the containment hold the capacity of the largest tank plus a rainfall allowance?** | **No** | |

Appendix A Site Specific Information                                                Version : 1.0.81

# Exhibit H

**Largest Tank Volume**

| Tank # | Diameter (ft) | Radius (ft) | Height (ft) | Volume (ft3) | Volume (Gal) | Volume (Bbls) |
|---|---|---|---|---|---|---|
| Tank 54 | | | | | 510.00 | 12.14 |

## Secondary Containment Calculations

| Containment vs. Tank | | | Containment vs. Rainfall | | |
|---|---|---|---|---|---|
| Bottom Area (Ab): | 49.58 | ft2 | Actual Area (A): | 49.58 | ft2 |
| Top Area (At): | 49.58 | ft2 | 25YR/24HR (H25/24): | 0.50 | ft |
| Actual Area (A): | (Ab+At+v(Ab*At))/3 | | | | |
| | 49.58 | ft2 | | | |
| Height (H): | 1.67 | ft | | | |
| Containment Volume (Vc)= | A*H | | Rainfall Volume (Vr) = | A* H25/24 | |
| | 82.80 | ft3 | | 24.79 | ft3 |
| | 619.33 | gallons | | 185.43 | gallons |
| | 14.75 | bbls | | 4.41 | bbls |
| Volume Total (Vt): | 14.75 | bbls | Volume Adjusted (Va) | 14.60 | bbls |
| Engineering Irregularities (EI): | 0.15 | bbls (1%) | | | |
| Total Tank Footprint (TF): | 0 | bbls | Volume Net (Vn) = | Va - Vr | |
| Vt - TF = Volume Adjusted (Va) | 14.60 | bbls | | 10.18 | bbls |
| Volume of Largest Tank (Vlt) : | 12.14 | bbls | Volume of Largest Tank (Vlt) : | 12.14 | bbls |
| Va / Vlt = | 120.22% | | Vn/Vlt = | 83.86% | |
| **Does the containment hold 110% of the shell capacity of the largest tank?** | **Yes** | | **Does the containment hold the capacity of the largest tank plus a rainfall allowance?** | **No** | |

**Exhibit H**

## FACILITY DIAGRAMS

## APPENDIX B          **Exhibit H**

### FORMS

Monthly Facility Inspection Checklist
**Click to View**

Annual Facility Inspection Checklist
**Click to View**

Personnel Response Training Log
**Click to View**

Drainage from Containment Areas
**Click to View**

Sample Brittle Fracture Evaluation
**Click to View**

Plan Review Record
**Click to View**

**Exhibit H**

# APPENDIX C

## DISPOSAL PLAN

**Click here to View**

# APPENDIX D                         **Exhibit H**

## SUPPORTING DOCUMENTS

Secondary Containment Calculations
**Click to View**

# CROSS REFERENCE                          Exhibit H

**Exhibit H**

| 40 CFR § 112 | BRIEF DESCRIPTION | SECTION |
|---|---|---|
| **U.S. EPA - SPCC** <br> **40CFR § 112.3,4,5,7,8** | | |
| **112.3** | Requirement to prepare and implement a Spill Prevention Control and Countermeasure Plan | ----- |
| (a,b,c) | Owners or operators must prepare and implement a Plan… | §1.5 |
| (d) | A licensed Professional Engineer must review and certify a Plan for it to be effective... | PE Certification Page |
| (e) | Maintain a complete copy of the Plan at the facility if the facility is normally attended at least 4 hours per day, or at the nearest field office**...** | §1.3 |
| **112.4** | Amendment of Spill Prevention, Control, and Countermeasure Plan by Regional Administrator. | ----- |
| (a) | (a) Notwithstanding compliance with § 112.3, whenever your facility has discharged more than 1,000 U.S. gallons of oil in a single discharge as described in § 112.1(b), or discharged more than 42 U.S. gallons of oil in each of two discharges as described in § 112.1 (b), occurring within any twelve month period, submit the following information to the Regional Administrator within 60 days from the time the facility becomes subject to this section: (1) Name of the facility; (2) Your name; (3) Location of the facility; (4) Maximum storage or handling capacity of the facility and normal daily throughput; (5) Corrective action and countermeasures you have taken, including a description of equipment repairs and replacements; (6) An adequate description of the facility, including maps, flow diagrams, and topographical maps, as necessary; (7) The cause of such discharge as described in § 112.1(b), including a failure analysis of the system or subsystem in which the failure occurred; (8) Additional preventive measures you have taken or contemplated to minimize the possibility of recurrence; and (9) Such other information as the Regional Administrator may reasonably require pertinent to the Plan or discharge. | N/A |
| (b) | Take no action under this section until it applies to your facility. This section does not apply until the expiration of the time permitted for the initial preparation and implementation of the Plan under § 112.3, but not including any amendments to the Plan. | N/A |
| (c) | Send to the appropriate agency or agencies in charge of oil pollution control activities in the State in which the facility is located a complete copy of all information you provided to the Regional Administrator under paragraph (a) of this section. Upon receipt of the information such State agency or agencies may conduct a review and make recommendations to the Regional Administrator as to further procedures, methods, equipment, and other requirements necessary to prevent and to contain discharges from your facility. | N/A |

©2018 Witt O' Brien's                                                       Revision Date: August, 2017

**Exhibit H**

| U.S. EPA - SPCC 40CFR § 112.3,4,5,7,8 (Cont'd) | | |
|---|---|---|
| **40 CFR § 112** | **BRIEF DESCRIPTION** | **SECTION** |
| (d) | Amend your Plan, if after review by the Regional Administrator of the information you submit under paragraph (a) of this section, or submission of information to EPA by the State agency under paragraph (c) of this section, or after on-site review of your Plan, the Regional Administrator requires that you do so. The Regional Administrator may require you to amend your Plan if he finds that it does not meet the requirements of this part or that amendment is necessary to prevent and contain discharges from your facility. | N/A |
| (e) | Act in accordance with this paragraph when the Regional Administrator proposes by certified mail or by personal delivery that you amend your SPCC Plan. If the owner or operator is a corporation, he must also notify by mail the registered agent of such corporation, if any and if known, in the State in which the facility is located. The Regional Administrator must specify the terms of such proposed amendment. Within 30 days from receipt of such notice, you may submit written information, views, and arguments on the proposed amendment. After considering all relevant material presented, the Regional Administrator must either notify you of any amendment required or rescind the notice. You must amend your Plan as required within 30 days after such notice, unless the Regional Administrator, for good cause, specifies another effective date. You must implement the amended Plan as soon as possible, but not later than six months after you amend your Plan, unless the Regional Administrator specifies another date. | N/A |
| (f) | If you appeal a decision made by the Regional Administrator requiring an amendment to an SPCC Plan, send the appeal to the EPA Administrator in writing within 30 days of receipt of the notice from the Regional Administrator requiring the amendment under paragraph (e) of this section. You must send a complete copy of the appeal to the Regional Administrator at the time you make the appeal. The appeal must contain a clear and concise statement of the issues and points of fact in the case. It may also contain additional information from you, or from any other person. The EPA Administrator may request additional information from you, or from any other person. The EPA Administrator must render a decision within 60 days of receiving the appeal and must notify you of his decision. | N/A |
| **112.5** | Amendment of Spill Prevention Control and Countermeasures Plan by owners or operators | ----- |
| (a) | Amend the SPCC ...when there is a change in facility design, construction, operation or maintenance which materially affects the facility's potential for the discharge of oil... | §1.4 |

**Exhibit H**

| U.S. EPA - SPCC 40CFR § 112.3,4,5,7,8 (Cont'd) | | |
|---|---|---|
| **40 CFR § 112** | **BRIEF DESCRIPTION** | **SECTION** |
| (b) | ...complete a review and evaluation of the SPCC at least once every five years... amend the SPCC within six months of the review...implement within six months of preparation of any amendment. | §1.4 |
| (c) | Have a Professional Engineer certify any technical amendment… | §1.4 |
| **112.7** | Guidelines for the preparation and implementation of a Spill Prevention Control and Countermeasures Plan | ----- |
| ----- | …must prepare a Plan…have full approval of management…in writing. | Management Approval Page, Entire Plan |
| ----- | If the plan calls for additional facilities or procedures, methods, or equipment not yet fully operational, these items should be discussed in separate paragraphs, and the details of installation and operational start-up should be explained separately. | N/A |
| ----- | …follow the sequence specified (or cross-reference)… | Cross Reference |
| (a)(2) | Comply with all applicable requirements in this part… [or] state reasons for non-conformance … and describe alternate methods… | Entire Plan |
| (a)3 | Describe … physical layout … and include diagram …. | § 1.1, App. A |
| (a)(3)(i) | … [address in your Plan] .. the type of oil in each container and its … capacity … | App. A |
| (a)(3)(ii) | … discharge prevention measures including routine handling of products … | § 2.6 |
| (a)(3)(iii) | ...Drainage or discharge controls … and procedures for control of a discharge … | § 4.2 |
| (a)(3)(iv) | Countermeasures for discharge discovery, response, and cleanup (both … facility's … and contractor ….) | § 2.1 |
| (a)(3)(v) | Methods of disposal of recovered materials … | § 2.5, App. C |
| (a)(3)(vi) | Contact list and phone numbers … | § 2.2, 2.3, Fig. 2.1 Fig. 2.2 |
| (a)(4) | Relate information … [on a discharge] … | Fig. 2.3 |
| (a)(5) | Organize portions of the Plan … that will make them readily usable…. | Section Dividers |
| (b) | Where experience indicates a reasonable potential for equipment failure … include in your Plan a prediction of the direction, rate of flow, and total quantity of oil… | App. A |

©2018 Witt O' Brien's

Cross Reference                                                                Version : 1.0.81

Exhibit H

| U.S. EPA - SPCC 40CFR § 112.3,4,5,7,8 (Cont'd) | | |
|---|---|---|
| **40 CFR § 112** | **BRIEF DESCRIPTION** | **SECTION** |
| (c)(1)(i-vii) | Onshore facilities. Provide appropriate containment and/or diversionary structures or equipment to prevent a discharge as described in §112.1(b), except as provided in paragraph (k) of this section for qualified oil-filled operational equipment, and except as provided in §112.9(d)(3) for flowlines and intra-facility gathering lines at an oil production facility. The entire containment system, including walls and floor, ... In determining the method, design, and capacity for secondary containment, you need only to address the typical failure mode, ... Secondary containment may be either active or passive in design. At the minimum, you must use one of the following prevention systems... | § 5.2 |
| (c)(2)(i-ii) | Offshore Facilities. | N/A |
| (d) | If you determine that the installation of structures or equipment listed in paragraphs (c) and (h)(1) of this section…is not practicable…clearly explain in your Plan…and provide… | N/A |
| (d)(1) | *A strong oil spill contingency plan following… 40 CFR 109.* | N/A |
| (d)(2) | A written commitment of manpower, equipment and materials required to expeditiously control and remove any harmful quantity of oil discharged. | N/A |
| (e) | *Inspections and records* | ----- |
| | …in accordance with written procedures that you or the certifying engineer develop…with the SPCC Plan for a period of three years. | § 3.2 |
| (f) | *Personnel, training and spill prevention procedures* | ----- |
| (f)(1) | …train your oil-handling personnel in the operation and maintenance of equipment to prevent the discharges… | § 3.1 |
| (f)(2) | Designate a person…accountable for oil spill prevention… | Management Approval Page |
| (f)(3) | Schedule and conduct spill prevention briefings… highlight and describe known spill discharges…or failures, malfunctioning components, and recently developed precautionary measures. | § 3.1 |
| (g) | *Security (excluding oil production facilities)* | § 8.0 |
| (h)(1-3) | *Facility tank car and tank truck loading/unloading rack* Where loading/unloading rack drainage does not flow into a catchment basin or treatment facility designed... ...design any containment system to hold at least the maximum capacity of any single compartment of a tank car or tank truck loaded or unloaded at the facility. Provide an interlocked warning light or physical barrier system,... Prior to filling and departure of any tank car or tank truck, closely inspect for discharges the lowermost drain and all outlets of such vehicles should be closely examined for leakage,... | § 7.0 |

Exhibit H

| U.S. EPA - SPCC 40CFR § 112.3,4,5,7,8 (Cont'd) | | |
|---|---|---|
| **40 CFR § 112** | **BRIEF DESCRIPTION** | **SECTION** |
| (i) | If a field-constructed aboveground container undergoes a repair, alteration, reconstruction, or change in service that might affect the risk of a discharge or failure due to brittle fracture…evaluate the container for risk… | § 5.6 |
| (j) | In addition...include a complete discussion of conformance with applicable requirements…or any more stringent, with State rules, regulations and guidelines. | § 1.6 |
| (k) | *Qualified Oil-filled Operational Equipment.* The owner or operator of a facility with oil-filled operational equipment that meets the qualification criteria in paragraph (k)(1) of this sub-section may choose to implement for this qualified oil-filled operational equipment the alternate requirements as described in paragraph (k)(2) of this sub-section in lieu of general secondary containment required in paragraph (c) of this section. | App. A |
| (k)(1) | *Qualification Criteria—Reportable Discharge History:* The owner or operator of a facility that has had no single discharge as described in §112.1(b) from any oil-filled operational equipment exceeding 1,000 U.S. gallons or no two discharges as described in §112.1(b) from any oil-filled operational equipment each exceeding 42 U.S. gallons within any twelve month period in the three years prior to the SPCC Plan certification date, or since becoming subject to this part if the facility has been in operation for less than three years (other than oil discharges as described in §112.1(b) that are the result of natural disasters, acts of war or terrorism); and | N/A |
| (k)(2) | *Alternative Requirements to General Secondary Containment.* If secondary containment is not provided for qualified oil-filled operational equipment pursuant to paragraph (c) of this section, the owner or operator of a facility with qualified oil-filled operational equipment must: | ----- |
| (k)(2)(i) | Establish and document the facility procedures for inspections or a monitoring program to detect equipment failure and/or a discharge; and | N/A |
| (k)(2)(ii) | Unless you have submitted a response plan under §112.20, provide in your Plan the following: | N/A |
| (k)(2)(ii)(A) | An oil spill contingency plan following the provisions of part 109 of this chapter. | N/A |
| (k)(2)(ii)(B) | A written commitment of manpower, equipment, and materials required to expeditiously control and remove any quantity of oil discharged that may be harmful. | N/A |

**Exhibit H**

| U.S. EPA - SPCC 40CFR § 112.3,4,5,7,8 (Cont'd) | | |
|---|---|---|
| **40 CFR § 112** | **BRIEF DESCRIPTION** | **SECTION** |
| **112.8** | Spill Prevention, Control, and Countermeasure Plan requirements for onshore facilities (excluding production facilities) | ----- |
| (a) | Meet the general requirements for the Plan listed under § 112.7, and… | ----- |
| (b)(1) | Restrain drainage from diked storage areas by valves or other positive means to prevent a spill...into the drainage system or inplant effluent treatment system, except where plan systems are designed to handle such leakage.  You may empty diked areas by pumps or ejectors; however you must be manually activate these pumps…and inspect the condition of the accumulation before starting... | § 4.1, § 4.2 |
| (b)(2) | Use valves of manual, open-and-closed design...  If facility drainage drains directly into water course…you must inspect and drain uncontaminated retained stormwater, as provided in...paragraphs (c)(3)(ii)(iii), and (iv). | § 4.1, § 4.2 |
| (b)(3) | Design facility drainage systems from undiked areas… to flow into ponds, lagoons or catchment basins, designed to retain oil or return it to the facility.  You must not locate catchment basins in areas subject to periodic flooding. | § 4.2 |
| (b)(4) | If...not engineered as in paragraphs (b)(3), equip the final discharge of all ditches with a diversion system that would...retain the oil in the facility. | § 4.2 |
| (b)(5) | Where drainage waters are treated in more than one treatment unit…  provide two "lift" pumps and permanently install at least one of the pumps.  Whatever techniques are used, facility drainage systems engineer… to prevent a discharge as described in § 112.1(b) in case there is an equipment failure or human error... | N/A |
| (c) | *Bulk storage containers (onshore)* | ----- |
| (c)(1) | Not use a container for the storage of oil unless its material and construction are compatible with the material stored and conditions of storage... | § 5.1 |
| (c)(2) | Construct all bulk storage tank installations (except mobile refuelers and other non-transportation-related tank trucks) so that you provide a secondary means of containment for the entire capacity of the largest single container and sufficient freeboard to contain precipitation. You must ensure that diked areas are sufficiently impervious to contain discharged oil. Dikes, containment curbs, and pits are commonly employed for this purpose. You may also use an alternative system consisting of a drainage trench enclosure that must be arranged so that any discharge will terminate and be safely confined in a facility catchment basin or holding pond. | § 5.2, App. A |

Exhibit H

| U.S. EPA - SPCC 40CFR § 112.3,4,5,7,8 (Cont'd) | | |
|---|---|---|
| **40 CFR § 112** | **BRIEF DESCRIPTION** | **SECTION** |
| (c)(3) | Not allow drainage of uncontaminated rainwater from the diked area into a storm drain or discharge of an effluent discharge into an open water course, lake, or pond, bypassing the in-plant treatment system unless you: | ----- |
| (c)(3)(i) | Normally keep the bypass valve sealed closed. | § 4.1, § 4.2 |
| (c)(3)(ii) | Inspect the retained rainwater to ensure that its presence will not cause a discharge as described in § 112.1(b). | § 4.1, § 4.2 |
| (c)(3)(iii) | Open the bypass valve and reseal it following drainage…under responsible supervision. | § 4.1 |
| (c)(3)(iv) | Keep adequate records of such events. | § 3.0, § 4.1 |
| (c)(4) | Protect any completely buried metallic storage tank installed on or after January 10,1974 from corrosion by coatings or cathodic protection… | N/A |
| (c)(5) | Not use partially buried metallic tanks for the storage of oil unless the buried section of the tank is adequately coated… | N/A |
| (c)(6) | Test or inspect each aboveground container for integrity on a regular schedule and whenever you make material repairs. You must determine, in accordance with industry standards, the appropriate qualifications for personnel performing tests and inspections, the frequency and type of testing and inspections, which take into account container size, configuration, and design (such as containers that are: shop-built, field-erected, skid-mounted, elevated, equipped with a liner, double-walled, or partially buried). Examples of these integrity tests include, but are not limited to: visual inspection, hydrostatic testing, radiographic testing, ultrasonic testing, acoustic emissions testing, or other systems of non-destructive testing. You must keep comparison records and you must also inspect the container's supports and foundations. In addition, you must frequently inspect the outside of the container for signs of deterioration, discharges, or accumulation of oil inside diked areas. Records of inspections and tests kept under usual and customary business practices satisfy the recordkeeping requirements of this paragraph. | § 3.2, § 5.6 |
| (c)(7) | Control leakage through defective internal heating coils by monitoring the steam return and exhaust lines... | N/A |
| (c)(8) | Engineer or update each container installation in accordance with good engineering practice to avoid discharges (and) provide at least one of the following devices: | ----- |
| (c)(8)(i) | High liquid level alarms with an audible or visual signal at a constantly attended operation or surveillance station.  In smaller facilities, an audible air vent may suffice. | § 5.1 |

©2018 Witt O' Brien's

**Exhibit H**

| U.S. EPA - SPCC<br>40CFR § 112.3,4,5,7,8 (Cont'd) | | |
|---|---|---|
| **40 CFR § 112** | **BRIEF DESCRIPTION** | **SECTION** |
| (c)(8)(ii) | High liquid level pump cutoff devices set to stop flow at a predetermined container content level. | § 5.1 |
| (c)(8)(iii) | Direct audible or code signal communication between the container gauger and the pumping station. | § 5.1 |
| (c)(8)(iv) | A fast response system for determining the liquid level of each bulk storage container such as digital computers, telepulse, or direct vision gauges. | § 5.1 |
| (c)(8)(v) | You must regularly test liquid level sensing devices to ensure proper operation. | § 5.1 |
| (c)(9) | Observe effluent treatment facilities frequently enough to detect possible system upsets that could cause a discharge… | N/A |
| (c)(10) | Promptly correct visible discharges which result in a loss of oil from container including…seam, gaskets, piping, pumps, valves… | § 5.1 |
| (c)(11) | Position or locate mobile or portable oil storage containers to prevent a discharge as described in §112.1(b). Except for mobile refuelers and other non-transportation-related tank trucks, you must furnish a secondary means of containment, such as a dike or catchment basin, sufficient to contain the capacity of the largest single compartment or container with sufficient freeboard to contain precipitation. | § 5.4 |
| (d) | *Facility transfer operations, pumping, and facility process* | ----- |
| (d)(1) | Provide buried piping… installed or replaced on or after August 16, 2002, with a protective wrapping and coating…cathodically protect.  If a section of buried line is exposed...carefully inspect it for deterioration.  If you find corrosion damage, you must undertake additional examination and corrective action as indicated... | § 6.1 |
| (d)(2) | Cap or blank-flange the terminal connection…and mark it as to origin when piping is not in service, or in standby service for an extended time. | § 6.2, § 8.4 |
| (d)(3) | Properly design pipe supports to minimize abrasion and corrosion and allow for expansion and contraction. | § 6.3 |
| (d)(4) | Regularly inspect all aboveground valves, piping, and appurtenances.  …also conduct integrity and leak testing on buried piping at the time of installation, modification, construction, relocation, or replacement. | § 3.2, § 6.3 |
| (d)(5) | Warn all vehicles entering the facility to be sure that no vehicle will endanger aboveground piping or other oil transfer operations. | § 6.4 |