

Exhibit I

BUREAU OF WATER PROTECTION AND LAND REUSE
PLANNING & STANDARDS DIVISION

OCT 1 3 2011

VIA UPS No. 1Z 71 E 42V 13 9450 7021

October 12, 2011

Water Toxics Program Coordinator
Connecticut Department of Energy and Environmental Protection
Bureau of Water Management
79 Elm Street
Hartford, CT 06106-5127

Re: **2011 Stormwater Monitoring Report**
**General Permit for the Discharge of Stormwater Associated with**
**Industrial Activities Registration No. GSI 001341**
**Motiva Enterprises LLC New Haven Terminal**
**481 East Shore Parkway, New Haven, Connecticut**

Dear Program Coodinator:

Enclosed is the 2011 Stormwater Monitoring Report (SMRs) for the Motiva Enterprises LLC (Motiva) New Haven Terminal located at 481 East Shore Parkway, New Haven, Connecticut. The stormwater sampling was completed on September 6, 2011 by Triton Environmental, Inc. (Triton) in accordance with the Connecticut DEP's General Permit for the Discharge of Stormwater Associated with Industrial Activities (Registration No. GSI 001341). According to Triton Environmental the rainfall event on September 6, 2011 constituted a qualifying event at the terminal as required by the permit.

The reported laboratory analytical results for COD from the sample collected from Outfall 001 and several parameters for the sample collected from Outfall 003 were above the numbers for chemical parameters in Section 5.(c)(1)(E)(i) of the permit. After investigation, Motiva believes that extensive rainfall, wind and flooding associated with tropical storm Irene on August 28 and 29 contributed to the unusual results detected in samples collected the following week. Based on historical results from these outfalls, Motiva does not believe these samples are representative of normal operating conditions at the terminal.

481 East Shore Parkway       New Haven, CT  06512       Phone: (203) 468-4000       Fax: (203) 468-4015

Page 2: Stormwater Monitoring Report
Motiva Enterprises LLC New Haven Terminal

**Exhibit I**

I have personally examined and am familiar with the information submitted in this document and all attachments thereto, and I certify that, based on reasonable investigation, including my inquiry of those individuals responsible for obtaining the information, the submitted information is true, accurate and complete to the best of my knowledge and belief. I understand that a false statement made in this document or its attachments may be punishable as a criminal offense, in accordance with Section 22a-6, under Section 53a-157b of the Connecticut General Statutes, and in accordance with any other applicable statute.

If you have any questions regarding this report, please contact Jennifer Bothwell, Environmental Coordinator at 860-749-2839 or email Jennifer.Bothwell@Motivaent.com.

Very truly yours,

MOTIVA ENTERPRISES LLC

Michael J. Sullivan
Complex Manager

Enclosure

Cc: J Bothwell, Motiva

File: 530-02 ENV.04.04




BUREAU OF WATER PROTECTION AND LAND REUSE
PLANNING & STANDARDS DIVISION

Exhibit I

OCT -9 2011

## General Permit for the Discharge of Stormwater Associated with Industrial Activities
### Stormwater Monitoring Report Form

**Facility Information**

Name (owner, operator): Motiva Enterprises, LLC
Mailing Address: 481 East Shore Parkway, New Haven, CT 06512
Business Phone: (203) 468-4000        ext._____     Fax:_____
Contact Person: Mr. Michael J. Sullivan       Title: Complex Manager
Site Address: 481 East Shore Parkway, New Haven, CT 06512
Receiving Water (name, basin): New Haven Harbor
Stormwater G.P. Registration #: GSI 001341        SIC Code: 5171
Check this box if number of employees is 25 or less, or if operated by a municipality: ☐

**Sampling Information**

Sample Location: Outfall No. 001 (MOT-1)
Date/Time Collected: September 6, 2011 – 12:00 p.m.
Person Collecting Sample: Carl Spevacek, Triton Environmental, Inc.
Storm Magnitude (inches): 2.45        Storm Duration (hours): 18 hours (approx.)
Date of Previous Storm Event: August 25, 2011        Rainfall pH: 6.8 S.U.

**Monitoring Results**

| Parameter | Method | Results (units) | Laboratory |
| --- | --- | --- | --- |
| Oil & Grease | EPA 1664A | ND<5.0 mg/l | CET, Inc. PH0116 |
| pH | EPA 150.1 | 6.8/ 6.90 S.U. | Triton Field Measurement/ CET, Inc |
| COD | EPA 410.4 | 130.0 mg/l | CET, Inc. |
| TSS | EPA 160.2 | 23.0 mg/l | CET, Inc. |
| TP | EPA 365.2 | ND<0.10 mg/l | CET, Inc. |
| TKN | EPA 351.2 | ND<1.0 mg/l | CET, Inc. |
| NO3-N | EPA 300.0 | ND<0.10 mg/l | CET, Inc. |
| Total Copper | EPA 200.7 | ND<0.04 mg/l | CET, Inc. |
| Total Zinc | EPA 200.7 | 0.087 mg/l | CET, Inc. |
| Total Lead | EPA 200.7 | ND<0.013 mg/l | CET, Inc. |
| 24 Hr. LC50 | EPA-821-R-02-012 | >100% | ECL, Inc. PH0535 |
| 48 Hr. LC50 | EPA-821-R-02-012 | >100% | ECL, Inc. PH0535 |

Attach separate page(s) to report additional parameters monitored pursuant to Part VI.C.1.a of the General Permit.

**Statement of Acknowledgment**

I certify that the data reported on this document were prepared under my direction or supervision in accordance with the General Stormwater Permit. The information submitted is, to the best of my knowledge and belief, true, accurate and complete.

Authorized Facility Official: Mr. Michael J. Sullivan, Complex Manager
Signature: _[signed]_        Date: 10/12/11

BUREAU OF WATER PROTECTION AND LAND REUSE
**PLANNING & STANDARDS DIVISION**

OCT 1  **Exhibit I**



## General Permit for the Discharge of Stormwater Associated with Industrial Activities
*Stormwater Monitoring Report Form*

### Facility Information

Name (owner, operator): Motiva Enterprises, LLC
Mailing Address: 481 East Shore Parkway, New Haven, CT 06512
Business Phone: (203) 468-4000                    ext._____    Fax:_____
Contact Person: Mr. Michael J. Sullivan          Title: Complex Manager
Site Address: 481 East Shore Parkway, New Haven, CT 06512
Receiving Water (name, basin): New Haven Harbor
Stormwater G.P. Registration #: GSI 001341                    SIC Code: 5171
Check this box if number of employees is 25 or less, or if operated by a municipality: ☐

### Sampling Information

Sample Location: Outfall No. 003 (MOT-3)
Date/Time Collected: September 6, 2011 – 12:00 p.m.
Person Collecting Sample: Carl Spevacek, Triton Environmental, Inc.
Storm Magnitude (inches): 2.45                    Storm Duration (hours): 18 hours (approx.)
Date of Previous Storm Event: August 25, 2011                    Rainfall pH: 6.8 S.U.

### Monitoring Results

| Parameter | Method | Results (units) | Laboratory |
|---|---|---|---|
| Oil & Grease | EPA 1664A | ND<5.0 mg/l | CET, Inc. PH0116 |
| pH | EPA 150.1 | 6.6/ 6.98 S.U. | Triton Field Measurement/ CET, Inc |
| COD | EPA 410.4 | 1,800.0 mg/l | CET, Inc. |
| TSS | EPA 160.2 | 120.0 mg/l | CET, Inc. |
| TP | EPA 365.2 | 1.7 mg/l | CET, Inc. |
| TKN | EPA 351.2 | 4.9 mg/l | CET, Inc. |
| NO3-N | EPA 300.0 | 18.0 mg/l | CET, Inc. |
| Total Copper | EPA 200.7 | 0.27 mg/l | CET, Inc. |
| Total Zinc | EPA 200.7 | 0.71 mg/l | CET, Inc. |
| Total Lead | EPA 200.7 | 0.18 mg/l | CET, Inc. |
| 24 Hr. LC50 | EPA-821-R-02-012 | 22.5% | ECL, Inc. PH0535 |
| 48 Hr. LC50 | EPA-821-R-02-012 | 21.0% | ECL, Inc. PH0535 |

Attach separate page(s) to report additional parameters monitored pursuant to Part VI.C.1.a of the General Permit.

### Statement of Acknowledgment

I certify that the data reported on this document were prepared under my direction or supervision in accordance with the General Stormwater Permit. The information submitted is, to the best of my knowledge and belief, true, accurate and complete.

Authorized Facility Official: Mr. Michael J. Sullivan, Complex Manager
Signature: _[signature]_                    Date: 10/12/11