UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> *Plaintiff*, <br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> *Defendants*. | Civil Action No. 3:21-cv-00933-VDO <br><br> August 29, 2025 |

## JOINT STATUS REPORT

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Equilon Enterprises LLC d/b/a Shell Oil Products US, Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file this Joint Discovery Status Report, as directed in the Court's Orders of April 4, 2024, ECF 378, and Sept. 30, 2024, ECF 476 Tr. at 28:18. For the sake of brevity, the Parties incorporate by reference their prior Joint Discovery Status Reports. *See* ECF 383, 387, 402, 417, 421, 424, 427, 436, 443, 447, 455, 457, 458, 463, 477, 479, 483, 493, 500, 503, 511, 521, 532, 539, 544, 558, 564, 578, 589, 602, 635, 643, 651, 657, 677, and 684.

**Discovery Status**

*Confidentiality Designation and Privilege Log Dispute*

As reported in the March 3 and 17 reports (ECF 539 and 544, respectively), the Parties remain at an impasse.

Additionally, as reported in the May 12 report (ECF 589), the Parties continue to meet and confer regarding Defendants' deficiency letter to CLF identifying issues with CLF's document productions and privilege logs, though CLF has not responded to multiple emails asking for an

update on Defendants' requests. The Parties also wait for the Court to provide guidance on CLF's assertion of the associational privilege, which may result in additional challenges to the sufficiency and contents of CLF's privilege logs. *See* ECF 469.

*Judge Oliver's Omnibus Ruling*

On June 6, 2025, the Parties appeared before Judge Oliver for oral argument on the following motions: 1) Defendants' Motion to Stay Discovery and Proceedings Related to Plaintiff's "Climate Change" Allegations in Counts I-IX of Complaint (ECF 584); 2) Plaintiff's Partial Objection to the Magistrate Judge's Order No. 582 (ECF 592); 3) Defendants' Motion to Strike Improper Expert Opinions (ECF 601); and 4) Plaintiff's Motion to Seal Plaintiff's Opposition to Defendants' Motion to Stay Discovery and Proceedings Related to Plaintiff's Climate Change" Allegations in Counts I-IX of Complaint. On June 13, 2025, Judge Oliver issued an omnibus ruling denying Defendants' Motion to Stay and denying Defendants' Motion to Strike. *See* ECF 641. The Motion to Strike was denied without prejudice to refiling under the proper rules of evidence and civil procedure. *Id.* Judge Oliver further vacated the ruling at ECF 582 and referred the motions at ECF Nos. 605, 625, 639, and 640 to the Magistrate Judge to the extent they were not already referred. *Id.* The Court granted one of CLF's Motions to Seal (ECF 605) and denied another (ECF 625). *See* ECFs 656 and 655, respectively.

Defendants' ECF 640 Motion to Seal the filings located at ECF 637 and 637-1, and CLF's ECF 639 objection also remain pending. On July 25, 2025 Plaintiff filed its Response in support of sealing those materials (ECF 665), and Defendants filed their reply on August 8, 2025.

*Court Mediation with Judge Vatti*

On July 1, 2025, the Parties appeared for a settlement status conference before Judge Vatti. At the hearing, Judge Vatti scheduled an in-person Court mediation for September 24, 2025.

Plaintiff shall serve a settlement demand with damages analysis by September 3, 2025. Defendants' response shall be served by September 17, 2025. The Parties' confidential position statements are also due to be submitted to Judge Vatti on September 17, 2025.

*New Scheduling Order and Expert Depositions*

Having reviewed the Parties prior Joint Request to Amend the Schedule, dated July 24, 2025 (ECF 661), the Court amended the scheduling order and adopted a new scheduling order moving all deadlines by one week. ECF 662. In accordance with the new scheduling order, the Parties have now scheduled the depositions all experts and begun conducting same, with the goal of completing all depositions by September 12, 2025.

**Plaintiff's Motion to Amend/ Correct Complaint**

On August 13, 2025, Plaintiff filed a Motion to Amend/Correct its Amended Complaint to assert additional state law causes of action under the Connecticut Environmental Policy Act and Connecticut Coastal Management Act. ECF 683. Defendants intend to oppose Plaintiff's Motion to Amend/Correct by the deadline of September 3, 2025.

Dated: August 29, 2025

Respectfully submitted,

*/s/ James Y. Meinert*
James Y. Meinert (ct31637)
Conservation Law Foundation, Inc.
62 Summer St
Boston, MA 02110
Tel: (617) 850-1744
E-mail: jmeinert@clf.org

Christopher M. Kilian (ct31122)
Kenneth J. Rumelt (phv207130)*
Anna M. Tadio (phv208827)*
Conservation Law Foundation, Inc.

*/s/ Rose H. Jones* (with permission)
Rose H. Jones
Hilgers Graben PLLC
1372 Peachtree Street, N.E.
19th Floor
Atlanta, GA 30309
Tel: (678) 229-1983
E-mail: rjones@hilgersgraben.com

Antonio E. Lewis
King & Spalding, LLP
300 S Tryon Street

3

15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 223-5992
Tel: (802) 622-3020
Tel: (802) 779-4621
E-mail: ckilian@clf.org
E-mail: krumelt@clf.org
E-mail: atadio@clf.org

Ana McMonigle (ct31370)
Conservation Law Foundation, Inc.
195 Church Street
Mezzanine Level, Suite B
New Haven, CT 06510
Tel: (203) 298-7692
E-mail: amcmonigle@clf.org

James Crowley (ct31319)
Conservation Law Foundation, Inc.
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI 02908
Tel: (401) 228-1905
Email: jcrowley@clf.org

Chance Raymond (ct31311)
Chance the Lawyer, LLC
650 Poydras Street
Suite 1400 PMB #2574
New Orleans, LA 70130
Phone: (832) 671-6381
E-mail: chancethelawyer@gmail.com

Linda Singer (phv208339)*
Elizabeth Smith (phv208361)*
Mimi Liu (phv208839)*
Motley Rice LLC
401 9th St. NW, Suite 630
Washington, DC 20004
Tel: (202) 386-9626
Tel: (202) 386-9627
Tel: (202) 386-9625
Email: lsinger@motleyrice.com
Email: esmith@motleyrice.com
Email: mliu@motelyrice.com

Suite 1700
Charlotte, NC 28202
Tel: (704) 503-2551
E-mail: alewis@kslaw.com

Douglas A. Henderson
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 572-2769
E-mail: dhenderson@kslaw.com

Anthony G. Papetti (phv206982)*
Beveridge & Diamond, P.C.
825 Third Ave., 16th Floor
New York, NY 10022
Tel: (212) 702-5400
Fax: (212) 702-5442
E-mail: apapetti@bdlaw.com

Roy D. Prather III (phv206800)*
Beveridge & Diamond, P.C.
20 North Charles Street, Suite 2210
Baltimore, MD 21201-4150
Tel: (410) 230 -1305
E-mail: rprather@bdlaw.com

James O. Craven (ct18790)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400
Fax: (203) 782-2889
E-mail: jcraven@wiggin.com

John S. Guttmann (ct25359)
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
Tel: (202) 789-6020
Fax: (202) 789-6190
E-mail: jguttmann@bdlaw.com

Bina R. Reddy (phv20420)*

Michael Pendell (ct27656)
Motley Rice LLC
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Tel: (860) 218-2722
Email: mpendell@motleyrice.com

Ridge Mazingo (phv208402)*
Shalom D. Jacks (phv208834)*
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9620
Tel: (843) 216-9013
Email: rmazingo@motleyrice.com
Email: sjacks@motleyrice.com

Vincent Greene (phv208487)*
Motley Rice LLC
40 Westminster St., 5th Floor
Providence, RI 02903
Tel: (401) 457-7730
Email: vgreene@motleyrice.com

*Attorneys for Plaintiff*
*Conservation Law Foundation, Inc.*
*\*Admitted as Visiting Attorney*

BEVERIDGE & DIAMOND, P.C.
400 West 15th Street, Suite 1410
Austin, TX 78701-1648
Tel: (512) 391-8000
Fax: (202) 789-6190
E-mail: breddy@bdlaw.com

Drew T. Bell (phv208721)*
KING & SPAULTING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Tel: (512) 457-2000
Email: dbell@kslaw.com

*Counsel for Defendants*