# Exhibit A

Filed Under Seal

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Conservation Law Foundation

v.

Shell New Haven Terminal

Case No. 3:21-CV-00933-VDO

## EXPERT REPORT OF WENDI GOLDSMITH

May 8, 2025

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

# TABLE OF CONTENTS

**I. Introduction**............................................................................................................1

**II. Professional Background and Methodology**...........................................................3

    Professional Background...........................................................................................3

    Expert Testimony......................................................................................................8

    Methodology..............................................................................................................9

**III. Opinions**..................................................................................................................15

    Opinion 1 – Best Industry Practice Requires Shell to Consider and Protect Against Reasonably Foreseeable Risks, Including Risks Due to Climate Change. ...........................................15

        Best Industry Practice Required Shell to Consider Long-Term Risks for the Service Life of the New Haven Oil Terminal, not Only Risks During the Permit Period .........................................27

    Opinion 2 – More Severe Weather, Precipitation, Storm Surge, and Sea Level Rise Have Created Reasonably Foreseeable and Significant Risks to the New Haven Oil Terminal that Shell has not Addressed. ........................................................................................................29

    Opinion 3 – Past Storms Put Shell on Notice of the Increased Risks to Coastal Facilities from Severe Weather, Storm Surges, Precipitation, and Sea Level Rise. ................................32

    Opinion 4 – The New Haven Oil Terminal is Not Engineered or Operated Pursuant to Best Industry Practice..........................................................................................................39

    Opinion 5 – The New Haven Terminal's Stormwater Management System is Not Sufficient to Mitigate the Risks of Potential Flood Hazards and Severe Storms. .................................42

    Opinion 6 – The New Haven Oil Terminal's Berms and Containment Areas are Insufficient to Contain the Petroleum in the Event of Oil Spill. ...............................................................43

    Opinion 7 - The New Haven Oil Terminal is Not Engineered or Operated to Prevent the Discharge of Pollutants. ................................................................................................46

    Opinion 8 – Adequate Decision Support Frameworks Currently Exist to Guide Engineering of Infrastructure Measures to Effectively Manage Flood Risk at the New Haven Oil Terminal. .......48

    Opinion 9 – Shell Fails to Apply Best Industry Practice in Its Risk Management Program. ..........49

    Opinion 10 – A Severe Storm Poses a Threat of Potential Pollution in the Surrounding Community and Environment Given the Current Condition of the Shell New Haven Terminal. 52

        The Terminal is Not Prepared to Prevent a Catastrophic Failure by a Severe Storm..................52

        The Terminal Poses a Threat to the Surrounding Community .........................................56

**Appendix A: Wendi Goldsmith *Curriculum Vitae***.................................................................i

**Appendix B: Additional Materials Considered**......................................................................ix

- The facility's infrastructure is outdated and in deteriorated condition.
- The Terminal's secondary containment area is not able to contain a large spill contemplated by the permit.
- The company fails to implement best practices for storm preparedness and response (e.g., improved stormwater drainage, structural hardening, backup power solutions, improved logistics).

Failure to implement best industry practice to address these issues creates substantial risk that unlawful discharges and releases of pollutants will occur, including a repeat of the Sewaren Terminal spill. Shell has not implemented effective controls to eliminate non-stormwater discharges and there is no evidence that Shell has assessed or adopted best industry practices to mitigate the risks of leaks and spills from weather-related risks as amplified by climate change. Additionally, the Terminal is unprepared for ongoing and amplified risks due to climate change, including sea level rise mandated by the Coastal Management Act as incorporated into the permit.

The SWPPP and ERAP indicate a lack of preparedness leading to present, substantial risks of weather-related spills and releases. This lack of preparedness creates compounding risks as climate change factors worsen over time. Shell has failed to address deficiencies that were obvious to me during my visit to the site, including the lack of berm stability.

The Horner Report demonstrates that the secondary containment volume at the Terminal is insufficient, and that the secondary containment area is not impermeable or sufficiently impervious as required by the permit and regulation. On the secondary containment volume deficiencies, Dr. Horner elaborates on Shell's inappropriate reliance on a drastically undersized transfer pipe to address secondary containment volume deficiencies. Documents and testimony reveal Shell's stunning lack of due diligence in accepting a "solution" to inadequate secondary containment volume without considering flow hydraulics.[151] It also reveals that another consultant, Triton, had earlier proposed a potentially adequate solution for the secondary containment volume inadequacies, which Shell rejected.

Dr. Horner also shows that the secondary containment areas are not impermeable or sufficiently impervious, and that Shell directed Triton to certify Shell's SWPPP based on previous work by others without verifying the accuracy of the work.[152] Collectively, these issues indicate that best industry practices were not implemented for the secondary containment system. Shell knew or should have been aware of these critical weaknesses at the Terminal and initiated systematic upgrades. These concerns remained unaddressed, even though Shell clearly acknowledged the problems and had developed a Corrective Action Plan for one significant deficiency.

The Nairn Report demonstrates the Terminal is subject to coastal storm damage effects like those that contributed to the catastrophic tank failure at the Sewaren Terminal during Hurricane Sandy. Dr. Nairn's modeling shows the Terminal's tanks are subject to inundation by overtopping waves and storm surge, causing breaching of secondary containment berms, and blocking access due to lingering inundation which commonly results in major debris deposits. The Nairn Report identifies inadequate secondary containment berm stability, which can cause breaches and expose ASTs to more forceful flood impacts, provide an avenue for pollutant releases, and expand the zone of fire

---

[151] SOPUS_NHVN00190734; Sullivan Dep., 303:20–309:2.
[152] SOPUS_NHVN00190734