UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> *Defendants*. | Civil Action No. 3:21-cv-00933-VDO <br><br><br> September 8, 2025 |

# JOINT STATUS REPORT

Pursuant to the Court's order entered September 15, 2023 (ECF 286), counsel for Plaintiff Conservation Law Foundation ("CLF" or "Plaintiff") and Defendants Shell Oil Company[1], Equilon Enterprises d/b/a Shell Oil Products US, Shell Petroleum Inc., Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file the following joint status report. For the sake of brevity, the Parties incorporate by reference their prior Joint Discovery Status Reports and do not repeat prior content in this filing, instead focusing on developments in the case since the Parties filed their last quarterly Joint Discovery Status Report on June 10, 2025. *See* ECF 638.

I.  **DISCOVERY CONDUCTED**

   a.  **Document Discovery**

      **i. Productions**

As of the date of this filing, Defendants have produced approximately 316,560 documents

---

[1] Effective March 1, 2022, Shell Oil Company changed its name to Shell USA, Inc. (ECF 56).

to Plaintiff across 67 volumes. Since the June 10, 2025 status update, Defendants produced documents related to Seam Standards, Expert documents, and Revised New Haven Dike Topographic Drawings.

Since the last update, CLF has produced documents related to CLF's expert reports and expert depositions.

### b. Depositions

Since the last update, CLF has taken the depositions of Renee Bourdeau on August 15, 2025, Eric Kovich on August 20, 2025, Peter Zeeb on August 22, 2025, Rusell Parkman on August 25, 2025, Doug Bayles on August 26, 2025, Austin Pace on August 27, 2025, Tom Battles on August 29, 2025, Debbie McCay on August 29, 2025, Dagmar Etkin on September 3, 2025, and Craig Jones on September 4, 2025. Defendants have deposed Richard Horner on August 11, 2025, Robert Nairn on August 13, 2025, Wendi Goldsmith on August 20, 2025, Jackie Michel on August 22, 2025, Bruno Pigott on August 25, 2025, Joshua Macey on September 2, 2025, and Phillip Pasteris on September 3, 2025.

### c. Expert Discovery

Since the last quarterly update (ECF 638), CLF disclosed seven expert reports on May 8, 2025 and Defendants did not disclose any reports at that time. *See* ECF 589 at 3; ECF 638 at 2. On June 23, 2025, Defendants disclosed thirteen expert reports on non-burden of proof issues, and CLF did not disclose any reports at that time. CLF then sought an extension of the July 7, 2025 deadline for filing of expert rebuttal reports. On July 2, 2025, the Court granted Plaintiff's Motion to Restore Original Timeline for Experts' Rebuttal Reports, extending the deadline from July 7, 2025 to July 22, 2025 for most of Plaintiff's experts. ECF 650. On July 22, 2025, CLF disclosed seven rebuttal reports, including four from newly designated rebuttal experts. Further the Court

also granted an additional extension of Plaintiff's expert rebuttal report deadline for Dr. Horner and Dr. Goldsmith, whose rebuttal reports were issued on July 25, 2025 and August 1, 2025, respectively. *See e.g.*, ECF 650; ECF 661; and ECF 662.

Per the Parties' Joint Request to Amend the Schedule, dated July 24, 2025 (ECF 661), the Court has amended the scheduling order by moving all deadlines by one week. ECF 662. In accordance with the new scheduling order, the Parties have agreed upon a schedule for the expert depositions. The Parties have already deposed most of the expert witnesses, with just eight experts left to be deposed. All eight of these remaining expert depositions are scheduled to be completed by the expert deposition deadline of September 12, 2025. Additionally, expert discovery is scheduled to close at that time.

## II.     REMAINING DEADLINES

Since the last quarterly report, the Parties submitted proposed modifications to the Court's Scheduling Order. *See* ECF 661. The Court adopted the revised modifications. *See* ECF 662. The chart below contains all future deadlines that are governed by the revised Scheduling Order.

| Event | Old Deadline | New Deadline |
| --- | --- | --- |
| Completion of all expert witness depositions. | September 5, 2025 | September 12, 2025 |
| Close of discovery. | September 5, 2025 | September 12, 2025 |
| Requests for admission shall be served. | September 9, 2025 | September 16, 2025 |
| Any motion related to the preclusion of an expert must be filed. | September 26, 2025 | October 3, 2025 |
| Dispositive motions shall be filed. | October 14, 2025 | October 21, 2025 |
| If no dispositive motions are filed, the joint trial memorandum will be due. | October 27, 2025 | November 3, 2025 |
| If any dispositive motions are filed, the joint trial memorandum will be due. | 30 days after the Court's decision on the last such motion. | 30 days after the Court's decision on the last such motion. |

The Court ordered the Parties to continue filing joint status reports, like this report, addressing all matters listed on pp. 5-6 of ECF No. 52 every three months through the filing of

post-discovery dispositive motions. *See* ECF 382.  Once a post-discovery dispositive motion has been filed, or a firm trial date has been set, no further status reports are required. *Id*. The next status report is due Monday, December 8, 2025, unless a post-discovery dispositive motion has been filed. The Parties recognize that the pending discovery motions, which are identified below in Section IV, may also impact the schedule.

### III.   AMENDMENTS OR ADDITIONAL PARTIES

On August 13, 2025, Plaintiff filed a Motion to Amend/Correct its Amended Complaint to assert additional state law causes of action under the Connecticut Environmental Policy Act and Connecticut Coastal Management Act.  *See* ECF 683.  Defendants opposed Plaintiff's Motion to Amend/Correct on September 3, 2025.  *See* ECF [689].

### IV.   DISPOSITIVE MOTIONS

The parties anticipate filing dispositive motions by the October 21, 2025 deadline.  Unless directed otherwise, the Parties will comply with Judge Oliver's pretrial preferences by serving letter motions to request pre-filing conferences.

### V.   OUTSTANDING COURT DECISIONS

The Parties continue to wait for the Court to provide guidance on CLF's assertion of the associational privilege, which may result in additional challenges to the sufficiency and contents of CLF's privilege logs.  *See* ECF 469.  The Parties also continue to wait for the Court to rule on motions directed and referred to the Magistrate Judge in Judge Oliver's June 13, 2025 omnibus ruling. ECF 641.

### VI.   REFERRAL FOR SETTLEMENT CONFERENCE

Since the last joint status report, the mediation schedule has been reset.  On October 2, 2025, CLF will serve a settlement demand with damages analysis on Defendants.  Then on October

4

16, 2025, Defendants' response to CLF's settlement demand with damages analysis is due. At that time, both parties will also submit ex parte memorandums to the court in advance of the upcoming in-person mediation session with Judge Vatti scheduled for October 23, 2025.

Dated: September 8, 2025

Respectfully submitted,

*/s/ James Y. Meinert*
James Y. Meinert (ct31637)
Conservation Law Foundation, Inc.
62 Summer St
Boston, MA 02110
Tel: (617) 850-1744
E-mail: jmeinert@clf.org

Christopher M. Kilian (ct31122)
Kenneth J. Rumelt (phv207130)*
Anna M. Tadio (phv208827)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 223-5992
Tel: (802) 622-3020
Tel: (802) 779-4621
E-mail: ckilian@clf.org
E-mail: krumelt@clf.org
E-mail: atadio@clf.org

Ana McMonigle (ct31370)
Conservation Law Foundation, Inc.
195 Church Street
Mezzanine Level, Suite B
New Haven, CT 06510 Tel:
(203) 298-7692
E-mail: amcmonigle@clf.org

James Crowley (ct31319)
Conservation Law Foundation, Inc.
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI 02908

*/s/ Rose H. Jones* (with permission)
Rose H. Jones
Hilgers Graben PLLC
1372 Peachtree Street, N.E.
19th Floor
Atlanta, GA 30309
T: (678) 229-1983
rjones@hilgersgraben.com

Antonio E. Lewis
King & Spalding, LLP
300 S Tryon Street
Suite 1700
Charlotte, NC 28202
(704) 503-2551
alewis@kslaw.com

Douglas A. Henderson
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 572-2769
dhenderson@kslaw.com

Anthony G. Papetti (phv206982)
Beveridge & Diamond, P.C.
825 Third Ave., 16th Floor
New York, NY 10022
T: (212) 702-5400
F: (212) 702-5442
apapetti@bdlaw.com

Roy D. Prather III (phv206800)*
Beveridge & Diamond, P.C.
20 North Charles Street, Suite 2210

Tel: (401) 228-1905  
Email: jcrowely@clf.org  

Chance Raymond (ct31311)  
Chance the Lawyer, LLC  
650 Poydras Street  
Suite 1400 PMB #2574  
New Orleans, LA 70130  
Phone: 832-671-6381  
E-mail: chancethelawyer@gmail.com  

Linda Singer (phv208339)*  
Elizabeth Smith (phv208361)*  
Mimi Liu (phv208839)*  
Motley Rice LLC  
401 9th St. NW, Suite 630  
Washington, DC 20004  
Tel: (202) 386-9626  
Tel: (202) 386-9627  
Tel: (202) 386-9625  
Email: lsinger@motleyrice.com  
Email: esmith@motleyrice.com  
Email: mliu@motelyrice.com  

Michael Pendell (ct27656)  
Motley Rice LLC  
One Corporate Center  
20 Church St., 17th Floor  
Hartford, CT 06103  
Tel: (860) 218-2722  
Email: mpendell@motleyrice.com  

Ridge Mazingo (phv208402)*  
Shalom D. Jacks (phv208834)*  
Motley Rice LLC  
28 Bridgeside Blvd.  
Mount Pleasant, SC 29464  
Tel: (843) 216-9620  
Tel: (843) 216-9013  
Email: rmazingo@motleyrice.com  
Email: sjacks@motleyrice.com  

Vincent Greene (phv208487)*  
Motley Rice LLC  
40 Westminster St., 5th Floor  
Providence, RI 02903  

Baltimore, MD 21201-4150  
T: 1.410.230.1305  
rprather@bdlaw.com  

James O. Craven (ct18790)  
WIGGIN AND DANA LLP  
One Century Tower  
265 Church Street  
P.O. Box 1832  
New Haven, CT 06508-1832  
T: (203) 498-4400  
F: (203) 782-2889  
jcraven@wiggin.com  

John S. Guttmann (ct25359)  
BEVERIDGE & DIAMOND, P.C.  
1900 N Street, NW, Suite 100  
Washington, DC 20036  
T: (202) 789-6020  
F: (202) 789-6190  
jguttmann@bdlaw.com  

Bina R. Reddy (phv20420)*  
BEVERIDGE &DIAMOND, P.C.  
400 West 15th Street Suite 1410  
Austin, TX 78701-1648  
T: (512) 391-8000  
F: (202) 789-6190  
breddy@bdlaw.com  

*Counsel for Defendants*

Tel: (401) 457-7730
Email: vgreene@motleyrice.com

*Attorneys for Plaintiff Conservation Law Foundation, Inc.*

*\*Admitted as Visiting Attorney*