# EXHIBIT B

Page 1

1    IN THE UNITED STATES DISTRICT COURT

2     FOR THE DISTRICT OF CONNECTICUT

3     Civil Action No:  4:22-CV-0083

4    _____x

5    CONSERVATION LAW FOUNDATION,

6    INC.,

7            Plaintiff,

8    Vs.

9    SHELL OIL COMPANY,

10   EQUILON ENTERPRISES, LLC,

11   D/B/A SHELL OIL PRODUCTS, US,

12   SHELL PETROLEUM INC., TRITON

13   TERMINALING, LLC, and MOTIVA

14   ENTERPRISES, INC.,

15           Defendants.

16

17   _____x

18

19        VIDEO  DEPOSITION OF:

20      SUSAN PARKER BODINE, ESQUIRE

21   DATE:  THURSDAY, SEPTEMBER 11TH, 2025

22   TIME:  10:00 A.M. TO  12:34 P.M.

23   HELD AT:  WEB-BASED VIDEO CONNECTION

24   Reporter:    CHRISTINE FOX, CSR

25

Page 2

```
 1
 2                 A P P E A R A N C E S :
 3
 4    APPEARING ON BEHALF OF PLAINTIFF:
 5    CHANCEY RAYMOND, ESQUIRE
 6    Chance The Lawyer
 7    650 Poydras Street
 8    Suite 1400 PMB #2574
 9    New Orleans, LA  70130
10    (832) 671.6381 (tel)
11    Chancethelawyer@gmail.com
12    Syu@clf.org
13
14    APPEARING ON BEHALF OF DEFENDANTS:
15    DOUGLAS A. HENDERSON, ESQUIRE
16    King & Spalding, LLP
17    1180 Peachtree Street, NE
18    Suite 1600
19    Atlanta, GA  30309
20    (404) 572.4600 (tel)
21    Dhenderson@kslaw.com
22
23    ALSO PRESENT:
24    Rocco Mercurio
25
```

Page 21

```
1    the question.
2    BY MR. RAYMOND:
3         Q.   You can answer the question.
4         A.   So, I -- so the allegations are
5    allegations of violations of the permit and then
6    of creating an imminent and substantial
7    endangerment.
8              And, so, I'm trying to understand your
9    question.  Are you -- is there a factual
10   allegation that if true, I would agree that those
11   -- that there was a violation and at one
12   endangerment?  Is that the -- I'm trying to
13   understand the question.  I apologize.
14        Q.   Right.
15             I'm just asking if it would matter to
16   you if the allegations in the complaint are
17   true?
18             MR. HENDERSON:  Object to the form of
19        the question.
20             THE WITNESS:  The -- under the -- as I
21        -- under both of those, both the Clean Water
22        Act permit program and RCRA, there -- it's a
23        -- determining whether or not there's a
24        violation, or whether there's an
25        endangerment is -- is a very complicated
```

Page 22

1      question that's a fact and law.

2           And so, I don't see -- so, and you've

3      read my -- my report.  As -- as I understand

4      the allegations in the complaint, I don't

5      actually understand how they could be true,

6      as a matter of, you know.  Again it's a -- a

7      question of both -- both fact and law mixed

8      together.

9           You can't -- you can't determine it

10     without the factual context, and you can't

11     -- they're intertwined.

12  BY MR. RAYMOND:

13     Q.  What subject areas do you consider

14  yourself to be an expert in?

15     A.  So I consider myself expert in the Clean

16  Water Act.

17          RCRA.

18          The Super Fund Cleanup Program.

19          The Brown Field Cleanup Program.

20          And, as well as Army Corps of Engineers

21  Civil Works Program.

22     Q.  Are you an expert in any other subject

23  area?

24     A.  I would not -- I -- I am very familiar

25  with all of the environmental laws, but I would

Page 23

1    not hold myself out to be an expert in, for

2    example, TSCA, The Clean Air Act, or RCRA.

3         Q.  Are you an engineer?

4         A.  I am not.

5         Q.  Do you know what a storm water pollution

6    prevention plan is?

7         A.  Yes, I do.

8         Q.  Could you let me know what that is?

9         A.  So, under the -- under the storm water

10   program, what -- and in this case, we're talking

11   about industrial storm water.  So, say EPA or

12   states issue general permits that can cover a

13   large number of facilities.

14            And in that, one of the obligations in

15   that general permit, which would then authorize

16   storm water discharges, in that general permit is

17   an obligation to develop and, of course, also

18   comply with, a storm water pollution prevention

19   plan.

20        Q.  And what is a storm water pollution

21   prevention plan?

22        A.  Oh.

23            MR. HENDERSON:  Repeat the question.

24   BY MR. RAYMOND:

25        Q.  So I think -- I might have

Page 24

1   misunderstood.

2          I think you were saying like what --

3   what requires the storm water pollution

4   prevention plan?

5       A.  I understand.  Okay.

6          So it's a plan that discusses the

7   measures that a facility will take in accordance

8   with the permit, to meet the permit, the terms of

9   the permit.  So it's a plan for that particular

10  facility.

11      Q.  Have you ever drafted or edited or any

12  SWPPP?

13          COURT REPORTER:  Any what?

14          MR. RAYMOND:  OH I'm sorry.  Any SWPPP,

15  S-W-P-P-P.  Any Storm Water Pollution Prevention

16  Plan?

17          COURT REPORTER:  Thank you.

18          THE WITNESS:  I have reviewed SWPPP.  I

19  have not drafted or edited SWPPP.

20  BY MR. RAYMOND:

21      Q.  How many have you reviewed?

22      A.  I would say, this is -- this is an

23  estimate.  I can't give you a precise number.

24  Probably, I would say fewer than -- more than

25  five.  Fewer than ten.

Page 25

1          Q.   When is the last one you reviewed?

2          A.   It would have come up in the context of

3    an EPA enforcement action, when I was the

4    assistant administrator at EPA for enforcement

5    and compliance assurance.  We had -- actually, we

6    had multiple storm water cases that -- so would

7    have come up during that time period.

8          Q.   What was that time period again?

9          A.   So I was the assistant administrator

10   from December 2017 through January of 2021.

11         Q.   So the last time you would have reviewed

12   a SWPPP was in 2021?

13         A.   That -- that would be -- that'S true,

14   yes.  I believe that to believe true.

15         Q.   Is it safe to say you haven't reviewed

16   SWPPP in this case for this terminal?

17         A.   I have not.

18         Q.   What is Earth and Water Law?

19         A.   It is a -- it's a law firm.  It's a

20   partnership.  It's a law firm.

21         Q.   What services does this law firm provide

22   to its clients?

23         A.   The firm is an environmental boutique;

24   in other words, it's very small and focuses on

25   environmental law.