# Exhibit E









