UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> Defendants. | Case No: 3:21-cv-00933-VDO <br><br><br> October 3, 2025 |

**DEFENDANTS' MOTION TO EXCLUDE**
**THE TESTIMONY OF JAMES O'DONNELL, PH.D.**

Defendants Equilon Enterprises LLC (d/b/a Shell Oil Products US), Triton Terminaling LLC and Motiva Enterprises LLC (collectively "Defendants"), by and through undersigned counsel, respectfully request that the Court exclude the proposed opinion testimony of Plaintiff's expert witness, James O'Donnell, Ph.D., as set forth more fully in the attached memorandum in support.

In support of their Motion, Defendants state:

1)  The Court should exclude Dr. O'Donnell's opinions under Rules 702 and 403 for failing to "fit" the facts of the case as they do not relate to the Permit, and also as irrelevant, unreliable, and unhelpful because they do not relate to the specific Terminal, the Terminal's specific location, utilize a reliable methodology with support from actual Terminal data, or assess any "probable" or "impending" storm effects relating to Terminal. Plaintiff cannot therefore

ORAL ARGUMENT REQUESTED

establish that, "more likely than not," the proffered opinions meet the prerequisites to admissibility set forth under the Federal Rule of Evidence. *See* Fed. R. Evid. 702, 402, and 403.

2) Additionally, Dr. O'Donnell's opinions should be excluded under Rule 403 because they are irrelevant and substantially more prejudicial than helpful to the jury because they serve only to invite the local jury to speculate about the causes and consequences of climate change in New Haven generally and the New Haven Terminal in particular.

3) Defendants have this day filed, and incorporate by reference herein, their Memorandum of Law in support of this motion, and Exhibits A-G thereto.

**WHEREFORE,** Defendants respectfully request that the expert testimony of James O'Donnell, Ph.D., be excluded or limited as set forth more fully in the attached memorandum in support.

Dated: October 3, 2025

Respectfully submitted,

/s/ *Douglas A. Henderson*
Douglas A. Henderson (phv05547)
Carmen R. Toledo (phv20194)
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 572-2769
dhenderson@kslaw.com
ctoledo@kslaw.com

Antonio E. Lewis (phv03069)
King & Spalding, LLP
300 S Tryon Street
Suite 1700
Charlotte, NC 28202
(704) 503-2551
alewis@kslaw.com

Rose H. Jones
Hilgers Graben PLLC
1372 Peachtree Street, N.E.
19th Floor

Atlanta, GA 30309
T: (678) 229-1983
rjones@hilgersgraben.com

Anthony G. Papetti (phv206982)
Beveridge & Diamond, P.C.
825 Third Ave., 16th Floor
New York, NY 10022
T: (212) 702-5400
F: (212) 702-5442
apapetti@bdlaw.com

James O. Craven (ct18790)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: (203) 498-4400
F: (203) 782-2889
jcraven@wiggin.com

John S. Guttmann (ct25359)
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
T: (202) 789-6020
F: (202) 789-6190
jguttmann@bdlaw.com

Bina R. Reddy (phv20420)*
BEVERIDGE &DIAMOND, P.C.
400 West 15th Street
Suite 1410
Austin, TX 78701-1648
T: (512) 391-8000
F: (202) 789-6190
breddy@bdlaw.com

Megan L. Marzec Morgan (phv20623)
Roy D. Prather III (phv206800)
Beveridge & Diamond, P.C.
201 North Charles Street, Suite 2210
Baltimore, MD 21201-4150
T: (410) 230-1305
F: (410) 230-1389

mmorgan@bdlaw.com
rprather@bdlaw.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court through the Court's CM/ECF system, which will affect service on all counsel of record by sending a Notice of Electronic Filing.

/s/ *Douglas A. Henderson*
Douglas A. Henderson (phv05547)
KING & SPALDING LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309
T: (404) 572-4600
dhenderson@kslaw.com