# Exhibit D



Connecticut Shoreline 100 year Event

with Web    Find address or place

## Layer List

Layers

- [x] Sea Level Rise Layers
  - [x] Mean Higher High Water
  - [ ] Mean Higher High Water Plus 1 foot SLR
  - [ ] Mean Higher High Water Plus 20 inches SLR
  - [x] 10 Year Flood Event
  - [ ] 10 Year Flood Event Plus 20 Inches SLR
  - [ ] 30 Year Flood Event
  - [ ] 30 Year Flood Event Plus 20 inches SLR
  - [ ] 100 Year Flood Event
  - [ ] 100 Year Flood Event Plus 20 inches SLR
  - [ ] 500 Year Flood Event
  - [ ] 500 Year Flood Event Plus 20 inches SLR

-72.855 41.306 Degrees

0.2mi

EXHIBIT

11

O'Donnell

PENGAD 800-631-6989



**Connecticut Shoreline 100 year Event**

with Web    Find address or place

### Layer List

Layers

- ☑ Sea Level Rise Layers
  - ☑ Mean Higher High Water
  - ☐ Mean Higher High Water Plus 1 foot SLR
  - ☐ Mean Higher High Water Plus 20 inches SLR
  - ☑ 10 Year Flood Event
  - ☑ 10 Year Flood Event Plus 20 Inches SLR
  - ☐ 30 Year Flood Event
  - ☐ 30 Year Flood Event Plus 20 inches SLR
  - ☐ 100 Year Flood Event
  - ☐ 100 Year Flood Event Plus 20 inches SLR
  - ☐ 500 Year Flood Event
  - ☐ 500 Year Flood Event Plus 20 inches SLR

-72.856 41.306 Degrees

0.2mi



Connecticut Shoreline 100 year Event

with Web

Find address or place

## Layer List

Layers

- ☑ Sea Level Rise Layers
  - ☑ Mean Higher High Water
  - ☐ Mean Higher High Water Plus 1 foot SLR
  - ☐ Mean Higher High Water Plus 20 inches SLR
  - ☐ 10 Year Flood Event
  - ☐ 10 Year Flood Event Plus 20 Inches SLR
  - ☐ 30 Year Flood Event
  - ☐ 30 Year Flood Event Plus 20 inches SLR
  - ☑ 100 Year Flood Event
  - ☐ 100 Year Flood Event Plus 20 inches SLR
  - ☐ 500 Year Flood Event
  - ☐ 500 Year Flood Event Plus 20 inches SLR

-72.856 41.306 Degrees

0.2mi



Connecticut Shoreline 100 year Event

Layer List

Layers

☑ Sea Level Rise Layers

☑ Mean Higher High Water

☐ Mean Higher High Water Plus 1 foot SLR

☐ Mean Higher High Water Plus 20 inches SLR

☐ 10 Year Flood Event

☐ 10 Year Flood Event Plus 20 Inches SLR

☐ 30 Year Flood Event

☐ 30 Year Flood Event Plus 20 inches SLR

☐ 100 Year Flood Event

☑ 100 Year Flood Event Plus 20 inches SLR

☐ 500 Year Flood Event

☐ 500 Year Flood Event Plus 20 inches SLR

-72.858 41.306 Degrees

0.2mi



Connecticut Shoreline 100 year Event
with SLR (2050) (RAR)

Find address or place

**Layer List**                                    —  ✕

Layers

☑  Sea Level Rise Layers

  ☑  Mean Higher High Water

      Mean Higher High Water Plus 1 foot
      SLR

      Mean Higher High Water Plus 20
      inches SLR

      10 Year Flood Event

      10 Year Flood Event Plus 20 Inches
      SLR

      30 Year Flood Event

      30 Year Flood Event Plus 20 inches
      SLR

      100 Year Flood Event

      100 Year Flood Event Plus 20 inches
      SLR

  ☑  500 Year Flood Event

      500 Year Flood Event Plus 20 inches
      SLR

-72.861 41.306 Degrees

0.2mi

