# Exhibit F

Coastal Engineering 168 (2021) 103950



Contents lists available at ScienceDirect

# Coastal Engineering

journal homepage: www.elsevier.com/locate/coastaleng





# Modeling nearshore dynamics of extreme storms in complex environments of Connecticut[☆]

Chang Liu [a,*], Yaprak Onat [a], Yan Jia [a], James O'Donnell [a,b]

[a] *Connecticut Institute for Resilience and Climate Adaptation, University of Connecticut, Groton, CT 06340, USA*
[b] *Marine Sciences Department, University of Connecticut, Groton, CT 06340, USA*

ARTICLE INFO

*Keywords:*
Wave runup
Inundation map
Hurricane
Base flood elevation
FUNWAVE

ABSTRACT

Flood hazard planning requires the accurate estimation of total water elevation due to predicted tide, surge, and wave runup to design flood protection structures and improve coastal risk planning for severe storms. The beach geomorphology and nearshore hydrodynamic conditions impact the conclusive flood inundation mapping in complex environments. The conventional approaches of flood modeling are limited due to either i) simple static estimates, ii) the application of a coupled circulation and phase-averaged wave models in coarse resolution, iii) failing to calibrate and validate with in-situ data, or iv) not considering sea-level rise projections in mapping the flood extent. We used a fully nonlinear Boussinesq wave model (FUNWAVE-TVD) on the nearshore area with a high-resolution grid to determine total water elevation on the shores. The model adopted the boundary conditions from coupled circulation and wave model of the Long Island Sound (Liu et al., 2020).We applied the model to Branford, Norwalk, and New Haven, CT to represent the complex topo-bathymetric features and the structural interference in shallow water wave dynamics. We compared the model results with the FEMA base flood elevation, the North Atlantic Coast Comprehensive Study (NACCS), and (Liu et al., 2020)'s Long Island Sound FVCOM-SWAVE model. The FUNWAVE-TVD model is found to model wave processes more accurately in shallow water regions compared to the empirical equation application of FEMA and coupled circulation-phase averaged model application of NACCS and FVCOM-SWAVE. We also examined local sea-level rise predictions of storms with 1% and 10% annual exceedance probability by the year 2050 in Connecticut and found that the flood extent of these two storms showed little to no difference. We suggest the planning approaches should consider the increase in the frequency of the storms in the predicted inundation zones due to sea-level rise.

## 1. Introduction

Extreme storm-related coastal inundation has been one of the challenging issues that require present coastal adaptation measures to be updated with changing climates. Recently, Super Storm Sandy cost above $50 billion and caused 72 casualties in the US from New Jersey to Rhode Island (Galarneau et al., 2013). The do-nothing approach to climate change effects will cost up to $63 billion per year globally even if with no changes on the floodprobability until 2050 (Hallegatte et al., 2013; Prime et al., 2015). Sea-level rise due to the changes in the climate has been increasing the annual probability of occurrence and the impact of storms and hurricanes (Lin et al., 2016; Liu et al., 2020; McInnes et al., 2003; O'Donnell et al., 2016). Liu et al. (2020) and O'Donnell et al. (2016) found that with the sea-level rise planning thresholds, storms with 1% annual exceedance probability (AEP) can occur 3%–5% AEP along with the Connecticut coastal towns. The increasing occurrence of severe flooding raises the issue of accurately mapping the inundation zones and designing criteria for adaptation methods to improve flood resiliency.

The inundation maps should be designed according to the local total flood elevation levels to represent more accurate estimations of coastal flooding. The total flood elevation includes storm surge, tide, wave runup, and sea-level rise. It is important to model the wave runup accurately, as it can increase the surge levels through wave setup (Wu et al., 2018). Most of the inundation maps are either prepared for static sea-level rise representation (Nicholls et al., 1999; NOAA, 2021; Poulter and Halpin, 2008), neglected the impact of the shallow water

[☆] Funding for this project was provided by the United States Department of Housing and Urban Development through the Community Block Grant National Disaster Recovery Program, as administered by the State of Connecticut, Department of Housing.
   * Corresponding author.
   *E-mail addresses:* chang.7.liu@uconn.edu (C. Liu), yaprak.onat@uconn.edu (Y. Onat), yan.jia@uconn.edu (Y. Jia), james.odonnell@uconn.edu (J. O'Donnell).

https://doi.org/10.1016/j.coastaleng.2021.103950
Received 31 March 2021; Received in revised form 4 June 2021; Accepted 20 June 2021
Available online 22 June 2021
0378-3839/© 2021 The Authors. Published by Elsevier B.V. This is an open access article under the CC BY-NC-ND license (http://creativecommons.org/licenses/by-nc-nd/4.0/).



C. Liu et al.

Coastal Engineering 168 (2021) 103950

propagation, predicted storm surge from historic tide gauge data or applied modeling efforts in national or regional scales (Cialone et al., 2015; Liu et al., 2020; Vousdoukas et al., 2016). The recent studies showed that beach geomorphology and hydrodynamic conditions can impact the accurate determination of flood risk (Bertin et al., 2014; Didier et al., 2019; Gallien, 2016; Ruggiero et al., 2001; Wu et al., 2018).

The most used inundation maps in the state of Connecticut include the Flood Insurance Rate Map (FIRM) from FEMA flood insurance study (FIS), North Atlantic Coast Comprehensive Study (NACCS) (Cialone et al., 2015), and CIRCA sea-level rise and storm surge maps (Massidda et al., 2020) based on the surge levels of Liu et al. (2020). Although FEMA FIS maps are useful for defining standards regarding minimum base elevation for coastal planning and construction for municipal and state stakeholders, they do not use modern models of nearshore wave dynamics, which leads to an inaccurate representation of the flood extent (Gallien, 2016; Spaulding et al., 2017; Xian et al., 2015). NACCS tackles the issue of the scarcity of tide gauge series by synthetically generating storm scenarios and coupling the surge with phase-averaged wave models. NACCS is a sophisticated model at estimating the extreme storm surge and wave impacts on a regional scale; however, it is not calibrated to reflect the in-situ measurements in the Long Island Sound (LIS) specifically, and did not include the sea-level rise projections. Liu et al. (2020) calibrated their coupled surge and wave model for LIS using FVCOM-SWAVE, but their model still uses coarse resolution along the shoreline to estimate the hydro-morphodynamic changes. This creates a challenge in accurately representing the splash-over due of shallow-water wave interactions at complex land formations. To address some of these challenges, previous modeling studies in smaller geographic areas using a range of approaches have focused on the effects of different factors on flood risk, including sea-level rise (Grilli et al., 2017b), geomorphological changes (Schambach et al., 2019; Grilli et al., 2020), and individual wave runup using a phase-resolving wave model (Choi et al., 2019; Grilli et al., 2020). Grilli et al. (2017a) and Spaulding et al. (2017) used 2-dimensional modeling methods to improve the base flood elevation (BFE) calculation over that of FEMA's in Rhode Island, which became the basis of the official Rhode Island inundation maps with sea-level rise scenarios.

The objective of this study is to model the wave contributions for flooding and inundation in coastal areas of Connecticut. We developed a methodology in Section 3 for the study areas presented in Section 2 to estimate the effects of coastal waves and wave run-up under storms with 1% and 10% AEP considering the 2050 sea-level rise projections. We presented the model validation and comparison of the base and total flood elevation with FEMA FIRM, NACCS, and FVCOM-SWAVE in Section 4. The implications of the local-based modeling on risk management are given in the Conclusion.

## 2. Study area

Connecticut coastlines have marshlands, ridges, and small islands due to the glacial period of LIS (Liu et al., 2020; O'Donnell et al., 2014). During winter storms, the coast is frequently subjected to large waves generated by northeasterly winds and occasional summertime hurricanes. The orientation of the Sound causes along-sound water level variations, usually higher at the west, under same storms (Liu et al., 2020; O'Donnell et al., 2016; O'Donnell and O'Donnell, 2012). Due to the sea-level and geomorphologic variability, three coastal towns are picked to study: Branford, New Haven, and Norwalk, CT (Fig. 1).

Branford (Fig. 1) faces frequent road flooding on Leetes Island Road (RT 146) adjacent to the Jarvis Creek Marsh (O'Donnell et al., 2016, 2017). The marsh has a railway bridge and a tide gate by which the flow is highly constricted (O'Donnell et al., 2016, 2017). Norwalk has multiple chain islands spread around the mouth of the Norwalk River. New Haven has three detached breakwaters protecting the harbor by dampening the incoming waves (Ilia and O'Donnell, 2018). The different characteristics of these three locations bring challenges to shallow-water simulation under strong storms.

## 3. Methodology

We utilized a nonlinear phase-resolving model in shallow water as a nearshore simulation in the selected study areas that use boundary conditions from a coupled circulation and phase-averaged wave model of LIS (Liu et al., 2020) to capture the wave reflection and runup with complex coastal topography and bathymetry. The high-resolution bathymetry and topography is from the USGS Coastal National Elevation Database (CoNED) (Danielson et al., 2016) with NAVD88 (North American Vertical Datum 1988) vertical datum. The CoNED topobathymetric data (1-m resolution) is consistent with in-situ measurements using a real-time kinematics (RTK) GPS receiver at locations of interest in Branford, CT (O'Donnell, 2018).

The water level and offshore wave height of the 10% and 1% AEP of storm and Super Storm Sandy obtained from the FVCOM-SWAVE model of LIS (Liu et al., 2020) are given in Table 1. The corresponding boundary conditions were forced at the southern boundary of each model domain.

We used the phase-resolving Boussinesq wave model of FUNWAVE-TVD (version 3.5) (Shi et al., 2012). FUNWAVE-TVD uses a two-way numerical wavemaker for source terms (Wei et al., 1999). The irregular wind-waves are generated by the wavemaker using a finite depth TMA spectrum (Bouws et al., 1985). The wavemaker, with the $\gamma$ parameter set to 5 and frequency ranged between 0.03–0.3 Hz, was placed 150 m north of the southern boundary in all the model domains. Following Westcott (2018), a flattened area with a constant depth comparable to the real depth at the wavemaker was created around the wavemaker (600 m width) to ensure proper wave generation (Table 1). The bottom friction was specified with a uniform drag coefficient, $c_d$ = 0.003. The surge level was prescribed at nesting boundaries using FUNWAVE's coupling functionality. The model simulates 2 h, and the water level along the nesting boundary ramps up linearly from 0.5 m below the target surge level to the target surge level during the first hour of simulation, and remains constant at the target surge level during the second hour of simulation. No sponge layer was used to avoid unintended interference with surge water level forcing. The grid resolution is 2 m for all model runs unless otherwise specified. Considering the upper bound of cut-off frequency (0.3 Hz) and a crude estimate using the linear wave dispersion relation, the minimum wavelength is approximately 3.25 m, thus using a grid size of 2 m is appropriate for the current study. FUNWAVE was run with Cartesian coordinates in meters and model grids were projected to the State Plane Coordinate System. Details of the model domains are listed in Table 2.

## 4. Results and discussion

### 4.1. Model validation

#### 4.1.1. Validation with USGS high-water marks

Modeled maximum total water level results from FUNWAVE-TVD were compared to the High Water Mark Data (USGS HWM) during Super Storm Sandy. These validations aim to verify the accuracy of wave runup and surge. The boundary conditions for FUNWAVE-TVD during Super Storm Sandy were obtained from the FVCOM-SWAVE model of Liu et al. (2020). Water levels along the open boundary started at 0.5 m lower than the target surge water level and increased gradually to the target surge water level near half of the simulation duration. Peak total water level is the highest water level during the second half of the simulation when the open boundary water level equals the target surge water level. Generated $H_s$ inside the model domains north of the wavemaker are 3.13 m for Branford, 3.97 m for Norwalk, and 3.46 m for New Haven, and are consistent with the target $H_s$ (Table 1), indicating the wave generation methods in the model setup is functional. 17 HMW locations are compared within the study areas. The root mean squared error is 0.25 m and the Willmott score (Willmott, 1981) is 0.92, indicating good agreements in all domains (Fig. 2).

C. Liu et al.    Coastal Engineering 168 (2021) 103950



**Fig. 1.** The nearshore model domain of Branford, New Haven, and Norwalk, CT. The pink triangles denote ADCP locations in New Haven (NH1 and NH2) and the red circles denote the high-water mark locations from USGS. Color code and dashed contours indicate bathymetry in meters. (For interpretation of the references to colour in this figure legend, the reader is referred to the web version of this article.)

**Table 1**
The boundary conditions for the FUNWAVE-TVD nearshore model from Liu et al. (2020)'s FVCOM-SWAVE model simulation of LIS. $H_s$: Significant wave height, $T_p$: peak period, WL: surge water level.

| Study area | 10% AEP | | | 1% AEP | | | Super storm sandy | | | Depth (m) |
|---|---|---|---|---|---|---|---|---|---|---|
| | $H_s$ (m) | $T_p$ (s) | WL (m) | $H_s$ (m) | $T_p$ (s) | WL (m) | $H_s$ (m) | $T_p$(s) | WL (m) | |
| Branford | 2.69 | 8 | 2.11 | 4.29 | 12 | 2.53 | 3.07 | 8 | 2.51 | 8 |
| Norwalk | 3.12 | 8 | 2.42 | 4.57 | 15 | 3.05 | 4.00 | 8 | 2.79 | 20 |
| New Haven | 2.97 | 8 | 2.16 | 4.86 | 15 | 2.55 | 3.87 | 8 | 2.58 | 10 |

**Table 2**
FUNWAVE domains for the three cases listed in Table 1.

| Case | Origin (SW corner) | Mesh size (m) | Cell number along shore | Cell number cross shore |
|---|---|---|---|---|
| Branford | −72.829922, 41.238321 | 2 | 1689 | 2255 |
| Norwalk | −73.436993, 41.029285 | 2 | 2447 | 4918 |
| New Haven | −72.966898, 41.203329 | 2 | 3897 | 5744 |

The comparison gave the highest accuracy in Norwalk. The sheltered locations of HWMs tend to have a higher relative error, ranges up to 10% at New Haven, and 20% at Branford, respectively. The north of Limewood Avenue in Branford (the east-most red point on Fig. 1) showed one of the closest comparisons (1.7% relative error). The water transported due to wave splash over Limewood Avenue contributes notably to the total water level in the largely isolated marsh surrounding Sybil Creek (O'Donnell, 2018).

We also performed a sensitivity test on grid size for the Branford domain, by comparing the HWMs with the modeled maximum total water level using 2 m and 4 m grids (Table 3). Both sets of modeled values converge and are consistent with HWMs, indicating that both 2 m and 4 m grid sized are adequate, and that any discrepancy between modeled and observed values are unlikely due to numerical inaccuracies but to limitations in data and model physics.

**Table 3**
High water mark (HWM) values and the modeled maximum total water level at four locations in Branford during Superstorm Sandy. All values are in meters.

| | HWM | Modeled (2 m grid) | Modeled (4 m grid) |
|---|---|---|---|
| 1 | 2.96 | 3.05 | 2.90 |
| 2 | 2.71 | 2.75 | 2.63 |
| 3 | 1.16 | 1.11 | 1.11 |
| 4 | 2.85 | 2.25 | 2.27 |

C. Liu et al.                                                                                                        Coastal Engineering 168 (2021) 103950



**Fig. 2.** FUNWAVE-TVD and USGS High Water Mark Data Comparison. The darker shade represents 10% and the lighter shade represents 20% relative error.

*4.1.2. Validation with observed wave height*

Modeled significant wave height results from FUNWAVE-TVD were compared to the measurements from two Acoustic Doppler Current Profilers (ADCPs) deployed in New Haven during three minor storms that took place on January 25, February 2, and March 26 of 2015 by Ilia and O'Donnell (2018) (Fig. 1, NH1 outside the harbor and NH2 inside the harbor behind the breakwaters). These comparisons aim to verify the accuracy of nearshore wave dynamics such as wave propagation, refraction, and diffraction near fine-scale structures.

The wave characteristics observed at NH1 were forced on the wavemaker to compare the in-situ and modeled significant wave height at NH2 (Table 4). Because of the shorter wave periods, the grid resolution was increased to 1-m to avoid underestimation due to numerical dissipation (Liu et al., 2018; Shi et al., 2012). The generated wave heights inside the domain are consistent with the target wave heights (Table 4), confirming the validity of the wavemaker and boundary setup. The modeled significant wave height at NH2 is close to the observations from ADCPs, with the absolute error ranging from 0.07–0.13 m and a relative error of 20%.

**Table 4**
Observed and modeled wave characteristics at New Haven in 2015 ($H_s$: significant wave height, $T_p$: peak period).

| Storm date | Jan 25 | Feb 02 | Mar 26 |
|---|---|---|---|
| $H_s$ forcing at NH1 (m) | 1.06 | 1.00 | 0.98 |
| $H_s$ generated at NH1 (m) | 1.03 | 1.10 | 0.99 |
| $T_p$ at NH1 (s) | 4.70 | 5.10 | 4.69 |
| $\theta_p$ (nautical convention) | 261° | 352° | 330° |
| Observed $H_s$ at NH2 (m) | 0.69 | 0.59 | 0.44 |
| Modeled $H_s$ at NH2 (m) | 0.56 | 0.47 | 0.37 |

*4.2. Modeled 1% annual exceedance probability storm and its comparison with available inundation maps*

The 1% AEP storm surge water level and waves in the nearshore model shows that wave heights are larger in the shallow water areas along the coast facing the northward waves and along the south shore of the small islands, whereas wave heights are lower inside the enclosed harbor in Branford (Fig. 3a). This is expected, as the waves diffract and lose energy after moving inside the sheltered basins. In Norwalk, the south of the islands faces waves greater than 2 m, indicating the islands block off northward waves (Fig. 3b). Similarly, the strong wave energy is reduced by the breakwaters outside the New Haven harbor; the wave diffraction and refraction pattern are visible in Fig. 3c. The sheltered bays and breakwaters protect the three harbors from high wave impact along the coasts.

*4.2.1. Comparison of modeled results with FEMA base flood elevations*

FEMA's methods to determine the base flood elevation (BFE) has strong spatial uncertainty. FEMA uses RUNUP 2.0, a one-dimensional model that uses empirical wave runup equations along a transect perpendicular to the shore (Fig. 7) (Dean et al., 2005). This model uses still water elevation, shore profile, roughness, and incident wave conditions (wave height and period) to compute the wave run-up elevation (Dean et al., 2005). The approach of FEMA to compute wave inundation on the shores ignores the wave breaking and wave–wave interactions in LIS and other locations (Spaulding et al., 2017; Grilli et al., 2017a). The total water level comparisons of the model and FEMA BFE shows that FEMA BFE has a coarse spatial variation (Figs. 4–6). The FEMA BFE water levels in the study regions are higher than the model results. Especially in Norwalk where the differences in water level along the shore can be nearly 2 m, as FEMA BFE levels do not include the island diffraction and estimate significantly high wave height (Fig. 6). The 1% AEP still water level of FUNWAVE and FIRM is similar. FEMA interpolates NOAA tide gauge data to obtain still water level boundary conditions for the 1% AEP, which has been validated by the boundary conditions obtained from Liu et al. (2020).



**Fig. 3.** Modeled flood extent and significant wave height for the predicted 100-year scenario in (a) Branford, (b) Norwalk, (c) New Haven, CT. The darkest blue areas represent wave height <0.5 m whereas the yellow area is 2.5–3.0 m. (For interpretation of the references to colour in this figure legend, the reader is referred to the web version of this article.)

C. Liu et al.                                                                                                                Coastal Engineering 168 (2021) 103950



**Fig. 4.** FUNWAVE (bottom) and FEMA (top) predicted BFEs at the 100-year return level in coastal Branford, CT.



**Fig. 5.** FUNWAVE (bottom) and FEMA (top) predicted BFEs at the 100-year return level in coastal New Haven, CT.

### 4.2.2. Comparison of modeled results with NACCS

NACCS uses coupled ADCIRC-STWAVE model for simulating 1050 synthetic tropical and 100 historical extratropical storms and the wind, wave, and water level responses (Cialone et al., 2015). The resolution



**Fig. 6.** FUNWAVE (left) and FEMA (right) predicted BFEs at the 100-year return level in coastal Norwalk, CT.

of the LIS nested grid is 200 m. Liu et al. (2020) found that NACCS overestimates surge water levels and underestimates the wave heights compared to the FVCOM-SWAVE model of LIS. As a result, the modeled FUNWAVE result comparison also showed similar patterns. The comparison of the NACCS and FUNWAVE grid points show that the root-mean-square error is smallest at Branford (5.63 m) and much higher at New Haven (10.60 m) and Norwalk (13.54 m). The higher error values in Norwalk and New Haven can be explained by the inadequate spatial resolution of NACCS and the lack of model physics to resolve the wave diffraction and refraction due to small-scale structures for phase-averaged wave models used by NACCS (Figs. 7, 8), and modeling efforts in Rhode Island reported similar findings (Grilli et al., 2020). Total flood elevation map created by NACCS covers greater areas than FUNWAVE (Fig. 9).

### 4.2.3. Comparison of modeled results with FVCOM-SWAVE

The FVCOM-SWAVE model of LIS is of the coarser resolution, and only includes surge water level and static wave setup (Liu et al., 2020). The 1% AEP storm surge water elevation is projected to the land and compared with the FUNWAVE nearshore model. Since the FUNWAVE model accounts for the effects of nearshore wave dynamics, wave runup, and overtopping with finer resolution, the inundation map extends beyond the LIS model (Fig. 10). Additionally, the FVCOM-SWAVE overestimates the base flood elevation along the shoreline because it does not resolve the nearshore wave dynamics in fine resolution. The comparison of the FVCOM-SWAVE and FUNWAVE grid points show that the root-mean-square error is smallest in Branford, CT (9.03 m) and higher in New Haven, CT (12.82 m) and Norwalk, CT (14.20 m). The FVCOM-SWAVE model keeps the depth constant at 5 m in shallower regions, resulting in an overestimation of the wave height (Figs. 7, 8).

### 4.2.4. Implication of sea-level rise on 1% and 10% annual exceedance probability storms

Connecticut is expecting a 0.5 m sea-level rise by 2050 (O'Donnell et al., 2016). Liu et al. (2020) showed that the rising sea levels will result in more frequent severe storms. The 10% AEP storms will be increased to 30%–50% AEP, and similarly, 1% AEP storms will become 5% AEP events. Using the boundary conditions of Liu et al. (2020) for 10% AEP and 1% AEP, we portrayed the inundation maps for the study areas (Fig. 11). As can be seen, the 2050 10% AEP and 1% AEP flood maps show little difference in the flood extent. The elevation change in the topography results in similar shallow areas to be flooded during 10% AEP and 1% AEP floods However, the increased probability of occurrence of the same event annually shows the planning levels need to consider protection measures at the frequently flooded areas of 10% AEP storm.

C. Liu et al.                                                                                                                                                                                  Coastal Engineering 168 (2021) 103950



Fig. 7. The model points for NACCS, FVCOM, and FEMA transects in (a) Norwalk, (b) New Haven, and (c) Branford, CT.



Fig. 8. Box plot of the total water level difference with FUNWAVE for the station points from NACCS and FVCOM in Fig. 7 for Branford, New Haven, CT.

## 5. Conclusion

We applied a high-resolution Boussinesq wave model, FUNWAVE-TVD, to accurately simulate the nearshore wave dynamics and wave runup processes on three coastal towns — Branford, Norwalk, and New Haven, CT — that represent the complex topobathymetric features of Connecticut. The nearshore wave model FUNWAVE-TVD used the 1% AEP storm boundary conditions from the coupled circulation and phase-averaged model, FVCOM-SWAVE, performed on LIS by Liu et al.

(2020). The comparison with the USGS high water marks for Super Storm Sandy and in-situ measurements from ADCPs for the small-scale storms showed that the phase-resolving features of FUNWAVE-TVD capture the real-time measurements closely.

The nearshore model under the predicted 100-year scenario was compared with FEMA FIS, NACCS, and FVCOM-SWAVE. FEMA FIS, a product widely adopted by flood insurance studies, uses one-dimensional empirical equations along a transect to model wave runup in LIS. The FUNWAVE comparison showed that the FEMA suggested BFE maps overestimate the total water elevation in our area, especially predict wave runup with considerable disagreement with FUNWAVE due to its simplistic approach. The coupled circulation and phase-averaged wave models tend to predict results more agreeable with FUNWAVE; however, their coarser-resolution leads to higher relative errors compared to the Boussinesq wave model which includes the model physics to resolve diffraction, reflection and runup. NACCS and FVCOM-SWAVE both resulted in higher relative errors in comparison, with NACCS having a smaller root-mean-square error. These models are better at predicting offshore wave heights and surge levels than runup and overtopping waves along the shoreline. Compared to the FVCOM-SWAVE, NACCS and FEMA inundation maps and base flood elevations, the FUNWAVE-TVD models wave processes more accurately in shallow water regions in our study area. Note that the different hypotheses on defining the 100-year scenario may also contribute to the differences in the sets of predictions. The FUNWAVE model bathytopography is based on CoNED, which is a bare-earth digital elevation model, thus the effect of on-land coastal structures are not included in this study. Future work would focus on including artificial coastal structures to improve the flood extent estimates. The primary disadvantage of FUNWAVE-TVD is



Fig. 9. Inundation map comparison of NACCS (blue) and FUNWAVE (yellow) for Branford, Norwalk, New Haven, CT (overlapping areas are indicated in a shade of green). (For interpretation of the references to colour in this figure legend, the reader is referred to the web version of this article.)



**Fig. 10.** FUNWAVE-modeled flood extent (yellow) and flood extent projected from FVCOM hindcast results (blue) for the predicted 100-year scenario in Branford, Norwalk, New Haven, CT (overlapping areas are indicated in a shade of green). (For interpretation of the references to colour in this figure legend, the reader is referred to the web version of this article.)



**Fig. 11.** FUNWAVE-modeled 10% and 1% AEP storm total water level inundation maps by 2050 for (a) Norwalk, (b) New Haven, (c) Branford, CT. The red shade represents 10% AEP and green shade represents 1% AEP storm (overlapping areas are indicated in orange). (For interpretation of the references to colour in this figure legend, the reader is referred to the web version of this article.)

being computationally expensive, primarily due to resolving complex governing equations in the adequate spatial resolution of 2 m. An alternative is to use a coupled wave–current model (phase averaging) with empirical equations to estimate wave runup (Chen et al., 2021; Xie et al., 2019), which may perform better for a natural shoreline with simpler geometry but could be less accurate with the presence of coastal structures (Grilli et al., 2020).

Hazard planning requires accurate simulations to design the flood protection structures and improve the longevity of the infrastructure. Even though strong hurricanes have high uncertainties, sea-level rise increases the annual exceedance probability of the storm flooding. In the planning sites, the 10% AEP storm is increased to a 50% AEP storm by 2050 with the estimated future sea-level rise. The inundation maps also showed that there is little difference in the extent between the 10% AEP and 1% AEP events by 2050. Even though the planners may not consider the 1% AEP storms for coastal defense structure design, they have to consider frequently occurring storms and predict the encountered swash and overtopping that these structures must withstand. Using the boundary conditions from the validated FVCOM-SWAVE model, the FUNWAVE-TVD nearshore model demonstrated highly adequate results to incorporate wave runup and swash into calculating total water level elevations to design these structures for hazard planning.

### CRediT authorship contribution statement

**Chang Liu:** Conceptualization, Methodology, Software, Formal Analysis, Validation, Visualization, Writing - original draft, Writing - review & editing. **Yaprak Onat:** Conceptualization, Methodology, Writing - original draft, Writing - review & editing, Supervision, Project administration. **Yan Jia:** Methodology, Writing - review & editing. **James O'Donnell:** Writing - review & editing, Supervision.

### Declaration of competing interest

The authors declare that they have no known competing financial interests or personal relationships that could have appeared to influence the work reported in this paper.

### Data sharing

The FUNWAVE-TVD simulation results produced in this paper are accessible via https://resilientconnecticut.uconn.edu/resources/datasets/resources-datasets-connecticut-nearshore-model-dataset/

### Acknowledgments

The authors thank FUNWAVE-TVD developers for making the source code available. We would like to also thank Todd Fake for

setting up the server for research results sharing and Caterina Massidda for creating open access flood maps from our model results. The authors would like to thank anonymous reviewers for their insightful comments and contributions to the manuscript.

## Appendix A. Supplementary data

Supplementary material related to this article can be found online at https://doi.org/10.1016/j.coastaleng.2021.103950.

## References

Bertin, X., Li, K., Roland, A., Zhang, Y.J., Breilh, J.F., Chaumillon, E., 2014. A modeling-based analysis of the flooding associated with Xynthia, central Bay of Biscay. Coast. Eng. 94 (212), 80–89. http://dx.doi.org/10.1016/j.coastaleng.2014.08.013.

Bouws, E., Gunther, H., Rosenthal, W., Vincent, C.L., 1985. Similarity of the wind wave spectrum in finite depth water 1. Spectral form. J. Geophys. Res. 90 (C1), 975–986. http://dx.doi.org/10.1029/JC090iC01p00975.

Chen, C., Lin, Z., Beardsley, R.C., Shyka, T., Zhang, Y., Xu, Q., Qi, J., Lin, H., Xu, D., 2021. Impacts of sea level rise on future storm-induced coastal inundations over Massachusetts coast. Nat. Hazards (0123456789), http://dx.doi.org/10.1007/s11069-020-04467-x.

Choi, Y.K., Seo, S.N., Choi, J.Y., Shi, F., Park, K.S., 2019. Wave prediction in a port using a fully nonlinear Boussinesq wave model. Acta Oceanol. Sin. 38 (7), 36–47. http://dx.doi.org/10.1007/s13131-019-1456-2.

Cialone, M., Massey, T., Anderson, M., Grzegorzewski, A., Jensen, R., Cialone, A., Mark, D., Pevey, K., Gunkel, B., McAlpin, T., 2015. North Atlantic Coast Comprehensive Study (NACCS) Coastal Storm Model Simulations: Waves and Water Levels. Technical Report ERDC/CHL TR 15-14, United States Army Corps of Engineers, p. 253, URL: https://usace.contentdm.oclc.org/digital/collection/p266001coll1/id/3681/.

Danielson, J.J., Poppenga, S.K., Brock, J.C., Evans, G.A., Tyler, D.J., Gesch, D.B., Thatcher, C.A., Barras, J.A., 2016. Topobathymetric elevation model development using a new methodology: Coastal national elevation database. J. Coast. Res. 76 (sp1), 75–89. http://dx.doi.org/10.2112/SI76-008.

Dean, R., Collins, I., Divoky, D., Hatheway, D., Scheffner, N., 2005. Wave Setup: FEMA Coastal Flood Hazard Analysis and Mapping Guidelines. Focused Study Report. Technical Report, FEMA Focused Study Reports, URL: https://www.fema.gov/sites/default/files/2020-03/frm_p1wave1.pdf.

Didier, D., Baudry, J., Bernatchez, P., Dumont, D., Sadegh, M., Bismuth, E., Bandet, M., Dugas, S., Sévigny, C., 2019. Multihazard simulation for coastal flood mapping: Bathtub versus numerical modelling in an open estuary, Eastern Canada. J. Flood Risk Manage. 12 (S1), 1–19. http://dx.doi.org/10.1111/jfr3.12505.

Galarneau, T.J., Davis, C.A., Shapiro, M.A., 2013. Intensification of Hurricane Sandy (2012) through extratropical warm core seclusion. Mon. Weather Rev. 141 (12), 4296–4321. http://dx.doi.org/10.1175/MWR-D-13-00181.1.

Gallien, T.W., 2016. Validated coastal flood modeling at Imperial Beach, California: Comparing total water level, empirical and numerical overtopping methodologies. Coast. Eng. 111, 95–104. http://dx.doi.org/10.1016/j.coastaleng.2016.01.014.

Grilli, A.R., Spaulding, M.L., Schambach, L., Smith, J., Bryant, M., 2017a. Comparing inundation maps developed using WHAFIS and STWAVE: A case study in Washington county, RI. In: Coastal Structures and Solutions to Coastal Disasters 2015. American Society of Civil Engineers, Reston, VA, pp. 147–160. http://dx.doi.org/10.1061/9780784480304.016, URL: http://ascelibrary.org/doi/10.1061/9780784480304.016.

Grilli, A., Spaulding, M.L., Oakley, B.A., Damon, C., 2017b. Mapping the coastal risk for the next century, including sea level rise and changes in the coastline: application to Charlestown RI, USA. Nat. Hazards 88 (1), 389–414. http://dx.doi.org/10.1007/s11069-017-2871-x.

Grilli, A.R., Westcott, G., Grilli, S.T., Spaulding, M.L., Shi, F., Kirby, J.T., 2020. Assessing coastal hazard from extreme storms with a phase resolving wave model: Case study of Narragansett, RI, USA. Coast. Eng. 160 (September 2019), 103735. http://dx.doi.org/10.1016/j.coastaleng.2020.103735.

Hallegatte, S., Green, C., Nicholls, R.J., Corfee-Morlot, J., 2013. Future flood losses in major coastal cities. Nature Clim. Change 3 (9), 802–806. http://dx.doi.org/10.1038/nclimate1979.

Ilia, A., O'Donnell, J., 2018. An assessment of two models of wave propagation in an estuary protected by breakwaters. J. Mar. Sci. Eng. 6 (4), 145. http://dx.doi.org/10.3390/jmse6040145.

Lin, N., Kopp, R.E., Horton, B.P., Donnelly, J.P., 2016. Hurricane Sandy's flood frequency increasing from year 1800 to 2100. Proc. Natl. Acad. Sci. USA 113 (43), 12071–12075. http://dx.doi.org/10.1073/pnas.1604386113.

Liu, C., Jia, Y., Onat, Y., Cifuentes-Lorenzen, A., Ilia, A., McCardell, G., Fake, T., O'Donnell, J., 2020. Estimating the annual exceedance probability of water levels and wave heights from high resolution coupled wave-circulation models in long island sound. J. Mar. Sci. Eng. 8 (7), 475. http://dx.doi.org/10.3390/jmse8070475.

Liu, W., Ning, Y., Zhang, Y., Zhang, J., 2018. Shock-capturing Boussinesq modelling of broken wave characteristics near a vertical seawall. Water (Switzerland) 10 (12), 1–15. http://dx.doi.org/10.3390/w10121876.

Massidda, C., Liu, C., Jia, Y., Onat, Y., Cifuentes-Lorenzen, A., Ilia, A., McCardell, G., Fake, T., O'Donnell, J., 2020. Connecticut flood maps for different storm return intervals, (v.1), [GIS]. URL: https://resilientconnecticut.uconn.edu/resources/datasets/connecticut-flood-maps-for-different-storm-return-intervals/, [Access date:31 March 2021].

McInnes, K.L., Walsh, K.J., Hubbert, G.D., Beer, T., 2003. Impact of sea-level rise and storm surges in a coastal community. Nat. Hazards 30 (2), 187–207. http://dx.doi.org/10.1023/A:1026118417752.

Nicholls, R.J., Hoozemans, F.M.J., Marchand, M., 1999. Increasing flood risk and wetland losses due to global sea-level rise: Regional and global analyses. Global Environ. Change 9 (SUPPL.), http://dx.doi.org/10.1016/S0959-3780(99)00019-9.

NOAA, 2021. Tides and currents. URL: https://tidesandcurrents.noaa.gov/, [Access date:31 March 2021].

O'Donnell, J., 2018. Wave and Storm Surge Flooding in a Small Marsh System. Technical Report, Connecticut Institute for Resilience and Climate Adaptation, University of Connecticut, p. 25. http://dx.doi.org/10.13140/RG.2.2.35813.12003, URL: https://circa.uconn.edu/wp-content/uploads/sites/1618/2019/11/B3_Wave-and-Storm-Surge-Flooding-in-a-Saltmarsh-System.pdf.

O'Donnell, J., O'Donnell, J.E., 2012. Coastal vulnerability in long island sound: The spatial structure of extreme sea level statistics. OCEANS 2012 MTS/IEEE: Harnessing Power Ocean (1985), 1–4. http://dx.doi.org/10.1109/OCEANS.2012.6405099.

O'Donnell, J., Strobel, K.H., Whitney, M., Fake, T., 2017. Road Flooding in Coastal Connecticut : Final Report to South Central Regional Council of Governments. Technical Report, Connecticut Institute for Resilience and Climate Adaptation, University of Connecticut, Groton, CT, p. 72, URL: https://circa.uconn.edu/wp-content/uploads/sites/1618/2019/01/June-2017-Road-Flooding-Final-Report.docx.pdf.

O'Donnell, J., Whitney, M., Strobel, K.H., 2016. A Study of Coastal Flooding at Jarvis Creek , Connecticut. Technical Report, Connecticut Institute for Resilience and Climate Adaptation, University of Connecticut, pp. 1–31, URL: http://circa.uconn.edu/wp-content/uploads/sites/1618/2016/02/Jarvis-Creek-Flooding-Study_ReportFinal_29Aug2016.pdf.

O'Donnell, J., Wilson, R.E., Lwiza, K., Whitney, M., Bohlen, W.F., Codiga, D., Fribance, D.B., Fake, T., Bowman, M., Varekamp, J., 2014. The physical oceanography of long island sound. In: Long Island Sound. pp. 79–158. http://dx.doi.org/10.1007/978-1-4614-6126-5_3.

Poulter, B., Halpin, P.N., 2008. Raster modelling of coastal flooding from sea-level rise. Int. J. Geogr. Inf. Sci. 22 (2), 167–182. http://dx.doi.org/10.1080/13658810701371858.

Prime, T., Brown, J.M., Plater, A.J., 2015. Physical and economic impacts of sea-level rise and low probability flooding events on coastal communities. PLoS ONE 10 (2), 1–28. http://dx.doi.org/10.1371/journal.pone.0117030.

Ruggiero, P., Komar, P.D., McDougal, W.G., Marra, J.J., Beach, R.A., 2001. Wave runup, extreme water levels and the erosion of properties backing beaches. J. Coast. Res. 17 (2), 407–419. http://dx.doi.org/10.1016/0049-3848(90)90038-E.

Schambach, L., Grilli, S.T., Kirby, J.T., Shi, F., 2019. Landslide tsunami hazard along the upper US east coast: Effects of slide deformation, bottom friction, and frequency dispersion. Pure Appl. Geophys. 176 (7), 3059–3098. http://dx.doi.org/10.1007/s00024-018-1978-7, URL: http://link.springer.com/10.1007/s00024-018-1978-7.

Shi, F., Kirby, J.T., Harris, J.C., Geiman, J.D., Grilli, S.T., 2012. A high-order adaptive time-stepping TVD solver for Boussinesq modeling of breaking waves and coastal inundation. Ocean Model. 43–44, 36–51. http://dx.doi.org/10.1016/j.ocemod.2011.12.004.

Spaulding, M., Grilli, A., Damon, C., Fugate, G., Oakley, B., Isaji, T., Schambach, L., 2017. Application of state of art modeling techniques to predict flooding and waves for an exposed coastal area. J. Mar. Sci. Eng. 5 (1), 10. http://dx.doi.org/10.3390/jmse5010010.

Vousdoukas, M.I., Voukouvalas, E., Mentaschi, L., Dottori, F., Giardino, A., Bouziotas, D., Bianchi, A., Salamon, P., Feyen, L., 2016. Developments in large-scale coastal flood hazard mapping. Nat. Hazards Earth Syst. Sci. 16 (8), 1841–1853. http://dx.doi.org/10.5194/nhess-16-1841-2016.

Wei, G., Kirby, J.T., Sinha, A., 1999. Generation of waves in Boussinesq models using a source function method. Coast. Eng. 36 (4), 271–299. http://dx.doi.org/10.1016/S0378-3839(99)00009-5.

Westcott, G., 2018. Predicting 100-year Storm Wave's Runup for the Coast of Rhode Island Using a Fully Nonlinear Model (Ph.D. thesis). University of Rhode Island, Kingston, RI, http://dx.doi.org/10.23860/thesis-westcott-gregory-2018, URL: https://digitalcommons.uri.edu/theses/1312.

Willmott, C.J., 1981. On the validation of models. Phys. Geography 2 (2), 184–194. http://dx.doi.org/10.1080/02723646.1981.10642213.

Wu, G., Shi, F., Kirby, J.T., Liang, B., Shi, J., 2018. Modeling wave effects on storm surge and coastal inundation. Coast. Eng. 140 (March), 371–382. http://dx.doi.org/10.1016/j.coastaleng.2018.08.011.

Xian, S., Lin, N., Hatzikyriakou, A., 2015. Storm surge damage to residential areas: a quantitative analysis for Hurricane Sandy in comparison with FEMA flood map. Nat. Hazards 79 (3), 1867–1888. http://dx.doi.org/10.1007/s11069-015-1937-x.

Xie, D., Zou, Q.P., Mignone, A., MacRae, J.D., 2019. Coastal flooding from wave overtopping and sea level rise adaptation in the northeastern USA. Coast. Eng. 150 (October 2017), 39–58. http://dx.doi.org/10.1016/j.coastaleng.2019.02.001.