# EXHIBIT 6

**to Plaintiff Conservation Law Foundation's *Daubert* Motion to Exclude the Expert Testimony of Deborah French-McCay, Ph.D.**

**FILED UNDER SEAL**