# EXHIBIT 1

**to Plaintiff Conservation Law Foundation's *Daubert* Motion to Exclude the Expert Testimony of Deborah French-McCay, Ph.D.**

Page 1

Volume:        I

Pages:         97

Exhibits:      9

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

CONNECTICUT

C.A. No.: 3:21-CV-00933-VDO

*******************************

CONSERVATION LAW FOUNDATION, INC.,

            Plaintiff

v.

SHELL OIL COMPANY, EQUILON

ENTERPRISES.LLC D/B/A

OIL PRODUCTS US, SHELL

PETROLEUM, INC., TRITON TERMINALING LLC,

and MOTIVA ENTERPRISES LLC,

            Defendants

*******************************

            Deposition of Deborah French-McCay, a witness called on behalf of the Plaintiff, taken pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Seamus Mitchell, a Court Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Motley Rice LLC, 40 Westminster St, Fifth Floor, Providence, Rhode Island, 02903 on the 29th of August, 2025 at 10:05 a.m.

A P P E A R A N C E S

Shalom D. Jacks, Esquire

Motley Rice LLC

28 Bridgeside Blvd.

Mt. Pleasant, SC 29464

(843)-216-9013

sjacks@motleyrice.com

    REPRESENTING: CONSERVATION LAW FOUNDATION, INC, Plaintiff

Carmen Toledo, Esquire

King & Spalding LLP

1180 Peachtree St. NE

Atlanta, GA 30309

(404)-572-3438

ctoledo@kslaw.com

    REPRESENTING:  SHELL OIL COMPANY, EQUILON ENTERPRISES.LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, Defendant

Page 3

A P P E A R A N C E S

ALSO PRESENT:

Kevin Slosberg, Videographer

Page 4

I N D E X

WITNESS:                DIRECT    CROSS     REDIRECT  RECROSS

Deborah French-McCay

By Shalom Jacks:        6

By Carmen Toledo:                 90


E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Notice of Deposition for Dr. Deborah French-McCay | 7 |
| 2 | Materials Considered List | 8 |
| 3 | Additional Material Considered List | 8 |
| 4 | Invoices for Deborah French-McCay Work | 16 |
| 5 | Complete Expert Report by Deborah French-McCay | 20 |
| 6 | Validation and Use of Spill Impact Modeling for Impact Assessments | 40 |
| 7 | Dr. Dagmar Schmidt Etkin: Expert Report | 56 |
| 8 | Development and Application of Damage Assessment Modeling: Example Assessment For the North Cape Oil Spill | 62 |
| 9 | Letter from Jose Jones to James Meinert: List of Data Files. 7/1/25 | 83 |

Page 5

P R O C E E D I N G S

THE VIDEOGRAPHER: We are now on the record. My name is Kevin Slosberg. I'm the legal videographer for Golkow. Today's date is August 29, 2025, and the time is 10:05 am this video deposition is being held at 40 Westminster Street, 5th Floor, Providence, Rhode Island. In the matter of Conservation Law Foundation. This is Shell Oil Company et al. For the United States District Court of Connecticut. Case No. 3:21-CV-00933-VDO. The deponent is Deborah French-McCay. The court reporter is Seamus Mitchell. Will Counsel please identify themselves.

MS. JACKS: My name is Shalom Jacks. I'm with the Motley Rice Law Firm representing the Plaintiffs Conservation Law Foundation.

MS. TOLEDO: Carmen Toledo, king and Spalding for Defendants.

THE VIDEOGRAPHER: Will the court reporter please swear in the witness?

THE REPORTER: Will the witness please raise their right hand to be sworn in. Do you solemnly swear/affirm to tell the truth, the whole truth, nothing but the truth?

Page 6

THE WITNESS:  I do.

DEBORAH FRENCH-MCCAY, after being satisfactorily identified and duly sworn by the Notary Public, was examined and testified as follows:

THE REPORTER:  Thank you. You may begin.

MS. JACKS:  Thank you.  I just noticed the mic is on the table.  Is that.

THE VIDEOGRAPHER:  Oh, I'm sorry.  Yes.

DIRECT EXAMINATION

BY MS. JACKS:

Q    Thank you.  So, Dr. French-McCay.  We met briefly off the record.  It's very nice to see you today.  And as I said, I'm Shalom Jacks.  I'm with the Motley Rice Law Firm.  My firm is representing the Plaintiff's Conservation Law Foundation.  I may refer to them throughout the deposition as CLF.  And we'll both understand who I'm.  Who I'm talking about, right?

A    Yes.

Q    Okay.  Could you provide your full name and address, please?

A    Deborah French-McCay.  My address is 316 Mourning Dove Dr, Saunderstown, Rhode Island.  That's my home.  Okay, If you want my office?

Q    Yes, please.  Your office?

Page 7

A     My office is 55 Village Square Drive, South Kingstown,
      Rhode Island.

Q     Thank you.  You have appeared for a deposition before,
      correct?

A     Yes, but not in US Court.

Q     Okay, so you may have a general understanding of how
      this works, but as a reminder, I'm going to go over a
      couple of basic ground rules, so please remember to
      keep all of your responses verbal, as the court
      reporter is taking down everything we say.  It's very
      important we don't talk over each other.  I will ask
      the questions, and you will give your answer, and I
      will go on to the next question.  Please wait until I
      finish the question, until you give your answer, and I
      will try my best not to speak over you as well.  We
      will take breaks throughout, but if there's any reason
      that you need an additional break, please let me know.

A     Okay.

Q     You understand that you're under oath today, correct?

A     Yes.

Q     What does that mean to you?

A     That I should tell the truth.  That's my knowledge.

Q     Is there any reason that you cannot testify fully and
      truthfully today, even if your testimony will hurt the

Page 8

position taken by Defendants in this case?

A    No.  I'll just tell the truth.

Q    Great.  Were you provided with a copy of the notice of deposition for today?

A    Yes, I was.

Q    Okay.  I'd like to introduce and mark it for the record as a French-McCay, Exhibit 1.

(Whereupon, Exhibit 1, Notice of Deposition for Dr. Deborah French-McCay, is marked for identification.)

Q    Does this document look familiar to you?

A    Yes, it does.

Q    Okay.  Did you provide any additional materials in response to the this notice of deposition, or did your Counsel.

A    I provided a few additional references.  So I went through this, and I had already provided my CV, my full list of publications, and a list of the cases.  That's all in my report.  A complete list of all the materials I considered, and when I got to -- let's see -- a copy of any material you considered, informed, your opinions, any material that was not publicly available. I went through my report and checked all the references.  I'd already provided some of them, but there were a few that are not easily available, like

Page 9

conference proceedings.  So I sent copies to Counsel,
and then they put them in the report.

Q    Okay.  Or produced them to our side?

A    That's correct.

Q    Okay.  All right.

     (Whereupon, Exhibit 2,  materials Considered List, is
      marked for identification.)

     (Whereupon, Exhibit 3, Additional Material Considered
      List is marked for identification.)

Q    So I would like to mark as French-McCay, Exhibit 2 and
     3, the materials considered and the additional
     materials considered.  Documents provided in this
     report and in response to the notice of deposition.
     So, Dr. French-McCay.  Do.  Does the.  Let's start with
     Exhibit 2, the Materials Considered List.  Does this
     document look familiar to you?

A    The list is familiar, but I haven't -- I don't know
     what all the numbers are exactly.

Q    The Bates numbers.

A    Sure.

Q    Okay.  And then looking at the additional materials
     Considered List, do you recognize all of these
     documents listed?

A    Yes, I do.

Page 10

Q    Okay.  And these are the materials that you considered in developing your opinions within your expert report, is that correct?

MS. TOLEDO:  Objection. Materials.  The additional Exhibit 3 was produced after her report.

BY MS. JACKS:

Q    Right.  I'll rephrase it.  The initial Materials Considered list.  Those documents are the documents that you considered in drafting your expert report, is that correct?

A    Not all of them.  So I did not actually see the first three.  Bails and Pace, Etkin, and Jones.  I cited them because information was provided to me.  For example, Dr. Etkin provided her bottom line numbers, and so I needed to cite where they came from.  So I just said it was her expert report, but I haven't seen it when I compared my report.  Same with Jones, Bails and Pace. The others, what, four through seven, eight.  All of those I did consider.  Number, I don't know.  Off the top my head with 9 and 12 through 80 is actually because of the naming, so I can't quite tell.  I did review the Horner report and the Niarn report, and I looked at the Quinnipiac data that's in that last.  Oh, sorry, there's more of them.  Number 81.  I had looked

Page 11

at that and I.  As I recall, 82 to 93 might be pictures.

Q    Okay, thank you.  And then on the Additional Materials Considered list, these are additional expert rebuttal reports that you reviewed in preparation for today's deposition.

A    I was provided these in preparation for today.  I only reviewed number two and three, Levine and Michel, and the Niarn report in Horner briefly.  And then I did read the deposition of rough draft of Jacqueline Michel.

Q    Great, thank you.  Have you or Counsel provided all of the data and calculations relied upon in making your opinions in your expert report?

A    Yes.

Q    What is your understanding of who the Defendants are in this case.

A    There?  It's a little confusing, but I think it's Triton Terminaling.  And I'm forgetting the other name, another operator.  It was Motiva, not Shell.  At this point, I don't fully understand all the details of who owns what and how this all happened, but yes.

Q    Thank you.  Thank you.  Yes.  So, for the record, the Defendants in this case are our Equilon Enterprises,

Page 12

llc, doing business as Shell Oil Products us, Triton Terminaling, LLC and Motiva Enterprises, LLC.  So the operator of the New Haven Terminal is Equilon and the permittee is Triton.  So I say all of that to say, as I'm going through the deposition I may refer to the Defendants in this case as Shell or Defendants.  And I may refer to the New Haven Terminal as the New Haven Terminal or the Terminal.  And I just want to make sure that those references are clear throughout.

A    Yes, that's clear.

MS. TOLEDO:  I'll object to the references of defendants as Shell, and I'll state my object to questions specifically.

BY MS. JACKS:

Q    Okay.  Do you have an understanding of who the Plaintiffs are in this case?

A    Yes.  Conservation Law Foundation is my understanding.

Q    Okay.  And do you have an understanding of the claims that CLF is making in this case?

A    I have a rough idea.  I'm not a lawyer, or I don't understand all of the details of the legal claims, but I understand roughly what it's about.  It's about permitting.

Q    Okay.  So, for the record, Conservation Law Foundation,

Page 13

Incorporated, or CLF, is The Plaintiff and is and brings a civil suit under the Citizen Suit Enforcement provision of the Clean Water Act and the Resource Conservation and Recovery Act. Does that sound familiar to you? That description?

A    Yes, it does.

Q    Great. When were you first contacted to serve as an expert witness in this case?

A    I believe it was sometime in March of 2025.

Q    Who contacted you?

A    Ms. Toledo?

Q    I'll represent that. This case, the Connecticut case, was filed in 2021. There is a related case pending in the District of Rhode Island with the. With essentially the same Plaintiff and the same Defendant. Were you contacted before 2021 to serve as an expert witness in this case.

                MS. TOLEDO:  Object to form.

A    No.

Q    What particular expertise do you have related to this case?

A    My expertise is in oil spill modeling, of evaluating oil fate, transported fate and biological effects. And I was asked to evaluate what potential transport and

Page 14

exposure and effects might be from oil spills if they were to occur.

Q   Before this case, have you ever previously served as an expert witness in any case regarding a bulk fuel storage facility like the New Haven Terminal?

A   I'm not remembering doing that ever for a bulk fuel storage facility.

Q   How many hours approximately have you spent working on this case?

A   I couldn't tell you off the top of my head.  I'd have to look it up, but hundreds.

Q   Okay.  How many hours do you anticipate spending in the future on this case.

               MS. TOLEDO:  Object to form.

A   I don't know.  It would depend on when unleaded and for what reasons.

Q   You prepared an expert report in this case, correct?

    Correct.

A   Yes.

Q   Did you write your expert report by yourself?

A   I wrote almost all of it.  I had some help on certain appendices that were prepared under my direction.

Q   Who else assisted you in writing your report?

A   Dr. Nikitas, who is in.  He's listed on the front page.

Page 15

And I had a little help from Mahmud Monim on one of the appendices, Integral provided and Appendix B. And Jeremy Fontenault wrote Appendix -- I think it's G, remembering correctly. And then I reviewed all of those appendices. I didn't do anything with Appendix B, but the other appendices I reviewed and edited.

Q    Okay. And we'll get into a few questions with regard to each of those folks down the road. Other than with Counsel, did you discuss this report or the team members that you just mentioned? Did you discuss this report with anyone else?

A    No one other than the people that work with me and were under my direction.

Q    Do you have any prior relationship with Defendants before you were asked to be an expert in this case?

A    No.

Q    Did you have any prior relationship with King and Spalding before you were asked to be an expert in this case?

A    No.

Q    Have you ever testified for Defendants before? An expert witness? As an expert witness? Any Defendant, Any of the Defendants in this case?

A    Well, I don't think that Shell is actually a Defendant.

Page 16

It's my understanding, but I'm a little fuzzy on exactly how that's working.  I know you're saying they are, but I have testified in a court proceeding in the UK where Shell was a Defendant.

Q    Okay.  Have you ever served as an expert witness in a Clean Water Act case before?

A    No.

Q    Were you asked by Counsel to make any assumptions about this case that you relied on in your report?

A    No.

Q    I'm going to introduce the invoices that were provided in response to our notice of deposition.  We'll mark those as we're at exhibit four.

    (Whereupon, Exhibit 4, Invoices for Deborah French-
      McCay Work, is marked for identification.)

Q    Dr. French-McCay have you seen these invoices before?

A    Yes.

Q    Okay.  I submit to you that these are the invoices that were provided by Defendants for your work related to this litigation, and they have not been altered.  Referring to the first invoice, which is for the month of March, and it's Bates number.  McCay 000007.  Do you see your name on the face page under names on the invoice?

Page 17

Q    Okay.  And it says here that your hourly rate is $460 per hour, is that right?

A    That's correct.

Q    How did you arrive at that number?

MS. TOLEDO:  Object to form.

A    That is the charge out number rate that my company charges for my time.

Q    In review.  The invoices break out the hourly rate, the current hours, the cumulative hours, the current amount and the cumulative amounts.  Is that correct?

A    Yes.

Q    Who created these invoices?

A    Our accounting staff did.

Q    The accounting staff of Tetra Tech?

A    Tetra Tech.

Q    Thank you.  Each of the invoices is associated with a labor log, Is that correct?

A    That's correct.

Q    And these labor logs detail the specific work you and others provided related to the preparation of your expert report.  Is that correct?

A    That's correct.

Q    Let's go to the last invoice, which is the invoice for.

Page 18

And I'll give you the Bates number.  Bates number.
McCay_00026 through 027.  This is for the month of
July.  Is that correct?

A    Yes, that's correct.

Q    For this month.  For the month of July, you have worked
a total of 389 hours on this project.  Is that correct?

A    That's the cumulative number of hours since March.
Correct.

Q    And from March through July, the cumulative amount of
your earnings on this project is $178,940.  Is that
right?

A    That's the amount charged by my company, Tetra Tech,
for my time.  I don't get paid all of that.  That goes
to the company.

Q    And this figure that I just mentioned, the $178,940,
does not include the other team members listed here on
the invoices, right?

A    That's correct.

Q    The total invoices for you and your team related to
this project is $468,646.25.  Is that correct?

A    That's correct.

Q    Are there any outstanding invoices?

A    There will be an invoice for the hours in August 2025.

Q    Do you have any compensation agreements for future

Page 19

payments?

A    No.

Q    Do you have any specific compensation agreements if this case goes to trial?

A    No.

Q    Do you plan to be at trial to provide testimony if this case goes to trial?

A    I don't have any plans.

Q    Do you have a specific trial rate?

A    No.

Q    Is there a specific rate that you are getting paid for this deposition today?

A    No.

Q    Please provide any inaccuracies in the billing that you may discover to us in advance of trial.  We can provide that to Ms. Toledo.  What do you do for a living?

A    I am an environmental consultant, and I do primarily environmental risk assessments using modeling and scientific analyses.

Q    And what percentage of your income is earned from expert testimony?

A    Much less than 1%.

Q    What are your other sources of income?

A    I don't have any other source of income other than my

Page 20

job, so I get paid a salary.

Q    Okay.  Outside of a potential 401k, do you own any stock in Shell?

A    No.

Q    In any other oil company?

A    No.

Q    I will introduce the complete expert report of Dr. French-McCay as Exhibit 5.

(Whereupon, Exhibit 5, Complete Expert Report by Deborah French-McCay, is marked for identification.)

Q    I represent to you that this is your complete expert report, including all the appendices that was provided to us by Counsel in the course of this litigation and has not been altered. On the face page of this report, if you would open the binder it states, and I read, Privileged and Confidential.  Draft Oil Spill Modeling New Haven Terminal.  And under the title your name is listed Deborah French-McCay, PhD.  Is that correct?

A    Yes.

Q    So to start, please flip to Appendix L.  Your name is listed at the top of this appendix.  Is that correct?

A    That's correct.

Q    And this appendix is dated June 2025, is that correct?

A    Yes.

Page 21

Q    There is a number listed at the top above the date and it's 100-WTR-T-44525.  Is that correct?

A    Yes.

Q    That's the project number?

A    Correct.

Q    Is that right?  I represent to you that your CV was produced to us as Appendix L of your expert report and has not been altered.  Is your CV complete and accurate as presented to you today?

A    Yes.

Q    Any corrections that you would like to make today?

A    No.

Q    Do you have any other CVs?

A    I have shorter ones that I've used for various projects, but this one is my complete CV.

Q    So you do have.  Do you have other CVs for non testifying work?

A    Yes, usually.  For example, if I need to put a proposal together, there may be a page limit or people don't really want to read all these pages.  So I have various shorter versions, three page, five page, that kind of thing.

Q    Thank you.  Will you promise to let Carmen know or Ms. Toledo know if you have any updates to your CV before

Page 22

trial so that they can notify me?

A    Yes.

Q    Thank you.  Did anyone help you prepare your CV?

A    No.

Q    So listed here on the face page under Prepared By, there are -- there's your name and then there's a couple of people that you mentioned a little bit earlier.  And I'd like to go through each person listed here.  Let's start with.  Well, first of all, did these people listed here under Prepared By:  Yourself, Matthew Frediani, Jenna Ducharme, Mahmud Monim, Jeremy Fontenault, Nikitas Georgas, Emily Day, Nicholas Baccari, Dan Codiga and Matthew Murphy.  Did all of these people help prepare your CV?

A    No, this is just a title page.  I copied from the whole report to make Appendix L have a title page.  So I just didn't think to take those other names off that.  It really means the whole report.

Q    Okay.  And apologies if I said anyone's name incorrectly.  I know you all work with all of these people and I wouldn't want to mispronounce a name.  So starting with who is Matthew Frediani?  What is his occupation?

A    He works for me and others in my office.  He is a

Page 23

modeler and GIS specialist.  So what he does is run the models for me and others when we need something done.

Q    And he works for Tetra Tech, correct?

A    Yes, in my office.

Q    Is he an attorney?

A    Oh, no.

Q    Who is Jenna Ducharme?  I hope I'm saying her name correctly.

A    Jenna Ducharme is a GIS specialist who works in my office.  And what she does is mapping.  So that's what GIS, Graphical Information System.  She's an expert in making maps.  So she was the lead in preparing the maps that I produced in my report.

Q    Who is Jeremy Fontenault?

A    Jeremy also works in my office.  He specializes in modeling oil on land.  And so he prepared the modeling that's in Appendix G and wrote the draft of that Appendix and worked with me on this.

Q    And who is Mahmud Monim?

A    Mahmoud Monim.  He is a hydrodynamic specialist.  MetOcean we call it.  Really, it's winds and currents.  So he prepared the data for me for the modeling, and he also prepared the tidal model that we use that's described in Appendix D.

Page 24

Q    What about Nikita's Georgas?  Georgas.

A    Dr. Georgas is a PhD in Physical Oceanography and in modeling.  So he works on hydrodynamic modeling, storm surge modeling and that sort of thing.  So I asked him to help me with reviewing some of the expert reports from CLF, such as Niarn and Horner.  And I asked him to help with looking at the reviewing the data from interval that we needed to get in a format that we could use to input to our model.  And he helped me write up the report.  Appendix C essentially is what he wrote, which pulled together all this information for me.

Q    And who is -- and who is Emily Day and her area of expertise, please?

A    Emily works in our office as well, and she did programming primarily and made the maps that are in Appendix A.  She's got a MetOcean background also so, so she plotted up what the currents looked like in each of these files that we were reviewing and did some of the statistical analyses that are in Appendix A.

Q    What about Nicholas Baccari?

A    Nicholas works for Matthew Frediani and he helped with running the model cases and summarizing the data in tables, making figures, that sort of thing.

Page 25

Q    Okay, what about Dan Codiga?

A    Dan helped Nikitas Georgas with looking up some of the information that he needed to help him with summarizing the physical data.

Q    Okay, and lastly, what about Matthew Murphy?  What is his area of expertise?

A    He's an ocean engineer and he does programming.  So we had him help with reviewing some of the programming and making sure we were reading the data improperly when we were using the Integral data.

Q    Okay.  So turning to page one of your CV, you are employed by the RPS Ocean Science Office of Tetra Tech, correct?

A    That's correct.

Q    Okay.  And if I call it RPS, will you understand what I mean?

A    Yes.

Q    You started working for RPS in 1984, is that right?

A    I started working for Applied Science Associates in 1984.  Applied Science Associates was purchased by RPS in 2011, and then RPS was purchased.  Sorry, did I just say ASA?  Applied Science Associates was purchased by RPS in 2011, and then Tetra Tech purchased RPS in 2023.  So I've been with the same company, but it's now owned

Page 26

by Tetra Tech.

Q    Okay.  What are your primary responsibilities as senior principal scientist for RPS?

A    Two things: I manage our models, the development of our models, the oil spill model and the chemical spill models, including SIMAP that I used for this project. And I also am the lead in doing environmental risk assessments and that actually would also.  I'm also the lead in doing natural resource damage assessment support.  I've done a lot of that work over the years, primarily for the US Federal Government and occasionally for states in the United States.

Q    According to your CV, you have several areas of expertise listed.  You were hired in this case because of your expertise in operational and accidental spill discharge, fate and effects modeling, is that right?

A    Yes.

Q    Can you point to any of the other bulleted areas of your expertise applicable to this case?

A    Well, under my areas of expertise, under that list there, the model development of SIMAP.  The second bullet says operational and accidental spill discharge, fate and effects modeling.  Environmental risk assessments related to oil and hazardous substance

Page 27

releases, which is applicable.  That's what I do and did for this case.  NRDA is really for suits against responsible parties that have already spilled something or released some material.  So that's really tangential to this.  I do oil and chemical trajectory, that should say fate, not Tate fate, exposure, toxicity and injury quantification modeling.  So I did the oil trajectory, fate and exposure modeling for this case.  When I do natural resource damage assessments.  I've also worked on planning, restoration and scaling how much would be required in compensation for some kind of pollution, which is not applicable here.  My background in university training was in zoology and, and so I've also done modeling of fish and invertebrates primarily, but also wildlife populations and biological effects. My PhD thesis was on ecological modeling, actually plankton, so I also have done that over the years, but I didn't do anything of that sort for this particular project.  I also work on risk of assessments for liquefied $CO_2$ releases.  That's related to carbon sequestration problems.  And I work on ammonia spills, which is an alternative fuel that's being considered. And so I have quite a few projects related to that. I've done permitting and regulatory support over many

Page 28

years.

Q    Right, but related to this case specifically, just the first two areas of expertise primarily, is that right?

A    I would say the first three.

Q    The first three.  Okay.

A    Let's see.  One, two, three.  The fifth one part of that.

Q    Okay.

A    And of course, expert testimony.

Q    Of course.  Thank you.  You have been a spill model developer since the late 90s, is that accurate?

A    Since 1984.

Q    You're not a tank expert, correct?

A    No.

Q    You're not a storm water management expert, correct?

A    No.

Q    You're not a climate scientist?  Correct?

A    I'm not a climate scientist.

Q    You're not a meteorologist?

A    Correct.

Q    You're not a geologist?

A    Correct.

Q    You're not a coastal engineer?

A    No.

Page 29

Q    You're not a licensed engineer of any kind? Correct?

A    Correct.

Q    You have not prepared a stormwater management pollution prevention plan, in other words, a SWPPP.  Correct?

A    That's correct.

Q    You're not a flood expert, right?

A    No.

Q    You've never operated a bulk petroleum terminal, correct?

A    No.

Q    You're not a toxicologist, Correct.

A    I -- I actually am an expert in oil toxicology.

Q    And I believe you just mentioned this, but according to your CV, you.  You have your PhD in oceanography from the University of Rhode Island as of 1984, is that right?  That's correct.  And that's around the time that you started working for Applied Science Associates or ASA, is that right?

A    That's correct.

Q    And we've already been over, I believe, that Applied Science Associates was acquired by RPS in October of 2011, is that correct?

A    That is correct.

Q    And you obtained your undergraduate degree in zoology

Page 30

from Rutgers College in 1974, is that correct?

A    Correct.

Q    Do you have any other degrees?

A    Just high school.

Q    First step.  Did you meet with defense Counsel to prepare for your deposition today?

A    This morning and yesterday?  Yes.

Q    And then just to be clear, I wasn't asking any -- for any privileged or confidential communications, who did you meet with?

A    Ms. Toledo.

Q    And how many times did you meet with Ms. Toledo?

A    Well, in person, just yesterday and today.

Q    Okay.  But any other times to prepare for the deposition?

A    On webinars?

Q    On webinars, yeah.  And for how many hours approximately?

A    I couldn't tell you off the top of my head.  I noted it in my time sheets when I had a meeting that day, and it was typically an hour.

Q    Okay.  And for how many days approximately, do you think you had webinars?

A    10 to 20.  I don't know.  I can't remember.

Page 31

Q    And we've been over this a little bit because we talked
about the materials considered and the materials, the
additional materials.  But what -- what documents did
you review to prepare for your deposition today?
Anything outside of what we've already been over in the
additional materials considered or the materials
considered?

A    Not that I'm thinking of it, no.

Q    Okay.  Did you bring any documents or materials with
you to your deposition today?

A    No.

Q    Under the Tetra Tech project experience on your CV, it
states that you are right there on the first bullet.
Okay.  And I'll read it was: you are a project manager
and model developer for ASA.  So that's Applied Science
Associates, Spill Fates and Biological Effects Model
systems.  And those include SIMAP for oil spills and
SIMAP for chemical spills.  These models are used for
impact and risk assessment as well as natural resource
damage assessment.  And in brackets, it says internal
research and development, multiple clients, 1992 to
present.  Did I read that correctly?

A    Yes.

Q    SIMAP stands for Spill Impact Model Application

Page 32

Package, correct?

A    That's correct.

Q    SIMAP was developed in the 90's following the Exxon Valdez oil spill of March of 24th of 1989, is that right?

A    Under that name, yes.

Q    And SIMAP was put together by a number of researchers from the University of Rhode Island's Graduate School of Oceanography, including you, correct?

A    No.  SIMAP was put together by ASA under my direction.

Q    Okay.  SIMAP is a system designed to simulate the fates and effects of spilled oils and fuels, right?

A    Yes.

Q    SIMAP can help evaluate the effectiveness of spill response activities, right?

A    Yes.

Q    SIMAP can also help evaluate the probabilities of the resulting impacts of a spill, correct?

A    Yes.

Q    Can you provide a short description of spill fates?

A    So what spill fate means really is calculating how the oil will move in the environment.  So it would include things like evaporation.  First of all, oils are a mixture of chemicals, so some of the oil will

Page 33

evaporate, but not all of it.  Depending on the oil type, the model calculates how much will evaporate and what rate, and it does it by portions of the oil, which we call pseudo components.  Also how much will dissolve, how much will degrade by biodegradation and also by photodegradation, which is UV light affecting it.  How much of the.  The oil will -- the word is partition, but will absorb particulate matter in the water and settle down to the bottom.  And it also calculates transport by using current data and wind data that's read into the model.  So it's calculating where all these materials will move in space and time.  It also does some weathering calculations, such as if an oil emulsifies which means water getting entrained into the oil itself and making a mousse.  It will calculate that.  That's not applicable for this particular study, but in other studies we do that.  So that's in the model.  And then the model will calculate ultimately where all these various oil components will go in the environment and at what concentrations.

Q   So what is meant by biological effects?  Can you provide a short description of what biological effects are?

A   That's evaluating what the exposure of organisms would

Page 34

be based on the transport and fate of the oil and then for how long those exposures would occur, what the toxicological effects would be to the organisms.  Or it might be smothering effects for certain oils and then the implications of that to the populations of the organisms.

Q    And SIMAP has a physical fates model, correct?

A    Yes.

Q    And that estimates the distribution of oil on the water surface, on shorelines, in the water column and in sediments, is that right?

A    Yes.

Q    SIMAP also has a biological effects model that estimates the acute toxic response of marine biota to oil, right?

A    Yes.

Q    Is the biological effects model also known as an injury quantification tool?

A    Yes.

Q    What is the meaning of marine biota?

A    Any organisms that live in the marine environment.

Q    So it could be fish, shellfish, eggs, larvae and birds potentially, right?

A    That's correct.

Page 35

Q    The success of a model simulation depends on the
accuracy of the input data.  Is that right?

          MS. TOLEDO:  Object to form.

A    Yes.  The model results are subject to the accuracy of
the inputs.

Q    The most important input data in determining the
accuracy of the results from SIMAP are winds, currents
and biological abundances of the most affected species.
Is that correct?

          MS. TOLEDO:  Objection.  Incomplete.

A    Yes.

Q    The most important data in determining the accuracy of
the results from SIMAP.  Are wins correct?

          MS. TOLEDO:  Object to form.

A    It really depends on what the question is.  So
depending on the situation and the question and what
the analysis is about, different things, things can be
more important than others as far as the inputs.  So
there's no general statement like that could be made.

Q    Okay.  You would agree that the goal of an oil spill
response is to minimize biological and other impacts.
Correct.

          MS. TOLEDO:  Object to form.

A    The goal of a spill response is to control what's going

Page 36

on.  In other words, stop the response primarily.
Sorry, stop the release if it's an ongoing release, and
to do as much to mitigate what's occurring, which
includes environmental impacts, but also includes
impacts on humans, responders and social uses of the
environment and so on.

Q    And SIMAP is used to objectively assess the impact of
various response scenarios, is that right?

          MS. TOLEDO:  Object to form.

A    We have used, and I have used SIMAP to do those kinds
of analyses yes.

Q    You would agree with me that for a model like SIMAP to
be useful and must be developed, tested and validated.
Correct?

          MS. TOLEDO:  Object to form.

A    I would agree that it's important to validate models.
Spent my career working on that.  Actually.

Q    Both the SIMAP physical fates and biological models
have been validated, correct?

A    Yes.

Q    Can you describe what validated means?

A    Validated means to run a model for some analysis and
then compare it to data that's independent of the input
data.  So it's a check that it actually is accurate.

Page 37

So I've done that with a number of different spill cases to check the model is working appropriately.

Q   Has SIMAP been validated against any oil spills that have occurred in the New Haven Harbor?

A   No, and I'm not aware of any spills there that would have such data.

Q   SIMAP is a proprietary model, is that correct?

A   Yes.

Q   And that means that access to SIMAP is not publicly available, Is that correct?

A   That's correct.

Q   Could a person Pay to use SIMAP?

A   A person or company can pay to use what we call Oil Map, which is a simplified version of SIMAP.  It's the same model, but we simplify it because it's easier for people to use a simpler model to run than a very complicated model that is SIMAP.  So we send -- sell licenses to what we call Oil Map and people can -- we have a lot of clients all over the world that use that model.

Q   And who ultimately makes the decision on whether or not to sell a license to the more simplified version of SIMAP?

MS. TOLEDO:  Object to form.

Page 38

A    My office.  People in my office.  And be consulted if it's.  We don't license the SIMAP primarily because it's difficult to support.  It's so technical and people might come up with the wrong answer because they don't understand what they're doing.  But there are other people in my office who license Oil Map and they don't have to ask me every time they do that.

Q    Would part of the process, if someone did want to license SIMAP, the very complicated entire not Oil Map, what you just were talking about, the simplified version, would you likely have to run a conflicts check or something like that first?

A    For licensing of Oil Map, we know well we always run a conflicts check on any client just to make sure there's no conflict of interest.  But generally when someone's licensing Oil Map, we're just giving them software.  I don't personally manage those, but the people who do will give them training.  This is how you run it.  Here's the manual, that kind of thing but usually whoever has licensed it, it's up to them how they run it and what they do.  We don't watch over everything they do.

Q    Sure.  And with SIMAP, would it be the same process or a different process?  Would you have to weigh in on

Page 39

that?

A    If we licensed it, we would need to do that 20 or 30 years ago.  We had licensed it and it was just a burden to manage it.  But yeah, we would make sure they know how to run it, support them with questions and that sort of thing.

Q    Due to its complexity, do you know anyone outside of RPS that can run the SIMAP model with accuracy?

A    No.

Q    Is there any type of organization that comes to mind that you would foresee a conflict of interest with?  How do you make that decision?

               MS. TOLEDO:  Object to form.

A    If, if it's some kind of litigation case or potentially going to be litigation or anything like that, we make sure we're not working on both sides.  And so we always check.  And nowadays we check within all of Tetra Tech.  In the past it would be, you know, when we were saying, we were one office and RPS.  So anyway, it gets more complicated, but that's what we do.  We have a system for that at Tetra Tech.

Q    Thank you.  I'm going to introduce as Exhibit 6 an article called the Validation and Use of Spill Impact Modeling for Impact Assessment.

Page 40

(Whereupon, Exhibit 6, Validation and Use of Spill
Impact Modeling for Impact Assessments, is marked for
identification.)

Q   Did I read the title of this article correctly?

A   Yes.

Q   You are an author of this article, correct?

A   Yes.

Q   Your name is listed at the top with the last name
French, right?

A   That's correct.

Q   Okay.  Henry M. Rines is listed as also as an author,
correct?

A   Correct.

Q   Who is he?

A   He used to work for me at ASA.  This article, I think
is 1987.  97.  97, yeah.

Q   Did you present this article at the 1997 International
Oil Spill Conference?

A   Yes.

Q   Did you happen to use a power point presentation at the
conference?

A   Yes.

Q   Okay.  Has that power point presentation been provided
to Counsel?

Page 41

A    No.

Q    And this article is about the validation of SIMAP, is that right?  On page 830, the page numbers in the top left-hand corner, there's a table call table one and it's titled Spills Evaluated for Validation of the Model.  Is that right?

A    Yes.

Q    The table lists multiple spills, their location, date, oil type and amount, correct?

A    That's correct.

Q    Did any of these spills, to your knowledge, occur during a hurricane?

A    The Argo Merchant occurred in the Northeaster, so that was a huge storm.  None of the others are hurricanes I think, but let me check.  None of the other ones are vortex.

Q    Okay.  And did any of these occur due to flooding or storm surge?

A    I don't remember the exact particulars of the Exxon Bayway.  But got that was in the Arthur Kill.  I think there might have been some storm involved or at least flooding.  It's in the wetland area there.  Mega Borg was I think a storm in the Gulf of Mexico.  I don't remember the specifics.  I'd have to go back and look.

Page 42

But under flooding, Shell Oil complex in Martinez.  I think that might have been some flooding in San Francisco Bay.  That was the issue there.

Q    Okay.  And can you describe in general how you validated SIMAP related to these spills?

A    What we did was collected whatever data was available for the spills, observational information about where the oil moved, primarily in what concentration, where, at what times.  And we ran the model and then made a comparison with the data.

Q    How did you collect the data?

A    By reviewing public documents that were available literature, technical reports.

Q    Were there.  Would that have involved flights over the spill to look at?

A    In some cases, yes.

Q    Okay, let's go back to your expert report and we're going to go to the beginning of the report.  See page 4, please.  Under the second paragraph, under Summary of Basis of Opinions, it says, in the second paragraph, it says the oil spill model I used for the analysis has been developed over the past four decades, utilized for hundreds of oil spill risk assessments, employed for scores of oil spill natural resource damage

Page 43

assessments, vetted by US and international governments, and has been validated with data from greater than 20 large oil spills. Did I read that correctly?

A    Yes.

Q    When you say that SIMAP has been validated on greater than 20 large oil spills, are you referring to the spills listed in Table 1 of Exhibit 6, your validation article that we just looked.

A    Those are included, but there were many more than that.

Q    And when you say there were many more spills that were used to validate SIMAP, do some of those spills include the North Cape and the Deepwater Horizons spills?

A    Yes.

Q    You personally, did you personally perform the validation of SIMAP for the North Cape spill?

A    I personally did.

Q    On page 5 of your expert report, the second paragraph, it says that SIMAP was used for injury quantification in the North Cape oil spill, Is that correct?

A    That's correct.

Q    And this is referring to SIMAP's biological effects model. Right.

A    As well as the transport fate model.

Page 44

Q    Right.  Because SIMAP was also used to model the oil
fate and behavior for the North Cape spill.  Correct.
How precise was SIMAP's modeling of the North Cape
spill?

A    Well, I quantified that and described it in my 2003
publication, the Marine Pollution Bulletin.  I was an
expert for NOAA, the government trustee.  I have a
technical.  I wrote a technical report at the time and
then I published that paper that described it.  So I
compared the model results to measurements of PAH's in
the water column, and I also compared it to the bird
counts, dead bird counts that were quantified for that
spill, and to the lobster quantification that was done
based on field data.

Q    And so it was -- how precise was it doing this?

A    Off the top of my head, I think.  For example, the
lobster estimate from the field Data was about 9
million lobsters killed, and my model prediction was
8.3 million.  I believe that was the number.  I don't
remember the exact numbers for the birds, but it was in
the right range.  I also compared from the physical
fate and exposure part of the modeling, I compared to
the measurements in the water column, which were, I
think about the sixth day after the spill.  And I

Page 45

compared my predicted concentrations in the water to concentrations measured in a lab then and for about 10 days after the spill.  And I also compared concentrations I predicted in the sediments to the measurements that were taken from the sediments.  Okay.

Q    Have you ever used SIMAP to model oil fate under hurricane conditions.

A    Besides this project?

Q    Besides this project.

A    Yes.  As part of environmental risk assessments, where the question has been what would occur if there were a spill at any time?  And also specifically, I had a big project that I did with the state of Louisiana to evaluate the potential impacts and injury quantification for spills that occurred under Rita and Katrina, both hurricanes.  So I spent quite a few years working on that.

Q    Okay.  And has.  Have you ever used SIMAP to model oil fate under storm surge conditions besides this case?

A    Yes.  Yes.  For Katrina and for Rita particularly.

Q    And those are.  Those results are likely published in one of your articles, correct?

A    No.  I was working for the state of Louisiana on their cases against the responsible parties.  And so it's all

Page 46

privileged information.

Q    Okay.  For the New Haven Terminal, you used
     hydrodynamic model data for larger storms for input
     into SIMAP oil spill model, Correct.

A    Just repeat that one more time.  Sure.

Q    You used hydrodynamic model data for larger storms for
     input into the SIMAP oil spill model.  The hydrodynamic
     model data that you used as input for the SIMAP model
     was prepared by the company called Integral, is that
     right?

A    Yes.

Q    And Integral used Delft3D FM computer model, right?

A    Yes.

Q    What is your understanding of what Delft3D FM does in
     the context of your work?

A    It's a hydrodynamic model that calculates the movement
     of the world water in space and time and the height of
     the water based on what's called forcing or inputs,
     such as at the boundaries of the domain of a model, you
     force it with the height of the water over time and
     then it calculates, based on physics, how the water
     moves, how high the water will get and then how it
     recedes.

Q    Have you ever personally run the Delft3D FM model

Page 47

before?

A    No.

Q    Have you ever used the Delft3D FM model output as input for SIMAP model runs before?

A    No.  I don't think.  I don't remember off the top of my head doing that.

Q    Does anyone at your company run the Delft3D FM model?

A    Yes.

Q    Okay.  Who?

A    Nikitas Georgas, Emily Day and Mahmoud.

Q    Okay.  Is it correct that Integral's Delft3D model output became the input for your SIMAP oil spill modeling?

MS. TOLEDO:  Object to form, incomplete hypothetical.

A    The storm models that Integral ran from Delft3D were used.  I use those as input to my modeling.  Yes.

Q    Was it your decision for Integral to use the Delft3D model?

MS. TOLEDO:  Object to form.  And I'll instruct not to answer it to the extent that you're asking for communications with Counsel.

A    No, I didn't tell them to run it.

Q    Okay.  So whose decision was it to use this particular

Page 48

model?

A    Theirs.

Q    Whose decision was it to contact Integral for use of this particular data?

              MS. TOLEDO:  Object to form.  Again, object to the extent it calls for communications with Counsel.

   BY MS. JACKS:

Q    Right.  And I'm not asking for any communications.  I'm just asking whose decision was it to involve Integral in this project?

              MS. TOLEDO:  Same objection.

A    It was my decision to ask for.  We needed hydrodynamics.  So I was discussing has anyone done hydrodynamics?  And when I was aware that they had done that, I asked for the data.

Q    Okay.  Did you instruct Integral on how to set up the Delft3D model?

A    No.

              MS. TOLEDO:  Object to form, communications with the experts -- between the experts are by agreement, not discoverable.

   BY MS. JACKS:

Q    Can we agree for the rest of the deposition to use the

Page 49

term Integral model for the Delft3D modeling that Integral performed?

A    Yes.

Q    Were you involved in the setup of the Integral model?

A    No.

Q    Did you decide what data would be used as input into the Integral model?

A    No.

Q    Were you involved in selecting the data that would be used as input in the Integral model.

              MS. TOLEDO:  Object to form.  Ask and answered.

A    No.

Q    Did you independently review the data that Integral used as input?

A    Yes.

Q    How did you do that?

A    I asked for Nikita Georgas help and also Emily Day to plot up what the data was.  First I asked the files and I received the same files you received these binary files, computer files.  So I needed help in reading all that data and making figures, so I asked for help to plot it all up, to look at the results, to look at the inputs.  And we did a review of all of the inputs and

Page 50

the outputs.

Q    Okay.

A    At some point, it would be helpful to have a break.

Q    Yeah.  We've been going on for about hour and 18 minutes at this point.  Let's.  Let's take a break, please.

THE VIDEOGRAPHER: The time is 11:18.  We are off the record.  Thank you.

(Whereupon, the parties go off the record.)

THE VIDEOGRAPHER:  The time is 11:29 am and we are back on the record.

(Whereupon, the parties go on the record.)

BY MS. JACKS:

Q    Okay, let's turn to a Appendix C, please, of the expert report.  And turn to page eight, please.  And let's take a look at Figure 8.5.  Is everybody there?

A    Yes.

MS. TOLEDO:  Yes.

BY MS. JACKS:

Q    The figure 8.5 says it shows flooding extent in the Integral storm models.  100 year is in green versus 500 years in purple.  The gray areas are dry and are shown at the model mesh resolution which decreases away from the site.  Did I read that correctly?

Page 51

A    Yes.

Q    This is the map that you have in your report that shows the extent of the flooding at the New Haven Terminal under both the 100 year and the 500 year storms, is that right?

A    Yes.

Q    And under both the hundred year and the 500 year storms, the New Haven Terminals three containment areas are completely inundated at peak storm surge.  Is that right?

         MS. TOLEDO:  Object to form.

A    There's flooding in the area green for the 100 year, which is pretty much yes.  It's throughout the whole containment area at some level.  And then there's the purple goes outside that a little bit farther out.

         Q    So is it fair to say then that under the hundred year storm the surge.  Storm surge reaches the tanks?

         MS. TOLEDO:  Object to form.

A    Under this hundred year storm, yes.  That Integral model, the water reaches the locations of the tank of the tanks.

Q    So under both of the hundred year and five hundred year storms, the containment areas are completely inundated

Page 52

so that the flood and harbor waters would mix.  Is that right?

                MS. TOLEDO:  Object to form. Incomplete hypothetical.

A    The storm surge water reaches that area.  That doesn't infer that they would be mixing all the way across to the harbor.  It's just that the flood came in around the area of the tanks.

Q    But the water is coming from the harbor, right?  In a storm surge?

A    Yes.

                MS. TOLEDO:  Object to form.

  BY MS. JACKS:

Q    On page 18 of your main report.  The main section of your report.  And let's go to that.  Are you there?

A    Yes.

Q    It says the model output.  So I'm in the.  After the Table 2.1 2-1 and after Table 2-2.  I'm in the first paragraph and I'm going to the last.  The next to last sentence of the bottom of that paragraph starting with thus.  Are we there?

A    Yes.

Q    Thus, the model output data for this Baird 500 year storm was requested via KS Law and became available to

Page 53

me on June 14, 2025 after I had performed the analyses utilizing the Integral storms as input to SIMAP oil spill model.  While I and my ROS team reviewed these data, there was not sufficient time to extract needed information and perform oil spill modeling with these data before completing this report.  Did I read that correctly?

A    Yes.

Q    So it basically says that you requested the Baird 500 Year Storm model data from King and Spalding.  Is that right?

MS. TOLEDO:  Object to form.

A    I requested it via them.

Q    But you didn't receive it in time to put it into SIMAP.

A    Correct.

Q    Okay.  Going to page four of your main report.  Under the paragraph titled Summary of Basis of Opinions.  It says that I performed oil spill modeling.  Assuming a maximum credible discharge, MCD, 179-342,000 gallons of oil -- of oil would potentially occur at the New Haven Terminal during an extreme storm surge.  However, such events would be extremely improbable because the storm's intensity at New Haven would need to be extreme enough such that a surge would reach the tanks at the

Page 54

terminal.  The tanks of the facility are designed to withstand storm surge and extreme winds and I'll stop there.  Did I read that partial paragraph?  Did I read the paragraph?  The part of the paragraph that I read.  Did I read it correctly?

A   Yes.

Q   Okay.  We just talked about how under a hundred year storm surge event, the surge reaches the tanks in Figure 8-5.  Is that right?

MS. TOLEDO:  Objection to form.

A   Figure 8.

Q   Yeah.  So that's back on Appendix C.

A   Yes.  So could you just repeat what you said?

Q   Sure.  So under the hundred year storm event, storm surge reaches the tanks.  Right.  As depicted in Figure 8 5, objective.

A   Form in this Integral simulation.  Yes.  The water from the storm surge reaches the vicinity of the tanks.  Surrounds the tanks.

Q   You referenced Dr. Etkin's report for the calculation of maximum credible discharge or MCD, correct?

A   Correct.

Q   Let's go to page 23 of your main expert report.  And when you get there, it should say 2.4 scenario

Page 55

specifications 2.4.1 spill likelihood and potential volumes. Are you there?

A   Yes, I am.

Q   Let's go to the last paragraph. And it says, even hypothesizing that an oil spill would occur, the spilled volume would most likely be of a portion of the contents of one tank in Etkin 2025. Etkin 2025 has estimated potential discharge volumes from the New Haven Terminal for each of the several oil types. She accounted for the volumes of various oil types handled by the New Haven Terminal, the maximum volume of each oil type in any tank, and the facility's storm preparation plan, which is to balance the volumes in the tank. Did I read that part correctly?

A   Yes.

Q   Maximum credible discharge is different from worst case discharge in terms of volume, right?

                MS. TOLEDO:  Object to form.

A   Yes.

Q   What is the difference?

A   A worst case discharge is defined in the regulation, in this case by EPA regulations of what is needed to be planned for in terms of response to an oil spill. And so EPA has defined that in their regs. And so what Dr.

Page 56

Etkin did was to calculate the appropriate volume. That is a worst case discharge.  A maximum credible discharge, which I coined that word just to make it less confusing than worse credible Discharge.  Because the acronym is the same.  So a maximum credible discharge is the concept is for a risk assessment.  One is trying to evaluate what is the worst that could happen, could be credible, as opposed to a hypothetical theoretical thing that it couldn't happen.  So it's not a planning thing.  It's really to estimate what is the worst that could happen, what's credible.

Q    Okay.  And you relied on, on these, the numbers from Dr. Etkin's report, is that right?

A    Yes.  Okay.

Q    Okay.  I'd like to introduce as Exhibit 7, Dr. Dagmar Schmidt Etkin's Expert Report.

(Whereupon, Exhibit 7, Dr. Dagmar Schmidt Etkin: Expert Report, is marked for identification.)

Q    So on the face page of this report, the title page, it says expert Report.  And moving down, it says prepared by Dagmar Schmidt Etkin, PhD.  And the date is June 23, 2025, is that correct?

A    Yes.

Q    And I represent to you that this is Dr. Etkin's expert

Page 57

report.  And it is complete and it has not been altered.  Let's go to page 30 of the expert report, please.  And on this page, Dr. Etkin discusses the worst case discharge volumes for modeling as related to the New Haven Terminal.  Is that correct?

A    No.  She estimated the credible worst case discharge. So WCD means worst credible in this case.

Q    Okay.

A    She called it credible worst case discharge.

Q    And in the middle of this, under Table 16, there's the second paragraph where it says, in my opinion.  So that's.  In Dr. Etkin's opinion.  These volumes are credible in that they are based on the 50th and 95th fifth percentiles of volumes to which the 21 largest storage tanks at the facility would be filled under flooding and or storm surge conditions, while taking into account that even under the most extreme storm surge flooding conditions, only about 39% of the oil would flow out of the tanks.  Did I read that correctly?

A    Yes.

Q    Okay.  And so SIMAP simulations were run for each type of fuel at the New Haven Terminal under worst case discharge.  Is that right?

Page 58

A    No, they were run for worst credible.

Q    Worst credible, worst case.

A    Why?  That's why I called it maximum credible discharge.

Q    And.  Okay, that's what was my next question.  Okay, so let's go back to your expert report, please.  And let's go to table.  Let's go to page 24, please, of the main report.  Are we there?

A    Yes.

Q    So this table shows the oil type and the worst credible discharge in parenthesis, also known as the maximum credible discharge, or MCD.  And then the worst case discharge for each of the four oil types handled at the New Haven Terminal and in this country from Etkin's Report.  Is that correct?

         MS. TOLEDO:  Object to form.

A    These are the numbers that came from Etkin's Report.

Q    Okay, let's go to Your report.  Expert report, paragraph four, please.  Your expert report, paragraph four.  Yeah, we're going to stay with your report. Page four, please.  So you say here that I performed oil spill modeling, assuming a maximum credible discharge, which I read previously, of 179,000 gallons of oil.  179,000 through 342,000 gallons.  Gallons of

Page 59

oil that would potentially occur at a New Haven
Terminal.  And so in your opinion, it would be
extremely improbable for there to be an extreme enough
surge that would reach the tanks at the terminal, is
that right?

MS. TOLEDO:  Object to form.

A    It's only part of the improbability of the spill.

Q    Okay.  And so the tanks at the facility are designed to
withstand storm surge conditions and extreme winds, is
that right?

A    Yes.

Q    Okay.  And that is information that was taken from the
Bales and Pace experts report that you.  Did you rely
on the Bails and Pace expert report for any information
concerning the tanks?

A    I didn't have a copy of their report when I prepared my
report.

Q    Okay.

A    I just knew that the tank experts had evaluated the
tank and represented that they were designed for this.

Q    Okay.  Is it fair to say that many of the petroleum
terminals like the New Haven Terminal have above ground
storage tanks or AST's.

MS. TOLEDO:  Object to form, incomplete

Page 60

hypothetical, lack of foundation.

A    I'm aware there are facilities that have above ground tanks.  Storage tanks, yes.

Q    Does the New Haven Terminal have above ground storage tanks?

A    Yes.

Q    And throughout your career, have you observed your fair share of oil spills?

A    Yes.

Q    Including oil spills at coastal facilities?

A    Yes.

Q    And you've observed oil spills at coastal facilities in the aftermath of severe weather like hurricanes, correct?

A    Yes.

Q    Have you ever seen more than one tank fail under extreme weather conditions?

A    I have not focused on counting tanks specifically, but I did do a lot of evaluation of what happened with the whole variant.  There were thousands of the spills actually during Katrina and Rita.  I did do a review of all these spills to try to work out exactly what did happen because the information is really difficult to compile because of course, no one was looking at the

Page 61

time hurricane was going through.  So we did a big study reviewing all the data, trying to sort it out into just exactly how much was in the tank and how much came out and so on.  A lot of unknowns about that.  So I have a lot of experience with that.

Q    Right.  And to your recollection, had more than one tank failed?

A    At some facilities there?  You know, Dr. Michel does cite a few places where there were spills from more than one tank.  Whether they failed, I'm not sure.  I'd have to go back and look at the particulars of those particular tanks.  Some of them did not.  Some of it was just they got flooded, water came up underneath and oil came out.  A lot of different stories that happened during those hurricanes.

Q    Okay.  Okay.  I'd like to introduce an article called Development and Application of Damage Assessment Modeling.  This will be Exhibit 8.

(Whereupon, Exhibit 8, Development and Application of Damage Assessment Modeling:  Example Assessment For the North Cape Oil Spill, is marked for identification)

Q    Okay, so I'll read that.  The title of this is Development and Application of Damage Assessment

Page 62

Modeling Example Assessment for the North Cape Oil spill.  Did I read that correctly?

A   Yes.

Q   Okay.  This is published by Marine Pollution Bulletin in the top right hand corner, is that right?

A   That's correct.

Q   Okay.  And the date of this ringing Pollution Bulletin 47.  The date of this was published in 2003, is that right?

A   Correct.

Q   Okay.  And your name is at the top, is that right?

A   Correct.

Q   I represent to you that this is the article that I obtained online and it has not been altered.  The last paragraph in the bottom right hand corner says that the present paper is focused on the oil fates and effects model SIMAP and its use for injury quantification for oil spills under OPA.  Did I read that correctly?

A   Yeah.

Q   OPA stands for Oil Pollution Act of 1990.  Is that correct?

A   Yes.

Q   Reading on the largest oil spill assessment performed to date under the OPA rule that for the North Cape oil

Page 63

spill that occurred in Rhode Island during an intense winter storm will be used to illustrate the use of modeling in the NRDA framework.  Did I read that correctly?

A    Yes.

Q    And NRDA stands for National Resource Damage Assessment.  Is that correct?

A    It stands for Natural Resource Damage Assessment.

Q    Natural.  Thank you.  In the North Cape spill, 828,000 gallons of oil was released into the surf zone on the south coast of Rhode Island during a winter storm.  Is that correct?

A    Yes.

Q    On page 349.  Let's get there.  In the top left hand corner, under three, it says.  Let's see here.  I'm sorry, page 346.  Under three, it says application to the North Cape oil spill.  Is that right?

A    Yes.

Q    The type of oil that was spilled by the North Cape barge was home here heating oil and number two fuel.  Is that correct?

A    That's correct.

Q    The New Haven Terminal stores number two fuel.  Is that correct?

Page 64

A    Yes.

Q    Most, and you say most of the oil was mixed into the water column by the heavy surf, resulting in high concentrations of PAH's in the shallow water near the beach.  Surface oil was primarily in the form of sheens produced by resurfacing of oil after the winds and waves died down following the storm.  Did I read that correctly?

A    You read that correctly.

Q    So let's refer to page 14 of your expert report.  Okay.  And we're going to look under 2.2.1 thresholds of concern.  And in the second paragraph towards the end, it says if light fuels such as those stored at the terminal are spilled into water under turbulent conditions, such as during a storm, most of the oil would be entrained in the water column, as was observed during the North Cape oil spill in Rhode Island in January 1996 during a winter storm.  French-McCay, 2003.  Did I read that correctly?

A    Yes.

Q    Okay, so if New Haven Terminals.  If the New Haven Terminal spills oil into the New Haven harbor, is it possible that the entrained oil can resurface as sheen after the wind and waves have died down?

Page 65

MS. TOLEDO:  Object to form, Incomplete. Hypothetical.

A    No, because the New Haven Terminal cannot spill oil into the harbor.

Q    Okay.  Why did you use the North Cape barge spill in this case?

A    Why did I refer to it in this report?

Q    That's right.

A    Because it is a winter storm, a big storm, but it's a different situation.  So this situation of the North Cape was a barge in the ocean in Rhode Island Sound. They came ashore on an exposed beach, and so the oil was mixed directly into the.  Into the ocean.  Very different than the New Haven Terminal, which is inland by about a half a mile, where the only way for oil to get to the shore would be carried by water from a storm surge, as we modeled here.

Q    Okay.  Oil concentration thresholds of concern are used to calculate potential effects of the spill.  Is that right?

MS. TOLEDO:  Object to form.

A    Thresholds of concern are really, as it's described, a threshold above which one might be concerned.  They don't.  They're not used to calculate any kind of

Page 66

injury or impact.

Q    Okay, so depending on the threshold, are you able to determine what percentage of ocean species are protected under the threshold?

MS. TOLEDO:  Object to form.

A    Thresholds are used to screen.  So if concentrations don't exceed the threshold of concern for certain species sensitivities, for example, one can say, well, since the concentrations don't exceed, then there couldn't be an impact.  But you can't say it the other way around, that there is an impact if it does exceed the threshold.

Q    Okay, so let's switch back to your CV Appendix L of this report, please.  Okay, page one, the last bullet point, and I will read says, modeling assessments of marine releases of liquefied $CO_2$ and support analyses of potential environmental effects of carbon capture usage in storage.  CCUS modeled potential pipeline releases, storage leak and seeps in brackets.  Exxon Mobil from 2022 to present.  Did I read that correctly?

A    Yes.

Q    You model assessments of marine releases of liquefied $CO_2$ into marine environments, is that correct?

A    Yes.

Page 67

Q    What model do you use for that assessment?

A    We actually use several models.  We use something that's called, called TAMIC, which is a gas release type model that's been developed by Texas A and m University by Dr. Socolofsky.  And then we use our CHEMAC model to evaluate the transport and fate of the CO2 in the ocean.

Q    Okay.  And the CO2 is captured as part of the carbon capture uses and storage program, correct?

A    That's the concept, yes.  That's being developed globally.  It's being considered in many places, yes.

Q    Okay, and this is work that you're doing for Exxon Mobil presently,

A    Correct.

Q    Correct?  Since 2022, correct.  Okay.  CO2 is a byproduct of fossil fuel production, is that correct?

                    MS. TOLEDO:  Object to form.

A    Correct.  Yes, that's one byproduct.

Q    Exxon Mobil is a fossil fuel company, is that right?

A    They're an energy company.

Q    Do you model releases of CO2 into marine environments for any other companies besides Exxon Mobil?

A    I do not personally.  This is actually a research project that we're working on developing techniques in

Page 68

the model to be able to handle the problem and evaluate the risk.

Q    You would agree with me that carbon capture usage and storage is a climate change mitigation strategy.

MS. TOLEDO:  Object to form. Outside the scope.

A    It's being considered as a mitigation strategy?  Yes.

Q    If we refer to the top of page two of your CV, it says that modeling assessments of marine releases of alternative fuels, for example ammonia, biofuels in brackets, multiple clients, for example, Exxon Mobil, 2022 to present.  What type of model do you.  Do you use to give assessments of marine releases of alternative fuels?

A    So for the ammonia, we are presently working on evaluating what would happen if ammonia spilled into the ocean.  And we're using SIMAP for that?  That's one of my projects.  The other, the biofuels, we're using SIMAP to evaluate potential transport safety effects of biofuels.

Q    Okay.  And so those are examples of the alternative fuels that you're working on in this project.  Ammonia is one of those examples, is that right?

A    Yes.

Page 69

Q    Okay.  So you provide assessments of what happens to marine life if ammonia is released into the ocean, is that right?

A    Yes.

Q    And you do this work for Exxon Mobil presently, correct?

A    Among other clients.

Q    Okay.  Is Shell one of those other clients as depicted in your multiple clients?

A    My office is presently working on projects evaluating oil spills for Shell.  I'm not presently working on any of those particular projects.

Q    Okay.  And are any other oil companies involved in this project, the Alternative Fuel Assessment Project?

A    There's actually a number of projects there.  That was just an example.  So I, the project manager for a project for Exxon Mobil.  So that's just one of them.  And that's just a generic general statement about there's some other projects that other people in my office are working on.

Q    Okay.  The next project listed on your CV, page two, second bullet is assessment of oils and chemicals associated with offshore wind facilities and potential environmental impacts on the Atlantic outer continental

Page 70

shelf.  Perform chemical and oil inventory analysis and modeling of potential spills of oils and chemicals from offshore wind facilities.  In brackets, Bureau of Ocean Energy Management, BOEM, initial analysis 2012 through 2013 and updated analysis 2023 through 2025.  Did I read all of that correctly?

A    Yes.

Q    Okay.  And this is the study that you and Dr. Jacqueline Michel are working on together, is that right?

A    We did work on them together.  Both of those.  They're both completed?

Q    They're both completed.  And are these studies.  Are these studies published?

A    Yes.  The first 2012-2013 project has been out on the web.  It's published by the federal agency BOEM, the one that we just completed this spring.  I believe it's posted on their website.  I'm not sure, I haven't looked at it, but it's supposed be about now.

Q    Okay.  Right.  And further down, your CV says we're going to skip two bullet points and go to the.  Where it says evaluated model algorithms and implications of or oil emulsification on oil trajectory fate effects and effectiveness of response alternatives led

Page 71

scientists from seven laboratories and U.S. and Canadian federal government agencies in developing analysis protocols and evaluating results of comparative studies. Several publications resulted from these efforts. And in brackets, you have NOAA, the Bureau of Safety and Environmental Enforcement, BSEE, Environment and Climate Change Canada, ECCC, Chevron, Exxon, and the dates are 2021 through 2024. Did I read that correctly?

A    Yes.

Q    You did this work in part for the National Oceanic and Atmospheric Administration. In other words, NOAA, correct?

A    Yes.

Q    Do you consider NOAA to be a reputable agency?

A    Yes.

Q    You did this work in part for the Bureau of Safety and Environmental Enforcement, BSEE. Correct?

A    This work was actually funded in part by Environment and Climate Change Canada and a little bit by Exxon Mobil. And I managed the project under that funding, and Bessie participated, so I was actually managing the Bessie scientists who worked on this.

Q    Okay. And you do. You did this work in part for

Page 72

Chevron, is that correct?

A    No.

Q    No.

A    They just participated because they were interested in the project. They didn't really do much on this particular one.

Q    Okay.

A    There were. What this was about was NOAA. Originally, I worked with NOAA on identifying what important algorithms are involved in oil spill modeling. That needed more research. And we identified oil emulsification, which, by the way, doesn't really apply to. It doesn't apply to any of the oils we're talking about in this project. The terminal doesn't handle these oils. But for crude oils, it's very important to evaluate how they emulsify because that changes their transport and fate. So I wrote some papers with NOAA scientists originally about how we need to do better in developing the algorithms. And then Exxon Mobil actually had asked me, what. What do you think the research needs are for oil spill modeling? And I identified that. So they funded that. I would organize this group so I could really just pay for my time to organize workshops, get input from all these

Page 73

people.  And we involved seven different laboratories and the labs did experiments, and I managed all of this.  And so it resulted in a technical report to the government of Canada and several publications.

Q   Okay.  Are the publications from this study publicly available?

A   Yes, they're.  Yes, they're in AMOP proceedings, which.  So it's listed in my CV, all of those papers and the most recent one is in the International Roseville Conference proceedings of this past year.

Q   Okay.

A   2024.

Q   What percentage of industry clients does RPS Ocean Services, Office of Tetra Tech represent?

MS. TOLEDO:  Object to form.

A   What percent of industry clients?

Q   Yes.

A   I think what you're trying to ask is what percentage of our work is for industry clients?

Q   That's right, yeah.

A   About half.  I don't know this specific numbers.  It changes over time.  But we typically do about half of our work for government clients and about half for industry clients.

Page 74

Q    Great reading.  On down your CV where it starts.
Bioeconomic modeling for oil spills from tanker
freighter groundings on rock pinnacles in San Francisco
Bay.  Brackets, U.S.  Army Corps of Engineers, San
Francisco District, Department of the Army, 2001
through 2003.  Did I read that correctly?

A    Yes.

Q    Okay.  What is bioeconomic modeling?

A    What that means is doing an analysis of the fate and
exposure.  Transport fate and exposure.  In this case,
it was oil.  Evaluate potential biological impacts and
then also what economic implications that would infer.
And the purpose of this particular study was they were
looking at.  The Army Corps of Engineers was looking at
these rock pinnacles that are at the entrance of San
Francisco Bay.  And the question was, does it make
sense to remove those rock pinnacles to reduce the
likelihood of spills that might come from tanker
traffic going in and out of the bay?  And so our study
was to evaluate, well, what's the likely lines that
might spill. Talking about Etkin did that analysis, and
then I was the lead in modeling.  Okay, where would
the.  What's the fate and effects of the oil?  And then
actually, it was Dr. Etkin who did the analysis of the

Page 75

economic costs, what the response cost would be and other kinds of impacts economically so that the Core of Engineers could decide whether it made sense to do something with these mechanicals.

Q   And do you consider the U.S.  Army Corps of Engineers to be a reputable organization?

A   Yes.

Q   And you were just talking about working with Dr. Etkin. You know her personally, is that right?

A   Yes.

Q   She's a statistician, is that correct?

          MS. TOLEDO:  Object to form.

A   She is a PhD scientist and statistician.

Q   And we just looked at a very small portion of her expert report that she provided for Defendants in this case.  Is that right?

A   Yes.

Q   Dr. Michel is also listed in your CV.  Do you know her personally?

A   Yes.

Q   Is it fair to say that you consider Dr. Michel to be a reputable person within her field of expertise?

A   Yes.

Q   Would you work with Dr. Michel in the future?

Page 76

A    Yes.

Q    Have you ever worked with Dr. Richard R. Horner in your career?

A    No.

Q    I think you may have testified earlier that you have seen portions of his expert reports.  Is that right?

A    Yes.

Q    Okay.  Have you worked with Wendy Goldsmith in your career?

A    No.

Q    Did you review her expert reports?

A    Not in any detail, no.

Q    Have you worked with Robert Niarn before?

A    No.

Q    Did you review his expert reports?

A    I reviewed his initial expert report.

Q    Did you review which of the other Plaintiff's expert reports did you review.

A    Let me check this list here. I think it was just Horner and Baird. When I prepared my report.  I think that's it.  Just Horner and Baird.  Sorry.  Yeah, the Niarn report for Baird.

Q    Okay.  Thank you.  Did you select them or did Defendants Counsel?

Page 77

MS. TOLEDO:  Object to form.

A    Defendant's Counsel provided all of expert.  The reports that were submitted by CLF, and I just looked at the abstracts or summaries to determine which ones that were really relevant to me, and then I only focused on those two because the others were of other topics that are not what I was asked to evaluate or part of my expertise.

Q    Okay.  Which of Defendant's expert reports did you review?

A    The Niarn report.  I'm sorry, The Defendants.

Q    Defendants.

A    Okay.

Q    Did you --  I'll help.  Did you review Susan Parker Bodine's expert report?

A    No.

Q    Did you review Thomas Battle's expert report?

A    No.

Q    Did you review Doug Bail's expert report?

A    Are you asking these questions about when I was preparing my report?

Q    I'm just asking.

A    Or before today?

Q    I'm just asking in general, either in preparation of

Page 78

Your report or in preparation for today?  Just your general knowledge of their reports and whether you've reviewed them.

A    I didn't review any of the other Defendants reports before I submitted my report on June 23rd because I didn't have any of them.

Q    Okay.

A    And then after that Counsel, my Counsel provided reports by all of the Defendant.  Well, not all of them.  I just.  I think this.  I don't even know what the full list is, to be honest.

Q    Sure.

A    But I received a number of reports and I briefly reviewed.  Actually, did I review.  Well, I reviewed Emma Shell Morrison's, I reviewed Dr. Etkin's and I reviewed Dr. Jones' reports.  The others, so Bails and Pace I only very briefly looked at.  Because I'm not a structural engineer and I didn't really look at any of the other reports.

Q    Okay.  Thank you.  So according to your expert report, page eight.  This is the main report.  Looking at page eight, the very last paragraph, it says you have provided expert testimony in hearings and court proceedings regarding environmental risk and impact

Page 79

assessments.  Did I read that right?

A    Yes.

Q    Okay.  And in the previous four years you were engaged as an expert for Defendant, Shell International Trading and Shipping Company limited correct?

A    Yes.

Q    And Shell Nigeria Exploration and Production Company, is that right?

A    Yes.

Q    And you were hired as an expert by Shell or Shell's Counsel in that case, correct?

A    Yes.

Q    What were you hired to do?

A    I was hired to perform oil spill modeling of a spill that occurred off of Nigeria called the Bonga Oil spill.  To analyze where that oil could have moved and the plausibility of it going up a river where the Plaintiffs were claiming that there was exposure and impact.

Q    Okay.  Did you testify in court?

A    Yes.

Q    Were you paid by Defendants to provide that testimony?

              MS. TOLEDO:  Object to form.  Which Defendants?

Page 80

BY MS. JACKS:

Q    We just said on the record that the Defendants in this case were Shell International Trading and Shipping Company and Shell Nigeria Exploration and Production Company, is that right?  Right.

A    Yes.

Q    Were you paid by Shell International Trading and Shipping Company for your testimony in that case?

MS. TOLEDO:  Object to form.

A    My company, which at this time, this was RPS at the time, was paid for my time, so I was compensated through my normal salary.

Q    Okay.  Did you provide an expert report?

A    Yes.

Q    Do you happen to know the outcome of that case?

A    I couldn't tell you the specific legal explanation of it, but the court found that the claimants didn't have a claim.  Is the summary of it.

Q    According to your CV?  You also provided expert evidence in 2019 to the Federal Court of Australia on oil trajectory modeling related to a class action suit against PTTEP Australasia concerning the Montero oil spill of August to November 2009, in the Timor Sea, Australia.  Is that right?

Page 81

A    Yes.

Q    Okay.  Who hired you in that case?

A    I think the bills were paid by the PTEC to my company.

Q    So the defendants.

A    The Defendants, yes.

Q    Are you aware that PTTEP Australasia ended up settling a class action suit in that case with a group of Indonesian seaweed farmers for approximately $129 million US dollars?  Did you know that?

        MS. TOLEDO:  Object to form, lack of foundation.

A    I'm aware there was settlement.  I didn't know what the number, you know, what the cost or the value of that settlement was.

Q    Right.  And.  And this question is just related because it.  This is where you say you provided expert evidence, you know, in 2019, to a federal court on your CV.  So that is.  That is the foundation of the.  Where the questions are coming from.  Have you ever testified before a government entity like the EPA, for example?

        MS. TOLEDO:  Object to form.

A    Yes, I've testified in front of the U.S. Senate Committee on the Deepwater Horizon Laws Bill and potential impacts of that.  I have testified in a

Page 82

number of environmental permitting hearings where government agencies have been involved, work for various government agencies doing that over the years, over my 41 years now of work.

Q    And is it correct that the government hired your office for those jobs and that's how you're compensated, did the government pay RPS or Tetra Tech for your testimony related to this?

A    Yes.

MS. TOLEDO:  Object to form.

A    Yes.  I've always been employed by this, you know, what is now called Tetra Tech.  And so the bills are paid to the company and they pay my salary.

Q    Okay.  And the testimony before the US Senate Committee on Commerce, Science and Transportation that was related to the Deepwater Horizon Oil Spill, is that right?

A    Yes.

Q    To your knowledge, has your expert testimony ever been limited or excluded by any court?

A    No, I don't think so.

Q    Okay.  And you provided testimony in the case of United States versus CITCO Petroleum Company.  Do you remember that?

Page 83

A    I don't remember having to testify.  I was an expert and I wrote a report, a technical report to support the government's case against CITCO for that spill.

Q    Okay.  And you provide a deposition testimony in that case, is that right?  Or did you provide deposition testimony?

A    I don't remember doing a deposition in that case.

Q    Okay.  So I think it's a good time to take a break.  And off the record, please.

                THE VIDEOGRAPHER: The time is 12:23 pm we are off record.

        (Whereupon, the parties go off the record.)

        (Whereupon, the parties go on the record.)

                THE VIDEOGRAPHER: The time is 12:36, we are back on the record.

                MS. JACKS:  So previously we were discussing the hydrodynamic model data that was provided to you by Defendant's lawyers.  And so what I would like to do is I would like to introduce an email and pictures of the files that were provided.  And this would be Exhibit 9 that were provided to CLF for your review.

        (Whereupon, Exhibit 9, Letter from Jose Jones to James Meinert:  List of Data Files. 7/1/25, is

Page 84

marked for identification.)

THE REPORTER:  Just clarifying, is it one exhibit?

BY MS. JACKS:

Q    Yes, please.  Let's have it as one exhibit.Okay, so the first.  The first document is from Hilgers Grabenn, and it's dated July 1, 2025.  And it says it's addressed to Mr. James Meinert of Conservation Law foundation, and it says it's regarding the Conservation Law foundation vs Shell Oil Products, US et al.  I represent to you that this email was produced to us in the course of this litigation along with several data files related to this litigation, and none of this has been altered.  So looking at the files, and basically these look like they are Bates numbered files.  On the first page near the bottom, for the first time, we see your name, Debbie McCay.  Is that right?

A    In the table?

MS. TOLEDO:  Object to form.

A    Which one am I looking at?  Oh, this one?

Q    Yes.  My apologies for the inaccuracy there.  So looking at this towards the bottom, the files are called Shell New Haven 055/Debbie McCay: is that right?

A    Yes.

Page 85

Q    Okay.  Have you seen this document before?

A    This document?  No.

Q    Okay.  Do those Bates numbers look familiar to you?

A    I don't know what the Bates numbers are for my report.
I just provided them.

Q    Okay.  Do you understand this to represent the data and
calculations that are represented within your report
related to your expert report?

A    Probably, but I don't know.  I can't tell from the
numbering.  I don't know what the numbers are.

Q    Okay, and if we flip this page and go to the second
page at the top, it says Shell New Haven 055, Debbie
McCay and Craig Jones.  Are you familiar with any data
and calculations related to the Jones.  The Craig Jones
expert report that were provided?

A    These look like, because it says .NC extension of that
file indicates it's a NETCDF file, which is the same
form as the files that came from Integral work.  So I
was just provided the Integral output files in NETCDF
form, which is .NC the naming I don't believe was Jones
13.

Q    Sure.

A    15.  So that's likely what these are.

Q    Okay.  And then moving on down, there's again Shell,

Page 86

New Haven 056, Debbie McCay, and there's Bates numbers. And there is a extension NC on McCay_000007.NC, is that right?  And so is it correct that your understanding is this static file refers to the Integral data that was provided?

A    Likely.

Q    Okay, thank you.  So you're not offering any opinions about how the Integral modeling was performed, right?

MS. TOLEDO:  Object to form.

A    How it was performed?  Like their methodology?  Only to the extent that I reviewed the results.

Q    Okay, so you're not offering any testimony about how the model was constructed, calibrated or run, is that right?

A    No.

Q    Okay.  And you're not providing any expert opinions about Integral's modeling process only you know only about your own use of the integral modeling inputs.  Is that right?

MS. TOLEDO:  Object to form, asked and answer.

BY MS. JACKS:

Q    You can answer.

A    I reviewed the results and I reviewed how they set it

Page 87

up so that I understood what they had done, what their inputs were, what the results were.

Q    Okay.  And you, you assume that the Integral modeling is correct, Right?

A    Correct is kind of the incorrect term.

Q    It's reliable.  Reliable.

A    I reviewed it so that I could evaluate whether or not it was reasonable and therefore reliable.

Q    Okay.  Okay, so let's go to.  Let's refer to your expert report in Appendix B.  And the very first page there is 7.0 Appendix B, preparation of Integral store models.  Is that what that says?  And then the very top of the page in the blue header.

A    Yes.

Q    Okay.  And right below that is 7.1 says Integral memo describing storm model preparation.

A    Yes.

Q    Okay, so this section of the report Appendix B was provided to you as a memo from Integral, is that correct?

A    That's correct.

Q    Okay, what is the -- right below 7.1, what is that equation?  I assume it's an equation.  You can correct me if I'm wrong.  Do you know what that means?

Page 88

A    I think it's just some kind of formatting thing.  I received a memo from the Integral case law and then I put, I imported into our format for this report and I put the 7.0 Appendix B preparation that I put the header on it, so I probably didn't notice.  Whatever--

Q    Whatever this is?

A    --Whatever they had there is their header for their report and memo.  That's probably what that is.

Q    Okay, so this M5,9,/, all of that doesn't mean anything, right?

A    No.

Q    It happens.  Okay, so let's turn the page and go to page 3, please, of Appendix B.  Figure 7.1.  And this figure is called New Haven Terminal Delft3D FM Model Grid.  Did I read that correctly?

A    Yes.

Q    Okay.  And in the, in the left, in the right hand corner of this model grid is Integral's name or Integral's identifier.  Is there, is that right?

A    Yes.

Q    Okay, so.  So did Integral provide the description of what is depicted in this Figure 7.1, the description here below?

A    Yes.  This appendix contains their memo verbatim in its

Page 89

entirety.

Q    And you did not add anything to this?

A    No.

Q    At all.  Okay.  Okay.  And so your normal practice is to refer to a flood expert for flood modeling, right?

A    Yes.

Q    Okay.  And it's fair to say that you're not offering opinions on flood modeling in this case.  Right.

MS. TOLEDO:  Object to form.

A    Not in.  I don't do that myself.  That's not my focus area.  But I use those models.

Q    Okay.

A    So I'm familiar with how they do it.

Q    Great.  Okay.  That is all that I have.  I will turn it over to Mrs. Toledo if there are any follow up questions.

MS. TOLEDO:  Could I have five minutes?

MS. JACKS:  Of course.  Let's take a quick break, please.

THE VIDEOGRAPHER: The time is 12:47 pm we are off the record.

(Whereupon, the parties go off the record.)

(Whereupon, the parties go on the record.)

THE VIDEOGRAPHER: The time is 12:59 pm we

Page 90

are back on the record.

CROSS-EXAMINATION

BY MS. TOLEDO:

Q    Dr. McCay, I have a few follow up questions for you. The first one is going back to something that you discussed with Ms. Jacks before.  You testified about the figure in relating to the Integral model that showed storm surge reaching the tanks of the terminal. Do you remember that testimony?

A    Yes.

Q    Did you have a chance to evaluate the 100 year storm model that Dr. Niarn prepared?

A    Yes, I did.

Q    Did the 100 year model that Dr. Niarn prepare show flooding from storm surge reaching the tanks of the terminal?

A    No, it did not.

Q    Did you have a chance to review the modeling performed under the Connecticut UCONN circa model?  Are you familiar with that?

A    Yes, I am.

Q    Did you have a chance to review the 100 year model from circa relating to the terminal?

A    Yes.

Page 91

Q    Does storm surge flooding reach the tanks in the 100
     year circa model?

A    No, it does not.

Q    What is the circa model based on?

A    It's based on the FEMA.  The federal agency's Federal
     Emergency Management.  I forget the exact acronym, but
     it's the FEMA analysis of storm surges.

Q    What is the probability that flooding of the terminal
     would cause oil spills?

A    It would be very low because just because flooding
     reaches around these tanks does not mean there would
     actually be a spill.

Q    And how do you reach that opinion?

A    Based on the analyses done by the tank engineers and by
     Dr. Jones.  They did a very detailed analysis of what
     the forces would be from the water flooding around the
     tanks and the integrity of the tanks.  Dr. Jones did
     computations with models of all these different forces
     and found there'd be no likelihood of a spill unless
     the tanks were almost empty.  He computed what that
     would be.  Even that would be extremely low probability
     because the planning for storms at the facility is to
     actually ballast the tanks and make sure that they
     don't get enough position where there could be a spill.

Page 92

So all of that is to say that the likelihood of the spill occurring is very, very small.

Q   And even if there were a spill, does your model show any product reaching the harbor?

A   Only if I assume that the spill occurred instantaneously at the height of the surge.  And then I performed the modeling making that assumption.  I got less than 6%.  Depends on the different oil type, But less than 6% going to the harbor.  However, even those scenarios that I modeled are not really realistic because if the water is surrounding the tanks, the oil can't come out of the tanks because the pressure of the water outside counteracts whatever oil might be in the tanks.  So the oil would have to spill after the water goes down, in which case it couldn't get to the harbor because there's enough containment, both by the secondary containment of the terminal itself and by the topography around the New Haven Terminal.  It's in a natural depression, basically.

Q   Now, you talked with Ms. Jacks about reviewing the Integral model.  Do you review and rely on similar models in your career and in your professional work that is detailed in your CV?

A   Yes, I routinely do use similar models, hydrodynamic

Page 93

models, for input from my modeling.

Q   Do you find the Integral model to be of a similar quality as what you have used in your career over the last 40 years?

A   Yes.

Q   You also testified that you had reviewed the report of Dr. Michel.

A   Yes.

Q   Is that right?  And are you familiar with her criticisms of your report?

A   Yes.

Q   Do you agree with her criticism of your opinions regarding maximum credible discharge?

A   I'm familiar with what she said, yes.

Q   Do you agree with what she said?

A   No.

Q   Why not?

A   She just said she didn't agree.  She didn't really back up why she didn't agree.  However, I have reviewed the analyses done by Jones to quantify the likelihood of spill and the maximum possible spill volume that could occur, and then also by Dr. Etkin, where she analyzed the likely spill volumes if a spill actually were to occur.  And I find that all highly competent analyses

Page 94

very well done, so that I think it's quite credible what they came up with. And so they backed up all of these calculations that they did, and I relied on them.

Q Is this information and data that you regularly rely on in the other work. That you described, such as what you do for government agencies?

A Yes. Yes.

Q Do you agree with Dr. Michel's criticism of your opinions regarding toxicity thresholds?

A I don't agree with her opinion.

Q Why is that?

A Because in this case, with the New Haven Terminal, the oils that we are considering here are light oils, gasoline, jet fuel, aviation fuel, otherwise known as jet fuel, number two fuel, and also diesel. And the data that Dr. Michel was referring to in her criticism is actually developed mostly from crude oils and heavy oils, which are very different, have a different composition. Oils vary considerably in their composition. And all the different chemicals in oil have different behavior in the environment as well as toxicity. So what I did was specifically look at the composition of the oils handled at the terminal and what the specific thresholds for concern would be for

Page 95

those oils, which would be higher, because gasoline and jet fuel and so on, they have a lot of less toxic components than the PAH's that Dr. Michel was referring to.  So you have to consider that part of the mixture is less toxic, and therefore the threshold should be higher because of that.  So she didn't consider any of that.  She just assumed that it should be as PAH's, which is only a minor component of the oil.

Q    I have nothing further.  Thank you.

THE VIDEOGRAPHER:  Before we go off the record, would each of the parties like the video or not?

MS. JACKS:  Yes, please.

MS. TOLEDO:  Yes, please.

A    The time is 1:08 p.m.  This concludes the deposition. We are off the record.

(Whereupon, the deposition in the above-entitled matter concluded at 01:08 p.m.)

Page 96

C E R T I F I C A T E

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF SUFFOLK, ss

I, SEAMUS MITCHELL, a Professional Court Reporter and Notary Public in and for the Commonwealth of Massachusetts, do hereby certify that the foregoing deposition of Deborah French-McCay, was taken by me on August 29, 2025. The said witness was satisfactorily identified and duly sworn by me before the commencement of their testimony; that the said testimony was taken audio graphically and then transcribed under my direction.

To the best of my knowledge, the within transcript is a complete, true and accurate record of said deposition.

I am not connected by blood or marriage with any of the said parties, nor interested directly or indirectly in the matter in controversy.

In witness whereof, I have hereunto set my hand and Notary Seal this 11th of September, 2025.

<%20941,Signature%>

**[& - 5th]**

## &

**&** 2:13

## 0

**000007** 16:22
**000007.nc** 86:2
**00026** 18:2
**00933** 1:6 5:10
**01:08** 95:18
**027** 18:2
**02903** 1:24
**055** 84:23 85:12
**056** 86:1

## 1

**1** 4:10 8:7,8
19:22 43:8 84:7
**10** 30:24 45:2
**100** 21:2 50:21
51:4,12 90:11
90:14,22 91:1
**10:05** 1:24 5:5
**1180** 2:14
**11:18** 50:7
**11:29** 50:10
**11th** 96:19
**12** 10:20
**129** 81:8
**12:23** 83:10
**12:36** 83:14
**12:47** 89:20
**12:59** 89:24
**13** 85:21
**14** 53:1 64:10

**15** 85:23
**16** 4:14 57:10
**178,940** 18:10
18:15
**179,000** 58:23
58:24
**179-342,000**
53:19
**18** 50:4 52:14
**1974** 30:1
**1984** 25:18,20
28:12 29:15
**1987** 40:16
**1989** 32:4
**1990** 62:20
**1992** 31:21
**1996** 64:18
**1997** 40:17
**1:08** 95:15

## 2

**2** 4:12 9:6,10,15
**2-1** 52:18
**2-2** 52:18
**2.1** 52:18
**2.2.1** 64:11
**2.4** 54:24
**2.4.1** 55:1
**20** 4:15 30:24
39:2 43:3,7
**2001** 74:5
**2003** 44:5 62:8
64:19 74:6
**2009** 80:23

**2011** 25:21,23
29:22
**2012** 70:4
**2012-2013**
70:15
**2013** 70:5
**2019** 80:20
81:17
**2021** 13:13,16
71:8
**2022** 66:20
67:15 68:12
**2023** 25:23 70:5
**2024** 71:8 73:12
**2025** 1:24 5:5
13:9 18:23
20:23 53:1 55:7
55:7 56:22 70:5
84:7 96:7,19
**20941** 96:21
**21** 57:14
**216-9013** 2:7
**23** 54:23 56:21
**23rd** 78:5
**24** 58:7
**24th** 32:4
**28** 2:5
**29** 5:4 96:7
**29464** 2:6
**29th** 1:24

## 3

**3** 4:13 9:8,11
10:5 88:13

**30** 39:2 57:2
**30309** 2:15
**316** 6:21
**342,000** 58:24
**346** 63:16
**349** 63:14
**389** 18:6
**39** 57:18
**3:21** 1:6 5:10

## 4

**4** 4:14 16:14
42:19
**40** 1:23 4:17 5:6
93:4
**401k** 20:2
**404** 2:16
**41** 82:4
**44525** 21:2
**460** 17:2
**468,646.25.**
18:20
**47** 62:8

## 5

**5** 4:15 20:8,9
43:18 54:16
**500** 50:21 51:4
51:7 52:23 53:9
**50th** 57:13
**55** 7:1
**56** 4:19
**572-3438** 2:16
**5th** 5:6

**[6 - analysis]**                                        Page 2

| 6 | | | |
|---|---|---|---|

**6**  4:4,17 39:22 40:1 43:8 92:8 92:9
**62**  4:20

| 7 | | | |
|---|---|---|---|

**7**  4:10,19 56:15 56:17
**7.0**  87:11 88:4
**7.1**  87:15,22 88:22
**7.1.**  88:13
**7/1/25**  4:24 83:24

| 8 | | | |
|---|---|---|---|

**8**  4:12,13,20 54:11,16 61:18 61:19
**8-5**  54:9
**8.3**  44:19
**8.5**  50:20
**8.5.**  50:16
**80**  10:20
**81**  10:24
**82**  11:1
**828,000**  63:9
**83**  4:23
**830**  41:3
**843**  2:7

| 9 | | | |
|---|---|---|---|

**9**  1:3 4:23 10:20 44:17 83:21,23

**90**  4:5
**90's**  32:3
**90s**  28:11
**93**  11:1
**95th**  57:13
**97**  1:2 40:16,16

| a | | | |
|---|---|---|---|

**a.m.**  1:24
**able**  66:2 68:1
**above**  21:1 59:22 60:2,4 65:23 95:17
**absorb**  33:8
**abstracts**  77:4
**abundances**  35:8
**access**  37:9
**accidental**  26:15,22
**account**  57:17
**accounted**  55:10
**accounting**  17:14,15
**accuracy**  35:2 35:4,7,12 39:8
**accurate**  21:8 28:11 36:24 96:13
**acquired**  29:21
**acronym**  56:5 91:6
**act**  13:3,4 16:6 62:20

**action**  80:21 81:7
**activities**  32:15
**actually**  10:11 10:20 15:24 26:8 27:16 29:12 36:17,24 60:21 67:2,23 69:15 71:19,22 72:20 74:24 78:14 91:12,23 93:23 94:17
**acute**  34:14
**add**  89:2
**additional**  4:13 7:17 8:12,15 9:8,11,21 10:5 11:3,4 31:3,6
**address**  6:19,21
**addressed**  84:7
**administration**  71:12
**advance**  19:15
**affected**  35:8
**affecting**  33:6
**affirm**  5:23
**aftermath**  60:13
**agencies**  71:2 82:2,3 94:6
**agency**  70:16 71:15
**agency's**  91:5

**ago**  39:3
**agree**  35:20 36:12,16 48:24 68:3 93:12,15 93:18,19 94:8 94:10
**agreement**  48:22
**agreements**  18:24 19:3
**al**  5:9 84:10
**algorithms**  70:22 72:10,19
**altered**  16:20 20:14 21:8 57:2 62:14 84:13
**alternative**  27:22 68:10,14 68:21 69:14
**alternatives**  70:24
**ammonia**  27:21 68:10,15,16,22 69:2
**amop**  73:7
**amount**  17:10 18:9,12 41:9
**amounts**  17:11
**analyses**  19:19 24:20 36:11 53:1 66:16 91:14 93:20,24
**analysis**  35:17 36:22 42:21

Golkow Technologies,
A Veritext Division

**[analysis - baccari]**

70:1,4,5 71:3 74:9,21,24 91:7 91:15

**analyze** 79:16

**analyzed** 93:22

**answer** 7:12,14 38:4 47:21 86:21,23

**answered** 49:12

**anticipate** 14:12

**anyone's** 22:19

**anyway** 39:19

**apologies** 22:19 84:21

**appeared** 7:3

**appendices** 14:22 15:2,5,6 20:12

**appendix** 15:2 15:3,5 20:20,21 20:23 21:7 22:16 23:17,18 23:24 24:10,17 24:20 50:14 54:12 66:13 87:10,11,18 88:4,13,24

**applicable** 1:19 26:19 27:1,12 33:16

**application** 4:20 31:24 61:17,19,24

63:16

**applied** 25:19 25:20,22 29:17 29:20 31:15

**apply** 72:12,13

**appropriate** 56:1

**appropriately** 37:2

**approximately** 14:8 30:18,22 81:8

**area** 24:13 25:6 41:22 51:12,14 52:5,8 89:11

**areas** 26:13,18 26:20 28:3 50:22 51:8,24

**argo** 41:13

**army** 74:4,5,14 75:5

**arrive** 17:5

**arthur** 41:20

**article** 39:23 40:4,6,15,17 41:2 43:9 61:16 62:13

**articles** 45:22

**asa** 25:22 29:18 31:15 32:10 40:15

**ashore** 65:12

**asked** 13:24 15:15,18 16:8

24:4,6 48:16 49:18,19,22 72:20 77:7 86:20

**asking** 30:8 47:22 48:9,10 77:20,22,24

**assess** 36:7

**assessment** 4:21,21 26:9 31:19,20 39:24 56:6 61:17,20 61:20,24 62:1 62:23 63:7,8 67:1 69:14,22

**assessments** 4:18 19:18 26:8 26:24 27:9,19 40:2 42:23 43:1 45:10 66:15,22 68:9,13 69:1 79:1

**assisted** 14:23

**associated** 17:17 69:23

**associates** 25:19,20,22 29:17,21 31:16

**assume** 87:3,23 92:5

**assumed** 95:7

**assuming** 53:18 58:22

**assumption** 92:7

**assumptions** 16:8

**ast's** 59:23

**atlanta** 2:15

**atlantic** 69:24

**atmospheric** 71:12

**attorney** 23:5

**audio** 96:10

**august** 1:24 5:4 18:23 80:23 96:7

**australasia** 80:22 81:6

**australia** 80:20 80:24

**author** 40:6,11

**available** 8:21 8:24 37:10 42:6 42:12 52:24 73:6

**aviation** 94:14

**aware** 37:5 48:15 60:2 81:6 81:12

**b**

**b** 1:12 2:19 4:8 15:2,6 87:10,11 87:18 88:4,13

**baccari** 22:13 24:21

**[back - call]**

**back** 41:24 42:17 50:11 54:12 58:6 61:11 66:13 83:15 90:1,5 93:18
**backed** 94:2
**background** 24:17 27:12
**bail's** 77:19
**bails** 10:12,17 59:14 78:16
**baird** 52:23 53:9 76:20,21 76:22
**balance** 55:13
**bales** 59:13
**ballast** 91:23
**barge** 63:20 65:5,11
**based** 34:1 44:14 46:18,21 57:13 91:4,5,14
**basic** 7:8
**basically** 53:9 84:14 92:19
**basis** 42:20 53:17
**bates** 9:19 16:22 18:1,1 84:15 85:3,4 86:1
**battle's** 77:17

**bay** 42:3 74:4 74:16,19
**bayway** 41:20
**beach** 64:5 65:12
**beginning** 42:18
**behalf** 1:19
**behavior** 44:2 94:21
**believe** 13:9 29:13,20 44:19 70:17 85:20
**bessie** 71:22,23
**best** 7:15 96:12
**better** 72:18
**big** 45:12 61:1 65:9
**bill** 81:23
**billing** 19:14
**bills** 81:3 82:12
**binary** 49:20
**binder** 20:15
**biodegradation** 33:5
**bioeconomic** 74:2,8
**biofuels** 68:10 68:18,20
**biological** 13:23 27:15 31:16 33:21,22 34:13 34:17 35:8,21 36:18 43:22

74:11
**biota** 34:14,20
**bird** 44:11,12
**birds** 34:22 44:20
**bit** 22:7 31:1 51:15 71:20
**blood** 96:15
**blue** 87:13
**blvd** 2:5
**bodine's** 77:15
**boem** 70:4,16
**bonga** 79:15
**borg** 41:22
**bottom** 10:14 33:9 52:20 62:15 84:16,22
**boundaries** 46:19
**brackets** 31:20 66:19 68:11 70:3 71:5 74:4
**break** 7:17 17:9 50:3,5 83:8 89:19
**breaks** 7:16
**bridgeside** 2:5
**briefly** 6:11 11:9 78:13,17
**bring** 31:9
**brings** 13:2
**bsee** 71:7,18
**bulk** 14:4,6 29:8

**bullet** 26:22 31:13 66:14 69:22 70:21
**bulleted** 26:18
**bulletin** 44:6 62:4,7
**burden** 39:3
**bureau** 70:3 71:6,17
**business** 12:1
**byproduct** 67:16,18

**c**

**c** 2:1 3:1 5:1 24:10 50:14 54:12 96:1,1
**c.a.** 1:6
**calculate** 33:16 33:18 56:1 65:19,24
**calculates** 33:2 33:10 46:16,21
**calculating** 32:21 33:11
**calculation** 54:20
**calculations** 11:13 33:13 85:7,14 94:3
**calibrated** 86:13
**call** 23:21 25:15 33:4 37:13,18 41:4

**[called - communications]**

**called** 1:18 39:23 46:9,18 57:9 58:3 61:16 67:3,3 79:15 82:12 84:23 88:14
**calls** 48:6
**canada** 71:7,20 73:4
**canadian** 71:2
**cape** 4:22 43:13 43:16,20 44:2,3 61:21 62:1,24 63:9,17,19 64:17 65:5,11
**capture** 66:17 67:9 68:3
**captured** 67:8
**carbon** 27:20 66:17 67:8 68:3
**career** 36:17 60:7 76:3,9 92:22 93:3
**carmen** 2:12 4:5 5:17 21:23
**carried** 65:16
**case** 5:10 8:1 11:17,24 12:6 12:16,19 13:8 13:12,12,13,17 13:21 14:3,4,9 14:13,17 15:15 15:19,23 16:6,9 19:4,7 26:14,19

27:2,8 28:2 39:14 45:19 55:16,21,22 56:2 57:4,6,7,9 57:23 58:2,12 65:6 74:10 75:16 79:11 80:3,8,15 81:2 81:7 82:22 83:3 83:5,7 88:2 89:8 92:15 94:12
**cases** 8:17 24:23 37:2 42:16 45:24
**cause** 91:9
**ccus** 66:18
**certain** 14:21 34:4 66:7
**certify** 96:6
**chance** 90:11 90:18,22
**change** 68:4 71:7,20
**changes** 72:16 73:22
**charge** 17:7
**charged** 18:12
**charges** 17:8
**check** 36:24 37:2 38:11,14 39:17,17 41:15 76:19

**checked** 8:22
**chemac** 67:6
**chemical** 26:5 27:5 31:18 70:1
**chemicals** 32:24 69:22 70:2 94:20
**chevron** 71:8 72:1
**circa** 90:19,23 91:2,4
**citco** 82:23 83:3
**cite** 10:15 61:9
**cited** 10:12
**citizen** 13:2
**civil** 1:20 13:2
**claim** 80:18
**claimants** 80:17
**claiming** 79:18
**claims** 12:18,21
**clarifying** 84:2
**class** 80:21 81:7
**clean** 13:3 16:6
**clear** 12:9,10 30:8
**clf** 6:16 12:19 13:1 24:6 77:3 83:21
**client** 38:14
**clients** 31:21 37:19 68:11 69:7,8,9 73:13 73:16,19,23,24

**climate** 28:17 28:18 68:4 71:7 71:20
**co2** 27:20 66:16 66:23 67:7,8,15 67:21
**coast** 63:11
**coastal** 28:23 60:10,12
**codiga** 22:13 25:1
**coined** 56:3
**collect** 42:11
**collected** 42:6
**college** 30:1
**column** 34:10 44:11,23 64:3 64:16
**come** 38:4 74:18 92:12
**comes** 39:10
**coming** 52:9 81:19
**commencem...** 96:9
**commerce** 82:15
**committee** 81:23 82:14
**commonwealth** 1:22 96:2,5
**communicati...** 30:9 47:22 48:6 48:9,20

**[companies - corner]**                                        Page 6

**companies**
  67:22 69:13
**company** 1:11
  2:18 5:9 17:7
  18:12,14 20:5
  25:24 37:13
  46:9 47:7 67:19
  67:20 79:5,7
  80:4,5,8,10
  81:3 82:13,23
**comparative**
  71:4
**compare** 36:23
**compared**
  10:17 44:10,11
  44:21,22 45:1,3
**comparison**
  42:10
**compensated**
  80:11 82:6
**compensation**
  18:24 19:3
  27:11
**competent**
  93:24
**compile** 60:24
**complete** 4:15
  8:18 20:7,9,11
  21:8,15 57:1
  96:13
**completed**
  70:12,13,17
**completely**
  51:9,24

**completing**
  53:6
**complex** 42:1
**complexity**
  39:7
**complicated**
  37:17 38:9
  39:20
**component**
  95:8
**components**
  33:4,19 95:3
**composition**
  94:19,20,23
**computations**
  91:18
**computed**
  91:20
**computer**
  46:12 49:21
**concentration**
  42:8 65:18
**concentrations**
  33:20 45:1,2,4
  64:4 66:6,9
**concept** 56:6
  67:10
**concern** 64:12
  65:18,22 66:7
  94:24
**concerned**
  65:23
**concerning**
  59:15 80:22

**concluded**
  95:18
**concludes**
  95:15
**conditions** 45:7
  45:19 57:16,18
  59:9 60:17
  64:15
**conference** 9:1
  40:18,21 73:10
**confidential**
  20:16 30:9
**conflict** 38:15
  39:11
**conflicts** 38:11
  38:14
**confusing**
  11:18 56:4
**connected**
  96:15
**connecticut** 1:5
  5:10 13:12
  90:19
**conservation**
  1:8 2:9 5:8,16
  6:15 12:17,24
  13:4 84:8,9
**consider** 10:19
  71:15 75:5,21
  95:4,6
**considerably**
  94:19
**considered**
  4:12,13 8:19,20

  9:6,8,11,12,15
  9:22 10:1,8,9
  11:4 27:22 31:2
  31:6,7 67:11
  68:7
**considering**
  94:13
**constructed**
  86:13
**consultant**
  19:17
**consulted** 38:1
**contact** 48:3
**contacted** 13:7
  13:10,16
**containment**
  51:8,14,24
  92:16,17
**contains** 88:24
**contents** 55:7
**context** 46:15
**continental**
  69:24
**control** 35:24
**controversy**
  96:17
**copied** 22:15
**copies** 9:1
**copy** 8:3,19
  59:16
**core** 75:2
**corner** 41:4
  62:5,15 63:15
  88:18

**[corps - day]**

**corps** 74:4,14 75:5

**correct** 7:4,19 9:4 10:3,10 14:17,18 17:4 17:11,18,19,22 17:23 18:3,4,6 18:8,18,20,21 20:18,21,22,23 21:2,5 23:3 25:13,14 28:13 28:15,17,20,22 29:1,2,4,5,9,11 29:16,19,22,23 30:1,2 32:1,2,9 32:18 34:7,24 35:9,13,22 36:14,19 37:7 37:10,11 40:6 40:10,12,13 41:9,10 43:20 43:21 44:2 45:22 46:4 47:11 53:15 54:21,22 56:22 57:5 58:15 60:14 62:6,10 62:12,21 63:7 63:12,21,22,24 66:23 67:9,14 67:15,15,16,18 69:6 71:13,18 72:1 75:11 79:5 79:11 82:5 86:3

87:4,5,20,21,23
**corrections** 21:11
**correctly** 15:4 23:8 31:22 40:4 43:4 50:24 53:7 54:5 55:14 57:20 62:2,18 63:4 64:8,9,19 66:20 70:6 71:9 74:6 88:15
**cost** 75:1 81:13
**costs** 75:1
**counsel** 5:12 8:14 9:1 11:12 15:9 16:8 20:13 30:5 40:24 47:22 48:7 76:24 77:2 78:8 78:8 79:11
**counteracts** 92:13
**counting** 60:18
**country** 58:14
**counts** 44:12,12
**county** 96:3
**couple** 7:8 22:7
**course** 20:13 28:9,10 60:24 84:11 89:18
**court** 1:4,21 5:9 5:11,19 7:5,9 16:3 78:23 79:20 80:17,20

81:17 82:20 96:4
**craig** 85:13,14
**created** 17:13
**credible** 53:19 54:21 55:16 56:2,4,5,8,11 57:6,7,9,13 58:1,2,3,10,12 58:22 93:13 94:1
**criticism** 93:12 94:8,16
**criticisms** 93:10
**cross** 4:2 90:2
**crude** 72:15 94:17
**ctoledo** 2:17
**cumulative** 17:10,11 18:7,9
**current** 17:10 17:10 33:10
**currents** 23:21 24:18 35:7
**cv** 1:6 5:10 8:16 21:6,8,15,24 22:3,14 25:11 26:13 29:14 31:12 66:13 68:8 69:21 70:20 73:8 74:1 75:18 80:19 81:18 92:23

**cvs** 21:13,16

**d**

**d** 1:12 2:3,19 4:1 5:1 23:24
**dagmar** 4:19 56:15,17,21
**damage** 4:20 26:9 27:9 31:20 42:24 61:17,20 61:24 63:6,8
**dan** 22:13 25:1 25:2
**data** 4:24 10:23 11:13 23:22 24:7,23 25:4,9 25:10 33:10,11 35:2,6,12 36:23 36:24 37:6 42:6 42:10,11 43:2 44:14,17 46:3,6 46:8 48:4,16 49:6,9,14,19,22 52:23 53:4,6,10 61:2 83:17,24 84:12 85:6,13 86:4 94:4,16
**date** 5:4 21:1 41:8 56:21 62:7 62:8,24
**dated** 20:23 84:7
**dates** 71:8
**day** 22:12 24:13 30:20 44:24

47:10 49:18
**days** 30:22 45:3
**dead** 44:12
**debbie** 84:17,23
  85:12 86:1
**deborah** 1:18
  4:3,10,14,15
  5:11 6:2,21 8:9
  16:14 20:10,18
  96:7
**decades** 42:22
**decide** 49:6
  75:3
**decision** 37:21
  39:12 47:18,24
  48:3,10,13
**decreases** 50:23
**deepwater**
  43:13 81:23
  82:16
**defendant** 2:23
  13:15 15:22,24
  16:4 78:9 79:4
**defendant's**
  77:2,9 83:18
**defendants**
  1:16 5:18 8:1
  11:16,24 12:6,6
  12:12 15:14,21
  15:23 16:19
  75:15 76:24
  77:11,12 78:4
  79:22,24 80:2
  81:4,5

**defense** 30:5
**defined** 55:21
  55:24
**degrade** 33:5
**degree** 29:24
**degrees** 30:3
**delft3d** 46:12
  46:14,24 47:3,7
  47:11,16,18
  48:18 49:1
  88:14
**department**
  74:5
**depend** 14:15
**depending** 33:1
  35:16 66:2
**depends** 35:1
  35:15 92:8
**depicted** 54:15
  69:8 88:22
**deponent** 5:11
**deposition** 1:18
  4:10 5:5 6:16
  7:3 8:4,8,13
  9:13 11:6,10
  12:5 16:12
  19:12 30:6,15
  31:4,10 48:24
  83:4,5,7 95:15
  95:17 96:6,14
**depression**
  92:19
**describe** 36:21
  42:4

**described** 23:24
  44:5,9 65:22
  94:5
**describing**
  87:16
**description** 4:9
  13:5 32:20
  33:22 88:21,22
**designed** 32:11
  54:1 59:8,20
**detail** 17:20
  76:12
**detailed** 91:15
  92:23
**details** 11:21
  12:21
**determine** 66:3
  77:4
**determining**
  35:6,12
**developed** 32:3
  36:13 42:22
  67:4,10 94:17
**developer**
  28:11 31:15
**developing** 10:2
  67:24 71:2
  72:19
**development**
  4:20 26:4,21
  31:21 61:17,19
  61:24
**died** 64:7,24

**diesel** 94:15
**difference**
  55:20
**different** 35:17
  37:1 38:24
  55:16 61:14
  65:10,14 73:1
  91:18 92:8
  94:18,18,20,21
**difficult** 38:3
  60:23
**direct** 4:2 6:9
**direction** 14:22
  15:13 32:10
  96:11
**directly** 65:13
  96:16
**discharge**
  26:16,22 53:19
  54:21 55:8,16
  55:17,21 56:2,3
  56:4,6 57:4,6,9
  57:24 58:4,11
  58:12,13,23
  93:13
**discover** 19:15
**discoverable**
  48:22
**discuss** 15:9,10
**discussed** 90:6
**discusses** 57:3
**discussing**
  48:14 83:17

**[dissolve - equilon]** Page 9

dissolve 33:5
distribution 34:9
district 1:4,4 5:9 13:14 74:5
document 8:10 9:16 84:6 85:1 85:2
documents 9:12,23 10:8,8 31:3,9 42:12
doing 12:1 14:6 26:7,9 38:5 44:15 47:6 67:12 74:9 82:3 83:7
dollars 81:9
domain 46:19
doug 77:19
dove 6:21
dr 4:10,19 6:11 6:22 8:8 9:14 10:14 14:24 16:16 20:7 24:2 54:20 55:24 56:13,15,17,24 57:3,12 61:8 67:5 70:8 74:24 75:8,18,21,24 76:2 78:15,16 90:4,12,14 91:15,17 93:7 93:22 94:8,16 95:3

draft 11:10 20:16 23:17
drafting 10:9
drive 7:1
dry 50:22
ducharme 22:11 23:7,9
due 39:7 41:17
duly 6:3 96:8

**e**

e 2:1,1 3:1,1 4:1 4:8 5:1,1 96:1,1
earlier 22:8 76:5
earned 19:20
earnings 18:10
easier 37:15
easily 8:24
eccc 71:7
ecological 27:16
economic 74:12 75:1
economically 75:2
edited 15:6
effectiveness 32:14 70:24
effects 13:23 14:1 26:16,23 27:15 31:16 32:12 33:21,22 34:3,4,13,17 43:22 62:16

65:19 66:17 68:19 70:23 74:23
efforts 71:5
eggs 34:22
eight 10:18 50:15 78:21,22
either 77:24
email 83:20 84:11
emergency 91:6
emily 22:12 24:13,15 47:10 49:18
emma 78:15
employed 25:12 42:23 82:11
empty 91:20
emulsification 70:23 72:12
emulsifies 33:14
emulsify 72:16
ended 81:6
energy 67:20 70:4
enforcement 13:2 71:6,18
engaged 79:3
engineer 25:7 28:23 29:1 78:18

engineers 74:4 74:14 75:3,5 91:14
enterprises 1:15 2:23 11:24 12:2
enterprises.llc 1:12 2:19
entire 38:9
entirety 89:1
entitled 95:17
entity 81:20
entrained 33:14 64:16,23
entrance 74:15
environment 32:22 33:20 34:21 36:6 71:7 71:19 94:21
environmental 19:17,18 26:7 26:23 36:4 45:10 66:17 69:24 71:6,18 78:24 82:1
environments 66:23 67:21
epa 55:22,24 81:20
equation 87:23 87:23
equilon 1:11 2:18 11:24 12:3

**[esquire - exxon]**

esquire 2:3,12
essentially 13:15 24:10
estimate 44:17 56:10
estimated 55:8 57:6
estimates 34:9 34:14
et 5:9 84:10
etkin 4:19 10:12,14 55:7,7 56:1,17,21 57:3 74:21,24 75:8 93:22
etkin's 54:20 56:13,16,24 57:12 58:14,17 78:15
evaluate 13:24 32:14,17 45:14 56:7 67:6 68:1 68:19 72:16 74:11,20 77:7 87:7 90:11
evaluated 41:5 59:19 70:22
evaluating 13:22 33:24 68:16 69:10 71:3
evaluation 60:19

evaporate 33:1 33:2
evaporation 32:23
event 54:8,14
events 53:22
everybody 50:16
evidence 80:20 81:17
exact 41:19 44:20 91:6
exactly 9:18 16:2 60:22 61:3
examination 6:9 90:2
examined 6:4
example 4:21 10:13 21:18 44:16 61:20 62:1 66:8 68:10 68:11 69:16 81:20
examples 68:21 68:23
exceed 66:7,9 66:11
excluded 82:20
exhibit 8:7,8 9:6,8,10,15 10:5 16:13,14 20:8,9 39:22 40:1 43:8 56:15 56:17 61:18,19

83:21,23 84:3
exhibit.okay 84:5
exhibits 1:3
experience 31:12 61:5
experiments 73:2
expert 4:15,19 10:2,9,16 11:4 11:14 13:8,16 14:4,17,20 15:15,18,22,22 16:5 17:22 19:21 20:7,9,11 21:7 23:11 24:5 28:9,13,15 29:6 29:12 42:17 43:18 44:7 50:14 54:23 56:16,18,20,24 57:2 58:6,18,19 59:14 64:10 75:15 76:6,11 76:15,16,17 77:2,9,15,17,19 78:20,23 79:4 79:10 80:13,19 81:16 82:19 83:1 85:8,15 86:16 87:10 89:5
expertise 13:20 13:22 24:14

25:6 26:14,15 26:19,20 28:3 75:22 77:8
experts 48:21 48:21 59:13,19
explanation 80:16
exploration 79:7 80:4
exposed 65:12
exposure 14:1 27:6,8 33:24 44:22 74:10,10 79:18
exposures 34:2
extension 85:16 86:2
extent 47:21 48:6 50:20 51:3 86:11
extract 53:4
extreme 53:21 53:23 54:2 57:17 59:3,9 60:17
extremely 53:22 59:3 91:21
exxon 32:3 41:19 66:19 67:12,19,22 68:11 69:5,17 71:8,20 72:19

**[f - foundation]**

**f**

**f** 96:1
**face** 16:23 20:14 22:5 56:19
**facilities** 60:2 60:10,12 61:8 69:23 70:3
**facility** 14:5,7 54:1 57:15 59:8 91:22
**facility's** 55:12
**fail** 60:16
**failed** 61:7,10
**fair** 51:16 59:21 60:7 75:21 89:7
**familiar** 8:10 9:16,17 13:5 85:3,13 89:13 90:20 93:9,14
**far** 35:18
**farmers** 81:8
**farther** 51:15
**fate** 13:23,23 26:16,23 27:6,6 27:8 32:21 34:1 43:24 44:2,22 45:6,19 67:6 70:23 72:17 74:9,10,23
**fates** 31:16 32:11,20 34:7 36:18 62:16

**federal** 1:20 26:11 70:16 71:2 80:20 81:17 91:5,5
**fema** 91:5,7
**field** 44:14,17 75:22
**fifth** 1:23 28:6 57:14
**figure** 18:15 50:16,20 54:9 54:11,15 88:13 88:14,22 90:7
**figures** 24:24 49:22
**file** 85:17,17 86:4
**filed** 13:13
**files** 4:24 24:19 49:19,20,21,21 83:20,24 84:12 84:14,15,22 85:18,19
**filled** 57:15
**find** 93:2,24
**finish** 7:14
**firm** 5:15 6:14 6:14
**first** 10:11 13:7 16:21 22:9 28:3 28:4,5 30:5 31:13 32:23 38:12 49:19 52:18 70:15

84:6,6,15,16 87:10 90:5
**fish** 27:14 34:22
**five** 21:21 51:23 89:17
**flights** 42:14
**flip** 20:20 85:11
**flood** 29:6 52:1 52:7 89:5,5,8
**flooded** 61:13
**flooding** 41:17 41:22 42:1,2 50:20 51:3,12 57:16,18 90:15 91:1,8,10,16
**floor** 1:23 5:6
**flow** 57:19
**fm** 46:12,14,24 47:3,7 88:14
**focus** 89:10
**focused** 60:18 62:16 77:6
**folks** 15:8
**follow** 89:15 90:4
**following** 32:3 64:7
**follows** 6:4
**fontenault** 15:3 22:12 23:14
**force** 46:20
**forces** 91:16,18
**forcing** 46:18

**foregoing** 96:6
**foresee** 39:11
**forget** 91:6
**forgetting** 11:19
**form** 13:18 14:14 17:6 35:3 35:14,23 36:9 36:15 37:24 39:13 47:14,20 48:5,20 49:11 51:11,19 52:3 52:12 53:12 54:10,17 55:18 58:16 59:6,24 64:5 65:1,21 66:5 67:17 68:5 73:15 75:12 77:1 79:23 80:9 81:10,21 82:10 84:19 85:18,20 86:9,20 89:9
**format** 24:8 88:3
**formatting** 88:1
**fossil** 67:16,19
**found** 80:17 91:19
**foundation** 1:8 2:9 5:8,16 6:15 12:17,24 60:1 81:11,18 84:8,9

four   10:18 16:13 42:22 53:16 58:13,19 58:20,21 79:3
framework 63:3
francisco   42:3 74:3,5,16
frediani   22:11 22:22 24:22
freighter   74:3
french   1:18 4:3 4:11,14,16 5:11 6:2,11,21 8:7,9 9:10,14 16:14 16:16 20:8,10 20:18 40:9 64:18 96:7
front   14:24 81:22
fuel   14:4,6 27:22 57:23 63:20,23 67:16 67:19 69:14 94:14,14,15,15 95:2
fuels   32:12 64:13 68:10,14 68:22
full   6:19 8:16 78:11
fully   7:23 11:21
funded   71:19 72:22

funding   71:21
further   70:20 95:9
future   14:13 18:24 75:24
fuzzy   16:1

**g**

g   5:1 15:3 23:17
ga   2:15
gallons   53:19 58:23,24,24 63:10
gas   67:3
gasoline   94:14 95:1
general   7:6 35:19 42:4 69:18 77:24 78:2
generally   38:15
generic   69:18
geologist   28:21
georgas   22:12 24:1,1,2 25:2 47:10 49:18
getting   19:11 33:14
gis   23:1,9,11
give   7:12,14 18:1 38:18 68:13
giving   38:16
globally   67:11

go   7:7,13 17:24 22:8 33:20 41:24 42:17,18 50:9,12 52:15 54:23 55:4 57:2 58:6,7,7,18 61:11 70:21 83:12,13 85:11 87:9 88:12 89:22,23 95:10
goal   35:20,24
goes   18:13 19:4 19:7 51:15 92:15
going   7:7 12:5 16:11 35:24 39:15,22 42:18 50:4 52:19 53:16 58:20 61:1 64:11 70:21 74:19 79:17 90:5 92:9
goldsmith   76:8
golkow   5:4
good   83:8
government 26:11 44:7 71:2 73:4,23 81:20 82:2,3,5,7 94:6
government's 83:3
governments 43:2

grabenn   84:6
graduate   32:8
graphical   23:11
graphically 96:10
gray   50:22
great   8:3 11:12 13:7 74:1 89:14
greater   43:3,6
green   50:21 51:12
grid   88:15,18
ground   7:8 59:22 60:2,4
groundings 74:3
group   72:23 81:7
gulf   41:23

**h**

h   4:8
half   65:15 73:21,22,23
hand   5:22 41:4 62:5,15 63:14 88:17 96:19
handle   68:1 72:14
handled   55:10 58:13 94:23
happen   40:20 56:8,9,11 60:23 68:16 80:15

**happened** 11:22 60:19 61:14
**happens** 69:1 88:12
**harbor** 37:4 52:1,7,9 64:22 65:4 92:4,9,15
**haven** 12:3,7,7 14:5 20:17 37:4 46:2 51:3,8 53:20,23 55:9 55:11 57:5,23 58:14 59:1,22 60:4 63:23 64:21,21,22 65:3,14 84:23 85:12 86:1 88:14 92:18 94:12
**hazardous** 26:24
**head** 10:20 14:10 30:19 44:16 47:6
**header** 87:13 88:5,7
**hearings** 78:23 82:1
**heating** 63:20
**heavy** 64:3 94:17
**height** 46:17,20 92:6

**held** 5:6
**help** 14:21 15:1 22:3,14 24:5,7 25:3,8 32:14,17 49:18,21,22 77:14
**helped** 24:9,22 25:2
**helpful** 50:3
**henry** 40:11
**hereunto** 96:18
**high** 30:4 46:22 64:3
**higher** 95:1,6
**highly** 93:24
**hilgers** 84:6
**hired** 26:14 79:10,13,14 81:2 82:5
**home** 6:22 63:20
**honest** 78:11
**hope** 23:7
**horizon** 81:23 82:16
**horizons** 43:13
**horner** 10:22 11:9 24:6 76:2 76:19,21
**hour** 17:3 30:21 50:4
**hourly** 17:2,9
**hours** 14:8,12 17:10,10 18:6,7

18:23 30:17
**huge** 41:14
**humans** 36:5
**hundred** 51:7 51:17,20,23,23 54:7,14
**hundreds** 14:11 42:23
**hurricane** 41:12 45:7 61:1
**hurricanes** 41:14 45:16 60:13 61:15
**hurt** 7:24
**hydrodynamic** 23:20 24:3 46:3 46:6,7,16 83:17 92:24
**hydrodynamics** 48:14,15
**hypothesizing** 55:5
**hypothetical** 47:15 52:4 56:8 60:1 65:2

**i**

**idea** 12:20
**identification** 8:9 9:7,9 16:15 20:10 40:3 56:18 61:22 84:1
**identified** 6:3 72:11,22 96:8

**identifier** 88:19
**identify** 5:12
**identifying** 72:9
**illustrate** 63:2
**impact** 4:17,18 31:19,24 36:7 39:23,24 40:2,2 66:1,10,11 78:24 79:19
**impacts** 32:18 35:21 36:4,5 45:14 69:24 74:11 75:2 81:24
**implications** 34:5 70:22 74:12
**important** 7:11 35:6,12,18 36:16 72:9,15
**imported** 88:3
**improbability** 59:7
**improbable** 53:22 59:3
**improperly** 25:9
**inaccuracies** 19:14
**inaccuracy** 84:21
**include** 18:16 31:17 32:22

43:12
**included** 43:10
**includes** 36:4,4
**including** 20:12
26:6 32:9 60:10
**income** 19:20
19:23,24
**incomplete**
35:10 47:14
52:3 59:24 65:1
**incorporated**
13:1
**incorrect** 87:5
**incorrectly**
22:20
**independent**
36:23
**independently**
49:14
**indicates** 85:17
**indirectly**
96:16
**indonesian**
81:8
**industry** 73:13
73:16,19,24
**infer** 52:6
74:12
**information**
10:13 23:11
24:11 25:3 42:7
46:1 53:5 59:12
59:14 60:23
94:4

**informed** 8:20
**initial** 10:7 70:4
76:16
**injury** 27:6
34:17 43:19
45:14 62:17
66:1
**inland** 65:14
**input** 24:9 35:2
35:6 36:23 46:3
46:7,8 47:3,12
47:17 49:6,10
49:15 53:2
72:24 93:1
**inputs** 35:5,18
46:18 49:24,24
86:18 87:2
**instantaneously**
92:6
**instruct** 47:21
48:17
**integral** 15:2
25:10 46:9,12
47:16,18 48:3
48:10,17 49:1,2
49:4,7,10,14
50:21 51:20
53:2 54:17
85:18,19 86:4,8
86:18 87:3,11
87:15,19 88:2
88:21 90:7
92:21 93:2

**integral's** 47:11
86:17 88:18,19
**integrity** 91:17
**intense** 63:1
**intensity** 53:23
**interest** 38:15
39:11
**interested** 72:4
96:16
**internal** 31:20
**international**
40:17 43:1 73:9
79:4 80:3,7
**interval** 24:8
**introduce** 8:6
16:11 20:7
39:22 56:15
61:16 83:19
**inundated** 51:9
51:24
**inventory** 70:1
**invertebrates**
27:14
**invoice** 16:21
16:24 17:24,24
18:23
**invoices** 4:14
16:11,14,16,18
17:9,13,17
18:17,19,22
**involve** 48:10
**involved** 41:21
42:14 49:4,9
69:13 72:10

73:1 82:2
**island** 1:24 5:7
6:22 7:2 13:14
29:15 63:1,11
64:17 65:11
**island's** 32:8
**issue** 42:3

**j**

**jacks** 2:3 4:4
5:14,14 6:6,10
6:13 10:6 12:14
48:8,23 50:13
50:19 52:13
80:1 83:16 84:4
86:22 89:18
90:6 92:20
95:13
**jacqueline**
11:10 70:9
**james** 4:23
83:24 84:8
**january** 64:18
**jenna** 22:11
23:7,9
**jeremy** 15:3
22:11 23:14,15
**jet** 94:14,15
95:2
**job** 20:1
**jobs** 82:6
**jones** 4:23
10:12,17 78:16
83:23 85:13,14
85:14,20 91:15

91:17 93:20
**jose** 4:23 83:23
**july** 18:3,5,9 84:7
**june** 20:23 53:1 56:21 78:5

**k**

**katrina** 45:16 45:20 60:21
**keep** 7:9
**kevin** 3:3 5:3
**kill** 41:20
**killed** 44:18
**kind** 21:21 27:11 29:1 38:19 39:14 65:24 87:5 88:1
**kinds** 36:10 75:2
**king** 2:13 5:17 15:17 53:10
**kingstown** 7:1
**knew** 59:19
**know** 7:17 9:17 10:19 14:15 16:2 21:23,24 22:20 30:24 38:13 39:4,7,18 61:8 73:21 75:9 75:18 78:10 80:15 81:9,12 81:13,17 82:11 85:4,9,10 86:17 87:24

**knowledge** 7:22 41:11 78:2 82:19 96:12
**known** 34:17 58:11 94:14
**ks** 52:24
**kslaw.com** 2:17

**l**

**l** 20:20 21:7 22:16 66:13
**lab** 45:2
**labor** 17:18,20
**laboratories** 71:1 73:1
**labs** 73:2
**lack** 60:1 81:10
**land** 23:16
**large** 43:3,7
**larger** 46:3,6
**largest** 57:14 62:23
**larvae** 34:22
**lastly** 25:5
**late** 28:11
**law** 1:8 2:9 5:8 5:15,16 6:13,15 12:17,24 52:24 84:8,9 88:2
**laws** 81:23
**lawyer** 12:20
**lawyers** 83:18
**lead** 23:12 26:7 26:9 74:22

**leak** 66:19
**led** 70:24
**left** 41:4 63:14 88:17
**legal** 5:3 12:21 80:16
**letter** 4:23 83:23
**level** 51:14
**levine** 11:8
**license** 37:22 38:2,6,9
**licensed** 29:1 38:20 39:2,3
**licenses** 37:18
**licensing** 38:13 38:16
**life** 69:2
**light** 33:6 64:13 94:13
**likelihood** 55:1 74:18 91:19 92:1 93:20
**likely** 38:11 45:21 55:6 74:20 85:23 86:6 93:23
**limit** 21:19
**limited** 79:5 82:20
**line** 10:14
**lines** 74:20
**liquefied** 27:20 66:16,22

**list** 4:12,13,24 8:17,17,18 9:6 9:9,15,17,22 10:8 11:4 26:20 76:19 78:11 83:24
**listed** 9:23 14:24 18:16 20:18,21 21:1 22:5,8,10 26:14 40:8,11 43:8 69:21 73:8 75:18
**lists** 41:8
**literature** 42:13
**litigation** 16:20 20:13 39:14,15 84:12,13
**little** 11:18 15:1 16:1 22:7 31:1 51:15 71:20
**live** 34:21
**living** 19:16
**llc** 1:14,15,23 2:4,22,23 12:1 12:2,2
**llp** 2:13
**lobster** 44:13 44:17
**lobsters** 44:18
**location** 41:8
**locations** 51:21
**log** 17:18

**logs** 17:20
**long** 34:2
**look** 8:10 9:16
  14:11 41:24
  42:15 49:23,23
  50:16 61:11
  64:11 78:18
  84:14 85:3,16
  94:22
**looked** 10:23,24
  24:18 43:9
  70:19 75:14
  77:3 78:17
**looking** 9:21
  24:7 25:2 60:24
  74:14,14 78:21
  84:14,20,22
**lot** 26:10 37:19
  60:19 61:4,5,14
  95:2
**louisiana** 45:13
  45:23
**low** 91:10,21

**m**

**m** 40:11 67:4
**m5,9** 88:9
**made** 24:16
  35:19 42:9 75:3
**mahmoud**
  23:20 47:10
**mahmud** 15:1
  22:11 23:19
**main** 52:14,14
  53:16 54:23

58:7 78:21
**make** 12:8 16:8
  21:11 22:16
  38:14 39:4,12
  39:15 56:3
  74:16 91:23
**makes** 37:21
**making** 11:13
  12:19 23:12
  24:24 25:9
  33:15 49:22
  92:7
**manage** 26:4
  38:17 39:4
**managed** 71:21
  73:2
**management**
  28:15 29:3 70:4
  91:6
**manager** 31:14
  69:16
**managing**
  71:22
**manual** 38:19
**map** 37:14,18
  38:6,9,13,16
  51:2
**mapping** 23:10
**maps** 23:12,12
  24:16
**march** 13:9
  16:22 18:7,9
  32:4

**marine** 34:14
  34:20,21 44:6
  62:4 66:16,22
  66:23 67:21
  68:9,13 69:2
**mark** 8:6 9:10
  16:12
**marked** 8:9 9:7
  9:9 16:15 20:10
  40:2 56:18
  61:21 84:1
**marriage** 96:15
**martinez** 42:1
**massachusetts**
  1:22 96:2,6
**material** 4:13
  8:20,21 9:8
  27:4
**materials** 4:12
  8:12,18 9:6,11
  9:12,15,21 10:1
  10:4,7 11:3
  31:2,2,3,6,6,9
  33:12
**matter** 5:7 33:8
  95:18 96:17
**matthew** 22:11
  22:13,22 24:22
  25:5
**maximum**
  53:19 54:21
  55:11,16 56:2,5
  58:3,11,22
  93:13,21

**mccay** 1:18 4:3
  4:11,14,16 5:11
  6:2,11,21 8:7,9
  9:10,14 16:15
  16:16,22 18:2
  20:8,10,18
  64:18 84:17,23
  85:13 86:1,2
  90:4 96:7
**mcd** 53:19
  54:21 58:12
**mean** 7:21
  25:16 88:9
  91:11
**meaning** 34:20
**means** 22:18
  32:21 33:14
  36:21,22 37:9
  57:7 74:9 87:24
**meant** 33:21
**measured** 45:2
**measurements**
  44:10,23 45:5
**mechanicals**
  75:4
**meet** 30:5,10,12
**meeting** 30:20
**mega** 41:22
**meinert** 4:23
  83:24 84:8
**members** 15:10
  18:16
**memo** 87:15,19
  88:2,8,24

**[mentioned - n]**

**mentioned** 15:10 18:15 22:7 29:13

**merchant** 41:13

**mesh** 50:23

**met** 6:11

**meteorologist** 28:19

**methodology** 86:10

**metocean** 23:21 24:17

**mexico** 41:23

**mic** 6:7

**michel** 11:8,11 61:8 70:9 75:18 75:21,24 93:7 94:16 95:3

**michel's** 94:8

**middle** 57:10

**mile** 65:15

**million** 44:18 44:19 81:9

**mind** 39:10

**minimize** 35:21

**minor** 95:8

**minutes** 50:5 89:17

**mispronounce** 22:21

**mitchell** 1:21 5:12 96:4

**mitigate** 36:3

**mitigation** 68:4 68:7

**mix** 52:1

**mixed** 64:2 65:13

**mixing** 52:6

**mixture** 32:24 95:4

**mobil** 66:20 67:13,19,22 68:11 69:5,17 71:21 72:19

**model** 23:23 24:9,23 26:5,21 28:10 31:15,16 31:24 33:2,11 33:18,18 34:7 34:13,17 35:1,4 36:12,22 37:2,7 37:15,16,17,20 39:8 41:6 42:9 42:21 43:23,24 44:1,10,18 45:6 45:18 46:3,4,6 46:7,8,8,12,16 46:19,24 47:3,4 47:7,11,19 48:1 48:18 49:1,4,7 49:10 50:23 51:21 52:17,23 53:3,10 62:17 66:22 67:1,4,6 67:21 68:1,12

70:22 83:17 86:13 87:16 88:14,18 90:7 90:12,14,19,22 91:2,4 92:3,21 93:2

**modeled** 65:17 66:18 92:10

**modeler** 23:1

**modeling** 4:18 4:21 13:22 19:18 20:16 23:16,16,22 24:3,3,4 26:16 26:23 27:7,8,14 27:16 39:24 40:2 44:3,22 47:13,17 49:1 53:5,18 57:4 58:22 61:18,20 62:1 63:3 66:15 68:9 70:2 72:10 72:21 74:2,8,22 79:14 80:21 86:8,17,18 87:3 89:5,8 90:18 92:7 93:1

**models** 23:2 26:4,5,6 31:18 36:16,18 47:16 50:21 67:2 87:12 89:11 91:18 92:22,24 93:1

**monim** 15:1 22:11 23:19,20

**montero** 80:22

**month** 16:21 18:2,5,5

**morning** 30:7

**morrison's** 78:15

**motiva** 1:15 2:22 11:20 12:2

**motley** 1:22 2:4 5:15 6:13

**motleyrice.com** 2:8

**mourning** 6:21

**mousse** 33:15

**move** 32:22 33:12

**moved** 42:8 79:16

**movement** 46:16

**moves** 46:22

**moving** 56:20 85:24

**mt** 2:6

**multiple** 31:21 41:8 68:11 69:9

**murphy** 22:13 25:5

**n**

**n** 2:1 3:1 4:1 5:1

**name** 5:3,14 6:19 11:19 16:23 20:17,20 22:6,19,21 23:7 32:6 40:8,8 62:11 84:16 88:18

**names** 16:23 22:17

**naming** 10:21 85:20

**national** 63:6 71:11

**natural** 26:9 27:9 31:19 42:24 63:8,9 92:19

**nc** 85:16,20 86:2

**ne** 2:14

**near** 64:4 84:15

**need** 7:17 21:18 23:2 39:2 53:23 72:18

**needed** 10:15 24:8 25:3 48:13 49:21 53:4 55:22 72:11

**needs** 72:21

**netcdf** 85:17,19

**never** 29:8

**new** 12:3,7,7 14:5 20:17 37:4 46:2 51:3,8

53:20,23 55:8 55:11 57:5,23 58:14 59:1,22 60:4 63:23 64:21,21,22 65:3,14 84:23 85:12 86:1 88:14 92:18 94:12

**niarn** 10:22 11:9 24:6 76:13 76:21 77:11 90:12,14

**nice** 6:12

**nicholas** 22:12 24:21,22

**nigeria** 79:7,15 80:4

**nikita** 49:18

**nikita's** 24:1

**nikitas** 14:24 22:12 25:2 47:10

**noaa** 44:7 71:5 71:12,15 72:8,9 72:17

**non** 21:16

**normal** 80:12 89:4

**north** 4:22 43:13,16,20 44:2,3 61:21 62:1,24 63:9,17 63:19 64:17

65:5,10

**northeaster** 41:13

**notary** 1:21 6:3 96:5,19

**noted** 30:19

**notice** 4:10 8:3 8:8,13 9:13 16:12 88:5

**noticed** 6:6

**notify** 22:1

**november** 80:23

**nowadays** 39:17

**nrda** 27:2 63:3 63:6

**number** 10:19 10:24 11:8 16:22 17:5,7 18:1,1,7 21:1,4 32:7 37:1 44:19 63:20,23 69:15 78:13 81:13 82:1 94:15

**numbered** 84:15

**numbering** 85:10

**numbers** 9:18 9:19 10:14 41:3 44:20 56:12 58:17 73:21 85:3,4,10 86:1

**o**

**o** 5:1

**oath** 7:19

**object** 12:11,12 13:18 14:14 17:6 35:3,14,23 36:9,15 37:24 39:13 47:14,20 48:5,5,20 49:11 51:11,19 52:3 52:12 53:12 55:18 58:16 59:6,24 65:1,21 66:5 67:17 68:5 73:15 75:12 77:1 79:23 80:9 81:10,21 82:10 84:19 86:9,20 89:9

**objection** 10:4 35:10 48:12 54:10

**objective** 54:16

**objectively** 36:7

**observational** 42:7

**observed** 60:7 60:12 64:16

**obtained** 29:24 62:14

**occasionally** 26:12

**occupation** 22:23

**occur** 14:2 34:2 41:11,17 45:11 53:20 55:5 59:1 93:22,24

**occurred** 37:4 41:13 45:15 63:1 79:15 92:5

**occurring** 36:3 92:2

**ocean** 25:7,12 65:11,13 66:3 67:7 68:17 69:2 70:3 73:13

**oceanic** 71:11

**oceanography** 24:2 29:14 32:9

**october** 29:21

**offering** 86:7 86:12 89:7

**office** 6:23,24 7:1 22:24 23:4 23:10,15 24:15 25:12 38:1,1,6 39:19 69:10,20 73:14 82:5

**offices** 1:22

**offshore** 69:23 70:3

**oh** 6:8 10:23 23:6 84:20

**oil** 1:11,13 2:18 2:20 4:22 5:8

12:1 13:22,23 14:1 20:5,16 23:16 26:5,24 27:5,7 29:12 31:17 32:4,22 32:24 33:1,3,7 33:14,15,19 34:1,9,15 35:20 37:3,13,18 38:6 38:9,13,16 40:18 41:9 42:1 42:8,21,23,24 43:3,7,20 44:1 45:6,18 46:4,7 47:12 53:2,5,18 53:20,20 55:5,9 55:10,12,23 57:18 58:10,13 58:22,24 59:1 60:8,10,12 61:14,21 62:1 62:16,18,20,23 62:24 63:10,17 63:19,20 64:2,5 64:6,15,17,22 64:23 65:3,12 65:15,18 69:11 69:13 70:1,23 70:23 72:10,11 72:21 74:2,11 74:23 79:14,15 79:16 80:21,22 82:16 84:10 91:9 92:8,11,13

92:14 94:20 95:8

**oils** 32:12,23 34:4 69:22 70:2 72:13,15,15 94:13,13,17,18 94:19,23 95:1

**okay** 6:19,22 7:6,18 8:6,12 9:3,5,21 10:1 11:3 12:15,18 12:24 14:12 15:7 16:5,18 17:2 20:2 22:19 25:1,5,11,15 26:2 28:5,8 30:14,22 31:9 31:14 32:11 35:20 40:11,23 41:17 42:4,17 45:5,18 46:2 47:9,11,24 48:17 50:2,14 53:16 54:7 56:12,14,15 57:8,22 58:5,5 58:18 59:8,12 59:18,21 61:16 61:16,23 62:4,7 62:11 64:10,21 65:5,18 66:2,13 66:14 67:8,12 67:15 68:21 69:1,8,13,21

70:8,20 71:24 72:7 73:5,11 74:8,22 76:8,23 77:9,13 78:7,20 79:3,20 80:13 81:2 82:14,22 83:4,8 85:1,3,6 85:11,24 86:7 86:12,16 87:3,9 87:9,15,18,22 88:9,12,17,21 89:4,4,7,12,14

**ones** 21:14 41:15 77:4

**ongoing** 36:2

**online** 62:14

**opa** 62:18,20,24

**open** 20:15

**operated** 29:8

**operational** 26:15,22

**operator** 11:20 12:3

**opinion** 57:11 57:12 59:2 91:13 94:10

**opinions** 8:21 10:2 11:14 42:20 53:17 86:7,16 89:8 93:12 94:9

**opposed** 56:8

**organisms** 33:24 34:3,6,21

**organization** 39:10 75:6
**organize** 72:23 72:24
**originally** 72:8 72:18
**outcome** 80:15
**outer** 69:24
**output** 47:3,12 52:17,23 85:19
**outputs** 50:1
**outside** 20:2 31:5 39:7 51:15 68:5 92:13
**outstanding** 18:22
**own** 20:2 86:18
**owned** 25:24
**owns** 11:22

**p**

**p** 2:1,1 3:1,1 5:1
**p.m.** 95:15,18
**pace** 10:12,17 59:13,14 78:17
**package** 32:1
**page** 4:9 14:24 16:23 20:14 21:19,21,21 22:5,15,16 25:11 41:3,3 42:18 43:18 50:15 52:14 53:16 54:23

56:19,19 57:2,3 58:7,21 63:14 63:16 64:10 66:14 68:8 69:21 78:21,21 84:15 85:11,12 87:10,13 88:12 88:13
**pages** 1:2 21:20
**pah's** 44:10 64:4 95:3,7
**paid** 18:13 19:11 20:1 79:22 80:7,11 81:3 82:13
**paper** 44:9 62:16
**papers** 72:17 73:8
**paragraph** 42:19,20 43:18 52:19,20 53:17 54:3,4,4 55:4 57:11 58:19,19 62:15 64:12 78:22
**parenthesis** 58:11
**parker** 77:14
**part** 28:6 38:8 44:22 45:10 54:4 55:14 59:7 67:8 71:11,17 71:19,24 77:8

95:4
**partial** 54:3
**participated** 71:22 72:4
**particular** 13:20 27:18 33:17 47:24 48:4 61:12 69:12 72:6 74:13
**particularly** 45:20
**particulars** 41:19 61:11
**particulate** 33:8
**parties** 27:3 45:24 50:9,12 83:12,13 89:22 89:23 95:11 96:16
**partition** 33:8
**past** 39:18 42:22 73:10
**pay** 37:12,13 72:23 82:7,13
**payments** 19:1
**peachtree** 2:14
**peak** 51:9
**pending** 13:13
**people** 15:12 21:19 22:7,10 22:14,21 37:16 37:18 38:1,4,6

38:17 69:19 73:1
**percent** 73:16
**percentage** 19:20 66:3 73:13,18
**percentiles** 57:14
**perform** 43:15 53:5 70:1 79:14
**performed** 49:2 53:1,18 58:21 62:23 86:8,10 90:18 92:7
**permittee** 12:4
**permitting** 12:23 27:24 82:1
**person** 22:8 30:13 37:12,13 75:22
**personally** 38:17 43:15,15 43:17 46:24 67:23 75:9,19
**petroleum** 1:14 2:21 29:8 59:21 82:23
**phd** 20:18 24:2 27:16 29:14 56:21 75:13
**photodegrada...** 33:6

**[physical - process]** Page 21

physical 24:2 25:4 34:7 36:18 44:21
physics 46:21
pictures 11:2 83:20
pinnacles 74:3 74:15,17
pipeline 66:18
places 61:9 67:11
plaintiff 1:9,19 2:10 13:1,15
plaintiff's 6:14 76:17
plaintiffs 5:16 12:16 79:18
plan 19:6 29:4 55:13
plankton 27:17
planned 55:23
planning 27:10 56:10 91:22
plans 19:8
plausibility 79:17
pleasant 2:6
please 5:12,20 5:21 6:20,24 7:8,13,17 19:14 20:20 24:14 42:19 50:6,14 50:15 57:3 58:6 58:7,19,21

66:14 83:9 84:5 88:13 89:19 95:13,14
plot 49:19,23
plotted 24:18
pm 83:10 89:20 89:24
point 11:21 26:18 40:20,23 50:3,5 66:15
points 70:21
pollution 27:11 29:3 44:6 62:4 62:7,20
populations 27:15 34:5
portion 55:6 75:14
portions 33:3 76:6
position 8:1 91:24
possible 64:23 93:21
posted 70:18
potential 13:24 20:2 45:14 55:1 55:8 65:19 66:17,18 68:19 69:23 70:2 74:11 81:24
potentially 34:23 39:14 53:20 59:1

power 40:20,23
practice 89:4
precise 44:3,15
predicted 45:1 45:4
prediction 44:18
preparation 11:5,7 17:21 55:13 77:24 78:1 87:11,16 88:4
prepare 22:3 22:14 30:6,14 31:4 90:14
prepared 14:17 14:22 22:5,10 23:16,22,23 29:3 46:9 56:20 59:16 76:20 90:12
preparing 23:12 77:21
present 3:2 31:22 40:17 62:16 66:20 68:12
presentation 40:20,23
presented 21:9
presently 67:13 68:15 69:5,10 69:11

pressure 92:12
pretty 51:13
prevention 29:4
previous 79:3
previously 14:3 58:23 83:16
primarily 19:17 24:16 26:11 27:14 28:3 36:1 38:2 42:8 64:5
primary 26:2
principal 26:3
prior 15:14,17
privileged 20:16 30:9 46:1
probabilities 32:17
probability 91:8,21
probably 85:9 88:5,8
problem 68:1
problems 27:21
procedure 1:20
proceeding 16:3
proceedings 9:1 73:7,10 78:24
process 38:8,23 38:24 86:17

**produced** 9:3 10:5 21:7 23:13 64:6 84:11
**product** 92:4
**production** 67:16 79:7 80:4
**products** 1:13 2:20 12:1 84:10
**professional** 92:22 96:4
**program** 67:9
**programming** 24:16 25:7,8
**project** 18:6,10 18:20 21:4 26:6 27:19 31:12,14 45:8,9,13 48:11 67:24 68:22 69:14,14,16,17 69:21 70:15 71:21 72:5,14
**projects** 21:15 27:23 68:18 69:10,12,15,19
**promise** 21:23
**proposal** 21:18
**proprietary** 37:7
**protected** 66:4
**protocols** 71:3
**provide** 6:19 8:12 19:6,14,15 32:20 33:22 69:1 79:22

80:13 83:4,5 88:21
**provided** 8:3,15 8:16,23 9:12 10:13,14 11:7 11:12 15:2 16:11,19 17:21 20:12 40:23 75:15 77:2 78:8 78:23 80:19 81:16 82:22 83:18,20,21 85:5,15,19 86:5 87:19
**providence** 1:23 5:7
**providing** 86:16
**provision** 13:3
**provisions** 1:20
**pseudo** 33:4
**ptec** 81:3
**pttep** 80:22 81:6
**public** 1:21 6:3 42:12 96:5
**publication** 44:6
**publications** 8:17 71:4 73:4 73:5
**publicly** 8:21 37:9 73:5

**published** 44:9 45:21 62:4,8 70:14,16
**pulled** 24:11
**purchased** 25:20,21,22,23
**purple** 50:22 51:15
**purpose** 74:13
**pursuant** 1:19
**put** 9:2 21:18 32:7,10 53:14 88:3,4,4

**q**

**quality** 93:3
**quantification** 27:7 34:18 43:19 44:13 45:15 62:17
**quantified** 44:5 44:12
**quantify** 93:20
**question** 7:13 7:14 35:15,16 45:11 58:5 74:16 81:15
**questions** 7:12 12:13 15:7 39:5 77:20 81:19 89:16 90:4
**quick** 89:18
**quinnipiac** 10:23

**quite** 10:21 27:23 45:16 94:1

**r**

**r** 2:1 3:1 5:1 76:2 96:1
**raise** 5:22
**ran** 42:9 47:16
**range** 44:21
**rate** 17:2,7,9 19:9,11 33:3
**reach** 53:24 59:4 91:1,13
**reaches** 51:18 51:21 52:5 54:8 54:15,18 91:11
**reaching** 90:8 90:15 92:4
**read** 11:10 20:15 21:20 31:14,22 33:11 40:4 43:3 50:24 53:6 54:3,3,4,5 55:14 57:19 58:23 61:23 62:2,18 63:3 64:7,9,19 66:15 66:20 70:6 71:9 74:6 79:1 88:15
**reading** 25:9 49:21 62:23 74:1
**realistic** 92:10

**[really - represent]**

**really** 21:20 22:18 23:21 27:2,4 32:21 35:15 56:10 60:23 65:22 72:5,12,23 77:5 78:18 92:10 93:18

**reason** 7:16,23

**reasonable** 87:8

**reasons** 14:16

**rebuttal** 11:4

**recall** 11:1

**recedes** 46:23

**receive** 53:14

**received** 49:20 49:20 78:13 88:2

**recent** 73:9

**recognize** 9:22

**recollection** 61:6

**record** 5:2 6:12 8:6 11:23 12:24 50:8,9,11,12 80:2 83:9,11,12 83:13,15 89:21 89:22,23 90:1 95:11,16 96:13

**recovery** 13:4

**recross** 4:2

**redirect** 4:2

**reduce** 74:17

**refer** 6:15 12:5 12:7 64:10 65:7 68:8 87:9 89:5

**referenced** 54:20

**references** 8:15 8:23 12:9,11

**referring** 16:21 43:7,22 94:16 95:3

**refers** 86:4

**regard** 15:7

**regarding** 14:4 78:24 84:9 93:13 94:9

**regs** 55:24

**regularly** 94:4

**regulation** 55:21

**regulations** 55:22

**regulatory** 27:24

**related** 13:13 13:20 16:19 17:21 18:19 26:24 27:20,23 28:2 42:5 57:4 80:21 81:15 82:8,16 84:12 85:8,14

**relating** 90:7,23

**relationship** 15:14,17

**release** 36:2,2 67:3

**released** 27:4 63:10 69:2

**releases** 27:1,20 66:16,19,22 67:21 68:9,13

**relevant** 77:5

**reliable** 87:6,6 87:8

**relied** 11:13 16:9 56:12 94:3

**rely** 59:13 92:21 94:4

**remember** 7:8 30:24 41:19,24 44:20 47:5 82:23 83:1,7 90:9

**remembering** 14:6 15:4

**reminder** 7:7

**remove** 74:17

**repeat** 46:5 54:13

**rephrase** 10:7

**report** 4:15,19 8:18,22 9:2,13 10:2,5,9,16,17 10:22,22 11:9 11:14 14:17,20 14:23 15:9,11

16:9 17:22 20:7 20:9,12,14 21:7 22:16,18 23:13 24:10 42:17,18 43:18 44:8 50:15 51:2 52:14,15 53:6 53:16 54:20,23 56:13,16,18,19 56:20 57:1,2 58:6,8,15,17,18 58:18,19,20 59:13,14,16,17 64:10 65:7 66:14 73:3 75:15 76:16,20 76:22 77:11,15 77:17,19,21 78:1,5,20,21 80:13 83:2,2 85:4,7,8,15 87:10,18 88:3,8 93:6,10

**reporter** 1:21 5:11,19,21 6:5 7:10 84:2 96:5

**reports** 11:5 24:5 42:13 76:6 76:11,15,18 77:3,9 78:2,4,9 78:13,16,19

**represent** 13:12 20:11 21:6 56:24 62:13

73:14 84:10 85:6

**represented** 59:20 85:7

**representing** 2:9,18 5:15 6:14

**reputable** 71:15 75:6,22

**requested** 52:24 53:9,13

**required** 27:11

**research** 31:21 67:23 72:11,21

**researchers** 32:7

**resolution** 50:23

**resource** 13:3 26:9 27:9 31:19 42:24 63:6,8

**responders** 36:5

**response** 8:13 9:13 16:12 32:15 34:14 35:21,24 36:1,8 55:23 70:24 75:1

**responses** 7:9

**responsibilities** 26:2

**responsible** 27:3 45:24

**rest** 48:24

**restoration** 27:10

**resulted** 71:4 73:3

**resulting** 32:18 64:3

**results** 35:4,7 35:13 44:10 45:21 49:23 71:3 86:11,24 87:2

**resurface** 64:23

**resurfacing** 64:6

**review** 10:22 17:9 31:4 49:14 49:24 60:21 76:11,15,17,18 77:10,14,17,19 78:4,14 83:22 90:18,22 92:21

**reviewed** 11:5 11:8 15:4,6 53:3 76:16 78:3 78:14,14,15,16 86:11,24,24 87:7 93:6,19

**reviewing** 24:5 24:7,19 25:8 42:12 61:2 92:20

**rhode** 1:23 5:7 6:22 7:2 13:14

29:15 32:8 63:1 63:11 64:17 65:11

**rice** 1:23 2:4 5:15 6:13

**richard** 76:2

**right** 5:22 6:17 9:5 10:7 17:3 18:11,17 21:6 25:18 26:16 28:2,3 29:6,16 29:18 31:13 32:5,12,15 34:11,15,23 35:2 36:8 40:9 41:3,6 43:23 44:1,21 46:10 46:12 48:9 51:5 51:10 52:2,9 53:11 54:9,15 55:17 56:13 57:24 59:5,10 61:6 62:5,5,9 62:11,15 63:17 65:8,20 67:19 68:23 69:3 70:10,20 73:20 75:9,16 76:6 79:1,8 80:5,5 80:24 81:15 82:17 83:5 84:17,23 86:3,8 86:14,19 87:4 87:15,22 88:10

88:17,19 89:5,8 93:9

**rines** 40:11

**ringing** 62:7

**risk** 19:18 26:7 26:23 27:19 31:19 42:23 45:10 56:6 68:2 78:24

**rita** 45:15,20 60:21

**river** 79:17

**road** 15:8

**robert** 76:13

**rock** 74:3,15,17

**ros** 53:3

**roseville** 73:9

**rough** 11:10 12:20

**roughly** 12:22

**routinely** 92:24

**rps** 25:12,15,18 25:20,21,23,23 26:3 29:21 39:8 39:19 73:13 80:10 82:7

**rule** 62:24

**rules** 1:20 7:8

**run** 23:1 36:22 37:16 38:11,13 38:18,20 39:5,8 46:24 47:7,23 57:22 58:1 86:13

**[running - shorter]**

**running** 24:23
**runs** 47:4
**rutgers** 30:1

**s**

**s** 2:1 3:1 4:8 5:1
**safety** 68:19
  71:6,17
**salary** 20:1
  80:12 82:13
**san** 42:2 74:3,4
  74:15
**satisfactorily**
  6:2 96:8
**saunderstown**
  6:22
**saying** 16:2
  23:7 39:18
**says** 17:2 26:22
  31:20 42:20,21
  43:19 50:20
  52:17 53:9,18
  55:4 56:20,20
  57:11 62:15
  63:15,16 64:13
  66:15 68:8
  70:20,22 78:22
  84:7,9 85:12,16
  87:12,15
**sc** 2:6
**scaling** 27:10
**scenario** 54:24
**scenarios** 36:8
  92:10

**schmidt** 4:19
  56:16,17,21
**school** 30:4
  32:8
**science** 25:12
  25:19,20,22
  29:17,21 31:15
  82:15
**scientific** 19:19
**scientist** 26:3
  28:17,18 75:13
**scientists** 71:1
  71:23 72:18
**scope** 68:6
**scores** 42:24
**screen** 66:6
**sea** 80:23
**seal** 96:19
**seamus** 1:21
  5:12 96:4
**seaweed** 81:8
**second** 26:21
  42:19,20 43:18
  57:11 64:12
  69:22 85:11
**secondary**
  92:17
**section** 52:14
  87:18
**sediments**
  34:11 45:4,5
**see** 6:12 8:19
  10:11 16:23
  28:6 42:18

  63:15 84:16
**seen** 10:16
  16:16 60:16
  76:6 85:1
**seeps** 66:19
**select** 76:23
**selecting** 49:9
**sell** 37:17,22
**senate** 81:22
  82:14
**send** 37:17
**senior** 26:2
**sense** 74:17
  75:3
**sensitivities**
  66:8
**sent** 9:1
**sentence** 52:20
**september**
  96:19
**sequestration**
  27:21
**serve** 13:7,16
**served** 14:3
  16:5
**services** 73:14
**set** 48:17 86:24
  96:18
**settle** 33:9
**settlement**
  81:12,14
**settling** 81:6
**setup** 49:4

**seven** 10:18
  71:1 73:1
**several** 26:13
  55:9 67:2 71:4
  73:4 84:12
**severe** 60:13
**shallow** 64:4
**shalom** 2:3 4:4
  5:14 6:13
**share** 60:8
**sheen** 64:23
**sheens** 64:5
**sheets** 30:20
**shelf** 70:1
**shell** 1:11,13
  2:18,19,20 5:8
  11:20 12:1,6,12
  15:24 16:4 20:3
  42:1 69:8,11
  78:15 79:4,7,10
  80:3,4,7 84:10
  84:23 85:12,24
**shell's** 79:10
**shellfish** 34:22
**shipping** 79:5
  80:3,8
**shore** 65:16
**shorelines**
  34:10
**short** 32:20
  33:22
**shorter** 21:14
  21:21

**[show - staff]**

| | | | |
|---|---|---|---|
| **show** 90:14 92:3 | **simulation** 35:1 54:17 | **spalding** 2:13 5:18 15:18 53:10 | 46:4,7 47:12 53:3,5,18 55:1 55:5,23 58:22 |
| **showed** 90:8 | **simulations** 57:22 | **speak** 7:15 | 59:7 61:21 62:2 |
| **shown** 50:22 | **site** 50:24 | **specialist** 23:1 23:9,20 | 62:23 63:1,9,17 |
| **shows** 50:20 51:2 58:10 | **situation** 35:16 65:10,10 | **specializes** 23:15 | 64:17 65:3,5,19 72:10,21 74:21 |
| **side** 9:3 | **sixth** 44:24 | **species** 35:8 66:3,8 | 79:14,14,16 80:23 82:16 |
| **sides** 39:16 | **sjacks** 2:8 | **specific** 17:20 | 83:3 91:12,19 |
| **signature** 96:21 | **skip** 70:21 | 19:3,9,11 73:21 | 91:24 92:2,3,5 |
| **simap** 26:6,21 | **slosberg** 3:3 5:3 | 80:16 94:24 | 92:14 93:21,21 |
| 31:17,18,24 | **small** 75:14 92:2 | **specifically** 12:13 28:2 | 93:23,23 |
| 32:3,7,10,11,14 | **smothering** 34:4 | 45:12 60:18 94:22 | **spilled** 27:3 32:12 55:6 |
| 32:17 34:7,13 | **social** 36:5 | **specifications** 55:1 | 63:19 64:14 68:16 |
| 35:7,13 36:7,10 | **socolofsky** 67:5 | **specifics** 41:24 | **spills** 14:1 |
| 36:12,18 37:3,7 | **software** 38:16 | **spending** 14:12 | 27:21 31:17,18 |
| 37:9,12,14,17 | **solemnly** 5:23 | **spent** 14:8 | 37:3,5 41:5,8 |
| 37:23 38:2,9,23 | **someone's** 38:15 | 36:17 45:16 | 41:11 42:5,7 |
| 39:8 41:2 42:5 | **sorry** 6:8 10:24 | **spill** 4:17,22 | 43:3,7,8,11,12 |
| 43:6,12,16,19 | 25:21 36:2 | 13:22 20:16 | 43:13 45:15 |
| 44:1 45:6,18 | 63:16 76:21 | 26:5,5,15,22 | 60:8,10,12,20 |
| 46:4,7,8 47:4 | 77:11 | 28:10 31:16,24 | 60:22 61:9 |
| 47:12 53:2,14 | **sort** 24:4,24 | 32:4,14,18,20 | 62:18 64:22 |
| 57:22 62:17 | 27:18 39:6 61:2 | 32:21 35:20,24 | 69:11 70:2 74:2 |
| 68:17,19 | **sound** 13:4 | 37:1 39:23 40:1 | 74:18 91:9 |
| **simap's** 43:22 44:3 | 65:11 | 40:18 42:15,21 | **spring** 70:17 |
| **similar** 92:21 92:24 93:2 | **source** 19:24 | 42:23,24 43:16 | **square** 7:1 |
| **simpler** 37:16 | **sources** 19:23 | 43:20 44:2,4,13 | **ss** 96:3 |
| **simplified** 37:14,22 38:10 | **south** 7:1 63:11 | 44:24 45:3,12 | **st** 1:23 2:14 |
| **simplify** 37:15 | **space** 33:12 46:17 | | **staff** 17:14,15 |
| **simulate** 32:11 | | | |

stands 31:24 62:20 63:6,8
start 9:14 20:20 22:9
started 25:18 25:19 29:17
starting 22:22 52:20
starts 74:1
state 12:12 45:13,23
statement 35:19 69:18
states 1:4 5:9 20:15 26:12,12 31:13 82:23
static 86:4
statistical 24:20
statistician 75:11,13
stay 58:20
step 30:5
stock 20:3
stop 36:1,2 54:2
storage 14:5,7 57:15 59:23 60:3,4 66:18,19 67:9 68:4
store 87:11
stored 64:13
stores 63:23
stories 61:14
storm 24:3 28:15 41:14,18

41:21,23 45:19 47:16 50:21 51:9,17,17,20 52:5,10,24 53:10,21 54:2,8 54:14,14,18 55:12 57:16,17 59:9 63:2,11 64:7,15,18 65:9 65:9,16 87:16 90:8,11,15 91:1 91:7
storm's 53:23
storms 46:3,6 51:4,8,24 53:2 91:22
stormwater 29:3
strategy 68:4,7
street 5:6
structural 78:18
studies 33:17 70:13,14 71:4
study 33:17 61:2 70:8 73:5 74:13,19
subject 35:4
submit 16:18
submitted 77:3 78:5
substance 26:24

success 35:1
sufficient 53:4
suffolk 96:3
suit 13:2,2 80:21 81:7
suits 27:2
summaries 77:4
summarizing 24:23 25:3
summary 42:19 53:17 80:18
support 26:10 27:24 38:3 39:5 66:16 83:2
supposed 70:19
sure 9:20 12:8 25:9 38:14,23 39:4,16 46:5 54:14 61:10 70:18 78:12 85:22 91:23
surf 63:10 64:3
surface 34:10 64:5
surge 24:4 41:18 45:19 51:9,17,17 52:5 52:10 53:21,24 54:2,8,8,15,18 57:16,18 59:4,9 65:17 90:8,15 91:1 92:6

surges 91:7
surrounding 92:11
surrounds 54:19
susan 77:14
swear 5:20,23
switch 66:13
sworn 5:22 6:3 96:8
swppp 29:4
system 23:11 32:11 39:20
systems 31:17

**t**

t 4:8 21:2 96:1 96:1
table 6:7 41:4,4 41:8 43:8 52:18 52:18 57:10 58:7,10 84:18
tables 24:24
take 7:16 22:17 50:5,16 83:8 89:18
taken 1:19 8:1 45:5 59:12 96:7 96:10
talk 7:11
talked 31:1 54:7 92:20
talking 6:17 38:10 72:13 74:21 75:8

**[tamic - titled]** Page 28

tamic 67:3
tangential 27:4
tank 28:13
  51:21 55:7,12
  55:14 59:19,20
  60:16 61:3,7,10
  91:14
tanker 74:2,18
tanks 51:18,22
  52:8 53:24 54:1
  54:8,15,18,19
  57:15,19 59:4,8
  59:15,23 60:3,3
  60:5,18 61:12
  90:8,15 91:1,11
  91:17,17,20,23
  92:11,12,14
tate 27:6
team 15:9
  18:16,19 53:3
tech 17:15,16
  18:12 23:3
  25:12,23 26:1
  31:12 39:17,21
  73:14 82:7,12
technical 38:3
  42:13 44:8,8
  73:3 83:2
techniques
  67:24
tell 5:23 7:22
  8:2 10:21 14:10
  30:19 47:23
  80:16 85:9

term 49:1 87:5
terminal 12:3,7
  12:8,8 14:5
  20:17 29:8 46:2
  51:3 53:21 54:1
  55:9,11 57:5,23
  58:14 59:2,4,22
  60:4 63:23
  64:14,22 65:3
  65:14 72:14
  88:14 90:8,16
  90:23 91:8
  92:17,18 94:12
  94:23
terminaling
  1:14 2:22 11:19
  12:2
terminals 51:8
  59:22 64:21
terms 55:17,23
tested 36:13
testified 6:4
  15:21 16:3 76:5
  81:19,22,24
  90:6 93:6
testify 7:23
  79:20 83:1
testifying 21:17
testimony 7:24
  19:6,21 28:9
  78:23 79:22
  80:8 82:7,14,19
  82:22 83:4,6
  86:12 90:9 96:9

96:10
tetra 17:15,16
  18:12 23:3
  25:12,23 26:1
  31:12 39:17,21
  73:14 82:7,12
texas 67:4
thank 6:5,6,11
  7:3 11:3,12,23
  11:23 17:17
  21:23 22:3
  28:10 39:22
  50:8 63:9 76:23
  78:20 86:7 95:9
theirs 48:2
theoretical 56:9
thesis 27:16
thing 21:22
  24:4,24 38:19
  39:6 56:9,10
  88:1
things 26:4
  32:23 35:17,17
think 11:18
  15:3,24 22:17
  30:23 40:15
  41:15,20,23
  42:2 44:16,24
  47:5 72:20
  73:18 76:5,19
  76:20 78:10
  81:3 82:21 83:8
  88:1 94:1

thinking 31:8
thomas 77:17
thousands
  60:20
three 10:12
  11:8 21:21 28:4
  28:5,6 51:8
  63:15,16
threshold 65:23
  66:2,4,7,12
  95:5
thresholds
  64:11 65:18,22
  66:6 94:9,24
tidal 23:23
time 5:5 17:8
  18:13 29:16
  30:20 33:12
  38:7 44:8 45:12
  46:5,17,20 50:7
  50:10 53:4,14
  61:1 72:24
  73:22 80:10,11
  80:11 83:8,10
  83:14 84:16
  89:20,24 95:15
times 30:12,14
  42:9
timor 80:23
title 20:17
  22:15,16 40:4
  56:19 61:23
titled 41:5
  53:17

**today** 6:12 7:19 7:24 8:4 11:7 19:12 21:9,11 30:6,13 31:4,10 77:23 78:1
**today's** 5:4 11:5
**together** 21:19 24:11 32:7,10 70:9,11
**toledo** 2:12 4:5 5:17,17 10:4 12:11 13:11,18 14:14 17:6 19:16 21:24 30:11,12 35:3 35:10,14,23 36:9,15 37:24 39:13 47:14,20 48:5,12,20 49:11 50:18 51:11,19 52:3 52:12 53:12 54:10 55:18 58:16 59:6,24 65:1,21 66:5 67:17 68:5 73:15 75:12 77:1 79:23 80:9 81:10,21 82:10 84:19 86:9,20 89:9,15,17 90:3 95:14
**tool** 34:18

**top** 10:20 14:10 20:21 21:1 30:19 40:8 41:3 44:16 47:5 62:5 62:11 63:14 68:8 85:12 87:12
**topics** 77:7
**topography** 92:18
**total** 18:6,19
**towards** 64:12 84:22
**toxic** 34:14 95:2 95:5
**toxicity** 27:6 94:9,22
**toxicological** 34:3
**toxicologist** 29:11
**toxicology** 29:12
**trading** 79:4 80:3,7
**traffic** 74:19
**training** 27:13 38:18
**trajectory** 27:5 27:7 70:23 80:21
**transcribed** 96:10

**transcript** 96:13
**transport** 13:24 33:10 34:1 43:24 67:6 68:19 72:17 74:10
**transportation** 82:15
**transported** 13:23
**trial** 19:4,6,7,9 19:15 22:1
**triton** 1:14 2:21 11:19 12:1,4
**true** 96:13
**trustee** 44:7
**truth** 5:23,24 5:24 7:22 8:2
**truthfully** 7:24
**try** 7:15 60:22
**trying** 56:7 61:2 73:18
**turbulent** 64:14
**turn** 50:14,15 88:12 89:14
**turning** 25:11
**two** 11:8 26:4 28:3,6 63:20,23 68:8 69:21 70:21 77:6 94:15
**type** 33:2 39:10 41:9 55:12

57:22 58:10 63:19 67:4 68:12 92:8
**types** 55:9,10 58:13
**typically** 30:21 73:22

**u**

**u.s.** 71:1 74:4 75:5 81:22
**uconn** 90:19
**uk** 16:4
**ultimately** 33:19 37:21
**under** 7:19 13:2 14:22 15:13 16:23 20:17 22:5,10 26:20 26:20 31:12 32:6,10 42:1,19 42:19 45:6,15 45:19 51:4,7,16 51:20,23 53:16 54:7,14 57:10 57:15,17,23 60:16 62:18,24 63:15,16 64:11 64:14 66:4 71:21 90:19 96:11
**undergraduate** 29:24
**underneath** 61:13

**[understand - wind]**

**understand**
6:17 7:19 11:21
12:21,22 25:15
38:5 85:6
**understanding**
7:6 11:16 12:15
12:17,18 16:1
46:14 86:3
**understood**
87:1
**united** 1:4 5:9
26:12 82:22
**university**
27:13 29:15
32:8 67:5
**unknowns** 61:4
**unleaded** 14:15
**updated** 70:5
**updates** 21:24
**usage** 66:18
68:3
**use** 4:17 23:23
24:9 37:12,13
37:16,19 39:23
40:1,20 47:17
47:18,24 48:3
48:24 62:17
63:2 65:5 67:1
67:2,2,5 68:13
86:18 89:11
92:24
**used** 21:14 26:6
31:18 36:7,10
36:10 40:15

42:21 43:12,19
44:1 45:6,18
46:2,6,8,12
47:3,17 49:6,10
49:15 63:2
65:18,24 66:6
93:3
**useful** 36:13
**uses** 36:5 67:9
**using** 19:18
25:10 33:10
68:17,18
**usually** 21:18
38:19
**utilized** 42:22
**utilizing** 53:2
**uv** 33:6

**v**

**v** 1:10
**valdez** 32:4
**validate** 36:16
43:12
**validated** 36:13
36:19,21,22
37:3 42:5 43:2
43:6
**validation** 4:17
39:23 40:1 41:2
41:5 43:8,16
**value** 81:13
**variant** 60:20
**various** 21:14
21:20 33:19
36:8 55:10 82:3

**vary** 94:19
**vdo** 1:6 5:10
**verbal** 7:9
**verbatim** 88:24
**version** 37:14
37:22 38:11
**versions** 21:21
**versus** 50:21
82:23
**vetted** 43:1
**vicinity** 54:18
**video** 5:5 95:11
**videographer**
3:3 5:2,4,19 6:8
50:7,10 83:10
83:14 89:20,24
95:10
**village** 7:1
**volume** 1:1
55:6,11,17 56:1
93:21
**volumes** 55:2,8
55:10,13 57:4
57:12,14 93:23
**vortex** 41:16
**vs** 84:10

**w**

**wait** 7:13
**want** 6:23 12:8
21:20 22:21
38:8
**watch** 38:21
**water** 13:3 16:6
28:15 33:9,14

34:9,10 44:11
44:23 45:1
46:17,18,20,21
46:22 51:21
52:5,9 54:17
61:13 64:3,4,14
64:16 65:16
91:16 92:11,13
92:14
**waters** 52:1
**waves** 64:7,24
**way** 52:6 65:15
66:11 72:12
**wcd** 57:7
**we've** 29:20
31:1,5 50:4
**weather** 60:13
60:17
**weathering**
33:13
**web** 70:16
**webinars** 30:16
30:17,23
**website** 70:18
**weigh** 38:24
**wendy** 76:8
**went** 8:15,22
**westminster**
1:23 5:6
**wetland** 41:22
**whereof** 96:18
**wildlife** 27:15
**wind** 33:10
64:24 69:23

**[wind - zoology]**

70:3
**winds**  23:21
 35:7 54:2 59:9
 64:6
**wins**  35:13
**winter**  63:2,11
 64:18 65:9
**withstand**  54:2
 59:9
**witness**  1:18
 4:2 5:20,21 6:1
 13:8,17 14:4
 15:22,22 16:5
 96:8,18
**word**  33:7 56:3
**words**  29:4
 36:1 71:12
**work**  4:14
 15:12 16:15,19
 17:20 21:17
 22:20 26:10
 27:19,21 40:15
 46:15 60:22
 67:12 69:5
 70:11 71:11,17
 71:19,24 73:19
 73:23 75:24
 82:2,4 85:18
 92:22 94:5
**worked**  18:5
 23:18 27:9
 71:23 72:9 76:2
 76:8,13

**working**  14:8
 16:2 25:18,19
 29:17 36:17
 37:2 39:16
 45:17,23 67:24
 68:15,22 69:10
 69:11,20 70:9
 75:8
**works**  7:7
 22:24 23:3,9,15
 24:3,15,22
**workshops**
 72:24
**world**  37:19
 46:17
**worse**  56:4
**worst**  55:16,21
 56:2,7,11 57:4
 57:6,7,9,23
 58:1,2,2,10,12
**write**  14:20
 24:10
**writing**  14:23
**wrong**  38:4
 87:24
**wrote**  14:21
 15:3 23:17
 24:11 44:8
 72:17 83:2
**wtr**  21:2

**x**

**x**  4:1,8

**y**

**yeah**  30:17 39:4
 40:16 50:4
 54:12 58:20
 62:19 73:20
 76:21
**year**  50:21 51:4
 51:4,7,7,12,17
 51:20,23,23
 52:23 53:10
 54:7,14 73:10
 90:11,14,22
 91:2
**years**  26:10
 27:17 28:1 39:3
 45:16 50:22
 79:3 82:3,4
 93:4
**yesterday**  30:7
 30:13

**z**

**zone**  63:10
**zoology**  27:13
 29:24

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.