# EXHIBIT 3

**to Plaintiff Conservation Law Foundation's *Daubert* Motion to Exclude the Expert Testimony of Deborah French-McCay, Ph.D.**

**Rebuttal to the Expert Reports Regarding the Shell New Haven Terminal by:**

**Dagmar Schmidt Edkin, Ph.D.**
**Deborah French-McCay, Ph.D.**
**Ann Michelle Morrison, Ph.D.**

**Prepared by:**

**Jacqueline Michel, Ph.D., Research Planning, Inc., Columbia, SC 29201**

**22 July 2025**

This rebuttal report was prepared by Dr. Jacqueline Michel of Research Planning, Inc. (RPI). I am a geochemist who has over 45 years of experience in oil spill planning, response, and assessment. Most of my expertise is based on my work for the National Oceanic and Atmospheric Administration (NOAA), Office of Response and Restoration, Emergency Response Division as part of the Scientific Support Team to the U.S. Coast Guard (USCG) for oil and chemical spills nationwide. RPI has been under contract to NOAA since 1978, providing expertise in oil spill fate and effects, resources at risk, response technologies, shoreline protection and cleanup methods, seafood safety, and impact assessments. I am the Project Manager for this work, as well as part of the RPI team that provides scientific support to the USCG for 50-100 spills per year. I have responded on-scene for nearly 50 oil spills, starting in 1976. Because of my routine scientific support for spills, I have extensive knowledge of and practical experience in pollutant fate, transport, and effect issues.

I have also conducted work under contract to the NOAA Assessment and Restoration Division since 1991, assisting Federal and State trustee agencies assess the impacts of spills through the conduct of Natural Resource Damage Assessments (NRDA). I have worked on 35 cases since 1976, including the NRDA of the spill at the Motiva Sewaren Terminal in New Jersey on October 29, 2012 following the landfall and storm surge of Hurricane Sandy. RPI performed this work for NOAA and the State of New Jersey under a subcontract with Industrial Economics, Inc. in 2013.[1]

I have written over 300 published papers, reports, and guides dealing with oil spill behavior, fate, and effects. Because of my expertise, I have been appointed to many respected committees and panels, including seven National Academies of Science, Engineering, and Medicine committees dealing with oil (note that I was the Chair of two and Co-Chair of one of these committees):

- Spills of Non-floating Oil (1999);

- Oil in the Sea (2002);

- Spills of Emulsified Fuels: Risks and Response (2001), Chair;

- Committee on Understanding Oil Spill Dispersants: Efficacy and Effects (2005), Chair;

- Spills of Diluted Bitumen from Pipelines: A Comparative Study of Environmental Fate, Effects, and Response (2016);

- Committee on Ocean Science and Assessment for Ocean Energy Management, advising the Bureau of Ocean Energy Management (2016-2018); and

- Review of Interagency Coordinating Committee on Oil Pollution Research (ICCOPR) 2022-2027 Research and Technology Plan (2023), Co-Chair.

---

[1] Industrial Economics, Inc. and Research Planning, Inc. 2013. FINAL Injury Assessment Report Motiva Oil Spill, Arthur Kill, New Jersey July 2013. Prepared for the Motiva Trustees.

I was a member of the National Academy of Science Oceans Studies Board (2001-2005) and am a Lifetime Associate of the National Academies. Appendix A includes my resume with a list of my publications for the last ten years, a list of my trial or deposition testimony for the last four years, and my billing rate for this project.

**Rebuttal to the Dagmar Etkin Expert Report**

I make the following opinions regarding the Etkin expert report:

Dr. Etkin wrongly determines that in the "credible worst-case discharge" only one (1) of the largest tanks at the Shell New Haven facility will release oil as a result of damage from storm surges related to hurricanes.

Dr. Etkin's determination of the credible worst-case discharge (WCD) is not consistent with both my decades of professional experience responding to oil spills and Dr. Etkin's recent work. In a June 2025 report, Dr. Etkin applied a more realistic approach to determining the worst case discharge (WCD) oil spill volumes for offshore wind facilities.[2]

In Section 3.2.3 of that June 2025 report –Technical Approach to Worst-Case Discharge (WCD) Volumes, Dr. Etkin states:

> "Technically, the WCD for an offshore wind facility, as for any facility, should involve discharge of all oil and chemicals aboard all of the WTGs [*I provide the abbreviation for wind turbine generators*] and ESPs [*I provide the abbreviation for electric service platforms*]."

> "Whether it would be feasible for all the ESPs and all the WTGs to fail, causing the spillage of this volume is probably a remote possibility, although WCDs, by definition, are remote possibilities."

In Section 3.2.4 – Alternative Approaches to Credible WCD, Dr. Etkin states:

> "An alternate approach would be to consider a "Credible WCD" scenario, or one that is based on the largest foreseeable scenario of ESPs and WTGs toppled by a major earthquake, tsunami, or hurricane scenario."

> An analysis of the probability of hurricane-related spillage, as presented in Appendix B.4, indicated that a Cateogry-5 hurricane may cause damage and/or toppling of as much as 94% of the WTGs on an offshore wind facility, possibly causing spillage from half of them."

Thus, for the offshore wind spill volumes, she states:

> "The largest volume per ESP and per WTG of all products combined is reported in Table 3.4. The total volume is 33,542 bbl of all products based on the largest volume for ESPs (from Atlantic Shores South) and for WTGs (from New England Wind)."

Her conclusion, which is consistent with my professional experience responding to oil spills, is that the WCD should not assume that only one feature at a facility fails.

Had Dr. Etkin applied the same principle here, a WCD release of oil from only one (1) tank at the Shell New Haven facility from storm surge, flooding, and extreme precipitation events related to hurricanes would not be considered appropriate. A single tank WCD is also not supported by actual hurricane-related spills that I have worked on. Hurricane Katrina made landfall in Louisiana on 29 August 2005, resulting in six

---

[2] Michel, J., J. Adams, J. Weaver, D. French-McCay, S. Chelst, S. Deeb, M. Frediani, J. Ducharme, and D.S. Etkin. 2025. Assessment of oils and chemicals associated with offshore wind facilities and potential environmental impacts on the Atlantic Outer Continental Shelf. Sterling (VA): U.S. Department of the Interior, Bureau of Ocean Energy Management. 376 p. Report No.: OCS Study BOEM 2025-025.

2

major spills (>100,000 gallons), four medium spills (<100,000 but >10,000 gallons), and 134 minor spills (<10,000 gallons).[3] Of the 8 million gallons released during Hurricane Katrina, 3.5 million gallons were recovered during response actions, an estimated 2 million gallons evaporated, and 2.4 million gallons were naturally dispersed and/or remained in the environment.

Figure 1 shows the location of oil spills after Hurricanes Katrina and Rita (both were Category 3 at landfall in Louisiana) that were being tracked by the U.S. Coast Guard as of 10 October 2005. Figure 2 shows the status of hurricane-related spills as of 15 September 2005.



**Figure 1**. Oil spills reported to the U.S. Coast Guard after Hurricanes Katrina and Rita as of 10 October 2005. The red and orange dots indicate spills of highest priority.[4]

Note: Response Link is a website operated by the NOAA Office of Response and Restoration. It is an internal platform used to share information during oil spills and other types of pollution and emergency response operations. There is also a public-facing website, incidentnews.noaa.gov, which provides information on incidents and responses accessible by the public. Both websites contain the most current information available about each response.

---

[3] Manuel J. 2006. In Katrina's Wake. Environ Health Perspectives 114(1):A32-9. doi: 10.1289/ehp.114-a32.
[4] "Response Link," National Oceanic and Atmospheric Administration,
https://responselink.orr.noaa.gov/hotline/6001/1395/2722/.



**Figure 2**. Oil spills being tracked by the U.S. Coast Guard as of 15 September 2005 after Hurricane Katrina.[5]

The largest oil spill during Hurricane Katrina was at the Bass Enterprise South terminal on the east bank of the Mississippi River where 3,780,000 gallons of crude oil were released <u>when both tanks at the facility were damaged by the storm surge and flooding</u> (Figure 3). According to Davis (2006), 2,000,000 gallons were contained, and 982,000 gallons were assumed to have evaporated.[6]

---

[5] "Hurricane Katrina Chevron Empire; LA," Incident News, https://incidentnews.noaa.gov/incident/6006#!81.
[6] Davis, D.W. 2005. The Aftermath of Hurricanes *Katrina* and *Rita* on South Louisiana. Louisiana Applied Oil Spill Research and Development Program. Downloaded on 30 June 2025 at: https://archive.epa.gov/emergencies/content/fss/web/pdf/davis.pdf.



**Figure 3**. The Bass South Enterprise Terminal showing that both tanks were damaged during Hurricane Katrina. Photograph Credit: NOAA.

The Bass Enterprises Production Company Terminal at Point a la Hache released 461,000 gallons of crude oil, essentially <u>all the oil in the three tanks on site prior to the storm</u>, with about 50% of the oil contained.[7] Google Earth imagery (Figure 4) shows that two of the tanks were dislodged outside of containment after Hurricane Katrina.

---

[7] "Massive Oil Spill Clean Up Underway," Marine Link (Sep. 16, 2005), https://www.marinelink.com/news/underway-massive-spill300471.



**Figure 4**. Google Earth imagery of the Bass Enterprises Production Company Terminal at Point a la Hache: Left is April 2004 (pre-Katrina); Right is October 2005 (post-Katrina). Arrows point to the two tanks in each image that were dislodged from containment after Katrina.

The Shell Pilot Town Terminal also sustained damage during Hurricane Katrina, releasing 1,068,270 gallons of a heavy South Louisiana crude oil.[8] An estimated 129,000 gallons were contained, 105,000 gallons evaporated or dispersed, and 718,000 gallons were recovered[6]. As can be seen in Figure 5, <u>multiple tanks were damaged</u>.

---

[8] "Hurricane Katrina Shell Pilot Town; LA," Incident News, https://incidentnews.noaa.gov/incident/6017.



**Figure 5**. The Shell Pilot Town Terminal on 8 September 2005 after Hurricane Katrina made landfall in Louisiana. Photograph Credit: Jacqueline Michel.

The Chevron Empire Terminal released an estimated 1,423,800 gallons of crude oil and diesel from <u>at least two tanks damaged as a result of Hurricane Katrina</u>, of which only 5.2% (about 75,000 gallons) were recovered[9]. Most of the oil naturally dispersed or evaporated.[6] An estimated 42,000-84,000 gallons that entered the marsh to the east of the facility (see dark area in the marsh in Figure 6) was burned.[10] Burning of oil in wetlands is not an option for spills in a residential neighborhood were a similar event to occur in New Haven.

---

[9] "Hurricane Katrina Chevron Empire; LA," Incident News, https://incidentnews.noaa.gov/incident/6006#!1821.
[10] Michel, J. and S. Zengel. 2020. Good Practices for In-situ Burning of Marshes Based on Two Decades of Responses in Louisiana. Proceedings of the 2020 International Oil Spill Conference. Paper 687591.
https://doi.org/10.7901/2169-3358-2021.1.687591.



**Figure 6**. The Chevron Empire Terminal showing the damaged tanks after Hurricanes Katrina and Rita, the black area is where oil was released into the adjacent marsh. Photograph Credit: NOAA.

The underlined multiple tanks and piping at the Sundown Energy facility at West Potash, Louisiana that were damaged during Hurricane Katrina released 13,000 gallons, of which 153 gallons were recovered, 2,000 gallons were contained, and 5,000 gallons reached shorelines[6]. Figure 7 shows the damaged tanks and shoreline oiling.

Santella et al. (2010) reported in their survey of oil storage facilities that were damaged after Hurricane Katrina that "most of the facilities responding to our survey had hurricane plans and reported having considered the risk of hazardous material releases caused by hurricanes" and "[s]torm surge was responsible for the majority of petroleum releases and failure of storage tanks was the most common mechanism of release."[11] Obviously, merely having a plan and considering the risk of hazardous material releases caused by hurricanes are not sufficient to minimize or eliminate the risk of a major spill during flooding and/or a hurricane.

---

[11] Santella, N. L.J. Steinberg, and H. Sengul. 2010. Petroleum and hazardous material releases from industrial facilities associated with Hurricane Katrina. Risk Analysis 30(4):635-49.

**Figure 7**. The Sundown Energy facility showing the damaged tanks after Hurricane Katrina. Photograph Credit: Jacqueline Michel.

Dr. Etkin also states in her expert report (p. 15):

"During Hurricane Katrina, a Category 5 hurricane with maximum sustained winds of 175 mph, the Murphy Oil facility in Venice, Louisiana experienced the dislodging, lifting, and damaging of a 250,000-bbl oil storage tank. At the time of the storm, the storage tank was filled with 65,000 bbl [my conversion: 2,730,000 gallons] of mixed crude oil (i.e., the tank was filled to 26% capacity). Of the 65,000 bbl in the tank, only 25,100 bbl [my conversion: 1,054,200 gallons] (39%) were reported to have been released. Based on my research, this appears to be the largest release of oil product ever recorded because of a hurricane, both in terms of volume and percentage of released content."

Dr. Etkin's report is incorrect. Table 1 summarizes the case studies discussed above, showing that, in fact, there were multiple spills resulting from Hurricane Katrina that were larger in volume and/or had a higher percentage of released content than the Murphy Oil facility (which is located in Meraux, not Venice, as stated by Dr. Etkin in the above paragraph). Also, I note that Hurricane Katrina was a Category 3 hurricane when it made landfall in Louisiana[12] (not a Category 5 hurricane as stated by Dr. Etkin in the above paragraph).

---

[12] "Extremely Powerful Hurricane Katrina Leaves a Historic Mark on the Northern Gulf Coast – A Killer Hurricane Our Country Will Never Forget," National Weather Service (Aug. 2005),

**Table 1**. Summary of the Hurricane Katrina oil spills discussed. Based on information in Davis (2005).[6]

| Spill Name/No. of Tanks Damaged | Storage Volume (gal) in Damaged Tanks | Released Volume (gal) | Contained/ Recovered Volume (gal) | Not Recovered Volume (gal) | Not Recovered (%) |
|---|---|---|---|---|---|
| Bass South/2 tanks | 3,780,000 | 3,780,000 | 2,000,000 | 1,780,000 | 53 |
| Murphy Oil/1 tank | 2,730,000 | 1,054,200 | - | 1,054,200 | 39 |
| Chevron Empire/2 tanks | 1,423,800 | 1,423,800 | 75,000 | 1,348,800 | 95 |
| Shell Pilot Town/multiple | ? | 1,068,270 | 718,000 | 350,270 | 33 |
| Bass Enterprise/3 tanks | 461,000 | 461,000 | 230,500 | 230,500 | 50 |
| Sundown Energy/multiple | ? | 13,000 | 2,153 | 10,847 | 83 |

Because Dr. Etkin did not include these spills that were due to structural failures resulting from hurricane damage (other than the Murphy spill) in her historical data, her approach to her Probability Distribution Function is flawed, in that she "assumes that any one of the larger tanks might experience a breach and that the outflow probability would resemble that of historical data." (p. 18).

Dr. Etkin carried forward this assumption in developing the Credible WCD (p. 28):

"Two outflow rates (39% and 50%) were applied to the volumes in Table 13. The resulting outflow volumes are shown in Table 15. This represents a credible worst-case discharge (WCD) under a 100-year flood event for the four petroleum products stored at the New Haven Terminal."

Dr. Etkin also states (p. 25):

"If there was a known breach in the tank (i.e., facility operators noticed a sheen or otherwise were made aware of a possible leakage of oil) in the course of or in the aftermath of a storm and/or flooding conditions, the operators and spill responders would most likely commence with pumping oil out of that tank to reduce or prevent further leakage. Not all of the oil in the tank would flow out. In fact, it is to be noted that during Hurricane Katrina in 2005, the Murphy Oil facility storage tank spilled *only 39% of its contents even after being dislodged and damaged*."

However, as demonstrated in the Katrina and other case studies, up to 100% of the oil in the tanks can be released (Table 1). During Katrina, operators and responders were not able to access the facilities in time to reduce further leakage (Santella et al. (2010) noted "companies reported that displacement of workers due to evacuation, worker home loss, and gasoline shortages reduced available manpower and disrupted their operations"). The New Haven Terminal Emergency Response Plan states that, under severe weather threats, "[i]f time permits, all personnel should leave Facility"[13].

Furthermore, in his expert report, Dr. Robert Nairn (2025)[14] states:

"The ingress/egress route for the Site is along Connecticut Avenue, which is located west of the containment areas, closer to New Haven Harbor. For all storms considered, this road is inundated at the peak of the storm surge. During the 100-year storm surge event (at the 95% confidence interval) under the current sea level condition, the depth threshold of 2 ft for emergency vehicle access is exceeded for a period of approximately 9 hours along Connecticut Avenue. In other words, emergency access to or from the Site is not possible for 9 hours."

---

https://www.weather.gov/mob/katrina#:~:text=Katrina%20weakened%20to%20a%20Category,%2029th%20over%20east%20centra.

[13] New Haven Emergency Response Plan. 2021. SOPUS_NHVN00210298.

[14] Expert Report of Dr. Robert Nairn. April 30, 2025. In the Matter of: Conservation Law Foundation v. Equilon Enterprises LLC, Triton Terminaling LLC, and Motiva Enterprises LLC, 113 pp ("Nairn Report").

Therefore, based on the Nairn Report and my experience responding to oil spills, a quick response effort to reduce further leakage will likely not occur.

The many oil spills as a result of Hurricanes Katrina and Rita show that storm surges and flooding related to hurricanes can damage multiple tanks at a facility. But other hurricanes have damaged oil storage facilities as well. I provide a brief summary of one case after Hurricane Harvey in Texas.

According to a post by NOAA on 1 September 2017, after Hurricane Harvey (Category 4) made landfall near Houston on 31 August 2017, the Magellan Pipeline facility at Galena Park, Texas, which held 5,700,000 gallons of a gasoline blend in various containment areas prior to the storm, reported that the storm damaged two tanks within a containment area, when the tanks floated off their foundations.[15] On 15 September, a U.S. Coast Guard official reported that the spill volume was 461,000 gallons and that less than 20 percent was recovered by the company responsible, while the rest evaporated or soaked into the ground.[16]

In summary, the credible worst-case discharge as determined by Dr. Etkin for modeling by Dr. French-McCay is flawed because:

1. She assumes that only 1 tank (containing the largest volume) will be damaged and result in a discharge.

2. She assumes that the largest volume of discharge is only 50% of the storage amount in the largest tank.

3. She assumes quick response efforts to reduce further leakage will likely occur.

**Rebuttal to the Deborah French-McCay Expert Report**

I make the following opinions regarding the French-McCay expert report:

The spill volumes used by Dr. French McCay in her modeling scenarios are not correct. Dr. French-McCay only modeled the Maximum Credible Discharge volumes for each oil type, which was the 95th percentile 39% outflow volume from the single largest tank per oil type, based on the analysis by Dr. Etkin. However, in my evaluation of the spill volumes from Dr. Etkin's expert report, I show that Dr. Etkin's assumptions were flawed.

Dr. French-McCay uses a wrong threshold in her modeling of toxic impacts of the dissolved oil fractions to water column resources. Dr. French-McCay states on page 15 that "*A conservative threshold of 10 µg/L is utilized to summarize model results of dissolved concentrations.*" However, this is not a conservative threshold. For the Natural Resource Damage Assessment of the 2010 Deepwater Horizon oil spill, the Trustees conducted extensive toxicity testing and selected 0.5 µg/L as the toxicity threshold for aquatic animals in the water column.[17] In a 2013 modeling assessment of the impacts of light refined oils spilled from offshore wind turbine generators and electric service platform along the Atlantic coast, the threshold

---

[15] "Response Link," National Oceanic and Atmospheric Administration, https://responselink.orr.noaa.gov/hotline/9560/#.

[16] Associated Press, "Coast Guard: Most fuel spilled from tank farm unrecoverable," CBS Austin (Sep. 15, 2017), https://cbsaustin.com/news/local/coast-guard-most-fuel-spilled-from-tank-farm-unrecoverable.

[17] Deepwater Horizon Natural Resource Damage Assessment Trustees. 2016. Chapter 4. Injury to Natural Resources. Deepwater Horizon oil spill: Final Programmatic Damage Assessment and Restoration Plan and Final Programmatic Environmental Impact Statement. http://www.gulfspillrestoration.noaa.gov/restoration-planning/gulf-plan.

of concern for ecological resources in the water column for oil was 1 µg/L mixture of dissolved PAHs[18]. Sørhus, et al. (2023) recommend an effect threshold of 0.1 µg TPAH/L for early life stages of fish for oil spill risk assessment models.[19]

Dr. French-McCay's oil spill model for oil fate under the conditions run for the New Haven Terminal has not been validated. Dr. French-McCay models are useful, and she has validated the biological effects model for multiple spills. Much, if not all, of the model has been published in the literature in various algorithms and pieces, but the actual model itself is not peer reviewed or published. Furthermore, this is the first time that I have seen SIMAP used for modeling oil fate and behavior under extreme storm surge flooding and hurricane-force winds, and it has not been validated or peer reviewed for this application.

Dr. French-McCay's oil spill modeling scenarios and results for the New Haven Terminal do not reflect actual case studies. Her model scenarios were run using the assumptions in Table 2, many of which do not reflect what has happened during past hurricane-caused facility oil spills.

Table 2. Model assumptions/results versus observations based on past hurricane-related oil spills.

| Assumption/Result | Observations based on Past Hurricane Spills |
| --- | --- |
| The Maximum Credible Discharge volume is 39% of the oil from the largest tank for each oil type | The entire volume of oil in a tank can be released during a hurricane event |
| Maximum Credible Discharge volume is the oil from only one tank | Multiple tanks can be damaged and release their contents |
| Oil is released from the tank during the maximum currents during the storm surge simulations | Oil is released from the tank *both* during and after the storm surge |
| All of the oil is released instantaneously | Oil is released from the tank *both* during and after the storm surge |
| Nearly all of the oil was rapidly entrained into the water column | The oil released after the passage of the storm surge is released as bulk, floating oil |
| The light end of the oil are evaporated within hours | The liquid oil can form thick layers on the water surface and on land, slowing evaporation |
| All of the oil entrained in the water column formed droplets approximately 40 microns in diameter, thus these droplets remained permanently entrained in the water column | Entrained oil droplets do resurface after the winds and waves die down (See *North Cape* case study below) |
| No oil strands on the shoreline | There are many examples where the oil released from a facility as a result of hurricane damage does result in extensive shoreline oiling |

For example, Hurricane Sandy (Category 1) impacted the Motiva Sewaren Terminal in New Jersey early in the morning on 30 October 2012. A 3,150,000 gallon tank with 336,000 gallons of diesel inside had a 12-inch crack in the tank and released an estimated 277,200 gallons of low sulfur diesel fuel into the berm; the berm was flooded and the oil came over the berm into the Arthur Kill (north of Woodbridge Creek)[20].

---

[18] Bejarano, A.C., J. Michel, J. Rowe, Z. Li, D. French McCay, and D.S. Etkin. 2013. Environmental risks, fate, and effects of chemicals associated with wind turbines on the Atlantic outer continental shelf - final report. U.S. Dept. of the Interior Bureau of Ocean Energy Management, Office of Renewable Energy Programs. BOEM 2013-213.

[19] Sørhus, E. and seventeen others. 2023. Crude oil exposure of early life stages of Atlantic haddock suggests threshold levels for developmental toxicity as low as 0.1 µg total polyaromatic hydrocarbon (TPAH)/L. Marine Pollution Bulletin, 190:114843.

[20] Levine, E. 2013. Superstorm Sandy One Year Anniversary. Available at: https://responselink.orr.noaa.gov/hotline/8521/#.

As late as 4 days later, extensive sheens were observed, as shown in Figure 8, as the initially dispersed diesel refloated to the surface in the calm after the storm.



**Figure 8**. Map of the oil sheens observed in aerial photographs taken on 3 November 2012, 4 days after the passage of Hurricane Sandy.[1]

The spilled oil from the Motiva Sewaren facility stranded on the shorelines as shown in Figure 9, resulting in 56.54 acres of oiled wetlands, 16.89 acres of oil beaches/flats, and 5.28 acres of oiled man-made structures.[1] The modeling analysis by Dr. French-McCay does not predict any shoreline oiling, which again is not realistic.

**Figure 9**. Shoreline oiling degree following the Motiva Sewaren oil spill post-Hurricane Sandy.[1] The oiling descriptors indicate the degree of the oiling on the shoreline as reported using standard terms by field survey teams; NOO = no oil observed.

Dr. French McCay published a paper on SIMAP that used the *North Cape* oil spill to validate the model results[21]. In that paper, she wrote:

"On January 19–20, 1996, during a severe winter storm, the barge *North Cape* spilled 2682 MT (828,000 gallons) of home heating oil (No. 2 fuel oil) into the surf zone on the south coast of Rhode

---

[21] French-McCay DP. 2003. Development and application of damage assessment modeling: example assessment for the *North Cape* Oil Spill. Marine Poll Bull. 47(9–12):341–359.

14

Island, USA. Most of the oil was mixed into the water column by the heavy surf, resulting in high concentrations of PAHs in the shallow water near the beach. Surface oil was primarily in the form of sheens, produced by resurfacing of oil after the winds and waves died down following the storm."

Figure 10 shows the extensive sheens from the *North Cape* spill that persisted for up to 5 days after the storm. Resurfacing is expected from this type of oil (similar to the diesel oil stored at the New Haven Terminal); even after intense mixing into the water column, the diesel oil resurfaced in the open offshore waters in spite of the greater water exchange compared to the Motiva Sewaren spill of diesel.

In summary, the modeling analysis by Dr. French-McCay is flawed for the following reasons:

1. The modeled volumes for each oil type are not the actual Maximum Credible Discharge because she used the flawed volumes from the Dr. Etkin report.

2. The threshold for TPAH toxicity (10 µg/L) in the model analyses is not what is currently used in risk assessments, meaning that the modeled impacts would be even greater if she had used a threshold of 0.5 µg/L or 0.1 µg/L.

3. SIMAP has not be validated for modeling oil fate and behavior under extreme storm surge flooding and hurricane-force winds.

4. Furthermore, it is clear that the model results are wrong, particularly the predicted absence of surface sheens and no shoreline oiling, both of which have been observed following actual spills caused by hurricane-related storm surge, extreme precipitation, and flooding.

Therefore, I conclude that the modeling analyses by Dr. French-McCay do not accurately reflect the expected risks to ecological resources resulting from oil spills under hurricane-related storm surge and flooding affecting the New Haven Terminal.

15



**Figure 10**. Surface oil observations for the 19 January 1996 *North Cape* spill of home heating oil on 20-25 January 1996.[22]

---

[22] Michel, J., F. Csulak, D. French, and M. Sperduto. 1997. Natural resource impacts from the *North Cape* oil spill. Proc. 1997 Intl. Oil Spill Conference, American Petroleum Institute, Wash., D.C., pp. 841-850.

**Rebuttal to the Ann Michelle Morrison Expert Report**

I make the following opinions regarding the Morrison expert report:[23]

Dr. Morrison bases her ecological risk assessment on the modeling results of Dr. French-McCay, which I have shown above to be flawed.

In her discussion of the *North Cape* spill, Dr. Morrison says (p. 22):

> "The extent of natural resource injury from the *North Cape* oil spill was a consequence of the very shallow environment in which the fuel oil was released and high wind conditions that mixed the oil into the water column and drove it into the shallow salt ponds (Michel et al. 1997). A hypothetical, accidental release from Defendants' New Haven Terminal would not occur in such shallow waters and would not be expected to impact sensitive salt ponds."

I responded to the *North Cape* spill for eight days in January 1996 and participated in the Natural Resource Damage Assessment. Dr. Morrison cites one of my papers on this spill. Thus, I know that the losses in animal mortality that resulted from that spill (approximately 150.6 million surf clams, 4.9 billion worms and amphipods, 7.6 million rock and hermit crabs, 4.2 million fish, 9 million lobsters; also, lobster harvesting along the Block Island Sound was closed for five months following the spill) resulted from the high TPAH in the nearshore waters of Block Island Sound[24], not in the salt ponds.

My professional opinion is that the *North Cape* spill impacts would be more similar to what would be expected from a release (with the correct volumes) from the New Haven Terminal where the dissolved TPAH would affect the animals in the harbor and rivers. In Morrison's Figure 4-7, there are a lot of shellfish beds and aquaculture sites that could be exposed to this kind of dispersed oil and not able to escape exposure.

**Summary**

In summary, I conclude that the potential spills from the New Haven Terminal do, in fact, pose an imminent and substantial endangerment to ecological resources in the area.

I certify under penalty of perjury that the opinions expressed in this expert rebuttal report are true and correct to the best of my knowledge and ability. My opinions are stated to a reasonable degree of certainty and consistent with prevailing and scientific standards of practice, and my payment does not depend on my opinions regarding the merits of my client's case.

*Submitted* on this 22nd day of July, 2025

_____

Dr. Jacqueline Michel

---

[23] Expert Report of Dr. Ann Michelle Morrison. 2025. In the Matter of: Conservation Law Foundation v. Equilon Enterprises LLC, Triton Terminaling LLC, and Motiva Enterprises LLC.

[24] National Oceanic and Atmospheric Administration, Rhode Island Department of Environmental Management, and U.S. Fish and Wildlife Service. 1999. Revised Draft *North Cape* Restoration Plan/ Environmental Assessment. Introduction and Summary. https://dem.ri.gov/sites/g/files/xkgbur861/files/pubs/damage/chap_1.pdf.

**Appendix A**

**Resume/CV for Jacqueline Michel, Ph.D.**



**JACQUELINE MICHEL, Ph.D.**                                            **Research Planning, Inc.**
Geochemist, President

Dr. Michel is a geochemist specializing in terrestrial and marine pollution studies, coastal geomorphology, and environmental risk assessments. Having worked in 34 countries, she has extensive international experience and has worked in many different coastal and terrestrial environments.

Dr. Michel is one of the founders of RPI in 1977 and has been President since 2000. She often leads multi-disciplinary teams on projects where her problem-solving skills are essential to bringing solutions to complex issues. For example, her work during spill emergencies requires her to rapidly develop consensus and provide decision-makers needed information. Because of her routine scientific support for spills, she has extensive knowledge of and practical experience in pollutant fate, transport, and effect issues. She has been a leader in the development of methods and the conduct of Natural Resource Damage Assessments (NRDA) following spills and groundings. She has taken a lead role in 35 NRDA cases, mostly for Federal and State Trustees and others, since 1985.

Dr. Michel has been recognized for her achievements through appointments to many respected committees and panels, including seven National Academies committees:
- Spills of Nonfloating Oil (1999);
- Oil in the Sea (2002);
- Spills of Emulsified Fuels: Risks and Response (2001), Chair;
- Committee on Understanding Oil Spill Dispersants: Efficacy and Effects (2005), Chair;
- Spills of Diluted Bitumen from Pipelines: A Comparative Study of Environmental Fate, Effects, and Response (2016);
- 2016-2018: Committee on Ocean Science and Assessment for Ocean Energy Management, advising the Bureau of Ocean Energy Management; and
- Review of Interagency Coordinating Committee on Oil Pollution Research (ICCOPR) 2022-2027 Research and Technology Plan (2022-2023).

She was on the Oceans Studies Board at the National Academies for 2001-2005 and is a Lifetime Associate of the National Academies. She was on the Science Advisory Panel to the U.S. Commission on Ocean Policy. She has written over 300 technical reports and publications, including 48 peer-reviewed journal articles and ten chapters in books. She is an Affiliate in the USC School of the Earth, Ocean and Environment.

She co-authored five books on the coastal geology and ecology of different coastal states, targeted to the layperson living on or visiting the coast: South Carolina (2008), Central California (2010), Georgia (2013), Southern Alaska (2017), and Oregon/Washington (2019).

## EDUCATION

Ph.D., Department of Geology, University of South Carolina (USC), Columbia (1980). Dissertation Title: Behavior of Uranium and Thorium Decay-Series Isotopes in the Hydrologic Cycle

M.S., Department of Geology, USC, Columbia (1976). Thesis Title: Ground Water Pollution and Geochemical Variations in Leachate from Solid Waste Disposal

B.S., Department of Geology, USC, Columbia (1974)

## HONORS

Distinguished Alumni Achievement Award, 2002, College of Science and Mathematics, USC
Lifetime Associate of the National Academies



## PROFESSIONAL EXPERIENCE

Expertise in two technical areas is outlined separately below:
1) Oil and chemical emergency spill response, research, training, and contingency planning
2) Natural resource damage assessment and restoration

## OIL AND CHEMICAL SPILL RESPONSE, RESEARCH, TRAINING, AND CONTINGENCY PLANNING

<u>Multidisciplinary Assessment of Coastal Ecosystems Impacted by Oil and Chemical Spills,</u> Dr. Michel was part of the original team of RPI scientists who pioneered much of the early research on oil spill impacts on coastal ecosystems. This work, sponsored by the National Oceanic and Atmospheric Administration, has involved multidisciplinary studies of hazardous materials spill impacts and the development of strategies to mitigate these impacts. Scientific support for hazardous materials spills includes rapid assessment of the aquatic toxicology, chemical hazards, field methods, and fate and effects for a wide range of chemicals. Because of her routine scientific support for spills, she has extensive knowledge of and practical experience in pollutant fate, transport, and effect issues.

Spills of note where <u>field</u> responses have been conducted include the following:

| | | |
|---|---|---|
| T/V *Metula* | Strait of Magellan, Chile | 1976 |
| T/V *Amoco Cadiz* | Brittany, France | 1978 |
| T/B *Peck Slip* | Puerto Rico | 1978 |
| IXTOC well blowout | South Texas | 1979 |
| Funiwa 5 blowout | Nigeria | 1982 |
| Cape Fear River | Wilmington, North Carolina | 1983 |
| T/V *Puerto Rican* | San Francisco, California | 1985 |
| T/V *Amazon Venture* | Savannah, Georgia | 1986 |
| M/V *Pac Baroness* | Santa Barbara, California | 1987 |
| Shell Refinery | Martinez, Calif. | 1988 |
| T/V *Exxon Valdez* | Valdez, Alaska | 1989 |
| T/V *American Trader* | Huntington Beach, California | 1990 |
| T/B *Bella Vista* | St. Kitts/Puerto Rico | 1991 |
| Gulf War Spill | Saudi Arabia and Kuwait | 1991 |
| T/V *Katina P* | Mozambique | 1992 |
| Benzene Trail Derailment | Duluth, Minnesota | 1992 |
| Greenhill Petroleum Blowout | Timbalier Bay, Louisiana | 1992 |
| UNOCAL refinery | Neches River, Texas | 1993 |
| Colonial Pipeline Break | Reston, Virginia | 1993 |
| T/B *Bouchard* 255 | Tampa, Florida | 1993 |
| T/B *Morris J. Berman* | Puerto Rico | 1994 |
| RASA Refinery | Acajutla, El Salvador | 1994 |
| Kharyaga-Usinsk Pipeline Spills | Komi Republic, Russia | 1995 |
| Powell-Duffryn Chemical Fire | Savannah, Georgia | 1995 |
| T/B *North Cape* | Rhode Island | 1996 |
| Colonial Pipeline–Reedy River | Greenville, South Carolina | 1996 |
| T/V *Julie N* | Portland, Maine | 1996 |
| Lake Barre Texaco Pipeline Spill | Lake Barre, Louisiana | 1997 |
| *Kapitan Egorov* Grounding | Guayanilla, Puerto Rico | 1998 |
| BP Offshore Platform | Southwest Pass, Louisiana | 1998 |
| M/V *New Carissa* | Coos Bay, Oregon | 1999 |
| Chevron Pipeline | Quatre Bayou, Louisiana | 1999 |
| Petrobras Pipeline | Guanabara Bay, Brazil | 2000 |



| | | |
|---|---|---|
| Sun Oil Co. Pipeline | John Heinz NWR, Penn. | 2000 |
| PEPCO Pipeline | Patuxent River, Maryland | 2000 |
| M/V *Westchester* | Mississippi River, RM 38 | 2000 |
| Williams Pipeline Break | Mosquito Bay, Louisiana | 2001 |
| Oiled Shoreline Survey | Saudi Arabia | 2002 |
| T/B *Bouchard-120* | Buzzards Bay, Massachusetts | 2003 |
| M/V *Fortune Epoch* | Savannah, Georgia | 2004 |
| M/T *Athos 1* | Delaware River, PA, NJ, DE | 2004 |
| Hurricane Katrina and Rita spills | Louisiana | 2005 |
| T/B *DBL-152* | Offshore Louisiana | 2005 |
| Bayou Perot | Louisiana | 2007 |
| M/V *Cosco Busan* | San Francisco, California | 2007 |
| T/V *Hebei Spirit* | South Korea | 2008 |
| *Deepwater Horizon*/MC252 | Gulf of Mexico | 2010 |
| ExxonMobil Pegasus Pipeline | Mayflower, Arkansas | 2013 |
| Texas City Y barge spill | South Texas | 2014 |
| Refugio Incident | Santa Barbara, California | 2015 |
| TransCanada Keystone Pipeline Dilbit | Washington, Kansas | 2023 |
| Pelican Island Bridge Allison | Galveston, Texas | 2024 |

<u>Shoreline Assessment and Cleanup</u>. Dr. Michel is an international specialist in shoreline assessment and cleanup. In 1995, she was Senior Advisor to the World Bank responsible for development and oversight of a $45 million emergency oil spill cleanup in the Komi Region of the Former Soviet Union. The plan was to prevent the release of massive amounts of oil into rivers draining to the Arctic Ocean. In 1997-8, she was again asked to assist the World Bank on cleanup of onshore oil production fields in Azerbaijan. In 2000, she was asked by the Inter-American Development Bank to advise the environmental agencies of Brazil on assessment of a major oil spill in Guanabara Bay.

<u>Lecturer and Instructor on Oil Spill Response</u>. Dr. Michel is the primary lecturer of 3-5 day courses on the behavior, effects, and cleanup considerations at oil spills., including SCAT training. Through the use of case histories via slide presentations and training manuals, participants are given experience in oil spill response needs for protection of natural resources. This course has been conducted more than 100 times since 1992. Virtual and in-person field exercise for Louisiana (July)

<u>Gulf War Oil Spill Assessment and Restoration</u>. In 1991-1992, Dr. Michel was the Chief Scientist on Leg II–Nearshore Biogeochemical Processes for the *Mt. Mitchell* cruise in the Arabian Gulf. This project studied the fate and transport mechanism for contamination of the intertidal and subtidal habitats in Saudi Arabia following the Gulf War spill. She coordinated the studies of 25 scientists from ten countries for a 22-day cruise and a six-week shoreline survey. In 2002-2003, she was the Senior Scientist on the $6 million Oiled Shoreline Survey to assess the injury and need for remediation of intertidal habitats along the 800 km of shoreline of Saudi Arabia affected by the Gulf War oil spill. She developed the study plan, participated in the fieldwork, and was the senior author of the technical report. From 2009-2013, she was a Senior Scientist in support of the $460 million restoration program. Starting in 2018, she is part of the RPI team conducting a five-year monitoring program to track recovery of restored tidal flats and marshes.

## Selected Oil/Chemical Spill Effects And Fate Research in the Last Ten Years

Michel, J., S. Zengel, N. Rutherford, and P. Latham. 2024. Update to the NOAA Job Aid on Oil Spills in Marshes: Planning and Response Considerations. Proc. 2024 Intl. Oil Spill Conference.
Michel, J., M. Richards, LCDR, and C. Berg. 2024. Methods for Semi-Quantitative Oil Spill Risk Assessment for Coastal Alaska. Proc. 2024 Intl. Oil Spill Conference.

RPI

Zengel, S., J. Weaver, P. Doelling, H. Fravel, and J. Michel. 2024. Oil Spill Response Considerations for Pelagic *Sargassum*. 2024 Intl. Oil Spill Conference.

Elliott, J., M. Ploen, and J. Michel. 2024. Environmental Protection Barrier: Design, Construction and Operations. Proc. 2024 Intl. Oil Spill Conference.

Szathmary, L. S. Zangel, and J. Michel. 2024. Impacts of Median-Sized and Large Oil Spills on Shallow Marine Benthic Communities. Proc. 2024 Intl. Oil Spill Conference.

Boring, C. and J. Michel. 2024. Oil Spill Effects Literature Synthesis of Spills Greater than 500 Barrels: Marine and Coastal Birds. Proc. 2024 Intl. Oil Spill Conference.

Nixon, Z., J. Michel, H. Fravel, J. Weaver, L. Cotsapas, S. Zengel, and P. Bambach. 2024. Mixed Rock and Sediment Shorelines: Long-term Persistence of Intertidal Oiling and Remediation Considerations. Proc. 2024 Intl. Oil Spill Conference.

Nixon, Z., J. Weaver, L. Cotsapas, S. Zengel, P. Bambach, J. Michel, and H. Fravel. 2024. Evaluation of the Efficacy of Remediation Techniques at Hypersaline Salt Marsh Remediation Projects Impacted by the Gulf War Oil Spill. Proc. 2024 Intl. Oil Spill Conference .

Thrift-Viveros, D., J. Michel, and L.M. Basirico. 2023. Very low and ultra-low sulfur fuel oils: Characterization and fact sheets for emergency responders. Proc. 45th AMOP Technical Seminar, Environment and Climate Change Canada, Ottawa, ON, Canada, pp. 211-259.

Nixon, Z., J. Michel, S. Zengel, L. Cotsapas, H. Fravel, J. Weaver, and P. Bambach. 2023. Hybrid modeling of persistent shoreline oil residues on Abu Ali Island, Saudi Arabia: Extent, degree, and remediation implications. Journal of Marine Science and Engineering 11(4):785. https://doi.org/10.3390/jmse11040785.

Michel, J., Z. Nixon, L. Cotsapas, S. Zengel, J. Weaver, H. Fravel, and P. Bambach. 2023. Forensic analysis of residual oil along Abu Ali Island, Saudi Arabia. Journal of Marine Science and Engineering 10:1877. https://doi.org/10.3390/jmse10121877.

Michel, J., N. Rutherford, and S. Zengel. 2022. Oil Spills in Marshes: Planning & Response Considerations, March 2022 Update. Emergency Response Division, NOAA, Seattle, WA, Fisheries and Oceans Canada, and American Petroleum Institute, Wash., D.C. 135 pp.

Zengel, S., Z. Nixon, Z., J. Weaver, N. Rutherford, B.M. Bernik, and J. Michel. 2022. Accelerated marsh erosion following the *Deepwater Horizon* oil spill confirmed, ameliorated by planting. Scientific Reports 12:13802. https://doi.org/10.1038/s41598-022-18102-1.

Zengel, S., N. Rutherford, B. Bernik, J. Weaver, M. Zhang, Z. Nixon, and J. Michel. 2021. Planting after shoreline cleanup treatment improves salt marsh vegetation recovery following the *Deepwater Horizon* oil spill. Ecological Engineering 169:106288.

Michel, J. and S. Zengel. 2021. Good practices for in-situ burning of marshes based on two decades of responses in Louisiana. Proc. of the 2021 International Oil Spill Conference, American Petroleum Institute, Wash., D.C., 687591.

Michel, J. (Editor). 2021. Oil Spill Effects Literature Study of Spills of 500–20,000 Barrels of Crude Oil, Condensate, or Diesel. Anchorage, AK: US Department of the Interior, Bureau of Ocean Energy Management. OCS Study BOEM 2021-048. 220 pp.

Michel, J. (Editor) 2021. Oil Spill Effects Literature Study of Spills of Greater than 20,000 Barrels of Crude Oil, Condensate, or Diesel. US Department of the Interior, Bureau of Ocean Energy Management, Sterling, VA. OCS Study BOEM 2020-058. 326 pp.

Hale, J., J. Weaver, J. Michel, L. Cotsapas, and H. Fravel. 2019. Annual Monitoring Report 1 - Fall 2018 and Spring 2019 Monitoring Events. Coastal Environments Long-Term Monitoring Program. Report submitted to the General Authority of Meteorology and Environmental Protection, Jeddah, Saudi Arabia. 170 pp.

Nixon, Z. and J. Michel. 2018. A Review of distribution and quantity of lingering subsurface oil from the *Exxon Valdez* Oil Spill. Deep Sea Research Part II. http://dx.doi.org/10.1016/j.dsr2.2017.07.009

Nixon, Z., J. Michel, and S. Zengel. 2017. Remotely sensed oil and shoreline interaction modeling. Proc. 2017 Intl. Oil Spill Conference. Paper 233, 20 pp.



Michel, J. and M. Ploen. 2017. Options for minimizing environmental impacts of inland spill response. Proc. 2017 Intl. Oil Spill Conference. Paper 054, 14 pp.

Michel, J. and M. Fingas. 2016. Oil Spills: Causes, Consequences, Prevention, and Countermeasures. In: G.M. Crawley (ed.), Fossil Fuels: Current Status and Future Directions, World Scientific Series in Current Energy Issues, Volume 1. World Scientific., pp. 159-202.

Michel, J., D. Esler, and Z. Nixon. 2016. Studies on *Exxon Valdez* Lingering Oil: Review and Update on Recent Findings. *Exxon Valdez* Oil Spill Trustee Council, Anchorage, AK. 39 pp.

Bejarano, A.C, H. Dunagan, and J. Michel. 2015. Effects of Oil, Shoreline Treatment, and Physical Disturbance on Sand Beach Habitats. Report to NOAA Office of Response and Restoration, NOAA, Seattle, WA, 145 pp.

Zengel S, B.M. Bernik, N. Rutherford, Z. Nixon, and J. Michel. 2015. Heavily oiled salt marsh following the *Deepwater Horizon* oil spill, ecological comparisons of shoreline cleanup treatments and recovery. PLoS ONE 10(7): e0132324. doi:10.1371.

## NATURAL RESOURCE DAMAGE ASSESSMENT AND RESTORATION

Dr. Michel has been a leader in the development of methods and the conduct of natural resource damage assessments (NRDA) following spills and groundings. She has taken a lead role in numerous damage assessments Federal and State Trustees. Since 1991, she has been the project manager for RPI's work under contract to the Assessment and Restoration Division, Office of Response and Restoration on many different aspects of natural resource damage assessments. She worked on the NRDA for the following incidents and waste sites:

1. *T/V Amazon Venture*, Savannah River, Georgia/South Carolina (1985)
2. Shell Martinez tank farm, Martinez, California (1988)
3. *T/V Exxon Valdez*, Prince William Sound, Alaska (1989)
4. *T/V American Trader*, Huntington Beach, California (1991)
5. Arthur Kill spills in New York/New Jersey (1991)
6. Mobil Mining and Minerals Company spill of phosphoric acid into the Houston Ship Channel, Texas (1992)
7. *M/V Mega Borg* spill off the Texas coast (1992)
8. Colonial Pipeline oil spill into Sugarland Run and the Potomac River, Virginia (1993)
9. Unocal Spill, California (1994)
10. *T/B North Cape* barge home heating oil spill in Rhode Island (1995)
11. Colonial Pipeline spill of No. 2 fuel oil into the Reedy River, South Carolina (1996)
12. *T/V Julie N* tanker spill of IFO 180 in Portland, Maine (1996)
13. Lake Barre, Louisiana pipeline crude oil spill by Texaco (1997)
14. Chevron pipeline crude oil spill, Gulf of Mexico (1998)
15. *M/V New Carissa* bunker and diesel spill, Coos Bay, Oregon (1999)
16. Tuna Longliners Vessel Removal Action, American Samoa (1999)
17. Petrobras Pipeline, Guanabara Bay, Brazil (2000)
18. PEPCO pipeline spill, Patuxent River, Maryland (2000)
19. Tug Gilbert grounding, Gulf Islands National Seashore (2001)
20. *M/T Westchester*, Mississippi River (2001)
21. Pryor Oil Well Fire and Spill, Obed Wild and Scenic River, Tennessee (2002)



22. *Bouchard Barge-120*, Buzzards Bay, Massachusetts and Rhode Island (2003)
23. *M/T Athos 1*, Delaware River, PA, NJ, DE (2004)
24. Citgo Refinery, Lake Charles, Louisiana (2006)
25. *Cosco Busan*, San Francisco, California (2007)
26. Burton Island Ash Landfill, Delaware (2008)
27. *Selendang Ayu*, Unalaska Island, Alaska (2008)
28. *Deepwater Horizon*, Gulf of Mexico (2010)
29. Motiva, Arthur Kill, New York (2012)
30. ExxonMobil Pegasus Pipeline, Arkansas (2013)
31. Zavanna Oil Field Spill, Williston, North Dakota (2014)
32. Texas City Y, Texas (2014)
33. Refugio Beach, California (2015)
34. TransCanada Pipeline, Kansas (2023)
35. Taylor MC-20, Northern Gulf of Mexico (2023)

From 2009-2013, Dr. Michel was the Senior Science Advisor for RPI's four-year project to speed the ecological recovery the coastal habitats affected by the Gulf War oil spill. Through technical management of 23 individual projects (totaling over $400 million) to restore tidal channel functions, decrease ponding, and reduce physical barriers including thick algal mats, over 1,800 hectares of marshes, tidal flats, and beaches are now recovering faster.

## Selected Publicly Available Reports for the Last Ten Years

Michel, J. 2024. Key DFO Considerations to Support the Provision of Science-based Information during Environmental Recovery Activities following Oil Spills. Report submitted to Fisheries and Oceans, Canada, Ottawa. 65 pp.

Michel, J. et al. 2023. Natural Resource Damage Assessment and Restoration Considerations: Ephemeral Data Collection Plan for a Northern California River Spill That Also Impacts Coastal Resources. Report submitted to National Park Service, Fort Collins, CO and the California Department of Fish and Wildlife, West Sacramento, CA. 20 pp + app.

Michel, J. et al. 2023. Natural Resource Damage Assessment and Restoration Considerations: Ephemeral Data Collection Plan for a Spill to a Dry Wash/Ephemeral Stream Habitat. Report submitted to National Park Service, Fort Collins, CO and the California Department of Fish and Wildlife, West Sacramento, CA. 15 pp + app.

Michel, J. et al. 2023. Natural Resource Damage Assessment and Restoration Considerations: Ephemeral Data Collection Plan for Central Valley River and Freshwater Wetland. Report submitted to National Park Service, Fort Collins, CO and the California Department of Fish and Wildlife, West Sacramento, CA. 20 pp + app.

Fegley, S. R., and J. Michel. 2021. Estimates of losses and recovery of ecosystem services for oiled beaches lack clarity and ecological realism. Ecosphere 12(9):e03763. 10.1002/ecs2.3763.

Michel, J., S.R. Fegley, J.A. Dahlin, and C. Wood. 2017. Oil spill response-related injuries on sand beaches: When shoreline treatment extends impacts beyond the oil. Marine Ecology Progress Series 576:201-218, doi: 10.3354/meps11917.

Bejarano, A.C. and J. Michel. 2016. Oil spills and their impacts on sand beaches: A literature review. Environmental Pollution 218:709-722.

Nixon, Z., S. Zengel, M. Baker, M. Steinhoff, G. Fricano, S. Rouhani, and J. Michel. 2016. Shoreline oiling from the *Deepwater Horizon* oil spill. Marine Pollution Bulletin 107:170-178.

Zengel, S., C.L. Montague, S.C. Pennings, S.P. Powers, M. Steinhoff, G. Fricano, C. Schlemme, M.



Zhang, J. Oehrig, Z. Nixon, S. Rouhani, and J. Michel. 2016. Impacts of the *Deepwater Horizon* oil spill on salt marsh periwinkles (*Littoraria irrorata*). Environmental Science & Technology 50:643-652.

Michel, J., S.R. Fegley, and J.A. Dahlin. 2015. *Deepwater Horizon* Sand Beach Injury Assessment Technical Report. U NS_TR.24). DWH Shoreline NRDA Technical Working Group Report. 111 pp + app.

Michel, J. and Z. Nixon. 2015. Coastal wetland vegetation: Response-related injuries. Final Report. (NS_TR.28). DWH Shoreline NRDA Technical Working Group Report.

Nixon, Z. and J. Michel. 2015. Predictive modeling of subsurface shoreline oil encounter probability from the *Exxon Valdez* oil spill in Prince William Sound, Alaska. Environmental Science & Technology 49:4354-4361.



My trial or deposition testimony for the last four years is: None.

My billing rate for this project is: Base Rate of $260 per hour; Oral Testimony Rate of $285 per hour; and Travel Rate of $1,000 per half day and $2,000 per day.

**Appendix B**

**Materials Considered**

**Jacqueline Michel, Ph.D.,**
**Expert Rebuttal Report in *Conservation Law Foundation v. Shell Oil Company, et al.*,**
**No. No. 3:21-cv-00933**

In addition to the materials specifically cited in my expert rebuttal report and any attachments thereto, served on July 22, 2025, I have reviewed and considered the following materials in connection with my expert rebuttal report and reserve the right to rely on any of the documents or materials included herein.

**Public Documents**

Associated Press, "Coast Guard: Most fuel spilled from tank farm unrecoverable," CBS Austin (Sep. 15, 2017), https://cbsaustin.com/news/local/coast-guard-most-fuel-spilled-from-tank-farm-unrecoverable.

Bejarano, A.C., J. Michel, J. Rowe, Z. Li, D. French McCay, and D.S. Etkin. 2013. Environmental risks, fate, and effects of chemicals associated with wind turbines on the Atlantic outer continental shelf - final report. U.S. Dept. of the Interior Bureau of Ocean Energy Management, Office of Renewable Energy Programs. BOEM 2013-213.

Davis, D.W. 2005. The Aftermath of Hurricanes Katrina and Rita on South Louisiana. Louisiana Applied Oil Spill Research and Development Program. Downloaded on 30 June 2025 at: https://archive.epa.gov/emergencies/content/fss/web/pdf/davis.pdf.

Deepwater Horizon Natural Resource Damage Assessment Trustees. 2016. Chapter 4. Injury to Natural Resources. Deepwater Horizon oil spill: Final Programmatic Damage Assessment and Restoration Plan and Final Programmatic Environmental Impact Statement. http://www.gulfspillrestoration.noaa.gov/restoration-planning/gulf-plan.

"Extremely Powerful Hurricane Katrina Leaves a Historic Mark on the Northern Gulf Coast – A Killer Hurricane Our Country Will Never Forget," National Weather Service (Aug. 2005), https://www.weather.gov/mob/katrina#:~:text=Katrina%20weakened%20to%20a%20Category,%2029th%20over%20east%20centra.

French-McCay DP. 2003. Development and application of damage assessment modeling: example assessment for the North Cape Oil Spill. Marine Poll Bull. 47(9–12):341–359.

"Hurricane Katrina Chevron Empire; LA," Incident News, https://incidentnews.noaa.gov/incident/6006#!81.

"Hurricane Katrina Shell Pilot Town; LA," Incident News,
        https://incidentnews.noaa.gov/incident/6017.

Industrial Economics, Inc. and Research Planning, Inc. 2013. FINAL Injury Assessment Report
        Motiva Oil Spill, Arthur Kill, New Jersey July 2013. Prepared for the Motiva Trustees.

Levine, E. 2013. Superstorm Sandy One Year Anniversary. Available at:
        https://responselink.orr.noaa.gov/hotline/8521/#.

Manuel J.2006. In Katrina's Wake. Environ Health Perspectives 114(1):A32-9. doi:
        10.1289/ehp.114-a32.

"Massive Oil Spill Clean Up Underway," Marine Link (Sep. 16, 2005),
        https://www.marinelink.com/news/underway-massive-spill300471.

Michel, J., F. Csulak, D. French, and M. Sperduto. 1997. Natural resource impacts from the
        North Cape oil spill. Proc. 1997 Intl. Oil Spill Conference, American Petroleum Institute,
        Wash., D.C., pp. 841-850.

Michel, J., J. Adams, J. Weaver, D. French-McCay, S. Chelst, S. Deeb, M. Frediani, J. Ducharme,
        and D.S. Etkin. 2025. Assessment of oils and chemicals associated with offshore wind
        facilities and potential environmental impacts on the Atlantic Outer Continental Shelf.
        Sterling (VA): U.S. Department of the Interior, Bureau of Ocean Energy Management.
        376 p. Report No.: OCS Study BOEM 2025-025.

Michel, J. and S. Zengel. 2020. Good Practices for In-situ Burning of Marshes Based on Two
        Decades of Responses in Louisiana. Proceedings of the 2020 International Oil Spill
        Conference. Paper 687591. https://doi.org/10.7901/2169-3358-2021.1.687591

National Oceanic and Atmospheric Administration, Rhode Island Department of Environmental
        Management, and U.S. Fish and Wildlife Service. 1999. Revised Draft North Cape
        Restoration Plan/ Environmental Assessment. Introduction and Summary.
        https://dem.ri.gov/sites/g/files/xkgbur861/files/pubs/damage/chap_1.pdf

"Response Link," National Oceanic and Atmospheric Administration,
        https://responselink.orr.noaa.gov/hotline/6001/1395/2722/.

Santella, N. L.J. Steinberg, and H. Sengul. 2010. Petroleum and hazardous material releases
        from industrial facilities associated with Hurricane Katrina. Risk Analysis 30(4):635-49.

Sørhus, E. and seventeen others. 2023. Crude oil exposure of early life stages of Atlantic
        haddock suggests threshold levels for developmental toxicity as low as 0.1 µg total
        polyaromatic hydrocarbon (TPAH)/L. Marine Pollution Bulletin, 190:114843.

**Litigation Documents**

New Haven Emergency Response Plan. 2021. SOPUS_NHVN00210298.

Expert Report of Dr. Ann Michelle Morrison. June 2025. In the Matter of: Conservation Law Foundation v. Equilon Enterprises LLC, Triton Terminaling LLC, and Motiva Enterprises LLC.

Expert Report of Deborah French-McCay. June 2025. In the Matter of: Conservation Law Foundation v. Equilon Enterprises LLC, Triton Terminaling LLC, and Motiva Enterprises LLC

Expert Report of Dr. Robert Nairn. April 30, 2025. In the Matter of: Conservation Law Foundation v. Equilon Enterprises LLC, Triton Terminaling LLC, and Motiva Enterprises LLC

Expert Report of Dagmar Schmidt Edkin. June 2025. In the Matter of: Conservation Law Foundation v. Equilon Enterprises LLC, Triton Terminaling LLC, and Motiva Enterprises LLC