FILED UNDER SEAL

# EXHIBIT A

FILED UNDER SEAL

## Appendix A

# Curriculum Vitae of Craig Jones, Ph.D.

FILED UNDER SEAL



## Education & Credentials

Ph.D., Mechanical and Environmental Engineering, University of California, Santa Barbara, California, 2000

M.S., Fluid Mechanics (minors: Ocean Engineering and Environmental Engineering) University of California, Santa Barbara, California, 1996

B.S., Coastal Engineering, Texas A&M University, Galveston, Texas, 1994

## Professional Affiliations

American Society of Civil Engineers

Marine Technology Society

American Geophysical Union

American Shore and Beach Preservation Association

## Achievements & Awards

United States Utility Patent No. 61/857,057 (provisional). A device and method for measuring wave motion.

Recipient of J.C. Stevens Award, recognizing excellence in a paper published by the American Society of Civil Engineers.

# Craig A. Jones, Ph.D.

## Managing Principal, Business Director - Marine, Coastal, Climate, and Technology Services

(831) 576-2872

Santa Cruz, CA

cjones@integral-corp.com

Dr. Craig Jones serves as the managing principal for Integral's Marine, Coastal, Climate, and Technology Services. With over two decades of experience, he leads engineering and science-based projects focused on coastal and estuarine hazards, sediment dynamics, and climate resilience for both government agencies and private sector clients. His expertise spans riverine, lacustrine, estuarine, and coastal environments, with specialization in hydrodynamics, wave action, sediment transport, and contaminant fate. Dr. Jones is widely recognized for integrating state-of-the-art field measurements with advanced modeling tools to evaluate long-term environmental risks and inform climate-adaptive management. He plays a central role in developing data collection strategies and designing analytical frameworks—empirical and numerical alike—to support infrastructure planning, restoration, and regulatory compliance. Dr. Jones also contributes to national and international standards development through leadership roles with ASCE's COPRI Board and the U.S. Technical Advisory Group to the IEC's TC 114 for marine energy. He has testified in federal court and before public utility commissions as an expert in environmental and regulatory matters, particularly involving sediment and contaminant behavior, and continues to support environmental litigation through technical analysis and expert documentation.

## Relevant Experience

**Vice President, Coasts, Oceans, Ports, and Rivers Institute (COPRI), American Society of Civil Engineers (ASCE)** —As Vice President of COPRI's governing board under the ASCE, contribute to national leadership in advancing best practices, policy guidance, and technical standards for coastal, ocean, port, and riverine infrastructure. Actively participate in the oversight and development of technical committees and working groups responsible for ASCE Manuals of Practice and standards development, including those addressing coastal hazards, sediment management, and climate resilience. Duties include strategic planning, cross-sector collaboration with federal agencies (e.g., USACE, NOAA), facilitating conference sessions, and supporting the advancement of technical knowledge and professional development within the civil and coastal engineering communities. Play a key role in steering COPRI's long-range priorities and ensuring alignment with ASCE's broader mission to enhance public safety and sustainable infrastructure through science-based engineering standards.

**U.S. Technical Advisory Group Member – Marine Systems Standards Development** —Serve as a U.S. delegate and standards contributor to the International Electrotechnical Commission (IEC)



Craig A. Jones, Ph.D.

FILED UNDER SEAL

Technical Committee 114 (TC 114), which develops international technical standards for marine energy systems including wave, tidal, and other water current converters. Participate through the U.S. Technical Advisory Group (TAG), supporting the development, review, and maintenance of performance, safety, resource assessment, and environmental testing standards. Contribute to harmonization efforts aimed at facilitating global deployment of marine renewable technologies by ensuring consistency, reliability, and interoperability of systems. Work closely with international experts and the U.S. Department of Energy to align U.S. marine energy research and deployment priorities with evolving global standards.

## Estuarine and Coastal Risk Assessment and Long-Term Management

**San Mateo Vulnerability Assessment and Adaption Plan, San Mateo County, California** — Technical lead on a comprehensive coastal hazards and sea level rise vulnerability assessment and adaptation planning effort for southern San Mateo County. The project evaluated risks to public trust lands and critical infrastructure from climate-driven coastal flooding and erosion. This work was conducted in accordance with California State Lands Commission guidance to support implementation of AB 691, which requires lessees of public trust lands to assess climate change risks and develop responsive strategies. The study informed long-term resilience planning and regulatory compliance for state-managed coastal lands.

**Development of a Guide for Assessing Sediment Transport at Navy Facilities, U.S. Navy** — Authored a U.S. Navy guidance document for the Department of Defense to improve the effectiveness and cost-efficiency of sediment investigations and remedial actions on DoD-managed coastal lands. The guidance outlines a technically rigorous framework for evaluating sediment transport processes at contaminated sediment sites, with specific emphasis on supporting long-term sediment management decisions under changing environmental conditions. The project incorporated assessment of coastal hazards, including extreme storm events, to ensure the resilience and sustainability of remedial strategies. The framework was demonstrated at three high-profile Navy sites—Hunters Point Naval Shipyard (HPS) in San Francisco Bay, California; Bremerton Naval Complex in Puget Sound, Washington; and Naval Station Newport in Rhode Island—where coastal dynamics and site-specific hazard exposures were critical to remedy evaluation and design.

**Arctic Coastal Erosion and Climate Risk Assessment, Northern Alaska** — Led technical investigations into rapidly accelerating coastal bluff erosion along Alaska's northern coastline, focusing on the impacts of permafrost thaw, sea level rise, and increased storm wave energy. The project combined multi-year field observations, remote sensing, and process-based numerical modeling to quantify erosion rates—documenting shoreline retreat up to 17 meters per year in certain locations. Dr. Jones contributed to the development of predictive tools linking coastal morphology changes to climate drivers, providing critical input for federal and state agencies planning for infrastructure protection, habitat loss mitigation, and long-term Arctic resilience strategies. The work was published in Environmental Research Letters and has been used to inform coastal hazard planning in permafrost-dominated regions.

**Coastal Protect Africa: Climate-Resilient Shoreline Management Concept, West Africa** — Served as the technical lead for Integral's contribution to Coastal Protect Africa, a conceptual shoreline management and climate resilience initiative selected by the World Bank as one of the top five global design concepts for coastal adaptation. The project addressed urgent coastal hazards



across West African countries—particularly severe erosion, sediment disruption, saline intrusion, and flooding affecting ports, lagoon systems, and adjacent communities. The multidisciplinary concept integrated natural and nature-based solutions, such as mangrove restoration, beach nourishment, and wave energy converter arrays, with traditional engineering measures to create adaptive, sustainable, and replicable interventions. Dr. Jones led the physical systems analysis, wave-climate hazard modeling, and sediment dynamics evaluations that formed the scientific foundation for design. The concept emphasized social and ecological co-benefits and supported long-term, climate-informed infrastructure planning for vulnerable coastal regions.

**Matilija Dam Removal Ecosystem Restoration, Ventura, California** — Technical lead for the Matilija Dam removal project, a critical initiative aimed at restoring sediment continuity and revitalizing downstream and coastal habitats. The removal of the dam is expected to reintroduce sediment to the Ventura River Lagoon and adjacent nearshore environment, supporting long-term shoreline resilience and estuarine ecosystem function. To assess these outcomes, a suite of sediment transport and hydrodynamic models was applied to simulate both the initial sediment pulse released upon dam removal and the long-term sediment delivery from the restored watershed. Modeling efforts explicitly accounted for coastal hazards—including wave forcing, tidal dynamics, and episodic storm events—as well as sea level rise projections, to evaluate potential impacts on water quality, shoreline morphology, and nearshore habitat evolution. The project contributes to a broader, climate-informed strategy for multi-benefit ecosystem restoration and coastal resilience in the Ventura River watershed.

**Development of a Real-Time Wave Assessment Tool, ARPA-E, U.S. Department of Energy** — Supporting wave energy converter (WEC) development through collaboration with leading WEC technologists to design, test, and validate a next-generation wave measurement buoy capable of delivering real-time, wave-by-wave data. This novel system enhances understanding of coastal wave climates and supports the assessment of coastal hazards critical to both marine energy design and shoreline resilience planning. As the primary inventor, led the development of a transformational, low-cost technology that can be deployed as a network to provide high-resolution wave property data, potentially increasing WEC energy capture by up to 330 percent and driving the cost of wave power below $0.10 per kWh.

**Contaminated Sediment Site Evaluation, Berry's Creek Study Area, New Jersey** — Serving as project manager for integrated field and modeling studies supporting the risk assessment and remedial design of the Berry's Creek Study Area (BCSA), a tidal wetland and marsh complex adjacent to the Hackensack River. In addition to characterizing the fate and transport of sediment-bound contaminants from historical industrial discharges, the project includes the assessment of long-term coastal hazards and projected sea level rise impacts to inform remedial alternatives. Designed and implemented field investigations, which fed into a coupled hydrodynamic and sediment transport model used to evaluate contaminant mobility and exposure risks under future climate conditions, ensuring that selected remedies remain protective and resilient over the design life of the remedy.

**Hamilton Wetland Restoration, San Pablo Bay, California** — Served as project manager for a U.S. Army Corps of Engineers (USACE) – DoD initiative to evaluate an open-water dredged material storage and transfer facility supporting the beneficial reuse and restoration of the Hamilton Wetlands, including the former Hamilton Army Airfield in San Pablo Bay, California. The aquatic



transfer facility (ATF) is designed to handle approximately 24 million cubic yards of sediment over a 10- to 15-year operational period. The project included assessment of climate-related hazards in estuarine environments—such as sea level rise, increased storm intensity, and sediment transport variability—to guide long-term facility resilience and minimize environmental impacts. Site-specific fate and transport data were developed through integrated SEDflume testing and hydrodynamic modeling, which directly informed the siting, design, and configuration of the ATF to ensure compatibility with restoration goals and regional climate adaptation planning.

**Estuarine Sediment Site Assessment, Lower Passaic River, New Jersey** — Led the development of a conceptual site model for sediment transport dynamics in the tidally influenced Lower Passaic River estuary, downstream of the Dundee Dam. This system has been historically impacted by contamination, with hydrophobic contaminants primarily transported through sediment movement. As such, understanding sediment transport processes was critical to evaluating environmental risk, informing remedial alternatives, and assessing long-term resilience of potential remedies. The project included evaluation of estuarine hydrodynamics and sediment behavior under both typical and extreme climate conditions, incorporating sea level rise and storm-driven flow variability to support adaptive decision-making. Authored key technical documents outlining site-specific sediment transport mechanisms and provided expert review of ongoing sediment transport modeling conducted by EPA and its contractors.

**Remedial Investigation and Feasibility Study, Hunters Point Naval Shipyard, California** — During the feasibility study phase at HPS, supported the U.S. Navy by evaluating the long-term stability of PCB-contaminated sediments in alignment with DoD and EPA long-term resilience objectives. Developed an agency-approved work plan, directed the collection of sediment cores for SEDflume analysis, and conducted a weight-of-evidence assessment of sediment stability, integrating hydrodynamic variability, estuarine processes, and projected climate hazard impacts such as sea level rise and increased storm intensity. Managed the field investigations and technical analyses used to evaluate contaminant mobility and sediment transport dynamics in south San Francisco Bay, particularly in areas of potential chemical release. Provided technical advisory support to the U.S. Navy and federal and local regulatory agencies throughout the process, and led the evaluation of PCB fate and transport to inform remedial selection under future climate conditions.

**Long-Term Dredge Disposal Evaluation, Santa Cruz, California** — Co-managed the design and implementation of the third inner Santa Cruz Harbor dredge monitoring program, which incorporated a detailed assessment of local coastal processes—such as wave climate, littoral drift, and storm-driven sediment dynamics—to inform operational decision-making. Prior to this work, placing sediment with over 20 percent mud content into the surf zone was considered to pose significant ecological risk. Through integrated field investigations and modeling, the project demonstrated that dredged material placement resulted in negligible changes to beach morphology and nearshore benthic habitats in the Santa Cruz Bight. The program included real-time monitoring of streamflow, waves, and currents; beach and offshore sediment sampling; multi-beam bathymetric surveys; benthic habitat mapping; and sediment transport modeling—all designed to evaluate environmental effects under realistic coastal hazard scenarios.

**Mare Island Naval Shipyard Sediment Stability Analysis, Mare Island, California** — Managed a Department of Defense (DoD) project to evaluate the long-term stability and potential future



Craig A. Jones, Ph.D.                                                                        FILED UNDER SEAL 5

exposure of munitions of environmental concern (MEC) and unexploded ordnance (UXO) within estuarine sediments offshore of the former Mare Island Naval Shipyard. The assessment included detailed evaluation of coastal and estuarine hazards such as storm surge, tidal dynamics, and sediment mobility under projected sea level rise and extreme weather scenarios. While long-term morphological change of the adjacent mudflats suggests possible future exposure of MEC, the study concluded that the probability of MEC mobilization is negligible. Findings directly informed the subsequent engineering feasibility study for shoreline restoration, ensuring that coastal hazard risks were integrated into design considerations for long-term site management.

**Technical Advisor, San Francisco Estuary Institute** — Over fifteen years, serving as an advisory member on multiple SFEI-led sediment management workgroups (e.g., PCB Work Group. Sediment Work Group, Sources/Pathways/Loadings Workgroup), contributing in-depth technical insight into present-day and future scenarios. These forums are collaborative efforts between EPA, DoD, and regional regulatory agencies—dedicated to developing modeling tools and management frameworks that incorporate sea level rise, altered hydrodynamic regimes, and extreme weather events in evaluating sediment fate/contaminant transport. Co-authored and reviewed key modeling guidance such as Strategy for In-Bay Fate Modeling to Support Contaminant and Sediment Management , ensuring that long-term climate resilience is explicitly embedded in policy and remedial scenario planning. Ongoing support helps frame water quality modeling and sediment transport studies that underpin adaptive management strategies for San Francisco Bay under shifting climate conditions.

**United Heckathorn Superfund Site, Richmond, California** — Served as project manager for a DDT fate and transport study that was performed for the Lauritzen Channel as part of a focused feasibility study for the EPA. The objectives were to develop a quantitative contaminant fate and transport conceptual site model and DDT mass balance for the Lauritzen Channel, based on available analyses, and assess trends in DDT mass and concentration in the channel. Overall, the sediment transport analysis showed that the Lauritzen Channel is accumulating relatively clean sediment from San Francisco Bay. There are distinct regions with different sediment transport and accumulation characteristics in the channel that were characterized. For example, the west side of the channel, which experiences the highest vessel activity in relatively shallow regions, was investigated through the use of propeller scour modeling. The results of the analysis showed overall that the average DDT concentrations in the young bay mud sediment are decreasing in the channel.

**Alpine Lake Long-Term Sediment Transport Investigation, Lago Maggiore, Italy** — Served as project manager for an international investigation into the fate and transport of DDT-contaminated sediments in the Toce River, Lake Mergozzo, and Lago Maggiore. The study aimed to evaluate hydrodynamic processes, sediment stability, and long-term contaminant behavior in support of risk assessment and remedial planning. Led the field investigation and modeling team in developing advanced, three-dimensional hydrodynamic and sediment transport models to simulate sediment delivery from the watershed and depositional patterns within Lago Maggiore. The project incorporated an assessment of future climate change impacts—specifically shifts in watershed hydrology and runoff—to evaluate their potential effects on long-term sediment loading and contaminant redistribution. Model outputs were used to characterize current and future contaminant deposition risks, forming the basis for site-specific risk assessments and management strategies.

integral

**Sediment and Contaminant Transport Investigation, Augusta Bay, Sicily, Italy** — As a part of the Augusta Bay contaminated sediment investigation, developed and implemented a study to gain a better understanding of the transport of sediments and contaminants in the bay. The study goals were to develop a conceptual site model describing the key site processes and compile and collect site data to provide an adequate understanding of these processes. Led the field investigation and modeling team and developed a quantitative conceptual site model and state-of-the-art, 3 dimensional, hydrodynamic and sediment transport models to investigate sediment transport in Augusta Bay. A key process of interest was propeller scour during ship motion. Developed innovative techniques to determine sediment resuspension during ship movement events. The data and analysis were being used to develop remedial alternatives for evaluation in a feasibility study.

**Remedy Effectiveness Monitoring, Anacostia River, Washington, DC** — Managed the analysis of sediment stability in the vicinity of the Washington Navy Yard on the Anacostia River to provide a better understanding of the integrity of capping material and transport of contaminants of potential concern at the site. The studies provided rationale for the field study design, specifically selection of locations for sediment erosion rate measurements using SEDflume and current measurements using Acoustic Doppler Current Profiler deployments. The study focused on the collection and analysis of data to assess the remedial options of capping and monitored natural recovery employed at the site. Also performed a numerical analysis of sediment transport on the native and capped material using typical and extreme hydrodynamic conditions in the Washington Navy Yard region.

**Contaminated Sediment Dredging, Ashtabula River, Ohio** — An environmental dredging and disposal project was conducted by EPA to remove PCB-contaminated sediments from the Ashtabula River. Served as a technical lead in a program that was implemented to determine the nature and source of contaminated residuals during a typical dredging operation. Led efforts to monitor water quality and bathymetric variability during the Ashtabula River navigational and environmental dredging and disposal project. Conducted both fixed and mobile current and water quality measurements near the dredging operations. In addition, water quality moorings were deployed upstream and downstream of the project to measure background conditions at the project extents. Conducted analysis to determine the nature and source of residuals post-dredging.

**Evaluation of Sediment Transport, Chalk River Laboratories, Atomic Energy of Canada Limited** — The Ottawa River contains a region of sediment offshore of Atomic Energy of Canada Limited's Chalk River Laboratories that has been shown to have above background levels of radioactivity, some of which is in the form of sand-sized radioactive particles. The sediments have been evaluated in past studies and do not currently pose a direct environmental or human health threat; however, assessments of human health risk must consider the possibility of sediment erosion and transport to shallow water areas. Responsible for investigating sediment erosion potential and sediment transport trends in the vicinity of the contaminated footprint. Initial studies were conducted using numerical models to predict river hydrodynamics, wind-wave production, and general sediment transport trends. The hydrodynamic model was refined using high-resolution bathymetry, and sediment erosion studies were conducted on the site's sediments; the sediment was found to be at low risk of transport during extreme events.

integral

Craig A. Jones, Ph.D.

FILED UNDER SEAL

**Dredge Material Transport, Delong Mountain Terminal, Alaska** — Managed a project evaluation of erosion of a dredged material mound near the Delong Mountain Terminal in northwest Alaska, which is subject to various storm events. The evaluation was based on the combined hydrodynamics of Environmental Fluid Dynamics Code and the sediment transport algorithms of SEDZLJ. To help evaluate the physical processes and possible impacts due to dredge material placement from the Delong Mountain Terminal Navigation Improvements Project, a numerical modeling analysis of dredge mound erosion and transport was conducted. The model assisted the U.S. Army Corps of Engineers in developing the optimal methods and locations for dredge material placement to minimize future erosion and subsequent channel infilling.

**Prediction of Optical Variability in Dynamic Nearshore Environments, Santa Cruz, California** — The objective of this project was to develop a system for forecasting marine optical conditions in the surf zone for the purpose of improving naval operations. Successful, rapid identification of mine-like objects in nearshore coastal oceans is critical for safe passage of the U.S. Navy fleet. Developed an in situ optical forecast model so the fleet will be able to deploy remote drifters, combine drifter data with meteorological and oceanographic data within the model, and predict optical properties along a coastline of interest. The models have been developed and validated with field measurements in Santa Cruz, California, and Waimanalo, Hawaii. Physical and optical characterization can be conducted on multiple temporal and spatial scales spanning a wide, dynamic range of conditions with the system.

**Hydrodynamic Analysis of the Lower Fox River, Green Bay, Wisconsin** — Managed a study to develop an extensively validated hydrodynamic model of Reach 3 and 4 of the Lower Fox River to support cap design in the river. Detailed velocity profile measurements were used to validate shear stresses so that a cap stability analysis could be conducted under design flow conditions. The U.S. Geological Survey (USGS) conducted all data collection efforts and provided more than 100 total velocity profiles over four sampling events. The data, combined with continuous velocity measurements at the mouth of the Fox River by a USGS acoustic velocity meter, allowed for the development and refinement of a hydrodynamic model of Reaches 3 and 4. The model was shown to reproduce measured velocities and shear stress to allow for confident cap design evaluations.

## OFFSHORE ENERGY

**Offshore Wind Benthic Baseline Studies, East Coast, United States** — On behalf of confidential commercial developers, served as technical lead for the design and implementation of benthic community baseline surveys across offshore wind lease areas located off the coasts of Massachusetts, New York, New Jersey, Delaware, and Rhode Island. Provided technical oversight and quality assurance for seabed survey execution, data interpretation, and reporting. These baseline assessments established critical ecological benchmarks to support permitting and environmental impact analyses and are being used to evaluate potential effects of future offshore wind development and climate change on benthic habitats and broader marine ecosystems.

**Acoustic Noise Modeling from an Offshore Energy Array and Its Impact on Marine Mammals** — Served as a technical lead on an environmental case study of the PacWave South marine energy site off the coast of Newport, Oregon, using hydroacoustic modeling in a 3-dimensional marine environment. Sound pressure levels were used to predict marine mammal acoustic impact



FILED UNDER SEAL

metrics (AIMs). The project combined two AIMs, signal to noise ratio and sensation level, into a new metric, the effective signal level (ESL), which is a function of propagated sound, background noise levels, and hearing thresholds for marine species and is evaluated across 1/3 octave frequency intervals. The ESL model is used to predict and quantify the potential impact of an anthropogenic signal on the health and behavior of a marine mammal species throughout the area.

**Environmental Baseline Surveys, Mexico** — Serving as principal in charge of field studies in support of environmental site characterization and risk assessment for oil and gas leases in the deep and shallow waters of the Mexican Gulf of Mexico. The Mexican regulatory agencies require extensive environmental baseline surveys and risk assessments for the lease blocks that have been auctioned in recent years. Supporting the developers with field assessment through offshore sampling activities, which include sediment profile imagery collection and analysis. The work is being submitted to both industry and Mexican government agencies. Continually developing management procedures to assist with increasing the utility while reducing the costs of these activities for industry.

**Platform Usumacinta Investigation, Gulf of Mexico, Mexico** — Conducted a geophysical survey and a seafloor geotechnical sampling program to investigate shallow soil conditions near a mat-supported drilling rig and offshore platform that encountered a failure in 2007. This study presented the results of a field and laboratory program to investigate the geotechnical engineering properties of the site for a forensic evaluation of the failure. Overall operational conditions and pre-conditioning of the seafloor in the region coupled with a large storm event contributed to the failure. The team made recommendations that could be used in future operations.

**Deepwater Pipeline Assessments, Gulf of Mexico, United States** — Served as lead for the development of an assessment framework to determine risk to deepwater pipelines in furrowed regions near the Sigsbee Escarpment as part of a joint industry project. The deepwater furrow fields are maintained by strong currents in the vicinity of the escarpment that present a dynamic risk of spanning and vortex induced vibration to subsea infrastructure in the region. Spatial maps of risk for pipeline spanning over time were developed to determine the best routes for pipelines and effective forms of mitigation where necessary.

**Improving the Efficiency and Effectiveness for Marine Hydrokinetic Permitting** — Served as a technical lead for developing a toolkit and engagement for success package increasing regulators' understanding of marine energy projects, devices, and their potential environmental impacts while reducing permitting time and costs of marine energy projects. Developed an easily accessible online toolkit that integrates relevant regulatory, scientific, and spatial marine energy data. Working with a team of consultants, communications professionals, data analysts and others to conduct in-person meetings and webinars with relevant regulators from federal and state agencies to share and gather input on the toolkit and share experts' understanding of potential impacts and the state of known/unknown science for marine energy projects.

**Marine and Hydrokinetic Energy Market Acceleration and Deployment** — Served as technical lead for modeling of the effects of nearshore wave propagation due to the presence of offshore energy arrays. Evaluated array-specific wave model function and operation. Performed sensitivity analyses of numerical wave models to offshore wave conditions, model parameters, and array



characteristics. Executed wave models over various offshore wave conditions for evaluation of nearshore wave propagation in the presence and absence of modeled wave energy conversion devices.

**Real-Time Wave Assessment Tool** — As co-principal investigator, developed an ocean wave buoy capable of measuring and wirelessly relaying real-time wave data in support of the design, siting, and performance optimization of ocean energy conversion systems. Performed research on wave parameter measurements and calculations. Developed and tested algorithms for computation of wave height, period, and direction from high frequency global positioning system data and accelerometer, gyroscope, and magnetometer data. Validated algorithms on a specially designed wave buoy validation stand. Completed several field data collection experiments. This project resulted in the commercialization of the Spotter wave measurement buoy.

**Marine Renewable Energy Support, Sandia National Laboratories** — Serving as program manager for the development of tools and techniques to improve performance, lower costs, and accelerate the deployment of marine and hydrokinetic energy technologies. The project has evaluated all aspects of marine and hydrokinetic resource characterization and environmental evaluations, through applied research and developing tools and methods to improve device performance and minimize environmental disturbance. Of particular importance to this project is the development and application of software tools and guidance for the marine renewable energy industry.

## EXPERT TESTIMONY

**Contaminant Fate and Transport Assessment, Confidential Sites** — Subject matter expert on sediment and contaminant transport modeling for Superfund site allocation at multiple sites. Led efforts in modeling sediment and contaminant transport, reporting, and presentation of results to allocation mediators.

**Contaminant Runoff and Dilution, Confidential Site** — In support of litigation expert, evaluated contaminant runoff using Revised Universal Soil Loss Equation methods and estimated in-stream dilution, downstream transport, and floodplain deposition.

**Expert Report, Direct Testimony, Cross Examination, and Rebuttal Testimony on behalf of Appleton Papers Inc. and NCR Corp. v. United States (Case No. 10-c-910)** — Participated as an expert on behalf of the defendants, in an action brought against Appleton Papers and NCR by the United States. Provided an expert report and testimony to demonstrate that the defendants were not liable for the entire harm to the Lower Fox River due to the discharge of PCBs. Developed a numerical model of hydrodynamics, sediment transport, and PCB transport to show that PCBs discharged from multiple parties on the river could be apportioned by discharger. Provided testimony and rebuttal testimony in the 2013 trial in the U.S. District Court Eastern District of Wisconsin.

**Expert Report and Testimony to the San Francisco Public Utilities Commission on behalf of the Surfrider Foundation (Application A.12-04-19)** — In review of an application for a water supply project, provided an expert report and testimony on behalf of local stakeholders. The testimony



reviewed the proposed brine discharge system for California American Water's Monterey Peninsula Water Supply Project. It also discussed brine mixing and dilution in marine environments. It finally discussed the modeling that will be necessary to accurately analyze the project's brine discharge and the design of appropriate facilities for that discharge.

**Expert Testimony and Deposition on behalf of HoltraChem Manufacturing Company, L.L.C., in** *Natural Resources Defense Counsel and Maine People's Alliance v. HoltraChem Manufacturing Company, L.L.C. (Case No. 00-69-BW)*, **United States District Court of Maine** — Provided an expert report and testimony assessing proposed sediment remedies for the Lower Penobscot River. Developed a numerical model and quantitative assessment of hydrodynamics and sediment transport to evaluate remedial actions in the river. Provided deposition in August 2019 in the United States District Court of Maine.

**Expert Testimony on behalf of Monsanto Company, in** *Monsanto Company v. Spirer et al.* **(Case No. 12SL- CC01263), Circuit Court of the City of St. Louis, State of Missouri** — Provided testimony on the release, transport, and fate of PCBs in the global environment. The expert work included review of publicly available peer-reviewed research into the releases and transport of PCBs in the environment. The testimony detailed the routes of release and transport for PCBs from global manufacturing over the time period of global PCB production and use. Provided deposition in August 2016 in the Circuit Court of the City of St. Louis, State of Missouri.

**Expert Testimony on behalf of Monsanto Company, in** *Monsanto Company v. Steele et al.* **(Case No. BC 497582), Superior Court of the State of California for the County of Los Angeles** — Provided testimony on the release, transport, and fate of PCBs in the global environment. The expert work included review of publicly available peer-reviewed research into the releases and transport of PCBs in the environment. The testimony detailed the routes of release and transport for PCBs from global manufacturing over the time period of global PCB production and use. Provided deposition in April 2016 in the Superior Court of the State of California for the County of Los Angeles.

**Expert Testimony on behalf of Monsanto Company, in** *Monsanto Company v. Walker et al.* **(Case No. 1122-CC09621-01), Circuit Court of the City of St. Louis, State of Missouri** — Provided testimony on the release, transport, and fate of PCBs in the global environment. The expert work included review of publicly available peer-reviewed research into the releases and transport of PCBs in the environment. The testimony detailed the routes of release and transport for PCBs from global manufacturing over the time period of global PCB production and use. Provided deposition in April 2016 and trial testimony in May 2016 in the 22nd Judicial Court District of St. Louis.

## Publications

Doolittle, D., R. Eaton, M. Parslow, P. Donlan, and C. Jones. 2024. Data fusion and visualization approaches to achieving a common operating picture during offshore wind construction and operation works. Offshore Technology Conference, Houston, TX. doi: 10.4043/35461-MS.

Craig A. Jones, Ph.D.

FILED UNDER SEAL

Harding, J.L., L.A. Preston, E. Johnson, J.D. Roberts, C.A. Jones, K. Raghukumar, and E. Hafla. 2023. Modeling the acoustic noise from a wave energy converter farm and its impact on marine mammals at the PacWave South site, offshore Newport Oregon. *Renewable Energy*, 209:677–688.

Raghukumar, K., C. Jones, G. Chang, and J. Roberts. 2023. Internal waves: A potentially untapped marine energy resource. In Proceedings of the European Wave and Tidal Energy Conference. Vol. 15. September.

Barr, Z.W., B. Best, W.J. Peplinski, C. Jones, G. Chang, J.D. Roberts, and S. Kramer. 2022. Novel marine energy environmental compliance reporting application summarizes disparate content by tags and location. C. Wyatt and J. Denegre (eds.), Offshore Technology Conference, Houston, TX. doi: 10.4043/31946-MS.

Chang, G., G. Egan, J.D. McNeil, S. McWilliams, C. Jones, F. Spada, S.G. Monismith, and O.B. Fringer. 2022. Particle responses to near-bed shear stress in a shallow, wave-and current-driven environment. Authorea Preprints.

Friend, P., O. Amrouni, O. Ceberio, A. Dahmani, B. Diagne, I. Gaye, C. Jones, R. Koomans, and W. Staby. 2022. Sea level rise and climate change hazards: An integrated and multidisciplinary NBS approach to the hydrological impacts of erosion and land degradation (No. IAHS2022-226). Copernicus Meetings.

Macrander, A.M., L. Brzuzy, K. Raghukumar, D. Preziosi, and C. Jones. 2022. Convergence of emerging technologies: Development of a risk-based paradigm for marine mammal monitoring for offshore wind energy operations. *Integr. Environ. Assess. Manage.* 18(4):939–949.

Barr, Z., J. Roberts, W. Peplinski, A. West, S. Kramer, and C. Jones. 2021. The permitting, licensing and environmental compliance process: Lessons and experiences within U.S. marine renewable energy. *Energies*, 14(16):5048.

Chang, G., K. Raghukumar, and J. Roberts. 2021. Internal waves: A potentially untapped marine energy resource (No. SAND2021-9113PE). Sandia National Laboratory.(SNL-NM), Albuquerque, NM.

Peplinski, W.J., J. Roberts, G. Klise, S. Kramer, Z. Barr, A. West, and C. Jones. 2021. Marine energy environmental permitting and compliance costs. *Energies*. 14(16):4719.

Coates, S., G. Lockhart, S. Courbis, K. Raghukumar, S. McWilliams, and C. Jones. 2020. Pilot study of integration of wildlife impact analysis into spatial environmental assessment tool for marine hydrokinetic energy. Offshore Technology Conference, Houston, TX. doi: 10.4043/30693-MS.

Dallman, A., M. Khalil, K. Raghukumar, C. Jones, J. Kasper, C. Flanary, G. Chang, and J. Roberts. 2020. Wave data assimilation in support of wave energy converter power prediction: Yakutat, Alaska case study. Offshore Technology Conference, Houston, TX.  doi: 10.4043/30613-MS.

James, S.C., S.S. Olson, S. McWilliams, C.A. Jones, and J.D. Roberts. 2020. Modeling current-energy-converter devices in the Tanana River, Alaska. Offshore Technology Conference, Houston, TX. doi: org/10.4043/30659-MS.

integral

Craig A. Jones, Ph.D.

FILED UNDER SEAL

Kramer, S., C. Jones, G. Klise, J. Roberts, A. West, and Z. Barr. 2020. Environmental permitting and compliance cost reduction strategies for the MHK industry: Lessons learned from other industries. *J. Mar Sci. Engr.* 8:554. doi:10.3390/jmse8080554.

Olson, S.S., M.B.R. Topper, C.C. Chartrand, S.C. James, S. McWilliams, C.A. Jones, and J.D. Roberts. 2020. The limits of reduced order current energy converter modeling. Offshore Technology Conference, Houston, TX. doi: 10.4043/30704-MS

Raghukumar, K., G. Chang, F.W. Spada, and C.A. Jones. 2020. Performance of an acoustic sensing array in an energetic tidal channel. Offshore Technology Conference, Houston, TX. doi: org/10.4043/30548-MS.

Raghukumar, K., G. Chang, F. Spada, and C. Jones. 2020. A vector sensor-based acoustic characterization system for marine renewable energy. *J. Mar. Sci. Eng.* 8(3):187. doi:10.3390/jmse8030187.

Revelas, E.C., B.S. Sackmann, N.M. Maher, and C.A. Jones. 2020. Mapping of benthic habitats at marine renewable energy sites using multibeam echosounder and sediment profile imaging technologies. Offshore Technology Conference, Houston, TX. doi: 10.4043/30733-MS.

Jones, C., G. Chang, A. Dallman, J. Roberts, K. Raghukumar, and S. McWilliams. 2019. Assessment of wave energy resources and factors affecting conversion. B. Carrier and D. Ball (eds), Offshore Technology Conference, Houston, TX. doi:10.4043/29570-MS.

Raghukumar, K., S. McWilliams, G. Chang, J. Roberts, and C. Jones. 2019. Wave energy converter arrays: Optimizing power production while minimizing environmental effects. C. Jones and J. Chitwood (eds), Offshore Technology Conference, Houston, TX. doi:10.4043/29658-MS

Raghukumar, K., G. Chang, F.W. Spada, and C.A. Jones. 2019. Performance characteristics of the NoiseSpotter: An acoustic monitoring and localization system. A. Cooper and P. Gibbs (eds), Offshore Technology Conference, Houston, TX. doi:10.4043/29425-MS

Raghukumar, K., G. Chang, F.W. Spada, and C.A. Jones. 2019. NoiseSpotter: A rapidly deployable acoustic monitoring and localization system. D. Vicinanza et al. (eds), Proc. of the 13th European Wave and Tidal Energy Conference, Naples, Italy.

Raghukumar, K., G. Chang, F.W. Spada, and C.A. Jones. 2019. Performance characteristics of the NoiseSpotter: An acoustic monitoring and localization system. Offshore Technology Conference, Houston, TX. doi: 10.4043/29425-MS.

Raghukumar, K., G. Chang, F. Spada, C. Jones, J. Spence, S. Griffin, and J. Roberts. 2019. Performance characteristics of a vector sensor array in an energetic tidal channel. pp. 653-658. J.S. Papadakis (ed), Proc. of the Fifth Underwater Acoustics Conference and Exhibition, Crete, Greece.

Raghukumar, K., G. Chang, F. Spada, C. Jones, W. Gans, and T. Janssen. 2019. Performance characteristic of Spotter, a newly developed real-time wave measurement buoy. *J. Atmos. Ocean. Tech.* doi: 10.1175/JTECH-D-18-0151.1

integral

Chang, G., T. Martin, K. Whitehead, C. Jones, and F. Spada. 2018. Optically based quantification of fluxes of mercury, methyl mercury, and polychlorinated biphenyls (PCBs) at Berry's Creek tidal estuary, New Jersey. *Limnol. Oceanogr.* doi: 10.1002/lno.11021

Chang, G., T. Martin, F. Spada, B. Sackmann, C. Jones, and K. Whitehead. 2018. OPTically-based In-situ Characterization System (OPTICS) to quantify concentrations and mass fluxes of mercury and methylmercury in South River, Virginia, USA. *River Research and Applications* 2018:1-10. doi: 10.1002/rra.3361

Chang, G., C.A. Jones, J.D. Roberts, and V. Neary. 2018. A comprehensive evaluation of factors affecting the levelized cost of wave energy conversion projects. *Renewable Energy* 127:344-354.

Jones, C., S. McWilliams, G. Engelmann, A. Thurlow, and J. Roberts. 2018. Offshore wind sediment stability evaluation framework. Offshore Technology Conference, Houston, TX. doi: 10.4043/28711-MS.

Jones, C., G. Chang, K. Raghukumar, S. McWilliams, A. Dallman, and J. Roberts. 2018. Spatial Environmental Assessment Tool (SEAT): A modeling tool to evaluate potential environmental risks associated with wave energy converter deployments. *Energies* 11(8):2036. doi:10.3390/en11082036.

Revelas, E., B. Sackmann, A. Thurlow, and C. Jones. 2018. Mapping benthic habitat conditions and seafloor deposits using sediment profile imaging and a semiautomated image processing system. Offshore Technology Conference, Houston, TX. doi: 10.4043/28878-MS.

Chang, G., K. Ruehl, C.A. Jones, J. Roberts, and C. Chartrand. 2016. Numerical modeling of the effects of wave energy converter characteristics on nearshore wave conditions. *Renewable Energy* 89:636-648.

Jones, C., G. Chang, and J. Roberts. 2015. Wave energy converter effects on wave, current, and sediment circulation: A coupled wave and hydrodynamic model of Santa Cruz, Monterey Bay, CA. C.R. Nichols (ed), Proceedings of Ocean Waves Workshop, New Orleans, LA: University of New Orleans. Available online at http://scholarworks.uno.edu/oceanwaves/2015.

Roberts, J., G. Chang, and C. Jones. 2015. Wave energy converter effects on nearshore wave propagation. Clement et al. (eds), Proceedings of the 11th European Wave and Tidal Energy Conference. Nantes, France.

Chang, G., C. Jones, and M. Twardowski. 2013. Prediction of optical variability in dynamic nearshore environments. *Meth. Oceanogr.* 7:63-78.

Jones, C.A., and B.E. Jaffe. 2013. Influence of history and environment on the sediment dynamics of intertidal flats. *Mar. Geol.* 345:294-303.

James, S.C., C.A. Jones, M.D. Grace, and J.D. Roberts. 2010. Advances in sediment transport modeling. *J. Hydraul. Res.* 48(6):754-763.

James, S.C., E. Seetho, C.A. Jones, and J.D. Roberts. 2010. Simulating environmental changes due to marine hydrokinetic energy installations. *Oceans 2010.* September:1-10.



Craig A. Jones, Ph.D.                                                    FILED UNDER SEAL 14

Jones, C., and J. Gailani. 2009. Discussion of "comparison of two techniques to measure sediment erodibility in the Fox River, Wisconsin" by T. Ravens. *J. Hydraul. Eng.* 135(5):432-434.

James, S.C., M.D. Grace, M.A. Ahlmann, C.A. Jones, and J.D. Roberts. 2008. Recent advances in sediment transport modeling. World Environmental and Water Resources Congress 2008. American Society of Civil Engineers. May:1-10.

Jones, C., and S. Watt. 2008. Modeling of wave driven circulation and water quality in nearshore environments. World Environmental and Water Resources Congress 2008. American Society of Civil Engineers. May:1-10.

Zimmerman, J.R., J.D. Bricker, C. Jones, P.J. Dacunto, R.L. Street, and R.G. Luthy. 2008. The stability of marine sediments at a tidal basin in San Francisco Bay amended with activated carbon for sequestration of organic contaminants. *Water Res.* 42:4133-4145.

Blake, A.C., D.B. Chadwick, P.J. White, and C.A. Jones. 2007. User's guide for assessing sediment transport at Navy facilities. Technical Report 1960. Available at: http://www.epa.gov/superfund/health/conmedia/sediment/pdfs/Sed_transport_guide_2007.pdf. U.S. Navy, SPAWAR Systems Center, San Diego, CA.

Clukey, E., K. Israel, C. Jones, and C.K. Ziegler. 2007. Pipeline risk assessment in deep-sea furrow regions. Offshore Technology Conference, Houston, TX. doi: 10.4043/18939-MS.

James, S.C., C.A. Jones, J.D. Roberts, M.A. Ahlmann, and D.A. Bucaro. 2006. Sediment transport and water quality model of Cedar Lake, EOS Transactions, American Geophysical Union, 87(52), H23B-1511.

Luo, X., W. Lick, and C.A. Jones. 2006. Modeling the sediment-water flux of hydrophobic organic chemicals due to bioturbation. Ninth International Conference on Estuarine and Coastal Modeling. American Society of Civil Engineers. July:468-485.

Jones, C.A., S.C. James, J.D. Roberts, and P.L. Shrestha. 2005. Continuous treatment of cohesive and non-cohesive sediment dynamics in a three-dimensional hydrodynamics model. Ninth International Conference on Estuarine and Coastal Modeling, 9A.

James, S.C., C.A. Jones, and J.D. Roberts. 2005. Consequence management, recovery and restoration after a contamination event. Sandia National Laboratories, Los Alamos, NM.

Jones, C.A., T.S. Jung, and W. Lick. 2001. Use of accurate erosion rates in sediment transport modeling. International Association of Great Lakes Research.

Jones, C.A., and W. Lick. 2000. An accurate model of sediment erosion and transport. International Association of Great Lakes Research.

Lick, W., Z. Chroneer, C.A. Jones, and R. Jepsen. 1997. A predictive model of sediment transport. Fifth International Conference on Estuarine and Coastal Modeling. American Society of Civil Engineers. October:389-399.

integral

## Presentations / Posters

Jones, C., S. McWilliams, K. Raghukumar, G. Chang, and J. Roberts. 2020. Optimization of wave energy converter array deployments while minimizing potential environmental risks. Platform presentation at the 2020 Ocean Sciences Meeting. Co-sponsored by the American Geophysical Union, the Association for the Sciences of Limnology and Oceanography, and The Oceanography Society, San Diego, CA. February 16-21.

Chang, G., F. Spada, C. Jones, G. Egan, S. Monismith, O. Fringer, and A. Manning. 2020. Variability of particle characteristics in a wave- and current-driven estuarine environment. Poster presentation at the Ocean Sciences Meeting. Co-sponsored by the American Geophysical Union, the Association for the Sciences of Limnology and Oceanography, and The Oceanography Society, San Diego, CA. February 16-21.

Sackmann, B., G. Revelas, K. Whitehead, C. Schultz, and C. Jones. 2020. Artificial intelligence and computer vision for cost-effective benthic habitat characterizations. Poster presentation at the Ocean Sciences Meeting. Co-sponsored by the American Geophysical Union, the Association for the Sciences of Limnology and Oceanography, and The Oceanography Society, San Diego, CA. February 16-21.

Spada, F., K. Raghukumar, G. Chang, and C. Jones. 2020. NoiseSpotter: Real-time underwater acoustic characterization in support of marine renewable energy projects. Poster presentation at the Ocean Sciences Meeting. Co-sponsored by the American Geophysical Union, the Association for the Sciences of Limnology and Oceanography, and The Oceanography Society, San Diego, CA. February 16-21.

Egan, G., M. Cowherd, F. Spada, K. Scheu, A. J. Manning, C. Jones, G. Chang, and O.B. Fringer. 2020. Cohesive sediment erosion in a shallow, wave- and current-driven flow. Poster presentation at the 2020 Ocean Sciences Meeting. Co-sponsored by the American Geophysical Union, the Association for the Sciences of Limnology and Oceanography, and The Oceanography Society, San Diego, CA. February 16-21.

Jones, C., K. Raghukumar, and L. Marx. 2019. Assessment of natural hazard vulnerability and resilience in coastal environments. Poster presentation at SERDP ESTCP Symposium, Washington, DC. December 3-5.

Raghukumar, K., C. Jones, J. Weidenbach, S. Kleinhelder, K. Catlett, and P. Black. 2019. An offshore munitions mobility study at Vandenberg Air Force Base, California. Poster presentation at SERDP ESTCP Symposium, Washington, DC. December 3-5.

Raghukumar, K., F.W. Spada, G. Chang, and C. Jones. 2019. Characterization of near-bed particle motion by the NoiseSpotter: A three-dimensional vector sensor array. Poster presentation at Fifth International Conference on the Effects of Noise on Aquatic Life. Den Haag, The Netherlands. July 7-12.

McWilliams, S., K. Scheu, C. Jones, and D. Revell. 2019. Matilija Dam ecosystem restoration—A comprehensive modeling approach. Poster presentation at Localizing California Waters: Ventura to SLO, Ojai, CA. April 29-30.



FILED UNDER SEAL

16

Raghukumar, K., G. Chang, F. Spada, and C. Jones. 2019. NoiseSpotter: New technology for underwater acoustic characterization. Poster presentation at 7th Annual Marine Energy Technology Symposium, Washington, DC. April 1-3.

Raghukumar, K., S. McWilliams, C. Jones, and J. Roberts. 2019. Marine hydrokinetic energy assessment: Balancing efficiency and environmental concerns. Poster presentation at 7th Annual Marine Energy Technology Symposium, Washington, DC. April 1-3.

Revelas, E., B. Sackmann, and C. Jones. 2019. A streamlined and standardized benthic habitat mapping approach for marine and hydrokinetic site environmental assessments. Poster presentation at 7th Annual Marine Energy Technology Symposium, Washington, DC. April 1-3.

Scheu, K., C. Flanary, K. Raghukumar, C. Jones, L. Ziliani, B. Groppelli, S. Ceccon, and D. Bocchiola. 2019. Evaluating climate change effects on natural recovery of a contaminated sediment site. Platform presentation at Tenth International Conference on the Remediation and Management of Contaminated Sediments, New Orleans, LA. February 11-14.

Sackmann, B.S., E. Revelas, K. Whitehead, D. Nielsen, C. Jones, and J. Durda. 2019. Using artificial intelligence and computer vision for cost-effective environmental monitoring and site characterization. Poster presentation at Tenth International Conference on the Remediation and Management of Contaminated Sediments, New Orleans, LA. February 11-14.

Egan, G., M. Cowherd, F. Spada, K. Scheu, A. Manning, C. Jones, S. Monismith, G. Chang, and O. Fringer. 2018. In situ observations of near-bed turbulence and cohesive sediment transport. Oral presentation at the American Geophysical Union Fall Meeting, Washington, DC. December 10-14.

Chang, G., F. Spada, G. Egan, A. Manning, K. Scheu, M. Cowherd, S. Monismith, C. Jones, and O. Fringer. 2018. Optics and acoustics for near-bed particle characterization and quantification of turbulence. Poster presentation at the Ocean Optics Conference (OOXIV), Dubrovnik, Croatia. October 7-12.

Scheu, K., C. Flanary, K. Raghukumar, and C. Jones. 2018. Evaluation of climate change effects on natural recovery in an alpine lake. Platform presentation. SETAC North America 39th Annual Meeting, Sacramento, CA. November 4-8.

Raghukumar, K., F. Spada, G. Chang, and C. Jones. 2018. Initial field trials of the NoiseSpotter: An acoustic monitoring and localization system. Oral presentation at the 6th Annual Marine Energy Technology Symposium, Washington, DC. April 30-May 2.

Sackmann, B., E. Revelas, and C. Jones. 2018. Standardized and cost-effective benthic habitat mapping tools for marine and hydrokinetic site environmental assessments. Poster presented at 6th Annual Marine Energy Technology Symposium, Washington, DC. April 30-May 2.

Raghukumar, K., G. Chang, and C. Jones. 2018. Improved sea state characterization in support of marine renewable energy projects. Poster presented at 6th Annual Marine Energy Technology Symposium, Washington, DC. April 30-May 2.

integral

FILED UNDER SEAL

Raghukumar, K., F. Spada, G. Chang, and C. Jones. 2018. Spatial characterization of surface waves using an array of newly developed wave buoys. Poster presented at the Ocean Sciences Meeting. Co-sponsored by the American Geophysical Union, the Association for the Sciences of Limnology and Oceanography, and The Oceanography Society, Portland, OR. February 11-16.

Jones, C., and D. Revell. 2018. Coastal lagoon dynamics: An observational assessment of the San Lorenzo River mouth during natural and anthropogenic breaching. Poster presented at the Ocean Sciences Meeting. Co-sponsored by the American Geophysical Union, the Association for the Sciences of Limnology and Oceanography, and The Oceanography Society, Portland, OR. February 11-16.

Chang, G., C. Jones, and J. Roberts. 2018. A techno-economic analysis of wave energy conversion for the United States Pacific coast. Poster presented at the Ocean Sciences Meeting. Co-sponsored by the American Geophysical Union, the Association for the Sciences of Limnology and Oceanography, and The Oceanography Society, Portland, OR. February 11-16.

Spada, F., G. Chang, C. Jones, K. Raghukumar, P. Barney, W. Gans, T. Janssen, and Z. Kirshner. 2018. A motion-controlled wave buoy test stand for high fidelity data validation. Poster presented at the Ocean Sciences Meeting. Co-sponsored by the American Geophysical Union, the Association for the Sciences of Limnology and Oceanography, and The Oceanography Society, Portland, OR. February 11-16.

Flanary, C., G. Chang, C. Jones, F. Spada, and T. Martin. 2017. Innovative optically-based tools and techniques for water quality monitoring. Indian River Lagoon Research Institute, Technical Conference on Coastal Water Quality Issues, Melbourne, FL. September.

Martin, T., C. Jones, and G. Revelas. 2017. A novel approach to performance monitoring at sediment megasites. Sediment Management Work Group Fall Sponsor Forum, Charleston, SC. September 27-28.

Martin, T., G. Chang, C. Jones, and J. Durda. 2017. Use of high-frequency optically-based measurements to assess mercury cycling, transport, and fate in contaminated estuarine and riverine systems. Platform presentation. 13th International Conference on Mercury as a Global Pollutant, Providence, RI. July 16-21.

Jones, C., G. Chang, K. Nelson, and T. Martin. 2015. Field and modeling characterization of wetland hydrodynamics. Eighth International Conference on Remediation of Contaminated Sediments, New Orleans, LA.

Chang, G., C. Jones, and T. Martin. 2015. Near-bed sediment dynamics in the Berry's Creek tidal estuary. Eighth International Conference on Remediation of Contaminated Sediments, New Orleans, LA.

Thompson, R., K. Gustavson, C. Jones, and P. White. 2015. Investigating DDT fate and transport at the United Heckathorn Superfund site. Eighth International Conference on Remediation of Contaminated Sediments, New Orleans, LA.

Martin, T., P. de Haven, C. Jones, D. Glaser, and N. Kelsall. 2015. Evaluation of natural recovery in the Berry's Creek Study Area. Eighth International Conference on Remediation of Contaminated Sediments, New Orleans, LA.

## Invited Participant, Expert Panels, And Workshops

Technical Chair of 2024 Offshore Technology Conference dedicated Offshore Wind Technical Thread.

Short course titled "Evaluating Sediment Transport: Best Practices, Tools, Techniques, and Application to Site Management." Eleventh International Conference on Remediation of Contaminated Sediments. Austin, TX. January 2023.

Short course titled "Evaluating Sediment Transport: Best Practices, Tools, Techniques, and Application to Site Management." Tenth International Conference on Remediation of Contaminated Sediments. January 2019.

Panel titled "Marine Renewable Energy Development - Oceanographic Measurements to Support an Emerging Low-Carbon Energy Source." Ocean Sciences Meeting 2018 Town Hall. February 2018.

Invited Moderator. Ocean Waves Workshop 2017. November 2017.

Short course titled "Evaluating Sediment Transport: Tools, Techniques, and Application to Site Management." Ninth International Conference on Remediation of Contaminated Sediments. January 2017.

Paper presentation titled "Evaluating Sediment Stability at Offshore Marine Hydrokinetic Energy Facilities." Ocean Waves Workshop 2015. January 2015.

Short course titled "Evaluating Sediment Transport: Tools, Techniques, and Application to Site Management." Eighth International Conference on Remediation of Contaminated Sediments. January 2015.

