# Exhibit D

 Yale Law School

Home   Our Faculty   Joshua Macey

# Joshua Macey

Associate Professor of Law
(on leave, fall 2025)

### Education

J.D., Yale Law School, 2017
M.Sc., London School of Economics and Political Science, 2013
B.A., Yale College, 2012

Curriculum Vitae

### Courses Taught

- Advanced State and Federal Electricity Law
- Energy Law (Electricity)
- Public Utility Law (Energy)



## Contact Information

K42

## Faculty Assistant

Quiana Atkinson

249

203-432-4982

quiana.atkinson@yale.edu



DEFENDANT'S EXHIBIT NO. MACEY 5 FOR IDENTIFICATION DATE: 9.2.25 RPTR: J

Joshua Macey is an Associate Professor of Law at Yale Law School. Macey teaches and writes about bankruptcy, environmental law, energy law, and the regulation of financial institutions. Macey's latest work focuses on the fragility of the nation's electric grid and offers strategies to improve grid reliability and accelerate the transition to new sources of energy.

In 2023, the American Bankruptcy Institute named Macey to its list of 40 Under 40 Emerging Leaders in Insolvency Practice. Macey has also won the Morrison Prize — awarded to the "most impactful sustainability-related legal academic paper published in North America during the previous year" — for three consecutive years (given, respectively, for "Zombie Energy Laws," 73 *Vanderbilt Law Review*; "Long Live the Federal Power Act's Bright Line," 134 *Harvard Law Review*; and "Clean Energy Through Grid Reliability," 74 *Stanford Law Review*).

Prior to his appointment at Yale Law School, Macey served as an Assistant Professor of Law at the University of Chicago Law School. He served on the University of Chicago Law School's Journal and Faculty Appointments Committees, as well as the University of Chicago Business Law Review's Faculty Advisory Board.

From 2019 to 2020, Macey was a Visiting Assistant Professor of Law at Cornell Law School. He previously worked at Morgan Stanley and clerked for Judge J. Harvie Wilkinson III of the U.S. Court of Appeals for the Fourth Circuit. Macey also co-authored the sixth edition of the leading energy law casebook, *Energy, Economics, and the Environment*.

Macey holds a B.A. from Yale College and an M.Sc. from the London School of Economics and Political Science. He earned a J.D. from Yale Law School, where he served as an Editor of the *Yale Law Journal*.

News 

July 9, 2025

Reuters

### America's Largest Power Grid Is Struggling to Meet Demand from AI [1]

Associate Professor of Law Joshua Macey '17 analyzed PJM Interconnection's reforms and energy consumption.



March 26, 2025

### The Search for Energy Solutions Powers New Courses

Associate Professor Joshua Macey '17 examines the law behind the energy systems that power the economy and the country.

March 23, 2025

Inside Climate News

### Is FERC's Future at Stake in its Titanic Clash with American Efficient? [2]

The work of Associate Professor of Law Joshua Macey '17 on the authority of the Office of Enforcement (FERC) was quoted.

March 14, 2025

The Regulatory Review

### Week in Review [3]

An article co-authored by Associate Professor of Law Joshua C. Macey '17 and Brian Richardson '11 on the influence of public utility regulation was recommended.

February 11, 2025

CT Mirror

### Could Trump Force the Region into More of the Fossil Fuels It's Trying to Get Away From [4]

Associate Professor of Law Joshua Macey '17 examined the national energy emergency executive order.

February 6, 2025

The Regulatory Review

### Reliable and Climate-Friendly Electricity Markets [5]

An article authored by Associate Professor of Law Joshua Macey '17 about the electricity market structure and climate mandates was cited.

January 24, 2025

Bloomberg Law

### Federal Energy Commission Key to Trump's Agenda Remains in Limbo [6]

Associate Professor of Law Joshua Macey '17 discussed the Federal Energy Regulatory Commission and its chairman Mark Christie.

January 8, 2025

Harvard Law School Forum on Corporate Governance

### Private Profits and Public Business — A Commentary by Joshua Macey '17 [7]

Joshua Macey '17 is an Associate Professor of Law at Yale Law School.

December 10, 2024

KVPR / NPR

### As a Major California Oil Producer Eyes Carbon Storage, Thousands of Idle Wells Await Cleanup [8]

Associate Professor of Law Joshua Macey '17 analyzed the California Resources Corporation's venture into carbon management.

December 3, 2024

Energy Policy Now Podcast / Kleinman Center for Energy Policy

### Why Electrical Grid Governance Needs Reforming [9]

Associate Professor Joshua Macey '17 discussed U.S. electrical grid governance.

**1**  2

## Links

1. https://www.reuters.com/sustainability/boards-policy-regulation/americas-largest-power-grid-is-struggling-meet-demand-ai-2025-07-09/
2. https://insideclimatenews.org/news/23032025/ferc-challenges-american-efficient-energy-claims-electric-grid/
3. https://www.theregreview.org/2025/03/14/week-in-review-352/
4. https://ctmirror.org/2025/02/11/trump-energy-emergency-ct-fossil-fuels/
5. https://www.theregreview.org/2025/02/06/bradley-reliable-and-climate-friendly-electricity-markets/
6. https://news.bloomberglaw.com/health-law-and-business/federal-energy-commission-key-to-trumps-agenda-remains-in-limbo
7. https://corpgov.law.harvard.edu/2025/01/08/private-profits-and-public-business/
8. https://www.kvpr.org/environment/2024-12-10/as-a-major-california-oil-producer-eyes-carbon-storage-thousands-of-idle-wells-await-cleanup
9. https://kleinmanenergy.upenn.edu/commentary/podcast/why-electrical-grid-governance-needs-reforming/