# EXHIBIT C

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

**Appendix A**: Wendi Goldsmith *Curriculum Vitae*

# Wendi Goldsmith, PhD, PG          Curriculum Vitae

617-901-2306    sustainabilityvisions@gmail.com

## Summary
Dr. Wendi Goldsmith is a transdisciplinary expert in climate-resilient infrastructure, applied geoscience, and environmental policy integration. With over three decades of experience spanning consulting, research, and public sector advising, she has shaped high-impact strategies to reduce risk and optimize sustainability across sectors including water, energy, defense, and transportation. Her pioneering work connects ecological function, engineering rigor, and stakeholder values through actionable, science-based decision support. A licensed Professional Geologist, published author, and expert witness, Dr. Goldsmith has led multi-billion-dollar resilience and infrastructure programs in the U.S. and abroad. She is recognized for transforming situational uncertainty into resilient design strategies that stand up to climate stressors and regulatory scrutiny alike.

## Experience
**RECENT HIGHLIGHTS, 2015-ongoing**
**Climate Vulnerability Assessment & Resilience Plan** — DOMLEC, Comm. of Dominica
Assembled and led team of selected experts to assess threats to electricity sector by flooding, landslides, and seismic hazards. Prepared roadmap to address 50 years of future trends due to sea level rise, rainfall intensity, and hurricane frequency driven by climate change. Recommendations for diverse renewable and locally sourced energy generation options assembled into resilient microgrids were developed with stakeholder engagement. Detailed infrastructure investment action plans included technical and financing recommendations. Project funding for post-Maria recovery was supported by Caribbean Development Bank. 2020-2023.

**DECISION ANALYSIS RESEARCH, DEVELOPMENT, AND CONSULTING FOR ENVIRONMENTAL MANAGEMENT AND RISK ASSESSMENT OF MILITARY TECHNOLOGIES AND ACTIVITIES** — USACE ERDC, Vicksburg, MS
Subject Matter Expert and Program Advisor for team providing multiple Value of Information and Decision-Analytical tools to support novel and anticipated future areas of activity with recognized uncertainties due to their lack of precedent and associated data. Topics included advanced military technology development and acquisitions; military and civil works operations; synthetic biology and emerging chemicals; and industrial nanomaterial manufacturing and consumer products for civil works research. Portfolio analysis methods were developed for risk reduction and resilience enhancement of civil works projects. Tasks included stakeholder coordination for identification of emerging products and decision support topics, identifying decision factors and associated uncertainties to examine appropriate approach to improve decision confidence, and identifying management alternatives for consideration in terms of correlated impacts of management actions. Developed multiple spreadsheet-based modeling tools and demonstrated application through case-studies depicting military activities, including user manual. 2015-ongoing

**SUBJECT MATTER EXPERT AND PROGRAM ADVISOR** — Confidential Client
Provided technology and policy inputs and contributed to refining a RDT&E program supporting testing, prototype development, and standards development for retrofit and new manufacturing of improved equipment to address recognized vulnerabilities to multiple natural and human-induced hazards in electronics-heavy vehicles. Initiated the launch of expanding industry attention to this topic. 2021- ongoing

i

Education

**Doctor of Philosophy in Business and Social Science**               2016
Aarhus University, Herning, Denmark
    Dissertation title: *Integrating Natural Systems with Engineering: Decision Support to Guide Sustainable Development and Climate Resilient Design.*
    Committee: Allan Gross, Chair; Brynhildur Davíðsdóttir, Igor Linkov

**Master of Science in Plant and Soil Science**               2002
University of Massachusetts, Amherst, MA
    Thesis title: *Soil strength reinforcement by plants.*

**Master of Arts in Landscape Design**               1990
Conway School, Conway, MA

**Bachelor of Arts in Earth & Planetary Sciences, Environmental Studies**  1988
Yale University, New Haven, CT

**Licensed Professional Geologist**: New Hampshire, 2002, #433; Louisiana, 2015, #822
**Certified Professional Geologist**: American Institute of Professional Geologists, 1999, #10455 **Certified Professional Erosion and Sediment Control**: EnviroCert, 1994, #963
**Certified Professional in Storm Water Quality**: EnviroCert, 1999, #007
**Certified Director**: National Association of Corporate Directors, exp. 2027

Teaching

**Short Course Instructor** — Harvard University, Cambridge, MA, 2013 and 2014
Building on past lectures and ExecEd seminars, was requested by Graduate School of Design Executive Education Program to develop curriculum and lead 2-day course, *Climate Resilient Design: Buildings, Neighborhoods, and Infrastructure.* Format attracted architecture, landscape architecture, urban planning, and related professionals. Themes included gaps in conventional practice, economic assessment informed by risk, forecast, and scenario analysis, and legal considerations affecting design choices.

**Guest Lecturer** — Multiple Universities, US and abroad, 1994-2020
Invited lecturer, paid and unpaid, to graduate students in programs related to urban planning, landscape architecture and architecture, engineering, public administration, energy efficiency, flood management, and evolving practice of ecologically based solutions for economically, socially, and environmentally viable technology applications. Selected institutions include: Yale, MIT, UVA, UC Davis, Universities of Bologna, Ferrara, and Ravenna, Italy, Danish Technological Institute, Aarhus University, and Korean Institute of Machinery and Materials.

**Instructor** — Multiple Public Agencies and Professional Societies
Led or supported an average of three seminars annually ranging 1-5 days long for 15-150 students with 8-36 credit hours under contract to USACE, EPA, NYC-MTA, IECA, SAME, SCUP, ULI, and others. Subjects spanned technical eco-geotechnical design/implementation to cultural/economic considerations in decision process for adopting novel approaches. Locations were US and Asia.

Research

**PhD Research** — Aarhus University, Herning, Denmark, 2012-2016
Support through NORD-STAR, the Nordic Centre of Excellence for Strategic Adaptation Research which pursues innovative science, sound economic analysis, and effective communication to enable Nordic stakeholders to design and implement successful adaptation policy and practice. NORD-STAR's work focuses on three main issues: land-use change, energy transitions, and insurance & finance. Research addressed one NORD-STAR key innovation: policy analysis tools to help bridge the gaps between adaptation science, practice, and policy, and an explicit link between climate adaptation and mitigation.

**Contract Research** — USACE Engineer Research and Development Center, Construction Engineering Lab, Champaign, IL, 2010-2012
Co-PI for *Energy Quality Flow Analysis for Ultra-Low Communities,* investigation of reductions in energy use for military and civilian communities based on energy recovery rather than efficiency alone with the general finding that energy sharing and recovery systems can reduce up to 90% of energy, water, and waste. Highlights included energy assessment of Fort Carson, CO Heat Plant to become less dependent on grid and pipeline utilities for cost and disaster resilience improvement. Recommendations included equipment to maximize electricity generation, absorption chillers for peak summer heat load. Evaluated wastewater treatment plant and recommended equipment retrofit to anaerobic process for methane-powered electricity.

**Cooperative Advanced Research** — NATO Science for Peace and Security Programme, Brussels, Belgium, 2010-2016
Industry Research Partner for Civilian Community and Military Base Sustainable Development, Industrial Processes, and Climate Resilient Planning hosted in Iceland and Denmark. Role included planning policy and technology themes and coordination of participants from government, academia, and industry from NATO partner nations based on established relationships. Secured supplemental funding to support ancillary activities, facilitated interdisciplinary working group sessions, and prepared four book chapters as lead and contributing author.

**Research Oversight Committee** — National Academy of Engineering, Transportation Research Board, Washington, DC, 1999-2005
Shaped inquiry topic, selected research team, and reviewed deliverables for $200,000 funding level National Cooperative Highway Research Program (NCHRP) Report 544: *Environmentally Sensitive Channel- and Bank-Protection Measures* examines novel yet rigorous solutions, and includes recommended design guidelines for their application and a selection system for helping to determine the most appropriate channel- and bank-protection measure.

**Contract Research** — EPA Office of Research and Development, Chicago, IL, 1999-2001
PI for investigation into role of vegetation in environmental engineering applications including landfill caps, river/ coastal bank revetments, and other high-performance measures. Work included field and laboratory testing and resulted in two juried conference publications heavily cited by practitioners.

Honors & Awards
**Joan Hodges Queneau Palladium Medal** awarded by the American Association of Engineering Societies and Audubon Society recognizing individuals who encourage cooperation between

engineering professionals and environmentalists to create innovative solutions to environmental problems. 2016

**Outstanding Civil Engineering Achievement Award** for Inner Harbor Navigation Canal Surge Barrier, highest national recognition by the American Society of Civil Engineers. 2014

**National Engineering Excellence Award** for Alewife Stormwater Wetlands by American Consulting Engineers Council. Personally led initial planning through final design. 2014

**Bronze Order of the de Fleury Medal** for inspirational leadership to the Engineer Regiment of the US Army, by the AEA, in recognition of 20 years of environmental stewardship and engineering innovation culminating in personally signing off on all aspects of science/engineering integration for climate change resilient regional infrastructure for the greater New Orleans Hurricane and Storm Damage Risk Reduction System. Nominated by General M.W.B. Temple. 2012

**Grand Conceptor Award** for Engineering Excellence for IHNC Lake Borgne Surge Barrier Project, highest national recognition by American Council of Engineering Companies. 2012

**Honor Award** for Engineering Excellence for Gulf Intracoastal Water Way West Closure Complex Pump Station in Greater New Orleans American Council of Engineering Companies. 2012

**AIA Top Ten Green Award** for International Fund for Animal Welfare HQ; personally guided conceptual design for water harvesting for habitat enhancement. 2009

**AIA Top Ten Green Award** for CT Regional Water Purification Facility and Park Project; personally led team interactions to foster exemplary sustainable approach embraced by watershed management agency. 2007

**Grand Award for Engineering Excellence**, American Council of Engineering Companies for MIT Stata Center, Cambridge, MA for integration of building and site design and operations for water and energy conservation. 2005

**Gold Award for Sustainable Site Design**, American Council of Engineering Companies of Massachusetts, for MIT Stata Center, Cambridge, MA for stormwater management wetland, native plant landscape in urban plaza, green roof, and water harvesting and re-use. 2005

**Winner of International Design Competition** for Toolenberg Zuid, Netherlands (with StevenHoll Architects); personally guided water and land conceptual design for a high-performance urban community approaching net zero energy, waste, and materials consumption. 2001

**Engineering Excellence Award,** American Council of Engineering Companies (ACEC) of Massachusetts for End Street Ravine Restoration, Chicopee, MA featuring hazard mitigation and native landscape management. 2001

**Engineering Excellence Small Firm Award** American Council of Engineering Companies of Massachusetts for Hearthstone Quarry Brook Restoration, Chicopee, MA using natural channel design and native plants to stabilize degraded stream. 1998

**Environmental Achievement Award** from International Erosion Control Association, for Bioengineered Detention System and Constructed Wetlands at Fort Devens Medical Center, Ayer, MA which was first ever stormwater management system in regulated wetlands corridor in MA. 1996

## Publications

**Goldsmith, W**. et al (2017) Net Zero Waste: Issues, Technologies, Trends, and Commercially Viable Solutions, in *Green Defence Technology: Triple Net Zero Energy, Water, and Waste Models and Application*s, Goodsite, M. E. and Juhola, S., eds. Springer.

**Goldsmith, W**. (2016) Resilient communities through environmental planning and design: accounting for future scenarios and regenerative capacity, in *Climate Health Risks in Megacities*, Marolla, C. CRC Press.

**Goldsmith, W**. & Flanagan, T. (2016). Value methodology – case studies within climate resilience and sustainability policy application. Architectural Engineering and Design Management.

**Wendi Goldsmith** & Lewis "Ed" Link (2015) Lessons Learned From Katrina, The Military Engineer, JSTOR.

**Goldsmith, W**., Bernardi, D. & Schippa, L. (2015) River, delta and coastal morphological response accounting for biological dynamics. Proceedings of the International Association of Hydrological Sciences.

Temple, M. W. B. & **Goldsmith, W.** (2013) Engineering Infrastructure for the Post-Katrina Future, in PIANC Yearbook. ISBN: 987-2-87223-217-8.

**Goldsmith, W.,** D. Gray, and J. McCullah (2014) *Bioengineering Case Studies: Sustainable Stream Bank and Slope Stabilization*. Springer.

Nathwani, J., Chen, Z., Case, M.P., Collier, Z.A., Roege, P.E., Thorne, S., **Goldsmith, W.**, Ragnarsdottir, K.V., Marks, P.M., Ogrodowski, M. (2013) Sustainable Energy Pathways for Smart Urbanization and Off Grid Access: Options and Policies for Military Installations and Remote Communities. In I. Linkov, editor, *Sustainable Cities and Military Installations*. Springer.

**Goldsmith, W**., Desoto-Duncan, A. & Durham-Aguilera, K. (2012) Achieving the Unprecedented in New Orleans, The Military Engineer, JSTOR.

**Goldsmith, W.,** B. Barnhart, Hirata, S. (2011) An Energy-Secure DOD Future -- Movement towards net-zero energy military installations can ensure resilient operational effectiveness while reaping long-term cost savings. The Military Engineer, Sept-Oct.

**Goldsmith, W**., Barnhart, B., and Hurt, A. (2011) Implementing a DOD Net-Zero Strategy. The Military Engineer, Mar./Apr.

Barattino, W.J., Cross, B.J., Smith, D.J., **Goldsmith, W**. Foster, S., Holt, M., and Roege, P.E. (2011) The Business Case for SMRs on DOD Installations. In Proc. ASME. 54730; ASME 2011 Small Modular Reactors Symposium, Washington, DC.

**Goldsmith, W**., Bitsko, D., and Burkhart, J. (2010) The Green Soup to Tree Nuts of Sustainable Community Design, Water Environment Federation, Cities of the Future, Boston, MA.

**Goldsmith, W.** (2010) Integration Challenges for Sustainable Energy Use. SAME/IFMA Facilities Management Workshop, Washington, DC.

**Goldsmith, W**., Bitsko, D., Rowan, J., and Burkhart, J. (2010) Yes We Can! Reviving Lost Water Resources Functions in Urban Environments, Water Environment Federation, Urban River Restoration, Boston, MA.

**Goldsmith, W**. (2009) Urban Pond and Marsh Restoration – A Cost-Saving Paradigm. National Conference on Ecological Restoration, Los Angeles, CA.

MacBroom, J. and **Goldsmith, W.** (2007) Environmental Engineering. In *Land and Natural Development (LAND) Code: Guidelines for Sustainable Land Development*, D. Balmori and G. Benoit, editors. Wiley.

**Goldsmith, W.** (2006) Soil Strength Reinforcement by Plants. In Proceedings of Conference XXXVI, International Erosion Control Assoc., Houston, TX.

**Goldsmith, W.** (2002) Integrating ecology, geomorphology, and bioengineering for watershed-friendly design. In *Handbook of Watershed Sensitive Planning and Design*. R.L. France, editor. CRC Press.

**Goldsmith, W.** (2001) Science, engineering, and art of restoration: Two case studies in wetland construction. In *Manufactured Sites: Rethinking the Post-Industrial Landscape*. N. Kirkwood, editor. Taylor & Francis.

Barrett, K., **Goldsmith, W**., and Silva, M. (2006) Integrated bioengineering and geotechnical treatments for streambank restoration and stabilization along a landfill. Journal of Soil and Water Conservation, 61/3:144-152.

**Goldsmith, W.** (2006) What Sustainable Redevelopment in Louisiana Could Look Like: Realizing Many Big Dreams. Association of State Wetland Managers Conference, Amherst, MA.

**Goldsmith, W**., Robert, M., Toth, G. (2004) Integrating ecological & transportation infrastructures for community based solutions. In Proceedings of CIATrans, Portland, ME.

**Goldsmith, W.** and Reinhart, K. (2001) Kettle pond restoration and erosion control, Olmstead Center, Flushing, New York: Wetlands and Restoration Conference, So. Burlington, Vermont.

**Goldsmith, W**. and Reinhart, K. (2001) Preserving the Nature of Walden Pond, Landscape Architect and Specifier News, feature article.

**Goldsmith, W**., M. Silva, and C. Fischenich (2001) Determining optimal degree of soil compaction for balancing mechanical stability and plant growth capacity. Technical Note EL-97-8, U.S. Army Engineer Research & Development Center, Vicksburg, MS.

**Goldsmith, W**. and Buchanan, D. (1999) Practical bioengineering applications in watershed management. Land and Water 43/4.

**Goldsmith, W.** (1998) Soil reinforcement by river plants: Progress results. Proceedings of the ASCE Conference on Wetlands Engineering and River Restoration.

Fripp, J., O'Neill, J., **Goldsmith, W.** (1998) Do ecologists and engineers have differing views of stream restoration? In Proceedings ASCE Wetlands Engineering & River Restoration Conference, Denver, CO.

Barrett, K.R. and **Goldsmith, W**. (1998) Bioengineered ponds and wetlands in an existing stream channel for stormwater management and ecological enhancement. In Proceedings ASCE Wetlands Engineering & River Restoration Conference, Denver, CO.

**Goldsmith, W**., Barrett, K.R., Larson, M., and Lattrell, W. (1998) Restoration of an urban, incised channel integrating geomorphology and bioengineering: Design, construction and monitoring results. In Proceedings ASCE Wetlands Engineering & River Restoration Conference, Denver, CO.

**Goldsmith, W**. (1998) Lead-contaminated sediments prove susceptible to phytoremediation. Soil & Groundwater Cleanup. Feb./Mar.

**Goldsmith, W.** (1997) Phytoremediation potential for lead-contaminated river sediments. In Proceedings of 12th Annual Conference on Contaminated Soils, Amherst, MA.

Larson, M. and **W. Goldsmith** (1997) Incised channel stabilization and enhancement integrating geomorphology and bioengineering. In Proceedings of the conference on management of landscapes disturbed by channel incision, S.S.Y. Wang, ed., University of Mississippi, Oxford.

**Goldsmith, W.** (1992) Bioengineering techniques used for lake and reservoir management in Germany. Federal Interagency Workshop-Reservoir Shoreline Erosion: A National Problem. MacAlester, OK. October.

**Goldsmith, W**. and L. Bestmann (1992) An overview of bioengineering for shore protection. In Proceedings of Conference XXIII, International Erosion Control Assoc., Reno, NV.

Leadership
- Board Member – Green Infrastructure Foundation
- Board Member – Center for Urban Watershed Resilience
- Advisory Board – Asian University for Women (2010–Ongoing)
- Fellow – Society of American Military Engineers (SAME)
- Member – Society for Risk Analysis
- Member – PIANC (World Association for Waterborne Transport)
- Member – Soil and Water Conservation Society
- Member – Soil Science Society of America

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Employment

| | |
|---|---|
| 2015-present | Self-Employed |
| 1992-2015 | Bioengineering Group (sold to Chester Engineers) |
| 1991 | Consultant to Bestmann Ingenieurbiologie GmbH |
| 1990-1991 | Charles T. Main |