# Exhibit F


