# Exhibit G









