# Exhibit D



**BUREAU OF MATERIALS MANAGEMENT AND COMPLIANCE ASSURANCE
WATER PERMITTING AND ENFORCEMENT DIVISION**

## GUIDANCE DOCUMENT FOR PREPARING A
## STORMWATER POLLUTION PREVENTION PLAN
## MARCH 2011



# INSTRUCTIONS

This guidance document has been prepared by the Department of Environmental Protection (the Department) to assist you in complying with the requirements of the **General Permit for the Discharge of Stormwater Associated with Industrial Activities, issued August 23, 2010, effective  October 1, 2011** (the general permit). This document provides general guidance only for developing and implementing a site-specific **Stormwater Pollution Prevention Plan (Plan)** for an industrial activity.  Please note that each regulated facility's Plan must be site specific and different depending on site conditions and the specific requirements of your industry or sector.  **Also, this guidance document outlines major permit requirements as they relate to a Plan but it does not detail and identify all permit requirements – you must refer to the general permit to determine all applicable permit requirements.**

Please note that all section references in this document refer to the general permit. The general permit can be found on the Department website at:  www.ct.gov/dep/permits&licenses

This guidance document outlines the major elements required in a Plan and provides templates for certain elements of the Plan. If any section identified in this guidance document does not apply to your facility, include the section in your Plan and state that it is not applicable.  Do not skip sections.

You must keep the Plan on file at your facility at all times and use it to track the implementation of controls and the completion of training, inspection, and monitoring requirements of the general permit.  Keep the Plan up to date! Amend it as necessary after conducting comprehensive compliance evaluations, inspections, visual monitoring, and after reviewing your stormwater monitoring results.

Below are contact phone numbers you may find useful in assembling your Plan.

**Stormwater Permits Staff**: 860-424-3018 (for questions specific to the general permit and the requirements of a Plan)

**Pollution Prevention Staff**: 860-424-3297 (for general questions about pollution prevention or best management practices for reducing pollutants from industrial activities)

**Waste Management Staff**: 860-424-3023 (for questions about spills, hazardous materials and waste management)

**Water Permitting- Engineer of the Day**: 860-424-3018 (for questions about floor drains, wastewater discharges, vehicle service or vehicle washing discharges, and general stormwater permit questions)

**Oil and Chemical Spill Emergency Line**: 860-424-3338 or 860-424-3333

## ACKNOWLEDGEMENT and REFERENCES

Much of the information in this document has been taken from EPA documents, "Developing Your Stormwater Pollution Prevention Plan: A Guide for Industrial Operators, February 2009", the EPA Industrial SWPPP Template, January 13, 2009, and the Industrial Stormwater Sampling and Monitoring Guide, March 2009. These documents and other relevant information regarding stormwater management can be found on the EPA website at:  **www.epa.gov/npdes/stormwater/msgp**

# Table of Contents

**Introduction -** Preparation and Submittal of Plan ......................................................................... 5

I.   **Site Description and Contact Information**
     Facility Description ............................................................................................................. 7
     General Location Map .......................................................................................................... 7
     Pollution Prevention Team ................................................................................................... 7

II.  **Potential Pollutant Sources**
     Site Map ............................................................................................................................... 8
     Additional Site Map Requirements by Sector ..................................................................... 9
     Inventory of Exposed Materials and Summary of Potential Pollutant Sources ................ 10
     Additional Inventory Requirements by Sector ................................................................... 11
     Spills and Leaks .................................................................................................................. 12
     Presence of Non-Stormwater Discharges ........................................................................... 13
     Impaired Waters .................................................................................................................. 14

III. **Stormwater Control Measures**
     Good Housekeeping ............................................................................................................ 15
     Vehicle or Equipment Washing .......................................................................................... 16
     Floor Drains ........................................................................................................................ 16
     Roof Areas .......................................................................................................................... 16
     Minimize Exposure ............................................................................................................. 16
     Sediment and Erosion Control ............................................................................................ 17
     Management of Runoff ........................................................................................................ 17
     Preventive Maintenance ...................................................................................................... 18
     Spill Prevention and Response Procedures ......................................................................... 18
     Employee Training .............................................................................................................. 18
     Non-Stormwater Discharges ............................................................................................... 19
     Solid Deicing Material Storage........................................................................................... 19
     Discharges to Impaired Waters ........................................................................................... 20
     Sites Discharging to Municipal Separate Storm Sewer System ......................................... 20
     Additional Control Measure Requirements by Sector ........................................................ 21

IV.  **Inspections**
     Semi-Annual Inspections..................................................................................................... 22
     Routine Inspections ............................................................................................................. 24
     Additional Inspection Requirements by Sector – Minimum Time Frames ........................ 25

**V. Schedules and Procedures for Monitoring**

Visual Monitoring ..................................................................................................... 27

General Monitoring Requirements ............................................................................ 28

Standard Monitoring Parameters .............................................................................. 28

Standard Monitoring Benchmarks............................................................................. 31

Sector Specific Monitoring and Benchmarks ........................................................... 34

Additional Monitoring of Discharges to Impaired Waters........................................ 38

Sector Specific Effluent Limitations......................................................................... 39

Keeping Records of Your Implementation Activities ............................................... 41

Common Compliance Problems at Industrial Facilities............................................ 42

## Introduction – Preparation and Submittal of Plan

Carefully read the general permit and have a copy of the general permit available when you are preparing your Plan. All of the requirements for preparing and implementing your Plan are contained in the general permit, and all section references in this document refer to the general permit. Be aware that the general permit contains additional requirements for certain industrial activities known as sectors. You are responsible for identifying whether your industrial activity is included in a sector and for incorporating sector-specific requirements into your Plan. A list of sectors and associated SIC Codes are shown below:

| SECTOR | SIC CODES |
|---|---|
| Sector A  Asphalt Plants | 2911, 2951 |
| Sector B  Non-Metallic Mines and Quarries, Stone Cutting | 14, 3281 |
| Sector C  Refuse Systems | 4953 |
| Sector D  Auto Salvage Yards | 5015 |
| Sector E  Scrap Recycling Facilities | 5093 |
| Sector F  Steam Electric Power Generation | 4911 |
| Sector G  Transportation and Public Works | 40, 41, 42, 43, 44 (except 4493), 45 and public works garages |
| Sector H  Marinas, Yacht Clubs and Boat Dealers | 4493, 7997, 5551 |
| Sector I  Ship and Boat Building and Repair | 373 |
| Sector J  Small-Scale Composting Facilities | n/a |

## New Registrants

New registrants must prepare a Plan meeting the requirements of the general permit ***prior*** to submitting a registration for coverage under the general permit.

## Existing Registrants

The general permit that goes into effect on October 1, 2011 contains a number of significant changes from the previously effective general permit. Specifically, changes were made to the following sections of the general permit: "Contents of the Plan" (Section 5(c)(2)), "Control Measures" (Section 5(b)), "Additional Requirements for Certain Sectors" (Section 5(f)) and "Monitoring" (Section 5(e)). Existing registrants must update their current Plan and have the Plan recertified at the time of registration for this general permit by a Professional Engineer (P.E.) licensed to practice in the State of Connecticut or a Certified Hazardous Materials Manager (CHMM). Please refer to the "Plan Certification" (Section 5(c)(7)) and "Non-Stormwater Discharge Certification" (Section 5(c)(2)(F)) sections of the general permit.

## Consistency with other Plans and Permits

The Plan may reference requirements contained in a Spill Prevention Control and Countermeasure (SPCC) plan, or another plan prepared or approved under the Resource Conservation and Recovery Act (RCRA), or other plans required by state, federal or local law. A copy of the pertinent sections of any other referenced plan must be kept with the Plan. The Plan shall identify all general and individual permits issued by the DEP for which the facility is authorized.

## Plan Signature and Certification

The Plan must be signed by a duly authorized representative pursuant to Section 5(c)(4) and **shall also be certified, in accordance with Section 5(c)(7), by a Professional Engineer licensed in the State of Connecticut or a Certified Hazardous Materials Manager.** A list of consultants registered with the State of Connecticut can be obtained by calling 860-424-3018 and asking for the Engineer of the Day.

## Non- Stormwater Discharge Certification

**Using the exact wording in Section 5(c)(2)(F)**, the Plan must include a certification by a professional engineer licensed to practice in the State of Connecticut or a Certified Hazardous Materials Manager that the stormwater discharge from the site consists only of stormwater, or of stormwater combined with wastewater authorized by an effective permit, or of stormwater combined with an allowable non-stormwater discharge.

## Plan Submission and Availability

Only Plans for ***small-scale composting facilities composting horse manure and bedding*** must be submitted to the commissioner for review and approval with the completed registration form (Section 4(c)).

Other registrants are not required to submit a Plan except upon request by DEP pursuant to the requirements of Section 5(c)(4)(B). The Plan must be maintained onsite and available immediately upon request to the commissioner, to the operator of any receiving municipal separate storm sewer system, and in the case of a stormwater discharge associated with industrial activity which discharges to a water supply watershed, to the public water supply company.

The general permit provides the opportunity for the public to review submitted registration forms and stormwater pollution prevention plans prepared pursuant to the general permit. You may choose to allow access to your Plan by providing an internet address (URL) on your general permit registration form. If you do not make your Plan available electronically, and a member of the public requests to review it, you will be notified of the need to submit a hard copy of your Plan to the Department.

See Section 4(d) for information about making your plan available and concerns regarding confidential business information.

## Plan Modifications

Your Plan is a working document that will need to be reviewed and updated on a regular basis, typically as a result of site inspections and/or a review of your stormwater sample results. Become familiar with the requirements of Section 5(d)(5) regarding Plan modifications. Should your site be inspected, DEP will expect all control measures identified in your Plan to be current and to be effectively implemented.

## I: SITE DESCRIPTION AND CONTACT INFORMATION

**The Plan shall be representative of current site conditions and shall address, at a minimum, all the elements below. If an element is not applicable, the Plan shall identify it and provide an explanation as to why it does not apply. The appropriate reference to sections of the general permit is identified for each element. Refer to the general permit for specific details about each element.**

### Facility Description (Section 5(c)(2)(a))

Specify the **primary** industrial activity including the primary Standard Industrial Classification (SIC) code (a 4-digit number) and a description of any other industrial activities at the facility. If an appropriate SIC code does not exist, instead provide a description of the industrial activity.

### General Location Map (Section 5(c)(2)(B))

Provide a general location map (e.g., U.S. Geological Survey (USGS) quadrangle map) with enough detail to identify the location of the facility and all receiving waters which receive stormwater discharges.

### Pollution Prevention Team (Section 5(c)(2)(C))

Identify the specific individual(s) serving as members of the stormwater pollution prevention team and their specific responsibilities. Include any engineering consultants that have been hired to implement any portion of the Plan.

At least one team member shall be present at the facility or on call during all operational shifts.

The stormwater pollution prevention team is responsible for developing the Plan, implementing the actions required by the Plan, and revising the Plan and making all necessary corrective actions. Each member must have access to a copy of the Plan and the general permit.

## II: POTENTIAL POLLUTANT SOURCES

In this section, you are required to identify, describe, and map all activities and materials that may affect stormwater quality at your site or that may result in the discharge of pollutants during dry weather from the site. You will need to conduct a detailed walk-through of your facility to identify industrial materials and material handling activities exposed to stormwater, any stormwater controls already in place, and the location of all stormwater outfalls. If possible, you should conduct a walk-through during a rain event so that you can observe the flow of stormwater on your site.

## Site Map (Section 5(c)(2)(D)(i))

Include a map showing the following information. The site map must be at an appropriate, readable scale - preferably 1 inch equals 40 feet.

- ✓ A north arrow and surveyed or approximate property lines,
- ✓ Location of existing buildings and structures,
- ✓ The overall site size, the amount of total impervious area on the site, and the amount of impervious area in each drainage outfall,
- ✓ An outline of each outfall's drainage area and direction of flow within the drainage area,
- ✓ Identification of existing structural control measures installed to reduce pollutants in stormwater runoff,
- ✓ Locations of all stormwater conveyances including catch basins, ditches, pipes, and swales, as well as the location of any non-stormwater discharges,
- ✓ Identification of and the areal extent of any wetlands to which stormwater discharges,
- ✓ Identification of the receiving surface water body or bodies to which the site discharges, including the identification of any impaired waters, and identification of any impaired waters with Total Maximum Daily Loads (TMDL) established,
- ✓ Locations where major spills or leaks have occurred,
- ✓ Locations of all stormwater monitoring points, including latitude and longitude,
- ✓ Locations of discharges to a municipal storm sewer system,
- ✓ Locations of discharges to groundwater through an infiltration system,
- ✓ Locations where any drainage run-on enters the site,
- ✓ Locations of activities that are exposed to precipitation, including but not limited to:
  - fueling stations,
  - vehicle and equipment storage, maintenance, and/or cleaning areas,
  - loading/unloading areas,
  - locations used for the treatment, storage or disposal of wastes,
  - liquid storage tanks,
  - deicing material storage areas,
  - processing areas,
  - raw, intermediate, or finished product storage areas,
  - areas with the potential for erosion that may impact surface waters or wetlands, and
  - any other potential pollutant sources.

## Additional Site Map Requirements by Sector

| Sectors | Requirements |
|---|---|
| Sector A  (Asphalt Plants) | • no additional requirements |
| Sector B (Non-Metallic Mines and Quarries, Stone Cutting) | • mining or milling site boundaries access and haul roads<br>• outdoor manufacturing, outdoor storage, and materials handling and disposal areas; outdoor chemicals and explosives storage areas overburden, materials, soils, or waste storage areas<br>• location of on-site and off-site mine drainage dewatering or other process water<br>• surface waters<br>• location(s) of reclaimed areas; and location(s) of all permitted discharges covered under an NPDES permit. |
| Sector C (Refuse Systems) | • active and closed landfill cells or trenches<br>• active and closed land application areas<br>• locations where open dumping is occurring or has occurred;<br>• locations of any known leachate springs or other areas where uncontrolled leachate may commingle with runoff<br>• leachate collection and handling systems<br>• transfer station waste storage areas, hoppers, and waste loading or transfer areas. |
| Sector D (Auto Salvage Yards) | • dismantling areas<br>• parts storage areas (e.g., engine blocks, tires, hub caps, batteries, hoods, mufflers)<br>• liquid storage tanks and drums for fuel and other fluids. |
| Sector E  (Scrap Recycling Facilities) | • scrap and waste material storage, outdoor scrap and waste processing areas or equipment<br>• containment areas for turnings exposed to cutting fluids |
| Sector F (Steam Electric Power Generation) | • no additional requirements |
| Sector G (Transportation and Public Works) | • storage areas for street sweepings and catch basin cleanings<br>• aircraft de-icing areas and storage areas for liquid de-icing and anti-icing materials |
| Sector H (Marinas, Yacht Clubs and Boat Dealers) | • vessel and engine maintenance and repair<br>• pressure washing<br>• painting<br>• sanding<br>• blasting<br>• welding<br>• metal fabrication<br>• liquid storage tanks<br>• liquid storage areas (e.g., paint, solvents, resins)<br>• material storage areas (e.g., blasting media, aluminum, steel, scrap iron). |
| Sector I (Ship and Boat Building and Repair) | • vessel and engine maintenance and repair<br>• pressure washing<br>• painting<br>• sanding<br>• blasting<br>• welding<br>• metal fabrication;<br>• liquid storage tanks<br>• liquid storage areas (e.g., paint, solvents, resins)<br>• material storage areas (e.g., blasting media, aluminum, steel, scrap iron). |
| Sector J (Small-Scale Composting Facilities) | • areas used for the loading, unloading, mixing, hauling or placing of composting materials |

**Inventory of Exposed Materials and Summary of Potential Pollutant Sources
     (Sections 5(c)(2)(ii) and 5(c)(2)(iii))**

Create a table listing non-gaseous materials that were exposed to stormwater in the 3 years prior to the date that your Plan was certified. The inventory must include potential pollutants in the following areas:

- loading and unloading operations
- roof areas
- outdoor storage activities
- outdoor manufacturing or processing activities
- dust or particulate generating processes
- onsite waste disposal practices

In addition, for each activity/exposed material identified in the inventory, provide the following information:

- method and location of on-site storage or disposal
- materials management practices used to minimize contact of materials with stormwater runoff
- the location and description of existing structural and non-structural control measures to reduce pollutants in stormwater runoff
- a description of any treatment the stormwater receives

**Sample Table Material Inventory/ Potential Pollutants**

| Activity/ Exposed Material | Onsite Location of Activity/ Material | Associated Outfall Number | Associated Pollutants | Method of storage/ Extent of exposure of activity | Description of Storage (Tank type, size, AST, UST, etc.) | Control measures used to minimize exposure | Location and description of structural or non-structural measures to control pollutants/ treatment devices installed to treat stormwater runoff |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

**Additional Inventory Requirements by Sector (See Section 5(f) of the general permit)**

| | |
|---|---|
| **Sector A (Asphalt Plants)** | • no additional requirements |
| **Sector B (Non-Metallic Mines and Quarries, Stone Cutting)** | • document the types of pollutants likely to be present based on the mineralogy of the waste rock; toxicity and quantity of chemicals used, produced or discharged; chemicals used in blasting materials |
| **Sector C (Refuse Systems)** | • locations of fertilizer, herbicide, and pesticide application<br>• earth and soil moving<br>• waste hauling and loading or unloading<br>• outdoor storage of materials, (including daily, interim, and final cover material stockpiles) as well as temporary waste storage areas<br>• exposure of active and inactive landfill and land application areas<br>• uncontrolled leachate flows; and failure or leaks from leachate collection and treatment systems |
| **Sector D (Auto Salvage Yards)** | • vehicle storage areas,<br>• dismantling areas,<br>• parts storage areas (e.g., engine blocks, tires, hub caps, batteries, hoods, mufflers)<br>• areas where vehicle fluids are drained<br>• fueling stations |
| **Sector E (Scrap Recycling Facilities)** | • no additional requirements |
| **Sector F (Steam Electric Power Generation)** | • storage tanks<br>• scrap yards<br>• general refuse areas<br>• short- and long-term storage of general materials (including but not limited to supplies, construction materials, paint equipment, oils, fuels, used and unused solvents, cleaning materials, paint, water treatment chemicals, fertilizer, and pesticides)<br>• landfills and construction sites<br>• stock pile areas (e.g., coal or limestone piles) |
| **Sector G (Transportation and Public Works** | • onsite waste storage or disposal<br>• dirt/gravel parking areas for vehicles awaiting maintenance<br>• illicit plumbing connections between interior floor drains and the stormwater conveyance system(s)<br>• aircraft de-icing material storage and application areas; and fueling areas |
| **Sector H (Marinas, Yacht Clubs and Boat Dealers)** | • outdoor manufacturing or processing activities (e.g., welding, metal fabricating)<br>• significant dust or particulate generating processes (e.g., abrasive blasting, sanding, and painting) |
| **Sector I (Ship and Boat Building and Repair)** | • outdoor manufacturing or processing activities (e.g., welding, metal fabricating) and significant dust or particulate generating processes (e.g., abrasive blasting, sanding, and painting) |
| **Sector J (Small-Scale Composting Facilities)** | • Include a tabular inventory of the types and nature of materials composted or used in the composting operations that may be exposed to stormwater |

**Spills and Leaks**

Your plan must include a list of spills and leaks of five gallons or more of petroleum products, or of toxic or hazardous substances (refer to Appendix B Tables II, III and V and Appendix D of the Regulations of Connecticut State Agencies (http://www.ct.gov/dep/lib/dep/regulations/22a/22a-430-3and4.pdf) which could affect stormwater, as listed in section 22a-430-4, and 40 CFR 116.4, that occurred at the facility between the date of three years prior to the date of Plan certification to present.

The following is a sample table:

Table 4 List of Significant (> 5 gallons) Spills and Leaks (3 years prior to date of certification of the Plan)

| Additional Inventory Requirements by Sector (see Section 5(f) of the general permit) | | | | | | | | Response Procedures | Corrective Measures Taken |
|---|---|---|---|---|---|---|---|---|---|
| Date (MM/DD/YY) | (check one) | | Location (see map) | Description | | | | | |
| | Spill | Leak | | Type of Material | Quantity | Source | Reason | | |
| | ☐ | ☐ | | | | | | | |
| | ☐ | ☐ | | | | | | | |
| | ☐ | ☐ | | | | | | | |
| | ☐ | ☐ | | | | | | | |
| | ☐ | ☐ | | | | | | | |

## Presence of Non-Stormwater Discharges (Section 5(c)(2)(F))

You must evaluate your site for the presence of non-stormwater discharges. Nothing but stormwater, allowable non-stormwater discharges or wastewater authorized by an effective discharge permit issued under section 22a-430 or 22a-430b of the Connecticut General Statutes should be in your storm drains.

The allowable non-stormwater discharges are:
- landscape irrigation or lawn watering
- uncontaminated groundwater discharges such as pumped groundwater, foundation drains, water from crawl space pumps and footing drains
- discharges of uncontaminated air conditioner or refrigeration condensate
- water sprayed for dust control or at a truck load wet-down station
- naturally occurring discharges such as rising groundwaters, uncontaminated groundwater infiltration (as defined at 40 CFR 35.2005(20)), springs, and flows from riparian habitats and wetlands.

In this section of your Plan, discuss the methods you used to evaluate your site to ensure that there are no unauthorized non-stormwater discharges at your facility. Include the following information:

- The date of the evaluation;
- The method you used to conduct your evaluation (i.e., site/floor plan review, discharge analysis, dye testing, smoke testing, etc.);
- The outfalls or drainage points that were observed during the evaluation;
- Any allowable non-stormwater discharges and permitted wastewater discharges that occur at your facility, effective wastewater discharge permit numbers, and the corresponding outfall;
- All other non-stormwater discharges found at your site;
- Describe actions taken to eliminate unauthorized non-stormwater discharges.

**Using the exact wording in Section 5(c)(2)(F)**, the Plan must include a certification by a professional engineer licensed to practice in the State of Connecticut or a Certified Hazardous Materials Manager that the stormwater discharge from the site consists only of stormwater, or of stormwater combined with wastewater authorized by an effective permit, or of stormwater combined with an allowable non-stormwater discharge.

***Reminder***: Existing registrants must update their current Plan, including the Non-Stormwater Discharge Certification, and have the Plan recertified at the time of registration for this general permit by a Professional Engineer (P.E.) licensed to practice in the State of Connecticut or a Certified Hazardous Materials Manager (CHMM).

## Impaired Waters (Sections 3(b)(9), 5(e)(1)(D), and 5(g))

Impaired waters are waterbodies that have been assessed by the Department as not meeting Connecticut's Water Quality Standards for a given designated use (e.g., fish and wildlife habitat, recreation, agricultural and industrial supply, etc.). As part of the assessment, the Department may identify a pollutant or pollutants (e.g. bacteria, heavy metals, nutrients, etc.) that are indicators of the impairment. Section 303(d) of the Clean Water Act requires each state to list waters not meeting water quality standards and to prioritize those waters for Total Maximum Daily Load (TMDL) development or other management. A TMDL establishes the maximum amount of a pollutant that a waterbody can receive without adverse impact to fish, wildlife, recreation or other uses.

Requirements for TMDL implementation must be incorporated into point source discharge permits issued under the National Pollutant Discharge Elimination System (NPDES). As a result, the general permit contains additional requirements for discharges into impaired waters. Section 3(b)(9) identifies actions you must take prior to submitting a general permit registration for a new stormwater discharge to an impaired water, or for a modification to an existing stormwater discharge to an impaired water (i.e., modification to your site, stormwater structure, etc.). Section 5(e)(1)(D) addresses additional monitoring requirements for discharges to impaired waters, and Section 5(g) discusses overall general permit compliance for existing and new discharges to impaired waters.

In order to fill out the general permit registration form and prepare your Plan, you will need to determine if stormwater runoff from your facility discharges to an impaired water, if a specific pollutant(s) has been identified as causing the impairment, if the indicator pollutant(s) is present at your facility, and whether or not a TMDL has been developed for the waterbody. To assist you with this process, the Department has compiled a list of impaired waterbodies, the associated indicator pollutants, approved TMDLs, and indicated which parameters will require monitoring in addition to the standard parameters in the general permit. This Impaired Waters Monitoring List can be found alongside the general permit registration form on the Department website. If you discharge to an impaired water, you must include this information in your Plan and make note of any additional control measures and monitoring that is required. Please note that this impaired waters monitoring list serves as the Department's notification to registrants of additional monitoring requirements in Section 5(e)(1)(D).

### Mercury

All freshwaters of the state are considered impaired for fish consumption due to atmospheric deposition of mercury. During the registration process, you will be asked to identify if stormwater is or could be exposed to sources of mercury at your facility. If you answer yes then, in addition to the standard and any applicable sector-based monitoring, you must sample your stormwater runoff once per year for mercury and submit the test results on your Stormwater Monitoring Report.

### Nitrogen

A statewide TMDL is being implemented to address nitrogen loading to Long Island Sound in order to achieve water quality standards for dissolved oxygen in the Sound. Monitoring for nitrogen in stormwater runoff, in the form of nitrate and total Kjeldahl nitrogen, has already been incorporated into the general permit. Additional monitoring for TKN and nitrate is not required if the concentration of these parameters in your stormwater is below the benchmarks.

## III. STORMWATER CONTROL MEASURES (Sections 5(b) and 5(f))

Control measures are the best management practices (BMPs) or other structural or non-structural practices that are used to prevent or minimize the discharge of pollutants in stormwater. Typically, a combination of management procedures, structural controls, and employee training provides the most effective means of stormwater management. The general permit contains a list of control measures and inspection frequencies that are expected to be in place at your facility to minimize the discharge of pollutants in stormwater runoff from your site. In this section of your Plan, you must document the type and location of control measures installed and management practices that are being implemented at your facility. If you are not currently implementing a control measure required by the general permit, you must provide a schedule for its implementation or explain why the control measure is not needed or not appropriate for your site.

In evaluating your site, your pollution sources, and your options for stormwater control measures, keep in mind that preventing stormwater from coming into contact with polluting materials is generally more effective, *and less costly*, than trying to remove pollutants from stormwater.

### Control Measure Elements:

#### Good Housekeeping (Section 5(b)(1))

Good housekeeping practices are a practical and cost-effective way to prevent potential pollutant sources from coming into contact with stormwater. Describe in this section any practices that you are implementing to keep exposed areas of your site clean (e.g. sweeping at regular intervals, appropriate storage practices, proper garbage and waste management, dust control measures, etc.). Describe also the frequency of inspections and management practices (e.g., how often the parking lot is swept). Maintain records of these practices in this portion of your Plan.

Good housekeeping is a particularly essential component of stormwater management at quarries, sand and gravel operations, public works facilities, landfills and transfer stations.

*Remember that you are responsible for minimizing the generation of dust and off-site tracking of sediment from your site, and for making sure that stormwater runoff from your site does not carry waste, garbage, and floatable debris to receiving waters.*

Although good housekeeping measures will be specific to your site, the following are common examples:
- use drip pans when changing fluids,
- clean up spills immediately with an absorbent,
- use spigots or funnels to minimize drips or leaks when transferring fluids,
- keep oily wastes separate from other wastes, especially solvents,
- store dirty rags in a covered container,
- change all fluids indoors in the maintenance garage where the floor drains discharge to a properly permitted oil/water separator,
- promptly sweep  up all spills occurring during addition of or removal from a salt storage pile, and re-cover salt piles promptly after use,
- do not store drums (empty or full, open or closed) or used pallets outdoors or uncovered,
-  keep hydraulic equipment in good repair and cleaning up drips promptly,
- confine liquid and dry material storage to a specific indoor area with proper containment and separation of potentially volatile materials,

- keep dust collection areas clean and sweeping promptly after changing of the collection drum,
- sweep site regularly and clean up trash

**Vehicle or Equipment Washing (Section 5(b)(2))**

The general permit does not authorize the discharge of wastewaters from the washing or rinsing of equipment, buildings or vehicles. If such activities are conducted on-site, indicate in your Plan whether the wastewater is disposed via the sanitary sewer, to a holding tank to be hauled off-site, or through another permitted method. Provide a copy of your wastewater discharge permits, and/or the schedule for holding tanks to be cleaned and the name of the waste hauler. Call the Department at 860-424-3018 and speak with the Engineer of the Day to discuss management and permitting of vehicle/equipment wash and rinsewater discharges.

**Floor Drains (Section 5(b)(3))**

The general permit does not authorize or allow discharges from interior floor drains to storm sewers or surface waters. Document in your plan the location of all floor drains in your facility, the purpose for each floor drain, and where the floor drain discharges (i.e., sanitary sewer, storm drain, dry well). In addition, document that all existing floor drain connections have been approved and permitted by the commissioner or otherwise authorized by a local authority.

Be aware that you are required to certify that discharges to floor drains are properly permitted or allowable pursuant to Section 5(c)(2)(F).

**Roof Areas (Section 5(b)(4))**

Identify roof areas that may be subject to drippage, dust or particulates from exhausts or vents or other sources of pollution. Describe in your plan how these areas are inspected and actions you have or will take to minimize pollution from these areas.

**Minimize Exposure (Section 5(b)(5))**

An effective way to minimize stormwater pollution is to eliminate opportunities for stormwater to come into contact with industrial activities and polluting materials. In Section 2 of your Plan, you identified potential stormwater pollutants at your site. Describe actions you have or will take to minimize exposure of those potential pollutants to rain, snow, snowmelt, and runoff. Look for opportunities to relocate industrial activities and materials inside or to covered and contained areas, and to properly store and transport any accumulated scrap or waste material.

**Sediment and Erosion Control (Section 5(b)(6))**

Identify and discuss areas that have a potential for erosion due to topography, land disturbing activities, soil type, or other factors, including areas that may have sand or soil stockpiles and any unpaved areas without adequate turf or landscaping established. This is particularly relevant for quarries, sand and gravel operations, public works facilities, composting operations, wood processing operations and concrete plants.

Describe structural and non-structural controls used to stabilize exposed areas to minimize onsite erosion and offsite discharges of sediment. Sediment and erosion controls must comply with the 2002 Connecticut Guidelines for Soil Erosion and Sediment Control, and the 2004 Connecticut Stormwater Quality Manual.

Note that all current and future construction activities on site must be conducted in accordance with the General Permit for the Discharge of Stormwater and Dewatering Wastewaters Associated with Construction Activities, the 2002 Connecticut Guidelines for Soil Erosion and Sediment Control, and the 2004 Connecticut Stormwater Quality Manual. These documents are available on the DEP website at the following link or search the Department website for "Stormwater Management":

http://www.ct.gov/dep/cwp/view.asp?a=2721&q=325702&depNav_GID=1654

Although all industrial activities must evaluate the need for this control measure, it is particularly relevant to quarries, sand and gravel operations, public works facilities, composting operations, wood processing operations and concrete plants.

**Management of Runoff (Section 5(b)(7))**

Describe controls used, or proposed to be used, at your site to divert, infiltrate, reuse, treat, or otherwise reduce stormwater runoff. Such measures might include: catch basins with sumps and hoods installed; oil/water or grit separators; drainage outfalls discharging to riprap pads or energy dissipaters; detention or retention basins; impervious areas without curbs in order to encourage sheet flow runoff to vegetative areas; areas of pervious pavement or other engineered pervious surfaces; infiltration structures; biofilter/bioremediation used to treat runoff; and sedimentation chambers, swirl concentrators, or other stormwater treatment structures used prior to final discharge.

If implementing stormwater infiltration practices, describe actions taken to avoid ground water contamination and maintain consistency with Appendix C (Aquifer Protection) of the general permit, section 22a-354b of the Connecticut General Statutes and sections 8(c) and 9(b) of the Aquifer Protection Regulations (section 22a-354i(1)-(10) of the Regulations of Connecticut State Agencies).

Be aware that any evaluation, construction, or modification of the design of a stormwater drainage system requires certification by a Professional Engineer licensed to practice in the State of Connecticut, and must be discussed in your Plan.

**Preventive Maintenance (Section 5(b)(8))**

A preventive maintenance program is intended to ensure that structural control measures and industrial equipment are kept in good operating condition and to prevent or minimize leaks and other releases of pollutants resulting in discharges of pollutants to surface waters. Your program should **include regular inspections on at least a monthly basis,** testing, and maintenance and repair of industrial equipment and stormwater management devices.

Common areas where maintenance is required are: catch basin sumps, catch basin filters and discharge outfalls to remove oil, trash and accumulated sediment; detention basins; trash compactors, dumpsters and roll-offs; erosion control measures such as silt fence; and vehicle and equipment storage and maintenance areas to prevent fluid releases.

If you maintain an existing preventive maintenance program that addresses the requirements of this control measure, it can be used to meet this requirement but must be clearly referenced in your Plan.

**Keep a maintenance log with your Plan that tracks inspections and regular maintenance of industrial equipment and stormwater control measures.**

**Spill Prevention and Response Procedures (Section 5(b)(9))**

Your Plan must identify control measures that are used at your site to minimize the potential for spills, leaks, and other releases that may come into contact with stormwater. The general permit spells out specific containment requirements for the storage of liquid chemicals and wastewater, management practices regarding dumpsters and other waste containers, and the protection of loading dock areas. Document in your Plan how you are meeting these requirements.

In addition, procedures must be in place for the effective response to spills if or when they occur. Employees must be aware of notification procedures in the event of a spill or leak, including when to contact appropriate facility personnel, emergency response agencies, and regulatory agencies including public health or drinking water supply agencies.

Spill response contact information should be posted in locations that are readily accessible and available to employees.

If you maintain an existing Spill Prevention, Control and Countermeasure Plan or other plan that addresses the requirements of this control measure, it can be used to meet this requirement but must be clearly referenced in your Plan.

**Employee Training (Section 5(b)(10))**

Training in stormwater management is required for the members of your Pollution Prevention Team **_and_** for all employees who work in areas where industrial materials or activities are exposed to stormwater, or who are responsible for implementing activities necessary to meet the conditions of the general permit. Examples of employees who might need to receive training in stormwater management include delivery truck drivers, loading dock staff, and maintenance employees. Describe your site-specific plan for training these employees and include in your description the frequency of training (the general permit requires training within 90 days of employment and at least once per year thereafter). Electronic or web based training may be conducted but must be documented.

Training shall be conducted or supervised by a member of the Pollution Prevention Team or other qualified person. Utilize a sign in/sign out sheet at each training class to document that employees have participated, and maintain this written record in your Plan. **Employee training records are routinely reviewed by Department staff during site inspections**.

### Non-Stormwater Discharges (Sections 5(b)(11) and 5(c)(2)(F))

In Section II, you were required to identify and eliminate all non-stormwater discharges with the exception of the allowable non-stormwater discharges listed in Section 5(c)(2)(F) of the general permit, and wastewater discharges permitted pursuant to section 22a-430 and 22a-430(b) of the Connecticut General Statutes.

In this section of your Plan, describe management practices and/or inspection procedures to ensure that new non-stormwater discharges do not occur in the future.

### Solid Deicing Material Storage (Section 5(b)(12))

Deicing materials include pure salt, salt alternatives, and any other materials mixed with salt or salt alternative. If deicing materials are stored at your site, describe all permanent and temporary structures that either cover or enclose salt storage piles or piles of other materials containing salt. Also, describe any controls or procedures used to minimize exposure resulting from adding to or removing materials from the pile. Identify any deicing materials piles stored in areas with a groundwater classification of GA or GAA, and confirm that an impervious liner is in place under such piles to prevent infiltration to groundwater.

The general permit requires that storage piles of deicing materials that are in place for more than 180 days per year must be stored in a permanent, roofed structure **by October 1, 2013**. This structure must not allow the migration of materials outside the structure through its sidewalls, and shall be made of or coated with a material resistant to both weather and the corrosivity of the deicing materials. As a temporary measure, a waterproof cover or tarp must be used to cover stockpiles (unless adding or removing material) until a structure can be installed.

A permanent structure is not required for temporary storage piles of deicing materials in place for less than 180 days per year. Instead a waterproof cover or tarp may be used to prevent exposure to precipitation (except for exposure necessary to add or remove materials from the pile). Describe in your Plan procedures to ensure that storage piles are covered when not in use, and are promptly covered after use.

**Discharges to Impaired Waters**

Existing Discharge to an Impaired Water with an Established TMDL
> If the stormwater runoff from your site discharges to an impaired water with an established TMDL, the Department will inform you if any additional controls are necessary for the discharge to be consistent with the available Waste Load Allocation in the TMDL. This information must be incorporated into your Plan.

New Discharge to an Impaired Water
> If a new discharge to an impaired water is authorized pursuant to the conditions of Section 3(*b*)(9), you must implement and maintain any control measures or conditions on the site that enabled such authorization, and modify such measures or conditions as necessary to maintain such authorization. This information must be incorporated into your Plan.

**Sites Discharging to Municipal Separate Storm Sewer System**

Identify any additional controls or requirements mandated by the municipality which operates the MS4 to which the site's stormwater discharges.

## Additional Control Measure Requirements by Sector (Section 5(f))

| | |
|---|---|
| Sector A  (Asphalt Plants) | • no additional requirements |
| Sector B (Non-Metallic Mines and Quarries, Stone Cutting) | • sediment and erosion controls<br>• dust suppression<br>• diversion of uncontaminated stormwater run-on |
| Sector C (Refuse Systems) | • preventive maintenance program specific to landfills and transfer stations<br>• erosion and sediment controls |
| Sector D (Auto Salvage Yards) | • spill and leak prevention procedures<br>• employee training<br>• management of runoff |
| Sector E (Scrap Recycling Facilities) | • evaluation of inbound recyclable and waste material control<br>• outdoor scrap and waste materials management<br>• outdoor stockpiles of turnings exposed to cutting fluids<br>• covered scrap and waste materials storage<br>• scrap and recyclable waste processing areas<br>• scrap lead-acid battery management<br>• spill prevention and response procedures<br>• maintenance schedule and procedures for managing residual fluids<br>• supplier notification program |
| Sector F (Steam Electric Power Generation) | • fugitive dust emissions<br>• management of vessel, pier and shoreside coal unloading areas<br>• management of land-based fuel oil unloading areas<br>• management of vessel, pier and shoreside fuel unloading areas<br>• bulk fuel oil storage tanks<br>• oil-bearing equipment<br>• residue hauling vehicles<br>• ash storage and loading areas |
| Sector G (Transportation and Public Works | • vehicle and equipment storage<br>• fueling areas<br>• vehicle and equipment cleaning and maintenance<br>• employee training<br>• deicing material storage<br>• aircraft deicing operations |
| Sector H (Marinas, Yacht Clubs and Boat Dealers) | • management of pressure washing wastewater<br>• blasting and paint spraying<br>• material handling and storage<br>• engine repair and maintenance<br>• employee training |
| Sector I (Ship and Boat Building and Repair) | • pressure washing<br>• blasting and paint spraying<br>• material handling and storage<br>• engine repair and maintenance<br>• drydock activities<br>• employee training |
| Sector J (Small-Scale Composting Facilities) | • management of runoff |

## IV. INSPECTIONS (Section 5(d))

The general permit requires two types of inspections, semi-annual comprehensive site inspections and routine inspections that must be conducted *at least monthly*. The focus of a site inspection is to ensure that management practices and control measures documented in Section 3 of your Plan are being implemented correctly and effectively, and to help you determine if changes to stormwater management at your site need to be made. Your Plan should describe the facility inspection process in enough detail that a member of your staff can complete an inspection by following the description in the Plan.

Be aware that certain industrial facilities are subject to additional inspection requirements. The table at the end of this section contains a summary of sector-specific inspection requirements. Review Section 5(f) for greater details.

Describe in your Plan the process to conduct semi-annual site and routine inspections.

### Semi-Annual Inspections

**Person(s) responsible for conducting semi-annual facility inspections**
At least one member of your stormwater pollution prevention team must be involved in facility inspections.

**Schedules for conducting semi-annual facility inspections**
Describe when during the year the inspections will take place

**Describe the list of documents to be reviewed prior to the semi-annual inspection.**
This list may include:
- The current Plan
- The current site map
- All routine inspection reports for the year
- All visual monitoring reports for the year
- All analytical stormwater monitoring for the year
- Other documentation such as maintenance records, spill reports, etc.

**Inspection procedures**
Describe how the semi-annual inspections will be conducted, including which control measures or areas will be inspected and what the inspector will be looking for. *Create a standard facility inspection form that can be taken into the field and completed for each inspection.* Conduct inspections during rainfall events if possible. Specific items to be covered by the inspection include:

- Material handling areas
- Material and chemical storage areas including raw, intermediate, final and waste materials
- Areas where industrial materials, residue or trash may or could come into contact with stormwater
- Roof areas
- Leaks or spills from industrial equipment, drums, tanks, and other containers
- Offsite tracking of industrial or waste materials, or sediment where vehicles enter or exit the site
- Structural stormwater management measures needing replacement, maintenance or repair
- Stormwater infrastructure, including outfalls
- Vehicle storage, maintenance and repair areas

**Reporting and follow-up procedures**

Inspection reports prepared following semi-annual inspections must be signed by the permittee and retained as part of the Plan for at least five years after the date of the inspection. **<u>Inspection reports are routinely reviewed by Department staff during site inspections.</u>**

The inspection report should provide, at a minimum, the following information:

- The date of the inspection
- The name(s) and title(s) of the inspector(s)
- Weather information for the day(s) of the inspection
- Findings from the areas of your facility that were observed
- All observations relating to the implementation of your control measures including:
  - ➤ Previously unidentified discharges from the site
  - ➤ Evidence of, the potential for, pollutants entering the drainage system
  - ➤ Evidence of pollutants discharging to receiving waters at all facility outfall(s), and the condition or and around the outfall(s)
  - ➤ Status of control measures (are any in need of maintenance, repair or replacement)
  - ➤ Any incidents of non-compliance observed

- Additional control measures or other actions needed to address conditions requiring corrective action identified during the inspection, and a schedule to complete this step
- Any required revisions to the Plan resulting from the inspection

## Routine Inspections

### Person(s) responsible for conducting routine inspections

At least one member of your stormwater pollution prevention team must be involved in facility inspections. Consider involving employees who regularly work in areas where stormwater may come into contact with industrial activities or materials.

### Schedules for conducting routine inspections

The general permit dictates a minimum frequency of monthly for routine inspections. You are responsible for identifying whether specific pieces of equipment or sensitive areas of your facility require monthly or more frequent inspections. **In addition, certain sectors in the general permit have additional inspection requirements.** The table below provides a quick reference for those sector-specific inspection requirements. Please see Section 5(f) for greater detail.

### Inspection procedures

Describe how the routine inspections will be conducted, including which control measures or areas will be inspected and what the inspector will be looking for: e.g., condition of stormwater outfalls (trash accumulation, staining, evidence of unauthorized non-stormwater discharges, etc.); overall good housekeeping (dumpster covers, staining in vehicle/equipment maintenance areas, litter); accumulated material in secondary containment areas; and the condition of installed control measures (do any need to be maintained or replaced?).

Include the areas described in the Preventive maintenance program in Section 3 of your Plan in the routine inspections.

Conduct inspections during rainfall events if possible.

Create a standard facility inspection form that can be taken into the field and completed for each inspection.

### Reporting and follow-up procedures

Records of routine inspections must be prepared and maintained in the Plan. **Inspection reports are routinely reviewed by DEP staff during site visits.**

The inspection report should provide the following information:

- The inspection date and time
- The name(s) and title(s) of the inspector(s)
- Weather information for the day(s) of the inspection
- A description of any discharges observed
- A description of the visual quality of the discharges (sheen, turbidity, discoloration, etc.)
- Status of stormwater control measures (are any in need of maintenance, repair or need to be replaced?)
- Any incidents of non-compliance observed
- Additional control measures or other actions needed to comply with permit requirements
- Any required revisions to the Plan resulting from the inspection

## Additional Inspection Requirements by Sector – Minimum Time Frames

| | Weekly or better | Monthly | Quarterly |
|---|---|---|---|
| **Sector A (Asphalt Plants)** | • no additional requirements | | |
| **Sector B (Non-Metallic Mines and Quarries, Stone Cutting)** | • no additional requirements | | |
| **Sector C (Refuse Systems) Operating Landfills** | • areas of landfills that have not yet been finally stabilized<br>• active land application areas, areas used for storage of material and wastes that are exposed to precipitation, stabilization, and structural control measures<br>• leachate collection and treatment systems<br>• locations where equipment and waste trucks enter and exit the site.<br>• Ensure that sediment and erosion control measures are operating properly. | • stabilized sites and areas where land application has been completed and vegetation established | |
| **Inactive Landfills** | | | • landfill (or open dump) stabilization and structural erosion control measures, leachate collection and treatment systems,<br>• all closed land application areas |
| **Transfer Stations** | • areas used for storage of material and wastes that are exposed to precipitation<br>• locations where equipment and waste trucks enter and exit the site, and areas where waste and materials are loaded and unloaded.<br>• Conduct a daily site "walk-through" for litter on the site perimeter, cover of waste containers, and areas the public has access for waste disposal or recycling drop-off | | |
| **Sector D (Auto Salvage Yards)** | • inspect vehicles arriving at the site for leaks immediately (or as soon thereafter as feasible) | | • equipment containing oily parts, hydraulic fluids, any other types of fluids, or mercury switches for signs of leakage<br>• all vessels and areas where hazardous materials and general automotive fluids are stored for signs of leakage, including, but not limited to, mercury switches, brake fluid, transmission fluid, radiator water, and antifreeze |

| | | | |
|---|---|---|---|
| **Sector E**<br>**(Scrap Recycling Facilities)** | • no additional requirements | | |
| **Sector F**<br><br>**(Steam Electric Power Generation)** | • coal handling areas,<br>• loading or unloading areas<br>• switchyards<br>• fueling areas<br>• bulk storage areas<br>• ash handling areas<br>• areas adjacent to disposal ponds and landfills<br>• maintenance areas<br>• liquid storage tanks<br>• long term and short term material storage areas. | | |
| **Sector G**<br>**(Transportation and Public Works)** | | • storage areas for vehicles/equipment awaiting maintenance<br>• fueling areas<br>•  indoor and outdoor vehicle/equipment maintenance areas<br>• material storage areas<br>• vehicle/equipment cleaning areas<br>• aircraft de-icing areas<br>• loading/unloading areas. | |
| **Sector H**<br>**(Marinas, Yacht Clubs and Boat Dealers)** | | • pressure washing area<br>• blasting, sanding, and painting areas<br>• material storage areas<br>• engine maintenance and repair areas material handling areas<br>• drydock area<br>• general yard area | • inspection of stormwater management devices (e.g., oil and water separators, sediment traps or chambers, pressure wash collection systems)<br>• inspecting and/or testing facility equipment and systems to uncover conditions that could cause breakdowns or failures resulting in discharges of pollutants to surface waters. |
| **Sector I**<br>**(Ship and Boat Building and Repair)** | | • pressure washing area<br>• blasting, sanding, and painting areas material storage areas<br>• engine maintenance and repair areas material handling areas<br>• drydock area<br>• general yard area | • stormwater management devices (e.g., oil and water separators, sediment traps or chambers, pressure wash collection systems)<br>• inspecting and/or testing facility equipment and systems to uncover conditions that could cause breakdowns or failures resulting in discharges of pollutants to surface waters |
| **Sector J  (Small-Scale Composting Facilities)** | no additional requirements | | |

## V. SCHEDULES AND PROCEDURES FOR MONITORING

The general permit requires both a visual assessment and analytical testing of stormwater discharges. The intent of this monitoring is to provide a qualitative and quantitative indicator of how well a facility's stormwater control efforts are working. You are expected to review your monitoring data with an understanding of the permit requirements, benchmarks, and effluent limitations (if applicable) for your specific industry, and to make changes to your management practices and control measures, as necessary, to comply with the general permit.

Preparation for stormwater sampling is essential for maintaining compliance with the general permit. Your Plan must describe in great detail who will sample; when, where, how, and what to sample; how to document the results; and who will be responsible for submitting the information to the DEP.

## Visual Monitoring (Section 5(e)(A)(i))

Visual monitoring is required of all registrants, with the exception noted below. Visual monitoring is to be conducted **quarterly** on samples taken during a storm event, and requires that you assess the nature of your discharge based on several visual parameters. The purpose of conducting visual assessments is to make sure that stormwater discharges are free from objectionable characteristics that may indicate that existing control measures are not adequate or not being properly operated and maintained. These samples are taken at the same locations as your general and sector-specific monitoring.

> Visual monitoring is not required for federal, state, or municipal facilities
> consisting solely of solid deicing material storage as specified in Sector G.

Include the following information in your Plan:

**Person(s) responsible for visual assessments**
The assessment should be conducted by a member of your stormwater pollution prevention team.

**Frequency of conducting the visual assessments**
The minimum inspection frequency must be once each quarter during the entire permit term. Quarters begin on January 1, April 1, July 1, and October 1.

**The locations of outfalls to be assessed**
List the outfalls where visual assessments will take place and identify these locations on your site map (these will be the same as your general monitoring locations).

**Specific items to be covered by the assessment**

- color
- odor
- clarity
- floating solids
- settled solids

- suspended solids
- foam
- oil sheen
- other obvious indicators of stormwater pollution

**Description of collection procedures and equipment for collecting samples**

Samples must be representative of your site's stormwater discharge. Samples must be collected in a clean, clear glass or plastic container, and evaluated in a well lit area. Describe any other equipment necessary to collect the sample and other site-specific considerations.

**Reporting and follow-up procedures**

*It is recommended that you create a standard form to document observations during visual monitoring and any actions resulting from visual monitoring.* Visual monitoring records must be kept in the Plan but are not required to be submitted to DEP unless requested. Provide the following information:

- The names and titles of individuals collecting the sample and performing the assessment
- Sample locations
- Sample collection and visual assessment date and time for each sample
- Nature of the discharge (i.e., runoff or snowmelt)
- Results of observations
- Probable sources of any observed stormwater contamination
- Actions taken to eliminate sources of stormwater contamination
- Document reasons if unable to collect a representative sample

## General Monitoring Requirements (Section 5(e)(A)(ii))

Most industrial facilities are required to collect stormwater samples for laboratory analysis at least ***twice per year,*** once between October 1 and March 31 and once between April 1 and September 30. However, there are exceptions to this frequency as well as requirements for additional monitoring based on the nature of the industrial activity, the levels of pollutants in the stormwater discharge, and the sensitivity of the receiving waters. You are responsible for determining the permit requirements specific to your industrial activity. See Appendix B of the general permit for a summary of the monitoring requirements.

Semiannual monitoring is not required for federal, state, or municipal facilities consisting solely of solid deicing material storage as specified in Sector G.

## Standard Monitoring Parameters

Semi-annual monitoring shall be conducted for the parameters listed below:

- Chemical Oxygen Demand (mg/l)
- Total Oil and Grease (mg/l)
- pH (S.U.) of the discharge and of uncontaminated rainfall
- Total Suspended Solids (mg/l)
- Total Phosphorus (mg/l)
- Total Kjeldahl Nitrogen (mg/l)
- Nitrate as Nitrogen (mg/l)
- Total Copper (mg/l)
- Total Lead (mg/l)
- Total Zinc (mg/l)
- Aquatic Toxicity

  Monitoring for Aquatic Toxicity must be conducted once per year during **the first two years** following authorization of your discharges under this permit. This parameter shall be included in one of your regularly scheduled semiannual sample.

Include in your Plan, a description of the following monitoring requirements:

**Person(s) responsible for collecting the sample and, if different, the person(s) responsible for taking the sample to the laboratory**

**What you need to monitor**

Your Plan must clearly identify the parameters you need to monitor, and any applicable benchmark concentrations or effluent limits associated with each parameter.

**Where you need to monitor**

Your site map must identify the outfalls at your facility and the locations where you are required to monitor. All stormwater outfalls from a site must be monitored, with the exception of certain outfalls which discharge substantially identical effluents. If you determine that certain outfalls discharge substantially identical stormwater and you designate one representative outfall for sampling, then you must include the following information in your Plan:

- Location of each substantially identical outfall
- Description of the general industrial activities conducted in the drainage area of each outfall
- Description of the control measures implemented in the drainage area of each outfall
- An estimate of the size (in square feet) and runoff coefficient of the drainage area of each outfall

One outfall can be designated as representing **no more than** five outfalls.

If an outfall is not accessible and an upstream location for sampling is proposed, include in your Plan a discussion of the need for the alternate sampling location.

If stormwater runoff from your site is retained and infiltrated in a stormwater basin without a discharge during a given semi-annual period, you may forgo sampling from the basin for that period and submit a Stormwater Monitoring Report saying "No Discharge". In such a case, you must document that the basin had absolutely no discharge during that period.

**When you will need to monitor**

The general permit requires most industrial facilities to conduct a visual assessment of stormwater samples on a quarterly basis, and to sample stormwater runoff for chemical analysis on a semiannual basis. Remember that certain facilities and sectors may need to perform additional analyses on a more frequent basis. You are responsible for identifying all requirements for your industry. A summary of general and sector specific monitoring requirements is included as Appendix B.

Hint: Collect your semiannual analytical samples concurrently with your samples for visual assessment so you can compare visual observations with laboratory results, and reduce your sampling burden.

Hint: Become familiar with local precipitation trends, storm patterns, and seasonal variations, and check local weather forecasts so you can prepare to sample upcoming precipitation events. Collect your stormwater samples as early in the monitoring cycle as you can. Never assume that the weather will cooperate with your need to sample.

**How you will conduct the monitoring**

Describe the procedure to collect stormwater samples from designated outfalls. Typically, monitoring is conducted by taking one grab sample from each outfall starting within the first thirty (30) minutes of flow at the sampling location during a storm event that occurs at least 72 hours after any previous storm event that generated a stormwater discharge. See Section 5(e)(2) for details about collecting stormwater samples.

Also, describe any sample documentation and preservation procedures you need to use, and the storm event information that must be collected.

**Where you will send the sample for analysis**

Provide information about the laboratory where you will send the samples for analysis. Include information such as lab name and address, contact name and phone number, lab hours of operation, and any sampling procedures or paperwork required by the lab.

Be aware that a state certified laboratory must be used to analyze stormwater samples. A list of state certified laboratories can be obtained by calling the DEP at 860-424-3018 and asking to speak to the Engineer of the Day.

**Who will prepare and sign the Stormwater Monitoring Report (SMR)** for submittal to the Department

Results **must** be submitted on the SMR to the Department within 90 days of sample collection. Laboratory forms will <u>not</u> be accepted in lieu of the SMR. Failure to submit the SMR will be considered a violation of the general permit subject to enforcement including penalty. Be aware that you are responsible for submitting the SMR. If your laboratory fails to submit the SMR on your behalf, you will be in violation of the general permit.

**If you are unable to collect a required quarterly sample**, submit the SMR with a notation of "No Discharge" and an explanation as to why you were unable to collect the required sample. Reasons may include the absence of a 72-hour period of dry weather, the absence of a rain event that produces a stormwater discharge, the absence of a discharge from a detention or retention basin, or safety considerations preventing access to a stormwater discharge location. Timing of a rain event is not an acceptable reason to fail to sample unless it precludes the analysis of a parameter within the acceptable hold time specified by a laboratory.

**Standard Monitoring Benchmarks**

A benchmark is a standard to measure stormwater discharge quality. Analysis of your benchmark monitoring results can provide information about the characteristics of your stormwater runoff and how well your control measures are working.

All industrial facilities must comply with the benchmarks for the standard parameters below unless sector specific benchmarks are specified in Section 5(f).

Unless otherwise specified in the general permit, all pollutant parameters shall be tested according to methods prescribed in Title 40, Code of Federal Regulations (CFR), Part 136. Laboratory analysis must be consistent with Connecticut Reasonable Confidence Protocols.

| PARAMETER | UNITS | LEVELS |
|---|---|---|
| Total Oil and Grease | mg/L | 5 |
| Chemical Oxygen Demand | mg/L | 75 |
| Sample pH | S.U. | 5-9 |
| Total Suspended Solids | mg/L | 90 |
| Total Phosphorous | mg/L | 0.40 |
| Total Kjeldahl Nitrogen | mg/L | 2.30 |
| Nitrate as Nitrogen | mg/L | 1.10 |
| Total Copper | mg/L | 0.059 |
| Total Lead | mg/L | 0.076 |
| Total Zinc | mg/L | 0.160 |

There is no benchmark for aquatic toxicity.  Sampling for this parameter is conducted annually for the first two years only.

Once you have received your lab results for your benchmark samples, compare these concentrations to the benchmark values that apply to your facility. The general permit requires that you conduct four benchmark samples, determine the average value of the four samples, and compare the average to the standard benchmark values for each parameter. If the average concentration of your samples exceeds the benchmark, then you are required to evaluate whether changes to your control measures are necessary. In addition, prior to the collection of all four samples, if one or more sample results make an exceedance of the benchmark mathematically certain, you are required to conduct this evaluation without waiting for the results of the remaining benchmark samples. See Section 5(e)(1)(B) and the table below.

**Evaluation of Benchmark Monitoring Results**
**Section 5(e)(1)(B)**

| | |
|---|---|
| **Does the average of your four quarterly benchmark samples for any pollutant exceed the applicable benchmark concentration?**<br><br>**OR**<br><br>**If you have not yet completed your four quarterly benchmark samples, does the total value of your samples already make an exceedance of the benchmark mathematically certain (e.g., the sum of the concentration of your samples exceeds four times (4X) the benchmark concentration)?** | |
| **YES** | **NO** |
| Within 120 days you must …<br><br>• Evaluate whether modifications to the stormwater control measures used at your site are necessary. Consider whether there is a problem in the selection, design, installation, and/or operation of applicable control measures.<br><br>• Follow the evaluation and corrective action process in Section 5(e)(1)(B).<br><br>• If applicable, submit documentation of your evaluation to the Department *<br><br>• Update your Plan as required by Section 5(c)(5).<br><br>---------------------------------------------------<br>An exceedance of a benchmark is not, in itself, a violation of the general permit. | **You may discontinue monitoring for that parameter for the duration of the permit.**<br><br>Sample results below benchmark limits provide an indication that your control measures are working as intended to minimize the discharge of pollutants.<br><br>You are still required to meet all requirements in the permit affecting the implementation and maintenance of your control measures, despite the good results of your benchmark monitor |

**(1)** Parameters without benchmarks must be sampled throughout the permit term, unless specifically noted.

**(2)** Although covered by a statewide TMDL addressing nitrogen loading to Long Island Sound, additional monitoring for TKN and nitrate is not required if the concentration of these parameters in your stormwater is below the benchmarks.

*If you make a determination that no further pollutant reductions are technologically available and economically practicable and achievable in light of best industry practice to implement additional control measures or meet the benchmarks, you must continue monitoring once per year. ***Documentation that no further pollutant reductions are achievable must be submitted to DEP for written approval.*** All records related to this documentation must be kept in the Plan.

*If you make a determination that an exceedance of a benchmark is attributable solely to the presence of that pollutant in the natural background or in "run-on" entering from off-site, the permittee is not required to perform corrective actions or additional benchmark monitoring provided *all* of the following conditions are met:

- The average concentration of the benchmark monitoring results is less than or equal to the concentration of that pollutant in the natural background or off-site run-on;
- Documentation supporting the rationale that benchmark exceedances are attributable solely to natural background or off-site pollutant levels is maintained in your Plan;
- The infeasibility or impracticality of the diversion of off-site run-on is demonstrated;
- ***You notify the Department on the final semiannual benchmark SMR that the benchmark exceedances are attributable solely to natural background or off-site pollutant levels***;

**AND**

- The Department approves your documentation demonstrating that the benchmark exceedances are attributable solely to natural background or off-site pollutant levels.

**Sector Specific Monitoring and Benchmarks**

The following sectors are required to conduct additional monitoring (unless otherwise specified, all pollutant parameters shall be tested according to methods prescribed in 40 CFR Part 136):

### Sector A (Asphalt Plants)

| PARAMETER | Monitoring Frequency | UNITS | BENCHMARK LEVELS | TEST METHOD |
|---|---|---|---|---|
| Semivolatile Hydrocarbons | semiannual | mg/L | n/a | EPA Method 625 |

### Sector C (Refuse Systems)

*For municipal and regional landfills and all other solid waste disposal areas:*

| PARAMETER | Monitoring Frequency | UNITS | BENCHMARK LEVELS | TEST METHOD |
|---|---|---|---|---|
| Total Iron | Quarterly | mg/L | 1.0 | |

### Sector D (Auto Salvage Yards)

| PARAMETER | Monitoring Frequency | UNITS | BENCHMARK LEVELS | TEST METHOD |
|---|---|---|---|---|
| Total Iron | Quarterly | mg/L | 1.0 | |
| Total Mercury | Quarterly | mg/L | 0.0014 | |
| Total Aluminum | Quarterly | mg/L | 0.75 | |
| Semivolatile Hydrocarbons | Semiannual | | n/a | EPA Method 625 |

### Sector E (Scrap Recycling Facilities)

| PARAMETER | Monitoring Frequency | UNITS | BENCHMARK LEVELS | TEST METHOD |
|---|---|---|---|---|
| Total Iron | Quarterly | mg/L | 1.0 | |
| Total Mercury | Quarterly | mg/L | 0.0014 | |
| Total Aluminum | Quarterly | mg/L | 0.75 | |
| Semivolatile Hydrocarbons | Semiannual | | n/a | EPA Method 625 |
| Polychlorinated Biphenyls | Semiannual | | n/a | |

## Sector F (Steam Electric Power Generation)

| PARAMETER | Monitoring Frequency | UNITS | BENCHMARK LEVELS | TEST METHOD |
|---|---|---|---|---|
| Total Iron | Quarterly | mg/L | 1.0 | |

## Sector G (Transportation and Public Works Facilities)

- *For LARGE AIRPORTS (using >100,000 gal glycol and/or 100 tons urea) only:*

| PARAMETER | Monitoring Frequency | UNITS | BENCHMARK LEVELS | TEST METHOD |
|---|---|---|---|---|
| BOD | Twice in the Deicing Season | mg/L | n/a | |
| Urea (if used) | Twice in the Deicing Season | mg/L | n/a | |
| Propylene Glycol (if used) | Twice in the Deicing Season | mg/L | n/a | |
| Ethylene Glycol (if used) | Twice in the Deicing Season | mg/L | n/a | |

- *For Small AIRPORTS (using <100,000 gal glycol and/or 100 tons urea) only:*

| PARAMETER | Monitoring Frequency | UNITS | BENCHMARK LEVELS | TEST METHOD |
|---|---|---|---|---|
| General Parameters | Once/yr in Deicing Season | Varies | Varies | |
| BOD | Once/ yr for the first 2 yrs of the permit | mg/L | n/a | |
| Urea | Once/ yr for the first 2 yrs of the permit | mg/L | n/a | |
| Propylene Glycol | Once/ yr for the first 2 yrs of the permit | mg/L | n/a | |
| Ethylene Glycol | Once/ yr for the first 2 yrs of the permit | mg/L | n/a | |

- *For federal, state, or municipal facilities with incidental solid deicing material storage:*

| PARAMETER | Monitoring Frequency | UNITS | BENCHMARK LEVELS | TEST METHOD |
|---|---|---|---|---|
| Chloride | Semiannally for the first two yrs of the permit | mg/L | n/a | |
| Cyanide | Semiannally for the first two yrs of the permit | mg/L | n/a | |

- *For federal, state, or municipal facilities with only solid deicing material storage*

| PARAMETER | Monitoring Frequency | UNITS | BENCHMARK LEVELS | TEST METHOD |
|---|---|---|---|---|
| General Parameters | No sampling required | n/a | n/a | |

- *For DOT Repair and Maintenance Facilities:*

| PARAMETER | Monitoring Frequency | UNITS | BENCHMARK LEVELS | TEST METHOD |
|---|---|---|---|---|
| General Parameters | Once during permit term | Varies | n/a | |

## Sector H (Marinas, Yacht Clubs and Boat Dealers)

| PARAMETER | Monitoring Frequency | UNITS | BENCHMARK LEVELS | TEST METHOD |
|---|---|---|---|---|
| Total Iron | Semiannual | mg/L | 1.0 | |
| Total Aluminum | Semiannual | mg/L | 1.0 | |
| Total Copper | Semiannual for the entire permit term | mg/L | n/a | |

## Sector I (Ship and Boat Building and Repair)

| PARAMETER | Monitoring Frequency | UNITS | BENCHMARK LEVELS | TEST METHOD |
|---|---|---|---|---|
| Total Copper | Semiannual for the entire permit term | mg/L | n/a | |

**Sector J (Small-Scale Composite Operations)**

***The following parameters are required instead of the general parameters if a discharge from the retention system occurs.***

| PARAMETER | Monitoring Frequency | UNITS | BENCHMARK LEVELS | TEST METHOD |
|---|---|---|---|---|
| General Parameters | Not required | n/a | n/a | |
| COD | Annual | mg/L | 75 | |
| Total Phosphorus | Annual | mg/L | 0.40 | |
| Total Kjeldahl Nitrogen | Annual | mg/L | 2.30 | |
| Nitrate as Nitrogen | Annual | mg/L | 1.10 | |
| Total Suspended Solids | Annual | mg/L | 90 | |

## Additional Monitoring of Discharges to Impaired Waters

**Discharges to Impaired Waters without an Established TMDL**
Conduct annual monitoring for any indicator pollutants identified as contributing to the impairment and for which a standard analytical method exists. Refer to the Impaired Waters Monitoring List for additional monitoring requirements.

This annual monitoring is not required if:

- a waterbody's biological communities are impaired but no pollutant, including indicator or surrogate pollutants, is identified as an indicator of the impairment, or
- a waterbody's impairment is related to hydrologic modifications, impaired hydrology, or temperature.

This annual monitoring can be discontinued if:

- after the first year of monitoring for the indicator pollutant(s), the Department approves the permittee's documentation demonstrating that the pollutant(s) is attributable solely to natural background or off-site pollutant or is the result of run-on entering from offsite that cannot be diverted.

**Discharges to Impaired Waters with an Established TMDL**
Additional monitoring is required for any indicator pollutant(s) identified in the TMDL **if** informed in writing by the Department.  The Department's notice shall specify the indicator pollutant(s) to monitor and the required frequency of monitoring for the first year following the notification of additional indicator pollutant monitoring. Please note that the Impaired Waters Monitoring List serves as the Department's notification to registrants of additional monitoring requirements in Section 5(e)(1)(D).

Following the first year of monitoring for the indicator pollutant(s), if the indicator pollutant is not detected in any sample, this additional sampling can be discontinued, unless the Impaired Waters Monitoring List has specific instructions to the contrary, in which case the permittee must follow those instructions.

If the indicator pollutant is detected in any sample, annual monitoring must be continued for the entire term of this permit, unless the Impaired Waters Monitoring List specifies different or more frequent monitoring, in which case the requirements on the Impaired Waters Monitoring List must be followed.

## Sector Specific Effluent Limitations

Certain industrial facilities are required to comply with numeric effluent limits mandated by EPA. Unlike stormwater benchmarks, an exceedance of an effluent limit is a violation of the general permit and must be reported to the DEP in accordance with Section 22a-430-3(j)(11)(D) of the Regulations of Connecticut State Agencies (RCSA). A copy of these regulations can be found on the DEP website at: http://www.ct.gov/dep/lib/dep/regulations/22a/22a-430-3and4.pdf

Exceedance of an effluent limit requires that you review the procedures and control measures in place at your facility. Determine why the stormwater discharge(s) from your site did not meet the effluent limit and make the necessary changes either to best management practices or to your control measures. Sometimes, a single cause for an effluent violation may not be obvious and will require a series of changes to your controls to correct the violation. Remember to document any changes you make in your Plan.

After you implement any changes to your management practices or additional control measures, you must conduct follow-up monitoring during the next qualifying rain event for any parameter which exceeded an effluent limit. Submit an Exceedance Report to the DEP Water Permitting and Enforcement Division/Stormwater Section on or before 30 days from the date that you receive the lab results from the follow-up monitoring. The report must include the following:

- DEP permit number
- Facility name, physical address and location
- Name of receiving water
- Monitoring data from this and the preceding monitoring event(s)
- An explanation of the measures taken and to be taken to correct the violation
- An appropriate contact name and phone number.

**The following industrial facilities are subject to numeric effluent limitations:**
*Note that monitoring for these parameters may be conducted concurrently with any other monitoring required in this general permit.*

**Sector A (Asphalt Plants) - These limits apply only to asphalt emulsion facilities (within SIC code 2911).**

| PARAMETER | Monitoring Frequency | UNITS | EFFLUENT LIMIT | TEST METHOD |
|---|---|---|---|---|
| Oil & Grease | Once/ year for permit term | mg/L | 15 | |
| pH | Once/ year for permit term | S.U. | 6-9 | |
| Total Suspended Solids | Once/ year for permit term | mg/L | 23 | |

**Sector C (Refuse Systems) – These limits apply to municipal and regional landfills and all other solid waste disposal areas.**

| PARAMETER | Monitoring Frequency | UNITS | EFFLUENT LIMIT | TEST METHOD |
|---|---|---|---|---|
| Biochemical Oxygen Demand | Once/ year for permit term | mg/L | 140 | |
| Total Suspended Solids | Once/ year for permit term | mg/L | 88 | |
| Ammonia | Once/ year for permit term | mg/L | 10 | |
| Alpha Terpineol | Once/ year for permit term | mg/L | 0.033 | |
| Benzoic Acid | Once/ year for permit term | mg/L | 0.12 | |
| p-Cresol | Once/ year for permit term | mg/L | 0.025 | |
| Phenol | Once/ year for permit term | mg/L | 0.026 | |
| Total Zinc | Once/ year for permit term | mg/L | 0.200 | |
| pH | Once/ year for permit term | S.U. | 6-9 | |

**Sector F (Steam Electric Power Generation) – These limits apply only to steam electric power generation facilities with coal pile runoff only.  The limits apply only to areas potential in contact with this coal pile runoff.**

| PARAMETER | Monitoring Frequency | UNITS | EFFLUENT LIMIT | TEST METHOD |
|---|---|---|---|---|
| pH | Once/ year for permit term | S.U. | 6-9 | |
| Total Suspended Solids | Once/ year for permit term | mg/l | 50 | |

## Keeping Records of Your Implementation Activities

As you conduct inspections, monitoring, corrective actions, and other permit implementation activities, you will generate additional records, such as inspection reports and monitoring results. Keep this additional documentation on-site with your Plan, and ensure these records are accessible, complete, and up-to-date so that they demonstrate your full compliance with the conditions of your permit. DEP staff will expect to be able to review these records during compliance inspections.

Some examples of this additional documentation include:

• *Permit records* – copies of your general permit registration form, any letters received from the permitting authority, and a copy of the general permit.

• *Spill records* – dates of any incidences of significant spills, leaks, or other releases that resulted in a discharge of pollutants, the circumstances leading to the release, actions taken in response to the release, and measures taken to prevent the recurrence of a release.

• *Employee training records* – keep copies of all employee training records, including dates, who was trained, and the training topics.

• *Maintenance records* – retain copies of all maintenance and repairs of control measures, including dates of regular maintenance, dates when maintenance needs were discovered, and dates when control measures were returned to full function.

• *Inspection records* – keep copies of all routine facility inspection reports, quarterly visual assessment reports, and semi-annual comprehensive site inspection reports.

• *Monitoring records* – retain records of all sampling results including data collection forms, lab results, and discharge monitoring reports (DMRs).

• *Corrective action records* – keep records of any corrective actions and follow-up activities conducted to demonstrate compliance with the permit.

**Common Compliance Problems at Industrial Facilities**

The following are common problems found during inspections of industrial sites. These are provided to assist you in developing and maintaining an effective Plan. It is not enough to have a completed Plan at your site. To establish compliance with your permit limits and conditions, you must also implement the procedures, and install and maintain the control measures, described in your Plan, and make modifications as necessary to improve your performance.

You should review these common compliance problems and consider how your Plan, or the implementation of the procedures described in your Plan, can be modified to ensure you are not making the same mistakes.

**No Plan developed.** Some facilities do not realize that they need to develop a Plan, or they may copy a generic Plan or a Plan for another facility. Your Plan must be specific to your site and should address only your facility.

**Control measures described in the Plan are not used.** The Plan identifies stormwater control measures that are not actually being used at the site. The general permit holds you responsible for effectively implementing all control measures identified in your Plan. If your Plan has identified control measures not being used at your site, you need to edit your Plan to accurately reflect those measures you are in fact using.

**No Plan on-site.** A copy of the Plan is not available on-site for review when a permitting authority or other regulatory agency inspects your site. You are responsible for maintaining a copy on-site at all times. If your Plan is being updated off-site, keep a marked-up copy on-site or an electronic copy until the revised Plan arrives.

**Plan is not signed.** The responsible facility representative did not sign and authorize the current version of the Plan.

**Stormwater pollution prevention team not up-to-date.** The stormwater pollution prevention team identified in the Plan is not current. This is particularly a problem at facilities with high turnover, however, it is critical that this information be current. Also, identify if a consulting or engineering firm is participating as a member of the team.

**On-site staff not familiar with the Plan.** Upon arrival of an inspector, no one familiar with the stormwater program is available. A common permit requirement is that at least one employee per shift is familiar with the stormwater program and has access to the relevant files.

**Improper collection of samples.** Stormwater samples are collected from pooled areas on site. Pooled areas tend to concentrate pollutants and are not representative of the discharge from your site.

**Catch basins and stormwater outfalls haven't been cleaned.** The frequency for inspecting and cleaning catch basins and stormwater outfalls must be a part of your plan. Keep records of inspections and clean-outs with the Plan and available for review by Department staff.

**Uncovered dumpsters.** Dumpsters that receive metal waste are not covered or contained. Dumpsters from contract waste collection agencies are often not appropriately sealed and can leak oils or other contaminants.

**Containers without secondary containment.** Waste and chemical containers are stored without the proper coverage or secondary containment.

**Poor employee/contract staff training.** Employees or contract staff are not familiar with your stormwater management program. You are responsible for educating employees and contractors because if they release pollutants at your facility, you are responsible. If you use contractors, they should be referred to in your Plan and required to be trained as a part of the contract.

**Inspection or monitoring records are not kept with the Plan.** Records of routine site inspections, visual assessments, or monitoring results are not available with the Plan for review during regulatory site inspections. All records on implementation of practices required in the permit must be kept with the Plan.

**Monitoring and inspection records are not reviewed.** Stormwater sample results and inspection reports provide an indication of how well your stormwater control measures are working. Review your monitoring and inspection records and determine if changes to your Plan, or how your Plan is being implemented, need to be made.

*Plan Availability* – Keep a copy of the current, signed and certified Plan at your facility, and make it available to EPA, State, local agency or other regulatory agency staff at the time of an onsite inspection or upon request. The Plan should also be made easily available to facility staff, and should be readily referred to during regular facility operations to ensure that all activities are implemented as described in the Plan.