# EXHIBIT 1

**to Plaintiff Conservation Law Foundation's *Daubert* Motion to Exclude the Expert Testimony of Renee Bourdeau**

**FILED UNDER SEAL**