# EXHIBIT 2

**to Plaintiff Conservation Law Foundation's *Daubert* Motion to Exclude the Expert Testimony of Renee Bourdeau**

Page 1

1          UNITED STATES DISTRICT COURT
2          FOR THE DISTRICT OF CONNECTICUT
3                              Case No.
4                              3:21-cv-00933-VDO
5
  ***********************************
6  CONSERVATION LAW FOUNDATION,
   INC.,
7
8                    Plaintiff,
9            v.
10 SHELL OIL COMPANY, EQUILON
   ENTERPRISES LLC D/B/A SHELL
11 OIL PRODUCTS US, SHELL
   PETROLEUM, INC., TRITON
12 TERMINALING LLC, and MOTIVA
   ENTERPRISES LLC,
13
                     Defendants.
14 ***********************************
15
16                    Remote Videotaped Deposition
17 of RENEE L. BOURDEAU held at the location of
18 the deponent, commencing at 10:37 a.m., on
19 the 15th of August, 2025, before Maureen
20 O'Connor Pollard, Registered Diplomate
21 Reporter, Realtime Systems Administrator,
22 Certified Shorthand Reporter, Notary Public.
23
24                    - - -
25          Golkow, a Veritext division

Page 2

```
 1   REMOTE APPEARANCES:
 2
     REPRESENTING THE PLAINTIFF:
 3
           MOTLEY RICE LLC
 4         BY:  ELIZABETH SMITH, ESQ.
                esmith@motleyrice.com
 5              401 9th Street NW, Suite 640
                Washington, DC 20005
 6              202-386-9627
 7
 8   REPRESENTING THE DEFENDANTS:
 9         WIGGIN AND DANA, LLP
           BY:  JAMES O. CRAVEN, ESQ.
10              jcraven@wiggin.com
                One Century Tower
11              265 Church Street
                P.O. Box 1832
12              New Haven, Connecticut 06508-1832
                203-498-4400
13
14
     Videographer:   Chris Clee
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1                     INDEX
 2   EXAMINATION                          PAGE
 3   RENEE L. BOURDEAU
 4   BY MS. SMITH                           7
 5   BY MR. CRAVEN                         77
 6
 7
 8                   E X H I B I T S
 9    NO.           DESCRIPTION            PAGE
10   Bourdeau 1      Copy of Renee
                     Bourdeau's May 25, 2023
11                   deposition transcript....   13
12   Bourdeau 2      Plaintiff Conservation
                     Law Foundation's Notice
13                   of Oral and Videotaped
                     Remote Deposition of
14                   Renee Bourdeau...........   17
15   Bourdeau 3      Renee Bourdeau's
                     curriculum vitae.........   18
16
     Bourdeau 4      Expert Report of Renee
17                   L. Bourdeau, PE, June
                     23, 2025.................   20
18
     Bourdeau 5      Invoices, Bates
19                   RBORD00007701 through
                     7713.....................   33
20
21
22
23
24
25
```

```
                                               Page 4

 1                        -   -   -
                    DEPOSITION SUPPORT INDEX
 2                        -   -   -
 3
      Direction to Witness Not to Answer
 4    PAGE   LINE
      None.
 5
 6
 7
 8    Request for Production of Documents
      PAGE   LINE
 9    None.
10
11
      Stipulations
12    PAGE   LINE
      None.
13
14
15    Questions Marked Highly Confidential
      PAGE   LINE
16    None.
17
18
19
20
21
22
23
24
25
```

```
                                          Page 5

 1              P R O C E E D I N G S

 2

 3              THE VIDEOGRAPHER:  Good

 4      morning.  We are now on the record.

 5      My name is Chris Clee, I'm a

 6      videographer for Golkow, a Veritext

 7      division.

 8              Today's date is August 15,

 9      2025, and the time is 10:37 a.m.

10      Eastern Standard Time.

11              This video deposition is being

12      held in the matter of Conservation Law

13      Foundation, Inc. versus Shell Oil

14      Company, et al.

15              The deponent is Renee Bourdeau.

16              Will counsel please introduce

17      themselves.

18              MS. SMITH:  Elizabeth Smith

19      with Motley Rice for CLF.

20              MR. CRAVEN:  Jim Craven from

21      Wiggin and Dana for the defendants.

22              THE VIDEOGRAPHER:  The court

23      reporter is Maureen Pollard, and will

24      now swear in the witness.

25                      *    *    *
```

```
                                          Page 6
 1    Whereupon,
 2                     RENEE L. BOURDEAU,
 3    being first duly remotely sworn to testify to
 4    the truth, the whole truth, and nothing but
 5    the truth, was examined and testified as
 6    follows:
 7                      *   *   *
 8              MR. CRAVEN:  Attorney Smith,
 9         before we get started I wanted to
10         repeat what I just said off the record
11         so it's on the record.
12              The witness is in a separate
13         conference room but in the same
14         building that I am at.  She has
15         several paper documents in front of
16         her that she brought to the
17         deposition.  None of them are marked
18         or highlighted.  I will read through
19         what documents she has.
20              She has the copy of the 2021
21         industrial general permit.  She has a
22         deposition of herself that was taken
23         previously in this case from May 23rd
24         of 2022, I think --
25              MS. SMITH:  '3.
```

Page 7

1                    MR. CRAVEN:  -- 2023.

2                    She has a copy of her updated

3          CV which was provided, I believe, to

4          counsel last evening or maybe this

5          morning, depending on when you were

6          able to access it.

7                    She has a copy of the expert

8          report that she prepared in this case.

9                    She also has a copy of the

10         draft 2023 permit fact sheet as well

11         as the supplemental fact sheet that

12         was provided by DEEP and is available

13         on their website.

14                    And thank you.  That's all.

15                    MS. SMITH:  Okay.  Thank you.

16                    EXAMINATION

17    BY MS. SMITH:

18         Q.    Ms. Bourdeau, my name is

19    Elizabeth Smith.  I represent Conservation

20    Law Foundation, and I will be taking your

21    deposition today.

22                    You were deposed in this matter

23    on May, I think, 25th, 2023, correct?

24         A.    Correct.

25         Q.    And that was your first time

Page 8

```
 1   being deposed, is that right?
 2          A.     That is correct.
 3          Q.     Have you been deposed since
 4   that deposition?
 5          A.     No.
 6          Q.     So I'm just going to remind you
 7   of kind of the ground rules for the
 8   deposition.
 9                 Questions and answers.  You
10   have an obligation to answer my question
11   unless counsel instructs you not to answer.
12                 Do you understand that?
13          A.     Yes.
14          Q.     If you don't understand my
15   question, please let me know, I'll be happy
16   to do my best to rephrase it and ask a better
17   question.  Okay?
18          A.     Yes.
19          Q.     It's important for the court
20   reporter's benefit that we don't talk over
21   each other, so if you can wait until I finish
22   asking my question before you start your
23   answer, that will make the record clearer for
24   her and for all of us in reading it later.
25   Okay?
```

Page 9

```
 1          A.      Yes.
 2          Q.      And also for the benefit of the
 3   court reporter, you have to answer my
 4   questions audibly.  Although we are taking a
 5   video, for purposes of the written transcript
 6   you have to say yes or no and not just nod
 7   your head or shake your head.
 8                  Can you do that, please?
 9          A.      Yes.
10          Q.      Great.
11                  Is there any reason that you
12   can't provide accurate and truthful testimony
13   today?
14          A.      No.
15          Q.      If at any time you need to take
16   a break, let me know.  I don't think we're
17   going to go that long today, but if you, you
18   know, need a break at any time, then just let
19   me know and we'll take a break.  The only
20   thing I ask with regard to that is that you
21   wait until you have finished answering a
22   question before you take a break.  So if I've
23   asked a question, once you answer it I'll be
24   happy to give you a break.  All right?
25          A.      Yes.
```

Page 10

1          Q.      Okay.  I'm going to use some

2    abbreviations for terms today, and I just

3    want to make sure we're on the same page as

4    to what those mean.

5                  I'm going to refer to the term

6    "SWPPP," which for the court reporter is

7    S-W-P-P-P, which I'll be referring to the

8    Stormwater Pollution Prevention Plan.

9                  Do you understand that?

10         A.      Yes.

11         Q.      Okay.  I'll also use the term

12   "DEEP" today.  For the court reporter, that's

13   D-E-E-P.  And if I refer to DEEP, you'll

14   understand that I'm referring to the

15   Connecticut Department of Energy &

16   Environmental Protection?  Yes?

17         A.      Yes.

18         Q.      Okay.  And there's the

19   Connecticut DEEP general permit for the

20   discharge of stormwater associated with

21   industrial activity, and I will likely refer

22   to that as the "general permit."  Will you

23   understand that to be the general permit for

24   the discharge of stormwater associated with

25   industrial activity?

Page 11

1          A.      Yes.

2          Q.      Great.

3                  All right.  Did you review any

4    documents in preparation for your deposition

5    today?

6          A.      Yes.

7          Q.      And what did you review?

8          A.      I reviewed my expert report.  I

9    reviewed my previous deposition taken on

10   May 25th, 2023.  I reviewed both the current

11   2021 general permit as well as the draft 2024

12   general permit.  And I also reviewed the

13   expert reports from both Battles and Parkman.

14         Q.      And why did you read the

15   reports from Battles and Parkman?

16         A.      When I spoke with counsel this

17   week they advised that they also were looking

18   at stormwater pollution prevention plans and

19   the general permit, and just thought it would

20   be wise for me to just glance through what

21   the additional experts had indicated and

22   said.

23         Q.      Okay.

24                 MR. CRAVEN:  Just so it's

25         clear, Ms. Bourdeau, there's been an

Page 12

```
 1            agreement that discussions with
 2            counsel or what counsel say are not
 3            supposed to be disclosed during the
 4            course of the deposition.  So to the
 5            extent that Attorney Smith has asked
 6            you, just give me time to object, but
 7            thank you.
 8     BY MS. SMITH:
 9            Q.     Ms. Bourdeau, what else did you
10     do to prepare for today's deposition?
11            A.     I basically reviewed my
12     documents and really just sat down and
13     reviewed them and sort of asked myself
14     internal questions.
15            Q.     And did you meet with counsel
16     in preparation for your deposition today?
17            A.     Yes, I did.
18            Q.     And how many times did you meet
19     with counsel to prepare for the deposition?
20            A.     I met with counsel three times.
21            Q.     Who did you meet with?
22            A.     I met with Mr. Craven on all
23     three occasions, and I met with Doug
24     Henderson from King & Spalding on two of
25     those occasions, and Ms. Carmen Toledo on one
```

Page 13

1   of those occasions, also with King &

2   Spalding.

3           Q.      How long did you meet each

4   time?

5           A.      Between 30 to 60 minutes.

6           Q.      And were those meetings in

7   person or via Zoom?

8           A.      Those meetings were via Zoom or

9   Teams.

10          Q.      And when were the meetings?

11          A.      They were all this week.  One

12  of them was on Monday, one of them was on

13  Wednesday, and the other one was yesterday.

14          Q.      So you said that you reviewed

15  your deposition transcript from the May 25th,

16  2023 deposition.  And in that deposition did

17  you testify truthfully and accurately?

18          A.      Yes.

19              MS. SMITH:  We are going to

20      mark that deposition transcript as

21      Exhibit 1.

22              (Whereupon, Exhibit Bourdeau 1

23      was marked for identification.)

24  BY MS. SMITH:

25          Q.      So now it is officially

Page 14

1    Exhibit 1, but if you -- to the extent that

2    you need to look at it, feel free, as I said

3    before we started, to look at the hard copy

4    that you have there with you.

5              A.       Okay.

6                   MS. SMITH:  Chris, are you

7         going to pull the document up on the

8         screen?

9                   VIDEO TECH:  I can.  Which one?

10                  MS. SMITH:  Exhibit 1.

11   BY MS. SMITH:

12        Q.      And, Ms. Bourdeau, does this

13   appear to be the -- does this look to you to

14   be the transcript from your deposition?

15                  MS. SMITH:  Can you scroll

16        down, please?  Oh, it's loading, I

17        think.

18                  VIDEO TECH:  I think I'm just

19        going to download the file and then

20        view it off that instead of the

21        website.  So just give me a minute.

22   BY MS. SMITH:

23        Q.      Does this look like the same

24   transcript that you have in front of you from

25   your deposition?

Page 15

1                    Ms. Bourdeau, can you hear me?

2           A.      I can.  Zoom kind of shut off

3    for a second, but I'm back on.

4           Q.      Okay.  Terrific.

5                    Does this appear to be the

6    transcript of your deposition from May 25th,

7    2023?

8           A.      Yes.

9           Q.      And in your review of the

10   transcript, did you note anything in your

11   testimony that you realized was not accurate

12   at the time of your deposition?

13          A.      When I rereviewed it this week,

14   I do believe there was a few instances where

15   I had indicated that I alone may have reached

16   out to the regulators when I initially was

17   submitting information for a document

18   request.  However, Mr. Craven and I both were

19   part of that document request process.

20          Q.      Okay.  Yes, I think you have

21   some e-mails attached to your report, and

22   some of them are Mr. Craven e-mailing with

23   the folks from Connecticut DEEP.  Is that

24   correct?

25          A.      That is correct.

1        Q.      Is there anything else that you

2    noted from your testimony that you realized

3    wasn't accurate at the time of your

4    deposition?

5        A.      I don't believe so, no.

6        Q.      Did you submit any corrections

7    to your deposition to counsel or to court

8    after you previously reviewed the transcript?

9        A.      I think the only thing that we

10   did when we reviewed the transcript was

11   corrected my dates of employment.

12       Q.      Okay.

13       A.      I think they had indicated it

14   was shorter than it was supposed to be, yeah.

15       Q.      Okay.  And you stand by the

16   testimony in the deposition, I guess with the

17   exception of the correcting for Mr. Craven,

18   also reaching out to Connecticut DEEP, and

19   the dates of employment that you submitted a

20   correction to?

21       A.      Yes.

22       Q.      Let's look next at the notice

23   of deposition.  We're going to have that as

24   Exhibit 2.

25               ///

Page 17

1                    (Whereupon, Exhibit Bourdeau 2
2          was marked for identification.)
3     BY MS. SMITH:
4          Q.    Ms. Bourdeau, do you have a
5     hard copy of this document in front of you?
6     I can't recall.  Just that quickly I forgot
7     the list.
8          A.    I do not.
9          Q.    Okay.  Have you seen this
10    before?
11         A.    Yes.
12         Q.    And in this notice of
13    deposition we've asked for a number of
14    documents starting on the bottom of page 1.
15                    Do you see that?
16         A.    Yes.
17         Q.    And the first request is for a
18    copy of your most recent and updated CV.  And
19    we did receive a CV from counsel last
20    night/this morning.
21                    And have you updated your CV
22    since the deposition in May of 2023?
23         A.    Yes.
24         Q.    Okay.  Let's mark as Exhibit 3
25    your CV that was produced in the last couple

```
                                              Page 18

 1    of days.

 2                    (Whereupon, Exhibit Bourdeau 3

 3          was marked for identification.)

 4    BY MS. SMITH:

 5          Q.      Is this the updated CV, as far

 6    as you can tell?

 7          A.      Yes.

 8          Q.      And what updates did you make

 9    to this CV?

10          A.      So on an annual basis as part

11    of my job, typically in January, I will add

12    specific projects that I worked on throughout

13    the year that just demonstrate my

14    professional qualifications.  And so when I

15    updated this, I just updated it with projects

16    that were relevant for the work that I do.

17          Q.      Okay.  You updated for

18    additional projects that you've worked on

19    since the last version of your CV, is that

20    correct?

21          A.      Yeah.  It doesn't represent all

22    projects, but some projects.

23          Q.      Okay.  And how do you decide

24    what you're going to put on -- what projects

25    you're going to include and what you're not?
```

Page 19

```
 1        A.       They're projects that I would
 2   typically need for like a proposal or things
 3   like that, notable projects, you know, that
 4   the scope of work may be different than some
 5   of the other work I've done previously.
 6        Q.       Okay.  And it looks like the
 7   projects that at least I noticed that you
 8   added on are your projects for this case and
 9   for the case in Providence, Rhode Island.  Is
10   that correct?
11        A.       Yes.
12        Q.       And were there any other new
13   projects that are listed here since the last
14   version from May 2023?
15        A.       I'm just looking at the hard
16   copy here.  Just one moment.
17        Q.       Sure.
18        A.       I don't have the previous one
19   in front of me so I can't make a direct
20   comparison, but I don't see many on here that
21   wouldn't have been on that previous CV.
22        Q.       Okay.  Do the list of projects
23   here follow a particular order?
24        A.       No.
25        Q.       And what is the time frame for
```

Page 20

1    the projects on this list?

2          A.      They would be the span of my

3    entire career, so from 2006 to present.

4          Q.      And they're not in date order?

5          A.      They are not.

6          Q.      Okay.  We might go back to that

7    a little later.

8                  Let's go back to the notice,

9    Exhibit 2.  And the second request that we

10   have there is for "A list of publications

11   that you authored or contributed to during

12   the previous 10 years, if not included with

13   your expert report."

14                 Do you see that?

15         A.      Yes.

16         Q.      And I believe you have included

17   in your report information that's kind of

18   responsive to that request with regard to

19   publications, correct?

20         A.      Yes.

21         Q.      Let's go ahead and look at your

22   report, and we have it as Exhibit 4, I

23   believe.

24                 (Whereupon, Exhibit Bourdeau 4

25          was marked for identification.)

Page 21

1    BY MS. SMITH:
2          Q.        And if you can look at page 2,
3    there's a section "List of Publications."
4    And what was your role in the publication you
5    have listed there?
6          A.        So this was a project that I
7    worked in with the other co-authors.  I
8    believe Alison Watts, who is the first
9    author, was the one who primarily drafted the
10   publication, and I did review the publication
11   prior to its submittal.  But I worked on the
12   project.  I believe I was the assistant
13   project manager for the project with
14   Geosyntec alongside with the University of
15   New Hampshire and the other players.
16         Q.        And what do you do as the -- or
17   what did you do as the assistant project
18   manager for the project?
19         A.        Yeah, so I led the majority of
20   the technical work.  I facilitated meetings,
21   I met with client partners, project partners,
22   interacted with staff, was responsible for
23   invoicing, and just general project
24   management of both the internal team and the
25   external team.

Page 22

1          Q.      And who was the client?

2          A.      The clients were the towns of

3    Exeter, New Hampshire; Newfields, New

4    Hampshire; and Stratham, New Hampshire.

5          Q.      Have you authored or

6    contributed to any other publications in the

7    last ten years?

8          A.      No.

9          Q.      And what about going back

10   beyond ten years, did you author or

11   contribute any publications prior to this

12   2016 publication?

13         A.      I think there may have been one

14   other publication.

15         Q.      And what was that?

16         A.      I did a publication on the

17   stormwater quality BMP database.  I don't

18   remember the year.  I know it's on my

19   LinkedIn profile.  But it's in the past ten

20   years, but...

21         Q.      And what was your involvement

22   in that?

23         A.      I was -- again, this was a

24   Geosyntec project that I was working on, and

25   so I was responsible for performing a bunch

Page 23

1    of the work on the project, reviewing data,

2    analyzing data associated with stormwater

3    quality from stormwater best management

4    practices, and I was a co-author on the

5    article.

6           Q.    And where was that published,

7    in what publication?

8           A.    I don't know off the top of my

9    head.  It was a long time ago.

10          Q.    When approximately was it?

11          A.    I would say it was probably in

12   the early 2000s, before 2010.

13          Q.    Did you also author a

14   publication called Integrated Planning for

15   Nitrogen Controls in the Exeter-Squamscott

16   Watershed?

17          A.    That's the same project that

18   this publication listed here is on.

19          Q.    Okay.  That's the same project

20   as the 2016 publication?

21          A.    That's correct.

22          Q.    Okay.

23          A.    That's correct.

24          Q.    And was that a separate -- was

25   there a separate kind of article or writing

Page 24

1    about that, or is it all a part of the one
2    that you have listed here?
3         A.    I'm not aware that there was a
4    separate article.  I know we prepared a
5    report for that project.  I believe this was
6    the only, like, research publication that
7    came out of that project.  If it was
8    published by another author, I wasn't aware
9    that it was published beyond just the Carsey
10   research.
11        Q.    Were there any other
12   publications that you authored or co-authored
13   or were involved in?
14        A.    Not that I remember.
15        Q.    Okay.  Let's go back to the
16   notice, and request number 3, which is for a
17   list of cases in which you have testified at
18   trial or deposition during the previous four
19   years, if not included in your expert report.
20             And am I correct that you
21   haven't testified as an expert in the
22   previous four years?
23        A.    That is correct.
24        Q.    You have written expert
25   reports, though, in the previous four years,

Page 25

1    is that correct?
2          A.     I have co-authored expert
3    reports in the previous four years.
4          Q.     Okay.  And how many reports
5    have you co-authored in the previous four
6    years?
7          A.     I would say probably three or
8    four.
9          Q.     All right.  And are those
10   projects listed on your CV?
11         A.     They are.
12         Q.     Can you point me to what they
13   are, please?
14         A.     I'm just grabbing my hard copy
15   of my CV.
16         Q.     Sure.
17         A.     Obviously this case would be
18   one of them but is not listed yet on my CV.
19                On page 2 of my CV it would be
20   the second entry for the confidential client
21   on erosion and sediment control out of
22   Georgia.
23                And it would also be the third
24   entry.
25                And I would say I'm currently

Page 26

1    working on a project where we are in the
2    process of preparing an expert report that is
3    not on my CV.
4         Q.    Okay.  And can you disclose
5    what that client is or what that matter is
6    about?
7         A.    It's confidential, but I'll
8    just use it in general terms.
9              We are working on behalf of the
10   plaintiff who owns property where the
11   defendant constructed a stormwater culvert, a
12   retaining wall, and there has been some
13   failures with both of those, both on --
14   there's been some sinkholes in the parking
15   area as well as some leaking through the
16   joints of the stormwater culvert, and so
17   we're working on behalf of the plaintiff to
18   determine what potential damages they should
19   seek in order to rectify the project.
20        Q.    And when do you anticipate
21   submitting that report?
22        A.    In the next 30 days.
23        Q.    For the two matters for which
24   you have submitted your report, other than
25   this one, the two that you pointed out on

Page 27

```
 1    your CV, what's the status of those cases, if
 2    you know?
 3           A.      I believe both of them have
 4    settled or been mediated since that -- since,
 5    yes.  I don't believe there's any ongoing
 6    litigation.
 7           Q.      And let's talk now about any
 8    kind of expert work you did prior to the past
 9    four years.  Were there reports that you
10    wrote going back further than four years?
11           A.      I often assist with preparation
12    of reports for experts.  Here at Geosyntec, I
13    think like many other firms, experts have
14    staff who help support and review documents
15    and research, etcetera, and assist, you know,
16    experts with, you know, understanding
17    documentation.
18                   So I think for a lot of my
19    career, I would say over the past ten years
20    I've been doing that style of work.
21           Q.      I see.  Assisting --
22           A.      That's correct.
23           Q.      -- other experts who are
24    working on reports?
25           A.      Yes.
```

Page 28

1           Q.      Serving as a behind-the-scenes
2    person working on that, is that right?
3           A.      Yes.
4           Q.      And are those noted on your CV?
5           A.      Yes.
6           Q.      Can you point out which
7    projects those are for?
8           A.      Yep.  So if you look at page 2,
9    it would be, you know, the last two, and then
10   the ones that are on the next page, the first
11   one, two, three, four, five.
12          Q.      And you have never testified as
13   an expert in a trial, correct?
14          A.      Correct.
15          Q.      All right.  Let's go back to
16   the notice and look at request number 4.
17   This, in summary, is for a list of materials
18   that you considered in forming your opinions
19   in this matter.
20                  And in looking at your report,
21   Exhibit Number 3, page -- on page 5 you have
22   included a section called "References" which
23   includes three documents.
24                  Do you see that?
25          A.      Yes.

Page 29

1          Q.      And are these documents that
2     you considered in forming your opinions in
3     this case?
4          A.      Yes.
5          Q.      And you call them references.
6     What do you mean by that kind of, I guess,
7     characterization?
8          A.      I just cited them throughout
9     the document, so I just used the term
10    "references."
11         Q.      They're reference to documents
12    that are cited within your report?
13         A.      Yes.
14         Q.      And are there any -- well,
15    strike that.
16                 Your report also includes two
17    exhibits, correct?
18         A.      Yes.
19         Q.      Exhibit A is called Notes and
20    Communication with DEEP, right?
21         A.      Yes.
22         Q.      And that includes e-mails that
23    we mentioned before between you or Attorney
24    Craven and personnel at Connecticut DEEP,
25    correct?

```
                                     Page 30
 1         A.      Yes.
 2         Q.      But there are no notes in
 3    Exhibit A, am I correct about that?
 4         A.      Yes.
 5         Q.      In your prior deposition you
 6    talked about the fact that you took notes
 7    during your conversation with Karen Abbott
 8    from Connecticut DEEP.  Is that accurate?
 9         A.      Yes, I believe I took notes on
10    one piece of paper, and I did during -- after
11    that deposition I did provide that to
12    counsel.
13         Q.      Okay.  And that -- the
14    conversation -- what was the discussion in
15    that conversation where you took notes?
16         A.      I believe the conversation was
17    around notice of violations as well as if
18    they had ever issued a notice of violation or
19    seen in any permit documents reference to
20    climate change.
21                 And so I asked Ms. Abbott about
22    that, and she had indicated that, no, they
23    had not issued any notice of violations in
24    the course of her time with DEEP, which I
25    believe is over 15 years, and that to her
```

Page 31

```
 1    knowledge she had not seen any language
 2    within any SWPPPs that she reviewed during
 3    site inspections or that were turned into her
 4    office that had provisions for climate change
 5    in them.
 6          Q.    And that information that she
 7    provided during the conversation that you
 8    took notes on is information that you
 9    considered in forming your opinions in this
10    case, correct?
11          A.    Yes.
12          Q.    And you said you have produced
13    those notes to counsel?
14          A.    I had produced them in my
15    previous deposition, and I think -- I thought
16    they were included with this one.  But if
17    they're not, I'm more than happy to provide
18    the one page.
19          Q.    And you said it was handwritten
20    notes, is that correct?
21          A.    Yep.  It was just handwritten,
22    that's correct.
23          Q.    And was it on like a piece of
24    lined paper, or what was it on?
25          A.    Yes, it was in a notebook, I
```

Page 32

1    believe.
2           Q.       The second exhibit to your
3    report, Exhibit B, it appears to be a list of
4    the 152 SWPPPs that you reviewed in this
5    matter.   Is that correct?
6           A.       That is correct.
7           Q.       And this is the same list that
8    you discussed during your previous
9    deposition, is that right?
10          A.       Yes.
11          Q.       So we've talked about the
12   materials that you list as references in your
13   report as materials you considered in forming
14   your opinion, correct?
15          A.       Yes.
16          Q.       There are the materials listed
17   in Exhibit A, the e-mails, correct?
18          A.       Yes.
19          Q.       There's your conversation with
20   Ms. Abbott and your notes about this
21   conversation with Ms. Abbott, correct?
22          A.       Yes.
23          Q.       And then the SWPPPs that are
24   listed in Exhibit B, correct?
25          A.       Yes.

1          Q.       Are there any other materials
2     that you considered in forming your opinions
3     in this matter?
4          A.       No.
5          Q.       All right.  Let's go to -- back
6     to the notice and look at request number 6.
7     Here we're asking about billing statements,
8     billing records, time sheets, and invoices
9     reflecting the amount of time you spent and
10    compensation you've received for your work.
11                  Do you see that?
12         A.       Yes.
13         Q.       And we received last night/this
14    morning six invoices.  Did you provide those
15    invoices to counsel?
16         A.       Yes.
17                  MS. SMITH:  And can we mark as
18         Exhibit 5 the invoices?
19                  (Whereupon, Exhibit Bourdeau 5
20         was marked for identification.)
21    BY MS. SMITH:
22         Q.       And is it your recollection
23    that there are six invoices?
24         A.       That is correct.
25         Q.       And do these appear to be the

Page 34

1    invoices that you provided?

2          A.      Yes.

3          Q.      And are these all of the

4    invoices that have been submitted to counsel

5    for defendants for your work in this case

6    thus far?

7          A.      To date, yes.

8          Q.      And I believe in your report

9    that your current rate is $330 an hour, is

10   that correct?

11         A.      Yes.

12         Q.      Is that for report writing,

13   deposition testimony, and trial testimony?

14         A.      Yes.

15         Q.      You don't have a different rate

16   for testimony in the case, is that correct?

17         A.      I do not, that's correct.

18         Q.      And have all of the invoices

19   that we have here as Exhibit 6 been paid?

20         A.      I haven't checked on this most

21   recent July 10th one, but all of the previous

22   invoices from 2022 and 2023, yes, have been

23   paid.

24         Q.      And do you have an additional

25   invoice that you'll submit for your time in

Page 35

1    preparing for this deposition, for this

2    deposition time?

3              A.    Yes.

4              Q.    Is there anything else, any

5    other work that you've done that you have not

6    submitted an invoice for yet?

7              A.    No.

8              Q.    All right.  You currently work

9    for Geosyntec Consultants, correct?

10             A.    Yes.

11             Q.    And you worked for them

12   previously starting in 2000 and -- well, when

13   did you work for them previously?

14             A.    I started working for them in

15   July 2006.

16             Q.    And when did you stop working

17   for them at that time?

18             A.    It was January, I think, 2016

19   time frame.  Let me just look at my CV.  I

20   think it was, yeah.

21                   That's correct, January 2016.

22             Q.    And what was your job title?

23             A.    I was a senior engineer at that

24   time.

25                   Let me just go back.  I mean,

Page 36

```
 1    when I started I was a staff engineer, and
 2    then over the course of ten years I was
 3    promoted to a senior engineer.
 4          Q.     And what types of projects were
 5    you working on then?
 6          A.     Over the course of the ten
 7    years it was a variety of projects.  I would
 8    say on any given year I work on probably 20
 9    to 30 different types of projects, all sort
10    of in the water resources engineering, you
11    know, area.
12               So that would be, you know,
13    permitting under sort of the National
14    Pollutant Discharge Elimination System, or
15    the NPDES, N-P-D-E-S, both for construction,
16    municipal separate storm sewer, the MS4
17    permit, or industrial; working for -- you
18    know, preparing, you know, calculations,
19    hydrologic modeling, hydraulic modeling,
20    working on watershed based plan, doing water
21    quality sampling work, doing audits.
22               So, you know, I would say a
23    host and a range of different projects.
24          Q.     And after you left in 2016 --
25    actually strike that.
```

Page 37

1              Before we move to that, are
2    there projects that are included on your CV
3    which are projects that you were working on
4    at that time, in the 2006 to 2016 time
5    period?
6         A.    Yes.
7         Q.    Can you -- are they together
8    kind of in this list, or are they scattered
9    in this list?
10        A.    Scattered, I would say.
11        Q.    Can you identify for me what
12   projects you were working on during that time
13   period?
14        A.    Sure.  I think on page 3, the
15   second project, the third project, the fourth
16   project, the fifth project, the project at
17   the bottom.
18              On page 4, it would be the top
19   three projects.
20              MR. CRAVEN:  Attorney Smith, I
21        don't want to interrupt the question,
22        but the exhibit that's being scrolled
23        on the video is not the exhibit that
24        you're talking about, and so I just
25        want to make sure it's clear if this

Page 38

```
 1          is being videoed and somehow what's
 2          being shown is a different document.
 3          I believe you've been asking
 4          Ms. Bourdeau about Exhibit 3, which is
 5          her CV.
 6                    MS. SMITH:  Yes, that's
 7          correct.  Thank you.  I will do a
 8          better job of identifying the exhibit
 9          number to make this go a little
10          smoother.
11                    THE WITNESS:  On page 5, I
12          don't think any of those are right.
13                    On page 6, it would be the
14          third project down.
15                    On page 7, would be one, two,
16          three -- the fourth project down.
17                    On page 8, it would be all of
18          the newly introduced projects.
19   BY MS. SMITH:
20          Q.    You say "all of the newly
21   introduced projects"?
22          A.    There's just some carryover
23   text from the previous page at the top.
24          Q.    Thank you.  Yes.  Okay.
25                    So all of the projects on that
```

Page 39

```
1    page with the heading are --
2         A.      That is correct.
3                 On page 9, it would be one,
4    two, three -- the first four projects and the
5    last project.
6                 Page 10, it would be all the
7    projects.
8                 And the same for page 11.
9         Q.      Okay.  These are -- and you've
10   just gone through all the projects that
11   you've worked on during that 2006 to 2016
12   time period when you were working for
13   Geosyntec, correct?
14        A.      That is --
15                MR. CRAVEN:  Objection to form.
16                You can answer.
17   BY MS. SMITH:
18        Q.      Is that correct?
19        A.      Yeah, the projects I've just
20   listed were the ones that I worked on between
21   2006 and 2016 at Geosyntec.
22        Q.      Okay.  Thank you.
23                And after that, after working
24   at Geosyntec until 2016, you went to work for
25   Wright-Pierce, is that correct?
```

Page 40

```
 1          A.      Yes.

 2          Q.      And what kind of company is

 3   Wright-Pierce?

 4          A.      Wright-Pierce is also an

 5   environmental consulting firm.  They do --

 6   they are primarily located in New England.  I

 7   believe they also have offices now in

 8   Florida.  And they primarily work for

 9   municipalities doing both wastewater,

10   drinking water, and civil infrastructure

11   work.

12          Q.      And how long were you there?

13          A.      I was there for nine months.

14          Q.      And what was your role -- well,

15   strike that.

16                  What was your title there?

17          A.      I believe I was a project

18   engineer.

19          Q.      And what types of job

20   responsibilities did you have?

21          A.      I primarily was working on

22   several infrastructure projects, so sewer

23   separation projects, nutrient control

24   planning projects, watershed planning

25   projects, road reconstruction, design of
```

Page 41

1    stormwater best management practices, those
2    types of projects.
3         Q.    And can you identify on your CV
4    the projects that you worked on during that
5    time when you were working for Wright-Pierce?
6         A.    Yeah.  And again, the CV
7    doesn't represent all of the projects that
8    I've worked on in my career.
9              Let me see, I did see one as I
10   was going through here.  At the bottom of
11   page 5, the Winnicut River Watershed Based
12   Plan was one of them.
13             Also on that page was the
14   Wastewater and Stormwater Nitrogen Control
15   Plan, which is right above the Winnicut River
16   one.
17             On the following page, page 6
18   at the top, that project as well.
19             And then on page 9, the Indian
20   Head Heights Stormwater Report was another
21   one.
22             I believe those are all of the
23   projects.
24        Q.    Okay.  Thank you.
25             After leaving Wright-Pierce you

Page 42

```
 1    went to work for Horsley Witten Group, is
 2    that correct?
 3             A.      Yes.
 4             Q.      And it looks like that was
 5    until 2020, right?
 6             A.      Yes.
 7             Q.      And again can you tell me
 8    generally what type of company Horsley Witten
 9    Group is?
10             A.      Horsley Witten is an
11    environmental consulting firm, similar to
12    both Geosyntec and Wright-Pierce.  They do
13    groundwater work, stormwater work, civil
14    infrastructure work.  They're a small
15    business primarily located on Cape Cod with
16    small offices both in Boston, and Exeter, New
17    Hampshire, and Providence, Rhode Island.
18             Q.      And what was your title there?
19             A.      I believe I was a senior
20    engineer there.
21             Q.      And what types of work were you
22    doing there?  Is it the same types of work
23    that you had previously been doing for your
24    other employers?
25             A.      Yes.
```

                                        Page 43

1        Q.      Can you identify on your CV any

2    project that you worked on while you were

3    with Wright-Pierce?

4        A.      This would be with Horsley

5    Witten Group, correct?

6        Q.      I'm sorry.  Yes.  Thank you.

7        A.      On page 3, the Dover Waterfront

8    Development project, the second to the last

9    project on the bottom.

10               On page 4, the third project

11   down, Sucker Brook.  Also the Burlington

12   Integrated Plan, Phosphorus Control Plan, the

13   Country Pond Phosphorus Control Plan, the

14   Stormwater Municipal Planning for Pease

15   Development Authority.

16               On page 5, it would be the

17   first three projects there.

18               On page 7, it would be the

19   Construction Inspections one.  Also on

20   page 7, Morrissey Boulevard Redesign.

21               I believe that's all of them.

22       Q.      Did you say the Sunrise Lake

23   Phosphorus Control Plan on page 4 was also

24   with Horsley Witten, or no?

25       A.      It was not.

Page 44

1          Q.     It was not.  Okay.

2                 And so after Horsley Witten you

3     went back to Geosyntec, correct?

4          A.     Yes.

5          Q.     Where you are today.

6                 And is your title currently a

7     principal water resource engineer?

8          A.     Yes.

9          Q.     And are the projects on your CV

10    that you haven't identified with one of the

11    other companies you've worked for projects

12    that you've worked on with Geosyntec at this

13    second time that you worked for Geosyntec?

14         A.     Yes.

15         Q.     During the course of your

16    career have your clients included any oil

17    companies?

18                MR. CRAVEN:  Objection to form.

19                You can answer.

20                THE WITNESS:  Thanks.

21                Geosyntec does work for several

22         oil companies, and I think over the

23         course of my career I may have

24         contributed work as part of one of

25         those projects in the first, you know,

Page 45

```
 1           ten years of my career.  But again, I
 2           don't remember every project that I
 3           worked on and explicitly what I was
 4           doing.
 5    BY MS. SMITH:
 6           Q.     And what company was that
 7    project for that you do recall doing some
 8    work on?
 9           A.     I'm not saying I recall doing
10    work.  I'm just saying if I was to have done
11    work for an oil company, it would have been
12    with Geosyntec most likely.
13           Q.     Okay.  Do you have a specific
14    recollection of doing work for an oil
15    company?
16           A.     I don't.  I think for some of
17    the -- actually I'll take that back.  I think
18    for some of the litigation around -- which is
19    listed on my CV around MBTE contamination,
20    which is on page 3, again, I was primarily
21    reviewing documents.  I don't remember who
22    the client was for that case.
23                  But that's the only one I think
24    may be related to that.
25           Q.     Okay.  So you think that that
```

Page 46

```
 1    project, that the client -- the Geosyntec
 2    client may have been an oil company?
 3         A.    It may have been.
 4         Q.    Okay.  But you don't -- do you
 5    have a recollection of which company that
 6    would have been?
 7         A.    I do not.  I don't feel
 8    confident in -- I would be guessing, so I'm
 9    not going to state.
10         Q.    Have your -- during the course
11    of your career have any of your clients
12    included bulk petroleum storage terminals?
13              MR. CRAVEN:  Objection to form.
14              THE WITNESS:  No.
15              MR. CRAVEN:  Just to clarify,
16         you're talking not this case, you're
17         talking historically?
18              MS. SMITH:  That's correct.
19              MR. CRAVEN:  Okay.
20              THE WITNESS:  No.
21    BY MS. SMITH:
22         Q.    Okay.  Thank you.
23              Have you worked on -- I think I
24    know the answer to this, but have you worked
25    on SWPPPs for any bulk petroleum storage
```

Page 47

1    terminals before?

2         A.     No.

3         Q.     Have you worked on the

4    development of any SWPPPs pursuant to the

5    Connecticut DEEP general permit?

6         A.     I have worked on sites in

7    Connecticut that were governed under the

8    Connecticut general permit, but I believe I

9    assisted with preparation of a SWPPP.  I did

10   not stamp that SWPPP, but I did assist in

11   preparing that.

12        Q.     And who was the -- who was --

13   what was the company that that SWPPP was

14   being prepared for?

15        A.     I don't recall the company name

16   for that SWPPP.  Again, that would have been

17   in the first ten years of my career.

18        Q.     And is that the only instance

19   that you can recall that you worked on the

20   development of a SWPPP under the Connecticut

21   DEEP general permit?

22        A.     Yes.

23        Q.     And do you recall what sort of

24   company that was?

25        A.     It was an industrial facility.

Page 48

1    I don't recall what they were manufacturing
2    or making.
3           Q.     Have you been the certifying
4    engineer for any SWPPPs?
5           A.     Yes.
6           Q.     And for what SWPPPs were you
7    the certifying engineer?
8           A.     So we have prepared SWPPPs
9    under the municipal separate storm sewer
10   permit.  We have prepared SWPPPs for
11   municipal facilities under that permit.
12          Q.     And for how many have you been
13   the certifying engineer?
14          A.     Maybe four or five.  And I
15   would state that here at Geosyntec, typically
16   how we stamp documentation is that the most
17   senior person on the project is responsible
18   for stamping it, so I'm not always identified
19   as that person.  So while I may have not
20   stamped that many SWPPPs, I have contributed
21   to creating many more SWPPPs throughout New
22   England as part of my job.
23          Q.     And the four or five that you
24   were the certifying engineer for, in what
25   state were those located?

Page 49

```
 1          A.      Those were in New Hampshire.
 2          Q.      You were not the certifying
 3   engineer for the SWPPP that you worked on
 4   pursuant to the Connecticut DEEP general
 5   permit, correct?
 6          A.      That is correct.
 7          Q.      In what states have you worked
 8   with clients on preparation of SWPPPs?
 9          A.      I mean, I would say nationally
10   I've worked in a lot of states.  I can't
11   recall all of the states that I've worked in.
12   I mean, Geosyntec is a national company and
13   we do do a lot of collaboration across the
14   firm.  So, you know, I've done, you know, in
15   plenty -- lots of states, I would say,
16   throughout the country.
17          Q.      Which ones can you recall,
18   sitting here?
19          A.      I would say Georgia, Ohio, you
20   know, Massachusetts, New Hampshire, Vermont,
21   the one in Connecticut, California.  Those
22   are the ones I would say I can recall off the
23   top of my head.
24          Q.      Have you participated in the
25   preparation of SWPPPs for any coastal --
```

Page 50

```
 1    industrial stormwater SWPPPs for any coastal
 2    facilities?
 3            A.      I can't say I remember every
 4    SWPPP I've ever prepared or worked on, so I
 5    don't think I can factually say yes or no to
 6    that question.
 7            Q.      Can you recall any that you
 8    have worked on that were coastal facilities?
 9            A.      I know I've worked on some
10    coastal facilities in, you know, scrap metal
11    yards, etcetera, where we've reviewed SWPPPs,
12    etcetera, and I've been part of that process.
13    So, you know, I know that they exist, yes.
14            Q.      Can you give a general kind of
15    estimate of how many coastal facilities
16    you've worked on their SWPPPs?
17            A.      Yeah, I can't give an exact
18    estimate.
19            Q.      To your knowledge have any of
20    the clients that you've worked with
21    incorporated climate change considerations in
22    their SWPPPs?
23            A.      I think that depends on the
24    regulations that we're working with and what
25    state we're working in.  Typically the
```

Page 51

1    regulations will dictate what the permittee

2    should include in their SWPPPs, and we use

3    that as a guideline when preparing SWPPPs for

4    our clients.

5          Q.    I think the question in

6    particular was, have any of your clients ever

7    incorporated climate change considerations in

8    your SWPPPs?  So do you know of specific

9    clients who have?

10         A.    I'm just trying to think about

11   the more recent SWPPPs I've done, and I don't

12   believe the clients have included climate

13   change in the SWPPP.

14         Q.    Have you ever advised a client

15   to do so, to include considerations of

16   climate change in the SWPPP?

17         A.    Again, you know, when preparing

18   a SWPPP, ensure that our clients are in

19   compliance with the regulatory documents and

20   the permit, and that's really our focus, and

21   so if the permit, you know, recommends that

22   the client do a climate change assessment

23   analysis, you know, we would do that.  And

24   so, you know, we typically, you know, are

25   going to let the permit dictate what goes

Page 52

1    into the SWPPP.
2         Q.      And so are there instances
3    where you have advised a client to make those
4    considerations?
5         A.      Not that I recall, no.
6         Q.      When you obtained and reviewed
7    the 152 SWPPPs listed in Exhibit B of your
8    report, you were serving as a fact witness
9    for defendants in this litigation, correct?
10        A.      Yes.
11        Q.      And you were retained then as
12   an expert witness by King & Spalding in June
13   of this year, is that correct?
14        A.      Yes.
15        Q.      And how did that come about?
16             MR. CRAVEN:  Objection to form.
17             You can answer.
18             THE WITNESS:  I received an
19        e-mail from King & Spalding asking if
20        I could jump on a call.  I jumped on a
21        call with King & Spalding, and they
22        asked if I could prepare an expert
23        report that summarized the materials
24        that I collected and reviewed for the
25        case in 2022 and 2023.

Page 53

BY MS. SMITH:

Q.      And was your sole assignment to prepare such a report?

A.      Yes.

Q.      And is that the only work that you have done as an expert since being, I guess, retained as an expert, was preparing this report, is that correct?

MR. CRAVEN:  Objection to form.

THE WITNESS:  Yes, with the exception of preparing for this deposition.

BY MS. SMITH:

Q.      Thank you.

Have you worked with King & Spalding in any other matters?

A.      Yes.

Q.      What matters was that?

A.      On my rèsumè, for one of the -- let me see if I can find it here.  On page 2, the third project down.  Sorry.

Q.      That's the Confidential Erosion and Sediment Control Litigation Support?

A.      Yes.

Q.      And when was that?

Page 54

```
 1        A.     It was within the last five
 2   years.  I believe it was probably '21-'22
 3   time frame.  Maybe '20 to 2022.
 4        Q.     Have you worked with Beveridge
 5   & Diamond on any matters other than this case
 6   and the Providence, I know, case as well?
 7        A.     I haven't had a retainer letter
 8   with Beveridge & Diamond on any other case,
 9   no.
10        Q.     Have you otherwise performed
11   work for them on any other case?
12        A.     I may have been asked by
13   another expert to help support a case that
14   Beveridge & Diamond was the lead attorneys
15   for.
16        Q.     And would that be another
17   expert at Geosyntec?
18        A.     That is correct.
19        Q.     Do you recall what sort of case
20   that was?
21        A.     It most likely -- I don't
22   recall exactly what case that was, but
23   Geosyntec does a fair amount of work with
24   Beveridge & Diamond.  Some of our experts --
25   our other experts in our firm do.
```

Page 55

1          Q.     Have you worked with Wiggins
2     and Dana on any matters other than this one?
3          A.     No.
4          Q.     And what about Hilgers Grabin,
5     have you worked with them on any matters
6     other than this one?
7          A.     No.
8          Q.     All right.  Your role in this
9     matter included reviewing SWPPPs to determine
10     if they contain provisions related to climate
11     change, correct?
12          A.     My role in the project was to
13     determine if the best industry practice was
14     to include climate change in SWPPPs under the
15     current general permit.
16          Q.     And to do that you reviewed
17     SWPPPs that were submitted to Connecticut
18     DEEP, correct?
19          A.     I reviewed publicly available
20     SWPPPs.  So as part of my scope of work, we
21     downloaded some off of the Connecticut DEEP's
22     website, we also went into the records room
23     and reviewed ones that were in files there
24     that had been requested to or submitted to
25     Connecticut DEEP.

Page 56

1          Q.      And you learned during the
2     investigation that there were 1,647
3     industrial permittees in Connecticut listed
4     on DEEP's website, correct?
5          A.      Yes.  Karen Allen also
6     confirmed that there was 1,647 permittees
7     under the industrial stormwater general
8     permit.
9          Q.      And I think you previously
10    testified that all of the permittees are
11    required to prepare a SWPPP, is that right?
12         A.      Under the general permit they
13    are required to submit -- to prepare a
14    stormwater pollution prevention plan under
15    the permit.
16         Q.      And you determined what SWPPPs
17    you would review by identifying and locating
18    the SWPPPs that were publicly available,
19    correct?
20         A.      I only reviewed publicly
21    available SWPPPs.
22         Q.      And there was no other criteria
23    that you applied to decide which of the 1,647
24    SWPPPs you would review, is that right?
25         A.      That's correct.  I reviewed

Page 57

```
 1    every publicly available SWPPP that I could
 2    find that was covered under the industrial
 3    general permit.
 4           Q.      And that was 152 SWPPPs, is
 5    that right?
 6           A.      That is correct.
 7           Q.      And did you attempt to contact
 8    any of the other permittees whose SWPPPs were
 9    not publicly available to determine if they
10    would allow you to review their SWPPPs?
11           A.      At one point I believe I did do
12    some outreach to additional facilities.
13    Those were primarily, I believe, oil and gas
14    facilities.  But I got nowhere with that.
15           Q.      And how many facilities did you
16    reach out to?
17           A.      Maybe six.
18           Q.      And when did you reach out to
19    those facilities?
20           A.      It would have been between
21    November 2022 and May 2023.
22           Q.      And do you recall which
23    facilities you reached out to?
24           A.      I don't.
25           Q.      Do you have a record somewhere
```

Page 58

```
 1    of which facilities you reached out to?
 2           A.     I don't.
 3           Q.     Did you reach out via -- how
 4    did you reach out to them?
 5           A.     I went on website and found
 6    environmental compliance personnel, and I
 7    phone-called them.
 8           Q.     When you were reviewing the
 9    SWPPPs, the 152 SWPPPs that you reviewed,
10    were you looking for the presence of certain
11    terms that would indicate to you that the
12    SWPPP included considerations related to
13    climate change?
14           A.     Yes.  When I reviewed the
15    SWPPP, I was reviewing to see if permittees
16    took into consideration extreme
17    precipitation, sea level rise, you know,
18    changing weather patterns, adverse weather,
19    severe storms, etcetera.
20           Q.     And you were looking for those
21    terms within the SWPPP, is that right?
22           A.     I wasn't just -- can you hear
23    me?
24           Q.     Yes.
25           A.     Sorry.  It just paused, so...
```

Page 59

```
 1              I wasn't doing keyword searches
 2   per se, but I tried to indicate that when
 3   preparing the SWPPP the permittee took into
 4   consideration climate change.
 5         Q.     I think --
 6              MR. CRAVEN:  I think her
 7         testimony there in the last couple
 8         answers was broken up during the Zoom
 9         transmission.  At least it was for me.
10              MS. SMITH:  It was for me.
11   BY MS. SMITH:
12         Q.     Can you do your best to repeat
13   your answer, Ms. Bourdeau?
14         A.     Can you restate your question?
15         Q.     Yes.  I was asking -- well, can
16   I restate my question?  I was asking what --
17   we were talking about that you were looking
18   for -- whether you were looking for
19   particular terms in making the determination
20   about whether a permittee considered climate
21   change.
22         A.     I didn't necessarily do keyword
23   searches per se.  When I was reviewing the
24   text I was generally trying to determine if
25   the permittees and engineers who were writing
```

Page 60

```
 1    the SWPPPs were including language which
 2    suggests that they were considering climate
 3    change such as sea level rise, extreme
 4    precipitation patterns, terms like that
 5    associated with climate change.
 6           Q.     And other than kind of looking
 7    for, kind of, words that are associated with
 8    climate change, how else did you determine
 9    whether the facility considered climate
10    change factors?
11           A.     It was primarily through
12    reading.  I would also state that I had
13    conversations with Karen Abbott with DEEP
14    while I was in the facility and specifically
15    asked her, you know, during her tenure with,
16    you know, DEEP that during facility
17    inspections or a review of SWPPPs and
18    documentation if she had -- was aware that
19    permittees were considering climate change in
20    preparation of permit documents, and
21    Ms. Abbott said no, you know.  So, you know,
22    I relied on that as well.
23           Q.     Did you reach out to any of the
24    individuals who prepared the SWPPPs that you
25    were reviewing to ask if they considered any
```

Page 61

```
 1    climate change factors in drafting the
 2    SWPPPs?
 3           A.      No.
 4           Q.      Have you spoken to any of the
 5    individuals who prepared the SWPPPs that you
 6    reviewed?
 7           A.      No, but I would state that, you
 8    know, the 2021 current general permit doesn't
 9    require permittees to consider climate change
10    in preparation of their SWPPPs.
11                   And I would state that, you
12    know, Ms. Karen Abbott also indicated that,
13    you know, with all of the facilities that
14    she's inspected and reviewed there were no
15    considerations for climate change in any of
16    the documentation that she reviewed.
17           Q.      Understood.  I'm trying now to
18    find out whether you actually spoke to anyone
19    who prepared the SWPPPs or communicated with
20    them in any way.  It sounds like you did not,
21    is that correct?
22           A.      I did not reach directly out to
23    any engineers who prepared the SWPPPs.
24           Q.      Have you spoken with anyone at
25    the permittees' facilities?
```

Page 62

1          A.      No.

2          Q.      Did you -- have you visited any

3    of the facilities whose SWPPPs you reviewed?

4          A.      No.

5          Q.      And you were also looking to

6    determine whether the SWPPPs documented the

7    completion of a facility climate change

8    vulnerability risk assessment or an adverse

9    weather facility assessment, correct?

10          A.      Correct.  As part of the

11   climate change sort of review in general I

12   was looking to see if, you know, they were

13   looking to determine vulnerable areas, you

14   know, on the site, you know, in assessing a

15   climate change to address.

16               So again, in that general

17   reading I was really looking for anything

18   that could indicate that they were

19   considering climate change when preparing

20   their SWPPP.

21          Q.      And you also state in your

22   report, I believe, that you reviewed

23   enforcement actions in the industrial

24   permittees' files at Connecticut DEEP, is

25   that correct?

Page 63

```
 1          A.      Yes.
 2          Q.      And when you say "enforcement
 3     actions," are you referring to notices of
 4     violation?
 5          A.      Yes.  I reviewed notices of
 6     violations that were contained in the folder
 7     that were pulled at the Connecticut DEEP
 8     office.
 9          Q.      And did you take photos of the
10     notices of violations that you reviewed?
11          A.      I don't believe I did.
12          Q.      Okay.  Did you otherwise attain
13     copies of those notices of violation?
14          A.      No.
15          Q.      And do you have a list of the
16     notices of violations that you reviewed?
17          A.      I do not.
18          Q.      Do you recall how many of the
19     files contained notices of violation?
20          A.      I do not, but I do know that
21     the ones that did contain notice of
22     violations, they were primarily around daily
23     monitoring reports, and that none of those
24     notice of violations had anything to do with
25     SWPPPs being deficient of containing language
```

Page 64

```
 1    for climate change.
 2          Q.      But you don't remember of the
 3    1,647 industrial permittees how many actually
 4    had notices of violation that you reviewed,
 5    is that correct?
 6          A.      That's correct.  I reviewed the
 7    notices of violations, and if they weren't
 8    pertinent to the information I was looking
 9    at, I kind of just moved on.
10          Q.      Have you gone back to the
11    records room at Connecticut DEEP since your
12    initial investigation?
13          A.      No.
14          Q.      Have you received any
15    additional SWPPPs from anyone at Connecticut
16    DEEP?
17          A.      No.
18          Q.      Have you had any additional
19    conversations with anyone at Connecticut
20    DEEP?
21          A.      No.
22          Q.      Or e-mails, have you had any
23    additional e-mails with anyone at Connecticut
24    DEEP?
25          A.      No.
```

Page 65

```
 1        Q.     Have you received any
 2   additional SWPPPs from counsel for
 3   defendants?
 4        A.     I'm sorry, can you repeat your
 5   question?  It just broke up.
 6        Q.     Sure.
 7               Have you received any
 8   additional SWPPPs from counsel for
 9   defendants?
10        A.     No.
11        Q.     Have you found any additional
12   SWPPPs for this matter through your own
13   research?
14        A.     No.
15        Q.     And so since your deposition it
16   sounds like you haven't reviewed any
17   additional SWPPPs prepared by industrial
18   facilities in Connecticut.  Correct?
19        A.     That is correct.  Yeah, I was
20   retained on June 9th of this year, you know,
21   and I had a week or so to prepare an expert
22   report, so I did not do any additional
23   research.
24        Q.     And during your original
25   investigation, did you review the SWPPPs for
```

Page 66

1    all of the permittees located in New Haven
2    Harbor?
3            A.      The list of permittees which I
4    reviewed are listed on an exhibit to my
5    report.  Those are the 152 facilities that I
6    reviewed.
7            Q.      And do you know if that
8    included all of the permittees located in New
9    Haven Harbor?
10           A.      I can't state whether it did or
11   not.  It's a small subset -- or it's a subset
12   of, you know, the 1,600 or so facilities.
13           Q.      And do you know how many there
14   are in New Haven Harbor?
15           A.      I do not.
16           Q.      All right.  I'm going to be
17   referring to the opinions in your report now.
18   Do you want to get that in front of you?
19                   MS. SMITH:  And, Chris, if you
20          want to pull that up.  It is
21          Exhibit --
22                   MR. CRAVEN:  Attorney Smith,
23          can we take like a five-minute
24          break --
25                   MS. SMITH:  Sure.

Page 67

```
1              MR. CRAVEN:  -- or ten minutes,
2       whatever people need?
3              MS. SMITH:  Of course.
4              THE VIDEOGRAPHER:  Going off
5       the record.  The time is 11:53 a.m.
6              (Whereupon, a recess was
7       taken.)
8              THE VIDEOGRAPHER:  We're now
9       back on the record.  The time is
10      11:57 a.m.
11   BY MS. SMITH:
12      Q.    All right.  We're going to
13   talk -- I'm going to ask you some questions
14   now about the Opinions section of your expert
15   report, which is Exhibit Number 4, on page 4
16   of 5.
17              Do you have that in front of
18   you?
19      A.    I do.
20      Q.    So your opinion number 1 is, in
21   summary, that the 2018 and 2021 general
22   permits don't require permittees to consider
23   climate change when preparing a SWPPP,
24   correct?
25      A.    Yes, my opinion is that the
```

Page 68

```
 1    2021 permit does not contain a requirement
 2    that permittees consider climate change when
 3    preparing a SWPPP.
 4          Q.      And can you tell me everything
 5    that opinion is based on?
 6          A.      That's based on --
 7                  MR. CRAVEN:  Object to form.
 8                  You can answer.  Go ahead.
 9                  THE WITNESS:  That's based on
10          my review of the permit as well as,
11          you know, looking at -- or talking
12          with Karen Abbott and asking her, you
13          know, whether SWPPPs contained
14          language, and she stated to me that
15          they do not require it, it is not part
16          of the permit, and therefore, you
17          know, we would not be anticipated to
18          see climate change referenced in a
19          SWPPP because it's not in the permit.
20    BY MS. SMITH:
21          Q.      Anything else that that opinion
22    is based on?
23                  MR. CRAVEN:  Objection to form.
24                  You can answer.
25                  THE WITNESS:  I don't believe
```

Page 69

1          so.
2      BY MS. SMITH:
3              Q.     All right.  Your second opinion
4      is that the 2011 SWPPP guidance document for
5      preparing a stormwater pollution prevention
6      plan doesn't contain a requirement that
7      permittees consider climate change when
8      preparing the SWPPP, correct?
9              A.     Yes.
10             Q.     And what is that opinion based
11     on?
12             A.     That is based on a review --
13                    MR. CRAVEN:  Object to form.
14                    Go ahead.
15                    THE WITNESS:  I'll slow down.
16                    That is based on a review of
17         the 2000 [Zoom interference] document.
18     BY MS. SMITH:
19             Q.     I'm sorry, I think maybe you
20     cut out a little bit.  You said it was based
21     on the review of the what?
22             A.     2011 SWPPP guidance document.
23             Q.     Anything else that that opinion
24     is based on?
25             A.     No.

Page 70

1          Q.    All right.  Your opinion number
2    3 that, "None of the SWPPPs reviewed
3    contained considerations for 'climate change'
4    or similar terms."
5              And can you explain what that
6    opinion is based on?
7                   MR. CRAVEN:  Objection to form.
8                   THE WITNESS:  My third opinion
9          that "none of the SWPPPs reviewed
10         contained considerations for 'climate
11         change' or similar terms" was based on
12         my review of the 152 SWPPPs as part of
13         my research, as well as
14         conversations -- well, like I said,
15         that's based on review.
16   BY MS. SMITH:
17         Q.    Okay.  And your opinion number
18   4, "DEEP has not taken or issued an
19   enforcement action for a permittee not
20   including considerations for 'climate change'
21   when preparing the SWPPP."
22              What is that based on?
23         A.    Opinion 4 is based on my review
24   of the notice of violations that were
25   contained in the folders in the DEEP's record

Page 71

1    room as well as my conversations with

2    Ms. Karen Abbott.

3          Q.     Is it your understanding that

4    Ms. Abbott has been with Connecticut DEEP

5    since Connecticut DEEP began issuing

6    enforcement actions?

7                   MR. CRAVEN:  Objection to form.

8                   THE WITNESS:  I haven't done

9          extensive research on Karen Abbott's

10         career and how long she's been with

11         DEEP -- I think she said it was

12         15 years -- or when she started or

13         what her roles were in all those

14         situations, so I can't answer that

15         question.

16   BY MS. SMITH:

17         Q.     Okay.  You don't know how

18   long -- you said you think she's been there

19   for maybe 15 years, is that correct?

20         A.     Correct.  That is what she told

21   me.

22         Q.     And did you speak with anyone

23   else about this issue regarding whether DEEP

24   had taken enforcement action for a permittee

25   not including considerations for climate

Page 72

1    change?

2            A.     It was just Karen Abbott.

3            Q.     Okay.  Do you know if

4    Ms. Abbott spoke to anyone else at

5    Connecticut DEEP to determine whether the

6    agency had ever issued an enforcement action

7    for a permittee not including climate change

8    considerations when preparing a SWPPP?

9            A.     I can't answer that question.

10   I don't know.

11           Q.     She didn't say one way or the

12   other, is that correct?

13           A.     That's correct.

14           Q.     All right.  With regard to

15   opinion number 5, what is that opinion based

16   on?

17                  MR. CRAVEN:  Objection to form.

18                  You can answer.

19                  THE WITNESS:  Opinion number 5

20           is to determine if best industry

21           practice was to include climate change

22           provisions in the SWPPP.  For the

23           SWPPPs I reviewed I would have seen

24           climate change addressed in it.

25                  ///

Page 73

```
 1   BY MS. SMITH:
 2         Q.      I completely lost you.
 3               MS. SMITH:  Madam Court
 4         Reporter, could you hear
 5         Ms. Bourdeau's response?
 6               THE STENOGRAPHER:  I heard part
 7         of it.  Do you want me to read what I
 8         heard?
 9               MS. SMITH:  Yes.
10         Q.      And, Ms. Bourdeau, if you could
11   add in whatever is missing there, that would
12   be great.
13               (Whereupon, the reporter read
14   back the requested answer.)
15         Q.      Ms. Bourdeau, can you repeat
16   your answer?
17         A.      Yes.
18               MR. CRAVEN:  Objection to form.
19               THE WITNESS:  My answer is, my
20         opinion 5 was based on review of the
21         SWPPPs I looked at to determine if the
22         best industry practice was to include
23         climate change in those SWPPPs, and
24         based on my review, if it was best
25         industry practice, I would have
```

Page 74

```
 1          expected to see climate change
 2          mentioned in those -- in at least one
 3          or two of those 152 SWPPPs or more.
 4   BY MS. SMITH:
 5          Q.    Okay.  And I assume -- well,
 6   strike that.
 7               Is that opinion also based on
 8   conversations you had with Ms. Abbott?
 9          A.    Yes, that is correct.  From
10   SWPPPs that maybe I did not publicly review
11   but documents that she reviewed at
12   facilities, that it was not best industry
13   practice for climate change to be considered
14   in preparation of permit documents since the
15   2021 permit does not require that.
16          Q.    Is there anything else that
17   your opinion number 5 is based on?
18               MR. CRAVEN:  Objection to form.
19               THE WITNESS:  No.
20   BY MS. SMITH:
21          Q.    Did you conduct any other
22   document review to determine whether it's
23   best industry practice for permittees to
24   consider climate change when preparing a
25   SWPPP?
```

Page 75

```
 1              MR. CRAVEN:  Objection to form.
 2              THE WITNESS:  No.  I simply
 3         reviewed the SWPPPs prepared by
 4         engineers for permittees under the
 5         permit to determine if they considered
 6         climate change when preparing their
 7         SWPPP.
 8   BY MS. SMITH:
 9         Q.    Did you review any Shell
10   documents -- well, strike that.
11              Have you reviewed any Shell
12   documents in this case called design
13   engineering practice informatives, or DEPs?
14         A.    No.  I was not asked to review
15   any Shell-specific documentation.
16         Q.    And counsel didn't provide you
17   with any documents that they produced in this
18   litigation for purposes of your research,
19   correct?
20         A.    That is correct.
21         Q.    And did you request any
22   documents from counsel?
23         A.    No.  I requested --
24              MR. CRAVEN:  Objection to form.
25              THE WITNESS:  No.  I requested
```

Page 76

```
 1          no documents.  I was only looking for
 2          publicly available documents.
 3     BY MS. SMITH:
 4          Q.      Does this report contain all of
 5     your opinions in this matter and the basis
 6     for those opinions?
 7          A.      Yes.
 8          Q.      Do you have any current plans
 9     to supplement this report?
10          A.      No.
11               MS. SMITH:  All right.  If we
12          can go off the record, I'll take just
13          a minute to review my notes and see if
14          there's any other questions that I
15          have.  Maybe give me five minutes.
16               THE VIDEOGRAPHER:  Going off
17          the record.  The time is 12:06 p.m.
18               (Whereupon, a recess was
19          taken.)
20               THE VIDEOGRAPHER:  We are now
21          back on the record.  The time is
22          12:09 p.m.
23               MS. SMITH:  Ms. Bourdeau, thank
24          you for your time today.  I don't have
25          any further questions.
```

Page 77

```
 1              THE  WITNESS:   Thank you.
 2                   EXAMINATION
 3  BY MR. CRAVEN:
 4       Q.    Ms. Bourdeau, I have a couple
 5  follow-up questions.
 6              When you went to the reading
 7  room at DEEP, did you review the notice of
 8  violations that were available with regards
 9  to stormwater program for Connecticut DEEP?
10       A.    When I went to the records room
11  and pulled the industrial stormwater general
12  permit files, if there was a notice of
13  violation in the file, yes, I did review the
14  notice of violations.
15       Q.    And counsel asked you if you
16  took photographs of those notice of
17  violations.  Is it your understanding that
18  whatever is in the records room by
19  Connecticut DEEP is archived there so that
20  they're available for the public to look at
21  if someone wanted to go and review the notice
22  of violations that you looked at?
23       A.    Yes, that is correct.  Anyone
24  can schedule appointments, go to the records
25  room, and request to look at those files just
```

Page 78

1    like I did.
2          Q.      Similarly with regards to the
3    SWPPPs that you reviewed in the Connecticut
4    DEEP records room, you took pictures of
5    oftentimes just the cover sheet and then
6    engineer's stamp for those SWPPPs, but you
7    didn't take pictures of entire body of the
8    SWPPPs, you reviewed those while you were
9    there, correct?
10          A.      Yes, that is correct.
11          Q.      And if someone wanted to go and
12   do what you did and look at all of the SWPPPs
13   that are publicly available at the
14   Connecticut DEEP reading room, they could do
15   that?
16          A.      Yes.
17                MR. CRAVEN:   I don't have any
18         further questions.   Thank you.
19                MS. SMITH:   Great.   I think
20         we're done.
21                THE VIDEOGRAPHER:   This marks
22         the end of today's deposition.   The
23         time is 12:11 p.m.   We're going off
24         the record.
25                ///

Page 79

1          (Whereupon, the deposition was
2     concluded.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 80

1                 C E R T I F I C A T E
2
3              I, MAUREEN O'CONNOR POLLARD, LSR
    #473, Registered Diplomate Reporter and
4   Notary Public in and for the State of
    Connecticut, do hereby certify that there
5   came before me on the 15th day of August,
    2025, the person hereinbefore named, who was
6   duly sworn to testify to the truth of their
    knowledge concerning the matters in this
7   cause, and their examination reduced to
    typewriting under my direction and is a true
8   record of the testimony.
9              I further certify that I am
    neither attorney for or related or employed
10  by any of the parties to the action, and that
    I am not a relative or employee of any
11  attorney or counsel employed by the parties
    hereto or financially interested in the
12  action.
13             In witness whereof, I have
    hereunt                            ay of August,
14  2025.
15  _____
16         MAUREEN O'CONNOR POLLARD, License #473
           Registered Diplomate Reporter
17         Realtime Systems Administrator
           Notary Commission Expires:  10/31/2027
18
19
20
21
22
23
24
25

Page 81

1                    INSTRUCTIONS TO WITNESS

2          Please read your deposition over

3     carefully and make any necessary corrections.

4     You should state the reason in the

5     appropriate space on the errata sheet for any

6     corrections that are made.

7          After doing so, please sign the errata

8     sheet and date it.  It will be attached to

9     your deposition.

10          It is imperative that you return the

11     original errata sheet to the deposing

12     attorney within thirty (30) days of receipt

13     of the deposition transcript by you.  If you

14     fail to do so, the deposition transcript may

15     be deemed to be accurate and may be used in

16     court.

17

18

19

20

21

22

23

24

25

Page 82

1                    - - - - - -

                  E R R A T A

2                    - - - - - -

3    PAGE   LINE   CHANGE

4    ____   ____   _____

5        REASON: _____

6    ___   ____   _____

7        REASON: _____

8    ____   ____   _____

9        REASON: _____

10   ____   ____   _____

11       REASON: _____

12   ____   ____   _____

13       REASON: _____

14   ____   ____   _____

15       REASON: _____

16   ____   ____   _____

17       REASON: _____

18   ____   ____   _____

19       REASON: _____

20   ____   ____   _____

21       REASON: _____

22   ____   ____   _____

23       REASON: _____

24   ____   ____   _____

25

Page 83

1            ACKNOWLEDGMENT OF DEPONENT

2

3        I, _____, do
   Hereby certify that I have read the foregoing
4  pages, and that the same is a correct
   transcription of the answers given by me to
5  the questions therein propounded, except for
   the corrections or changes in form or
6  substance, if any, noted in the attached
   Errata Sheet.

7

8

   _____
9  WITNESS NAME                 DATE
10
11
12
13
14
15
   Subscribed and sworn
16 To before me this
   _____ day of _____, 20_____.
17
   My commission expires: _____
18
19 _____
   Notary Public
20
21
22
23
24
25

Page 84

1                           LAWYER'S NOTES

2        PAGE    LINE

3        ____    ____    _____

4        ____    ____    _____

5        ____    ____    _____

6        ____    ____    _____

7        ____    ____    _____

8        ____    ____    _____

9        ____    ____    _____

10       ____    ____    _____

11       ____    ____    _____

12       ____    ____    _____

13       ____    ____    _____

14       ____    ____    _____

15       ____    ____    _____

16       ____    ____    _____

17       ____    ____    _____

18       ____    ____    _____

19       ____    ____    _____

20       ____    ____    _____

21       ____    ____    _____

22       ____    ____    _____

23       ____    ____    _____

24       ____    ____    _____

25

**[& - 9th]**                                                          Page 1

| & | |
|---|---|
| **&** 10:15 12:24 13:1 52:12,19 52:21 53:15 54:5,8,14,24 | |

| 0 | |
|---|---|
| **00933** 1:4 **06508-1832** 2:12 | |

| 1 | |
|---|---|
| **1** 3:10 13:21,22 14:1,10 17:14 67:20 **1,600** 66:12 **1,647** 56:2,6,23 64:3 **10** 20:12 39:6 **10/31/2027** 80:17 **10:37** 1:18 5:9 **10th** 34:21 **11** 39:8 **11:53** 67:5 **11:57** 67:10 **12:06** 76:17 **12:09** 76:22 **12:11** 78:23 **13** 3:11 **15** 5:8 30:25 71:12,19 **152** 32:4 52:7 57:4 58:9 66:5 70:12 74:3 | |

**15th** 1:19 80:5
**17** 3:14
**18** 3:15
**1832** 2:11

| 2 | |
|---|---|
| **2** 3:12 16:24 17:1 20:9 21:2 25:19 28:8 53:20 **20** 3:17 36:8 54:3 83:16 **2000** 35:12 69:17 **20005** 2:5 **2000s** 23:12 **2006** 20:3 35:15 37:4 39:11,21 **2010** 23:12 **2011** 69:4,22 **2016** 22:12 23:20 35:18,21 36:24 37:4 39:11,21,24 **2018** 67:21 **202-386-9627** 2:6 **2020** 42:5 **2021** 6:20 11:11 61:8 67:21 68:1 74:15 **2022** 6:24 34:22 52:25 54:3 57:21 | |

**2023** 3:10 7:1
7:10,23 11:10
13:16 15:7
17:22 19:14
34:22 52:25
57:21
**2024** 11:11
**2025** 1:19 3:17
5:9 80:5,14
**203-498-4400**
2:12
**21** 54:2
**21527** 80:15
**21st** 80:13
**22** 54:2
**23** 3:17
**23rd** 6:23
**25** 3:10
**25th** 7:23 11:10
13:15 15:6
**265** 2:11

| 3 | |
|---|---|
| **3** 3:15 6:25 17:24 18:2 24:16 28:21 37:14 38:4 43:7 45:20 70:2 **30** 13:5 26:22 36:9 81:12 **33** 3:19 **330** 34:9 **3:21** 1:4 | |

| 4 | |
|---|---|
| **4** 3:16 20:22,24 28:16 37:18 43:10,23 67:15 67:15 70:18,23 **401** 2:5 **473** 80:3,16 | |

| 5 | |
|---|---|
| **5** 3:18 28:21 33:18,19 38:11 41:11 43:16 67:16 72:15,19 73:20 74:17 | |

| 6 | |
|---|---|
| **6** 33:6 34:19 38:13 41:17 **60** 13:5 **640** 2:5 | |

| 7 | |
|---|---|
| **7** 3:4 38:15 43:18,20 **77** 3:5 **7713** 3:19 | |

| 8 | |
|---|---|
| **8** 38:17 | |

| 9 | |
|---|---|
| **9** 39:3 41:19 **9th** 2:5 65:20 | |

| a | | | |
|---|---|---|---|
| **a.m.** 1:18 5:9 67:5,10 | **added** 19:8 | 52:17 59:13 | **asking** 8:22 |
| **abbott** 30:7,21 | **additional** 11:21 18:18 34:24 57:12 64:15,18,23 65:2,8,11,17,22 | 68:8,24 71:14 72:9,18 73:14 73:16,19 | 33:7 38:3 52:19 59:15,16 68:12 |
| 32:20,21 60:13 | **address** 62:15 | **answering** 9:21 | **assessing** 62:14 |
| 60:21 61:12 | **addressed** 72:24 | **answers** 8:9 59:8 83:4 | **assessment** 51:22 62:8,9 |
| 68:12 71:2,4 | **administrator** 1:21 80:17 | **anticipate** 26:20 | **assignment** 53:2 |
| 72:2,4 74:8 | **adverse** 58:18 62:8 | **anticipated** 68:17 | **assist** 27:11,15 47:10 |
| **abbott's** 71:9 | **advised** 11:17 51:14 52:3 | **appear** 14:13 15:5 33:25 | **assistant** 21:12 21:17 |
| **abbreviations** 10:2 | **agency** 72:6 | **appearances** 2:1 | **assisted** 47:9 |
| **able** 7:6 | **ago** 23:9 | **appears** 32:3 | **assisting** 27:21 |
| **above** 41:15 | **agreement** 12:1 | **applied** 56:23 | **associated** 10:20,24 23:2 60:5,7 |
| **access** 7:6 | **ahead** 20:21 68:8 69:14 | **appointments** 77:24 | **assume** 74:5 |
| **accurate** 9:12 15:11 16:3 30:8 81:15 | **al** 5:14 | **appropriate** 81:5 | **attached** 15:21 81:8 83:6 |
| **accurately** 13:17 | **alison** 21:8 | **approximately** 23:10 | **attain** 63:12 |
| **acknowledg...** 83:1 | **allen** 56:5 | **archived** 77:19 | **attempt** 57:7 |
| **action** 70:19 71:24 72:6 80:10,12 | **allow** 57:10 | **area** 26:15 36:11 | **attorney** 6:8 12:5 29:23 37:20 66:22 80:9,11 81:12 |
| **actions** 62:23 63:3 71:6 | **alongside** 21:14 | **areas** 62:13 | **attorneys** 54:14 |
| **activity** 10:21 10:25 | **amount** 33:9 54:23 | **article** 23:5,25 24:4 | **audibly** 9:4 |
| **actually** 36:25 45:17 61:18 64:3 | **analysis** 51:23 | **asked** 9:23 12:5 12:13 17:13 30:21 52:22 54:12 60:15 75:14 77:15 | **audits** 36:21 |
| | **analyzing** 23:2 | | **august** 1:19 5:8 80:5,13 |
| **add** 18:11 73:11 | **annual** 18:10 | | **author** 21:9 22:10 23:4,13 24:8 |
| | **answer** 4:3 8:10,11,23 9:3 9:23 39:16 44:19 46:24 | | |

**authored** 20:11
22:5 24:12,12
25:2,5
**authority** 43:15
**authors** 21:7
**available** 7:12
55:19 56:18,21
57:1,9 76:2
77:8,20 78:13
**aware** 24:3,8
60:18

**b**

**b** 1:10 3:8 32:3
32:24 52:7
**back** 15:3 20:6
20:8 22:9 24:15
27:10 28:15
33:5 35:25 44:3
45:17 64:10
67:9 73:14
76:21
**based** 36:20
41:11 68:5,6,9
68:22 69:10,12
69:16,20,24
70:6,11,15,22
70:23 72:15
73:20,24 74:7
74:17
**basically** 12:11
**basis** 18:10
76:5
**bates** 3:18

**battles** 11:13,15
**began** 71:5
**behalf** 26:9,17
**believe** 7:3
15:14 16:5
20:16,23 21:8
21:12 24:5 27:3
27:5 30:9,16,25
32:1 34:8 38:3
40:7,17 41:22
42:19 43:21
47:8 51:12 54:2
57:11,13 62:22
63:11 68:25
**benefit** 8:20 9:2
**best** 8:16 23:3
41:1 55:13
59:12 72:20
73:22,24 74:12
74:23
**better** 8:16 38:8
**beveridge** 54:4
54:8,14,24
**beyond** 22:10
24:9
**billing** 33:7,8
**bit** 69:20
**bmp** 22:17
**body** 78:7
**boston** 42:16
**bottom** 17:14
37:17 41:10
43:9

**boulevard**
43:20
**bourdeau** 1:17
3:3,10,12,14,15
3:16,17,18 5:15
6:2 7:18 11:25
12:9 13:22
14:12 15:1 17:1
17:4 18:2 20:24
33:19 38:4
59:13 73:10,15
76:23 77:4
**bourdeau's**
3:10,15 73:5
**box** 2:11
**break** 9:16,18
9:19,22,24
66:24
**broke** 65:5
**broken** 59:8
**brook** 43:11
**brought** 6:16
**building** 6:14
**bulk** 46:12,25
**bunch** 22:25
**burlington**
43:11
**business** 42:15

**c**

**c** 5:1 80:1,1
**calculations**
36:18
**california**
49:21

**call** 29:5 52:20
52:21
**called** 23:14
28:22 29:19
58:7 75:12
**cape** 42:15
**career** 20:3
27:19 41:8
44:16,23 45:1
46:11 47:17
71:10
**carefully** 81:3
**carmen** 12:25
**carryover**
38:22
**carsey** 24:9
**case** 1:3 6:23
7:8 19:8,9
25:17 29:3
31:10 34:5,16
45:22 46:16
52:25 54:5,6,8
54:11,13,19,22
75:12
**cases** 24:17
27:1
**cause** 80:7
**century** 2:10
**certain** 58:10
**certified** 1:22
**certify** 80:4,9
83:3
**certifying** 48:3
48:7,13,24 49:2

**change** 30:20
31:4 50:21 51:7
51:13,16,22
55:11,14 58:13
59:4,21 60:3,5
60:8,10,19 61:1
61:9,15 62:7,11
62:15,19 64:1
67:23 68:2,18
69:7 70:3,11,20
72:1,7,21,24
73:23 74:1,13
74:24 75:6 82:3
**changes** 83:5
**changing** 58:18
**characterizati...**
29:7
**checked** 34:20
**chris** 2:14 5:5
14:6 66:19
**church** 2:11
**cited** 29:8,12
**civil** 40:10
42:13
**clarify** 46:15
**clear** 11:25
37:25
**clearer** 8:23
**clee** 2:14 5:5
**clf** 5:19
**client** 21:21
22:1 25:20 26:5
45:22 46:1,2
51:14,22 52:3

**clients** 22:2
44:16 46:11
49:8 50:20 51:4
51:6,9,12,18
**climate** 30:20
31:4 50:21 51:7
51:12,16,22
55:10,14 58:13
59:4,20 60:2,5
60:8,9,19 61:1
61:9,15 62:7,11
62:15,19 64:1
67:23 68:2,18
69:7 70:3,10,20
71:25 72:7,21
72:24 73:23
74:1,13,24 75:6
**coastal** 49:25
50:1,8,10,15
**cod** 42:15
**collaboration**
49:13
**collected** 52:24
**come** 52:15
**commencing**
1:18
**commission**
80:17 83:17
**communicated**
61:19
**communication**
29:20
**companies**
44:11,17,22

**company** 1:10
5:14 40:2 42:8
45:6,11,15 46:2
46:5 47:13,15
47:24 49:12
**comparison**
19:20
**compensation**
33:10
**completely**
73:2
**completion**
62:7
**compliance**
51:19 58:6
**concerning**
80:6
**concluded** 79:2
**conduct** 74:21
**conference**
6:13
**confident** 46:8
**confidential**
4:15 25:20 26:7
53:22
**confirmed** 56:6
**connecticut** 1:2
2:12 10:15,19
15:23 16:18
29:24 30:8 47:5
47:7,8,20 49:4
49:21 55:17,21
55:25 56:3
62:24 63:7

64:11,15,19,23
65:18 71:4,5
72:5 77:9,19
78:3,14 80:4
**conservation**
1:6 3:12 5:12
7:19
**consider** 61:9
67:22 68:2 69:7
74:24
**consideration**
58:16 59:4
**considerations**
50:21 51:7,15
52:4 58:12
61:15 70:3,10
70:20 71:25
72:8
**considered**
28:18 29:2 31:9
32:13 33:2
59:20 60:9,25
74:13 75:5
**considering**
60:2,19 62:19
**constructed**
26:11
**construction**
36:15 43:19
**consultants**
35:9
**consulting** 40:5
42:11

**contact** 57:7
**contain** 55:10
  63:21 68:1 69:6
  76:4
**contained** 63:6
  63:19 68:13
  70:3,10,25
**containing**
  63:25
**contamination**
  45:19
**contribute**
  22:11
**contributed**
  20:11 22:6
  44:24 48:20
**control** 25:21
  40:23 41:14
  43:12,13,23
  53:23
**controls** 23:15
**conversation**
  30:7,14,15,16
  31:7 32:19,21
**conversations**
  60:13 64:19
  70:14 71:1 74:8
**copies** 63:13
**copy** 3:10 6:20
  7:2,7,9 14:3
  17:5,18 19:16
  25:14
**correct** 7:23,24
  8:2 15:24,25

18:20 19:10
20:19 23:21,23
24:20,23 25:1
27:22 28:13,14
29:17,25 30:3
31:10,20,22
32:5,6,14,17,21
32:24 33:24
34:10,16,17
35:9,21 38:7
39:2,13,18,25
42:2 43:5 44:3
46:18 49:5,6
52:9,13 53:8
54:18 55:11,18
56:4,19,25 57:6
61:21 62:9,10
62:25 64:5,6
65:18,19 67:24
69:8 71:19,20
72:12,13 74:9
75:19,20 77:23
78:9,10 83:4
**corrected** 16:11
**correcting**
  16:17
**correction**
  16:20
**corrections**
  16:6 81:3,6
  83:5
**counsel** 5:16
  7:4 8:11 11:16
  12:2,2,15,19,20

16:7 17:19
30:12 31:13
33:15 34:4 65:2
65:8 75:16,22
77:15 80:11
**country** 43:13
  49:16
**couple** 17:25
  59:7 77:4
**course** 12:4
  30:24 36:2,6
  44:15,23 46:10
  67:3
**court** 1:1 5:22
  8:19 9:3 10:6
  10:12 16:7 73:3
  81:16
**cover** 78:5
**covered** 57:2
**craven** 2:9 3:5
  5:20,20 6:8 7:1
  11:24 12:22
  15:18,22 16:17
  29:24 37:20
  39:15 44:18
  46:13,15,19
  52:16 53:9 59:6
  66:22 67:1 68:7
  68:23 69:13
  70:7 71:7 72:17
  73:18 74:18
  75:1,24 77:3
  78:17

**creating** 48:21
**criteria** 56:22
**culvert** 26:11
  26:16
**current** 11:10
  34:9 55:15 61:8
  76:8
**currently** 25:25
  35:8 44:6
**curriculum**
  3:15
**cut** 69:20
**cv** 1:4 7:3 17:18
  17:19,21,25
  18:5,9,19 19:21
  25:10,15,18,19
  26:3 27:1 28:4
  35:19 37:2 38:5
  41:3,6 43:1
  44:9 45:19

### d

**d** 1:10 5:1 10:13
  36:15
**daily** 63:22
**damages** 26:18
**dana** 2:9 5:21
  55:2
**data** 23:1,2
**database** 22:17
**date** 5:8 20:4
  34:7 81:8 83:9
**dates** 16:11,19
**day** 80:5,13
  83:16

**days**  18:1 26:22
  81:12
**dc**  2:5
**decide**  18:23
  56:23
**deemed**  81:15
**deep**  7:12 10:12
  10:13,19 15:23
  16:18 29:20,24
  30:8,24 47:5,21
  49:4 55:18,25
  60:13,16 62:24
  63:7 64:11,16
  64:20,24 70:18
  71:4,5,11,23
  72:5 77:7,9,19
  78:4,14
**deep's**  55:21
  56:4 70:25
**defendant**
  26:11
**defendants**
  1:13 2:8 5:21
  34:5 52:9 65:3
  65:9
**deficient**  63:25
**demonstrate**
  18:13
**department**
  10:15
**depending**  7:5
**depends**  50:23
**deponent**  1:18
  5:15 83:1

**deposed**  7:22
  8:1,3
**deposing**  81:11
**deposition**  1:16
  3:11,13 4:1
  5:11 6:17,22
  7:21 8:4,8 11:4
  11:9 12:4,10,16
  12:19 13:15,16
  13:16,20 14:14
  14:25 15:6,12
  16:4,7,16,23
  17:13,22 24:18
  30:5,11 31:15
  32:9 34:13 35:1
  35:2 53:12
  65:15 78:22
  79:1 81:2,9,13
  81:14
**deps**  75:13
**description**  3:9
**design**  40:25
  75:12
**determination**
  59:19
**determine**
  26:18 55:9,13
  57:9 59:24 60:8
  62:6,13 72:5,20
  73:21 74:22
  75:5
**determined**
  56:16

**development**
  43:8,15 47:4,20
**diamond**  54:5,8
  54:14,24
**dictate**  51:1,25
**different**  19:4
  34:15 36:9,23
  38:2
**diplomate**  1:20
  80:3,16
**direct**  19:19
**direction**  4:3
  80:7
**directly**  61:22
**discharge**
  10:20,24 36:14
**disclose**  26:4
**disclosed**  12:3
**discussed**  32:8
**discussion**
  30:14
**discussions**
  12:1
**district**  1:1,2
**division**  1:25
  5:7
**document**  14:7
  15:17,19 17:5
  29:9 38:2 69:4
  69:17,22 74:22
**documentation**
  27:17 48:16
  60:18 61:16
  75:15

**documented**
  62:6
**documents**  4:8
  6:15,19 11:4
  12:12 17:14
  27:14 28:23
  29:1,11 30:19
  45:21 51:19
  60:20 74:11,14
  75:10,12,17,22
  76:1,2
**doing**  27:20
  36:20,21 40:9
  42:22,23 45:4,7
  45:9,14 59:1
  81:7
**doug**  12:23
**dover**  43:7
**download**
  14:19
**downloaded**
  55:21
**draft**  7:10
  11:11
**drafted**  21:9
**drafting**  61:1
**drinking**  40:10
**duly**  6:3 80:6

**e**

**e**  3:8 5:1,1
  10:13,13 15:21
  15:22 29:22
  32:17 36:15
  52:19 64:22,23

80:1,1 82:1
**early** 23:12
**eastern** 5:10
**elimination**
36:14
**elizabeth** 2:4
5:18 7:19
**employed** 80:9
80:11
**employee** 80:10
**employers**
42:24
**employment**
16:11,19
**energy** 10:15
**enforcement**
62:23 63:2
70:19 71:6,24
72:6
**engineer** 35:23
36:1,3 40:18
42:20 44:7 48:4
48:7,13,24 49:3
**engineer's** 78:6
**engineering**
36:10 75:13
**engineers** 59:25
61:23 75:4
**england** 40:6
48:22
**ensure** 51:18
**enterprises**
1:10,12

**entire** 20:3 78:7
**entry** 25:20,24
**environmental**
10:16 40:5
42:11 58:6
**equilon** 1:10
**erosion** 25:21
53:22
**errata** 81:5,7
81:11 83:6
**esmith** 2:4
**esq** 2:4,9
**estimate** 50:15
50:18
**et** 5:14
**etcetera** 27:15
50:11,12 58:19
**evening** 7:4
**exact** 50:17
**exactly** 54:22
**examination**
3:2 7:16 77:2
80:7
**examined** 6:5
**except** 83:5
**exception** 16:17
53:11
**exeter** 22:3
23:15 42:16
**exhibit** 13:21
13:22 14:1,10
16:24 17:1,24
18:2 20:9,22,24
28:21 29:19

30:3 32:2,3,17
32:24 33:18,19
34:19 37:22,23
38:4,8 52:7
66:4,21 67:15
**exhibits** 29:17
**exist** 50:13
**expected** 74:1
**expert** 3:16 7:7
11:8,13 20:13
24:19,21,24
25:2 26:2 27:8
28:13 52:12,22
53:6,7 54:13,17
65:21 67:14
**experts** 11:21
27:12,13,16,23
54:24,25
**expires** 80:17
83:17
**explain** 70:5
**explicitly** 45:3
**extensive** 71:9
**extent** 12:5
14:1
**external** 21:25
**extreme** 58:16
60:3

| f |
|---|

**f** 80:1
**facilitated**
21:20
**facilities** 48:11
50:2,8,10,15

57:12,14,15,19
57:23 58:1
61:13,25 62:3
65:18 66:5,12
74:12
**facility** 47:25
60:9,14,16 62:7
62:9
**fact** 7:10,11
30:6 52:8
**factors** 60:10
61:1
**factually** 50:5
**fail** 81:14
**failures** 26:13
**fair** 54:23
**far** 18:5 34:6
**feel** 14:2 46:7
**fifth** 37:16
**file** 14:19 77:13
**files** 55:23
62:24 63:19
77:12,25
**financially**
80:11
**find** 53:20 57:2
61:18
**finish** 8:21
**finished** 9:21
**firm** 40:5 42:11
49:14 54:25
**firms** 27:13
**first** 6:3 7:25
17:17 21:8

**[first - heard]** Page 8

28:10 39:4
43:17 44:25
47:17
**five** 28:11 48:14
48:23 54:1
66:23 76:15
**florida** 40:8
**focus** 51:20
**folder** 63:6
**folders** 70:25
**folks** 15:23
**follow** 19:23
77:5
**following** 41:17
**follows** 6:6
**foregoing** 83:3
**forgot** 17:6
**form** 39:15
44:18 46:13
52:16 53:9 68:7
68:23 69:13
70:7 71:7 72:17
73:18 74:18
75:1,24 83:5
**forming** 28:18
29:2 31:9 32:13
33:2
**found** 58:5
65:11
**foundation** 1:6
5:13 7:20
**foundation's**
3:12

**four** 24:18,22
24:25 25:3,5,8
27:9,10 28:11
39:4 48:14,23
**fourth** 37:15
38:16
**frame** 19:25
35:19 54:3
**free** 14:2
**front** 6:15
14:24 17:5
19:19 66:18
67:17
**further** 27:10
76:25 78:18
80:9

**g**

**g** 5:1
**gas** 57:13
**general** 6:21
10:19,22,23
11:11,12,19
21:23 26:8 47:5
47:8,21 49:4
50:14 55:15
56:7,12 57:3
61:8 62:11,16
67:21 77:11
**generally** 42:8
59:24
**georgia** 25:22
49:19
**geosyntec**
21:14 22:24

27:12 35:9
39:13,21,24
42:12 44:3,12
44:13,21 45:12
46:1 48:15
49:12 54:17,23
**give** 9:24 12:6
14:21 50:14,17
76:15
**given** 36:8 83:4
**glance** 11:20
**go** 9:17 20:6,8
20:21 24:15
28:15 33:5
35:25 38:9 68:8
69:14 76:12
77:21,24 78:11
**goes** 51:25
**going** 8:6 9:17
10:1,5 13:19
14:7,19 16:23
18:24,25 22:9
27:10 41:10
46:9 51:25
66:16 67:4,12
67:13 76:16
78:23
**golkow** 1:25 5:6
**good** 5:3
**governed** 47:7
**grabbing** 25:14
**grabin** 55:4
**great** 9:10 11:2
73:12 78:19

**ground** 8:7
**groundwater**
42:13
**group** 42:1,9
43:5
**guess** 16:16
29:6 53:7
**guessing** 46:8
**guidance** 69:4
69:22
**guideline** 51:3

**h**

**h** 3:8
**hampshire**
21:15 22:3,4,4
42:17 49:1,20
**hand** 80:13
**handwritten**
31:19,21
**happy** 8:15
9:24 31:17
**harbor** 66:2,9
66:14
**hard** 14:3 17:5
19:15 25:14
**haven** 2:12 66:1
66:9,14
**head** 9:7,7 23:9
41:20 49:23
**heading** 39:1
**hear** 15:1 58:22
73:4
**heard** 73:6,8

heights   41:20
held   1:17 5:12
help   27:14
    54:13
henderson
    12:24
hereinbefore
    80:5
hereto   80:11
hereunto   80:13
highlighted
    6:18
highly   4:15
hilgers   55:4
historically
    46:17
horsley   42:1,8
    42:10 43:4,24
    44:2
host   36:23
hour   34:9
hydraulic
    36:19
hydrologic
    36:19

**i**

identification
    13:23 17:2 18:3
    20:25 33:20
identified   44:10
    48:18
identify   37:11
    41:3 43:1

identifying
    38:8 56:17
imperative
    81:10
important   8:19
include   18:25
    51:2,15 55:14
    72:21 73:22
included   20:12
    20:16 24:19
    28:22 31:16
    37:2 44:16
    46:12 51:12
    55:9 58:12 66:8
includes   28:23
    29:16,22
including   60:1
    70:20 71:25
    72:7
incorporated
    50:21 51:7
index   3:1 4:1
indian   41:19
indicate   58:11
    59:2 62:18
indicated   11:21
    15:15 16:13
    30:22 61:12
individuals
    60:24 61:5
industrial   6:21
    10:21,25 36:17
    47:25 50:1 56:3
    56:7 57:2 62:23

64:3 65:17
    77:11
industry   55:13
    72:20 73:22,25
    74:12,23
information
    15:17 20:17
    31:6,8 64:8
informatives
    75:13
infrastructure
    40:10,22 42:14
initial   64:12
initially   15:16
inspected   61:14
inspections
    31:3 43:19
    60:17
instance   47:18
instances   15:14
    52:2
instructions
    81:1
instructs   8:11
integrated
    23:14 43:12
interacted
    21:22
interested
    80:11
interference
    69:17
internal   12:14
    21:24

interrupt   37:21
introduce   5:16
introduced
    38:18,21
investigation
    56:2 64:12
    65:25
invoice   34:25
    35:6
invoices   3:18
    33:8,14,15,18
    33:23 34:1,4,18
    34:22
invoicing   21:23
involved   24:13
involvement
    22:21
island   19:9
    42:17
issue   71:23
issued   30:18,23
    70:18 72:6
issuing   71:5

**j**

james   2:9
january   18:11
    35:18,21
jcraven   2:10
jim   5:20
job   18:11 35:22
    38:8 40:19
    48:22
joints   26:16

[july - manufacturing]                                                   Page 10

**july**  34:21
  35:15
**jump**  52:20
**jumped**  52:20
**june**  3:17 52:12
  65:20

**k**

**karen**  30:7 56:5
  60:13 61:12
  68:12 71:2,9
  72:2
**keyword**  59:1
  59:22
**kind**  8:7 15:2
  20:17 23:25
  27:8 29:6 37:8
  40:2 50:14 60:6
  60:7 64:9
**king**  12:24 13:1
  52:12,19,21
  53:15
**know**  8:15 9:16
  9:18,19 19:3
  22:18 23:8 24:4
  27:2,15,16 28:9
  36:11,12,18,18
  36:22 44:25
  46:24 49:14,14
  49:20 50:9,10
  50:13,13 51:8
  51:17,21,23,24
  51:24 54:6
  58:17 60:15,16
  60:21,21 61:8

61:12,13 62:12
62:14,14 63:20
65:20 66:7,12
66:13 68:11,13
68:17 71:17
72:3,10
**knowledge**  31:1
  50:19 80:6

**l**

**l**  1:17 3:3,17 6:2
**lake**  43:22
**language**  31:1
  60:1 63:25
  68:14
**law**  1:6 3:12
  5:12 7:20
**lawyer's**  84:1
**lead**  54:14
**leaking**  26:15
**learned**  56:1
**leaving**  41:25
**led**  21:19
**left**  36:24
**letter**  54:7
**level**  58:17 60:3
**license**  80:16
**likely**  10:21
  45:12 54:21
**line**  4:4,8,12,15
  82:3 84:2
**lined**  31:24
**linkedin**  22:19
**list**  17:7 19:22
  20:1,10 21:3

24:17 28:17
32:3,7,12 37:8
37:9 63:15 66:3
**listed**  19:13
  21:5 23:18 24:2
  25:10,18 32:16
  32:24 39:20
  45:19 52:7 56:3
  66:4
**litigation**  27:6
  45:18 52:9
  53:23 75:18
**little**  20:7 38:9
  69:20
**llc**  1:10,12,12
  2:3
**llp**  2:9
**loading**  14:16
**located**  40:6
  42:15 48:25
  66:1,8
**locating**  56:17
**location**  1:17
**long**  9:17 13:3
  23:9 40:12
  71:10,18
**look**  14:2,3,13
  14:23 16:22
  20:21 21:2 28:8
  28:16 33:6
  35:19 77:20,25
  78:12
**looked**  73:21
  77:22

**looking**  11:17
  19:15 28:20
  58:10,20 59:17
  59:18 60:6 62:5
  62:12,13,17
  64:8 68:11 76:1
**looks**  19:6 42:4
**lost**  73:2
**lot**  27:18 49:10
  49:13
**lots**  49:15
**lsr**  80:3

**m**

**madam**  73:3
**made**  81:6
**mail**  52:19
**mailing**  15:22
**mails**  15:21
  29:22 32:17
  64:22,23
**majority**  21:19
**make**  8:23 10:3
  18:8 19:19
  37:25 38:9 52:3
  81:3
**making**  48:2
  59:19
**management**
  21:24 23:3 41:1
**manager**  21:13
  21:18
**manufacturing**
  48:1

mark  13:20 17:24 33:17
marked  4:15 6:17 13:23 17:2 18:3 20:25 33:20
marks  78:21
massachusetts  49:20
materials  28:17 32:12,13,16 33:1 52:23
matter  5:12 7:22 26:5 28:19 32:5 33:3 55:9 65:12 76:5
matters  26:23 53:16,18 54:5 55:2,5 80:6
maureen  1:19 5:23 80:3,16
mbte  45:19
mean  10:4 29:6 35:25 49:9,12
mediated  27:4
meet  12:15,18 12:21 13:3
meetings  13:6,8 13:10 21:20
mentioned  29:23 74:2
met  12:20,22 12:23 21:21

metal  50:10
minute  14:21 66:23 76:13
minutes  13:5 67:1 76:15
missing  73:11
modeling  36:19 36:19
moment  19:16
monday  13:12
monitoring  63:23
months  40:13
morning  5:4 7:5 17:20 33:14
morrissey  43:20
motiva  1:12
motley  2:3 5:19
motleyrice.com  2:4
move  37:1
moved  64:9
ms4  36:16
municipal  36:16 43:14 48:9,11
municipalities  40:9

**n**

n  5:1 36:15
name  5:5 7:18 47:15 83:9

named  80:5
national  36:13 49:12
nationally  49:9
necessarily  59:22
necessary  81:3
need  9:15,18 14:2 19:2 67:2
neither  80:9
never  28:12
new  2:12 19:12 21:15 22:3,3,4 40:6 42:16 48:21 49:1,20 66:1,8,14
newfields  22:3
newly  38:18,20
night  17:20 33:13
nine  40:13
nitrogen  23:15 41:14
nod  9:6
notable  19:3
notary  1:22 80:4,17 83:19
note  15:10
notebook  31:25
noted  16:2 28:4 83:6
notes  29:19 30:2,6,9,15 31:8,13,20

32:20 76:13 84:1
notice  3:12 16:22 17:12 20:8 24:16 28:16 30:17,18 30:23 33:6 63:21,24 70:24 77:7,12,14,16 77:21
noticed  19:7
notices  63:3,5 63:10,13,16,19 64:4,7
november  57:21
npdes  36:15
number  17:13 24:16 28:16,21 33:6 38:9 67:15 67:20 70:1,17 72:15,19 74:17
nutrient  40:23
nw  2:5

**o**

o  2:9 5:1
o'connor  1:20 80:3,16
object  12:6 68:7 69:13
objection  39:15 44:18 46:13 52:16 53:9 68:23 70:7 71:7

72:17 73:18
74:18 75:1,24
**obligation** 8:10
**obtained** 52:6
**obviously** 25:17
**occasions** 12:23
12:25 13:1
**office** 31:4 63:8
**offices** 40:7
42:16
**officially** 13:25
**oftentimes** 78:5
**oh** 14:16
**ohio** 49:19
**oil** 1:10,11 5:13
44:16,22 45:11
45:14 46:2
57:13
**okay** 7:15 8:17
8:25 10:1,11,18
11:23 14:5 15:4
15:20 16:12,15
17:9,24 18:17
18:23 19:6,22
20:6 23:19,22
24:15 25:4 26:4
30:13 38:24
39:9,22 41:24
44:1 45:13,25
46:4,19,22
63:12 70:17
71:17 72:3 74:5
**once** 9:23

**ones** 28:10
39:20 49:17,22
55:23 63:21
**ongoing** 27:5
**opinion** 32:14
67:20,25 68:5
68:21 69:3,10
69:23 70:1,6,8
70:17,23 72:15
72:15,19 73:20
74:7,17
**opinions** 28:18
29:2 31:9 33:2
66:17 67:14
76:5,6
**oral** 3:13
**order** 19:23
20:4 26:19
**original** 65:24
81:11
**outreach** 57:12
**own** 65:12
**owns** 26:10

**p**

**p** 5:1 10:7,7,7
10:13 36:15
**p.m.** 76:17,22
78:23
**p.o.** 2:11
**page** 3:2,9 4:4,8
4:12,15 10:3
17:14 21:2
25:19 28:8,10
28:21,21 31:18

37:14,18 38:11
38:13,15,17,23
39:1,3,6,8
41:11,13,17,17
41:19 43:7,10
43:16,18,20,23
45:20 53:20
67:15 82:3 84:2
**pages** 83:4
**paid** 34:19,23
**paper** 6:15
30:10 31:24
**parking** 26:14
**parkman** 11:13
11:15
**part** 15:19
18:10 24:1
44:24 48:22
50:12 55:20
62:10 68:15
70:12 73:6
**participated**
49:24
**particular**
19:23 51:6
59:19
**parties** 80:10
80:11
**partners** 21:21
21:21
**past** 22:19 27:8
27:19
**patterns** 58:18
60:4

**paused** 58:25
**pe** 3:17
**pease** 43:14
**people** 67:2
**performed**
54:10
**performing**
22:25
**period** 37:5,13
39:12
**permit** 6:21
7:10 10:19,22
10:23 11:11,12
11:19 30:19
36:17 47:5,8,21
48:10,11 49:5
51:20,21,25
55:15 56:8,12
56:15 57:3
60:20 61:8 68:1
68:10,16,19
74:14,15 75:5
77:12
**permits** 67:22
**permittee** 51:1
59:3,20 70:19
71:24 72:7
**permittees** 56:3
56:6,10 57:8
58:15 59:25
60:19 61:9,25
62:24 64:3 66:1
66:3,8 67:22
68:2 69:7 74:23

75:4

**permitting** 36:13

**person** 13:7 28:2 48:17,19 80:5

**personnel** 29:24 58:6

**pertinent** 64:8

**petroleum** 1:11 46:12,25

**phone** 58:7

**phosphorus** 43:12,13,23

**photographs** 77:16

**photos** 63:9

**pictures** 78:4,7

**piece** 30:10 31:23

**pierce** 39:25 40:3,4 41:5,25 42:12 43:3

**plaintiff** 1:8 2:2 3:12 26:10,17

**plan** 10:8 36:20 41:12,15 43:12 43:12,13,23 56:14 69:6

**planning** 23:14 40:24,24 43:14

**plans** 11:18 76:8

**players** 21:15

**please** 5:16 8:15 9:8 14:16 25:13 81:2,7

**plenty** 49:15

**point** 25:12 28:6 57:11

**pointed** 26:25

**pollard** 1:20 5:23 80:3,16

**pollutant** 36:14

**pollution** 10:8 11:18 56:14 69:5

**pond** 43:13

**potential** 26:18

**practice** 55:13 72:21 73:22,25 74:13,23 75:13

**practices** 23:4 41:1

**precipitation** 58:17 60:4

**preparation** 11:4 12:16 27:11 47:9 49:8 49:25 60:20 61:10 74:14

**prepare** 12:10 12:19 52:22 53:3 56:11,13 65:21

**prepared** 7:8 24:4 47:14 48:8

48:10 50:4 60:24 61:5,19 61:23 65:17 75:3

**preparing** 26:2 35:1 36:18 47:11 51:3,17 53:7,11 59:3 62:19 67:23 68:3 69:5,8 70:21 72:8 74:24 75:6

**presence** 58:10

**present** 20:3

**prevention** 10:8 11:18 56:14 69:5

**previous** 11:9 19:18,21 20:12 24:18,22,25 25:3,5 31:15 32:8 34:21 38:23

**previously** 6:23 16:8 19:5 35:12 35:13 42:23 56:9

**primarily** 21:9 40:6,8,21 42:15 45:20 57:13 60:11 63:22

**principal** 44:7

**prior** 21:11 22:11 27:8 30:5

**probably** 23:11 25:7 36:8 54:2

**process** 15:19 26:2 50:12

**produced** 17:25 31:12,14 75:17

**production** 4:8

**products** 1:11

**professional** 18:14

**profile** 22:19

**program** 77:9

**project** 21:6,12 21:13,13,17,18 21:21,23 22:24 23:1,17,19 24:5 24:7 26:1,19 37:15,15,16,16 37:16 38:14,16 39:5 40:17 41:18 43:2,8,9 43:10 45:2,7 46:1 48:17 53:21 55:12

**projects** 18:12 18:15,18,22,22 18:24 19:1,3,7 19:8,13,22 20:1 25:10 28:7 36:4 36:7,9,23 37:2 37:3,12,19 38:18,21,25 39:4,7,10,19 40:22,23,24,25

41:2,4,7,23
43:17 44:9,11
44:25
**promoted**  36:3
**property**  26:10
**proposal**  19:2
**propounded**
83:5
**protection**
10:16
**provide**  9:12
30:11 31:17
33:14 75:16
**provided**  7:3,12
31:7 34:1
**providence**
19:9 42:17 54:6
**provisions**  31:4
55:10 72:22
**public**  1:22
77:20 80:4
83:19
**publication**
21:4,10,10
22:12,14,16
23:7,14,18,20
24:6
**publications**
20:10,19 21:3
22:6,11 24:12
**publicly**  55:19
56:18,20 57:1,9
74:10 76:2
78:13

**published**  23:6
24:8,9
**pull**  14:7 66:20
**pulled**  63:7
77:11
**purposes**  9:5
75:18
**pursuant**  47:4
49:4
**put**  18:24

**q**

**qualifications**
18:14
**quality**  22:17
23:3 36:21
**question**  8:10
8:15,17,22 9:22
9:23 37:21 50:6
51:5 59:14,16
65:5 71:15 72:9
**questions**  4:15
8:9 9:4 12:14
67:13 76:14,25
77:5 78:18 83:5
**quickly**  17:6

**r**

**r**  5:1 80:1 82:1
82:1
**range**  36:23
**rate**  34:9,15
**rbord00007701**
3:19

**reach**  57:16,18
58:3,4 60:23
61:22
**reached**  15:15
57:23 58:1
**reaching**  16:18
**read**  6:18 11:14
73:7,13 81:2
83:3
**reading**  8:24
60:12 62:17
77:6 78:14
**realized**  15:11
16:2
**really**  12:12
51:20 62:17
**realtime**  1:21
80:17
**reason**  9:11
81:4 82:5,7,9
82:11,13,15,17
82:19,21,23
**recall**  17:6 45:7
45:9 47:15,19
47:23 48:1
49:11,17,22
50:7 52:5 54:19
54:22 57:22
63:18
**receipt**  81:12
**receive**  17:19
**received**  33:10
33:13 52:18
64:14 65:1,7

**recent**  17:18
34:21 51:11
**recess**  67:6
76:18
**recollection**
33:22 45:14
46:5
**recommends**
51:21
**reconstruction**
40:25
**record**  5:4 6:10
6:11 8:23 57:25
67:5,9 70:25
76:12,17,21
78:24 80:8
**records**  33:8
55:22 64:11
77:10,18,24
78:4
**rectify**  26:19
**redesign**  43:20
**reduced**  80:7
**refer**  10:5,13
10:21
**reference**  29:11
30:19
**referenced**
68:18
**references**
28:22 29:5,10
32:12
**referring**  10:7
10:14 63:3

**[referring - right]**

66:17
**reflecting** 33:9
**regard** 9:20
  20:18 72:14
**regarding**
  71:23
**regards** 77:8
  78:2
**registered** 1:20
  80:3,16
**regulations**
  50:24 51:1
**regulators**
  15:16
**regulatory**
  51:19
**related** 45:24
  55:10 58:12
  80:9
**relative** 80:10
**relevant** 18:16
**relied** 60:22
**remember**
  22:18 24:14
  45:2,21 50:3
  64:2
**remind** 8:6
**remote** 1:16 2:1
  3:13
**remotely** 6:3
**renee** 1:17 3:3
  3:10,14,15,16
  5:15 6:2

**repeat** 6:10
  59:12 65:4
  73:15
**rephrase** 8:16
**report** 3:16 7:8
  11:8 15:21
  20:13,17,22
  24:5,19 26:2,21
  26:24 28:20
  29:12,16 32:3
  32:13 34:8,12
  41:20 52:8,23
  53:3,8 62:22
  65:22 66:5,17
  67:15 76:4,9
**reporter** 1:21
  1:22 5:23 9:3
  10:6,12 73:4,13
  80:3,16
**reporter's** 8:20
**reports** 11:13
  11:15 24:25
  25:3,4 27:9,12
  27:24 63:23
**represent** 7:19
  18:21 41:7
**representing**
  2:2,8
**request** 4:8
  15:18,19 17:17
  20:9,18 24:16
  28:16 33:6
  75:21 77:25

**requested**
  55:24 73:14
  75:23,25
**require** 61:9
  67:22 68:15
  74:15
**required** 56:11
  56:13
**requirement**
  68:1 69:6
**rereviewed**
  15:13
**research** 24:6
  24:10 27:15
  65:13,23 70:13
  71:9 75:18
**resource** 44:7
**resources** 36:10
**response** 73:5
**responsibilities**
  40:20
**responsible**
  21:22 22:25
  48:17
**responsive**
  20:18
**restate** 59:14
  59:16
**retained** 52:11
  53:7 65:20
**retainer** 54:7
**retaining** 26:12
**return** 81:10

**review** 11:3,7
  15:9 21:10
  27:14 56:17,24
  57:10 60:17
  62:11 65:25
  68:10 69:12,16
  69:21 70:12,15
  70:23 73:20,24
  74:10,22 75:9
  75:14 76:13
  77:7,13,21
**reviewed** 11:8
  11:9,10,12
  12:11,13 13:14
  16:8,10 31:2
  32:4 50:11 52:6
  52:24 55:16,19
  55:23 56:20,25
  58:9,14 61:6,14
  61:16 62:3,22
  63:5,10,16 64:4
  64:6 65:16 66:4
  66:6 70:2,9
  72:23 74:11
  75:3,11 78:3,8
**reviewing** 23:1
  45:21 55:9 58:8
  58:15 59:23
  60:25
**rhode** 19:9
  42:17
**rice** 2:3 5:19
**right** 8:1 9:24
  11:3 25:9 28:2

[right - spalding]                                                    Page 16

28:15 29:20
32:9 33:5 35:8
38:12 41:15
42:5 55:8 56:11
56:24 57:5
58:21 66:16
67:12 69:3 70:1
72:14 76:11
**rise** 58:17 60:3
**risk** 62:8
**river** 41:11,15
**road** 40:25
**role** 21:4 40:14
55:8,12
**roles** 71:13
**room** 6:13
55:22 64:11
71:1 77:7,10,18
77:25 78:4,14
**rules** 8:7
**rèsumè** 53:19

**s**

**s** 3:8 5:1 10:7
36:15
**sampling** 36:21
**sat** 12:12
**saying** 45:9,10
**scattered** 37:8
37:10
**scenes** 28:1
**schedule** 77:24
**scope** 19:4
55:20

**scrap** 50:10
**screen** 14:8
**scroll** 14:15
**scrolled** 37:22
**se** 59:2,23
**sea** 58:17 60:3
**searches** 59:1
59:23
**second** 15:3
20:9 25:20 32:2
37:15 43:8
44:13 69:3
**section** 21:3
28:22 67:14
**sediment** 25:21
53:23
**see** 17:15 19:20
20:14 27:21
28:24 33:11
41:9,9 53:20
58:15 62:12
68:18 74:1
76:13
**seek** 26:19
**seen** 17:9 30:19
31:1 72:23
**senior** 35:23
36:3 42:19
48:17
**separate** 6:12
23:24,25 24:4
36:16 48:9
**separation**
40:23

**serving** 28:1
52:8
**set** 80:13
**settled** 27:4
**several** 6:15
40:22 44:21
**severe** 58:19
**sewer** 36:16
40:22 48:9
**shake** 9:7
**sheet** 7:10,11
78:5 81:5,8,11
83:6
**sheets** 33:8
**shell** 1:10,10,11
5:13 75:9,11,15
**shorter** 16:14
**shorthand** 1:22
**shown** 38:2
**shut** 15:2
**sign** 81:7
**signature** 80:15
**similar** 42:11
70:4,11
**similarly** 78:2
**simply** 75:2
**sinkholes** 26:14
**site** 31:3 62:14
**sites** 47:6
**sitting** 49:18
**situations**
71:14
**six** 33:14,23
57:17

**slow** 69:15
**small** 42:14,16
66:11
**smith** 2:4 3:4
5:18,18 6:8,25
7:15,17,19 12:5
12:8 13:19,24
14:6,10,11,15
14:22 17:3 18:4
21:1 33:17,21
37:20 38:6,19
39:17 45:5
46:18,21 53:1
53:13 59:10,11
66:19,22,25
67:3,11 68:20
69:2,18 70:16
71:16 73:1,3,9
74:4,20 75:8
76:3,11,23
78:19
**smoother** 38:10
**sole** 53:2
**sorry** 43:6
53:21 58:25
65:4 69:19
**sort** 12:13 36:9
36:13 47:23
54:19 62:11
**sounds** 61:20
65:16
**space** 81:5
**spalding** 12:24
13:2 52:12,19

52:21 53:16
**span** 20:2
**speak** 71:22
**specific** 18:12
  45:13 51:8
  75:15
**specifically**
  60:14
**spent** 33:9
**spoke** 11:16
  61:18 72:4
**spoken** 61:4,24
**squamscott**
  23:15
**staff** 21:22
  27:14 36:1
**stamp** 47:10
  48:16 78:6
**stamped** 48:20
**stamping** 48:18
**stand** 16:15
**standard** 5:10
**start** 8:22
**started** 6:9 14:3
  35:14 36:1
  71:12
**starting** 17:14
  35:12
**state** 46:9 48:15
  48:25 50:25
  60:12 61:7,11
  62:21 66:10
  80:4 81:4

**stated** 68:14
**statements** 33:7
**states** 1:1 49:7
  49:10,11,15
**status** 27:1
**stenographer**
  73:6
**stipulations**
  4:11
**stop** 35:16
**storage** 46:12
  46:25
**storm** 36:16
  48:9
**storms** 58:19
**stormwater**
  10:8,20,24
  11:18 22:17
  23:2,3 26:11,16
  41:1,14,20
  42:13 43:14
  50:1 56:7,14
  69:5 77:9,11
**stratham** 22:4
**street** 2:5,11
**strike** 29:15
  36:25 40:15
  74:6 75:10
**style** 27:20
**submit** 16:6
  34:25 56:13
**submittal** 21:11
**submitted**
  16:19 26:24

34:4 35:6 55:17
  55:24
**submitting**
  15:17 26:21
**subscribed**
  83:15
**subset** 66:11,11
**substance** 83:6
**sucker** 43:11
**suggests** 60:2
**suite** 2:5
**summarized**
  52:23
**summary**
  28:17 67:21
**sunrise** 43:22
**supplement**
  76:9
**supplemental**
  7:11
**support** 4:1
  27:14 53:23
  54:13
**supposed** 12:3
  16:14
**sure** 10:3 19:17
  25:16 37:14,25
  65:6 66:25
**swear** 5:24
**sworn** 6:3 80:6
  83:15
**swppp** 10:6
  47:9,10,13,16
  47:20 49:3 50:4

51:13,16,18
  52:1 56:11 57:1
  58:12,15,21
  59:3 62:20
  67:23 68:3,19
  69:4,8,22 70:21
  72:8,22 74:25
  75:7
**swppps** 31:2
  32:4,23 46:25
  47:4 48:4,6,8
  48:10,20,21
  49:8,25 50:1,11
  50:16,22 51:2,3
  51:8,11 52:7
  55:9,14,17,20
  56:16,18,21,24
  57:4,8,10 58:9
  58:9 60:1,17,24
  61:2,5,10,19,23
  62:3,6 63:25
  64:15 65:2,8,12
  65:17,25 68:13
  70:2,9,12 72:23
  73:21,23 74:3
  74:10 75:3 78:3
  78:6,8,12
**system** 36:14
**systems** 1:21
  80:17

| **t** |

**t** 3:8 80:1,1
  82:1

| | | | |
|---|---|---|---|
| **take** 9:15,19,22 45:17 63:9 66:23 76:12 78:7 | **terrific** 15:4 **testified** 6:5 24:17,21 28:12 56:10 | **third** 25:23 37:15 38:14 43:10 53:21 70:8 | **told** 71:20 **toledo** 12:25 **took** 30:6,9,15 31:8 58:16 59:3 77:16 78:4 |

**take** 9:15,19,22 45:17 63:9 66:23 76:12 78:7
**taken** 6:22 11:9 67:7 70:18 71:24 76:19
**talk** 8:20 27:7 67:13
**talked** 30:6 32:11
**talking** 37:24 46:16,17 59:17 68:11
**team** 21:24,25
**teams** 13:9
**tech** 14:9,18
**technical** 21:20
**tell** 18:6 42:7 68:4
**ten** 22:7,10,19 27:19 36:2,6 45:1 47:17 67:1
**tenure** 60:15
**term** 10:5,11 29:9
**terminaling** 1:12
**terminals** 46:12 47:1
**terms** 10:2 26:8 58:11,21 59:19 60:4 70:4,11

**terrific** 15:4
**testified** 6:5 24:17,21 28:12 56:10
**testify** 6:3 13:17 80:6
**testimony** 9:12 15:11 16:2,16 34:13,13,16 59:7 80:8
**text** 38:23 59:24
**thank** 7:14,15 12:7 38:7,24 39:22 41:24 43:6 46:22 53:14 76:23 77:1 78:18
**thanks** 44:20
**thing** 9:20 16:9
**things** 19:2
**think** 6:24 7:23 9:16 14:17,18 15:20 16:9,13 22:13 27:13,18 31:15 35:18,20 37:14 38:12 44:22 45:16,17 45:23,25 46:23 50:5,23 51:5,10 56:9 59:5,6 69:19 71:11,18 78:19

**third** 25:23 37:15 38:14 43:10 53:21 70:8
**thirty** 81:12
**thought** 11:19 31:15
**three** 12:20,23 25:7 28:11,23 37:19 38:16 39:4 43:17
**time** 5:9,10 7:25 9:15,18 12:6 13:4 15:12 16:3 19:25 23:9 30:24 33:8,9 34:25 35:2,17 35:19,24 37:4,4 37:12 39:12 41:5 44:13 54:3 67:5,9 76:17,21 76:24 78:23
**times** 12:18,20
**title** 35:22 40:16 42:18 44:6
**today** 7:21 9:13 9:17 10:2,12 11:5 12:16 44:5 76:24
**today's** 5:8 12:10 78:22
**together** 37:7

**told** 71:20
**toledo** 12:25
**took** 30:6,9,15 31:8 58:16 59:3 77:16 78:4
**top** 23:8 37:18 38:23 41:18 49:23
**tower** 2:10
**towns** 22:2
**transcript** 3:11 9:5 13:15,20 14:14,24 15:6 15:10 16:8,10 81:13,14
**transcription** 83:4
**transmission** 59:9
**trial** 24:18 28:13 34:13
**tried** 59:2
**triton** 1:11
**true** 80:7
**truth** 6:4,4,5 80:6
**truthful** 9:12
**truthfully** 13:17
**trying** 51:10 59:24 61:17
**turned** 31:3
**two** 12:24 26:23 26:25 28:9,11

29:16 38:15
39:4 74:3
**type**   42:8
**types**   36:4,9
   40:19 41:2
   42:21,22
**typewriting**
   80:7
**typically**   18:11
   19:2 48:15
   50:25 51:24

**u**

**under**   36:13
   47:7,20 48:9,11
   55:14 56:7,12
   56:14 57:2 75:4
   80:7
**understand**
   8:12,14 10:9,14
   10:23
**understanding**
   27:16 71:3
   77:17
**understood**
   61:17
**united**   1:1
**university**
   21:14
**updated**   7:2
   17:18,21 18:5
   18:15,15,17
**updates**   18:8
**use**   10:1,11
   26:8 51:2

**used**   29:9 81:15

**v**

**v**   1:9
**variety**   36:7
**vdo**   1:4
**veritext**   1:25
   5:6
**vermont**   49:20
**version**   18:19
   19:14
**versus**   5:13
**video**   5:11 9:5
   14:9,18 37:23
**videoed**   38:1
**videographer**
   2:14 5:3,6,22
   67:4,8 76:16,20
   78:21
**videotaped**
   1:16 3:13
**view**   14:20
**violation**   30:18
   63:4,13,19 64:4
   77:13
**violations**   30:17
   30:23 63:6,10
   63:16,22,24
   64:7 70:24 77:8
   77:14,17,22
**visited**   62:2
**vitae**   3:15
**vulnerability**
   62:8

**vulnerable**
   62:13

**w**

**w**   10:7
**wait**   8:21 9:21
**wall**   26:12
**want**   10:3
   37:21,25 66:18
   66:20 73:7
**wanted**   6:9
   77:21 78:11
**washington**   2:5
**wastewater**
   40:9 41:14
**water**   36:10,20
   40:10 44:7
**waterfront**
   43:7
**watershed**
   23:16 36:20
   40:24 41:11
**watts**   21:8
**way**   61:20
   72:11
**we've**   17:13
   32:11 50:11
**weather**   58:18
   58:18 62:9
**website**   7:13
   14:21 55:22
   56:4 58:5
**wednesday**
   13:13

**week**   11:17
   13:11 15:13
   65:21
**went**   39:24
   42:1 44:3 55:22
   58:5 77:6,10
**whereof**   80:13
**wiggin**   2:9 5:21
**wiggin.com**
   2:10
**wiggins**   55:1
**winnicut**   41:11
   41:15
**wise**   11:20
**witness**   4:3
   5:24 6:12 38:11
   44:20 46:14,20
   52:8,12,18
   53:10 68:9,25
   69:15 70:8 71:8
   72:19 73:19
   74:19 75:2,25
   77:1 80:13 81:1
   83:9
**witten**   42:1,8
   42:10 43:5,24
   44:2
**words**   60:7
**work**   18:16
   19:4,5 21:20
   23:1 27:8,20
   33:10 34:5 35:5
   35:8,13 36:8,21
   39:24 40:8,11

| 42:1,13,13,14 | **x** |
|---|---|
| 42:21,22 44:21 | **x**   3:8 |
| 44:24 45:8,10 | **y** |
| 45:11,14 53:5 | **yards**   50:11 |
| 54:11,23 55:20 | **yeah**   16:14 |
| **worked**   18:12 | 18:21 21:19 |
| 18:18 21:7,11 | 35:20 39:19 |
| 35:11 39:11,20 | 41:6 50:17 |
| 41:4,8 43:2 | 65:19 |
| 44:11,12,13 | **year**   18:13 |
| 45:3 46:23,24 | 22:18 36:8 |
| 47:3,6,19 49:3 | 52:13 65:20 |
| 49:7,10,11 50:4 | **years**   20:12 |
| 50:8,9,16,20 | 22:7,10,20 |
| 53:15 54:4 55:1 | 24:19,22,25 |
| 55:5 | 25:3,6 27:9,10 |
| **working**   22:24 | 27:19 30:25 |
| 26:1,9,17 27:24 | 36:2,7 45:1 |
| 28:2 35:14,16 | 47:17 54:2 |
| 36:5,17,20 37:3 | 71:12,19 |
| 37:12 39:12,23 | **yep**   28:8 31:21 |
| 40:21 41:5 | **yesterday** |
| 50:24,25 | 13:13 |
| **wright**   39:25 | **z** |
| 40:3,4 41:5,25 | **zoom**   13:7,8 |
| 42:12 43:3 | 15:2 59:8 69:17 |
| **writing**   23:25 | |
| 34:12 59:25 | |
| **written**   9:5 | |
| 24:24 | |
| **wrote**   27:10 | |

Federal Rules of Civil Procedure

Rule 30


(e)  Review  By  the  Witness;  Changes.

(1)  Review;  Statement  of  Changes.  On  request  by  the
deponent  or  a  party  before  the  deposition  is
completed,  the  deponent  must  be  allowed  30  days
after  being  notified  by  the  officer  that  the
transcript  or  recording  is  available  in  which:

(A)  to  review  the  transcript  or  recording;  and

(B)  if  there  are  changes  in  form  or  substance,  to
sign  a  statement  listing  the  changes  and  the
reasons  for  making  them.

(2)  Changes  Indicated  in  the  Officer's  Certificate.
The  officer  must  note  in  the  certificate  prescribed
by  Rule  30(f)(1)  whether  a  review  was  requested
and,  if  so,  must  attach  any  changes  the  deponent
makes  during  the  30-day  period.



DISCLAIMER:  THE  FOREGOING  FEDERAL  PROCEDURE  RULES
ARE  PROVIDED  FOR  INFORMATIONAL  PURPOSES  ONLY.
THE  ABOVE  RULES  ARE  CURRENT  AS  OF  APRIL  1,
2019.  PLEASE  REFER  TO  THE  APPLICABLE  FEDERAL  RULES
OF  CIVIL  PROCEDURE  FOR  UP-TO-DATE  INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.