# EXHIBIT 1

**to Plaintiff Conservation Law Foundation's *Daubert* Motion to Exclude the Expert Testimony of Renee Bourdeau**

**CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER**

# EXPERT REPORT OF
# RENEE L. BOURDEAU, PE

## CONSERVATION LAW FOUNDATION, INC.,
## V. EQUILON ENTERPRISES LLC, et al.

**Prepared for:**
**King & Spalding, LLC**

**June 23, 2025**

**Prepared by:**

Renee L. Bourdeau, P.E. (NH)
Geosyntec Consultants, Inc.
227 Willow Street, Suite 201A
South Hamilton, Massachusetts 01982
Tel: 603-205-8057
Email: rbourdeau@geosyntec.com

**CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER**

## PURPOSE

As explained in this expert report, I was retained to review and analyze Stormwater Pollution Prevention Plans (SWPPPs) prepared by industrial permittees in the State of Connecticut, covered by the Connecticut Department of Energy & Environmental Protection (DEEP) General Permit for the Discharge of Stormwater Associated with Industrial Activity, effective October 1, 2018 and October 1, 2021. As part of my review, I reviewed and analyzed the SWPPPs to determine if permittees took climate change (e.g., sea level rise, storm surge, and extreme precipitation) into consideration when preparing the documents, completed climate change assessments or were completed an "adverse weather" assessment like a climate change risk assessment. Initially, I was retained by Beveridge and Diamond PC, on behalf of the Defendants, in November 2022 to complete this work. Later, I was retained by King & Spalding LLP, on behalf of the Defendants, in June 2025, to prepare this report.

## EXPERIENCE

I am a Principal water resources engineer at Geosyntec Consultants who brings more than 19 years of experience in National Pollution Discharge Elimination System (NPDES) regulations, compliance, and permitting; watershed and water quality modelling; stormwater management; land use permitting; and best management practice (BMP) design. I work closely with municipalities, watershed groups, attorneys, and private clients in defining the sources of water pollution and developing strategies and solutions to reduce pollution and improve water quality. As part of this work, I develop Stormwater Management Plans (SWMP) and SWPPPs for Clean Water Act compliance under the NPDES program (construction, municipal, and industrial). I consider myself an expert in water quality, stormwater management, nutrient control planning, and related areas.

I assist both municipal government and private clients with the management of stormwater through design and implementation of stormwater BMPs to reduce flooding and meet water quality goals. I specialize in the design of nature-based solutions and green infrastructure practices. As part of this process, I develop SWMPs to identify both client and regulatory needs and goals. I develop hydrologic and hydraulic models using software such as HydroCAD, HEC-HMS, HEC-RAS, and EPA SWMMM to understand the stormwater management system at the site and how best to implement projects to meet both client and regulatory goals. Using the stormwater management plans and modeling output, designs are created using the best engineering practices. I assist our clients through the permitting, at both the local, state and federal level. I assist our clients with preparation of construction bid documents, selection of contractors, and construction oversight during the implementation of phase of the design. Additionally, I assist with post-construction inspection of stormwater BMPs and assist with long-term operation, maintenance, and rehabilitation.

**CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER**

I earned a Bachelor of Science degree in Environmental Science from SUNY Plattsburgh and a Master of Science degree in Civil and Environmental Engineering from the University of New Hampshire. I am a Professional Engineer in the state of New Hampshire in Civil and Environmental Engineering.

As of this date, I have not testified as an expert in any lawsuit in any litigation for the past four years.

I was compensated at a rate of $265 in 2023, $320 in 2024, and $330 in 2025 to complete this work.

List of Publications

Watts, A., Roseen, R., Stacey, P.E., Bourdeau, R., and Walker, T. (2016). *Clean Water for Less: Integrated Planning Reduces the Cost of Meeting Water Quality Goals in New Hampshire.* Carsey Research, Regional Issue Brief #47, Spring 2016.

**DESCRIPTION OF OPINION DEVELOPMENT**

For this project, I reviewed and analyzed SWPPPs to determine if permittees took climate change (e.g., sea level rise, storm surge, and extreme precipitation) into consideration when preparing the documents, documented completion of a facility "climate change vulnerability" risk assessment or an "adverse weather" facility assessment. Under the DEEP General Permit for the Discharge of Stormwater Associated with Industrial Activity (DEEP, 2021), the preparation and implementation of a SWPPP is required.

As explained in the DEEP regulations, the elements of a SWPPP include, but are not limited to, facility description, general location map, pollution prevention team, pollution prevention sources, inventory of exposed materials, summary of potential pollutant sources, spills and leaks, control measures, non-stormwater discharge certification, monitoring program, schedules and procedures, and certification. Facilities covered under the general permit are required to prepare a SWPPP at the time of registration or the effective date of the permit, and shall be retained on site at the facility that generates the stormwater discharge. Permittees are not required to submit their SWPPPs to DEEP at the time of registration or the effective date of the permit.

The State of Connecticut has a *Guidance Document for Preparing A Stormwater Pollution Prevention Plan* dated March 2011 (DEEP, 2011). The 2011 SWPPP Guidance was reviewed to understand what DEEP suggests a permittee consider when preparing a SWPPP.

As of the date of this report, the 2011 DEEP SWPPP Guidance remains current guidance on the preparation and implementation of a SWPPP in the State of Connecticut. Based on my technical review, the 2011 DEEP SWPPP Guidance does not impose any requirement for a permittee, or any owner or operator of a facility regulated under the DEEP industrial stormwater permit to

**CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER**

complete a "climate change" analysis, a "climate change vulnerability" risk assessment or other similar documents. I am familiar with the DEEP permit with respect to the term "in light of best industry practice" (DEEP, 2021, page 7).

To complete this project, I identified a list of the industrial permittees in the State of Connecticut which was downloaded from DEEP's website[1] and contains approximately 1650 facilities. All these permittees under the general industrial stormwater permit are required to prepare a SWPPP.

To collect and identify publicly available SWPPPs, the DEEP eFiling System[2] was searched and available electronic SWPPPs were downloaded. Additionally, a request for publicly available documents was submitted via email to DEEP. Following the submittal, a Superintendent in the Water Division, Ms. Karen Allen, contacted me via email and telephone for clarification on the types of documents I wanted to review (Exhibit A). Ms. Allen indicated that I should make an appointment to visit the records room at DEEP Headquarters in Hartford, Connecticut, to review files associated with industrial permittees.

In the DEEP records room, I requested that DEEP pull file folders for industrial permittees, and DEEP provide me those facility files. Each file was opened and searched for SWPPPs or enforcement actions (i.e., notice of violations) related to deficiencies with a SWPPP. When a SWPPP was present, photographs were taken of relevant pages of the SWPPPs. Relevant pages included the cover, professional engineers' certification, text relevant to pollution prevention measures and monitoring program. All the SWPPPs reviewed were compiled into a spreadsheet (Exhibit B).[3] Copies of the SWPPPs were made available to Plaintiff during my fact witness deposition in the case on May 25, 2023.

During my visit to the records room at DEEP, I spoke with Ms. Karen Abbott, an environmental analyst who has been with DEEP for 15 years. Ms. Abbott indicated that additional electronic SWPPPs that DEEP had received from industrial permittees following inspections of the facilities were not filed in the records room but would be emailed to me. Ms. Abbott emailed the SWPPPs following the visit.

**FINDINGS**

Based on the work completed, I offer the following opinions:

1. One hundred fifty-two (152) SWPPPs were collected and reviewed (Exhibit B). Of the 152 SWPPPs, none contained considerations that were related to "climate change" (e.g., sea level rise, storm surge, and extreme precipitation), documented completion of a facility "climate change vulnerability" risk assessment or an "adverse weather" facility assessment.

---

[1] DEEP, efiling System, https://filings.deep.ct.gov/DEEPPortal/PublicSearch/PublicSearchMap
[2] DEEP, efiling System, https://filings.deep.ct.gov/DEEPPortal/PublicSearch/PublicSearchMap
[3] Previously produced to Plaintiff in native format, RBORD00007655.

**CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER**

In addition, none contained any statements that DEEP concluded that "best industry practices" required a "climate change" assessment, and nothing in the 152 SWPPPs suggested that any facility understood that a "climate change" or "adverse weather" analysis was required by the "in light of best industry practice" language.

2. Of the enforcement actions reviewed, none were related to SWPPPs that did not contain considerations related to climate change.  In other words, CT DEEP has never taken any enforcement action that required any additional efforts to evaluate climate change.

3. Based on conversations with Ms. Abbott, Ms. Abbott was not aware of any SWPPPs that she has reviewed during her career with DEEP that were prepared with considerations for the impacts of climate change.  In addition, Ms. Abbott was not aware of any enforcement action on a permittee for SWPPPs not taking climate change into consideration.

4. Although DEEP does not require SWPPSs to include climate change provisions, I did not identify any SWPPPs where a permittee indicated that it had voluntarily included any provisions to address "climate change" or extreme weather.

**OPINIONS**

Based on the work completed, I offer the following opinions:

1. The DEEP General Permits for the Discharge of Stormwater Associated with Industrial Activity, dated October 1, 2018 and October 1, 2021, do not contain a requirement that permittees are required or even recommended to consider "climate change" when preparing a SWPPP. The proposed new draft General Permit (DEEP, 2024) for industrial stormwater by DEEP specifically includes provisions that address "climate resilience" and extreme weather and other conditions.

2. The DEEP 2011 SWPPP Guidance Document for Preparing a Stormwater Pollution Prevention Plan does not contain a requirement that permittees consider "climate change" when preparing the SWPPP.

3. None of the SWPPPs reviewed contained considerations for "climate change" or similar terms.

4. DEEP has not taken or issued an enforcement action for a permittee not including considerations for "climate change" when preparing the SWPPP.

5. Based on my research, and as of the date of this report, I see no evidence of an "industry practice" or a "best industry practice" in the State of Connecticut for facilities regulated under the DEEP program to conduct a "climate change vulnerability" risk assessment. If there was an alleged "best industry practice" to assess the effects of a 500-year flood on facilities regulated under by DEEP, or a recommended practice for facilities in Connecticut to follow related to industrial stormwater, I see no evidence of that from my research.

June 23, 2025
Page 4 of 5

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

6.  As I noted, the new draft DEEP General Permit (DEEP, 2024) includes new provisions that require permittees to consider certain climate-related issues as they move forward with developing a new or updating an existing SWPPP and complying with the industrial stormwater regulations in the State of Connecticut.

**REFERENCES**

DEEP. 2011. Guidance Document for Preparing A Stormwater Pollution Prevention Plan. March 2011. DEP-PED-GUID-014. swpppguidpdf.pdf

DEEP. 2021. General Permit for the Discharge of Stormwater Associated with Industrial Activity. Effective Date: October 1, 2021. DEEP-WPED-GP-014. 20210316-industrial-general-permit-as-is-renewal---cleansigned.pdf

DEEP. 2024. Draft General Permit for the Discharge of Stormwater Associated with Industrial Activities. General Permit No.: CTF050000. DEEP-WPED-GP-014. 2024-11-25_draft-2024-stormwater-igp-permit_ahd.pdf

**LIST OF EXHIBITS**

**A    Notes and Communication with DEEP**

**B    Table Summarizing SWPPPs Reviewed**

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

# EXHIBITS

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

# EXHIBIT A

# Notes and Communication with DEEP

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

**CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER**

**From:** Abbott, Karen
**To:** Renee Bourdeau
**Subject:** RE: Follow up - NOVs
**Date:** Friday, February 10, 2023 1:21:03 PM

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you have any suspicion, please confirm with the sender verbally that this email is authentic. If you suspect fraud, click "Phish Alert Report."

Hi Renee,

For this type of request, a formal FOIA request will need to be submitted to DEEP with an exact timeframe of years needed.

**From:** Renee Bourdeau <RBourdeau@Geosyntec.com>
**Sent:** Friday, February 10, 2023 1:16 PM
**To:** Abbott, Karen <Karen.Abbott@ct.gov>
**Subject:** Follow up - NOVs

You don't often get email from rbourdeau@geosyntec.com. Learn why this is important

EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Good afternoon Karen –

Just wanted to follow up on our phone call to discuss reviewing the NOVs.
Thanks!

Renee

Renee L. Bourdeau, P.E. (NH)
Senior Engineer
---------------------------------------------------------
Geosyntec Consultants, Inc.
Office: (603) 205-8057
Mobile: (518) 593-5406
Cisco: 8057
www.Geosyntec.com

Please consider the environment before printing this email.

This electronic mail message contains information that (a) is or may be LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended only for the use of the Addressee(s) named herein. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited. If you have received this electronic mail message in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system.

RBORD00007666

**CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER**

| From: | Renee Bourdeau |
|---|---|
| To: | Craven, James O. |
| Cc: | Anthony G. Papetti |
| Subject: | RE: Records Request Form for SWPPPs |
| Date: | Monday, January 9, 2023 11:58:00 AM |
| Attachments: | image001.png |
| | image002.png |

James –

Tomorrow morning would be my preference.
I have suggested some times that work well for me below:

TU 1/10: 830 – 10am, 11am – 12pm

Renee L. Bourdeau, PE (NH)
Office: (603) 205-8057
Mobile: (518) 593-5406
Cisco: 8057

---

**From:** Craven, James O. <JCraven@wiggin.com>
**Sent:** Monday, January 9, 2023 11:46 AM
**To:** Renee Bourdeau <RBourdeau@Geosyntec.com>
**Cc:** Anthony G. Papetti <APapetti@bdlaw.com>
**Subject:** FW: Records Request Form for SWPPPs

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you have any suspicion, please confirm with the sender verbally that this email is authentic. If you suspect fraud, click "Phish Alert Report."

Hi Renee:

See below.

Are you around later this evening or tomorrow am to discuss?

Thanks,

Jim

**Jim Craven**
Direct: 203.498.4361 | jcraven@wiggin.com
www.wiggin.com



CONFIDENTIAL

RBORD00007667

**CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER**

CONNECTICUT | NEW YORK | PHILADELPHIA | WASHINGTON, DC | PALM BEACH

---

**From:** Abbott, Karen <Karen.Abbott@ct.gov>
**Sent:** Monday, January 9, 2023 11:45 AM
**To:** Craven, James O. <JCraven@wiggin.com>
**Subject:** RE: Records Request Form for SWPPPs

Jim,

I can meet in person or we can chat over the phone, whichever works better for you.

**Karen Abbott**
**Environmental Analyst**
**Water Permitting and Enforcement Division/ Stormwater Section**
**Materials Management & Compliance Assurance**
**Connecticut Department of Energy and Environmental Protection**
**79 Elm Street, Hartford, CT 06106-5127**
**M: (860) 424-4038 | E: karen.abbott@ct.gov**



www.ct.gov/deep

*Conserving, improving and protecting our natural resources and environment;*
*Ensuring a clean, affordable, reliable, and sustainable energy supply.*

www.ct.gov/deep/stormwater

---

**From:** Craven, James O. <JCraven@wiggin.com>
**Sent:** Monday, January 9, 2023 10:26 AM
**To:** Abbott, Karen <Karen.Abbott@ct.gov>
**Subject:** RE: Records Request Form for SWPPPs

EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Hi Karen:

I was hoping that you might have some time this week when we could briefly talk with you about the Industrial Permit SWPPPs.

RBORD00007668

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

We reviewed all of the ones located in the DEEP Records Room as well as all of the ones that you were able to send to Wiggin and Dana electronically in response to our request.

We also reviewed all of the NOVs that were in the records room related to Industrial Permit SWPPPs.

We want to make sure there are no other locations where Industrial Permit SWPPPs might be located.

We'd also like to confirm the list of the ones that were sent electronically includes all that are available in that form so we can be sure that Renee has reviewed all of them.

We could also meet in person at your office if easier for you?

Thanks,

Jim Craven


**Jim Craven**
Direct: 203.498.4361 | jcraven@wiggin.com
www.wiggin.com



CONNECTICUT | NEW YORK | PHILADELPHIA | WASHINGTON, DC | PALM BEACH

---

**From:** Abbott, Karen <Karen.Abbott@ct.gov>
**Sent:** Friday, November 18, 2022 11:05 AM
**To:** Craven, James O. <JCraven@wiggin.com>; Allen, Karen <Karen.Allen@ct.gov>
**Subject:** RE: Records Request Form for Tuesday Visit

James,

Here are four SWPPs that I found for sites on the shoreline. I will give you a follow-up call shortly.

**Karen Abbott**
**Environmental Analyst**
**Water Permitting and Enforcement Division/ Stormwater Section**
**Materials Management & Compliance Assurance**
**Connecticut Department of Energy and Environmental Protection**
**79 Elm Street, Hartford, CT 06106-5127**
**M: (860) 424-4038 | E: karen.abbott@ct.gov**

RBORD00007669

**CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER**



Connecticut Department of

# ENERGY &
# ENVIRONMENTAL
# PROTECTION

www.ct.gov/deep

*Conserving, improving and protecting our natural resources and environment;
Ensuring a clean, affordable, reliable, and sustainable energy supply.*

www.ct.gov/deep/stormwater

**From:** Craven, James O. <JCraven@wiggin.com>
**Sent:** Friday, November 18, 2022 10:18 AM
**To:** Allen, Karen <Karen.Allen@ct.gov>
**Cc:** Abbott, Karen <Karen.Abbott@ct.gov>
**Subject:** RE: Records Request Form for Tuesday Visit

You don't often get email from jcraven@wiggin.com. Learn why this is important

EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Hi I appreciate that you are both very busy.

I just wanted to follow-up from the call on Monday so that I can make arrangements to review the documents.

Can you please give me a call 203-498-4361 to let me know the status.

Thank you very much,

Jim

**Jim Craven**
Direct: 203.498.4361 | jcraven@wiggin.com
www.wiggin.com



CONNECTICUT | NEW YORK | PHILADELPHIA | WASHINGTON, DC | PALM BEACH

**From:** Allen, Karen <Karen.Allen@ct.gov>
**Sent:** Thursday, November 10, 2022 4:41 PM

                                                                 RBORD00007670

**CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER**

**To:** Craven, James O. <JCraven@wiggin.com>
**Cc:** Abbott, Karen <Karen.Abbott@ct.gov>
**Subject:** RE: Records Request Form for Tuesday Visit

Hi Jim,

I'll need to confer with staff on a response to your request. State Offices are closed tomorrow so I'll get back to you early next week.

Karen

---

**From:** Craven, James O. <JCraven@wiggin.com>
**Sent:** Thursday, November 10, 2022 4:32 PM
**To:** Allen, Karen <Karen.Allen@ct.gov>
**Cc:** Abbott, Karen <Karen.Abbott@ct.gov>
**Subject:** RE: Records Request Form for Tuesday Visit

EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Thank you for the quick response.

Greatly appreciated.  I was hoping to review the Industrial Permit SWPPPs that you have on file.

I am willing to try to do what is easiest in order to review them or if necessary narrow the request if you have 1647 SWPPPs

Do you want to have a brief call today or tomorrow to discuss?

Thanks

Jim Craven

My cell is 203 623-2307

**Jim Craven**
Direct: 203.498.4361 | jcraven@wiggin.com
www.wiggin.com



CONNECTICUT | NEW YORK | PHILADELPHIA | WASHINGTON, DC | PALM BEACH

---

**From:** Allen, Karen <Karen.Allen@ct.gov>
**Sent:** Thursday, November 10, 2022 2:38 PM
**To:** Craven, James O. <JCraven@wiggin.com>
**Cc:** Abbott, Karen <Karen.Abbott@ct.gov>
**Subject:** FW: Records Request Form for Tuesday Visit

**CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER**

Good afternoon,

I'm the supervisor of the DEEP Stormwater Program. The records center forwarded your request to me. There are currently 1647 active registrants under the Industrial Stormwater General Permit. Are you looking for something in particular?

*Karen Allen, P.E.*
*Supervising Sanitary Engineer*
*Connecticut Department of Energy and Environmental Protection*
*Water Permitting and Enforcement Division/Stormwater Section*
*860-424-3842*

**From:** Craven, James O. <JCraven@wiggin.com>
**Sent:** Thursday, November 10, 2022 11:40 AM
**To:** DEEP Records Center <DEEP.RecordsCenter@ct.gov>
**Subject:** Records Request Form for Tuesday Visit

> You don't often get email from jcraven@wiggin.com. Learn why this is important

EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

For my appointment next week.  Happy to discuss at 203 498-4361.

Thanks very much.

Jim Craven

**Jim Craven**
Wiggin and Dana LLP
265 Church Street, P.O. Box 1832
New Haven, Connecticut 06510
Direct: 203.498.4361 | jcraven@wiggin.com
www.wiggin.com



CONNECTICUT | NEW YORK | PHILADELPHIA | WASHINGTON, DC | PALM BEACH

CONFIDENTIAL                                                                                   RBORD00007672

**CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER**

This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected under applicable law from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic mail or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify the sender or **Wiggin and Dana LLP** at **203-498-4400** immediately and then delete the original message (including any attachments) in its entirety. We take steps to protect against viruses and other malicious code but advise you to carry out your own checks and precautions as we accept no liability for any which remain. We may monitor electronic mail sent to and from our server(s) to ensure regulatory compliance to protect our clients and business.

Disclosure under U.S. IRS Circular 230: **Wiggin and Dana LLP** informs you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIAL

RBORD00007673

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

| From: | Abbott, Karen |
|---|---|
| To: | Renee Bourdeau |
| Subject: | RE: SWPPPs |
| Date: | Thursday, March 9, 2023 11:47:33 AM |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you have any suspicion, please confirm with the sender verbally that this email is authentic. If you suspect fraud, click "Phish Alert Report."

Renee,

That section of the general permit is only referring to the registration process. These requests are very rare.

**From:** Renee Bourdeau <RBourdeau@Geosyntec.com>
**Sent:** Tuesday, March 7, 2023 10:45 AM
**To:** Abbott, Karen <Karen.Abbott@ct.gov>
**Subject:** SWPPPs

You don't often get email from rbourdeau@geosyntec.com. Learn why this is important

EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Karen –

Hope you are doing well. I wanted to reach out to you about SWPPPs being available for public review/comment. If a member of the public were to request to review the SWPPP of a facility in CT, does DEEP typically inform the registrant of the request and the name of the requesting party, consistent with the language in the general permit below? Can this type of request be done at any point under the coverage of the general permit or is it just following submittal of the NOI? Happy to talk if that's easier.

Renee

**Plan Availability**

(A) In such cases where the registrant has made their Plan available electronically in accordance with Section 4(c)(2)(H), members of the public may access the Plan directly. On or before forty five (45) days from the date the registration is posted by the Commissioner, such party may submit written comments on the Registration and/or Plan to the Commissioner.

(B) In such cases where the registrant has not made their Plan available electronically in accordance with Section 4(c)(2)(H), on or before fifteen (15) days from the date of posting by the Commissioner, members of the public may submit a written request to the Commissioner to obtain a copy of such Plan. The Commissioner shall inform the registrant of the request and the name of the requesting party. The registrant shall submit a copy of their Plan to the Commissioner within seven (7) days of their receipt of such request. On or before thirty (30) days from the date a member of the public receives a copy of the requested Plan from the Commissioner, they may submit written comments on the Registration and/or Plan to the Commissioner.

**Section 4(c)(2)(H) states:**

RBORD00007674

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

If available, provide an internet address (URL) where the Plan required by Section 5(c) is accessible for public review. If the registrant claims that certain elements of their Plan constitute a trade secret or are otherwise exempt from the disclosure requirements of the state Freedom of Information Act (section 1-210 et seq of the Connecticut General Statutes, also called FOIA) as specified in that Act, they shall follow the procedures provided in the registration form instructions for this general permit regarding information subject to FOIA requirements. The process of complying with the FOIA requirements does not exempt the registrant from the registration and Plan preparation deadlines in Sections 4(a) and 5(c)(3) of this general permit

Renee L. Bourdeau, PE (NH)
Office: (603) 205-8057
Mobile: (518) 593-5406
Cisco: 8057

---

**From:** Abbott, Karen <Karen.Abbott@ct.gov>
**Sent:** Friday, February 10, 2023 1:21 PM
**To:** Renee Bourdeau <RBourdeau@Geosyntec.com>
**Subject:** RE: Follow up - NOVs

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you have any suspicion, please confirm with the sender verbally that this email is authentic. If you suspect fraud, click "Phish Alert Report."

Hi Renee,

For this type of request, a formal FOIA request will need to be submitted to DEEP with an exact timeframe of years needed.

---

**From:** Renee Bourdeau <RBourdeau@Geosyntec.com>
**Sent:** Friday, February 10, 2023 1:16 PM
**To:** Abbott, Karen <Karen.Abbott@ct.gov>
**Subject:** Follow up - NOVs

You don't often get email from rbourdeau@geosyntec com. Learn why this is important

EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Good afternoon Karen –

Just wanted to follow up on our phone call to discuss reviewing the NOVs.
Thanks!

Renee

Renee L. Bourdeau, P.E. (NH)
Senior Engineer
------------------------------------------------------------

Geosyntec Consultants, Inc.
Office: (603) 205-8057
Mobile: (518) 593-5406
Cisco: 8057

RBORD00007675

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

www.Geosyntec.com

Please consider the environment before printing this email.

This electronic mail message contains information that (a) is or may be LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended only for the use of the Addressee(s) named herein. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited. If you have received this electronic mail message in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system.

CONFIDENTIAL

RBORD00007676

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

# EXHIBIT B

# Table Summarizing SWPPPs Reviewed

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

**CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER**

| Site Town | Site Name & Street Address | Address | Client Name | Pollution Prevention Plan | Received Via: Email, CTDEEP Download, Paper Copy, Online Search | Plan Year |
|---|---|---|---|---|---|---|
| - | CRRA MID-CT PROJECT | No Address | | Y | PAPER | 1997 |
| ANSONIA | Name: CITY OF ANSONIA DPW Address: N DIVISION ST | N Division St, Ansonia, CT 06401 | ANSONIA, CITY OF | Y | EMAIL | 2017 |
| AVON | Name: TREND OFFSET PRINTING SERVICES INC. Address: 60 SECURITY DR | 60 Security Dr, Avon, CT 06001 | R. R. DONNELLEY & SONS COMPANY, | Y | EMAIL | 2019 |
| BALTIC | M.S. CHAMBERS | 132 West Main Street Baltic, CT | | Y | PAPER | 1997 |
| BERLIN | Name: JENSEN FABRICATING ENGINEERS, INC. Address: 555 Wethersfield Rd | 555 Wethersfield Rd, Berlin, CT 06037 | JENSEN FABRICATING ENGINEERS, INCORPORATED | Y | EMAIL | 2017 |
| BERLIN | Name: ASSA ABLOY ACCESS AND EGRESS HARDWARE GROUP, INC. Address: 225 EPISCOPAL RD | 225 Episcopal Rd, Berlin, CT 06037 | CORBIN RUSSWIN, INC., | Y | PAPER | 2002 |
| BERLIN | Name: 40 NEW PARK DRIVE LLC Address: 40 NEW PARK DR | 40 New Park Dr, Berlin, CT 06037 | BUDNEY INDUSTRIES INC | Y | PAPER | 2007 |
| BETHLEHEM | Name: TOWN OF BETHLEHEM PUBLIC WORKS GARAGE Address: 28 MAIN ST S | 28 Main St S, Bethlehem, CT 06751 | BETHLEHEM, TOWN OF | Y | PAPER | 2008/2019 |
| BLOOMFIELD | AMERICAN MATERIALS CORPORATION | 100 Old Iron Ore Road Bloomfield, CT | | Y | PAPER | 1998 |
| BLOOMFIELD | Name: SpaceFitters, LLC Address: 360 Woodland Ave | 360 Woodland Ave, Bloomfield, CT 06002 | SPACEFITTERS, LLC, | Y | DOWNLOAD | 2020 |
| BOLTON | Name: TOWN OF BOLTON PUBLIC WORKS FACILITY Address: 98 NOTCH RD | 98 Notch Rd, Bolton, CT 06043 | BOLTON, TOWN OF | Y | PAPER | 2004 |
| BRIDGEPORT | Name: BRIDGEPORT TRANSFER STATION Address: 475 Asylum St | 475 Asylum St, Bridgeport, CT 06602 | ENVIRO EXPRESS, INC., | Y | EMAIL | 2017 |
| BRIDGEPORT | Name: Bridgeport Boatworks Address: 731 Seaview Avenue | 731 Seaview Avenue, Bridgeport, CT 06602 | BRIDGEPORT BOATWORKS, INC., | Y | DOWNLOAD | 2019 |
| BRIDGEPORT | Name: 731 Seaview Ave Address: 731 Seaview Ave | 731 Seaview Ave, Bridgeport, CT 06602 | Hornblower Shipyard, LLC, | Y | DOWNLOAD | 2021 |
| BRIDGEPORT | Name: AMERICAN MEDICAL RESPONSE (FLEET MAINTENANCE) Address: 155 4TH ST | 155 4Th St, Bridgeport, CT 06602 | AMERICAN MEDICAL RESPONSE OF CONNECTICUT, INCORPORATED | Y | PAPER | 2009 |
| BRISTOL | Name: BRISTOL PUBLIC WORKS GARAGE Address: 95 VINCENT P KELLY RD | 95 Vincent P Kelly Rd, Bristol, CT 06010 | BRISTOL, CITY OF | Y | EMAIL | 2015 |
| BRISTOL | Name: BRISTOL BULKY LANDFILL & TRANSFER STATION Address: 685 LAKE AVE | 685 Lake Ave, Bristol, CT 06010 | BRISTOL, CITY OF | Y | EMAIL | 2015 |
| BRISTOL | Name: LOT #2 WATERBURY RD | Lot #2 Waterbury Road Bristol, CT | LOT #2 WATERBURY RD | Y | PAPER | 2002 |
| BRISTOL | Name: LOT 46 WATERBURY ROAD | Lot 46 Waterbury Road Bristol, CT | LOT 46 WATERBURY ROAD | Y | PAPER | 2002 |
| BROOKFIELD | Name: A.J. TUCK COMPANY Address: 32 TUCKS RD | 32 Tucks Rd, Brookfield, CT 06804 | A.J. TUCK COMPANY, | Y | DOWNLOAD | 2021 |
| BURLINGTON | O&G INDUSTRIES BURLINGTON | Route 4 Burlington, CT 06013 | | Y | PAPER | 2007 |
| CANTON | Name: TOWN OF CANTON WPCF Address: 50 OLD RIVER RD | 50 Old River Rd, Canton, CT 06022 | CANTON, TOWN OF | Y | PAPER | 2014 |
| CHAPLIN | PUBLIC WORKS GARAGE SALT STORAGE FACILITY TRANSFER STATION | NO ADDRESS ON PDF | | Y | PAPER | 1998 |
| CHESHIRE | Name: CONSOLIDATED INDUSTRIES AQUISITION CORP Address: 677 MIXVILLE RD | 677 Mixville Rd, Cheshire, CT 06410 | CONSOLIDATED INDUSTRIES ACQUISITION CORPORATION, | Y | PAPER | 2000 |
| CHESHIRE | Name: Stericycle Address: 85 Fieldstone Ct | 85 Fieldstone Ct, Cheshire, CT 06410 | STERICYCLE, INC., | Y | DOWNLOAD | 2019 |
| CHESIRE | Name: TOWN OF CHESHIRE Address: 84 South Main Street | 84 South Main Street Cheshire, CT | | Y | PAPER | 1998 |
| COLEBROOK | Name: COLEBROOK TOWN GARAGE Address: 43 SANDY BROOK ROAD | 43 Sandy Brook Road, Colebrook, CT 06021 | COLEBROOK, TOWN OF | Y | PAPER | 2003 |
| COLEBROOK | Name: Connecticut Diggers, LLC Address: 337 Colebrook River Road | 337 Colebrook River Road, Colebrook, CT 06021 | CONNECTICUT DIGGERS, LLC, | Y | PAPER | 2019 |
| COLLINSVILLE | Name: TOWN OF CANTON PUBLIC WORKS GARAGE Address: 50 River Road | 50 River Road Collinsville, CT 06022 | TOWN OF CANTON PUBLIC WORKS GARAGE | Y | DOWNLOAD | 2020 |
| COS COB | Name: BEACON POINT MARINE, INC Address: 49 River Rd | 49 River Rd, Cos Cob, CT 06807 | BEACON POINT MARINE, INC., | Y | PAPER | 2007 |
| CROMWELL | CROMWELL HIGHWAY GARAGE | | | Y | PAPER | 2002 |
| CROMWELL | BONDED TECHNOLOGY, INC. A NEWBOND COMPANY | Alcap Ridge Road Cromwell, CT 06416 | | Y | PAPER | 2003 |
| CROMWELL | Name: CROMWELL CONCRETE PRODUCTS INC. Address: 667 MAIN ST | 667 Main St, Cromwell, CT 06416 | CROMWELL CONCRETE PRODUCTS, INCORPORATED | Y | PAPER | 2016 |
| DANBURY | Name: Danbury Mission Technologies Address: 100 Wooster Heights Rd | 100 Wooster Heights Rd, Danbury, CT 06810 | DANBURY MISSION TECHNOLOGIES, LLC, | Y | DOWNLOAD | 2018 |
| DANBURY | LAIDLAW TRANSIT DANBURY | 5 Shelter Rock Road Danbury, CT | | Y | PAPER | 2000 |
| DANBURY | STUDENT TRANSPORTATION OF AMERICA | 55 Triangle Street Danbury, CT 06810 | STUDENT TRANSPORTATION OF AMERICA | Y | DOWNLOAD | 2022 |
| DANBURY | Name: O & G DANBURY CONCRETE PLANT Address: 9 SEGAR ST | 9 Segar St, Danbury, CT 06810 | O & G INDUSTRIES, INC., | Y | PAPER | 2004/2015 |
| EAST GRANBY | Name: GALASSO MATERIALS, LLC Address: 60 S MAIN ST | 60 S Main St, East Granby, CT 06026 | GALASSO MATERIALS, LLC, | Y | PAPER | 2004 |
| EAST HADDAM | Name: EAST HADDAM PUBLIC WORKS GARAGE Address: 28 MOUNT PARNASSUS RD | 28 Mount Parnassus Rd, East Haddam, CT 06423 | EAST HADDAM, TOWN OF | Y | PAPER | 2002 |
| EAST HARTFORD | GREATER HARTFORD TRANSIT DISTRICT (GHTD) | 148 Roberts Street East Hartford, CT | GREATER HARTFORD TRANSIT DISTRICT (GHTD) | Y | ONLINE | 2017 |
| EAST HARTFORD | Name: DATTCO BUS COMPANY Address: 359 Burnham St | 359 Burnham St, East Hartford, CT 06108 | Dattco, | Y | DOWNLOAD | 2018 |
| EAST WINDSOR | Name: EAST WINDSOR MAINTENANCE FACILITY Address: 157 PROSPECT HILL RD | 157 Prospect Hill Rd, East Windsor, CT 06088 | TRANSPORTATI ON, STATE OF CONNECTICUT DEPARTMENT OF | Y | PAPER | 2003 |
| ENFIELD | Name: Conval, Inc Address: 96 Phoenix Ave | 96 Phoenix Ave, Enfield, CT 06082 | CONVAL INC | Y | DOWNLOAD | 2019 |
| ENFIELD | Name: TOWN OF ENFIELD DPW Address: 40 MOODY RD | 40 Moody Rd, Enfield, CT 06082 | ENFIELD, TOWN OF | Y | PAPER | no date |
| ESSEX | Name: Town Garage Address: 1 Old Dump Road | 1 Old Dump Road, Essex, CT 06426 | ESSEX, TOWN OF | Y | PAPER | 2002 |
| FARMINGTON | Name: TILCON CONNECTICUT, INC. Address: 222 COLT HWY | 222 Colt Hwy, Farmington, CT 06032 | TILCON CONNECTICUT INC. | Y | PAPER | 1999 |
| FARMINGTON | Name: EBM- PAPST, INC. Address: 110 HYDE RD | 110 Hyde Rd, Farmington, CT 06032 | EBM-PAPST INC., | Y | EMAIL | 2020 |
| FARMINGTON | Name: FARMINGTON READY MIX, INC. Address: 164 BRICKYARD RD | 164 Brickyard Rd, Farmington, CT 06032 | FARMINGTON READY MIX, INC., | Y | PAPER | 2005 |
| FORESTVILLE | Name: METAL FINISHING TECHNOLOGIES, LLC Address: 60 Wooster Court | 60 Wooster Court Forestville, CT | METAL FINISHING TECHNOLOGIES, LLC | Y | DOWNLOAD | 2022 |
| GROTON | Name: GROTON NEW LONDON AIRPORT Address: 155 TOWER AVE | 155 Tower Ave, Groton, CT 06340 | CONNECTICUT AIRPORT AUTHORITY | Y | PAPER | 1996 |
| GROTON | PFIZER GROTON | 445 Eastern Point Road Groton, CT | | Y | PAPER | 1998 |
| HARTFORD | Name: MIRA / HARTFORD LANDFILL Address: 180 Leibert Rd | 180 Leibert Rd, Hartford, CT 06101 | MATERIALS INNOVATION AND RECYCLING AUTHORITY , | Y | PAPER | 2002 |
| HARWINTON | O&G INDUSTRIES HARWINTON | 225 Bogue Road Harwinton, CT | | Y | PAPER | 2002 |

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

| Site Town | Site Name & Street Address | Address | Client Name | Pollution Prevention Plan | Received Via: Email, CTDEEP Download, Paper Copy, Online Search | Plan Year |
|---|---|---|---|---|---|---|
| HARWINTON | Name: HARWINTON/B& R CORP. VRF Address: 216 LOWER BOGUE RD | 216 Lower Bogue Rd, Harwinton, CT 06791 | SUPREME INDUSTRIES, INC., | Y | PAPER | 2003 |
| LISBON | Name: K&H Properties Address: 397 North Burnham Hwy | 397 North Burnham Hwy, Lisbon, CT 06351 | HERB HOLDEN TRUCKING, INC., | Y | DOWNLOAD | 2021 |
| LITCHFIELD | Name: LITCHFIELD HIGHWAY GARAGE Address: 101 Russell St | 101 Russell St, Litchfield, CT 06759 | LITCHFIELD, TOWN OF | Y | PAPER | 1998 |
| MANCHESTER | Name: ADUSA Distribution, LLC Address: 1315 Tolland Turnpike | 1315 Tolland Turnpike, Manchester, CT 06042 | ADUSA DISTRIBUTION, LLC, | Y | DOWNLOAD | 2021 |
| MANCHESTER | Name: Alloy Specialties, Incorporated Address: 110 Batson Dr | 110 Batson Dr, Manchester, CT 06042 | ALLOY SPECIALTIES, INCORPORATED, | Y | DOWNLOAD | 2021 |
| MANCHESTER | FLINT INK MANCHESTER | NO ADDRESS ON PDF | | Y | PAPER | 2001 |
| MERIDEN | UNITED OIL RECOVERY | 136 Gracey Avenue Meriden, CT | | Y | PAPER | 1994 |
| MERIDEN | Name: Radio Frequency Systems Address: 200 POND VIEW DR | 200 Pond View Dr, Meriden, CT 06450 | RADIO FREQUENCY SYSTEMS, INC. | Y | PAPER | 1997 |
| MERIDEN | Name: R+L Carriers WFD Terminal Address: 475 Research Pkwy | 475 Research Pkwy, Meriden, CT 06450 | GREENWOOD MOTOR LINES, INC., | Y | DOWNLOAD | 2021 |
| MERIDEN | Name: CRC CHROME Address: 169 PRATT ST | 169 Pratt St, Meriden, CT 06450 | CRC CHROME CORPORATION, | Y | PAPER | 2006 |
| MIDDLEFIELD | Name: COOPER - ATKINS, CORP. Address: 33 Reeds Gap Rd | 33 Reeds Gap Rd, Middlefield, CT 06455 | Emerson Commercial & Residential Solutions, | Y | DOWNLOAD | 2022 |
| MIDDLETOWN | Name: FedEx Ground Middletown Hub Address: 49 Fed Ex Dr | 49 Fed Ex Dr, Middletown, CT 06457 | FEDEX GROUND PACKAGE SYSTEM, INC., | Y | DOWNLOAD | 2017 |
| MIDDLETOWN | RECYCLING CENTER | 185 Johnson Street Middletown, CT | RECYCLING CENTER | Y | ONLINE | 2011 |
| MILFORD | Name: Athletic Brewing Company Address: 75 Cascade Blvd | 75 Cascade Blvd, Milford, CT 06460 | ATHLETIC BREWING COMPANY LLC, | Y | DOWNLOAD | 2022 |
| MILFORD | Name: WASTE CONVERSION TECHNOLOGIES, INC. Address: 221 OLD GATE LN | 221 Old Gate Ln, Milford, CT 06460 | WASTE CONVERSION TECHNOLOGIES, INC., | Y | PAPER | 1998 |
| MILFORD | Name: CONNECTICUT STONE Address: 138 WOODMONT RD | 138 Woodmont Rd, Milford, CT 06460 | CONNECTICUT STONE SUPPLIES, INCORPORATED, | Y | EMAIL | 2017 |
| MONROE | TOWN OF MONROE PUBLIC WORKS GARAGE | 447 Purdy Hilll Road Monroe, CT 064668 | TOWN OF MONROE PUBLIC WORKS GARAGE | Y | ONLINE | 2017 |
| MONROE | Name: 4 Independence Dr Address: 4 Independence Dr | 4 Independence Dr, Monroe, CT 06468 | ROCKHEAD LLC, | Y | DOWNLOAD | 2019 |
| NAUGATUCK | NAUGATUCK QUARRY (GORMAN AGGREGATES LLC) | NO ADDRESS ON PDF | | Y | PAPER | 2001 |
| NAUGATUCK | Name: NAUGATUCK DPW GARAGE Address: 543 RUBBER AVE | 543 Rubber Ave, Naugatuck, CT 06770 | NAUGATUCK, BOROUGH OF | Y | ONLINE | 2011 |
| NAUGATUCK | BOUROUGH OF NAUGATUCK POLICE DEPARTMENT AND SALT AND SAND STORAGE FACILITY | 211 Spring Street Naugatuck, CT | BOUROUGH OF NAUGATUCK POLICE DEPARTMENT AND SALT AND SAND STORAGE FACILITY | Y | ONLINE | 2011 |
| NAUGATUCK | BOUROUGH OF NAUGATUCK PARKS DEPARTMENT AND TRANSFER STATION | 258 Rubber Avenue Naugatuck, CT | BOUROUGH OF NAUGATUCK PARKS DEPARTMENT AND TRANSFER STATION | Y | ONLINE | 2011 |
| NEW BRITAIN | Name: Arite Used Auto Parts, Inc. Address: 116 Christian Ln | 116 Christian Ln, New Britain, CT 06050 | A-RITE USED AUTO PARTS, INC., | Y | EMAIL | 2012 |
| NEW BRITAIN | Name: COMMERCIAL FOUNDRY COMPANY, THE Address: 326 SOUTH ST | 326 South St, New Britain, CT 06050 | COMMERCIAL FOUNDRY COMPANY, THE | Y | PAPER | 2003 |
| NEW HARTFORD | Name: KMC Music, Inc. Address: 37 GREENWOODS RD | 37 Greenwoods Rd, New Hartford, CT 06057 | OVATION INSTRUMENTS | Y | PAPER | 1996 |
| NEW HAVEN | Name: SARGENT MANUFACTURIN G COMPANY Address: 100 SARGENT DR | 100 Sargent Dr, New Haven, CT 06511 | SARGENT MANUFACTURIN G COMPANY, | Y | PAPER | 1997 |
| NEW HAVEN | Name: 347 CHAPEL STREET Address: 347 CHAPEL ST | 347 Chapel St, New Haven, CT 06511 | PETROLEUM TERMINALS, INC., | Y | PAPER | 1998 |
| NEW HAVEN | Name: 500 Waterfront St. Address: 500 WATERFRONT ST | 500 Waterfront St, New Haven, CT 06511 | GULF OIL LIMITED PARTNERSHIP, | Y | | 2017 |
| NEW HAVEN | QE ENGLISH STATION | 510 Grand Avenue New Haven, CT | | Y | PAPER | 2002 |
| NEW HAVEN | Name: Tweed New Haven Airport Address: 155 BURR ST | 155 Burr St, New Haven, CT 06511 | TWEED NEW HAVEN REGIONAL AIRPORT AUTHORITY, | Y | PAPER | 2003 |
| NEW HAVEN | HB IVES | 50 Ives Place New Haven, CT | | Y | PAPER | 2003 |
| NEW HAVEN | Name: AMERICAN MEDICAL RESPONSE OF CT INC Address: 58 Middletown Ave | 58 Middletown Ave, New Haven, CT 06511 | AMERICAN MEDICAL RESPONSE OF CONNECTICUT, INCORPORATED | Y | PAPER | 2009 |
| NEW HAVEN | Name: Trelleborg Coated Systems US, Inc. Address: 30 LENOX ST | 30 Lenox St, New Haven, CT 06511 | TRELLEBORG COATED SYSTEMS US, INC., | Y | DOWNLOAD | 2019 |
| NEWINGTON | Name: KEENEY MANUFACTURIN G COMPANY, INC. Address: 1170 MAIN ST | 1170 Main St, Newington, CT 06111 | KEENEY MANUFACTURIN G COMPANY, THE | Y | PAPER | 1998 |
| NORTH HAVEN | SUPERIOR BLOCK SUPPLY | 99 Stoddard Avenue North Haven, CT | | Y | PAPER | 1995 |
| NORTHFIELD | Name: Harwinton Salt Storage Facility Address: CT-8 N | Ct-8 N, Northfield, CT 06778 | TRANSPORTATI ON, STATE OF CONNECTICUT DEPARTMENT OF | Y | DOWNLOAD | 2021 |
| NORWALK | CRRA NORWALK TRANSFER STATION | 1 Crescent Street Norwalk, CT | | Y | PAPER | 1999 |
| NORWALK | Name: NORWALK SEWAGE TREATMENT Address: 60 S SMITH ST | 60 S Smith St, Norwalk, CT 06854 | NORWALK, CITY OF | Y | DOWNLOAD | 2020 |
| NORWALK | NORWALK YACHT CLUB | 10 Nathan Hale Drive Norwalk, CT 06854 | | Y | EMAIL | 2022 |
| NORWALK | Name: Norwalk WPCF Address: 60 South Smith Street | 60 South Smith Street, Norwalk, CT 06854 | SUEZ WATER ENVIRONMENTA L SERVICES INC., | Y | DOWNLOAD | 2020 |
| NORWICH | Name: NORWICH PUBLIC WORKS DEPARTMENT Address: 50 CLINTON AVE | 50 Clinton Ave, Norwich, CT 06360 | NORWICH, CITY OF | Y | PAPER | 1999 |
| NORWICH | Name: BOYD'S USED AUTO PARTS, INC. Address: 133 Corning Rd | 133 Corning Rd, Norwich, CT 06360 | BOYD'S USED AUTO PARTS, INC | Y | PAPER | 2012 |
| OLD LYME | Name: PROPERTY AT MILE CREEK ROAD Address: 308 Mile Creek Rd | 308 Mile Creek Rd, Old Lyme, CT 06371 | EASTPORT SOUTH, LLC, | Y | PAPER | 1998 |
| PLAINFIELD | Name: 0 Mill Brook Road Gravel Excavation Address: 0 Mill Brook Road | 0 Mill Brook Road, Plainfield, CT 06374 | SAMMY P INC., | Y | DOWNLOAD | 2020 |
| PLAINVILLE | Name: Heavy Weight, Inc. Address: 276 S Washington St | 276 S Washington St, Plainville, CT 06062 | HW Green Co Inc, | Y | DOWNLOAD | 2021 |
| PLAINVILLE | Name: A. AIUDI & SONS, LLC Address: 190 CAMP ST | 190 Camp St, Plainville, CT 06062 | A. AIUDI & SONS, LLC, | Y | PAPER | 2004 |
| PLANTSVILLE | Name: THE F & F CONCRETE CORPORATION Address: 110 W MAIN ST | 110 W Main St, Plantsville, CT 06479 | F & F CONCRETE CORPORATION, THE | Y | PAPER | 1995 |
| PLANTSVILLE | Name: SUPREME-LAKE MFG., INC. Address: 455 ATWATER ST | 455 Atwater St, Plantsville, CT 06479 | SUPREME-LAKE MFG., INC., | Y | PAPER/ EMAIL | 2016 |
| POMFRET CENTER | Name: HULL FOREST PRODUCTS, INC. Address: 101 HAMPTON RD | 101 Hampton Rd, Pomfret Center, CT 06259 | HULL FOREST PRODUCTS, INC., | Y | PAPER | 2000 |
| PORTLAND | Name: 171 BROWNSTONE AVENUE Address: 171 BROWNSTONE AVE | 171 Brownstone Ave, Portland, CT 06480 | TRIRAM CONNECTICUT, LLC, | Y | PAPER | 1997 |
| PORTLAND | USA WASTE OF CT, INC. | 203 & 209 Pickering Street Poertland, CT | | Y | PAPER | 1999 |
| PORTLAND | B & B PETROLEUM INC. | 22 Brownstone Avenue Portland, CT 06480 | | Y | PAPER | 2015 |
| PROSPECT | Name: O & G PROSPECT QUARRY Address: SALEM ROAD | Salem Road, Prospect, CT 06712 | O & G INDUSTRIES, INC., | Y | PAPER | 1993 |

**CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER**

| Site Town | Site Name & Street Address | Address | Client Name | Pollution Prevention Plan | Received Via: Email, CTDEEP Download, Paper Copy, Online Search | Plan Year |
|---|---|---|---|---|---|---|
| PUTNAM | Name: INTERNATIONAL PAPER CO Address: 175 PARK RD | 175 Park Rd, Putnam, CT 06260 | INTERNATIONAL PAPER COMPANY | Y | PAPER | 1996 |
| PUTNAM | Name: PUTNAM PUBLIC WORKS GARAGE Address: 151 FOX RD | 151 Fox Rd, Putnam, CT 06260 | PUTNAM, TOWN OF | Y | PAPER | 1999 |
| ROCKY HILL | Name: C. WHITE & SON, INC. Address: 28 EVANS RD | 28 Evans Rd, Rocky Hill, CT 06067 | C. WHITE & SON, INC. | Y | PAPER | 1993 |
| ROCKY HILL | Name: CITGO PETROLEUM CORPORATION Address: 109 DIVIDEND RD | 109 Dividend Rd, Rocky Hill, CT 06067 | CITGO PETROLEUM CORPORATION, | Y | PAPER | 1997 |
| SEYMOUR | Name: Seymour Assembly Address: 42 Silvermine Rd | 42 Silvermine Rd, Seymour, CT 06483 | THULE, INC., | Y | DOWNLOAD | 2021 |
| SHELTON | Name: MIRA Shelton Landfill Address: 866 RIVER RD | 866 River Rd, Shelton, CT 06484 | SHELTON, CITY OF | Y | EMAIL | 2014 |
| SOUTH WINDSOR | Name: SOUTH WINDSOR PUBLIC WORKS GARAGE Address: 157 BURGESS RD | 157 Burgess Rd, South Windsor, CT 06074 | SOUTH WINDSOR, TOWN OF | Y | EMAIL | 2015 |
| SOUTHINGTON | Name: DON STEVENS TIRE COMPANY, INC. Address: 60 CURTISS ST | 60 Curtiss St, Southington, CT 06489 | DON STEVENS TIRE COMPANY, INC. | Y | EMAIL/ PAPER | EMAIL: 2011 PAPER: 1997 |
| SPRAGUE | TOWN OF SPRAGUE TRANSFER STATION | 130 Bushnell Road Sprague, CT | | Y | EMAIL | 2018 |
| STAMFORD | Name: CITY CARTING VIADUCT MAINTENANCE FACILITY Address: 8 VIADUCT RD | 8 Viaduct Rd, Stamford, CT 06901 | CITY CARTING HOLDING COMPANY, INC., | Y | PAPER | 1995 |
| STAMFORD | Name: Scofieldtown Recycling Center Address: 612 Scofieldtown Rd | 612 Scofieldtown Rd, Stamford, CT 06901 | STAMFORD, CITY OF | Y | PAPER | 1999 |
| STAMFORD | Name: Stamford Police Department Address: 725 Bedford St | 725 Bedford St, Stamford, CT 06901 | STAMFORD, CITY OF | Y | DOWNLOAD | 2020 |
| STERLING | RICHMOND SAND & GRAVEL | Main Street Sterling, CT | | Y | PAPER | 2000 |
| STERLING | TOWN OF STERLING TRANSFER STATION | NO ADDRESS ON PDF | | Y | PAPER | 2005 |
| STONINGTON | STONINGTON TOWN DOCK | NO ADDRESS ON PDF | | Y | PAPER | 2001 |
| STRATFORD | BRIDGEPORT FITTINGS | 705 Lordship Blvd and 200 Long Beach Blvd Stratford, CT | BRIDGEPORT FITTINGS | Y | DOWNLOAD | 2021 |
| STRATFORD | STRATFORD BOARDWALK MARINA | NO ADDRESS ON PDF | | Y | PAPER | 2006 |
| SUFFIELD | Name: C & S Wholesale Grocers Address: 1120 HARVEY LN | 1120 Harvey Ln, Suffield, CT 06078 | C&S WHOLESALE GROCERS, INC., | Y | PAPER | 2008 |
| TAFTVILLE | Name: Bob's Discount Furniture Address: 72 Jewett City Road | 72 Jewett City Road, Taftville, CT 06380 | BOB'S DISCOUNT FURNITURE, LLC, | Y | DOWNLOAD | 2021 |
| TORRINGTON | Name: 318 Industrial Ln Address: 318 INDUSTRIAL LN | 318 Industrial Ln, Torrington, CT 06790 | DYMAX CORPORATION, | Y | EMAIL | 2017 |
| TRUMBULL | Name: FIRST STUDENT, INC. Address: 81 SPRING HILL RD | 81 Spring Hill Rd, Trumbull, CT 06611 | FIRST STUDENT, INC., | Y | PAPER | 2002 |
| UNCASVILLE | Name: 125 DEPOT RD Address: 125 DEPOT RD | 125 Depot Rd, Uncasville, CT 06382 | GATEWAY MONTVILLE LLC, | Y | DOWNLOAD | 2014 Drawings: 2021 |
| WALLINGFORD | Name: AMAZON- BDL5 Address: 29 RESEARCH PKWY | 29 Research Pkwy, Wallingford, CT 06492 | AMAZON.COM SERVICES LLC, | Y | EMAIL | 2017 |
| WATERBURY | Name: 526 HUNTINGDON AVE Address: 526 HUNTINGDON AVE | 526 Huntingdon Ave, Waterbury, CT 06701 | MACDERMID, INCORPORATED, | Y | PAPER | 1998 |
| WATERBURY | Name: 400 CAPTAIN NEVILLE DR. Address: 400 CAPTAIN NEVILLE DR | 400 Captain Neville Dr, Waterbury, CT 06701 | DREW MARINE USA, INC., | Y | DOWNLOAD | 2020 |
| WATERBURY | Name: All-Star Transportation, LLC Address: 146 Huntingdon Ave | 146 Huntingdon Ave, Waterbury, CT 06701 | ALL-STAR TRANSPORTATI ON, LLC, | Y | EMAIL | 2018 |
| WATERBURY | Name: CRRA Waterbury Landfill Address: 1245 Highland St | 1245 Highland St, Waterbury, CT 06701 | ENERGY & ENVIRONMENTA L PROTECTION, STATE OF CONNECTICUT DEPARTMENT OF | Y | EMAIL | 2015 |
| WATERBURY | Name: WATERBURY AUTO SALVAGE INC Address: 55 EAGLE STREET | 55 Eagle Street, Waterbury, CT 06701 | WATERBURY AUTO SALVAGE, INC, | Y | EMAIL/PAPER | 2012 |
| WATERBURY | Name: 526 HUNTINGDON AVE Address: 526 HUNTINGDON AVE | 526 Huntingdon Ave, Waterbury, CT 06701 | WATERBURY, CITY OF | Y | DOWNLOAD | 2019 |
| WATERFORD | Name: KOBYLUCK READY-MIX, INC. Address: 24 INDUSTRIAL DR | 24 Industrial Dr, Waterford, CT 06385 | KOBYLUCK READY-MIX, INC., | Y | PAPER | 1997 |
| WATERTOWN | CT SWEET PEEET, LLC | 702 Woodbury Road Watertown, CT 06787 | CT SWEET PEEET, LLC | Y | DOWNLOAD | 2021 |
| WATERTOWN | ENGINEERED SINTERINGS AND PLASTICS | 140 Commercial Street Watertown, CT 06795 | | Y | PAPER | 2000 |
| WEST HARTFORD | Name: AMR WEST HARTFORD Address: 130 SHIELD ST | 130 Shield St, West Hartford, CT 06107 | AMERICAN MEDICAL RESPONSE OF CONNECTICUT, INCORPORATED | Y | PAPER | 2009 |
| WEST HAVEN | Name: Watson Inc. Address: 301 HEFFERNAN DR | 301 Heffernan Dr, West Haven, CT 06516 | WATSON LLC, | Y | DOWNLOAD | 2019 |
| WESTBROOK | Name: FIRST STUDENT, INC. Address: 152 MCVEAGH RD | 152 Mcveagh Rd, Westbrook, CT 06498 | FIRST STUDENT, INC., | Y | PAPER | 2002 |
| WESTBROOK | Name: HARRY'S MARINE, INC. Address: 38 HAMMOCK RD S | 38 Hammock Rd S, Westbrook, CT 06498 | HARRY'S MARINE REPAIR, INC., | Y | EMAIL | 2019 |
| WESTBROOK | Name: PIER 76, INC. Address: 54 OLD BOSTON POST RD | 54 Old Boston Post Rd, Westbrook, CT 06498 | PIER 76, INC. | Y | EMAIL | 2020 |
| WESTBROOK | Name: Westbrook Marine Center, LLC Address: 533 Boston Post Rd | 533 Boston Post Rd, Westbrook, CT 06498 | WESTBROOK MARINE CENTER, LLC, | Y | EMAIL | 2016 |
| WESTPORT | Name: PARSELL PUBLIC WORKS CENTER Address: 300 SHERWOOD ISLAND CONNECTOR | 300 Sherwood Island Connector, Westport, CT 06880 | WESTPORT, TOWN OF | Y | PAPER | 1999 |
| WILLIMANTIC | BUILDER'S CONCRETE EAST, LLC | 79 Boston Post Road Willimantic, CT | | Y | PAPER | 2003 |
| WILTON | TOWN OF WILTON PUBLIC WORKS FACILITY | 238 Danbury Road Wilton, CT 06897 | TOWN OF WILTON PUBLIC WORKS FACILITY | Y | ONLINE | 2017 |
| WINDHAM | Name: WINDHAM MATERIALS LLC Address: 360 Plains Rd | 360 Plains Rd, Windham, CT 06226 | WINDHAM MATERIALS, LLC, | Y | PAPER | 2004 |
| WINDSOR | Name: 777 Day Hill Road Address: 777 Day Hill Rd | 777 Day Hill Rd, Windsor, CT 06095 | 777 DAY HILL ROAD REALTY CO., LLC, | Y | DOWNLOAD | 2021 |
| WINDSOR | Name: WINDSOR- BLOOMFIELD SANITARY LANDFILL Address: 50 Huckleberry Rd | 50 Huckleberry Rd, Windsor, CT 06095 | WINDSOR, TOWN OF | Y | PAPER | 2002 |
| WOLCOTT | Name: SECONDARIES, INC. Address: 19 Venus Dr | 19 Venus Dr, Wolcott, CT 06716 | SECONDARIES, INC. | Y | EMAIL | 2015 |
| WOODBRIDGE | Name: WOODBRIDGE TRANSFER STATION Address: 85 ACORN HILL ROAD EXT | 85 Acorn Hill Road Ext, Woodbridge, CT 06525 | WOODBRIDGE, TOWN OF | Y | PAPER | 1993 |