UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., | |
| Plaintiff, | Case No: 3:21-cv-00933-VDO |
| v. | |
| EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, | October 3, 2025 |
| Defendants. | |

## DEFENDANTS' MOTION TO EXCLUDE
## THE TESTIMONY OF NAOMI ORESKES, PH.D.

Defendants Equilon Enterprises LLC (d/b/a Shell Oil Products US), Triton Terminaling LLC and Motiva Enterprises LLC (collectively "Defendants"), by and through undersigned counsel, respectfully request that the Court exclude the proposed opinion testimony of Plaintiff's expert witness, Naomi Oreskes, Ph.D., as set forth more fully in the attached memorandum in support.

In support of their Motion, Defendants state:

1) The Court should exclude Dr. Oreskes' opinions under Rules 702 and 403 for failing to "fit" the facts of the case because they do not relate to any Defendant. Instead, she offers opinions exclusively regarding Shell plc, an entity against which CLF has not asserted any claims. *See* ECF 47; ECF 529. Any opinions regarding non-defendant Shell plc's conduct, policies, or alleged operational control are wholly irrelevant to the liability or penalty determinations that must

ORAL ARGUMENT REQUESTED

be made with respect to the actual Defendants. Thus, Dr. Oreskes's report does not "reflect[] a reliable application of the principles and methods to the facts of the case"—as required by the 2023 amendments to Rule 702. Plaintiff cannot therefore establish that, "more likely than not," the proffered opinions meet the prerequisites to admissibility set forth under the Federal Rule of Evidence. *See* Fed. R. Evid. 702, 402, and 403.

2) Further, Dr. Oreskes' opinions in her second report should be excluded as improper rebuttal under rule 26 because these opinions do not "contradict or rebut" Defendants' expert reports. Fed. R. Civ. P. 26(a)(2)(D)(ii), and 37.

3) Moreover, Dr. Oreskes' opinions are inadmissible under Rule 403 because to the extent these opinions have any relevance at all—they do not—any such minimal relevance is outweighed by the danger of undue prejudice and confusion of the jury.

4) Defendants have this day filed, and incorporate by reference herein, their Memorandum of Law in support of this motion, and Exhibits A-K thereto.

**WHEREFORE,** Defendants respectfully request that the expert testimony of Naomi Oreskes, Ph.D., be excluded or limited as set forth more fully in the attached memorandum in support.

Dated: October 3, 2025

Respectfully submitted,

/s/ *Douglas A. Henderson*
Douglas A. Henderson (phv05547)
Carmen R. Toledo (phv20194)
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 572-2769
dhenderson@kslaw.com
ctoledo@kslaw.com

Antonio E. Lewis (phv03069)
King & Spalding, LLP

300 S Tryon Street
Suite 1700
Charlotte, NC 28202
(704) 503-2551
alewis@kslaw.com

Rose H. Jones
Hilgers Graben PLLC
1372 Peachtree Street, N.E.
19th Floor
Atlanta, GA 30309
T: (678) 229-1983
rjones@hilgersgraben.com

Anthony G. Papetti (phv206982)
Beveridge & Diamond, P.C.
825 Third Ave., 16th Floor
New York, NY 10022
T: (212) 702-5400
F: (212) 702-5442
apapetti@bdlaw.com

James O. Craven (ct18790)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: (203) 498-4400
F: (203) 782-2889
jcraven@wiggin.com

John S. Guttmann (ct25359)
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
T: (202) 789-6020
F: (202) 789-6190
jguttmann@bdlaw.com

Bina R. Reddy (phv20420)*
BEVERIDGE &DIAMOND, P.C.
400 West 15th Street
Suite 1410
Austin, TX 78701-1648
T: (512) 391-8000

3

F: (202) 789-6190
breddy@bdlaw.com

Megan L. Marzec Morgan (phv20623)
Roy D. Prather III (phv206800)
Beveridge & Diamond, P.C.
201 North Charles Street, Suite 2210
Baltimore, MD 21201-4150
T: (410) 230-1305
F: (410) 230-1389
mmorgan@bdlaw.com
rprather@bdlaw.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court through the Court's CM/ECF system, which will affect service on all counsel of record by sending a Notice of Electronic Filing.

/s/ *Douglas A. Henderson*
Douglas A. Henderson (phv05547)
KING & SPALDING LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309
T: (404) 572-4600
dhenderson@kslaw.com