# Exhibit D

**DAVID M. UHLMANN**
Marten Law
1747 Pennsylvania Avenue, N.W.
Suite 1250
Washington, D.C. 20006
duhlmann@martenlaw.com

## EXPERIENCE

***Partner, Marten Law,*** **Washington, D.C.** (May 2025 to Present)

- Represent state and local governments in their efforts to address climate change and exposure to PFAS and other emerging contaminants. Appointed as Special Assistant Attorney General for the State of Michigan in *United States of America v. Michigan*.
- Counsel renewable energy companies, utilities, and trade associations in the clean energy space and federal grant recipients regarding restoration of environmental funding.
- Advise corporate clients seeking strategic counsel regarding values-driven solutions to environmental challenges and enhanced ethics, integrity, and compliance programs.

***Visiting Professor of Law, The George Washington University Law School,*** **Washington, D.C.** (July 2025 to Present)

- Scholarship and teaching focused on corporate accountability, climate disruption, and sustainability. Public-facing advocacy and outreach stress need to reclaim bi-partisan support for environmental protection, climate action, and environmental justice.
- Mentorship efforts emphasize promoting public service and public interest careers, as well as strengthening ethics, integrity, and sustainability programs in the private sector. Classes include Environmental Crimes (Fall 2025) and Criminal Law (Spring 2026).
- Appointed to serve at The Brookings Institution as a Non-Resident Senior Fellow in the Governance Studies Program.

***Assistant Administrator, Office of Enforcement and Compliance Assurance,*** **United States Environmental Protection Agency, Washington, DC** (July 2023 to December 2024)

- Nominated by President Biden and confirmed by the United States Senate to lead EPA enforcement and compliance assurance activities under federal environmental laws.
- Developed National Enforcement and Compliance Assurance Initiatives for 2024-2027, including mitigating climate change, addressing PFAS contamination, and limiting exposure to coal ash contamination, and incorporated environmental justice principles.
- Established first-ever EPA Climate Enforcement and Compliance Assurance Strategy, Strategic Civil-Criminal Coordination Policy, and PFAS Enforcement Discretion Policy for CERCLA Cases.
- Revitalized EPA enforcement after more than a decade of declining budgets, securing first budget increases since 2010 and creating more than 300 new positions. Increased on-site inspections, criminal investigations, cases concluded, and criminal defendants charged.
- Previously served as Deputy Assistant Administrator (February 2023 to July 2023) and Senior Advisor to the Administrator (September 2022 to February 2023).

David M. Uhlmann
Page 2

***Jeffrey F. Liss Professor from Practice; Director, Environmental Law and Policy Program,*** **University of Michigan Law School, Ann Arbor, Michigan** (July 2007 to September 2022)

- Established and directed environmental law and policy program, including environmental scholarship, research, teaching and curriculum, multiple lecture series, conferences, student mentoring, interdisciplinary programs, alumni relations, and fundraising.
- Chair, Dow Postdoctoral Fellowship Program and Distinguished Faculty Fellows in Sustainability (2014-15); Member, Criminal Law Drafting Committee, National Conference of Bar Examiners (2014-Present), Provost Search Committee (2017), Transition Committee for School for Environment and Sustainability (2016-17), and Committee on Academic Programs in Environment and Sustainability (2016).
- Served as Counselor to the Independent Compliance Monitor and Auditor for Volkswagen and Audi (2017-2020); consultant on environmental compliance and corporate crime for multiple cases (2010-2020); and expert advisor for domestic and international investment firms on corporate criminal liability and complex litigation (2010-2020).
- Named 2012 Conservation Hero by the Michigan League of Conservation Voters. Selected as Fellow of the American College of Environmental Lawyers (2012); Distinguished Faculty Fellow for Sustainability, University of Michigan (2013); Honorable Mention, Environmental Law and Policy Annual Review (2014).

***Section Chief***, **United States Department of Justice, Environmental Crimes Section, Washington, D.C.** (June 2000 to June 2007)

- Led national environmental crimes program, developed enforcement strategy and initiatives, briefed senior administration officials, and supervised prosecutions by the Environmental Crimes Section, including approval of all indictments and plea agreements. Established litigation priorities with United States Attorneys, EPA, the FBI, the Coast Guard, and other federal, state, and local law enforcement agencies.
- Coordinated national policy, training, and legislative proposals for federal environmental criminal enforcement program, including testimony before the United States Sentencing Commission. Chaired the Environmental Crimes Policy Committee of the United States Department of Justice. Served as spokesperson on environmental criminal enforcement.

***Assistant Section Chief***, **United States Department of Justice, Environmental Crimes Section, Washington, D.C.** (February 1998 to June 2000)

- Supervised casework of litigating group, mentored new attorneys, coordinated activities with United States Attorneys, investigating agencies, and EPA's National Enforcement Investigations Center. Responsible for budget and financial issues, training, and hiring.
- Lead counsel in *United States v. Allan Elias*, involving a worker who suffered permanent brain damage due from cyanide poisoning, which resulted in longest sentence ever imposed for environmental crimes. Case chronicled in *The Cyanide Canary*.
- Co-lead counsel in *United States v. Browning Ferris, Inc. et al.*, which involved case of first impression regarding illegal discharges from medical waste treatment facility and resulted in establishment of precedent-setting environmental compliance program.

David M. Uhlmann
Page 3

***Senior Trial Attorney and Trial Attorney*, United States Department of Justice, Environmental Crimes Section, Washington, D.C.** (December 1990 to February 1998)

- Prosecuted individuals and corporations for violations of federal environmental statutes throughout the United States.  Established environmental crimes task forces.  Trained federal, state, and local prosecutors and investigators; supervised law student program.
- Lead counsel in first environmental justice criminal trial (*US v. Williams),* first criminal trial involving the Justice Department's voluntary disclosure policy and EPA's environmental audit policy (*US v. Morrell et al.)*, and first major criminal prosecution for illegal disposal of hazardous waste on public lands *(US v. Pacific Enterprises).*

***Judicial Law Clerk,* The Honorable Marvin H. Shoob, United States District Court for the Northern District of Georgia, Atlanta, Georgia** (September 1988 to September 1990)

***Teaching Assistant,* Professor Drew S. Days, III, Yale Law School, New Haven, Connecticut** (August 1987 to January 1988)

## EDUCATION

**Yale Law School**, New Haven, Connecticut, J.D. 1988
Articles Editor, *Yale Law and Policy Review*; Moot Court Director

**Swarthmore College**, Swarthmore, Pennsylvania, B.A. 1984
High Honors in History and Political Science; Phi Beta Kappa
Editor-in-Chief, *The Phoenix*, the Swarthmore College Student Newspaper

## ARTICLES AND PUBLICATIONS

"21st Century Environmental Challenges and Revitalizing EPA Enforcement," *ABA SEER Trends* (January 2024)

"New Environmental Crimes Project Data Shows That Pollution Prosecutions Plummeted During the First Two Years of the Trump Administration," Environmental Crimes Project (October 2020)

"Back to the Future: Creating a Bipartisan Environmental Movement for the 21st Century," Environmental Law Reporter 50, no. 10 (October 2020).

"The Climate Crisis Is Still a Crisis," *The Atlantic* (August 2020)

"BP Paid a Steep Price for the Gulf Oil Spill, But for the US a Decade Later, It's Business as Usual," *The Conversation* (April 2020)

David M. Uhlmann
Page 4

"Prosecutorial Discretion and Environmental Crime Redux: Charging Trends, Aggravating Factors, and Individual Outcome Data for 2005-14," 8 *Mich. J. Envtl. "& Admin. L.* 297 (2019)

"Trump Wants to Weaken Clean Water Rules," *The New York Times* (Op-Ed, December 12, 2018)

"The Trump Administration's Orwellian SAFE Vehicles Rule," *ACSblog,* American Constitution Society for Law and Policy (October 30, 2018)

"Prosecutorial Discretion and Environmental Crime: Updated Environmental Crimes Project Data," *American Bar Association,* (October 2017)

"Undermining the Rule of Law at the EPA," *The New York Times* (Op-Ed, October 4, 2017)

"Protection of the Environment Through Criminal Law:  An American Perspective," AIDP 2016 World Conference Proceedings (November 2016)

"Vengeance," *The New York Times* (Op-Ed, October 17, 2016)

"Environmental Protection Through Law: The Role of Corporate Criminal Prosecution," JUS, 1 (2016) 023-048 (July 2016)

"The Essential Role of Community Service in Addressing the Harm Caused by Environmental Crimes and Other Regulatory Offenses" (written testimony), U.S. House of Representatives, Subcommittee on Regulatory Reform, Commercial, and Antitrust Law (April 2016)

"Can the Flint Prosecutions Succeed?" *The New York Times* (Op-Ed, April 23, 2016)

"The Pendulum Swings: Reconsidering Corporate Criminal Prosecution," 49 *U.C. Davis L. Rev.* 1235 (April 2016)

"Justice Falls Short in G.M. Case," *The New York Times Sunday Review* (Op-Ed, September 20, 2015)

"Reconsidering Corporate Criminal Prosecution," *The Columbia Law School Blue Sky Blog* (August 19, 2015)

"Prosecutorial Discretion and Environmental Crime," *45 ELR 10081* (August 2015)

"Prosecutorial Discretion and Environmental Crime," *ABA SEER Trends* (July/August 2015)

"Environmental Law, Public Health, and the Values Conundrum," *3 Mich. J. Envtl. "& Admin. L. 231* (2014)

"Prosecutorial Discretion and Environmental Crime," *38 Harv. Env't L. Rev 159* (2014)

"Prosecution Deferred, Justice Denied," *The New York Times* (Op-Ed, December 14, 2013)

David M. Uhlmann
Page 5

"The Erosion of Corporate Criminal Liability," *ACSblog,* American Constitution Society for Law and Policy (December 10, 2013); *The Columbia Law School Blue Sky Blog* (November 6, 2013)

"Deferred Prosecution Agreements and Non-Prosecution Agreements and the Erosion of Corporate Criminal Liability," 72 *Md. L. Rev* 1295 (Symposium Issue) (2013)

"Toward A Sustainable Future: An Environmental Agenda for the Second Term of the Obama Administration," published in *Toward A More Perfect Union: A Progressive Blueprint for the Second Term,* American Constitution Society for Law and Policy (January 2013).

"The Quest for a Sustainable Future and the Dawn of a New Journal at Michigan Law," 1 *Mich. J. Envtl. & Admin. L.* 1-17 (2012).

"Just Say No to Deferred Prosecution in the Gulf Oil Spill Criminal Case" (interview) published in 26 *Corporate Crime Reporter* 12 (March 16, 2012).

"For 29 Dead Miners, No Justice," *The New York Times* (Op-Ed, December 9, 2011).

"After the Spill Is Gone: The Gulf of Mexico, Environmental Crime, and the Criminal Law," 109 *Mich. L. Rev.* 1413-61 (2011).

"The REINS Act: A Future Without Environmental, Health, and Safety Protections," *ACSblog,* American Constitution Society for Law and Policy (February 25, 2011)

"BP, Manslaughter, and the Case Against Deferred Prosecution" (interview) published in 25 *Corporate Crime Reporter* 8 (February 16, 2011)

"Crimes on the Gulf," *Law Quadrangle Notes,* Vol. 53, No. 2 at 31-32 (Fall 2010)

"Fighting Crimes Against the Earth" (interview) published in *The Yale Politic* (September 2010)

"Prosecuting Crimes Against the Earth," *The New York Times* (Op-Ed, June 4, 2010)

"Environmental Crime Comes of Age: The Evolution of Criminal Enforcement in the Environmental Regulatory Scheme," 2009 *Utah L. Rev.* No. 4, 1223-1252 (2009)

"Keeping America's Promise of a Safe Workplace: The Need for Stronger Criminal Penalties to Deter Violations of the Occupational Safety and Health Act" (written testimony), United States House of Representatives, Committee on Education and Labor (April 2009)

"Combating Global Climate Change: Why A Carbon Tax Is a Better Response to Global Warming Than Cap and Trade," 28 *Stan. Envt'l L.J.* No. 1, 3-50 (2009) (with R. Avi-Yonah)

"Strengthening the Criminal Provisions of the Worker Safety Laws to Protect America's Workers," 3 *Advance J. Am. Const. Soc. Issue Groups* 191-201 (2009)

David M. Uhlmann
Page 6

"Deferred Prosecutions, Worker Endangerment, and Environmental Crimes During the Bush Administration" (interview) published in 22 *Corporate Crime Reporter* (June 9, 2008)

"Working Wounded," *The New York Times* (Op-Ed, May 27, 2008)

"Strange Bedfellows:  The Expansion of the Environmental Crimes Program During the Bush Administration," Volume 25, *Environmental Law Forum*, Number 3 (May/June 2008)

"The Prosecution of Worker Endangerment Cases and the Need for Stronger Criminal Provisions of the Worker Safety Laws to Protect America's Workers" (written testimony), Senate Committee on Health, Education, Labor, and Pensions (April 29, 2008)

"Environmental Crimes 2005:  A Review of Initiatives and Major Prosecutions by the United States Department of Justice's Environmental Crimes Section" submitted for the ABA's 20th Annual National Institute on White Collar Crime in San Francisco, California (March 2006)

"Effective Closing Arguments in Environmental Cases" submitted for the ABA's 34th Annual Conference on Environmental Law in Keystone, Colorado (March 2005)


## SPEECHES AND PRESENTATIONS

"Who Holds Polluters Accountable When EPA 'Pauses' Its Enforcement Program" presented to ELPC Thinks Webinar, Environmental Law and Policy Center (May 2025)

"Michigan's Environmental Crisis" presented to Lunch and Learn Speaker Series, Michigan League of Conservation Voters (May 2025)

Keynote Presentation, "Past Is Not Prologue: Environmental Enforcement Under President Biden and What the Future Holds Under President Trump," 2025 Minnesota Environmental Institute, Minneapolis, Minnesota (April 2025)

Keynote Address, "The Future of Environmental Enforcement," 2025 Villanova Environmental Law Journal Blank Rome LLP Symposium, Villanova, Pennsylvania (February 2025)

"21st Century Environmental Challenges and Revitalizing EPA Enforcement" presented to the National Association of Manufacturers, Washington, D.C. (October 2024)

Keynote Address, American Conference Institute, PFAS Regulation, Compliance, and Litigation, New York, New York (May 2024)

Featured Speaker, Steel Manufacturer's Association, Environment Committee, Washington, D.C. (May 2024)

Keynote Address, The Association of Air Pollution Control Agencies, Spring Meeting, Indianapolis, Indiana (April 2024)

**David M. Uhlmann**
**Page 7**

Keynote Panel, "Federal Environmental Enforcement in 2024" presented to American Law Institute, Environmental Law Conference, Washington, D.C. (February 2024)

Featured Speaker, Baker Botts' 37th Annual Environmental, Safety and Incident Response Seminar, Houston, Texas (February 2024)

Keynote Address, American Fuel & Petrochemical Manufacturers, Environmental Conference, San Antonio, Texas (October 2023)

Keynote Address, American Bar Association, Section on Environment, Energy, and Resources, Fall Meeting, Washington, D.C. (October 2023)

Featured Panelist, "Environmental Enforcement: Policies, Priorities, and the Rule of Law," the Federalist Society, Washington, D.C. (June 2023)

Keynote Panel, "Environmental Enforcement – Developments, Directions, and Trends" presented to American Law Institute, Environmental Law Conference, Washington, D.C. (February 2023)

"Can the Biden Administration Reverse the Decline in Pollution Prosecutions During the Trump Years?" presented to the District of Columbia Bar (March 2021)

"Climate Justice and Sustainability" presented to the University of Michigan, Central Student Government Fireside Chat Series (February 2021)

"Back to the Future: Creating a Bi-Partisan Environmental Movement for the 21st Century" presented to the Rotary Club of Ann Arbor (January 2021).

"Who Calls the Shots? Enforcement in the Midst of Federal Deregulation" (panel discussion), presented to the ABA Section on Environment, Energy, and Resources Fall Conference (October 2020)

"Environmental Protection Apocalypse: What's Happening at the EPA" (interview), *Science Friday* (May 2020)

"Drawing a Line:  When Should Violations of Environmental Law Trigger Criminal Prosecution?" (panel discussion), presented to ABA National Enforcement Conference, Washington, D.C. (November 2019)

"The Future of the EPA" (panel discussion), presented to the annual conference of the Society of Environmental Journalists, Fort Collins, Colorado (October 2019)

"A Conversation with former Massachusetts Governor Deval Patrick on Climate Change and Sustainability," presented at the University of Michigan Law School (September 2019)

"Welcoming Remarks for Climate in Peril Conference: Averting Climate Catastrophe Through Law and Social Change," presented at the University of Michigan Law School (April 2019)

David M. Uhlmann
Page 8

"Back to the Future: Reclaiming Bi-Partisan Support for Environmental Protection and Climate Action," presented at the University of Michigan Law School (March 2019)

"How to Improve Environmental Law," presented at the annual conference of the American College of Environmental Lawyers, Jackson, Wyoming (October 2018)

"Corporate Prosecution of Environmental Crime," presented to the Pritzker Northwestern School of Law Environmental Law Colloquium, Chicago, Illinois (March 2018)

"Environmental Enforcement During the Trump Administration," presented to Dorsey Whitney Federal Enforcement Conference, Washington, D.C. (December 2017)

"Parallel Proceedings: Trends in Civil and Criminal Environmental Enforcement" (panelist) presented to the 25th Anniversary of the ABA Section of Environment, Energy, and Resources Fall Conference, Baltimore, Maryland (October 2017)

"The Fate of Environmental Law During the Trump Administration" presented to the University of New Mexico Law School, Continuing Legal Education Institute (September 2017)

"Corporate Prosecution of Environmental Crime" presented to the University of New Mexico Law School, Faculty Colloquium Series (September 2017)

"A Panel Discussion with the Clinton, Bush, and Obama EPA General Counsels" (moderator) presented to the University of Michigan Law School (September 2017)

"The Fate of Environmental Law During the Trump Administration" presented to the National Press Foundation, Washington, D.C. (June 2017)

"A Panel Discussion with the Chiefs of the Environmental Crimes Section from 1987-2017" (moderator and panelist), presented to the University of Michigan Law School (March 2017)

"Advancing Environmental Sustainability in the Trump Era" (panelist), presented to the SNRE Dean's Speaker Series, University of Michigan (January 2017)

"Climate Change and Environmental Protection in the Trump Administration" presented to the Distinguished Faculty Fellows Program, University of Michigan (January 2017) and the Environmental Law and Policy Program, University of Michigan Law School (November 2016)

"Prosecutorial Discretion and Corporate Environmental Crime" presented to EPA Criminal Law Conference, Denver, Colorado (October 2016)

"Landmark White-Collar Crime Trials in Wake of Major Disasters" (panelist) presented to ABA Section of Environment, Energy, and Resources, Washington, D.C. (September 2016)

"A Panel Discussion with the Clinton, Bush, and Obama AAGs for Environment" (moderator), presented to the University of Michigan Law School (September 2016)

"U.S. Environmental Criminal Enforcement" presented to the Second AIDP World Conference, the Protection of the Environment Through Criminal Law, Bucharest, Romania (May 2016)

"Environmental Law in the U.S.: Principles, Regulations, and Institutions" presented to National University of Political Studies and Public Administration, Bucharest, Romania (May 2016)

"The Pendulum Swings:  Reconsidering Corporate Criminal Prosecution" presented to the University of Michigan, Department of Psychology, Decision Consortium (December 2015) and the Wharton Legal Studies Program, University of Pennsylvania (November 2015)

"Hot Topics in Wildlife Protection Laws" (moderator) presented to ABA Section of Environment, Energy, and Resources, 23rd Fall Conference, Chicago, Illinois (October 2015)

"Criminal Prosecution of Environmental and Worker Safety Violations in Chemical Disasters" (panelist) presented to the University of Houston Law Center (October 2015)

"The Volkswagen Scandal:  Degrading the Environment and Bilking Consumers" presented at Yale Law School (October 2015) and UCLA School of Law (November 2015)

"Experiences in Engagement" presented to the Michigan Meeting: Academic Engagement in Public and Political Discourse, University of Michigan, Ann Arbor, Michigan (May 2015)

"Competing Visions of a Sustainable Future" (conference organizer), University of Michigan Law School, Ann Arbor, Michigan (April 2015)

"Climate Change and the Law" presented to the School of Natural Resources and the Environment, University of Michigan, Ann Arbor, Michigan (March 2015)

"Gulf Oil Spill Litigation Update" presented to the Environmental Defense Fund and the University of Michigan Law School Informal Faculty Lunch Series (September 2014)

"Environmental Regulation: A Tax Approach" presented to Tax Research Center (OFC Osservatorio Fiscale e Contabile) of Bocconi Business School  together with the  Master in Green Management, Energy and Corporate Social Responsibility, Milan, Italy (June 2014)

"The Expressive Function of Corporate Criminal Liability" presented at the Universita Cattolica del Sacro Cuore conference on Environmental Protection Through Law, Milan, Italy (June 2014)

"Prosecutorial Discretion and Environmental Crime" presented to the Universita Cattolica del Sacro Cuore, Milan, Italy (June 2014)

"The Promise and the Peril of the Natural Gas Boom for U.S. Sustainability Efforts" presented to University of Michigan Law School alumni event in Rome, Italy (June 2014)

"Prosecutorial Discretion and Environmental Crime" presented to the American Law Institute, Criminal Enforcement of Environmental Laws Course of Study, Washington, D.C. (June 2014)

**David M. Uhlmann**
**Page 10**

"Combating Global Climate Change Reprised: the Continuing Case for a Carbon Tax" presented to the University of Michigan, School of Natural Resources and Environment (March 2014)

"Deferred Prosecution Agreements and the Erosion of Corporate Criminal Liability" presented to the American Constitution Society, University of Michigan Law School (March 2014)

"Prosecutorial Discretion and Environmental Crime" presented to the Postdoctoral Fellows and Distinguished Faculty Fellows in Sustainability at the Graham Environmental Sustainability Institute, University of Michigan (October 2013).

"Prosecutorial Discretion and Environmental Crime" presented at Harvard Law School, Cambridge, Massachusetts (October 2013).

"Environmental Protection and Public Health Values" (moderator), Environmental Law and Public Health Conference, University of Michigan Law School (September 2013).

"A Discussion with EPA Administrator Gina McCarthy" (moderator), Environmental Law and Public Health Conference, University of Michigan Law School (September 2013).

"The Environmental Crimes Project: An Empirical Study of Criminal Cases Investigated by the EPA" presented to the Environmental Law Institute, Washington, D.C. (July 2013).

"Environmental Law at the Crossroads: The Quest for a Sustainable Future" Osher Lifelong Learning Institute, Distinguished Lecture Series, University of Michigan (May 2013)

"Deferred and Non-Prosecution Agreements" (panelist) presented at the Corporate Crime Reporter Conference "Neither Admit Nor Deny: Corporate Crime in the Era of Deferred Prosecutions, Consent Decrees, Whistleblowers & Monitors," Washington, D.C. (May 2013)

"Pathbreaking Sustainability Research: the Michigan Environmental Crimes Project" presented to the President's Advisory Group, University of Michigan (April 2013)

"Toward a Sustainable Future: An Environmental Agenda for the Second Term of the Obama Administration" presented to the American Constitution Society and the Environmental Law Society, University of Michigan Law School (March 2013)

"The Gulf Oil Spill After Three Years" presented to the Environmental Law Society, University of Michigan Law School (February 2013)

"The Michigan Environmental Crimes Project: An Empirical Study of Criminal Cases Investigated by the EPA" presented to the Fawley Lunch Series, University of Michigan (February 2013), and the Faculty Colloquium Series, University of Colorado (October 2012)

"The Gulf Oil Spill Litigation" (Keynote Address) presented to the American Law Institute and Environmental Law Institute Clean Water Act conference, Washington, D.C. (September 2012)

David M. Uhlmann
Page 11

"Enforcing Health, Safety, and Environmental Requirements" (panelist) presented at the University of Maryland's Ward Kershaw Symposium, "Too Big to Jail: The Roadblocks to Regulatory Enforcement," (September 2012)

"25 Years of Environmental Law" (moderator) presented to the 25th Annual Conference of the National Association of Environmental Law Societies, University of Michigan (March 2012)

"The BP Blowout and the Pending Prosecution: Was It a Crime" presented to the 17th Annual Tulane Environmental Summit, Tulane Law School, New Orleans, Louisiana (March 2012)

"After the Spill Is Gone: The Gulf Oil Spill, Environmental Crime, and the Criminal Law" presented to the Osher Life Learning Institute, University of Michigan (December 2011)

"Settling a Clean Air Act Case" and "Ethical and Professional Responsibility Issues in Clean Air Act Cases" presented to ALI-ABA "Clean Air: Law, Policy, and Practice Course of Study" (cosponsored by the Environmental Law Institute), Washington, D.C. (December 2011)

"A Gulf Oil Spill Enforcement Primer for Journalists" presented to the Knight-Wallace Scholars, University of Michigan (October 2011)

"The New Environmental Landscape: Legislation, Regulation, and Enforcement" presented to ABA Section of Environment, Energy, and Resources, Indianapolis, Indiana (October 2011)

"Government Policies and Their Impact on Energy Deals" presented to Mayer Brown's Energy and Infrastructure Seminar, Chicago, Illinois (May 2011)

"Gulf Oil Unplugged" presented to University of Michigan Risk Science Center (April 2011)

"Industries for a Sustainable Future: Green Technology and Big Business in Michigan" (moderator) presented to Michigan Telecommunications and Technology Law Review Symposium, "Green Technology and Economic Revitalization in Michigan" (March 2011)

"Global Climate Change and Public Nuisance Litigation" presented to American Constitution Society and Federalist Society Supreme Court Preview, Ann Arbor, Michigan (March 2011)

"The Gulf Oil Spill: Criminal Fines, Civil Penalties, and Natural Resource Damages for the Worst Environmental Disaster in U.S. History" presented to the Graham Environmental Sustainability Institute, External Advisory Board, Ann Arbor, Michigan (October 2010)

"Criminal and Civil Penalties for the Gulf Oil Spill" presented to the University of Michigan Law School, Dean's Advisory Council, Ann Arbor, Michigan (October 2010)

"Keeping America's Promise of a Safe Workplace: OSHA Reforms for the 21st Century" (Keynote Address) presented to American Industrial Hygiene Association, Professional Conference on Industrial Hygiene, Fort Worth, Texas (October 2010)

David M. Uhlmann
Page 12

"Environmental Crimes:  Real Crimes, Real Victims" (Keynote Address) presented to National Center for Victims of Crime Annual Conference, New Orleans, Louisiana (September 2010)

"Environmental Crime:  Polluters, Justice and Sustainability" presented to the Goodwin-Niering Center for Conservation Biology and Environmental Studies, Connecticut College (April 2010)

"Climate and Energy" (panelist) presented to University of Michigan, Sustainability Teach-In (March 2010)

"Resource Exploitation and Renewable Energy" (moderator) presented to University of Michigan Asia Law Society Symposium, "Doing Business in Asia Without Selling Your Soul:  Corporate Social Responsibility and its Influence on the Rule of Law" (March 2010)

"Go With the Flow: Reflections on Water and People" (panelist) presented to Marquette University Law School Conference, Milwaukee, Wisconsin (February 2010)

"Environmental Crime Comes of Age:  The Evolution of Criminal Enforcement in the Environmental Regulatory Scheme" presented to the Erb Colloquium, University of Michigan Ross School of Business and School of Natural Resources and the Environment (January 2010)

"Global Challenges and Opportunities for the 21st Century:  Climate Change" presented to Swarthmore College Alumni Weekend (June 2009)

"Carbon Tax It or Trade It?" presented to the Tulane Environmental Law Summit, Tulane University Law School (April 2009)

"Environmental Crime Comes of Age:  The Evolution of Criminal Enforcement in the Environmental Regulatory Scheme" presented to the University of Utah S.J. Quinney College of Law, Law Review Symposium (January 2009)

"Unsafe at Work:  The Need for Stronger Criminal Penalties to Promote Compliance with Worker Safety Laws and Protect America's Workers" presented to The University of Michigan's Center for Occupational Health and Safety Engineering (January 2009)

"Protecting America's Workers:  The Need for Stronger Criminal Penalties for Violations of the Occupational Safety and Health Act" presented to American Industrial Hygiene Association, Academy of Industrial Hygiene, Tampa, Florida (November 2008)

"After the Cyanide Canary" presented to the Michigan Difference Seminars in Chicago, Art Institute of Chicago (May 2008)

"Panel Discussion on Alternative Energy" (moderator) presented at the Gerald R. Ford School of Public Policy, University of Michigan (co-sponsored by School of Natural Resources and Environment and the University of Michigan Law School) (March 2008)

"Environmental Crimes in the New Millenium" (moderator) presented to the Public Interest Environmental Law Conference at the University of Oregon (March 2008)

"Focus the Nation: Confronting Global Climate Change" (moderator) at the University of Michigan (January 2008)

"Freedom from Oil" (panelist) presented to the Dean's Lecture Series, School of Natural Resources and Environment, University of Michigan (October 2007)

"Interview with Former DoJ Environmental Crimes Chief" presented to the ALI-ABA Criminal Enforcement of Environmental Laws Course of Study in Washington, D.C. (October 2007)

"Environmental Crimes Take Center Stage" (moderator) presented to the ABA's 36th Annual Conference on Environmental Law in Keystone, Colorado (March 2007)

"Introduction to Environmental Crimes" presented to the ABA Section on Energy, Environment and Resources Teleconference Program on Environmental Enforcement Issues (October 2006)

"Environmental Crimes: The Government's View" presented to the ALI-ABA Criminal Enforcement of Environmental Laws Course of Study in Washington, D.C. (May 2006)

"Successes and Challenges for Environmental Prosecutions" presented to the Office of Legal Education's Advanced Environmental Crimes Seminar in Columbia, South Carolina (May 2006)

"Environmental Crimes in the New Millennium" (moderator) presented to the ABA's 20th Annual National Institute on White Collar Crime in San Francisco, California (March 2006)

"A Discussion with the Government's Top Environmental Crimes Prosecutor" presented to the DC Bar Association's Brown Bag Luncheon Program in Washington, D.C. (December 2005)

"Hot Topics: The Justice Department's Worker Endangerment Initiative" presented to the ABA Section on Energy, Environment and Resources 13th Fall Section Meeting in Nashville, Tennessee (September 2005)

"Overview of Criminal Enforcement" presented to the 2005 Midwest Region Environmental Conference in Kansas City, Missouri (April 2005)

"Criminal Enforcement for Prosecutors and Investigators" and "Vessel Pollution" workshops presented at the 7th International Conference on Environmental Enforcement and Compliance in Marrakesh, Morocco (April 2005)

"Attorney Client Privilege Waivers in Environmental Crimes Prosecutions" presented to the ABA Section on Energy, Environment and Resources Teleconference Program (March 2005)

"Closing Arguments in Environmental Cases" presented to the ABA's 34th Annual Conference on Environmental Law in Keystone, Colorado (March 2005)

"Environmental Crimes, Worker Safety, and Beyond" presented to the ALI/ABA Criminal Enforcement of Environmental Laws Course of Study in Washington, D.C. (October 2004)

David M. Uhlmann
Page 14

"Policies Governing Plea Agreements for Environmental Crimes" presented to the ABA's 18th Annual National Institute on White Collar Crime in Miami Beach, Florida (March 2004)

"Trends in Environmental Crimes" (Keynote Address) presented to the ABA Environmental Prosecution and Defense Conference in New Orleans, Louisiana (January 2004)

"What Law Enforcement Regards as an Effective Compliance Program" presented to the Practicing Law Institute (PLI) Corporate Compliance Seminar in New York, NY (June 2003, June 2002), Chicago, Illinois (May 2003), and San Francisco, CA (July 2002)

"How Environmental Crimes Policies Are Implemented After 9/11" presented to the ALI/ABA Criminal Enforcement of Environmental Laws Course of Study in Washington, D.C. (May 2003)

"Proving Mental State in Environmental Prosecutions" presented to the Office of Legal Education's Basic Environmental Crimes Seminar in Columbia, South Carolina (May 2003)

"Trends and Priorities in Prosecution of Environmental Crimes" presented to the State Bar of Michigan Environmental Law Section in Detroit, Michigan (November 2002)

"Federal Criminal Enforcement:  How Times Have Changed" presented to the Environmental Law Institute and Allegheny County Bar Association Criminal Enforcement of Environmental Laws Seminar in Pittsburgh, Pennsylvania (September 2002)

"Trends in Defense Strategies" presented to the Office of Legal Education's Advanced Environmental Crimes Seminar in Columbia, South Carolina (May 2002)

"Case Study:  United States v. Allan Elias" presented to the National Association of Attorneys General (NAAG) National Training Conference in Denver, Colorado (February 2002)

"Luncheon Address:  Environmental Crimes After September 11th" presented to the ABA Environmental Prosecution and Defense Conference in Houston, Texas (January 2002)

"Charging Decisions in Environmental Criminal Cases" presented to the ALI/ABA Criminal Enforcement of Environmental Laws Course of Study in Washington, D.C. (November 2001)

"Environmental Criminal Enforcement Panel Discussion" presented to the ABA's 15th Annual National Institute on White Collar Crime in San Francisco, California (March 2001)

"Priorities for the American Environmental Crimes Program" presented to Interpol's Fourth Annual International Environmental Crimes Conference in Lyon, France (November 2000)

"Luncheon Speaker:  Role of the United States Department of Justice in State and Local Prosecution Efforts" presented to the Midwest Environmental Enforcement Association, 52nd Membership Training Conference in Barrie, Ontario (October 2000)