# Exhibit A

*Conservation Law Foundation*

*v.*

*Shell New Haven Terminal*

Case No. 3:21-CV-00933-VDO

# Expert Rebuttal Report of Phillip Pasteris

July 22, 2025

# **TABLE OF CONTENTS**

1. **Introduction** ....................................................................................................1

    Overview of Expert Report ...............................................................................1

2. **Opinion Overview** ...........................................................................................1

3. **Education and Experience** ............................................................................1

4. **Employment History – Private Sector** ........................................................2

5. **Employment History – Federal Sector** .......................................................2

    Overview.............................................................................................................2

**6. Opinion 1 – Best Industry Practices (BIP) requires Shell to consider and protect against reasonably foreseeable risks, including risks from climate change such as the increasing risk of extreme precipitation events.** ..................................................4

    Industry Consideration of Climate Change Factors .......................................4

        2009 Climate Adaptation Roundtable .........................................................4

        2010 Paper Regarding Projected Impacts, Opportunities and Risks in the Global Oil and Gas Value Chain ..................................................................5

        Additional Climate Consulting Work ...........................................................6

    Recent Extreme Precipitation Events Discussion ..........................................7

        Hurricane Helene, North Carolina, September 23–28, 2024 .....................7

        Tropical Storm Barry, Texas Hill Country, July 3–5, 2025 ...........................8

        Waverly, Tennessee, August 21, 2021 ......................................................10

        Newport, RI, Tennessee, August 21, 2021, Hurricane Ida/Tropical Depression ..........12

        Recent Extreme Precipitation Summary.....................................................16

        Climate Change Trends in the Northeast - Precipitation ...........................16

**7. Opinion 2: Climate change does in fact pose risks to the facility including projected changes in precipitation extremes.**...................................................18

**8. Conclusion** ......................................................................................................21

**Exhibit 1: Phillip Pasteris Curriculum Vitae (CV)**.....................................A-1

**Exhibit 2: References** .....................................................................................A-9

**Exhibit 3: Materials Considered** .................................................................A-12

## 1. Introduction

**Overview of Expert Report**

My name is Phillip Pasteris.  I am a meteorologist and former industry consultant competent to testify to all the facts contained in this Report.  I submit this Report in the litigation matter of *Conservation Law Foundation, Inc. v. Shell*, Case No. 3:21-cv-00933-VDO (D. Conn.) pertaining to the Shell New Haven Terminal located at 481 East Shore Parkway New Haven, CT 06512 (hereinafter the "facility," the "Shell Site" or the "terminal").

I was retained by the law firm Motley Rice LLC on behalf of the Conservation Law Foundation (CLF). I was asked to review and rebut the reports of Susan Parker Bodine, Craig Jones, Eric Kovich, and David Uhlmann which seek to minimize the projected impacts of climate on the Shell Site and fail to account for the factors outlined in this report.

I am being compensated at a rate of $240 per hour for my services in this case. I have not testified at any depositions or trials in the past four years.

My Expert Report integrates the findings of other subject matter experts retained by CLF and my independent opinions are based on my background, education, experience, and analysis of the published climate data and climate change model results.

## 2. Opinion Overview

**Opinion 1** – Best Industry Practice requires Shell to consider and protect against reasonably foreseeable risks, including risks from climate change such as the increasing risk of extreme precipitation events

**Opinion 2** - Climate change does in fact pose risks to the facility, including projected changes in precipitation extremes

## 3. Education and Experience

I have more than 50 years of experience in providing expert services in climatology, meteorology, hydrology and climate change to the public and private sector clients nationwide.  These clients included members of the oil and gas industry. I obtained an M.S in Meteorology from the University of Oklahoma in 1975 and a B.S. in Meteorology from Northern Illinois University in 1973.  I have been a member of the American Meteorological Society (AMS) since 1971 and the lead member of the AMS Certified Climate Scientist Designation Committee since July 2024.

## 4.  Employment History – Private Sector

**Senior Principal Climate Analyst, CH2M Hill/Jacobs Engineering, Portland, OR; 2008–2023.**  During my time at this position, I completed over 30 projects focused on climate adaptation worldwide.  Projects included assessing extreme precipitation, extreme temperatures, and sea level rise impacts on built and planned infrastructure throughout the United States and worldwide.  The projects required an in-depth knowledge of climate information systems, hydrologic information systems, and sea level information systems.

The expertise and reports met client requirements for all projects that assessed historical climate, climate trends, and projected changes in climate parameters and sea levels.

Authoritative examinations of climate, streamflow, and sea level data were conducted to provide the client with a perspective of current conditions affecting existing and planned infrastructure.  Many projects integrated climate change projections with recent trends in climate parameters.  This seamless integration allowed meaningful decisions to fortify facility resilience through the middle and end of the 21st century.  Specific examples of this work will be provided in the opinion section.  A full summary of projects is provided in my CV, which is attached as Exhibit 1.

## 5.  Employment History – Federal Sector

### Overview

During my 33-year federal career, I obtained real-time operational experience in streamflow forecasting, water supply forecasting, snow hydrology, hydrology, drought analysis, climatology, meteorology, and climate change adaptation.  I created or funded nationwide tools for climate analysis including climate mapping (Daly, 2001), was a project manager for the development of real-time access to climate data using the internet, the Unified Climate Access Network (UCAN) and Applied Climate Information System (ACIS) (Pasteris, 2004), was a core author of the National Integrated Drought Information System (NIDIS) (WGA, 2004), and was a developer of the Standard Hydrologic Exchange Format (SHEF) for the transmission of hydroclimatic data over the internet (Bissell, et al, 1984).

All these programs are fully functional now and provide the country with real-time assessments of climate impacts and trends nationwide.  They are used to assess climate impacts in real-time and are publicly available to corporate organizations nationwide.

**Supervisory Physical Scientist; NRCS Water Supply Forecasting Branch, National Water and Climate Center, Portland, OR; 1994–2007.**  Established and implemented a strategic plan to significantly enhance the visibility and credibility of the NRCS Water Supply Forecasting and Climate Program by providing relevant water supply, drought, and

2

climate products that meet the rapidly changing national and international demands for timely and relevant water and climate information.  Successfully expanded water supply forecast products and services to meet growing demand for water supply information.  This included an increase in the number of water supply forecasts issued from 6,500 in 1998 to over 11,000 in 2006, creation of new graphical (GIS) water supply products, expanded Surface Water Supply Indexes, and routine national reports and news releases describing the water supply and drought status in the West.  NRCS Water and Climate Services professionals are now routinely invited to participate in regional and national workshops, and task forces that make significant programmatic recommendations to committees such as the National Research Council, National Drought Commission, Western States Water Council, River Basin Commissions, and the climate community.

**Core Team Author; National Integrated Drought Information System (NIDIS); City of Portland in Partnership with the Western Governors Association; Portland, Oregon; 2004.** NIDIS provides water users across the board—farmers, ranchers, utilities, tribes, land managers, business owners, recreationalists, wildlife managers, and decision-makers at all levels of government—with the ability to assess their drought risk in real time and before the onset of drought, to make informed decisions that may mitigate a drought's impacts.

**Project Manager; Applied Climate Information System (ACIS) with six NOAA Regional Climate Centers; Portland, Oregon; 1993–2007.** ACIS provides Internet access to the entire historical climate record, real-time data, and on-line applications to interpret the data to assess natural resource issues nationwide. ACIS is the basis for US climate services and is widely used by the academic community.

**Project Manager; Parameter-elevation Regressions on Independent Slopes Model (PRISM); Portland, Oregon; 1992–2008.** Conceived and funded the creation of technology used to map climate for the US. The PRISM project has produced temperature and precipitation normals for each state for the period 1961 to 1990 and 1971 to 2000, monthly observed temperature, and precipitation for the period 1895 to 2005, and near real-time analysis of climate information. Before PRISM-derived climate maps were developed, each state or region developed their maps using dissimilar datasets and techniques to interpret the data. The state borders did not match and the processes were not automated or reproducible. PRISM maps have been used for hundreds of thousands of natural resource applications.

**Principal Author; Standard Hydrometeorological Exchange Format (SHEF); National Weather Service; Portland, Oregon; 1981–1983.** Developed and implemented a national standard format for transmission of hydroclimatic data. The Standard Hydrometeorological

3

Exchange Format (SHEF) is a documented set of rules for coding data for both visual and computer recognition maintained by the National Weather Service and used by many federal agencies within the US. Hundreds of thousands of SHEF-coded data are transmitted each day nationwide allowing the use of a single program to decode and interpret the data—saving many hundreds of thousands of dollars each year in software maintenance costs.

**River Forecast Hydrologist: Served as a river forecast hydrologist for the National Weather Service from 1975 to 1990 in Oklahoma, Texas and Oregon.** Provided public river forecasts for the Red River in Oklahoma, and all rivers in Texas and the Columbia Basin. Familiar with the characteristics and the interaction of all river systems, including snowmelt and water supply issues, for geographic areas forecasted. Significant knowledge of the river basin authorities in each of the geographic areas forecasted.

**6. Opinion 1 – Best Industry Practices (BIP) requires Shell to consider and protect against reasonably foreseeable risks, including risks from climate change such as the increasing risk of extreme precipitation events.**

It is my professional opinion that Shell Oil should, in light of Best Industry Practices, ensure its facility infrastructure and risk management protocols at the New Haven Terminal adequately account for climate change risks, as demonstrated by the recent climate trends outlined below and the climate change impact projections for the New Haven facility, discussed in Opinion 2. I am not providing any opinion or recommendation regarding specific structural modifications that may be warranted in response to climate risk factors. Rather, based on my background, education, and experience in meteorology, climate analysis, and industry consulting, it is my professional opinion that adherence to Best Industry Practices necessitates the integration of climate change risks into Shell's New Haven Terminal infrastructure planning and risk assessment processes.

## Industry Consideration of Climate Change Factors

During my 15+ years as an industry consultant, I worked on over 30 projects focused on climate adaptation, including projects for the oil and gas industry and including coastal facilities. Projects included assessing extreme precipitation, extreme temperatures, and sea level rise impacts on built and planned infrastructure throughout the United States and worldwide.

**2009 Climate Adaptation Roundtable**

In April 2009, CH2M Hill organized an Adaptation Roundtable to promote adaptation planning and actions by enabling collaboration and knowledge sharing between companies in focused sector discussions. This workshop was attended by oil industry representatives and identified potential impacts across the oil and gas value chain and

identified innovative ways in which businesses have, and can, design resiliency to the anticipated physical impacts that will result from climate change.

The Roundtable focus was adaptation assessment for the oil and gas value chain in the following areas: 1) Exploration and Production, 2) Transport and Terminals, 3) Pipelines and Gas Processing, 4) Refineries, and 5) Communities. The next step was to examine each value chain element based on adaptive practices for specific Industrial Sectors to look across the value chain and regions of greatest interest in each sector. Innovative ways in which businesses have and can design resiliency in their value chains will be identified.

The Value Chain Adaptation Assessment Approach framework was established to facilitate the process. Business adaptation planning is a process which can help to increase a company's ability to cope with future uncertainties and satisfy stakeholder interest. This process provides a company with a cost-effective approach to reduce negative climate change impacts and utilize positive ones. The key steps of adaptation planning include:

1. Understanding potential climate change impacts on a company's global value chain,
2. Projecting physical climate change impacts of greatest significance in key locations of concern to the company in a relevant timeframe,
3. Identifying opportunities and risks to new projects and existing operations based on the projected impacts,
4. Identifying and assessing potential design modification, technologies, and other solutions to mitigate risks and leverage opportunities,
5. Implementing adaptation solutions.

**2010 Paper Regarding Projected Impacts, Opportunities and Risks in the Global Oil and Gas Value Chain**

In 2010, Jan Dell – an engineering consultant at CH2MHill at the time – and I published a paper regarding climate change adaptation to oil and gas assets based on the presentation at the Roundtable discussed above. The paper was also presented by my co-author, Jan Dell, to other members of the oil and gas industry at a variety of conferences throughout the globe. Below is a short synopsis of additional portions of the paper.

The global oil and gas value chain is comprised of multiple components to safely source and deliver hydrocarbons to consumers. Many of the impacts, risks and opportunities are common to all parts of the value chain. To simplify the global assessment, the value chain components were grouped into four parts (Dell, 2010):

- Overall oil and gas industry (Well-to-Wheels)
- Exploration and production specific impacts (Upstream)

5

- Pipelines, transport and terminals specific impacts (Midstream)
- Refining specific impacts (Downstream)

The projected impacts of climate change in key oil and gas regions, presented above, were grouped into climate impact categories for assessment of risks and opportunities in the oil and gas value chain:

- Ambient Temperature Increase
- Length of Summer Season
- Sea Ice Thickness and Coverage
- Snow depth and Coverage
- Land Condition (Permafrost, Semi-Permafrost, Non-Permafrost)
- Disease Vector and Species Migration
- Local Precipitation
- Storm Frequency and Strength, Wind Speed
- Coastal Erosion
- Wildfires
- Sea Level Rise
- Ocean pH

Climate risks and opportunities for each category were examined using historical climate information and climate projections derived from the Intergovernmental Panel on Climate Change (IPCC) Fourth Assessment Report (AR4).

Climate change impacts are predicted to vary from region to region. Specific actions by business to adapt to climate change will vary depending on their value chain and the unique circumstances of the locations of their operations. Business adaptation planning is a process which can help to increase a company's ability to cope with future uncertainties and satisfy stakeholder interest.

**Additional Climate Consulting Work**

Throughout my time as an industry consultant, I worked with a variety of companies regarding climate change adaptation at their facilities. This included oil and gas assets, as well as coastal facilities. My work primarily concentrated on increased flooding risks from climate change factors such as increased extreme precipitation events, sea level rise, and storm surge.

Consideration of climate change risk factors to new and existing infrastructure and risk management protocols has been an industry practice since at least 2008. I personally consulted with clients in the oil and gas industry on this subject as early as 2009. Based on my professional experience as an industry consultant, I can confirm that climate change analysis and risk forecasting is an industry practice. Both government and private actors

6

have recognized and taken steps to adapt to the impact of climate change on both existing and new infrastructure projects. Based on the factors outlined below and my education and experience as a meteorologist, I can also confirm that considering and incorporating climate change risk factors into infrastructure plans, construction, updates, and risk management protocols at Shell's New Haven terminal is warranted by the scientific evidence available and therefore a "Best Industry Practice."

**Recent Extreme Precipitation Events Discussion**

**Hurricane Helene, North Carolina, September 23–28, 2024**

The past year has seen extreme precipitation events from a variety of weather and climate related conditions.  The extreme precipitation events in western North Carolina from Hurricane Helene in September 2024 brought record flooding, as a tropical cyclone, to many cities.  Precipitation totals reached 30.78 inches in Busick, NC.  A large area stretching from northwestern South Carolina into western North Carolina and southwestern Virginia received 3-day rainfall totals that had less than a 1 in 1000 (<0.1%) chance of occurring in any given year as shown in Figure 1.  Helene is responsible for at least 250 fatalities in the United States (including at least 176 direct deaths), making it the deadliest hurricane in the contiguous U.S. since Katrina in 2005 (NOAA, 2025).



*Figure 1. Annual 3-day exceedance probabilities associated with Helene.*

## Tropical Storm Barry, Texas Hill Country, July 3–5, 2025

On July 4th, remnants of tropical storm Barry entered the Texas Hill Country of Texas bringing significant precipitation to the Guadalupe River basin.  Rainfall rates reached 2–3

inches per hour, with some areas experiencing bursts exceeding 5 inches per hour, according to preliminary analysis of MRMS (Multi-Radar Multi-Sensor) precipitation data. (Devo Engineering, 2025).

Other areas of central Texas also experienced heavy rainfall, with widespread totals of over 5 inches and some areas receiving more than 10 inches. Burnet, Williamson, and Travis counties reported rainfall exceeding 20 inches.  A preliminary map of the storm total precipitation is shown in Figure 2. (NOAA, 2025).

The July 4, 2025, Central Texas flash flood involved rainfall amounts exceeding 10 inches in 12 hours, a scenario with about a 1 percent chance of occurring in any given year. (Davis, et al, NYT, 2025).

Rainfall exceeding 10 inches in three hours during the peak of the July 4 downpour in Kerrville, Texas, were estimated to be expected only once in a "typical" 500-year period. Rainfall totals of nearly 14 inches in five hours west of Austin during the same period were expected only once in nearly 1,000 years, according to preliminary analyses.  An initial analysis of the downpours and the decisions by forecasters that led up to them by the Guardian shows that rainfall of this magnitude was exceedingly rare and difficult to predict, even for this flood-prone region. (Holthaus, 2025).



*Figure 2 Preliminary total precipitation for the period July 3, 2025, 12:00 am to July 5, 2025 2:00 pm. Source: NOAA National Weather Service. "NWS Weather and Hazards Data Viewer." Accessed July 16, 2025. https://www.weather.gov/wrh/hazards?obs=true&wfo=pqr&basemap=OpenStreetMap&boundaries=true,false&obs_popup=true.*

These more recent examples add to a record of heightened precipitation in the preceding years.

**Waverly, Tennessee, August 21, 2021**

Between midnight and 10:00 am CDT on Saturday, August 21, 2021, very heavy rainfall resulted in widespread flash flooding across western Middle Tennessee, including the town of Waverly. During the event, much of a five-county area received up to a quarter of normal annual rainfall in under twelve hours, as much as 10 to 15 inches. The event broke the 24-hour rainfall record in Tennessee, with over 20 inches of rain falling in McEwen. (NWS, 2021).

The State Climate Extremes Committee and the National Weather Service confirmed that 20.73 inches of rainfall fell in McEwen at the Tennessee Wastewater Treatment Plant, breaking the state's 24-hour precipitation record. On the same day, 17.03 inches was recorded at the Tennessee Valley Authority rain gauge also in McEwen, setting the second-highest record. The previous record was 13.60 inches in Milan, Tennessee which was set

10

on September 13, 1982. An experimental MRMS radar estimation of the spatial extent and precipitation totals is shown in Figure 3.



*Figure 3. Experimental precipitation analysis for the period 8/20/20219:00 am to 8/21/2021 9:00 am from NRNS Radar Estimation.*



*Figure 4. Analysis of McEwen, TN observed precipitation for August 21, 2021, and NOAA Atlas 14 IDF return periods for Waverly, TN. Data Source: https://mesowest.utah.edu/cgi-bin/droman/download_api2.cgi?stn=mcet1*

Of particular interest is the return NOAA Atlas 14 IDF analysis for the precipitation totals for durations from 15 minutes to 24 hours. Precipitation data was downloaded for McEwen, TN from the MesoWest (MesoWest, 2021) server and accumulated for 15-minute intervals from 15 minutes to 24 hours. The results were plotted and compared to the NOAA Atlas 14 return periods and amounts for Waverly, TN. Beginning with the 2-hour duration, precipitation amounts exceeded the 1000-year return period.

The town of Waverly was severely damaged by floodwater, with hundreds of homes and dozens of businesses destroyed and swept away (WKRN, 2021).

### Newport, RI, Tennessee, August 21, 2021, Hurricane Ida/Tropical Depression

The City of Newport experienced a significant and intense precipitation event as the tropical depression remnants of Hurricane Ida swept across the region early on September 2, 2021. The heaviest precipitation began at approximately 01:00 a.m. on September 2, 2021, and ended at approximately 05:00 a.m.

Storm total precipitation ranged from 4.29 to 6.41 inches of precipitation within 20 miles of the project area; however, it was the precipitation intensities for the 3-, 6- and 12-hour durations that were the greatest, exceeding a 50-year return period for the City of Newport Water Pollution Control Plant (WPCP) located at 250 Connell Highway.  Newport State Airport also recorded 50-year precipitation return periods for the 6- and 12-hour durations.

The timing of the precipitation event was also compared with the predicted and observed tide levels using NOAA data. Because the peak of the precipitation occurred simultaneously to the high tide, and because the observed tides were generally 1.5 feet higher than the predicted levels, coastal flooding of low-lying areas would be expected.

To gain an understanding of the storm total precipitation pattern, it was mapped as shown in Figure 5.  The highest precipitation total, 6.41 inches, was reported at Newport State Airport.  The second highest precipitation total was 6.34 inches at the Water Treatment Plant.  The pattern shows a southwest to northeast pattern using inverse distance weighting to interpolate the reported station rainfall.



*Figure 5. September 1-2, 2021 storm total precipitation.*

High frequency precipitation data was available to aid in the return period frequency analysis. Individual observations were processed to create a plot of accumulated precipitation for each station as shown in Figure 2. The greatest intensity was between the hours of 01:00 a.m. and 05:00 a.m. on the morning of September 2, 2021. Individual 15-minute precipitation amounts are shown in Figure 6. The highest 15-minute precipitation amount was 0.66 inches ending at 03:30 a.m. on September 2, 2021.



*Figure 6. Accumulated Precipitation for Stations in the Project Area, September 1-2, 2021*

Newport State AP and the City of Newport WPCP had the highest return periods as shown in the tables. A graphic showing the NOAA Atlas 14 return periods for indicated durations is shown in Figure 7. The City of Newport precipitation either met or exceeded the 100-year return period for durations from 3 hours to 6 hours.



*Figure 7.  Newport State AP and Newport WPCP September 1-2, 2021 return periods for indicated durations.*

Observed and predicted tides for Newport, RI station (station number 8452660) were derived from the NOAA Tides and Currents webpage. (NOAA Tides 2021).  The data were observed at 6-minute intervals and used a mean sea level (MSL) datum of NAVD 88.  The 15-minute precipitation from the WPCP was converted to an intensity of inches/hour and plotted with the tide level in Figure 8.

Precipitation intensities exceeded 2.04 inches/hour at 02:30 a.m. for 15 minutes and 2.64 inches/hour at 03:30 a.m. for 15 minutes.  The peak observed tide was 2.28 feet MSL at 03:30 a.m. which corresponded to the peak WPCP precipitation intensity of 2.64 inches also at 03:30 a.m.  Precipitation intensities decreased after the peak, but there was a secondary tide peak of 2.26 feet MSL at 04:06 a.m.  Observed tides were consistently 1.4 to 1.5 feet MSL above the predicted tides for the period 02:06 a.m. to 03:36 a.m.

This event illustrates the potential impacts of concurrent intense precipitation and high tides for a facility, especially when they occur with mean higher high water.

15



*Figure 8. Observed and predicted tides for Newport and precipitation intensities (in./hr.) from the WPCP 15-minute precipitation gauge.*

**Recent Extreme Precipitation Summary**

As covered by the news media, there have been a number of flood events taking human lives and causing millions of dollars in damage. (*See, e.g.* Davis NYT, 2025). Floods from Ruidoso, New Mexico, to Central Texas, to North Carolina, to Chicago, IL, to New York City, NY indicate that climate change is already causing heavier rainfall in many storms, and the warmer the atmosphere gets, the more moisture it is capable of holding, and then releasing. The United States and other parts of the world have already seen an increase in the frequency of extreme rainstorms as the world warms.

**Climate Change Trends in the Northeast - Precipitation**

Haung, et al. (2021) has written that extreme precipitation (EP), defined as precipitation falling on the 1% of wet days recording the most precipitation, has increased rapidly in the Northeastern United States as shown in Northeast as shown in Figure 9.

16



*Figure 9 Relative change in annual extreme precipitation across GHCN-D stations. The change denotes the percentage difference during 1996–2018 as compared to 1920–1995. The subset of 220 GHCN-D weather stations in the Northeastern US has at least 80% of complete daily records from 1920 to 2018 at each station.*

Numerous studies have documented significant increases in both the frequency and magnitude of extreme precipitation in the northeastern U.S. since the mid-to-late 20th century. The most recent assessment from the Intergovernmental Panel on Climate Change (IPCC) suggests that the frequency and magnitude of extreme precipitation in this region will likely continue to increase throughout the 21st century. Such changes could greatly exacerbate the societal impacts of extreme precipitation in the future. (Frei et al., 2015; Hayhoe et al., 2018; Hoerling et al., 2016; Huang et al., 2017b; Kunkel et al., 2013). Among U.S. climate regions, the Northeast had the fastest increase (55%) in EP since 1958 and the second fastest increase (38%) since 1901. (Hayhoe et al., 2018). This EP increase occurred abruptly in 1996, with average 1996–2014 EP being 53% higher than average 1901–1995 EP, leading to higher flood risks. (Collins, 2019; Dupigny-Giroux et al., 2018; Frei et al., 2015; Huang et al., 2017b; Peterson et al., 2013). For instance, in the state of Vermont, EP from Tropical Storm Irene in 2011 caused the state's worst disaster since 1927, costing $733 million. (Minter, 2012). As such, understanding the causes of the EP increase since 1996 is crucial to correctly interpreting future simulations of EP, and ultimately the range of EP impacts the Northeast needs to be prepared for.

The observed change in Northeast EP is qualitatively consistent with the expected change in EP based on the Clausius–Clapeyron relation, i.e., about a 7% increase in saturation

vapor pressure for every °C of warming (Easterling et al., 2017; Ivancic and Shaw, 2016; Kunkel et al., 2013), as well as more frequent weather systems causing EP events (Huang et al., 2018; Kunkel et al, 2010, 2012, 2013; Marquardt Collow et al., 2016). In particular, 48% of the abrupt 1996 EP increase was caused by tropical cyclones likely due to warmer Atlantic sea surface temperatures (SSTs) and higher total column water vapor, with frontal systems (25%) and extratropical cyclones (15%) also contributing. (Huang et al., 2018).

The publications indicate that the trend toward more extreme precipitation events is a well-documented reality that Connecticut has recognized.  There is ample evidence that SWPPP planning should incorporate precipitation trends and long-term climate projections as appropriate.

**7. Opinion 2: Climate change does in fact pose risks to the facility including projected changes in precipitation extremes.**[1]

In consideration of climate change impacts, the Northeast Regional Climate Center (NRCC) has partnered with the New York State Energy Research and Development Authority (NYSERDA) to downscale global climate model output and create extreme precipitation projections that will ultimately be incorporated into climate change adaptation planning for New York State.

NRCC created an interactive webpage (NRCC, 2025) using three different methods to downscale future daily precipitation extremes at each station under two IPCC climate change scenarios (RCP4.5 and RCP8.5). The first method employs quantile–quantile mapping to bias-corrected, spatially adjusted precipitation extremes obtained from dynamically downscaled climate model simulations. These simulations consist of regional climate models (RCMs) run at 50-km resolution and driven by atmosphere–ocean general circulation models (AOGCMs) from Phase 5 of the Couple Model Intercomparison Project (CMIP5). The second method, a variation of the delta method, computes differences in simulated precipitation extremes between CMIP5 future and historical periods and applies these differences toward observed precipitation extremes. The third method combines quantile–quantile mapping with a unique approach for downscaling daily precipitation extremes from historical analogs.

As one of the main project deliverables, this webpage showcases final research products and provides a detailed summary of the project methodology. Publicly available research

---

[1] Climate change poses additional risks to the facility as well. For example, sea level rise and high winds – the latter of which often accompanies extreme precipitation events and the former of which may exacerbate risks from extreme precipitation events – are additional risks exacerbated by climate change. For purposes of this report, however, my in-depth analysis focuses on extreme precipitation events.

products include: 1) historical and future downscaled intensity-duration-frequency (IDF) curves for each station, 2) gridded maps illustrating projected changes in return period precipitation amounts, and 3) gridded maps illustrating projected changes in the recurrence intervals of historical precipitation thresholds.

The process included stations with sufficient data record and the closest station to the Site was the Bridgeport Sikorsky Memorial Airport, CT.  The NOAA Atlas 14, 24-hour, 100-year precipitation amount derived from a partial duration time series was 8.29" with 90% confidence limits of 6.20"-11.10".  For the New Haven Tweed Airport, the NOAA Atlas 14 24-hour, 100-year precipitation amount derived from a partial duration time series was 8.07" with 90% confidence limits of 6.06" – 10.70".  The amounts are similar, and the Bridgeport Sikorsky Memorial Airport was used by the NRCC to create climate projections.

The Figure 10 shows the probability of exceeding the 8.29" precipitation amount at Bridgeport Sikorsky Memorial AP for three 30-year future time periods using low RPC4.5 and high RCP 8.5 emissions scenarios.  For the highest emissions scenario, the probability of exceeding the 100-year 8.29" threshold is 44% for the period 2010–2039, 50% for the period 2040–2069, and 61% for the period 2070–2099.

Converted to inches, these projected changes are equivalent to 10.32" (+25%) for the period 2010–2039, 10.80" (+30%) for the period 2040–2069, and 11.76" (42%) for the period 2070–2099 for the Bridgeport Sikorsky Memorial AP.

The projected mean precipitation amounts for the period 2040–2069 (10.80") and 2070–2099 (11.76') nearly meet or exceed the historical 95% exceedance amounts of 11.10" for the Bridgeport Sikorsky Memorial AP.

Based on this data and my background, education, and experience as a meteorologist in both the public and private sector – a reasonable terminal owner/operator in New Haven, CT, in the face of these trends would incorporate risks from climate change in its facility infrastructure plans and risk management protocols in order to be consistent with Best Industry Practices.



*Figure 10 Probability of exceeding 8.29 inches of precipitation in 24 hours at Bridgeport Sikorsky Memorial AP during specified 30-year periods (%).*

| Probability of Exceeding 8.29 Inches of Precipitation in 24 Hours at BRIDGEPORT SIKORSKY MEM AP During Specified 30-Year Periods (%) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Projected (2010-2039) ⓘ | | Projected (2040-2069) ⓘ | | Projected (2070-2099) ⓘ | |
| | Observed (1970-1999) ⓘ | RCP 4.5 | RCP 8.5 | RCP 4.5 | RCP 8.5 | RCP 4.5 | RCP 8.5 |
| Mean | 36 | 42 | 44 | 46 | 50 | 52 | 61 |
| Lower Bound | 17 | 30 | 33 | 32 | 36 | 37 | 39 |
| Upper Bound | 44 | 56 | 55 | 63 | 69 | 72 | 84 |

*Table 1 Probability of exceeding 8.29 inches of precipitation in 24 hours at Bridgeport Sikorsky Memorial AP during specified 30-year periods (%).*

## 8. Conclusion

Best Industry Practice requires Shell to consider and protect against reasonably foreseeable risks, including risks from climate change such as the increasing risk of extreme precipitation events. Climate change does in fact pose risks to the facility, including projected changes in precipitation extremes.

I certify under penalty of perjury that the opinions expressed in this expert rebuttal report are true and correct to the best of my knowledge and ability. My opinions are stated to a reasonable degree of certainty and consistent with prevailing and scientific standards of practice, and my payment does not depend on my opinions regarding the merits of my client's case.

*Phillip Pasteris*
_____

Phillip Pasteris, M.S. Meteorology

7/22/2025
_____

Date

**Exhibit 1: Phillip Pasteris Curriculum Vitae (CV)**

# Phillip Pasteris



### Education/Qualifications

- M.S., Meteorology, University of Oklahoma, 1975
- B.S., Meteorology, Northern Illinois University, 1973

### Professional Organizations/Affiliations

- American Meteorological Society
- Lead Member, AMS Certified Climate Scientist, Designation Committee

### Areas of Expertise

- Expertise in climatology, meteorology, hydrology, and climate change science required assess risk and vulnerability of water resource infrastructures to climate change.

- Nearly 50 years of operational experience in water supply forecasting, snow hydrology, hydrology, streamflow forecasting, drought analysis, climatology, meteorology, and customer service.

- Ability to work with a diverse group of professionals and clients to develop and implement plans to integrate water management with anticipated climate change impacts.

- Author of numerous water and climate briefing papers for Natural Resources Conservation Service (NRCS) congressional hearings and United States Department of Agriculture (USDA) policy development.

### Relevant Experience

Phillip Pasteris was a Jacobs Senior Principal Technologist in Portland, Oregon from 2008 to 2024. He was responsible for providing technical input and senior review for water resources-related climate change proposals, projects, and papers; leading and supporting client interface with federal government agencies supporting water and environment climate change projects and programs; and maintaining corporate understanding and leadership in climate change modeling and technologies that impact the water cycle.

Formerly with Natural Resources Conservation Service (NRCS) and National Weather Service hydrology, Phillip forecasted rivers in Oklahoma, Texas, New Mexico, Oregon, Washington, Idaho and Montana and when with the NRCS was responsible for the production and distribution of Water Supply Forecasts for the Western United States and management of the NRCS National Climate Program. He led the NRCS efforts to create the climate data tables used for determination of wetlands nationwide in the 1990s. During his nearly 33 years of federal service, Phillip provided the vision and identified federal funding for the PRISM (Parameter-Elevation Regressions on Independent Slopes Model) climate mapping system and the Applied Climate Information System (ACIS), and established NRCS web-based delivery of climate and water supply products.

### Relevant Project Experience

**Principal Climate Analyst, Minera Yanacocha S.R.L (MYSRL) Mine Remediation, Peru.** Minera Yanacocha S.R.L commissioned Jacobs to develop intensity, duration, and frequency (IDF) curves for use in closure planning studies at the Yanacocha Mine site located in Peru. IDF curves were prepared for four on-site climate stations based on historic data collected by MYSRL. The seven sites are: Carachugo, China Linda, Huayramachay, KM24, La Quinua, Maqui Maqui and Yanacocha.

This study focused on developing IDF curves for durations ranging from 5 minutes to 24 hours, based on available rainfall data from the on-site climate gauging stations. There were a mixture of available

data ranging from 5 minutes to daily data, with daily data providing the greatest period of record. The 2-, 5-, 10-, 25-, 50-, 100-, 500-, 1,000 and 10,000-year recurrence intervals were analyzed.

**Principal Climate Analyst, United States Department of State Embassy Climate Impacts Analysis. September 2020 - Ongoing.** The objective of this project was to describe climate changes that relate to the US Department of State facilities in Hanoi, Vietnam, Djibouti, Medan, Indonesia and Adana, Turkey.

**Principal Climate Change Analysis, Iona Island Wastewater Treatment Plant (IIWWTP) January - April 2019.** The objective of this project was to describe climate changes that relate to the IIWWTP Project Definition (Project) and are expected to occur over the design horizon through the mid to late 21st century. The analysis made use of recently published (December 2018) CSA S900.1:18, Climate Change Adaptation for Wastewater Treatment Plants. This standard focuses on providing a standardized climate change risk assessment framework that can be used to evaluate risks related to climate change and ultimately develop adaptation measures for wastewater treatment plants (WWTPs). The CSA standard is not intended to address mitigation measures.

The multiple climate parameters evaluated for adapting WWTP projects included historical and projected changes in the following climate parameters: blizzard, fog, hurricane and tropical storm, cold wave, hail, ice storm, cooling degree days, high temperature, lightning, diurnal temperature range, high wind, low temperature, drought, heat wave, snow accumulation, freeze and thaw, heating degree days, tornado, freezing rain, intense rain, and winter rain. A full summary was provided to Metro Vancouver.

**Principal Climate Change Analysis, Afghanistan- Pakistan Natural Gas Environmental Impact Statement Analysis, September 2018.** This project characterized the baseline climate, as it relates to impacts of the TAPI pipeline. Baseline climate includes both historical observed climate and projected future climate for years 2050, 2070 and 2100 using the RCP8.5 greenhouse gas emissions scenario. The characterization focuses on minimum temperature, maximum temperature, and annual precipitation along the entire length of the pipeline, with detailed analysis at four selected locations along the pipeline route. In addition to the parameters analyzed over the entire pipeline, the report included detailed analysis characterizes seasonal changes, humidity and wind.

**Principal Climate Change Analysis, JEA Wastewater/Water System Resiliency Plan, Jacksonville, FL. September – August – October 2018.** Developed updated precipitation intensity, duration and frequency curves using climate change projections for years 2040, 2070 and 2100 using medium (RCP6.0) and high (RCP8.5) greenhouse gas emissions. The results were used to improve the long-term resiliency JEA's water and wastewater systems, and provide program management, engineering, and design services to improve the reliability and resiliency of its water, wastewater, reclaimed water, and chilled water systems during extreme weather events.

**Principal Climate Change Analyst, Sanitary District No. 1, Northern Kentucky– December 2017 – March 2018.** Developed updated historical climate database for use CSO modeling based on 1970 typical year analysis.

**Principal Climate Change Analyst, San Mateo, CA – June 2017 – Ongoing.** Developed updated historical climate database for use CSO modeling analysis.

**Principal Climate Change Analyst, St. Petersburg, FL – May 2017 – February 2018.** Developed updated precipitation intensity, duration and frequency curves using climate change projections and projected sea level rise for years 2040 and 2070 to support a three-phase Wet Weather Overflow Mitigation Program (WWOMP) to identify cost-effective solutions to mitigate potential wet weather overflows.

**Principal Climate Change Analyst, Seattle Public Utilities (SPU) Precipitation Intensity and Duration Frequency Update – September 2015 – March 2016.** Developed updated historical precipitation intensity, duration and frequency analysis (IDF) for the SPU service area using SPU and National Weather Service climate data through 2014.

**Principal Climate Change Analyst, Washington Suburban Sanitary Commission (WSSC), Prince George and Montgomery Counties, MD, August 2014 – October 2015.** This project focused on assessing climate impacts on 11 wastewater, drinking water and raw water facilities in the WSSC service area. The climate parameters used in the assessment were historical and projected changes in extreme precipitation, maximum temperatures and sea level rise

Period of record precipitation and temperature data for 12 National Weather Service (NWS) climate stations were obtained from the National Climatic Data Center (NCDC) to assess the historical characteristics of precipitation IDF and maximum temperatures. Observed sea levels were downloaded from NOAA Tides and Currents for the project area.

The SimCLIM (Urich, 2014) modeling environment provided estimates of projected changes in precipitation IDF for the years 2040, 2065, and 2100 using general circulation models (GCM) results available from the global GCM database located at the CMIP5 (Coupled Model Intercomparison Project). Two greenhouse gas emissions scenarios, medium and high, known as representative concentration pathways (RCPs), were selected to provide a range of projected changes in precipitation IDF, maximum temperature frequencies and sea level rise. Results were used as input to a variety of planning tools.

**Principal Climate Change Analyst, Faro Mine Reclamation – October 2014 – March 2015.** Developed updated historical precipitation intensity, duration and frequency analysis (IDF) for the Faro Mine area using climate data through 2013. Developed projected changes in precipitation IDF for years 2050, 2075 and 2100 using the SimCLIM climate modeling application.

**Principal Climate Change Analyst, Miami-Dade Ocean Outfall Legislation Program, October 2014 – January 2015.** This project focused on assessing Miami-Dade Water and Sewer Department (WASD) wastewater facility vulnerability and risk to projected changes in precipitation intensity, duration, and frequency (IDF).

Period of record precipitation data for nine National Weather Service (NWS) climate stations were obtained from the National Climatic Data Center (NCDC) to assess the historical characteristics of precipitation IDF. The SimCLIM (Urich, 2014) modeling environment provided estimates of projected changes in precipitation IDF for the years 2040, 2075, and 2100 using general circulation models (GCM) results available from the global GCM database located at the CMIP5 (Coupled Model Intercomparison Project). Two greenhouse gas emissions scenarios, medium and high, known as representative concentration pathways (RCPs), were selected to provide a range of projected changes in precipitation IDF.

**Principal Climate Change Analyst, Ada County Highway Department; October 2014 – January 2015.** The Ada County Highway District (ACHD) requested Jacobs review the current precipitation intensity, duration and frequency (IDF) values used for design in the ACHD service area and recommend whether the published values are appropriate for current and future ACHD designs for the 2-, 5-, 10-, 25-, 50-, and 100-year recurrence intervals. The existing IDF values were derived from NOAA Atlas 2 Idaho, published in 1973 (U.S. Department of Commerce) The data record used for NOAA Atlas 2 ended in 1970 and an additional 43 years of daily precipitation data are available to supplement the original NOAA Atlas 2 publication. Jacobs provided updated historical precipitation IDF with durations from 10 minutes to 72 hours and for return periods from 2 to 100 years using L-moments statistical technology. Projected changes in precipitation based on global circulation models were provided for the years 2050 and 2100 using the SimCLIM climate change modeling application.

**Principal Climate Change Analyst, Vancouver Airport Authority; October – December 2014.** The project summarized best science on the potential impacts of climate change on the Lower Mainland of BC over the next 40 years. The purpose of this review is to provide the climate change context for YVR's Master Plan update. Projected trends for climate elements at 2050 and 2080 were extracted from climate model results published in peer-reviewed journals and through the use of the SimCLIM climate modeling tool.

The following climate change elements were examined for the project: 1) Temperature: Historical trends in air annual average maximum, minimum and average temperatures, annual extreme temperatures were evaluated for significance. Projected changes in temperature return periods and changes in the frequency of threshold daily maximum and minimum were also evaluated. 2) Precipitation: Trends in annual total, daily annual precipitation, and annual frequency threshold amounts were analyzed for significance. Projected changes in annual and seasonal precipitation for 2050 and 2080 were provided along with changes in precipitation return periods for wet day precipitation. 3) Sea Level Rise: A review of the current sea level rise projection literature was performed, and tide observations were downloaded

and evaluated for the YVR Sea Island area. 4) Flood Risk and Storm Surge: A review of the published literature was performed and summarized for the project. 5) Wind Speed and Direction: Historical wind data were downloaded, and publications reviewed to gain insight into projected changes in wind characteristics for the YVR area. A monthly frequency analysis of wind speeds exceeding a client-supplied threshold and crosswind was performed to guide future runway alignment and length. 6) Visibility: A monthly analysis of visibility below a client provided threshold was provided.

**Principal Climate Change Analyst, Boston Water and Sewer Commission Wastewater and Storm Drainage Facilities Plan; October 2012 to present.** Provided historical precipitation intensity, duration, and frequency (IDF) analysis and projected changes in precipitation IDF for the Boston region using longterm National Weather Service climate stations and BWSC network. The projected changes incorporated climate change model results and greenhouse gas emissions scenarios for target years 2035, 2060, and 2100.

**Principal Climatologist, Typical Year Determination, Bangor, Maine, August 2012, City of Bangor.** The project used hourly, daily, monthly, and annual precipitation to analytically determine a "typical year" for use in CSO design.

**Principal Climate Change Analyst, Analysis of Projected Climate Change Impacts on the Canadian Arctic and Northern Alberta, Canada, November 2012, Private Client.** The project focused on assessing the impacts of climate change on petroleum operations. Climate parameters evaluated included the projected changes in frequency and intensity of annual and seasonal precipitation, temperature, floods, wind, droughts, wildfire, sea level rise, ocean pH and disease vector migration.

**Principal Climate Change Analyst, Analysis of Projected Climate Change Impacts on the Texas, Oklahoma and Louisiana June 2012, Private Client.** The project focused on assessing the impacts of climate change on petroleum operations. Climate parameters evaluated included the projected changes in frequency and intensity of annual and seasonal precipitation, temperature, floods, wind, droughts, wildfire, sea level rise, ocean pH and disease vector migration.

**Principal Climate Change Analyst, Overview of How United States and Canadian Cities are Assessing and Projecting Precipitation Intensity, Duration and Frequency, City of New York, NY – July 2011.** This project identified cities, authorities, and agencies that have used projected changes in precipitation IDF for climate adaptation planning. The project also reviewed the methods used to determine projected changes in precipitation IDF amounts using general circulation models. Subsequent to the initial geographic scope, the search was widened to Canada where relevant IDF projects and publications were identified.

**Principal Climate Change Analyst, City of Los Angeles, CA, Stormwater and Sea Level Rise Analysis – October 2011 to April 2012.** Performed precipitation intensity, duration, and frequency (IDF) and sea level rise analysis for the Venice Pumping Plant and San Pedro Facility to assess potential climate change impacts on facilities located near the ocean. Historical and projected changes in IDF were placed into the City's hourly hyetograph to assess impacts at a fine time scale. Sea level rise projections included IPCC AR4 projections with and without ice sheet contribution and results from more intense ice sheet contributions from research performed by Vermeer and Rahmstorf (2009).

**Principal Meteorologist/Hydrologist, Coeur d'Alene River, Idaho, EPA Superfund - October 2011 to June 2012.** Provided in-depth analysis of predicted hydromet conditions for sediment sampling. The analysis included observed and predicted precipitation, snowpack, freezing levels and streamflow. A 2 to 3-day lead time was required to position resources for sediment sampling during peak flow. The team successfully collected the data at the peak. During the spring, low flow analysis was provided to gather changes in channel configuration.

**Principal Climate Change Analyst, Jefferson County MSD, Louisville, KY, Storm Sewer Capacity Analysis, July 2010 – February 2011.** The Louisville and Jefferson County Metropolitan Sewer District (MSD) was hit on August 4, 2009, with an extreme storm event that flooded numerous facilities and caused extensive damage. Climate change is projected to be a concern requiring potential changes in wet weather facility planning and design criteria. The purpose of this project is to evaluate the local and regional climate data and summarize available climate change projections to assist MSD in wet weather facilities planning. The project will evaluate existing Jefferson County precipitation intensity, duration and frequency (IDF) curves used for stormwater design and developed revised IDF curves from climate change scenarios for the periods 2025 and 2050.

A-4

**Principal Climate Analyst, Flood Early Warning System (FEWS) for the La Quinte Watershed, Haiti, March – August 2010.** Performed an analysis of existing climate and flood warning networks in the La Quinte watershed. Designed a FEWS with dual FM radio and GOES satellite communications that transmits data from remote precipitation and river gages to primary and secondary emergency warning centers which send warnings to the Internet and cell phones. Designed and documented a basic manual rain gage network which was installed in anticipation of the 2010 hurricane season.

**Principal Climate Change Analyst, National Association of Clean Water Agencies, October 2009-October 2009.** Performed a nationwide cost analysis of the projected impacts of climate and sea level rise on drinking water and wastewater services in the United States through 2050 using greenhouse gas (GHG) scenarios and regional projections of climate change. The cost estimates helped policy makers and the water and wastewater sector begin to understand the challenges of ensuring that reliable water and wastewater services continue to be available in the face of a changing climate and provide early cost estimates so that policies can be developed that address these challenges and planning by utilities can begin now.

**Principal Climate Change Analyst, Arlington County, VA Storm Sewer Capacity Analysis, December 2009 – June 2011.** Performed review of existing Arlington County precipitation intensity, duration and frequency (IDF) curves used for stormwater design and developed revised IDF curves from climate change scenarios for the periods 2050 and 2100. Analyzed historical sea level rise trends and created projected sea level rise for periods 2050 and 2100 using projections of sea level rise from climate change models. Client is using this information for CSO planning.

**Principal Climate Change Analyst, City of Alexandria, VA, Storm Sewer Capacity Analysis, April 2009 - July 2009.** Performed review of existing City of Alexandria precipitation intensity, duration and frequency (IDF) curves used for stormwater design and developed revised IDF curves from climate change scenarios for the periods 2050 and 2100. Analyzed historical sea level rise trends and created projected sea level rise for periods 2050 and 2100 using projections of sea level rise from climate change models. Client is using this information for CSO planning.

**Principal Climate Change Analyst; Confidential Client British Columbia, September 2008 - March 2009.** This study addresses agricultural concerns associated with the interaction of development and agriculture. Jacobs is designing improved irrigation and drainage infrastructure for more than 17,000 acres of irrigated lands located in a Pacific Coast tidally influenced river delta. The study required an analysis of historical sea level trends, historical streamflows, projected changes in sea levels and streamflows resulting from climate models and the combined effects on salinity profiles. Climate change effects are expected impact the source (higher tides, lower river flows) and are expected to increase peak irrigation water demands. The project includes an efficient drainage and irrigation system that provides for increased future demand in water quantity and quality and considers the potential effects of climate change. Jacobs is evaluating sea level rise scenarios and effects of a warming climate on peak irrigation demands, as they may influence future conveyance capacity needs.

**Principal Climate Change Analyst; Iona Wastewater Treatment Plant (WWTP) for Metro Vancouver, British Columbia, October 2008 – November 2008.** The project determines sea level rise using global change model projections of temperature rise and select an appropriate sea level for the conceptual design of the Iona Wastewater Treatment Plant (WWTP) for Metro Vancouver. The project involved modeling of sea level rise for the Vancouver area and comparison of the modeling findings with previous reports addressing sea level rise in the Metro Vancouver area. The project produced a probability-based suite of sea level rise results derived from two global change models and three Intergovernmental Panel on Climate Change greenhouse gas emissions scenarios.

**Climate Change Analyst, San Antonio Water System Water Project (LSWP); Lower Colorado River Authority; Austin, Texas; June 2008 - July 2008.** The LCRA-SAWS (Lower Colorado River Authority – San Antonio Water System) Water Project is a long-term water supply project designed to meet municipal,

industrial, agricultural and environmental flow needs within two rapidly growing regions in central Texas. Analyses are being conducted to locate and size facilities, forecast future demand and conservation levels, calculate yield and evaluate potential impacts. Jacobs is climate change projections in the region and assessing potential impacts on the ability of the LCRA-SAWS Water Project to provide long-term water supplies and protect ecological function of Matagorda Bay.

**Climate Change Analyst; Water System Improvement Program (WSIP) Draft Program Environmental Impact Report; San Francisco Public Utilities Commission's (SFPUC); San Francisco, California; June 2008 - June 2008.** The San Francisco Planning Department requested that Jacobs provide expertise on climate science to the San Francisco Public Utilities Commission's (SFPUC) Water System Improvement Program (WSIP) Draft Programmatic Environmental Impact Report (Draft PEIR). Mr. Pasteris reviewed climate change analyses in the WSIP PEIR for scientific accuracy with respect to of climate change projections in the project area through 2030.

### Experience Prior to Jacobs

**Supervisory Physical Scientist; NRCS Water Supply Forecasting Branch, National Water and Climate Center, Portland, OR; 1994-2007.** Established and implemented a strategic plan to significantly enhance the visibility and credibility of the NRCS Water Supply Forecasting and Climate Program by providing relevant water supply, drought, and climate products that meet the rapidly changing national and international demands for timely and relevant water and climate information. Successfully expanded water supply forecast products and services to meet growing demand for water supply information. This included an increase in number of water supply forecasts issued from 6,500 in 1998 to over 11,000 in 2006, creation of new graphical (GIS) water supply products, expanded Surface Water Supply Indexes and routine national reports and news releases describing the water supply and drought status in the West. NRCS Water and Climate Services professionals are now routinely invited to participate in regional and national workshops, and task forces that make significant programmatic recommendations to committees such at the National Research Council, National Drought Commission, Western States Water Council, River Basin Commissions and the climate community.

**Core Team Author; National Integrated Drought Information System (NIDIS); City of Portland in Partnership with the Western Governors Association; Portland, Oregon; 2004.** NIDIS will provide water users across the board—farmers, ranchers, utilities, tribes, land managers, business owners, recreationalists, wildlife managers, and decision-makers at all levels of government—with the ability to assess their drought risk in real time and before the onset of drought, to make informed decisions that may mitigate a drought's impacts.

**Project Manager; Applied Climate Information System (ACIS) with six NOAA Regional Climate Centers; Portland, Oregon; 1993 to 2007.** ACIS provides Internet access to the entire historical climate record, real-time data, and on-line applications to interpret the data to assess natural resource issues nationwide. Running applications to produce specific analysis saves the client the time and resources which would have been used to access and manage data. ACIS is the basis for US climate services and is widely used by the academic community.

**Project Manager; Parameter-elevation Regressions on Independent Slopes Model (PRISM); Portland, Oregon; 1992 to 2008.** Conceived and funded the creation of technology used to map climate for the US. The PRISM project has produced temperature and precipitation normals for each state for the period 1961 to 1990 and 1971 to 2000, monthly observed temperature, and precipitation for the period 1895 to 2005, and near real-time analysis of climate information. Before PRISM-derived climate maps were developed, each state or region developed their maps using dissimilar datasets and techniques to interpret the data. The state borders did not match and the processes were not automated or reproducible. PRISM maps have been used for hundreds of thousands of natural resource applications.

**Principal Author; Standard Hydrometeorological Exchange Format (SHEF); National Weather Service; Portland, Oregon; 1981 to 1983.** Developed and implemented a national standard format for transmission of hydroclimatic data. The Standard Hydrometeorological Exchange Format (SHEF) is a documented set of rules for coding data for both visual and computer recognition maintained by the National Weather Service and used by many federal agencies within the US. Hundreds of thousands of SHEF-code

data are transmitted each day nationwide allowing the use of a single program to decode and interpret the data—saving many hundreds of thousands of dollars each year in software maintenance costs.

**River Forecast Hydrologist: Served as a river forecast hydrologist for the National Weather Service from 1975 to 1990 in Oklahoma, Texas and Oregon.** Provided public river forecasts for the Red River in Oklahoma, all rivers in Texas and the Columbia Basin. Familiar with the characteristics and the interaction of all river systems, including snowmelt and water supply issues, for geographic areas forecasted. Significant knowledge of the river basin authorities in each of the geographic areas forecasted.

## Publications

Bissell, Vernon C., Phillip A. Pasteris, and David G. Bennett. "Standard hydrologic exchange format (SHEF)." *Journal of Water Resources Planning and Management* 110, no. 4 (1984): 392-401.

Daly C, Gibson WP, Taylor GH, Johnson GL, Pasteris P (2002) A knowledge-based approach to the statistical mapping of climate. Clim Res 22:99-113 https://doi.org/10.3354/cr022099

Daly, Christopher, G. H. Taylor, W. P. Gibson, T. W. Parzybok, G. L. Johnson, and P. A. Pasteris. "High-quality spatial climate data sets for the United States and beyond." *Transactions of the ASAE* 43, no. 6 (2000): 1957-1962.

Daly, C., Halbleib, M., Smith, J.I., Gibson, W.P., Doggett, M.K., Taylor, G.H., Curtis, J. and Pasteris, P.P. (2008), Physiographically sensitive mapping of climatological temperature and precipitation across the conterminous United States. Int. J. Climatol., 28: 2031-2064. https://doi.org/10.1002/joc.1688

Dell, Jan & Pasteris, Phillip. (2010). Adaptation in the Oil and Gas Industry to Projected Impacts of Climate Change. 10.2118/126307-MS.

Eischeid, J. K., P. A. Pasteris, H. F. Diaz, M. S. Plantico, and N. J. Lott, 2000: Creating a Serially Complete, National Daily Time Series of Temperature and Precipitation for the Western United States. J. Appl. Meteor. Climatol., 39, 1580–1591, https://doi.org/10.1175/1520-0450(2000)039<1580:CASCND>2.0.CO;2.

Freas, Kathy & van der Tak, Laurens & Kepke, Jacqueline & Pasteris, Phillip & Karney, Patrick. (2011). Confronting Climate Change: An Early Analysis of Water and Wastewater Adaptation Costs Through 2050. Proceedings of the Water Environment Federation. 2011. 871-897. 10.2175/193864711802836319.

Freas, Kathy, Laurens van der Tak, Jacqueline Kepke, Phillip Pasteris, and Patrick Karney. "Confronting climate change: an early analysis of water and wastewater adaptation costs through 2050." In *WEFTEC 2010*, pp. 1940-1966. Water Environment Federation, 2010.

Johnson, Gregory L., Phillip A. Pasteris, Christopher Daly, and George H. Taylor. "Climate information for natural resource management in a spatial world." In *Proc., 1st Int. Conf. on Geospatial Information in Agriculture and Forestry*. 1998.

Johnson, Gregory L., and Phillip A. Pasteris. "USDA-NRCS, National Water and Climate Center, Portland, Oregon George H. Taylor. and Christopher Daly Oregon State University, Corvallis, Oregon." In *Conference on Applied Climatology*, vol. 11, p. 107. American Meteorological Society.

Pagano, Thomas & Garen, David & Perkins, Tom & Pasteris, Phillip. (2009). Daily Updating of Operational Statistical Seasonal Water Supply Forecasts for the western U.S. Journal of The American Water Resources Association - J AM WATER RESOUR ASSOC. 45. 767-778. 10.1111/j.1752-1688.2009.00321.x.

Pagano, T., P. Pasteris, M. Dettinger, D. Cayan, and K. Redmond (2004), Water year 2004: Western water managers feel the heat, *Eos Trans. AGU*, 85(40), 385–393, doi:10.1029/2004EO400001.

Pasteris, Phillip A., Thomas Puterbaugh, and Raymond Motha. "Climate services—A USDA perspective." In *Preprints, 14th Conf. on Applied Climatology, Seattle, WA, Amer. Meteor. Soc*, vol. 6. 2004.

Pasteris, Phillip A., "Standard Hydrologic Exchange Format (SHEF) Version I," U.S. Department of Commerce, National Weather Service, Technical Memorandum NWS, WR-180, Salt Lake City, Utah, 1983.

Pasteris, Phillip A., Keith L. Eggleston, and William Noon. "Internet-Based Climate Analysis Software Applications."

Pasteris, Phillip A., Laurens Van der Tak, Tyler Jantzen, and Tapash Das. "Incorporating Climate Resilience into Public Infrastructure Planning Worldwide." In *American Meteorological Society Meeting Abstracts*, vol. 100, pp. 7-2. 2020.

Pasteris, Phillip, and CH2M HILL. "Sea Level Rise Potential for the City of Alexandria, Virginia." (2009).

Pasteris, Phillip, and CH2M HILL. "Rainfall Frequency and Global Change Model Options for the City of Alexandria, Virginia." (2011).

Pasteris, Phillip, R. Reinhardt, Kevin Robbins, and Claudia Perot. "UCAN—Climate information now for the next century, Preprints." In *First Symp. on Integrated Observing Systems*, pp. 113-116. 1997.

Pasteris, Phillip A. "Objective analysis of northeast Oklahoma rainfall." M.S. diss., University of Oklahoma, 1975.

Pasteris, Phil, Mark Svoboda, Kelly Redmond, Michael Hayes, and Douglas Le Comte. "Drought Monitoring." (2009): 53-69.

Pasteris, Phillip A., Richard Reinhardt, and Stephen Doty. "Climate extremes—A clarion call for nationwide climate services." In *Preprints, 11th Conf. on Applied Climatology, Dallas, TX, Amer. Meteor. Soc*, pp. 178-184. 1999.

Pasteris, Phillip A., and C. Bissell. "Portland, Oregon." In *International Conference on Interactive Information and Processing Systems for Meteorology, Oceanography, and Hydrology: Los Angeles, California, January 7-11, 1985*, p. 9. American Meteorological Society, 1985.

Pasteris, Phillip A. "A STATISTICAL OBJECTIVE ANALYSIS OF PRECIPITATION PATTERNS IN THE TULSA RFC PRECIPITATION NETWORK." In *Conference on Hydro-Meteorology of the American Meteorological Society, April 20-22, 1976, Fort Worth, Texas*, vol. 79, no. 64, p. 76. American Meteorological Society, 1976.

van der Tak, Laurens, Adam Hosking, Bill McMillin, Phil Pasteris, and Adam Sharpe. "Case Studies on Climate Risk and Resilience Planning for Wastewater Infrastructure in Coastal Communities: Examples from NY, MA, FL, and NC." In *WEFTEC 2015*. Water Environment Federation, 2015.

van der Tak, Laurens & Hosking, Adam & McMillin, Phillip Pasteris, Phillip & Sharpe, Adam. (2015). Case Studies on Climate Risk and Resilience Planning for Wastewater Infrastructure in Coastal Communities: Examples from NY, MA, FL, and NC. Proceedings of the Water Environment Federation. 2015. 59625975. 10.2175/193864715819541792.

van der Tak, Laurens & Pasteris, Phillip & Traynham, L. & Salas, Cheri & Ajello, T. & Baker, Emily. (2010). Storm Sewer Infrastructure Planning with Climate Change Risk: The City of Alexandria Virginia Case Study. Water Practice and Technology. 5. wpt2010085-wpt2010085. 10.2166/wpt.2010.085.

## Exhibit 2: References

Bissell, Vernon C. (1984), Phillip A. Pasteris, and David G. Bennett. "Standard hydrologic exchange format (SHEF)." *Journal of Water Resources Planning and Management* 110, no. 4 (1984): 392-401.

Collins, 2019, Mathias J. "River Flood Seasonality in the Northeast United States: Characterization and Trends." Hydrological Processes 33, no. 5 (2019): 687–98. https://doi.org/10.1002/hyp.13355.

Dacre, Helen F. (2020), and Joaquim G. Pinto. "Serial Clustering of Extratropical Cyclones: A Review of Where, When and Why It Occurs." Npj Climate and Atmospheric Science 3, no. 1 (2020). https://doi.org/10.1038/s41612-020-00152-9.

Daly, C., (2001) G.H. Taylor, W.P. Gibson, T.W. Parzybok, G.L. Johnson, and P. Pasteris. 2001. High-quality spatial climate data sets for the United States and beyond. *Transactions of the American Society of Agricultural Engineers* 43(6): 1957-1962. doi:10.13031/2013.3101

Davis, William B. (2025), Judson Jones, and Tim Wallace. "Here's Why There's So Much Flash Flooding in the U.S. Right Now." Weather. The New York Times, July 16, 2025. https://www.nytimes.com/interactive/2025/07/16/weather/flash-floods.html.

Devo Engineering, Orlando, Fl,2025) MRMS Rain Rate Data for Catastrophic Flash Flood on Guadalupe River,  July 4 2025. 2025. 10:29. https://www.youtube.com/watch?v=yOpkMm7jPvc.

Dupigny-Giroux, 2018, "Dupigny-Giroux: A Risk-Based Assessment of the Impacts... - Google Scholar." Accessed July 17, 2025. https://scholar.google.com/scholar_lookup?title=Northeast&publication_year=2018&author=L.A.%20Dupigny-Giroux&author=E.L.%20Mecray&author=M.D.%20Lemcke-Stampone&author=G.A.%20Hodgkins&author=E.E.%20Lentz&author=K.E.%20Mills&author=E.D.%20Lane&author=R.%20Miller&author=D.Y.%20Hollinger&author=W.D.%20Solecki&author=G.A.%20Wellenius&author=P.E.%20Sheffield&author=A.B.%20MacDonald&author=C.%20Caldwell.

Easterling, 2017, "Easterling: Precipitation Change in the United States - Google Scholar." Accessed July 17, 2025. https://scholar.google.com/scholar_lookup?title=Precipitation%20change%20in%20the%20United%20States&publication_year=2017&author=D.R.%20Easterling&author=K.E.%20Kunkel&author=J.R.%20Arnold&author=T.R.%20Knutson&author=A.N.%20LeGrande&author=L.R.%20Leung&author=R.S.%20Vose&author=D.E.%20Waliser&author=M.%20Wehner.

Frei, 2025, "Frei: The Seasonal Nature of Extreme Hydrological… - Google Scholar." Accessed July 17, 2025. https://scholar.google.com/scholar_lookup?title=The%20seasonal%20nature%20of%20extreme%20hydrological%20events%20in%20the%20northeastern%20United%20States&publication_year=2015&author=A.%20Frei&author=K.E.%20Kunkel&author=A.%20Matonse.

Holthaus, Eric. (2025). "Texas Floods Reveal Limitations of Disaster Forecasting under Climate Crisis." US News. The Guardian, July 6, 2025. https://www.theguardian.com/us-news/2025/jul/06/texas-floods-forecast-climate-crisis.

Hayhoe, 2018, Katharine, Donald J. Wuebbles, David R. Easterling, et al. Chapter 2 : Our Changing Climate. Impacts, Risks, and Adaptation in the United States: The Fourth National Climate Assessment, Volume II. 2018. https://doi.org/10.7930/nca4.2018.ch2.

Hoerling, 2016, Martin, Jon Eischeid, Judith Perlwitz, Xiao-Wei Quan, Klaus Wolter, and Linyin Cheng. Characterizing Recent Trends in U.S. Heavy Precipitation. Journal of Climate. April 1, 2016. https://doi.org/10.1175/JCLI-D-15-0441.1.

Huang,2021, Huanping, Christina M. Patricola, Jonathan M. Winter, Erich C. Osterberg, and Justin S. Mankin. "Rise in Northeast US Extreme Precipitation Caused by Atlantic Variability and Climate Change." Weather and Climate Extremes 33 (September 2021): 100351. https://doi.org/10.1016/j.wace.2021.100351.

Huang, 2017, Huanping, Jonathan M. Winter, Erich C. Osterberg, Radley M. Horton, and Brian Beckage. Total and Extreme Precipitation Changes over the Northeastern United States. Journal of Hydrometeorology. June 1, 2017. https://doi.org/10.1175/JHM-D-16-0195.1.

Ivancic, 2016,Timothy J, and Stephen B Shaw. 2016, "A U.S.-Based Analysis of the Ability of the Clausius-Clapeyron Relationship to Explain Changes in Extreme Rainfall with Changing Temperature." Journal of Geophysical Research: Atmospheres 121, no. 7 (2016): 3066–78. https://doi.org/10.1002/2015JD024288.

Kunkel, Kenneth E. (2013), Thomas R. Karl, Harold Brooks, et al. Monitoring and Understanding Trends in Extreme Storms: State of Knowledge. Bulletin of the American Meteorological Society. April 1, 2013. https://doi.org/10.1175/BAMS-D-11-00262.1.

Marquardt, (2016), Collow, Allison B., Michael G. Bosilovich, and Randal D. Koster. *Large-Scale Influences on Summertime Extreme Precipitation in the Northeastern United States*. Journal of Hydrometeorology. December 1, 2016. https://doi.org/10.1175/JHM-D-16-0091.1.

Merchant, Christopher J, and Owen Embury. *Annual Sea Surface Temperature Anomalies: 1992 - 2010*. Figshare, 2014. 0 Bytes. https://doi.org/10.6084/M9.FIGSHARE.1183470.V1.

Minter, 2012, Agency of Administration, State of Vermont (2012) https://ljfo.vermont.gov/assets/docs/reports/Legislative-Briefings/36e65b9238/2012_11_28_Minter_Irene_Recovery.pdf

NOAA (2025), National Weather Service. "NWS Weather and Hazards Data Viewer." Accessed July 16, 2025. https://www.weather.gov/wrh/hazards?obs=true&wfo=pqr&basemap=OpenStreetMap&boundaries=true,false&obs_popup=true.

NWS (2021) "August 21 Rainfall in McEwen Tops State's 24-Hour Record." Accessed July 16, 2025. https://www.newschannel5.com/news/august-21-rainfall-officially-sets-state-24-hour-precipitation-record-with-20-73-inches-in-mcewen.

NRCC, 2025, "NY Projected IDF Curves." Accessed July 17, 2025. https://ny-idf-projections.nrcc.cornell.edu/idf_prob_finder.html.

Pasteris, Phillip A. (2004), Thomas Puterbaugh, and Raymond Motha. "Climate Services—A USDA Perspective." In *Preprints of the 14th Conference on Applied Climatology*, Seattle, WA: American Meteorological Society, vol. 6, 2004.

Peterson, Thomas C. (2013), Richard R. Heim, Robert Hirsch, et al. Monitoring and Understanding Changes in Heat Waves, Cold Waves, Floods, and Droughts in the United States: State of Knowledge. Bulletin of the American Meteorological Society. June 1, 2013. https://doi.org/10.1175/BAMS-D-12-00066.1.

Science Direct, 2022, "Tropical Cyclone - an Overview | ScienceDirect Topics." Accessed July 17, 2025. https://www.sciencedirect.com/topics/earth-and-planetary-sciences/tropical-cyclone.

WKRN (2021). "20 People Dead after Catastrophic Flooding in Middle Tennessee." *WKRN News 2*, August 24, 2021. https://www.wkrn.com/news/middle-tn-flood-recovery/.

# Exhibit 3: Materials Considered

**Phillip Pasteris,**
**Expert Rebuttal Report in *Conservation Law Foundation v. Shell Oil Company, et al.*,**
**No. 3:21-cv-00933**

In addition to the materials specifically cited in my expert rebuttal report and any attachments, such as Exhibit 2, thereto, served on July 22, 2025, I have reviewed and considered the following materials in connection with my expert rebuttal report and reserve the right to rely on any of the documents or materials included herein.

**Litigation Documents**

Expert Report of Susan Parker Bodine, June 23, 2025, *Conservation Law Foundation, et al.,* No. 3:21-cv-00933-VDO

Expert Report of Craig Jones, June 23, 2025, *Conservation Law Foundation, et al.,* No. 3:21-cv-00933-VDO

Expert Report of Eric Kovich, June 23, 2025, *Conservation Law Foundation, et al.,* No. 3:21-cv-00933-VDO

Expert Report of David Uhlmann, June 23, 2025, *Conservation Law Foundation, et al.,* No. 3:21-cv-00933-VDO

Expert Report of Robert Nairn, May 8, 2025, *Conservation Law Foundation, et al.,* No. 3:21-cv-00933-VDO

Expert Report of Wendi Goldsmith, May 8, 2025, *Conservation Law Foundation, et al.,* No. 3:21-cv-00933-VDO

Expert Report of Richard Horner, May 8, 2025, *Conservation Law Foundation, et al.,* No. 3:21-cv-00933-VDO