# Exhibit C



Shell Facility

