# Exhibit D



Connecticut Shoreline 100 year Event

## Layer List

### Layers

- ☑ Sea Level Rise Layers
  - ☑ Mean Higher High Water
    - ☐ Mean Higher High Water Plus 1 foot SLR
    - ☐ Mean Higher High Water Plus 20 inches SLR
    - ☐ 10 Year Flood Event
    - ☑ 10 Year Flood Event Plus 20 Inches SLR
    - ☐ 30 Year Flood Event
    - ☐ 30 Year Flood Event Plus 20 inches SLR
    - ☐ 100 Year Flood Event
    - ☐ 100 Year Flood Event Plus 20 inches SLR

-72.861 41.307 Degrees

0.2mi

EXHIBIT

Pasteris 9.3.25

6



**Layer List**

- ☑ Mean Higher High Water
- ☐ Mean Higher High Water Plus 1 foot SLR
- ☐ Mean Higher High Water Plus 20 inches SLR
- ☐ 10 Year Flood Event
- ☐ 10 Year Flood Event Plus 20 Inches SLR
- ☐ 30 Year Flood Event
- ☐ 30 Year Flood Event Plus 20 inches SLR
- ☑ 100 Year Flood Event
- ☐ 100 Year Flood Event Plus 20 inches SLR
- ☐ 500 Year Flood Event
- ☐ 500 Year Flood Event Plus 20 inches SLR

-72.858 41.307 Degrees

0.2 mi



Connecticut Shoreline

## Layer List

- ☑ Mean Higher High Water
- ☐ Mean Higher High Water Plus 1 foot SLR
- ☐ Mean Higher High Water Plus 20 inches SLR
- ☐ 10 Year Flood Event
- ☐ 10 Year Flood Event Plus 20 Inches SLR
- ☐ 30 Year Flood Event
- ☐ 30 Year Flood Event Plus 20 inches SLR
- ☑ 100 Year Flood Event
- ☑ 100 Year Flood Event Plus 20 inches SLR
- ☐ 500 Year Flood Event
- ☐ 500 Year Flood Event Plus 20 inches SLR

-72.860 41.306 Degrees

0.2mi



Connecticut Shoreline 100 year Event

**Layer List**

- ☑ Mean Higher High Water
- ☐ Mean Higher High Water Plus 1 foot SLR
- ☐ Mean Higher High Water Plus 20 inches SLR
- ☐ 10 Year Flood Event
- ☐ 10 Year Flood Event Plus 20 Inches SLR
- ☐ 30 Year Flood Event
- ☐ 30 Year Flood Event Plus 20 inches SLR
- ☑ 100 Year Flood Event
- ☑ 100 Year Flood Event Plus 20 inches SLR
- ☑ 500 Year Flood Event
- ☐ 500 Year Flood Event Plus 20 inches SLR

-72.854 41.307 Degrees

0.2mi



Connecticut Shoreline 100 year Event

Layer List

- ☑ Mean Higher High Water
- ☐ Mean Higher High Water Plus 1 foot SLR
- ☐ Mean Higher High Water Plus 20 inches SLR
- ☐ 10 Year Flood Event
- ☐ 10 Year Flood Event Plus 20 Inches SLR
- ☐ 30 Year Flood Event
- ☐ 30 Year Flood Event Plus 20 inches SLR
- ☑ 100 Year Flood Event
- ☑ 100 Year Flood Event Plus 20 inches SLR
- ☑ 500 Year Flood Event
- ☑ 500 Year Flood Event Plus 20 inches SLR

-72.856 41.307 Degrees

0.2mi