# Exhibit C

## Filed Under Seal

**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**

**Expert Report Prepared for the Conservation Law Foundation**

The Impact of Climate Change on Storms and Extreme Precipitation

Relevant to the Shell Terminal in New Haven, Connecticut

Mathew Barlow, PhD

**1 May, 2025**

Contact: Dr. Mathew Barlow, email: mathew1barlow@gmail.com, phone: 339-224-7947

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

# TABLE OF CONTENTS

**1. Qualifications** ................................................................................................................1

**2. Retention by Counsel** ....................................................................................................7

**3. Compensation** ...............................................................................................................7

**4. Scope of Work** ..............................................................................................................7

**5. Opinions** ......................................................................................................................7

    *5.1 The science of human-caused climate change* ........................................................10

    *5.2 Methodology* .......................................................................................................17

    *5.3 Historical events as a baseline for future intensification* .......................................18

    *5.4 Changes to extreme precipitation* ........................................................................20

        *5.4.1 General Assessment of Extreme Precipitation* ..............................................21

        *5.4.2 Observed Changes in Extreme Precipitation over the Northeast US*.................21

        *5.4.3 NOAA Atlas 14 and Underestimation of Risk*..............................................23

        *5.4.4 Quantitative Projections of Extreme Precipitation for New Haven, CT* ..........24

            *5.4.4.1 Overview of Extreme Precipitation Projections* ....................................24

            *5.4.4.2 Projections of Extreme Precipitation* ...................................................26

    *5.5 Changes to Storm Strength (Wind Speed)* ...........................................................28

        *5.5.1 General Assessment and Physical Processes* .................................................28

        *5.5.2 Strength of tropical cyclones, including hurricanes*.......................................29

        *5.5.3 Strength of extratropical cyclones*...............................................................30

    *5.6 Summary* .............................................................................................................31

**6. Error Rate and Uncertainty** .........................................................................................32

**7. Conclusions** ................................................................................................................32

**8. References** ..................................................................................................................36

**9. Appendix I. Acronyms, Terms, and Definitions** ............................................................42

**10. Appendix II. Referencing Reports of the Intergovernmental Panel on Climate Change** ..................................................................................................................................44

**11. Appendix III. Emissions Scenarios and Climate Projection Terminology** ....................45

**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**

## 1. Qualifications

I am a professor of climate science and hold a doctorate in meteorology. I have authored more than 75 peer-reviewed articles on climate science, including in the leading international scientific journals *Science* and *Nature*, with research funding from the US National Science Foundation (NSF), the National Oceanic and Atmospheric Administration (NOAA), the National Aeronautics and Space Administration (NASA), and the Department of Energy (DOE).  My research includes a focus on water and weather, including the causes of extreme precipitation events in the Northeast US and how they may change in the future.

My expertise in climate science, climate change, and extreme events has been recognized through my positions as an editor for the *Journal of Climate*, a leading climate science journal; as a Co-Chair of the Working Group on Extremes for the US Climate Variability and Predictability Program (CLIVAR), a US national research program focused on understanding climate variability and change; and as a Lead Author for the Sixth Assessment Report of the Intergovernmental Panel on Climate Change (IPCC), the United Nations body tasked with assessing climate change. I have contributed to climate change assessments at local, state, regional, and international levels, including leading the precipitation team for the 2015 Boston and the 2022 Greater Boston climate change reports, serving as a review editor for the 2013 Southwest US climate change report, as a reviewer for the 2019 Connecticut climate change report, as a Contributing Author for the 2013 IPCC Fifth Assessment Working Group I report, and as a Lead Author for the 2021 IPCC Sixth Assessment Working Group I report.

### *Education*

1999–2001:    Postdoctoral Fellow, Columbia University, Climate Science

1999:              Ph.D., University of Maryland, Meteorology

1991:              B.A., Swarthmore College, Physics

### *Employment*

2018–present: Professor of Climate Science, Department of Environmental, Earth, and Atmospheric Sciences (EEAS), University of Massachusetts (UMASS) Lowell

2011–2018:    Associate Professor of Climate Science, EEAS Dept., UMASS Lowell

2005–2011:    Assistant Professor of Climate Science, EEAS Dept., UMASS Lowell

2002–2005:    Staff Scientist, Atmospheric and Environmental Research, Inc., Lexington, MA

2001–2002:    Associate Research Scientist, Columbia University, NY

### *Selected Professional Service*

2024–present: Member, Massachusetts Climate Science Advisory Panel

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

2021–2022:    Team Leader of the Storms, Precipitation, Flooding, and Groundwater Team, Greater Boston Research Advisory Group Report on Climate Change Impacts and Projections for the Greater Boston Area

2021–2024:    Member, NOAA's Fourth Drought Task Force (DTF4)

2018–2021:    Lead Author, IPCC Sixth Assessment Report, The Physical Science Basis, Chapter 8: Water Cycle Changes

2019:    Reviewer, 2019 Connecticut Physical Climate Science Assessment Report

2015–2020:    Editor, Journal of Climate

2014–2015:    Extreme Precipitation Team Lead, Boston Research Advisory Group Report on Climate Change and Sea Level Rise Projections for Boston

2013:    Contributing Author, IPCC Fifth Assessment Report, The Physical Science Basis, Chapter 14: Climate Phenomena and their Relevance for Future Regional Climate Change

2013:    Expert Review Editor, Chapter 6 of the 2013 Southwest US climate change report

2012–2015:    Co-Chair, Working Group on Extremes, US Climate Variability and Predictability Program (CLIVAR)

2011–2014:    Member, Phenomena, Observations, Synthesis (POS) Panel of US CLIVAR

2008:    Member, Writing Team for the AMS Water Resources Statement

2005–2009:    Member, AMS Applied Climatology Committee

*Federal grants, all years*

Principal Investigator (PI) for NSF AGS-0233576, "Collaborative Research: WCR: Hydrology of Central and Southwest Asia: Connections Between Regional Atmospheric Circulation and Large-scale Climate Variability;" NSF AGS-0437253, "Empirical and Diagnostic Analysis of the Influence of the Madden Julian Oscillation on the Precipitation of Central and North America;" NOAA NA08OAR4310592, "Remote and regional forcing of US drought;" NSF EAR-0811099, "Collaborative Research: A Precipitation Dipole in Eastern North America: Issues of Space-Time Variability and Physical Mechanisms;" NSF OPP-0909272, "Collaborative Research: Analysis and attribution of changes in Siberian hydroclimate and implications for the future;" NSF AGS-1623912, "Dynamics of Extreme Precipitation in the Northeast United States in Observations and Models;" NSF AGS-1657921, "Collaborative Research: Structure and Influence of Coherent Vertical Pulses of Wave Activity Flux in Observations and Models, from Daily to Seasonal Timescales;" and NOAA NA20OAR4310424, "Observed and modeled

2

interactions between droughts and heat waves for the Northeast US."

Co-Principal Investigator (Co-PI) for NASA NNX13AN36G
"Frequency of Winter Weather Regimes in the US Northeast as an Indicator for National Climate Assessment;" NSF 2409315, "EMBRACE-AGS-Growth: Quantification of Biophysical, Physiological, and Phenological Vegetation Contributions to Future Climate;" and DOE DE-SC0025337, "Massachusetts Gateway Cities Climate Resilience Center."

***Peer-reviewed publications, last ten years***

Hoell, A., Chris Funk, and Mathew Barlow, 2015: The Forcing of Southwestern Asia Teleconnections by Low-Frequency Sea Surface Temperature Variability during Boreal Winter. *J. Climate*, 28, 1511–1526.

Hoell, A., S. Shukla, M. Barlow, F. Cannon, C. Kelley, and C. Funk, 2015: The Forcing of Monthly Precipitation Variability over Southwest Asia during the Boreal Cold Season. *J. Climate*, 28, 7038–7056.

Barlow, M., and A. Hoell, 2015: Drought in the Middle East and Central-Southwest Asia during Winter 2013/2014. Chapter 15 of the BAMS Special Report, "Explaining Extreme Events of 2014 from a Climate Perspective." *Bull. Amer. Meteor. Soc.*, 96 (12), S71-S76.

Agel, L., M. Barlow, J. Qian, F. Colby, E. Douglas, T. Eichler, 2015: Climatology of Daily Precipitation and Extreme Precipitation Events in the Northeast US. *J. Hydrometeor.*, 16, 2537-2557.

Grotjahn, R., R. Black, R. Leung, M. F. Wehner, M. Barlow, M. Bosilovich, A. Gershunov, W.J. Gutowski Jr., J. R. Gyakum, R. W. Katz, Y.-Y. Lee, Y.-K. Lim, Prabhat, 2016: North American Extreme Temperature Events and Related Large Scale Meteorological Patterns: A Review of Statistical Methods, Dynamics, Modeling, and Trends. *Clim. Dyn.*, 46, 1151-1184.

Roller, C., J.-H. Qian, L. Agel, M. Barlow, and V. Moron, 2016:  Winter weather regimes in the Northeast US and climate teleconnections.  *J. Climate*, 29, 2963-2980.

Schubert, S.D., Stewart, R.E., Wang, H., Barlow, M., Berbery, E.H., Cai, W., Hoerling, M.P., Kanikicharla, K.K., Koster, R.D., Lyon, B. and Mariotti, A., 2016. Global Meteorological Drought: A Synthesis of Current Understanding with a Focus on SST Drivers of Precipitation Deficits. *J. Climate*, 29, 3989-4019.

Barlow, M., B. Zaitchik, S. Paz, E. Black, J. Evans, and A. Hoell, 2016: A Review of Drought in the Middle East and Southwest Asia. *J. Climate*, 29, 8547–8574.

Hoell, A., Barlow, M., Cannon, F., and Xu, T., 2017: Oceanic Origins of Historical Southwest Asia Precipitation During the Boreal Cold Season. *J. Climate*, 30, 2885-2903.

Agel, L., Barlow, M., Feldstein, S. B., & Gutowski, W. J., 2018: Identification of large-scale meteorological patterns associated with extreme precipitation in the US Northeast. *Clim.  Dyn.*, 50 (5-6), 1819-1839

3

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Kretschmer, M., D. Coumou, L. Agel, M. Barlow, E. Tziperman, J. Cohen, 2018: More-persistent weak stratospheric polar vortex states linked to cold extremes. *Bull. Amer. Meteor. Soc.*, 99, 49-60.

Hoell, A., M. Barlow, T. Xu, and T. Zhang, 2018. Cold Season Southwest Asia Precipitation Sensitivity to El Niño–Southern Oscillation Events. *J. Climate*, *31*, 4463-4482.

Hoell, A., F. Cannon, and M. Barlow, 2018. Middle East and Southwest Asia Daily Precipitation Characteristics Associated with the Madden–Julian Oscillation during Boreal Winter. *J. Climate*, *31*, 8843-8860.

Agel, L., M. Barlow, F. Colby, H. Binder, J. L. Catto, A. Hoell, and J. Cohen, 2019. Dynamical analysis of extreme precipitation in the US northeast based on large-scale meteorological patterns. *Clim. Dyn.,* 52, 1739-1760. https://doi.org/10.1007/s00382-018-4223-2

Agel, L., M. Barlow, M.J. Collins, E. Douglas, and P. Kirshen, 2019: Hydrometeorological Conditions Preceding Extreme Streamflow for the Charles and Mystic River Basins of Eastern Massachusetts. *J. Hydrometeor.*, 20, 1795-1812, https://doi.org/10.1175/JHM-D-19-0017.1

Kirchhoff, C.J., J.J. Barsugli, G.L. Galford, A.V. Karmalkar, K. Lombardo, S.R. Stephenson, M. Barlow, A. Seth, G. Wang, and A. Frank, 2019: Climate Assessments for Local Action. *Bull. Amer. Meteor. Soc.*, 100, 2147–2152, https://doi.org/10.1175/BAMS-D-18-0138.1

Barlow, M., W.J. Gutowski, J.R. Gyakum, R.W. Katz, Y.K. Lim, R.S. Schumacher, M.F. Wehner, L. Agel, M. Bosilovich, A. Collow, and A. Gershunov, 2019. North American extreme precipitation events and related large-scale meteorological patterns: a review of statistical methods, dynamics, modeling, and trends. *Clim. Dyn.,* 53, 6835-6875. https://doi.org/10.1007/s00382-015-2638-6

Allan, R., Barlow, M., Byrne, M.P., Cherchi, A., Douville, H., Fowler, H.J., Gan, T.Y., Pendergrass, A.G., Rosenfeld, D., Swann, A.L. and Wilcox, L., 2020. Advances in understanding large-scale responses of the water cycle to climate change. *Annals New York Acad. Sci.,* 1472, 49-75. https://doi.org/10.1111/nyas.14337

Hoell, A., Eischeid, J., Barlow, M. and McNally, A., 2020. Characteristics, precursors, and potential predictability of Amu Darya Drought in an Earth system model large ensemble. *Clim Dyn* 55, 2185–2206. https://doi.org/10.1007/s00382-020-05381-5

Agel, L., M. Barlow, J. Polonia, and D. Coe, 2020: Simulation of Northeast U.S. Extreme Precipitation and Its Associated Circulation by CMIP5 Models. *J. Climate*, 33, 9817–9834, https://doi.org/10.1175/JCLI-D-19-0757.1.

Agel, L., and M. Barlow, 2020: How Well Do CMIP6 Historical Runs Match Observed Northeast U.S. Precipitation and Extreme Precipitation–Related Circulation? *J. Climate*, 33, 9835–9848, https://doi.org/10.1175/JCLI-D-19-1025.1.

Almazroui M, Islam MN, Saeed F, Saeed S, Ismail M, Ehsan MA, Diallo I, O'Brien E, Ashfaq M, Martínez-Castro D, Cavazos T, Cerezo-Mota R, Tippett MK, Gutowski WJ., Alfaro EJ.,

4

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Hidalgo HG, Vichot-Llano A, Campbell JD., Kamil S, Rashid IU, Sylla MB, Stephenson T, Taylor M, Barlow M (2021). Projected changes in temperature and precipitation over the United States, Central America and the Caribbean in CMIP6 GCMs. *Earth Syst Environ,* 5, https://doi.org/10.1007/s41748-021-00199-5

Barlow, M., A. Hoell, and L. Agel, 2021: An evaluation of CMIP6 historical simulations of the cold season teleconnection between tropical Indo-Pacific sea surface temperatures and precipitation in Southwest Asia, the coastal Middle East, and Northern Pakistan and India. *J. Climate*, https://doi.org/10.1175/JCLI-D-19-1026.1

Agel, L., M. Barlow, C. Skinner, F. Colby, and J. Cohen, 2021: Four Distinct Northeast US Heat Wave Circulation Patterns and Associated Mechanisms, Trends, and Electric Usage. *npj Clim Atmos Sci,* 4, 31. https://doi.org/10.1038/s41612-021-00186-7

Coe, D., Barlow, M., Agel, L., Colby, F., Skinner, C., & Qian, J., 2021: Clustering Analysis of Autumn Weather Regimes in the Northeast U.S. *J. Climate.* https://doi.org/10.1175/JCLI-D-20-0243.1

Douville, H., K. Raghavan, J. Renwick, R. P. Allan, P. A. Arias, M. Barlow, R. Cerezo-Mota, A. Cherchi, T. Y. Gan, J. Gergis, D. Jiang, A. Khan, W. Pokam Mba, D. Rosenfeld, J. Tierney, O. Zolina, 2021, Water Cycle Changes. In: *Climate Change 2021: The Physical Science Basis. Contribution of Working Group I to the Sixth Assessment Report of the Intergovernmental Panel on Climate Change* [Masson-Delmotte, V., P. Zhai, et al. (eds.)]. Cambridge University Press. In Press.

Cohen, J., Agel, L., Barlow, M., Garfinkel, C.I. and White, I., 2021. Linking Arctic variability and change with extreme winter weather in the United States. *Science*, 373, 1116-1121. https://doi.org/10.1126/science.abi9167.

Colby, F., D. Coe, M. Barlow, R. Brown, and E. Krajewski, 2022. A Climatology of Snow Squalls in Southern New England 1994 – 2018. *Mon. Wea. Rev.,* 150, 1541-1561. https://doi.org/10.1175/MWR-D-21-0082.1

Wright, C.J., Hindley, N.P., Alexander, M.J., Barlow, M., Hoffmann, L., Mitchell, C., Prata, F., Bouillon, M., Carstens, J., Clerbaux, C., Osprey, S.M., Powell, N., Randall, C.E., & J. Yue, 2022: Surface-to-space atmospheric waves from Hunga Tonga-Hunga Ha'apai eruption. *Nature*, 609, 741–746. https://doi.org/10.1038/s41586-022-05012-5

Shirvani, A., Landman, W. A., Barlow, M., & Hoell, A., 2022: Evaluation of the forecast skill of North American Multi-Model Ensemble for monthly and seasonal precipitation forecasts over Iran. *Internat. J. Climatol.*, 1-26. https://doi.org/10.1002/joc.7900

Cohen, J., Agel, L., Barlow, M., Garfinkel, C.I. and White, I., 2022, Arctic change reduces risk of cold extremes—Response. *Science,* **375**, 729-730.DOI:10.1126/science.abn8954

Cohen, J., L. Agel, L., M. Barlow, and D. Entekhabi, 2023: No detectable trend in mid-latitude cold extremes during the recent period of Arctic amplification. *Commun Earth Environ* **4**, 341. https://doi.org/10.1038/s43247-023-01008-9

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Skinner, C.B., Harrington, T.S., Barlow, M. and Agel, L., 2023. The contribution of precipitation recycling to North American wet and dry precipitation extremes. *Environmental Research: Climate*, *2*(4), p.045010.

Cohen, J., Agel, L., Barlow, M., Garfinkel, C.I. and White, I, 2023: Response to Limited surface impacts of the January 2021 sudden stratospheric warming. *Nat Commun* **14**, 3289. https://doi.org/10.1038/s41467-023-38772-3

Cohen, J., Agel, L., Barlow, M., Furtado, J.C., Kretschmer, M. and Wendt, V., 2022. The "polar vortex" winter of 2013/2014. *Journal of Geophysical Research: Atmospheres*, *127*(17), p.e2022JD036493. https://doi.org/10.1029/2022JD036493

Hoell, A., R. Robinson, L. Agel, M. Barlow, M. Breeden, J. Eischeid, A. McNally, K. Slinksi, and X.-W. Quan, 2023: Changes to Middle East and Southwest Asia Compound Drought and Heat Since 1999. *J. Climate*, **37**, 269–287, https://doi.org/10.1175/JCLI-D-23-0194.1

Nischal, Attada, R., Hunt, K.M. and Barlow, M., 2024. Underlying physical mechanisms of winter precipitation extremes over India's high mountain region. *Quarterly Journal of the Royal Meteorological Society*, *150*(760), pp.1601-1623. https://doi.org/10.1002/qj.4661

Colby, F. P., M. Barlow, and A. B. Penny, 2024: Steering Flow Sensitivity in Forecast Models for Hurricane Ian (2022). *Wea. Forecasting*, **39**, 821–829, https://doi.org/10.1175/WAF-D-23-0169.1

Fallah, A., M. A. Barlow, L. Agel, J. Kim, J. Mankin, D. M. Mocko, and C. B. Skinner, 2024: Impact of Vegetation Assimilation on Flash Drought Characteristics across the Continental United States. *J. Hydrometeor.*, **25**, 1263–1281, https://doi.org/10.1175/JHM-D-23-0219.1

Nuroozi, H., Shirvani, A. and Barlow, M., 2025. The relationship between moisture in the low level of the troposphere and seasonal precipitation over Iran. Meteorological Applications, 32(2), p.e70033. https://doi.org/10.1002/met.70033

*Reports, last ten years*

Barlow, M., M. Collins, A. DeGaetano, and C. A. Schlosser, 2016. Extreme precipitation. 10 pp. Prepared for the Boston Research Advisory Group Report for the Climate Ready Boston project.

Barlow, M., L. Agel, M. Collins, A. DeGaetano, J. Knott, and A. Karmalkar, 2022: Chapter 2. Storms, Precipitation, Flooding, and Groundwater. In Climate Change Impacts and Projections for the Greater Boston Area, E. Douglas and P. Kirshen, eds.

Vicarelli, M., Y. Y. H. Tin, M. Leue, A. Shrestha, M. Barlow, D. C. Maresca, A. Danylchuk, R. Darst, R. DeConto, J. Dutka-Gianelli, J. Duff, G. Fay, J. Fitzimmons, J. Heiss, K. Hellman, K. Kahl, S. Lloyd, S. Pagsuyoin, M. Rolfe, E. Thomas, and I. Valova, 2021. Climate Resilience: a Survey of Massachusetts Municipalities. University of Massachusetts Amherst, MA, USA.

*General audience publications, last ten years*

6

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Barlow, M., and S. Camargo, 2022: Hurricane Ian capped 2 weeks of extreme storms around the globe: Here's what's known about how climate change fuels tropical cyclones. The Conversation.

Barlow, M., 2021: Climate change is intensifying the water cycle, bringing more powerful storms and flooding – here's what the science shows. The Conversation.

Barlow, M., and J. Cohen, 2021: How Arctic warming can trigger extreme cold waves like the Texas freeze – a new study makes the connection. The Conversation.

*Op eds, last ten years*

Rooney-Varga, J., and M. Barlow, 2022: Droughts aren't a 'new normal,' they'll worsen unless we address the climate crisis. Boston Globe Opinion. August 15, 2022.

Rooney-Varga, J., and M. Barlow, 2022: Do net-zero pledges add up? Boston Globe Opinion. November 7th, 2022.

## 2. Retention by Counsel

Retained by the Conservation Law Foundation. All opinions and conclusions are my own. I reserve the right to respond and expand my opinion in reply to any issues raised by defendants in their expert reports.

## 3. Compensation

Base rate of $220 per hour and oral testimony rate of $440.  My compensation is not contingent upon my opinion or the outcome of the litigation.

## 4. Scope of Work

Assess the potential impact of human-caused climate change on precipitation intensity and storm strength for the Shell terminal in New Haven, Connecticut ("Terminal").

## 5. Opinions

While my detailed opinions are described below, in sum, human-caused climate change has already caused an increase in precipitation, and more frequent and severe storms at the Terminal location in New Haven, CT, and these trends are continuing to increase along with increasing fossil fuel emissions. Because the site is on a low-lying area at the coast by a river, there is a combination of climate-related risks from rising sea levels, surges of ocean water and high waves driven by storms, river flooding, and flooding from heavy rain.

**Opinion One:  The climate is warming, with observed and predictable effects based on science and computer models of the climate system, including a rise in sea level, increased precipitation, and more frequent and severe storms.**

7

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

- The behavior of Earth's climate is governed by well-established physical principles ("laws") that have been extensively validated with both observed data and climate models.

- The climate is warming due to human-caused greenhouse gas increases and will continue to warm as long as total emissions to the atmosphere (human-caused and naturally occurring) exceed total withdrawals (human-caused and naturally occurring). This warming is already associated with substantial changes to many aspects of the Earth's climate system such as more intense precipitation and rising sea levels, and these changes will continue and accelerate with future warming.

- The peer-reviewed science extensively demonstrating these facts has been comprehensively reviewed by six report cycles of the Intergovernmental Panel for Climate Change (IPCC)[1] for over more than 30 years (https://www.ipcc.ch/reports/), the main conclusions of which are reviewed and agreed to by all member governments of the United Nations. The IPCC reports are authored by internationally-recognized climate scientists from across the world, selected from a pool of nominated experts, and undergo extensive public review. Currently, no major national or international scientific body dissents from the main conclusions.

- The US National Academy of Sciences, the organization charged by Congress with providing scientific advice to the nation, concluded more than twenty years ago in 2001 that greenhouse gases in the atmosphere are increasing due to human activities, that these increases are causing warming that will continue to increase with the emissions, and that associated increases in sea level rise and the intensity of rainfall rates should also be expected (NRC 2001). Subsequent reports have only increased the confidence in these conclusions. In the most recent National Climate Assessment in 2023 (USGCRP 2023), the key messages included the following:

  - It is unequivocal that human activities have increased atmospheric levels of carbon dioxide and other greenhouse gases. It is also unequivocal that global average temperature has risen in response. (From Key Message 2.1, pg. 67)

  - Observations show an increase in the severity, extent, and/or frequency of multiple types of extreme events. … rainfall has become more extreme[2] in recent decades, especially east of the Rockies (*very high confidence[3]*). Hurricanes have

---

[1] I have served as a Corresponding Author for the IPCC in the Fifth Assessment Report and as a Lead Author in the Sixth Assessment Report.

[2] For instance, the amount of rain on the wettest days in the Northeast US has increased by more than 50% since the 1950s (see Fig. 6). Put another way, for representative Northeast stations, there were just 3 days with rainfall of 4 inches or more (an average month's worth of rain in 24 hours) from 1950-1975 but 13 of those days from 1976-2007 (DeGaetano 2009), a more than four-fold increase.

[3] Confidence language in the report is calibrated to have specific meanings reflecting the quality, quantity, and degree of agreement across the available scientific evidence. 'Very high confidence' is the highest confidence level and means that there is strong evidence for the conclusion (it is based on established theory, supported by multiple scientific sources, is well-documented and based on accepted methods, etc.) and there is high consensus among experts (USGCRP 2023).

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

been intensifying more rapidly since the 1980s (*high confidence[4]*) and causing heavier rainfall and higher storm surges (*high confidence*). (From Key Message 2.2, pg. 67)

o The impacts of climate change increase with warming, and warming is virtually certain to continue if emissions of carbon dioxide do not reach net zero (*very high confidence*). (From Key Message 2.3, pg. 67)

o Human activities—primarily emissions of greenhouse gases from fossil fuel use—have unequivocally caused the global warming observed over the industrial era. (From Key Message 3.1, pg. 69)

o Heavier rainfall events are expected to increase across the Nation (*very likely, very high confidence*). (From Key Message 4.1, pg. 72)

o The severity and risks of coastal hazards across the Nation are increasing (*very likely, high confidence*), driven by accelerating sea level rise and changing storm patterns, resulting in increased flooding, erosion, and rising groundwater tables. (From Key Message 9.1, pg. 82)

**Opinion Two: Climate change has made coastal New England, including New Haven, more vulnerable to severe storms and flooding due to an increase in intensity of storms and rising relative sea levels.**

• The Northeast continues to be confronted with extreme weather, most notably extreme precipitation—which has caused problematic flooding across the region (*very likely, high confidence*). (From Key Message 21.1, pg. 108)

Based on the extensive scientific work summarized in the previous section, it is well-established scientific fact that the Earth's climate is warming due to human-caused greenhouse gas emissions, that it will continue to warm as long as total greenhouse gas emissions exceed total greenhouse gas withdrawals, and that this warming has caused and will continue to cause increases in precipitation intensity and sea level rise. It is worth emphasizing that the basic science of human-caused climate change has been known for many decades. Indeed, the description of Earth's atmosphere as a greenhouse, the heat trapping properties of carbon dioxide, and a hypothesized link between burning coal, increased carbon dioxide, and warming were all products of the 1800s (Fourier 1824, Pouillet 1838, Tyndall 1861, Arrhenius 1896). The first analysis directly linking observed warming and observed increases in carbon dioxide was published in the 1930s (Callendar 1938) and the first climate model experiment with increased carbon dioxide was published in the 1960s (Manabe and Wetherald 1967). Climate model projections of global warming have been made since the 1970s, and comparison of these model projections of global warming with the actual warming that has occurred since the projections were made shows good agreement (Hausfather et al. 2020).

---

[4] High confidence is the second highest confidence level and means that there is moderate evidence and medium consensus among experts.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

The question addressed in this report is how climate change relates to precipitation intensity and storm strength in and around New Haven, CT, where Shell has a bulk petroleum storage terminal. Much of the available climate information is provided at a state and regional level and, as New Haven shares its primary weather and climate characteristics with the Northeast region of the US, those results are a focus of this report as they are directly relevant to the location. Aspects of climate change that have been shown to apply generally are also considered as pertinent to New Haven.

A brief overview of the science of climate change is provided in Section 6.1 and the methodology for this report is provided in Section 6.2. In order to provide specific examples of storm impacts and a baseline from which to consider future change, some relevant historical events are considered in Section 6.3, and then projected future changes in extreme precipitation and storm strength are assessed in Sections 6.4 and 6.5, respectively, with a summary in Section 6.6.

## 5.1 The science of human-caused climate change

This section gives a brief overview of human-caused climate change as relevant to this report. This is a summary of widely-accepted science and further information can be found in, for instance, Gulev et al. (2021), Eyring et al. (2021), and Lee et al. (2021).

The largest impact of humans on the Earth's climate is through emissions of "greenhouse gases," especially carbon dioxide. Because of their molecular structure, these gases absorb energy emitted upward from the surface of the Earth and re-emit some of that energy back downward, resulting in warmer surface temperatures. Increasing the amount of greenhouse gases increases the amount of energy returned to the Earth's surface and so increases surface temperatures. This is called the "greenhouse effect," in analogy to the heat trapping effect of a greenhouse, although the physical mechanism is different. This effect is amplified by what is called the 'water vapor feedback.' Water vapor (water in gas form) has two key characteristics in this context: warmer air can hold more water vapor, and water vapor is also a potent greenhouse gas. As 71% of the Earth is covered by ocean, there is an ample supply of water to the atmosphere. Therefore, warmer temperatures can lead to more atmospheric water vapor through evaporation, which adds to the greenhouse effect and so further increases temperatures, approximately doubling the effect of the carbon dioxide alone.

10

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER



**Figure 1.** *Water vapor feedback diagram.* Increases in carbon dioxide warm the atmosphere through the greenhouse effect from the carbon dioxide, the warmer atmospheric temperatures allow for increased water vapor, and the increased water vapor further warms the atmosphere through the greenhouse effect from the water vapor. Image Credit: Adapted from NASA.[5]

Both the greenhouse effect and the water vapor feedback are naturally occurring. While the greenhouse gases are a small amount of the atmosphere in terms of mass (less than one-third of one percent), they have a large effect on climate. With no greenhouse gases in the atmosphere, the Earth's entire surface and oceans would be completely frozen.

Humans cause increases to greenhouse gases through fossil fuel burning for energy and transportation; agricultural production and other changes to land cover; and the production of materials such as cement, steel, and plastic. Fossil fuels are fuels such as coal, petroleum, and natural gas, as well as their derivatives, including gasoline and diesel. Fossil fuels in their raw form are naturally produced from the remains of prehistoric organisms (the "fossils") by geologic processes acting over millions of years. When these fuels are burned, they release carbon dioxide, a greenhouse gas. While carbon dioxide occurs naturally, human activities have already resulted in a 50% increase; that is, carbon dioxide is currently about 1.5 times larger than before human influence and is continuing to rapidly increase. If the increase continues at its current rate, carbon dioxide will have more than doubled by the end of the century, relative to its natural levels we would expect absent human influence. Figure 2, left panel, shows the rapid increase over the last several decades due to human activity, and Figure 2, right panel, shows those changes in the context of natural variability over nearly a million years. 280 ppm is the concentration typically taken as representative of the natural climate following the last "ice age" (the most recent glacial epoch, ending about 12,000 years ago). Over the much longer period, carbon dioxide has substantial natural fluctuations, especially with the glacial-inter-glacial cycles, but never exceeds about 300 ppm. **Human activity has increased a key greenhouse gas to an amount and rate of increase that are unprecedented in the last 800,000 years.**

---

[5] From *Steamy Relationships: How Atmospheric Water Vapor Amplifies Earth's Greenhouse Effect*, by National Aeronautics and Space Administration (NASA) Science Editorial Team, 2022, NASA (https://science.nasa.gov/earth/climate-change/steamy-relationships-how-atmospheric-water-vapor-amplifies-earths-greenhouse-effect/).




**Figure 2.** *Change in Carbon Dioxide Concentrations.* The plot on the left shows the atmospheric carbon dioxide concentration, in parts per million (ppm), as directly measured at Mauna Loa Observatory since 1958. (The small 'sawtooth' pattern is caused by the annual cycle of global vegetation.) The plot on the right shows the last 800,000 years of atmospheric carbon dioxide concentrations, with values prior to 1958 based on measurements of air bubbles trapped in ice that has accumulated over millennia. The red dot indicates the most recent value of 429 ppm. Note that the plot on the right has a much larger range in concentrations. Image Credit: Both panels are courtesy of the Scripps Institution of Oceanography at UC San Diego, https://keelingcurve.ucsd.edu, annotated with the 280 and 300 ppm lines and the red dot, in the right panel.

The Defendants have acknowledged that "the rise in concentration of greenhouse gases, including primarily from human activities, is the primary cause of the global temperature anomaly that has been measured and reported on publicly for several decades."[6]

The increase in temperature also changes many other aspects of the climate, including increased precipitation. In the atmosphere, as noted, there is a primary effect on water vapor, to increase it. The "Clausius-Clapeyron equation," a fundamental result of thermodynamic theory, describes the relationship between temperature and water vapor: warm air can hold more moisture, approximately 7% more for every degree Celsius of temperature increase. A warmer surface also increases the potential for evaporation. As water vapor is the source of precipitation, increases in both the potential to move water into the atmosphere and the maximum holding capacity of the atmosphere directly increase the upper limit on precipitation, as shown schematically in Fig. 3.

---

[6] Defendants' Responses to Plaintiff's First Requests for Admission at 19, Conservation Law Foundation v. Shell Oil Company et al., No. 1:17-cv-00396 (D. Conn. Jan. 10, 2025).

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER



**Figure 3.** *Increasing precipitation potential with warming.* A warmer surface can result in more evaporation, a warmer atmosphere can hold more water vapor, and a storm with more water vapor can produce more precipitation. Image Credit: Adapted from UK Met Office.[7]

Condensation of water vapor is not only the source of precipitation but is also a key factor for the development and growth of storms, as condensation releases energy in the form of heat. The heat released by condensation ("latent heat release") is the primary source of energy – the "fuel" – for hurricanes and related storms (a general class of storms referred to as "tropical cyclones") and an important secondary source of energy in the winter storms of the midlatitudes ("extratropical cyclones," including the "Nor'easters" of New England). Both types of storms are characterized by increased intensity in precipitation.  The strength of hurricanes in terms of maximum wind speed has clearly increased, but is less clear for winter storms, in keeping with the relative importance of latent heat release to both types of storms. There are multiple factors that influence storm strength and speed of movement that may also change with warming, including horizontal temperature contrast, vertical profile of winds, the waviness of the jet stream, and others, which adds complexity to assessing potential future changes. However, the importance of increasing this key fuel source for storms, especially hurricanes, is clear: upping the available fuel ups the potential for a stronger storm.

In the ocean, key effects of human-caused climate change are warming, sea level rise, and acidification. The increase in energy returned to the Earth's surface via the human-caused greenhouse effect also warms the ocean. Because of the much greater heat capacity of the ocean (it takes much more energy to heat a cubic meter of ocean by one degree than a cubic meter of air), more than 90% of the increase in heat energy due to global warming goes into the ocean. As the ocean waters warm, they undergo thermal expansion and sea levels rise. As the land surface warms, glaciers and ice sheets melt and the runoff of the meltwater into the oceans further contributes to sea level rise. (Sea ice is also melting but, like an ice cube in a glass of water, the melting of free-floating ice does not contribute to a rise in water level). Over the last century, glacier melt and thermal expansion have been the dominate contributors to sea level rise, but the melting of the Greenland and Antarctic ice sheets is rapidly becoming more important. Regionally, changes in ocean currents can also influence sea level. In terms of acidification, although not a focus of this report, a substantial amount of the carbon dioxide that is emitted into the atmosphere is absorbed by the ocean, resulting in increasing acidification. As with the atmosphere, the ocean can also have more complicated and less well-understood responses to

---

[7] Adapted from *UK and Global extreme events – Heavy rainfall and floods*, by U.K. Met Office (https://www.metoffice.gov.uk/research/climate/understanding-climate/uk-and-global-extreme-events-heavy-rainfall-and-floods).

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

warming. For instance, an important ocean current system in the Atlantic, the Atlantic Meridional Overturning Circulation (AMOC), is sensitive to the amount of sea ice formation and freshwater input in the North Atlantic and may be in the process of slowing and perhaps stopping, with both regional and global effects on the ocean and atmosphere. The potential for a large slowdown of this current system in the next few decades is currently a matter of scientific debate.

The combination of changes in the ocean and atmosphere result in more acute impacts along the coast. In particular, the combination of sea level rise, increase in precipitation intensity, and the potential for stronger hurricanes magnify the risk of coastal flooding and damage. Sea level rise increases the starting point for flooding, a strong storm increases the amount of storm surge and wave activity on top of the sea level rise, and heavy rainfall increases the amount of overland and river flooding adding to the surge and sea level rise.

Climate models are key tools both for testing our understanding and for predicting future changes. Climate models are based on mathematical representations of the main components of Earth's climate system, including the atmosphere, oceans, land surface and vegetation, and ice sheets, based on our physical understanding of these components and interactions, including fundamental scientific principles such as conservation of energy and Newton's Second Law. An important test of understanding a physical system is whether we can make a mathematical model of the system that reproduces key aspects of its behavior, especially predictions of future behavior. Climate models have been used to make forecasts since the 1970s, so there is now an ample period of time to evaluate those forecasts. Since the establishment of the IPCC in 1988, it has organized periodic global efforts to make climate projections with different climate models run by groups all over the world. Consistency of the results across different models increases confidence. This coordinated effort is called the Coupled Model Intercomparison Project (CMIP). Fig. 4 shows that the third iteration of this effort (CMIP3) was highly accurate in forecasting global temperature in the period from 2000 to 2021.



**Figure 4.** *Forecast evaluation for CMIP3 climate models.* The observed globally-averaged surface temperature is the red line and the average of all model simulations is the black line. Simulations prior to the year 2000 (dashed line) are hindcasts and simulations after the year 2000 are true forecasts. The blue shading indicates the range of all individual model simulations, each of which includes its own year-to-year variability. Image Source: NASA,[8] based on the methodology of Hausfather et al. (2020).

---

[8] From *Study Confirms Climate Models are Getting Future Warming Projections* Right, by NASA Science Editorial Team, 2020, NASA (https://science.nasa.gov/earth/climate-change/study-confirms-climate-models-are-getting-future-warming-projections-right/).

Climate models are run in both 'hindcast' mode, where they are simulating the climate that has already happened and in 'forecast' mode, where the only specified information is the emissions scenario. The CMIP3 simulations, which were completed in 2004, used no observational information after 2000 and so are true forecasts after that point. CMIP3 included 23 different climate models, with each model run multiple times to account for natural year-to-year variability. The black curve in Fig. 4 shows the average over all runs of all models and the blue shading shows the range over every individual model run. The red curve in Fig. 4 shows the observations. The year-to-year fluctuations in observations are mainly natural variability which we do not expect to be able to predict far in advance and are canceled-out in the model average. Aside from these small year-to-year fluctuations, there is close agreement with the increasing trend as observed (red) and as modeled (black), giving us confidence that these models, which codify our physical understanding of the underlying processes, realistically capture global warming. The CMIP3 simulations are shown here to represent the coordinated climate modeling approach that is the foundation of modern climate assessments. However, it should be noted that most individual model projections, even from the 1970s, have shown good skill in predicting future temperature changes.

Humans have additional, although smaller, impacts on the climate beyond greenhouse gas emissions. These include large-scale changes to land cover, like deforestation, and the production of small particles called aerosols through the burning of fossil fuels, and wood or other vegetation. Aerosols reflect sunlight, resulting in a net *cooling* of the surface and so have been a modest offset to the warming due to greenhouse gases. Efforts to control aerosol pollution have been more successful than efforts to control greenhouse gas emissions, and the small cooling effect of aerosols has stabilized while the much larger and increasing warming effect of greenhouse gases has not. These effects are included in climate models.

A key issue in climate change science is uncertainty. An important part of that uncertainty is that we don't know what future choices about emissions will be made: whether emissions will continue at the current pace or higher, stabilize and reduce over the next several decades, or decline rapidly. This uncertainty in emissions is dealt with by considering multiple possible scenarios ranging from very high emissions to very low emissions, as shown in Fig. 5.



**Figure 5.** *Temperature Projections from the Sixth IPCC Assessment in 2021.* Temperature is shown in terms of changes relative to 1850–1900. Observed change is shown as the black line and projected change is shown as colored lines for five different emissions ranging from a very low emissions scenario (SSP1-1.9) to a very high emissions scenario (SSP5-8.5). Image Source: Panel a of Figure SPM.8 from IPCC AR6 WGI.

Other important uncertainties are related to limitations in our understanding and models, natural fluctuations in the climate system, and the complexity of a highly interconnected physical

system. However, it is important to emphasize that uncertainty in some areas *does not* imply uncertainty in all areas. The appearance of uncertainty and lack of consensus among experts has likely been significantly exaggerated by aspects of press coverage, including the tendency to include two opposing viewpoints (e.g., Imundo and Rapp, 2022) even when there is overwhelming scientific agreement on climate change (e.g., Lynas et al., 2021). More importantly, emphasizing and manufacturing uncertainty has been a key and explicit tactic of groups aiming to cast doubt on the scientific basis of global warming and the impacts of greenhouse gas emissions (Oreskes and Conway, 2011). While there are uncertainties in some of the details of climate change science and projections, the fundamental aspects have been understood, measured, modeled, and predicted since the 1970s. The NCA conclusions in the previous section describe key aspects of climate change relevant to this report that have high scientific confidence due to this agreement across theory, measurement, and modeling, as accessed by experts and publicly reviewed.

**In summary, as long as greenhouse gases concentrations continue to increase in the atmosphere, temperatures will continue to increase, and we can confidently expect sea levels to continue to rise, and the upper limit on rainfall intensity and hurricane strength to continue to increase. Temperatures, sea level rise, and rainfall rates have already increased substantially over the last century and are continuing to increase as greenhouse gas increases (Fig. 2). The rate of increase can be slowed by reducing emissions but stabilizing the climate will require large, rapid, and sustained reductions in emissions (Fig. 5).**

This overview has focused on summarizing general aspects of climate change. While the following sections focus on New Haven, CT and the Northeast US, it is important context to note that the Northeast has experienced some of the largest increases in precipitation intensity in the US (Fig. 6), and that the Northeast and the adjacent ocean waters of the Northwest Atlantic Shelf have emerged as global warming hotspots (Karmalkar and Horton 2021).



**Figure 6.** *Trends in heavy precipitation for the US.* The percentage change in the amount of precipitation fall on the heaviest 1% of days, over the 1958–2021 period.

Image Credit: reproduced from Fig. 2.8a of NCA5, Chapter 2 (Marvel et al. 2023).

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

## 5.2 Methodology

The opinions in this report are based on expert assessment of evidence from peer-reviewed scientific studies, with confidence based on the weight of evidence: greater confidence where there is agreement across multiple studies, multiple lines of evidence, and consensus among experts. The main lines of evidence are scientific understanding, observations/measurements, and reproduction or prediction in models. That is, we have most confidence in a particular aspect of change when we have a scientific explanation (theory) for why it occurs, we see it occurring in observations, and it is predicted in models – with these results documented in multiple peer-reviewed scientific papers, based on well-accepted methodologies. Confidence decreases when there are fewer lines of evidence and/or fewer studies and/or less consistency among studies and/or less consensus on how to interpret the results. This follows the calibrated use of confidence language used in the IPCC (Mastrandrea et al. 2011) and the US National Climate Assessments (Table FM.1 in USGCRP 2023).

Climate assessments have been conducted at international, national, state, and local scales. The IPCC, created in 1988 through the auspices of the United Nations, is the largest process, with each assessment cycle lasting several years, involving hundreds of climate scientists from around the world, multiple reports summarizing thousands of scientific studies, and a coordinated modeling effort (CMIP). The aim is to assess existing research rather than conducting new research, and the reports undergo a multi-stage public review process. As an example, the Working Group I Report from AR6, one of seven reports in that cycle, had 234 authors,[9] cited more than 14,000 papers, and responded to more than 78,000 review comments. The corresponding CMIP6 modeling effort included 134 climate models from 53 modeling centers around the world. The Sixth Assessment Report cycle (AR6) concluded in 2023, and the Seventh Assessment Report cycle is underway. Because of the scope of the effort, these are considered the gold standard of climate assessments by the scientific community but, because of the global domain considered, have limited detail at the sub-national level. While the IPCC has suffered political attacks for being too alarmist, there have been long been concerns in the scientific community that the pace, approach, and political pressure of the IPCC process results in assessments that are too conservative (e.g., Scherer, 2012). The US has a national assessment process as well: the National Climate Assessment (NCA), created by federal legislation in 1990. The NCA includes consideration of the IPCC reports and CMIP simulations as well as all other relevant studies, and provides more regional detail within the US, including converting the CMIP simulations to finer spatial resolutions using a statistical 'downscaling' approach (Basile et al. 2023). The NCA finished its fifth assessment cycle (NCA5) in 2023. States also occasionally produce their own climate assessment. Of relevance to this report, the state of Connecticut produced a physical climate science assessment report in 2019.[10] As the reports focus on smaller spatial domains, international to national to state, there tends to be a trade-off between more local detail and fewer resources (fewer authors, less time, shorter documents). Accordingly, the relevant information from all levels of reports is considered.

The IPCC and NCA reports have garnered extensive national and international attention since the first IPCC report in 1990 and they have been cited thousands of times in the scientific

---

[9] I was an author on this assessment.

[10] I was a reviewer for this assessment.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

literature. Defendants have acknowledged that "information, including from scientific organizations, concerning the impacts of climate change was publicly available before August 28, 2017."

Consistent with the methodology generally applied by climate scientists, where possible, this report focuses on the most recent assessments. However, the focus areas of the assessments can vary and where an older assessment has more relevant information that has not been modified or contradicted by a more recent assessment, it is considered (e.g., considering NCA4 in addition to NCA5).

Where New Haven-specific information is available, it is considered for this report. As is the practice in climate assessments, results related to its climate region are also considered to be relevant, as many studies focus on regions rather than individual sites, both to consider more data and to have wider relevance. This is particularly important when considering events that would be expected to occur only once over a few decades or longer, on average). These exceptional events may occur only once or twice in the recorded data at an individual location and so, with only that data, it would be difficult to assess changes in the risk of such storms. However, aggregating many stations together includes many such events and allows an assessment of changes over time. Climate regions are chosen to represent areas that share similar climate and are influenced by the same weather and climate factors, and so may be reasonably aggregated together. In the NCA, New Haven is part of the Northeast Region and I adopt that approach for this report. That is, published results for the Northeast are considered generally applicable to New Haven, CT. For precipitation, I add one additional factor. While extreme precipitation has similar characteristics across the Northeast, it is consistently stronger near the coast (Agel et al. 2015, Perica et al. 2019). Accordingly, precipitation-related averages for the Northeast as a whole will be considered to be underestimates for New Haven, given its coastal location.

Climate assessments primarily focus on peer-reviewed scientific studies. Peer-review is the process where a scientific study, prior to publication, is assessed by other scientists working in the same area, and any identified issues are addressed to the satisfaction of an editor, also a scientist, who oversees the review process. This review process does not guarantee that any individual study is correct or free of errors but provides a baseline of scientific credibility that the methods are reasonable and that the conclusions are appropriately based on the results, credibility that is lacking in a study that has not undergone review. Confidence in a specific scientific result increases when it is consistently reproduced across multiple studies, by different scientists, using different methods. That provides strong evidence that the result is not just due to chance in a single experiment, the limitation of a particular methodology, or the potential bias of an individual researcher or institution.

**5.3 Historical events as a baseline for future intensification**

Historical storms provide a baseline of the strength and impacts of storms that have already occurred and that future increases in strength and intensity will add to. They provide specific examples of the precipitation intensity, wind speed, storm surge,[11] and wave heights that have

---

[11] Sometimes reported in terms of 'Storm tide,' which is the combination of storm surge and astronomical ("normal") tide. See also the definitions of 'storm surge,' 'storm tide,' and 'astronomical tide' in Appendix I.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

already occurred in the region, as context for future increases. I focus on four particularly notable, high-impact storms to give a concrete sense of the scale of impacts that have already occurred in the Northeast region that is directly relevant to New Haven, CT. I emphasize that the maximum impacts given below did not occur at New Haven, CT. However, these storms did have their maximum impacts at locations ranging from coastal New York to coastal Massachusetts, and so provide information about the general scale of high-impact storms in the regional coastal environment.

The 'Great New England Hurricane' of 1938 (also known as the 'Long Island Express'), the 'Perfect Storm' of 1991, 'Superstorm Sandy' in 2012, and the January winter storm of 2018 provide examples of the past risk environment for the Terminal site in New Haven. These are particularly notable events but are not the only extreme storms that have impacted the region (including the wide-spread flooding and damage associated with the remnants of Hurricane Ida in 2021, and the recent July flooding of 2023). As established in the preceding sections, the likelihood of extreme storms and the intensity of their precipitation has already been increasing and will continue to increase along with greenhouse gas emissions, so the likelihood of storms like these has already increased, and if a similar storm occurred now, it would likely be associated with even more severe impacts. For instance, the 1938 hurricane occurred in a climate that was cooler than the present, and if a storm with a similar size and structure occurred now, it would likely become stronger with heavier precipitation as it moved through an environment with warmer ocean temperatures, warmer air temperatures, and more moisture. These four events are considered to provide concrete examples of the characteristics of extreme events in the region, not to assess trends, which is not possible with only four events: overall, there is a clear, well-documented upward trend in precipitation intensity for the region.

The 1938 hurricane made landfall in Long Island, NY as a Category 3 hurricane, with recorded sustained winds of 121 mph, gusting to 186 mph; a storm surge of 17 feet above normal high tide; peak wave heights at the coast of 50 feet, and extensive combined river and coastal flooding (NWS a, n.d.).  Precipitation amounts exceeded 6 inches over a wide swath of the track from New Jersey to New Hampshire, with highest values above 12 inches (NWS b, n.d.). As noted above, the 1938 hurricane occurred with global temperatures approximately 1°C colder than the current climate and that, if it were to occur in today's climate, the precipitation intensity would likely be higher. The 'Perfect Storm' of 1991 produced waves up to 30 feet high at the coast, heavy precipitation amounts up to 5.5 inches, and winds gusting to 78 mph. The highest recorded storm surge in Connecticut was 4.86 feet at Bridgeport, and elevated sea levels were sustained to such an extent that river flows into the ocean were inhibited enough to cause flooding more than 100 miles upstream in some areas (NOAA 1992). 'Superstorm Sandy' in 2012 produced 30-foot waves at the coast and had tropical storm-force winds extending more than 1,000 miles from the storm center. It produced a maximum storm surge exceeding 12 feet, with widespread flooding in Manhattan and the low-lying coastal areas of Brooklyn, Queens, and Staten Island (NCEI 2012).

Hurricanes and storms resulting from hurricanes like the 'Perfect Storm' are not the only high impact storms in New England. Winter storms, technically known as 'extratropical cyclones' (and sometimes called 'Nor'easters' in New England because the wind is typically coming from the Northeast when the impacts of these types of storm are strongest), while not as locally intense as hurricanes, occur much more frequently, have greater spatial extent, and tend to move

19

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

more slowly, so that they impact a wider area and have a higher likelihood that the storm surge will coincide with high tide and thus maximize coastal flooding. A winter storm in early January 2018 (unofficially referred to as 'Winter Storm Grayson' by some media outlets, although the US National Weather Service does not name extratropical systems) caused blizzard conditions, with snow rates of 3 inches per hour, wind gusting to more than 70 mph (NWS 2018), and set the highest recorded storm surge in Boston at 4.88 ft (NOAA 2018, record keeping began in 1921) with significant and destructive coastal flooding in Massachusetts, New Hampshire, and Maine.

The high winds and flooding associated with extreme storms similar to these events have been associated with catastrophic failure and fuel release from storage terminals near the coast in several regions (Santella et al. 2010, PIN 2011, NPR 2013, Denver Post 2017, AP 2017). Even relatively weak storms, like the Category 1 Hurricane Isaac, have been linked to spills (Facing South 2015).

These examples of historical storms provide a baseline showing that coastal Connecticut is already at risk of storms that can produce more than a foot of rainfall, winds in excess of 120 miles per hour, storm surge exceeding 12 feet, and severe coastal flooding and damage. Future changes accrue relative to this baseline of risk. The next two sections describe projected changes to extreme precipitation and storm strength, which increase the risk of storm surges and flooding affecting the Terminal site.

## 5.4 Changes to extreme precipitation

This section reviews the evidence underlying the scientific conclusion that extreme precipitation has already been increasing and will continue to increase with future greenhouse gas emissions, both in general and specifically for the Northeastern region of direct relevance to New Haven, CT. It incorporates data on actual precipitation and applies computer models to predict changes in precipitation amounts over time. Scientific laws can be expressed as a set of equations in a computer model and numerically solved to reproduce the main aspects of the observed current climate, as well as to simulate potential future climates resulting from human-caused changes such as increases in the amount of greenhouse gases.

There are a broad range of definitions of extreme precipitation in common use (Barlow et al. 2019), given the importance of extreme precipitation in several different contexts, including flash flooding, riverine flooding, stormwater management, agricultural damage, water management, and others. Since extreme precipitation can cause both stormwater (pluvial) flooding and riverine (fluvial) flooding, locations near rivers are at increased risk. Coastal locations additionally have the risk that flooding over land can combine with storm surge.

Two overall types of definition are those based on frequency of occurrence (e.g., a 1% chance of occurrence, a 30-year return period, etc.) and those based on a fixed magnitude threshold (e.g., number of events exceeding 5 cm). For engineering applications, extreme precipitation is sometimes considered in terms of a "design storm," which typically specifies a return period and an accumulation period. For instance, a structure or system built for a 10-year/24-hour design storm would be able to accommodate the daily rainfall amount that would be expected to occur, on average, once every ten years. A range of different values of return period and accumulation period are in use for design storms, based on risk tolerance and the specific characteristics of the

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

structure of system. Increases in precipitation intensity with global warming are reflected in all the different measures, but with the amplitude of the change varying as the definitions vary.

### 5.4.1 General Assessment of Extreme Precipitation

An increase of precipitation intensity with human-caused global warming is expected based on both physical understanding and climate modeling and has already been documented to be occurring (Douville et al. 2021, Seneviratne et al. 2021). This combination of agreement across the three complementary perspectives of physical understanding (scientific theory), computer modeling, and analysis of observational data gives very high confidence in projections of increased intensity with future emissions.

In terms of scientific theory, as described above, a greater potential for precipitation in a warmer climate is expected from two fundamental physical facts: 1) warmer air can "hold" more water (the Clausius-Clapeyron equation), and 2) warmer land and water bodies have a greater potential for evaporation of water from these surfaces into the air. These are basic properties of air, water, and land and these relationships can be expected to apply generally, which is indeed the case.

In terms of climate modeling, even early global climate models exhibited an enhanced hydrologic cycle as a consequence of warming associated with an increase in carbon dioxide (Manabe and Wetherald 1975).  Subsequent generations of increasingly complex models have displayed a similar relationship between warming, an enhanced hydrologic cycle, and increased precipitation intensity. The model projections in the most recent IPCC assessment show an intensification of extreme precipitation at a rate close of about 7% for every degree Celsius of global warming for most land areas (IPCC AR6 WGI Chapter 8: Douville et al. 2021). (A description of how the IPCC reports are referenced here is provided in Appendix II.) The eastern US is also a region of high agreement across the range of CMIP6 climate models used in the projections, further increasing confidence in projected increases in New Haven, specifically.

In terms of observed changes, the most recent IPCC assessment concluded that it is likely that the frequency and intensity of heavy precipitation events have already been increasing over most global land areas (IPCC AR6 WGI Chapter 11: Seneviratne et al. 2021). The most recent NCA assessed with very high confidence that rainfall has become more extreme in recent decades, especially east of the Rockies (USGCRP 2023).

### 5.4.2 Observed Changes in Extreme Precipitation over the Northeast US

The northeastern US has an ample supply of moisture from the Atlantic and the Gulf of Mexico as well as precipitation-producing storm systems that occur in all months of the year. Coastal New England and the adjacent ocean are also undergoing one of the fastest increases in temperature in the world (Karmalkar and Horton 2021), which also accelerates evaporation and the local upper limit on precipitation. This combination of factors likely contribute to why the northeastern US has the largest increases in precipitation intensity (USGCRP 2023). Over the period from 1958 to 2022, the number of days in the Northeast with 2 or more inches of precipitation increased by 49% (USGCRP 2023, Fig. 21.1, reproduced here as Figure 7). The percentage is defined as the difference due to the trend over the full period divided by the average over the full period (see figure caption for more detail). The number of days with 3 or

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

more inches increased by 62%; with 4 or more inches, by 84%; and with 5 or more inches, by 103%. From these values, it is clear that the increases have been very substantial and particularly that the increases are notably larger for more intense rainfall rates. For context, 4 inches is more than an average month's worth of rain in New Haven. As noted previously, there is a large random element to extreme events and so the substantial amount of observed year-to-year variability (blue line) is expected even with a strong trend (black line).



**Figure 7.** *Observed changes in extreme precipitation for the Northeast US.* Reproduction of Figure 21.1 and caption (public domain) from Chapter 21 of the Fifth National Climate Assessment (Whitehead et al. 2023). "The four charts show the number of daily events per year with precipitation totals equal to or exceeding 2, 3, 4, and 5 inches from 1958–2022 (blue lines), along with trend lines (black) computed from linear regressions over the full period. Numbers in the top left corner show the percent increase relative to the long-term average, computed as the difference between the end points of the trend lines divided by the 1958–2022 average. The number of daily events is defined as the total number of extreme precipitation accumulations recorded at all stations across the observing network in the Northeast. See the figure metadata for details on the methodology. The trends show an increase in the frequency of extreme precipitation, with larger increases for the more extreme precipitation events. Figure credit: USDA Forest Service, Drexel University, NOAA NCEI, and CISESS NC."

This overall assessment of expected changes in extreme precipitation shows that there is close agreement in the expectations of a general increase in precipitation intensity due to scientific theory, projections of an increase in computer models of the climate, and observations of increases. This agreement between three different lines of evidence – what we expect to happen based on scientific theory, what computer models of the climate system show happening, and what we see already happening in historical data – gives high confidence in the projections of increased precipitation intensity.  The relationship is particularly strong in the Northeast US, the region that shares its weather and climate with New Haven, and so there is very high confidence

the risk of extreme precipitation in New Haven, CT, specifically, has already been increasing since at least the 1950s and will continue to increase with future greenhouse gas emissions.

### 5.4.3 NOAA Atlas 14 and Underestimation of Risk

The NOAA Atlas 14 (Bonnin et al. 2002, 2003) is a standard source for estimating the likelihood of high intensity rainfall for US locations. It is therefore important to note that the NOAA Atlas 14 is a *substantial underestimate* of the risk of extreme precipitation because it does not account for increasing precipitation intensity with climate change. Analysis shows that not accounting for these increases can result in underestimates by as much as 60% (Cheng and AghaKouchak, 2014). This is a well-known problem (for instance: Milly et al. 2008, Wright et al. 2019) and NOAA is in the process of developing a new version of the Atlas to address this issue (https://www.weather.gov/media/owp/hdsc_documents/NOAA_Atlas_15_Flyer.pdf). While 'Extreme precipitation' and 'intense rainfall' have many possible definitions, for instance the 24-hour, 10-year design storms or the 100-year event,  this issue  of underestimation applies broadly.

The NOAA 14 Atlas, as with prior versions, calculates expected frequencies of occurrence for extreme precipitation assuming that the likelihood of intense precipitation does not change over time, an assumption known as "stationarity." As has been extensively established, however, the risk of intense precipitation is *not* stationary: it has already been increasing due to warming with climate change and will continue to increase along with future greenhouse gas emissions. For instance, the most recent National Climate Assessment (NCA5) in 2023 (USGCRP 2023), concluded with *very high confidence* that rainfall has become more extreme in recent decades, especially east of the Rockies, and is expected to continue to increase with future warming. This is a particularly relevant issue for the Northeast US, where the increases in extreme precipitation are the largest in the US.  For instance, the NCA5 reported that, for the Northeast, the number of days with 5 or more inches of precipitation in a day has increased by more than 100% since the late 1950s. (See NCA5 Sections 2.2, 3.5, 4.1, and 21.1, as well as the Report Key Messages, and Figure 7 in this report).

If the risk of an extreme event is not changing over time, then looking over a longer period of record yields a better estimate of risk, as extreme events are rare and a longer period of record will capture more events and provide more information. However, if the risk is increasing over time but this increase is not accounted for, the result will be an underestimate, and the underestimation will get more and more severe over time. As a simple example, consider a thirty-year period where the risk of an extreme event is steadily increasing over time and so the first decade has fewer extreme events than the last decade. If the increase is not accounted for, the estimate of risk will equally consider all years (the lower risk of the first decade, the medium risk of the middle decade, and the higher risk of the last decade), giving an overall medium risk that only accurately reflects the risk in the middle of the period. That is, for steadily increasing risk, using 30 years of data will give us a risk estimate that is already 15 years out of date by the end of the period. Not only will the risk estimate be too low when it is first made but it will get worse, year-over-year, as long as precipitation intensity increases. The NOAA 14 Atlas uses data from stations having a range of time period lengths, but with many stations having at least 60 years of data. Accordingly – even though the Atlas includes recent data – its estimate of risk can be considered at least 30 years out-of-date. This is the situation for most of the US, where

extreme precipitation is increasing, and particularly for the Northeast US, where the increases are the largest.

**Opinion Three: The NOAA 14 Atlas must be considered a substantial underestimate of the risk of extreme precipitation in the Northeast, and this is well-accepted in the scientific community.**

### 5.4.4 Quantitative Projections of Extreme Precipitation for New Haven, CT

This section describes specific projection results relevant to New Haven, CT. There are many different ways to define extreme precipitation and to make projections, but all definitions and projections reviewed for this report showed substantial increases. The exact values depend on the specifics of the definitions used but as will be seen, there is very high confidence that extreme precipitation will increase, with larger increases for more intense events, and with larger increases for higher emissions. For clarity and context, a brief overview is provided, followed by quantitative projections relevant specifically to New Haven, CT.

### 5.4.4.1 Overview of Extreme Precipitation Projections

It is clear that extreme precipitation can be expected to increase in New Haven with very high confidence. To make a more specific quantitative projection of how much of an increase can be expected, three pieces of information must be provided: how 'extreme' is defined, the time period or temperature change for which the projection is to be made, and the amount of future greenhouse gas emissions. The projected values vary considerably based on the definition used and how the values are expressed (in amount, or percentage change, or number of days meeting some threshold).  For instance, a projection of near-term changes to the maximum daily precipitation for 2030 based on a hypothetical rapid reduction in greenhouse gases will be very different from a projection of longer-term changes to the number of days with precipitation over 5 inches by 2100 based on a hypothetical high-emissions scenario. Or to use an example from the previous section on historical changes, looking at an increase in the number of days with precipitation over 2 inches (49%) is quite different from looking at the increase in days over 5 inches (103%). It is important to note these differences do not reflect inconsistency or uncertainty but simply the large range of definitions that are used.

There are many different *definitions* of extreme precipitation in regular use, as they are associated with a range of different societal and ecosystem impacts. For instance, the '10-year 24-hour design storm' is the amount of precipitation that falls within 24 hours in a storm that is expected to occur one year out of every 10, on average, and is used in some engineering contexts.  'Rx1day' is the maximum amount of precipitation that occurs in one day over a specified period, usually a year, and is used in some scientific studies and climate projections. The length of time to define short-term extreme precipitation is typically 1-day, 2-days, or 5-days but other periods are used, including hourly. Alternatively, definitions can be in terms of how often a particular amount is exceeded or is expected to occur ("recurrence interval"); for instance, the recurrence interval for 2-inch storms. Some definitions common in the scientific literature are reviewed in Barlow et al. (2019).

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Climate *projections* are computer simulations based on different levels of greenhouse gas emissions. They can be made as part of individual studies but are also produced as part of regular coordinated international efforts that involve many different computer models associated with the IPCC process. These coordinated efforts are referred to as the Climate Model Intercomparison Project (CMIP) and undergo extensive evaluation as part of the IPCC and NCA processes, as well as in individual studies. CMIP6 is the most recent set of model simulations, with the majority of the data available by 2022. As the simulations take years to complete and the main results of the models remain largely consistent between CMIP iterations, CMIP5 simulations are still in regular use; for instance, in the most recent NCA.

Emissions *scenarios* describe how much greenhouse gases may be emitted in future years, spanning a range of possibilities from rapidly reducing emissions to strongly increasing emissions. As these are future societal choices that have yet to be made rather than physical facts that can be calculated, a range of scenarios from lower emissions to higher emissions is considered for each CMIP. The IPCC does not assess the likelihood of the different emissions scenarios, which is a socio-political question, just the climatic consequences for each scenario, which is a scientific question. More information on the different scenarios is provided in Appendix III. In this report, the different emissions scenarios will be referred to relative to the overall range of emissions spanned by scenarios following the Fifth National Climate Assessment (USGCRP 2023): the 'very low scenario' (RCP 1.9 or SSP1-1.9), the 'intermediate scenario' (RCP 4.5 or SSP2-4.5), or the 'very high scenario' (RCP 8.5 or SSP5-8.5). This terminology does not relate to the likelihood that a particular scenario will be realized nor to the severity of the associated impacts but simply to the range of emissions. Even the 'very low' emissions scenario will still result in substantial changes to the climate both globally and locally, including for New Haven, CT.

The world's nations have a stated goal of limiting warming by the end of the century to 1.5 degrees Celsius and may choose to accelerate action in the future to meet this goal but even fully implementing current national pledges to reduce emissions would result in a likely warming of around 3 °C by the end of the century (UNEP 2023). That is similar to the 'intermediate' emissions scenario (IPCC AR6 WGI Chapter 4: Lee et al. 2021) and would correspond to a warming of around 2 °C by 2040. While the global temperature change is very different across the scenarios by the end of the century (spanning 4 °C), the differences between scenarios are less than 0.5 °C over the next twenty years (see Fig. 5).

While a temperature change of a degree or two might not seem noticeable to outdoor conditions on any given day, it is important to realize that a change in the *globally-averaged* temperature of a degree or two is associated with a very large change in Earth's climate. For context, the global temperature difference between the current climate now and the climate at the peak of the last glacial maximum ('ice age'), when New Haven, CT was under thousands of feet of glacial ice, was only about 6 °C (Tierney et al. 2020).

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

**5.4.4.2 Projections of Extreme Precipitation**

In terms of overall quantitative precipitation projections, the most recent IPCC report concludes that a general increase of 7% in the intensity[12] of heavy precipitation events is expected for every degree Celsius of warming (IPCC AR6 WGI Chapter 8: Douville et al. 2021). The IPCC is a global report and doesn't provide projections for the Northeast specifically, but more regional information is available in the National Climate Assessments, state reports, and individual studies. The regional reports also provide more information about different definitions of 'extreme.' While the amount of change varies based on the definitions, as they capture different types of events, note that they all show increases.

The fourth US National Climate Assessment (NCA4) in 2017 projected that, for the Northeast, the amount of daily precipitation for a 20-year return period (daily amounts high enough to only occur on average once every 20 years) increases by 10% for midcentury and 14% by the end of the century, in the midrange emissions scenario (RCP 4.5) (Easterling et al. 2017). In the high emissions scenario (RCP 8.5), the increases were 13% and 22%, respectively. Changes in frequency were also considered, in terms of extreme precipitation defined as the maximum 2-day accumulation occurring once every five years. In a stable climate, these events would occur, by definition, once every five years on average; that is, the chance of occurring in any given year is 20%. (Note that "once in every five years" means a 20% chance for every year, not that the occurrence of an event implies no more events in the next four years, or that the lack of an event for several years implies that the likelihood of an event is greater in the following years.) Future projections are constructed by calculating the amount of precipitation occurring in these events in the historical period and then tracking how frequently they occur in the projected climate. For the Northeast, the intermediate scenario (RCP 4.5) shows that the frequency for the Northeast changes from the defined 20% in the current climate to 30% by mid-century and 40% by the end of the century. That is, the events are occurring twice as often by the end of the century with the midrange emissions scenario. For the very high scenario (RCP 8.5), the projected change is more than 40% by the middle of the century and more than 60% by the end of the century. That is, the events are occurring more than three times as often by the end of the century in the very high emissions scenario.

In the 2019 Connecticut state climate report (Seth et al. 2019), a number of extreme precipitation definitions were considered, based on the very high emissions scenario (RCP 8.5). With this scenario, the number of days with precipitation greater than one inch was projected to increase from 11.7 days in the current climate to 13.6 days by mid-century (16% increase) and 14 days by the end of the century (20% increase). The annual count of days with precipitation above the 99th percentile was projected to increase from 3.6 days to 4.9 days by mid-century and 5.2 days by the end of the century. The fraction of annual precipitation accounted for by daily precipitation above the 99th percentile (the fraction of all precipitation accounted for by extreme events) was projected to increase from 15.4% to 21% by mid-century and 21.4% by the end of the century. That is, an increase in the fraction of all precipitation that occurs in the form of extreme precipitation, which has implications for the amount of run-off and groundwater infiltration. These projections were made for all Connecticut locations considered together. In the Northeast US, as noted previously, extreme precipitation is greater near the coast than further

---

[12] Amount of precipitation falling within a specific time period, such as 24 hours.

inland (Agel et al. 2019), so these projections made for all of Connecticut should be considered an underestimate for New Haven. These publicly noted precipitation changes verify that there is a consistent and substantial increase in the risk of extreme precipitation and so clearly an increase in flood risk affecting New Haven that can be calculated at a site-specific level.

The most recent National Climate Assessment (USGCRP 2023) provides county-level projections in its Interactive Atlas,[13] in terms of global warming levels. The temperature change is given in degrees relative to the pre-industrial average (measured from 1851 to 1900), and the parameter change is given in terms of percentage change relative to the recent 1991–2020 period. The table below shows, for New Haven County, the projections for two extreme precipitation parameters, one in terms of change to frequency (the annual number of days with precipitation in the top 1% of historical rainfall events) and one in terms of change to amount (the total amount of precipitation that arrives on days in the top 1% of historical rainfall events).

Table 1. NCA5 Extreme Precipitation Projections for New Haven County

| Amount of warming | +2 °C | +3 °C | +4 °C |
|---|---|---|---|
| Annual number of days with top 1% precipitation | +16% | +41% | +56% |
| Amount of precipitation on days with top 1% precipitation | +17% | +39% | +56% |

In summary, all projections for extreme precipitation relevant to New Haven, CT show substantial increases. The exact value of increase varies based on what definition is used for extreme precipitation and what period of time or global warming level the projection is made for but there is a clear and consistent result that the intensity of extreme precipitation for New Haven will continue to increase, and higher emissions and more warming will result in larger increases.

**Opinion Four:  In my opinion, and to a reasonable degree of scientific certainty, by 2050 New Haven, CT, is likely to see extreme precipitation amounts[14] increase by at least 12% for the low emissions scenario and 15% for the high emissions scenario, and extreme precipitation frequency[15] increase by at least 12% for the low emissions scenario and 14% for the high emissions scenario. If extreme precipitation in the Northeast simply continues its observed trend (Figure 7), the number of 5-inch days (more than a month's worth of rain in a day) will increase by more than 50% by 2050.**

---

13 From *NCA Interactive* Atlas, by NCA 5 (https://atlas.globalchange.gov).

14 Amount of precipitation on days with top 1% precipitation.

15 Annual number of days with top 1% precipitation.

27

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

## 5.5 Changes to Storm Strength (Wind Speed)

This section assesses potential changes to storm strength for New Haven, CT, as a result of greenhouse gas emissions. Both tropical cyclones (the type of tropical storm that includes hurricanes) and extratropical cyclones (the type of midlatitude storm that often causes winter weather in the Northeast US) are considered. In general, higher confidence statements can be made for tropical cyclones (including hurricanes) than for extratropical cyclones, although in both cases there is very high confidence that the precipitation occurring during the storms will become more intense and the storm surge and potential for coastal flooding will be higher due to sea level rise.

### 5.5.1 General Assessment and Physical Processes

Our scientific understanding of storms suggests an increased upper limit for the strength of storms in a warming climate. When precipitation forms, the condensation process releases a large amount of heat, and this heat release is the primary energy source for tropical cyclones (including hurricanes) and an important secondary energy source for extratropical cyclones (winter storms). In isolation, the very high confidence in increases of precipitation intensity discussed in the previous section translates to confidence in an overall increase in the upper limit on storm strength. Whether that upper limit can be realized depends on other factors that control storm strength and may change with global warming. These factors include changes in vertical wind shear for tropical cyclones and changes in low-level horizontal wind shear for extratropical cyclones. As a result, there is more confidence in projections of how the upper-limit of storm strength may change as compared to how the average number of storms may change. Additionally, as noted previously, the coastal Northeast is a hot spot for ocean surface warming. The associated potential for additional local precipitation translates to increased energy for storms, but especially, the warmer temperatures provide more favorable conditions for tropical cyclones moving into the region.

Finally, an important factor in uncertainty for tropical cyclone projections is that they are not well-resolved in most current climate models. Resolution for a climate model is like resolution for a digital screen. For a digital screen, like in most phones, TVs, and computers, more pixels fitting in the same size screen means smaller pixels and better resolution of the fine-scale features of the images on the screen. Fewer, larger pixels means the bigger features are still correct but the finer-scale features are lost or blurry. Tropical cyclones are small, fine-scale features in current climate models and aren't well-resolved by most. Horizontal resolution better than 100 km (the smallest resolved features are smaller in horizontal extent than 100 km x 100 km) leads to more realistic simulation of tropical cyclones, while resolutions better than 10 km begin to resolve hurricane features such as the eye wall (Knuston et al 2019). As these resolutions are smaller than most current climate models, additional steps must be taken to translate the CMIP6 climate projections to tropical cyclone projections. As climate models have to simulate long periods of time (each projection involves multiple runs of 100 or more modeled years to simulate the climate from before 1900 to after 2100), limits to computational resources result in them being run at lower resolution than current weather models, which are able to realistically resolve hurricanes. Since the projected increases in extreme precipitation discussed in the previous section are largely based on climate models that don't fully resolve hurricanes and their associated intense precipitation, the increases in extreme precipitation due to hurricanes

28

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

and tropical cyclones is in addition to those precipitation increases. While hurricanes, tropical cyclones, and their remnants (the storms that remain after the original systems weaken and lose their tropical characteristics) affect the Northeast US less frequently than other types of storms, they are still a leading cause of extreme precipitation in the region (Barlow 2011). Comparison of projections from a climate model run at a range of resolutions (Jong et al. 2023) showed that the highest resolution version better resolved the processes of extreme precipitation over the Northeast US, including tropical cyclones, and projected larger increases in intense precipitation, especially the most extreme events. For instance, events which produced at least 50 mm (7.9 inches) in a day became nearly twice as likely by 2050 for the high emissions scenario. In sum, it is not yet fully clear, quantitatively, how much extreme precipitation may increase due to hurricanes and tropical cyclones, but, qualitatively, their contribution appears to add substantially to the large increases already discussed in the previous section on extreme precipitation. That is, we are very confident that, in general, the intensity of precipitation will increase, and it appears likely that changes to hurricanes and tropical cyclones will add to that risk, possibly substantially.

Because the factors involved are different, the rest of the discussion separates projections of tropical cyclones from extratropical cyclones. Tropical cyclones are the broader class of storms that include hurricanes. That is, hurricanes are just strong tropical cyclones. Extratropical cyclones are the class of large, cold season storms associated with strong fronts that are sometimes referred to as "Nor'easters" in New England.

### 5.5.2 Strength of tropical cyclones, including hurricanes

The most recent IPCC assessment concluded that average peak tropical cyclone wind speeds and the proportion of storms that reach the two highest categories for strength, Category 4 or 5, will very likely increase globally with warming (IPCC AR6 WGI Chapter 11: Seneviratne et al. 2021). Even a small increase in the proportion of stronger hurricanes that occur has very large implications in terms of the damage they can cause. This is because there is not a one-to-one relationship between hurricane strength and damage but rather a large multiplying effect where small increases in hurricane strength lead to very large increases in damage (https://www.noaa.gov/jetstream/tc-potential). For example, a strong 95 mph Category 1 hurricane can produce more than 6 times the damage of a weak 75 mph Category 1 hurricane, and a strong 190 mph Category 5 hurricane can produce *more than 250 times the damage* of a strong 95 mph Category 1 hurricane. (Note that while the structural damage due to hurricanes increases dramatically with hurricane strength, widespread flooding can occur with any category of hurricane or tropical system.)

The most recent NCA concluded with high confidence that hurricanes have been intensifying more rapidly since the 1980s and causing heavier rainfall and higher storm surges (USGCRP 2023). An expert review (Knuston et al. 2019) found that model resolution was an important limiting factor in projecting future tropical cyclone behavior and that an average increase in maximum surface wind speeds of 5% was projected for 2°C of warming in available higher-resolution studies. A recent study (Xi et al. 2023) also projects that the likelihood that two tropical cyclones impacting the same location within 15 days will increase substantially. This can greatly increase the potential for damaging flooding as the rain from the first storm saturates the ground so that the rain from the second storm becomes almost all run-off (surface water). This

29

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

was an important factor in the severity of the Northeast US flooding that occurred with the remnants of Hurricane Ida, which made landfall within two weeks of the intense rains of Tropical Cyclone Henri.

Several studies have identified an increasing hazard along the East Coast due to a range of factors including rising sea surface temperatures and shifts in circulation patterns (Lin et al. 2012, Garner et al. 2017, Marsooli et al. 2019, Ting et al. 2019, and Garner et al. 2021).

Taken together, these results indicate a new risk environment with respect to hurricanes. While Connecticut is regularly influenced by tropical storms, remnants of hurricanes, and extratropical storms that have transitioned from hurricanes, landfall by storms still maintaining hurricane status has historically been rare. Only 9 storms have made landfall as hurricanes in New England from 1900–2009. Connecticut has been directly impacted by a handful of storms making landfall while still at hurricane status, including the 1938 'Long Island Express,' Category 3; the 1944 'Great Atlantic Hurricane,' Category 1; the 1954 Hurricane Carol, Category 3; and the 1985 Hurricane Gloria, Category 1. Given the high damage potential for hurricanes, even moderate changes in the strength of storms or the fraction of storms that impact the region as hurricanes rather than weaker tropical storms represents a substantially different risk environment.

Note that sea level rise, while not a focus of this report on extreme precipitation and storm strength, is a critical additional factor in increasing the coastal flooding associated with storm surge. Sea level rise increases the baseline water level that storm surge and wave activity add to and so magnify their effects. Sea level rise also moves the coastline further inland, so that the water is moving closer to coastal structures. Even modest amounts of sea level rise can have important effects on coastal flooding (e.g., Taherkhani et al. 2020).

### 5.5.3 Strength of extratropical cyclones

Due to a range of competing influences, projections of extratropical cyclones are generally less confident. The most recent IPCC assessment (AR6) produced no high confidence projections regarding their strength, in terms of wind speed or central pressure, although there is high confidence that the precipitation associated with these systems will become more intense. There is low confidence in past changes in storm strength and medium confidence that future changes will be small, although shifts in storm locations may change local speeds (IPCC AR6 WGI Chapter 11: Seneviratne et al. 2021). The most recent National Climate Assessment (NCA5) also had no high confidence projections regarding the strength of extratropical cyclones. The Connecticut State Report concluded that the most consistent result across the available studies was that the overall number and average intensity will decrease with warming but that the number of the most intense storms will increase (Seth et al. 2019). Therefore, for extratropical cyclones, there is an expectation for an increase in the upper limit on storm strength and wind speed, which is consistent with the greater energy associated with increased precipitation, but less agreement in changes to overall numbers and average intensity, which is consistent with the presence of other competing factors, like reduced low-level temperature gradients. However, it is important to note that even if the strength of extratropical storms in terms of wind speed does not change substantially, there is still very high confidence that the associated precipitation will continue to intensify, as will the storm surge and coastal flooding, due to sea level rise. That is,

30

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

even if the maximum wind speed of extratropical storms does not increase, we still expect both the precipitation and the coastal flooding associated with the storms to intensify, and so represent an increased hazard to coastal locations in New Haven, CT.

## 5.6 Summary

For New Haven, CT, there is very high confidence that the risk of extreme precipitation has already increased and will continue to increase until after (and if) net-zero emissions are reached. There is high confidence that hurricanes have already been intensifying more rapidly, with heavier precipitation and higher storm surge, and it is very likely that average peak wind speeds, rain rates, and the proportion of hurricanes reaching Category 3 or higher will increase with current and future emissions. Although hurricanes and their remnants affect the Northeast less frequently than other storm types, they are a leading cause of extreme precipitation and storm damage in the region and so these changes represent substantial changes to the risk environment of New Haven, especially as a coastal location. Future changes to the strength of winter storms (extratropical cyclones) in terms of wind speed are less clear, although the upper limit on storm strength is expected to increase and there is high confidence that the precipitation occurring during the storms will become more intense with continued emissions. There is also very high confidence that increases in sea level will increase the effects of storm surge, coastal flooding, and damage regardless of storm strength.

Of particular note, New Haven, CT, is a coastal location with a river, which makes it especially vulnerable to 'compound' events, where multiple factors, including severe storms and precipitation, storm surge, coastal waves, sea level rise, river flooding, and overland flooding, can combine and interact to greatly increase flooding and storm damage.

Over the next 20 years, there is very high confidence that temperatures will continue to increase even with the most ambitious approach to emissions reductions (Fig. 5), and so there is very high confidence that the consequences of these temperature changes, including increases in rainfall intensity, sea levels, and the risk of coastal flooding, will also continue to increase over the next 20 years. By the end of that period, the difference between rapidly reducing emissions and continuing emissions near the current pace will begin to have an appreciable difference in temperature and extreme precipitation risk, and this difference will rapidly widen in subsequent decades. That is, increasing risk of damaging storm surge, wave activity, and coastal flooding can be expected with high confidence for at least the next 20 years even with reductions in emissions much more rapid than are currently occurring.

These conclusions are based on publicly-available data and studies that have received decades of attention and vetting by the scientific community. As noted in Section 5, The US National Academy of Sciences, the organization charged by Congress with providing scientific advice to the nation, concluded more than twenty years ago in 2001 that greenhouse gases in the atmosphere are increasing due to human activities, that these increases are causing warming that will continue to increase with the emissions, and that associated increases in sea level rise and the intensity of rainfall rates should also be expected (NRC 2001).

## 6. Error Rate and Uncertainty

Lack of knowledge of future emissions is a limiting factor, as decisions made in the next decade will have a large influence on how much warming occurs by the end of the century. This uncertainty is less important for the next twenty to thirty years, as even the most aggressive attempts to limit emissions will take time to implement and the different emissions scenarios are still close together, compared to the end of the century, when international efforts to reduce emissions can produce exceptionally different outcomes, based on the scale and success of those efforts.

Current climate model resolution puts some limits on our ability to project the behavior of hurricanes, which likely results in an under-estimate of the increases in extreme precipitation, as discussed in the hurricane section. However, the consistency of the basic aspects of model projections over decades, such as increases in extreme precipitation, and their ability to make accurate projections of temperature over the same period (Hausfather et al. 2019) despite large changes in resolution and complexity give confidence in their overall relevance to extreme precipitation.

Finally, there are elements of the climate system that appear to have the potential for abrupt change, including some circulation systems in the ocean (such as the Atlantic Meridional Overturning Circulation or 'AMOC') and the melting rate of ice sheets in Antarctica and Greenland (IPCC AR6, Box TS.9). The projections used in this report do not include abrupt changes in these factors but the possibility that they might occur and substantially accelerate changes to extreme precipitation or storm strength cannot be ruled out. There have been no indications that these abrupt changes might substantially reduce extreme precipitation over the Northeast US.

Uncertainty is explicitly expressed throughout this report using the calibrated language of the national and international climate assessments (Mastrandrea et al. 2011). For instance, the scientific community has *very high confidence* that extreme precipitation has increased and *high confidence* that hurricane intensity has increased.

## 7. Conclusions

It is my opinion that it is unequivocal that humans are altering the earth's climate due to greenhouse gas emissions. These alterations include warming, increasing heat extremes, increasing precipitation extremes, and sea level rise. My opinion is based on the agreement between scientific theory, computer modeling, and observations, as extensively documented in the scientific literature. This opinion is very widely accepted by the scientific community as demonstrated in both the scientific literature and the assessments of major scientific bodies such as the US National Academy of Sciences.

It is my opinion, to a very high degree of scientific certainty, that, in terms of precipitation amount, both tropical and extratropical cyclones are becoming more intense due to human-caused climate change. This is based on physical reasoning – warmer air can hold more water and a warmer surface has great potential for evaporation – computer modeling, and many observational studies, as widely documented in the scientific literature. This opinion is broadly

32

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

accepted in the scientific community, as demonstrated by numerous studies and both national and international climate assessments.

It is my opinion, to a reasonable degree of scientific certainty, that, due to climate change, the upper limit on storm strength as measured by wind speed for both hurricanes and extratropical cyclones is increasing, and that hurricanes are intensifying more rapidly. This is based on physical reasoning – increased precipitation and warmer ocean surface waters are sources of energy for the storms – computer modeling, and the balance of the observational studies. A source of uncertainty arises from the lack of consistent and detailed hurricane observations before the availability of global satellite data in the 1970s, as well as their poor representation in many global climate models due to limited resolution. I account for these uncertainties with physical reasoning and by consulting expert reviews of the subject, including the 2023 National Climate Assessment, as well as by considering the consistency and increasing confidence in older reports over time. These are generally accepted opinions in the scientific community and are consistent with the conclusions of the 2023 National Climate Assessment.

It is my opinion, to a high degree of scientific certainty, that human-caused climate change is currently affecting the intensity of precipitation in New Haven, CT, and likely the strength of storms as well. It is also my opinion, to a high degree of scientific certainty, that human-caused climate change is also increasing coastal flooding, due to sea level rise. My opinions are based on the agreement between theory, models, and observations for the Northeast US, as reviewed in the National Climate Assessments, as well as the 2019 Connecticut Climate Assessment (Seth et al. 2019). A primary factor affecting coastal flooding is sea level rise, which is an unequivocal aspect of climate change, and which raises the water level which the additional storm-generated surge adds to. Sources of uncertainty include a limited period of observational data for precipitation and the random and rare nature of extreme events, which makes it more difficult to distinguish an external influence like climate change. I account for these uncertainties by considering the state and regional analyses, which provide much more data and events from which to discern a signal, and which share similar weather and climate with New Haven. This methodology would be generally accepted in the scientific community.

It is my opinion, to a reasonable degree of scientific certainty, that precipitation intensity has increased for New Haven since 1980, based on the 2019 Connecticut Climate Assessment (Seth et al. 2019) and likely back to at least 1958, based on the 2023 National Climate Assessment (USGCRP 2023). I also note that, due to the irregular nature of extreme events, climate change can be increasing risk at a location even if a clear trend isn't observable for a particular period of time.

The projections of increased extreme precipitation for the US began at least as early as 2000 and have grown progressively more confident and regionally specific in subsequent years. Projections of a general increase in the frequency of heavy precipitation events were made in the first National Climate Assessment (NAST 2000). The 2009 US Climate Assessment (USGCRP 2009) noted an increase in heavy precipitation consistent with climate change specifically for the Northeast and assessed that severe flooding due to both sea level rise and heavy downpours is likely to become more frequent for the region in the future.  In the most recent National Climate Assessment in 2023 (USGCRP 2023), increases in heavier rainfall events were assessed as very likely, with very high confidence. In my opinion, and to a reasonable degree of scientific

33

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

certainty, an increased risk of more intense precipitation and higher storm surge for New Haven was foreseeable by at least 2000 and undeniable by 2009.

In my opinion, and to a reasonable degree of scientific certainty, the foreseeable impacts to facilities in coastal Connecticut include increases in coastal and overland flooding, storm damage from a combination of heavy rain and wind, and damage from high waves. I base my opinion on the clearly foreseeable increased risk of intense precipitation occurring with storms with high winds and storm surge. The intense precipitation, winds, and storm surge increase the risk of both overland flooding and storm damage. Looking forward, increases in the risk of a slow-moving, strong hurricane, and of two storms impacting the New Haven, CT area within a short period of time can also be expected.

**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**

I certify under penalty of perjury that the opinions expressed in this expert report are true and correct to the best of my knowledge and ability. My opinions are stated to a reasonable degree of certainty and consistent with prevailing and scientific standards of practice.

*Submitted* on this 1st day of May, 2025.

_____

Mathew Barlow, PhD

35

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

## 8. References

Agel, L., M. Barlow, J. Qian, F. Colby, E. Douglas, T. Eichler, 2015: Climatology of Daily Precipitation and Extreme Precipitation Events in the Northeast US. *J. Hydrometeor.*, 16, 2537-2557. https://doi.org/10.1175/JHM-D-14-0147.1

AP 2017, https://www.abc.net.au/news/2017-09-13/hurricane-harvey-triggers-texas-petrol-spill/8903162

Arrhenius, S.: On the influence of carbonic acid in the air upon the temperature of the ground, Phil. Mag., Ser. 5, Vol. 41, No. 251, 237-276, 1896.

Barlow, M., 2011. Influence of hurricane-related activity on North American extreme precipitation. Geophysical Research Letters, 38(4). https://doi.org/10.1029/2010GL046258

Barlow, M., Gutowski, W.J., Gyakum, J.R. et al. North American extreme precipitation events and related large-scale meteorological patterns: a review of statistical methods, dynamics, modeling, and trends. Clim Dyn 53, 6835–6875 (2019). https://doi.org/10.1007/s00382-019-04958-z

Basile, S., A.R. Crimmins, C.W. Avery, B.D. Hamlington, and K.E. Kunkel, 2023: Appendix 3. Scenarios and datasets. In: Fifth National Climate Assessment. Crimmins, A.R., C.W. Avery, D.R. Easterling, K.E. Kunkel, B.C. Stewart, and T.K. Maycock, Eds. U.S. Global Change Research Program, Washington, DC, USA. https://doi.org/10.7930/NCA5.2023.A3

Bonnin, G. M., (2002) Updating NOAA Rainfall Frequency Atlases. ASCE/EWRI Water Resources Planning and Management Conference, Roanoke, Virginia Bonnin, G. M., (2003) Recent Updates to NOAA/NWS Rainfall Frequency Atlases. ASCE/EWRI World Water an

Bonnin, G. M., (2003) Recent Updates to NOAA/NWS Rainfall Frequency Atlases. ASCE/EWRI World Water and Environmental Resources Congress, Philadelphia, Pennsylvania

Brysse, K., Oreskes, N., O'reilly, J. and Oppenheimer, M., 2013. Climate change prediction: Erring on the side of least drama? *Global environmental change*, *23*(1), pp.327-337.

Callendar, G.S., 1938. The artificial production of carbon dioxide and its influence on temperature. *Quarterly Journal of the Royal Meteorological Society*, *64*(275), pp.223-240.

Cheng, L., and A. AghaKouchak, 2014: Nonstationary Precipitation Intensity-Duration-Frequency Curves for Infrastructure Design in a Changing Climate. *Sci Rep* 4, 7093. https://doi.org/10.1038/srep07093

DeGaetano, A. T., 2009: Time-Dependent Changes in Extreme-Precipitation Return-Period Amounts in the Continental United States. J. Appl. Meteor. Climatol., 48, 2086–2099, https://doi.org/10.1175/2009JAMC2179.1.

Denver Post 2017, https://www.denverpost.com/2017/09/09/oil-gas-tank-failures-hurricane-harvey-pollution/

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Douville, H., K. Raghavan, J. Renwick, R.P. Allan, P.A. Arias, M. Barlow, R. Cerezo-Mota, A. Cherchi, T.Y. Gan, J. Gergis, D. Jiang, A. Khan, W. Pokam Mba, D. Rosenfeld, J. Tierney, and O. Zolina, 2021: Water Cycle Changes. In Climate Change 2021: The Physical Science Basis. Contribution of Working Group I to the Sixth Assessment Report of the Intergovernmental Panel on Climate Change [Masson-Delmotte, V., P. Zhai, A. Pirani, S.L. Connors, C. Péan, S. Berger, N. Caud, Y. Chen, L. Goldfarb, M.I. Gomis, M. Huang, K. Leitzell, E. Lonnoy, J.B.R. Matthews, T.K. Maycock, T. Waterfield, O. Yelekçi, R. Yu, and B. Zhou (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 1055–1210, doi: <u>10.1017/9781009157896.010</u>.

Eyring, V., N.P. Gillett, K.M. Achuta Rao, R. Barimalala, M. Barreiro Parrillo, N. Bellouin, C. Cassou, P.J. Durack, Y. Kosaka, S. McGregor, S. Min, O. Morgenstern, and Y. Sun, 2021: Human Influence on the Climate System. In Climate Change 2021: The Physical Science Basis. Contribution of Working Group I to the Sixth Assessment Report of the Intergovernmental Panel on Climate Change [Masson-Delmotte, V., P. Zhai, A. Pirani, S.L. Connors, C. Péan, S. Berger, N. Caud, Y. Chen, L. Goldfarb, M.I. Gomis, M. Huang, K. Leitzell, E. Lonnoy, J.B.R. Matthews, T.K. Maycock, T. Waterfield, O. Yelekçi, R. Yu, and B. Zhou (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 423–552, doi: 10.1017/9781009157896.005.

Facing South 2015, https://www.facingsouth.org/2015/08/the-katrina-oil-spill-disaster-a-harbinger-for-the.html

Fourier, J., 1824: Remarques Generales sur les Temperatures Du Globe Terrestre et des Espaces Planetaires. *Annales de Chimie et de Physique*, 27, 136–167.

Garner, A. J. *et al.* Impact of climate change on New York City's coastal flood hazard: Increasing flood heights from the preindustrial to 2300 CE. *Proc. Natl. Acad. Sci. USA* 114, 11861–11866 (2017).

Garner, A. J., Kopp, R. E. & Horton, B. P. Evolving tropical cyclone tracks in the North Atlantic in a warming climate. *Earths Future* 9, 1–10 (2021).

Gulev, S.K., P.W. Thorne, J. Ahn, F.J. Dentener, C.M. Domingues, S. Gerland, D. Gong, D.S. Kaufman, H.C. Nnamchi, J. Quaas, J.A. Rivera, S. Sathyendranath, S.L. Smith, B. Trewin, K. von Schuckmann, and R.S. Vose, 2021: Changing State of the Climate System. In Climate Change 2021: The Physical Science Basis. Contribution of Working Group I to the Sixth Assessment Report of the Intergovernmental Panel on Climate Change [Masson-Delmotte, V., P. Zhai, A. Pirani, S.L. Connors, C. Péan, S. Berger, N. Caud, Y. Chen, L. Goldfarb, M.I. Gomis, M. Huang, K. Leitzell, E. Lonnoy, J.B.R. Matthews, T.K. Maycock, T. Waterfield, O. Yelekçi, R. Yu, and B. Zhou (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 287–422, doi: 10.1017/9781009157896.004.

Hausfather, Z., Drake, H.F., Abbott, T. and Schmidt, G.A., 2020. Evaluating the performance of past climate model projections. *Geophysical Research Letters*, *47*(1), p.e2019GL085378. https://doi.org/10.1029/2019GL085378

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Huang, H., Winter, J.M. and Osterberg, E.C., 2018. Mechanisms of abrupt extreme precipitation change over the northeastern United States. *Journal of Geophysical Research: Atmospheres*, *123*(14), pp.7179-7192.

Imundo, M. N., and D. N. Rapp, 2022. When fairness is flawed: Effects of false balance reporting and weight-of-evidence statements on beliefs and perceptions of climate change. Journal of Applied Research in Memory and Cognition, 11(2), 258–271. https://doi.org/10.1016/j.jarmac.2021.10.002

Jong, BT., Delworth, T.L., Cooke, W.F. *et al.* Increases in extreme precipitation over the Northeast United States using high-resolution climate model simulations. *npj Clim Atmos Sci* 6, 18 (2023). https://doi.org/10.1038/s41612-023-00347-w

Karmalkar, A.V., Horton, R.M. Drivers of exceptional coastal warming in the northeastern United States. *Nat. Clim. Chang.* 11, 854–860 (2021). https://doi.org/10.1038/s41558-021-01159-7

Kossin, J.P., T. Hall, T. Knutson, K.E. Kunkel, R.J. Trapp, D.E. Waliser, and M.F. Wehner, 2017: Extreme storms. In: *Climate Science Special Report: Fourth National Climate Assessment, Volume I* [Wuebbles, D.J., D.W. Fahey, K.A. Hibbard, D.J. Dokken, B.C. Stewart, and T.K. Maycock (eds.)]. U.S. Global Change Research Program, Washington, DC, USA, pp. 257-276, doi: 10.7930/J07S7KXX.

Lee, J.-Y., J. Marotzke, G. Bala, L. Cao, S. Corti, J.P. Dunne, F. Engelbrecht, E. Fischer, J.C. Fyfe, C. Jones, A. Maycock, J. Mutemi, O. Ndiaye, S. Panickal, and T. Zhou, 2021: Future Global Climate: Scenario-Based Projections and NearTerm Information. In Climate Change 2021: The Physical Science Basis. Contribution of Working Group I to the Sixth Assessment Report of the Intergovernmental Panel on Climate Change [Masson-Delmotte, V., P. Zhai, A. Pirani, S.L.  Connors, C. Péan, S. Berger, N. Caud, Y. Chen, L. Goldfarb, M.I. Gomis, M. Huang, K. Leitzell, E. Lonnoy, J.B.R. Matthews, T.K. Maycock, T. Waterfield, O. Yelekçi, R. Yu, and B. Zhou (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 553–672, doi:10.1017/9781009157896.006.

Lin, N., Emanuel, K., Oppenheimer, M. & Vanmarcke, E. Physically based assessment of hurricane surge threat under climate change. *Nat. Clim. Chang.* 2, 462–467 (2012).

Lynas, M., Houlton, B.Z. and Perry, S., 2021. Greater than 99% consensus on human caused climate change in the peer-reviewed scientific literature. Environmental Research Letters, 16(11), p.114005. https://iopscience.iop.org/article/10.1088/1748-9326/ac2966

Manabe, S., 1969: Climate and the ocean circulation. *Mon. Wea. Rev.*, **97**, 739–774, https://doi.org/10.1175/1520-0493(1969)097<0739:CATOC>2.3.CO;2.

Marsooli, R., Lin, N., Emanuel, K. & Feng, K. Climate change exacerbates hurricane flood hazards along US Atlantic and Gulf Coasts in spatially varying patterns. *Nat. Commun.* 10, 1–9 (2019)

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Marvel, K., W. Su, R. Delgado, S. Aarons, A. Chatterjee, M.E. Garcia, Z. Hausfather, K. Hayhoe, D.A. Hence, E.B. Jewett, A. Robel, D. Singh, A. Tripati, and R.S. Vose, 2023: Ch. 2. Climate trends. In: Fifth National Climate Assessment. Crimmins, A.R., C.W. Avery, D.R. Easterling, K.E. Kunkel, B.C. Stewart, and T.K. Maycock, Eds. U.S. Global Change Research Program, Washington, DC, USA. https://doi.org/10.7930/NCA5.2023.CH2

Mastrandrea, M.D., Mach, K.J., Plattner, GK. *et al.* The IPCC AR5 guidance note on consistent treatment of uncertainties: a common approach across the working groups. *Climatic Change* **108**, 675 (2011). https://doi.org/10.1007/s10584-011-0178-6.

Meinshausen, M., Nicholls, Z. R. J., Lewis, J., Gidden, M. J., Vogel, E., Freund, M., Beyerle, U., Gessner, C., Nauels, A., Bauer, N., Canadell, J. G., Daniel, J. S., John, A., Krummel, P. B., Luderer, G., Meinshausen, N., Montzka, S. A., Rayner, P. J., Reimann, S., Smith, S. J., van den Berg, M., Velders, G. J. M., Vollmer, M. K., and Wang, R. H. J.: The shared socio-economic pathway (SSP) greenhouse gas concentrations and their extensions to 2500, Geosci. Model Dev., 13, 3571–3605, https://doi.org/10.5194/gmd-13-3571-2020, 2020.

Milly et al., 2008: Stationarity Is Dead: Whither Water Management? *Science*, 319, 573-574. DOI:10.1126/science.1151915

NAST, 2000: National Assessment Synthesis Team, Climate Change Impacts on the United States: The Potential Consequences of Climate Variability and Change, US Global Change Research Program,Washington DC.

National Research Council. 2001. *Climate Change Science: An Analysis of Some Key Questions*. Washington, DC: The National Academies Press. https://doi.org/10.17226/10139.

NCEI, 2012. October 2012 National Climate Report. https://www.ncei.noaa.gov/access/monitoring/monthly-report/national/2012/10/supplemental/page-7/

NOAA, 1992: The  Halloween Nor'easter of 1991 : east coast of the United States ... Maine to Florida and Puerto Rico, October 28 to November 1, 1991. Natural disaster survey report. https://repository.library.noaa.gov/view/noaa/7301

NOAA, 2018. NOAA NCEP Weather Prediction Center Event Review. https://www.wpc.ncep.noaa.gov/storm_summaries/event_reviews/2018/EasternUS_WinterStorm_Jan2018.pdf

Nordhaus, W. D., 2006: The Economics of Hurricanes in the United States. National Bureau of Economic Research. DOI 10.3386/w12813. https://www.nber.org/papers/w12813.

NPR 2013, https://stateimpact.npr.org/texas/2013/10/07/how-hurricanes-that-hit-the-texas-coast-can-float-giant-tanks/

NWS a, n.d.: https://www.weather.gov/okx/1938HurricaneHome, accessed 19 April 2023.

NWS b, n.d, https://www.weather.gov/box/1938hurricane, accessed 19 April 2023.

39

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

NWS 2018, based on the online summary at https://www.weather.gov/box/pastevents.

Oreskes, N. and Conway, E.M., 2011. Merchants of doubt: How a handful of scientists obscured the truth on issues from tobacco smoke to global warming. Bloomsbury Publishing USA.

Perica, S., S. Pavlovic, M. St. Laurent, C. Trypaluk, D. Unruh, D. Martin, and O. Wilhite, 2019: NOAA Atlas 14 Volume 10 Version 3, Precipitation-Frequency Atlas of the United States, Northeastern States. NOAA, National Weather Service, Silver Spring, MD. Initially published in 2015, revised in 2019.

PIN 2011, https://www.petro-online.com/news/fuel-for-thought/13/breaking-news/hurricane-irene-causes-oil-spill/16634

Pouillet, C., 1838. Mémoire su la chaleur solaire, sur les pouvoirs rayonnants et absorbants de l'air atmosphérique, et sur les températures de l'espace. *Comptes Rendus de l'Académie des Sciences* 7, no. 2, 24-65.

Santella, N., Steinberg, L.J. and Sengul, H., 2010. Petroleum and hazardous material releases from industrial facilities associated with Hurricane Katrina. Risk Analysis: An International Journal, 30(4), pp.635-649.

Scherer, G., 2012. Climate science predictions prove too conservative. Scientific American, 6(12), p.2012.

Seneviratne, S.I., X. Zhang, M. Adnan, W. Badi, C. Dereczynski, A. Di Luca, S. Ghosh, I. Iskandar, J. Kossin, S. Lewis, F. Otto, I. Pinto, M. Satoh, S.M. Vicente-Serrano, M. Wehner, and B. Zhou, 2021: Weather and Climate Extreme Events in a Changing Climate. In Climate Change 2021: The Physical Science Basis. Contribution of Working Group I to the Sixth Assessment Report of the Intergovernmental Panel on Climate Change [Masson-Delmotte, V., P. Zhai, A. Pirani, S.L. Connors, C. Péan, S. Berger, N. Caud, Y. Chen, L. Goldfarb, M.I. Gomis, M. Huang, K. Leitzell, E. Lonnoy, J.B.R. Matthews, T.K. Maycock, T. Waterfield, O. Yelekçi, R. Yu, and B. Zhou (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 1513–1766, doi:10.1017/9781009157896.013.

Seth, A., G. Wang, C. Kirchhoff, K. Lombardo, S. Stephenson, R. Anyah, and J. Wu, 2019: Connecticut Physical Climate Science Assessment Report (PCSAR): Observed trends and projections of temperature and precipitation. Connecticut Institute for Resilience and Climate Adaptation, 68 pp., https://circa.uconn.edu/wp-content/uploads /sites/1618/2019/08/CTPCSAR-Aug2019.pdf.

Taherkhani, M., Vitousek, S., Barnard, P.L. et al. Sea-level rise exponentially increases coastal flood frequency. Sci Rep 10, 6466 (2020). https://doi.org/10.1038/s41598-020-62188-4

Tierney, J.E., Zhu, J., King, J. *et al.* Glacial cooling and climate sensitivity revisited. *Nature* 584, 569–573 (2020). https://doi.org/10.1038/s41586-020-2617-x

Ting, M., Kossin, J. P., Camargo, S. J. & Li, C. Past and future hurricane intensity change along the U.S. East Coast. *Sci. Rep.* 9, 1–8 (2019).

40

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Tyndall, J. 1861, On the absorption and radiation of heat by gases and vapours, *Phil. Mag*, 22, 169-194, 273-285.

UNEP, 2023: United Nations Environment Programme (UNEP) Emissions Gap Report 2023: Broken Record – Temperatures hit new highs, yet world fails to cut emissions (again). Nairobi. https://doi.org/10.59117/20.500.11822/43922.

USGCRP, 2009: Global climate change impacts in the United States. U.S. Global Change Research Program, Washington, DC, USA. https://nca2009.globalchange.gov/index.html

USGCRP, 2023: Fifth National Climate Assessment: Report-in-Brief. Crimmins, A.R., C.W. Avery, D.R. Easterling, K.E. Kunkel, B.C. Stewart, and T.K. Maycock, Eds. U.S. Global Change Research Program, Washington, DC, USA. https://doi.org/10.7930/NCA5.2023.RiB

Whitehead, J.C., E.L. Mecray, E.D. Lane, L. Kerr, M.L. Finucane, D.R. Reidmiller, M.C. Bove, F.A. Montalto, S. O'Rourke, D.A. Zarrilli, P. Chigbu, C.C. Thornbrugh, E.N. Curchitser, J.G. Hunter, and K. Law, 2023: Ch. 21. Northeast. In: Fifth National Climate Assessment. Crimmins, A.R., C.W. Avery, D.R. Easterling, K.E. Kunkel, B.C. Stewart, and T.K. Maycock, Eds. U.S. Global Change Research Program, Washington, DC, USA. https://doi.org/10.7930/NCA5.2023.CH21

Wright, D. B., C. D. Bosma, and T. Lopez-Cantu, 2019: U.S. hydrologic design standards insufficient due to large increases in frequency of rainfall extremes. *Geophys. Res. Lett.*, **46**, 8144–8153, https://doi.org/10.1029/2019GL083235.

Xi, D., Lin, N. & Gori, A. Increasing sequential tropical cyclone hazards along the US East and Gulf coasts. *Nat. Clim. Chang.* 13, 258–265 (2023). https://doi.org/10.1038/s41558-023-01595-7

## 9. Appendix I. Acronyms, Terms, and Definitions

*Astronomical tide.* The tide due solely to the predictable gravitational effects of the moon and sun, not including any effect on water height from winds or storms (see 'storm surge').

*CMIP.* Coupled Model Intercomparison Project. Climate model simulations, including climate projections, regularly produced as part of the IPCC process. CMIP is the largest collection of climate simulations from all the major climate modeling groups. CMIP6 is the current iteration but CMIP5 simulations are still in wide use, due to the length of time for simulations to be fully completed and analyzed.

*Downscaling.* The process of converting global climate model simulations (or observational data) to higher spatial resolution. Can be done with statistical relationships or with additional computer modeling, in which case it is typically referred to as 'dynamical downscaling.'

*Extratropical Cyclone.* Midlatitude storms with a spatial extent of approximately 500 to 1,500 miles, forming due to horizontal contrasts in temperature, and associated with undulations of the jet stream. Winter storms in the midlatitudes are typically extratropical cyclones and they are sometimes referred to as "Nor'easters" in New England, due to the direction of the wind when the impacts are strongest. In some cases, tropical cyclones can interact with the jet stream as they move poleward and transition into powerful extratropical cyclones.

*IPCC:* Intergovernmental Panel on Climate Change. The international body tasked with providing regular climate assessments by the member governments of the United Nations.

*LOCA.* Locally Constructed Analogs. A statistical technique for downscaling.

*NCA.* National Climate Assessment. A periodic climate assessment for the US, mandated by federal law. The most recent report is NCA5, completed in 2023.

*RCP.* Representative Concentration Pathway. The terminology used to refer to different emission scenarios in the IPCC Fifth Assessment Report cycle. 'RCP 8.5' is the highest emission scenario considered, and results in an additional radiative forcing of 8.5 W m$^{-2}$ by 2100.

*SSP.* Shared Socioeconomic Pathway. The terminology used to refer to different emission scenarios in the IPCC Sixth Assessment Report cycle. The first number in a specific scenario designates the socioeconomic development pathway and the number after the dash indicates the amount of increase in radiative forcing by 2100. 'SSP5-8.5' is the highest emission scenario considered, and results in an additional radiative forcing of 8.5 W/m2 by 2100. SSPs with the same number after the dash as a corresponding RCP are roughly equivalent. That is, the SSP5-8.5 emissions scenario is very similar to the RCP 8.5 scenario.

*Storm surge.* The general rise in water level at the coast, separate from wave activity, that is caused by a storm, and that is *in addition to* the astronomical tide. That is, the rise in water level at the coast just due to the storm and not including the astronomical tides. See also 'storm tide' and 'astronomical tide.' Wave activity occurs in addition to the storm surge and the tide. Storm surge is caused primarily by the winds of a storm pushing ocean water toward the shore, where it

42

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

piles up at the coast. The intensity of the storm surge for a particular location depends on the storm intensity, size, speed, and direction of motion.

*Storm tide.* The general rise in water level at the coast that occurs during a storm, *including* the astronomical tide but *not including* wave activity. That is, the total rise in general water level at the coast during the storm, which is highest if the storm surge peaks at high tide and lowest if the storm surge peaks at low tide. Storm surge is equal to the storm tide minus the astronomical tide. See also 'storm surge.' Wave activity occurs in addition to the storm tide.

*Tropical cyclone.* Storm systems that originate in the tropics or the subtropics over warm water, drawing their energy from the heat of the upper ocean via the evaporation and condensation of water. Hurricanes are tropical cyclones with sustained wind speeds of 74 miles per hour or greater. These systems are called typhoons or cyclones in other parts of the world.

43

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

## 10. Appendix II. Referencing Reports of the Intergovernmental Panel on Climate Change

There have so far been six assessments by the Intergovernmental Panel on Climate Change (IPCC). The first assessment, completed in 1990, consisted of a single main report but, over time, due to the complexity and importance of the issue, the assessments grew to consist of multiple reports, published over a period of several years within each assessment cycle. For instance, the most recent IPCC assessment, the Sixth Assessment Report (AR6), consisted of five special and methodology reports, the three working group reports which comprise the scientific core, and a synthesis report that summarized all the main conclusions from the other reports. Every individual report consists of chapters, each of which has been individually peer-reviewed and is equivalent to a (very long) scientific journal article. In common usage, the phrase 'IPCC Report' can refer to all of the reports in an assessment cycle taken together; the synthesis report; or the Working Group I report, which is one of the individual reports that typically garners the most press attention.

Given the vast scope of the recent reports (more than 10,000 pages in total for AR6), it is considered good practice to refer to the chapter where a specific conclusion is made. As this expert report focuses on conclusions relating to physical climate science (as opposed to adaptation, mitigation, emission stocktakes, etc.), the relevant individual report is usually the report of Working Group I (WGI), The Physical Science Basis. To be as clear as possible, the references here include the assessment number (for instance, AR6), the individual report name (for instance, WGI), the chapter (for instance, Chapter 11), and the IPCC-recommended scientific citation for the chapter (for instance, Seneviratne et al. 2021).

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

## 11. Appendix III. Emissions Scenarios and Climate Projection Terminology

An emissions scenario is a set of assumptions about the amount of future greenhouse gas emissions, used in global climate models to make projects about the climate change that will result from those emissions. Since future emissions will be determined by future social and political choices, multiple scenarios are created to cover the range of possibilities from a very rapid reduction in future greenhouse gas emissions to a continued increase of very high emissions. In CMIP5, the emissions scenarios were labeled as RCPs (Representative Concentration Pathways), where RCP 2.6 was the lowest emission pathway and RCP 8.5 was the highest emission pathway (RCP 1.9 was subsequently added as an even lower pathway). The numbers indicate the amount of increase in radiative forcing (the change to Earth's energy balance by greenhouse gas emissions) by the year 2100, in W m$^{-2}$. In CMIP6, some of the details of the scenarios were changed and were labeled as SSPs (Shared Socioeconomic Pathways), with an additional initial number designating different alternative socioeconomic development pathways, but with the number after the dash still indicating the amount of increase in radiative forcing by 2100. The lowest emission pathway considered was SSP1-1.9 and the highest was SSP5-8.5. Both RPC and SSP scenarios are still widely used and scenarios with the same final number are roughly equivalent, as the trajectory of emissions over the century is slightly different but that the endpoint is the same.  That is, emissions under RCP 2.6 are very similar to SSP1-2.6, RCP 4.5 to SSP2-4.5, and RCP 8.5 to SSP5-8.5 (Meinshausen et al. 2020).  SSP1-1.9 represents very low greenhouse gas emissions with net-zero emissions by 2050 and a warming of about 1.4 °C by 2100, meeting the Paris Agreement target. SSP2-4.5 represents intermediate emissions, maintaining near current levels until 2050, then decreasing, with a warming of about 2.7 °C by 2100. (Note that emissions are still rapidly increasing.) SSP5-8.5 represents very high emissions and a warming of about 4.4 °C by the end of the century. As the emissions are increasing over time in all the scenarios, either a time period or amount of warming also has to be specified. That is, a specific projection might be 'the SSP3-4.5 scenario for the end of the century (2070-2100).' Alternatively, a projection might be given in terms of the Global Warming Level (GWL), as 'projections for 1.5 °C of warming.' In that case, the change is estimated for when the warming reaches 1.5 °C, regardless of when that occurs, and can be based on a particular scenario or a combination of all scenarios (where the point at which the 1.5 °C change in each individual scenario is used).