# Exhibit A

## Filed Under Seal

Privileged and Confidential DRAFT

# Oil Spill Modeling – New Haven Terminal

Deborah French-McCay, PhD

100-WTR-T44525
June 2025

**Draft Main Report**


TETRA TECH

# Oil Spill Modeling – New Haven Terminal

100-WTR-T44525
June 2025

## PREPARED FOR

King & Spalding LLP

1180 Peachtree Street, NE, Suite 1600

Atlanta, GA 30309


Attention:

Douglas A. Henderson


**Prepared by:**

Deborah French-McCay, Matthew Frediani, Jenna Ducharme, Jeremy Fontenault, Mahmud Monim, Nickitas Georgas, Emily Day, Nicholas Baccari, Dan Codiga, and Matthew Murphy

## DRAFT EXPERT REPORT BY

Deborah French-McCay, PhD
RPS Ocean Sciences, Tetra Tech Inc.
55 Village Square Dr
South Kingstown, RI 02879


**E:** Deborah.McCay@tetratech.com

**T:** 401-742-1395

---

**Restriction on Disclosure and Use of Data**

*This report was prepared by Tetra Tech within the terms of its engagement and in direct response to a scope of services. This report is strictly limited to the purpose and the facts and matters stated in it and does not apply directly or indirectly and must not be used for any other application, purpose, use or matter. In preparing the report, Tetra Tech may have relied upon information provided to it at the time by other parties. Tetra Tech accepts no responsibility as to the accuracy or completeness of information provided by those parties at the time of preparing the report. The report does not take into account any changes in information that may have occurred since the publication of the report. If the information relied upon is subsequently determined to be false, inaccurate or incomplete then it is possible that the observations and conclusions expressed in the report may have changed. Tetra Tech does not warrant the contents of this report and shall not assume any responsibility or liability for loss whatsoever to any third party caused by, related to or arising out of any use or reliance on the report howsoever. No part of this report, its attachments or appendices may be reproduced by any process without the written consent of Tetra Tech. All enquiries should be directed to Tetra Tech.*



**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Expert Report**
**June 23, 2025**

## TABLE OF CONTENTS

**BASIS AND SUMMARY OF OPINIONS**..................................................................................**4**

    Introduction.........................................................................................................................4

    Summary of Basis of Opinions...........................................................................................4

    Opinions .............................................................................................................................5

    Signature ............................................................................................................................6

**GLOSSARY OF ACRONYMS AND TERMS**..........................................................................**7**

**1.0 INTRODUCTION** ............................................................................................................**8**

    1.1 Overview ......................................................................................................................8

    1.2 Professional Analytical Experience..............................................................................8

    1.3 Facility Location ..........................................................................................................9

    1.4 Objectives .................................................................................................................12

    1.5 Testimony..................................................................................................................13

**2.0 METHODS** ....................................................................................................................**13**

    2.1 Modeling Oil Transport, Fate, and Exposure ............................................................13

        2.1.1 SIMAP...............................................................................................................13

        2.1.2 OILMAPLand .....................................................................................................14

    2.2 Modeling Specifications for Oils................................................................................14

        2.2.1 Thresholds of Concern ......................................................................................14

        2.2.2 Oil Properties and Composition for Oils Stored at the New Haven Terminal...................15

    2.3 Model Inputs – Environmental Data...........................................................................15

        2.3.1 Currents and Wind Data ....................................................................................16

        2.3.2 Geographical Data ............................................................................................19

        2.3.3 Temperature, Salinity, Dispersion and Sedimentation Parameters ...................22

    2.4 Scenario Specifications .............................................................................................23

        2.4.1 Spill Likelihood and Potential Volumes .............................................................23

        2.4.2 Spills During Dry Conditions..............................................................................24

        2.4.3 Spills in Flooded Land Locations.......................................................................24

**3.0 RESULTS** ....................................................................................................................**26**

    3.1 Results for Spills During Dry Conditions ...................................................................26

    3.2 Results for Spills in Flooded Land Locations.............................................................28

    3.3 Results for Spilled Oil Entering New Haven Harbor ..................................................33

**4.0 DISCUSSION AND CONCLUSIONS**............................................................................**36**


**TETRA TECH**

100-WTR-T44521

**5.0 REFERENCES** ................................................................................................................ **38**

**6.0 APPENDIX A. AVAILABLE CURRENT AND WIND DATA** ............................................. **41**

**7.0 APPENDIX B. PREPARATION OF INTEGRAL STORM MODELS** ................................ **41**

**8.0 APPENDIX C. AVAILABLE STORM SURGE MODELS** .................................................. **41**

**9.0 APPENDIX D. ESTUARINE HYDRODYNAMIC MODELING WITH HYDROMAP** ......... **41**

**10.0 APPENDIX E. GEOGRAPHIC DATA** ........................................................................... **41**

**11.0 APPENDIX F. SIMAP MODEL DESCRIPTION, OILS HANDLED AT FACILITY, OIL PROPERTY DATA AND TOXICITY THRESHOLDS** ................................................................ **41**

**12.0 APPENDIX G. MODELING OIL MOVEMENTS ON DRY LAND** .................................. **41**

**13.0 APPENDIX H. MODELING OIL SPILLS IN STORM SURGE WATERS: OIL FATE ON LAND** ................... **41**

**14.0 APPENDIX I. MODELING OIL IN ESTUARINE WATERS: OIL FATE AND EXPOSURE FOR DIESEL FUEL DURING INTEGRAL 500-YR STORM** ........................................................ **41**

**15.0 APPENDIX J. MODELING OIL IN ESTUARINE WATERS: OIL FATE AND EXPOSURE FOR NO.2 FUEL DURING INTEGRAL 500-YR STORM** ........................................................ **42**

**16.0 APPENDIX K. MODELING OIL IN ESTUARINE WATERS: OIL FATE AND EXPOSURE FOR AVIATION FUEL DURING INTEGRAL 500-YR STORM** ............................................... **42**

**17.0 APPENDIX L. CURRICULUM VITAE – DEBORAH FRENCH-MCCAY** ........................ **42**

**LIST OF TABLES**

Table 2-1. Summary of maximum elevations (from Mean Sea Level) from hydrodynamic datasets. ...................... 18
Table 2-2. Time of peak water speed and elevation inside Containment Area 2, for each modeled storm event.. 18
Table 2-3. MCD and WCD volumes for each of four oil types handled at the New Haven Terminal (from Etkin 2025). ........................................................................................................................................... 24
Table 3-1: Summary of mass balance at the end of the spill simulation on land for modeled diesel spills within Containment 2. ................................................................................................................................. 31
Table 3-2: Summary of mass balance at the end of the spill simulation on land for modeled No. 2 fuel oil spills within Containment 2. ....................................................................................................................... 31
Table 3-3: Summary of mass balance at the end of the spill simulation on land for modeled aviation fuel spills within Containment 2. ....................................................................................................................... 31
Table 3-4: Summary of mass balance at the end of the spill simulation on land for modeled gasoline spills within Containment 2. ................................................................................................................................. 32



## LIST OF FIGURES

Figure 1-1. Map of the area around the New Haven Terminal and New Haven Harbor. ...................................... 10

Figure 1-2. Map of the New Haven Terminal, identifying the three containment areas and the Retention Basin. . 11

Figure 1-3. Map of the area around the New Haven Terminal with locations identified......................................... 12

Figure 2-1: Extents of the Integral model grid and the storm surge for each of the modeled storms. .................... 17

Figure 2-2: Elevation data in the region surrounding the New Haven Terminal based on USGS 3DEP DEM. (North Yard includes Containment Areas 2 and 3; South Yard is Containment Area 1; Tertiary containment is defined by the topography; see Appendix C). .................................................................................................................. 21

Figure 2-3: Map view of the area south of the New Haven Terminal. The yellow and green polygons indicate US Fish and Wildlife identified wetlands................................................................................................................. 22

Figure 2- 4: Map of the area around the New Haven Terminal showing the harbor release site............................ 26

Figure 3-1: Map of oil trajectory and thickness for representative worst-case discharge of diesel from outside secondary containment. ..................................................................................................................................... 28

Figure 3-2: Mass balance over time for the diesel release at the Containment 2 location during the Integral 500-year storm................................................................................................................................................... 29

Figure 3-3: Mass balance over time for the No.2 fuel oil release at the Containment 2 location during the Integral 500-year storm.................................................................................................................................. 29

Figure 3-4: Mass balance over time for the aviation fuel release at the Containment 2 location during the Integral 500-storm......................................................................................................................................... 30

Figure 3-5: Mass balance over time for the gasoline release at the Containment 2 location during the Integral 500-year storm................................................................................................................................................... 30

Figure 3-6: Mass concentrations of oil remaining on land for the MCD of diesel at site Contain2 during the Integral 500-year storm...................................................................................................................................... 33

Figure 3-7: Linear regression of total Toxic Units against total dissolved concentrations based on the maximum concentrations at any location for a representative scenario of a diesel fuel oil release. ...................................... 35

Figure 3-8: Linear regression of total Toxic Units against total dissolved concentrations based on the maximum concentrations at any location for a representative scenario of a No.2 fuel oil release. ........................................ 35

Figure 3-9: Linear regression of total Toxic Units against total dissolved concentrations based on the maximum concentrations at any location for a representative scenario of an aviation fuel oil release. .................................. 36



100-WTR-T44521

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Expert Report**
**June 23, 2025**

## 1.0 INTRODUCTION

### 1.1 OVERVIEW

I, Dr. Deborah French-McCay, of the RPS Ocean Science office of Tetra Tech Inc., 55 Village Square Drive, South Kingstown, RI, USA, have been engaged by King and Spalding LLP (KSLaw), on behalf of Equilon Enterprises LLC d/b/a Shell Oil Products US, Triton Terminaling LLC, and Motiva Enterprises LLC's ("Defendants"), to provide consultation services in relation to Conservation Law Foundation (CLF) v. Defendants and related matters. I was compensated at $460/hour for my work (paid to Tetra Tech Inc, my employer). As my expertise is in quantitative assessments and modeling of oil discharges, I have been asked to evaluate hypothetical oil spills that could potentially occur at the New Haven Terminal (at 481 East Shore Parkway, New Haven, Connecticut) and provide my opinion about the potential trajectory, fate and adverse environmental impacts of a large oil spill at the New Haven Terminal on aquatic resources, assuming one were to occur, notwithstanding the unlikelihood of such an event. This report summarizes the details of the models employed, the environmental data sources and model inputs used, and the model results. My experience is summarized below.

### 1.2 PROFESSIONAL ANALYTICAL EXPERIENCE

Deborah French-McCay, PhD, has >40 years of experience in quantitative assessments and modelling of oil and chemical releases for impact and risk assessments. She evaluates transport, fate, exposure, and effects of pollutants on individual organisms, populations and aquatic ecosystems. She is an internationally recognized expert in oil and chemical spill fate and effects modeling for response planning, risk assessments and impact evaluations. Dr. French-McCay provides modeling contributions and technical documentation for Environmental Impact Assessments (EIA), Environmental Risk Assessments (ERA), Net Environmental Benefit Analysis (NEBA), Natural Resource Damage Assessment (NRDA), and similar applications. For example, in support of the US government's NRDA for the Deepwater Horizon oil spill of April-July 2010 in the Gulf of Mexico, Dr. French-McCay led the effort of conducting oil transport, fate, exposure, and biological effects modeling using the SIMAP model to evaluate injuries for water column organisms.

Dr French-McCay directs research and model development at RPS Ocean Science (Tetra Tech) in South Kingstown, RI, USA. Dr French-McCay leads development of RPS Ocean Science (ROS), Tetra Tech's (formerly RPS ASA) oil and chemical spill models (SIMAP and CHEMMAP), which are applied world-wide. She manages numerous projects utilizing these models to evaluate oil/chemical trajectory and fate, impacts and ecological risks. Her population modelling work includes models for plankton, benthic invertebrates, fisheries, birds and mammals. She has developed water quality, food web and ecosystem models for freshwater, marine and wetland ecosystems. Dr French-McCay has been principal investigator and primary author of more than one hundred technical reports and papers evaluating oil trajectory and fate, exposure, effects, and ecological risks.

Dr French-McCay has provided expert testimony in hearings and court proceedings regarding environmental risk and impact assessments. In the previous 4 years, she was engaged as an expert once: She was appointed by the Defendants (Shell International Trading and Shipping Company Ltd. [STASCCO] and Shell Nigeria Exploration and Production Company Ltd. [SNEPCo]) to assist the High Court of England and Wales in proceedings HT-2017-000383 and HT-2020-000143. She prepared an expert report on oil spill modeling in connection with the December 2011 Bonga oil spill offshore of Nigeria and analyzed the plausibility of the modeling presented by the Claimants' experts.

Dr French-McCay's full Curriculum Vitae is annexed to this report (Appendix L).



100-WTR-T44521

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Expert Report**
**June 23, 2025**



Figure 1-3. Map of the area around the New Haven Terminal with locations identified.

## 1.4 OBJECTIVES

The issue I was asked to address in this study was to evaluate the movements, fate and environmental exposures to oil constituents that would occur if oil were to spill at the New Haven Terminal. The particular focus is on spills occurring during storm events, where storm surge waters might reach the Terminal. Oil spill modeling was performed for environmental conditions that would potentially occur during extreme storms.

Other experts have been asked to address the likelihood of an oil spill. The tanks are designed to withstand storm surge conditions and extreme winds (Bayles and Pace, 2025). The facility plans call for balancing the volumes of oil in the tanks to reduce likelihood of leakage or failure when a severe storm is predicted (Shell Trading & Supply Distribution Operations, 2024), and these protocols were followed for Superstorm Sandy (Sullivan, 2025). Jones (2025) has evaluated the likelihood of an oil spill during a storm surge associated with an extreme event, finding negligible chance of spillage, not only because of the tanks' integrity but because of the nature of the storm surge water's movements and water depths around the containment areas and tanks.

Even hypothesizing that an oil spill would occur, the spilled volume would most likely be of a portion of the contents of one tank (Etkin 2025). Etkin (2025) has estimated the likelihood of various discharge volumes from the New Haven Terminal for each of several oil types. Spill volumes used in this oil spill modeling analysis are based on Dr. Etkin's analysis and described in Section 2.4.

## 1.5 TESTIMONY

My work in this case is ongoing, and I reserve the right to take into consideration any new information that becomes available to me and to supplement or amend my conclusions based on such information. I anticipate that I will testify to opinions outlined in this report, and if I testify at trial, I may provide and rely on visual aids and/or demonstrative exhibits to summarize my opinions and the basis for them.

# 2.0 METHODS

## 2.1 MODELING OIL TRANSPORT, FATE, AND EXPOSURE

### 2.1.1 SIMAP

SIMAP (Spill Impact Model Application Package; French-McCay, 2003, 2004; French-McCay et al. 2018a,b; French-McCay et al. 2021b, 2022) was used for the oil transport, fate and exposure calculations for oil discharges in water. The model is described in Appendix F (Section 11) of this report and the cited publications.

SIMAP quantifies oil trajectory, concentrations of oil hydrocarbon components as droplet and dissolved phases in the water column, areas swept by floating oil of varying mass concentrations and thicknesses, shorelines oiled to varying degrees, and amount of oil settling to sediments. Processes simulated by SIMAP include spreading (gravitational and by currents shearing the oil apart), evaporation of volatile oil components from surface oil, transport on the surface and in the water column, turbulent diffusion (random movements from small-scale motions, i.e., mixing), emulsification (incorporation of water droplets into the oil to form mousse), entrainment of oil as droplets into the water column due to waves (either without or facilitated by dispersant application), dissolution of soluble and semi-soluble hydrocarbon (S/SS-HC) components, volatilization of dissolved hydrocarbons from the surface water, adherence of oil droplets to suspended particulate matter, adsorption of semi-soluble hydrocarbons to suspended particulate matter, sedimentation, stranding on shorelines, and degradation (based on component-specific biodegradation and photo-oxidation rates). The model tracks soluble and semi-soluble components of the oil (i.e., monoaromatic hydrocarbons (MAHs, such as benzene, toluene, ethylbenzene and xylene, BTEX), polycyclic aromatic hydrocarbons (PAHs), and soluble alkanes, i.e., S/SS-HCs), as well as insoluble volatile aliphatic hydrocarbons, separately from high-molecular weight non-volatile and insoluble components of the oil. These components are modeled in groups of hydrocarbons with similar physical-chemical properties, termed pseudo-components. Sublots of the discharged oil are represented by Lagrangian Elements ("spillets"), each characterized by location, state (floating, droplet in water, sedimented, ashore), mass of the various hydrocarbon components, water content, thickness, diameter, density, viscosity, and associated suspended particulate matter mass. A separate set of Lagrangian Elements is used to track mass and movements of the dissolved hydrocarbons. A detailed description of the model algorithms and assumptions is in French-McCay et al. (2018b). The floating oil entrainment model is also described in detail in Li et al. (2017).

The SIMAP model has been validated with data from >20 large oil spills, including the *Exxon Valdez*, *North Cape* and Deepwater Horizon (DWH) oil spills (French and Rines 1997; French-McCay 2003, 2004; French-McCay and

 **TETRA TECH**

100-WTR-T44521