# Exhibit B

## Filed Under Seal



# Expert Report

**Prepared for:**

*King & Spalding LLP*
*1180 Peachtree Street NE*
*Atlanta, GA 30309*

**Prepared by:**

*Dagmar Schmidt Etkin, PhD*
*Environmental Research Consulting*
*41 Croft Lane*
*Cortlandt Manor, NY 10567-1160*

**23 June 2025**

ENVIRONMENTAL RESEARCH CONSULTING

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

# Contents

Contents ........................................................................................................................................ 2

List of Tables .............................................................................................................................. 2

List of Figures ............................................................................................................................. 3

Definitions and Acronyms .......................................................................................................... 4

    Introduction.............................................................................................................................. 7

    Response Planning Discharge Volumes.................................................................................. 8

    Historical Data on Oil Facility Spills .................................................................................... 10

    Oil Facility Spills in Storm Surges ....................................................................................... 13

    General Approach to Developing Credible Discharges for Modeling..................................... 16

    Contents of Storage Tanks at New Haven Facility ................................................................ 16

    Adjustment for Preliminary Probability Distribution Function ............................................ 18

    Ballasting or Oil Removal Prior to Flooding Event............................................................... 22

    Adjustments for Oil Outflow under Flooding Conditions ..................................................... 23

    Applying Storm Failure Rates to Develop Probability Distribution Function........................ 25

    Application of Reasonable Outflow Percentage to WCDs ..................................................... 28

    Significant Conclusions ......................................................................................................... 28

    Recommendation for Credible Worst-Case Discharge Volumes for Modeling....................... 29

    Comments on Report of Richard R. Horner, PhD ................................................................. 30

    Cited References .................................................................................................................... 32

Appendix: Curriculum Vitae - Qualifications............................................................................ 34

# List of Tables

Table 1: Response Planning Volume Calculations for New Haven Facility ................................. 9

Table 2: Estimated Spill Frequency for Oil Facilities................................................................. 10

Table 3: Percentile Spill Volumes for Structural Failures ......................................................... 12

Table 4: Damage Potential from Hurricanes with Land-Fall...................................................... 13

Table 5: New Haven Facility Largest Tank Contents.................................................................. 17

Table 6: Largest Theoretical Oil Storage by Oil Type Before Flood and PDF Adjustments ...... 17

Table 7: Hypothetical Percentile Spill Volumes for Jet Fuel Spills (with Typical Fill) ............. 22

Table 8: Hypothetical Percentile Spill Volumes for No. 2 Fuel Spills (with Typical Fill)......... 22

Table 9: Hypothetical Percentile Spill Volumes for Gasoline Spills (with Typical Fill)............ 22

Table 10: Hypothetical Percentile Spill Volumes for Ethanol Spills (with Typical Fill) ........... 22

Table 11: Maximum Flood Height and Maximum Fill Levels of Storage Tanks during Flooding ........... 23

Table 12: Theoretical Volumes for Each Storage Tank under Flood Conditions ....................... 24

Table 13: Theoretical 50th/95th Percentile Spill Volumes under 100-Year Flood Fill Conditions............. 25

**CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER**

Table 14: Theoretical AMPD/MMPD/WCD Volumes under 100-Year Flood Fill Conditions .................28
Table 15: Estimated Outflow by Product under 100-Year Flood Fill Conditions .....................................28
Table 16: Credible Worst-Case Discharge Volumes for Modeling ...........................................................30

## List of Figures

Figure 1: Response Planning Volumes for New Haven Facility ...................................................................9
Figure 2: Distribution of Facility Spill Volumes .....................................................................................11
Figure 3: PDF of Facility Spill Volumes (All Causes) .............................................................................11
Figure 4: PDF of Facility Spill Volumes (Structural Failures) ................................................................12
Figure 5: Hurricane Sandy Storm Surge Potential ..................................................................................15
Figure 6: FEMA Hurricane Sandy Impact Analysis ................................................................................15
Figure 7: Approach to Developing Credible Discharges for Modeling .....................................................16
Figure 8: Hypothetical PDF for Jet Fuel Spills (with Typical Fill) ..........................................................20
Figure 9: Hypothetical PDF for No. 2 Fuel Spills (with Typical Fill).......................................................20
Figure 10: Hypothetical PDF for Gasoline Spills (with Typical Fill).........................................................21
Figure 11: Hypothetical PDF for Ethanol Spills (with Typical Fill) .........................................................21
Figure 12: PDF for Gasoline Tank Releases (100-Year Flood Fill Conditions)........................................26
Figure 13: PDF for No. 2 Fuel Tank Releases (100-Year Flood Fill Conditions)......................................26
Figure 14: PDF for Jet Fuel Tank Releases (100-Year Flood Fill Conditions) .........................................27
Figure 15: PDF for Ethanol Tank Releases (100-Year Flood Fill Conditions) .........................................27
Figure 16: Tank 1 at New Haven Terminal (from Triton Environmental 2017) ........................................31

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

# Expert Report

## Introduction

As part of Defendants' analysis of certain claims made by CLF's experts that extreme weather would damage tanks at the New Haven Terminal and cause uncontrolled releases of petroleum, I was asked to develop various spill scenarios. This report describes the development of estimated discharge volumes for the oil spill trajectory, fate, and effects modeling of hypothetical storage tank spills at the New Haven Terminal as part of a risk analysis.[2] My task was to estimate credible discharge volumes that might be used for trajectory, fates, and effects modeling, toxicological exposure analyses, and other analyses. These are *hypothetical* discharges that have not actually occurred at this facility and that are not reasonably expected to occur based on the New Haven Terminal's history and operational practices. However, this analysis was undertaken in the event of the highly-unlikely scenario in which multiple operational controls fail during an extreme weather event never before seen at the New Haven Terminal.

In developing these estimates I relied on my experience in studying and analyzing the science of oil spills since 1982. I received my BA in Biology from University of Rochester in 1977, my MA in Biology from Harvard University in 1980, and my PhD from Harvard University in Organismic and Evolutionary Biology in 1982.

I have applied my modeling, scientific, environmental, and statistical skills as a consultant and analyst for industry, governmental, and non-governmental clients since 1982. I have led or participated in over 150 projects related to oil spill risk issues. I have a reputation for conducting my analyses with integrity and without bias regardless of whether my client is in the oil industry, a governmental agency, or a non-governmental organization. I have worked on projects in the US and in several foreign nations, and internationally (for the United Nations). Most recently, I was appointed to the National Academies of Science, Engineering, and Medicine Oil in the Sea IV Committee to lead the analyses of oil spill probabilities and spill rates, along with evaluating all other aspects of oil spill prevention and response.

My complete Curriculum Vitae/Qualifications are attached in the Appendix. This includes all projects, publications, and expert witness cases that I have been involved in since 1982.

I was deposed on 12 May 2022 in Case No. 3:19-cv-00602-wmc (In The United States District Court For The Western District Of Wisconsin, Bad River Band Of The Lake Superior Tribe Of Chippewa Indians Of The Bad River Reservation, Plaintiff, Vs. Enbridge Energy Company, Inc. And Enbridge Energy, L.P., Defendants / Enbridge Energy Company, Inc., Enbridge Energy, L.P., Counter-Plaintiff, Vs. Bad River Band Of The Lake Superior Tribe Of Chippewa Indians Of The Bad·River Reservation And Naomi Tillison, ·In Her Official Capacity, Counter-Defendants.) I was engaged by Venable LLP, who were representing Enbridge Energy Company, Inc., and Enbridge Energy LP. Because I was unable to attend in person due to Covid-19 precautions and restrictions in place at the time, I testified remotely from my home office at 41 Croft Lane, Cortlandt Manor, New York.

---

[2] 481 East Shore Parkway, New Haven, Connecticut 06512