# Exhibit D

Filed Under Seal

SCIENCE

SCIENTIFIC SUPPORT &
COORDINATION, LLC

# EXPERT REPORT

*Opinions in the Matter of Conservation Law Foundation*
*v. Shell Oil Company, et al.*
*No. 3:21-cv-00933*

**Prepared for:**
*Motley Rice, LLC*
*Attorneys at Law*
*28 Bridgeside Blvd.*
*Mt. Pleasant, SC, 29464*

**Prepared by:**
*Ed Levine*
*Managing Principal*
*Scientific Support & Coordination, LLC*
*308 Durand Rd.*
*Neptune, NJ 07753*

*22 July 2025*

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*



# TABLE OF CONTENTS

INTRODUCTION................................................................................................................1

PROFESSIONAL EXPERIENCE .......................................................................................1

STATEMENTS OF PROFESSIONAL OPINIONS ...........................................................3

    1.    Oil Spill Impacts.......................................................................................................6

    2. Hurricane Incident Participation: ..........................................................................11

    3. The US Coast Guard (USCG) Sector Long Island Sound (SLIS) Area Contingency Plan (ACP) Worst Case Discharge (WCD) .................................................................22

    4. From NASEM Oil in the Sea IV, Inputs, Fates, and Effects. (2022) ......................22

APPENDICES ............................................................................................................... A-1

    APPENDIX 1 – KEY VARIABLES IN OIL SPILL IMPACT FRAMEWORK......................... A-2

    APPENDIX 2 - AIR DISPERSION MODEL................................................................... A-10

    APPENDIX 3 - LITERATURE CITED.......................................................................... A-12

    APPENDIX 4 - PROFESSIONAL QUALIFICATIONS .................................................... A-20

    APPENDIX 5 – MATERIALS CONSIDERED ............................................................... A-29

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*



## INTRODUCTION

I, Ed Levine, have been retained by Motley Rice on behalf of the Conservation Law Foundation (CLF). I was tasked with reviewing documents and providing analysis and opinions on various claims, conclusions, and opinions offered by the Defendants' (Equilon Enterprises LLC D/B/A Shell Oil Products US, Triton Terminaling LLC, and Motiva Enterprises LLC) experts in the citizen suit filed by the Conservation Law Foundation (CLF) under the Clean Water Act (CWA) and the Resource Conservation and Recovery Act (RCRA), titled *Conservation Law Foundation v. Shell Oil Company, et al.*, Case No. No. 3:21-cv-00933, in the District Court of Connecticut. This review includes the reports of Dr. French-McCay and Dr. Schmidt-Etkin and provides opinions in response to these reports.

For the citizen suit, I was hired to evaluate the potential effects of an oil spill from the Defendants' facility located at 481 East Shore Parkway New Haven, CT 06512 (hereinafter the "facility," the "Shell Site" or the "terminal") caused by extreme weather, flooding, and climate-related risks. My assessment and opinions reflect my knowledge of oil spill response and impacts. The focus of my report is on the consequences of a possible high-impact event at the facility in question. These conclusions are based on my personal experience at over 250 oil spills; knowledge gained from literature reviews, case studies, and attending numerous conferences; participation in dozens of oil spill drills and exercises—as both planner and participant; and serving as an instructor for NOAA's Science of Oil Spills classes, and teaching Incident Command System (ICS) Environmental Unit Leader (EUL) courses.

I hold the opinions expressed herein to a reasonable degree of scientific certainty. Additionally, the state of knowledge as of the date of this report may differ from the state of knowledge months in the future. Given this qualification, I reserve the right to supplement my opinions and conclusions should additional information be made available to me.

For my work in connection with this matter, Integral Consulting Inc. is being compensated at the rate of $350 per hour. This compensation does not depend on my rendering particular opinions.

## PROFESSIONAL EXPERIENCE

In the past 38 years, I have attended over 250 incident responses, ranging from oil spills to chemical releases to radiological and biological threats. These include at least seven responses to incidents caused by hurricanes and other weather-related events. The sources of pollution during these disasters were vessels, storage tanks, household goods, industrial facilities, marinas, etc.  During these responses, I was the scientific advisor to the US Coast Guard Incident Commander (think Mr. Spock to Capt. Kirk). In this role, I provided trajectory analyses, resources at risk, response strategy assessment, and alternative countermeasure recommendations, anticipated wildlife impacts, provided information management support, prepared media releases, attended public meetings, and more.

My education began with a Bachelor's degree from Boston University in Coastal Environmental Studies and was furthered with a Master's of Science from the University of Puerto Rico in Marine Sciences, specializing in chemical oceanography. My professional career started as the Monitoring Coordinator for the New York City Department of Environmental Protection, Division of Wastewater Treatment, where I managed the EPA permit compliance monitoring for the Ocean Dumping permit for sewage sludge in the New York Bight and within the harbor. After five and a half years there, I began working

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*



for the National Oceanic and Atmospheric Administration, Office of Response and Restoration's Emergency Response Division as the Scientific Support Coordinator (SSC) in New York City. My area of responsibility ranged from Connecticut to Delaware, and included US Coast Guard Sectors Long Island Sound, New York, and Delaware Bay.

The SSC role is codified in the US Code of Federal Regulations § 300.145 Special Teams and other assistance available to OSCs/RPMs. NOAA Scientific Support Coordinators (SSCs) are the primary advisors to the FOSC on scientific matters, communicating with the scientific community, and coordinating requests for assistance from State and Federal agencies regarding scientific studies. The SSC leads a scientific team and works toward consensus on scientific issues affecting the response, while also ensuring that differing opinions within the community are conveyed to the FOSC. The SSC can also assist the FOSC with information related to spill movement and trajectories. The NOAA SSC acts as the liaison between the FOSC and natural resource damage assessment (NRDA) data collection efforts, including data gathered in support of response operations. The SSC is responsible for synthesizing and integrating environmental information necessary for spill response decisions in support of the FOSC and coordinating with State representatives, appropriate trustees, and other knowledgeable local stakeholders.

During the past 38 years, I have taught courses in the Science of Oil Spills (SOS), Science of Chemical Releases (SOCR), Incident Command System (ICS), and Environmental Unit Leader (EUL), participated in numerous drills and exercises, helped write and review response plans for the USCG, been a member of Regional Response Teams I, II, and III, created national monitoring and assessment criteria for spill response alternative countermeasures, presented peer reviewed papers at national and internation conferences on spill response and crisis leadership, had the opportunities to brief presidents, ambassadors, governors, senators, congressmen, company CEOs, and many others.

Since 2020, I have worked with the National Academies of Science, Engineering, and Medicine (NASEM) on two projects related to oil spills. The first was serving as the Vice-chair of the Oil in the Sea IV report (2020-2022), which is the fourth in a series of consensus studies performed by the NASEM. This series is considered the most authoritative source of material concerning oil inputs, fates, and effects in the sea. The second project I was engaged with for the NASEM was the Gulf-Alaska Workshop series. The committee planned three workshops that engage researchers, practitioners, and other stakeholders from both regions. The specific workshop topics were developed by the planning committee to ensure they are relevant and beneficial to stakeholders from both regions, while also being consistent with the Gulf Research Program's (GRP) mission and purpose. Topics included, but are not limited to, the restoration of oil-afflicted ecosystems, particularly those that support species of commercial, recreational, and cultural value; how climate change impacts could exacerbate oil spills; and potential impacts of oil spills on local communities. The final report is currently in the process of being written.

I have provided expert testimony through a deposition for the NOAA following an incident in which the government was involved. Additionally, in 2022, I was hired to provide consultative services and expert testimony for a case in Panama involving a tug and barge accused of releasing oil. [First Maritime Court of Panama, docket number RUE No. 48103-2022 / File No. 25-2022; 05/25/2023]

*For a comprehensive curriculum vitae, please refer to Appendix 4.*

    *CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*



**SCIENTIFIC SUPPORT & COORDINATION, LLC**

S S & C, LLC

## STATEMENTS OF PROFESSIONAL OPINIONS

After a career responding to disasters of all magnitudes, which entailed participating in classroom and online learning situations, on-the-job training experiences, mentoring by others, exposure to issues around the world, attending and presenting at local, regional, national, and international conferences, working hundreds of incidents, writing and reviewing plans and manuals, and teaching professional course, my opinions on this matter are as follows:

### Opinion 1 – Oil spills are unique.

Depending on the circumstances surrounding a specific oil spill, many of the impacts and outcomes vary from incident to incident. There are numerous independent and dependent variables to be considered for each specific case and scenario. Furthermore, each incident changes from day to day as new data is gathered, assessed, considered in conjunction with other changing facts, and presented to decision-makers to consider for continuing or modifying current response strategies and options.

Two axioms that many professional spill responders hold to are:
- "We have never been to the same spill twice."
- "We reserve the right to be smarter later."

In the first case, due to the almost infinite variables that can change (think of a Rubik's cube) from one incident to the next, predictions of specific outcomes at the onset are difficult to make. However, educated generalized strategies and subsequent behaviors can be made. As time passes and details become more solid, as opposed to the rapidly changing facts during the initial phase of a response, better predictions and outcomes are possible. Oil spill models work on the same principle. They are initiated with the basic facts known at the inception of an incident, and subsequently updated and recalibrated daily with new data. No model is perfect, as they operate on the principle of garbage in/garbage out.

Variables for an oil spill may include: location, time of year, weather, oil type, volume of oil, substrate of receiving body, available nutrients, shoreline types, distance from shore, proximity to population, resources available to respond, political circumstances, who the responsible party is, has this happened before in the area, local knowledge, etc.

The Oil Spill Modeling report cited by expert Dr. French-McKay compares variable scenarios to assess possible outcomes from an oil release at the New Haven Terminal. However, a spill during a severe weather event or catastrophic release will behave differently in some aspects than the most probable outcomes identified. The most accurate models are run with local conditions and spill-specific data. These runs certainly help bound the issue, but for any actual release, specific model runs would be necessary, as each set of conditions would be unique.

*See Section 1 and Appendix 2 below for additional information to support this opinion.*

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*



### Opinion 2 – Oil spills may cause imminent and substantial impacts to the environment, flora and fauna, and people.

Everything we do has impacts, whether anticipated or unanticipated. Oil spills are no exception. These impacts can range from negligible to disastrous. The primary goals of any response are to prevent worsening the situation and to mitigate the spill's impacts, thereby reducing the recovery time.

For each incident NOAA is involved with, a Resources at Risk report will be generated for the Environmental Unit to use to triage response activities and help decision-makers. General categories of resources covered are birds, fish, shoreline types, mammals, reptiles, habitats, and humans. As previously stated, each oil type will have different anticipated effects on the resources depending on the potential for contact, duration, and quantity.

In addition to the liquid oil, the aerosols and vapors may have impacts on animals and people. In Appendix 2, an example air dispersion model for a 1,000,000-gallon release of gasoline on the Motiva New Haven facility was run. Under the conditions used for this model run, an air plume can be seen to extend almost six miles downwind at the odor threshold concentration (0.25 ppm). In the New Haven area, this could represent impacts on thousands of people. While the odor threshold is below any government action level criteria for direct health effects, the volume of 911 calls from concerned citizens will be great. Additionally, some sensitive populations (elderly, frail, or very young) may experience adverse effects from even this low an exposure.

Gasoline also represents a great fire and explosion risk. While the explosive atmosphere concentrations will probably be contained mostly within the facility boundaries, the effects of any significant explosion will reverberate throughout the community. Within the yellow zone (0.41 miles) of the flammable model run are three fire stations and one police station, along with dozens of private homes.

For any substantial oil spill, natural resource trustees will perform a Natural Resource Damage Assessment (NRDA). The assessment quantifies both the number of individual animals or acres of habitat injured and puts a monetary valuation on restoring the environment. These assessments may run into the millions and billions of dollars.

The NASEM Gulf-Alaska Knowledge Exchange (2025) series of three workshops brought together people from various backgrounds and expertise who were affected by the Deepwater Horizon (DWH) and Exxon Valdez Oil Spill (EVOS) to discuss lessons learned, impacts felt, what went right, and what could have been done better. The report is still in the process of peer review, but I can state that there were still societal and individual impacts 35 years after EVOS and 15 years after DWH. Even to the point of having lingering second-generational effects.

While the Expert Report prepared by Dr. Schmidt-Etkin states "oil facility spills are highly unlikely events for any particular facility or storage tank," I would point out that the percent probability of a spill is not zero. Government regulations still require plans to address possible worst-case scenarios. These regulations are based on minimum regret versus maximum win situations.

*See Section 1 and Appendices 1 and 2 for details in support of this opinion.*

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*

### Opinion 3 – Hurricanes and other weather-related factors may cause oil spills.

When severe weather occurs, issues may arise that are not anticipated in facility prevention and response plans and site construction. Due to the very nature of the variability, intensity, and numerous other factors, not every contingency can be accounted for when preparing to prevent or respond to a pollution event. In my professional career, I have been a witness to the unforeseen impacts of oil spills that have occurred due to natural disasters and human causal factors.

One factor to consider in the case of oil spills occurring during weather events is the compounding nature of the oil on top of the damage already wrought by the weather event. This both complicates the ability to respond and multiplies the mental toll on people.

My first large oil spill response activation was to the Ashland Oil spill in the Monongahela River near Pittsburgh. The cause of the incident was determined to be structural failure leading to a total tank collapse.

Hurricane Katrina caused multiple oil spills, including eight major releases. According to the U.S. Coast Guard, there were about 44 oil spills in the area affected by Hurricane Katrina, though most occurred in areas of Plaquemines Parish, which do not have large populations. The Murphy Oil refinery was flooded with 6 to 18 feet (1.8 to 5.5 m) of water, and a 250,000-barrel (40,000 $m^3$) above-ground storage tank at the refinery was dislodged from its moorings and damaged in the flooding. At the time, the tank contained approximately 65,000 barrels (10,300 $m^3$) of mixed crude oil; a breach in the tank's side wall released up to 25,110 barrels (1,055,000 US gal), though the pressure from the floodwaters kept the oil inside of the tank until the waters had receded to about 4 feet (1.2 m), five days after the storm had passed (Wikipedia, 2025). The Murphy Oil release affected approximately 1,600 homes and thousands of people. The storm surge was great enough that tanks were moved from their bases like hockey pucks.

Super Storm Sandy caused three major oil spills in NY/NJ harbor as well as hundreds of smaller releases. The Motiva spill released 336,000 gallons of diesel, which leaked into waters between Staten Island and New Jersey. The spill took weeks to clean up, with most of the diesel fuel evaporating.

*See Section 2 for details in support of this opinion.*

### Opinion 4 – To prevent or minimize future oil spills, facilities need to address climate change impacts.

Looking at trends in sea level rise on the north shore of Long Island Sound (LIS), Bridgeport, CT, data shows from 1965 to 2024 a rise of up to 11.44 inches in mean sea level with an average trend line of 8.44 inches during that period. The relative rise in sea level trend is 3.44 millimeters/year with a 95% confidence interval of +/- 0.38 mm/yr based on monthly mean sea level data from 1964 to 2024, which is equivalent to a change of 1.13 feet in 100 years. (LIS Partnership, 2025.)

According to CT Sea Grant (UCONN, 2025), climate change in Connecticut is translating into:
Changes in Precipitation Patterns:
- Overall increase in annual precipitation, especially during winter and spring, with potentially less significant changes during summer and fall.

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*

- More frequent and intense heavy rainfall events leading to increased risk of flooding, erosion, and pollution runoff.
- Increased risk of both floods and droughts due to rising temperatures melting snow earlier, and increasing evaporation during summer and fall.

Sea Level Rise and Coastal Impacts:
- Significant sea level rise along the Connecticut coast (up to 1.5 feet by 2050 and 3 feet by 2100).
- Increased coastal flooding, including nuisance flooding (high-tide flooding without storms) and severe flooding from storm surges.
- Degradation and loss of coastal wetlands, which provide natural buffers against flooding and support ecosystems.
- Increased erosion and damage to coastal infrastructure (roads, rail lines, airports).

See Sections 4 and 5 for details in support of this opinion.

## 1.  OIL SPILL IMPACTS

Every oil spill incident is unique! There are certainly lessons learned from each incident and generalities that can be assumed, but each spill has its own unique set of parameters. These may include: location, time of year, type of oil, amount spilled, weather, tides and currents, resources available, response operations, community preparations, local knowledge, etc. Figure 1 depicts how these factors may be influential in affecting the impacts and outcomes from an oil spill and the subsequent response to it.



**Fig. 1.** Oil spill impacts framework. (BOXES = outcomes, lowercase = variables, solid lines = linkages between oil spill occurrence and socioeconomic impacts, dotted lines = linkages between exogenous variables and outcomes. Grey boxes indicate oil spill outcomes; green boxes, ecosystem consequences; and orange boxes, societal consequences.) Source: Chang et al., 2014.

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*



As identified in Chapter 6 in the Oil in the Sea IV report (NASEM, 2022) and referenced here: "Studies should focus on the health effects of the oil spill rather than solely on the health effects of the oil." Just as every oil spill has different effects on ecosystems, so do they also differ greatly in their direct and indirect effects on humans.

Mechanisms of impact from oil spills include: physical contact, ingestion, inhalation, and absorption. In the marine ecosystem, these can impact mobility, impair thermoregulation, cause dermal irritation, asphyxiation, gastrointestinal damage, hepatotoxicity, renal dysfunction, immune system impairments, neurological deficits, hormonal system disruption, anemia, growth inhibition, acute toxicity, cardiovascular impairment, immune system impairment, and behavioral effects.

Crude oil is a mixture of hydrocarbons that vary according to source. As with other species, two of the major factors determining the human health effects of oil in the sea are the chemical and physical composition and properties of the oil, and the products of chemical and physical transformations of oil components within the environment. The major components known to have human health impacts are the monocyclic and polycyclic aromatic hydrocarbons. Crude oils also vary in their composition of trace elements such as arsenic.

Similar to marine and shore biota, the major factor determining the extent of human exposure to oil in the sea and its derivatives is location in relation to human habitation and activities. Seafood gatherers, other maritime workers, and those employed in the offshore oil industry are more likely to be exposed at work. Again, similar to many marine species, the location of humans often depends on the stage of life. Local weather is important in determining both the direction of movement of the oil components in air or water, and the activities of humans that result in exposure. These all factor into decisions by authorities restricting public access to contaminated shorelines until cleanup activities have been completed.

Human exposure pathways will differ greatly for different oil components. Those living or working on or near the shoreline will generally have relatively larger exposures to airborne volatiles, such as benzene, toluene, ethylene, and xylene (BTEX), particularly when oil releases are near the shore. Factors affecting the extent of human exposure to BTEX include their chemical degradation rates, the amount of BTEX in the oil, the usage of subsea dispersant injection, the length of time for the crude to travel toward the shore, water temperature, wind direction, tidal direction, water turbulence, the proximity of humans to the shoreline, their activities (including breathing rate), and (if they are indoors) air exchanges and flow rates. Skin absorption of BTEX also occurs.

Acute effects of crude oil include skin and eye irritation, dizziness and other neurotoxic effects, and effects on the respiratory tract, including throat irritation and cough. The known human carcinogens present in crude oil are benzene and the class of compounds known as PAHs. Reports of longer-term respiratory tract effects have been noted by a number of investigators. Community studies include the finding of asthma, respiratory tract allergies, and deficits in pulmonary function in children. Toxicological evidence suggests the possibility of reproductive and developmental toxicity from crude oil components, particularly PAHs.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

An extensive body of literature unequivocally documents mental and behavioral effects in those directly involved in disasters. The evidence gathered from studies of the DWH and other oil spills fully supports this emerging consensus. Of particular pertinence is the growing evidence that major oil spills produce mental and behavioral effects unrelated to direct contact of community members with oil or its components. Both the extent of economic loss and the duration of time until the reopening of seafood gathering are significant factors in the causation of human mental and behavioral health effects. Loss of income from the oil spill also appeared to be a factor.

Workers enrolled in the NIH GuLF Study (Gulf Long-term Follow-up Study) were relatively well paid but yet had an increased incidence of major depression, PTSD, and generalized anxiety, in which a greater level of physical effects played a major role.

**OITS IV – Recommendations Section 7.3 Minimizing Effects**

Human Health: A healthy ecosystem includes the people working, living, and recreating along its shores, and the sustainability of marine resources such as food, energy, and transportation. The governmental agencies involved in oil spill response should upgrade the priority and attention given to individual and community mental and behavioral effects and community socioeconomic disruptions in Incident Command System decision-making and response processes. (NASEM, 2023.)

**Summary of Identified Potential Medical Impacts to Humans from Oil Contact (Zafar. 2006)**

Ocular: Sore, itchy, watery, red eyes
Respiratory: Dry, scratchy, sore throat, cough, shortness of breath, difficulty breathing, and wheezing.
Skin: Itchy, irritated skin
Nervous System: Nausea, vomiting, headache, dizziness, and weakness of extremities.
Other Symptoms: Fever, loss of appetite, and general fatigue.

**OIL SPILL PLANNING**

An example of a *Resources at Risk Report* produced by the NOAA Emergency Response Division for a possible major oil spill incident in the New Haven area, produced for a USCG spill drill in 2008 is included. The Magellan oil storage facility is just north of the Pearl Harbor Memorial Bridge, less than one mile from the New Haven terminal.

**Resources at Risk Report**

**I.    Spill Source Information**
This report was prepared at 1600 EDT on 21 April 2008.  Information in the report is based on the drill scenario that 50,000 gallons of fuel oil No. 4 were released near the Magellan tank farm (41° 17 55'N, 072° 54 01'W) on 4 June 2008 beginning at 0930.

**II.    Geographic Region Covered**
This report covers the New Haven Harbor, from Fort Hale Point upstream to Lewis Bridge that crosses the Quinnipiac River. This will include the entrance of West River and Ball Island. This area does not

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*

necessarily correspond to actual or potential oil locations. Consult other Hotline reports for oil location information.

## III.  Expected Behavior of the Spilled Material

Fuel oil No. 4 is usually a blend of distillate and residual fuel oils, such as No. 2 and 6; however, sometimes it is just a heavy distillate. It is likely that this oil will behave like a medium weight oil. However, depending on the exact mixture, this oil could behave more like a light oil, or a heavy oil, or could possess characteristics of each type. This product may coat the intertidal environment and animals on the water surface. The product may be acutely toxic to water column organisms, depending upon the amount of light fractions present. In heavy seas, it is possible that the product will mix into the water, causing potential impacts to water column and benthic resources. Depending on the nature of the oil and weather conditions, if the product mixes with suspended sand, or if it picks up sediment on the shoreline, it could collect on the bottom in sheltered areas.

## IV.  Shoreline Resources at Risk

The shoreline along New Haven Harbor is primarily composed of riprap, exposed solid manmade structures, coarse-grained sand beaches, and exposed tidal flats. The mouth of the West River has salt and brackish-water marshes as well as riprap and solid manmade structures. Upstream of the I-95 Turnpike, the Quinnipiac River shoreline is dominated by sheltered solid manmade structures, salt and brackish-water marshes (mostly on the eastern shoreline), and sheltered tidal flats. Bald Island is made up of mostly sheltered solid manmade structure with some fringe marsh on the northern end of the island.

The most sensitive habitats in the area are the salt and brackish-water marshes and sheltered tidal flats. The marshes are highly productive, serving as important wildlife habitat and nursery areas for fish and shellfish. The oil may leave a vertical band, or several vertical bands of oil on the tidal marsh vegetation. The fresh oil could penetrate into the marsh sediments and any wrack or litter. The fresh oil may be acutely toxic to wetland vegetation, especially if oil penetrates into the sediments. Where wetland sediments are muddy and soft, it is important to prevent excessive disturbance and further mixing of oil into the substrate by foot traffic during cleanup activities, as this could result in more severe and long-term impacts to the marshes.

On manmade structures and sheltered riprap, persistent oil may be found on porous surfaces, such as cavities between riprap, or under docks and in piers. The oil will readily adhere to solid surfaces. These habitats may have attached biota living on them that may be impacted by the oil.  Riprap can be very difficult to clean because of limited access to surfaces inside the crevices, and the crevices can contain a large amount of oiled debris.

On sand beaches and exposed tidal flats, oil may form a band of oil on the substrate, especially along the high tide line. Heavier accumulations could penetrate into the sediments. Lighter oils tend to penetrate deeper than heavier oils, and penetration is greatest in coarse, well-sorted sediments. These habitat types are the easiest to clean because they are highly trafficable. Manual removal methods are preferred over mechanical methods to minimize the volume of sediment removed and reduce the risk of mixing oiled sediments deeper into clean sediments.

     *CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*



## V.    Biological Resources at Risk

### Birds

Shorebirds (e.g., plovers, sandpipers, willets) may be found on beaches, tidal flats, and in marshes. Wading birds (e.g., herons, egrets, rails) can be found along sheltered tidal flats and in marshes. Deeper water species (e.g. diving birds) are likely to be found throughout the nearshore environment and in rivers.

Diving birds, such as brown pelicans and cormorants, are usually at high risk during oil spills because they spend nearly all their time on the water surface. Wading birds and some shorebirds may be directly oiled and can become oiled on the upper body and feathers by coming in contact with oiled vegetation or wrack. Direct oiling of birds reduces the buoyancy, water repellency, and insulation provided by feathers, and may result in death by drowning or hypothermia. Preening of oiled feathers may also result in ingestion of oil resulting in irritation, sickness, or death. Bird oiling, particularly of wading birds, may continue even after the floating oil slicks have been removed, depending on the extent of oiled vegetation.

### Fish

Species common at this time of year in New Haven Harbor, West River, and Quinnipiac River include: Atlantic sturgeon (state threatened; juveniles and adults), American eel (larvae, juveniles), Atlantic herring (juveniles), Atlantic menhaden (spawning, all life stages), bluefish (adults), striped bass (juveniles, adults), summer flounder (juveniles, adults), tautog (all life stages), and weakfish (spawning; eggs, larvae, adults). Winter flounder (larvae, juveniles, and adults) are also found in these waters with high concentrations occurring in New Haven Harbor.

Anadromous or semi-anadromous species found in Quinnipiac River include: alewife (eggs, larvae, juveniles), American shad (spawning; eggs, larvae, adults), blueback herring (spawning; eggs, larvae, adults), brown trout (spawning; juveniles, adults), gizzard shad (spawning: eggs, larvae, adults), rainbow smelt (larvae, juveniles), and white perch (spawning; all life stages).

There may be some mortality of eggs, larvae, and juvenile fish in shallow water areas where there is less dilution and the animals are less likely to avoid the oil. There may also be some impact to the adult fish if oil concentrations are heavy.

### Invertebrates

Blue crabs (eggs, larvae, juveniles, and adults) are present in New Haven Harbor, West River, and Quinnipiac River and may be spawning at this time. Early life stages and adults of eastern oyster, softshell clam, and northern quahog are present in New Haven Harbor. Very high concentrations of horseshoe crabs are reported in the harbor and may be spawning at this time.

Oysters may be heavily impacted by the oil since they live in the intertidal zone. As filter feeders, they may concentrate oil in their tissues while feeding. Mortality and sublethal effects, including tissue

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER



tainting, may occur in oysters exposed to oil. There may also be some mortality in crabs and other shellfish, with the early life-stages in the shallow, nearshore waters at greatest risk.

### Marine Mammals / Reptiles

Muskrats may be present in marshes and can be severely impacted by swimming through oil slicks or contacting oiled marsh vegetation. These animals may become coated in the oil, resulting in loss of insulation and water repellency provided by the fur. Grooming of contaminated fur can also result in sickness or death, depending on the amount of oil ingested.

Diamondback terrapins may also be present in salt and brackish-water marshes and may be nesting at this time. They are more likely to be found in the marsh complex upstream of the Lewis Bridge but they may travel to the marshes found just south of the bridge during their active summer months.

### Sensitive Habitat

An endangered plant is located along the eastern shoreline just north of Fort Hale Point. The location is further upland so it should not be at risk of oiling via the New Haven Harbor waters, however, cleanup crews accessing the sand beach along the shoreline should be aware of its presence. Contact the Connecticut Department of Environmental Protection (860/424-3378) for more information.

### VI.  Human-Use Resources at Risk

A shellfish aquaculture site is located within New Haven Harbor just east of West River. Contact the Connecticut Bureau of Aquaculture (203/874-0696) for further information. There are several marinas located throughout the area: two at the entrance of the West River and one south of the Lewis Bridge on the western shoreline of the Quinnipiac River.

## 2. HURRICANE INCIDENT PARTICIPATION:

During my career with NOAA as both a responding SSC and a manager of SSCs, I participated directly and indirectly in the response to the aftermath of numerous hurricanes. These include:
- Mitch – Honduras and Nicaragua (1998)
- Sandy (2012) - three oil spill incidents – KMI Bayway / Motiva / Phillips 66
- Katrina (2005) – 22 Incidents reported in LA, MS, and AL in NOAA IncidentNews.
- Rita (2005) – 9 oil spills
- Ike (2008) – 60 Pollution Cases Reported. These included nine from tank farms, plus others from sunken vessels and barges, pipelines, oil wells and platforms, hazmat and wastewater, and unknown sources.
- Harvey (2017) – Damage and debris
- Irma (2017) – Damage and debris
- Maria (2017) – Damage and debris

The NOAA IncidentNews site contains 94 incidents related to hurricanes.

Texas General Land Office (TGLO) oil spill reports from Hurricane Rita:

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*

SCIENTIFIC SUPPORT & COORDINATION, LLC

1. Sabine Offshore Services (2005-3157). 70,000 gallons of diesel remaining in a tank were displaced to the Texas Point Refuge. Tank leaked approximately 100 gallons overnight.
2. Martin Midstream (2005-3197). Containment area cleaned of product.
3. Sunken F/V Fatima Lady (2005-3198). F/V leaking.
4. Tri-Con (2005-3199). Small tank farm with 5 tanks. Total volume is 96,000 gallons. All tanks moved breaking piping. Total loss of product is unknown. Tanks lost all of their contents. No responsible party.
5. Exxon Mobile Beaumont Facility (2005-3195). Spill of 1,000 gallons spilled into a ditch. Coastal waters not impacted.
6. Drilling Rig Nabors 409 - Nabors Oil Co. (2005-3196). Direct oil path was observed leading to water.
7. Valero * Port Arthur (2005-3107) Spill occurred September 24. Need to follow up on five BBL spill.
8. Exxon Mobil * Beaumont (2005-3121). Spill occurred on September 25.
9. Valero Refining Port Arthur (2005-3125). Spill occurred on September 26. Non-Oil spill according to subsequent report (2005-3133).

Below are photographs, a graphic, and background information from prior spills that I have personally participated in, either directly or indirectly, following hurricanes, severe weather, and catastrophic failures, to help illustrate the impacts of these events.

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*

SCIENTIFIC SUPPORT &
COORDINATION, LLC



**Photo 1**: Shell Pilot Town overflight in the aftermath of Hurricane Katrina (09/08/2005). Storage tanks were breached and moved. Reported Cumulative Volume Spilled: 25,435 bbl. (1,068,270 gallons) of Heavy Louisiana Sweet Crude Oil. Reported Cumulative Volume Recovered: 20,448 bbl. (858,516 gallons) on 14 October 2005. Source: NOAA IncidentNews, courtesy USCG.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER



**Photo 2**. Shell Pilot Town in the aftermath of Hurricane Kartina (10/02/2005). Storage tanks were breached and moved.
Source: NOAA IncidentNews, courtesy USCG.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

SCIENTIFIC SUPPORT &
COORDINATION, LLC



**Photo 3**. The two tanks at the rear of the Bass Enterprises facility were dislodged and moved during Hurricane Katrina (10/2/2005). Source: NOAA IncidentNews, courtesy USCG.

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*



**Photo 4**. Murphy Oil Spill overflight photo in the aftermath of Hurricane Karina, (09/05/2005). Source: NOAA IncidentNews, courtesy Louisiana DEQ.

Murphy Oil - The Murphy Oil USA refinery spill was an oil spill that resulted from the failure of a storage tank at the Murphy Oil USA petroleum refinery in the residential areas of Chalmette and Meraux, Louisiana, United States, on August 30, 2005, the day after Hurricane Katrina made landfall on the U.S. Gulf Coast. A class-action lawsuit against Murphy Oil ended in a settlement in 2009; the company was required to pay $330 million to 6,200 claimants, including owners of about 1,800 affected residential properties in St. Bernard Parish, Louisiana. (EcoHubMap.com)

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*

SCIENTIFIC SUPPORT &
COORDINATION, LLC



**Image 5**. Overflight map of oil spills after Superstorm Sandy, (11/01/2012). Source: NOAA (Levine).

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*



**Photo 6**: Motiva Sewaren, NJ facility after Superstorm Sandy, (11/01/2012). Tank #15 is identified as the breached tank causing the oil spill. Oil sheen is visible in the creek. Source: NOAA (Levine).

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*

SCIENCE
S S & C, LLC

SCIENTIFIC SUPPORT &
COORDINATION, LLC



**Photo 7**: Motiva Sewaren, NJ facility, Super Storm Sandy, (11/02/2012). Sheen on the Arthur Kill from Woodbridge Creek. Black oil along the bulkhead is partially contained within boom. Photo Credit: NOAA (Levine).



**Photo 8**: Motiva Sewaren, NJ facility, after Super Storm Sandy (November 2013). One year after Sandy hit, Motiva was testing a new type of epoxy resin to secure the tank base to the pad to keep water from getting underneath it.  In addition, Motiva installed new electrical equipment and a newly configured piping system.  Motiva also raised the dikes surrounding the tanks to help prevent flooding and contain spills. Photo Credit: NOAA (Levine).

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*



**ASHLAND OIL SPILL – JANUARY 2ND, 1988, DUE TO TANK FAILURE AND COLLAPSE.**

The tank released its entire contents of 3.85 million gallons of diesel fuel, flooding the complex grounds, and sending some 750,000-to-800,000 gallons of the fuel into the Monongahela River.

The tank's failure occurred while it was being filled to capacity for the first time after it had been installed at Ashland's Floreffe storage yard. The big tank, which had been previously used in Ohio, was dismantled there and moved to Pennsylvania, where it was reassembled. When the tank split apart, its contents overwhelmed the standard earthen containment dikes, as millions of gallons of diesel fuel swamped and flooded the storage complex and flowed across adjacent property, reaching a nearby drain. About 775,000 gallons of the spilled fuel entered the Monongahela River through the drain.

The force generated at the site by the escaping fuel volume as it burst from the tank was considerable. Some local residents reported hearing a low-level explosion-like sound as the tank split apart. The escaping oil from the big tank actually propelled it backwards off of its foundation, ripping and bending the structure. The steel shell of the tank itself was left "twisted and contorted" on the ground, as the Pennsylvania Department of Environmental Protection (DEP) would later report.

Another large storage tank, about one hundred feet away, was crumpled at its side by the impact of the surging fuel from the burst tank. A second nearby tank exhibited brownish stains all the way up its side – some forty feet from ground level – where the escaping fuel had splashed against it. One small structure also in the path of the spill was washed away.

On the first night following the spill, some 242 families – about 1,200 people – were evacuated from their homes in Jefferson and Elmrama in Washington County near the Ashland facility. Firefighters from the Floreffe Volunteer Fire Co. had begun going door-to-door in the area telling people they had to leave their homes as a precaution for safety reasons.

The spill's pollution of the Monongahela and Ohio Rivers created an acute public safety emergency. Public water systems were shuttered and more than one million people in some 80 communities downstream in Pennsylvania, Ohio, and West Virginia were affected. Some towns were without regular water services for up to eight days. Thousands of birds and fish were killed. (Doyle, 2015.)

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*

SCIENCE
S S & C, LLC
*Balanced Results*

SCIENTIFIC SUPPORT &
COORDINATION, LLC



**Photo 9**. January 1988: Workers at Ashland's Floreffe, PA storage yard in the aftermath of a tank collapse, try to clean up some remains of spilled diesel fuel in an earthen-berm containment area. Photo, Darrell Sapp/Pittsburgh Post-Gazette.



**Photo 10**. Nearby tank damage was caused by the force of escaping oil from the collapsed tank at Ashland's Floreffe complex. Photo, NOAA.

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*



SCIENTIFIC SUPPORT &
COORDINATION, LLC

## 3. THE US COAST GUARD (USCG) SECTOR LONG ISLAND SOUND (SLIS) AREA CONTINGENCY PLAN (ACP) WORST CASE DISCHARGE (WCD)

According to the June 2024 USCG ACP, the WCD for a waterfront facility was determined to be the Buckeye Terminals New Haven waterfront facility. The calculated WCD amount of oil was 27,619 BBLs (116,000 gallons). This facility is similar in scale and location to the Motiva Enterprises facility across the harbor.

The Long Island Sound Coastal Zone is home to 33 fixed facilities involved with transferring oil and/or hazardous materials in bulk. Of these, onshore fixed oil storage facilities present the highest potential volume of oil spill. A possible WCD scenario is multiple tank failures at an onshore facility during a severe storm. Common products handled at the largest of these facilities include diesel fuel, fuel oil, gasoline, and various petroleum products. The WCD is based on a catastrophic failure of the largest tank and all piping carrying oil between the marine transfer manifold and the non-transportation-related portions of the facility. The loss of the entire capacity of all in-line and break out tank(s) needed for the continuous operation of the pipelines used for the purposes of handling or transporting oil, in bulk, to or from a vessel regardless of the presence of secondary containment are calculated based on the largest facility within the Long Island Sound Coastal Zone Captain of the Port zone. (USCG, 2024.)

## 4. FROM NASEM OIL IN THE SEA IV, INPUTS, FATES, AND EFFECTS. (2022)

**Coastal Storage Facilities**

Coastal storage facilities included under the Transportation category of the Oil in the Sea III and Oil in the Sea IV studies include large oil terminals at which oil transported by tank vessel or pipeline is loaded and offloaded, and stored. These facilities do not include smaller consumer-oriented fuel storage facilities (local home heating oil storage or marinas) or facilities involved in the consumption of oil (e.g., power plants and manufacturing facilities).

With the storage of large quantities of oil at coastal terminals (individual storage tanks may contain as much as 300,000 bbl of oil), there is a possibility of a significant facility spill in the future. Spills that occur from storage tanks at coastal terminals will usually be contained within required secondary containment. However, there are circumstances when this containment, which is designed to hold more than the volume of the tanks, may be breached, causing some or all of the spilled oil to enter a waterway. This may occur during heavy flooding conditions and during hurricanes or other storms. There is also the possibility that flood waters may swamp the containment area, in which case secondary containment is generally ineffective and oil may enter marine waters.

In the United States, Hurricanes Katrina and Rita in 2005 caused significant damage to coastal terminals in Louisiana and Texas and the release of nearly 132,000 bbl (19,000 MT) of oil. One 12,000-bbl tank was lifted and moved 3 miles in a Texas marsh by the tidal surge during Hurricane Rita (USCG, 2006.)

In 2017, Hurricane Harvey caused damage to more than two dozen aboveground storage tanks in Texas, spilling more than 24,000 bbl of oil and chemicals. The largest spillage came from two storage tanks that released 12,000 bbl (1,714 MT) of gasoline. This event, in addition to the incidents that occurred

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*



during Hurricanes Katrina and Rita, clearly exposed the vulnerability of aboveground storage tanks to damage from severe storms and flooding (Bernier et al., 2017).

With the potential for increasing intensity and frequency of hurricanes due to climate change and sea level rise (Webster et al., 2005; Elsner et al., 2008; Bender et al., 2010; Knutson et al., 2010; Kang and Elsner, 2015), the risk for major spills from coastal terminals may be increasing.

Conclusion—The potential for future spillage related to storm damage of offshore structures, pipelines, and coastal facilities, particularly in light of increased intensity and frequency of severe storms and hurricanes related to climate change, represents a considerable risk of future oil inputs into the marine environment.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

I certify under penalty of perjury that the opinions expressed in this expert report are true and correct to the best of my knowledge and ability. My opinions are stated to a reasonable degree of certainty and are consistent with prevailing and scientific standards of practice.

_____

ED Levine
Manager,
SS&C, LLC

\_\_\_\_\_22 July 2025_____
Date

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER



SCIENTIFIC SUPPORT &
COORDINATION, LLC

# APPENDICES

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*

## APPENDIX 1 – KEY VARIABLES IN OIL SPILL IMPACT FRAMEWORK

## Appendix 1. Key Variables in Oil Spill Impact Framework

**Table A1.1  Oil spill variables**

| Variable | Effect | Citations |
|---|---|---|
| Ship safety features | Double-hulled ships are less accident-prone than single-hulled ships and spills from double-hulled ships may be less costly. | Burgherr 2007; Nyman 2009; Alló and Loureiro 2013 |
| Location of spill | Offshore spills have less direct economic impacts than nearshore spills in proximity of human populations. | White and Molloy 2003; Kontavos et al. 2010 |
| Spill amount and rate | Increased amount of oil spilled increases total damages. Continued release of oil over months necessitates multiple waves of response efforts. | White and Molloy 2003; Loureiro et al. 2005; Punzon et al. 2009; Alló and Loureiro 2013 |
| Type of oil | Chemical composition of oil influences dispersal characteristics (distance, depth, and degradation rate) and toxicity. | McCoy and Whittier 2003; Herrington et al. 2006 |

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*

**Table A1.2  Disaster management variables**

| Variable | Effect | Citations |
|---|---|---|
| Timing of response | A rapid response can reduce oil spill impacts by orders of magnitude. | U.S. Department of Commerce 1983; Grigalunas et al. 1986; White and Baker 1998; White and Molloy 2003; Nyman 2009 |
| Governance | Response plans and on-scene command structures play a critical role in reducing impacts. | U.S. Department of Commerce 1983; Rodin et al. 1992; Ritchie 1995; White and Molloy 2003 |
| Response technology | The mix of technologies used to respond (e.g., dispersants, skimmers, manual collection) can increase or decrease response efficiency. These technologies may also create their own short- and long-term damages. Improvements in technology are also driving up response costs. | George 1961; Foster et al. 1990; De Vogelaere and Foster 1994; Ritchie 1995; Moore et al. 1998; Pearson et al. 1998; Trudel 1998; White and Baker 1998; Cohen et al. 2001; White and Molloy 2003; Vosyliene et al. 2005; Franklin and Warner 2011; Cheong 2012; Fingas 2012 |
| Human capital | The use of volunteers, military, and other non-market labor can affect response costs (both positively and negatively). | Loureiro et al. 2005; Cheong 2011; Fourcade 2011; Tucker and O'brien 2011 |
| Natural processes | Oil-eating bacteria and other natural processes affect recovery times. Some natural process can be reduced by human cleanup strategies (e.g., dispersants can affect oil-eating bacteria). | Hazen et al. 2010; Gutierrez 2011; Hamdan and Fulmer 2011. |
| Local culture and context | The scale of cleanup demanded by citizens is culturally specific (i.e., different countries require different levels of recovery) and has increased over time. Also, costs vary by local economic context. Response and recovery are more expensive in some countries than others. | Wirtz et al., 2007; Nyman, 2009; Kontovas et al., 2010; Alló and Loureiro, 2013; Fingas, 2013 |

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*




SCIENTIFIC SUPPORT &
COORDINATION, LLC

**Table A1.3  Marine physical environment variables**

| Variable | Effect | Citations |
|---|---|---|
| Connecting waterways | Interconnectivity of waterways allows oil to leave the waterway where the spill occurred and enter other waterways, impacting other municipalities | |
| Tides and currents | Ambient tide and current conditions will dictate the dispersal rate and direction of the spilled oil | e.g., Hodgins et al. 1991; Sheng and Hodgins 2004; David Suzuki Foundation 2013 |
| Wave exposure | Sites exposed to waves will exhibit increased rates of natural degradation of oil over sheltered waterways | Owens et al. 1987; Carls et al. 2001 |
| Temperature and salinity | Temperature and salinity influence solubility of oil, rates of oil degradation and effectiveness of oil dispersants | Whitehouse 1984; Blondina et al. 1999; Chandrasekar et al. 2006 |
| Substrate at site exposed to oil | Contrary to sites with rocky substrate, oil can penetrate deeply into sandy sediments and can persist for decades | Carls et al. 2001; Li and Boufadel 2010 |
| Weather conditions | Prevalent winds may change the dispersal patterns of surface oil (favourably or unfavourably) and may inhibit response efforts | Moldan et al. 1985; Law and Kelly 2004; Wirtz et al. 2007 |

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*



**Table A1.4  Marine biology variables**

| Variable | Effect | Citations |
| --- | --- | --- |
| Exposure to toxins | Heavy crude oil products are often diluted with toxic chemicals, posing an additional hazard | e.g., Stubblefield et al. 1989; Upreti et al. 2007 |
| Exposure quantity | Increased oil exposure increases initial injury as well as recovery time (usually non-linearly) | Silliman et al. 2012 |
| Habitat/ depth of species | Subsurface species will have reduced exposure to oil (assuming that the majority of the oil does not sink), while species near the surface and in intertidal zones will have the highest exposure to oil | |
| Mobility | Highly mobile species may be able to move away from spill areas, reducing their exposure, while sedentary species are not | |
| Feeding mode | Filter-feeding species tend to accumulate oil while feeding and are particularly vulnerable | Law and Hellou 1999 |
| Species identity | Even closely related species at the same site can differ in their susceptibility to and recovery from an oiling event | e.g., North 1973 |
| Other stressors | Toxic effects of oil can be additive or synergistic with other environmental stressors | Peterson et al. 2003; Sargian et al. 2007; Holmstrup et al. 2010; Sundbäck et al. 2010 |
| Developmental stage | Larvae and early developmental stages are particularly vulnerable to oil toxicity | Wells 1972; Chia 1973; Rice et al. 2001; Kazlauskiene et al. 2008 |
| Generation time | Generally, species with slower generation times take longer to recover from a spill event | Conan et al. 1982 |

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*

SCIENTIFIC SUPPORT &
COORDINATION, LLC

**Table A1.5  Human health and society variables**

| Variable | Effect | Citations |
|---|---|---|
| Direct skin contact with carcinogenic compounds | The composition of crude oil contains Volatile Organic Compounds (VOCs), which are carcinogenic and may affect the nervous system. They may also have a range of lesser effects and irritations. | Jenssen 1996; Ormseth and Ben-David 2000; Baars 2002; Herrington et al. 2006; Rodríguez-Trigo et al. 2007; Ha et al. 2008; Major and Wang 2012. |
| Air pollutants | Air pollutants from oil spills can affect human health and exacerbate pre-existing conditions. | Davidson et al. 2005; Jacques Whitford AXYS Ltd. 2008 |
| Ingestion of contaminated food and water | Adverse health impacts via ingestion are also possible by eating potentially contaminated seafood, drinking contaminated water, or other forms of ingestion | Szaro 1977; Piatt et al. 1990; Hofer 1998; Law and Hellou 1999; Ormseth and Ben-David 2000; Webster et al. 2006; Matkin et al. 2008; Aguilera et al. 2010; Gohlke et al. 2011; Barron 2012 |
| Psychological and social costs | Work stoppages, shorter life expectancy, and other effects impact the economy. Moreover, increases in stress, drug and alcohol abuse, crime, etc., create further social costs. | Rodin et al. 1992; Palinkas et al. 1993; Moore et al. 1998; Picou et al. 2004; Loureiro et al. 2005 |
| Subsistence uses | Impacts on subsistence economies, social and cultural uses of natural resources, and social structures are routine. This may also impact other ethnic and social enclaves. | Rodin et al. 1992; Palinkas et al. 1993; Martin 1999; Fall et al. 2001; Esclamado 2011; Rhoan 2011 |

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*


**Table A1.6  Economic variables**

| Variable | Effect | Citations |
|---|---|---|
| Commercial fisheries and aquaculture | Fisheries businesses suffer direct losses from product mortality, harvesting closures, loss of market demand, brand damage, etc. | Moldan et al. 1985; Grigalunas et al. 1986; Moncrieff and Simpson 1993; Goodlad 1996; Pearson et al. 1998; Martin 1999; Moller et al. 1999; Law and Kelly 2004; Loureiro et al. 2005; Garza-Gil et al. 2006; Surís-Regueiro et al. 2007; Punzon et al. 2009; Cheong 2012 |
| Commercial fisheries and aquaculture value chain | Due to direct losses, businesses that depend on commercial fisheries such as docks, processors, distributors, and supply companies lose product inputs and markets. | U.S. Department of Commerce 1983; Moncrieff and Simpson 1993; Garcia Negro et al. 2009 |
| Tourism industry | Brand damage from an oil spill can impact businesses providing accomodations, transportation, guides, activites (e.g. recreational fishing), tourism-related retail, etc. These market impacts can spread beyond the direct oil spill zone. | U.S. Department of Commerce 1983; McDowell Group 1990; Butler and Fennell 1994; Hill and Bryan 1997; Moore et al. 1998; Martin 1999; McCammon 2003; Loureiro et al. 2005; Garza et al. 2009; Oxford Economics 2010; Danielson 2011 |
| Waterway usage | An oil spill may impede or shut down waterway uses, so the greater the use of a waterway, the larger the effect of its closure | |
| Other marine-based industries | Industries that pump water for cooling and other processes are vulnerable to oil spills. Transportation industries such as ferries and float planes may also be affected. | U.S. Department of Commerce 1983; Moore et al. 1998 |
| Oil industry | The oil industry itself may lose access to products or markets through affected waterways, and may be subject to regulatory moratoria on operations. | Moncrieff and Simpson 1993; Moore et al. 1998; Greater New Orleans Inc. 2011 |
| Agriculture | Marine-based agriculture (e.g., seaweed farms) can be affected, and farms adjacent to waterways may be affected by airborne mists or damage from cleanup operations. | U.S. Department of Commerce 1983; Moller et al. 1999 |
| Pure economic loss | Losses that occur independently of direct damage. These damages may ripple across the economy, spreading to goods and services providers that rely on spending from affected populations. | Grigalunas et al. 1986; Palmer 2011; Perry 2011 |

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*

SCIENCE
S S & C, LLC
Balanced Results

Case 3:21-cv-00933-VDO    Document 759    Filed 10/04/25    Page 35 of 56

SCIENTIFIC SUPPORT &
COORDINATION, LLC

| | | |
|---|---|---|
| Passive use and recreation | Non-market losses to natural environments and recreational opportunities are usually significant results of an oil spill. | Assaf et al. 1986; Carson et al. 2003; McCammon 2003; Peterson et al. 2003; Garza et al. 2009; Loureiro et al. 2009; Fourcade 2011 |
| Real estate | "Pure stigma" losses that devalue coastal or regional properties due to adjacency to the spill. | Grigalunas et al. 1986; Oxford Economics 2010; Smith et al. 2010; Cheong 2012; Pickrell 2012 |
| Financial sector | Lending and credit markets can be affected by defaults from impacted businesses. Shareholders may lose value from falling share prices. The economy may experience inflation. | U.S. Department of Commerce 1983; Moncrieff and Simpson 1993; Palinkas et al. 1993; Smith et al. 2010 |
| Legal and research costs | Oil spills require interventions by the legal profession to negotiate claims, and extensive research to establish baselines and measure impacts. | U.S. Department of Commerce 1983; Law and Kelly 2004; Loureiro et al. 2005; Liu and Wirtz 2006; Fourcade 2011; Minder 2012 |
| Municipal/regional government impacts | Direct administrative costs, increased demand for public services, and loss of tax revenues can strain government budgets. Opportunity costs, loss of staff to cleanup efforts, municipal/ regional brand damage, and political fallout are also factors impacting governments. | Rodin et al. 1992; Palinkas et al. 1993; Moncrieff and Simpson 1993; Hill and Bryan 1997; Moore et al. 1998; Picou et al. 2004; Cheong 2011 |
| Economies of scale | Once initial costs are invested into a cleanup, marginal costs of additional oil decrease per gallon. | Etkin 2004; Brody et al. 2012 |
| Recovery boom | Short-term economic losses are offset by increases in spending related to the response and recovery. Tourism businesses, retail, contractors, and local labor can all benefit. | U.S. Department of Commerce 1983; McDowell Group 1990; Butler and Fennell 1994; Clark et al. 1997; Hill and Bryan 1997; Moore et al. 1998; Loureiro et al. 2005; IEM 2010; Cheong 2011; Danielson 2011; Hall et al. 2011; Palinkas et al. 2011; Rodin et al. 2011 |
| Expense savings | Business losses are offset by reduced spending on variable costs of production or services (e.g. commercial fishers spend less on diesel, bait, etc.). | U.S. Department of Commerce 1983; Loureiro et al. 2005; Garza-Gil et al. 2006 |
| Tax revenues | Due to increased recovery spending, governments may experience short-term tax revenue increases on sales of goods and services. | U.S. Department of Commerce 1983; Barker 2011 |
| Conservation benefits | By limiting access to commercial fisheries and certain geographies, there may be conservation benefits to targeted species. | Hill and Bryan 1997; Moller et al. 1999; Loureiro et al. 2005; Punzon et al. 2009 |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

SCIENTIFIC SUPPORT &
COORDINATION, LLC

**Table A1.7  Policy and decision variables**

| Variable | Effect | Citations |
|---|---|---|
| Port closure | Marine transport losses are usually only a fraction of oil spill losses, though some examples of port closures due to river-based spills have been noted. | Wirtz, et al. 2007; Nossiter 2008; Sayre 2012; Farm Futures 2013; Muskal 2013 |
| Brand campaigns | In addition to losses, further investments may be required to revive local brands in the fisheries, tourism, and municipal sectors. | Grigalunas et al. 1986; Moncrieff and Simpson 1993; Goodlad 1996; Moore et al. 1998; Loureiro et al. 2005; Cheong 2012; Finn 2012 |
| Compensation payments | Transfers from compensatory regimes and other sources can offset individual losses and soften the economic impact of oil spills. | Butler and Fennell 1994; Punzon et al. 2009; Barker 2011; Ritchie et al. 2011 |
| Fishing moratoria | Fisheries bans cause direct losses to fisheries businesses, but such losses are admissible under compensation regimes. | IOPC 2007 |

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*



SCIENCE

S S & C, LLC

SCIENTIFIC SUPPORT &
COORDINATION, LLC

## APPENDIX 2 - AIR DISPERSION MODEL

### MODEL ASSUMPTIONS

Air Dispersion Model – ALOHA 5.4.7 from [https://ceres.vlahi.com/]
Product: 1,000,000-gallon spill of gasoline
Puddle Size: 328 feet in diameter
Date: July 15, 2025 at 09:49 am
Weather: 78.8°F, 83% Humidity, wind from the South Southwest (SSW) at 3.7 mph
Concentrations Plotted: Odor threshold for gasoline is 0.25 ppm (ATSDR. 1995)

### Odor Threshold Model Run



Plot: Odor threshold downwind distance extends ~6.21 miles within the first hour.
Note: Threat zone picture is truncated at the 6-mile limit.

          *CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*



## Flammability Model Run



Note: Upper (red) and lower (yellow) explosion levels indicate an area between 0.2 and 0.41 miles susceptible to ignition. Within the yellow zone are three fire stations and one police station, along with dozens of private homes.

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*

SCIENCE

S S & C, LLC
*Balanced Results*

SCIENTIFIC SUPPORT &
COORDINATION, LLC

## APPENDIX 3 - *LITERATURE CITED*

Aguilera, F., J. Méndez, E. Pásaro, and B. Laffon. 2010. Review on the effects of exposure to spilled oils on human health. Journal of Applied Toxicology 30(4):291-301. http://dx.doi.org/10.1002/jat.1521

Alló, M., and M. L. Loureiro. 2013. Estimating a meta-damage regression model for large accidental oil spills. Ecological Economics 86:167-175. http://dx.doi.org/10.1016/j.ecolecon.2012.11.007

Assaf, G. B., B. G. Kroetch, and S. C. Mathur. 1986. Nonmarket valuations of accidental oil spills: a survey of economic and legal principles. Marine Resource Economics 2(3):211-237.

Agency for Toxic Substances and Disease Registry (ATSDR). 1995. Toxicological Profile for Gasoline. Atlanta (GA); PUBLIC HEALTH STATEMENT. URL https://www.ncbi.nlm.nih.gov/books/NBK594148/

Baars, B.-J. 2002. The wreckage of the oil tanker 'Erika'-human health risk assessment of beach cleaning, sunbathing and swimming. Toxicology Letters 128:55-68. http://dx.doi.org/10.1016/S0378-4274(01)00533-1
Barker, K. 2011. 'Spillionaires' are the new rich after BP oil spill payouts. Washington Post, April 13.

Barron, M. G. 2012. Ecological impacts of the Deepwater Horizon oil spill: implications for immunotoxicity. Toxicologic Pathology 40(2):315-320. http://dx.doi.org/10.1177/0192623311428474

Blondina, G. J., M. M. Singer, I. Lee, M. T. Ouano, M. Hodgins, R. S. Tjeerdema, and M. L Sowby. 1999. Influence of salinity on petroleum accommodation by dispersants. Spill Science and Technology Bulletin 5:127-134. http://dx.doi.org/10.1016/S1353-2561(98)00048-6

Brody, T. M., P. Di Bianca, and J. Krysa. 2012. Analysis of inland crude oil spill threats, vulnerabilities, and emergency response in the midwest United States. Risk analysis 32(10):1741-1749. http://dx.doi.org/10.1111/j.1539-6924.2012.01813.x

Burgherr, P. 2007. In-depth analysis of accidental oil spills from tankers in the context of global spill trends from all sources. Journal of Hazardous Materials 140(1-2):245-256. http://dx.doi. org/10.1016/j.jhazmat.2006.07.030

Butler, R. W., and D. A. Fennell. 1994. The effects of North Sea oil development on the development of tourism: the case of the Shetland Isles. Tourism Management 15(5):347-357. http://dx.doi.org/10.1016/0261-5177(94)90089-2

Carls, M. G., M. M. Babcock, P. M. Harris, G. V. Irvine, J. A. Cusick, and S. D. Rice. 2001. Persistence of oiling in mussel beds after the Exxon Valdez oil spill. Marine Environmental Research 51(2):167-190. http://dx.doi.org/10.1016/S0141-1136(00)00103-3

Carson, R. T., R. C. Mitchell, M. Hanemann, R. J. Kopp, S. Presser, and P. A. Ruud. 2003. Contingent valuation and lost passive use: damages from the Exxon Valdez oil spill. Environmental and Resource Economics 25:257-286. [online] URL: http://gspp.berkeley.edu/assets/uploads/research/pdf/Exxon_Valdez_Oil_Spill.pdf

Chandrasekar, S., G. Sorial, and J. W. Weaver. 2006. Dispersant effectiveness on oil spills - impact of salinity. ICES Journal of Marine Science 63(8):1418-1430. http://dx.doi.org/10.1016/j.icesjms.2006.04.019

Clark, T., B. Stong, and B. Benson. 1997. Recovery of tarmats using commercial shrimping boats during the Buffalo 292 spill. Pages 41-49 in International Oil Spill Conference Proceedings. IOSC, Washington, D.C., USA. [online] URL: http://ioscproceedings.org/doi/pdf/10.7901/2169-3358-1997-1-41

Cohen, A., D. Nugegoda, and M. M. Gagnon. 2001. Metabolic responses of fish following exposure to two different oil spill remediation techniques. Ecotoxicology and Environmental Safety 48(3):306-310. http://dx.doi.org/10.1006/eesa.2000.2020

Chang, S. E., J. Stone, K. Demes, and M. Piscitelli. 2014. Consequences of oil spills: a review and framework for informing planning. Ecology and Society 19(2): 26. http://dx.doi.org/10.5751/ES-06406-190226

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*



Cheong, S.-M. 2011. A social assessment of the Hebei-Spirit oil spill. GeoJournal 76:539-549.
http://dx.doi.org/10.1007/s10708-010-9368-4

Cheong, S.-M. 2012. Fishing and tourism impacts in the aftermath of the Hebei-Spirit oil spill. Journal of Coastal Research 28(6):1648-1653. http://dx.doi.org/10.2112/JCOASTRES-D-11-00079.1

Chia, F.-S. 1973. Killing of marine larvae by diesel oil. Marine Pollution Bulletin 4(2):29-30. http://dx.doi.org/10.1016/0025-326X(73)90208-7

Conan, G., G. M. Dunnet, and D. J. Crisp. 1982. The long-term effects of the Amoco Cadiz oil spill [and discussion]. Philosophical Transactions of the Royal Society B: Biological Sciences 297 (1087):323-333. http://dx.doi.org/10.1098/rstb.1982.0045

Danielson, E. J. 2011. A study of the economic impact of the Deepwater Horizon oil spill - Part 3: public perception. Greater New Orleans, Inc., New Orleans, Louisiana, USA. [online] URL:http://gnoinc.org/wp-content/uploads/Economic_Impact_Study_Part_III_-_Public_Perception_FINAL.pdf

David Suzuki Foundation. 2013. Oil spill scenarios. Video. David Suzuki Foundation, Vancouver, British Columbia, Canada. URL: http://www.davidsuzuki.org/flash/oil-spill.html

Davidson, C. I., R. F. Phalen, and P. A. Solomon. 2005. Airborne particulate matter and human health: a review. Aerosol Science and Technology 39(8):737-749. http://dx.doi.org/10.1080/02786820500191348

De Vogelaere, A. P., and M. S. Foster. 1994. Damage and recovery in intertidal Fucus gardneri assemblages following the 'Exxon Valdez' oil spill. Marine Ecology Progress Series 106:263-271. http://dx.doi.org/10.3354/meps106263

Doyle, Jack. "Disaster at Pittsburgh – 1988 Oil Tank Collapse, PopHistoryDig.com, April 6, 2015.

EcoHubMap. URL https://www.ecohubmap.com/hot-spot/murphy-oil-spill/5m1kml74qleas

Esclamado, L. 2011. Ensuring justice: claiming livelihood for communities in the U.S. Gulf Coast after the BP oil spill disaster. Michigan Journal of Social Work and Social Welfare II(I):24-38. [online] URL: http://mjsw.files.wordpress.com/2011/07/vol1-iss1-sp11-esclamado.pdf

Etkin, D. S. 2004. Modeling oil spill response and damage costs. Freshwater Spills Symposium 2004. United States Environmental Protection Agency, Washington, D.C., USA. URL: http://www.epa.gov/swercepp/web/docs/oil/fss/fss04/etkin2_04.pdf

Fall, J. A., R. Miraglia, W. Simeone, C. J. Utermohle, and R. J. Wolfe. 2001. Long-term consequences of the Exxon Valdez oil spill for coastal communities of Southcentral Alaska (Technical Paper 264). Department of Fish and Game, Department of Subsistence, Juneau, Alaska, USA. [online] URL: http://www.arlis.org/docs/vol1/A/47170529.pdf

Farm Futures Staff. 2013. Mississippi River reopens after oil spill. Farm Futures, February 4. [online] URL: http://farmfutures.com/story-mississippi-river-reopens-after-oil-spill-0-94324

Fingas, M. F. 2012. The basics of oil spill cleanup. 3rd Edition. Taylor and Francis Group, Boca Raton, Florida, USA. http://dx.doi.org/10.1201/9781420032598

Finn, K. 2012. Two years after BP oil spill, tourists back in U.S. Gulf. Reuters, May 27. [online] URL: http://www.reuters.com/article/2012/05/27/usa-bpspill-tourism-idUSL1E8GP15X20120527

Franklin, C. L., and L. J. Warner. 2011. Fighting chemicals with chemicals: the role and regulation of dispersants in oil spill response. Natural Resources and Environment 26(2):26-29. [online] URL: http://cdn.akingump.com/images/content/5/2/v4/5245/NREfall11-franklin-warner.pdf

Foster, M. S., J. A. Tarpley, and S. L. Dearn. 1990. To clean or not to clean: the rationale, methods, and consequences of

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER



removing oil from temperate shores. Northwest Environmental Journal 6:105-120.

Fourcade, M. 2011. Cents and sensibility: economic valuation and the nature of Nature. American Journal of Sociology 116 (6):1721-77. http://dx.doi.org/10.1086/659640

García Negro, M. C., S. Villasante, A. Carballo Penela, and G. Rodríguez. 2009. Estimating the economic impact of the Prestige oil spill on the Death Coast (NW Spain) fisheries. Marine Policy 33(1):8-23. http://dx.doi.org/10.1016/j.marpol.2008.03.011

Garza, M. D., A. Prada, M. Varela, and M. X. Vázquez Rodríguez. 2009. Indirect assessment of economic damages from the Prestige oil spill: consequences for liability and risk prevention. Disasters 33(1):95-109. http://dx.doi.org/10.1111/j.1467-7717.2008.01064.x

George, M. 1961. Oil pollution of marine organisms. Nature 192:1209. http://dx.doi.org/10.1038/1921209a0

Gohlke, J. M., D. Doke, M. Tipre, M. Leader, and T. Fitzgerald. 2011. A review of seafood safety after the Deepwater Horizon blowout. Environmental Health Perspectives 119:1062-1069. http://dx.doi.org/10.1289/ehp.1103507

Goodlad, J. 1996. Effects of the Braer oil spill on the Shetland seafood industry. Science of the Total Environment 186:127-133. http://dx.doi.org/10.1016/0048-9697(96)05091-7

Greater New Orleans, Inc. 2011. A study of the economic impact of the Deepwater Horizon oil spill - Part 2: moratoria. Greater New Orleans, Inc., New Orleans, Louisiana, USA. [online] URL:http://gnoinc.org/wp-content/uploads/Economic_Impact_Study_Part_II_-_Moratoria_FINAL.pdf

Grigalunas, T. A., R. C. Anderson, G. M. Brown, Jr., R. Congar, N. F. Meade, and P. E. Sorensen. 1986. Estimating the cost of oil spills: lessons from the Amoco Cadiz incident. Marine Resource Economics 2(3):239-263.

Gutierrez, T. 2011. Identifying polycyclic aromatic hydrocarbon-degrading bacteria in oil-contaminated surface waters at Deepwater Horizon by cultivation, stable isotope probing and pyrosequencing. Reviews in Environmental Science and Bio/technology 10:301-305. http://dx.doi.org/10.1007/s11157-011-9252-9

Ha, M., W. J. Lee, S. Lee, and H.-K. Cheong. 2008. A literature review on health effects of exposure to oil spill. Journal of Preventive Medicine and Public Health 41(5):345-354. http://dx.doi.org/10.3961/jpmph.2008.41.5.345

Hamdan, L. J., and P. A. Fulmer. 2011. Effects of COREXIT® EC9500A on bacteria from a beach oiled by the Deepwater Horizon spill. Aquatic Microbial Ecology 63:101-109. http://dx.doi.org/10.3354/ame01482

Hazen, T. C., E. A. Dubinsky, T. Z. DeSantis, G. L. Andersen, Y. M. Piceno, N. Singh, J. K. Jansson, A. Probst, S. E. Borglin, J. L. Fortney, W. T. Stringfellow, M. Bill, M. E. Conrad, L. M. Tom, K. L. Chavarria, T. R. Alusi, R. Lamendella, D. C. Joyner, C. Spier, J. Bælum, M. Auer, M. L. Zemla, R. Chakraborty, E. L. Sonnenthal, P. D'haeseleer, H.-Y. N. Holman, S. Osman, Z. Lu, J. D. Van Nostrand, Y. Deng, J. Zhou, and O. U. Mason. 2010. Deep-sea oil plume enriches indigenous oil-degrading bacteria. Science 330(6001):204-208. http://dx.doi.org/10.1126/science.1195979

Herrington, P., G. Ball, and K. O'Halloran. 2006. Aquatic ecotoxicity of cutback bitumen. Land Transport New Zealand, Wellington, New Zealand. [online] URL: http://nzta.govt.nz/resources/research/reports/285/docs/285.pdf

Hill, S., and J. Bryan. 1997. The economic impact of the Sea Empress spillage. International Oil Spill Conference Proceedings 1997(1):227-233. http://dx.doi.org/10.7901/2169-3358-1997-1-227

Hodgins, D. O., J. H. Huang, D. S. Dunbar, and S. L. M. Hodgins. 1991. A high-resolution coupled hydrodynamic and oil spill modelling system applied to the port of Vancouver. Pages 39-56 in Proceedings of the Arctic and Marine Oil Spill Program (AMOP) technical seminar, Vancouver, British Columbia. Environment Canada, AMOP, Ottawa, Ontario, Canada.

Höfer, T. 1998. Tainting of seafood and marine pollution. Water Research 32:3505-3512. http://dx.doi.org/10.1016/S0043-1354(98)00173-0

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*

S C I E N C E
S S & C, LLC
*Balanced Results*

SCIENTIFIC SUPPORT &
COORDINATION, LLC

Holmstrup, M., A. M. Bindesbl, G. J. Oostingh, A. Duschl, V. Scheil, H. R. Köhler, S. Loureiro, A. M. V. M. Soares, A. L. G. Ferreira, C. Kienle, A. Gerhardt, R. Laskowski, P. E. Kramarz, M. Bayley, C. Svendsen, and D. J. Spurgeon. 2010. Interactions between effects of environmental chemicals and natural stressors: a review. Science of the Total Environment 408:3746-3762. http://dx.doi.org/10.1016/j.scitotenv.2009.10.067

International Energy Agency (IEA). 2010. World Energy Outlook 2010. International Energy Agency, Paris, France.

International Oil Pollution Compensation Funds (IOPC). 2007. Technical guidelines to assist experts in the assessment of claims in the fisheries, mariculture and fish processing sectors, including subsistence and small-scale operations lacking evidence of earnings. International Oil Pollution Compensation Fund, London, UK. [online] URL: http://www.iopcfunds.org/uploads/tx_iopcpublications/Fisheries_Expert_Guidelines_e.pdf

Jacques Whitford AXYS Ltd. 2008. Burrard Inlet environmental indicators report public consultation document. Burrard Inlet Environmental Action Program, Burnaby, British Columbia, Canada. [online] URL: http://www.bieapfremp.org/pdf/burrard_inlet_environmental_indicators_feb08.pdf

Jenssen, B. M. 1996. An overview of exposure to, and effects of, petroleum oil and organochlorine pollution in grey seals (Halichoerus grypus). Science of the Total Environment 186:109-118. http://dx.doi.org/10.1016/0048-9697(96)05089-9

Kazlauskiene, N., M. Z. Vosyliene, and E. Ratkelyte. 2008. The comparative study of the overall effect of crude oil on fish in early stages of development. Pages 307-316 in P. Hlavinek, O. Bonacci, J. Marsalek, and I. Mahrikova, editors. Dangerous pollutants (xenobiotics) in urban water cycle: proceedings of the NATO advanced research workshop on dangerous pollutants (xenobiotics) in urban water cycle, Lednice, Czech Republic, 3-6 May 2007. Springer Netherlands, Amsterdam, The Netherlands. http://dx.doi.org/10.1007/978-1-4020-6795-2_28

Kontovas, C. A., H. N. Psaraftis, and N. P. Ventikos. 2010. An empirical analysis of IOPCF oil spill cost data. Marine Pollution Bulletin 60:1455-1466. http://dx.doi.org/10.1016/j.marpolbul.2010.05.010

Law, R. J., and J. Hellou. 1999. Contamination of fish and shellfish following oil spill incidents. Environmental Geosciences 6(2):90-98.

Law, R. J., and C. Kelly. 2004. The impact of the "Sea Empress" oil spill. Aquatic Living Resources 17:389-394. http://dx.doi.org/10.1051/alr:2004029

Levine, E. 2013. Superstorm Sandy One Year Anniversary. NOAA report.

Li, H., and M. C. Boufadel. 2010. Long-term persistence of oil from the Exxon Valdez spill in two-layer beaches. Nature Geoscience 3:96-99. http://dx.doi.org/10.1038/ngeo749

Liu, X., and K. W. Wirtz. 2006. Total oil spill costs and compensations. Maritime Policy and Management 33(1):49-60. http://dx.doi.org/10.1080/03088830500513352

Long Island Sound Partnership. 2025. URL https://lispartnership.org/ecosystem-target-indicators/sea-level-trends-for-kings-point/

Loureiro, M. L., A. Ribas, E. López, and E. Ojea. 2005. Estimated costs and admissible claims linked to the Prestige oil spill. Ecological Economics 59:48-63. http://dx.doi.org/10.1016/j.ecolecon.2005.10.001

Major, D. N., and H. Wang. 2012. How public health impact is addressed: a retrospective view on three different oil spills. Toxicological and Environmental Chemistry 94:442-467. http://dx.doi.org/10.1080/02772248.2012.654633

Martin, G. 1999. Valdez spill leaves bitter residue: oil is gone after 10 years, but ecological, economic fallout continues. San Francisco Chronicle, San Francisco, California, USA. [online] URL: http://www.sfgate.com/news/article/Valdez-Spill-Leaves-Bitter-Residue-Oil-is-gone-2940197.php

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*

Matkin, C. O., E. L. Saulitis, G. M. Ellis, P. Olesiuk, and S. D. Rice. 2008. Ongoing population-level impacts on killer whales Orcinus orca following the 'Exxon Valdez' oil spill in Prince William Sound, Alaska. Marine Ecology Progress Series 356:269-281. http://dx.doi.org/10.3354/meps07273

McCammon, M. 2003. Evaluation of environmental damage by the Exxon Valdez incident. Issues concerning incidents on tanker routes. In Issues concerning incidents on tanker routes. Economics and technical perspectives. Economic evaluation of oil spill damage. Sponsored by Petroleum Association of Japan. Tokyo, Japan, February 27, 2003. Petroleum Association of Japan, Tokyo, Japan. URL: http://www.pcs.gr.jp/doc/esymposium/2003/2003_McCammon_E.pdf

McCoy, D. F., and N. Whittier. 2003. Modeling assessment of potential fates and exposure for orimulsion and heavy fuel oil spills. Proceedings of International Oil Spill Conference, 2003(1):929-934. http://dx.doi.org/10.7901/2169-3358-2003-1-929

McDowell Group. 1990. An assessment of the impact of the Exxon Valdez oil spill on the Alaska tourism industry. McDowell Group, Juneau, Alaska, USA. [online] URL: http://www.evostc.state.ak.us/Universal/Documents/Publications/Economic/Econ_Tourism.Pdf

Minder, R. 2012. Spanish court opens trial over giant Prestige oil spill. New York Times, October 16. [online] URL: http://www.nytimes.com/2012/10/17/world/europe/spanish-court-opens-trialover-giant-prestige-oil-spill.html?_r=0

Moldan, G. S., L. F. Jackson, S. McGibbon, and J. Van Der Westhuizen. 1985. Some aspects of the Castillo de Bellver oil spill. Marine Pollution Bulletin 16(3):97-102. http://dx.doi.org/10.1016/0025-326X(85)90530-2

Moller, T. H., B. Dicks, K. J. Whittle, and M. Girin. 1999. Fishing and harvesting bans in oil spill response. Proceedings of International Oil Spill Conference. 1999(1):693-699. [online] URL: http://www.itopf.com/_assets/documents/fishban.pdf http://dx.doi.org/10.7901/2169-3358-1999-1-693

Moncrieff, J., and C. H. Simpson. 1993. Economic and social impacts. Marine Policy 17(5):469-472. http://dx.doi.org/10.1016/0308-597X(93)90067-D

Moore, L. Y., A. J. Footitt, L. M. Reynolds, M. G. Postle, P. J. Flyod, T. Fenn, and S. Virani. 1998. Sea Empress cost-benefit project - final report research and development. Environment Agency, Bristol, UK. [online] URL: http://www.rpaltd.co.uk/documents/J200-SeaEmpress.pdf

Muskal, M. 2013. Cleanup continues after Mississippi River barge oil spill. Los Angeles Times, January 28. [online] URL: http://articles.latimes.com/2013/jan/28/nation/la-na-nn-cleanup-mississippiriver-barge-oil-spill-20130128

National Academies of Sciences, Engineering, and Medicine. 2022. Oil in the Sea IV: Inputs, Fates, and Effects. Washington, DC: The National Academies Press. https://doi.org/10.17226/26410.

National Academies of Sciences, Engineering, and Medicine. 2023. Oil in the Sea IV: Quick Guide for Practitioners and Researchers. Washington, DC: The National Academies Press. https://doi.org/10.17226/27155.

National Academies of Sciences, Engineering, and Medicine. 2025. Gulf-Alaska Knowledge Exchange. The National Academies Press. In Press.

NOAA Incidents Gallery. "Ashland Oil Tank Failure, Floreffe, Pennsylvania, January 1988 (photographs).

North, W. J. 1973. Position paper on effects of acute oil spills. Background information for Ocean Affairs Workshop on inputs, fates, and effects of petroleum in the marine environment, May 1973, Airlie, Virginia.

Nossiter, A. 2008. Mississippi River reopened after oil spill. New York Times, July 25. [online] URL: http://www.nytimes.com/2008/07/25/us/25spill.html

Nyman, T. 2009. Evaluation of methods to estimate the consequence costs of an oil spill. SKEMA Seventh Framework Programme, Athens, Greece.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Ormseth, O. A., and M. Ben-David. 2000. Ingestion of crude oil: effects on digesta retention times and nutrient uptake in captive river otters. Journal of Comparative Physiology B 170 (5-6):419-428. http://dx.doi.org/10.1007/s003600000119

Owens, E. H., W. Robson, and C. R. Foget. 1987. A field evaluation of selected beach-cleaning techniques. Arctic 40:244-257. [online] URL: http://pubs.aina.ucalgary.ca/arctic/arctic40-s-244.pdf

Oxford Economics. 2010. Potential impact of the Gulf oil spill on tourism. Oxford Economics, London, UK. [online] URL: http://www.ustravel.org/sites/default/files/page/2009/11/Gulf_Oil_Spill_Analysis_Oxford_Economics_710.pdf

Palinkas, L. A., M. A. Downs, J. S. Petterson, and J. Russell. 1993. Social, cultural, and psychological impacts of the Exxon Valdez oil spill. Human Organization 52:1-13.

Palmer, V. V. 2011. The great spill in the Gulf ... and a sea of pure economic loss: reflections on the boundaries of civil liability. Penn State Law Review 116:105-143. [online] URL: http://www.pennstatelawreview.org/print-issues/articles/the-great-spill-in-thegulf-and-a-sea-of-pure-economic-loss-reflections-on-the-boundariesof-civil-liability/

Pearson, W. H., S. M. Al-Ghais, J. M. Neff, C. J. Brandt, K. Wellman, and T. Green. 1998. Assessment of damages to commercial fisheries and marine environment of Fujairah, United Arab Emirates, resulting from the Seki oil spill of March 1994: a case study. Yale F&ES Bulletin 103. [online] URL: http://environment.research.yale.edu/documents/downloads/0-9/103pearson.Pdf

Perry, R. 2011. The Deepwater Horizon oil spill and the limits of civil liability. Washington Law Review 86:1-68. URL:https://digital.law.washington.edu/dspace-law/bitstream/handle/1773.1/1005/86WLR1.pdf?sequence=1

Peterson, C. H., S. D. Rice, J. W. Short, D. Esler, J. L. Bodkin, B. E. Ballachey, and D. B. Irons. 2003. Long-term ecosystem response to the Exxon Valdez oil spill. Science 302 (5653):2082-2086.

Piatt, J. F., C. J. Lensink, W. Butler, M. Kendziorek, and D. R. Nysewander. 1990. Immediate impact of the 'Exxon Valdez' oil spill on marine birds. Auk 107:387-397. http://dx.doi.org/10.2307/4087623 Picou, J. S., B. K. Marshall, and D. A. Gill. 2004. Disaster, litigation, and the corrosive community. Social Forces 82:1493-1522. http://dx.doi.org/10.1353/sof.2004.0091

Pickrell, E. 2012. Exxon Valdez could affect BP settlement. Houston Chronicle. September 14.

Picou, J. S., B. K. Marshall, and D. A. Gill. 2004. Disaster, litigation, and the corrosive community. Social Forces 82:1493-1522. http://dx.doi.org/10.1353/sof.2004.0091

Punzón, A., V. Trujillo, J. Castro, N. Perez, J. M. Bellido, E. Abad, B. Villamor, P. Abaunza, and F. Velasco. 2009. Closed area management taken after the 'Prestige' oil spill: effects on industrial fisheries. Marine Biodiversity Records 2(2009):e75. http://dx.doi.org/10.1017/S1755267209000517

Rhoan, E. 2011. The rightful position: the BP oil spill and the Gulf Coast tribes. San Joaquin Agricultural Law Review 20:173-192. [outline] URL: http://www.sjcl.edu/campus/images/stories/sjalr/volumes/V20N1C7.pdf

Rice, S. D., R. E. Thomas, M. G. Carls, R. A. Heintz, A. C. Wertheimer, M. L. Murphy, J. W. Short, and A. Moles. 2001. Impacts to pink salmon following the Exxon Valdez oil spill: persistence, toxicity, sensitivity, and controversy. Reviews in Fisheries Science 9(3):165-211. http://dx.doi.org/10.1080/200164911017

Ritchie, L. A., D. A. Gill, and J. S. Picou. 2011. The BP disaster as an Exxon Valdez rerun. Contexts 10(3):30-35. http://dx.doi.org/10.1177/1536504211418454

Ritchie, W. 1995. Maritime oil spills - environmental lessons and experiences with special reference to low-risk coastlines. Journal of Coastal Conservation 1:63-76. http://dx.doi.org/10.1007/BF02835563

Rodríguez-Trigo, G., J. P. Zock, and I. Isidro Montes. 2007. Health effects of exposure to oil spills. Archivos de Bronconeumología 43(11):628-635. http://dx.doi.org/10.1016/S1579-2129(07)60141-4

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

SCIENCE
S S & C, LLC
Balanced Results

SCIENTIFIC SUPPORT &
COORDINATION, LLC

Rodin, M., M. Downs, J. Petterson, and J. Russell. 1992. Community impacts resulting from the Exxon Valdez oil spill. Organization and Environment 6(3):219-234. http://dx.doi.org/10.1177/108602669200600304

Sargian, P., S. Mas, É. Pelletier, and S. Demers. 2007. Multiple stressors on an Antarctic microplankton assemblage: water soluble crude oil and enhanced UVBR level at Ushuaia (Argentina). Polar Biology 30(7):829-841. http://dx.doi.org/10.1007/s00300-006-0243-1

Sayre, K. 2012. Mississippi River oil spill costs being battled in court four years later. New Orleans Times-Picayune, October 5. URL: http://www.nola.com/environment/index.ssf/2012/10/mississippi_river_oil_spill_co.html

Sheng, L., and D. O. Hodgins. 2004. A dynamically coupled outfall plume-circulation model for effluent dispersion in Burrard Inlet, British Columbia. Journal of Environmental Engineering and Science 3(5):433-449. http://dx.doi.org/10.1139/s04-039

Silliman, B. R., J. van de Koppel, M. W. McCoy, J. Diller, G. N. Kasozi, K. Earl, P. N. Adams, and A. R. Zimmerman. 2012. Degradation and resilience in Louisiana salt marshes after the BP-Deepwater Horizon oil spill. Proceedings of the National Academy of Sciences 109(28):11234-11239. http://dx.doi.org/10.1073/pnas.1204922109

Smith, Jr., L. C., M. Smith, and P. Ashcroft. 2010. Analysis of environmental and economic damages from British Petroleum's Deepwater Horizon oil spill. Albany Law Review 74(1):563-585. http://dx.doi.org/10.2139/ssrn.1653078

Stubblefield, W. A., R. H. McKee, R. W. Kapp, Jr., and J. P. Hinz. 1989. An evaluation of the acute toxic properties of liquids derived from oil sands. Journal of Applied Toxicology 9(1):59-65. http://dx.doi.org/10.1002/jat.2550090111

Sundbäck, K., C. Alsterberg, and F. Larson. 2010. Effects of multiple stressors on marine shallow-water sediments: response of microalgae and meiofauna to nutrient-toxicant exposure. Journal of Experimental Marine Biology and Ecology 388 (1-2):39-50. http://dx.doi.org/10.1016/j.jembe.2010.03.007

Surís-Regueiro, J. C., M. D. Garza-Gil, and M. M. Varela- Lafuente. 2007. The Prestige oil spill and its economic impact on the Galician fishing sector. Disasters 31(2):201-215. http://dx.doi.org/10.1111/j.1467-7717.2007.01004.x

Szaro, R. C. 1977. Effects of petroleum on birds. Transactions of the 42nd North American wildlife and natural resources conference 374-381. Wildlife Management Institute, Washington, D.C., USA. [online] URL: http://www.pwrc.usgs.gov/oilinla/pdfs/1991_Szaro.Pdf

Trudel, B. K. 1998. Dispersant application in Alaska: a technical update. Proceedings of the conference: "dispersant use in Alaska: a technical update". Prince William Sound Oil Spill Recovery Institute, Cordova, Alaska, USA. [online] URL: http://www.pwsosri.org/publications/Dispersant_Application_Alaska_1998.pdf

Tucker, A., and M. O'Brien. 2011. Volunteers and oil spills – a technical perspective. International Oil Spill Conference 2011, Portland, Oregon, USA. [online] URL: http://www.itopf.com/informationservices/publications/papers/documents/IOSC11.pdf

University of Connecticut, Sea Grant. 2025. URL https://draft.seagrant.uconn.edu/climate-change-and-adaptation-in-connecticut

US Coast Guard Sector Long Island Sound. Area Contingency Plan. 2024. Pp. 96-98.

U.S. Department of Commerce. 1983. Assessing the social costs of oil spills: the Amoco Cadiz case study. U.S. Department of Commerce, Washington, D.C., USA. [online] URL: https://ia600600.us.archive.org/15/items/assessingsocialc00unit/assessingsocialc00unit.pdf

U.S. Department of Health and Human Services. 1995. Toxicological Profile for Gasoline.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Upreti, S. R., A. Lohi, R. A. Kapadia, and R. El-Haj. 2007. Vapor extraction of heavy oil and bitumen: a review. Energy and Fuels 21(3):1562-1574. http://dx.doi.org/10.1021/ef060341j

Vosyliene, M. Z., N. Kazlauskiene, and K. Joksas. 2005. Toxic effects of crude oil combined with oil cleaner simple green on yolk-sac larvae and adult rainbow trout Oncorhynchus mykiss. Environmental Science and Pollution Research 12(3):136-139. http://dx.doi.org/10.1065/espr2005.04.245

Webster, L., M. Russell, G. Packer, and C. F. Moffat. 2006. Long term monitoring of polycyclic aromatic hydrocarbons (PAHs) in blue mussels (Mytilus edulis) from a remote Scottish location. Polycyclic Aromatic Compounds 26:283-298. http://dx.doi.org/10.1080/10406630600904109

Wells, P. G. 1972. Influence of Venezuelan crude oil on lobster larvae. Marine Pollution Bulletin 3(7):105-106. http://dx.doi.org/10.1016/0025-326X(72)90250-0

White, I. C., and J. M. Baker. 1998. The Sea Empress spill in context. International conference on the Sea Empress oil Spill, 11-13 February 1998. Cardiff, Wales, UK. [online] URL: http://www.itopf.com/_assets/documents/seeec.pdf

White, I. C., and F. C. Molloy. 2003. Factors that determine the cost of oil spills. International Oil Spill Conference 2003. 2003(1):1225-1229. URL: http://www.itopf.com/_assets/costs03.pdf http://dx.doi.org/10.7901/2169-3358-2003-1-1225

Whitehouse, B. G. 1984. The effects of temperature and salinity on the aqueous solubility of polynuclear aromatic hydrocarbons. Marine Chemistry 14(4):319-332. http://dx.doi.org/10.1016/0304-4203(84)90028-8

Wikipedia. 2025. https://en.wikipedia.org/wiki/Murphy_Oil_USA_refinery_spill

Wirtz, K. W., N. Baumberger, S. Adam, and X. Liu. 2007. Oil spill impact minimization under uncertainty: evaluating contingency simulations of the Prestige accident. Ecological Economics 61 (2-3):417-428. http://dx.doi.org/10.1016/j.ecolecon.2006.03.013

Zafar, A. Acute Health Effects of the Tasman Spirit Oil Spill on Residents of Karachi, Pakistan. 2006. BMC Public Health. https://doi.org/10.1186/1471-2458-6-84

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

S C I E N C E
S S & C, LLC
*Balanced Results*

SCIENTIFIC SUPPORT &
COORDINATION, LLC

## APPENDIX 4 - PROFESSIONAL QUALIFICATIONS

CURRICULUM VITAE
# EDWIN LEVINE
## INDEPENDENT CONSULTING EXPERT

### QUALIFICATIONS

MS, Marine Sciences, University of Puerto Rico, Mayagüez, Puerto Rico, 1981

BS, Coastal Environmental Studies, Boston University, Massachusetts, USA, 1976

### MEMBERSHIPS

Honorary Fellow, International Spill Control Organization (FISCO)

Member, American Petroleum Institute (API) Oil Spill Science and Technology Workgroup

### PERSONAL DEVELOPMENT AND AWARDS

NOAA Distinguished Career Award, May 2020

The US Coast Guard Meritorious Team Commendation, May 2014

NOAA Administrator's Award, October 2010

The US Department of Homeland Security Letter of Appreciation, 5 October 2005

The US Department of Transportation 9-11 Ribbon, 17 September 2005

The US Coast Guard Certificate of Merit, 13 May 2005

The US Coast Guard Meritorious Team Commendation, 3 November 2004

The US Coast Guard Meritorious Public Service Award, 1 June 2004

The US Coast Guard Certificate of Merit, 24 March 2004

The US Coast Guard Meritorious Team Commendation, 8 March 2004

The Navy of Mexico Certificate of Recognition, 3 October 2003

The US Coast Guard Meritorious Team Commendation, 13 March 2003

The US Coast Guard Meritorious Team Commendation, 7 May 2001

The US Department of Commerce NOAA Letter of Commendation, 18 April 2001

The Galapagos National Park Honorable Mention, 6 February 2001

US Maritime Administration, Letter of Commendation, 4 January 2001

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*

SCIENTIFIC SUPPORT &
COORDINATION, LLC

The US Coast Guard Certificate of Merit, 27 April 2000

The US Department of Commerce NOAA Certificate of Recognition, 1995

The US Department of Commerce NOAA Certificate of Recognition, 1993

New Jersey State Police, Department of Law & Public Safety, Exercise Design Course, October 8 1993

World Trade Institute Petroleum Tank-ship Operations course completion, 1993

Certificate of Achievement for HS-1 Emergency Program Manager, Federal Emergency Management Agency (FEMA), 8 January 1993

Certificate of Achievement for HS-5 Hazardous Materials - A Citizen's Orientation, FEMA, 19 June 1992

The US Coast Guard Commander's Award for Civilian Service, 2 August 1990

## PROFILE

**Edwin (Ed) Levine** is a retired Scientific Support Coordinator, with over 30 years of experience in this role, mostly for the National Oceanic and Atmospheric Administration, but more recently as Managing Director of Scientific Support & Coordination, LLC. He had served as Response Operations Supervisor – East, supporting NOAA's stewardship mission.

In this role, he was responsible for providing scientific/environmental information to the U.S. Coast Guard (USCG) during oil or hazardous material spills in the coastal zone. This included advising on matters concerning the scientific aspects of oil and chemical response, including weather, spill trajectory, fate and effects, and suggested scientific studies/monitoring programs.

At NOAA, Ed was a key member of the Emergency Response Division (ERD), Office of Response and Restoration (OR&R), and National Ocean Service (NOS).

Ed's expertise also covers preparation for emergency response (contingency planning), use of dispersants and bioremediation on oil spills, port facility studies, and providing training in the use of Computer Aided Management of Emergency Operations (CAMEO). He has extensive experience with international actives which include work in China, Portugal, Spain, Canada, England, Korea, Uruguay, the Caribbean, Guam, and the Galapagos.

Most recently, Ed has been involved in issues concerning crisis leadership and communicating science during incident response.

## EXPERIENCE

### EXPERT WITNESS & ADVISORY

**Pollution Incident, Panama (2022)**
Provided consultancy on a pollution incident in Colon, Panama, working for the law firm representing the accused. Provided evidence of their non-involvement. Deposition testimony

### ENVIRONMENTAL

**National Academies of Science, Engineering, and Medicine, Chair, USA (2024-2025)**

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*



SCIENTIFIC SUPPORT &
COORDINATION, LLC

Performed duties as the Chair of the committee for the Gulf-Alaska Knowledge Exchange. The committee organized a series of three workshops to increase communications between the two largest oil-producing areas in the US to increase preparedness, response, damage assessment, and restoration for future incidents.

### Francis Scott Key Bridge Collapse, Environmental Unit Leader, USA (2024)
Served as the Incident Command System, Planning Section, Environmental Unit Leader during the initial response to the collision by the container ship Dali into the Francis Scott Key Bridge and subsequent collapse into the Patapsco River in Baltimore, MD.

### International Spill Control Organization. (2023-). Member of the Executive Committee. ISCO aims to raise worldwide preparedness and co-operation in response to oil and chemical spills, to promote technical development and professional competency, and to provide a focus for making the knowledge and experience of spill control professionals available to IMO, UNEP, EC, and other organizations.

### Chevron / BNSF, Incident Command System courses, USA (2022)
Taught two Incident Command System courses on the Role of the Environmental Unit for EMSI to Chevron and BNSF.

### Oil Disasters Workshop, Gulf of Mexico (2021)
Participant among 60 expert members in a virtual event to enhance resilience to future offshore oil disasters in the Gulf of Mexico region. The workshop was organized by the National Academies of Sciences, Engineering, and Medicine and entitled Offshore Situation Room: Enhancing Resilience to Offshore Oil Disasters in the Gulf of Mexico. Proceedings have been published.

### National Academies of Science, Engineering, and Medicine, Vice Chair, USA (2020-2022)
Vice-Chair of the National Academies of Science, Engineering, and Medicine's Oil in the Sea, IV: Inputs, Fates, and Effects. The publication provides an update of the previous report's (Oil in the Sea III: Inputs, Fates, and Effects, 2003) inventory of the sources, composition, and quantity of hydrocarbon inputs to the marine environment. The report is intended to identify, categorize, and quantify these sources of hydrocarbons (and their chemical composition) with an emphasis on North American waters. The committee will examine worldwide data in an effort to place numbers derived from North American waters into a global context.

### EcoCanal Exercise, Panama (2007-2020)
Coordinator and Evaluator for the EcoCanal exercise in Panama as part of the NRT/ACT exercise program. Every year from 2010-2016.

### Train Derailment, USA (2012)
Responded to the Paulsboro, NJ, train derailment and release of vinyl chloride. Assisted in decision-making on population evacuation, air and water monitoring, and railcar salvage and removal.

### US Coast Guard, Superstorm Sandy, USA (2012)
Response to Super Storm Sandy with the US Coast Guard Sector New York, providing weather, aerial observations, logistical support, information management for port opening, pollution response, debris removal, and restoration activities.

### US Coast Guard, Hurricane Isaac Response, USA (2012)
Participated with the US Coast Guard in Hurricane Isaac response and restoration activities in New Orleans, LA.

### Deepwater Horizon Oil Spill, Gulf of Mexico (2010)
Scientific Support Coordinator (SSC) to the Incident Commander for the Deepwater Horizon oil spill in the Gulf of Mexico, Houma, LA.

### Spill Of National Significance Exercise, USA (2010)
SSC at the Area Command for the Spill of National Significance exercise, Maynard, MA.

    CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

SCIENCE

SCIENTIFIC SUPPORT &
COORDINATION, LLC

**Korean Coast Guard Training, Korea (2009)**

Provided training and coordination for Korean Coast Guard on dispersants and oil spill response activities.

**Delaware Bay and River Oil Spill Advisory Committee, USA (2009)**

Appointed as an advisor to the congressionally mandated Delaware Bay and River Oil Spill Advisory Committee.

**MT Hebei Spirit Oil Spill, Korea (2007)**

Responded to the MT Hebei Spirit oil spill in Korea as a member of the US Technical Assistance Team to the Korea Coast Guard.

**Panama Canal Authority NRT, Panama (2007)**

Appointed Chair of the National Response Team (NRT) subcommittee for the Panama Canal Authority (ACP).

**SONS 07 Exercise, USA (2007)**

Supported the Spill of National Significance (SONS 07) exercise as an advisor to the USCG Multiple Area Commander in St. Louis, MO.

**AMSTEP, USA (2007)**

Participant in USCG Sector NY Area Maritime Transportation Security Exercise Program (AMSTEP) in the Planning Section and Maritime Transportation Restoration Advisory Committee.

**OR&R, ERD Retreat, USA (2007)**

Project Manager for OR&R's Emergency Response Division (ERD) Retreat to gain input on its Three-Year Operating Plan. Attended by all ERD staff, contractors, and internal and external partners.

**Long Island Sound Futures Fund, USA (2005-2007)**

Member of the Review Team for the Long Island Sound Futures Fund. The National Fish and Wildlife Foundation, in cooperation with the Long Island Sound Study, administers grants totaling approximately one million dollars. The purpose of the Sound Futures Fund is to support projects that restore and protect the health and living resources of Long Island Sound.

**NOAA, Marine Debris Project, Gulf of Mexico (2006)**

Project Manager for NOAA's Gulf of Mexico Marine Debris Project. This was a US$20 million Congressional supplemental appropriation for post-hurricane Katrina clean-up efforts.

**NOAA, LCDP, USA (2005)**

Graduated from NOAA's Leadership Competencies Development Program (LCDP). The LCDP is a competitive, 18-month program that provides a series of training and developmental experiences for a cadre of NOAA individuals who have high potential for assuming greater leadership responsibilities in the next three to five years. The Program fosters a shared understanding of NOAA and its mission, vision, and objectives. The LCDP provides a framework for developing future senior leaders with NOAA-wide capability.

**USCG, Maritime Recovery and Restoration Task Force, USA (2005)**

Member of the Maritime Recovery and Restoration Task Force led by USCG Adm. Hereth to analyze the marine transportation response to the hurricanes and make recommendations for future events.

**Hurricanes Katrina and Rita Response, USA (2005)**

In support of the response efforts for hurricanes Katrina and Rita was deployed to Louisiana and Texas. Worked on the command staff in the Incident Command Post for Katrina and on the Principal Federal Official's staff at the Joint Field Office for Rita.

**Embassy Science Fellowship Program, Portugal (2005)**

Developmental Assignment working on an Embassy Science Fellowship Program with the US Embassy in Lisbon, Portugal.

**Port Authority's Port Commerce Department, USA (2004)**

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*

SCIENTIFIC SUPPORT &
COORDINATION, LLC

Developmental Assignment working at the New York / New Jersey Port Authority's Port Commerce Department. Worked on Environmental Round Table issues concerning the restoration of the Harbor.

### C/V Rio Puelo Incident, Argentina (2004)
Lead scientific advisor to the Federal On-Scene Coordinator for the C/V Rio Puelo incident involving a potentially biologically contaminated shipment of lemons.

### Science of Oil Spills Classes, USA (2004)
Instructor for Pacific training classes in Hawaii and Guam for Science of Oil Spills classes. Attendees included representatives from US Fish and Wildlife Service.

### National Preparedness for Response Exercise Program, USA (2003)
Planner and player in the National Preparedness for Response Exercise Program (PREP) oil spill and terrorist exercise in Philadelphia, PA.

### USCG COTPNY Area Contingency Plan, USA (2003)
Coordinating the Radiological Monitoring annex for the USCG COTPNY Area Contingency Plan and Special Monitoring Applied for Response Technologies (SMART).

### Government of Spain, M/T Prestige Spill, Spain (2002)
At the request of the Spanish government for oil spill advisors, responded to the M/T Prestige spill off the coast of Spain.

### B-125 Barge Explosion, USA (2002)
Response to the B-125 barge explosion, fire, and subsequent gasoline spill.

### USCG, M/V Palermo Senator Potential Radiological Event, USA (2002)
Aided the USCG COTP ACTNY with issues involved in responding to the M/V Palermo Senator potential radiological event.

### USCG, World Trade Center Attacks, USA (2001)
Responded with the USGC to the events of 9/11 in New York City in the aftermath of the attack on the World Trade Center.

### Government of Ecuador, T/V Jessica Oil Spill, Galapagos (2000)
Responded to the oil spill from the T/V Jessica in the Galapagos at the request of the Ecuadorian government.

### Hurricane Mitch Restoration Program, Honduras & Nicaragua (1999)
Sent to Honduras and Nicaragua as part of the Hurricane Mitch Restoration Program and MARAD assessment team.

### United Nations Development Program, T/V San Jorge Oil Spill, Argentina (1997)
A member of the United Nations Development Program (UNDP) technical response team sent at the request of the president of Uruguay to the United Nations for assistance to the T/V San Jorge oil spill.

### Special Monitoring for Applied Response Technology, USA (1996)
Member of the development team for dispersant and in-situ burning Special Monitoring for Applied Response Technology (SMART).

### China Academy of Transportation Sciences, China (1994)
U.S. representative for the World Bank funded China Academy of Transportation Sciences (CATS) and one of their research institutes, the Water Transportation Research Institute (WTRI), to support oil spill emergency planning work for six ports in China. One of the phases of the approved proposal included developing a "Port Oil Spill Emergency Plan Model - POSEPM" for the port of Guangzhou.

### USCG, Boston Oil Spill, USA (1993)

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*


Designer for U.S. Coast Guard Oil Spill Exercise for Boston, MA. 3-4 June.

**USCG, Philadelphia Oil Spill, USA (1993)**
Participant in U.S. Coast Guard Oil Spill Exercise for Philadelphia, PA. 7-8 April.

**HMS Queen Mary II Grounding, USA (1992)**
SSC for the HMS Queen Mary II grounding.

**New York Oil Spill, USA (1992)**
Member of New York State Oil Spill Task Force.

**C/V Santa Clara Arsenic Trioxide Incident, USA (1992)**
SSC for the C/V Santa Clara Arsenic Trioxide incident off the coast of New Jersey. 3 January.

**RRT 6 Bioremediation Spill Response Planning Workgroup, USA (1991)**
Participant in RRT 6 Bioremediation Spill Response Planning workgroup. Austin, TX 25-26 June.

**USCG, Yorktown OSC/RRT Exercise, USA (1991)**
Planner/Operations Control for USCG Yorktown OSC/RRT Exercise for Long Island Sound. New London, CT. 24-25 April.

**EPA Bioremediation Action Committee Subcommittee, USA (1991)**
Member of EPA Bioremediation Action Committee Subcommittee for Treatability Protocol Development.

**USCG Research and Development Workshop, USA (1991)**
Participant in USCG Research and Development workshop on Remote Sensing for Oil Spill Response. 28-29 January.

**Coast Guard Board Advisor, USA (1990)**
Advisor to Coast Guard Board of Inquiry Concerning a Series of Recent Incidents Involving Commercial Vessels in the Kill Van Kull/Arthur Kill Area of the Port of New York/New Jersey.

**New York Harbor Oil Spill, USA (1990)**
Member of the New York Harbor Oil Spill Prevention Conference Bi-State Mapping Subcommittee.

**B/T Nautilus Oil Spill, USA (1990)**
SSC for B/T Nautilus spill of 260,000 gallons of #6 oil into the Kill Van Kull near Bayonne, NJ.

**Exxon Valdez Oil Spill, USA (1990)**
SSC for Exxon Valdez '90 in Seward, AK.

**Cibro Savannah Oil Spill, USA (1990)**
SSC for T/B Cibro Savannah explosion, fire, and spill of 120,000 gallons of diesel fuel into the Arthur Kill near Linden, NJ.

**Exxon Bayway Oil Spill, USA (1990)**
SSC for Exxon Bayway 567,000-gallon spill of #2 heating oil into the Arthur Kill near Linden, NJ.

**M/V Presidente Rivera Oil Spill, USA (1989)**
SSC for Delaware River spill by M/V Presidente Rivera of 300,000 gallons of #6 oil.

**M/V World Prodigy Oil Spill, USA (1989)**
First SSC on-scene for Newport, RI spill by M/V World Prodigy of 600,000 gallons of diesel fuel.

**Exxon Valdez Oil Spill, USA (1989)**
SSC for Exxon Valdez spill in Prince Williams Sound for Valdez and the Seward zones, on two separate trips to Alaska. The spill involved over 10 million gallons of Prudhoe Bay crude.

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*



**S C I E N C E**

S S & C, LLC

**SCIENTIFIC SUPPORT & COORDINATION, LLC**

**Elastol Application, USA (1989)**
Performed test application of Elastol on a crude oil spill in Coney Island Creek, NY, after consensus of RRT. Paper written on the results.

**Summary Environmental Sensitivity Index Maps, USA (1988)**
Coordinate the production of Summary Environmental Sensitivity Index Maps of Delaware Bay among experts from Federal, State, Local agencies, academia, and contractors.

**EPA, OSV Anderson Survey, USA (1987)**
Invited participant on EPA OSV Anderson survey to the 106-Mile Sludge Disposal Site Aug. 29 - Sept. 5. Purpose of the trip was to perform sludge tracking experiments and preliminary water quality monitoring.

**NYC Department of Environmental Protection, Associate Chemist, USA (1981-1987)**
Supervise, manage and administer the following programs: EPA permit compliance monitoring of the N.Y Bight ocean sludge disposal site and surrounding area; annual Harbor Water Quality Survey; wastewater treatment plant operations; non-programmatic samplings; and inspection of City laboratories for compliance to the New York State Department of Health Environmental Laboratory Accreditation Program criteria. Supervise a staff of five personnel for monitoring activities, plus a microbiology laboratory.

## EMPLOYMENT HISTORY

| | |
|---|---|
| 2020-present | **Scientific Support & Coordination, LLC** <br> New Jersey, USA <br> Managing Officer |
| 1987-2020 | **The National Oceanic and Atmospheric Administration (NOAA)** <br> Maryland, USA <br> Response Operations Supervisor – East (2015-2020) <br> Scientific Support Coordinator (1987-2015) |
| 1981-1987 | **New York City Department of Environmental Protection** <br> New York, USA <br> Biologist |

## PUBLICATIONS & PAPERS

**Gulf-Alaska Knowledge Exchange**. National Academies of Sciences, Engineering, and Medicine 2025. (In process). Washington, DC: The National Academies Press.

**"Oil in the Sea IV: Inputs, Fates, and Effects"**, Washington, DC: The National Academies Press, National Academies of Sciences, Engineering, and Medicine, *2022.*

**"Communicating Internally and Externally during a Response: Life's Lessons Over 32+ years"**, Levine, Ed., International Oil Spill Conference Proceedings, *2021*

**"Preparing for Transport of Liquefied Natural Gas (LNG) Through the Panamá Canal"**, Levine, Ed, O. D'Meza, J. Platt, D. Valdes, International Oil Spill Conference Proceedings, *2021*

**"Wildlife Response Preparedness: Good practice guidelines for incident management and emergency response personnel"**, Contributor, IPECA. OGP Report Number 516, *October 2014.*

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*



**"Development of the NOAA Scientific Support Coordinator Training Guidebook"**, Levine, E., J. Tarpley, A. Drury, K. Jellison, J. Lomnicky, International Oil Spill Conference Proceedings, *2014*

**"Hurricane Sandy - Maritime Environmental Response Operations for your State/County"**, Doucette, Eric, E. Levine, K. Sheets, International Association of Emergency Managers Conference. Reno NV, *2013*

**"Effectiveness and potential ecological effects of offshore surface dispersant use during the Deepwater Horizon oil spill: A retrospective analysis of monitoring data"**, Bejarano, Adriana, E. Levine, A. Mearns, Environmental Monitoring and Assessment. Vol. 185, Issue 12. pp. 10281–10295, *2013*

**"Scientific Support Coordinator Training Guidebook"**, U.S. Dept. of Commerce. Seattle, WA: Emergency Response Division, NOAA. 90 pp., *2013*

**"Dispersants and Risk Communication"**, Levine. E. and S. Picou, JS., Whitepaper, Appendix G, Coastal Response Research Center (CRRC), Research Planning Incorporated, National Oceanic and Atmospheric Administration (N. Kinner and D. Helton Eds). The Future of Dispersant Use in Oil Spill Response Initiative, *March 22, 2012*

**"Aerial Dispersant Monitoring Using SMART Protocols during the Deepwater Horizon Spill Response"**, Levine, Ed, J. Stout, B. Parscal, AH Walker, and K. Bond, International Oil Spill Conference Proceedings Vol. 2011, No. 1 (March 2011) pp. abs225, *March 2011*

**"Roles of the Environmental Unit: Success and the ATHOS I Spill Response"**, Levine, Edwin, and G. Ott, International Oil Spill Conference Proceedings. p. 755-760, *2008*

**"Submerged Oil Assessment and Recovery at the Athos I Oil Spill"**, Michel, Jacqui, Simecek-Beatty, D., Levine, E., Lehmann, S., Lehr, W., Ott, G., Trumbull, L., Pfeifer, C., Ploen, M., Elliott, J., International Oil Spill Conference, *2005*

**"NOAA's Response to the Jessica Oil Spill in the Galapagos Archipelago"**, Henry, Charlie., E. Levine, International Oil Spill Conference Proceedings. p. 1-5, *2003*

**"Using the Pieces to Solve the Puzzle: A Framework for Making Decisions About Applied Response Technologies"**, Walker, A.H., D. Sholz, J. Boyd, E. Levine, E. Moser, International Oil Spill Conference Proceedings. p. 503-508, *2001*

**"Protecting Fur Seals During Spill Response: Lessons from the San Jorge (Uruguay) Oil Spill"**, Mearns, Allen., E. Levine, R. Yender, D. Helton, T. Loughlin, International Oil Spill Conference Proceedings, *1999*

**"Development and Implementation of the Dispersant Observation Job Aid"**, Levine, Edwin, International Oil Spill Conference Proceedings, *1999*

**"Tidal Inlets - A Major Hurdle to Effectively Protecting Sensitive Coastal Resources"**, Hayes, Miles, T. Montello, R. Schrader, E. Levine, International Oil Spill Conference Proceedings, *1999*

**"Joint China-NOAA Port Area Contingency Planning Project"**, Levine, Edwin, D. Payton, R. Pavia, C. Houck, S. Chen, International Oil Spill Conference Proceedings. p. 838-839, *1995*

**"Follow-up Study on Oiled Vegetation Cutting Along the Delaware River"**, Levine, Edwin, J. Pickney, T. Montello, International Oil Spill Conference Proceedings. P. 195, *1995*

**"The Role of NOAA's Scientific Support Coordinators During the T/B Vista Bella Oil Spill"**, presented at the First International Ocean Pollution Symposium. La Parguera, PR, 29 *April – 3 May 1991.*

**"A Scientific Review of Non-Mechanical Oil Spill Response Strategies"**, Levine, Edwin, presented to the Delaware Academy of Science, Newark, DE, *15 November 1990.*

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*



SCIENTIFIC SUPPORT &
COORDINATION, LLC

**"Riverbank description and cleanup recommendations for the M/T Presidente Rivera oil spill in the Delaware River, June 24, 1989"**, Levine, Edwin, J. Dahlin, D. Simecek-Beatty, and E. Shaw, International Oil Spill Conference, *1989*

**"Computer Mapping Capabilities for Oil Spill Planning and Response"**, Levine, Edwin, D. Dale, International Oil Spill Conference, *1989*

**"Program For Monitoring Municipal Sewage Dump Site in the New York Bight"**, Levine, Edwin, Oceans '86 Conference and Exposition in Washington, DC. MTS AND IEEE, *1986*

## PRESENTATION & SPEAKING ENGAGEMENTS

**"Crisis Leadership",** Panelist at the Clean Waterways conference, Denver, CO. April 2023.

**"Coastal Resilience"**, Panelist on The American Blue Economy podcast, hosted by Rear Adm. Tim Gallaudet (US Navy, ret. / Former Assistant Secretary of Commerce and Deputy NOAA Administrator / Former Oceanographer of the Navy), *2021*

**"Reducing the Impacts of Oil Spills"** Keynote invited speaker at workshop in the Algarve, Portugal, *2008*

**"Dispersant Applicability During Oil Spills"**, Member of the panel, presented for the Mexican Navy in preparation for the Spill of National Significance (SONS) exercise, Ensenada, Mexico, *2004*

**"RRT I and II Chemical Countermeasures Workshop"**, Chairman, Framingham, MA, *21-24 September 1992*

## LANGUAGES

English (native)

Spanish (conversational)

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*



## APPENDIX 5 – MATERIALS CONSIDERED

**Ed Levine,**
**Expert Rebuttal Report in *Conservation Law Foundation v. Shell Oil Company, et al.*,**
**No. No. 3:21-cv-00933**

In addition to the materials specifically cited in my expert rebuttal report and any attachments, such as Appendix 2 – Literature Cited, thereto, served on July 22, 2025, I have reviewed and considered the following materials in connection with my expert rebuttal report and reserve the right to rely on any of the documents or materials included herein.

**Litigation Documents**

Amended Complaint, *Conservation Law Foundation v. Shell Oil Company, et al.,* Case No. 3:21-cv-00933 (D. Conn. Feb. 11, 2022).

Expert Report of Dr. Richard Horner, May 8, 2025, *Conservation Law Foundation v. Shell Oil Company, et al.,* Case No. 3:21-cv-00933

Expert Report of Dr. Robert Nairn, May 8, 2025, *Conservation Law Foundation v. Shell Oil Company, et al.,* Case No. 3:21-cv-00933

Expert Report of Dr. Wendi Goldsmith, May 8, 2025, *Conservation Law Foundation v. Shell Oil Company, et al.,* Case No. 3:21-cv-00933

Expert Report of Doug Bayles, P.E. and Austin Pace, P.E., June 23, 2025, *Conservation Law Foundation v. Shell Oil Company, et al.,* Case No. 3:21-cv-00933

Expert Report of Dagmar Schmidt-Etkin, Ph.D., June 23, 2025, *Conservation Law Foundation v. Shell Oil Company, et al.,* Case No. 3:21-cv-00933

Expert Report of Deborah French-McCay, Ph.D., June 23, 2025, *Conservation Law Foundation v. Shell Oil Company, et al.,* Case No. 3:21-cv-00933

Stormwater Pollution Prevention Plan, Revision Date: March 2024, Shell Supply and Distribution: Prepared by Witt O'Brien's ePlanPro Software Solutions for Triton Environmental LLC (*see* Exhibit 1218 in the 30(b)(6) Deposition of Shell Oil Co. (Michael Sullivan), February 6, 2025)

*CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER*