# Exhibit C

Filed Under Seal



# Expert Report

**Prepared for:**

*King & Spalding LLP*
*1180 Peachtree Street NE*
*Atlanta, GA 30309*

**Prepared by:**

*Dagmar Schmidt Etkin, PhD*
*Environmental Research Consulting*
*41 Croft Lane*
*Cortlandt Manor, NY 10567-1160*

**23 June 2025**

ENVIRONMENTAL RESEARCH CONSULTING

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

# Contents

Contents ...................................................................................................................................... 2

List of Tables .............................................................................................................................. 2

List of Figures ............................................................................................................................ 3

Definitions and Acronyms .......................................................................................................... 4

    Introduction ........................................................................................................................... 7

    Response Planning Discharge Volumes ................................................................................. 8

    Historical Data on Oil Facility Spills .................................................................................. 10

    Oil Facility Spills in Storm Surges ..................................................................................... 13

    General Approach to Developing Credible Discharges for Modeling ................................... 16

    Contents of Storage Tanks at New Haven Facility .............................................................. 16

    Adjustment for Preliminary Probability Distribution Function ............................................ 18

    Ballasting or Oil Removal Prior to Flooding Event ............................................................. 22

    Adjustments for Oil Outflow under Flooding Conditions .................................................... 23

    Applying Storm Failure Rates to Develop Probability Distribution Function ....................... 25

    Application of Reasonable Outflow Percentage to WCDs .................................................... 28

    Significant Conclusions ...................................................................................................... 28

    Recommendation for Credible Worst-Case Discharge Volumes for Modeling ...................... 29

    Comments on Report of Richard R. Horner, PhD ................................................................ 30

    Cited References ................................................................................................................. 32

Appendix: Curriculum Vitae - Qualifications ............................................................................ 34

# List of Tables

Table 1: Response Planning Volume Calculations for New Haven Facility ................................. 9

Table 2: Estimated Spill Frequency for Oil Facilities ............................................................... 10

Table 3: Percentile Spill Volumes for Structural Failures ......................................................... 12

Table 4: Damage Potential from Hurricanes with Land-Fall ..................................................... 13

Table 5: New Haven Facility Largest Tank Contents ................................................................ 17

Table 6: Largest Theoretical Oil Storage by Oil Type Before Flood and PDF Adjustments ...... 17

Table 7: Hypothetical Percentile Spill Volumes for Jet Fuel Spills (with Typical Fill) ............. 22

Table 8: Hypothetical Percentile Spill Volumes for No. 2 Fuel Spills (with Typical Fill) .......... 22

Table 9: Hypothetical Percentile Spill Volumes for Gasoline Spills (with Typical Fill) ............. 22

Table 10: Hypothetical Percentile Spill Volumes for Ethanol Spills (with Typical Fill) ............ 22

Table 11: Maximum Flood Height and Maximum Fill Levels of Storage Tanks during Flooding ........... 23

Table 12: Theoretical Volumes for Each Storage Tank under Flood Conditions ........................ 24

Table 13: Theoretical 50th/95th Percentile Spill Volumes under 100-Year Flood Fill Conditions ............. 25

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

Table 14: Theoretical AMPD/MMPD/WCD Volumes under 100-Year Flood Fill Conditions ................ 28
Table 15: Estimated Outflow by Product under 100-Year Flood Fill Conditions ..................................... 28
Table 16: Credible Worst-Case Discharge Volumes for Modeling ............................................................ 30

## List of Figures

Figure 1: Response Planning Volumes for New Haven Facility ................................................................ 9
Figure 2: Distribution of Facility Spill Volumes ...................................................................................... 11
Figure 3: PDF of Facility Spill Volumes (All Causes) ............................................................................ 11
Figure 4: PDF of Facility Spill Volumes (Structural Failures) ............................................................... 12
Figure 5: Hurricane Sandy Storm Surge Potential .................................................................................. 15
Figure 6: FEMA Hurricane Sandy Impact Analysis ................................................................................ 15
Figure 7: Approach to Developing Credible Discharges for Modeling .................................................... 16
Figure 8: Hypothetical PDF for Jet Fuel Spills (with Typical Fill) ......................................................... 20
Figure 9: Hypothetical PDF for No. 2 Fuel Spills (with Typical Fill)...................................................... 20
Figure 10: Hypothetical PDF for Gasoline Spills (with Typical Fill)....................................................... 21
Figure 11: Hypothetical PDF for Ethanol Spills (with Typical Fill) ........................................................ 21
Figure 12: PDF for Gasoline Tank Releases (100-Year Flood Fill Conditions)....................................... 26
Figure 13: PDF for No. 2 Fuel Tank Releases (100-Year Flood Fill Conditions)..................................... 26
Figure 14: PDF for Jet Fuel Tank Releases (100-Year Flood Fill Conditions) ........................................ 27
Figure 15: PDF for Ethanol Tank Releases (100-Year Flood Fill Conditions) ........................................ 27
Figure 16: Tank 1 at New Haven Terminal (from Triton Environmental 2017) ....................................... 31

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

# Definitions and Acronyms

**AMPD:** Average Most-Probable Discharge (based on 40 CFR 112.2 for EPA-regulated oil handling facilities and 33 CFR 154.1020 for USCG-regulated coastal transportation facilities for spill response planning purposes only).

**Ballasting:** adding liquid to storage tanks to provide stability during a potential flooding condition.

**Barrel (bbl)**: 42 gallons or 0.158987 cubic meters. [Note: an oil barrel is different than a 55-gallon drum.]

**bbl:** barrel or barrels.

**CLF:** Conservation Law Foundation

**Containment berm:** a moat-like structure built around a storage tank or around several storage tanks which is used to contain storage tank product in the event of a spill.

**Credible Worst-Case Discharge:** in the context of this report, a reasonable estimation of the greatest amount of oil spillage from the New Haven Oil Terminal storage tanks in a flooding situation based on the expected contents of the tanks, the degree of possible outflow as affected by the physical environment, hydraulic pressures, storage tank structural specification, and geographical layout.

**Cumulative Probability:** a representation of the probability of an event happening at a certain point or less which is calculated by summing the individual probabilities of events up to that point.

**Discharge:** in the context of this report, the unintentional spillage or release of oil.

**EPA:** Environmental Protection Agency.

**ERC:** Environmental Research Consulting

**FEMA:** Federal Emergency Management Agency.

**FRP:** Facility Response Plan.

**Fuel:** in the context of this report, a refined petroleum product that is generally used to provide energy for combustion engines, furnaces, etc.

**gal:** gallon or gallons.

**Gallon:** one gallon is the equivalent of 128 fluid ounces, 3.785 liters, 0.003785 cubic meters, 0.0238 barrels.

**Hurricane Category:** Hurricane categories, based on the Saffir-Simpson Hurricane Wind Scale[1], range from 1 to 5, with Category 1 being the weakest and Category 5 the strongest. The categories are determined by a hurricane's maximum sustained wind speed, which is used to estimate potential property damage and flooding.

---

[1] See Table 4.

4 *Expert Report*

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

**Median:** 50th percentile; the value for which half of the values are expected to be below this amount and half are expected to be above this amount.

**MMPD:** Maximum Most-Probable Discharge (based on 40 CFR 112.2 for EPA-regulated oil handling facilities and 33 CFR 154.1020 for USCG-regulated coastal transportation facilities for spill response planning purposes only).

**No. 2 Fuel:** a distillate fuel oil, used primarily for home heating, which is similar in composition to diesel fuel used in diesel engines and generators. [In the context of this report, the category "No. 2 Fuel" is used to designate the oil products stored at the New Haven Oil Terminal that are either home heating oil, diesel, or similar products, noting that there may be some differences in composition and properties.

**NOAA:** National Oceanic and Atmospheric Administration.

**Non-Persistent Oil:** Non-persistent or Group 1 oil means a petroleum-based oil that, at the time of shipment, consists of hydrocarbon fractions: at least 50% of which by volume, distill at a temperature of 340 degrees C (645 degrees F); and at least 95% of which by volume, distill at a temperature of 370 degrees C (700 degrees F) (based on 33 CFR 155.1020.)

**Oil Group 1:** Non-Persistent Oil.

**Oil product:** a refined petroleum product (e.g., gasoline, jet fuel, diesel).

**Oil:** in the context of this report, a petroleum hydrocarbon that exists as a fluid at ambient temperatures, including crude oil and refined products (e.g., gasoline, jet fuel, diesel).

**Outflow:** a technical term used to indicate the release or spillage of oil from a container, which could be a storage tank, a pipeline, or a tank ship, after some type of impact event that causes a hole, tear, or other breach in the container wall.

**Outlier:** In statistics, an outlier is a data point that differs significantly from other observations. In the context of this report, an outlier is a spill incident that involves highly unusual circumstances resulting in a spill volume that would not be expected in other incidents.

**PDF:** probability distribution function.

**Percentile:** a value on a scale of one hundred that indicates the percentage value in a distribution that is equal to or below it, e.g., a percentile score of 95 is a value equal to or larger than 95 percent of the values, with only 5 percent higher or larger.

**Probability Distribution Function (PDF):** a mathematical function that describes the probability of different possible values of a variable (in the context of this report, the spill volume), which is often depicted using a graph or probability table.

**Release:** in the context of this report, the unintentional discharge or spillage of oil from the storage tanks at the New Haven Oil Terminal.

**Risk assessment:** for oil spills, an analysis of the likelihood or probability of oil spillage and the potential consequences of that hypothetical spillage, particularly ecological effects.

5 *Expert Report*

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

**SPCC:** Spill Prevention, Control, and Countermeasures (EPA Regulations for oil facilities (40 CFR 112).

**Spill:** in the context of this report, the unintentional release or discharge of oil from a container, such as a storage tank.

**Trajectory modeling:** computer simulations of the potential behavior, spread, and movement or path of an oil spill under specified conditions and in a specified location.

**Typical fill:** the average amount of oil stored in each of the storage tanks at the New Haven Oil Terminal based on the reported data in documents provided (Triton Environmental 2017 and Witt O'Brien's 2024).

**ULSD:** ultra-low sulfur diesel (a type of diesel fuel with a significantly reduced sulfur content compared to traditional diesel).

**USCG:** United States Coast Guard.

**WCD:** Worst-Case Discharge (based on 40 CFR 112.2 for EPA-regulated oil handling facilities and 33 CFR 154.1020 for USCG-regulated coastal transportation facilities for spill response planning purposes only).

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

# Expert Report

## Introduction

As part of Defendants' analysis of certain claims made by CLF's experts that extreme weather would damage tanks at the New Haven Terminal and cause uncontrolled releases of petroleum, I was asked to develop various spill scenarios. This report describes the development of estimated discharge volumes for the oil spill trajectory, fate, and effects modeling of hypothetical storage tank spills at the New Haven Terminal as part of a risk analysis.[2] My task was to estimate credible discharge volumes that might be used for trajectory, fates, and effects modeling, toxicological exposure analyses, and other analyses. These are *hypothetical* discharges that have not actually occurred at this facility and that are not reasonably expected to occur based on the New Haven Terminal's history and operational practices. However, this analysis was undertaken in the event of the highly-unlikely scenario in which multiple operational controls fail during an extreme weather event never before seen at the New Haven Terminal.

In developing these estimates I relied on my experience in studying and analyzing the science of oil spills since 1982. I received my BA in Biology from University of Rochester in 1977, my MA in Biology from Harvard University in 1980, and my PhD from Harvard University in Organismic and Evolutionary Biology in 1982.

I have applied my modeling, scientific, environmental, and statistical skills as a consultant and analyst for industry, governmental, and non-governmental clients since 1982. I have led or participated in over 150 projects related to oil spill risk issues. I have a reputation for conducting my analyses with integrity and without bias regardless of whether my client is in the oil industry, a governmental agency, or a non-governmental organization. I have worked on projects in the US and in several foreign nations, and internationally (for the United Nations). Most recently, I was appointed to the National Academies of Science, Engineering, and Medicine Oil in the Sea IV Committee to lead the analyses of oil spill probabilities and spill rates, along with evaluating all other aspects of oil spill prevention and response.

My complete Curriculum Vitae/Qualifications are attached in the Appendix. This includes all projects, publications, and expert witness cases that I have been involved in since 1982.

I was deposed on 12 May 2022 in Case No. 3:19-cv-00602-wmc (In The United States District Court For The Western District Of Wisconsin, Bad River Band Of The Lake Superior Tribe Of Chippewa Indians Of The Bad River Reservation, Plaintiff, Vs. Enbridge Energy Company, Inc. And Enbridge Energy, L.P., Defendants / Enbridge Energy Company, Inc., Enbridge Energy, L.P., Counter-Plaintiff, Vs. Bad River Band Of The Lake Superior Tribe Of Chippewa Indians Of The Bad·River Reservation And Naomi Tillison, ·In Her Official Capacity, Counter-Defendants.) I was engaged by Venable LLP, who were representing Enbridge Energy Company, Inc., and Enbridge Energy LP. Because I was unable to attend in person due to Covid-19 precautions and restrictions in place at the time, I testified remotely from my home office at 41 Croft Lane, Cortlandt Manor, New York.

---

[2] 481 East Shore Parkway, New Haven, Connecticut 06512

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

I am currently being compensated at a rate of $375 per hour. If I am called to testify in court or be deposed, the compensation would be $460 per hour.

My approach is generally a statistical one, relying on historical data of actual spills, combined with probabilistic analyses of potential spillage from the particular facility in question, which are based on information provided to me by the facility managers/operators, and engineering experts.

In determining *credible* worst-case discharge scenarios, I relied on specific information about the New Haven Terminal, the physics of hydrostatics related to hypothetical flooding conditions (as provided by Integral Consulting), and historical data on over 41,000 storage tank/oil facility/oil terminal spills, as I had analyzed for the US Environmental Protection Agency (US EPA).

I developed probability distribution functions (PDFs) to determine the median and 95th percentile spill volumes and release percentages. The median volume is the 50th percentile, which means that 50% (half) of the spills are smaller than that volume and half are larger. The 95th percentile volume is the volume for which 95% of incidents are smaller and only 5% are larger.

While there is no official industry or governmental "standard" for determining a *credible* worst-case discharge (WCD) for a risk assessment of spills from oil terminals or any other potential spill source (e.g., pipelines, tank ships, and wells), the 95th percentile volume or result has been applied by myself and my colleagues at TetraTech (formerly Applied Science Associates and RPS Group) for a large number of both industry, governmental, and non-governmental clients for about 25 years.

The reasoning behind selecting the 95th percentile rather than the absolute largest incident is that this eliminates the "outlier" cases that would most likely have involved some unusual circumstance. The concept of the 95th percentile is also frequently applied in a somewhat analogous manner in statistical analyses in that the 95% confidence level is accepted as an accurate measure of the true measure of a population value. There is only a 5% chance that the results are inaccurate.

## Response Planning Discharge Volumes

According to the Facility Response Plan (FRP),[3] the Response Planning Discharge Scenario volumes are as shown in Figure 1 and Table 1. All the discharges involve Oil Group 1 – Nonpersistent Oils.[4]

---

[3] Witt O'Brien's. 2024.
[4] From 33 CFR 155.1020. https://response.restoration.noaa.gov/oil-and-chemical-spills/oil-spills/oil-types.html. Non-persistent or Group I oil means a petroleum-based oil that, at the time of shipment, consists of hydrocarbon fractions: (1) At least 50% of which by volume, distill at a temperature of 340 degrees C (645 degrees F); and (2) At least 95% of which by volume, distill at a temperature of 370 degrees C (700 degrees F).

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER



Figure 1: Response Planning Volumes for New Haven Facility[5]

| Discharge Scenario for Planning | Discharge Volume (bbl) | | |
|---|---|---|---|
| | EPA[6] | USCG[7] | Complex Maximum |
| Small/Average Most-Probable | 50 | 38 | 50 |
| Medium/Maximum Most-Probable | 1,136 | 382 | 1,136 |
| Worst-Case | 220,654 | 3,824 | 220,654 |

Table 1: Response Planning Volume Calculations for New Haven Facility

[5] This is developed by ERC for illustration purposes for this document only.
[6] Based on 40 CFR 112.2.
[7] Based on 33 CFR 154.1020.

9 Expert Report

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

1.  *Worst-case discharge response planning volumes are not reasonable or credible discharge scenarios.* The US Coast Guard (USCG) discharge volumes are for the marine transfer operations, whereas the EPA volumes pertain specifically to the storage tanks.[8] Note that these volumes are arbitrary and are strictly applied for the purposes of calculating the required response capabilities (i.e., how much booming, skimming, and storage capacity is required to theoretically be able to recover the spilled oil). *Based on my experience with USCG, EPA, and numerous industry clients, the worst-case discharges response planning volumes are not intended to be used as volumes to determine potential discharge or spill volumes. They do not reflect reasonable or credible discharge scenarios for risk analyses.*

## Historical Data on Oil Facility Spills

2.  *Oil facility spills are highly unlikely events for any particular facility or storage tank.*
The historical record of oil facility spills can provide perspective on the reasonableness of credible worst-case discharge scenario calculations. Again, there is no industry standard for "credible" discharges.

An analysis of 41,068 oil spills that occurred between 1980 and 2007 from oil facilities regulated under the US Environmental Protection Agency (EPA) Spill Prevention, Control, and Countermeasures (SPCC) program[9] indicates that the annual spill frequency per facility is about 0.00071, or a 1 in 1,400 chance for all types of causes, as shown in Table 2. The spills of concern for the New Haven Terminal would be those related to structural failure in the event of catastrophic flooding or a tsunami.

| Table 2: Estimated Spill Frequency for Oil Facilities[10] | | | | |
|---|---|---|---|---|
| **Spill Cause**[11] | **Spills per Facility**[12] | | **Chance (Probability) per Facility** | |
| | **Annual** | **Over 25 Years** | **Annual** | **Over 25 Years** |
| **Damage during Maintenance** | 0.000056 | 0.001400 | 1 in 18,000 | 1 in 710 |
| **Structural Failure** | 0.000200 | 0.005000 | 1 in 5,000 | 1 in 200 |
| **Mechanical or Equipment Failure** | 0.000220 | 0.005500 | 1 in 4,600 | 1 in 180 |
| **Operational Error (Human Error)** | 0.000210 | 0.005250 | 1 in 4,800 | 1 in 190 |
| **Vandalism** | 0.000024 | 0.000600 | 1 in 41,000 | 1 in 1,700 |
| **Total** | **0.000710** | **0.017750** | **1 in 1,400** | **1 in 56** |

3.  *In the unlikely event of a facility spill, it is likely to involve a small volume. 50% of facility spills are less than 5 barrels (bbl). 95% of facility spills are less than 476 bbl. 99% are less than 2,700 bbl.*[13]
Given a spill, the spill volume distribution would likely be as shown in Figure 2 and Figure 3. A probability distribution function (PDF) for structural failure-caused spills caused is in Figure 4 and Table 3.

---

[8] These are standards developed by EPA and USCG.
[9] 40 CFR 112.
[10] This table was developed by analyzing data on 41,068 oil facility spills compared to the number of facilities at that time.
[11] All probabilities based on analyses conducted for the US EPA as in Etkin 2003a; Etkin 2004.
[12] Based on an analysis of 41,068 facility spills (Etkin 2003a; Etkin 2003b; Etkin 2004; Etkin 2010a; Etkin 2010b).
[13] This statement is based on the data analyzed in Etkin 2003a; Etkin 2003b; Etkin 2004; Etkin 2010a; Etkin 2010b.

**CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER**



**Figure 2: Distribution of Facility Spill Volumes**[14]



**Figure 3: PDF of Facility Spill Volumes (All Causes)**[15]

---

[14] Based on an analysis of 41,068 facility spills (Etkin 2003a; Etkin 2003b; Etkin 2004; Etkin 2010a; Etkin 2010b). Note than an inland spill is one that would include a type of facility such as the New Haven Terminal. It is a facility that would be regulated by the US EPA, as the New Haven Terminal is. In the context of the analyses conducted at the time, it would not have include a marine terminal that sits directly on the coast and that transfers oil directly to vessels and that would spill oil directly into marine waters if a spill were to occur, but would include a facility, like the New Haven Terminal, that sits inland from the coast.

[15] Based on an analysis of 41,068 facility spills (Etkin 2003a; Etkin 2003b; Etkin 2004; Etkin 2010a; Etkin 2010b).

11 *Expert Report*

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER



**Figure 4: PDF of Facility Spill Volumes (Structural Failures)[16]**

| Table 3: Percentile Spill Volumes for Structural Failures | | |
|---|---|---|
| **Percentile[17]** | **Bbl** | **Gallons** |
| **50th Percentile (Median)** | 10 | 420 |
| **90th Percentile** | 500 | 21,000 |
| **95th Percentile** | 1,286 | 54,012 |
| **99th Percentile** | 6,200 | 260,400 |
| **Maximum[18]** | 140,000 | 5,880,000 |

#### 4.  *Oil spills from coastal facilities are decreasing overall.*

Another important consideration is that spill prevention for oil storage facilities has been very successful in reducing the numbers and sizes of spills. In analyses conducted for the US EPA, I demonstrated that since the implementation of SPCC regulations, there was a significant drop in spillage rates despite the increased handling, transport, and storage of oil.[19] Those analyses covered the years 1980 through 2003.

---

[16] Based on an analysis of 41,068 facility spills (Etkin 2003a; Etkin 2003b; Etkin 2004; Etkin 2010a; Etkin 2010b).

[17] These percentiles are typical of those presented in analyses conducted by ERC over the last 25 years. There is no industry standard.

[18] The largest spill of 140,000 bbl occurred in 1989 at a Chevron facility in Port Arthur, Texas. The tank had a significant structural failure (crack) that resulted in the entire contents of the tank being released to a nearby waterway. This spill was not caused by a storm surge, hurricane, flood, or anything related to a climate or weather event.

[19] Etkin 2003a; Etkin 2003b; Etkin 2004.

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

Data analyzed by ERC for the National Academies of Science, Engineering & Medicine Oil in the Sea IV and Oil in the Sea III studies showed that there was a 93.6% reduction in spillage from coastal oil terminals in North America between the 1990–1999 and 2010–2019.[20]

## Oil Facility Spills in Storm Surges

A subcategory of facility spills are those caused by storm surges related to hurricanes.

5. *A Category 4 or 5 Hurricane and its accompanying storm surges and flooding may potentially cause damage to storage tanks causing spillage (based on information in* Table 1 *and the experiences during Hurricane Katrina). However, this weather-induced damage is not likely to cause spillage from the New Haven Terminal, and if it does, the volumes would likely be relatively small and not the release of the entire contents of the tanks or even a credible worst-case discharge volume.*

Hurricanes of Category 4 or 5, and their accompanying storm surges and flooding, might potentially cause damage to storage tanks at a facility. This type of damage was experienced in Louisiana during Hurricanes Rita and Katrina.[21] The facilities that experienced this type of damage were near marine waters where the effects of the hurricanes and storm surges were felt more acutely. The damage to storage tanks from Hurricane Katrina was shown to be due flooding, while the damage from Hurricane Rita was attributed more towards direct wind action that caused localized buckling of the shells of the tanks.

The damage potential for hurricanes is described in Table 4. According to NOAA National Hurricane Center data, the return period for a hurricane of at least Category 1 (like Sandy) with winds of 64 kts or 74 mph is 17–24 years for the coastal communities in New York, New Jersey, and Connecticut. This is an annual probability of 0.04 to 0.06, or a 1 in 24 to 1 in 17 chance each year. In this area, the probability for a major hurricane (Category 3 or higher) with winds of at least 96 kts or 110 mph is 1 in 120 to 1 in 53 each year, or an annual probability of 0.0083 to 0.019. The strongest hurricane to hit Connecticut was a Category 3 in 1938. There is evidence that there are increases in the frequency of Category 5 hurricanes in the past decades due to climate change, but to date there has never been a Category 4 or 5 hurricane that hit Connecticut.[22]

| Table 4: Damage Potential from Hurricanes with Land-Fall[23] | | | |
|---|---|---|---|
| Saffir-Simpson Category | Winds (mph) | Storm Surge (ft) | Damage Potential |
| One | 74–95 | 4–5 | No real damage to building structures. Damage primarily to unanchored mobile homes, shrubbery, and trees. Some damage to poorly constructed signs. Also, some coastal road flooding and minor pier damage. |

---

[20] NASEM 2022; NRC 2003.
[21] Godoy 2007.
[22] Mei et al. 2015; Mei and Xie 2016.
[23] NOAA National Hurricane Center.

13 *Expert Report*

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

| Table 4: Damage Potential from Hurricanes with Land-Fall[23] | | | |
|---|---|---|---|
| Saffir-Simpson Category | Winds (mph) | Storm Surge (ft) | Damage Potential |
| Two | 96–110 | 6–8 | Some roofing material, door, and window damage of buildings. Considerable damage to shrubbery and trees with some trees blown down. Considerable damage to mobile homes, poorly constructed signs, and piers. Coastal and low-lying escape routes flood 2-4 hours before arrival of the hurricane center. Small craft in unprotected anchorages break moorings. |
| Three | 111–130 | 9–12 | Some structural damage to small residences and utility buildings with a minor amount of curtain-wall failures. Damage to shrubbery and trees with foliage blown off trees and large trees blown down. Mobile homes and poorly constructed signs are destroyed. Low-lying escape routes are cut by rising water 3-5 hours before arrival of the center of the hurricane. Flooding near the coast destroys smaller structures with larger structures damaged by battering from floating debris. Terrain continuously lower than 5 ft above mean sea level may be flooded inland 8 miles or more. |
| Four | 131–155 | 13–18 | More extensive curtainwall failures with some complete roof structure failures on small residences. Shrubs, trees, and all signs are blown down. Complete destruction of mobile homes. Extensive damage to doors and windows. Low-lying escape routes may be cut by rising water 3-5 hours before arrival of the center of the hurricane. Major damage to lower floors of structures near the shore. Terrain lower than 10 ft above sea level may be flooded. |
| Five | >155 | > 18 | Complete roof failure on many residences and industrial buildings. Some complete building failures with small utility buildings blown over or away. All shrubs, trees, and signs blown down. Complete destruction of mobile homes. Severe and extensive window and door damage. Low-lying escape routes are cut by rising water 3-5 hours before arrival of the center of the hurricane. Major damage to lower floors of all structures located less than 15 ft above sea level and within 500 yards of the shoreline. Only 3 Category Five hurricanes have made landfall in the United States since records began. |

The storm surge and damages from Hurricane Sandy (2012) are shown in Figure 5 and Figure 6. Hurricane Sandy was technically a Category 1 hurricane (based on winds), however, there was damage in New York and New Jersey from flooding. This damage included at least one release from a ruptured storage tank at the Motiva Enterprises oil tank facility in Woodbridge, New Jersey, in the Arthur Kill (the narrow waterway separating New Jersey and Staten Island). The release involved 8,300 bbl (348,600 gal) of No. 2 fuel. Secondary containment captured most of the oil.[24]

---

[24] https://response.restoration.noaa.gov/about/media/noaa-prepared-deal-longer-term-pollution-impacts-after-hurricane-sandy.html

14 *Expert Report*

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER



**Figure 5: Hurricane Sandy Storm Surge Potential[25]**



**Figure 6: FEMA Hurricane Sandy Impact Analysis**

During Hurricane Katrina, a Category 5 hurricane with maximum sustained winds of 175 mph, the Murphy Oil facility in Venice, Louisiana, experienced the dislodging, lifting, and damaging of a 250,000-bbl oil storage tank. At the time of the storm, the storage tank was filled with 65,000 bbl of mixed crude oil (i.e., the tank was filled to 26% capacity). Of the 65,000 bbl in the tank, only 25,100 bbl (39%) were reported to have been released.[26] Based on my research, this appears to be the largest release of oil product ever recorded because of a hurricane, both in terms of volume and percentage of released content.

---

[25] NOAA National Hurricane Center.
[26] US EPA 2005.

15 *Expert Report*

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

## General Approach to Developing Credible Discharges for Modeling

The general approach to developing credible discharge scenarios that I developed for modeling for the New Haven Terminal are outlined in the flowchart diagram in Figure 7. A PDF of hypothetical discharges was developed based on various factors. Beyond the worst-case discharge (WCD) volume – the capacity of the largest tank, additional factors are incorporated to make the discharge volume more *credible* for modeling.



**Figure 7: Approach to Developing Credible Discharges for Modeling**

## Contents of Storage Tanks at New Haven Facility

6.   *The typical or average contents of the storage tanks should be considered as they are never completely filled to capacity to allow for expansion and to prevent overfill.*

The contents of the 21 largest tanks at the New Haven Terminal are shown in Table 5. There are 19 additional tanks that contain 5 to 183 bbl of additives and smaller quantities of fuels that are not included in this list. There are some fluctuations in the amounts presented in the 2017 diagram and those presented in the 2024 FRP. Overall, all the tanks, including the large ones, are filled to about 76% capacity.[27] The largest tank contains 165,490 bbl, on average.

---

[27] The tank contents, tank capacities, and average volumes are solely based on the information in Triton Environmental 2017 and Witt O'Brien's 2024.

16 *Expert Report*

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

**Table 5: New Haven Facility Largest Tank Contents**

| Tank | Tank Contents | | Tank Capacity (bbl) | | % Capacity FRP/ Diagram | Average Storage per FRP | |
|---|---|---|---|---|---|---|---|
| | Per Diagram[28] | Per FRP[29] | Per Diagram | Per FRP | | Quantity (bbl) | Average Stored % |
| 1 | Gasoline | Gasoline | 97,323 | 96,154 | 98.80% | 72,992 | 75.91% |
| 2 | Gasoline | Gasoline | 97,241 | 96,106 | 98.83% | 72,930 | 75.89% |
| 3 | Gasoline | Gasoline | 93,281 | 93,960 | 100.73% | 69,961 | 74.46% |
| 21 | Gasoline | Gasoline | 218,621 | 210,821 | 96.43% | 163,966 | 77.77% |
| 22 | No. 2 Fuel | No. 2 Fuel | 220,502 | 220,151 | 99.84% | 165,376 | 75.12% |
| 23 | No. 2 Fuel | Jet Fuel A | 220,654 | 220,661 | 100.00% | 165,490 | 75.00% |
| 24 | Gasoline | Gasoline | 214,276 | 206,102 | 96.19% | 160,707 | 77.97% |
| 25 | Ethanol | Ethanol | 90,815 | 89,062 | 98.07% | 68,111 | 76.48% |
| 26 | Gasoline | Gasoline | 91,039 | 90,239 | 99.12% | 68,280 | 75.67% |
| 27 | Jet Fuel A | Jet Fuel A | 60,409 | 59,944 | 99.23% | 45,307 | 75.58% |
| 28 | Ethanol | Ethanol | 48,027 | 47,479 | 98.86% | 36,020 | 75.87% |
| 29 | Gasoline | Gasoline | 48,141 | 47,371 | 98.40% | 36,106 | 76.22% |
| 30 | Jet Fuel JP8 | B50 [30] | 69,891 | 66,688 | 95.42% | 52,418 | 78.60% |
| 31 | Gasoline | Naphtha | 39,062 | 38,308 | 98.07% | 29,297 | 76.48% |
| 32 | Gasoline | Naphtha | 39,793 | 38,339 | 96.35% | 29,845 | 77.84% |
| 33 | Gasoline | Gasoline | 27,783 | 27,783 | 100.00% | 20,838 | 75.00% |
| 34 | ULSD[31] | ULSD | 10,699 | 10,639 | 99.44% | 8,024 | 75.42% |
| 35 | ULSD | ULSD | 10,722 | 10,571 | 98.59% | 8,042 | 76.07% |
| 36 | ULSD | ULSD | 10,723 | 10,694 | 99.73% | 8,043 | 75.21% |
| 37 | Jet Fuel A | Jet Fuel A | 10,675 | 10,297 | 96.45% | 8,007 | 77.76% |
| 38 | ULSD | ULSD | 94,930 | 91,592 | 96.48% | 71,198 | 77.73% |

Assuming that the information in the 2024 FRP is more up-to-date than that in the 2017 diagram, the largest *theoretical* discharges by oil type are as shown in Table 6. These volumes are the largest average stored quantity for each of the oil types, as shown in Table 5.

**Table 6: Largest Theoretical Oil Storage by Oil Type Before Flood and PDF Adjustments**

| Oil Type | Tank | Average Stored Quantity (bbl) per FRP |
|---|---|---|
| **Jet Fuel A** | 23 | 165,490 |
| **No. 2 Fuel** | 22 | 165,376 |
| **Gasoline** | 21 | 163,966 |
| **Ultra-Low Sulfur Diesel (ULSD)** | 38 | 71,198 |
| **Ethanol** | 25 | 68,111 |
| **B50 (50:50 Biodiesel/Diesel Blend)** | 30 | 52,418 |
| **Ethanol** | 28 | 36,020 |
| **Naphtha** | 32 | 29,845 |

---

[28] Triton Environmental 2017.
[29] Witt O'Brien's 2024.
[30] B50 = 50:50 Biodiesel/Diesel blend
[31] ULSD = Ultra-Low Sulfur Diesel

17 *Expert Report*

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

## Adjustment for Preliminary Probability Distribution Function

7. *Based on the typical tank contents at the New Haven Terminal and historical data on outflows related to structural failure, a preliminary probability distribution function (PDF) was developed to incorporate the range of potential discharges from the largest tanks for the top four stored oils.*

To derive credible worst-case discharge volumes, these volumes should also be adjusted by factors related to outflow potential and probability distribution functioning (PDF). A PDF takes into account all of the large tanks that contain each type of oil and applies a distribution like that in Figure 3 to determine the discharge percentiles.

This approach assumes that any one of the larger tanks might experience a breach and that the outflow probability would resemble that of historical data. This eliminates the unlikely "outlier" cases, applying the standard approach for oil spill modeling studies conducted by ERC in conjunction with RPS/Tetra Tech (and former entities) over the last 25 years for the following clients.[32]

- Federal Governmental Agencies
    - Bureau of Ocean Energy Management
    - Bureau of Ocean Energy Management Regulation Enforcement
    - Bureaus of Safety and Environmental Enforcement
    - National Oceanic and Atmospheric Administration
    - US Army Corps of Engineers

---

[32] These projects include [additional information in my CV in the Appendix]: Hudson River Oil Spill Risk Assessment (2017-2018); Alaska/Arctic Oil Spill Risk Analysis (2012–2014); Oil Spill Risk Analysis for BOEMRE for Offshore Environmental Cost Model (2010); Oil Spill Risk Analysis for State Funding Mechanism (2008–2009); Risk Analysis for Industry Regulated by Washington for Spill Prevention/Preparedness; Development of Response Information for Offshore Oil Spills in Area Contingency Plans (2019–2023); Chemical Products Inventory in the Gulf of Mexico Related to Offshore Activities (2016–2017); Offshore Worst-Case Discharge Analysis: Oil Spill Response Capabilities (2014-2016); Spill Risk Analyses for Environmental Impact Assessment of Canadian Offshore E&P [Exploration and Production] (2016-present); Analysis of Potential Blowouts and Spills from Offshore Wells and Activities (2013-2014); Analysis of Probability of Discharge Scenarios from Potentially Leaking Oil Well (2013–2019); Analysis of Spill Scenarios from Proposed Oil & Gas Development in the Canadian Beaufort Sea (2013); Analysis of Spill Scenarios from Proposed Oil & Gas Development in Greenland/Arctic Canada (2015–2016); Oil Spill Risk (Probability) Assessment for Proposed Offshore Gulf of Mexico Port (2020); Comparative Oil Spill Risk Assessment for Proposed Texas Offshore Port System (2009); Environmental Impact Statement: Shell Eastgate Crude-by-Rail Unloading Facility (2015–2017); Risk Analysis of Crude Oil Rail Transport Related to Facility Environmental Impact Statement (2015–2017); Enbridge Line 5 Re-Routing Alternative Environmental Impact Statement-Spill Probability Analysis (2022–present); Dakota Access Pipe Line Environmental Impact Assessment (2021–present); Enbridge Line 3 Pipeline Environmental Impact Statement (2017–2019); Risk Analysis of Crude Oil Vessel Transport for Facility Environmental Impact Statement (2014–2017); Quantitative Risk Assessment for Roberts Bank Terminal 2 Project (Vancouver) (2013–2014); Spill Risk Assessment/Response, Socioeconomic/Environmental Damage Analysis (2001–2003); Update of Environmental and Economic Benefits of Marine Transport of Hazardous Substances (2010–2017); Environmental Risks, Fate, and Effects of Chemicals Associated with Wind Turbines (2023–2025); Environmental Sensitivity and Associated Risk with Offshore Floating Wind Technologies (2016–2017); Environmental Risks, Fate, and Effects of Chemicals Associated with Wind Turbines (2012–2013); Oil Spill Probability Analysis for the Cape Wind Energy Project in Nantucket Sound (2006); Modeling Alternative Fuel Spills in Port of Vancouver (2023); Analysis of Spill Response for Prince William Sound (2023); Development of Response Information for Offshore Oil Spills in Area Contingency Plans (2019–2021); Development of Inland Environmental Effective Recovery System Potential Calculator (2018–2020); Laser Fluorosensor Heavy Oil Detection Cost-Benefit Analysis (2005–2006); Oil Spill Response, Socioeconomic, Environmental Cost-Benefit Analysis for Washington (2003–2006); Wreck Oil Removal Project: Risk Assessment/Prioritization of US Undersea Threats (RULET) (2010–2013).

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

- o  US Coast Guard
- o  US Coast Guard Research & Development Center
- State Governmental Agencies
  - o  Washington Department of Ecology
  - o  Washington Joint Legislative Audit & Review Committee
  - o  Washington State Energy Facility Evaluation Council
  - o  Washington Utilities and Transportation Commission
- Non-Governmental Organizations
  - o  Scenic Hudson
  - o  World Wildlife Federation Canada
- Industry
  - o  BHP
  - o  Blue Martin Offshore
  - o  Cape Wind Associates
  - o  Chevron
  - o  ConocoPhillips
  - o  Enbridge Energy
  - o  Energy Transfer
  - o  Equinor
  - o  EXP Energy
  - o  ExxonMobil
  - o  Hemmera/Port of Metro Vancouver
  - o  Polar Tankers
  - o  Shell Canada
  - o  Shell Oil
  - o  Suncor
  - o  Taylor Energy

Typically, the 50th and 95th percentile discharge volumes have been modeled for government and industry projects involving risk analysis or risk assessments. Risk analysis involves an evaluation of both the likelihood or probability of an incident and the magnitude and consequences of an incident. In this case, the incident would be an oil spill from a storage tank at the New Haven Oil Terminal.

The preliminary hypothetical PDFs for jet fuel, No. 2 fuel, gasoline, and ethanol are shown in Figure 8–Figure 11 and Table 7–Table 10. The tables present the same data as the graphs but may be easier to interpret. The tables show the median or 50th percentile volumes, as well as the 90th-, 95th-, and 99th-percentile volumes. The 50th percentile volume is that volume for which half of the incidents are smaller and half are larger. For the 90th percentile volume, only 10% of cases involve a larger volume. For the 95th percentile volume, only 5% of cases involve a larger volume, and for the 99th percentile volume, only 1% of cases involve a larger volume. Those cases above the 95th percentile would generally be viewed as "outlier" cases.

19 *Expert Report*

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER



**Figure 8: Hypothetical PDF for Jet Fuel Spills (with Typical Fill)[33]**



**Figure 9: Hypothetical PDF for No. 2 Fuel Spills (with Typical Fill)[34]**

---

[33] Average stored % fill = 75%.
[34] Average stored % = 75.12%.

20 *Expert Report*

**CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER**



**Figure 10: Hypothetical PDF for Gasoline Spills (with Typical Fill)[35]**



**Figure 11: Hypothetical PDF for Ethanol Spills (with Typical Fill)[36]**

---

[35] Average stored % = 77.97%.
[36] Average stored % = 76.48%.

21 *Expert Report*

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

| Table 7: Hypothetical Percentile Spill Volumes for Jet Fuel Spills (with Typical Fill) | | |
|---|---|---|
| Percentile | Bbl | Gallons |
| 50th Percentile (Median) | 12 | 504 |
| 90th Percentile | 587 | 24,654 |
| 95th Percentile | 1,511 | 63,462 |
| 99th Percentile | 7,285 | 305,970 |
| Maximum (Full Release of Tank Contents of Largest Tank) | 164,490 | 6,908,580 |

| Table 8: Hypothetical Percentile Spill Volumes for No. 2 Fuel Spills[37] (with Typical Fill) | | |
|---|---|---|
| Percentile | Bbl | Gallons |
| 50th Percentile (Median) | 7 | 294 |
| 90th Percentile | 450 | 18,900 |
| 95th Percentile | 1,117 | 46,914 |
| 99th Percentile | 5,906 | 248,052 |
| Maximum (Full Release of Tank Contents of Largest Tank) | 165,376 | 6,945,792 |

| Table 9: Hypothetical Percentile Spill Volumes for Gasoline Spills (with Typical Fill) | | |
|---|---|---|
| Percentile | Bbl | Gallons |
| 50th Percentile (Median) | 12 | 504 |
| 90th Percentile | 586 | 24,612 |
| 95th Percentile | 1,506 | 63,252 |
| 99th Percentile | 7,261 | 304,962 |
| Maximum (Full Release of Tank Contents of Largest Tank) | 163,966 | 6,886,572 |

| Table 10: Hypothetical Percentile Spill Volumes for Ethanol Spills (with Typical Fill) | | |
|---|---|---|
| Percentile | Bbl | Gallons |
| 50th Percentile (Median) | 6 | 252 |
| 90th Percentile | 318 | 13,356 |
| 95th Percentile | 818 | 34,356 |
| 99th Percentile | 3,944 | 165,648 |
| Maximum (Full Release of Tank Contents of Largest Tank) | 68,111 | 2,860,662 |

## Ballasting or Oil Removal Prior to Flooding Event

8.  *The average volume of the storage tanks may not accurately reflect the contents in the event of a predicted hurricane and/or storm surge, as the contents may be changed in preparation for the event to reduce potential damage.*

Storage tanks that are at low levels (filled to a height of less than 10 feet) or empty[38] would not be properly ballasted and may become dislodged and float during a storm surge event. As per the *Shell Trading & Supply Distribution Operations US East Business Continuity and Storm Action Plan*, the product height would need to be increased and/or water added to the bottom for ballast. (The oil contents would always be lighter than water and float to the top of the tank.) If a tank is to be empty during a major storm event, it

---

[37] Includes Ultra-Low Sulfur Diesel (USLD) tanks.
[38] Shell 2024.

22 *Expert Report*

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

would have holes put into it or otherwise opened so that water could freely flow through it to prevent it from becoming dislodged. Should such preventative actions occur, the volumes of oil in the storage tanks may be different than assumed for the calculations conducted above.

## Adjustments for Oil Outflow under Flooding Conditions

9. *In the event of significant flooding, the actual outflow (spillage) from any of the tanks will be governed by physics of hydrostatic pressure equilibrium between the flood waters and the contents of the tanks.*

At the New Haven Terminal, there is a berm at 12 feet above the water level of the New Haven Harbor, off the Long Island Sound. Based on modeling provided to ERC by Integral Consulting, the berms would not be breached during a "100-year flood." However, if the berm was somehow breached, which is unlikely, then a flood-associated spill could potentially occur.[39] This would most likely occur as part of a hurricane storm surge. The engineering specifications of the storage tanks are based on 10% failure rates for 100-year floods.[40]

Based on modeling results provided to ERC by Integral Consulting,[41] the maximum height of the flood waters around the 21 largest tanks at the facility, and the minimum fill level of petroleum product required in each of the tanks to prevent the dislodgement or floating of the tanks in the flood waters are as shown in Table 11.

| Table 11: Maximum Flood Height and Maximum Fill Levels of Storage Tanks during Flooding[42] | | | | | |
|---|---|---|---|---|---|
| Tank | Contents | Tank Height (ft) | Tank Diameter (ft) | Maximum Height of 100-Year Flood (ft)[43] | Product Height in Tank at >10% Failure Probability (ft)[44] |
| Tank 1 | Gasoline | 47.90 | 120.08 | 2.70 | 3.10 |
| Tank 2 | Gasoline | 47.90 | 120.08 | 3.61 | 4.40 |
| Tank 3 | Gasoline | 47.90 | 120.08 | 4.69 | 6.00 |
| Tank 21 | Gasoline | 47.90 | 180.12 | 2.10 | 2.30 |
| Tank 22 | No. 2 Fuel | 48.88 | 180.12 | 2.80 | 3.20 |
| Tank 23 | No. 2 Fuel | 48.88 | 180.12 | 3.20 | 3.40 |
| Tank 24 | Jet Fuel | 47.90 | 180.12 | 5.31 | 6.80 |
| Tank 25 | Ethanol | 56.10 | 109.91 | 4.40 | 4.40 |
| Tank 26 | Gasoline | 55.12 | 109.91 | 3.90 | 4.70 |
| Tank 27 | Jet Fuel | 55.12 | 87.93 | 3.20 | 2.90 |
| Tank 28 | Ethanol | 55.12 | 80.05 | 5.18 | 6.10 |
| Tank 29 | Gasoline | 54.46 | 80.05 | 4.30 | 4.90 |
| Tank 30 | No. 2 Fuel | 56.10 | 95.14 | 3.61 | 3.20 |

[39] A "100-year flood" has a 1% chance of occurring in any one year. This does not mean that such a flood might occur only once every 100 years.
[40] Based on information provided by Integral Consulting.
[41] Jones 2025.
[42] Jones 2025.
[43] The maximum height of the flood water varies somewhat for the tanks based on the topography of the facility. This information was provided by Integral Consulting (Jones 2025).
[44] When the maximum level of petroleum product is less than the maximum fill level in the tank, the difference may be made up by water ballasting.

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

| Table 11: Maximum Flood Height and Maximum Fill Levels of Storage Tanks during Flooding[42] | | | | | |
|---|---|---|---|---|---|
| Tank | Contents | Tank Height (ft) | Tank Diameter (ft) | Maximum Height of 100-Year Flood (ft)[43] | Product Height in Tank at >10% Failure Probability (ft)[44] |
| Tank 31 | Jet Fuel | 55.45 | 71.85 | 4.79 | 5.80 |
| Tank 32 | Jet Fuel | 55.45 | 71.85 | 4.59 | 5.30 |
| Tank 33 | No. 2 Fuel | 55.12 | 61.02 | 4.40 | 5.00 |
| Tank 34 | No. 2 Fuel | 47.90 | 40.03 | 3.31 | 3.20 |
| Tank 35 | No. 2 Fuel | 47.90 | 40.03 | 3.90 | 4.00 |
| Tank 36 | No. 2 Fuel | 47.57 | 40.03 | 3.61 | 4.10 |
| Tank 37 | Jet Fuel | 47.90 | 120.08 | 3.61 | 3.60 |
| Tank 38 | No. 2 Fuel | 47.90 | 120.08 | 3.51 | 2.00 |

This level of fill would "counterbalance" the flood waters even in the unlikely event that there was a breach (hole or other structural failure) in the bottom of a tank, so that no product would flow out under flood conditions. However, if the flood waters completely recede (or pumped into the retention basin)[45] *and* there is also the unlikely event of a breach in a tank caused by the flooding or storm or occurring during the flood or storm, this fill level would theoretically be the total amount of oil that would be in the tanks to *potentially* flow out. The fill levels are converted into volumes in Table 12.

| Table 12: Theoretical Volumes for Each Storage Tank under Flood Conditions[46] | | | | |
|---|---|---|---|---|
| Tank | Contents | Product Volume (bbl) | Product Volume (gal) | Modeled Failure Rate |
| Tank 1 | Gasoline | 6,253 | 262,613 | 22.4% |
| Tank 2 | Gasoline | 8,875 | 372,741 | 24.6% |
| Tank 3 | Gasoline | 12,102 | 508,284 | 14.1% |
| Tank 21 | Gasoline | 10,438 | 438,395 | 41.7% |
| Tank 22 | No. 2 Fuel | 14,522 | 609,940 | 35.5% |
| Tank 23 | No. 2 Fuel | 15,430 | 648,062 | 16.8% |
| Tank 24 | Jet Fuel | 30,860 | 1,296,123 | 16.4% |
| Tank 25 | Ethanol | 7,435 | 312,273 | 24.7% |
| Tank 26 | Gasoline | 7,942 | 333,565 | 25.9% |
| Tank 27 | Jet Fuel | 3,136 | 131,723 | 19.1% |
| Tank 28 | Ethanol | 5,468 | 229,669 | 13.1% |
| Tank 29 | Gasoline | 4,393 | 184,488 | 15.6% |
| Tank 30 | No. 2 Fuel | 4,052 | 170,192 | 30.1% |
| Tank 31 | Jet Fuel | 4,189 | 175,917 | 18.0% |
| Tank 32 | Jet Fuel | 3,827 | 160,752 | 11.4% |
| Tank 33 | No. 2 Fuel | 2,605 | 109,393 | 10.6% |
| Tank 34 | No. 2 Fuel | 717 | 30,121 | 15.5% |
| Tank 35 | No. 2 Fuel | 896 | 37,651 | 14.7% |
| Tank 36 | No. 2 Fuel | 919 | 38,592 | 15.3% |
| Tank 37 | Jet Fuel | 7,261 | 304,970 | 35.1% |

---

[45] As per the Facility Response Plan (Witt O'Brien's 2024).
[46] Based on data provided by Jones 2025.

24 *Expert Report*

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

| Tank 38 | No. 2 Fuel | | 4,034 | 169,428 | 34.8% |
|---|---|---|---|---|---|

If there was a known breach in the tank (i.e., facility operators noticed a sheen or otherwise were made aware of a possible leakage of oil) in the course of or in the aftermath of a storm and/or flooding conditions, the operators and spill responders would most likely commence with pumping oil out of that tank to reduce or prevent further leakage. Not all of the oil in the tank would flow out. In fact, it is to be noted that during Hurricane Katrina in 2005, the Murphy Oil facility storage tank spilled *only 39% of its contents even after being dislodged and damaged.*

If any oil did flow out of the tanks, the oil would be held within the facility in the containment berm. If the containment berm was also damaged in the storm, some, but not all, of the oil may escape into the waters outside of the facility. Each of these events is unlikely and for oil to escape the containment berm, each of these events would have to occur. The probability of this would be the product of the probabilities of each of the preceding events (i.e., all the probabilities would be multiplied together).[47]

## Applying Storm Failure Rates to Develop Probability Distribution Function

10. *Probability distribution functions (PDFs) for each of the four petroleum products were developed based on the tank contents and modeled failure rates for 100-year floods (Table 12).[48] These PDFs indicate that the 95th percentile spill volume for the New Haven Terminal would be between 7,100 and 20,900 bbl, depending on the particular oil product.*

The volumes in for the tanks Table 12 represent the largest theoretical volumes that could spill under flood conditions. The probability of structural failure differs for each tank based on structural engineering analyses.[49] The 50th and 95th percentiles of these PDFs are shown in Table 13. The individual PDFs are shown in Figure 12–Figure 15.

| Table 13: Theoretical 50th/95th Percentile Spill Volumes under 100-Year Flood Fill Conditions | | | | | | |
|---|---|---|---|---|---|---|
| **Product** | **50th Percentile (Median) Spill Volume** | | | **95th Percentile Spill Volume** | | |
| | **bbl** | **gallons** | **% Maximum Volume** | **bbl** | **gallons** | **% Maximum Volume** |
| **Gasoline** | 8,300 | 348,600 | 68.6% | 10,900 | 457,800 | 90.1% |
| **No. 2 Fuel** | 3,800 | 159,600 | 24.6% | 15,100 | 634,200 | 97.9% |
| **Jet Fuel** | 4,300 | 180,600 | 13.9% | 20,900 | 877,800 | 67.7% |
| **Ethanol** | 5,900 | 247,800 | 79.4% | 7,100 | 298,200 | 95.5% |

These release volumes are compared to the theoretical Average Most Probable Discharge (AMPD), Maximum Most-Probable Discharge (MMPD), and Worst-Case Discharge (WCD) volumes (see Figure 1) calculated assuming the fill volumes under 100-year flood conditions as per Table 12.[50] These release volumes assume that all of the oil in the affected tank would flow out. However, this is not a realistic

---

[47] In calculating the probability of a whole series of events occurring, the probabilities of each of the individual events are multiplied together.

[48] The tank contents volumes for each product were entered into the distribution in proportion to the failure probability as calculated by Integral Consulting (Jones 2025).

[49] As presented in Jones 2025.

[50] These volumes only consider the amount of oil in the tanks and not any other factors involved in calculating oil in piping and other factors as applied in the Facility Response Plan (Witt O'Brien's 2024) to determine the USCG WCDs.

*25 Expert Report*

**CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER**

scenario. Even under the most extreme flooding and storm conditions experienced during Hurricane Katrina, only 39% of a completely dislodged and damaged tank were released into the environment.



**Figure 12: PDF for Gasoline Tank Releases (100-Year Flood Fill Conditions)**



**Figure 13: PDF for No. 2 Fuel Tank Releases (100-Year Flood Fill Conditions)**

26 *Expert Report*

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER



**Figure 14: PDF for Jet Fuel Tank Releases (100-Year Flood Fill Conditions)**



**Figure 15: PDF for Ethanol Tank Releases (100-Year Flood Fill Conditions)**

27 *Expert Report*

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

**Table 14: Theoretical AMPD/MMPD/WCD Volumes under 100-Year Flood Fill Conditions**

| Product | AMPD[51] | | 1% WCD (bbl) | MMPD[52] | | 10% WCD (bbl) | WCD[53] | |
|---|---|---|---|---|---|---|---|---|
| | bbl | gallons | | bbl | gallons | | bbl | gallons |
| Gasoline | 50 | 2,100 | 121 | 1,200 | 50,400 | 1,210 | 12,102 | 508,284 |
| No. 2 Fuel | 50 | 2,100 | 154 | 1,200 | 50,400 | 1,543 | 15,430 | 648,062 |
| Jet Fuel | 50 | 2,100 | 309 | 1,200 | 50,400 | 3,086 | 30,860 | 1,296,123 |
| Ethanol | 50 | 2,100 | 74 | 744 | 31,227 | 744 | 7,435 | 312,273 |

## Application of Reasonable Outflow Percentage to WCDs

**11. An outflow percentage should be applied to the theoretical WCD volumes under 100-year flood conditions, as not all of the oil would flow out even under extreme storm and flood conditions.**

Two outflow rates (39% and 50%) were applied to the volumes in Table 13. The resulting outflow volumes are shown in Table 15. This represents a credible worst-case discharge (WCD) under a 100-year flood event for the four petroleum products stored at the New Haven Terminal.

**Table 15: Estimated Outflow by Product under 100-Year Flood Fill Conditions**

| Product | 50th Percentile 39% Outflow Volume | | 50th Percentile 50% Outflow Volume | | 95th Percentile 39% Outflow Volume | | 95th Percentile 50% Outflow Volume | |
|---|---|---|---|---|---|---|---|---|
| | bbl | gallons | bbl | gallons | bbl | gallons | bbl | gallons |
| Gasoline | 3,237 | 135,954 | 4,150 | 174,300 | 4,251 | 178,542 | 5,450 | 228,900 |
| No. 2 Fuel | 1,482 | 62,244 | 1,900 | 79,800 | 5,889 | 247,338 | 7,550 | 317,100 |
| Jet Fuel | 1,677 | 70,434 | 2,150 | 90,300 | 8,151 | 342,342 | 10,450 | 438,900 |
| Ethanol | 2,301 | 96,642 | 2,950 | 123,900 | 2,769 | 116,298 | 3,550 | 149,100 |

The 39% outflow rate is consistent with the Hurricane Katrina Murphy Oil spill in which the 250,000-bbl storage tank was significantly damaged and dislodged. The tank was partially filled and released 39% of those contents. This was the largest percentage of outflow that was recorded for a flood-associated storage tank spill.

The 50% outflow rate was conservatively[54] added to this analysis as a theoretically more extreme case, although this has not been experienced historically.

## Significant Conclusions

The following is a summary of the significant conclusions that I made in the course of and after conducting these analyses:

1. Worst-case discharge response planning volumes are not reasonable or credible discharge scenarios.

2. Oil facility spills are highly unlikely events for any particular facility or storage tank.

---

[51] Lesser of 50 bbl or 1% of WCD.
[52] Lesser of 1,200 bbl or 10% of WCD.
[53] Largest tank for each of the oil products – assumed here to be the largest volume filled to levels for flood conditions.
[54] A conservative assumption in a risk assessment is one that would tend to overestimate the spill volume.

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

3.  If the unlikely event of a facility spill does occur, the spill is likely to involve a small volume. 50% of facility spills are less than 5 barrels (bbl). 95% of facility spills are less than 476 bbl. 99% are less than 2,700 bbl.

4.  Oil spills from coastal facilities are decreasing overall.

5.  A Category 4 or 5 Hurricane and its accompanying storm surges and flooding may potentially cause damage to storage tanks causing spillage (based on information in Table 1 and the experiences during Hurricane Katrina). However, this damage is not likely to cause spillage from the New Haven Terminal, and if it does, the volumes would likely be relatively small and not the release of the entire contents of the tanks or even a credible worst-case discharge volume.

6.  Federal and state safety regulations for storage tanks enacted in response to a 1988 storage tank structural failure event significantly reduced the likelihood of such an event.

7.  The typical or average contents of the storage tanks should be considered as they are never completely filled to capacity to allow for expansion and to prevent overfill.

8.  Based on the typical tank contents at the New Haven Terminal and historical data on outflows related to structural failure, a preliminary probability distribution function (PDF) was developed to incorporate the range of potential discharges from the largest tanks for the top four stored oils.

9.  The average volume of the storage tanks may not accurately reflect the contents in the event of a predicted hurricane and/or storm surge, as the contents may be changed in preparation for the event to reduce potential damage.

10. In the event of significant flooding, the actual outflow (spillage) from any of the tanks will be governed by physics of hydrostatic pressure equilibrium between the flood waters and the contents of the tanks.

11. Probability distribution functions (PDFs) for each of the four petroleum products were developed based on the tank contents and modeled failure rates for 100-year floods. These PDFs indicate that the 95th percentile spill volume for the New Haven Terminal would be between 7,100 and 20,900 bbl, depending on the type of oil product.

12. An outflow percentage should be applied to the theoretical WCD volumes under 100-year flood conditions, as not all of the oil would flow out even under extreme storm and flood conditions.

## Recommendation for Credible Worst-Case Discharge Volumes for Modeling

The discharge (spill) volumes presented in this report are based on an assumption that a spill has occurred. In assessing risk, both the probability of an event and the consequences of that event need to be considered. For oil spills that risk assessment typically involves determining:

- The likelihood or probability of a spill occurring;
- The volume or amount of spillage;
- The properties of the oil or petroleum product that is spilled;
- The behavior of the spilled oil in a particular environment and under particular environmental conditions; and
- The effects of that spilled oil in that particular environment under those environmental conditions.

29 *Expert Report*

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

This report only evaluates the potential volume of spillage or discharge in the unlikely event that a spill does occur. The probability that a spill will occur at the New Haven Terminal is very small (and covered in other expert reports) and the probability that the spill will be a worst-case discharge (WCD) is also very small. These two probabilities must be multiplied together to determine the probability of a WCD occurring at the New Haven Terminal.

Given these perspectives, in my opinion, based on the analyses that I conducted, the credible 50[55]th and 95th percentile[55] WCD scenarios at the New Haven Terminal are as shown in Table 16.

| Table 16: Credible Worst-Case Discharge Volumes for Modeling[56] | | | | | |
|---|---|---|---|---|---|
| **Product** | **50th Percentile (Median) Spill Volume** | | | **95th Percentile Spill Volume** | | |
| | **bbl** | **gallons** | **cubic meters** | **bbl** | **gallons** | **cubic meters** |
| **Gasoline** | 3,237 | 135,954 | 514.64 | 4,251 | 178,542 | 675.85 |
| **No. 2 Fuel** | 1,482 | 62,244 | 235.62 | 5,889 | 247,338 | 936.28 |
| **Jet Fuel** | 1,677 | 70,434 | 266.62 | 8,151 | 342,342 | 1,295.90 |
| **Ethanol** | 2,301 | 96,642 | 365.83 | 2,769 | 116,298 | 440.24 |

These are very unlikely scenarios based on the low probabilities of any spillage from this facility during a flood or storm surge condition. However, in the event a spill were to occur, these are *credible* WCD volumes for each of the four main petroleum products currently stored at the New Haven Terminal.

In my opinion, these volumes are credible in that they are based on the 50th and 95th percentiles of volumes to which the 21 largest storage tanks at the facility would be filled under flooding and/or storm surge conditions, while taking into account that even under the most extreme storm surge/flooding conditions, only about 39% of the oil would flow out of the tanks.

In the case of the New Haven Terminal, even if a spill were to occur, this does not mean that the released product would escape the secondary containment area or escape the facility's property boundaries, or each New Haven Harbor.

## Comments on Report of Richard R. Horner, PhD

I reviewed the Conservation Law Foundation (CLF) expert report of Dr. Horner[57] provided to me.

I limited my comments on the to those directly related to my task of determining a credible WCD scenarios (spill volumes) for trajectory, fate, and effects modeling. This includes the assumed volume of a release that Dr. Horner incorporated into his analysis of the flow of oil into the containment area at the New Haven Terminal, as that analysis is

In his report, Dr. Horner states:

---

[55] The 50th and 95th percentile volumes are presented as these are the two standard percentiles that have been modeled for oil spill trajectory fate and effects modeling (SIMAP) with RPS Group over the last 25 years of collaborations between ERC and RPS (and previous entities). The represent a median expected WCD as well as a much large volume without assuming the worst outlier case.

[56] Assuming 39% outflow.

[57] Based on report provided to me by King & Spalding LLP on 5 June 2025 (Horner 2025).

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

"I investigated the consequences of a rupture emptying the largest tank, T-1 in a 60-minute period. This tank holds 4,087,554 gallons (gal.) of gasoline according to the 2017 SWPPP site map. A 60-min. failure would be a rate of 68,126 gallons/min. (gpm)."[58]

Dr. Horner then presents an analysis of the flow of the product (gasoline) into the containment and the rate at which the containment would overflow.

I see a number of problems with his basic assumption of the 4,087,554-gal (97,323 bbl) release of gasoline over the course of one hour (60 minutes) from "tank T-1." [Note that I refer to this tank as "Tank 1" in this report. I did not calculate the credible WCD from Tank 1, because I was focusing on the largest gasoline tank, which would be Tank 21.]

Tank 1 is shown in Figure 16.



**Figure 16: Tank 1 at New Haven Terminal (from Triton Environmental 2017)**

- **The assumed volume of gasoline in Tank 1 is inaccurate.** According to the FRP,[59] the capacity of the tank is 4,038,487 gal (96,154 bbl) average quantity of gasoline stored in Tank 1 is 3,065,666 gal (72,992 bbl). In other words, it is typically only filled to 75.9% capacity. The tanks are not filled to capacity.
- **The assumed volume does not account for ballasting and storm preparations.** In addition, in the event of a known and predicted flood/storm surge event, the tank would be filled to only 363,613 gal (6,253 bbl), based on the analyses conducted by Integral.[60] The ballast water would be at the bottom of the tank and flow out first, as the oil (gasoline, in this case) would float to the top.

---

[58] Horner 2025, p. 31.
[59] Witt O'Brien's 2024.
[60] Jones 2025.

31 *Expert Report*

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

- **The assumption that *all* of the oil in Tank 1 would be released is inaccurate.** Based on historical data of storage tanks, particularly during storm surges during Hurricane Katrina, the maximum released under these conditions is 39% of the tank's contents.
- **The assumption that the oil would flow out over the course of one hour is not corroborated by any historical data.** The rate at which oil would flow out from a storage tank depends on the size of the tank, the volume of oil in it, and the size of the breach, tear, or hole in the tank. There are no known historical cases of an oil tank containing millions of gallons of oil losing its contents in the course of an hour.
- **The oil in Tank 1 (or any other tank at the New Haven Terminal) would not flow out during flooding conditions due to the hydraulic pressure of the water on the outside of the tank.** The flood waters would have to recede in order for all to flow out. This is covered in the report of Integral.[61] The receding of the flood waters could take many hours to days, if not longer. This would allow time for oil to be removed from the tank.

## Cited References

Clark, J. 2003. *An Assessment of Risk from Handling Potentially Dangerous Substances at the Proposed Bathside Bay Container Terminal.* Report No. 9M1274/R/JAJC. April 2003. 38 p.

Etkin, D.S. 2003a. *Analysis of Oil Spill Data and the Benefits and Costs of EPA Oil Program Activities*. Prepared by Environmental Research Consulting for US Environmental Protection Agency Oil Program, Washington, DC. Contract No. 68-W-01-039. 323 p.

Etkin, D.S. 2003b. Analysis of US oil spill trends to develop scenarios for contingency planning. *Proc. of 2003 International Oil Spill Conference:* 47–61.

Etkin, D.S. 2004. Twenty-year trend analysis of oil spills in EPA jurisdiction. *Proc. 5th Biennial Freshwater Spills Symposium*.

Etkin, D.S. 2010a. Forty-year analysis of US oil spillage rates. *Proc. 33rd Arctic & Marine Oilspill Program Tech. Sem. on Environmental Contamination and Response:* pp. 505–528.

Etkin, D.S. 2010b. Spill occurrences: A worldwide overview. In *Oil Spill Science and Technology*, edited by Mervin Fingas. Chapter 2, pp. 7–46. Elsevier, New York. 1,156 p.

Godoy, L.A. 2007. Performance of storage tanks in oil facilities following hurricanes Katrina and Rita. *Journal of Performance of Constructed Facilities* Vol. 21(6): 441–449.

Horner, R.R. 2025. *Report of Richard R. Horner, Ph.D.* 1 May 2025. 104 p.

Jones, C.A. 2025. Data file. Integral Consulting Inc., Santa Cruz, California.

Mei, W., and S.-P. Xie. 2016. Intensification of landfalling typhoons over the northwest Pacific since the late 1970s. *Nature Geoscience* Vol. 9: 753–757.

---

[61] Jones 2025.

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

Mei, W., S.-P. Xie, F. Primeau, J. C. McWilliams, and C. Pasquero. 2015. Northwestern Pacific typhoon intensity controlled by changes in ocean temperatures. *Science Advances* Vol. 1(4): e1500014 (DOI: 10.1126/sciadv.1500014).

National Academies of Sciences, Engineering, and Medicine (NASEM). 2022. *Oil in the Sea IV: Inputs, Fates, and Effects.* Washington, DC: The National Academies Press. 517 p.

National Research Council (NRC). 2003. *Oil in the Sea III: Inputs, Fates, and Effects.* Washington, DC: The National Academies Press. 265 p.

Saseen, J. 1988. *On-Scene Coordinator's Report: Ashland Oil Terminal Major Oil Spill, Floreffe, Allegheny County, Pennsylvania*. US Environmental Protection Agency Region III, Philadelphia, PA. 343 p.

Shell. 2024. *Shell Trading & Supply Distribution Operations US East Business Continuity and Storm Action Plan.* Revised April 2024. 31 p.

Triton Environmental. 2017. *Terminal Site Plan.* Prepared by Triton Environmental Inc., Guilford, Connecticut. 21 June 2017. 1 p.

US Environmental Protection Agency (US EPA). 2005. Response to 2005 Hurricanes: Murphy Oil Spill. https://archive.epa.gov/katrina/web/html/index-6.html.

Witt O'Brien's. 2024. *Emergency Response Action Plan: New Haven Terminal.* Prepared by: Witt O'Brien's ePlanPro Software Solutions. Prepared for: Triton Terminaling LLC, 150 N Dairy Ashford, Houston, Texas, 77079. Revision Date: June 2024. 500 p.

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

## Appendix: Curriculum Vitae - Qualifications

**CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER**



**Dagmar Schmidt Etkin, PhD**

**Curriculum Vitae**

**Environmental Research Consulting, 41 Croft Lane, Cortlandt Manor, NY 10567-1160 USA**

**Tel: +1 914 734 7511 Email:** etkin@environmental-research.com

Dr. Dagmar Schmidt Etkin has 50 years of experience in environmental analysis–14 years investigating issues and analyzing data related to population biology and ecological systems, and 36 years specializing in environmental risk analysis (probability and consequences) related to energy production and transport. For 25 years, since 1999, she has been President and Principal Consultant of Environmental Research Consulting (ERC). ERC's work focuses on providing regulatory agencies and industry with sound scientific data, models, and perspectives for responsible environmental decision-making and risk assessment.

## Education

- **PhD Harvard University**, Organismic/Evolutionary Biology (ecology, statistics, modeling) 1982
- **MA Harvard University**, Biology 1980
- **BA University of Rochester**, Biology 1977

## Professional Analytical Experience

With an academic background in biology, ecology and population modeling, biostatistics, and general sciences (chemistry, physic, mathematics), Dr. Etkin moved into more applied fields of environmental science related primarily to energy production and transport issues. She has applied statistical analytical methods to a variety of environmental risk assessment studies, conducted fault-tree and other probability analyses, and developed mathematical models to evaluate vessel traffic and casualties and estimate spill costs, oil well blowout probabilities, frequency analyses of spills, offshore wind project impacts, and other topics to meet the needs of government regulators and industry. She has also provided expert witness support and testimony in numerous oil spill-related cases.

### Risk Analysis: General Oil Spill
**Hudson River Oil Spill Risk Assessment**
*Scenic Hudson, Inc. (2017–2018)*
Comprehensive oil spill risk assessment of Hudson River from vessels, crude-by-rail transport, pipeline, and facilities for current and potential future oil transport scenarios; trajectory, fate, and effects modeling of worst-case discharge scenarios. Assessment of spill response plans and preparedness. Developed and conducted workshops for federal and state response officials, stakeholders, and community groups.

**Alaska/Arctic Oil Spill Risk Analysis**
*National Oceanic and Atmospheric Administration (2012–2014)*
Analysis of future probabilities of spills and environmental and socioeconomic impacts associated with oil exploration, production, transportation, and storage activities in the Alaskan Arctic for the purpose of strategic planning for NOAA practitioners in spill response and damage assessment.

**Cook Inlet Maritime Risk Assessment**
*Cook Inlet Regional Citizens Advisory Council/Alaska Dept. Env. Cons./US Coast Guard (2011–2012)*
Risk analysis for spills and vessel casualties from 330 GT+ marine vessels in Cook Inlet, Alaska. Leading workshop on environmental consequences of spills in Cook Inlet.

*35  Dagmar Schmidt Etkin, PhD Curriculum Vitae*

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

**Oil Spill Risk Analysis for BOEMRE for Offshore Environmental Cost Model (OECM)**
*Bureau of Ocean Energy Management Regulation Enforcement (2010)*
Provided probability distribution functions of spill volumes for offshore production activities and alternative tanker oil imports for use in modeling of spill impacts in OECM.

**Oil Spill Risk Analysis for State Funding Mechanism**
*Washington Joint Legislative Audit and Review Committee (2008–2009)*
Analysis of oil spill risk (probability and consequences) from all sectors and geographic zones in Washington state waters based on current and future trends for both actual and projected worst-case discharge spillage.

**Risk Analysis for Industry Regulated by Washington for Spill Prevention/Preparedness**
*Washington Department of Ecology (2008–2009)*
Analysis of spill risk (probability/consequences) from industry sectors regulated by Washington Department of Ecology Spills Program for prevention and preparedness based on current and future worst-case discharge scenarios.

**Arctic Spill Risk Assessment**
*ExxonMobil Upstream Research (2008–2009)*
Analysis of US and Canadian arctic spillage rates and spill risk studies for arctic spill risk assessment.

**Oil Spill Risk Analysis Based on Oil Transport Mode**
*Pipeline & Hazardous Material Safety Administration (2005–2006)*
Comparative risk analysis of oil spillage from pipelines, tank vessels, and tanker trucks for states of Washington, Oregon, California, Alaska, and Hawaii.

## Risk Analysis: Offshore Exploration & Production

**Development of Response Information for Offshore Oil Spills in Area Contingency Plans**
*Bureau of Safety and Environmental Enforcement (2019–2023)*
Development of updates to Area Contingency Plans and Regional Contingency Plans to incorporate spill response measures for worst-case discharges related to offshore oil and gas operations in the Gulf of Mexico, California/Pacific, and Alaska.

**Chemical Products Inventory in the Gulf of Mexico Related to Offshore Activities**
*Bureau of Ocean Energy Management (2016–2017)*
Analysis of risks from chemical products used in offshore oil and gas exploration and production activities.

**Offshore Worst-Case Discharge Analysis: Oil Spill Response Capabilities**
*Bureau of Safety and Environmental Enforcement (2014–2016)*
Analysis of worst-case blowout scenarios for Gulf of Mexico, US Pacific, and US Arctic offshore exploration and production–probabilities, benchmarking, and spill response/mitigation (intervention) capabilities for development of response capability regulations for offshore industry.

**Spill Risk Analyses for Environmental Impact Assessment of Canadian Offshore E & P**
*Equinor/ExxonMobil/Suncor/Chevron/BHP (2016–2020)*
Analysis of spill risk (probability of blowouts and spills with volumes) as part of overall risk analysis for environmental impact assessment for offshore Newfoundland wells.

**Analysis of Probabilities of Arctic Well Blowouts and Intervention Methods**
*Shell Oil (2014)*
Development of fault tree analysis to determine likelihood of exploratory well blowouts and durations based on various intervention methods.

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

**Analysis of Potential Blowouts and Spills from Offshore Wells and Activities**
*Shell Canada Limited (2013–2014)*
Analysis of exploratory well blowouts and mobile offshore drilling unit spill scenarios with respect to relative probability of occurrence and probability distribution of spill volumes, flow rates, and duration for environmental assessment of proposed exploratory drilling project. Analysis of other oil inputs and natural seeps in relation to potential spillage from wells.

**Analysis of Probability of Discharge Scenarios from Potentially Leaking Oil Well**
*US Coast Guard/Bureau of Safety and Environmental Enforcement/Taylor Energy (2013–2022)*
Analysis of potential discharge scenarios and probabilities of incidents from abandoned oil wells associated with platform toppled during Hurricane Ivan (2004).

**Analysis of Spill Scenarios from Proposed Oil & Gas Development in the Canadian Beaufort Sea**
*World Wildlife Federation Canada (2013)*
Analysis of spill scenarios and probabilities, including worst-case discharge well blowouts for proposed oil and gas development in the Canadian Beaufort Sea for incorporation into trajectory, fate, and effects modeling of hypothetical spill impacts.

**Analysis of Spill Scenarios from Proposed Oil & Gas Development in Greenland/Arctic Canada**
*World Wildlife Federation Canada (2015–2016)*
Analysis of spill scenarios and probabilities, including worst-case discharge well blowouts for proposed oil and gas development off western Greenland and in the Baffin Sea of Arctic Canada for incorporation into trajectory, fate, and effects modeling of hypothetical spill impacts.

## Risk Analysis: Offshore Ports

**Oil Spill Risk (Probability) Assessment for Proposed Offshore Gulf of Mexico Port**
*EXP Energy/Blue Marlin Offshore Port LLC (2020)*
Analysis of the probabilities of oil spills from the proposed Blue Marlin Offshore Port (BMOP) Project, including onshore and offshore pipelines, platforms, and single-point mooring systems.

**Comparative Oil Spill Risk Assessment for Proposed Texas Offshore Port System**
*US Coast Guard (2009)*
Analysis of oil spill risk and vessel collision/allision study for environmental impact assessment for proposed Texas Offshore Port System (including associated pipelines).

## Risk Analysis: Rail Oil Transport

**Rail Oil Transportation Safety**
*Washington Dept. of Ecology/Utilities and Transportation Commission (2018–2019)*
Analysis of rail transportation safety for oil and other hazardous cargoes based on recent technological developments, industry initiatives, and regulatory measures with specific applications to Washington State.

**Rail and Pipeline Spill Probability and Volume Analysis for Oil Spill Response for Inland Areas**
*ExxonMobil Upstream Research Company (2016–2017)*
Analysis of crude-by-rail spill probability and volumes for planning for inland oil spill response operations.

**Environmental Impact Statement: Shell Eastgate Crude-by-Rail Unloading Facility**
*Skagit County/Washington Department of Ecology (2015–2017)*
Analysis of risk (probability and consequences) of crude-by-rail traffic through Skagit County to facility, including analysis of spill scenarios, geographic analysis of spill locations, and potential impacts of spills, fires, and explosions.

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

**Risk Analysis of Crude Oil Rail Transport Related to Facility Environmental Impact Statement**
*Washington State Energy Facility Site Evaluation Council (2014–2017)*
Analysis of risk for oil spillage and fire/explosion for Bakken and other crude oil transport by rail through Washington State to proposed facility in Columbia River.

**Rail Oil Transport Risk**
*Washington Dept. of Ecology (2014–2015)*
Analysis of risks of oil transport by rail in Washington inland areas for evaluation of state-wide policies and risk mitigation.

## Risk Analysis: Pipelines

**Enbridge Line 5 Re-Routing Alternative Environmental Impact Statement-Spill Probability Analysis**
*Enbridge Energy (2022)*
Oil spill probability analysis for various re-routing alternatives to replace pipeline running through Bad River Reservation for environmental impact statement.

**Dakota Access Pipe Line Environmental Impact Assessment**
*Energy Transfer (2021–2022)*
Conducting independent probability analyses of pipeline spill scenarios for Dakota Access Pipe Line. Reviewing previously-conducted probability assessment reports.

**Enbridge Line 3 Pipeline Environmental Impact Statement**
*Minnesota Department of Commerce/Dept. of Natural Resources (2017–2019)*
Review of oil spill impact modeling and analysis in draft environmental impact statement (EIS) and preparation of final EIS for major pipeline project. Expert witness testimony at state hearings.

**Rail and Pipeline Spill Probability and Volume Analysis for Oil Spill Response for Inland Areas**
*ExxonMobil Upstream Research Company (2016–2017)*
Analysis of inland pipeline spill probability and volumes for planning for inland oil spill response operations.

**Risk of Crude/Bitumen Pipeline Spills in the US: Analyses of Historical Data**
*American Petroleum Institute (2013)*
Analysis of rates of crude (including diluted bitumen) pipeline spillage in the US from 1968–2012.

**Canadian-US Pipeline Risk Analysis Project**
*Pipeline Research Council International, Inc. (2010–2011)*
Develop oil spill cost and impact model for use in risk analysis project for Canadian-US pipeline systems.

## Risk Analysis: Vessel Traffic/Ports

**US Coast Guard Hudson River Ports & Waterways Safety Assessment Workshop Participation**
*US Coast Guard Sector New York (2017)*
Invited participation in Hudson River Ports and Waterways Safety Assessment (PAWSA) Workshop in Albany, New York, to evaluate safety and environmental issues related to Hudson River usage by commercial, public, and recreational vessels.

**Hudson River Ports and Waterways Safety Assessment Technical Assistance**
*Scenic Hudson, Inc. (2017)*
Technical expert assistance for Hudson River Ports and Waterways Safety Assessment to evaluate vessel traffic issues, including the proposal for anchorages, and the development of risk mitigation measures.

**CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER**

**Salish Sea Workshop: Trans-Boundary Vessel Oil Spill Risk Assessment and Management**
*Washington Dept. of Ecology/Puget Sound Partnership (2015)*
Development and facilitation of workshop of US and Canadian regulatory agencies, US and Canadian Coast Guards, First Nations, Tribal Nations, maritime industry, pilot associations, maritime exchanges, and environmental advocacy organizations to analyze risk of vessel-related oil spills and to develop risk reduction measures.

**Risk Analysis of Crude Oil Vessel Transport for Facility Environmental Impact Statement**
*Washington State Energy Facility Site Evaluation Council (2014–2017)*
Analysis of risk for oil spillage and accidents for Bakken and other crude oil transport by vessel through in Columbia River for proposed facility.

**Quantitative Risk Assessment for Roberts Bank Terminal 2 Project (Vancouver)**
*Hemmera/Port of Metro Vancouver (2013–2014)*
Analysis of the probability and nature of vessel-related casualty and spill incidents for proposed container ship terminal expansion; analysis of oil and chemical impacts of spill scenarios.

**Vessel Traffic and Risk Assessment Study for Environmental Impact of Refinery**
*US Army Corps of Engineers/Washington Dept. of Ecology (2012–2014)*
Risk analysis of vessel accident probability statistics, characterization of likely casualties, and characterization of casualty consequences for existing BP Cherry Point refinery as part of environmental impact assessment of addition of second dock.

**Gateway Pacific Terminal Vessel Traffic and Risk Assessment Study**
*Washington Department of Ecology (2011–2014)*
Analysis of vessel accident probability statistics, characterization of likely casualties, and characterization of casualty consequences for proposed bulk carrier terminal with dry cargo commodities in Puget Sound.

**Spill Analysis Cherry Point Refinery North Dock Environmental Impact Statement**
*US Army Corps of Engineers (2006–2014)*
Environmental impact study of vessel traffic and potential oil spills related to BP Cherry Point Refinery in Washington.

**Study of Tug Escorts in Puget Sound**
*Washington Dept. of Ecology (2004)*
Analysis of socioeconomic and environmental benefits of use of tug escorts for oil tankers in Puget Sound, as part of engineering study to evaluate application of tug escort rules to different oil tanker types.

**Spill Risk Assessment/Response, Socioeconomic/Environmental Damage Analysis**
*US Army Corps of Engineers, San Francisco (2001–2003)*
Oil spill/vessel accident risk analysis for the US ACE project of rock removal in San Francisco Bay. Teamed with Applied Science Associates in estimating response and socioeconomic damage costs associated with hypothetical oil spill scenarios as modeled by ASA's SIMAP oil spill trajectory and natural resource damage modeling program.

## Risk Analysis: Maritime Shipping

**Development of Global Marine Risk Calculator Tool for Tanker Operations**
*Polar Tankers/ConocoPhillips (2022–present)*
Development of a tanker oil spill probability (vessel casualty) and cost consequences model and calculator tool for application to tanker operations in various ports and regions.

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

**High-Consequence Risk Management of Global Tanker Trade**
*SeaRiver Maritime (2019–2023)*
Development of an oil spill cost and consequences model for incorporation into a global marine shipping operations high-consequence risk management model; incorporation of high-consequence vessel casualty analysis into risk management model. Included vessel traffic analysis and potential vessel casualty analysis for ports around the world.

**Update of Environmental and Economic Benefits of Marine Transport of Hazardous Substances**
*US Coast Guard/Department of Homeland Security (2010–2017)*
Analysis of frequency and volumes of spills of hazardous substances (chemicals) during marine transport and facility storage and transfer operations.

**Marine Oil Transport Risk**
*Washington Dept. of Ecology (2014–2015)*
Analysis of risks of oil transport in Washington marine and estuarine waters for evaluation of state-wide policies and risk mitigation.

**Risk Modeling for Maritime Transportation of Petroleum and Chemicals (RAMMS)**
*British Petroleum Shipping, UK (2007–2011)*
Development and continuing maintenance of model to determine marine transportation risk for petroleum/chemicals from databases of casualty incidents and modeling of oil and chemical spill costs.

**Analysis of Washington Vessel Spillage/Casualty Rates Relative to Other States, US**
*Washington Dept. of Ecology (2001)*
Analysis of oil spillage and vessel casualties in Washington compared to US as whole and three other key coastal states in to assess impact of state spill prevention regulations

**Environmental Impacts of Dry Cargo Discharges into the Great Lakes**
*US Coast Guard Strategic Planning and Analysis (2001–2003)*
Analysis of environmental impacts of dry bulk cargo discharges from commercial cargo carriers in Great Lakes to identify and quantify impacts of cargo residue discharges into affected areas, assess current program's effectiveness, and make recommendations for regulatory action.

## Risk Analysis: Offshore Wind Energy

**Environmental Risks, Fate, and Effects of Chemicals Associated with Wind Turbines**
*Bureau of Safety and Environmental Enforcement (2023–2025)*
Updated analysis of the probabilities of leakages of chemicals and oils from wind turbines, impacts of spills, and likely spill scenarios.

**Environmental Sensitivity and Associated Risk with Offshore Floating Wind Technologies**
*Bureau of Ocean Energy Management (2016–2017)*
Analysis of spill scenarios from potential offshore floating wind technologies on Pacific West Coast and Hawaii, including vessel collision/allision modeling, to update BOEM's Relative Environmental Sensitivity Assessment (RESA) model.

**Environmental Risks, Fate, and Effects of Chemicals Associated with Wind Turbines**
*Bureau of Safety and Environmental Enforcement (2012–2013)*
Analysis of the probabilities of leakages of chemicals and oils from wind turbines, impacts of spills, and likely spill scenarios.

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

**Oil Spill Probability Analysis for the Cape Wind Energy Project in Nantucket Sound**
*Cape Wind Associates (2006)*
Probability analysis for oil spills associated with the presence of offshore Cape Wind Energy Project with regard to earthquakes, vessel accidents, tsunamis, hurricanes, and storms, as requested by Minerals Management Service.

**Vessel Collision/Allision Analysis for the Cape Wind Energy Project in Nantucket Sound**
*Cape Wind Associates (2006–2008)*
Probability analysis for vessel collisions and allisions, and associated oil spills associated with the presence of the offshore Cape Wind Energy Project.

## Environmental Risk Analysis: Alternative Fuels

**Modeling Alternative Fuel Spills in Port of Vancouver**
*World Wildlife Fund Canada (2023)*
Modeling of hypothetical spill/release scenarios of alternative fuels for vessels in Port of Vancouver, British Columbia, Canada, including methanol, biodiesel, ammonia, and LNG; evaluation of fuel behavior upon release (water and air effects) and potential biological and socioeconomic effects.

## Oil Spill Ecological Impact Analysis

**State of Science and Modeling Shoreline Oil Holding Capacity**
*Bureau of Safety and Environmental Enforcement (2024–2025)*
Literature review and analyses of shoreline oiling data to develop methodology for modeling shoreline oil holding capacity as update to 2007 study.

**Oil Spill Consequence and Impact Risk Model Development**
*ExxonMobil Upstream Research (2011–2012)*
Review of over 1,200 research studies and spill case with analysis of environmental and socioeconomic impacts of oil spills and development of a spill risk model.

**Arctic Spill Damage Assessment Initiative**
*NOAA Office of Restoration & Response (2009)*
Review of studies and data on arctic spill risks for recommendations for damage assessment and restoration planning in Alaska and the Arctic.

**Review of Studies on Interactions between Spilled Oil and Shorelines**
*Minerals Management Service (2006–2007)*
Literature review of previous studies on oil-shoreline interactions and analysis of data on shoreline oil impact to develop algorithms for modeling of shoreline oiling.

**Analysis of Methods to Determine and Classify Oil Persistence**
*US EPA Oil Program (2003)*
Analysis of different methodologies for determining persistence in oil as applied by USCG, international authorities, non-US governments, and industry.

## Oil Spill Cost Analysis

**Development of Oil Spill Cost Model Tool for International Tanker Operations**
*Oxy (2023)*
Development of model tool for use in assessing potential costs of oil spills related to international tanker operations.

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

**Development of International Oil Spill Cost Model**
*ExxonMobil Upstream Research (2022–present)*
Analysis of 50 years of oil spill cost data to develop a realistic model to project costs of hypothetical spills.

**Analysis of High-Consequence Spills for Risk Management of Global Tanker Trade**
*SeaRiver Maritime (2019)*
Development of an oil spill cost and consequences model for incorporation into a global marine shipping operations high-consequence risk management model; incorporation of high-consequence vessel casualty analysis into risk management model.

**Oil Spill Cost Model for California**
*California Dept. Fish & Wildlife Office of Spill Prevention &Response (2018–2019)*
Development of oil spill cost model for application in determining required levels of financial responsibility for operators in California.

**Model for Oil Spill Cost Risk Associated with Offshore Operations**
*Woodside Energy, Australia (2018)*
Development of oil spill cost risk model for offshore operations in Australia and other locations worldwide. Model includes response costs, damage costs, and fines/penalties.

**Estimation of Oil Spill Costs for Floating Production, Storage, and Offloading Vessels**
*Mitsubishi Tanker (2017)*
Analysis of potential response costs and natural resource damages for worst-case discharge scenarios from FPSOs; analysis of probability of accidents and spills.

**Estimation of Oil Spill Impacts and Costs from Potentially Leaking Oil Well**
*US Coast Guard Sector New Orleans/Taylor Energy (2013–2019)*
Analysis of potential response costs and natural resource damages for worst-case discharge scenarios from plugged and abandoned oil wells associated with platform toppled during Hurricane Ivan (2004) for the purposes of providing an estimate of costs for development of a consent decree with responsible party.

**Analysis of Potential Marine Oil Spill Costs for Enbridge Northern Gateway Project**
*Enbridge Northern Gateway Pipelines (2010–2011)*
Determine potential costs associated with oil spills that might occur in marine waters as part of the operations associated with the operation of tankers.

**Cost Analysis for Vessel-Sourced Oil Spills**
*US Government Accountability Office (2006–2007)*
Analysis of the costs of response and damages for vessel spills in the US to determine appropriateness of existing spill liability limits.

**Development of Oil Spill Cost Model for Global Shipping Operations**
*BP Shipping, UK (2007–2011)*
Development of algorithms and model design for oil spill cost model for application to global tanker and tank barge shipping operations. Continuous updating and maintenance.

**Development of Model to Estimate Costs and Damages from Oil Spills**
*US EPA Oil Program (2002–2007)*
Development of basic model (Basic Oil Spill Cost Estimation Model) to estimate costs (response, natural resource, socioeconomic) by oil type, spill volume, and location factors.

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

**Oil Spill Response Cost Modeling for National Defense Reserve Fleet**
*US Maritime Administration (2001–2002)*
Oil spill response cost modeling for hypothetical oil spill scenarios related to the dismantling of the National Defense Reserve Fleet in the James River, Virginia.

**Response Cost Estimation Modeling for USCG Evaluation of Tanker Designs**
*National Academy of Sciences/Transportation/Marine Boards (1999–2000)*
Development of methodology for USCG to estimate cost of mechanical recovery/shoreline cleanup for various oil spill scenarios; model used in evaluating cost consequences of spills of various sizes from alternative tanker designs.

### Spill Response Analysis

**Analysis of Spill Response for Prince William Sound**
*Polar Tankers/ConocoPhillips (2023)*
Analysis of response planning for various worst-case discharge tanker spills in Prince William Sound.

**Development of Response Information for Offshore Oil Spills in Area Contingency Plans**
*Bureau of Safety and Environmental Enforcement (2019–2021)*
Updating of existing oil and gas infrastructure in US Outer Continental Shelf (OCS); development of worst-case discharge (WCD) scenarios; analysis and evaluation of mechanical containment and recovery, dispersant, and in situ burning capabilities; modeling of WCD scenarios; and development of best response strategies and concepts of operations under different conditions.

**Development of Inland Environmental Effective Recovery System Potential Calculator**
*US Coast Guard Research & Development Center (2018–2020)*
Design of the model concept and development of algorithms for an Effective Recovery System Potential (ERSP) calculator for application to inland environments.

**Analysis of Mechanical Recovery Effectiveness for Offshore Spills**
*ExxonMobil Upstream Research (2019–2020)*
Analysis of the factors that affect effectiveness of mechanical recovery operations in open-water, offshore spills, and estimation of potential range of recovery values.

**Analysis of Decontamination Processes**
*ExxonMobil Emergency Preparedness and Response (2017)*
Analysis of oil spill decontamination processes with respect to costs, cost-effectiveness, injuries and health impacts for responders, and waste stream minimization.

**Long-Term Shoreline Monitoring/Cleanup Program after Macondo MC252 Spill**
*Grand Isle, Jefferson Parish, Louisiana (2012–2015)*
Analysis of shoreline and nearshore impacts from Macondo MC252 spill and advisory services for the development of a long-term monitoring and residual oil cleanup program for Grand Isle.

**Development of Macondo MC252 Spill Long-Term Shoreline Monitoring Program**
*Plaquemines Parish, Louisiana (2012–2015)*
Analysis of shoreline and nearshore impacts from Macondo MC252 spill and advisory services for the development of a long-term monitoring program for Plaquemines Parish.

**Technical Support Macondo MC252 Spill: Impact Study/Protective Strategy**
*Mobile County Commission (Alabama) (2010)*
Provide technical support to the County Commission on issues related to spill response, protective strategies, environmental and socioeconomic impact analyses, modeling of spill responses

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

**Technical Support Macondo MC252 Spill: Protective Strategy/Response Evaluation**
*Louisiana Office Coastal Protection and Restoration (2010)*
Provide technical support by evaluating spill response and protective measure proposals; modeling of protective booming strategies for sensitive marsh areas of Louisiana

**Hydrodynamics/Current Analysis: Washington Oil Transfer Regulation Effectiveness**
*Washington Dept. of Ecology (2003–2006)*
Hydrodynamics and currents analysis in Puget Sound/Columbia River for pre-booming measures for oil transfers.

**Cost-Benefit Analysis of Shoreline Booming Options–Modeling Impacts and Costs**
*California Fish/Game, Oil Spill Prevention & Response (2007–2009)*
Application of previously-developed models and data to evaluate quantitatively the benefits of various response strategies for representative spills and impacted resources in terms of impact reductions and cost implications.

**Oil Spill Response Vessel Capabilities in State of Washington**
*Washington Dept. of Ecology (2005)*
Analysis of impacts of oil spills in Washington waters to determine types of incidents for which vessel of opportunity skimming systems and other uses of vessels could augment spill response.

**Laser Fluorosensor Heavy Oil Detection Cost-Benefit Analysis**
*US Coast Guard Research & Development Center (2005–2006)*
Cost-benefit analysis laser fluorosensor technology for improving spill response; development of database of oil spills that may have provided opportunities for employing fluorosensor technology; modeling of environmental impacts and response costs for spills.

**Cost-Benefit Analysis of USCG Oil Spill Research & Development Program**
*US Coast Guard Research & Development Center (2002)*
Cost-benefit analysis of improvements in spill response technology to determine response, socioeconomic, and environmental cost reductions by alternative response and improvements in mechanical recovery.

## Oil Spill Response Modeling Tool Development

**Development of Initial Oil Spill Response Tool for Emergency Responders (ADIOS3)**
*National Oceanic and Atmospheric Administration (2011–2013)*
Develop algorithms for ADIOS3 (tool to aid Incident Command in response decisions) to incorporate socioeconomic/environmental impacts evaluation of resource risk in quasi-quantitative manner based on experience with past spills and state-of-the-art research on impacts of spilled oil and spill response measures, and response mitigation effectiveness.

**Oil Spill Modeling Working Group Study–Modeling of Spill Response**
*UNH/NOAA Coastal Response Research Center (2008–2011)*
Evaluation of state-of-the art in spill modeling with emphasis on spill response modeling for conceptual development of the next generation of oil spill models.

**Development of Oil Spill Response Cost-Effectiveness Analytical Tool**
*NOAA/UNH Cooperative Inst. Coastal/Estuarine Environmental Tech. (2002–2004)*
Two-year grant to develop decision-making tools for determining cost-effectiveness of various oil spill cleanup response options in order to better facilitate short- and long-term environmental recovery of oil-impacted areas.

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

## Oil Spill Policy Analysis

**Washington State Oil Transfer Rule Benefit Analysis**
*Washington Dept. of Ecology (2003–2006)*
Analysis of potential benefits of proposed oil transfer rule for spill prevention/mitigation.

**Oil Spill Response, Socioeconomic, Environmental Cost-Benefit Analysis for Washington**
*Washington Dept. of Ecology (2003–2006)*
Cost-benefit analysis of proposed spill response preparedness regulations, development of survey of response contractors and plan-holders to determine regulatory compliance cost; detailed modeling of response, socioeconomic, and environmental costs for comparison of response methods

**Analysis of Discharge Scenarios for Washington Contingency Planning Standards**
*Washington Dept. of Ecology (2001)*
Analysis of potential spills; development of oil spill scenario probability distribution functions to determine most likely/worst-case discharges for contingency planning.

**Cost-Benefit Analysis of US EPA Oil Program**
*US EPA Oil Program (2002–2007)*
Analysis of US EPA Oil Program benefits of spill prevention and increasing spill response effectiveness; examination of costs/benefits to society from oil spills/prevention regulations

**Regulatory Analyses for Economic and Environmental Impact for US Coast Guard**
*US Coast Guard Standards Evaluation and Analysis (2005)*
Development of database of vessel-based hazardous materials spills and discharges and analyzing risks and impacts of these incidents as part of regulatory analysis.

**Oil Spill Prevention, Preparedness, Response Program Broad Risk Assessment**
*US Coast Guard Office of Response (2002)*
Risk analysis services and review of projects for the USCG Oil Spill Prevention, Preparedness, and Response Program Broad Risk Assessment Project aimed at providing information for strategic planning for the next decade.

## Oil Spill Trend Analysis

**Analysis of Trends for 50 Years of Oil Spill Data**
*ExxonMobil Qatar Ltd. (2021–2022)*
Statistical analysis of 50 years of oil spill data from the US and around the world to determine long-term trends in spill frequency, volume, and rates for different types of spill sources.

**US Oil Spill Trend Analysis–Updated through 2012**
*American Petroleum Institute (2013–2014)*
Analysis of 45 years of oil spill data to determine relative trends in all sectors of oil industry (exploration and production, transport, storage, refining), and oil consumption sectors (manufacturing, consumers).

**Analysis of US Oil Spill Rates**
*American Petroleum Institute (2011)*
Update to previous statistical analyses on oil spill rates to include years through 2010.

**US Oil Spill Trend Analysis**
*American Petroleum Institute (2008–2009)*
Analysis of 40 years of oil spill data to determine relative trends in all sectors of oil industry (exploration and production, transport, storage, refining), and oil consumption sectors (manufacturing, consumers).

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

**Development of Oil Spill Databases for US EPA Oil Program**
*US EPA Oil Program (2002–2007)*
Development of comprehensive database of oil spill incidents from facilities regulated by EPA through its Spill Preparedness, Control, and Countermeasures (SPCC) Program and other inland spill sources.

**Development of International Tanker Oil Spill Database**
*Minerals Management Service (2000–2002)*
Analysis of international data relevant to tanker oil spills for use of Minerals Management Service in their studies to compare oil transport spill rates.

## Vessel Operational Spillage Analysis

**Ports Best Practices for Lubricant Accidental /Operational Discharge Prevention**
*Castrol Marine Ltd. (2009–2010)*
Survey and analysis of best practices for reducing, preventing, and mitigating lubricant oil spillage and operational leakage from vessels in worldwide ports.

**Analysis of In-Port Accidental Vessel Lubricant Spillages/Operational Discharges**
*Castrol Marine Ltd. (2008–2010)*
Estimate of lube oil spillage and operational leakage from vessels in 4,708 worldwide ports; analysis of potential environmental and cost benefits of use of biodegradable lubricants.

## Polychlorinated Biphenyl (PCB) Pollution

**NRDA Issues and Recommendations Related to PCB Discharges into Hudson River**
*Scenic Hudson, Inc. (2018–present)*
Review of Natural Resource Damage Assessment (NRDA) cases and technical literature on PCB contamination and damage assessment approaches to develop recommendations related to the historical polychlorinated biphenyl (PCB) discharges by General Electric into the Hudson River.

## Environmental Salvage

**Environmental and Response Assessment for Congo Salvage Project**
*Private Client (2013)*
Analysis of potential environmental and socioeconomic impacts and response considerations for wreck oil removal and salvage operation for wreck (Tug Nana Tide) in coastal waters off Dem. Rep. Congo.

**Environmental and Response Assessment for British Columbia, Canada Project**
*Private Client (2013)*
Analysis of potential environmental and socioeconomic impacts and response considerations for wreck oil removal and salvage operation for wreck (USAT Brig. Gen. M.C. Zalinski) in British Columbia fjord.

**Analysis of Costs and Impacts for Leaking Vessel Wreck**
*Fisheries and Oceans Canada (2013)*
Evaluation of potential environmental and socioeconomic damages and response costs for spillage from wreck (USAT Brig. Gen. M.C. Zalinski) in British Columbia fjord.

**Wreck Oil Removal Project: Risk Assessment/Prioritization of US Undersea Threats (RULET)**
*National Oceanic and Atmospheric Administration (2010–2013)*
Development of comprehensive environmental risk criteria to assess the large number of wrecks in US waters, application of the risk criteria to prioritize wrecks for oil removal operations, and work with the USCG to develop a protocol for developing work plans for removal operations.

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

**Analysis of Oil Spill Risk from Potentially Polluting Shipwrecks**
*US Coast Guard, American Petroleum Institute (2004–2005)*
Development of international database of potentially polluting shipwrecks and analyzed risks and impacts of oil spillage from these wrecks, as well as worked on team to evaluate costs and benefits of salvage.

## Marine Impacts of Oil from Shipping/Offshore Exploration & Production

**Oil in the Sea IV: Inputs, Fates, and Effects**
*National Academies of Science, Engineering & Medicine (2020–2022)*
Appointed committee member tasked with providing update of the inventory of sources, composition, and quantity of hydrocarbon inputs to the marine environment and assessment of the state of the science on the fate and effects of fossil fuel hydrocarbons in the marine environment.

**Pollution in the Open Oceans: A Review of Assessments and Related Studies**
*UN/International Maritime Organization (2007–2008)*
Participation in Joint Group of Experts on the Scientific Aspects of Marine Protection (GESAMP) review of studies related to open ocean pollution and environmental impact, including all shipping, offshore oil exploration & production, shipwrecks, vessel noise issues.

**Oil in the Sea III: Inputs, Fates, and Effects**
*National Research Council Ocean Studies Board (1999–2001)*
Development and analysis of several databases of North American and international oil spills and analysis of spillage from all sectors geographically to develop estimate of spillage rates on regional basis.

**Estimation of Oil Input into Marine Environment (GESAMP)**
*International Maritime Organization/UNEP (1997–2006)*
Joint Group of Experts on the Scientific Aspects of Marine Protection (GESAMP) analysis of historical oil spill data to estimate oil entering marine environment; development of extrapolation model to estimate smaller spill input; analysis of spillage rates in relation to transport/oil production; comparison to previous estimates; regional/international analysis to determine impacts of spill prevention conventions.

## Port State Control Analysis

**Port State Control/ Vessel Security Target Matrix Effectiveness Evaluation Method**
*US Coast Guard Office of Compliance (2003)*
Develop statistical methodology for USCG to determine effectiveness of Port State Control- and Port Vessel Security Target Matrix in profiling vessels that may be safety and/or security risks and make recommendations on weighting of factors in Port State Control- and Port Vessel Security Target Matrices.

## Expert Witness Testimony/Litigation Support

**Enbridge Line 5/Wisconsin–Bad River Reservation Oil Spill Probability Analysis**
*Enbridge Energy (2021–2022)*
Conducted independent oil spill probability analysis for pipeline running through Bad River Reservation for expert witness testimony in litigation.

**Enbridge Line 3 Pipeline Environmental Impact Statement Testimony (Minnesota)**
*Minnesota Department of Commerce/Dept. of Natural Resources (2017)*
Reviewed oil spill impact modeling and pipeline spill probability analysis in the draft and final environmental impact statements (EIS) and provided testimony for evidentiary hearings.

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

**Analysis of Spill Response Costs for Inland Pipeline Spill (Michigan)**
*Reed Smith LLP/Enbridge Pipeline (2016)*
Analyzed response operation costs for inland oil pipeline spill to assess the appropriateness and reasonableness of costs and response actions relative to specific circumstances of the 2010 Enbridge Pipeline spill in Kalamazoo, Michigan.

**Analysis of Spill Response Costs for Inland Pipeline Spill (Utah)**
*Holland & Hart LLP/Chevron Pipe Line (2016)*
Analyzed response operation costs for inland oil pipeline spill to assess the appropriateness and reasonableness of costs and response actions relative to specific circumstances of the spill.

**Reasonableness of Spill Response Costs for Minor Vessel Spill (California)**
*McKasson & Klein LLP/Norbulk Shipping (2015–2016)*
Analyzed response operation costs for a minor vessel spill to assess the appropriateness and reasonableness of costs and response actions relative to specific circumstances of the spill.

**Analysis of Probability of Well Releases and Potential Costs and Damages (Louisiana)**
*Taylor Energy and Associated Counsel (2013–2019)*
Analyzed the likelihood of various hypothetical well release and blowout scenarios and evaluated the potential environmental impacts, natural resource damages, and cleanup costs to assist with settlement case.

**Oil Spills from Non-Tank Vessels: Threats, Risks, and Vulnerabilities**
*US Senate Committee on Commerce, Science, and Transportation Subcommittee on Oceans, Atmosphere, Fisheries, and Coast Guard (2007)*
Testified as an expert witness on oil spill issues at the request of Senator Daniel K. Inouye (Chair of the US Senate Committee on Commerce, Science, and Transportation Subcommittee on Oceans, Atmosphere, Fisheries, and Coast Guard). The hearing occurred in response to the Cosco Busan oil spill in San Francisco Bay.

**Analysis of Fines and Penalties for Spill from Oil Terminal (Maryland)**
*Womble Carlyle Sandridge & Rice LLC/ Center Point Terminal (2008–2009)*
Prepared expert witness testimony for Circuit Court for Baltimore City, Maryland: State of Maryland Dept of Environment vs. Center Point Terminal Baltimore, LLC, and Petroleum Fuel & Terminal Company, a case involving the reasonableness of fines and penalties assessed against an oil facility owner and operator.

**Analysis of Spill Response Costs and Relative Financial Responsibility (Louisiana)**
*Coats, Rose, Yale, Ryman & Lee PC (Houston, Texas)/Venice Energy/Targa Midstream (2007)*
Testified as an expert witness for 127th Judicial District Court of Harris County, Texas: Venice Energy Services Company, LLC and Targa Midstream Services Ltd Partnership vs. Hilcorp Energy Co. and Hilcorp Energy I, LP; Case No. 2007-02086 on strategic post-mortem analysis on oil spill response and cost impacts to determine reasonableness of costs and relative percent financial responsibility between two facility owners in spillage during Hurricane Katrina.

**Analysis of Magnitude and Legitimacy of Spill Response Costs (Maryland)**
*Patton Boggs LLP, Washington, DC/ST Services (2001–2005)*
Provided expert testimony on behalf of Support Terminal (ST) Services, Inc., for US District Court for the District of Maryland Southern Division: Potomac Electric Power Co. v. Support Terminal Services, Inc.; Case No. PJM-02-4076 in a dispute over the magnitude and legitimacy of oil spill cleanup response costs for a 138,600-gallon pipeline spill at Chalk Point, Maryland (Patuxent River). Modeling of actual and hypothetical spill response costs given different responses. Analysis of actual costs for legitimacy with regard to their inclusion under the category of "cleanup response."

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

**Analysis of Oil and Hazardous Material Inputs During 1991 Gulf War (United Nations)**
*Government of Kuwait (2002–2003)*
Provided expert testimony on behalf of claimant, government of Kuwait, regarding analysis of oil inputs and damage to Kuwaiti waters and coastal zones from oil spillage into Arabian Gulf as part of United Nations Compensation Commission of UN Security Council: Section E Resolution 687 and Resolution S/22559 Compensation and Claims as Result of Iraq's Unlawful Occupation and Invasion of Kuwait.

**Analysis of Oil and Hazardous Material Inputs During 1991 Gulf War (United Nations)**
*Government of Saudi Arabia (2002)*
Provided expert testimony on behalf of claimant, Kingdom of Saudi Arabia, regarding analysis of oil inputs and damage to Saudi Arabian waters and coastal zones from oil spillage into Arabian Gulf as part of United Nations Compensation Commission of UN Security Council: Section E Resolution 687 and Resolution S/22559 Compensation and Claims as Result of Iraq's Unlawful Occupation and Invasion of Kuwait.

**Tanker Spill Analysis (Alaska)**
*Fulbright & Jaworski LLP, Houston, Texas/SeaRiver Maritime (2001)*
Deposed as an expert witness for United States District Court for the District Of Alaska: SeaRiver Maritime Financial Holdings, Inc., et al. (Plaintiffs) v. Rodney Slater, et al. (Defendants); Case No. A97-0060-CV (HRH) by the attorneys for the plaintiffs (SeaRiver Maritime Financial Holdings, Inc., SeaRiver Maritime Inc., and SeaRiver International, Inc.) regarding tanker oil spills.

**Analysis of Pipeline Spills and Spill Rates (Texas)**
*Fred Misko, Jr., Esq., Dallas, Texas/PD Hamilton (2001)*
Provided expert testimony and consulting services to the attorneys for the plaintiffs in United States District Court for the Eastern District of Texas, Lufkin Division: P.D. Hamilton (Plaintiffs) v. Koch Industries, et al. (Defendants); Civil Action No. 901CV132 (366498.1 1761) regarding oil pipeline spills and spill rates.

**Pipeline Spill Benchmark Analysis (Texas)**
*Beck, Redden & Secrest, LLP, Houston, Texas/Koch Industries (1999)*
Deposed as an expert witness for United States District Court for the Southern District Of Texas, Houston Division: United States of America, et al. (Plaintiffs) v. Koch Industries, Inc., et al. (Defendants); Civil Action No. H-95-1118 by the attorneys for the defendants (Koch Industries, Inc., et al.) regarding oil pipeline spills and spill rates.

**Analysis of Offshore Exploratory Oil and Gas Well Spillage Rates (Florida)**
*Angerer & Angerer, LLC/Coastal Petroleum (1997)*
Provided expert testimony regarding rates of spillage from oil wells and testified in court for Coastal Petroleum Company v. State Department of Environmental Protection, Case No. 98-1998 (First District Court of Appeal). Drilling Permit Litigation in a case regarding a drilling permit for an offshore exploratory oil and gas well in Florida state waters.

## Publications and Reports

### General Oil Spill Risk Analysis and Decision-Making

Etkin, D.S. 2006. Risk assessment of oil spills to US inland waterways. *Proc. 2006 Freshwater Spills Symposium*

Etkin, D.S. 2009. *Oil Spill Risk in Industry Sectors Regulated by Washington State Department of Ecology Spills Program for Oil Spill Prevention and Preparedness.* Prepared by ERC for Washington Department of Ecology, Olympia, WA. Contract No. C0900186. February 2009. 28 p.

Etkin, D.S. 2010. *Oil Spills from Oil Majors: Implications for Arctic Spill Risk in US and Canada.* Prepared by ERC for ExxonMobil Upstream Research Company, Houston, TX. Contract No. 507585. March 2010. 63 p.

*49  Dagmar Schmidt Etkin, PhD Curriculum Vitae*

**CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER**

Etkin, D.S. 2012. *Assessment of Marine Oil Spill Risk and Environmental Vulnerability for the State of Alaska: Appendix A: Incident Rate and Spill Volume Analysis.* NOAA Contract Number: WC133F-11-CQ-0002. Subcontract CKB1063B-2013-SVS-1. Submitted to National Oceanic and Atmospheric Administration, Seattle, Washington, USA. December 2012. 241 p.

Etkin, D.S. 2013. *Modeling Oil Spill Trajectories in the Beaufort Sea: Spill Scenario Development and Probability Analysis.* Prepared for World Wildlife Fund-Canada, Inuvik, Northwest Territories, Canada. 7 November 2013. 28 p.

Etkin, D.S. 2015. Risk analysis and prevention. In *Handbook of Oil Spill Science and Technology*, pp. 3–36, Edited by M. Fingas, Wiley & Sons, Inc., Hoboken, New Jersey, USA. 693 p.

Etkin, D.S. 2016. *Modeling Oil Spill Trajectories in Baffin Bay and Lancaster Sound: Spill Scenario Development, Spill Probability Analysis, and Spill Response Development.* Prepared for World Wildlife Canada. 10 June 2016. 48 p.

Etkin, D.S., A. Wolford, D. French-McCay, J. Rowe, and M. Horn. 2018. Decision-making based on oil spill risk assessments. *Proc. 41st AMOP Technical Seminar on Environmental Contamination and Response:* 1,110–1,136.

Etkin, D.S., D. French-McCay, J. Rowe, D. Crowley, J. Joeckel, and A. Wolford. 2018. *Hudson River Oil Spill Risk Assessment. Vol 1: Executive Summary.* Prepared by ERC, RPS, SEAConsult, and Risknology for Scenic Hudson, Inc. May 2018. 60 p.

Etkin, D.S., D. French-McCay, J. Rowe, D. Crowley, J. Joeckel, and A. Wolford. 2018. *Hudson River Oil Spill Risk Assessment. Vol 2: Hudson River & Study Overview.* Prepared by ERC, RPS, SEAConsult, and Risknology for Scenic Hudson, Inc. May 2018. 112 p.

Etkin, D.S., D. French-McCay, J. Rowe, D. Crowley, J. Joeckel, and A. Wolford. 2018. *Hudson River Oil Spill Risk Assessment. Vol 3: Oil Spill Probability Analysis.* Prepared by ERC, RPS, SEAConsult, and Risknology for Scenic Hudson, Inc. May 2018. 210 p.

Etkin, D.S., D. French-McCay, J. Rowe, D. Crowley, J. Joeckel, and A. Wolford. 2018. *Hudson River Oil Spill Risk Assessment. Vol 4: Spill Consequences–Trajectory, Fate, and Resource Exposure.* Prepared by ERC, RPS, SEAConsult, and Risknology for Scenic Hudson, Inc. May 2018. 146 p., plus appendices.

Etkin, D.S., D. French-McCay, J. Rowe, D. Crowley, J. Joeckel, and A. Wolford. 2018. *Hudson River Oil Spill Risk Assessment. Vol 5: Fire and Explosion Consequences.* Prepared by ERC, RPS, SEAConsult, and Risknology for Scenic Hudson, Inc. May 2018. 34 p., plus appendix.

Etkin, D.S., D. French-McCay, J. Rowe, D. Crowley, J. Joeckel, and A. Wolford. 2018. *Hudson River Oil Spill Risk Assessment. Vol 6: Risk Mitigation.* Prepared by ERC, RPS, SEAConsult, and Risknology for Scenic Hudson, Inc. May 2018. 227 p.

Etkin, D.S., D. French-McCay, J. Rowe, D. Crowley, J. Joeckel, and A. Wolford. 2018. *Hudson River Oil Spill Risk Assessment. Vol 7: Spill Scenario Summaries.* Prepared by ERC, RPS, SEAConsult, and Risknology for Scenic Hudson, Inc. May 2018. 171 p.

Etkin, D.S., D. French-McCay, J. Rowe, J. Joeckel, and A. Wolford. 2018. Hudson River oil spill risk assessment: Probability and risk mitigation analysis. *Proc. 41st AMOP Technical Seminar on Environmental Contamination and Response:* 1,136–1,162.

Etkin, D.S., D. French-McCay, M. Horn, H. Landquist, I.-M. Hasselöv, and A.J. Wolford. 2017. Quantification of oil spill risk. Chapter 2 in *Oil Spill Science and Technology*, 2nd Edition, edited by M. Fingas, Elsevier Publishing. pp. 71–183. ISBN: 9780128094136.

Etkin, D.S., D. French-McCay, and C.J. Beegle-Krause. 2009. Oil spill risk assessment–Probability and impact analyses with future projections. *Proc. 32nd Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response:* 683–704.

French-McCay, D., C.J. Beegle-Krause, J. Rowe, D.S. Etkin, C. Moore, and K. Michel. 2008. *Oil Spill Risk Analysis Review.* Prepared by Applied Science Associates, Inc., ERC, and Herbert Engineering Corp., for Washington Joint Legislative Audit and Review Committee, Olympia, WA. November 2008. 169 p.

**CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER**

## Offshore Oil Exploration & Production Risk Analysis

Etkin, D.S. 2014. A*nalysis of Probability of Potential Blowouts and Spills from Offshore Wells and Activities: Perspectives on Shelburne Basin Venture Exploration Drilling Project.* Prepared for Shell Canada Limited, Halifax, Nova Scotia, Canada. Shelburne Basin Environmental Impact Statement. 14 May 2014. 72 p.

Etkin, D.S. 2015. Offshore well blowout probability model. *Proc. 38th Arctic and Marine Oilspill Program Technical Seminar on Environmental Contamination and Response:* 169–192.

Etkin, D.S. 2017. *Analysis of Probability of Potential Blowouts and Spills from Offshore Wells and Activities: ExxonMobil Canada Eastern Newfoundland Offshore Environmental Impact Statement.* Prepared for Exxon Mobil Canada Ltd., St. John's, Newfoundland, Canada. 29 August 2017. 127 p.

Etkin, D.S. 2018. *Analysis of Probability of Potential Blowouts and Spills from Offshore Wells and Activities: Suncor Newfoundland Terra Nova Asset Life Extension Project Environmental Impact Statement.* Prepared for Suncor Newfoundland. 5 December 2018. 135 p.

Etkin, D.S. 2017. *Analysis of Probability of Potential Blowouts and Spills from Offshore Wells and Activities: Newfoundland Offshore Northern PA & Eastern PA Environmental Impact Statement.* Prepared for Statoil Newfoundland Ltd., St. John's, Newfoundland, Canada. 29 August 2017. 127 p.

Etkin, D.S. 2019. *Analysis of Probability of Potential Blowouts and Spills from Offshore Wells and Activities: BHP Canada Orphan Basin Region Exploration Drilling Project 2019–2028 Environmental Impact Statement.* Prepared for Suncor Newfoundland. 11 December 2019. 159 p.

Etkin, D.S. 2019. *Analysis of Probability of Potential Blowouts and Spills from Offshore Wells and Activities: Newfoundland Offshore Bay du Nord Development Project Environmental Impact Statement.* Prepared for Equinor Ltd., St. John's, Newfoundland, Canada. 25 January 2019. 137 p.

Etkin, D.S. 2019. *Analysis of Probability of Potential Blowouts and Spills from Offshore Wells and Activities: Suncor Newfoundland Tilt Cove Exploration Drilling Project Environmental Impact Statement.* Prepared for Suncor Newfoundland. 11 December 2019. 140 p.

Etkin, D.S. 2019. *Analysis of Probability of Potential Blowouts and Spills from Offshore Exploration.* Prepared for Chevron Canada Limited. Chevron Canada West Flemish Pass Exploration Project Environmental Impact Statement. 11 July 2019. 154 p.

## Rail Oil Transport Risk Analysis

Etkin, D.S. 2016. *Crude-by-Rail Spill Risk Analysis for Proposed Shell Puget Sound Refinery Anacortes Rail Unloading Facility: Rail Spill Probability and Volume Analysis. Shell Anacortes Rail Unloading Facility Environmental Impact Statement. Appendix G.* Prepared for Skagit County and Washington Department of Ecology. 31 August 2016. 200 p.

Etkin, D.S. 2016. Modeling the changing spill risk of crude-by-rail operations. *Proc. 39th Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response*: 608–640.

Etkin, D.S. 2017. Analysis of US crude-by-rail oil spillage and potential future trends. *Proc. 40th Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response*: 227–245.

Etkin, D.S., A. Wolford, D. Hatzenbuhler, E. Lyman, J. Joeckel, and M. Horn. 2019. *2019 Washington Rail Safety Study*. Prepared by ERC in cooperation with Washington Department of Ecology, Spill Prevention, Preparedness, and Response Program, Olympia, Washington. Publication 19-08-009. June 2019. 690 p.

Etkin, D.S., J. Joeckel, A.H. Walker, D. Scholz, C. Moore, C. Baker, D. Hatzenbuhler, R.G. Patton, E. Lyman, and D. Culpepper. 2015. *Washington State 2014 Marine and Rail Oil Transportation Study. Final Report.* Prepared for Washington Department of Ecology Spill Prevention, Preparedness and Response Program, Olympia, Washington. Ecology Publication Number 15-08-010. 569 p.

Etkin, D.S., J. Joeckel, A-H. Walker, D. Scholz, D.L. Hatzenbuhler, E.J. Lyman, and R.G. Patton. 2015. New risks from crude-by-rail transportation. *Proc. 38th Arctic and Marine Oilspill Program Technical Seminar on Environmental Contamination and Response:* 900–923.

Etkin, D.S., M. Horn, and A. Wolford. 2017. CBR-Spill RISK: Model to calculate crude-by-rail

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

probabilities and spill volumes. *Proc. 2017 International Oil Spill Conference:* 3,189–3,210.

Horn, M., D.S. Etkin, A. Wolford, and J. Cook. 2016. *Shell Anacortes Rail Unloading Facility: Environmental Impact Statement. Chapter 4: Environmental Health and Risk.* Prepared for Skagit County and Washington Department of Ecology. October 2016. 84 p.

Horn, M., D.S. Etkin, and A. Wolford. 2017. Quantitative evaluation of risks from crude-by-rail spills: A Case study using the proposed Shell Puget Sound Refinery Anacortes Rail Unloading Facility. *Proc. 2017 International Oil Spill Conference:* 2,057–2,077.

Horn, M., J. Rowe, and D.S. Etkin. 2018. Assessing the probability, trajectory, and fate of hypothetical oil releases associated with the Tesoro Savage crude-by-rail Vancouver Energy Project. *Proc. 41st AMOP Technical Seminar on Environmental Contamination and Response:* 1,217–1,238.

## Oil Pipeline Risk Analysis

Etkin, D.S. 2011. *Development of Model to Quantify Environmental and Socioeconomic Impacts from Pipeline Spills*. Prepared by ERC for Pipeline Research Council International, Inc., Falls Church, VA. August 2011. 157 p.

Etkin, D.S. 2012. Development of a quantitative risk model for inland facility and pipeline spills. *Proc. 35th Arctic and Marine Oilspill Program Technical Seminar on Environmental Contamination and Response*: 735–750.

Etkin, D.S. 2013. *Risk of Crude and Bitumen Pipeline Spills in the US: Analyses of Historical Data and Case Studies (1968–2012).* Prepared by ERC for American Petroleum Institute Downstream, Washington, DC. Contract No. 2013-107148. 122 p.

Etkin, D.S. 2014. Risk of crude and bitumen pipeline spills in the United States: Analyses of historical data and case studies (1968–2012). *Proc. 37th AMOP Technical Seminar on Environmental Contamination and Response:* 297–316.

Etkin, D.S. 2016. *Oil Spill Response for Inland Waterways and Shorelines: Rail and Pipeline Spill Probability and Volume Analysis.* Prepared for ExxonMobil Upstream Research. 16 November 2016. 61 p.

Etkin, D.S. 2017. *Baseline Crude Oil Pipeline Spill Analysis.* Enbridge Line 3 Environmental Impact Statement. Appendix S. Prepared for State of Minnesota Department of Commerce, Energy Environmental Review & Analysis. 5 July 2017. 43 p.

Etkin, D.S. 2017. Historical analysis of US pipeline spills and implications for contingency planning. *Proc. 40th Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response*: 1,139–1,163.

Etkin, D.S. 2019. *Inputs for Line 3 Revised FEIS Discussion of Lake Superior Watershed Modeling.* Enbridge Line 3 Environmental Impact Statement. Prepared for State of Minnesota Department of Commerce, Energy Environmental Review & Analysis. 19 November 2019. 19 p.

Etkin, D.S. 2023. Assessing the probabilities of oil pipeline spills. *Proc. 45th Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response;* 22 p.

Etkin, D.S., et al. 2017. *Accidental Crude Oil Releases.* Enbridge Line 3 Environmental Impact Statement. Chapter 10. Prepared for State of Minnesota Department of Commerce, Energy Environmental Review & Analysis. September 2017. 176 p.

Stephens, M., and D.S. Etkin. 2017. An environmental impact model for risk analysis of hydrocarbon liquid pipelines. *Proc. Rio Pipeline Conference & Exhibition 2017.* 10 p.

## Vessel Traffic/Ports Risk Analysis

Etkin, D.S. 2006. *Trends in Oil Spills from Large Vessels in the US and California with Implications for Anticipated Oil Spill Prevention and Mitigation Based on the Washington Oil Transfer Rule.* Prepared by ERC for Washington Department of Ecology, Olympia, WA. Contract No. C040018. April 2006. 72 p.

Etkin, D.S. 2019. *Baffinland Oil Spill Probability: Updated Analysis for Phase 2 Expansion Proposal Vessel Traffic.* Prepared for World Wildlife Canada, Ottawa, Ontario, Canada. 22 July 2019. 29 p.

**CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER**

Etkin, D.S., and K. Michel. 2003. *Bio-Economic Modeling for Oil Spills from Tanker/Freighter Groundings on Rock Pinnacles in San Francisco Bay: Spill Volume Report.* Prepared by Applied Science Associates, Inc., and ERC for US Army Corps of Engineers–San Francisco District, Sacramento, CA. Contract No. DACW07-01-R-0001. 42 p.

Etkin, D.S., J. Rowe, S. Sankaranarayanan, and D. French-McCay. 2006. *Oil Transfer Rule Currents Analysis related to Vessel Oil Transfer Rule (WAC 317-40) and Oil Transfer Requirements of Facility Standards Rule (WAC 173-180A).* Prepared by ERC and Applied Science Associates, Inc., for Washington Department of Ecology, Olympia, WA. Contract No. C040018. April 2006. 89 p.

French-McCay, D., J.J. Rowe, N. Whittier, S. Subbayya, W. Saunders, C. Dalton, and D.S. Etkin. 2003. *Bio-Economic Modeling for Oil Spills from Tanker/Freighter Groundings on Rock Pinnacles in San Francisco Bay.* Prepared by Applied Science Associates, Inc., and ERC for US Army Corps of Engineers–San Francisco District, Sacramento, CA. Contract No. DACW07-01-R-0001. Six Volumes plus Appendices.

Gray, D.L., B.L. Hutchinson, D.S. Etkin, K. Michel, and M. Grabowski. 2005. *Study of Tug Escorts in Puget Sound*. Prepared by The Glosten Associates, Herbert Engineering, ERC, and M. Grabowski for Washington Department of Ecology, Olympia, WA. February 2005. 154 p.

Michel, J., D. French-McCay, and D.S. Etkin. 2001. *Assessment of the Potential Impacts of Oil Spills from the National Defense Reserve Fleet.* Prepared by Research Planning Inc., Applied Science Associates, Inc., and ERC for US Maritime Administration, Norfolk, VA. 83 p.

The Glosten Associates, Inc., ERC, and Northern Economics, Inc. 2013. *BP Cherry Point Vessel Traffic Analysis. Draft Study Report.* Prepared for Cardno Entrix, Seattle, WA. (File No. 12121.01) 15 May 2013. 640 p.

The Glosten Associates, Inc., ERC, and Northern Economics, Inc. 2014. *Gateway Pacific Terminal Vessel Traffic and Risk Assessment Study.* Prepared for Washington State Department of Ecology, Pacific International Terminals, Inc., and Lummi Natural Resources Department. 4 November 2014. 640 p.

## Oil Spill Ecological Analysis

Davis, B., D.S. Etkin, M. Landry, and K. Watts. 2004. Determination of oil persistence: A historical perspective. *Proc. Fifth Biennial Freshwater Spills Symposium.*

Etkin, D.S. 2003. *Determination of Persistence in Petroleum-Based Oils*. Prepared by ERC for US Environmental Protection Agency Oil Program, Washington, DC. Contract No.68-W-03-020. 52 p.

Etkin, D.S. 2009. *Oil Spill Risk Review for NOAA Office of Damage Assessment Arctic Spill Damage Assessment Initiative*. Prepared by ERC for NOAA Office of Damage Assessment, Seattle, WA. August 2009. 48 p.

Etkin, D.S. 2012. *Cook Inlet Maritime Risk Assessment: Spill Baseline and Accident Casualty Study–Spill Scenarios and Impacts.* Prepared by ERC and The Glosten Associates for Cook Inlet Risk Assessment, Anchorage, AK. March 2012. 142 p.

Etkin, D.S. 2013. *Determining Consequences of Oil Spills for Environmental Risk Assessment. Vol. 1. Development of Annotated Bibliography and Spill Case History Database*. Prepared by ERC for ExxonMobil Upstream Research Company, Houston, TX. Contract No. 509114. April 2013. 231 p.

Etkin, D.S. 2013. *Determining Consequences of Oil Spills for Environmental Risk Assessment. Vol. 2. Annotated Bibliography*. Prepared by ERC for ExxonMobil Upstream Research Company, Houston, TX. Contract No. 509114. April 2013. 905 p.

Etkin, D.S. 2013. *Determining Consequences of Oil Spills for Environmental Risk Assessment. Vol. 3. Spill Case Histories*. Prepared by ERC for ExxonMobil Upstream Research Company, Houston, TX. Contract No. 509114. April 2013. 176 p.

Etkin, D.S. 2013. *Determining Consequences of Oil Spills for Environmental Risk Assessment. Vol. 4. Trends and Relationships*. Prepared by ERC for ExxonMobil Upstream Research Company, Houston, TX. Contract No. 509114. April 2013. 175 p.

Etkin, D.S. 2022. Historical trends in US natural resource damage assessments. *Proc. 44th Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response:*18 p.

**CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER**

Etkin, D.S., D. French-McCay, J. Michel, M. Boufadel, and H. Li. 2008. Integrating state-of-the-art shoreline interaction knowledge into spill modeling. *Proc. 2008 International Oil Spill Conference:* 915–922.

Etkin, D.S., D. French-McCay, J. Michel, M. Boufadel, and H. Li. 2008. Development of a practical methodology for integrating shoreline oil-holding capacity into spill modeling. *Proc. 31st Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response:* 565–584.

Etkin, D.S., D. French-McCay, and J. Michel. 2007. *Review of the State-of-the-Art on Modeling Interactions between Spilled Oil and Shorelines for the Development of Algorithms for Oil Spill Risk Analysis Modeling.* MMS OCS Report 2007-063. Prepared by ERC, Applied Science Associates, Inc., and Research Planning Inc., for Minerals Management Service, Herndon, VA, MMS Contract No. 0106PO39962. 157 p.

French-McCay, D., J. Rowe, D. Crowley, J. Ducharme, M. Frediani, M. Bernardo, and D.S. Etkin. 2018 Potential oil trajectories and oil exposure from hypothetical spills in the Hudson River. *Proc. 41st AMOP Technical Seminar on Environmental Contamination and Response:* 1,163–1,193.

French-McCay, D., J. Rowe, S. Sankaranarayanan, and D.S. Etkin. 2006. Data needs to reliably hindcast a spill's impact: The PEPCO pipeline spill of April 2000 as a case example. *Proc. 29th Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response*: 827–854.

French-McCay, D., C.J. Beegle-Krause, J. Rowe, W. Rodriguez, and D.S. Etkin. 2009. Oil spill risk assessment–Relative impact indices by oil type and location. *Proc. 32nd Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response:* 655–682.

French-McCay, D., J.J. Rowe, N. Whittier, S. Sankaranarayanan, and D.S. Etkin. 2004. Estimation of potential impacts and natural resource damages of oil. *Journal of Hazardous Materials.* Vol. 107: pp. 11–25.

French-McCay, D., N. Whittier, S. Subbayya, J. Jennings, and D.S. Etkin. 2002. Modeling fates and impacts for bio-economic analysis of hypothetical oil spill scenarios in San Francisco Bay. *Proc. 25th Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response*: 1,051–1,074.

Lehr, B., and D.S. Etkin. 2012. Ecological risk assessment modeling in spill risk decisions. *Proc. 35th Arctic and Marine Oilspill Program Technical Seminar on Environmental Contamination and Response*: 667–674.

Reich, D.A., R. Balouskus, D. French-McCay, D.S. Etkin, J. Michel, and J. Lehto. 2014. An environmental vulnerability model for oil spill risk analyses: Examples from an assessment for the State of Alaska. *Proc. 37th Arctic and Marine Oilspill Program Technical Seminar on Environmental Contamination and Response:* 65–89.

Reich, D.A., R. Balouskus, D. French-McCay, J. Fontenault, J. Rowe, Z. Singer-Leavitt, D.S. Etkin, J. Michel, Z. Nixon, C. Boring, M. McBrien, and B. Hay. 2012. *Assessment of Marine Oil Spill Risk and Environmental Vulnerability for the State of Alaska.* NOAA Contract Number: WC133F-11-CQ-0002. Submitted to National Oceanic and Atmospheric Administration, Seattle, Washington, USA. December 2012. 134 p., plus appendices.

## Oil Spill Cost Analysis

Catalyst Environmental Solutions, ERC, and Greene Economics. 2019. *California Oil Spill Response Cost Study.* Prepared for California Department of Fish and Wildlife. October 2019. 128 p.

Etkin, D.S. 1998. *Financial Costs of Oil Spills in the US,* Cutter Info. Corp., Arlington, Massachusetts, 346 p.

Etkin, D.S. 1998. *Financial Costs of Oil Spills Worldwide*, Cutter Info. Corp., Arlington, Massachusetts, 368 p.

Etkin, D.S. 1999. Estimating cleanup costs for oil spills. *Proc. 1999 International Oil Spill Conference*: 35–39.

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

Etkin, D.S. 2000. *Mechanical Containment and Recovery Cost Models.* Prepared by ERC for National Research Council Transportation Research Board Committee on Evaluating Alternative Tanker Designs. February 2000. 169 p.

Etkin, D.S. 2000. Worldwide analysis of oil spill cleanup cost factors. *Proc. 23rd Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response*: 161–174.

Etkin, D.S. 2001. Comparative methodologies for estimating on-water response costs for marine oil spills. *Proc. 2001 International Oil Spill Conference:* 1,281–1,289.

Etkin, D.S. 2001. Methodologies for estimating shoreline cleanup costs. *Proc. 24th Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response*: 647–670.

Etkin, D.S. 2003. *Analysis of Oil Spill Data and the Benefits and Costs of EPA Oil Program Activities*. Prepared by ERC for US Environmental Protection Agency Oil Program, Washington, DC. Contract No. 68-W-01-039. 323 p.

Etkin, D.S. 2003. *Basic Oil Spill Cost Estimation Model: Model Structure and Preliminary Algorithms.* Prepared by ERC for US Environmental Protection Agency Oil Program, Washington, DC. April 2003. 77 p.

Etkin, D.S. 2003. *Bio-Economic Modeling for Oil Spills from Tanker/Freighter Groundings on Rock Pinnacles in San Francisco Bay: Spill Response Report.* Prepared by Applied Science Associates, Inc., and ERC for US Army Corps of Engineers–San Francisco District, Sacramento, CA. Contract No. DACW07-01-R-0001. 153 p.

Etkin, D.S. 2003. *Bio-Economic Modeling for Oil Spills from Tanker/Freighter Groundings on Rock Pinnacles in San Francisco Bay: Socioeconomic Report.* Prepared by Applied Science Associates, Inc., and ERC for US Army Corps of Engineers–San Francisco District, Sacramento, CA. Contract No. DACW07-01-R-0001. 166 p.

Etkin, D.S. 2003. Estimation of shoreline response cost factors. *Proc. 2003 International Oil Spill Conference:* 1,243–1,253.

Etkin, D.S. 2004. Modeling oil spill response and damage costs. *Proc. 5th Biennial Freshwater Spills Symposium.*

Etkin, D.S. 2004. *Response Cost Modeling for Washington State Oil Spill Scenarios.* Prepared by ERC for Washington Department of Ecology, Olympia, WA. Contract No. C040018. June 2004. 56 p.

Etkin, D.S. 2004. *Socioeconomic Cost Modeling for Washington State Oil Spill Scenarios.* Prepared by ERC for Washington Department of Ecology, Olympia, WA. Contract No. C040018. July 2004. 83 p.

Etkin, D.S. 2005. Development of an oil spill response cost-effectiveness analytical tool. *Proc. 28th Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response:* 889–922.

Etkin, D.S. 2007. *Cost Analysis for Vessel-Sourced Oil Spills of $1 Million or More in US Waters from 1990 through the Present*. Prepared by ERC for US Government Accountability Office, Washington, DC. GAO No. 544127, Contract No. PC2007094. 84 p.

Etkin, D.S., and J. Welch. 2005. *Oil Spill Response Cost-Effectiveness Analytical Tool (OSRCEAT).* Prepared by ERC for National Oceanic and Atmospheric Administration/University of New Hampshire Cooperative Institute for Coastal and Estuarine Environmental Technology (CICEET). Contract No. NA17OZ2607 (CFDA No. 11.419) Subcontract No. 03-689. February 2005. 61 p.

Etkin, D.S., D. French-McCay, J. Jennings, N. Whittier, S. Subbayya, W. Saunders, and C. Dalton. 2003. Financial implications of hypothetical San Francisco bay oil spill scenarios: Response, socioeconomic, and natural resource damage costs. *Proc. 2003 International Oil Spill Conference:* 1,317–1,325.

Etkin, D.S., D. French-McCay, J. Rowe, N. Whittier, S. Sankaranarayanan, and L. Pilkey-Jarvis. 2005. Modeling impacts of response method and capability on oil spill costs and damages for Washington State spill scenarios. *Proc. 2005 International Oil Spill Conference*: 457–462.

Etkin, D.S., D. French-McCay, N. Whittier, S. Subbayya, and J. Jennings 2002. Modeling of response, socioeconomic, and natural resource damage costs for hypothetical oil spill scenarios in San Francisco Bay. *Proc. 25th Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response*: 1,075–1,102.

**CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER**

Tebeau, P., D.S. Etkin, and D. French-McCay. 2006. *Heavy Oil Detection Cost-Benefit Analysis.* Prepared by Potomac ERC, Potomac Management Group, Inc., and Applied Science Associates, Inc., for US Coast Guard Research & Development Center, Groton, CT. August 2006. 108 p.

## Maritime Shipping Risk Analysis

Etkin, D.S. 2020. *Risk Assessment for ExxonMobil Tanker Transport into Additional Ports*. Prepared by ERC for SeaRiver Maritime, Spring, Texas. 25 March 2020. 118 p.

Etkin, D.S. 2020. *Risk Assessment for SRM-Chartered Tanker Transport into the Prot of New York and New Jersey*. Prepared by ERC for SeaRiver Maritime, Spring, Texas. 1 April 2020. 41 p.

Etkin, D.S. 2023. *Global Marine Risk: Case Study: Polar Tankers vs. Chartered Tankers for Current and High-Case Production.* Prepared by ERC for ConocoPhillips Company, Houston, Texas. 25 January 2023. 41 p.

Etkin, D.S., and C. Moore. 2019. *Oil Spill Cost Model for SeaRiver Maritime Global Marine Operations & High-Consequence Risk Management.* Prepared by ERC and Herbert Engineering for SeaRiver Maritime, Spring, Texas. Contract SRM19010003S. 6 May 2019. 155 p

## Oil Spill Response Analysis and Modeling

Balsley, A., G.G. McGrath, J. Rowe, D.S. Etkin, and J. Joeckel. 2021. Development of the Inland Estimated Recovery System Potential (ERSP) Calculator. *Proc. 2021 International Oil Spill Conference*: 687621.

Buchholz, K., A. Krieger, J. Joeckel, G. Reiter, A-H. Walker, D.S. Etkin, J. Rowe, D. French-McCay, and R. Balouskus. 2016. *Oil Spill Response Equipment Capabilities Analysis (Volume II): Oil Spill Response Plan (OSRP) Equipment Capabilities Review, BPA No. E14PB00072*. Prepared for US Department of the Interior Bureau of Safety and Environmental Enforcement (BSEE). 29 February 2016. 363 p.

Buchholz, K., A. Krieger, J. Joeckel, G. Reiter, A-H. Walker, D.S. Etkin, J. Rowe, D. French-McCay, and R. Balouskus. 2016. *Summary Report: Oil Spill Response Equipment Capabilities Review: Oil Spill Response Plan (OSRP) Equipment Capabilities Review, BPA No. E14PB00072*. Prepared for US Department of the Interior Bureau of Safety and Environmental Enforcement (BSEE). 29 February 2016. 28 p.

Buchholz, K., A. Krieger, J. Rowe, D.S. Etkin, D. French-McCay, M. Schroder Gearon, M. Grennan, and J. Turner. 2016. *Worst Case Discharge Analysis (Volume I): Oil Spill Response Plan (OSRP) Equipment Capabilities Review, BPA No. E14PB00072*. Prepared for US Department of the Interior Bureau of Safety and Environmental Enforcement (BSEE). 29 February 2016. 182 p.

Etkin, D.S. 1990. *Cold Water Oil Spills*. Cutter Information Corp., Arlington, Massachusetts. 61 pp.

Etkin, D.S. 1994. *The Oil Spill Intelligence Report Reference Guide*. Cutter Information Corp., Arlington, Massachusetts. 28 pp.

Etkin, D.S. 1996. *Case Study: The Morris J. Berman Oil Spill.* Cutter Information Corp., Arlington, Massachusetts. 135 pp.

Etkin, D.S. 1998. Factors in the dispersant use decision-making process: An historical overview and look to the future. *Proc. 21st Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response*: 281–304.

Etkin, D.S. 1999. *Oil Spill Dispersants: From Technology to Policy*, Cutter Info. Corp., Arlington, Massachusetts. 305 p.

Etkin, D.S. 1999. *Oil Spill Dispersants: From Technology to Policy*. Cutter Information Corp., Arlington, Massachusetts. 305 pp.

Etkin, D.S. 1999. *Oil Spill Response Reference Guide*. Cutter Information Corp., Arlington, Massachusetts. 70 pp.

Etkin, D.S. 2009. *Effectiveness of Larger-Area Exclusion Booming to Protect Sensitive Sites in San Francisco Bay.* Prepared by ERC for California Department of Fish and Game, Oil Spill Prevention and Response, Fairfield, CA. SSEP Contract No. P0775013. 58 p.

Etkin, D.S. 2010. Twelve (Imperfect) Ways to Clean the Gulf. *New York Times* Op-Ed. 5 June 2010.

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

Etkin, D.S. 2019. *Challenges and Limitations for Mechanical Recovery of Large Oil Spills on Open Water*. Prepared for ExxonMobil Upstream Research, Spring, Texas. Contract 513465. Nov. 2019. 33 p.

Etkin, D.S. and P. Tebeau, P. 2003. Assessing progress and benefits of oil spill response technology development since Exxon Valdez. *Proc. 2003 International Oil Spill Conference:* 843–850.

Etkin, D.S., and T. Nedwed. 2021. Effectiveness of mechanical recovery for large offshore oil spills. *Marine Pollution Bulletin* Vol. 163: 111848.

Etkin, D.S., D. French-McCay, and J. Rowe. 2006. Modeling to evaluate effectiveness of variations in spill response strategy. *Proc. 29th Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response*: 879–892.

Etkin, D.S., D. French-McCay, and J. Rowe. 2006. Use of trajectory modeling to analyze variations on the response strategies for inland spills. *Proc. 2006 Freshwater Spills Symposium*.

Etkin, D.S., D. French-McCay, and J. Rowe. 2007. Using analytical methods to assess the benefits of oil spill response technology. *Proc. 30th Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response:* 657– 80.

Etkin, D.S., D. French-McCay, and J. Rowe. 2008. Effectiveness of larger-area exclusion booming to protect sensitive sites. *Proc. 31st Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response:* 177–185.

Etkin, D.S., D. French-McCay, D. Dickins, and J. Joeckel. 2023. *Alyeska Support and Spill Risk Mitigation in Prince William Sound: Analysis of SERVS Mechanical Recovery Response to Tanker Oil Discharge Prevention and Contingency Plan Scenario 546 and Alternate Scenario 188*. Prepared by ERC, RPS Group, DF Dickins Associates, and SEAConsult for ConocoPhillips Company, Houston, Texas. December 2023. 44 p.

Etkin, D.S., D. French-McCay, D. Dickins, and J. Joeckel. 2023. *Alyeska Support and Spill Risk Mitigation in Prince William Sound: Analysis of SERVS Mechanical Recovery Response to VLCC Worst-Case Discharge Scenario 840 and Alternate Scenario 251*. Prepared by ERC, RPS Group, DF Dickins Associates, and SEAConsult for ConocoPhillips Company, Houston, Texas. December 2023. 44 p.

Etkin, D.S., D.B. Culpepper, and L. Martinez. 2013. Application of precision remote sensing for oil spill monitoring, response, and planning. *Proc. 36th Arctic and Marine Oilspill Program Technical Seminar on Environmental Contamination and Response:* 522–538.

Etkin, D.S., J. Rowe, S. Sankaranarayanan, D. French-McCay, and J. Reichert. 2007. Using current analysis to determine efficacy of pre-booming operations. *Proc. 30th Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response:* 355–370.

French-McCay, D., J. Rowe, and D.S. Etkin. 2008. Transport and impacts of oil spills in San Francisco Bay–Implications for response. *Proc. 31st Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response:* 159–176.

French-McCay, D., J. Rowe, N. Whittier, S. Sankaranarayanan, C. Suàrez, and D.S. Etkin. 2004. *Evaluation of the Consequences of Various Response Options Using Modeling of Fate, Effects, and NRDA Costs for Oil Spills into Washington Waters*. June 2004. 219 p. plus appendices.

French-McCay, D., J. Rowe, N. Whittier, S. Sankaranarayanan, D.S. Etkin, and L. Pilkey-Jarvis. 2005. Evaluation of the consequences of various response options using modeling of fate, effects, and NRDA costs of oil spills into Washington waters. *Proc. 2005 International Oil Spill Conference*: 467–473.

## Environmental Impact Assessments/Statements

Etkin, D.S. 2002. *Analysis of Oil Inputs into the Arabian Gulf*. Prepared for United Nations Compensation Commission of UN Security Council: Section E Resolution 687 and Resolution S/22559 Compensation and Claims as Result of Iraq's Unlawful Occupation and Invasion of Kuwait. July 2002. 65 p.

Etkin, D.S. 2002. *Inputs of Non-Petroleum Contaminants into the Arabian Gulf*. Prepared for United Nations Compensation Commission of UN Security Council: Section E Resolution 687 and Resolution S/22559 Compensation and Claims as Result of Iraq's Unlawful Occupation and Invasion of Kuwait. July 2002. 724 p.

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

Etkin, D.S. 2003. *Oil Inputs into the Kuwaiti Waters of the Arabian Gulf*. Prepared for United Nations Compensation Commission of UN Security Council: Section E Resolution 687 and Resolution S/22559 Compensation and Claims as Result of Iraq's Unlawful Occupation and Invasion of Kuwait. July 2003. 70 p.

Etkin, D.S. 2011. *Analysis of Operational Spillage at BP Cherry Point Marine Terminal*. Prepared by ERC for US Army Corps of Engineers. Task Order 4118701 ERC 01. June 2011. 131 p.

Etkin, D.S., and C. Moore 2017. *Vessel Spill Risk Analysis for the Proposed Vancouver Energy Distribution Terminal*. Washington State Energy Facility Site Evaluation Council Environmental Impact Statement. Appendix E. 28 September 2017. 91 p.

Etkin, D.S., D. Hatzenbuhler, R.G. Patton, and E. Lyman. 2017. *Crude-by-Rail Spill Risk Analysis for the Proposed Vancouver Energy Distribution Terminal*. Washington State Energy Facility Site Evaluation Council Environmental Impact Statement. Appendix E. 28 September 2017. 167 p.

## Oil Spill Contingency Planning

Etkin, D.S. 2001. *Analysis of Washington State Vessel and Facility Oil Discharge Scenarios for Contingency Planning Standards*. Prepared by ERC for Washington Department of Ecology, Olympia, WA. September 2001. Contract No. C0200096. 81 p.

Etkin, D.S. 2002. Analysis of past marine oil spill rates and trends for future contingency planning. *Proc. 25th Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response*: 227–252.

Etkin, D.S. 2003. Analysis of US oil spill trends to develop scenarios for contingency planning. *Proc. 2003 International Oil Spill Conference:* 47–61.

Etkin, D.S., D. French-McCay, and T. Reilly. 2011. A state-of-the-art risk-based approach to spill contingency planning. *Proc. 34th Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response*: 906–927.

French-McCay, D. R. Asch, N. Whittier, and D.S. Etkin. 2005. *Environmental Assessment: Hazardous Substance Response Plan Proposed Regulations for Tank Vessels and Marine Transfer-Related Facilities*. Prepared by Applied Science Associates, Inc., and ERC for US Coast Guard Office of Standards Evaluation and Development, Washington, DC. 48 p.

## Oil Spill Policy Analysis

Burns, G., R. Pond, P. Tebeau, and D.S. Etkin. 2002. Looking to the future-Setting the agenda for oil spill prevention, preparedness, and response in the 21st century. *Spill Sci. and Technical Bull*. 7: 31–37.

Etkin, D.S., and J. Neel. 2001. Investing in spill prevention-Has it reduced vessel spills and accidents in Washington state? *Proc. 2001 International Oil Spill Conference:* 47–56.

Tebeau, P., and D.S. Etkin. 2002. *Risk Assessment for the Coast Guard's Oil Spill Prevention, Preparedness, and Response (OSPPR) Program: Concept Development, Risk Characterization, and Issue Identification*. Prepared by Potomac Management Group, Inc., and ERC for US Coast Guard Office of Response, Washington, DC. Contract No. DTCG23-00-MM3A01. August 2002.

## Oil Spill and Inputs Trend Analysis

Boelens, R., A. Baker, D.C.E. Bakker, C.T. Bowmer, R.A. Duce, F. Haag, N. Perera, and D.S. Etkin. 2009. *Pollution in the Open Oceans: A Review of Assessments and Related Studies*. Prepared for United Nations Joint Group of Experts on the Scientific Aspects of Marine Protection (GESAMP), London, UK. GESAMP Report No. 79. August 2009. 64 p.

Etkin, D.S. 1999. Historical overview of oil spills from all sources (1960-1998). *Proc. 1999 International Oil Spill Conference*: 1,097–1,102.

Etkin, D.S. 2001. Analysis of oil spill trends US and worldwide. *Proc. 2001 International Oil Spill Conference:* 1,291–1,300.

Etkin, D.S. 2004. Twenty-year trend analysis of oil spills in EPA jurisdiction. *Proc. 5th Biennial Freshwater Spills Symposium*.

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

Etkin, D.S. 2009. *Analysis of US Oil Spillage*. Prepared by ERC for American Petroleum Institute, Washington, DC. Publication 356. August 2009. 86 p.

Etkin, D.S. 2010. Forty-year analysis of US oil spillage rates. *Proc. 33rd Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response:* pp. 505–528.

Etkin, D.S. 2010. Spill occurrences: A worldwide overview. In *Oil Spill Science and Technology*, edited by Mervin Fingas. Chapter 2, pp. 7–46. Elsevier, New York. 1,156 p.

Etkin, D.S. 2011. *Addendum 1 to the Analysis of US Oil Spillage–Initial Data Summary for 2008–2010.* Prepared by SEA Consulting Group and ERC for American Petroleum Institute, Washington, DC. Publication 356 Addendum 1. April 2011. 73 p.

Etkin, D.S. 2014. *Analysis of US Oil Spillage 1968–2012.* Prepared for American Petroleum Institute, Washington, DC. Contract No. 2013-107931. 26 August 2014. 130 p.

Etkin, D.S. 2021. Perspectives on oil spill statistics. *Proc. 43rd Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response.* 19 p.

Etkin, D.S. 2024. Trends in 50 years of oil spill statistics. *Proc. 2024 International Oil Spill Conference*: Paper 260.

Etkin, D.S., P. Wells, M. Nauke, J. Campbell, C. Grey, J. Koefoed, T. Meyer, and P. Johnston. 1999. Estimates of Oil Entering the Marine Environment in the Past Decade: GESAMP Working Group 32 Project. *Proc. 1999 International Oil Spill Conference*: 1,093–1,095.

Etkin, D.S., P. Wells, M. Nauke, J. Campbell, C. Grey, J. Koefoed, T. Meyer, and P. Johnston. 1998. Estimates of Oil Entering the Marine Environment in the Past Decade: GESAMP Working Group 32 Project. *Proc. 21st Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response*: 903–910.

Wells, P.G., J. Campbell, D.S. Etkin, J.S. Gray, C. Grey, P. Johnston, J. Koefoed, T.A. Meyer, F. Molloy, and T. Wilkins. 2007. *Estimates of Oil Entering the Marine Environment from Sea-Based Activities.* Prepared for United Nations Joint Group of Experts on the Scientific Aspects of Marine Protection (GESAMP), London, UK. GESAMP Report No. 75. 83 p.

## Potentially-Polluting Shipwrecks

Etkin, D.S. 2019. Developments in risk assessments for potentially-polluting sunken vessels. *Proc. 42nd Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response*: 171–84.

Etkin, D.S., J.A.C. van Rooij, and D. French-McCay. 2009. Risk assessment modeling approach for the prioritization of oil removal operations from sunken wrecks. *Proceedings of Interspill 2009*.

French-McCay, D., D. Reich, J. Michel, D. Etkin, L. Symons, D. Helton, and J. Wagner. 2012. Oil spill consequence analyses of potentially-polluting shipwrecks. *Proc. 35th Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response:* 751–774.

French-McCay, D., D. Reich, J. Michel, D. Etkin, L. Symons, D. Helton, and J. Wagner. 2014. For response planning: Predicted environmental contamination resulting from oil leakage from sunken vessels. *Proc. 2014 International Oil Spill Conference:* 300108.

Michel, J., D.S. Etkin, T. Gilbert, R. Urban, J. Waldron, and C.T. Blocksidge. 2005. *Potentially Polluting Wrecks in Marine Waters.* 2005 International Oil Spill Conference Issue Paper. 76 p.

Symons, K., J. Wagner, J. Delgado, D. Helton, O. Varmer, L. Congaware, J. Michel, J. Weaver, C. Boring, B. Priest, J. Holmes, W. Early, Etkin, D.S., D. French-McCay, D. Reich, R. Balouskus, J. Fontenault, T. Isaji, J. Mendelsohn, and L. McStay. 2013. *Risk Assessment for Potentially Polluting Wrecks in US Waters.* Prepared for National Oceanic and Atmospheric Administration, Silver Spring, MD. March 2013. 127 p. plus 87 appendices.

Symons, L., J. Michel, J. Delgado, D. Reich, D. French-McCay, D.S. Etkin, and D. Helton. 2014. The Remediation of Underwater Legacy Environmental Threats (RULET) risk assessment for potentially polluting shipwrecks in US waters. *Proc. 2014 International Oil Spill Conference:* 783–793.

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

## Offshore Wind Energy

Bejarano, A.C., J. Michel, J. Rowe, Z. Li, D. French McCay, L. McStay and D.S. Etkin. 2013. *Environmental Risks, Fate, and Effects of Chemicals Associated with Wind Turbines on the Atlantic Outer Continental Shelf*. US DOI, BOEM, Office of Renewable Energy Programs, Herndon, VA. OCS Study BOEM 2013-213.

Etkin, D.S. 2006. *Oil Spill Probability Analysis for the Cape Wind Energy Project in Nantucket Sound.* Prepared by ERC for Cape Wind Associates, LLC, Boston, MA. Contract PO-192. December 2006. 31 p.

Etkin, D.S. 2006. *Vessel Allision and Collision Oil Spill Analysis for the Cape Wind Energy Project in Nantucket Sound.* Prepared by ERC for Cape Wind Associates, LLC, Boston, MA. Contract PO-192. December 2006. 73 p.

Etkin, D.S. 2008. Oil spill risk analysis for Cape Wind Energy Project. *Proc. 2008 International Oil Spill Conference:* 571–579.

Morandi, A., S. Berkman, J. Rowe, R. Balouskus, D.S. Etkin, C. Moelter, and D. Reich. 2018. *Environmental Sensitivity and Associated Risk to Habitats and Species on the Pacific West Coast and Hawaii with Offshore Floating Wind Technologies; Volume 1: Final Report.* US DOI, BOEM, Pacific OCS Region, Camarillo, CA. OCS Study BOEM 2018-031. 100 p.

Morandi, A., S. Berkman, J. Rowe, R. Balouskus, D.S. Etkin, C. Moelter, and D. Reich. 2018. *Environmental Sensitivity and Associated Risk to Habitats and Species on the Pacific West Coast and Hawaii with Offshore Floating Wind Technologies; Volume 2: Final Report Appendices.* US DOI, BOEM, Pacific OCS Region, Camarillo, CA. OCS Study BOEM 2018-031. 193 p.

## Vessel Operational Spillage

Etkin, D.S. 2009. *Analysis of Accidental Spillages and Operational Leakage and Discharges of Lubricants from Vessels in Ports.* Prepared by ERC for Castrol Marine Ltd., Sunbury-on-Thames, UK. December 2009. 179 p.

Etkin, D.S. 2010. Worldwide analysis of in-port vessel operational lubricant discharges and leakages. *Proc. 33rd Arctic & Marine Oilspill Program Technical Seminar on Environmental Contamination and Response:* pp. 529–554.

## Environmental Risk Analysis: Alternative Fuels

Reich, D., D.S. Etkin, A. Wolford, D. French-May, L. McStay, and M. Frediani. 2023. *Modeling Alternative Fuel Spills in the Port of Vancouver.* Prepared by Shoal's Edge Consulting, ERC, Risknology, and RPS Group for World Wildlife Fund Canada. 30 November 2023. 43 p.

Etkin, D.S. 2023. *Modeling Alternative Fuel Discharges in the Port of Vancouver: Scenario Development.* Prepared by ERC for World Wildlife Fund Canada. 15 November 2023. 22 p.

## Non-Petroleum Pollution Issues

Etkin, D.S., D. French-McCay, and G. Greene. 2021. *Potential Natural Resource Damages Related to Polychlorinated Biphenyl (PCB) Discharges into the Hudson River.* Prepared for Scenic Hudson, Inc., Poughkeepsie, New York. 25 January. 152 p.

Etkin, D.S., D. French-McCay, and S. Berkman. 2019. *Review of Natural Resource Damage Assessment (NRDA) Issues Related to Polychlorinated Biphenyl (PCB) Discharges into the Hudson River.* Prepared for Scenic Hudson, Inc., Poughkeepsie, New York. August 2019. 159 p.

Tebeau, P., Etkin, D.S., and M. Fitzgerald. 2002. *Study of Dry Cargo Discharges in the Great Lakes.* Prepared by Potomac Management Group, Inc., and ERC for US Coast Guard Office of Operating and Environmental Standards. Contract No. DTC23-00-D-MM3A01. July 2002. 138 p.

## Port State Control Analysis

Perkins, D., and D.S. Etkin. 2003. *Effective Foreign-Flag Safety and US- and Foreign-Flag Security Profiling Report.* Prepared by Potomac Management Group, Inc., and ERC for US Coast Guard Office

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

of Marine Safety, Security, and Environmental Protection, Washington, DC. Contract No. DTCG39-00-D-R00009. Project No. 3201. July 2003. 33 p.

## Professional Activities/Honors

- Appointed member of National Academies of Science, Engineering, and Medicine (NASEM) Oil in the Sea IV Committee: 2020–2022
- Member UN/IMO/UNEP/UNESCO Joint Group of Experts on the Scientific Aspects of Marine Environmental Protection (GESAMP): 1997–present
- Vice-Chair Maritime Law Association of US (Salvage Committee): 2018–2019
- Invited Participant US Coast Guard New York Ports & Waterways Safety Assessment 2017
- Hudson River Harbor Safety Committee Member 2018
- Ecology & Environment Resiliency and Restoration Seminar, October 2016 (Invited Speaker)
- Invited Expert Panelist for Royal Society of Canada Expert Panel on Behavior and Environmental Impacts of Crude Oil Released into Aqueous Environments 2015
- Member International Maritime Organization (IMO) Marine Environmental Protection Committee Correspondence Group on Environmental Risk Assessment Criteria 2007
- US Senate Subcommittee Hearing: Oil Spills from Non-Tank Vessels: Threats, Risks, and Vulnerabilities Invited Testimony–18 December 2007
- Wrecks of the World Conference Program Chair: Sept. 2009; June 2011; Oct. 2015
- Member UNH/NOAA Coastal Response Research Center Working Group on Oil Spill Modeling
- Member American Salvage Association 2009–2022
- Senior Research Editor/Analyst–*Oil Spill Intelligence Report*: 1982, 1989–1999
- US Coast Guard Meritorious Team Commendation (for International Oil Spill Conference): 2001
- Peer Reviewer *J. Hazardous Materials, Marine Pollution Bulletin, Envntl Sci & Tech, J. Coastal Conservation, J. Petroleum Engineering, J. Environmental Mgmt.*
- Elected Associate Member *Sigma Xi* (Scientific Research Society): 1979–present

# Materials Considered

1. 2025.05.01 Expert Report of Richard Horner

2. Apr. 2024 BCP and SAP - SOPUS_NHVN00269158

3. FRP-ERP - June 2024

4. Highest_Oil_Heights_10percent_100yr.

5. SHE00091429

6. SPCC 2024 New Haven

7. 2017 July Shell New Haven Terminal SWPPP with Appendices