# Exhibit D

Filed Under Seal

Privileged and Confidential DRAFT

# Oil Spill Modeling – New Haven Terminal

Deborah French-McCay, PhD

100-WTR-T44525
June 2025

**Draft Main Report**


TETRA TECH

# Oil Spill Modeling – New Haven Terminal

100-WTR-T44525
June 2025

## PREPARED FOR

King & Spalding LLP

1180 Peachtree Street, NE, Suite 1600

Atlanta, GA 30309

Attention:

Douglas A. Henderson

## DRAFT EXPERT REPORT BY

Deborah French-McCay, PhD
RPS Ocean Sciences, Tetra Tech Inc.
55 Village Square Dr
South Kingstown, RI 02879

**E:** Deborah.McCay@tetratech.com

**T:** 401-742-1395

**Prepared by:**

Deborah French-McCay, Matthew Frediani, Jenna Ducharme, Jeremy Fontenault, Mahmud Monim, Nickitas Georgas, Emily Day, Nicholas Baccari, Dan Codiga, and Matthew Murphy

**Restriction on Disclosure and Use of Data**

*This report was prepared by Tetra Tech within the terms of its engagement and in direct response to a scope of services. This report is strictly limited to the purpose and the facts and matters stated in it and does not apply directly or indirectly and must not be used for any other application, purpose, use or matter. In preparing the report, Tetra Tech may have relied upon information provided to it at the time by other parties. Tetra Tech accepts no responsibility as to the accuracy or completeness of information provided by those parties at the time of preparing the report. The report does not take into account any changes in information that may have occurred since the publication of the report. If the information relied upon is subsequently determined to be false, inaccurate or incomplete then it is possible that the observations and conclusions expressed in the report may have changed. Tetra Tech does not warrant the contents of this report and shall not assume any responsibility or liability for loss whatsoever to any third party caused by, related to or arising out of any use or reliance on the report howsoever. No part of this report, its attachments or appendices may be reproduced by any process without the written consent of Tetra Tech. All enquiries should be directed to Tetra Tech.*



**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Expert Report**
**June 23, 2025**

## TABLE OF CONTENTS

**BASIS AND SUMMARY OF OPINIONS**........................................................................**4**

    Introduction.................................................................................................................4

    Summary of Basis of Opinions....................................................................................4

    Opinions ....................................................................................................................5

    Signature ...................................................................................................................6

**GLOSSARY OF ACRONYMS AND TERMS** ...............................................................**7**

**1.0 INTRODUCTION** ....................................................................................................**8**

    1.1 Overview .............................................................................................................8

    1.2 Professional Analytical Experience.....................................................................8

    1.3 Facility Location ..................................................................................................9

    1.4 Objectives ........................................................................................................12

    1.5 Testimony.........................................................................................................13

**2.0 METHODS** ...........................................................................................................**13**

    2.1 Modeling Oil Transport, Fate, and Exposure ....................................................13

        2.1.1 SIMAP.......................................................................................................13

        2.1.2 OILMAPLand.............................................................................................14

    2.2 Modeling Specifications for Oils .......................................................................14

        2.2.1 Thresholds of Concern ..............................................................................14

        2.2.2 Oil Properties and Composition for Oils Stored at the New Haven Terminal...................15

    2.3 Model Inputs – Environmental Data ..................................................................15

        2.3.1 Currents and Wind Data ............................................................................16

        2.3.2 Geographical Data .....................................................................................19

        2.3.3 Temperature, Salinity, Dispersion and Sedimentation Parameters .............22

    2.4 Scenario Specifications ....................................................................................23

        2.4.1 Spill Likelihood and Potential Volumes ......................................................23

        2.4.2 Spills During Dry Conditions......................................................................24

        2.4.3 Spills in Flooded Land Locations................................................................24

**3.0 RESULTS** ............................................................................................................**26**

    3.1 Results for Spills During Dry Conditions ...........................................................26

    3.2 Results for Spills in Flooded Land Locations .....................................................28

    3.3 Results for Spilled Oil Entering New Haven Harbor ..........................................33

**4.0 DISCUSSION AND CONCLUSIONS**....................................................................**36**


**TETRA TECH**

100-WTR-T44521

**5.0 REFERENCES** ................................................................................................................ **38**

**6.0 APPENDIX A. AVAILABLE CURRENT AND WIND DATA** ............................................ **41**

**7.0 APPENDIX B. PREPARATION OF INTEGRAL STORM MODELS** ............................... **41**

**8.0 APPENDIX C. AVAILABLE STORM SURGE MODELS** ................................................ **41**

**9.0 APPENDIX D. ESTUARINE HYDRODYNAMIC MODELING WITH HYDROMAP** .......... **41**

**10.0 APPENDIX E. GEOGRAPHIC DATA** ........................................................................ **41**

**11.0 APPENDIX F. SIMAP MODEL DESCRIPTION, OILS HANDLED AT FACILITY, OIL PROPERTY DATA AND TOXICITY THRESHOLDS** ...................................................................... **41**

**12.0 APPENDIX G. MODELING OIL MOVEMENTS ON DRY LAND** ................................ **41**

**13.0 APPENDIX H. MODELING OIL SPILLS IN STORM SURGE WATERS: OIL FATE ON LAND** ................... **41**

**14.0 APPENDIX I. MODELING OIL IN ESTUARINE WATERS: OIL FATE AND EXPOSURE FOR DIESEL FUEL DURING INTEGRAL 500-YR STORM** ......................................................... **41**

**15.0 APPENDIX J. MODELING OIL IN ESTUARINE WATERS: OIL FATE AND EXPOSURE FOR NO.2 FUEL DURING INTEGRAL 500-YR STORM** .......................................................... **42**

**16.0 APPENDIX K. MODELING OIL IN ESTUARINE WATERS: OIL FATE AND EXPOSURE FOR AVIATION FUEL DURING INTEGRAL 500-YR STORM** .................................................... **42**

**17.0 APPENDIX L. CURRICULUM VITAE – DEBORAH FRENCH-MCCAY** ....................... **42**

## LIST OF TABLES

Table 2-1. Summary of maximum elevations (from Mean Sea Level) from hydrodynamic datasets. ...................... 18
Table 2-2. Time of peak water speed and elevation inside Containment Area 2, for each modeled storm event.. 18
Table 2-3. MCD and WCD volumes for each of four oil types handled at the New Haven Terminal (from Etkin 2025). ................................................................................................................................. 24
Table 3-1: Summary of mass balance at the end of the spill simulation on land for modeled diesel spills within Containment 2. ......................................................................................................... 31
Table 3-2: Summary of mass balance at the end of the spill simulation on land for modeled No. 2 fuel oil spills within Containment 2. .................................................................................................. 31
Table 3-3: Summary of mass balance at the end of the spill simulation on land for modeled aviation fuel spills within Containment 2. .................................................................................................. 31
Table 3-4: Summary of mass balance at the end of the spill simulation on land for modeled gasoline spills within Containment 2. ......................................................................................................... 32


**TETRA TECH**

100-WTR-T44521

## LIST OF FIGURES

Figure 1-1. Map of the area around the New Haven Terminal and New Haven Harbor. ...................................... 10

Figure 1-2. Map of the New Haven Terminal, identifying the three containment areas and the Retention Basin. . 11

Figure 1-3. Map of the area around the New Haven Terminal with locations identified. ........................................ 12

Figure 2-1: Extents of the Integral model grid and the storm surge for each of the modeled storms. .................... 17

Figure 2-2: Elevation data in the region surrounding the New Haven Terminal based on USGS 3DEP DEM. (North Yard includes Containment Areas 2 and 3; South Yard is Containment Area 1; Tertiary containment is defined by the topography; see Appendix C). .......................................................................................................... 21

Figure 2-3: Map view of the area south of the New Haven Terminal. The yellow and green polygons indicate US Fish and Wildlife identified wetlands. .................................................................................................... 22

Figure 2- 4: Map of the area around the New Haven Terminal showing the harbor release site. .......................... 26

Figure 3-1: Map of oil trajectory and thickness for representative worst-case discharge of diesel from outside secondary containment. .......................................................................................................................... 28

Figure 3-2: Mass balance over time for the diesel release at the Containment 2 location during the Integral 500-year storm. ............................................................................................................................................. 29

Figure 3-3: Mass balance over time for the No.2 fuel oil release at the Containment 2 location during the Integral 500-year storm. ................................................................................................................................. 29

Figure 3-4: Mass balance over time for the aviation fuel release at the Containment 2 location during the Integral 500-storm. ...................................................................................................................................... 30

Figure 3-5: Mass balance over time for the gasoline release at the Containment 2 location during the Integral 500-year storm. ........................................................................................................................................ 30

Figure 3-6: Mass concentrations of oil remaining on land for the MCD of diesel at site Contain2 during the Integral 500-year storm. ............................................................................................................................ 33

Figure 3-7: Linear regression of total Toxic Units against total dissolved concentrations based on the maximum concentrations at any location for a representative scenario of a diesel fuel oil release. ...................................... 35

Figure 3-8: Linear regression of total Toxic Units against total dissolved concentrations based on the maximum concentrations at any location for a representative scenario of a No.2 fuel oil release. ....................................... 35

Figure 3-9: Linear regression of total Toxic Units against total dissolved concentrations based on the maximum concentrations at any location for a representative scenario of an aviation fuel oil release. ................................ 36



## BASIS AND SUMMARY OF OPINIONS

### INTRODUCTION

I, Dr. Deborah French-McCay, have been asked to opine about the potential trajectory, fate and adverse environmental impacts of a large oil spill at the New Haven Terminal on aquatic resources, assuming one were to occur, notwithstanding the unlikelihood of such an event. I was engaged by King and Spalding LLP, on behalf of Equilon Enterprises LLC d/b/a Shell Oil Products US, Triton Terminaling LLC, and Motiva Enterprises LLC's ("Defendants"), to provide consultation services in relation to Conservation Law Foundation (CLF) v. Defendants (Case 3:21-cv-00933-SALM). This report states my opinions and the basis and reasons for them. I describe the facts and data I considered in performing my analysis.

### SUMMARY OF BASIS OF OPINIONS

I performed oil spill modeling assuming a maximum credible discharge (MCD, 179-342 thousand gallons of oil) of oil would potentially occur at the New Haven Terminal during an extreme storm surge. However, such events would be extremely improbable because the storm's intensity at New Haven would need to be extreme enough such that a surge would reach the tanks at the Terminal, the tanks at the facility are designed to withstand storm surge conditions and extreme winds, the facility's storm preparation plans call for balancing the volumes of oil in the tanks to reduce likelihood of leakage or failure when a severe storm is predicted, and the failure of the tank would need to be catastrophic for a MCD volume to be released.

The oil spill model I used for the analysis (SIMAP) has been developed over the past four decades, utilized for hundreds of oil spill risk assessments, employed for scores of oil spill natural resource damage assessments, vetted by US and international governments, and has been validated with data from >20 large oil spills. Winds and currents are the main physical forces determining the transport of oil and resulting environmental concentrations. I have relied upon wind and current data produced by well-vetted and reliable meteorological and hydrodynamic models.

Oil concentration thresholds of concern have been extensively researched, published in peer-reviewed publications, and accepted by government and industry for oil spill risk assessments. Oils handled in quantity at the New Haven Terminal are gasoline, aviation fuel, diesel fuel oils (including ultra-low sulfur diesel oil), and No.2 fuel oil (home heating oil). I have considered these oils' properties and compositions in analyzing the potential adverse impacts from large oil spills at the New Haven Terminal.

While my analysis considered oil MCDs that were assumed to spill when the New Haven Terminal is flooded by a storm surge, oil could not actually spill catastrophically when water is surrounding the tanks. Thus, I also considered hypothetical worst-case discharges when the New Haven Terminal is not flooded. Oil spilled from hypothetical release sites in and around the containment berms of the New Haven Terminal was predicted to flow south along East Shore Parkway and then flow into the forested area south of the New Haven Terminal. No oil was predicted to reach the harbor from any of these release sites.

The results of the SIMAP simulations of MCDs into the storm surge on land showed that most of the oil would pool on land in similar areas as during dry conditions. The model results included quantification of the mass of oil that evaporated, degraded, reached New Haven Harbor, and remained on land by 47.5 to 52.5-hours after the spill. Greater than 99.95% of the gasoline, 83-85% of the aviation fuel, 29-30% of the diesel and 7-8% of the No.2 fuel oil would evaporate in the first 2 days after a spill. The percentage of a MCD reaching the harbor was <6% for diesel and No.2 fuel oil, <2% of the aviation fuel, and <0.004% of the gasoline.


**TETRA TECH**

100-WTR-T44521

The results of SIMAP simulations of the oil mass entering the harbor showed some areas where dissolved oil constituent concentrations would be acutely toxic to sensitive aquatic organisms such as fish eggs and larvae. However, these concentrations dispersed over a time scale of days, such that after 10 days the concentrations were below thresholds for potential effects. There would not be appreciable floating oil in the harbor. Oil settling would amount to <0.5% of the released oil and concentrations on the sediments would be patchy and <10 g/m$^2$ total hydrocarbons. Owing to the light hydrocarbons that make up the fuel oils handled at the facility, up to 40% of the oil degraded by 20 days post spill and the remaining oil constituents would continue to degrade, leaving negligible residual oil.

These findings are consistent with my experience and analyses of the North Cape oil spill, where 828,000 gallons of No. 2 fuel oil (3.35 times more oil than the MCD for the New Haven Terminal) spilled from a barge into the surf zone on the south coast of Rhode Island during a severe winter storm. As described in French-McCay (2003), SIMAP was used for injury quantification as part of the Natural Resource Damage Assessment (NRDA) performed for the government trustees following the 1996 Oil Pollution Act NRDA regulations. The North Cape oil was widely dispersed naturally, such that most of the adverse impacts were to aquatic organisms in nearshore waters and on the sediments. The loading of North Cape oil to the sediments was less than 1g/m$^2$. Acutely toxic concentrations lasted about a week (168 hours) after the spill, killing many of the fish and invertebrates in the exposed shallow waters of the coastal area. Despite the large numbers of animals killed, the local populations affected recovered by a few years after the spill.

The facilities oil spill response plan includes provision for oil cleanup operations, at capacities based on a worst-case discharge. As part of the response, responders would control spreading of the oil with booms, barriers (e.g., to drainage), and sorbents and other activities. Mechanical methods (e.g., vacuum trucks, skimmers) would be utilized to remove oil both on the land and in the coastal waters, as needed.

My report herein provides the details of my analysis, the data considered and utilized, and my findings. I include many exhibits in the form of figures and tables to summarize the model assumptions, input data and results.

## OPINIONS

Based upon my analyses, my opinions are as follows.

While I performed oil spill modeling for maximum credible discharges (MCDs) of oil at the New Haven Terminal during extreme storm surges, these events would be extremely improbable because the tanks at the facility are designed to withstand storm surge conditions and extreme winds, the facility's storm preparation plans call for balancing the volumes of oil in the tanks to reduce likelihood of leakage or failure when a severe storm is predicted, and the storm's intensity at New Haven would need to be extreme enough such that a surge would reach the tanks at the Terminal (with a likelihood of occurring less than 1% in any given year). In addition, the modeled instantaneous spill at the height of the surge is not a realistic scenario. Oil could not actually spill catastrophically when water is surrounding the tanks. Thus, these results are hypothetical and highly conservative such that the risk of such a situation occurring is extremely low.

Given the very low probabilities of a spill, the probable sizes of spills (MCD being of very low likelihood), and the uncertainty in timing of a spill (i.e., a MCD happening instantaneously at the peak of the surge), the likelihood of spilled oil reaching New Haven Harbor is extremely low. If there were a discharge during dry conditions, there is no pathway to the harbor. During an extreme storm surge (i.e., with a likelihood of ≤0.2% in a given year), the spill would need to be catastrophic and instantaneous at the time the surge reaches the tanks in the Terminal for there to be any possibility of oil entering the harbor.

The adverse impacts to coastal resources from a catastrophic oil spill at the New Haven Terminal would be at worst a short period (a week or two) of acute toxicity to sensitive aquatic biota in New Haven Harbor and the mouth of the Quinnipiac and Mill Rivers. It is extremely unlikely that a large oil spill from the New Haven Terminal


**TETRA TECH**

100-WTR-T44521

would cause extensive adverse impacts to coastal resources. As such, the volumes of the oils handled at the New Haven Terminal do not represent an imminent and substantial endangerment to the environment.

## SIGNATURE

Signed

*Deborah French McCay*

_____

Dated: [23 June 2025]

## GLOSSARY OF ACRONYMS AND TERMS

| | |
|---|---|
| AEP | Annual Exceedance Probability |
| Demersal | Species feeding at and just above the sea floor |
| DEM | Digital Elevation Model |
| ECOTOX | ECOTOXicology Knowledgebase |
| FVCOM | Finite Volume Community Ocean Model |
| Ichthyoplankton | Early life stages of fish (eggs and larvae) |
| Kow | octanol-water partition coefficient, a measure of hydrophobicity |
| LC50 | Lethal Concentration affecting 50% of exposed individual organisms |
| MAH | Monoaromatic hydrocarbon |
| MCD | Maximum Credible Discharge |
| NACCS | North Atlantic Coast Comprehensive Study by United States Army Corp of Engineer (2015) |
| NAVD88 | North American Vertical Datum of 1988 for the 1983-2001 National Tidal Datum Epoch (NTDE) |
| NECOFS | Northeast Coastal Ocean Forecast System |
| NED | National Elevation Dataset |
| NOAA | National Oceanic and Atmospheric Administration |
| NTDE | National Tidal Datum Epoch |
| OPA | Oil Pollution Act of 1990 |
| PAC | Polycyclic aromatic compound |
| PAH | Polycyclic aromatic hydrocarbon |
| ROS | RPS Ocean Science Office of Tetra Tech, Inc. |
| TU | Toxic Unit |
| USACE | United States Army Corps of Engineers |
| US DOI | United States Department of the Interior |
| US EPA | United States Environmental Protection Agency |
| USGS | United States Geologic Survey |
| US, USA | United States of America |
| WCD | Worst Case Discharge |
| 3DEP | 3D Elevation Program |



# 1.0 INTRODUCTION

## 1.1 OVERVIEW

I, Dr. Deborah French-McCay, of the RPS Ocean Science office of Tetra Tech Inc., 55 Village Square Drive, South Kingstown, RI, USA, have been engaged by King and Spalding LLP (KSLaw), on behalf of Equilon Enterprises LLC d/b/a Shell Oil Products US, Triton Terminaling LLC, and Motiva Enterprises LLC's ("Defendants"), to provide consultation services in relation to Conservation Law Foundation (CLF) v. Defendants and related matters. I was compensated at $460/hour for my work (paid to Tetra Tech Inc, my employer). As my expertise is in quantitative assessments and modeling of oil discharges, I have been asked to evaluate hypothetical oil spills that could potentially occur at the New Haven Terminal (at 481 East Shore Parkway, New Haven, Connecticut) and provide my opinion about the potential trajectory, fate and adverse environmental impacts of a large oil spill at the New Haven Terminal on aquatic resources, assuming one were to occur, notwithstanding the unlikelihood of such an event. This report summarizes the details of the models employed, the environmental data sources and model inputs used, and the model results. My experience is summarized below.

## 1.2 PROFESSIONAL ANALYTICAL EXPERIENCE

Deborah French-McCay, PhD, has >40 years of experience in quantitative assessments and modelling of oil and chemical releases for impact and risk assessments. She evaluates transport, fate, exposure, and effects of pollutants on individual organisms, populations and aquatic ecosystems. She is an internationally recognized expert in oil and chemical spill fate and effects modeling for response planning, risk assessments and impact evaluations. Dr. French-McCay provides modeling contributions and technical documentation for Environmental Impact Assessments (EIA), Environmental Risk Assessments (ERA), Net Environmental Benefit Analysis (NEBA), Natural Resource Damage Assessment (NRDA), and similar applications. For example, in support of the US government's NRDA for the Deepwater Horizon oil spill of April-July 2010 in the Gulf of Mexico, Dr. French-McCay led the effort of conducting oil transport, fate, exposure, and biological effects modeling using the SIMAP model to evaluate injuries for water column organisms.

Dr French-McCay directs research and model development at RPS Ocean Science (Tetra Tech) in South Kingstown, RI, USA. Dr French-McCay leads development of RPS Ocean Science (ROS), Tetra Tech's (formerly RPS ASA) oil and chemical spill models (SIMAP and CHEMMAP), which are applied world-wide. She manages numerous projects utilizing these models to evaluate oil/chemical trajectory and fate, impacts and ecological risks. Her population modelling work includes models for plankton, benthic invertebrates, fisheries, birds and mammals. She has developed water quality, food web and ecosystem models for freshwater, marine and wetland ecosystems. Dr French-McCay has been principal investigator and primary author of more than one hundred technical reports and papers evaluating oil trajectory and fate, exposure, effects, and ecological risks.

Dr French-McCay has provided expert testimony in hearings and court proceedings regarding environmental risk and impact assessments. In the previous 4 years, she was engaged as an expert once:  She was appointed by the Defendants (Shell International Trading and Shipping Company Ltd. [STASCCO] and Shell Nigeria Exploration and Production Company Ltd. [SNEPCo]) to assist the High Court of England and Wales in proceedings HT-2017-000383 and HT-2020-000143. She prepared an expert report on oil spill modeling in connection with the December 2011 Bonga oil spill offshore of Nigeria and analyzed the plausibility of the modeling presented by the Claimants' experts.

Dr French-McCay's full Curriculum Vitae is annexed to this report (Appendix L).



**Education**

- **PhD: University of Rhode Island, Graduate School of Oceanography**, Biological Oceanography, 1984

- **AB: Rutgers University**, Zoology 1974

# 1.3 FACILITY LOCATION

The New Haven Terminal is located on the east side of New Haven Harbor, New Haven, CT ((Figure 1-1), about 0.4 mile (2112 feet, 644 m) from the water's edge at the closest (western) side (Figure 1-2). The oil storage tanks at the New Haven Terminal are surrounded by 3 containment areas, as shown in Figure 1-2. Containment Area 1 encompasses the three medium-sized tanks to the south. The four largest tanks are in Containment Area 2. The product entrance area is at the northwest portion of the red-outlined area in Figure 1-2. Trucks access the Terminal from East Shore Parkway, which runs north-south to the west of the Terminal. The truck loading area and terminal buildings are in the paved area west of Containment Areas 2 and 3.

As can be seen in Figure 1-3, most of the area between the west sides of the containment areas and East Shore Parkway is hardscape. East of Containment Areas 1 and 2 is a residential area. South of Containment Area 1 is a forested area, which runs southward to the east of the East Shore Water Pollution Abatement Facility administration building and primary treatment tanks. On the west side of East Shore Parkway across from the primary treatment tanks, stretching to near the harbor edge, are the secondary and tertiary tanks for East Shore Water Pollution Abatement Facility.

The area south of the East Shore Water Pollution Abatement Facility is East Shore Park. The land cover in East Shore Park is mostly grass, with some parking lots, ball parks and tennis courts. The forested area south of Containment Area 1 stretches southward to the eastern portion of East Shore Park (Figure 1-3).

Directly west of the New Haven Terminal containment areas, across East Shore Parkway and at the shore of New Haven Harbor is an electrical power station (PSEG, Power Connecticut, LLC, New Haven Harbor Station). Just north of the power station is New Haven Dock, where oil is unloaded from vessels and transferred by pipeline to the New Haven Terminal (Figure 1-3).

 **TETRA TECH**

100-WTR-T44521

**Privileged and Confidential DRAFT**　　　　　　　　　　　　　　　　**Expert Report**
**Oil Spill Modeling – New Haven Terminal**　　　　　　　　　　　　　　　**June 23, 2025**



Figure 1-1. Map of the area around the New Haven Terminal and New Haven Harbor.

**TETRA TECH**　　　　　　　　　　　　　　　　　　　　　　　　　100-WTR-T44521



Figure 1-2. Map of the New Haven Terminal, identifying the three containment areas and the Retention Basin.



Figure 1-3. Map of the area around the New Haven Terminal with locations identified.

## 1.4 OBJECTIVES

The issue I was asked to address in this study was to evaluate the movements, fate and environmental exposures to oil constituents that would occur if oil were to spill at the New Haven Terminal. The particular focus is on spills occurring during storm events, where storm surge waters might reach the Terminal. Oil spill modeling was performed for environmental conditions that would potentially occur during extreme storms.

Other experts have been asked to address the likelihood of an oil spill. The tanks are designed to withstand storm surge conditions and extreme winds (Bayles and Pace, 2025). The facility plans call for balancing the volumes of oil in the tanks to reduce likelihood of leakage or failure when a severe storm is predicted (Shell Trading & Supply Distribution Operations, 2024), and these protocols were followed for Superstorm Sandy (Sullivan, 2025). Jones (2025) has evaluated the likelihood of an oil spill during a storm surge associated with an extreme event, finding negligible chance of spillage, not only because of the tanks' integrity but because of the nature of the storm surge water's movements and water depths around the containment areas and tanks.

Even hypothesizing that an oil spill would occur, the spilled volume would most likely be of a portion of the contents of one tank (Etkin 2025). Etkin (2025) has estimated the likelihood of various discharge volumes from the New Haven Terminal for each of several oil types. Spill volumes used in this oil spill modeling analysis are based on Dr. Etkin's analysis and described in Section 2.4.

## 1.5 TESTIMONY

My work in this case is ongoing, and I reserve the right to take into consideration any new information that becomes available to me and to supplement or amend my conclusions based on such information. I anticipate that I will testify to opinions outlined in this report, and if I testify at trial, I may provide and rely on visual aids and/or demonstrative exhibits to summarize my opinions and the basis for them.

# 2.0 METHODS

## 2.1 MODELING OIL TRANSPORT, FATE, AND EXPOSURE

### 2.1.1 SIMAP

SIMAP (Spill Impact Model Application Package; French-McCay, 2003, 2004; French-McCay et al. 2018a,b; French-McCay et al. 2021b, 2022) was used for the oil transport, fate and exposure calculations for oil discharges in water. The model is described in Appendix F (Section 11) of this report and the cited publications.

SIMAP quantifies oil trajectory, concentrations of oil hydrocarbon components as droplet and dissolved phases in the water column, areas swept by floating oil of varying mass concentrations and thicknesses, shorelines oiled to varying degrees, and amount of oil settling to sediments. Processes simulated by SIMAP include spreading (gravitational and by currents shearing the oil apart), evaporation of volatile oil components from surface oil, transport on the surface and in the water column, turbulent diffusion (random movements from small-scale motions, i.e., mixing), emulsification (incorporation of water droplets into the oil to form mousse), entrainment of oil as droplets into the water column due to waves (either without or facilitated by dispersant application), dissolution of soluble and semi-soluble hydrocarbon (S/SS-HC) components, volatilization of dissolved hydrocarbons from the surface water, adherence of oil droplets to suspended particulate matter, adsorption of semi-soluble hydrocarbons to suspended particulate matter, sedimentation, stranding on shorelines, and degradation (based on component-specific biodegradation and photo-oxidation rates). The model tracks soluble and semi-soluble components of the oil (i.e., monoaromatic hydrocarbons (MAHs, such as benzene, toluene, ethylbenzene and xylene, BTEX), polycyclic aromatic hydrocarbons (PAHs), and soluble alkanes, i.e., S/SS-HCs), as well as insoluble volatile aliphatic hydrocarbons, separately from high-molecular weight non-volatile and insoluble components of the oil. These components are modeled in groups of hydrocarbons with similar physical-chemical properties, termed pseudo-components. Sublots of the discharged oil are represented by Lagrangian Elements ("spillets"), each characterized by location, state (floating, droplet in water, sedimented, ashore), mass of the various hydrocarbon components, water content, thickness, diameter, density, viscosity, and associated suspended particulate matter mass. A separate set of Lagrangian Elements is used to track mass and movements of the dissolved hydrocarbons. A detailed description of the model algorithms and assumptions is in French-McCay et al. (2018b). The floating oil entrainment model is also described in detail in Li et al. (2017).

The SIMAP model has been validated with data from >20 large oil spills, including the *Exxon Valdez*, *North Cape* and Deepwater Horizon (DWH) oil spills (French and Rines 1997; French-McCay 2003, 2004; French-McCay and



Rowe 2004; French-McCay et al. 2018b,c; French-McCay et al. 2021a,b,c), as well as test spills designed to verify the model (French et al. 1997, French-McCay et al. 2007). These studies showed that oil trajectories depended primarily on the current and wind data input to the model.

Results from the simulations provide a time history of oil weathering over the duration of the spill (mass balance), exposure metrics, and maps of individual trajectories showing the cumulative maximum possible exposure concentrations occurring at each location at any time during the model simulation. Maps show oil concentrations on the water surface, on the shoreline, in the water column in dissolved and droplet form, and on/in the sediments. The mass balance plots provide information about the percentage and mass of spilled oil on the water surface, on the shoreline, in the atmosphere (evaporated or volatilized), in the water column (either as oil droplets or dissolved), on/in the sediments, and degraded throughout the model duration. The appearances of oil on water at various concentrations (thicknesses) are described in Appendix F, Section 11.2.

Several metrics are computed by the model to characterize exposure, recognizing that the floating oil and concentrations in the water column are moving in space and time. These dynamics are difficult to capture in static 2-dimensional birds-eye-view maps. The tabular exposure data for this analysis includes areas exposed to floating oil, volumes of water exposed to entrained oil droplets, volumes of water exposed to dissolved concentrations, and sediment exposed to concentrations greater than thresholds of concern. The total mass of oil and total volume of oil ashore, as well as length and areas of shoreline oiled above various thresholds, are also output by the model. The SIMAP model is described in Appendix F.

## 2.1.2 OILMAPLand

OILMAPLand is a model system used to simulate the overland pathways of the releases of liquid hydrocarbons and other fluids using standard geospatial data and appropriate environmental parameters. This model was used to evaluate gravitational flow of oil over land, if spilled when the land surface is not flooded ("dry" conditions), or of oily water, if the land surface is flooded. The model outputs spill trajectory pathways in geospatial data formats that may be mapped. The model also calculates the flux of volatile components from land (dry conditions) to the atmosphere. Appendix G contains a description of the OILMAPLand model.

## 2.2 MODELING SPECIFICATIONS FOR OILS

## 2.2.1 Thresholds of Concern

Oil concentration thresholds of concern were reviewed by French-McCay et al. (2018d), based in part on work described in French-McCay (2002, 2003, 2004). The thresholds of concern utilized in this study are in accordance with current practice in oil spill risk assessments, as described in Appendix F (Section 11.1.3).

Because the fuel oils handled at the New Haven Terminal contain little to no residual (non-volatile) oil components, floating oil and shoreline oil exposures would be brief after a spill, as the oils would evaporate on exposure to air. Thus, while the thresholds of concern for floating and shoreline oil were considered, they are of little consequence to this analysis. If light fuels such as those stored at the Terminal are spilled into water under turbulent conditions, such as during a storm, most of the oil would be entrained into the water column, as was observed during the North Cape oil spill in Rhode Island in January 1996 during a winter storm (French McCay 2003).

Because the most toxic components of oil to aquatic organisms are low molecular weight aromatic compounds (MAHs and PACs) that dissolve and become bioavailable, effects concentrations are based on dissolved concentrations (see reviews in French-McCay et al. 2023, 2024). Laboratory studies have shown that the dissolved hydrocarbons exert the most effects on aquatic biota. Within the soluble and semi-soluble hydrocarbons, toxicity is inversely related to solubility, typically quantified by the octanol-water partition coefficient


**TETRA TECH**

100-WTR-T44521

($K_{ow}$), a measure of hydrophobicity (see Appendix F, Section 11.1.3 for details and citations). The range of LC50s varies from ~10 µg/L (ppb) for 3-ring PAHs (which are semi-soluble) to ~10-100 mg/L (ppm) for the highly soluble BTEX compounds (French-McCay 2002; McGrath et al. 2018, 2021). Thus, the toxicity of an oil hydrocarbon mixture is strongly related to the chemical composition, which varies as the oil weathers since the soluble and semi-soluble hydrocarbons are all volatile to varying degrees.

The approach used to quantify the additive effects of a mixture of hydrocarbons and related compounds is to use a Toxic Unit (TU) model (see Appendix F, Section 11.1.3 and review by French-McCay et al. 2023). A TU for evaluating mortality is defined as the exposure concentration divided by the lethal concentration affecting 50% of exposed organisms (LC50). Thus, at TU=1, mortality is expected. For a mixture, the toxic units are additive. When for a mixture of chemicals at specific concentrations $\sum TU = 1$, the mixture is predicted to be lethal to 50% of exposed organisms. Use of the TU approach for evaluating effects addresses the varying composition of oil-derived mixtures, including changes in composition due to weathering.

McGrath et al. (2005, 2018, 2021) and McGrath and Di Toro (2009) performed literature reviews of MAH, PAC and soluble alkane toxicity studies and developed a TU model for oil component mixtures. The model parameters used in the present analysis are those from McGrath et al. yielding lethal thresholds below which less than 5% of species/life stages would be affected. Applying the McGrath et al. model to a typical No. 2 fuel oil dissolved component mixture considered by French McCay (2002, 2003), the LC50 of the mixture would be 15 µg/L (mg/m³, ppb) for the 5th percentile sensitivity species/life stage. A conservative threshold of 10 µg/L is utilized to summarize model results of dissolved concentrations. However, as discussed in the results section, the concentration where the summed TU equals 1 varies by the oil type and degree of weathering, such that higher thresholds are appropriate for considering the results.

The concentrations of entrained droplets output by the SIMAP model represent hydrocarbons and other compounds that are mostly not bioavailable due to the weathering (volatilization, dissolution, and degradation) accounted for in the model. The soluble and semi-soluble fractions dissolve from the droplets over time, and a potential effects analysis based on the dissolved hydrocarbons characterizes their risk. However, to satisfy concerns that entrained droplet hydrocarbons might infer some risk, total hydrocarbon-based thresholds have been used in various studies. In reviews by NRC (2005) and NASEM (2020), 1 mg/L (1,000 ppb) was found to be at the low end of the range where sub-lethal impacts from acute exposure have been observed. This concentration is used as a threshold for total hydrocarbons in entrained oil droplets.

## 2.2.2 Oil Properties and Composition for Oils Stored at the New Haven Terminal

Oils handled in quantity at the New Haven Terminal are gasoline, aviation fuel, diesel fuel oils (including ultra-low sulfur diesel oil), and No.2 fuel oil (home heating oil, which is similar to diesel).  Oil property data and compositions are detailed in Appendix F, Sections 11.4 and 11.5. None of the oils contain appreciable residual components, i.e., the oils are entirely composed of volatile and semi-volatile components (Table 11-9, 11-12, 11-15, 11-18, Appendix F). These components have varying solubilities, as described in Appendix F, Section 11.1

## 2.3 MODEL INPUTS – ENVIRONMENTAL DATA

To develop a model simulation of the trajectory and fate of an oil spill in tidal waters, it is necessary to evaluate the environmental conditions within the area of interest that have the most effect on the transport and behavior of a discharge. The model inputs defining environmental conditions for oil spill model scenarios are summarized below and described in Appendix A (Section 6). Model inputs defining the geography are described in Appendix E (Section 10).


**TETRA TECH**

100-WTR-T44521

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Expert Report**
**June 23, 2025**

## 2.3.1 Currents and Wind Data

Winds and currents are the main physical forces driving the transport of oil on the water surface and in the water column. Oil has the potential to be transported great distances over long periods of time. To effectively model this phenomenon, wind and current speeds and directions must encompass a large enough geographic area to capture the spatial extent and any spatial variability in potential transport that may occur. The SIMAP model uses spatially- and time-varying wind and current velocity component data (u and v vectors indicating speed and direction) over the area for the period over which each discharge was simulated.

As oil spill modeling was to be performed for environmental conditions during extreme storms, current and wind data for such circumstances was needed. In last 25 years the largest storm to affect New Haven Harbor was Superstorm Sandy, based on the highest observed water level recorded on 30 October 2012 at 1:30 GMT at the National Oceanic and Atmospheric Administration (NOAA, 2025) Tide Station 8465705, located in New Haven Harbor (Appendix A, Figure 6-2). This storm did not directly pass over New Haven, rather veered west and made landfall in New Jersey.

Hydrodynamic model data (i.e., currents and water levels) for larger (hypothetical) storms were provided to me by KSLaw, which were prepared by Integral (Appendix B). Integral modeled 100-year and 500-year storms passing over New Haven: a 100-year (which has a 1/100 or 1% chance of occurring in any given year, the Annual Exceedance Probability [AEP], and a 63% chance of being encountered in a 100-year period and an 18% chance of being encountered in the next 20 years) and 500-year (0.2% chance of occurring in a given year [0.2% AEP] and an 18% chance of occurring in a 100-year period and a 4% chance of occurring in the next 20 years). Integral used the Delft3D Flexible Mesh Suite (Delft3D FM) software product from Deltares (2025). Delft hydrodynamic models from Deltares have been developed over decades and are well published and validated. The Delft FM model was applied to New Haven Harbor, using a model grid that has a boundary near the 20-foot depth contour around the entrance to New Haven Harbor (Figure 2-1). Appendix A contains descriptions of these Integral storm surge (hydrodynamic) model data sets, including maps and time series data of bathymetry, current speeds, current directions, and water levels. The extents of the wet area (i.e., storm surge water) in the Integral hydrodynamic models for the 100- and 500-year storms are shown in Figure 2-1.

The data from the Integral hydrodynamic models of storm surges were used as input to SIMAP for the time periods they simulated. This provided three days of data, with the peak water levels occurring just after the end of the first day (see Appendix A for details). As about 2 days of data were available after the peak of the storm surge when oil spills are hypothesized to occur, and the Integral hydrodynamic simulations only covered New Haven Harbor and the portions of rivers entering the harbor affected by storm surges, more data for New Haven Harbor and Long Island Sound following an extreme storm were needed to model the long-term transport and fate of oil.

The Northeast Coastal Ocean Forecast System (NECOFS) is an integrated atmosphere-ocean model system using the UMass Dartmouth Finite Volume Community Ocean Model (FVCOM), designed for the northeast US coastal region covering a computational domain from the south of Long-Island Sound to the north of the Nova Scotian Shelf. Data products are provided on the Integrated Ocean Observing System (IOOS®) network NERACOOS website coordinated by NOAA (IOOS®, 2025). NERACOOS is one of 11 Regional Associations contributing to coastal IOOS.

NECOFS' FVCOM current data were extracted for New Haven Harbor and Long Island Sound and between 28 October 2012 and 20 November 2012, encompassing the period that Superstorm Sandy affected the region and additional time post-storm for potential use in the oil spill model. The FVCOM water level data is in good agreement to the observed water level recorded at the NOAA tide station during this time (see Figure 6-4 in Appendix A). However, unfortunately, the FVCOM model and data set do not sufficiently resolve the New Haven Harbor area to reliably model oil that hypothetically could enter the harbor.



100-WTR-T44521



Figure 2-1: Extents of the Integral model grid and the storm surge for each of the modeled storms.

To prepare data sets for input to SIMAP for evaluating hypothetical spills on land during storm surge, current data from the Integral hydrodynamic model was dated to align with the Superstorm Sandy period, as the Integral storms were scaled from Superstorm Sandy as modeled by North Atlantic Coast Comprehensive Study (NACCS, USACE, 2015; see Appendix B) and winds for that period would be those during an extreme storm. The temporal alignment was performed based on a common hydrodynamic reference point. Specifically, the Integral storm time series were matched at their respective peak surface elevation times at the NOAA tide gauge location to the peak water level in FVCOM. The peak water levels in the Integral hydrodynamic model simulations were nominally on 7 May 2024 at 00:00 (using the original arbitrary dates and times). Thus, the Integral hydrodynamic model on 7 May 2024 at 00:00 was aligned with the FVCOM peak water level on 30 October 2012 at 03:00 (Table 2-1). After aligning the peaks in the FVCOM and Integral hydrodynamic datasets, both Integral storm datasets share the same start and end dates: 29 October 2012 at 03:00 AM and 1 November 2012 at 03:00 AM, respectively. The start time of the Integral data is 24 hours before, and the end time is 48 hours after, the peak water level at the tide gauge location. Table 2-2 shows the times when current speeds and water levels peaked inside Containment Area 2 of the New Haven Terminal for the Integral modeled storms.

Table 2-1. Summary of maximum elevations (from Mean Sea Level) from hydrodynamic datasets.

| Model | Storm | Time (at Max Elevation at the NOAA Tide Station) | Elevation (m) |
|---|---|---|---|
| FVCOM | Superstorm Sandy | October 30, 2012 03:00 | 2.54 |
| Integral | 100-year | May 7, 2024 00:00 | 3.64 |
| | 500-year | May 7, 2024 00:00 | 4.69 |

Table 2-2. Time of peak water speed and elevation inside Containment Area 2, for each modeled storm event.

| Model | Storm Event | Time of Peak Speed | Time of Peak Elevation |
|---|---|---|---|
| Integral | 100-year | 30 October 2012 03:30 | 30 October 2012 06:00 |
| Integral | 500-year | 29 October 2012 22:30 | 30 October 2012 03:00 |

Nairn (2025) described storm surge models developed by Baird for three hypothetical 100-year storms (each at different confidence levels, CL, of 50%, 84%, and 95% confidence) and a 500-year storm (50% CL) impacting New Haven Harbor. Nairn (2025) selected storms from the NACCS study that could closely reproduce the return period water levels (at the respective levels of confidence) defined by NACCS at a New Haven Harbor station near the New Haven Terminal. Nairn found that the modeled surge waters for the selected 50%-CL 100-year storm (NACCS Storm 369) did not significantly flood the New Haven Terminal containment areas. However, the modeled 500-year storm (Storm 0367 representing the 500-year 50% confidence level return period water level) did flood the New Haven Terminal Containment areas. Thus, the model output data for this "Baird 500-year storm" was requested via KSLaw and became available to me on 14 June 2025, after I had performed the analyses utilizing the Integral storms as input to the SIMAP oil spill model. While I and my ROS team reviewed these data, there was not sufficient time to extract needed information and perform oil spill modeling with these data before completing this report.

The Baird 100-year and 500-year 50%-CL storm models (Nairn 2025) are described and compared to the Integral storm models in Appendix C. Both Baird and Integral simulated 100-year and 500-year storms. The strategy for creating representative 100-year and 500-year flood events with each of the two models had a similar basis: Both Baird and Integral targeted matching the respective 1% and 0.2% AEP peak water level calculated by NACCS at Save Point 271 at its 50% confidence limit. However, the actual storm progressions they chose to simulate were not the same. Integral forced their model with a synthetic hydrograph based on Hurricane Sandy's storm surge, a historic storm for the region, observed at the NOAA National Ocean Service station in New Haven. Sandy was a very large and slow storm for a hurricane, called a hybrid storm, that caused water levels to continuously rise for over 12 hours and stay high for longer, as compared to the usual 6-hour rise of the regional semidiurnal tide that may or may not coincide with the storm surge peak (e.g., such as the 500-year Baird storm, see hydrograph in Figure 8-12 of Appendix C). The two NACCS storms simulated by Baird are two samples taken from NACCS. ROS' processing of NACCS data shows that 58 (18) of the 1050 synthetic tropical storms, running along 25 (10)

of 130 distinct tracks, can generate 100-year (500-year) water levels at SP271, if they coincide with the right tidal phase. Thus, the Baird storms and the Integral storms are a few of the many possible storms that could occur and where water levels would coincide with the 1% and 0.2% AEP water levels. See Appendix C for further detail.

The flooded areas of the Baird 500-year storm are very similar to those of the Integral 500-year storm. While the Baird 500-year model simulates the storm surge until 12.5 hours after the peak water level at the New Haven (NOAA) tidal station, for the 100-year and even 500-year AEP water levels considered here, the containment of surge water (described in Appendix C, section 8.1) is complete in the first few hours post water level peak. This containment is due to the topography surrounding the New Haven Terminal, such that considerable volumes of surge water would be retained after an extreme storm. (See Section 2.3.2 for further discussion of the topography.)

Since the Integral hydrodynamic model simulations only span 3-days, and the FVCOM model output was not suitable, velocity fields were needed to extend the temporal coverage within the Delft3D domain for times after this period. Furthermore, weather and tidal conditions could vary from the situation during Superstorm Sandy. For example, the tides could be relatively high (spring) or low (neap), depending on the phase of the moon and other celestial conditions generating tides, and river flow could vary. Thus, ROS/Tetra Tech's HYDROMAP model was used to develop typical tidal cycle hydrodynamics (i.e., tidal currents) for New Haven Harbor, the mouths of the rivers entering the harbor, and central Long Island Sound (Appendix D). HYDROMAP was also used to calculate current components resulting from river flow from the Quinnipiac and Mill Rivers, using 20-year storm (5% AEP) data compiled by Nairn (2025), a high river flow condition. The resulting hydrodynamics were sampled for the period >2 days after the storm surge, a reasonable assumption given the surge would have relaxed (or ponded on land) after that time and tidal currents would be back close to normal.

Wind data were obtained from the European Centre for Medium-Range Weather Forecasts (ECMWF). The ERA5 Reanalysis Product for the month of October and November of 2012 was used. Wind speeds were 10-20 m/s (20-40 kts) in New Haven Harbor during Superstorm Sandy's passage. Details are available in Appendix A (Section 6).

Surface floating oil is transported according to the currents plus a percentage of wind speed. This wind drift accounts for flow at the surface not resolved by the hydrodynamic model. As the current data sets were of high resolution, a low wind drift was used. Wind drift was assumed 1% of wind speed in the downwind direction (ASCE, 1996).

## 2.3.2 Geographical Data

For geographical reference, SIMAP uses a rectilinear land-water grid to designate the location of the shoreline, the water depth (bathymetry), and the shore or habitat type. The land-water grid is generated from a digital coastline using the ESRI® ArcGIS compatible Spatial Analyst program. The cells are then coded for depth and habitat type. Note that the model defines the water and the shoreline using this grid. Thus, in model outputs, the coastline map is only used for visual reference; it is the land-water grid that defines the actual location of the shoreline in the model.

"Habitat" and "depth" grids defining the shoreline, substrate, habitat characteristics, and bathymetry (water depth) are based on the land-water grid. An "estuarine" grid was first constructed for the normal estuarine environment of Long Island Sound, New Haven Harbor and the tidally influenced rivers (e.g., Mill and Quinnipiac Rivers) entering New Haven Harbor. The shoreline (i.e., coastline) limits the movement of oil in the model. Oil may strand on the shoreline in what are defined as "fringing" shoreline grid cells but may not move onto land grid cells in the model. Grid cells in normal estuarine and marine waters are considered subtidal habitats, i.e., always covered with water. Open water areas were defaulted to sand bottom, as open water bottom type has no influence on the model results. Grid cells in the intertidal zone, where the tides move water between low and high tide lines are



100-WTR-T44521

considered either fringing shoreline intertidal cells or extensive intertidal cells (either wetlands or mud flats) if the extent of the habitat exceeds the land-water grid cell size.

Additional land-water grid sets (of habitat and depth grids) were constructed for the areas that could be flooded by storm surge. These were termed the "land" grid set. The extents of the wet area (i.e., storm surge water) in the Integral hydrodynamic models for the 100- and 500-year storms were used to define the domain of the land grids and the boundaries of flooded areas. Thus, a different land (i.e., habitat and corresponding depth) grid was constructed for each of the storms modeled. The normal shoreline cells were assigned to coded types for flooded land, and the terrestrial (land) cells were coded as to the land cover type in the flooded areas, i.e. vegetated versus non-vegetated areas. Buildings, tanks and non-flooded areas were treated as land in these grids. Details of the derivations of the land-water grids and habitat/shore/land cover types are in Appendix E.

The RPS Ocean Science Office of Tetra Tech (ROS) conducted a topographic analysis of the latest continuously updated Digital Elevation Model (DEM) at 1 m horizontal resolution created by the United States Geologic Survey (USGS) 3D Elevation Program (3DEP). The topography of the area surrounding the New Haven Terminal is shown in Figure 2-2 (see Appendix C for further detail regarding the topography and Appendix E regarding land cover). The tanks at the New Haven Terminal are depicted in this map, and the topography shows that the Terminal is in a relative low area, slightly lower than East Shore Parkway. To the east of the Terminal there is a hill (Beacon Hill). The relatively low ground south of the Terminal is forested and contains wetland areas. The East Shore Water Pollution Abatement Facility administration building, and treatment tanks are on higher ground than the forested area and New Haven Terminal. The ballpark in East Shore Park (near the bottom of Figure 2-2 surrounded by the raised roadway, refer to Figure 2-3) is also higher than the forested area. The forested area contains emergent and forested wetlands, as identified by the US Fish and Wildlife Service (The National Map Web Map).





Figure 2-2: Elevation data in the region surrounding the New Haven Terminal based on USGS 3DEP DEM. (North Yard includes Containment Areas 2 and 3; South Yard is Containment Area 1; Tertiary containment is defined by the topography; see Appendix C).



Figure 2-3: Map view of the area south of the New Haven Terminal. The yellow and green polygons indicate US Fish and Wildlife identified wetlands.

## 2.3.3 Temperature, Salinity, Dispersion and Sedimentation Parameters

Temperature and salinity values are used by the oil spill model for oil transport and fate calculations. Temperature and salinity were assumed constant in the New Haven Harbor area modeled. Temperature was assumed 15°C, which is the midpoint of the annual range for Long Island Sound as summarized by Churgin and Halminski (1974). Based on the analysis of Churgin and Halminski (1974), salinity in the major bays and river mouths of Long Island Sound (such as New Haven Harbor) averages 25 ppt, while salinity in Long Island Sound averages 28 ppt. For modeling, 25 ppt salinity was used as input.

The oil spill model includes randomized dispersion, simulating turbulent diffusion. As the modeling was for during storm periods, relatively high dispersion coefficients were assumed:

- In New Haven Harbor and other estuarine waters (Long Island Sound and river mouths):
  - Floating oil horizontal dispersion coefficient = 20 $m^2$/s
  - Water column
    - Horizontal dispersion coefficient = 10 $m^2$/s

**TETRA TECH**

100-WTR-T44521

- Vertical dispersion coefficient = 10 cm$^2$/s
- Over land in storm surge waters:
  - Floating oil horizontal dispersion coefficient = 10 m$^2$/s
  - Water column
    - Horizontal dispersion coefficient = 10 m$^2$/s
    - Vertical dispersion coefficient = 1 cm$^2$/s

The slower vertical dispersion over land was assumed due to the much shallower water depths.

Suspended sediment concentrations in the water column were assumed 100 mg/L. Based on the CT DEEP Portal (2025) "Factsheet: City of New Haven Water Quality and Stormwater Summary", stormwater suspended sediment concentrations averaged 48 mg/L considering all monitoring stations. Individual samples showed concentrations up to 2400 mg/L (one sample) in stormwater, with a mean of 3.5 to 821 mg/L over the years 2005-2013. Once in New Haven Harbor, concentrations would be lower than at the storm water outfall stations. Up to 50 mg/L was measured in Long Island Sound by Ocean Surveys, Inc. (2009). Thus, 100 mg/L is a reasonable assumption for the suspended sediment concentrations in New Haven Harbor during a stormy period.

The oil spill model includes an oil-shoreline interaction algorithm which calculates the amount of oil retained onshore when oil reaches the coast based on the definition of shoreline type, horizontal angle and width of shoreline, viscosity of the oil, the tidal amplitude, and the wave energy. Flat sandy beaches typically retain more oil than steep rocky coast, and oil that cannot be retained on the shore is susceptible to transport, potentially affecting other locations. The shore holding capacities defined for the Natural Resource Damage Assessment Model for Coastal and Marine Environments (NRDAM/CME), prepared by French et al. (1996) for the federal government, were used for the spill simulations. These oil-holding capacities were based on observations from the Amoco Cadiz spill in France and the Exxon Valdez spill in Alaska (based on Gundlach, 1987) and later work summarized in French et al. (1996)

# 2.4 SCENARIO SPECIFICATIONS

## 2.4.1 Spill Likelihood and Potential Volumes

Oil spill modeling was performed for spills under environmental conditions during extreme storms, using the 100-year, 500-year and 1000-year Integral storm simulations for current data and ERA5 for wind data (see Section 2.1). As noted, the likelihood of an oil spill at the New Haven Terminal is very low for the following reasons:

- The tanks are designed to withstand storm surge conditions and extreme winds (Bayles and Pace, 2025).

- The facility plans call for balancing the volumes of oil in the tanks to reduce likelihood of leakage or failure when a severe storm is predicted (Shell Trading & Supply Distribution Operations, 2024). These protocols were followed for Superstorm Sandy (Sullivan, 2025).

- Jones (2025) has evaluated the likelihood of an oil spill during a storm surge associated with an extreme event, finding negligible chance of spillage, not only because of the tanks' integrity but because of the nature of the storm surge water's movements and water depths around the containment areas and tanks.

Even hypothesizing that an oil spill would occur, the spilled volume would most likely be of a portion of the contents of one tank (Etkin 2025). Etkin (2025) has estimated potential discharge volumes from the New Haven Terminal for each of several oil types. She accounted for the volumes of various oil types handled by the New Haven Terminal, the maximum volume of each oil type in any tank, and the facility's storm preparation plan, which is to balance volumes in the tanks. She developed a probability distribution of oil spill volumes, assuming a spill were to occur. The worst credible discharge volumes she developed were used in this modeling analysis. These volumes are described herein as Maximum Credible Discharges (MCD) to distinguish these volumes from Worst Case Discharges (WCD), which are the maximum volume of oil that is possible to be in any tank.  Table 2-3 lists


TETRA TECH

100-WTR-T44521

the MCD and WCD volumes for each of four oil types handled by the facility (from Etkin 2025). Diesel fuel and No. 2 fuel (home heating oil) were pooled in Dr. Etkin's analysis to make these estimations, as these are very similar oils. Thus, the MCD and WCD of those oils are the same.

Table 2-3. MCD and WCD volumes for each of four oil types handled at the New Haven Terminal (from Etkin 2025).

| Oil Type | Worst Credible Discharge (Maximum Credible Discharge, MCD) | Worst Case Discharge (WCD) |
|---|---|---|
| Gasoline | 178,542 gal | 6,886,572 gal |
| Aviation fuel oil | 342,342 gal | 6,908,580 gal |
| Diesel oil | 247,338 gal | 6,945,792 gal |
| No.2 fuel oil | 247,338 gal | 6,945,792 gal |

## 2.4.2 Spills During Dry Conditions

Several release scenarios were developed and simulated (with OILMAPLand) to assess the potential overland movement of releases from tanks within the New Haven Terminal. Simulations initialized inside Containment Area 2 and at locations around the containment areas were run using OILMAPLand assuming the area was dry, i.e., assuming a spill either without or after a storm surge affecting the Terminal. The purpose of this analysis was to assess the potential for oil to reach the water (New Haven Harbor) under dry (no flooding) conditions. These simulations also provide an indication of fluid flow due to gravity, providing insight as to where storm surge water reaching the New Haven Terminal would subsequently flow.

Worst case discharge (WCD) as spill volumes were used in the modeling analysis using OILMAPLand. Etkin (2025) quantified the WCD volumes. Note that the likelihood of a WCD is so extremely low that modeling of potential discharges into a storm surge utilized Maximum Credible Discharges (MCD).

## 2.4.3 Spills in Flooded Land Locations

The oil spill modeling during storm surges was performed in two steps: First, hypothetical oil spills of the Maximum Credible Discharge (MCD; termed Worst Credible Discharge by Etkin, 2025) volume were run, initialized inside Containment Area 2 (Figure 1-2) during a simulated storm surge. To evaluate sensitivity to the assumed spill site, model simulations were also run at 6 locations flooded by storm surge within the New Haven Terminal but outside the containment areas (see Table 13-1 and Figure 13-1 in Appendix H), under the assumption that a spill of such a MCD would occur during a storm surge and that the entire MCD volume would



(instantaneously) escape the containment area via a breach in the berm. The spills were assumed to start at the time the surge water reaches Containment Area 2, when currents were at maximum speed (Table 2-2). Note that the spills are assumed to occur when the New Haven Terminal is flooded, but oil could not actually spill catastrophically when water is surrounding the tanks. Given all these assumptions, these spills are not possible but provide a highly conservative analysis of the potential for oil spill impacts. The simulations were run for the duration of the Integral storm data (i.e., 47.5-52.5 hours after the spill start) or the duration of the Baird 500-year storm (i.e., 12.5 hours after the spill start). The results of these simulations included quantification of the mass of oil that reached New Haven Harbor.

Second, model simulations were run tracking the oil mass entering the harbor for 20 days after the oil started to enter the harbor. The results of simulations of spills at Containment Area 2 were used to estimate the amount of oil that might enter the harbor and the duration of that release. The locations where most of the oil mass entered the harbor in the land spill simulations (where oil reached the harbor) was in the area of the electric power station (PSEG, Power Connecticut, LLC, New Haven Harbor Station). Thus, the release location in the harbor simulations was just offshore of the power station (72.9084°W, 41.2864°N). These simulations were run using the HYDROMAP-predicted current data.

The oil spills on land in Containment Area 2 were initialized at the low point in containment area ("Contain2", 72.89875°W, 41.28675°N, Table 13-1 and Figure 13-1 in Appendix H). The release were assumed to occur at the time when currents were maximum in the storm surge simulations (Table 2-2), under the hypothesis that these currents during the surge would be enough force to both breach the containment and impact a large tank such that a discharge would occur. Oil spills were assumed the MCD volume (Table 2-3) and instantaneous, which is the most conservative assumption with respect to diluting the oil. This also maximized the time that the oil could be transported by the storm surge. There were simulations run for four oils (gasoline, aviation fuel, diesel fuel oil, and No.2 fuel oil) for each of the storms (Integral 100-year and 500-year storms), for a total of 8 simulations.

The model simulations run to track the oil mass that entered the harbor were performed for the three oils and the Integral 500-year storm where appreciable oil entered the harbor (Figure 2-4). For gasoline, only 0.003% of the spilled mass entered the harbor using the Integral 500-year storm data as input. No oil entered the harbor from the Integral 100-year storm simulations. Thus, the harbor releases were run for the following matrix (24 scenarios):

- 3 oil types
  - aviation fuel
  - diesel fuel oil
  - No.2 fuel oil
- 1 storm
  - Integral 500-year storm
- 8 tidal stages
  - Spring High Tide
  - Spring Ebb
  - Spring Low Tide
  - Spring Flood
  - Neap High Tide
  - Neap Ebb
  - Neap Low Tide



   o Neap Flood

The oil entering the harbor had been weathered while in the surge waters over land (Table 13-2 to Table 13-9 in Appendix H). The harbor releases were initialized with the composition of the oil at the time it entered the harbor.



Figure 2- 4: Map of the area around the New Haven Terminal showing the harbor release site.

# 3.0 RESULTS

## 3.1 RESULTS FOR SPILLS DURING DRY CONDITIONS

Results from the spill analyses using OILMAPLand are in Appendix G (Section 12). A WCD of diesel from Tank 22 (assumed to originate at the tank's center point) in Containment Area 2 was simulated with OILMAPLand. The model predicts that the entire volume released would be contained within the secondary Containment Area 2. With the conservative assumption of a near-instantaneous release, the oil is predicted to spread within the

containment area within 0.18 hours. Over that time, < 0.001% of diesel was predicted to evaporate. If a WCD of the other oils were to occur inside Containment Area 2 during a period with no flooding, the results would show complete containment. Over time (after the short OILMAPLand simulation), the oils would evaporate or be cleaned up.

Nine scenarios were modeled for WCD releases at sites selected outside of secondary containment to assess potential overland flow paths that could reach New Haven Harbor, if a release was able to get outside of the containment areas. Sites were selected by looking at the elevation and selecting sites along various potential flow paths to ensure all paths were considered. Sites were selected just outside of the containment, along East Shore Parkway, and west of East Shore Parkway as well.

A simulation was performed at each site assuming the full WCD volume of diesel oil. Releases were simulated as a near-instantaneous (0.01 hours) of the full discharge volume. These scenarios are highly conservative as they assume: the entirety of the tank's contents has escaped secondary containment without any weathering (evaporation), that it all is reaching the same location (starting release site), and that its plausible to reach this site, although the terrain suggests many sites could not be reached. Also, diesel was selected as the worst-case scenario as it is expected to be in the largest volume and have the least amount of evaporation.

Releases from sites on the north side of the New Haven Terminal are predicted to fill a depression along the Containment Area 3 berm before flowing south and spreading within the loading area. After filling a small depression in the loading area, it would spread west towards East Shore Parkway. The product is then predicted to flow south and east along the south side of the retention basins and around Containment Area 1 to a large area of low elevation and forested cover. The diesel is predicted to continue spreading south in this forested/wetland area until it cannot spread any further. No oil is predicted to reach the harbor from these sites.

Oil from hypothetical release sites along the west side of the New Haven Terminal and along East Shore Parkway (including two just west of the parkway) was predicted to flow south along East Shore Parkway and then flow into the forested area south of the New Haven Terminal. No oil was predicted to reach the harbor from these sites.

The furthest site from the New Haven Terminal, approximately 325 feet west of East Shore Parkway, was specifically selected as it was the closest site to the New Haven Terminal that was located in an area where the terrain sloped towards the bay. A release from this location is predicted to flow down slope directly west towards the bay. A depression along Waterfront Street was filled with diesel before the simulation of the WCD continued downslope, reaching the harbor just south of New Haven Dock. This simulation demonstrates the pathway for storm surge water on the west side of East Shore Parkway to reach the harbor. However, it is not a realistic scenario for a WCD of oil, as it was initialized in one location 1,050 feet from the closest of the largest tanks.

Of the 9 sites simulated, all but site is predicted to spread into the forested area south of the New Haven Terminal and be trapped in this low area. While releases from one site 325 feet west of East Shore Parkway could reach the bay, the likelihood of some oil reaching this location (1,050 feet from the closest of the largest tanks) while originating from the New Haven Terminal is very low and certainly not all of an oil discharge would reach that location.

A WCD of diesel from a selected representative release location outside of secondary containment (near the low point in Containment 2) was simulated with OILMAPLand. The model predicts that the entire volume released would remain on land, not reaching New Haven Harbor (Figure 3-1). In general, the plume is predicted to move to the south of the New Haven Terminal and spread within and fill low areas in the forested/wetland area between the New Haven Terminal and East Shore Park.  Diesel oil is predicted to pool in this area reaching depths up to 1.71 meters (5.61 feet) at the lowest elevation points (primarily around Containment Area 1). This indicates the capacity of the area for retaining fluids. The diesel is predicted to spread to this extent over a time of 1.7 hours, with < 0.02% of the diesel evaporating in that period. A similar WCD volume of gasoline is predicted to pool in the same area, reaching depths up to 1.64 meters (5.38 feet), with 13.1% evaporating in 1.7 hours. Aviation fuel would follow the same trajectory, with <10% evaporating during the time of oil movements. All the oils would continue to evaporate until cleaned up. The facilities oil spill response plan would include provision for such cleanup operations, at


**TETRA TECH**

100-WTR-T44521

capacities based on a WCD (Triton Terminaling LLC, 2024). As part of the response, responders would control spreading of the oil with booms, barriers (e.g., to drainage), and sorbents and other activities.



Figure 3-1: Map of oil trajectory and thickness for representative worst-case discharge of diesel from outside secondary containment.

## 3.2 RESULTS FOR SPILLS IN FLOODED LAND LOCATIONS

Figure 3-2, Figure 3-3, Figure 3-4, and Figure 3-5 show the mass balance of oil assumed spilled during the storm surge of the Integral 500-year storm for diesel, No.2 fuel oil, aviation fuel and gasoline. The floating oil was rapidly entrained into the water with the high winds, forming droplets approximately 40 microns in diameter. Most of the light ends (i.e., MAHs and aliphatics with boiling points <200°C) evaporated within hours, so (given the oils' compositions, Appendix F, Section 11.5) the diesel evaporated more than the No. 2 fuel, the aviation fuel evaporated more than the diesel, and most of the gasoline evaporated immediately after the spill. The oil mass reaching the harbor (between 4.5 and 15.5 hours post spill) is "Outside Domain (WC)" in these simulations using the land grid. That mass was released in the harbor in a second simulation using the estuarine grid and currents. The mass balance for simulations using the Integral 100-year storm model were very similar for the same oils, except that the amount of oil entering the harbor was insignificant.

The mass of oil that evaporated, degraded, reached New Haven Harbor, and remained on land by 47.5 to 52.5-hours after the spill (the end of the simulation) for the Integral storms assuming various spill sites are in Tables



13-2 to 13-9 in Appendix H. Table 3-1, Table 3-2, Table 3-3, and Table 3-4 summarize the mass balance results for the oil mass over land (i.e., in the storm surge affected area) for the hypothetical spills in Containment Area 2.



Figure 3-2: Mass balance over time for the diesel release at the Containment 2 location during the Integral 500-year storm.



Figure 3-3: Mass balance over time for the No.2 fuel oil release at the Containment 2 location during the Integral 500-year storm.



Figure 3-4: Mass balance over time for the aviation fuel release at the Containment 2 location during the Integral 500-storm.



Figure 3-5: Mass balance over time for the gasoline release at the Containment 2 location during the Integral 500-year storm.

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Expert Report**
**June 23, 2025**

Table 3-1: Summary of mass balance at the end of the spill simulation on land for modeled diesel spills within Containment 2.

| Storm | % on Land | % Evaporated from Land | % Degraded on Land | % in Harbor | MT on Land | MT Evaporated from Land | MT Degraded on Land | MT in Harbor |
|---|---|---|---|---|---|---|---|---|
| Integral 500 yr | 68.50 | 30.33 | 0.28 | 0.887 | 532.90 | 235.97 | 2.16 | 6.90 |
| Integral 100 yr | 70.45 | 29.27 | 0.27 | 0.000 | 548.06 | 227.74 | 2.13 | 0.00 |

Table 3-2: Summary of mass balance at the end of the spill simulation on land for modeled No. 2 fuel oil spills within Containment 2.

| Storm | % on Land | % Evaporated from Land | % Degraded on Land | % in Harbor | MT on Land | MT Evaporated from Land | MT Degraded on Land | MT in Harbor |
|---|---|---|---|---|---|---|---|---|
| Integral 500 yr | 90.51 | 8.09 | 0.29 | 1.111 | 732.72 | 65.48 | 2.37 | 8.99 |
| Integral 100 yr | 92.61 | 7.12 | 0.27 | 0.000 | 749.72 | 57.65 | 2.19 | 0.00 |

Table 3-3: Summary of mass balance at the end of the spill simulation on land for modeled aviation fuel spills within Containment 2.

| Storm | % on Land | % Evaporated from Land | % Degraded on Land | % in Harbor | MT on Land | MT Evaporated from Land | MT Degraded on Land | MT in Harbor |
|---|---|---|---|---|---|---|---|---|
| Integral 500 yr | 14.33 | 85.20 | 0.09 | 0.381 | 151.50 | 900.71 | 0.93 | 4.03 |
| Integral 100 yr | 16.68 | 83.23 | 0.09 | 0.000 | 176.36 | 879.84 | 0.98 | 0.00 |

**TETRA TECH**

100-WTR-T44521

Table 3-4: Summary of mass balance at the end of the spill simulation on land for modeled gasoline spills within Containment 2.

| Storm | % on Land | % Evaporated from Land | % Degraded on Land | % in Harbor | MT on Land | MT Evaporated from Land | MT Degraded on Land | MT in Harbor |
|---|---|---|---|---|---|---|---|---|
| Integral 500 yr | 0.000 | 99.98 | 0.016 | 0.0028 | 0.000 | 492.25 | 0.077 | 0.014 |
| Integral 100 yr | 0.024 | 99.96 | 0.019 | 0.0000 | 0.117 | 492.13 | 0.094 | 0.00 |

Maps of the oil concentrations remaining on land in the area affected by the storm surge are in Appendix H (Figures 13-2 to 13-9). For all scenarios, the spilled oil pooled on land, with most of the oil in the northern part of the large depression just west and south of the New Haven Terminal at the end of the 2-day simulation (see example in Figure 3-6). The large depression (tertiary containment in Figure 2-2) includes the areas into which oil (or oily water) would flow if released from just west of Containment 2 when no storm surge is present (Figure 3-1). Map figures in Appendix H (Figures 13-2 to 13-9) show similar results where most of the spilled oil pooled in this tertiary containment. After the simulation periods of oil spilled during a surge, that pooled oil would be expected to spread into the forested area portion of the tertiary containment.

Figure 2-2 shows the higher ground along and just west of East Shore Parkway to the west of New Haven Terminal. The topographic high runs to the east of the East Shore Water Pollution Abatement Facility administration building and primary treatment tanks, which are east of East Shore Parkway and southwest of the New Haven Terminal. This higher ground forms an area of tertiary containment for the New Haven Terminal. In the oil spill simulations, oil and storm surge water pools in this tertiary containment area.

There are two storm drains in the tertiary containment area. One was described by Horner (2025) on p13-14:

"A drainage channel that originates off-site in the city neighborhood runs through the Terminal. It enters at the northeastern corner of the property (e.g., Photograph 11) and flows east of Containment Areas 1 and 2 toward the south (e.g., Photograph 12). It then turns west and runs between Containment Areas 1 and 2, where it is joined by a second channel originating off the southeast edge of the Terminal. The channel exits near the southeast corner and flows on the surface for a short distance before entering a culvert under East Shore Parkway."

Horner traces this storm drain to a storm sewer system that eventually reaches an outfall to the harbor.

From Google Earth®, I have identified another storm drain at the south end of the tertiary containment and wetland therein to under the ballpark in East Shore Park. The oil spill response for any such spill at the New Haven Terminal would include clean-up activities (e.g., use of vacuum trucks to remove oil), booming/absorbents, and blocking of storm drains such as these to confine the oily water/oil while the oil is cleaned up. Thus, it is not expected that the oil remaining on land at the end of the storm model simulations would enter New Haven Harbor.

**TETRA TECH**

100-WTR-T44521



Figure 3-6: Mass concentrations of oil remaining on land for the MCD of diesel at site Contain2 during the Integral 500-year storm.

# 3.3 RESULTS FOR SPILLED OIL ENTERING NEW HAVEN HARBOR

All of the oil mass entering New Haven Harbor was entrained as small droplets in the water, as the result of the high turbulence of the storm conditions and the low viscosities of the fuel oils. Droplet sizes of oil entering the harbor were 37 to 41 microns in diameter. Droplets less than 50 microns in diameter remail permanently entrained (French-McCay et al. 2021b). Thus, none of the oil was floating or came ashore in the estuarine model simulations.

Appendices I, J and K contain the following results:

- Mass balance of the oil in the environment over time
- Water volume where dissolved concentrations exceed 10 µg/L over time
- Maximum dissolved concentrations at any location over time
- Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time
- Maps of entrained oil concentrations in the water.
- Maps of dissolved concentrations in the water.
- Maps of total hydrocarbons settled to the sediments



100-WTR-T44521

Entrained oil droplets in the water column were transported north and south with the tidal currents, dispersing below the 1000 µg/L threshold either before reaching Long Island Sound or just south of the harbor in Long Island Sound (see maps in Appendices I, J and K). The mass balance charts in Appendices I, J and K show that for all three oils, the oil in the water column of the model domain declines to <20% by 20 days post spill. Up to 40% of the oil degraded by 20 days, with the remainder having dispersed into Long Island Sound. The amount of oil settling to the sediments is less than 0.5% of the oil for all scenarios. The maps of total hydrocarbons settled to the sediments show small, scattered patches of settled oil.

The maps in Appendices I, J and K show that when oil moved north under the Interstate 95 bridge, it collected at the mouth of the Mill River. This area is where concentrations were highest. Similar peaks may be seen in the dissolved concentrations in that area. The peak concentrations typically lasted for a few hours or less before dispersing, as may be seen in the charts of maximum dissolved concentrations in any location over time in Appendices I, J and K.

Studies have shown that the dissolved hydrocarbons exert the most effects on aquatic biota (Section 2.2.1). The oil spill model results showed some areas where dissolved oil constituent concentrations could be acutely toxic to sensitive aquatic organisms. The water volume where dissolved concentrations exceeded the 10 µg/L threshold (see charts of water volume where dissolved concentrations exceeded 10 µg/L over time in Appendices I, J, and K) would be that where ichthyoplankton (fish eggs and larvae) and other sensitive plankton may potentially be affected. Larger fish and invertebrates are less sensitive than early life history stages and would not be affected by concentrations less than an order of magnitude higher, i.e., concentrations >100 – 400 µg/L might affect larger animals (French-McCay 2002; see Appendix F, Section 11.1.3 for literature review).

Toxic Unit (TU) calculations using the 5th percentile of sensitivity for the highest concentrations of dissolved oil constituents over time (Appendices I, J, and K) as showed TU>1 in those most contaminated waters lasting a few days, with patches up to 10 days post spill. Note that the charts showing maximum Toxic Units at any location over time in Appendices I, J and K are indicating the toxicity of the highest concentrations in any location. Thus, the toxic effects on sensitive species and life stages would be patchy and ephemeral.

The TU values were regressed against dissolved concentrations for each scenario to develop a more refined toxicity threshold for sensitive species. Figure 3-7, Figure 3-8, and Figure 3-9 show these relationships for diesel, No. 2 fuel oil and aviation fuel, respectively. The slope of the line quantifies the dissolved concentration where the sensitive species TU=1, which was found to be 34-65 µg/L for diesel and No. 2, and ~100-140 µg/L for aviation fuel. Dissolved concentrations of diesel and No. 2 were primarily of 2- and 3-ring PACs, whereas aviation fuel contains higher concentrations of soluble alkanes, which are less toxic, yielding higher concentrations where TU=1. Thus, the potential toxicity threshold for dissolved concentrations of aviation fuel would be 100 µg/L rather than the 10 µg/L threshold developed for crude oils and heavier fuel oils. Therefore, the volumes exceeding the dissolved concentration threshold of 10 µg/L are conservatively high for volumes where sensitive species and life stages could be adversely affected.





Figure 3-7: Linear regression of total Toxic Units against total dissolved concentrations based on the maximum concentrations at any location for a representative scenario of a diesel fuel oil release.



Figure 3-8: Linear regression of total Toxic Units against total dissolved concentrations based on the maximum concentrations at any location for a representative scenario of a No.2 fuel oil release.

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Expert Report**
**June 23, 2025**



Figure 3-9: Linear regression of total Toxic Units against total dissolved concentrations based on the maximum concentrations at any location for a representative scenario of an aviation fuel oil release.

# 4.0 DISCUSSION AND CONCLUSIONS

Oil spill modeling was performed for maximum credible discharges (MCDs) of oil at the New Haven Terminal during extreme storm surges. These events would be extremely improbable because the tanks at the facility are designed to withstand storm surge conditions and extreme winds, the facility's storm preparation plans call for balancing the volumes of oil in the tanks to reduce likelihood of leakage or failure when a severe storm is predicted, and the storm's intensity at New Haven would need to be extreme enough such that a surge would reach the tanks at the Terminal (with a likelihood of occurring less than 1% in any given year).

In addition, an instantaneous spill at the "Contain2" topographic low in Containment 2 at the height of the surge is not a realistic scenario. Oil could not actually spill catastrophically when water is surrounding the tanks. Thus, these results are hypothetical and highly conservative.  Given the very low probabilities of a spill, the probable sizes of spills (MCD being of very low likelihood), and the uncertainty in timing of a spill (i.e., a MCD happening instantaneously at the peak of the surge), the likelihood of spilled oil reaching New Haven Harbor is extremely low.

Modeled hypothetical worst-case discharges assumed to occur when the New Haven Terminal is not flooded demonstrated that no oil would reach the harbor from any plausible release sites. Oil spilled from hypothetical release sites in and around the containment berms of the New Haven Terminal was predicted to flow south along East Shore Parkway and then flow into the forested area south of the New Haven Terminal.

The results of the SIMAP simulations of MCDs into the storm surge on land showed that most of the oil would pool on land in similar areas as during dry conditions. The model results included quantification of the mass of oil that evaporated, degraded, reached New Haven Harbor, and remained on land by 47.5 to 52.5 hours after the spill. Greater than 99.95% of the gasoline, 83-85% of the aviation fuel, 29-30% of the diesel and 7-8% of the No.2 fuel oil would evaporate in the first 2 days after a spill. The percentage of a MCD reaching the harbor was <6% for diesel and No.2 fuel oil, <2% of the aviation fuel, and <0.004% of the gasoline.



100-WTR-T44521

The results of SIMAP simulations of the oil mass entering the harbor showed some areas where dissolved oil constituent concentrations would be acutely toxic to sensitive aquatic organisms. However, these concentrations dispersed over a time scale of days to a couple weeks, such that after 10 days the concentrations were below thresholds for potential effects. There would not be appreciable floating oil in the harbor. Oil settling would amount to <0.5% of the released oil and concentrations on the sediments would be patchy and <10 $g/m^2$ total hydrocarbons. Owing to the light hydrocarbons that make up the fuel oils handled at the facility, up to 40% of the oil degraded by 20 days post spill and the remaining oil constituents would continue to degrade (e.g., another 40% loss over the next 20 days), leaving negligible residual oil.

These findings are consistent with analyses of the North Cape oil spill, where 828,000 gallons of No. 2 fuel oil (3.35 times more oil than the MCD for the New Haven Terminal) spilled from a barge into the surf zone on the south coast of Rhode Island during a severe winter storm. As described in French-McCay (2003), SIMAP was used for injury quantification as part of the Natural Resource Damage Assessment (NRDA) performed for the government trustees following the 1996 Oil Pollution Act NRDA regulations. The North Cape oil was widely dispersed naturally, such that most of the adverse impacts were to aquatic organisms in nearshore waters and on the sediments. The loading of North Cape oil to the sediments was less than 1$g/m^2$. Acutely toxic concentrations lasted about a week (168 hours) after the spill, killing many of the fish and invertebrates in the exposed shallow waters of the coastal area. Despite the large numbers of animals killed, the local populations affected recovered by a few years after the spill.



# 5.0 REFERENCES

Bayles, D. and A. Pace 2025. Expert Report by Doug Bayles P.E. and Austin Pace, P.E.

Churgin, J. and S.J. Halminski, 1974. NOAA Key to Oceanographic Records Documentation No. 2: Temperature, Salinity, Oxygen and Phosphate in Waters Off United States: Vol. III Eastern North Pacific. National Oceanographic Data Center, Wash., D.C.

CT DEEP Portal (2025). Factsheet: City of New Haven Water Quality and Stormwater Summary. newhavenms4factsheetpdf.pdf. https://portal.ct.gov/-/media/deep/water/ic/newhavenms4factsheetpdf.pdf?rev=62259eacaa3c476686aecb6ca768e89b&hash=3B7C330D9B289FAE6196F9AA3990726A

Deltares (2025). Delft3D Flexible Mesh Suite (Delft3D FM). https://www.deltares.nl/en/software-and-data/products/delft3d-flexible-mesh-suite

Etkin, D. S. 2025. Expert Report by Dr. Dagmar Schmidt Etkin, June 2023.

French D, Reed M, Jayko K, Feng S, Rines H et al. 1996. The CERCLA type A natural resource damage assessment model for coastal and marine environments (NRDAM/CME), Technical Documentation, Vol. I–V. Final Report. Washington (DC): USDOI. April 1996. Report No.: PB96-501788. Contract No.: Available from: NTIS, Springfield, VA 22161.

French, D.P., and H. Rines, 1997. Validation and use of spill impact modeling for impact assessment. International Oil Spill Conference Proceedings 1997(1):829-834. https://doi.org/10.7901/2169-3358-1997-1-829.

French, D.P., H. Rines and P. Masciangioli, 1997. Validation of an Orimulsion spill fates model using observations from field test spills. Proceedings, Twentieth Arctic and Marine Oil Spill Program Technical Seminar, Vancouver, Canada, June 10-13, 1997.

French McCay, D.P. 2002. Development and application of an oil toxicity and exposure model, OilToxEx. Environmental Toxicology and Chemistry 21(10): 2080-2094. DOI: 10.1002/etc.5620211011

French-McCay, D.P. 2003. Development and application of damage assessment modeling: example assessment for the North Cape Oil Spill. Marine Poll Bull. 47(9–12):341–359. DOI:10.1016/s0025-326X(03)00208-X

French-McCay, D.P. 2004. Oil spill impact modeling: development and validation. Environ. Toxicol. and Chem. 23 (10): 2441–2456. DOI: 10.1897/03-382

French McCay, D.P., and J.J. Rowe, 2004. Validation of the SIMAP Oil Spill Model Using Historical Oil Spill Cases. In Proceedings of the 27th Arctic and Marine Oil Spill Program (AMOP) Technical Seminar, Emergencies Science Division, Environment Canada, Ottawa, ON, Canada, pp. 421-452.

French-McCay, DP, Mueller C, Jayko K, Longval B, Schroeder M et al. 2007. Evaluation of field-collected data measuring fluorescein dye movements and dispersion for dispersed oil transport modeling. In: Proceedings of the 30th Arctic and Marine Oil Spill Program (AMOP) Technical Seminar, 5–7 June 2007. Emergencies Science Division Environment Canada; Ottawa, ON, Canada. p. 713–754.

French-McCay, D. K. Jayko, Z. Li, M. Horn, T. Isaji, M. Spaulding. 2018a. Volume II: Appendix II - Oil Transport and Fates Model Technical Manual. In: Galagan, C.W., D. French-McCay, J. Rowe, and L. McStay, editors. Simulation Modeling of Ocean Circulation and Oil Spills in the Gulf of Mexico. Prepared by RPS ASA for the US Department of the Interior, Bureau of Ocean Energy Management, Gulf of Mexico OCS Region, New Orleans, LA. OCS Study BOEM 2018-039040; 422 p.



100-WTR-T44521

French-McCay, D., D. Crowley, J. Rowe, M. Bock, H. Robinson, R. Wenning, A. H. Walker, J. Joeckel, and T. Parkerton. 2018b. Comparative Risk Assessment of Spill Response Options for a Deepwater Oil Well Blowout: Part I. Oil Spill Modeling. Mar. Pollut. Bull. 133:1001–1015.

French-McCay, D.P., M. Spaulding, D. Crowley, D. Mendelsohn, J. Fontenault, and M. Horn. 2021a. Validation of oil trajectory and fate modeling of the Deepwater Horizon oil spill. Frontiers in Marine Science 8, doi: 10.3389/fmars.2021.618463.

French-McCay, D.P., K. Jayko, Z. Li, M. Spaulding, D. Crowley, D. Mendelsohn, M. Horn, T. Isaji, Y. H. Kim, J. Fontenault, and J. J. Rowe. 2021b. Oil fate and mass balance for the Deepwater Horizon oil spill. Marine Pollution Bulletin 171: 112681. https://doi.org/10.1016/j.marpolbul.2021.112681

French-McCay, D.P., H. J. Robinson, M. L. Spaulding, Z. Li, M. Horn, M. D. Gloekler, Y. H. Kim, D. Crowley, and D. Mendelsohn. 2021c. Validation of oil fate and mass balance for the Deepwater Horizon oil spill: Evaluation of water column partitioning. Marine Pollution Bulletin 173:113064. https://doi.org/10.1016/j.marpolbul.2021.113064.

French-McCay, D.P., H. J. Robinson, M. Bock, D. Crowley, P. Schuler, J.J. Rowe. 2022. Counter-historical study of alternative dispersant use in the Deepwater Horizon oil spill response. Marine Pollution Bulletin 180: 113778. https://doi.org/10.1016/j.marpolbul.2022.113778

French-McCay, D.P., T. F. Parkerton, and B. de Jourdan. 2023. Bridging the lab to field divide: advancing oil spill biological effects models requires revisiting aquatic toxicity testing. Aquatic Toxicology 256 (2023) 106389, https://doi.org/10.1016/j.aquatox.2022.106389.

French-McCay, D.P., H.J. Robinson, J.E. Adams, M.A. Frediani, M.J. Murphy, C. Morse, M. Gloekler, and T.F. Parkerton. 2024. Parsing the toxicity paradox: Composition and duration of exposure alter predicted oil spill effects by orders of magnitude. Marine Pollution Bulletin 202: 116285. https://doi.org/10.1016/j.marpolbul.2024.116285

Horner, Richard R., 2025. Conservation Law Foundation v. Shell New Haven Terminal, Case No. 3:21-CV-00933-VDO, Report of Richard R. Horner, Ph.D., Seattle, Washington, May 1, 2025. [2025.05.01 Expert Report of Richard Horner.PDF]

Integrated Ocean Observing System (IOOS®), 2025. https://p5.neracoos.org/about/IOOS.html

Jones, C. 2025 Expert Report by Dr. Craig Jones, June 2025

Nairn, Robert. 2025. Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk, Shell Oil Terminal - New Haven, Connecticut. Prepared for Conservation Law Foundation, Montpelier, VT. Prepared by W.F. Baird & Associates Ltd., Report 13611.303.R1.Rev0, April 30, 2025. [2025.05.01 Expert Report of Robert Nairn.pdf]

National Oceanic and Atmospheric Administration (NOAA), 2025. Tides and Currents. Center for Operational Oceanographic Products and Services, National Oceanic and Atmospheric Administration, National Ocean Service. https://tidesandcurrents.noaa.gov/cdata/StationList?type=Current+Data&filter=historic&pid=27

Ocean Surveys, Inc., 2009. Final Report – Total Suspended Sediment Monitoring for New York Waters, LIPA/CL&P Cable Replacement Project, Power Cable Embedment Operations, Long Island Sound, New York. https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&cad=rja&uact=8&ved=2ahUKEwjw89zJ05mMAxV3ke4BHce-PMkQFnoECCMQAQ&url=https%3A%2F%2Fdocuments.dps.ny.gov%2Fpublic%2FCommon%2FViewDoc.aspx%3FDocRefId%3D%257BC5A3C9AF-9E01-4491-9A89-0DEF41403D22%257D&usg=AOvVaw15k_Vnvf--wpVuiU7vx4dt&opi=89978449

Shell Trading & Supply Distribution Operations, 2024. Shell Trading & Supply Distribution Operations, US East Business Continuity and Storm Action Plan. Revised April 2024. SOPUS_NHVN00269158 [Apr. 2024 BCP and SAP - SOPUS_NHVN00269158.pdf]



Sullivan, Michael. 2025. Deposition, February 6, 2025, Conservation Law Foundation, Inc., Plaintiff, SHELL OIL COMPANY, EQUILON ENTERPRISES, LLC D/B/A SHELL OIL PRODUCTS US, et al., Defendants, C.A. No. V. 3:21-cv-00933-JAM in the US District Court, District of Connecticut.

Triton Terminaling LLC, 2024. Emergency Response Action Plan, New Haven Terminal. Prepared by Triton Terminaling LLC, Houston, TX, June 2024. 500p. SOPUS_NHVN02451144 [FRP-ERP - June 2024 (1)]

United States Army Corps of Engineers (USACE), 2015. North Atlantic Coast Comprehensive Study: Resilient adaptation to increasing risk. Final Report. Record Number RN 735-17c. https://www.nad.usace.army.mil/CompStudy/



100-WTR-T44521

# 6.0 APPENDIX A. AVAILABLE CURRENT AND WIND DATA

# 7.0 APPENDIX B. PREPARATION OF INTEGRAL STORM MODELS

# 8.0 APPENDIX C. AVAILABLE STORM SURGE MODELS

# 9.0 APPENDIX D. ESTUARINE HYDRODYNAMIC MODELING WITH HYDROMAP

# 10.0 APPENDIX E. GEOGRAPHIC DATA

# 11.0 APPENDIX F. SIMAP MODEL DESCRIPTION, OILS HANDLED AT FACILITY, OIL PROPERTY DATA AND TOXICITY THRESHOLDS

# 12.0 APPENDIX G. MODELING OIL MOVEMENTS ON DRY LAND

# 13.0 APPENDIX H. MODELING OIL SPILLS IN STORM SURGE WATERS: OIL FATE ON LAND

# 14.0 APPENDIX I. MODELING OIL IN ESTUARINE WATERS: OIL FATE AND EXPOSURE FOR DIESEL FUEL DURING INTEGRAL 500-YR STORM

# 15.0 APPENDIX J. MODELING OIL IN ESTUARINE WATERS: OIL FATE AND EXPOSURE FOR NO.2 FUEL DURING INTEGRAL 500-YR STORM

# 16.0 APPENDIX K. MODELING OIL IN ESTUARINE WATERS: OIL FATE AND EXPOSURE FOR AVIATION FUEL DURING INTEGRAL 500-YR STORM

# 17.0 APPENDIX L. CURRICULUM VITAE – DEBORAH FRENCH-MCCAY

# Oil Spill Modeling – New Haven Terminal
# Appendix A. Available Current and Wind Data

100-WTR-T44525
June 2025

## PREPARED FOR

King & Spalding LLP

1180 Peachtree Street, NE, Suite 1600

Atlanta, GA 30309

Attention:

Douglas A. Henderson

## DRAFT EXPERT REPORT BY

Deborah French-McCay, PhD
RPS Ocean Sciences, Tetra Tech
55 Village Square Dr
South Kingstown, RI 02879

**E:** Deborah.McCay@tetratech.com

**T:** 401-742-1395

**Prepared by:**

Deborah French-McCay, Matthew Frediani, Jenna Ducharme, Jeremy Fontenault, Mahmud Monim, Nickitas Georgas, Emily Day, Nicholas Baccari, Dan Codiga, and Matthew Murphy

**Restriction on Disclosure and Use of Data**

*This report was prepared by Tetra Tech within the terms of its engagement and in direct response to a scope of services. This report is strictly limited to the purpose and the facts and matters stated in it and does not apply directly or indirectly and must not be used for any other application, purpose, use or matter. In preparing the report, Tetra Tech may have relied upon information provided to it at the time by other parties. Tetra Tech accepts no responsibility as to the accuracy or completeness of information provided by those parties at the time of preparing the report. The report does not take into account any changes in information that may have occurred since the publication of the report. If the information relied upon is subsequently determined to be false, inaccurate or incomplete then it is possible that the observations and conclusions expressed in the report may have changed. Tetra Tech does not warrant the contents of this report and shall not assume any responsibility or liability for loss whatsoever to any third party caused by, related to or arising out of any use or reliance on the report howsoever. No part of this report, its attachments or appendices may be reproduced by any process without the written consent of Tetra Tech. All enquiries should be directed to Tetra Tech.*



## TABLE OF CONTENTS

**6.0 APPENDIX A. AVAILABLE CURRENT AND WIND DATA**.................................................................**4**

6.1 Introduction ...........................................................................................................................4

6.2 Current Data..........................................................................................................................6

6.2.1 Available Datasets.......................................................................................................6

6.2.2 Dating Integral-NECOFS Dataset to Align with Superstorm Sandy Period .......................9

6.2.3 Illustrations of Integral Storm Data .............................................................................11

6.2.4 Maps Illustrating FVCOM Current Velocity Data ...........................................................40

6.2.5 Time Series Charts for the NOAA Tide Station Location ................................................43

6.3 Wind Data ..........................................................................................................................50

6.4 References..........................................................................................................................53

## LIST OF TABLES

Table 6-1. Maximum elevations (from Mean Sea Level) for Integral Storms .............................................6

Table 6-2. Specifics of the NECOFS FVCOM current dataset...............................................................8

Table 6-3. Summary of maximum elevations (from Mean Sea Level) from hydrodynamic datasets......................10

Table 6-4. Time of peak water speed and elevation at the Inside Containment Area 2, for each storm event ...... 12

Table 6-5. Specifics of the wind dataset used for modeling ..................................................................50

## LIST OF FIGURES

Figure 6-1. New Haven Harbor in New Haven, CT. The NOAA New Haven Harbor tidal station is indicated by the yellow marker and New Haven Terminal is highlighted in red outline.................................................................4

Figure 6-2. Water level recorded at NOAA New Haven Harbor Station during Superstorm Sandy. .........................5

Figure 6-3. Delft3D FM Flow model grid applied by Integral for modeling extreme storms. ....................................7

Figure 6-4. Water level recorded from the NOAA tide gauge in New Haven Harbor compared to the FVCOM hindcast data. ..................................................................................................................................................8

Figure 6-5. FVCOM nodes within New Haven Harbor and a portion of Northern Long Island Sound ......................9

Figure 6-6. Hydrodynamic model domain, FVCOM nodes...................................................................................10

Figure 6-7. Map of the New Haven Terminal in relation to the 100-year and 500-year storm events, with the NOAA tide station, the harbor location off the power station, and the modeled oil release locations indicated. .............. 12

Figure 6-8. 100-year storm (Integral hydrodynamic model) water depth prior to the peak of the storm October 29, 03:00, at the peak flood conditions October 30, 06:00, and following the storm on November 1, 03:00............... 13

Figure 6-9. 500-year storm (Integral hydrodynamic model) water depth prior to the peak of the storm October 29, 03:00, at the peak flood conditions October 30,03:00, and following the storm on November 1, 03:00................. 14

Figure 6-10. 100-year storm (Integral hydrodynamic model) velocity output every 30 minutes from October 29, 16:30 to October 29, 20:00. ........................................................................................................................... 15

Figure 6-11. 100-year storm (Integral hydrodynamic model) velocity output every 30 minutes from October 29, 20:30 to October 30, 00:00. ........................................................................................................................... 16

Figure 6-12. 100-year storm (Integral hydrodynamic model) velocity output every 30 minutes from October 30, 00:30 to October 30, 04:00. ........................................................................................................................... 17



**TETRA TECH**

100-WTR-T44521

Figure 6-13. 100-year storm (Integral hydrodynamic model) velocity output every 30 minutes from October 30, 04:30 to October 30, 08:00. ........................................................................................................... 18

Figure 6-14. 500-year storm (Integral hydrodynamic model) velocity output every 30 minutes from October 29, 16:30 to October 29, 20:00. ........................................................................................................... 19

Figure 6-15. 500-year storm (Integral hydrodynamic model) velocity output every 30 minutes from October 29, 20:30 to October 30, 00:00. ........................................................................................................... 20

Figure 6-16. 500-year storm (Integral hydrodynamic model) velocity output every 30 minutes from October 30, 00:30 to October 30, 04:00. ........................................................................................................... 21

Figure 6-17. 500-year storm (Integral hydrodynamic model) velocity output every 30 minutes from October 30, 04:30 to October 30, 08:00. ........................................................................................................... 22

Figure 6-18. 100-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at Northwest Out release location. ..................................... 23

Figure 6-19. 500-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at Northwest Out release location. ..................................... 24

Figure 6-20. 100-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at West Out release location. ............................................. 25

Figure 6-21. 500-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at West Out release location. ............................................. 26

Figure 6-22. 100-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at West-Southwest Out release location. ........................... 27

Figure 6-23. 500-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at West-Southwest Out release location. ........................... 28

Figure 6-24. 100-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at Southwest Out release location. ..................................... 29

Figure 6-25. 500-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at Southwest Out release location. ..................................... 30

Figure 6-26. 100-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at South Out release location ............................................. 31

Figure 6-27. 500-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at South Out release location. ......................................... 32

Figure 6-28. 100-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at Tanks release location, Inside Containment Area 2. ....... 33

Figure 6-29. 500-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at Tanks release location, Inside Containment Area 2. ....... 34

Figure 6-30. 100-year storm (Integral hydrodynamic model) velocity output every 2 hours. ................................. 36

Figure 6-31. 100-year storm (Integral hydrodynamic model) velocity output every 2 hours. ................................. 37

Figure 6-32. 500-year storm (Integral hydrodynamic model) velocity output every 2 hours. ................................. 38

Figure 6-33. 500-year storm (Integral hydrodynamic model) velocity output every 2 hours. ................................. 39

Figure 6-34. FVCOM velocity output every 2 hours from October 29, 2012 12:00 to October 30, 2012 02:00. ...... 41

Figure 6-35. FVCOM velocity output every 2 hours from October 29, 2012 04:00 to October 30, 2012 18:00. ...... 42

Figure 6-36. 100-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at NOAA tide station. ......................................................... 44

Figure 6-37. 500-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at the NOAA tide station. .................................................... 45

Figure 6-38. 100-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at the location offshore of the power station....................... 46

Figure 6-39. 500-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at the location offshore of the power station....................... 47



100-WTR-T44521

Figure 6-40. FVCOM current speed and direction from October 29, 2012 12:00 to November 1, 2012 00:00 at the NOAA tide station. ................................................................................................................. 48
Figure 6-41. FVCOM current speed and direction from October 29, 2012 12:00 to November 1, 2012 00:00 at the location offshore of the power station. ................................................................................. 49
Figure 6-42. ERA5 wind roses of the area from 25 October 2012 to 30 November 2012 ..................................... 51
Figure 6-43. Windspeed timeseries at ERA 5 east node relative to New Haven Harbor ....................................... 51
Figure 6-44. Windspeed timeseries at ERA 5 west node relative to New Haven Harbor ...................................... 52



100-WTR-T44521

# 6.0 APPENDIX A. AVAILABLE CURRENT AND WIND DATA

## 6.1 INTRODUCTION

Hydrodynamic conditions within New Haven Harbor are influenced by tidal forcing and riverine flow. New Haven Harbor is a confluence downstream of the West River and Winter Harbor, Mill River, and Quinnipiac River, abutting Long Island Sound. The area is susceptible to sea level rise and storm induced flooding. In the last 25 years, the largest storm to affect New Haven Harbor was Superstorm Sandy. This is confirmed with the highest observed tide recorded on October 30, 2012, at 1:30 GMT at the National Oceanic and Atmospheric Administration (NOAA) Tide Station 8465705, located in New Haven Harbor, New Haven CT.



Figure 6-1. New Haven Harbor in New Haven, CT. The NOAA New Haven Harbor tidal station is indicated by the yellow marker and New Haven Terminal is highlighted in red outline.



Figure 6-2. Water level recorded at NOAA New Haven Harbor Station during Superstorm Sandy.

Current and wind data for extremal storm conditions in New Haven Harbor were needed for the oil spill modeling. Publicly available datasets and data provided by Integral for three synthetic storms scaled from Superstorm Sandy conditions were considered. Development of the Integral models is described in Appendix B. Publicly available modeled winds and currents for the period 28 October 2012 to 20 November 2012 were considered for modeling, as this period included Superstorm Sandy (29-31 October) and the period afterwards (needed to follow oil transport and fate). These data are described in this Appendix.

## 6.2 CURRENT DATA

### 6.2.1 Available Datasets

#### 6.2.1.1 Integral Storm Model Data

Integral assessed 100-year and 500-year annual exceedance probability storms within New Haven Harbor and the surrounding area. Hydrodynamic models of the storms were simulated using Deltares' Delft 3-Dimensional Flexible Mesh flow module (D-FLOW FM). D-Flow FM simulates tidally and/or meteorologically forced two-dimensional (2D, depth-averaged) or 3D unsteady flow and transport phenomena (Deltares, 2022). The flexible mesh module enables the model grid to conform to complex shorelines and sinuous channels by being made up of different polygonal elements. The model grid developed by Integral encompasses New Haven Harbor and its' flood pathways under extremal events; the horizontal flexible mesh resolution ranges from 1.46 m to around 300 m edge length (Figure 6-3). Current data were extracted from the Integral hydrodynamic model for each storm. The spatial coverage of the data includes New Haven Harbor and areas affected by storm induced flooding but does not encompass the entrance to New Haven Harbor and Long Island Sound.

The Integral models span a 3-day period, arbitrarily dated as 6 May 2024 0000 hours to 9 May 2024 0000 hours. Table 6-1 lists the elevations relative to Mean Sea Level for the 3 storms at the NOAA New Haven tide station.

Table 6-1. Maximum elevations (from Mean Sea Level) for Integral Storms

| Storm | Time (during Max Elevation) | Elevation (m) |
|---|---|---|
| 100-year | May 7, 2024 00:00:00 | 3.64 |
| 500-year | May 7, 2024 00:00:00 | 4.69 |





Figure 6-3. Delft3D FM Flow model grid applied by Integral for modeling extreme storms.

### 6.2.1.2 NECOEFS FVCOM Data

Due to limitations of the Integral model domain and period simulated, current data were also extracted from the Northeast Coastal Ocean Forecast System (NECOFS) dataset. NECOFS is an integrated regional atmosphere, surface wave, and ocean forecasting framework that was developed to enhance understanding and prediction of the combined impacts of terrestrial processes (e.g., river discharge and land runoff) and ocean dynamics (e.g., wind, waves, and tides) on coastal flooding. The hydrodynamic module of NECOFS is based on the Finite Volume Community Ocean Model (FVCOM), a three-dimensional, finite-volume, unstructured-grid coastal ocean model originally developed by Chen et al. (2003). Similar to the Princeton Ocean Model, FVCOM employs a free surface approach and includes both the modified Mellor–Yamada level-2.5 (MY-2.5) turbulence closure scheme for vertical mixing and the Smagorinsky scheme for horizontal mixing (Mellor and Yamada, 1982; Galperin et al., 1988; Smagorinsky, 1963). Distinctively, FVCOM solves the primitive equations using flux-based integral formulations over non-overlapping triangular elements, which allows for high-fidelity representation of complex coastal geometries while maintaining computational efficiency through its finite-difference approach.



Table 6-2. Specifics of the NECOFS FVCOM current dataset.

| Name of Dataset | FVCOM (Seaplan_33_Hindcast_v1) |
|---|---|
| Owner/Provider | University of Massachusetts Dartmouth |
| Wind Forcing | WRF |
| Tides | Yes |
| Horizontal Resolution | ~200m - 5KM |
| Number of Sigma Layers | 45 |
| Output Frequency | 1-hour |
| Website | http://www.smast.umassd.edu:8080/thredds/catalog/models/fvcom/NECOFS/Archive/Seaplan_33_Hindcast_v1/catalog.html |

NECOFS' FVCOM current data were extracted to include New Haven Harbor and a portion of Long Island Sound for the period between 28 October 2012 and 20 November 2012, encompassing the time that Superstorm Sandy affected the region. The FVCOM data is in good agreement to the observed water level recorded at the NOAA tide station during this period (Figure 6-4). The peak water level in the FVCOM simulation, 2.54 m above Mean Sea Level (MSL), is on 30 October 2012 at 03:00.



Figure 6-4. Water level recorded from the NOAA tide gauge in New Haven Harbor compared to the FVCOM hindcast data.

The FVCOM model nodes (i.e., grid) covers New Haven Harbor. However, the resolution of the harbor area is poor and nodes modeled as water overlap portions of land on the west and east sides of the harbor entrance (Figure 6-5). A particular limitation is that the peninsula on the east side of the harbor entrance is considered water in the FVCOM model simulation.



Figure 6-5. FVCOM nodes within New Haven Harbor and a portion of Northern Long Island Sound

## 6.2.2 Dating Integral-NECOFS Dataset to Align with Superstorm Sandy Period

Initially, an attempt was made to develop a comprehensive current dataset for use in oil spill modeling. In addition, it was desirable to use realistic winds for an extreme storm. Thus, the period of Superstorm Sandy and afterwards (28 October 2012 and 20 November 2012) was used as the nominal period for modeling.

To allow for adequate spatial coverage, current data from the Integral hydrodynamic model and FVCOM model were combined to a composite domain. In the composite domain, the primary area of interest—New Haven Harbor—was represented by the Integral (Delft3D-based) hydrodynamic model, while the broader Long Island Sound and surrounding regions were covered by FVCOM (Figure 6-6).



100-WTR-T44521



Figure 6-6. Hydrodynamic model domain, FVCOM nodes

Due to the non-overlapping temporal ranges of the two datasets a temporal alignment was performed based on a common hydrodynamic reference point. Specifically, both time series were synchronized at their respective peak surface elevation times at the NOAA tide gauge. Using this method, the Integral hydrodynamic model output from 7 May 2024 00:00 was aligned with the FVCOM output from 30 October 2012 03:00 (Table 6-3). This also aligned the Integral storm models with winds for the same period.

Table 6-3. Summary of maximum elevations (from Mean Sea Level) from hydrodynamic datasets

| Storm | | Time (during Max Elevation) | Elevation (m) |
|---|---|---|---|
| FVCOM | | October 30, 2012 03:00 | 2.54 |
| Integral | 100-year | May 7, 2024 00:00:00 | 3.64 |
| | 500-year | May 7, 2024 00:00:00 | 4.69 |

Since the Integral hydrodynamic model simulations only span a 3-day period, interpolated FVCOM velocity fields were considered to extend the temporal coverage within the Delft3D domain for times after this period. The hourly FVCOM output was linearly interpolated to a 30-minute timestep to match the Delft3D temporal resolution. For vertical consistency, the single-layer Delft3D current vectors were uniformly applied across the 45 vertical layers of the FVCOM dataset.

Unfortunately, because of the differences in the storms simulated (100- and 500-year storms versus Sandy) and more importantly the poor spatial resolution of the FVCOM model in New Haven Harbor, this combined data set was not useful for simulating oil transport in the estuarine environment. FVCOM does not include surge waters for 100- or 500-year storms, as FVCOM simulated Storm Sandy as it occurred. The currents were quite different at the time where the FVCOM simulation would be initialized at the end of the Integral storms. As may be seen in Section 6.2.4, currents were strong over land areas at the harbor entrance, which is not realistic.

Thus, only the Integral storm model data were actually used for the oil spill modeling (see main report). However, to align with the wind data used, that for the period of Superstorm Sandy and afterwards (28 October 2012 and 20 November 2012), the Integral storm data were dated as aligned with FVCOM, as described above.

## 6.2.3 Illustrations of Integral Storm Data

### 6.2.3.1 Storm Surge Waters in New Haven Terminal Area

Flooded land areas, water levels, and current data pertaining to areas of storm surge waters surrounding New Haven Terminal from the Integral storms are described in this section. Figure 6-7 shows the extent of surge flood waters for the three Integral models, along with release locations where oil spill model simulations were initialized (see main text). The area experiences flooding, quickly leading up to and following the peak water level for each storm (Table 6-4, Figure 6-8 to Figure 6-9). During the 100-year storm the area begins to experience flooding northeast of the power station on 29 October 2012 at 21:30 (Figure 6-11). In a 5.5 hour span the water moves to the North and South wrapping New Haven Terminal from the west (Figure 6-12). Following the storm surge, the flood waters retreat leaving ponding near the New Haven Terminal and containment areas (Figure 6-13). The 500-year storm affect the region similarly. During the 500-year storm water begins to the flood the area northeast of the power station on 29 October 2012 at 17:00 (Figure 6-14) and wraps New Haven Terminal from the west 5.5 hours later, i.e., on 29 October 2012 at 22:30 (Figure 6-15).

Locations within the storm surge waters exhibit the flood moving through the area over time (Figure 6-18 to Figure 6-29). The Northwest Out release location was flooded before the Southwest Out release location and South Out release location. Flooding occurring in the north then south is consistent with that in the two-dimensional spatial maps of the flooded area with velocity magnitude (Figure 6-10 to Figure 6-17).





Figure 6-7. Map of the New Haven Terminal in relation to the 100-year and 500-year storm events, with the NOAA tide station, the harbor location off the power station, and the modeled oil release locations indicated.

Table 6-4. Time of peak water speed and elevation at the Inside Containment Area 2, for each storm event

| Storm Event | Time of Peak Speed | Time of Peak Elevation |
|---|---|---|
| 100-year | October 30, 2012 03:30 | October 30, 2012 06:00 |
| 500-year | October 29, 2012 22:30 | October 30, 2012 03:00 |

6.2.3.1.1    Maps of Water Depths and Current Velocities



Figure 6-8. 100-year storm (Integral hydrodynamic model) water depth prior to the peak of the storm October 29, 03:00, at the peak flood conditions October 30, 06:00, and following the storm on November 1, 03:00.

 **TETRA TECH**

100-WTR-T44521



Figure 6-9. 500-year storm (Integral hydrodynamic model) water depth prior to the peak of the storm October 29, 03:00, at the peak flood conditions October 30,03:00, and following the storm on November 1, 03:00.



## Velocity 100yr Storm



Figure 6-10. 100-year storm (Integral hydrodynamic model) velocity output every 30 minutes from October 29, 16:30 to October 29, 20:00.

# Velocity 100yr Storm



Figure 6-11. 100-year storm (Integral hydrodynamic model) velocity output every 30 minutes from October 29, 20:30 to October 30, 00:00.

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

Appendix A
June 23, 2025

## Velocity 100yr Storm



Figure 6-12. 100-year storm (Integral hydrodynamic model) velocity output every 30 minutes from October 30, 00:30 to October 30, 04:00.

## Velocity 100yr Storm

Figure 6-13. 100-year storm (Integral hydrodynamic model) velocity output every 30 minutes from October 30, 04:30 to October 30, 08:00.



## Velocity 500yr Storm



Figure 6-14. 500-year storm (Integral hydrodynamic model) velocity output every 30 minutes from October 29, 16:30 to October 29, 20:00.

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

Appendix A
June 23, 2025

## Velocity 500yr Storm

Figure 6-15. 500-year storm (Integral hydrodynamic model) velocity output every 30 minutes from October 29, 20:30 to October 30, 00:00.



## Velocity 500yr Storm



Figure 6-16. 500-year storm (Integral hydrodynamic model) velocity output every 30 minutes from October 30, 00:30 to October 30, 04:00.

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix A**
**June 23, 2025**

## Velocity 500yr Storm



Figure 6-17. 500-year storm (Integral hydrodynamic model) velocity output every 30 minutes from October 30, 04:30 to October 30, 08:00.

### 6.2.3.1.2      Water Depth, Speed and Direction Over Time for Oil Release Locations



Figure 6-18. 100-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at Northwest Out release location.



Figure 6-19. 500-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at Northwest Out release location.



Figure 6-20. 100-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at West Out release location.



Figure 6-21. 500-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at West Out release location.



Figure 6-22. 100-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at West-Southwest Out release location.



Figure 6-23. 500-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at West-Southwest Out release location.



Figure 6-24. 100-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at Southwest Out release location.



Figure 6-25. 500-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at Southwest Out release location.



Figure 6-26. 100-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at South Out release location

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix A**
**June 23, 2025**



Figure 6-27. 500-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at South Out release location.



Figure 6-28. 100-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at Tanks release location, Inside Containment Area 2.



Figure 6-29. 500-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at Tanks release location, Inside Containment Area 2.

### 6.2.3.2 Estuarine Waters

Current data pertaining to estuarine waters for the 100-year and 500-year storms modeled by Integral are illustrated in Figure 6-30 to Figure 6-33.



**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix A**
**June 23, 2025**

# Velocity 100yr Storm

Figure 6-30. 100-year storm (Integral hydrodynamic model) velocity output every 2 hours.



# Velocity 100yr Storm

Figure 6-31. 100-year storm (Integral hydrodynamic model) velocity output every 2 hours.



# Velocity 500yr Storm



Figure 6-32. 500-year storm (Integral hydrodynamic model) velocity output every 2 hours.

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix A**
**June 23, 2025**



Figure 6-33. 500-year storm (Integral hydrodynamic model) velocity output every 2 hours.



## 6.2.4 Maps Illustrating FVCOM Current Velocity Data

Current data pertaining to estuarine waters during and after Superstorm Sandy from FVCOM are illustrated in Figure 6-34 to Figure 6-35.



## FVCOM Velocity

Figure 6-34. FVCOM velocity output every 2 hours from October 29, 2012 12:00 to October 30, 2012 02:00.



**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix A**
**June 23, 2025**

## FVCOM Velocity



Figure 6-35. FVCOM velocity output every 2 hours from October 29, 2012 04:00 to October 30, 2012 18:00.

## 6.2.5 Time Series Charts for the NOAA Tide Station Location

For the 100-year and 500-year storms, at the NOAA tide station the water depth increases from 29 October 2012 at 12:00 to 30 October at 03:00 and current direction changes in time (Figure 6-36 to Figure 6-37).  The location offshore of the power station also exhibited a similar trend with a large increase in water depth around the peak of the storm with current direction shifting from the northwest to the east and southeast (Figure 6-38 to Figure 6-39).  Data for the FVCOM simulation of Superstorm Sandy are in Figure 6-40 and Figure 6-41.



## 6.2.5.1 Integral Storms



Figure 6-36. 100-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at NOAA tide station.



Figure 6-37. 500-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at the NOAA tide station.



Figure 6-38. 100-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at the location offshore of the power station.



Figure 6-39. 500-year storm (Integral hydrodynamic model) water depth, current speed and direction from 29 October 2012 at 03:00 to 1 November 2012 at 03:00 at the location offshore of the power station.

### 6.2.5.2 FVCOM





Figure 6-40. FVCOM current speed and direction from October 29, 2012 12:00 to November 1, 2012 00:00 at the NOAA tide station.

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix A**
**June 23, 2025**



Figure 6-41. FVCOM current speed and direction from October 29, 2012 12:00 to November 1, 2012 00:00 at the location offshore of the power station.

## 6.3 WIND DATA

Wind data were obtained from the European Centre for Medium-Range Weather Forecasts (ECMWF) Reanalysis Product for the month of October and November of 2012, as described in Table 6-5. The ECMWF provides the ERA5 reanalysis product that includes wind hindcast data on a global scale. The data are generated using an atmospheric model with data assimilation and distributed on a grid with 0.25° horizontal resolution and a one-hour time step interval. ERA5 covers the period of January 1st, 1979, to present time. Gridded data products include a large variety of one-hourly surface parameters, describing atmospheric as well as ocean-wave and land-surface conditions (Hersbach et al., 2020).

Table 6-5. Specifics of the wind dataset used for modeling

| Name of Dataset | ERA5 |
|---|---|
| Coverage | -74.25°E to -69.75°E and 40.50° N to 42.00° N |
| Owner/Provider | ECMWF |
| Horizontal Grid Size | 0.25° x 0.25° |
| Hindcast Period | October 25, 2012 – November 30, 2012 |
| Time Step | 1 hourly |

Wind roses of the ERA5 nodes near the site show the majority of the wind speed to be moving from the northeast from 25 October 2012 to 20 November 2012 (Figure 6-42). The wind speed peaks at 20 m/s at the east node and above 15 m/s at the west node in the morning of 29 October 2012 (Figure 6-43 and Figure 6-44).

**TETRA TECH**

100-WTR-T44521



Figure 6-42. ERA5 wind roses of the area from 25 October 2012 to 30 November 2012



Figure 6-43. Windspeed timeseries at ERA 5 east node relative to New Haven Harbor



Figure 6-44. Windspeed timeseries at ERA 5 west node relative to New Haven Harbor

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix A**
**June 23, 2025**

# 6.4 REFERENCES

Chen, C., Liu, H. and Beardsley, R.C., 2003. An unstructured grid, finite-volume, three-dimensional, primitive equations ocean model: application to coastal ocean and estuaries. Journal of atmospheric and oceanic technology, 20(1), pp.159-186.

Deltares, D. 2022. Delft3D-FLOW user manual. Deltares Delft, The Netherlands, 330.

Galperin, B., Kantha, L.H., Hassid, S. and Rosati, A., 1988. A quasi-equilibrium turbulent energy model for geophysical flows. Journal of the atmospheric sciences, 45(1).

Hersbach, H., Bell, B., Berrisford, P., Hirahara, S., Horányi, A., Muñoz-Sabater, J., Nicolas, J., Peubey, C., Radu, R., Schepers, D. and Simmons, A., 2020. The ERA5 global reanalysis. *Quarterly Journal of the Royal Meteorological Society*, *146*(730), pp.1999-2049.

Mellor, G.L. and Yamada, T., 1982. Development of a turbulence closure model for geophysical fluid problems. Reviews of Geophysics, 20(4), pp.851-875.

National Oceanic and Atmospheric Administration (NOAA) Tides and Currents, 2025. New Haven, CT - Station ID: 8465705. https://tidesandcurrents.noaa.gov/stationhome.html?id=8465705 Downloaded May 2025.

Smagorinsky, J., 1963. General circulation experiments with the primitive equations: I. The basic experiment. Monthly weather review, 91(3), pp.99-164.


TETRA TECH

100-WTR-T44521

# Oil Spill Modeling – New Haven Terminal Appendix B. Preparation of Integral Storm Models

100-WTR-T44525
June 2025

## PREPARED FOR

King & Spalding LLP

1180 Peachtree Street, NE, Suite 1600

Atlanta, GA 30309

Attention:

Douglas A. Henderson

**Prepared by:**

Deborah French-McCay, Matthew Frediani, Jenna Ducharme, Jeremy Fontenault, Mahmud Monim, Nickitas Georgas, Emily Day, Nicholas Baccari, Dan Codiga, and Matthew Murphy

## DRAFT EXPERT REPORT BY

Deborah French-McCay, PhD
RPS Ocean Sciences, Tetra Tech Inc.
55 Village Square Dr
South Kingstown, RI 02879

**E:** Deborah.McCay@tetratech.com

**T:** 401-742-1395

**Restriction on Disclosure and Use of Data**

*This report was prepared by Tetra Tech within the terms of its engagement and in direct response to a scope of services. This report is strictly limited to the purpose and the facts and matters stated in it and does not apply directly or indirectly and must not be used for any other application, purpose, use or matter. In preparing the report, Tetra Tech may have relied upon information provided to it at the time by other parties. Tetra Tech accepts no responsibility as to the accuracy or completeness of information provided by those parties at the time of preparing the report. The report does not take into account any changes in information that may have occurred since the publication of the report. If the information relied upon is subsequently determined to be false, inaccurate or incomplete then it is possible that the observations and conclusions expressed in the report may have changed. Tetra Tech does not warrant the contents of this report and shall not assume any responsibility or liability for loss whatsoever to any third party caused by, related to or arising out of any use or reliance on the report howsoever. No part of this report, its attachments or appendices may be reproduced by any process without the written consent of Tetra Tech. All enquiries should be directed to Tetra Tech.*

 **TETRA TECH**

**Privileged and Confidential DRAFT**  
**Oil Spill Modeling – New Haven Terminal**

**Appendix B**  
**June 23, 2025**

## TABLE OF CONTENTS

**7.0 APPENDIX B. PREPARATION OF INTEGRAL STORM MODELS** ....................................................2

    7.1 Integral Memo Describing Storm Model Preparation .................................................2

    7.2 Introduction ...............................................................................................................2

    7.3 Model Description ......................................................................................................2

    7.4 Digital Elevation Model..............................................................................................5

    7.5 Model Results ...........................................................................................................6

    7.6 Model Assumptions and Limitations .........................................................................7

    7.7 References................................................................................................................7

## LIST OF FIGURES

Figure 7-1.      New Haven Terminal Delft3D-FM Model Grid................................................................3

Figure 7-2.      Time Series of Water Level Boundary Condition for the 100-Year Mean Water Level from the NACCS..........4

Figure 7-3.      Time Series of Water Level Boundary Condition for the 500-Year Mean Water Level from the NACCS..........5

Figure 7-4.      New Haven Terminal Site Elevations ...............................................................................6


**TETRA TECH**

100-WTR-T44521

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix B**
**June 23, 2025**

## 7.0 APPENDIX B. PREPARATION OF INTEGRAL STORM MODELS

## 7.1 INTEGRAL MEMO DESCRIBING STORM MODEL PREPARATION

> M5,9,/&( &%! 1%@21 " %&1 7,! /
> >77251&< T 25. M52%8 $7M&3! 5&%! 7O&48&672' @2816&/
>
> June 20, 2025

## 7.2 INTRODUCTION

This document provides a technical summary of the Delft3D Flexible Mesh model applied to evaluate upland flooding around New Haven, Connecticut during synthetic 100-year and 500-year flood events.

## 7.3 MODEL DESCRIPTION

The Delft3D Flexible Mesh (Delft3D FM) modeling suite is a state-of-the-art hydrodynamic and environmental modeling framework developed by Deltares, a leading Dutch research institute specializing in water and subsurface systems. Delft3D FM is designed to simulate water movement, sediment transport, water quality, and morphology in coastal, estuarine, riverine, and urban environments. It supports both structured and unstructured grids, allowing for flexible spatial resolution and efficient representation of complex geometries such as harbors, floodplains, and containment structures.

Delft3D FM's numerical engine solves the shallow water equations using a finite-volume approach, which ensures mass conservation and numerical stability even in highly dynamic and irregular domains. The model is widely used in regulatory, academic, and engineering contexts for flood risk assessment, infrastructure design, and environmental impact analysis (Deltares 2021; Kernkamp et al. 2011).

In this application, the model was configured as a two-dimensional (2D) depth-averaged hydrodynamic model. The computational domain extended from the mouth of New Haven Harbor inland to the 20 ft NAVD88 contour, encompassing the New Haven Terminal and adjacent upland areas (Figure 1). The horizontal resolution of the mesh varied spatially, ranging from approximately 100 m in the open harbor to as fine as 2 m within the containment berms of the New Haven Terminal. This resolution strategy allowed for detailed representation of topographic features critical to flood routing and containment performance. The model's 2D configuration and flexible mesh structure allowed for efficient simulation of floodplain inundation, capturing the extent and depth of flooding across the upland areas.

 **TETRA TECH**

100-WTR-T44521



Figure 7-1.    New Haven Terminal Delft3D-FM Model Grid

The model was forced at the downstream boundary using a synthetic water level time series derived from observed data during Hurricane Sandy, adjusted to match the U.S. Army Corps of Engineers (USACE) North Atlantic Coast Comprehensive Study's (NACCS) 100- and 500-year mean water levels for New Haven Harbor (USACE 2015; Figure 2 and Figure 3). The mean 100- and 500-year water levels at the peak of the synthetic storm event were 11.65 ft and 15.08 ft NAVD88, respectively. Upstream boundary conditions included estimated discharges from contributing watersheds to simulate any potential for compound flooding effects.



Figure 7-2.    Time Series of Water Level Boundary Condition for the 100-Year Mean Water Level from the NACCS

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix B**
**June 23, 2025**



Figure 7-3.      Time Series of Water Level Boundary Condition for the 500-Year Mean Water Level from the
NACCS

## 7.4 DIGITAL ELEVATION MODEL

Establishing the elevation of the New Haven Harbor and the associated upland areas encompassed in the model domain is a key component of a numerical modeling exercise, as these elevations dictate the potential flooding extend and associated water depths.

Bathymetry and topography data are necessary to assign bottom elevations to the model grid and accurately represent the potential flooding pathways and boundaries within the model domain. The DEM used in this analysis is the 1887–2016 USGS CoNED Topobathy DEM for New England, compiled in 2016 (Figure 3). This high-resolution, 1-meter topobathymetric dataset integrates over 321 data sources, including LiDAR point clouds, hydrographic surveys, and sonar data, collected by agencies such as USGS, NOAA, USACE, and FEMA. The DEM is referenced horizontally to NAD83 / Connecticut and vertically to NAVD88. It was developed to support coastal hazard assessments and hydrodynamic modeling, and was used here to simulate floodplain inundation and water level distributions across the New Haven Terminal and adjacent upland areas.

**TETRA TECH**

100-WTR-T44521

**Privileged and Confidential DRAFT**                                  **Appendix B**
**Oil Spill Modeling – New Haven Terminal**                           **June 23, 2025**



Figure 7-4.    New Haven Terminal Site Elevations

## 7.5 MODEL RESULTS

For this conceptual model analysis, only the hydrodynamic component of Delft3D FM was employed, with a primary focus on evaluating water levels and their associated water depths over inland areas. These parameters were simulated primarily based on the water level data and the topographic and bathymetric DEM of the model domain. The analysis did not encompass sediment transport, water quality, or morphological changes.

To support confidence in the conceptual model results, simulated water depths from the Delft3D FM model were qualitatively compared to a static inundation analysis conducted using the NACCS 100- and 500-year mean water levels and the same CoNED underlying DEM. The spatial extent and general distribution of inundation were found to be consistent between the two approaches, with the dynamic model capturing similar water level patterns as the equilibrium-based bathtub method. While a point-by-point quantitative comparison was not performed, the agreement in overall flood extent supports the reliability of the model outputs for this screening-level assessment.

 TETRA TECH

100-WTR-T44521

However, that the Delft3D FM model provides a more physically representative simulation of flood dynamics, accounting for temporal variations and flow routing that are not captured in the static analysis.

## 7.6 MODEL ASSUMPTIONS AND LIMITATIONS

The Delft3D FM model was applied in this study to simulate water levels across the New Haven Terminal and surrounding upland areas during synthetic 100- and 500-year flood events. When provided with a high-resolution and hydrologically consistent DEM, along with appropriate boundary conditions, the model is capable of accurately resolving spatial variations in water surface elevation across complex terrain.

The Delft3D FM model application for this study is based on several key assumptions that influence the interpretation of results. First, the model assumes a static topobathymetric surface derived from the 2016 USGS CoNED Topobathy DEM, with no consideration of future land surface changes, subsidence, or anthropogenic modifications. The model does not simulate infiltration or drainage and assumes that all terrain features act as static barriers to flow.

Boundary conditions were defined using a synthetic water level time series representative of the NACCS 100- and 500-year mean water levels, assuming this forcing represents the extreme event conditions for New Haven Harbor, based on the NACCS data. No wind forcing or wave effects were included. Upstream inflows were estimated and applied as steady discharges, without accounting for temporal variability or watershed hydrology.

It is important to note that the model was used solely for water level analysis and did not include dynamic flow routing, sediment transport, morphology, or contaminant dispersion modules. The Delft3D-FM model was not quantitatively calibrated or validated to water level or current measurements. The specific focus of this conceptual based model was on water level and the associated water depths. The results should be interpreted with caution, as they represent a synthetic scenario rather than observed conditions. These results provide a useful screening-level assessment of potential inundation and drainage pathways and timing under extreme flood conditions.

## 7.7 REFERENCES

Deltares. 2021. Delft3D Flexible Mesh Suite – User Manual. Deltares, Delft, The Netherlands.

Kernkamp, H. W. J., Van Dam, A., Stelling, G. S., & De Goede, E. D. (2011). Efficient scheme for the shallow water equations on unstructured grids with application to the continental shelf. Ocean Dynamics, 61(8), 1175–1188.

USACE. 2015. North Atlantic Coast Comprehensive Study: Resilient Adaptation to Increasing Risk. Record Number 735-17c. U.S. Army Corps of Engineers, Washington, DC. https://usace.contentdm.oclc.org/digital/collection/p266001coll1/id/2793/.


**TETRA TECH**

100-WTR-T44521

# Appendix C. Oil Spill Modeling – New Haven Terminal Available Storm Surge Models

100-WTR-T44525
June 2025

## PREPARED FOR

King & Spalding LLP

1180 Peachtree Street, NE, Suite 1600

Atlanta, GA 30309

Attention:

Douglas A. Henderson

## DRAFT EXPERT REPORT BY

Deborah French-McCay, PhD
RPS Ocean Sciences, Tetra Tech
55 Village Square Dr
South Kingstown, RI 02879

**E:** Debbie.McCay@tetratech.com

**T:** 401-742-1395

**Prepared by:**

Deborah French-McCay, Matthew Frediani, Jenna Ducharme, Jeremy Fontenault, Mahmud Monim, Nickitas Georgas, Emily Day, Nicholas Baccari, Dan Codiga, and Matthew Murphy

**Restriction on Disclosure and Use of Data**

*This report was prepared by Tetra Tech within the terms of its engagement and in direct response to a scope of services. This report is strictly limited to the purpose and the facts and matters stated in it and does not apply directly or indirectly and must not be used for any other application, purpose, use or matter. In preparing the report, Tetra Tech may have relied upon information provided to it at the time by other parties. Tetra Tech accepts no responsibility as to the accuracy or completeness of information provided by those parties at the time of preparing the report. The report does not take into account any changes in information that may have occurred since the publication of the report. If the information relied upon is subsequently determined to be false, inaccurate or incomplete then it is possible that the observations and conclusions expressed in the report may have changed. Tetra Tech does not warrant the contents of this report and shall not assume any responsibility or liability for loss whatsoever to any third party caused by, related to or arising out of any use or reliance on the report howsoever. No part of this report, its attachments or appendices may be reproduced by any process without the written consent of Tetra Tech. All enquiries should be directed to Tetra Tech.*



## TABLE OF CONTENTS

**8.0 APPENDIX C. AVAILABLE STORM SURGE MODELS**..................................................................**3**

8.1 Topograghy Around the New Haven Terminal ...................................................................3

8.2 Integral Storm Surge Models ........................................................................................7

8.3 Baird Storm Surge Models Presented by Robert Nairn ..................................................... 14

8.4 Comparison of Integral and Baird Storm Surge Models .................................................... 20

8.5 References.................................................................................................................. 25

## LIST OF TABLES

Table 8-1. Digital Elevation Models (DEMs) used in each study referenced in this Appendix. Sources of information mentioned in parenthesis. All models share the common vertical datum of NAVD88. ...........................4

Table 8-2. Contained area and volume analysis at maximum capacity calculated by ROS, excluding volume occupied by tanks in each containment zone.....................................................................................5

Table 8-3: Surge water volumes remaining in containment at the end of each Integral storm model simulation... 11

Table 8-4. Surge water volumes over each containment zone at the peak of each Integral storm model simulation. ........................................................................................................................... 12

Table 8-5. Surge water volumes remaining in containment at the end of each Baird storm model simulation. ..... 18

Table 8-6. Surge water volumes over each containment zone at the peak of each Baird storm model simulation.18

## LIST OF FIGURES

Figure 8-1. New Haven Harbor in New Haven, CT. The New Haven Terminal is highlighted in red outline. ............3

Figure 8-2: Close up of the area around the New Haven Terminal showing the locations of its containment areas.4

Figure 8-3: Topographic map of the area around the New Haven Terminal based on the USGS 3DEP DEM. Containment Areas 2 and 3 ("North Yard") and Containment Area 1 ("South Yard") are shown with red and magenta lines, respectively. The 10.5ft NAVD88 contour at the minimum height of land surrounding the Terminal not hydraulically connected to New Haven Harbor is shown with blue lines..............................................6

Figure 8-4. Integral model grid with elevation (bathymetry) above (below) NAVD88. ...............................7

Figure 8-5. Flooding extent in the Integral storm models: 100-year (green) versus 500-year (purple). Gray areas are dry and are shown at the model mesh resolution which decreases away from the site. ....................................8

Figure 8-6. Simulated time series of water level (top panel, above NAVD88) and depth over ground (lower panel) at stations within the three containment zones shown in Figure 8-3, and at NACCS Save Point 271 in New Haven Harbor, during the 1% AEP ("100-year") Integral storm. The NACCS-estimated 1% AEP water level at SP271 is indicated with a black dashed line. The 10.5ft NAVD88 contour bounding the tertiary containment zone west of the Terminal is indicated with a blue dashed line.................................................................................9

Figure 8-7. Simulated time series of water level (top panel, above NAVD88) and depth over ground (lower panel) at stations within the three containment zones shown in Figure 8-3, and at NACCS Save Point 271 in New Haven Harbor, during the 0.2% AEP ("500-year") Integral storm. The NACCS-estimated 0.2% AEP water level at SP271 is indicated with a black dashed line. The 10.5ft NAVD88 contour bounding the tertiary containment zone west of the Terminal is indicated with a blue dashed line........................................................................................ 10

 **TETRA TECH**

100-WTR-T44521

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix C**
**June 23, 2025**

Figure 8-8. Water depth over ground (Top; ft) and Water Level (Bottom; ft NAVD88) at the end of the Integral 100-year (left) and 500-year (right) storms. ............................................................................................... 13

Figure 8-9. Baird model grid with elevation (bathymetry) above (below) NAVD88. ............................................... 14

Figure 8-10: Flooding extent in the Baird storm models: 100-year storm (green) versus 500-year storm (purple). Gray areas are dry and are shown at the model mesh resolution which is very high in the area near the Terminal. ........................................................................................................................................................... 15

Figure 8-11. Simulated time series of water level (top panel, above NAVD88) and depth over ground (lower panel) at stations within the three containment zones shown in Figure 8-3, and at NACCS Save Point 271 in New Haven Harbor, during the 1% AEP ("100-year") Baird storm. The NACCS-estimated 1% AEP water level at SP271 is indicated with a black dashed line. The 10.5ft NAVD88 contour bounding the tertiary containment zone west of the site is indicated with a blue dashed line. ........................................................................................................ 16

Figure 8-12. Simulated time series of water level (top panel, above NAVD88) and depth over ground (lower panel) at stations within the three containment zones shown in Figure 8-3, and at NACCS Save Point 271 in New Haven Harbor, during the 0.2% AEP ("500-year") Baird storm. The NACCS-estimated 0.2% AEP water level at SP271 is indicated with a black dashed line. The 10.5ft NAVD88 contour bounding the tertiary containment zone west of the site is indicated with a blue dashed line. ........................................................................................................ 17

Figure 8-13. Water depth over ground (Top; ft) and Water level (Bottom; ft NAVD88) at the end of the Baird 100-year (left) and 500-year (right) storms. ................................................................................................................ 19

Figure 8-14. The 1% ("100-year"; top) and 0.2% ("500-year"; bottom) Annual Exceedance Propabilities (Expected Value, i.e., the 50% confidence level, ft above NAVD88) at NACCS save point locations nearest to the site. ...... 22

Figure 8-15. Track (shown, ID=12), Central Pressure Deficit (CPD, hPa), Heading (Hdg, degrees CW from North), Radius of Maximum Winds (Rmax, km), and forward speed (Vf, km/hr) of the 100-year (Storm 369) and 500-year (Storm 367) selected by Baird for simulation. ........................................................................................................ 23

Figure 8-16. Subset of the 130 synthetic hurricane tracks considered in NACCS that can generate the 100-year (top) or 500-year (bottom) AEP water levels at SP271, depending on the tidal phase with which peak surge coincided. A part of each of each of the 130 tracks is shown organized in three subregions, highlighting the AEP-generating tracks. .................................................................................................................................................... 24



100-WTR-T44521

## 8.0 APPENDIX C. AVAILABLE STORM SURGE MODELS

### 8.1 TOPOGRAGHY AROUND THE NEW HAVEN TERMINAL

Figure 8-1 shows the New Haven Harbor area and the location of the New Haven Terminal (red line) and Figure 8-2 includes the New Haven Terminal secondary containment areas protected by berms (black lines). Containment Area 1 is also called the "South Yard", while Containment Areas 2 and 3 comprise the "North Yard" and "Retention Basin", per terminology used by Nairn (2025).

The RPS Ocean Science Office of Tetra Tech (ROS) conducted a topographic analysis of the latest (17 November 2021) continuously updated Digital Elevation Model (DEM) at 1 m horizontal resolution created by the United States Geologic Survey (USGS) 3D Elevation Program (3DEP) (Table 8-1). 3DEP seamless DEMs are used for the National Map and were referred to as the National Elevation Dataset (NED) from about 2000 through 2015 at which time they became the seamless DEM layers under the 3DEP program and lost the NED branding (USGS, 2021). Based on that dataset, the minimum elevation of the berm surrounding Containment Area 1 was found to be 12.1ft NAVD88. The minimum elevation of the berms surrounding Containment Areas 2 and 3 was found to be 11.8ft NAVD88. The Retention Basin (Figure 8-2) is part of Containment Area 2 and includes an interior berm with minimum elevation at 11.4ft NAVD88. The estimated volumes that may be contained within these areas up to their minimum berm elevations, assuming structural integrity of the berms and no bypassing flow, were calculated by ROS and included in Table 8-2. Tanks and buildings have been removed from the enclosures prior to the calculation of tabulated values.



Figure 8-1. New Haven Harbor in New Haven, CT. The New Haven Terminal is highlighted in red outline.



100-WTR-T44521



Figure 8-2: Close up of the area around the New Haven Terminal showing the locations of its containment areas.

Table 8-1. Digital Elevation Models (DEMs) used in each study referenced in this Appendix. Sources of information mentioned in parenthesis. All models share the common vertical datum of NAVD88.

| Study | Digital Elevation Model |
|---|---|
| ROS (this Appendix) | Latest (17 November 2021) USGS 3DEP 1 Meter 18 x67y458 CT_Statewide_C16 digital elevation model |
| Integral (Appendix B) | 1887–2016 USGS CoNED Topobathy DEM for New England, compiled in 2016 |
| Baird (Nairn, 2025) | USGS CoNED Topobathymetric Model (1887-2016) |

Table 8-2. Contained area and volume analysis at maximum capacity calculated by ROS, excluding volume occupied by tanks in each containment zone.

| Containment Zone (Figure 8-3) | Minimum berm elevation or containing contour, ft (m) NAVD88 | Area, m² (ft²) | Contained volume at max capacity, m³ (ft³) |
|---|---|---|---|
| Containment Area 1 | 11.8 (3.60) | 9,534 (102,620) | 11,957 (422,250) |
| Containment Areas 2 and 3 | 12.1 (3.69) | 53,726 (578,300) | 71,172 (2,513,420) |
| Tertiary Topographic Containment | 10.5 (3.20) | 103,390 (1,112,880) | 68,795 (2,429,460) |
| Total Depressions | | 166,650 (1,793,800) | 151,924 (5,365,130) |

Topographic contours showed terrain sloping upward, on a westward incline, moving away from the facility. This pattern suggested that the site lies within a topographic depression, enclosed by higher ground. This is illustrated in the topographic map of Figure 8-3. In Figure 8-3, the North Yard and Retention Pond berms and their minimum elevation contour are highlighted with red. The South Yard berm and its minimum elevation contour is highlighted with magenta. A third topographic contour, highlighted with blue, traces the bounding elevation that encloses the facility at the 1-m resolution of the underlying topographic dataset. If a storm surge event were to flood the New Haven Terminal, as floodwaters recede after peak water levels in New Haven harbor drop, this contour could act as a topographic containment boundary. If the water levels in the harbor fall below the elevation of this contour, storm water from surge and/or rainfall within it would become hydraulically disconnected from the bay and remain pooled - assuming no other drainage mechanisms (e.g., pumps, culverts, storm water drains) are active and the structural integrity of the surrounding terrain holds. The storage capacity of this naturally enclosed area – limited by the blue contour in Figure 8-3, is estimated to be 69,558.3 m³ (Table 8-2). This volume represents the additional potential topographic containment for any excess water that overtops the secondary containment areas during the receding flood, bringing the total to 158,716.68 m³ (Table 8-2).





Figure 8-3: Topographic map of the area around the New Haven Terminal based on the USGS 3DEP DEM. Containment Areas 2 and 3 ("North Yard") and Containment Area 1 ("South Yard") are shown with red and magenta lines, respectively. The 10.5ft NAVD88 contour at the minimum height of land surrounding the Terminal not hydraulically connected to New Haven Harbor is shown with blue lines.

## 8.2 INTEGRAL STORM SURGE MODELS

The "100-year" (1% annual exceedance probability, AEP) and "500-year" (0.2% AEP) storms modeled by Integral are described in Appendices A and B. Maps and time series plots of water levels and current velocities are shown in Appendix A. Appendix B contains a description of the development of the storm models, prepared by Integral. The DEM used in Integral's analysis is the 1887–2016 USGS CoNED Topobathy DEM for New England, compiled in 2016 (Table 8-1 and Appendix B). The model grid used by Integral is shown in Figure 8-4. The model was forced at its ocean boundary with tides and storm surge from Hurricane Sandy. For each of the two storms, Hurricane Sandy's storm surge was scaled so that the peak water level value reached the respective 1% or 0.2% AEP levels. These levels were calculated for New Haven Harbor at Save Point 271 (see Section 8.4 for location) in United States Army Corp of Engineer's North Atlantic Coast Comprehensive Study (NACCS, USACE 2015), referenced to the North American Vertical Datum of 1988 (NAVD88) for the 1983-2001 National Tidal Datum Epoch (NTDE).



Figure 8-4. Integral model grid with elevation (bathymetry) above (below) NAVD88.



The extent of flooding in these storm surge simulations modeled by Integral in the area around the New Haven Terminal is shown in Figure 8-5. Both simulated storms flooded the property's secondary containment areas at their peak. The resolution of the model mesh generally decreases moving away from the site and west toward New Haven Harbor.



Figure 8-5. Flooding extent in the Integral storm models: 100-year (green) versus 500-year (purple). Gray areas are dry and are shown at the model mesh resolution which decreases away from the site.

Figure 8-6 and Figure 8-7 present time series of water level and depth over ground for the 1% AEP (100-year) and 0.2% AEP (500-year), Integral-simulated storms, respectively. Each plot covers the final three days of each simulation, capturing the water level rise in New Haven Harbor leading up to the storm peak, followed by the post-peak through the ebbing tide and subsequent tidal cycles. The peak water levels (storm tides) align closely with the corresponding NACCS-designated AEP levels at Save Point 271 (SP271), indicated by a horizontal black line in the top panel. The figures illustrate the simulated sequence of inundation: the initially dry tertiary containment zone outside the Terminal floods first, followed by Containment Area 1 ("South Yard") and, shortly thereafter, Containment Areas 2 and 3. The plots show that it takes a couple of hours after the harbor water levels begin to recede post-peak for floodwaters in the containment zones to start falling. During the ebb tide following the flood, the harbor waters fall and stay well below ground elevation, resuming the usual tidal cycle. In contrast, water within the containment zones drains over ground more slowly, gradually approaching the 10.5 ft NAVD88 contour



that bounds the tertiary topographic containment just west of the site. This behavior reflects the hydraulic disconnection of the flooded areas from the harbor, resulting in water pooling behind and becoming stranded.



Figure 8-6. Simulated time series of water level (top panel, above NAVD88) and depth over ground (lower panel) at stations within the three containment zones shown in Figure 8-3, and at NACCS Save Point 271 in New Haven Harbor, during the 1% AEP ("100-year") Integral storm. The NACCS-estimated 1% AEP water level at SP271 is indicated with a black dashed line. The 10.5ft NAVD88 contour bounding the tertiary containment zone west of the Terminal is indicated with a blue dashed line.



Figure 8-7. Simulated time series of water level (top panel, above NAVD88) and depth over ground (lower panel) at stations within the three containment zones shown in Figure 8-3, and at NACCS Save Point 271 in New Haven Harbor, during the 0.2% AEP ("500-year") Integral storm. The NACCS-estimated 0.2% AEP water level at SP271 is indicated with a black dashed line. The 10.5ft NAVD88 contour bounding the tertiary containment zone west of the Terminal is indicated with a blue dashed line.

The total volume of water remaining within the containment zones (Containment Area 1, Containment Areas 2 and 3, and the tertiary containment zone) at the end of each Integral simulation is summarized in Table 8-3. The total contained area (~167,000 m$^2$) and volume (~147,000 m$^3$) for both storms closely match the maximum total containable volume listed in Table 8-2, which were derived from the ROS topographic analysis of the USGS 3DEP 1-meter DEM (~166,650 m$^2$, ~151,924 m$^3$, respectively). Discrepancies between simulated and topographic containment volumes are due to resolution differences – specifically, the coarser spatial resolution of the Integral model compared to the DEM (Digital Elevation Model) topographic data, and any differences in the underlying DEM. For instance, the Integral model does not fully resolve the site's secondary containment berms, resulting in simulated floodwaters within the Yards spilling into the tertiary topographic containment zone that surrounds the site – and where water subsequently pools – at elevations lower than each confining berm's minimum elevation listed in Table 8-2. This issue can be seen in the top panels of Figure 8-6 and Figure 8-7. After surging water levels increase and reach the site, water levels in all containment areas are simulated to increase and then recede in tandem asymptotically toward the 10.5ft NAVD88 exterior contour of the tertiary topographic containment zone surrounding the site. Yet, in principle, storm surge water initially flowing over the berms and into the secondary containment areas on site during the storm's peak should not later recede below the respective minimum berm elevation. It should rather become trapped and pond at each secondary containment area after the water levels outside the berms drop below the respective berm's minimum elevation, ceasing the stranded water's hydraulic connection with the receding waters outside.

Table 8-3: Surge water volumes remaining in containment at the end of each Integral storm model simulation.

| Metric | Storm | Containment Area 1 | Containment Areas 2 and 3 | Tertiary Containment Zone | Total |
|---|---|---|---|---|---|
| Wetted Area (m$^2$) | 100-year | 9,379.7 | 53,555.4 | 103,445.0 | 166,380.1 |
| | 500-year | 9,420.6 | 54,467.0 | 103,581.1 | 167,468.7 |
| Water Volume (m$^3$) | 100-year | 9,640.2 | 53,141.3 | 84,057.7 | 146,839.2 |
| | 500-year | 9,653.1 | 53,219.0 | 84,202.5 | 147,074.7 |

Finally, there is only a small difference between the wetted area and volume of water remaining in containment at the end of each storm (Table 8-3), even though there was over two times more water that entered each containment zone during the peak of the 500-year storm, compared to the 100-year storm (Table 8-4). This can also be seen in Figure 8-8, that shows water depth (top panel) and water level (bottom panel) remaining over ground at the end of the Integral 100-year and 500-year storm simulations. Water is seen left behind and deepest in the containment zones, at very similar water levels in both cases. At the end of these simulated storms, more of the floodplain remains wet for the 500-year storm, filled in at the higher water levels attained.

Table 8-4. Surge water volumes over each containment zone at the peak of each Integral storm model simulation.

| Metric | Storm | Containment Area 1 | Containment Areas 2 and 3 | Tertiary Containment Zone | Total |
|---|---|---|---|---|---|
| Wetted Area (m²) | 100-year | 9,379.7 | 53,555.4 | 103,445.0 | 166,380.1 |
| | 500-year | 9,420.6 | 54,467.0 | 103,581.1 | 167,468.7 |
| Water Volume (m³) | 100-year | 11,201.1 | 62,000.1 | 101,329.0 | 174,530.2 |
| | 500-year | 22,612.9 | 12,7901.0 | 226,824.1 | 377,338.0 |

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**



Figure 8-8. Water depth over ground (Top; ft) and Water Level (Bottom; ft NAVD88) at the end of the Integral 100-year (left) and 500-year (right) storms.

## 8.3 BAIRD STORM SURGE MODELS PRESENTED BY ROBERT NAIRN

Baird (Nairn, 2025) also simulated storms resulting in 1% ("100-year") and 0.2% ("500-year") annual exceedance probability (AEP) peak water levels in New Haven Harbor, for NTDE 1983-2001 conditions. The model grid used by Baird is shown in Figure 8-9. It covers a large portion of the Middle Atlantic Bight and its estuaries, including Long Island Sound and its Connecticut coast. Therefore, the modeling system used by Baird (Telemac for hydrodynamics, with Tomawac for wind waves) simulates a much larger domain than the Integral model. The resolution of the model mesh increases toward New Haven Harbor and exceeds the resolution of the Integral model overland near and on the site. Baird used the USGS CoNED Topobathymetric Model (1887-2016) as the basis of their modeling and topographic analyses (Nairn, 2025).

Two of the many possible, synthetic hurricanes from the NACCS study that produced the 100- year and 500-year peak water levels at (USCOE NACCS) Save Point 271 (SP271) in New Haven Harbor were examined by Nairn (2025) and used to provide the forcing needed (storm surge, tide, wind, and barometric pressure) to simulate the respective storm surge dynamics over the regional model domain. Comparisons between the Baird modeling and the Integral modeling are made in Section 8.4.

The extents of flooding in these storm surge simulations modeled by Baird (Nairn 2025) for the area around the New Haven Terminal are shown in Figure 8-10. The 100-year storm simulated by Baird did not flood the secondary containment areas. The 500-year storm flooded the property's secondary containment areas at its peak. Both storm models shown were targeted at the respective 50% confidence level of their NACCS AEP at SP 271 in New Haven Harbor, as also analyzed for the Integral storms.



Figure 8-9. Baird model grid with elevation (bathymetry) above (below) NAVD88.





Figure 8-10: Flooding extent in the Baird storm models: 100-year storm (green) versus 500-year storm (purple). Gray areas are dry and are shown at the model mesh resolution which is very high in the area near the Terminal.

Figure 8-11 and Figure 8-12 present time series of water level and depth over ground for the 1% AEP (100-year) and 0.2% AEP (500-year), Baird-simulated storms, respectively. Each plot covers the total length of each simulation. The simulated water levels at the beginning of the simulation show wiggles indicative of computational ramping of the simulation but stabilize in time for the incoming surge tide. Thus, the Baird model captures the water level rise in New Haven Harbor leading up to the storm peak, followed by the post-peak through the ebbing tide. The simulations, especially the 100-year storm, are short and include only part of the subsequent tidal cycle. The peak water levels (storm tides) align closely with the corresponding target indicated by a horizontal black line in the top panel: the NACCS-designated AEP levels at SP271. The figures illustrate the simulated sequence of inundation for each storm: the initially dry tertiary containment zone outside the site floods first (and solely, in the 100-year storm; Figure 8-11) , followed by Containment Area 1 ("South Yard") and Containment Areas 2 and 3 in the 500-year storm (Figure 8-12). For the latter storm, floodwaters in the secondary containment zones start falling soon after harbor water levels begin to recede post-peak.



Figure 8-11. Simulated time series of water level (top panel, above NAVD88) and depth over ground (lower panel) at stations within the three containment zones shown in Figure 8-3, and at NACCS Save Point 271 in New Haven Harbor, during the 1% AEP ("100-year") Baird storm. The NACCS-estimated 1% AEP water level at SP271 is indicated with a black dashed line. The 10.5ft NAVD88 contour bounding the tertiary containment zone west of the site is indicated with a blue dashed line.

Time Series for Baird 500yr storm

a) Free Surface Elevation

b) Water Depth Over Ground

Figure 8-12. Simulated time series of water level (top panel, above NAVD88) and depth over ground (lower panel) at stations within the three containment zones shown in Figure 8-3, and at NACCS Save Point 271 in New Haven Harbor, during the 0.2% AEP ("500-year") Baird storm. The NACCS-estimated 0.2% AEP water level at SP271 is indicated with a black dashed line. The 10.5ft NAVD88 contour bounding the tertiary containment zone west of the site is indicated with a blue dashed line.

The total volume of water remaining within the containment zones (Containment Area 1, Containment Areas 2 and 3, and the tertiary containment zone) at the end of each Baird simulation is summarized in Table 8-5. For the 500-year Baird storm that floods the site, and with the exception of water volume retained in the tertiary topographic containment zone, the tabulated areas and volumes closely match the maximum total containable volumes calculated by ROS that are listed in Table 8-2, derived from the 1-meter DEM analysis. The discrepancies between simulated and topographic volumes are likely due to differences in the DEM used as the basis of the Baird model's topo-bathymetry mentioned in the Baird report. That may partially explain the higher volume of water contained in the tertiary containment volume at the end of the Baird 500-year simulation: 93,469 m$^3$ in Table 8-5, compared to 68,795 m$^3$ in Table 8-2). The other reason is that the short length of the Baird



simulation does not appear to allow just enough time for the water levels in the containment areas to either slowly drain toward lower elevations within them or drop below their confining elevations. In the Baird report, and based on the DEM used by Baird, Containment Area 1 is noted to have minimum berm elevation of 11.4 ft NAVD88. The top panel of Figure 8-12 shows that water levels in Containment Area 1 (the smaller "South Yard") have indeed dropped to 11.4ft NAVD88 and waters there have become stranded. See also the bottom panel of the same figure, that shows constant depths over ground have been reached before the end of the Baird 500-year simulation.

Finally, the 100-year simulated storm comes close but does not impact the site: Table 8-6 shows only small wet areas (<250 m²) with insignificant (~0) water depth even at the worst of that storm, that is not visible at the scale of the map in Figure 8-13. Figure 8-13 shows water depth remaining over ground at the end of the Baird 100-year and 500-year storm simulations, as well as the coincident water level. As with the Integral 500-year storm, water is seen left behind and deepest in the containment zones in the Baird 500-year storm (top panel), but at distinct water elevations due to the better resolved individual containment zone's berms (bottom panel). At the end of these simulated storms, more of the floodplain remains wet for the 500-year storm.

Table 8-5. Surge water volumes remaining in containment at the end of each Baird storm model simulation.

| Metric | Storm | Containment Area 1 | Containment Areas 2 and 3 | Tertiary Containment | Total |
|---|---|---|---|---|---|
| Wetted Area (m²) | 100-year | 24.2 | 12.1 | 31,615.7 | 31,652.1 |
| | 500-year | 9,114.3 | 52,713.9 | 102,604.2 | 164,432.4 |
| Water Volume (m³) | 100-year | 0.0 | 0.0 | 6,396.1 | 6,396.1 |
| | 500-year | 11,101.1 | 68,195.8 | 93,469.2 | 172,766.1 |

Table 8-6. Surge water volumes over each containment zone at the peak of each Baird storm model simulation.

| Metric | Storm | Containment Area 1 | Containment Areas 2 and 3 | Tertiary Containment | Total |
|---|---|---|---|---|---|
| Wetted Area (m²) | 100-year | 223.1 | 255.7 | 51,856.5 | 52,335.3 |
| | 500-year | 9,648.4 | 54,823.1 | 103,928.9 | 168,400.4 |
| Water Volume (m³) | 100-year | 0.0 | 0.0 | 9,215.5 | 9,215.5 |
| | 500-year | 22,011.6 | 124,592.5 | 216,653.9 | 363,258.0 |

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix C**
**June 23, 2025**



Figure 8-13. Water depth over ground (Top; ft) and Water level (Bottom; ft NAVD88) at the end of the Baird 100-year (left) and 500-year (right) storms.

## 8.4 COMPARISON OF INTEGRAL AND BAIRD STORM SURGE MODELS

In this section similarities and differences between the Integral and Baird modeling approaches and results are discussed.

The hydrodynamic models used by both Integral (Delft3D Flexible Mesh; Lesser et al., 2004 and Deltares, 2021) and Baird (Telemac-Maskaret; Hervouet 2007 and EDF R&D, 2021a) are state-of-the-art and were run in a two-dimensional, depth-integrated mode, capable of capturing the interaction of depth-integrated currents with storm tides. The Baird model grid (mesh) was more expansive, covering a much larger domain than the Integral grid, which was local to New Haven Harbor. The latter being local, was only forced with storm surge and tide at its open water boundary just outside of New Haven Harbor, and average river flows from the Mill and Quinnipiac Rivers. The former being regional, was more comprehensively forced with surface wind and pressure as well as tide over its expansive domain. Baird also included upstream discharges from the Mill and Quinnipiac Rivers, although used 20-year recurrence interval discharges (5% AEP discharge) rather than average. The Baird modeling system also included a spectral wave module (Tomawac; Benoit et al., 1996 and EDF R&D, 2021b) and the effect of wind waves (specifically, wave radiation) on currents, although not vice versa. The resolution of both models increased toward the New Haven Terminal site, capturing the general overland topographic gradients. The Baird grid had higher fidelity in the area of interest and better captured individual berm heights and other overland features. Neither of the two models appear to have made use of the latest available USGS 3DEP DEM, relying on older vetted datasets instead.

Both Baird and Integral simulated 100-year and 500-year storms. The strategy for creating representative 100-year and 500-year flood events with each of the two models had a similar basis: Both Baird and Integral targeted matching the respective 1% and 0.2% AEP peak water level calculated by NACCS at Save Point 271 at its 50% confidence limit (Figure 8-14). All simulations considered here matched the respective AEP peak water levels within a few cm at that station.

Both Baird and Integral simulated 100-year and 500-year storms, but the actual storm progressions they chose to simulate were not the same. Integral forced their model with a synthetic hydrograph based on Hurricane Sandy's storm surge, a historic storm for the region, observed at the NOAA National Ocean Service station in New Haven. Sandy was a very large and slow storm for a Hurricane, called a hybrid storm, that caused water levels to continuously rise for over 12 hours and stay high for longer (e.g., see Figure 8-7), as compared to the usual 6-hour rise of the regional semidiurnal tide that may or may not coincide with the storm surge peak (e.g., compare to the 500-year Baird storm hydrograph in Figure 8-12). Integral scaled Sandy's observed storm surge so that the storm tide of the synthetic hydrograph peaked at the target NACCS water level AEPs. On the other hand, Baird chose to simulate two synthetic Hurricanes drawn from the NACCS database of synthetic storms that can create the same target NACCS water level AEPs: NACCS Storm 369 to represent the 100-year expected value, and NACCS Storm 367 to represent the 500-year expected value (Figure 8-15). Based on the Baird report "these storms were selected because their desired NACCS return period water level is near the middle of the range of peak water levels" when tidal phase is considered.

The two NACCS storms simulated by Baird are two samples taken from a total of 1050 synthetic tropical storms (hurricanes) running along 130 distinct tracks simulated by NACCS. For each of these 1050 simulated storms and their resulting storm surges, NACCS considered coincidence with 96 random tides in post-processing, resulting in 100,800 synthetic hurricane storm tide hydrographs and peaks considered per save point location in the statistical analysis that resulted in the AEPs. Historic Nor'easters (Extra-tropical storms) were also simulated and included in the analysis. Processing of NACCS data shows that 58 (18) of the 1050 synthetic tropical storms, running along 25 (10) of the 130 distinct tracks, can generate 100-year (500-year) water levels at SP271, if they coincide with the right tidal phase (Figure 8-16). In fact, due to the significant tidal range in the region, 6 distinct NACCS storms can create 100-year, 500-year, or 1000-year AEP peak water levels at SP271 depending on the phase of the


**TETRA TECH**

100-WTR-T44521

astronomical tide with which they may coincide. Note also that the NACCS-simulated tropical storms are just a subset of possible tropical storms.

Even though,

- the models and modeling methods used by Baird and Integral were different,

- the two synthetic NACCS samples Baird used and the two synthetic hydrographs Integral created are just a small sample of the possible storm tide progressions that can result in the 1% (100-year) or 0.2% (500-year) AEP water levels near the site, and

- the AEPs themselves exhibit some spatial variation near the site,

the results of the independent hydrodynamic simulations reviewed here generate some important conclusions:

1) Assuming, as done in the modeling, structural integrity of berms and topographic features and no bypassing of water across watersheds by means other than overland flow over topography, designed (secondary) and topographic ("tertiary") containment may retain significant portions of the storm surge water that enters the site and, in the event of a spill, the waterborne pollutants that can disperse within it.

2) For the 100-year and even 500-year AEP water levels considered here, the containment of surge water described in (1) is complete in the first few hours post water level peak.

Coincident rainfall may reduce the capacity of such containment commensurably.







Figure 8-14. The 1% ("100-year"; top) and 0.2% ("500-year"; bottom) Annual Exceedance Propabilities (Expected Value, i.e., the 50% confidence level, ft above NAVD88) at NACCS save point locations nearest to the site.





Figure 8-15. Track (shown, ID=12), Central Pressure Deficit (CPD, hPa), Heading (Hdg, degrees CW from North), Radius of Maximum Winds (Rmax, km), and forward speed (Vf, km/hr) of the 100-year (Storm 369) and 500-year (Storm 367) selected by Baird for simulation.





Figure 8-16. Subset of the 130 synthetic hurricane tracks considered in NACCS that can generate the 100-year (top) or 500-year (bottom) AEP water levels at SP271, depending on the tidal phase with which peak surge coincided. A part of each of each of the 130 tracks is shown organized in three subregions, highlighting the AEP-generating tracks.

## 8.5 REFERENCES

Benoit, M., Marcos, F., and Becq, F. (1996). *Development of a third-generation ocean wave model at EDF*. Proceedings of the 25th International Conference on Coastal Engineering (ICCE), ASCE, 465–478. https://doi.org/10.1061/9780784402429.035

Deltares (2021). *Delft3D Flexible Mesh Suite – User Manual: Hydro Module*, version 2021.03. Report No. 1220111, Deltares, Delft, The Netherlands. Available at: https://content.oss.deltares.nl/delft3dfm

EDF R&D (2021a). TELEMAC-MASCARET System Documentation – Theoretical Manual. Release 8.2, EDF R&D, Chatou, France. Available at: https://www.opentelemac.org

EDF R&D (2021b). TOMAWAC – Theoretical Manual. Release 8.2, EDF R&D, Chatou, France. Available at: https://www.opentelemac.org

Hervouet, J.-M. (2007). *Hydrodynamics of Free Surface Flows: Modelling with the Finite Element Method*. Wiley, 360 pp. ISBN: 978-0-470-03078-2

Lesser, G. R., Roelvink, J. A., van Kester, J. A. T. M., & Stelling, G. S. (2004). *Development and validation of a three-dimensional morphological model*. Coastal Engineering, 51(8–9), 883–915. https://doi.org/10.1016/j.coastaleng.2004.07.014

Nairn, Robert. (2025). Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk, Shell Oil Terminal - New Haven, Connecticut. Prepared for Conservation Law Foundation, Montpelier, VT. Prepared by W.F. Baird & Associates Ltd., Report 13611.303.R1.Rev0, April 30, 2025. [2025.05.01 Expert Report of Robert Nairn.pdf]

USACE (2015). *North Atlantic Coast Comprehensive Study: Resilient Adaptation to Increasing Risk*. U.S. Army Corps of Engineers, January 2015. 375 pp. Available at: https://www.nad.usace.army.mil/NACCS. Accessed: June 2025.

USGS (2021). Metadata for USGS_1M_18_x67y458_CT_Statewide_C16 3DEP DEM. Available at: https://rockyweb.usgs.gov/vdelivery/Datasets/Staged/Elevation/1m/Projects/CT_Statewide_C16/metadata/USGS_1M_18_x67y458_CT_Statewide_C16.xml. Accessed: June 2025.

# Appendix D. Oil Spill Modeling – New Haven Terminal Estuarine Hydrodynamic Modeling with HYDROMAP

100-WTR-T44525
June 2025

## PREPARED FOR

King & Spalding LLP

1180 Peachtree Street, NE, Suite 1600

Atlanta, GA 30309

Attention:

Douglas A. Henderson

**Prepared by:**

Deborah French-McCay, Matthew Frediani, Jenna Ducharme, Jeremy Fontenault, Mahmud Monim, Nickitas Georgas, Emily Day, Nicholas Baccari, Dan Codiga, and Matthew Murphy

## DRAFT EXPERT REPORT BY

Deborah French-McCay, PhD
RPS Ocean Sciences, Tetra Tech
55 Village Square Dr
South Kingstown, RI 02879

**E:** Debbie.McCay@tetratech.com

**T:** 401-742-1395

**Restriction on Disclosure and Use of Data**

*This report was prepared by Tetra Tech within the terms of its engagement and in direct response to a scope of services. This report is strictly limited to the purpose and the facts and matters stated in it and does not apply directly or indirectly and must not be used for any other application, purpose, use or matter. In preparing the report, Tetra Tech may have relied upon information provided to it at the time by other parties. Tetra Tech accepts no responsibility as to the accuracy or completeness of information provided by those parties at the time of preparing the report. The report does not take into account any changes in information that may have occurred since the publication of the report. If the information relied upon is subsequently determined to be false, inaccurate or incomplete then it is possible that the observations and conclusions expressed in the report may have changed. Tetra Tech does not warrant the contents of this report and shall not assume any responsibility or liability for loss whatsoever to any third party caused by, related to or arising out of any use or reliance on the report howsoever. No part of this report, its attachments or appendices may be reproduced by any process without the written consent of Tetra Tech. All enquiries should be directed to Tetra Tech.*



**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix D**
**June 23, 2025**

## TABLE OF CONTENTS

**9.0 APPENDIX D. ESTUARINE HYDRODYNAMIC MODELING WITH HYDROMAP** ..................................................2

9.1 Introduction ...............................................................................................................................2

9.2 HYDROMAP Model ...................................................................................................................2

9.3 HYDROMAP Application to the Study Area .............................................................................2

9.4 Results .......................................................................................................................................5

9.5 References .................................................................................................................................7

## LIST OF TABLES

Table 9-1: The specifics of HYDROMAP Application. ........................................................................3

## LIST OF FIGURES

Figure 9-1. Illustration of the HYDROMAP model grid with bathymetry. ...........................................4
Figure 9-2. Illustration showing flood current pattern in the study area. ...........................................5
Figure 9-3. Illustration showing ebb current pattern in the study area. .............................................6



100-WTR-T44521

# 9.0 APPENDIX D. ESTUARINE HYDRODYNAMIC MODELING WITH HYDROMAP

## 9.1 INTRODUCTION

Hydrodynamic modeling was performed to simulate typical tidal cycles in and around New Haven Harbor, as well as to include flows from Mill River and Quinnipiac River entering New Haven Harbor. The model included spring and neap tidal cycles.

## 9.2 HYDROMAP MODEL

HYDROMAP, developed by RPS, is a globally re-locatable hydrodynamic model (Isaji, et al., 2001a, 2001b) capable of simulating complex circulation patterns due to tidal forcing and fresh water flows quickly and efficiently anywhere on the globe. HYDROMAP employs a novel step-wise-continuous-variable rectangular (SCVR) gridding strategy with up to six levels of resolution. The term step-wise continuous implies that the boundaries between successively smaller and larger grids are managed in a consistent integer step. The advantage of this approach is that large areas of widely differing spatial scales can be addressed within one consistent model application. Grids constructed by the SCVR are still "structured," so that arbitrary locations can be easily located to corresponding computational cells. This mapping facility is particularly advantageous when outputs of the hydrodynamics model propagate to subsequent application programs (e.g., Lagrangian particle transport model) that use another grid or grid structure.

The hydrodynamic model solves the three-dimensional conservation equations in spherical coordinates for water mass, density, and momentum with the Boussinesq and hydrostatic assumptions applied. These equations are solved subject to the following boundary conditions, 1) At land boundaries the normal component of velocity is set to zero. 2) At the open boundaries the sea surface elevation is specified by the dominant tidal constituents, each with its own amplitude and phase from a reference time zone, or as a time series of total surface elevation defined relative to the local surface elevation. 3) At the sea floor a quadratic stress law, based on the local bottom velocity, is used to represent frictional dissipation and a friction coefficient parameterizes the loss rate. The numerical solution methodology follows that of Davies (1977) and Owen (1980). The resulting equations are then solved by a Galerkin weighted residual method in the vertical and by an explicit finite difference algorithm in the horizontal.

## 9.3 HYDROMAP APPLICATION TO THE STUDY AREA

A model grid was developed for the study area with a spatial resolution ranging from 96 to 384 meters, sufficient to resolve shoreline complexity and bathymetric features within the anticipated oil spill impact zone, including New Haven Harbor and central Long Island Sound (Table 9-1). The grid resolution also supports accurate representation of large-scale tidal circulation and riverine flow dynamics.



Table 9-1: The specifics of HYDROMAP Application.

| Name of Dataset | HYDROMAP |
|---|---|
| Owner/Provider | Tetra Tech |
| Bathymetry | BlueTopo |
| Tides | TPXO |
| Horizontal Grid Size | 96m to 384m |
| Model Timestep | 5-second |
| Output Frequency | 30-minute processing |
| River Discharge | Quinnipiac River - https://waterdata.usgs.gov/monitoring-location/01196500/ <br> Mill River - https://waterdata.usgs.gov/monitoring-location/01196620/ |
| Weblink | https://nauticalcharts.noaa.gov/data/bluetopo_specs.html |

The grid was developed for the area off the coast of Southern New England near New Haven Harbor as well as the area adjacent to Long Island. The model grid cells were assigned depth based on the BlueTopo dataset (NOAA Office of Coast Survey, 2025). An illustration of the model grid is shown in Figure 9-1.

The hydrodynamic model simulations were forced with tides, based on the global Oregon State University (OSU) TOPEX/Poseidon Global Inverse Solution TPXO (Egbert and Erofeeva, 2002), which is a global model used for predicting harmonic constituent of ocean tides. The tidal boundary conditions were applied along the open boundaries of the grid (Figure 9-1) and were characterized based on 8 harmonic constituents (M2, S2, N2, K2, K1, O1, P1 and Q1), which comprise the majority of the tidal energy in the area.

Tidal constituent phase and amplitude from OSU TPXO model grid cells were interpolated to the HYDROMAP boundary cells. Both phase and amplitude vary continuously along the boundaries. The phase is the timing at which the maximum elevation from that constituent occurs relative to a base case equilibrium tide and amplitude refers to the height that the water level may be either above or below mean sea level.



Figure 9-1. Illustration of the HYDROMAP model grid with bathymetry.

## 9.4 RESULTS

The HYDROMAP model application was used to generate tidal circulation data for use in the estuarine oil spill model scenarios. The tidal constituents result in variable current speeds due to the timing of individual constituents. In the area of interest, the semi-diurnal constituents dominate the tidal regime which results in reversing currents twice a day.

Snapshots of typical flood and ebb circulation patterns of the combined constituents in the study area are shown in Figure 9-2 and Figure 9-3 respectively. The model predictions show tidal influence in the New Haven harbor with tidal current aligned in north-south orientation.



Figure 9-2. Illustration showing flood current pattern in the study area.



Figure 9-3. Illustration showing ebb current pattern in the study area.

## 9.5 REFERENCES

Davies, A. M. 1977: The numerical solutions of the three-dimensional hydrodynamical equations using a B-spline representation of the vertical current profile. Bottom Turbulence. Proc. 8th liege colloquium on Ocean hydrodynamics. J. C. J. Nihoul. Ed. Elsevier. 27-48.

Egbert, G.D. and Erofeeva, S.Y. 2002. Efficient inverse modeling of barotropic ocean tides. Journal of Atmospheric and Oceanic technology, 19(2), pp.183-204.

Isaji, T. E.. Howlett, C. Dalton and E. Anderson. 2001a. Stepwise- continuous-variable-rectangular grid, in Proceedings of the 7th International Conference on Estuarine and Coastal Modeling, St. Pete Beach, FL, November 5-7, 2001.

Isaji T., E. Howlett, C. Dalton, and E. Anderson. 2001b. Stepwise-Continuous-Variable-Rectangular Grid Hydrodynamic Model, Environment Canada's 24th Arctic and Marine Oilspill (AMOP) Technical Seminar.

NOAA Office of Coast Survey. 2025. BlueTopo – National Bathymetric Source (NBS) product. National Oceanic and Atmospheric Administration. https://www.nauticalcharts.noaa.gov/data/bluetopo.html

Owen, A., 1980: A three-dimensional model of the Bristol Channel. J. Phys. Oceanog. 1987. 10, 1290-1302.


**TETRA TECH**

100-WTR-T44521

# Oil Spill Modeling – New Haven Terminal Appendix E. Geographical Data

100-WTR-T44525
June 2025

## PREPARED FOR

King & Spalding LLP

1180 Peachtree Street, NE, Suite 1600

Atlanta, GA 30309

Attention:

Douglas A. Henderson

**Prepared by:**

Deborah French-McCay, Matthew Frediani, Jenna Ducharme, Jeremy Fontenault, Mahmud Monim, Nickitas Georgas, Emily Day, Nicholas Baccari, Dan Codiga, and Matthew Murphy

## DRAFT EXPERT REPORT BY

Deborah French-McCay, PhD
RPS Ocean Sciences, Tetra Tech
55 Village Square Dr
South Kingstown, RI 02879

**E:** Deborah.McCay@tetratech.com

**T:** 401-742-1395

### Restriction on Disclosure and Use of Data

*This report was prepared by Tetra Tech within the terms of its engagement and in direct response to a scope of services. This report is strictly limited to the purpose and the facts and matters stated in it and does not apply directly or indirectly and must not be used for any other application, purpose, use or matter. In preparing the report, Tetra Tech may have relied upon information provided to it at the time by other parties. Tetra Tech accepts no responsibility as to the accuracy or completeness of information provided by those parties at the time of preparing the report. The report does not take into account any changes in information that may have occurred since the publication of the report. If the information relied upon is subsequently determined to be false, inaccurate or incomplete then it is possible that the observations and conclusions expressed in the report may have changed. Tetra Tech does not warrant the contents of this report and shall not assume any responsibility or liability for loss whatsoever to any third party caused by, related to or arising out of any use or reliance on the report howsoever. No part of this report, its attachments or appendices may be reproduced by any process without the written consent of Tetra Tech. All enquiries should be directed to Tetra Tech.*



**Privileged and Confidential DRAFT**  
**Oil Spill Modeling – New Haven Terminal**

**Appendix E**  
**June 23, 2025**

## TABLE OF CONTENTS

**10.0 APPENDIX E. GEOGRAPHICAL DATA** ................................................................2

10.1 Land-Water Grids for Storm Surge Affected Areas ..........................................2

10.2 Habitat and Land Cover Grid ........................................................................4

10.3 Topographic and Depth Grid.........................................................................10

10.4 References ...............................................................................................13

## LIST OF TABLES

Table 10-1. Dimensions of the Estuarine land-water (habitat and depth) grid and cells used for modeling oil entering the estuary. .......................................................................................4

Table 10-2. Dimensions of the Land grid and cells used for modeling spills on land during the storm surge. ..........5

## LIST OF FIGURES

Figure 10-1. Map of the maximum extent of flood waters for the Integral 100- and 500-year storms. ......................3

Figure 10-2. Map of the estuarine habitat grid in New Haven Harbor. .....................................................8

Figure 10-3. Map of the habitats and land cover in the land grid for the Integral 100-year storm. ...........................9

Figure 10-4 Map of the habitats and land cover in the land grid for the Integral 500-year storm. .........................10

Figure 10-5. Map of the estuarine grid in New Haven Harbor showing water depths.............................................11

Figure 10-6. Map of the "water" areas (wet at some time during the storm surge) of the land grid for the 100-year storm. ......................................................................................12

Figure 10-7. Map of the "water" areas (wet at some time during the storm surge) of the land grid for the 500-year storm. ......................................................................................13


**TETRA TECH**

100-WTR-T44521

## 10.0 APPENDIX E. GEOGRAPHICAL DATA

## 10.1 LAND-WATER GRIDS FOR STORM SURGE AFFECTED AREAS

For geographical reference, SIMAP uses a rectilinear grid to designate the location of the shoreline, the water depth (bathymetry), and the shore or habitat type. The grid is generated from a digital coastline using the ESRI® ArcGIS compatible Spatial Analyst program. The cells are then coded for depth and habitat type. Note that the oil spill model identifies the shoreline and areas of water using this grid. Thus, in model outputs, the coastline map is only used for visual reference; it is the habitat grid that defines the actual location of the shoreline in the model. Simulated oil and its constituents only move in the areas defined as water in this land-water grid.

"Habitat" and "depth" grids define the shoreline, substrate, habitat characteristics, and bathymetry for this land-water grid. While the shoreline (i.e., coastline) limits the movement of oil in the model, oil may strand on the shoreline in what are defined as "fringing" shoreline grid cells but may not move onto land grid cells in the model. Grid cells in marine and estuarine waters that are normally flooded at all stages of the tide are considered subtidal habitats, i.e., always covered with water. Open water areas were defaulted to sand bottom, as open water bottom type has no influence on the model results. Grid cells in the intertidal zone, where the tides move water between low and high tide lines are considered either fringing shoreline intertidal cells or extensive intertidal cells (either wetlands or mud flats) if the width of the intertidal zone exceeds the cell size of the land-water grid.

Habitat and depth grids were first constructed for the normal estuarine environment of Long Island Sound, New Haven Harbor and the tidally influenced rivers (e.g., Mill and Quinnipiac Rivers) entering New Haven Harbor. Inside of New Haven Harbor and the tidally influenced rivers, the various habitat areas are termed "landward" and outside in Long Island Sound, the habitats are termed "seaward" so that model results can be described separately for the two areas. This habitat and depth grid set is termed the "estuarine" land-water grid.

Additional land-water grid sets (of habitat and depth grids) were constructed for the areas that could be flooded by storm surge in the area around the New Haven Terminal. These were termed the "land" grid set. The extents of the wet area (i.e., storm surge water) in the Integral storm surge models (Appendices A, B and C) for the 100- and 500-year storms were used to define the boundary (Figure 10-1). Thus, a different Land (habitat and corresponding depth grid) was constructed for each of the Integral storms modeled. "Fringing" shoreline grid cells were defined at the landward extent of the storm surge for each model storm (i.e., the 100- or 500-year storm). The fringing shoreline cells of the normal shoreline were reassigned to coded types for flooded land, and the terrestrial (land) cells were coded as to the land cover type, i.e. vegetated versus non-vegetated areas. Details are provided in the sections below.





Figure 10-1. Map of the maximum extent of flood waters for the Integral 100- and 500-year storms.

## 10.2 HABITAT AND LAND COVER GRID

An "estuarine" habitat grid containing subtidal and (normally) intertidal habitat types was constructed for the potentially affected area of Long Island Sound, New Haven Harbor and the tidally influenced rivers entering New Haven Harbor. National Oceanic and Atmospheric Administration (NOAA) Environmental Sensitivity Index (ESI) datasets (NOAA, 2012) provided detailed shoreline type data for New Haven Harbor, tidally influenced rivers entering New Haven Harbor, and Long Island Sound. These data were assigned to the normal intertidal zone shoreline of the estuarine grid domain.

For the storm-surge flooded areas surrounding New Haven Harbor, the habitat mapping was specifically defined for each of the storms, as noted above. Land areas that were flooded during the storms were included in the habitat grid. In areas where storm surge water flooded the land, the habitat grid cells were typed to define vegetated versus hardscape (e.g., roads, parking lots, areas within containment berms) areas. Land cover data were obtained from the NOAA Coastal Change Analysis Program (C-CAP), which, in Connecticut, is land cover information derived based on 2016 aerial imagery, at 1m resolution (NLCD is 30m resolution). Buildings and other tall structures were coded as "land" with "intertidal artificial shorelines" at the edge of the storm surge water. The landward extent of the storm surge for each Integral model storm (i.e., the 100- or 500-year storm) was designated as a fringing cell type (as if shoreline) so that any oil reaching those edges could be quantified.

The habitat grid locations, dimensions and cell sizes are defined as in Table 10-1 and Table 10-2. Figure 10-2 shows the estuarine habitat grid. Figure 10-3 and Figure 10-4 show the land "habitat" grids used for modeling oil releases on land during the 100-year storm and 500-year storms, respectively.

Table 10-1. Dimensions of the Estuarine land-water (habitat and depth) grid and cells used for modeling oil entering the estuary.

| Habitat Grid Dimensions | Value |
|---|---|
| Grid W edge (° longitude) | -73.098000 |
| Grid S edge (° latitude) | 40.893002 |
| Cell size (° longitude) | 0.000112 |
| Cell size (° latitude) | 0.000112 |
| Cell size (m) west-east | 9.46 |
| Cell size (m) south-north | 12.52 |
| # cells west-east | 4500 |
| # cells south-north | 4351 |
| Water cell area (m$^2$) | 118.4503 |
| Shore cell length (m) | 10.88 |

Table 10-2. Dimensions of the Land grid and cells used for modeling spills on land during the storm surge.

| Habitat Grid Dimensions | Value |
|---|---|
| Grid W edge (° longitude) | -72.906166 |
| Grid S edge (° latitude) | 41.282959 |
| Cell size (° longitude) | 0.000112 |
| Cell size (° latitude) | 0.000112 |
| Cell size (m) west-east | 9.41 |
| Cell size (m) south-north | 12.52 |
| # cells west-east | 99 |
| # cells south-north | 72 |
| Water cell area (m²) | 117.7494 |
| Shore cell length (m) | 10.85 |

The following categories were used for coding cells by habitat type. The designation of "seaward" versus "landward" allows for tabulation of model results for similar land cover in more exposed areas of Long Island Sound versus in more sheltered inland waters (i.e., New Haven Harbor and associated tidal streams) for the subtidal and intertidal areas.

- Estuarine Grid
  - Subtidal areas
    - Estuarine waters outside New Haven Harbor (coded as Seaward Subtidal Sand)
    - Subtidal areas in New Haven Harbor, south of the I95 bridge (coded as Landward Subtidal Sand)
    - Rivers and streams connected to New Haven Harbor (coded as Landward Subtidal Silt-mud)
  - Intertidal areas
    - Intertidal wetlands in New Haven Harbor (and up streams)
      - Landcover types included (if they occur in the gridded domain):
        - 17 Estuarine Scrub/Shrub Wetland
        - 18 Estuarine Emergent Wetland
      - Extensive areas = Landward Extensive Wetland



- Fringe (along terrestrial areas) = Landward Fringing Wetland
  - Intertidal mud flats in New Haven Harbor (and up streams)
    - Extensive areas = Landward Extensive Silt-Mud
    - Fringe (along terrestrial areas) = Landward Fringing Silt-Mud
  - Intertidal wetlands outside New Haven Harbor
    - Extensive areas = Seaward Extensive Wetland
    - Fringe (along terrestrial areas) = Seaward Fringing Wetland
  - Intertidal mud flats outside New Haven Harbor = Seaward Subtidal Silt-Mud
    - Extensive areas = Seaward Extensive Silt-Mud
    - Fringe (along terrestrial areas) = Seaward Fringing Silt-Mud
  - Shoreline habitats in New Haven Harbor (and up streams)
    - Landward Rocky Shore
    - Landward Gravel Beach
    - Landward Sand Beach
    - Landward Artificial Shoreline
  - Shoreline habitats outside New Haven Harbor
    - Seaward Rocky Shore
    - Seaward Gravel Beach
    - Seaward Sand Beach
    - Seaward Artificial Shoreline

- Land Grid
  - Vegetated (coded as "Vegetated")
    - 7 Pasture/Hay
    - 8 Grassland
    - 12 Scrub/Shrub
    - 5 Developed Open Space
    - 11 Mixed Forest
    - 13 Palustrine Forested Wetland
    - 14 Palustrine Scrub/Shrub Wetland
    - 15 Palustrine Emergent Wetland
    - 22 Palustrine Aquatic Bed



- o Non-vegetated (coded as "Subtidal Rock Bottom")

  - 2 Impervious Developed
  - 19 Unconsolidated Shore
  - 20 Bare Land

- o Buildings/Tanks (coded as "land", along with land not flooded)

- o "High-water edge of storm surge (east side)"

- o Boundary of the Land grid still wet at end of Integral model simulation

  - Forested at grid boundary – "Edge of model grid, forested"

  - Grass areas at grid boundary – "Edge of model grid, grass"

  - Hardscape at grid boundary – "Edge of model grid, hardscape"

- o New Haven Harbor subtidal water (coded as "Subtidal Sand Bottom")

Note that these "habitat" designations are designed simply to track the oil that moves to each of the location types. Areal concentration maps are provided with the results of this work.



**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix E**
**June 23, 2025**



Figure 10-2. Map of the estuarine habitat grid in New Haven Harbor.



Figure 10-3. Map of the habitats and land cover in the land grid for the Integral 100-year storm.



Figure 10-4 Map of the habitats and land cover in the land grid for the Integral 500-year storm.

## 10.3 TOPOGRAPHIC AND DEPTH GRID

Bathymetry data for the region were obtained from NOAA Office of Coast Survey and National Bathymetric Source program's BlueTopo compilation. These data are a curated collection of best available bathymetric source data that cover the seafloor and navigational lakes nationwide. Primary sources of bathymetry include NOAA and U.S. Army Corps of Engineers hydrographic surveys and topographic bathymetric (topo-bathy) lidar (light detection and ranging) data. Data submitted through the NOAA Office of Coast Survey's external source data process are also included, with gaps in deep water filled through Global Multi-Resolution Topography. Different vertical datums and file formats are made available. Data are updated based on a tile scheme on a monthly basis, where new data is available. Metadata specific to each tile is available, including the tile delivery date, resolution, survey start and end date, source information, and more. A subset of the BlueTopo compilation was extracted for this study region in April 2025 and used to generate the depth grid used as input to the oil spill model. The horizontal resolution of the extracted data for this region was 4 meters. The gridding methods and the data sources are described in user guides and technical documents available at the BlueTopo information page (https://nauticalcharts.noaa.gov/data/bluetopo.html).

For the purposes of oil spill modeling, the water depths in the terrestrial flooded areas were assumed 0.2 m deep. The SIMAP model is not set up to vary water depth in time with the storm surge. However, the objective of the oil spill modeling on land was to determine the horizontal movements of oil from hypothetical spill sites and the weathering of oil over the land surface. In the model, floating and stranded oil weathers according to surface area in contact with the air and is not affected by water depth in flooded areas. Further, oil entrained in the water weathers at the same rate regardless of its depth in the water column. Thus, resolving the changing water depths over the land was not needed for the analysis. The depth grids used for modeling are shown in Figure 10-5, Figure 10-6, and Figure 10-7.



Figure 10-5. Map of the estuarine grid in New Haven Harbor showing water depths.



Figure 10-6. Map of the "water" areas (wet at some time during the storm surge) of the land grid for the 100-year storm.

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix E**
**June 23, 2025**



Figure 10-7. Map of the "water" areas (wet at some time during the storm surge) of the land grid for the 500-year storm.

# 10.4 REFERENCES

National Oceanic and Atmospheric Administration (NOAA). 2012. Environmental Sensitivity Index (ESI) Maps. U.S. Department of Commerce, Office of Response and Restoration [http://response.restoration.noaa.gov/esi].

National Oceanic and Atmospheric Administration, 2020. Coastal Change Analysis Program (C-CAP) Land Cover for Connecticut 2016. Access from https://maps.cteco.uconn.edu/projects/landcover/ct-highres/ . Downloaded on 4/28/2025.

National Oceanic and Atmospheric Administration (NOAA) National Bathymetric Source Data. Access from https://registry.opendata.aws/noaa-bathymetry. Downloaded on 4/17/2025.

# Oil Spill Modeling – New Haven Terminal Appendix F. SIMAP Model Description, Oils Handled at Facility, Oil Property Data and Toxicity Thresholds

100-WTR-T44525
June 2025

## PREPARED FOR

King & Spalding LLP

1180 Peachtree Street, NE, Suite 1600

Atlanta, GA 30309

Attention:

Douglas A. Henderson

## DRAFT EXPERT REPORT BY

Deborah French-McCay, PhD
RPS Ocean Sciences, Tetra Tech Inc.
55 Village Square Dr
South Kingstown, RI 02879

**E:** Deborah.McCay@tetratech.com

**T:** 401-742-1395

**Prepared by:**

Deborah French-McCay, Matthew Frediani, Jenna Ducharme, Jeremy Fontenault, Mahmud Monim, Nickitas Georgas, Emily Day, Nicholas Baccari, Dan Codiga, and Matthew Murphy

**Restriction on Disclosure and Use of Data**

*This report was prepared by Tetra Tech within the terms of its engagement and in direct response to a scope of services. This report is strictly limited to the purpose and the facts and matters stated in it and does not apply directly or indirectly and must not be used for any other application, purpose, use or matter. In preparing the report, Tetra Tech may have relied upon information provided to it at the time by other parties. Tetra Tech accepts no responsibility as to the accuracy or completeness of information provided by those parties at the time of preparing the report. The report does not take into account any changes in information that may have occurred since the publication of the report. If the information relied upon is subsequently determined to be false, inaccurate or incomplete then it is possible that the observations and conclusions expressed in the report may have changed. Tetra Tech does not warrant the contents of this report and shall not assume any responsibility or liability for loss whatsoever to any third party caused by, related to or arising out of any use or reliance on the report howsoever. No part of this report, its attachments or appendices may be reproduced by any process without the written consent of Tetra Tech. All enquiries should be directed to Tetra Tech.*



## TABLE OF CONTENTS

**11.0 APPENDIX F. SIMAP MODEL DESCRIPTION, OILS HANDLED AT FACILITY AND OIL PROPERTIES ....3**

11.1 SIMAP Model ...............................................................................................................3

    11.1.1 Trajectory and Fate Model.....................................................................................3

    11.1.2 Exposure Model and Outputs .............................................................................. 10

    11.1.3 Thresholds for Potential Effects .......................................................................... 11

11.2 Floating Oil Appearance................................................................................................ 15

11.3 Definitions of Oil Properties Used for Modeling ............................................................ 16

11.4 Properties of Oils Handled at the New Haven Terminal ................................................ 17

11.5 Oil Properties Used for Modeling in Estuarine Waters .................................................. 19

    11.5.1 Oil Properties Used for Modeling Gasoline ......................................................... 19

    11.5.2 Oil Properties Used for Modeling Aviation Fuel Oil .............................................. 21

    11.5.3 Oil Properties Used for Modeling Diesel Fuel Oil ................................................. 23

    11.5.4 Oil Properties Used for Modeling No.2 Fuel Oil ................................................... 25

11.6 References .................................................................................................................... 27



**Privileged and Confidential DRAFT**                                          **Appendix F**
**Oil Spill Modeling – New Haven Terminal**                                    **June 23, 2025**

## LIST OF FIGURES

Figure 11-1. Simulated oil fates processes in open water.................................................................6
Figure 11-2. Simulated oil fates processes at the shoreline.............................................................7

## LIST OF TABLES

Table 11-1. Pseudo-components modeled in the SIMAP oil fates model. (Boiling point ranges apply to both AL and AR compounds. ....................................................................................................................5

Table 11-2. Lethal effects levels for species of 5th percentile sensitivity for pseudo-components modeled with SIMAP.................................................................................................................. 14

Table 11-3. The Bonn Agreement Oil Appearance Code (BAOAC; Bonn Agreement, 2009, 2011). ..................... 15

Table 11-4. Composition of gasoline handled at the New Haven Terminal (NHT). ............................................... 17

Table 11-5. Composition of aviation fuel handled at the New Haven Terminal (NHT). ......................................... 18

Table 11-6. Composition of diesel fuel handled at the New Haven Terminal (NHT). ............................................ 18

Table 11-7. Model inputs for physical-chemical properties of gasoline.................................................................. 19

Table 11-8. Fractional composition of gasoline by pseudo-component group of soluble and semi-soluble components. Measured concentrations were summed by pseudo-component group.......................................... 20

Table 11-9. Fractional composition of gasoline by pseudo-component group of insoluble components. Measured concentrations of soluble components were subtracted from total volatiles in the same boiling curve cuts to calculate the AL component concentrations.................................................................................................. 20

Table 11-10. Model inputs for physical-chemical properties of aviation fuel.......................................................... 21

Table 11-11. Fractional composition of aviation fuel by pseudo-component group of soluble and semi-soluble components. Measured concentrations were summed by pseudo-component group.......................................... 22

Table 11-12. Fractional composition of aviation fuel by pseudo-component group of insoluble components. Measured concentrations of soluble components were subtracted from total volatiles in the same boiling curve cuts to calculate the AL component concentrations. ............................................................................... 22

Table 11-13. Model inputs for physical-chemical properties of diesel fuel oil. ...................................................... 23

Table 11-14. Fractional composition of diesel fuel oil by pseudo-component group of soluble and semi-soluble components. Measured concentrations were summed by pseudo-component group.......................................... 24

Table 11-15. Fractional composition of diesel fuel oil by pseudo-component group of insoluble components. Measured concentrations of soluble components were subtracted from total volatiles in the same boiling curve cuts to calculate the AL component concentrations. ............................................................................... 24

Table 11-16. Model inputs for physical-chemical properties of No.2 fuel oil. ........................................................ 25

Table 11-17. Fractional composition of No.2 fuel oil by pseudo-component group of soluble and semi-soluble components. Measured concentrations were summed by pseudo-component group.......................................... 26

Table 11-18. Fractional composition of No.2 fuel oil by pseudo-component group of insoluble components. Measured concentrations of soluble components were subtracted from total volatiles in the same boiling curve cuts to calculate the AL component concentrations. ............................................................................... 26

**TETRA TECH**                                          2                                          100-WTR-T44521

## 11.0 APPENDIX F. SIMAP MODEL DESCRIPTION, OILS HANDLED AT FACILITY AND OIL PROPERTIES

## 11.1 SIMAP MODEL

The modeling analysis of oil fate and effects in estuarine and marine waters was performed using the model system SIMAP (Spill Impact Model Analysis Package) developed by Applied Science Associates (ASA), now part of RPS Ocean Science (ROS), a Tetra Tech office. SIMAP originated from the oil fates and biological effects submodels in the Natural Resource Damage Assessment Models for Coastal and Marine Environments (NRDAM/CME) and Great Lakes Environments (NRDAM/GLE), which ASA developed in the early 1990s for the U.S. Department of the Interior for use in "type A" Natural Resource Damage Assessment (NRDA) regulations under the Comprehensive Environmental Response, Compensation and Liability Act of 1980 (CERCLA). The most recent version of the type A models, the NRDAM/CME (Version 2.4, April 1996) was published as part of the CERCLA type A NRDA Final Rule (Federal Register, May 7, 1996, Vol. 61, No. 89, p. 20559-20614). The technical documentation for the NRDAM/CME is in French et al. (1996). This technical development involved several in-depth peer reviews, as described in the Final Rule.

While the NRDAM/CME and NRDAM/GLE were developed for simplified natural resource damage assessments of small spills in the United States, SIMAP is designed to evaluate fates and effects of both real and hypothetical spills in marine, estuarine and freshwater environments worldwide. Additions and modifications to prepare SIMAP were made to increase model resolution, allow modification and site-specificity of input data, allow incorporation of temporally varying current data, evaluate subsurface releases and movements of subsurface oil, track multiple chemical components of the oil, enable stochastic modeling, and facilitate analysis of results.

Below is a brief description of the SIMAP model. Detailed descriptions of the algorithms and assumptions in the model are in published papers (French-McCay, 2003; 2004; French-McCay et al. 2018a,b, 2021b). The floating oil entrainment model is also described in Li et al. (2017b). SIMAP has been applied to hundreds of actual discharges and compared to observational data from more than 20 of the better-studied spills (French and Rines, 1997; French-McCay 2003, 2004; French-McCay and Rowe 2004; French-McCay et al. 2006, 2013, 2018a,c, 2021a,b,c), as well as test spills designed to verify the model (French et al. 1997). These studies showed that the accuracy of oil trajectories depended on the accuracy of the current and wind data input to the model, and that, given reasonably accurate input data for transport (as evidenced by floating oil trajectory and shoreline oiling distributions as compared to observations), predicted concentrations of oil components in water agreed within an order of magnitude with measurements.

## 11.1.1 Trajectory and Fate Model

The three-dimensional physical fates model estimates distribution (as mass and concentrations) of whole oil and oil components on the water surface, on shorelines, in the water column, and in sediments. Oil fate processes included are oil spreading (gravitational and by shearing), evaporation, transport, randomized dispersion, emulsification, entrainment (natural and facilitated by dispersant), dissolution, volatilization of dissolved hydrocarbons from the surface water, adherence of oil droplets to suspended sediments, adsorption of soluble and sparingly soluble aromatics to suspended sediments, sedimentation, and degradation.

Oil is a mixture of hydrocarbons of varying physical, chemical, and toxicological characteristics. In the model, oil is represented by component categories, and the fate of each component is tracked separately. The "pseudo-component" approach (Payne et al., 1984; 1987; French et al., 1996; Jones, 1997; Lehr et al., 2000) is used, where chemicals in the oil mixture are grouped by physical-chemical properties, and the resulting component category behaves as if it were a single chemical with characteristics typical of the chemical group.


**TETRA TECH**

100-WTR-T44521

**Privileged and Confidential DRAFT**  
**Oil Spill Modeling – New Haven Terminal**

**Appendix F**  
**June 23, 2025**

The most toxic components of oil to aquatic organisms are low molecular weight aromatic compounds (monoaromatic and polycyclic aromatic compounds, MAHs and polycyclic aromatic compounds, PACs; PACs include polycyclic aromatic hydrocarbons, PAHs), which are both volatile and soluble in water. Their acute toxic effects are related to the octanol-water partition coefficient ($K_{ow}$), a measure of hydrophobicity. The more hydrophobic the compound, the more toxic it is likely to be. However, as $K_{ow}$ increases, the compound also becomes less soluble in water, and so there is less exposure to aquatic organisms. The toxicity of compounds having $\log(K_{ow})$ values greater than about 6 is limited by their very low solubility in water, and consequent low bioavailability to aquatic biota (French-McCay, 2002, Di Toro et al., 2000; McGrath et al. 2005, 2018, 2021; McGrath and Di Toro 2009). Thus, the potential for acute effects is the result of a balance between bioavailability (exposure), toxicity once exposed, and duration of exposure. French-McCay (2002) contains a full description of the oil toxicity model in SIMAP, and French-McCay (2002, 2003) describes the implementation of the toxicity model in SIMAP.

Because of these considerations, the SIMAP fates model focuses on tracking the lower molecular weight components divided into chemical groups (pseudo-components) based on volatility, solubility, and hydrophobicity. In the model, the oil is treated as comprised by the pseudo-components defined in Table 11-1. All pseudo-components but the non-volatile residual evaporate at rates specific to the pseudo-component. Solubility is strongly correlated with volatility, and the solubility of aromatics is higher than aliphatics of the same volatility. The MAHs are the most soluble, the 2-ring PACs are less soluble, and the 3-ring PACs slightly soluble (Mackay et al., 1992a). Both the solubility and toxicity of the non-aromatic hydrocarbons are much less than for the aromatics, and dissolution (and water concentrations) of most non-aromatics is safely ignored. Thus, dissolved concentrations are calculated only for each of the soluble "AR" pseudo-components. This number of components provides sufficient accuracy for the evaporation and dissolution calculations, particularly given the time frame (minutes) over which dissolution occurs from small droplets and the rapid resurfacing of large droplets.

The soluble and semi-soluble pseudo-components dissolve from the whole oil and are partitioned in the water column and sediments according to equilibrium partitioning theory (French et al., 1996; French-McCay, 2003, 2004). The residual fractions in the model are composed of non-volatile and insoluble compounds that remain in the "whole oil" that spreads, is transported on the water surface, strands on shorelines, and disperses into the water column as oil droplets or remains on the surface as tar balls. This is the fraction that composes black oil, mousse, and sheen.


**TETRA TECH**

100-WTR-T44521

**Privileged and Confidential DRAFT**                    **Appendix F**
**Oil Spill Modeling – New Haven Terminal**                    **June 23, 2025**

Table 11-1. Pseudo-components modeled in the SIMAP oil fates model. (Boiling point ranges apply to both AL and AR compounds.

| AR or AL Component # | All HCs | S/SS-HCs (AR) Pseudo-Components | | Non-soluble Aliphatic (AL) Pseudo-Components | |
|---|---|---|---|---|---|
| | **Volatility** | **Compounds** | **Range of log($K_{ow}$)** | **Compounds** | **Boiling Point Range (ºC)** |
| 1 | Volatiles | BTEX and styrene[1] | 2.2 – 3.35 | Volatile aliphatics | 20-150 |
| 2 | | C3-benzenes | 3.35 – 3.8 | Volatile aliphatics | 150-180 |
| 3 | Intermediate Volatility | C4-benzenes | 3.8 – 4.1 | Semi-volatile aliphatics | 180-200 |
| 4 | | Decalins | 4.2 – 6.0 | Semi-volatile aliphatics | 200-230 |
| 5 | | C0-C2 Naphthalenes | 3.1 – 4.7 | Semi-volatile aliphatics | 230-280 |
| 6 | Semi-Volatile | C3-C4 Naphthalenes | 4.3 – 5.3 | Low volatility aliphatics | 280 - 300 |
| 7 | | Fluorenes & C0-C1 3-ring PACs[2] | 4.2 – 5.7 | Low volatility aliphatics | 300-350 |
| 8 | | 4-ring PAHs & C2-C3 3-ring PACs[2] | 5.2 – 5.9 | Low volatility aliphatics | 350-380 |
| 9 | Highly Volatile and Soluble Aliphatics | Low MW Alkanes, Isoalkanes, Cycloalkanes | 2.5 – 5.7 | (Used for Dispersant Indicator) | 20-180 |
| Residual | Residual (non-volatile) | High MW PACs | >6.0 | High molecular weight aliphatics | >380 |

[1] Includes BTEX (benzene, toluene, ethylbenzene, xylenes) and styrene

[2]PAC: polycyclic aromatic compounds, which include polycyclic aromatic hydrocarbons (PAHs) and other related compounds.

 **TETRA TECH**

100-WTR-T44521

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix F**
**June 23, 2025**

The schematic in Figure 11-1 depicts oil fates processes simulated in open water conditions, while the schematic in Figure 11-2 depicts oil fates processes that are simulated at and near the shoreline. Because oil contains many chemicals with varying physical-chemical properties, and the environment is spatially and temporally variable, the oil rapidly separates into different phases or parts of the environment:

- Surface oil

- Emulsified oil (mousse) and tar balls

- Oil droplets suspended in the water column

- Oil adhering to suspended particulate matter in the water

- Dissolved lower molecular weight components (MAHs, PACs, and other soluble components) in the water column

- Oil on and in the sediments

- Dissolved lower molecular weight components (MAHs, PACs, and other soluble components) in the sediment pore water

- Oil on and in the shoreline sediments and surfaces



Figure 11-1. Simulated oil fates processes in open water.

 **TETRA TECH**

6

100-WTR-T44521



Figure 11-2. Simulated oil fates processes at the shoreline.

The schematics in Figures 11-1 and 11-2 represent oil fates processes that are simulated in the model:

- Spreading is the thinning and broadening of surface slicks caused by gravitational forces and surface tension. This occurs rapidly after oil is spilled on the water surface. The rate of spreading is faster if oil viscosity is lower. Viscosity decreases as temperature increases. Viscosity increases as oil emulsifies.

- Transport is the process where oil is carried by currents.

- Turbulent dispersion: Typically, there are also "sub-scale" currents (not included in the current data), better known as turbulence that move oil and mix it both in three dimensions. The process by which turbulence mixes and spreads oil components on the water surface and in the water is called turbulent dispersion.

- Evaporation is the process where volatile components of the oil diffuse from the oil and enter the gaseous phase (atmosphere). Evaporation from surface and shoreline oil increases as the oil surface area, temperature, and wind speed increase. As lighter components evaporate off, the remaining "weathered" oil becomes more viscous.

- Emulsification is the process where water is mixed into the oil, such that the oil makes a matrix with embedded water droplets. The resulting mixture is commonly called mousse. It is technically referred to



100-WTR-T44521

as a water-in-oil emulsion. The rate of emulsification increases with increasing wind speed and turbulence on the surface of the water. Viscosity increases as oil emulsifies.

- Entrainment is the process where waves break over surface oil and carry it as droplets into the water column. At higher wind speeds, or where currents and bottom roughness induce turbulence, wave heights may reach a threshold where they break. In open waters, waves break beginning at about 12 knots of wind speed and wave breaking increases as wind speed becomes higher. Thus, entrainment becomes increasingly important (higher rate of mass transfer to the water) the higher the wind speed. As turbulence from whatever source increases, the oil droplet sizes become smaller. Application of chemical dispersant increases the entrainment rate of oil and decreases droplet size at a given level of turbulence. Entrainment rate is slower, and droplet size is larger, as oil viscosity increases (by emulsification and evaporation loss of lighter volatile components). The droplet size determines how fast and whether the oil resurfaces.

- Resurfacing of entrained oil rapidly occurs for larger oil droplets. Smaller droplets resurface when the wave turbulence decreases. The smallest droplets do not resurface, as typical turbulence levels in the water keep them in suspension indefinitely. Local winds at the water surface can also prevent oil from surfacing. Resurfaced oil typically forms sheens. In open water where currents are relatively slow, surface slicks are usually blown down wind faster than the underlying water, resurfacing droplets come up behind the leading edge of the oil, effectively spreading the slicks in the down-wind direction.

- Dissolution is the process where water-soluble components diffuse out of the oil into the water. Dissolution rate increases the higher the surface area of the oil relative to its volume. As the surface area to volume ratio is higher for smaller spherical droplets, the smaller the droplets the higher the dissolution rate. The higher the wave turbulence, the smaller the droplets of entrained oil. Dissolution from entrained small droplets is much faster than from surface slicks in the shape of flat plates. The soluble components are also volatile, and evaporation from surface slicks is faster than dissolution into the underlying water. Thus, the processes of evaporation and dissolution are competitive, with evaporation the dominant process for surface oil.

- Volatilization of dissolved components from the water to the atmosphere occurs as they are mixed and diffuse to the water surface boundary and enter the gas phase. Volatilization rate increase with increasing air and water temperature.

- Adsorption of dissolved components to particulate matter in the water occurs because the soluble components are only sparingly so. These compounds (MAHs and PACs) preferentially adsorb to particulates when the latter are present. The higher the concentration of suspended particulates, the more adsorption. Also, the higher the molecular weight of the compound, the less soluble, and the more the compound adsorbs to particulate matter.

- Adherence is the process where oil droplets combine with particles in the water. If the particles are suspended sediments, the combined oil/suspended sediment agglomerate is heavier than the oil itself and heavier than the water. If turbulence subsides sufficiently, the oil-sediment agglomerates will settle.

- Sedimentation (settling) is the process where oil-sediment agglomerates and particles with adsorbed sparingly soluble components (MAHs and PACs) settle to the bottom sediments. Adherence and sedimentation can be an important pathway of oil in near shore areas when waves are strong and subsequently subside. Generally, oil-sediment agglomerates transfer more PAC to the bottom than sediments with PACs that were adsorbed from the dissolved phase in the water column.

- Resuspension of settled oil-sediment particles and particles with adsorbed sparingly soluble components (MAHs and PACs) may occur if current speeds and turbulence exceed threshold values where cohesive forces can be overcome.



100-WTR-T44521

**Privileged and Confidential DRAFT**    **Appendix F**
**Oil Spill Modeling – New Haven Terminal**    **June 23, 2025**

- Diffusion is the process where dissolved compounds move from higher to lower concentration areas by random motion of molecules and micro-scale turbulence. Dissolved components in bottom and shoreline sediments can diffuse out to the water where concentrations are relatively low. Bioturbation, groundwater discharge and hyporheic flow of water through stream-bed sediments can greatly increase the rate of diffusion from sediments (see below).

- Dilution occurs when water of lower concentration is mixed into water with higher concentration by turbulence, currents, or shoreline groundwater.

- Bioturbation is the process where animals in the sediments mix the surface sediment layer while burrowing, feeding, or passing water over their gills. In open-water soft-bottom environments, bioturbation effectively mixes the surface sediment layer about 10 cm thick (in non-polluted areas).

- Degradation is the process where oil components are changed either chemically or biologically (biodegradation) to another compound. It includes breakdown to simpler organic carbon compounds by bacteria and other organisms, photo-oxidation by solar energy, and other chemical reactions. Higher temperature and higher light intensity (particularly ultraviolet wavelengths) increase the rate of degradation.

- Floating oil may strand on shorelines and re-float as water levels rise, allowing the oil to move further down current (downstream).

For a spill on the water surface, the gravitational spreading occurs very rapidly (within hours) to a minimum thickness. Thus, the area exposed to evaporation is high relative to the oil volume. Evaporation proceeds faster than dissolution. Thus, most of the volatiles and semi-volatiles evaporate, with a smaller fraction dissolving into the water. Degradation (photo-oxidation and biodegradation) also occurs at a relatively slow rate compared to these processes.

Evaporation is more rapid as the wind speed increases. However, above about 12 knots (6 m/s) of wind speed and in open water, white caps begin to form, and the breaking waves entrain oil as droplets into the water column. Higher wind speeds (and turbulence) increase entrainment and results in smaller droplet sizes. From Stokes Law, larger droplets resurface faster and form surface slicks. Thus, a dynamic balance evolves between entrainment and resurfacing. As high-wind events occur, the entrainment rate increases. When the winds subside to less than 12 knots, the larger oil droplets resurface and remain floating. Similar dynamics occur in turbulent streams.

The smallest oil droplets remain entrained in the water column for an indefinite period. Larger oil droplets rise to the surface at varying rates. While the droplets are under water, dissolution of the light and soluble components occurs. Dissolution rate is a function of the surface area available. Thus, most dissolution occurs from droplets, as opposed to from surface slicks, since droplets have a higher surface area to volume ratio, and they are not in contact with the atmosphere (and so the soluble components do not preferentially evaporate as they do from surface oil).

If oil is released or driven underwater, it forms droplets of varying sizes. More turbulent conditions result in smaller droplet sizes. From Stokes Law, larger droplets rise faster, and surface if the water is shallow. Resurfaced oil behaves as surface oil after gravitational spreading has occurred. The surface oil may be re-entrained. The smallest droplets in most cases remain in the water permanently. As a result of the higher surface area per volume of small droplets, the dissolution rate is much higher from subsurface oil than from floating oil on the water surface.

Because of these interactions, the majority of dissolved constituents (which are of concern because of potential effects on aquatic organisms) are from droplets entrained in the water. For a given spill volume and oil type/composition, with increasing turbulence either at the water surface and/or at the sediments: there is an increasing amount of oil entrained; the oil is increasingly broken up into smaller droplets; there is more likelihood of the oil remaining entrained rather than resurfacing; and the dissolved concentrations will be higher.

 **TETRA TECH**

100-WTR-T44521

Entrainment and dissolved concentrations increase with (1) higher wind speed, (2) increased turbulence from other sources of turbulence (waves on a beach, rapids, and waterfalls in rivers, etc.), (3) subsurface releases (especially under higher pressure and turbulence), and (4) application of chemical dispersants. Chemical dispersants both increase the amount of oil entrained and decrease the oil droplet size. Thus, chemical dispersants increase the dissolution rate of soluble components.

These processes that increase the rate of supply of dissolved constituents are balanced by loss terms in the model: (1) transport (dilution), (2) volatilization from the dissolved phase to the atmosphere, (3) adsorption to suspended particulate material and sedimentation, and (4) degradation (photo-oxidation or biologically mediated). Also, other processes slow the entrainment rate: (1) emulsification increases viscosity and slows or eliminates entrainment; (2) adsorption of oil droplets to suspended particulate material and settling removes oil from the water; (3) stranding on shorelines removes oil from the water; and (4) mechanical cleanup removes mass from the water surface and shorelines. Thus, the model-predicted concentrations are the resulting balance of all these processes and the best estimates based on our quantitative understanding of the individual processes.

The algorithms used to model these processes are described in French-McCay (2004) and French-McCay et al. (2018a). Lagrangian elements (spillets) are used to simulate the movements of oil components in three dimensions over time. Surface floating oil, subsurface droplets, and dissolved components are tracked in separate spillets. Transport is the sum of advective velocities by currents input to the model, surface wind drift, vertical movement according to buoyancy, and randomized turbulent diffusive velocities in three dimensions. The vertical diffusion coefficient is computed as a function of wind speed in the surface wave-mixed layer. The horizontal and deeper water vertical diffusion coefficients are model inputs.

The oil (whole and as pseudo-components) separates into different phases or parts of the environment, i.e., surface slicks; emulsified oil (mousse) and tar balls; oil droplets suspended in the water column; dissolved lower molecular weight components (MAHs and PACs) in the water column; oil droplets adhered and dissolved constituents adsorbed to suspended particulate matter in the water; hydrocarbons on and in the sediments; dissolved MAHs and PACs in the sediment pore water; and hydrocarbons on and in the shoreline sediments and surfaces.

The concentrations dissolved in pore water are estimated in SIMAP from a representative absorbed/dissolved partition coefficient (3650, French et al. 1996) and averaged over the depth of bioturbation. The depth of bioturbation is assumed to be 10 cm in subtidal habitats (Rhoads 1974; Rhoads et al. 1978).

## 11.1.2 Exposure Model and Outputs

Results from the simulations provide a time history of oil weathering over the duration of the spill (mass balance), exposure metrics, and maps of individual trajectories showing the cumulative maximum possible exposure concentrations occurring at each location at any time during the model simulation. Maps show oil concentrations on the water surface, on the shoreline, in the water column in dissolved and droplet form, and on/in the sediments. The mass balance plots provide information about the percentage and mass of spilled oil on the water surface, on the shoreline, in the atmosphere (evaporated or volatilized), in the water column (either as oil droplets or dissolved), on/in the sediments, and degraded throughout the model duration.

Several metrics are computed by the model to characterize exposure, recognizing that the floating oil and concentrations in the water column are moving in space and time. These dynamics are difficult to capture in static 2-dimensional birds-eye-view maps. The tabular exposure data for this analysis includes areas exposed to floating oil, volumes of water exposed to entrained oil droplets, volumes of water exposed to dissolved concentrations, and sediment exposed to concentrations greater than thresholds of concern. The total mass of oil and total volume of oil ashore, as well as length and areas of shoreline oiled above various thresholds, are also output by the model.

For this application, exposures were mapped and/or computed for different parts of the environment:



100-WTR-T44521

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix F**
**June 23, 2025**

- Lands flooded during storm surges, based on the Integral storm surge models (Appendix A and B)
- New Haven Harbor and the Quinnipiac and Mill Rivers entering New Haven Harbor
- Long Island Sound

The model outputs and metrics tabulated include:

- Mass balance during the simulation (percent of the release on the surface, in the atmosphere, in the water column, on the sediment, on the shoreline and degraded)
- Water column
  - Total hydrocarbon concentration in entrained oil droplets
  - Total dissolved concentrations
- Sediment
  - Mass of total hydrocarbons on/in the sediments at the end of the simulation (total mass and concentrations mapped spatially)

## 11.1.3 Thresholds for Potential Effects

Thresholds of concern were reviewed by French-McCay et al. (2018d), based in part on work described in French-McCay (2002, 2003, 2004). The thresholds of concern utilized in this study are in accordance with current practice in oil spill risk assessments. They are summarized as follows.

**Floating Oil**

Oil sheens on water are generally 0.1 – 1 g/m$^2$ (~0.1 – 1 µm thick; NOAA, 2016; Bonn, 2009, 2011). The model computes oil thickness as a spatial average over the grid cell dimensions used to represent the concentrations of floating oil. Oil at a concentration of 0.1 – 1 g/m$^2$ would appear as sheen if fresh or as tarry residuals if weathered heavy oil. Thresholds for the ecological effects of floating oil on wildlife were developed by French-McCay (2004) and French-McCay et al. (2018b). The lethal threshold was found to be 10 g/m$^2$ of floating oil, and the sublethal threshold was 1 g/m$^2$ of floating oil.

Potential for effects on socioeconomic resources may occur (e.g., fishing may be prohibited) if oil is visible on the water surface, i.e., sheens ≥0.1 g/m$^2$ (≥0.1 µm). A threshold that is typically used for response activities is ≥10 g/m$^2$ (0.01 mm; 10 µm). The minimum thickness at which response equipment can skim/remove oil from the surface, surface dispersants are effectively applied, or oil can be boomed/collected for in situ burning has been estimated at approximately this amount of oil (NOAA 2016; French-McCay et al. 2018b).

**Shoreline Oil**

Ecological effects on shoreline biological resources have been documented for concentrations above a threshold of 100 g/m$^2$ (0.1 mm; French-McCay et al. 2018b). Adverse effects on socioeconomic resource uses may occur (e.g., recreation, tourism) above a threshold of 1 g/m$^2$. This amount of oil may trigger the need for shoreline clean-up on amenity beaches. Typically, there is a need for shoreline clean-up and response activities above a threshold of ≥100 g/m2 (0.1 mm) on the shoreline, although lower thresholds (such as 1 or 10 g/m$^2$) may be used in some circumstances (French-McCay et al. 2018b; NOAA 2016).

**Water Column Concentrations**

Volumes and areas of the sea (subtidal habitat) where adverse effects of fish and invertebrates (including shellfish) could occur due to oil exposure were estimated based on exceedance of thresholds of concern. Because the most toxic components of oil to aquatic organisms are low molecular weight aromatic compounds


**TETRA TECH**

100-WTR-T44521

(MAHs and PACs) that dissolve and become bioavailable, effects concentrations are based on dissolved concentrations (French-McCay et al. 2023, 2024). Dissolved compounds are taken up into organisms directly through external surfaces and gills, as well as through the digestive tract. Thus, soluble and semi-soluble hydrocarbons and related compounds in oil are bioavailable, whereas insoluble compounds in oil are not bioavailable to aquatic organisms. Laboratory studies have shown that the dissolved hydrocarbons exert the most effects on aquatic biota (Carls et al. 2008; Nordtug et al. 2011; Redman 2017a; Gobas et al. 2018).

The fraction of oil with the most toxic effects to water-column and benthic organisms are lower-molecular-weight compounds (i.e., PACs), which are volatile, and soluble or semi-soluble in water. As a result, they persist in the environment long enough for significant exposure to occur (Anderson et al., 1974, 1987; Neff and Anderson, 1981; Malins and Hodgins 1981; McAuliffe, 1987; NRC 2003, 2005; Nordborg et al. 2018). The monoaromatic hydrocarbons (MAHs), including BTEX (benzene, toluene, ethylbenzene, and xylenes) and substituted benzenes, and the soluble alkanes also contribute to toxicity, but these compounds are highly volatile, so exposures of aquatic biota are typically less consequential (French-McCay 2002).

Within the soluble and semi-soluble hydrocarbons, toxicity is inversely related to solubility, typically quantified by the octanol-water partition coefficient ($K_{ow}$), a measure of hydrophobicity (Nirmalakhandan and Speece 1988; Hodson et al. 1988; Blum and Speece 1990; McCarty 1986; McCarty et al. 1992a, b; Mackay et al. 1992b; McCarty and Mackay 1993; Verhaar et al. 1992, 1999; Swartz et al. 1995; French-McCay 2002; McGrath et al 2009). The range of LC50s varies from ~10 µg/L (ppb) for 3-ring PAHs (which are semi-soluble) to ~10-100 mg/L (ppm) for the highly soluble BTEX compounds (French-McCay 2002). Thus, the toxicity of an oil hydrocarbon mixture is strongly related to the chemical composition, which varies as the oil weathers since the soluble and semi-soluble hydrocarbons are all volatile to varying degrees.

While entrained oil droplets could potentially affect organisms by mechanical means (i.e., fouling, interference with feeding), research has not definitively demonstrated direct effects of droplets as separable from the effects of components dissolved from the oil (Carls et al. 2008; Parkerton et al. 2023b). Contact of droplets with organisms' surfaces (external or by ingestion) could facilitate direct exposure to hydrocarbons if they become bioavailable (i.e., dissolve; Letinski et al. 2014; Redman et al. 2017a).

Oils differ in composition and their fractions of potentially bioavailable components, and so not all oils are equally toxic. Thus, the use of a simple sum of components to quantify toxicity is problematic, as the composition of dissolved components to which organisms are exposed in the field will differ from that in the laboratory study used to develop the toxicity threshold. Toxic effects levels vary by what is included in the summation and the relative concentrations in the mixture.

The approach used to quantify the additive effects of a mixture of hydrocarbons and related compounds is to use a Toxic Unit (TU) model (Swartz et al. 1995; DiToro et al. 2000; French-McCay 2002; Redman et al. 2017b; NASEM 2020; Parkerton et al. 2023a; see review by French-McCay et al. 2023). A TU for evaluating mortality is defined as the exposure concentration divided by the lethal concentration affecting 50% of exposed organisms (LC50). Thus, at TU=1, mortality is expected. For a mixture, the toxic units are additive. When for a mixture of chemicals at specific concentrations $\sum TU = 1$, the mixture is predicted to be lethal to 50% of exposed organisms. Use of the TU approach for evaluating effects addresses the varying composition of oil-derived mixtures, including changes in composition due to weathering. Examples of the use of the TU model for interpreting oil exposures are in Negri et al. (2021), Philibert et al. (2019, 2021), and Parkerton et al. (2023b). French McCay (2002) utilized the following equation based on rearranging the TU model to calculate the LC50 of a mixture of a group of components from an oil, *LC50 (oil, group)*, defined by constant (steady state) relative concentrations of the constituents in the group ($F_i$):



$$\frac{1}{LC50\,(oil,\,group)} = \sum_i \frac{F_i}{LC50_i}$$

An additional consideration is that LC50s and other toxicity endpoints vary considerably with exposure duration over the range of several hours to several days (Sprague, 1969; Abel, 1980; Mancini, 1983; Bailey et al., 1985; McAuliffe 1987; McCarty et al. 1992a, b). Effects thresholds are an order of magnitude higher for a few hours of exposure than they are for several days of exposure (McCarty et al. 1992a, b; French-McCay 2002; Lee et al. 2002; Bejarano et al. 2014; Mackay et al. 2017) due to the hydrocarbon accumulation over time up to a critical tissue concentration that causes mortality. Exponentially higher concentrations are required to achieve equivalent effects over shorter durations. The accumulation is slower for more hydrophobic (i.e., less soluble) compounds (see reviews in McCarty et al. 1992a, b; Verhaar et al., 1992; French-McCay 2002; French-McCay et al. 2023). Thus, the LC50s for PAHs are more variable with duration of exposure than are the LC50s for BTEX.

For most oil spills, exposures of water column biota to concentrations above potential thresholds of concern are typically on time scales of minutes to hours, even for spills lasting weeks or months because of the varying movements of the oil in the water, dilution and losses to biodegradation and volatilization. Marine and coastal waters are not static systems, as the oil rapidly spreads and moves through space over time. Oil is concentrated floating on the surface, along shorelines, and as it settles to sediments, while it is dispersed (diluted) in three-dimensional space in the water column. When floating oil is entrained, a portion refloats immediately, more so for larger droplets originating from more viscous oils. Entrained oil in smaller droplets than those that refloat, rapidly disperses into the water column away from the surface.

Using a TU-based analysis, French-McCay (2002) estimated a lethal threshold for dissolved PAC exposure protective of 97.5% of species and life stages (i.e., 2.5th percentile sensitivity) as 6 µg/L (mg/m$^3$, ppb). Organisms of this level of sensitivity include fish eggs and larvae, early life stages of invertebrates, and other planktonic organisms. The lethal threshold for a typical PAC mixture for species of average sensitivity was found to be approximately 50 µg/L (mg/m$^3$, ppb). However, when MAHs and soluble alkanes comprise a significant portion of the dissolved component mixture, as is the case for light fuel oil spills (e.g., gasoline, diesel, No. 2 fuel oil, aviation fuel), LC50s are higher, owing to the higher LC50s of these lighter hydrocarbons present in the mixture.

McGrath et al. (2005, 2018, 2021) and McGrath and Di Toro (2009) performed literature reviews of MAH, PAC and soluble alkane toxicity studies and developed a TU model for oil component mixtures. Applying the McGrath et al. model to a typical No. 2 fuel oil PAC mixture considered by French McCay (2002), the LC50 of the PAC mixture would be 15 µg/L (mg/m$^3$, ppb) for the 5th percentile sensitivity species/life stage.

The concentrations of entrained droplets output by the SIMAP model represent hydrocarbons and other compounds that are mostly not bioavailable due to the weathering (volatilization, dissolution, and degradation) accounted for in the model. The soluble and semi-soluble fractions dissolve from the droplets over time, and a potential effects analysis based on the dissolved hydrocarbons characterizes their risk. However, to satisfy concerns that entrained droplet hydrocarbons might infer some risk, total hydrocarbon-based thresholds have been used in various studies. In reviews by NRC (2005) and NASEM (2020), 1 mg/L (1,000 ppb) was found to be at the low end of the range where sub-lethal impacts from acute exposure have been observed.

Table 11-2. Lethal effects levels for species of 5th percentile sensitivity for pseudo-components modeled with SIMAP.

| # | AR pseudo-components | LC50 (µg/L) |
|---|---|---|
| 1 | BTEX and styrene | 1251.1 |
| 2 | C3-benzenes | 386.5 |
| 3 | C4-benzenes | 189.6 |
| 4 | Decalins | 15.8 |
| 5 | C0-C2 Naphthalenes | 87.6 |
| 6 | C3-C4 Naphthalenes | 12.1 |
| 7 | Fluorenes & C0-C1 3-ring PACs | 10.2 |
| 8 | 4-ring PAHs & C2-C3 3-ring PACs | 3.4 |
| 9 | Low MW Alkanes, Isoalkanes, Cycloalkanes | 612.8 |

## 11.2 FLOATING OIL APPEARANCE

The Bonn Agreement Oil Appearance Code (BAOAC; Bonn Agreement, 2009, 2011; Table 11-3) may be used to classify the appearance of oil. For example, oil 50-200 µm thick oil appears as 'discontinuous true colour' (code 4), while 'continuous true oil colour' is over 200 µm thick (code 5). True color of an oil is that of the pure ("neat") oil, typically black for heavy crude oils, brown for fuel oils. Sheens are < 0.3 µm thick (code 1). NOAA (2016) presents a similar scheme based on this information.

Table 11-3. The Bonn Agreement Oil Appearance Code (BAOAC; Bonn Agreement, 2009, 2011).

| BAOAC Code | Appearance | Minimum Thickness (µm) | Maximum Thickness (µm) | Minimum Concentration (L/km$^2$) | Maximum Concentration (L/km$^2$) |
|---|---|---|---|---|---|
| 1 | Sheen (silvery/grey) | 0.04 | 0.3 | 40 | 300 |
| 2 | Rainbow | 0.3 | 5 | 300 | 5,000 |
| 3 | Metallic | 5 | 50 | 5000 | 50,000 |
| 4 | Discontinuous True Oil Colour | 50 | 200 | 50,000 | 200,000 |
| 5 | Continuous True Oil Colour | 200 | >200 | 200,000 | >200,000 |

## 11.3 DEFINITIONS OF OIL PROPERTIES USED FOR MODELING

RPS Ocean Science (Tetra Tech) maintains an oil database with needed information on a wide range of crude oils and petroleum products. The physical and chemical data used to build the database were primarily from Environment and Climate Change Canada's online database (ECCC database). Definitions of the common physical properties for oil, which are used for modeling, are defined below:

*Boiling point*—The boiling point (BP) of a liquid is the temperature above which it becomes a gas.

*Density*—the degree of compactness of a substance or the amount of matter of an object relative to its volume. The units are weight per volume, such as g/ml or kg/m$^3$.

*Specific gravity*—the ratio of the density of a substance to the density of a standard (water for liquids). This determines if the crude oil would sink or float—a substance with a specific gravity lower than 1 will float in fresh water. API gravity is short for American Petroleum Institute gravity, an inverse measure based on specific gravity that is used to determine the weight of petroleum liquids in comparison to water. If a liquid has API gravity of more than 10 it is considered a light oil that floats on fresh water.

*Viscosity*—a quantity expressing the magnitude of internal friction or a measure of how easily the oil would flow. The viscosity of crude oil generally increases as the temperature decreases and decreases as temperature increases. As such, the crude oil in the pipeline has more difficulty flowing if it becomes freezing or cold in the winter and requires more pressure to be pumped through the pipeline. Dynamic viscosities measured in centiPoise (cP; 1 centiPoise = 1 millipascal-second, mPa-s) are used in the oil spill model.

*Pseudo-component*—chemicals in the oil mixture that are grouped by physical-chemical properties, such that the resulting component category behaves as if it were a single chemical with characteristics typical of the chemical group

*Pour Point*—the temperature (degrees Celsius, C) below which the liquid loses its flow characteristics. If crude oil has a high pour point, it will be associated with a high paraffin content, which is associated with a large proportion of plant material.

*Interfacial Tension*—the force that holds the surface of a particular phase together (liquid/liquid or gas/liquid). For oil and seawater, the units are milli-Newton per meter (mN/m).

*Mousse water content*—maximum percent of water (by volume) in an oil emulsion. Emulsion is the dispersion of droplets of one liquid in another in which it is not soluble. Mousse is a common name for a water-in-oil emulsion.

*Octanol-water partition coefficient*—An index of relative solubility in water; the octanol-water partition coefficient (Kow) is defined as the ratio of a chemical's concentration in the octanol phase to its concentration in the aqueous phase of a two-phase octanol/water system. Values of Kow are thus, unitless.

*SARA*—saturates, aromatics, resins and asphaltenes are measured by a SARA analysis (see description of methods by Environment Canada, 2023), with units of percent by weight (% wt).

*Toxicity*—the degree to which a chemical substance or a particular mixture of substances can adversely affect an organism via its concentration in the organism or surrounding water.

Vapor Pressure— the pressure exerted by a vapor in thermodynamic equilibrium with its condensed phases at a given temperature in a closed system. The vapor pressure is an indication of a liquid's evaporation rate (units used are atm = atmosphere)



## 11.4 PROPERTIES OF OILS HANDLED AT THE NEW HAVEN TERMINAL

Oils handled at the New Haven Terminal are gasoline, aviation fuel, diesel fuel oils (including ultra-low sulphur diesel oil), and No.2 fuel oil (home heating oil, which is similar to diesel). Comprehensive compositional data, boiling curve quantification, and bulk property data are needed as model input for SIMAP simulations. ROS' oil database contains all the needed data for modeling. However, product properties reported by the New Haven Terminal in 2022 (Geijer, 2022) were compared to oil property and composition data obtained by ROS from the ECCC Database (ECCC, 2023) to identify any significant differences. The composition data available from the facility were limited to BTEX compounds, a few specific PACs, total PACs (without specificity), and a few specific aliphatic compounds. The oil densities were all very similar. The BTEX concentrations were either similar or lower than those in the ROS database (Table 11-4 to Table 11-6), except that the aviation fuel had somewhat more BTEX in the facility samples than that reported for Jet A fuel by ECCC (2023). Thus, the BTEX data from the facility was used in place of the ECCC data for the aviation fuel, while all other properties and compositional information was assumed as per the ROS database based on ECCC data. Thus, conservatively high aromatic contents were assumed for modeling.

Table 11-4. Composition of gasoline handled at the New Haven Terminal (NHT).

| Aromatic | Fraction of Oil | Concentration in Oil (mg/kg) | Ratio NHT to ECCC (2023) value in ROS database |
|---|---|---|---|
| Benzene | 0.005840 | 5840 | 0.41 |
| Toluene | 0.019300 | 19300 | 0.28 |
| Ethylbenzene | 0.004090 | 4090 | 0.16 |
| Xylenes-p | 0.069900 | 69900 | 0.90 |
| Total BTEX (AR1) | 0.099130 | 99130 | 0.53 |
| Total PACs | 0.0 | 12100 | 1.00 |



**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix F**
**June 23, 2025**

Table 11-5. Composition of aviation fuel handled at the New Haven Terminal (NHT).

| Aromatic | Fraction of Oil | Concentration in Oil (mg/kg) | Ratio NHT to ECCC (2023) value in ROS database |
|---|---|---|---|
| Benzene | 0.000098 | 97.5 | 1.189 |
| Toluene | 0.000685 | 685 | 0.856 |
| Ethylbenzene | 0.001110 | 1110 | 1.838 |
| Xylenes-p | 0.018500 | 18500 | 5.197 |
| Total BTEX (AR1) | 0.020393 | 20392.5 | 4.041 |
| Total PACs | 0.002450 | 2450 | 0.1340 |

Table 11-6. Composition of diesel fuel handled at the New Haven Terminal (NHT).

| Aromatic | Fraction of Oil | Concentration in Oil (mg/kg) | Ratio NHT to ECCC (2023) value in ROS database |
|---|---|---|---|
| Benzene | 0.000220 | 220 | 1.62 |
| Toluene | 0.000652 | 652 | 0.64 |
| Ethylbenzene | 0.000450 | 450 | 0.73 |
| Xylenes-p | 0.002370 | 2370 | 0.63 |
| Total BTEX (AR1) | 0.003692 | 3692 | 0.66 |
| Total PACs | 0.012100 | 12100 | 0.47 |

**TETRA TECH**

100-WTR-T44521

# 11.5 OIL PROPERTIES USED FOR MODELING IN ESTUARINE WATERS

## 11.5.1 Oil Properties Used for Modeling Gasoline

The properties and characteristics of gasoline are presented in Table 11-7. The pseudo-component concentrations in the oil, based on distillation data and measured percentages of components, are listed in Table 11-8 and Table 11-9.

Table 11-7. Model inputs for physical-chemical properties of gasoline.

| Property | Description | Source | Values |
|---|---|---|---|
| Density | Density (kg/m$^3$) at 60°F (15.56°C) | ECCC database | 0.72786 |
| API | API gravity at 60°F (15.56°C) | ECCC database | 62.9 |
| Viscosity | Viscosity of the oil (cP @ 15.56°C) | ECCC database | 0.60 |
| Pour point | Temperature (degrees C) above which oil is fluid (liquid) | ECCC database | -55.0 |
| Interfacial tension | Oil-seawater interfacial tension (untreated oil; dyne/cm = mN/m) | ECCC database | 18.6 |
| Mousse water content | Maximum percentage of water in mousse (water-in-oil emulsion) | ECCC database | 0 |
| Asphaltene content | Based on SARA analysis (weight %) | ECCC database | 0 |
| Resin content | Based on SARA analysis (weight %) | ECCC database | 0 |
| Total volatile and semi-volatile fraction | Percentage of oil with boiling points <380°C, which will volatilize (aromatics + aliphatics) | ECCC database | 100 |

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix F**
**June 23, 2025**

Table 11-8. Fractional composition of gasoline by pseudo-component group of soluble and semi-soluble components. Measured concentrations were summed by pseudo-component group.

| Code | Pseudo-component | Fraction in Oil (g/g oil) |
|---|---|---|
| AR1 | BTEX | 0.187967 |
| AR2 | C3-benzenes | 0.037556 |
| AR3 | C4-benzenes | 0.007203 |
| AR4 | Decalins | 0 |
| AR5 | C0-C2 naphthalenes | 0 |
| AR6 | C3-C4 naphthalenes | 0 |
| AR7 | Fluorenes & C0-C2 3-ring PACs | 0 |
| AR8 | 4-ring PAHs & C2-C3 3-ring PACs | 0 |
| AR9 | Soluble Alkanes | 0.748200 |

Table 11-9. Fractional composition of gasoline by pseudo-component group of insoluble components. Measured concentrations of soluble components were subtracted from total volatiles in the same boiling curve cuts to calculate the AL component concentrations.

| Code | Pseudo-component | Fraction in Oil (g/g oil) |
|---|---|---|
| AL1 | Aliphatics: BP < 150 | 0.00408333 |
| AL2 | Aliphatics: BP 150-180 | 0.00408333 |
| AL3 | Aliphatics: BP 180-200 | 0.010808 |
| AL4 | Aliphatics: BP 200-230 | 0 |
| AL5 | Aliphatics: BP 230-280 | 0 |
| AL6 | Aliphatics: BP 280-300 | 0 |
| AL7 | Aliphatics: BP 300-350 | 0 |
| AL8 | Aliphatics: BP 350-380 | 0 |
| Residual | Non-volatiles | 0 |

## 11.5.2 Oil Properties Used for Modeling Aviation Fuel Oil

The properties and characteristics of aviation fuel oil are presented in Table 11-10. The aviation fuel data available was for jet fuel. The pseudo-component concentrations in the oil, based on distillation data and measured percentages of components, are listed in Table 11-11 and Table 11-12.

Table 11-10. Model inputs for physical-chemical properties of aviation fuel.

| Property | Description | Source | Values |
|---|---|---|---|
| Density | Density (kg/m$^3$) at 60°F (15.56°C) | ECCC database | 0.81550 |
| API | API gravity at 60°F (15.56°C) | ECCC database | 42.0 |
| Viscosity | Viscosity of the oil (cP @ 15.56°C) | ECCC database | 2.0 |
| Pour point | Temperature (degrees C) above which oil is fluid (liquid) | ECCC database | -55.0 |
| Interfacial tension | Oil-seawater interfacial tension (untreated oil; dyne/cm= mN/m) | ECCC database | 26.6 |
| Mousse water content | Maximum percentage of water in mousse (water-in-oil emulsion) | ECCC database | 0 |
| Asphaltene content | Based on SARA analysis (weight %) | ECCC database | 0 |
| Resin content | Based on SARA analysis (weight %) | ECCC database | 0 |
| Total volatile and semi-volatile fraction | Percentage of oil with boiling points <380°C, which will volatilize (aromatics + aliphatics) | ECCC database | 100 |

Table 11-11. Fractional composition of aviation fuel by pseudo-component group of soluble and semi-soluble components. Measured concentrations were summed by pseudo-component group.

| Code | Pseudo-component | Fraction in Oil (g/g oil) |
|---|---|---|
| AR1 | BTEX | 0.020393 |
| AR2 | C3-benzenes | 0.005047 |
| AR3 | C4-benzenes | 0.014355 |
| AR4 | Decalins | 0.005562 |
| AR5 | C0-C2 naphthalenes | 0.007100 |
| AR6 | C3-C4 naphthalenes | 0 |
| AR7 | Fluorenes & C0-C2 3-ring PACs | 0 |
| AR8 | 4-ring PAHs & C2-C3 3-ring PACs | 0 |
| AR9 | Soluble Alkanes | 0.678308 |

Table 11-12. Fractional composition of aviation fuel by pseudo-component group of insoluble components. Measured concentrations of soluble components were subtracted from total volatiles in the same boiling curve cuts to calculate the AL component concentrations.

| Code | Pseudo-component | Fraction in Oil (g/g oil) |
|---|---|---|
| AL1 | Aliphatics: BP < 150 | 0 |
| AL2 | Aliphatics: BP 150-180 | 0 |
| AL3 | Aliphatics: BP 180-200 | 0.071198 |
| AL4 | Aliphatics: BP 200-230 | 0.122768 |
| AL5 | Aliphatics: BP 230-280 | 0.075169 |
| AL6 | Aliphatics: BP 280-300 | 0 |
| AL7 | Aliphatics: BP 300-350 | 0 |
| AL8 | Aliphatics: BP 350-380 | 0 |
| Residual | Non-volatiles | 0 |

## 11.5.3 Oil Properties Used for Modeling Diesel Fuel Oil

The properties and characteristics of diesel fuel oil are presented in Table 11-13. The pseudo-component concentrations in the oil, based on distillation data and measured percentages of components, are listed in Table 11-14 and Table 11-15.

Table 11-13. Model inputs for physical-chemical properties of diesel fuel oil.

| Property | Description | Source | Values |
|---|---|---|---|
| Density | Density (kg/m$^3$) at 60°F (15.56°C) | ECCC database | 0.85077 |
| API | API gravity at 60°F (15.56°C) | ECCC database | 34.8 |
| Viscosity | Viscosity of the oil (cP @ 15.56°C) | ECCC database | 2.76 |
| Pour point | Temperature (degrees C) above which oil is fluid (liquid) | ECCC database | -50.0 |
| Interfacial tension | Oil-seawater interfacial tension (untreated oil; dyne/cm= mN/m) | ECCC database | 18.1 |
| Mousse water content | Maximum percentage of water in mousse (water-in-oil emulsion) | ECCC database | 0 |
| Asphaltene content | Based on SARA analysis (weight %) | ECCC database | 0 |
| Resin content | Based on SARA analysis (weight %) | ECCC database | 1.7 |
| Total volatile and semi-volatile fraction | Percentage of oil with boiling points <380°C, which will volatilize (aromatics + aliphatics) | ECCC database | 100 |

Table 11-14. Fractional composition of diesel fuel oil by pseudo-component group of soluble and semi-soluble components. Measured concentrations were summed by pseudo-component group.

| Code | Pseudo-component | Fraction in Oil (g/g oil) |
|---|---|---|
| AR1 | BTEX | 0.005553 |
| AR2 | C3-benzenes | 0.013780 |
| AR3 | C4-benzenes | 0.008456 |
| AR4 | Decalins | 0.003276 |
| AR5 | C0-C2 naphthalenes | 0.012438 |
| AR6 | C3-C4 naphthalenes | 0.009441 |
| AR7 | Fluorenes & C0-C2 3-ring PACs | 0.004107 |
| AR8 | 4-ring PAHs & C2-C3 3-ring PACs | 0 |
| AR9 | Soluble Alkanes | 0.163200 |

Table 11-15. Fractional composition of diesel fuel oil by pseudo-component group of insoluble components. Measured concentrations of soluble components were subtracted from total volatiles in the same boiling curve cuts to calculate the AL component concentrations.

| Code | Pseudo-component | Fraction in Oil (g/g oil) |
|---|---|---|
| AL1 | Aliphatics: BP < 150 | 0.016585 |
| AL2 | Aliphatics: BP 150-180 | 0.016585 |
| AL3 | Aliphatics: BP 180-200 | 0.084111 |
| AL4 | Aliphatics: BP 200-230 | 0.135574 |
| AL5 | Aliphatics: BP 230-280 | 0.218980 |
| AL6 | Aliphatics: BP 280-300 | 0.083126 |
| AL7 | Aliphatics: BP 300-350 | 0.224686 |
| AL8 | Aliphatics: BP 350-380 | 0 |
| Residual | Non-volatiles | 0 |

## 11.5.4 Oil Properties Used for Modeling No.2 Fuel Oil

The properties and characteristics of No. 2 fuel (home heating) oil are presented in Table 11-16. The pseudo-component concentrations in the oil, based on distillation data and measured percentages of components, are listed in Table 11-17 and Table 11-18.

Table 11-16. Model inputs for physical-chemical properties of No.2 fuel oil.

| Property | Description | Source | Values |
|---|---|---|---|
| Density | Density (kg/m$^3$) at 60°F (15.56°C) | ECCC database | 0.86444 |
| API | API gravity at 60°F (15.56°C) | ECCC database | 32.2 |
| Viscosity | Viscosity of the oil (cP @ 15.56°C) | ECCC database | 4.7 |
| Pour point | Temperature (degrees C) above which oil is fluid (liquid) | ECCC database | -21.0 |
| Interfacial tension | Oil-seawater interfacial tension (untreated oil; dyne/cm= mN/m) | ECCC database | 20.4 |
| Mousse water content | Maximum percentage of water in mousse (water-in-oil emulsion) | ECCC database | 0 |
| Asphaltene content | Based on SARA analysis (weight %) | ECCC database | 0 |
| Resin content | Based on SARA analysis (weight %) | ECCC database | 1.0 |
| Total volatile and semi-volatile fraction | Percentage of oil with boiling points <380°C, which will volatilize (aromatics + aliphatics) | ECCC database | 100 |

Table 11-17. Fractional composition of No.2 fuel oil by pseudo-component group of soluble and semi-soluble components. Measured concentrations were summed by pseudo-component group.

| Code | Pseudo-component | Fraction in Oil (g/g oil) |
|------|------------------|---------------------------|
| AR1  | BTEX             | 0        |
| AR2  | C3-benzenes      | 0        |
| AR3  | C4-benzenes      | 0.008456 |
| AR4  | Decalins         | 0.003276 |
| AR5  | C0-C2 naphthalenes | 0.018490 |
| AR6  | C3-C4 naphthalenes | 0.013228 |
| AR7  | Fluorenes & C0-C2 3-ring PACs | 0.007597 |
| AR8  | 4-ring PAHs & C2-C3 3-ring PACs | 0 |
| AR9  | Soluble Alkanes  | 0        |

Table 11-18. Fractional composition of No.2 fuel oil by pseudo-component group of insoluble components. Measured concentrations of soluble components were subtracted from total volatiles in the same boiling curve cuts to calculate the AL component concentrations.

| Code | Pseudo-component | Fraction in Oil (g/g oil) |
|------|------------------|---------------------------|
| AL1  | Aliphatics: BP < 150 | 0 |
| AL2  | Aliphatics: BP 150-180 | 0 |
| AL3  | Aliphatics: BP 180-200 | 0.072614 |
| AL4  | Aliphatics: BP 200-230 | 0.181583 |
| AL5  | Aliphatics: BP 230-280 | 0.289609 |
| AL6  | Aliphatics: BP 280-300 | 0.110012 |
| AL7  | Aliphatics: BP 300-350 | 0.294136 |
| AL8  | Aliphatics: BP 350-380 | 0 |
| Residual | Non-volatiles | 0 |

# 11.6 REFERENCES

Abel, P.D., 1980.  Toxicity of gamma hexachlorocyclohexane (Lindane) to Gammarus pulex: mortality in relation to concentration and duration of exposure.  Freshwater Biology 10:251 259.

Anderson, J.W., J.M. Neff, B.A. Cox, H.E. Tatem, and G.M. Hightower, 1974.   Characteristics of dispersions and water-soluble extracts of crude and refined oils and their toxicity to estuarine crustaceans and fish. Marine Biology 27: 75-88.

Anderson, J.W., Riley, R.G., S.L. Kiesser, and J. Gurtisen, 1987. Toxicity of dispersed and undispersed Prudhoe Bay crude oil fractions to shrimp and fish. Proceedings 1987 Oil Spill Conference (prevention, Behavior, Control, Cleanup), Tenth Biennial, American Petroleum Institute, Washington, DC, p235-240.

Bailey, H.C., D.H.W. Liu, and H.A. Javitz, 1985. Time/toxicity relationships in short-term static, dynamic, and plug-flow bioassays. Aquatic Toxicology and Hazard Assessment: Eighth Symposium, ASTM STP 891, R.C. Bahner and D.J. Hansen, eds., American Society for Testing and Materials, Philadelphia, 1985, p.193-212.

Bejarano A.C., Clark J., and Coelho J.M. 2014. Issues and challenges with oil toxicity data and implications for their use in decision making: A quantitative review. Environmental Toxicology and Chemistry. 33(4): 732–742.

Blum, D.J., and R.E. Speece, 1990.   Determining chemical toxicity to aquatic species, Environ. Sci. Technol.  24: 284-293.

Bonn Agreement. 2009. Bonn Agreement Aerial Operations Handbook, 2009. London, UK. Available: http://www.bonnagreement.org/site/assets/files/1081/ba-aoh revision 2 april 2012-1.pdf, Accessed 4 June 2015.

Bonn Agreement, 2011. Bonn Agreement Oil Appearance Code Photo Atlas. Available: http://www.bonnagreement.org/site/assets/files/1081/photo_atlas_version_20112306-1.pdf. Accessed: April 2017.

Carls, M.G., Holland, L., Larsen, M., Collier, T.K., Scholz, N.L., Incardona, J.P., 2008. Fish embryos are damaged by dissolved PAHs, nor oil particles. Aquat. Toxicol. 88, 121–127.

Di Toro, D.M., J.A. McGrath and D.J. Hansen, 2000. Technical basis for narcotic chemicals and polycyclic aromatic hydrocarbon criteria. I. Water and tissue. Environmental Toxicology and Chemistry 19(8): 1951-1970.

Di Toro, D.M. and J.A. McGrath. 2000. Technical basis for narcotic chemicals and polycyclic aromatic hydrocarbon criteria. II. Mixtures and sediments. Environmental Toxicology and Chemistry 19(8): 1971-1982.

Environment and Climate Change Canada (ECCC), 2023. Environment Canada Crude Oil and Petroleum Product Database. Environment Canada, Emergency Science and Technology Section. https://open.canada.ca/data/en/dataset/53c38f91-35c8-49a6-a437-b311703db8c5

French D, Reed M, Jayko K, Feng S, Rines H et al. 1996. The CERCLA type A natural resource damage assessment model for coastal and marine environments (NRDAM/CME), Technical Documentation, Vol. I–V. Final Report. Washington (DC): USDOI. April 1996. Report No.: PB96-501788. Contract No.: Available from: NTIS, Springfield, VA 22161.

French, D.P. and H. Rines, 1997. Validation and use of spill impact modeling for impact assessment. Proceedings, 1997 International Oil Spill Conference, Fort Lauderdale, Florida, American Petroleum Institute Publication No. 4651, Washington, DC, pp-829-834.

French, D.P., H. Rines and P. Masciangioli, 1997. Validation of an Orimulsion spill fates model using observations from field test spills. Proceedings, Twentieth Arctic and Marine Oil Spill Program Technical Seminar, Vancouver, Canada, June 10-13, 1997.



French-McCay, D.P., 2002. Development and Application of an Oil Toxicity and Exposure Model, OilToxEx. Environmental Toxicology and Chemistry 21(10): 2080-2094.

French-McCay DP. 2003. Development and application of damage assessment modeling: example assessment for the North Cape Oil Spill. Marine Poll Bull. 47(9–12):341–359.

French-McCay DP. 2004. Oil spill impact modeling: development and validation. Environ. Toxicol. and Chem. 23 (10): 2441–2456.

French-McCay, DP, Mueller C, Jayko K, Longval B, Schroeder M et al. 2007. Evaluation of field-collected data measuring fluorescein dye movements and dispersion for dispersed oil transport modeling. In: Proceedings of the 30th Arctic and Marine Oil Spill Program (AMOP) Technical Seminar, 5–7 June 2007. Emergencies Science Division Environment Canada; Ottawa, ON, Canada. p. 713–754.

French-McCay, D. K. Jayko, Z. Li, M. Horn, T. Isaji, M. Spaulding. 2018a. Volume II: Appendix II - Oil Transport and Fates Model Technical Manual. In: Galagan, C.W., D. French-McCay, J. Rowe, and L. McStay, editors. Simulation Modeling of Ocean Circulation and Oil Spills in the Gulf of Mexico. Prepared by RPS ASA for the US Department of the Interior, Bureau of Ocean Energy Management, Gulf of Mexico OCS Region, New Orleans, LA. OCS Study BOEM 2018-039040; 422 p.

French-McCay, D., D. Crowley, J. Rowe, M. Bock, H. Robinson, R. Wenning, A. H. Walker, J. Joeckel, and T. Parkerton. 2018b. Comparative Risk Assessment of Spill Response Options for a Deepwater Oil Well Blowout: Part I. Oil Spill Modeling. Mar. Pollut. Bull. 133:1001–1015.

French-McCay, D.P., M. Spaulding, D. Crowley, D. Mendelsohn, J. Fontenault, and M. Horn. 2021a. Validation of oil trajectory and fate modeling of the Deepwater Horizon oil spill. Frontiers in Marine Science 8, doi: 10.3389/fmars.2021.618463.

French-McCay, D.P., H. J. Robinson, M. L. Spaulding, Z. Li, M. Horn, M. D. Gloekler, Y. H. Kim, D. Crowley, and D. Mendelsohn. 2021c. Validation of oil fate and mass balance for the Deepwater Horizon oil spill: Evaluation of water column partitioning. Marine Pollution Bulletin 173:113064. https://doi.org/10.1016/j.marpolbul.2021.113064

French-McCay, D.P., T. F. Parkerton, and B. de Jourdan. 2023. Bridging the lab to field divide: advancing oil spill biological effects models requires revisiting aquatic toxicity testing. Aquatic Toxicology 256, 106389. https://doi.org/10.1016/j.aquatox.2022.106389.

French-McCay, D.P., H.J. Robinson, J.E. Adams, M.A. Frediani, M.J. Murphy, C. Morse, M. Gloekler, and T.F. Parkerton. 2024. Parsing the toxicity paradox: Composition and duration of exposure alter predicted oil spill effects by orders of magnitude. Marine Pollution Bulletin 202: 116285. https://doi.org/10.1016/j.marpolbul.2024.116285

Geijer. 2022. Shell New Haven Terminal, TRI Report for 2022 prepared by Shell Petroleum Inc. "TRI Reporting - SOPUS_NHVN02185719.xlsm".

Gobas, F.A.P.C., P. Mayer, T.F. Parkerton, R.M. Burgess, D. van de Meent, and T. Gouin. 2018. A chemical activity approach to exposure and risk assessment of chemicals. Environmental Toxicology and Chemistry 37(5):1235-1251. https://doi.org/10.1002/etc.4091

Hodson, P.V., D.G. Dixon, and K.L.E. Kaiser, 1988. Estimating the Acute Toxicity of Waterborne Chemicals in Trout from Measurements of Median Lethal Dose and the Octanol-Water Partition Coefficient, Journal of Environmental Toxicology and Chemistry 7:443-454.

Jones RK. 1997. A simplified pseudo-component of oil evaporation model. In: Proceedings of the 20th Arctic and Marine Oil Spill Program (AMOP) Technical Seminar, 3–5 June. 1997. Vancouver, British Columbia. Emergencies Science Division, Environment Canada, Ottawa, ON, Canada. p. 43–61.



Lee, J-H., P.F. Landrum, and C-H Koh. 2002. Toxicokinetics and time-dependent PAH toxicity in the amphipod Hyalella azteca. Environmental Science & Technology 36: 3124-3130. https://doi.org/10.1021/es011201

Lehr, W.J., D. Wesley, D. Simecek-Beatty, R. Jones, G. Kachook and J. Lankford, 2000. Algorithm and interface modifications of the NOAA oil spill behavior model. In Proceedings of the 23rd Arctic and Marine Oil Spill Program (AMOP) Technical Seminar, Vancouver, BC, Environmental Protection Service, Environment Canada, pp. 525-539.

Letinski, D.J., T.F. Parkerton, A.D. Redman, R.G. Manning, G. Bragin, E.J. Febbo, D. Palandro, and T. Nedwed. 2014. Use of passive samplers for improving oil toxicity and spill effects assessment. Marine Pollution Bulletin 86: 274–282. https://doi.org/10.1016/j.marpolbul.2014.07.006

Mackay, D., W.Y. Shiu, and K.C. Ma, 1992a. Illustrated Handbook of Physical-Chemical Properties and Environmental Fate for Organic Chemicals, Vol. I-IV. Lewis Publishers, Inc, Chelsea, Michigan.

Mackay, D., H. Puig and L.S. McCarty, 1992b. An equation describing the time course and variability in uptake and toxicity of narcotic chemicals to fish. Environ. Toxicol. Chemistry 11: 941-951.

Mackay, D., A.K.D. Celsie, J.M. Parnis, L.S. McCarty, J.A. Arnot, and D.E. Powell. 2017. The chemical exposure toxicity space (CETS) model: Displaying exposure time, aqueous and organic concentration, activity, and onset of toxicity. Environmental Toxicology and Chemistry 36 (5):1389-1396. doi: 10.1002/etc.3668.

Malins, D.C. and H.O. Hodgins, 1981. Petroleum and marine fishes: a review of uptake, disposition, and effects. Environ. Sci. Technol. 15(11): 1273-1280.

Mancini, J.L., 1983. A method for calculating effects in aquatic organisms of time varying concentrations. Water Res. 17:1355-1362.

McAuliffe, C.D., 1987. Organism exposure to volatile/soluble hydrocarbons from crude oil spills – a field and laboratory comparison. Proceedings of the 1987 Oil Spill Conference, API, p. 275-288.

McCarty, L.S., 1986. The Relationship Between Aquatic Toxicity QSARs and Bioconcentration for Some Organic Chemicals, Journal of Environmental Toxicology Chemistry, 5:1071-1080, 1986.

McCarty, L.S., and D. Mackay, 1993. Enhancing Ecotoxicological Modeling and Assessment, Journal of Environmental Science and Technology, Vol. 27, No. 9, p. 1719-1728.

McCarty, L.S., D. Mackay, A. D. Smith, G.W. Ozburn, and D.G. Dixon, 1992a. Residue-based interpretation of toxicity and bioconcentration QSARs from aquatic bioassays: neutral narcotic organics. Environmental Toxicology and Chemistry 11: 917-930.

McCarty, L.S., G.W. Ozburn, A. D. Smith, and D.G. Dixon, 1992b. Toxicokinetic modeling of mixtures of organic chemicals. Environmental Toxicology and Chemistry 11: 1037-1047.

McGrath, J., T. Parkerton, F. Hellweger, and D. Di Toro. 2005. Validation of the narcosis target lipid model for petroleum products: Gasoline as a case study. Environmental Toxicology and Chemistry 24: 2382-2394. DOI: 10.1897/04-387r.1

McGrath, J.A. and D.M. Di Toro. 2009. Validation of the target lipid model for toxicity assessment of residual petroleum constituents: Monocyclic and polycyclic aromatic hydrocarbons. Environmental Toxicology and Chemistry 28: 1130–1148. https://doi.org/10.1897/08-271.1

McGrath J.A., C. Fanelli, D.M. Di Toro, T.F. Parkerton, A.D. Redman, M.L. Paumen, M. Comber, C.V. Eadsforth, and K. den Haan. 2018. Re-evaluation of target lipid model-derived HC5 predictions for hydrocarbons. Environmental Toxicology and Chemistry 37:1579-1593. DOI: 10.1002/etc.4100



McGrath, J., G. Getzinger, A.D. Redman, M. Edwards, A. Martin Aparicio, and E. Vaiopoulou. 2021. Application of the target lipid model to assess toxicity of heterocyclic aromatic compounds to aquatic organisms. Environmental Toxicology and Chemistry 40(11): 3000–3009. DOI: 10.1002/etc.5194

National Oceanic and Atmospheric Administration (NOAA). 2016. Open water oil identification job aid for aerial observation. U.S. Department of Commerce, Office of Response and Restoration [http://response.restoration.noaa.gov/oil-and-chemical-spills/oil-spills/resources/open-water-oil-identification-job-aid.html]

National Academies of Sciences, Engineering, and Medicine (NASEM). 2020. The Use of Dispersants in Marine Oil Spill Response. Washington, DC: The National Academies Press, 340p. https://doi.org/10.17226/25161.

National Research Council (NRC). 2003. Ocean Studies, Oil in Sea III. Inputs, Fates and Effects. National Research Council, The National Academies Press, Washington, USA, 446p.

National Research Council (NRC). 2005. Understanding Oil Spill Dispersants: Efficacy and Effects, National Academy Press, Washington, D.C., USA, 277p.

Neff, J.M., and J.W. Anderson, 1981.  Response of marine animals to petroleum and specific petroleum hydrocarbons, Applied Science Publishers, Halsted Press, John Wiley & Sons, NY, 177p.

Negri, A., D. Brinkman, F. Flores, J. van Dam, H. Luter, M, Thomas, R. Fisher, L. Stapp, P. Kurtenbach, A. Severati, T. Parkerton, R. Jones. 2021. Derivation of toxicity thresholds for gas condensate oils protective of tropical species using experimental and modelling approaches. Marine Pollution Bulletin 172(3625–3633):112899. https://doi.org/10.1016/j.marpolbul.2021.112899

Nirmalakhandan, N. and R.E. Speece, 1988.  Structure-Activity Relationships, Quantitative Techniques for Predicting the Behavior of Chemicals in the Ecosystem, Journal of Environmental Science Technology 22(6): 606-615.

Nordborg, F.M, F. Flores, D.L. Brinkman, S. Agustí, and A.P. Negri, 2018. Phototoxic effects of two common marine fuels on the settlement success of the coral Acropora tenuis. Nature, Scientific Reports 8:8635. DOI:10.1038/s41598-018-26972-7

Nordtug, T., A. J. Olsen, D. Altin, I. Overrein, W. Storøy, B.H. Hansen, and F. De Laender, 2011. Oil droplets do not affect assimilation and survival probability of first feeding larvae of North-East Arctic cod. Science of the Total Environment 412-413:148–153

Parkerton, T.F., D.P. French-McCay, B. de Jourdan, K. Lee, and G.M. Coelho. 2023a. Adopting a toxic unit model paradigm in design, analysis and interpretation of oil toxicity testing. Aquatic Toxicology 255, 106392, https://doi.org/10.1016/j.aquatox.2022.106392.

Parkerton, T.F., M. Boufadel, T. Nordtug, C.L. Mitchelmore, K.A. Colvin, D. Wetzel, M.G. Barron, G.E. Bragin, B. de Jourdan, and J. Loughery. 2023b. Recommendations for advancing media preparation methods used to assess aquatic hazards of oils and spill response agents. Aquatic Toxicology 259, 106518. https://doi.org/10.1016/j.aquatox.2023.106518.

Payne, J.R., B.E. Kirstein, G.D. McNabb, Jr., J.L. Lambach, R. Redding R.E. Jordan, W. Hom, C. deOliveria, G.S. Smith, D.M. Baxter, and R. Gaegel, 1984. Multivariate analysis of petroleum weathering in the marine environment – sub Arctic. Environmental Assessment of the Alaskan Continental Shelf, OCEAP, Final Report of Principal Investigators, Vol. 21 and 22, Feb. 1984, 690p.

Payne, J.R., B.E. Kirstein, J.R. Clayton, Jr., C. Clary, R. Redding, G.D. McNabb, Jr., and G. Farmer, 1987. Integration of suspended particulate matter and oil transportation study. Final Report. Minerals Management Service, Environmental Studies Branch, Anchorage, AK. Contract No. 14-12-0001-30146, 216 p.



Philibert, D., D. Lyons, C. Philibert, and K.B. Tierney. 2019. Field-collected crude oil, weathered oil and dispersants differentially affect the early life stages of freshwater and saltwater fishes. Science of the Total Environment 647: 1148–1157. https://doi.org/10.1016/j.scitotenv.2018.08.052

Philibert, D., T. Parkerton, S. Marteinson, and B. de Jourdan. 2021. Assessing the toxicity of individual aromatic compounds and mixtures to American Lobster (*Homarus americanus*) larvae using a passive dosing system. Environmental Toxicology and Chemistry 40:1379-1388. doi: 10.1002/etc.4988.

Redman A, McGrath J, Febbo E, Parkerton T, Letinski D, Connelly M, Winkelmann D, Di Toro D. 2007. Application of the target lipid model for deriving predicted no-effect concentrations for wastewater organisms. Environ Toxicol Chem 26:2317–2331

Redman, A.D., J.D. Butler, D.J. Letinski, and T.F. Parkerton. 2017a. Investigating the role of dissolved and droplet oil on aquatic toxicity using dispersed and passive dosing systems. Environmental Toxicology and Chemistry 36: 1020–1028. DOI:10.1002/etc.3624.

Redman, A. D., T.F. Parkerton, M. Leon Paumen, J.D. Butler, D.J. Letinski, and K. den Haan. 2017b. A re-evaluation of PETROTOX for predicting acute and chronic toxicity of petroleum substances. Environmental Toxicology and Chemistry 36(8): 2245–2252. https://doi.org/10.1002/etc.3744

Rhoads, D.C., 1974. Organism sediment relations on the muddy seafloor. Oceanogr. Mar. Biol. Ann. Rev. 12:263 300.

Rhoads, D.C., P.L. McCall and J.Y. Yingst, 1978. Disturbance and production on the estuarine seafloor. Am. Scientist 66:577 586.

Sprague, J.B., 1969. Measurement of pollutant toxicity to fish. I. Bioassay Methods for Acute Toxicity. Water Research 3: 793 821.

Stiver, W. and D. Mackay, 1984. Evaporation rate of oil spills of hydrocarbons and petroleum mixtures. Environmental Science and Technology 18: 834-840.

Swartz, R.C., D.W. Schults, R.J. Ozretich, J.O. Lamberson, F.A. Cole, T.H. DeWitt, M.S. Redmond, and S.P. Ferraro, 1995. ∑PAH: A Model to Predict the Toxicity of Polynuclear Aromatic Hydrocarbon Mixtures in Field-Collected Sediments, Journal of Environmental Toxicology and Chemistry 14(11): 1977-1987.

Verhaar, H.J.K., D.J. VanLeeuwen, and J.L.M. Hermens, 1992.   Classifying environmental pollutants, 1. Structure-activity relationships for prediction of aquatic toxicity, Chemosphere 25: 471-491.

Verhaar, H.J.M., W. deWolf, S. Dyer, K.  Legierse, W. Seinen, and J.L.M. Hemens, 1999.   An LC50 vs. time model for the aquatic toxicity of reactive and receptor-mediated compounds: consequences for bioconcentration kinetics and risk assessment. Environmental Sci. Technol. 33:758-763.



100-WTR-T44521

# Oil Spill Modeling – New Haven Terminal Appendix G. Modeling Oil Movements on Land

100-WTR-T44525
June 2025

## PREPARED FOR

King & Spalding LLP

1180 Peachtree Street, NE, Suite 1600

Atlanta, GA 30309

Attention:

Douglas A. Henderson

**Prepared by:**

Deborah French-McCay, Matthew Frediani, Jenna Ducharme, Jeremy Fontenault, Mahmud Monim, Nickitas Georgas, Emily Day, Nicholas Baccari, Dan Codiga, and Matthew Murphy

## DRAFT EXPERT REPORT BY

Deborah French-McCay, PhD
RPS Ocean Sciences, Tetra Tech
55 Village Square Dr
South Kingstown, RI 02879

**E:** Deborah.McCay@tetratech.com

**T:** 401-742-1395

**Restriction on Disclosure and Use of Data**

*This report was prepared by Tetra Tech within the terms of its engagement and in direct response to a scope of services. This report is strictly limited to the purpose and the facts and matters stated in it and does not apply directly or indirectly and must not be used for any other application, purpose, use or matter. In preparing the report, Tetra Tech may have relied upon information provided to it at the time by other parties. Tetra Tech accepts no responsibility as to the accuracy or completeness of information provided by those parties at the time of preparing the report. The report does not take into account any changes in information that may have occurred since the publication of the report. If the information relied upon is subsequently determined to be false, inaccurate or incomplete then it is possible that the observations and conclusions expressed in the report may have changed. Tetra Tech does not warrant the contents of this report and shall not assume any responsibility or liability for loss whatsoever to any third party caused by, related to or arising out of any use or reliance on the report howsoever. No part of this report, its attachments or appendices may be reproduced by any process without the written consent of Tetra Tech. All enquiries should be directed to Tetra Tech.*



**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix G**
**June 23, 2025**

## TABLE OF CONTENTS

**12.0 APPENDIX G. MODELING OF OIL MOVEMENTS ON LAND** .................................................................4

   12.1 OilMAPLand Model ...........................................................................................................................4

      12.1.1 Overland Transport.................................................................................................................4

      12.1.2 Evaporation ...........................................................................................................................5

   12.2 Technical Approach ..........................................................................................................................6

   12.3 Oil Properties ...................................................................................................................................8

   12.4 Model input data and Parameters used ...........................................................................................9

      12.4.1 Elevation ................................................................................................................................9

      12.4.2 Land cover ...........................................................................................................................12

      12.4.3 Input Parameters .................................................................................................................14

   12.5 Assumptions...................................................................................................................................15

   12.6 Scenario A Results – Worst Case Discharge of Diesel from Inside Containment...................................16

   12.7 Scenarios B Results – Assessment of release lOcations outside of Secondary Containment ................17

      12.7.1 Maps of Oil Trajectories and Thicknesses ........................................................................20

   12.8 Sceanrio C Results – Representative Worst case Discharge of Diesel ....................................28

   12.9 Sceanrio D Results – Representative Worst case Discharge of Gasoline ................................30

   12.10 References ....................................................................................................................................33

## LIST OF TABLES

Table 12-1: Worst-case discharge (WCD) volumes for tanks within the New Haven Terminal (from Etkin, 2025). ..7
Table 12-2: Overland movement model scenarios....................................................................................8
Table 12-3: Oil property data used for OILMAPLand simulations. ..........................................................8
Table 12-4: Landcover data classification and land retention values.................................................... 14
Table 12-5: OILMAPLand model settings and other input parameters. ................................................ 14



**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix G**
**June 23, 2025**

## LIST OF FIGURES

Figure 12-1: Diagram showing the grid-based slope and distance path determination. ............................................4

Figure 12-2: Conceptual diagram of the land transport model showing the possible fate of oil as it moves over the land surface. ............................................................................................................................5

Figure 12-3: Release locations assessed within and around the New Haven Terminal. ..........................................7

Figure 12-4: Elevation data acquired for the study area. ...................................................................... 10

Figure 12-5: Elevation data around the secondary containment area, showing the adjustments for the remaining tanks. ...................................................................................................................... 11

Figure 12-6: Elevation data in the region surrounding the New Haven Terminal. ................................................. 12

Figure 12-7: Reclassified land cover data in the region surrounding the New Haven Terminal. ........................... 13

Figure 12-8: Map of oil trajectory and thickness for Scenario A – worst-case discharge of diesel from within secondary containment. ................................................................................................... 16

Figure 12-9: Evaporation over time for Scenario A – worst-case discharge of diesel from within secondary containment. ................................................................................................................ 17

Figure 12-10: Map of nine selected sites to assess potential pathways that could reach New Haven Harbor....... 18

Figure 12-11: Map of oil trajectory and thickness for Scenario B site 1 – worst-case discharge of diesel from outside of secondary containment. ................................................................................... 20

Figure 12-12: Map of oil trajectory and thickness for Scenario B site 2 – worst-case discharge of diesel from outside of secondary containment. ................................................................................... 21

Figure 12-13: Map of oil trajectory and thickness for Scenario B site 3 – worst-case discharge of diesel from outside of secondary containment. ................................................................................... 22

Figure 12-14: Map of oil trajectory and thickness for Scenario B site 4 – worst-case discharge of diesel from outside of secondary containment. ................................................................................... 23

Figure 12-15: Map of oil trajectory and thickness for Scenario B site 5 – worst-case discharge of diesel from outside of secondary containment. ................................................................................... 24

Figure 12-16: Map of oil trajectory and thickness for Scenario B site 6 – worst-case discharge of diesel from outside of secondary containment. ................................................................................... 25

Figure 12-17: Map of oil trajectory and thickness for Scenario B site 7 – worst-case discharge of diesel from outside of secondary containment. ................................................................................... 26

Figure 12-18: Map of oil trajectory and thickness for Scenario B site 8 – worst-case discharge of diesel from outside of secondary containment. ................................................................................... 27

Figure 12-19: Map of oil trajectory and thickness for Scenario B site 9 – worst-case discharge of diesel from outside of secondary containment. ................................................................................... 28

Figure 12-20: Map of oil trajectory and thickness for Scenario C – representative worst-case discharge of diesel from outside secondary containment. .............................................................................. 29

Figure 12-21: Evaporation over time for Scenario C – representative worst-case discharge of diesel from outside secondary containment. ............................................................................................... 30

Figure 12-22: Map of oil trajectory and thickness for Scenario D – representative worst-case discharge of gasoline from outside secondary containment. .............................................................................. 31

Figure 12-23: Evaporation over time for Scenario D – representative worst-case discharge of gasoline from outside secondary containment. ....................................................................................... 32


**TETRA TECH**

100-WTR-T44521

# 12.0 APPENDIX G. MODELING OF OIL MOVEMENTS ON LAND

## 12.1 OILMAPLAND MODEL

OILMAPLand is a model system used to simulate the overland and downstream pathways of the releases of liquid hydrocarbons and other fluids using standard geospatial data and appropriate environmental parameters. The model outputs spill trajectory pathways in geospatial data formats that may be used to perform receptor impact analysis and in emergency response planning/preparedness activities. The model also generates output containing the flux of spilled product to the atmosphere that can be used as input to atmospheric dispersion models.

For this project, only transport and fate over land was simulated. Therefore, details of the water transport module are excluded from this model description.

### 12.1.1 Overland Transport

Starting at the spill location, the model determines the steepest descent direction in the eight adjacent cells of the land elevation grid (Figure 12-1). The oil (or fluid) moves to the neighboring cell with the lowest elevation. This process repeats successively until a flat area or depression is reached.



Figure 12-1: Diagram showing the grid-based slope and distance path determination.

In a flat area, the model searches the minimum distance path to a next lowest cell (i.e. looks beyond the eight adjacent cells) and moves the spilled fluid to that cell. In a depression area, the depression is filled before the spill continues down slope. Overland flow of the oil continues until the path reaches a stream or other surface water feature, or until the total spill volume is depleted from loss to the land surface and evaporation. The final spill path over land forms a chain of channels and pooled sections. A channel section is where no pooling occurs, and the width of the spill path is dependent on the slope of the land surface. A pooled section consists of an area of one or more contiguous elevation grid cells that form a depression in which the spilled product has collected. Figure 12-2 depicts a conceptual diagram of the flow of oil over the land surface as simulated by the OILMAPLand model.

The amount of oil retained on the land surface as oil flows down slope is determined by the nature of the land cover. A land cover type data grid specifies the amount of oil retention based on the cover type so that as oil traverses the land a variable loss thickness is calculated. This loss rate (thickness per land surface area oiled) value varies between 2 and 200 millimeters (0.08 – 7.9 inches) for the range of land cover types typically encountered. These oil loss rates are based on surface hydrologic studies (ASCE 1969, Kouwen 2001, and Schwartz et al. 2002).

Separate from oil loss based on land cover type, oil lost to pooling on the land surface is the volume of oil retained within depressions defined in the land elevation grid. The oil lost to the ground is the sum of adhesion and



pooling. Total oil loss during a spill simulation includes losses to the ground plus evaporative loss to the atmosphere (described below).

The velocity (V) of the leading edge of the spill as it travels over the land surface is determined by the slope of the land surface using Manning's Equation:

$$V = \frac{1}{n} \times R^{2/3} \times S^{1/2}$$

where:

R = hydraulic radius

S = slope

n = dimensionless number that characterizes the flow resistance.

As an example, assuming n is 0.05 and R is 0.122 m:

$$V = 4.92 \times S^{1/2} \text{ (meters/second)}$$

The width of the oil flow path is also determined by slope; the width increases as the slope of the land surface decreases and decreases with increasing land surface slope. The path width is typically 1-2 meters and cannot exceed the dimension of the land elevation grid cells.



Figure 12-2: Conceptual diagram of the land transport model showing the possible fate of oil as it moves over the land surface.

## 12.1.2 Evaporation

Oil evaporates as it spreads over land or water. The most volatile hydrocarbons (those with low carbon number) evaporate most rapidly, typically in less than a day and sometimes in under an hour (McAuliffe, 1989). OILMAPLand uses a method called the Evaporative Exposure Model of Stiver and Mackay (1984) which is used in many oil spill models, both water and land based, to predict the volume fraction evaporated.

Several simplifying assumptions are made that directly affect the amount of oil predicted to evaporate. In general, the rate of evaporation depends on surface area, oil thickness, and vapor oil pressure, which are functions of the composition of the oil, and on wind speed, air and land temperature. The mass of oil evaporated is particularly sensitive to the surface area of the spreading oil and the period over which evaporation is calculated. On the land surface, area and evaporation time are functions of the slope defined by the elevation grid and the size of the



depressions encountered. A steeper slope causes the oil to travel faster but along a narrower path, while a lower slope slows the speed of advance and increases the width of the oiled path.

In the stream network, oil surface area and evaporation time are functions of the stream surface area (total length of the oiled stream times the width) and stream velocity.

Oil loss to evaporation ceases once the total oil spill volume is released, and the simulation is terminated. Termination may occur for a number of reasons including:

- All of the oil was lost to the ground surface, stream banks, and/or evaporation.
- The stream travel time is exceeded.
- The spill run reaches its minimum thickness on a lake surface.
- The spill reaches a dead end in the stream network or the coastline.

In reality, oil will continue to evaporate from the ground or water surface, increasing the total evaporation amount. This conservative calculation of evaporative loss is consistent with a worst-case scenario approach.

## 12.2 TECHNICAL APPROACH

Several release scenarios were developed and simulated (with OILMAPLand) to assess the potential overland movement and basic weathering of releases from tanks within the New Haven Terminal. The purpose of this analysis was to assess the potential for oil to reach the water (New Haven Harbor) under dry (i.e., no flooding) conditions. If a release were predicted to reach water, this analysis could also help to understand the volume of oil reaching water, factoring in how much oil would be adsorbed or pooled on the land surface and how much might evaporate over that time.

Worst case discharge (WCD) as spill volumes were used in this modeling analysis using OILMAPLand. Etkin (2025) quantified the WCD volumes. Note that the likelihood of a WCD is extremely low, and modeling of potential discharges in the rest of this report utilized Maximum Credible Discharges (MCD). The WCD volumes used herein could also represent similar volumes of oily water. See main report for further discussion.

The first simulation was performed from Tank 22, within Containment Area 2 (Figure 12-3, Table 12-2). A map ot the New Haven Terminal containment areas is in the main report, Figure 1-2. Tank 22 has the potential to contain the largest volume of oil, 165,376 bbl (~7 million gallons, Table 12-1), and therefore was selected as the potential worst-case discharge, assuming the tank is (nearly) full and that the entire contents is released. Additional release locations were selected outside of the secondary containment to assess the potential movement of oil (or oily water) if it were to get outside of the containment area. These simulations were performed with the same WCD volume, assuming the entire contents got out of secondary containment (a highly conservative assumption).





Figure 12-3: Release locations assessed within and around the New Haven Terminal.

Table 12-1: Worst-case discharge (WCD) volumes for tanks within the New Haven Terminal (from Etkin, 2025).

| Product | Volume (gallons) | Volume (bbl) |
|---|---|---|
| Diesel | 6,945,792 | 165,376 |
| No 2 Fuel Oil | 6,945,792 | 165,376 |
| Gasoline | 6,866,572 | 163,966 |
| Jet Fuel | 6,908,580 | 164,490 |

All release simulations assumed a near-instantaneous release (0.01 hours) of the entire release volume. This duration aligns with the assumption that a catastrophic tank failure occurs, as opposed to a slower leak from the tank. This is a conservative assumption as it maximizes the release volume over a short time, limiting any losses of oil due to weathering (evaporation).

Most release simulations were performed assuming a release of a diesel product. This was selected as the worst-case product as it is present in the largest volume and would experience the less evaporation compared to the gasoline and aviation fuel. (No. 2 fuel WCD was assumed to be the same as diesel by Etkin (2025), but would likely be in much smaller volumes in the tanks.) This is a conservative assumption as it maximizes the volume of liquid oil able to migrate overland and therefore maximizes the potential plume extent. One simulation was repeated with a gasoline product for comparison. Details on the oil product properties are provided in section 12.3.

A total of 12 simulations were performed, the details for each are outlined in Table 12-2. The modeling input data and parameters used in the modeling are detailed in section 12.4. A summary of the modeling assumptions are included in section 12.5. The results for each release scenario are presented in sections 12.6 through 12.9.

Table 12-2: Overland movement model scenarios.

| Scenario | Description | Volume (bbl) | Product Type |
|---|---|---|---|
| A | Release within secondary containment, from Tank 22 | 165,376 | Diesel |
| B (1-9) | 9 various release locations outside of secondary containment to assess potential pathways | 165,376 | Diesel |
| C | Representative worst-case scenario | 165,376 | Diesel |
| D | Same scenario as C but using a different product | 165,376 | Gasoline |

## 12.3 OIL PROPERTIES

Oil property data used in OILMAPLand include a smaller set of information than needed for SIMAP modeling (see Appendix F). Pseudocomponents are not used, rather the fractions in each pseudocomponent's boiling range are regressed (using a log-linear relationship) against boiling temperature to provide a generalized curve used to calculate the oil's evaporation (following Stiver and Mackay, 1984). The data used are in Table 12-3.

Table 12-3: Oil property data used for OILMAPLand simulations.

| Oil Name | Density at 20°C (g/cm$^3$) | Viscosity at 20°C (cP) | Interfacial Tension (dyne/cm) | Initial Boiling Point (°K) | Gradient Of Curve | Evaporation Constant A | Evaporation Constant B |
|---|---|---|---|---|---|---|---|
| Gasoline (Unleaded) | 0.729 | 0.514 | 18.6 | 320.13 | 167 | 11.16 | 13.64 |
| Aviation Fuel | 0.8043 | 0.446 | 38.4 | 439.34 | 78.388 | 17.94 | 17.21 |
| Diesel | 0.8292 | 11.5 | 30 | 508.2 | 129.693 | 20.3 | 18.1 |

 **TETRA TECH**

## 12.4 MODEL INPUT DATA AND PARAMETERS USED

### 12.4.1 Elevation

The OILMAPLand model uses land elevation data to determine the overland pathways of releases occurring in the terrestrial environment. The elevation data are stored in a gridded (raster) format and the model calculates the downslope pathway by determining the direction of the steepest slope as the leading edge of the release moves from grid cell to grid cell.

The ability of the model to accurately determine the overland pathways of the liquid is, in large part, controlled by the vertical and horizontal resolution of the elevation grid. The horizontal resolution refers to the size of the individual grid cells of the elevation data in north-south and east-west directions. Greater horizontal resolution is important to be able to see smaller terrain features present in the elevation data. This may include roads, ditches, and other smaller-scale features. Each horizontal grid cell is assigned a single elevation value, so small-scale features would be flattened or smoothed in a larger grid cell and have limited effects on the elevation. The vertical resolution refers to the level of precision available for each cell's elevation value. Sub-meter precision is critical for accurate modeling of flow over a land surface. Without the small sub-meter variations in the elevation surface, larger areas of no apparent elevation change may be present. In this case, the surface flow model will have greater difficulty in determining an overland flow direction, as multiple cells need to be crossed to find the downslope gradient.

Elevation data was obtained through the United States Geological Survey (USGS) 3DEP Program. The source data acquired was based on the Connecticut Statewide Lidar collection project from 2016 (USGS 2025). Elevation in this dataset was available at a horizontal resolution of 1-meter, with a vertical resolution of less than 0.1 meters (Figure 12-4).

 **TETRA TECH**

100-WTR-T44521



Figure 12-4: Elevation data acquired for the study area.

For simulations within the secondary containment, elevation was modified to account for the height of the other tanks (excluding Tank 22) within the containment area. This release scenario assumed that Tank 22 had a catastrophic failure, but the other tanks remain intact. As the source elevation represent bare-earth elevation (buildings and vegetation removed), the elevation needed to be adjusted (increased) for these tanks to prevent oil from spreading in these areas that would not be possible (Figure 12-5).



Figure 12-5: Elevation data around the secondary containment area, showing the adjustments for the remaining tanks.

In general, the elevation slopes from east to west, towards the Harbor (Figure 12-6). However, between the New Haven Terminal and the harbor, the elevation dips east of East Shore Parkway. The elevation from this lower area slopes to the southeast between Containment Area 1 and the water treatment facility, and into a forested area northeast of East Shore Park.



Figure 12-6: Elevation data in the region surrounding the New Haven Terminal.

For modeling purposes, the data were projected to either a 3-meter or 5-meter resolution. This was done to allow for efficient and stable model simulations, without any loss of accuracy. Initial test simulations were performed using the 1-meter data and then further simulations were compared to this showing no significant changes in overall plume trajectory.

## 12.4.2 Land cover

The OILMAPLand model uses land cover data to estimate the amount of oil that could adhere to the land surface as oil moves downslope. The land cover data used was the NOAA Coastal Change Analysis Program (C-CAP). C-CAP data for Connecticut was derived based on 2016 aerial imagery (Figure 12-7).

The land cover data are used in a gridded format, with each grid cell value representing the type of land cover at that location. The landcover data cell size (resolution) was approximately 10-meters. The dataset required reclassification of land cover classes to assign them appropriate OILMAPLand values. Each land cover type was assigned a value defining the thickness of oil that could be retained. Table 12-4 lists the original C-CAP landcover type, the OILMAPLand classification, and the oil retention values (thickness) for each land cover type present in the study.



Figure 12-7: Reclassified land cover data in the region surrounding the New Haven Terminal.

Table 12-4: Landcover data classification and land retention values.

| C-CAP Category | OILMAPLand Category | Oil Retention Thickness (mm) |
|---|---|---|
| Open Water | Water | 0.1 |
| Developed Open Space | Low Intensity Residential | 1.7 |
| High Intensity Developed | High Intensity Residential | 0.6 |
| Unconsolidated Shore | Bare Rock/Sand/Clay | 0.7 |
| Bare Land | | |
| Mixed Forest | Mixed Forest | 2 |
| Scrub/Shrub | Shrubland | 0.6 |
| Grassland | Grasslands/Herbaceous | 0.6 |
| Pasture/Hay | Pasture/Hay | 0.6 |
| Cultivated Land | Row Crops | 0.6 |
| Palustrine | Woody Wetlands | 33.8 |
| Palustrine Scrub/Shrub Wetland | | |
| Estuarine Scrub/Shrub Wetland | | |
| Palustrine Emergent Wetland | Emergent Herbaceous Wetlands | 33.8 |
| Estuarine Emergent Wetland | | |
| Palustrine Aquatic Bed | | |

## 12.4.3 Input Parameters

Other important model input parameters and settings are listed in Table 12-5.

Table 12-5: OILMAPLand model settings and other input parameters.

| Input | Value Used | Description |
|---|---|---|
| **Temperature** | 10°C | Oil and/or air temperature used in evaporation calculations |
| **Wind Speed** | 4 meters/second | Wind speed value used in evaporation calculations |
| **Hydraulic Radius** | 0.09 meters | Ratio of the cross-sectional area and the wetted perimeter of the flow path. Value estimated based on the average path dimensions. |
| **Manning's N** | 0.15 | Roughness coefficient, selected based on predominantly forested area along path. |

For all scenarios average weather conditions were selected for a release during the month of November (to align with SIMAP model scenarios). A temperature of 10°C was selected and was applied as the air temperature, and it was assumed that the oil being released was also at this ambient temperature. Average wind speeds of 4 meters/second (approximately 9 miles/hour) were used as well. Both temperature and wind speed can affect the rate of evaporation. Higher temperature and wind speed will result in higher evaporation rates.

For scenarios C and D, default hydraulic radius and Manning's N values were replaced with more site-specific parameters. These values are used in the OILMAPLand model's overland transport speed calculations (see section 12.1.1), to get more accurate estimates of overland timing. The average hydraulic radius of 0.09 meters was estimated by looking at results of a test simulation and estimating the average path width and depth. A value for of 0.15 for Manning's roughness coefficient (N) was selected based on recommended values for a forested flood plain (Arcement, 1989), as the majority of the predicted plume path was in a forested or heavy vegetated area.

## 12.5 ASSUMPTIONS

When performing numerical modeling of complex physical and chemical processes, like an oil spill, simplifying assumptions are required. For this overland spill modeling study, a number of simplifying assumptions were made. Where possible, these assumptions were made to be more conservative (worst-case) from the perspective of an overland release from the New Haven Terminal. The following list covers the primary assumptions and their implications to the modeling study.

- The largest tank within the New Haven Terminal was used for all release simulations. Also, the tank was assumed to be filled at to its WCD capacity at the time of the release. Therefore, the largest volume of product was released, which maximizes the potential plume size and extent.

- Releases were simulated assuming dry conditions, no flooding or other standing water from flooding was present, which could impact depression storage capacity or provide another mechanism for the release to reach water (these assumptions were addressed by other means as part of this study).

- Some releases were initiated outside of the secondary containment. If a tank were to fail, the containment system is designed to be able to prevent product from getting outside of the containment area. Assuming the entire tank's contents breached the containment area is highly unlikely event, and therefore highly conservative.

- For release within secondary containment, it was assumed that no liquid is pumped or drained out of the containment area during the simulation. This assumption maximizes the volume of liquid available to spread within the containment area.

- Storm water or other drainage systems/infrastructure like ditches, culverts, pipes, catch basins, etc. that may impact flow pathways were not included in the modeling. The presence of these features and how they would alter flow paths could not be confirmed. The effects of this on the simulation are not fully clear. There is potential that storm water drainage systems could help expedite product reaching the bay, if the collected water (an oil) was not first routed to a treatment system. These features may also prevent oil from spreading to other areas if it was redirected based on these features. A particular area of interest is the potential for this kind of infrastructure between Containment Areas 1 and 2. Resources describe a ditch through this area but do not provide details of where that leads to (Triton Environmental Inc, 2017) Horner seems to describe this feature as flowing to New Haven Harbor (p. 32 therein), but does not elaborate on how (Horner, 2025). Using the USGS elevation data (Figure 12-5) the topography suggests this area drains to the south, and the assumption was made to use the elevation data as is.



**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix G**
**June 23, 2025**

## 12.6 SCENARIO A RESULTS – WORST CASE DISCHARGE OF DIESEL FROM INSIDE CONTAINMENT

A release of 165,376 bbl (the WCD) of diesel from Tank 22 (assumed to originate at the tank's center point) was simulated with OILMAPLand. The model predicts that the entire volume released would be contained within the secondary Containment Area 2 (Figure 12-8). Most of the surface between the remaining tanks is covered with oil under this release scenario, except the highest points in the southeast corner. Diesel oil is predicted to pool within the containment area reaching depths up to 1.9 meters at the lowest elevation points.



Figure 12-8: Map of oil trajectory and thickness for Scenario A – worst-case discharge of diesel from within secondary containment.

With the assumption of a near-instantaneous release, the oil is predicted to spread within the containment area within 0.18 hours. The simulation was stopped at that time as the oil is not able to spread any further. Over those 0.18 hours, 0.7 bbl (< 0.001%) of diesel is predicted to evaporate (Figure 12-9).

100-WTR-T44521



Figure 12-9: Evaporation over time for Scenario A – worst-case discharge of diesel from within secondary containment.

Releases from other tanks or other products were not simulated within secondary containment. However, these results are representative of what could be expected in those scenarios as well. The plume extent would be nearly the same, as long as the release volume is similar. Releases of gasoline or jet fuel would result in more evaporation, so the remaining plume thickness would slightly decrease.

## 12.7 SCENARIOS B RESULTS – ASSESSMENT OF RELEASE LOCATIONS OUTSIDE OF SECONDARY CONTAINMENT

Nine sites were selected outside of secondary containment to assess potential overland flow paths that could reach New Haven Harbor, if a release was able to get outside of the containment areas. Sites were selected by looking at the elevation and selecting sites along various potential flow paths to ensure all paths were considered (Figure 12-10). Sites were selected just outside of the containment, along East Shore Parkway, and west of East Shore Parkway as well.

A simulation was performed at each site assuming the full WCD volume of 165,376 bbl of diesel oil. Releases were simulated as a near-instantaneous (0.01 hours) of the full discharge volume. These scenarios are highly conservative as they assume: the entirety of the tank's contents has escaped secondary containment without any weathering (evaporation), that it all is reaching the same location (starting release site), and that its plausible to reach this site, although the terrain suggests many sites could not be reached. Also, diesel was selected as the worst-case scenario as it is expected to be in the largest volume and have the least amount of evaporation.



Figure 12-10: Map of nine selected sites to assess potential pathways that could reach New Haven Harbor.

Releases from sites 5 and 6 (north side of the New Haven Terminal), are predicted to fill a depression along the Containment Area 3 berm before flowing south and spreading within the loading area (Figure 12-15 and Figure 12-16). A small depression in the loading area, along the western berm around Containment Area 2, is predicted to fill with shallow oil (<0.25m thick) before spreading west towards East Shore Parkway. The product is then predicted to flow south and east along the south side of the retention basins and around Containment Area 1. This is a larger area of low elevation and forested cover. The model predicts oil pooling in this area reaching depths over 1 meter. The diesel is predicted to continue spreading south in this forested/wetland area until it cannot spread any further. No oil is predicted to reach the harbor from these sites.

A release from site 7 is predicted to flow south along East Shore Parkway before reaching the forested area south of the New Haven Terminal (Figure 12-17). From this point the plume is predicted to spread in the same area as sites 5 and 6. This location is not predicted to reach the bay.

A release from sites 2 and 1 are predicted to follow the same path as site 7, just each starting slightly further south along East Shore Parkway (Figure 12-12 and Figure 12-11). Neither site is predicted to reach the harbor.

A release from site 9, west of East Shore Parkway, is expected to spread in a small depression north and west from the release site, before filling that area and spreading to the east towards East Shore Parkway (Figure 12-19). The plume is then predicted to spread south and follow the same path as the previously mentioned sites. This location is also not predicted to reach the harbor.

Sites 3 and 4 are also west of East Shore Parkway. A release from these sites is first predicted to spread north in a narrow path, before spreading to the east towards East Shore Parkway, and then following the same path as previous sites (Figure 12-13 and Figure 12-14).

Site 8 was the furthest site from the New Haven Terminal, approximately 325 feet west of East Shore Parkway. Site 8 was specifically selected as it was the closest site to the New Haven Terminal that was located in an area where the terrain sloped towards the bay. A release from this location is predicted to flow down slope directly west towards the bay (Figure 12-18). A depression along Waterfront Street is filled with diesel before the simulation continues downslope reaching the bay just south of New Haven Dock. This simulation demonstrates the pathway for storm surge water on the west side of East Shore Parkway to reach the harbor. However, it is not a realistic scenario for a WCD of oil, as it was initialized in one location 1,050 feet from the closest of the largest tanks.

Of the 9 sites simulated, all but site is predicted to spread into the forested area south of the New Haven Terminal and be trapped in this low area. While site 8 could reach the bay, the likelihood of oil reaching this location while originating from the New Haven Terminal is very low.

Based on these results a single site, outside of secondary containment, was selected for further analysis with scenarios C and D (Figure 12-3). The selected site was closest to the Containment Area 2 berm, between the warehouse and the berm. This is more likely location where oil could escape the containment area, and the largest volume that could possibly be released under a WCD assumption.


**TETRA TECH**

## 12.7.1 Maps of Oil Trajectories and Thicknesses



Figure 12-11: Map of oil trajectory and thickness for Scenario B site 1 – worst-case discharge of diesel from outside of secondary containment.



Figure 12-12: Map of oil trajectory and thickness for Scenario B site 2 – worst-case discharge of diesel from outside of secondary containment.

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix G**
**June 23, 2025**



Figure 12-13: Map of oil trajectory and thickness for Scenario B site 3 – worst-case discharge of diesel from outside of secondary containment.

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix G**
**June 23, 2025**



Figure 12-14: Map of oil trajectory and thickness for Scenario B site 4 – worst-case discharge of diesel from outside of secondary containment.



Figure 12-15: Map of oil trajectory and thickness for Scenario B site 5 – worst-case discharge of diesel from outside of secondary containment.



Figure 12-16: Map of oil trajectory and thickness for Scenario B site 6 – worst-case discharge of diesel from outside of secondary containment.



Figure 12-17: Map of oil trajectory and thickness for Scenario B site 7 – worst-case discharge of diesel from outside of secondary containment.



Figure 12-18: Map of oil trajectory and thickness for Scenario B site 8 – worst-case discharge of diesel from outside of secondary containment.



Figure 12-19: Map of oil trajectory and thickness for Scenario B site 9 – worst-case discharge of diesel from outside of secondary containment.

## 12.8 SCEANRIO C RESULTS – REPRESENTATIVE WORST CASE DISCHARGE OF DIESEL

A release of a WCD of diesel from the selected representative release location outside of secondary containment (Location C & D in Figure 12-3) was simulated with OILMAPLand. The model predicts that the entire volume released would remain on land, not reaching New Haven Harbor (Figure 12-20). In general, the plume is predicted to move to the south of the New Haven Terminal and spread within and fill low areas in the forested/wetland area between the New Haven Terminal and East Shore Park.  Diesel oil is predicted to pool in this area reaching depths up to 1.71 meters at the lowest elevation points (primarily around Containment Area 1).

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix G**
**June 23, 2025**



Figure 12-20: Map of oil trajectory and thickness for Scenario C – representative worst-case discharge of diesel from outside secondary containment.

The diesel is predicted to spread to this extent over a time of 1.7 hours. The simulation was stopped at that time as the oil is not able to spread any further. Over those 1.7 hours, 30.7 (<0.02%) bbl of diesel is predicted to evaporate (Figure 12-21).



Figure 12-21: Evaporation over time for Scenario C – representative worst-case discharge of diesel from outside secondary containment.

## 12.9 SCEANRIO D RESULTS – REPRESENTATIVE WORST CASE DISCHARGE OF GASOLINE

A release of a WCD of gasoline from the selected representative release location outside of secondary containment (Location C & D in Figure 12-3) was simulated with OILMAPLand. The model predicts that the entire volume released would remain on land, not reaching New Haven Harbor (Figure 12-22). In general, the plume is predicted to move to the south of the New Haven Terminal and spread within and fill low areas in the forested/wetland area between the New Haven Terminal and East Shore Park.  Gasoline is predicted to pool in this area reaching depths up to 1.64 meters at the lowest elevation points (primarily around Containment Area 1).



Figure 12-22: Map of oil trajectory and thickness for Scenario D – representative worst-case discharge of gasoline from outside secondary containment.

The gasoline is predicted to spread to this extent over a time of 1.7 hours. The simulation was stopped at that time as the oil is not able to spread any further. Over those 1.7 hours, approximately 21,643 bbl (13.1%) of gasoline is predicted to evaporate (Figure 12-23).



Figure 12-23: Evaporation over time for Scenario D – representative worst-case discharge of gasoline from outside secondary containment.

The overall footprint of the gasoline release simulation is slightly smaller than the diesel (Scenario C). This is due to the increased evaporation of the more volatile gasoline product. With more gasoline evaporating there is less liquid remaining to spread overland. Likewise, the thickness of product remaining on the land surface at the end of the simulation is slightly reduced.

## 12.10 REFERENCES

American Society of Civil Engineers. 1969. Design and Construction of Sanitary and Storm Sewers. Manuals and Reports of Engineering Practice, No. 37, New York.

Arcement, George J., Schneider, Verne R., 1989. Guide for selecting Manning's roughness coefficients for natural channels and flood plains. Report. USGS Publications Warehouse. 10.3133/wsp2339. https://pubs.usgs.gov/publication/wsp2339

Etkin, D. S. 2025.  Expert Report by Dr. Dagmar Schmidt Etkin, June 2023.

Horner, Richard R., 2025. Conservation Law Foundation v. Shell New Haven Terminal, Case No. 3:21-CV-00933-VDO, Report of Richard R. Horner, Ph.D., Seattle, Washington, May 1, 2025. [2025.05.01 Expert Report of Richard Horner.PDF]

Kouwen N., 2001, WATFLOOD/SPL9 Hydrological Model & Flood Forecasting System, Department of Civil Engineering, University of Waterloo, Waterloo, Ontario, Canada.

McAuliffe, C.D., 1989. The weathering of volatile hydrocarbons from crude oil slicks on water. Proceedings of the 1989 Oil Spill Conference. San Antonio, TX. pp. 357-364.

NOAA, 2020. Coastal Change Analysis Program (C-CAP) Land Cover for Connecticut 2016. Access from https://maps.cteco.uconn.edu/projects/landcover/ct-highres/ . Downloaded on 4/28/2025.

Schwartz, M., L. Bromwell, J. Kiefer, W. Reigner, W. Winkler,and B. Manley, 2002. Hydrodynamic Simulations of Restoration Alternative 1 Tenoroc Fish Management Area. Stormwater Management Conference, Orlando, Florida, December 4–6, 2002.

Stiver, W. and D. Mackay, 1984. Evaporation rate of oil spills of hydrocarbons and petroleum mixtures. Environmental Science and Technology 18: 834-840.

Triton Environmental Inc, 2017. New Haven Terminal Drawing. June 21, 2017. New Haven SWPPP 2017 Terminal Drawing.pdf

United States Geological Survey (USGS), 2025. 1-Meter Bare Earth Elevation Dataset for the CT Statewide Lidar from 2016. Available: https://www.usgs.gov.



# Appendix H. Oil Spill Modeling – New Haven Terminal Modeling Oil Spills in Storm Surge Waters: Oil Fate on Land

100-WTR-T44525
June 2025

## PREPARED FOR

King & Spalding LLP

1180 Peachtree Street, NE, Suite 1600

Atlanta, GA 30309

Attention:

Douglas A. Henderson

## DRAFT EXPERT REPORT BY

Deborah French-McCay, PhD
RPS Ocean Sciences, Tetra Tech
55 Village Square Dr
South Kingstown, RI 02879

**E:** Deborah.McCay@tetratech.com

**T:** 401-742-1395

**Prepared by:**

Deborah French-McCay, Matthew Frediani, Jenna Ducharme, Jeremy Fontenault, Mahmud Monim, Nickitas Georgas, Emily Day, Nicholas Baccari, Dan Codiga, and Matthew Murphy

**Restriction on Disclosure and Use of Data**

*This report was prepared by Tetra Tech within the terms of its engagement and in direct response to a scope of services. This report is strictly limited to the purpose and the facts and matters stated in it and does not apply directly or indirectly and must not be used for any other application, purpose, use or matter. In preparing the report, Tetra Tech may have relied upon information provided to it at the time by other parties. Tetra Tech accepts no responsibility as to the accuracy or completeness of information provided by those parties at the time of preparing the report. The report does not take into account any changes in information that may have occurred since the publication of the report. If the information relied upon is subsequently determined to be false, inaccurate or incomplete then it is possible that the observations and conclusions expressed in the report may have changed. Tetra Tech does not warrant the contents of this report and shall not assume any responsibility or liability for loss whatsoever to any third party caused by, related to or arising out of any use or reliance on the report howsoever. No part of this report, its attachments or appendices may be reproduced by any process without the written consent of Tetra Tech. All enquiries should be directed to Tetra Tech.*



**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix H**
**June 23, 2025**

## TABLE OF CONTENTS

**13.0 APPENDIX H. MODELING OIL SPILLS IN STORM SURGE WATERS: OIL FATE ON LAND ......................3**

13.1 Analysis for Spills in Flooded Land Locations ........................................................................3

13.2 Results for Spills in Flooded Land Locations Using Integral Storms .........................................5

 13.2.1 Diesel Spills .....................................................................................................................5

 13.2.2 No. 2 Fuel Oil Spills ..........................................................................................................9

 13.2.3 Aviation Fuel Spills ......................................................................................................... 13

 13.2.4 Gasoline Spills ............................................................................................................... 17

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix H**
**June 23, 2025**

## LIST OF TABLES

Table 13-1: Modeled spill locations around the Containment Areas of the New Haven Terminal. ...........................3

Table 13-2: Mass balance at the end of the spill simulation on land for modeled diesel spills during the Integral 500-year storm.........................................................................................................................5

Table 13-3: Mass balance at the end of the spill simulation on land for modeled diesel spills during the Integral 100-year storm.........................................................................................................................7

Table 13-4: Mass balance at the end of the spill simulation on land for modeled No. 2 fuel oil spills during the Integral 500-year storm. ...................................................................................................9

Table 13-5: Mass balance at the end of the spill simulation on land for modeled No. 2 fuel oil spills during the Integral 100-year storm. ................................................................................................. 11

Table 13-6: Mass balance at the end of the spill simulation on land for modeled aviation fuel spills during the Integral 500-year storm. ................................................................................................. 13

Table 13-7: Mass balance at the end of the spill simulation on land for modeled aviation fuel spills during the Integral 100-year storm. ................................................................................................. 15

Table 13-8: Mass balance at the end of the spill simulation on land for modeled gasoline spills during the Integral 500-year storm................................................................................................................ 17

Table 13-9: Mass balance at the end of the spill simulation on land for modeled gasoline spills during the Integral 100-year storm.................................................................................................................. 19

## LIST OF FIGURES

Figure 13-1: Hypothetical spill locations in the New Haven Terminal. ....................................................................4

Figure 13-2: Mass concentrations of oil remaining on land for the MCD of diesel at site Contain2 during the Integral 500-year storm. ...............................................................................................................6

Figure 13-3: Mass concentrations of oil remaining on land for the MCD of diesel at site Contain2 during the Integral 100-year storm. ...............................................................................................................8

Figure 13-4: Mass concentrations of oil remaining on land for the MCD of No. 2 fuel oil at site Contain2 during the Integral 500-year storm. ................................................................................. 10

Figure 13-5: Mass concentrations of oil remaining on land for the MCD of No. 2 fuel oil at site Contain2 during the Integral 100-year storm. ................................................................................. 12

Figure 13-6: Mass concentrations of oil remaining on land for the MCD of aviation fuel at site Contain2 during the Integral 500-year storm. ................................................................................. 14

Figure 13-7: Mass concentrations of oil remaining on land for the MCD of aviation fuel at site Contain2 during the Integral 100-year storm. ................................................................................. 16

Figure 13-8: Mass concentrations of oil remaining on land for the MCD of gasoline at site Contain2 during the Integral 500-year storm. ................................................................................. 18

Figure 13-9: Mass concentrations of oil remaining on land for the MCD of gasoline at site Contain2 during the Integral 100-year storm. ................................................................................. 20


**TETRA TECH**

100-WTR-T44521

# 13.0 APPENDIX H. MODELING OIL SPILLS IN STORM SURGE WATERS: OIL FATE ON LAND

## 13.1 ANALYSIS FOR SPILLS IN FLOODED LAND LOCATIONS

This appendix contains model results for hypothetical oil spills in land locations flooded by storm surge. Hypothetical oil spills of the Maximum Credible Discharge (MCD; also termed Worst Credible Discharge) volume were run, initialized at seven locations in and around the New Haven Terminal containment areas (Table 13-1; Figure 13-1). The MCD for each oil type was simulated from the topographic low within Containment Area 2, where the largest tanks are located ("Contain2"). Six additional hypothetical spill locations were also modeled, under the assumption that a spill of such a maximum credible discharge would occur during a storm surge and that the entire MCD volume would exit the containment area via a breach in the berm instantaneously. However, these releases of the full MCD volume outside the containment are not realistic, as it would take some time for oil and water to flow out of the containment such that the assumption that all the oil escaped instantaneously to outside the containment is overly conservative. Yet, the results indicate the sensitivity of results to the location of the release. Note that an instantaneous spill at the "Contain2" topographic low in Containment 2 at the height of the surge is also not a realistic scenario. Thus, these results are hypothetical and highly conservative.

Table 13-1: Modeled spill locations around the Containment Areas of the New Haven Terminal.

| Location Name | Longitude (degrees) | Latitude (degrees) | Description |
|---|---|---|---|
| NWout | -72.899839 | 41.28859 | Northwest of Containment Area 3 Near Product Entrance |
| Wout | -72.899850 | 41.287490 | West of Containment Area 3 |
| WSWout | -72.900202 | 41.287006 | West of Containment Area 2 Near Truck Loading Rack |
| SWout | -72.899244 | 41.286373 | West of Containment Area 2, East of Warehouse, and North of Retention Basin |
| Sout | -72.899295 | 41.285692 | West of Containment Area 1 and South of Retention Basin |
| SEout | -72.897460 | 41.285762 | Southeast of Containment Area 2 and Northeast of Containment Area 1 |
| Contain2 | -72.898750 | 41.286750 | In the lowest ground in Containment Area 2 |


**TETRA TECH**

100-WTR-T44521



Figure 13-1: Hypothetical spill locations in the New Haven Terminal.

The model simulations were run using the current data for the simulated storms, i.e., the 100-year and 500-year storms modeled by Integral (described in Appendices A and B). The Integral current data used are described in Appendix A. Appendix B contains a description of the development of the storm models, prepared by Integral. Wind data used are those for the Superstorm Sandy period, as described in Appendix A (Section 6.3). Derivations of the land-water grids and habitat/shore/land cover types used in the oil spill model are in Appendix E.

The results of these simulations included quantification of the mass of oil that evaporated, degraded (during the time of the simulation, 47.5 to 52.5 hours for the Integral storms), reached New Haven Harbor, and remained on land (Table 13-2 to Table 13-9). Maps showing the oil concentrations remaining on land in the area impacted by the storms modeled by Integral for the release location Contain2 can be found in Section 13.2 (Figure 13-2 to Figure 13-9).

## 13.2 RESULTS FOR SPILLS IN FLOODED LAND LOCATIONS USING INTEGRAL STORMS

### 13.2.1 Diesel Spills

#### 13.2.1.1 500-year Storm

Table 13-2: Mass balance at the end of the spill simulation on land for modeled diesel spills during the Integral 500-year storm.

| Location Name | % on Land | % Evaporated from Land | % Degraded on Land | % in Harbor | MT on Land | MT Evaporated from Land | MT Degraded on Land | MT in Harbor |
|---|---|---|---|---|---|---|---|---|
| NWout | 68.87 | 30.22 | 0.28 | 0.63 | 535.77 | 235.12 | 2.14 | 4.90 |
| Wout | 68.87 | 30.22 | 0.28 | 0.63 | 535.77 | 235.12 | 2.14 | 4.90 |
| WSWout | 64.56 | 29.20 | 0.26 | 5.98 | 502.23 | 227.13 | 2.05 | 46.53 |
| SWout | 66.66 | 29.87 | 0.27 | 3.20 | 518.54 | 232.40 | 2.11 | 24.89 |
| Sout | 67.29 | 29.80 | 0.27 | 2.64 | 523.48 | 231.79 | 2.11 | 20.54 |
| SEout | 68.38 | 30.20 | 0.28 | 1.14 | 531.96 | 234.92 | 2.15 | 8.90 |
| Contain2 | 68.50 | 30.33 | 0.28 | 0.89 | 532.90 | 235.97 | 2.16 | 6.90 |



Figure 13-2: Mass concentrations of oil remaining on land for the MCD of diesel at site Contain2 during the Integral 500-year storm.

### 13.2.1.2 100-year Storm

Table 13-3: Mass balance at the end of the spill simulation on land for modeled diesel spills during the Integral 100-year storm.

| Location Name | % on Land | % Evaporated from Land | % Degraded on Land | % in Harbor | MT on Land | MT Evaporated from Land | MT Degraded on Land | MT in Harbor |
|---|---|---|---|---|---|---|---|---|
| NWout | 70.67 | 29.05 | 0.28 | 0.00 | 549.76 | 226.02 | 2.15 | 0.00 |
| Wout | 71.96 | 27.75 | 0.29 | 0.00 | 559.81 | 215.88 | 2.25 | 0.00 |
| WSWout | 70.07 | 29.66 | 0.27 | 0.00 | 545.07 | 230.72 | 2.14 | 0.00 |
| SWout | 72.04 | 27.67 | 0.29 | 0.00 | 560.43 | 215.27 | 2.23 | 0.00 |
| Sout | 70.62 | 29.11 | 0.27 | 0.00 | 549.37 | 226.43 | 2.14 | 0.00 |
| SEout | 69.54 | 30.19 | 0.27 | 0.00 | 540.95 | 234.89 | 2.09 | 0.00 |
| Contain2 | 70.45 | 29.27 | 0.27 | 0.00 | 548.06 | 227.74 | 2.13 | 0.00 |



Figure 13-3: Mass concentrations of oil remaining on land for the MCD of diesel at site Contain2 during the Integral 100-year storm.

## 13.2.2 No. 2 Fuel Oil Spills

### 13.2.2.1 500-year Storm

Table 13-4: Mass balance at the end of the spill simulation on land for modeled No. 2 fuel oil spills during the Integral 500-year storm.

| Location Name | % on Land | % Evaporated from Land | % Degraded on Land | % in Harbor | MT on Land | MT Evaporated from Land | MT Degraded on Land | MT in Harbor |
|---|---|---|---|---|---|---|---|---|
| NWout | 91.10 | 7.86 | 0.29 | 0.74 | 737.5 | 63.65 | 2.38 | 6.01 |
| Wout | 89.09 | 7.90 | 0.29 | 2.72 | 721.3 | 63.97 | 2.34 | 22.00 |
| WSWout | 85.84 | 7.64 | 0.28 | 6.24 | 694.9 | 61.85 | 2.26 | 50.54 |
| SWout | 88.48 | 7.94 | 0.29 | 3.29 | 716.3 | 64.29 | 2.33 | 26.62 |
| Sout | 89.10 | 7.93 | 0.29 | 2.67 | 721.4 | 64.23 | 2.33 | 21.65 |
| SEout | 90.85 | 8.06 | 0.29 | 0.81 | 735.5 | 65.21 | 2.38 | 6.53 |
| Contain2 | 90.51 | 8.09 | 0.29 | 1.11 | 732.7 | 65.48 | 2.37 | 8.99 |



Figure 13-4: Mass concentrations of oil remaining on land for the MCD of No. 2 fuel oil at site Contain2 during the Integral 500-year storm.

### 13.2.2.2 100-year Storm

Table 13-5: Mass balance at the end of the spill simulation on land for modeled No. 2 fuel oil spills during the Integral 100-year storm.

| Location Name | % on Land | % Evaporated from Land | % Degraded on Land | % in Harbor | MT on Land | MT Evaporated from Land | MT Degraded on Land | MT in Harbor |
|---|---|---|---|---|---|---|---|---|
| NWout | 92.70 | 7.03 | 0.27 | 0.00 | 750.4 | 56.93 | 2.19 | 0.00 |
| Wout | 93.65 | 6.08 | 0.27 | 0.00 | 758.1 | 49.22 | 2.21 | 0.00 |
| WSWout | 92.27 | 7.46 | 0.27 | 0.00 | 747.0 | 60.36 | 2.19 | 0.00 |
| SWout | 93.75 | 5.97 | 0.27 | 0.00 | 759.0 | 48.37 | 2.21 | 0.00 |
| Sout | 92.70 | 7.03 | 0.27 | 0.00 | 750.5 | 56.91 | 2.19 | 0.00 |
| SEout | 91.86 | 7.87 | 0.27 | 0.00 | 743.7 | 63.74 | 2.18 | 0.00 |
| Contain2 | 92.61 | 7.12 | 0.27 | 0.00 | 749.7 | 57.65 | 2.19 | 0.00 |



Figure 13-5: Mass concentrations of oil remaining on land for the MCD of No. 2 fuel oil at site Contain2 during the Integral 100-year storm.

## 13.2.3 Aviation Fuel Spills

### 13.2.3.1 500-year Storm

Table 13-6: Mass balance at the end of the spill simulation on land for modeled aviation fuel spills during the Integral 500-year storm.

| Location Name | % on Land | % Evaporated from Land | % Degraded on Land | % in Harbor | MT on Land | MT Evaporated from Land | MT Degraded on Land | MT in Harbor |
|---|---|---|---|---|---|---|---|---|
| NWout | 14.68 | 85.01 | 0.09 | 0.22 | 155.20 | 898.8 | 0.94 | 2.29 |
| Wout | 14.32 | 84.95 | 0.09 | 0.65 | 151.35 | 898.0 | 0.93 | 6.87 |
| WSWout | 12.77 | 84.66 | 0.08 | 2.49 | 135.02 | 895.0 | 0.87 | 26.32 |
| SWout | 13.70 | 85.14 | 0.09 | 1.07 | 144.86 | 900.1 | 0.90 | 11.30 |
| Sout | 13.98 | 85.07 | 0.09 | 0.86 | 147.82 | 899.4 | 0.91 | 9.07 |
| SEout | 14.41 | 85.31 | 0.09 | 0.19 | 152.37 | 901.9 | 0.93 | 2.02 |
| Contain2 | 14.33 | 85.20 | 0.09 | 0.38 | 151.50 | 900.7 | 0.93 | 4.03 |



Figure 13-6: Mass concentrations of oil remaining on land for the MCD of aviation fuel at site Contain2 during the Integral 500-year storm.

### 13.2.3.2 100-year Storm

Table 13-7: Mass balance at the end of the spill simulation on land for modeled aviation fuel spills during the Integral 100-year storm.

| Location Name | % on Land | % Evaporated from Land | % Degraded on Land | % in Harbor | MT on Land | MT Evaporated from Land | MT Degraded on Land | MT in Harbor |
|---|---|---|---|---|---|---|---|---|
| NWout | 16.54 | 83.37 | 0.09 | 0.00 | 174.81 | 881.4 | 0.99 | 0.00 |
| Wout | 17.56 | 82.32 | 0.10 | 0.02 | 185.66 | 870.3 | 1.01 | 0.19 |
| WSWout | 15.63 | 84.27 | 0.10 | 0.00 | 165.26 | 890.9 | 1.01 | 0.00 |
| SWout | 17.48 | 82.43 | 0.10 | 0.00 | 184.79 | 871.4 | 1.01 | 0.00 |
| Sout | 16.87 | 83.04 | 0.09 | 0.00 | 178.30 | 877.9 | 0.99 | 0.00 |
| SEout | 14.93 | 84.98 | 0.09 | 0.00 | 157.87 | 898.4 | 0.95 | 0.00 |
| Contain2 | 16.68 | 83.23 | 0.09 | 0.00 | 176.36 | 879.8 | 0.98 | 0.00 |



Figure 13-7: Mass concentrations of oil remaining on land for the MCD of aviation fuel at site Contain2 during the Integral 100-year storm.

## 13.2.4 Gasoline Spills

### 13.2.4.1 500-year Storm

Table 13-8: Mass balance at the end of the spill simulation on land for modeled gasoline spills during the Integral 500-year storm.

| Location Name | % on Land | % Evaporated from Land | % Degraded on Land | % in Harbor | MT on Land | MT Evaporated from Land | MT Degraded on Land | MT in Harbor |
|---|---|---|---|---|---|---|---|---|
| NWout | 0.000 | 99.98 | 0.016 | 0.000 | 0.001 | 492.3 | 0.076 | 0.000 |
| Wout | 0.012 | 99.97 | 0.016 | 0.002 | 0.058 | 492.2 | 0.079 | 0.011 |
| WSWout | 0.000 | 99.93 | 0.017 | 0.051 | 0.001 | 492.0 | 0.082 | 0.249 |
| SWout | 0.000 | 99.96 | 0.016 | 0.028 | 0.000 | 492.1 | 0.080 | 0.135 |
| Sout | 0.000 | 99.91 | 0.016 | 0.072 | 0.000 | 491.9 | 0.079 | 0.355 |
| SEout | 0.000 | 99.98 | 0.016 | 0.003 | 0.000 | 492.3 | 0.078 | 0.014 |
| Contain2 | 0.000 | 99.98 | 0.016 | 0.003 | 0.004 | 492.3 | 0.077 | 0.014 |



Figure 13-8: Mass concentrations of oil remaining on land for the MCD of gasoline at site Contain2 during the Integral 500-year storm.

### 13.2.4.2 100-year Storm

Table 13-9: Mass balance at the end of the spill simulation on land for modeled gasoline spills during the Integral 100-year storm.

| Location Name | % on Land | % Evaporated from Land | % Degraded on Land | % in Harbor | MT on Land | MT Evaporated from Land | MT Degraded on Land | MT in Harbor |
|---|---|---|---|---|---|---|---|---|
| NWout | 0.021 | 99.96 | 0.019 | 0.000 | 0.103 | 492.1 | 0.093 | 0.000 |
| Wout | 0.001 | 99.95 | 0.047 | 0.000 | 0.005 | 492.1 | 0.230 | 0.000 |
| WSWout | 0.032 | 99.94 | 0.026 | 0.000 | 0.159 | 492.1 | 0.129 | 0.000 |
| SWout | 0.000 | 99.98 | 0.019 | 0.000 | 0.002 | 492.2 | 0.094 | 0.000 |
| Sout | 0.001 | 99.98 | 0.020 | 0.000 | 0.004 | 492.2 | 0.096 | 0.000 |
| SEout | 0.052 | 99.93 | 0.022 | 0.000 | 0.257 | 492.0 | 0.110 | 0.000 |
| Contain2 | 0.024 | 99.96 | 0.019 | 0.000 | 0.117 | 492.1 | 0.094 | 0.000 |



Figure 13-9: Mass concentrations of oil remaining on land for the MCD of gasoline at site Contain2 during the Integral 100-year storm.

# Appendix I. Oil Spill Modeling – New Haven Terminal

# Modeling Oil in Estuarine Waters: Oil Fate and Exposure for Diesel Fuel During the Integral 500-yr Storm

100-WTR-T44525
June 2025

## PREPARED FOR

King & Spalding LLP

1180 Peachtree Street, NE, Suite 1600

Atlanta, GA 30309

Attention:

Douglas A. Henderson

## DRAFT EXPERT REPORT BY

Deborah French-McCay, PhD
RPS Ocean Sciences, Tetra Tech
55 Village Square Dr
South Kingstown, RI 02879

**E:** Debbie.McCay@tetratech.com

**T:** 401-742-1395

**Prepared by:**

Deborah French-McCay, Matthew Frediani, Jenna Ducharme, Jeremy Fontenault, Mahmud Monim, Nickitas Georgas, Emily Day, Nicholas Baccari, Dan Codiga, and Matthew Murphy

**Restriction on Disclosure and Use of Data**

*This report was prepared by Tetra Tech within the terms of its engagement and in direct response to a scope of services. This report is strictly limited to the purpose and the facts and matters stated in it and does not apply directly or indirectly and must not be used for any other application, purpose, use or matter. In preparing the report, Tetra Tech may have relied upon information provided to it at the time by other parties. Tetra Tech accepts no responsibility as to the accuracy or completeness of information provided by those parties at the time of preparing the report. The report does not take into account any changes in information that may have occurred since the publication of the report. If the information relied upon is subsequently determined to be false, inaccurate or incomplete then it is possible that the observations and conclusions expressed in the report may have changed. Tetra Tech does not warrant the contents of this report and shall not assume any responsibility or liability for loss whatsoever to any third party caused by, related to or arising out of any use or reliance on the report howsoever. No part of this report, its attachments or appendices may be reproduced by any process without the written consent of Tetra Tech. All enquiries should be directed to Tetra Tech.*



**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix I**
**June 23, 2025**

## TABLE OF CONTENTS

**14.0 APPENDIX I. MODELING OIL IN ESTUARINE WATERS: OIL FATE AND EXPOSURE FOR DIESEL FUEL DURING THE INTEGRAL 500-YR STORM** .................................................................**5**

14.1 Introduction ..............................................................................................................5

14.2 Diesel Spills During 500-Year Storm ......................................................................7

14.2.1 Mass Balance Over Time ................................................................................7

14.2.2 Water Volume with Dissolved Concentrations Exceeding Threshold ........... 11

14.2.3 Maximum Dissolved Concentrations at Any Location over Time .................. 15

14.2.4 Maximum Toxic Units at Any Location over Time ........................................ 19

14.2.5 Maximum Total Hydrocarbon Concentrations in Entrained Oil Droplets at Any Time ................... 23

14.2.6 Maximum Total Dissolved Concentrations at Any Time................................. 31

14.2.7 Total Hydrocarbon Concentrations on the Sediments .................................. 39

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix I**
**June 23, 2025**

## LIST OF TABLES

Table 14-1: Release amounts into New Haven Harbor and release durations for each oil type and storm. ............5
Table 14-2: Tidal stages and associated dates and times for releases into New Haven Harbor..............................6

## LIST OF FIGURES

Figure 14-1: Mass balance over time for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide........................................................................................................7
Figure 14-2: Mass balance over time for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide. ...................................................................................................................7
Figure 14-3: Mass balance over time for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide. .........................................................................................................8
Figure 14-4: Mass balance over time for diesel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide..............................................................................................................8
Figure 14-5: Mass balance over time for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide. .........................................................................................................9
Figure 14-6: Mass balance over time for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide. ...............................................................................................................9
Figure 14-7: Mass balance over time for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide. ........................................................................................................ 10
Figure 14-8: Mass balance over time for diesel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide. ........................................................................................................... 10
Figure 14-9: Water volume where dissolved concentrations exceed 10 µg/L over time for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide.................................... 11
Figure 14-10: Water volume where dissolved concentrations exceed 10 µg/L over time for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide. ....................................... 11
Figure 14-11: Water volume where dissolved concentrations exceed 10 µg/L over time for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide. ................................. 12
Figure 14-12: Water volume where dissolved concentrations exceed 10 µg/L over time for diesel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide. ................................... 12
Figure 14-13: Water volume where dissolved concentrations exceed 10 µg/L over time for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide. .................................. 13
Figure 14-14: Water volume where dissolved concentrations exceed 10 µg/L over time for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide. ...................................... 13
Figure 14-15: Water volume where dissolved concentrations exceed 10 µg/L over time for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide.................................... 14
Figure 14-16: Water volume where dissolved concentrations exceed 10 µg/L over time for diesel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide. ...................................... 14
Figure 14-17: Maximum dissolved concentrations at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide. ............................................... 15
Figure 14-18: Maximum dissolved concentrations at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide......................................................... 15
Figure 14-19: Maximum dissolved concentrations at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide. .............................................. 16
Figure 14-20: Maximum dissolved concentrations at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide................................................... 16

 **TETRA TECH**

100-WTR-T44521

Figure 14-21: Maximum dissolved concentrations at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide.................................................................. 17

Figure 14-22: Maximum dissolved concentrations at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide. ........................................................................... 17

Figure 14-23: Maximum dissolved concentrations at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide. ................................................................. 18

Figure 14-24: Maximum dissolved concentrations at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide.......................................................................... 18

Figure 14-25: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide. .......................................................................................................... 19

Figure 14-26: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide. ............................................................................................................... 19

Figure 14-27: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide....................................................................................................... 20

Figure 14-28: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide. ..................................................................................................... 20

Figure 14-29: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide. ........................................................................................................ 21

Figure 14-30: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide. ...................................................................................................................... 21

Figure 14-31: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide....................................................................................................... 22

Figure 14-32: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide. ..................................................................................................... 22

Figure 14-33: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide. .................... 23

Figure 14-34: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide. ........................... 24

Figure 14-35: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide....................... 25

Figure 14-36: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for diesel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide. .......................... 26

Figure 14-37: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide. ..................... 27

Figure 14-38: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide............................... 28

Figure 14-39: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide......................... 29

Figure 14-40: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for diesel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide............................ 30



100-WTR-T44521

Figure 14-41: Maximum total dissolved concentrations (µg/L) at any time for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide. .............................................................. 31

Figure 14-42: Maximum total dissolved concentrations (µg/L) at any time for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide........................................................................ 32

Figure 14-43: Maximum total dissolved concentrations (µg/L) at any time for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide. .............................................................. 33

Figure 14-44: Maximum total dissolved concentrations (µg/L) at any time for diesel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide. .................................................................... 34

Figure 14-45: Maximum total dissolved concentrations (µg/L) at any time for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide..................................................................... 35

Figure 14-46: Maximum total dissolved concentrations (µg/L) at any time for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide. ....................................................................... 36

Figure 14-47: Maximum total dissolved concentrations (µg/L) at any time for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide. .............................................................. 37

Figure 14-48: Maximum total dissolved concentrations (µg/L) at any time for diesel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide....................................................................... 38

Figure 14-49: Total hydrocarbon concentrations (g/m$^2$) on the sediments (maximum, at the end of the 20-day simulation) for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide. .......................................................................................................... 39

Figure 14-50: Total hydrocarbon concentrations (g/m$^2$) on the sediments (maximum, at the end of the 20-day simulation) for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide. ................................................................................................................. 40

Figure 14-51: Total hydrocarbon concentrations (g/m$^2$) on the sediments (maximum, at the end of the 20-day simulation) for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide. ................................................................................................................. 41

Figure 14-52: Total hydrocarbon concentrations (g/m$^2$) on the sediments (maximum, at the end of the 20-day simulation) for diesel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide. ................................................................................................................. 42

Figure 14-53: Total hydrocarbon concentrations (g/m$^2$) on the sediments (maximum, at the end of the 20-day simulation) for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide. ................................................................................................................. 43

Figure 14-54: Total hydrocarbon concentrations (g/m$^2$) on the sediments (maximum, at the end of the 20-day simulation) for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide. ................................................................................................................................. 44

Figure 14-55: Total hydrocarbon concentrations (g/m$^2$) on the sediments (maximum, at the end of the 20-day simulation) for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide. ................................................................................................................. 45

Figure 14-56: Total hydrocarbon concentrations (g/m$^2$) on the sediments (maximum, at the end of the 20-day simulation) for diesel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide. ................................................................................................................. 46



100-WTR-T44521

## 14.0 APPENDIX I. MODELING OIL IN ESTUARINE WATERS: OIL FATE AND EXPOSURE FOR DIESEL FUEL DURING THE INTEGRAL 500-YR STORM

### 14.1 INTRODUCTION

This appendix contains model results for oil entering New Haven Harbor from hypothetical oil spills in land flooded by storm surge. The model simulations were run tracking the oil mass entering the harbor for 20 days after the oil started to enter the harbor. The locations where most of the oil mass entered the harbor in the land spill simulations was around the electric power station. Thus, the release location in the harbor simulations was just offshore of the power station (72.9084°W, 41.2864°N).

These simulations were run using the current data produced by the HYDROMAP hydrodynamic model (described in Appendix D). Derivations of the land-water grids and habitat and shore types are in Appendix E.

The scenarios modeled include a single mass release amount into the harbor (Table 14-1) for the MCD spills in Containment 2 during the Integral 500-year storms. Additionally, simulations were conducted for the Integral 100-year storm; however, no oil reached the harbor in those cases.

Table 14-1: Release amounts into New Haven Harbor and release durations for each oil type and storm.

| Oil Type | Integral Storm | % into Harbor | MT into Harbor | Gallons into Harbor | Release Start (hours after land spill) | Release duration (hours) |
|---|---|---|---|---|---|---|
| Diesel | 500-year | 0.89% | 6.9 | 2,162 | 4.5 | 7.5 |

Simulations were initialized at eight potential tidal height stages (at NOAA Tide Station id: 8465705, Tides and Currents) that could be occurring when a storm might go through New Haven (Table 14-2).

Table 14-2: Tidal stages and associated dates and times for releases into New Haven Harbor.

| Tidal Cycle | Tide Stage | Date | Time (24-hour, GMT) |
|---|---|---|---|
| Spring | High Tide | 8 October 2025 | 1630 |
| Spring | Ebb | 8 October 2025 | 1945 |
| Spring | Low Tide | 8 October 2025 | 2300 |
| Spring | Flood | 9 October 2025 | 215 |
| Neap | High Tide | 14 October 2025 | 1000 |
| Neap | Ebb | 14 October 2025 | 1300 |
| Neap | Low Tide | 14 October 2025 | 1600 |
| Neap | Flood | 14 October 2025 | 1900 |

Results of the simulations are in Appendices I, J and K for diesel, No. 2 fuel oil and aviation fuel, respectively. Results include the following.

- Time series charts
  - ○ Mass balance of oil components in the environment over time
  - ○ Water volume where dissolved concentrations exceed 10 µg/L over time
  - ○ Maximum dissolved concentrations at any location over time
  - ○ Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time
- Maps of the oil concentrations in the waters and sediments of New Haven Harbor, Long Island Sound, and tidal rivers entering these water bodies.
  - ○ Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time
  - ○ Maximum total dissolved concentrations (µg/L) at any time after a release
  - ○ Maximum total hydrocarbon concentrations (g/m²) on the sediments

Additional details and discussion are in the main report.

## 14.2 DIESEL SPILLS DURING 500-YEAR STORM

### 14.2.1 Mass Balance Over Time



Figure 14-1: Mass balance over time for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide.



Figure 14-2: Mass balance over time for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide.



Figure 14-3: Mass balance over time for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide.



Figure 14-4: Mass balance over time for diesel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide.



Figure 14-5: Mass balance over time for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide.



Figure 14-6: Mass balance over time for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide.

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix I**
**June 23, 2025**



Figure 14-7: Mass balance over time for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide.



Figure 14-8: Mass balance over time for diesel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide.

## 14.2.2 Water Volume with Dissolved Concentrations Exceeding Threshold



Figure 14-9: Water volume where dissolved concentrations exceed 10 µg/L over time for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide.



Figure 14-10: Water volume where dissolved concentrations exceed 10 µg/L over time for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide.



Figure 14-11: Water volume where dissolved concentrations exceed 10 µg/L over time for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide.



Figure 14-12: Water volume where dissolved concentrations exceed 10 µg/L over time for diesel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide.



Figure 14-13: Water volume where dissolved concentrations exceed 10 µg/L over time for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide.



Figure 14-14: Water volume where dissolved concentrations exceed 10 µg/L over time for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide.



Figure 14-15: Water volume where dissolved concentrations exceed 10 µg/L over time for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide.



Figure 14-16: Water volume where dissolved concentrations exceed 10 µg/L over time for diesel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide.

## 14.2.3 Maximum Dissolved Concentrations at Any Location over Time



Figure 14-17: Maximum dissolved concentrations at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide.



Figure 14-18: Maximum dissolved concentrations at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide.



Figure 14-19: Maximum dissolved concentrations at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide.



Figure 14-20: Maximum dissolved concentrations at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide.



Figure 14-21: Maximum dissolved concentrations at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide.



Figure 14-22: Maximum dissolved concentrations at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide.

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix I**
**June 23, 2025**



Figure 14-23: Maximum dissolved concentrations at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide.



Figure 14-24: Maximum dissolved concentrations at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide.

## 14.2.4 Maximum Toxic Units at Any Location over Time



Figure 14-25: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide.



Figure 14-26: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide.



Figure 14-27: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide.



Figure 14-28: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide.



Figure 14-29: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide.



Figure 14-30: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide.



Figure 14-31: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide.



Figure 14-32: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for diesel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide.

## 14.2.5 Maximum Total Hydrocarbon Concentrations in Entrained Oil Droplets at Any Time



Figure 14-33: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide.



Figure 14-34: Maximum total hydrocarbon concentrations (μg/L) in entrained oil droplets at any time for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide.



Figure 14-35: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide.



Figure 14-36: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for diesel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide.

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**



Figure 14-37: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide.



Figure 14-38: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide.

Figure 14-39: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide.





Figure 14-40: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for diesel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide.

## 14.2.6 Maximum Total Dissolved Concentrations at Any Time



Figure 14-41: Maximum total dissolved concentrations (μg/L) at any time for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide.



Figure 14-42: Maximum total dissolved concentrations (µg/L) at any time for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide.



Figure 14-43: Maximum total dissolved concentrations (µg/L) at any time for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide.



Figure 14-44: Maximum total dissolved concentrations (µg/L) at any time for diesel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide.



Figure 14-45: Maximum total dissolved concentrations (µg/L) at any time for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide.



Figure 14-46: Maximum total dissolved concentrations (μg/L) at any time for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide.



Figure 14-47: Maximum total dissolved concentrations (µg/L) at any time for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide.



Figure 14-48: Maximum total dissolved concentrations (µg/L) at any time for diesel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide.

## 14.2.7 Total Hydrocarbon Concentrations on the Sediments



Figure 14-49: Total hydrocarbon concentrations (g/m²) on the sediments (maximum, at the end of the 20-day simulation) for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide.



Figure 14-50: Total hydrocarbon concentrations (g/m²) on the sediments (maximum, at the end of the 20-day simulation) for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide.



Figure 14-51: Total hydrocarbon concentrations (g/m²) on the sediments (maximum, at the end of the 20-day simulation) for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide.



Figure 14-52: Total hydrocarbon concentrations (g/m²) on the sediments (maximum, at the end of the 20-day simulation) for diesel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide.



Figure 14-53: Total hydrocarbon concentrations (g/m²) on the sediments (maximum, at the end of the 20-day simulation) for diesel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide.



Figure 14-54: Total hydrocarbon concentrations (g/m²) on the sediments (maximum, at the end of the 20-day simulation) for diesel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide.



Figure 14-55: Total hydrocarbon concentrations (g/m²) on the sediments (maximum, at the end of the 20-day simulation) for diesel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide.

Figure 14-56: Total hydrocarbon concentrations (g/m²) on the sediments (maximum, at the end of the 20-day simulation) for diesel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide.



# Appendix J. Oil Spill Modeling – New Haven Terminal Modeling Oil in Estuarine Waters: Oil Fate and Exposure for No. 2 Fuel Oil During the Integral 500-yr Storm

100-WTR-T44525
June 2025

## PREPARED FOR

King & Spalding LLP

1180 Peachtree Street, NE, Suite 1600

Atlanta, GA 30309

Attention:

Douglas A. Henderson

## DRAFT EXPERT REPORT BY

Deborah French-McCay, PhD
RPS Ocean Sciences, Tetra Tech
55 Village Square Dr
South Kingstown, RI 02879

**E:** Debbie.McCay@tetratech.com

**T:** 401-742-1395

**Prepared by:**

Deborah French-McCay, Matthew Frediani, Jenna Ducharme, Jeremy Fontenault, Mahmud Monim, Nickitas Georgas, Emily Day, Nicholas Baccari, Dan Codiga, and Matthew Murphy

**Restriction on Disclosure and Use of Data**

*This report was prepared by Tetra Tech within the terms of its engagement and in direct response to a scope of services. This report is strictly limited to the purpose and the facts and matters stated in it and does not apply directly or indirectly and must not be used for any other application, purpose, use or matter. In preparing the report, Tetra Tech may have relied upon information provided to it at the time by other parties. Tetra Tech accepts no responsibility as to the accuracy or completeness of information provided by those parties at the time of preparing the report. The report does not take into account any changes in information that may have occurred since the publication of the report. If the information relied upon is subsequently determined to be false, inaccurate or incomplete then it is possible that the observations and conclusions expressed in the report may have changed. Tetra Tech does not warrant the contents of this report and shall not assume any responsibility or liability for loss whatsoever to any third party caused by, related to or arising out of any use or reliance on the report howsoever. No part of this report, its attachments or appendices may be reproduced by any process without the written consent of Tetra Tech. All enquiries should be directed to Tetra Tech.*



**Privileged and Confidential DRAFT**                                      **Appendix J**
**Oil Spill Modeling – New Haven Terminal**                             **June 23, 2025**

## TABLE OF CONTENTS

**15.0 APPENDIX J. MODELING OIL IN ESTUARINE WATERS: OIL FATE AND EXPOSURE FOR NO. 2 FUEL OIL DURING THE INTEGRAL 500-YR STORM** .................................................................**6**

15.1 Introduction .................................................................................................................6

15.2 No. 2 Fuel Oil Spills During 500-Year Storm ............................................................8

    15.2.1 Mass Balance Over Time .....................................................................................8

    15.2.2 Water Volume with Dissolved Concentrations Exceeding Threshold ............................ 12

    15.2.3 Maximum Dissolved Concentrations at Any Location over Time ...................................... 16

    15.2.4 Maximum Toxic Units at Any Location over Time ......................................................... 20

    15.2.5 Maximum Total Hydrocarbon Concentrations in Entrained Oil Droplets at Any Time ................... 24

    15.2.6 Maximum Total Dissolved Concentrations at Any Time................................................. 32

    15.2.7 Total Hydrocarbon Concentrations on the Sediments ................................................... 40

**Tt** TETRA TECH                                    1                         100-WTR-T44521

## LIST OF TABLES

Table 15-1: Release amounts into New Haven Harbor and release durations for each oil type and storm. ............6

Table 15-2: Tidal stages and associated dates and times for releases into New Haven Harbor.............................7

## LIST OF FIGURES

Figure 15-1: Mass balance over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide.......................................................................................................8

Figure 15-2: Mass balance over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide. ....................................................................................................................8

Figure 15-3: Mass balance over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide. ...............................................................................................................9

Figure 15-4: Mass balance over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during spring tide..................................................................................................................9

Figure 15-5: Mass balance over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide. ........................................................................................................... 10

Figure 15-6: Mass balance over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide. ................................................................................................................. 10

Figure 15-7: Mass balance over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide. .............................................................................................................. 11

Figure 15-8: Mass balance over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during neap tide. ................................................................................................................. 11

Figure 15-9: Water volume where dissolved concentrations exceed 10 µg/L over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide................................ 12

Figure 15-10: Water volume where dissolved concentrations exceed 10 µg/L over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide. ...................................... 12

Figure 15-11: Water volume where dissolved concentrations exceed 10 µg/L over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide. ............................... 13

Figure 15-12: Water volume where dissolved concentrations exceed 10 µg/L over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during spring tide. ................................... 13

Figure 15-13: Water volume where dissolved concentrations exceed 10 µg/L over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide. ................................ 14

Figure 15-14: Water volume where dissolved concentrations exceed 10 µg/L over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide. ....................................... 14

Figure 15-15: Water volume where dissolved concentrations exceed 10 µg/L over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide.................................. 15

Figure 15-16: Water volume where dissolved concentrations exceed 10 µg/L over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during neap tide. ..................................... 15

Figure 15-17: Maximum dissolved concentrations at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide. ....................................................... 16

Figure 15-18: Maximum dissolved concentrations at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide................................................................. 16

Figure 15-19: Maximum dissolved concentrations at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide. ....................................................... 17

Figure 15-20: Maximum dissolved concentrations at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during spring tide........................................................... 17


**TETRA TECH**

100-WTR-T44521

Figure 15-21: Maximum dissolved concentrations at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide. ........................................................... 18

Figure 15-22: Maximum dissolved concentrations at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide. ............................................................... 18

Figure 15-23: Maximum dissolved concentrations at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide. ........................................................... 19

Figure 15-24: Maximum dissolved concentrations at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during neap tide. .................................................................. 19

Figure 15-25: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide. ........................................................................................ 20

Figure 15-26: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide. .......................................................................................... 20

Figure 15-27: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide. ........................................................................................ 21

Figure 15-28: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during spring tide. ........................................................................................ 21

Figure 15-29: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide. .......................................................................................... 22

Figure 15-30: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide. ............................................................................................. 22

Figure 15-31: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide. .......................................................................................... 23

Figure 15-32: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during neap tide. ........................................................................................... 23

Figure 15-33: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide. ................. 24

Figure 15-34: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide. ...................... 25

Figure 15-35: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide. ................. 26

Figure 15-36: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during spring tide. .................... 27

Figure 15-37: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide. ................. 28

Figure 15-38: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide. ........................ 29

Figure 15-39: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide. ................... 30

Figure 15-40: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during neap tide. ...................... 31



Figure 15-41: Maximum total dissolved concentrations (µg/L) at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide. ...................................................... 32

Figure 15-42: Maximum total dissolved concentrations (µg/L) at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide. ................................................................ 33

Figure 15-43: Maximum total dissolved concentrations (µg/L) at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide. ...................................................... 34

Figure 15-44: Maximum total dissolved concentrations (µg/L) at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during spring tide. ........................................................... 35

Figure 15-45: Maximum total dissolved concentrations (µg/L) at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide. ........................................................ 36

Figure 15-46: Maximum total dissolved concentrations (µg/L) at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide. ............................................................... 37

Figure 15-47: Maximum total dissolved concentrations (µg/L) at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide. ........................................................ 38

Figure 15-48: Maximum total dissolved concentrations (µg/L) at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during neap tide. ................................................................ 39

Figure 15-49: Total hydrocarbon concentrations (g/m$^2$) on the sediments (maximum, at the end of the 20-day simulation) for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide. ................................................................................................................................ 40

Figure 15-50: Total hydrocarbon concentrations (g/m$^2$) on the sediments (maximum, at the end of the 20-day simulation) for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide. ............................................................................................................................... 41

Figure 15-51: Total hydrocarbon concentrations (g/m$^2$) on the sediments (maximum, at the end of the 20-day simulation) for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide. .............................................................................................................................. 42

Figure 15-52: Total hydrocarbon concentrations (g/m$^2$) on the sediments (maximum, at the end of the 20-day simulation) for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during spring tide. .............................................................................................................................. 43

Figure 15-53: Total hydrocarbon concentrations (g/m$^2$) on the sediments (maximum, at the end of the 20-day simulation) for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide. ................................................................................................................................. 44

Figure 15-54: Total hydrocarbon concentrations (g/m$^2$) on the sediments (maximum, at the end of the 20-day simulation) for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide. ................................................................................................................................. 45

Figure 15-55: Total hydrocarbon concentrations (g/m$^2$) on the sediments (maximum, at the end of the 20-day simulation) for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide. ................................................................................................................................. 46

Figure 15-56: Total hydrocarbon concentrations (g/m$^2$) on the sediments (maximum, at the end of the 20-day simulation) for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during neap tide. ................................................................................................................................. 47

## 15.0 APPENDIX J. MODELING OIL IN ESTUARINE WATERS: OIL FATE AND EXPOSURE FOR NO. 2 FUEL OIL DURING THE INTEGRAL 500-YR STORM

### 15.1 INTRODUCTION

This appendix contains model results for oil entering New Haven Harbor from hypothetical oil spills in land flooded by storm surge. The model simulations were run tracking the oil mass entering the harbor for 20 days after the oil started to enter the harbor. The locations where most of the oil mass entered the harbor in the land spill simulations was around the electric power station. Thus, the release location in the harbor simulations was just offshore of the power station (72.9084°W, 41.2864°N).

These simulations were run using the current data produced by the HYDROMAP hydrodynamic model (described in Appendix D). Derivations of the land-water grids and habitat and shore types are in Appendix E.

The scenarios modeled include a single mass release amount into the harbor (Table 15-1) for the MCD spills in Containment 2 during the Integral 500-year storms. Additionally, simulations were conducted for the Integral 100-year storm; however, no oil reached the harbor in those cases.

Table 15-1: Release amounts into New Haven Harbor and release durations for each oil type and storm.

| Oil Type | Integral Storm | % into Harbor | MT into Harbor | Gallons into Harbor | Release Start (hours after land spill) | Release duration (hours) |
|---|---|---|---|---|---|---|
| No. 2 Fuel Oil | 500-year | 1.11% | 9.0 | 2,815 | 4.5 | 7.5 |

Simulations were initialized at eight potential tidal stages that could be occurring when a storm might go through New Haven (Table 15-2).



**Privileged and Confidential DRAFT**                                    **Appendix J**
**Oil Spill Modeling – New Haven Terminal**                              **June 23, 2025**

Table 15-2: Tidal stages and associated dates and times for releases into New Haven Harbor.

| Tidal Cycle | Tide Stage | Date | Time (24-hour) |
|---|---|---|---|
| Spring | High Tide | 8 October 2025 | 1630 |
| Spring | Ebb | 8 October 2025 | 1945 |
| Spring | Low Tide | 8 October 2025 | 2300 |
| Spring | Flood | 9 October 2025 | 215 |
| Neap | High Tide | 14 October 2025 | 1000 |
| Neap | Ebb | 14 October 2025 | 1300 |
| Neap | Low Tide | 14 October 2025 | 1600 |
| Neap | Flood | 14 October 2025 | 1900 |

Results of the simulations are in Appendices I, J and K for diesel, No. 2 fuel oil and aviation fuel, respectively. Results include the following.

- Time series charts
  - Mass balance of oil components in the environment over time
  - Water volume where dissolved concentrations exceed 10 µg/L over time
  - Maximum dissolved concentrations at any location over time
  - Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time
- Maps of the oil concentrations in the waters and sediments of New Haven Harbor, Long Island Sound, and tidal rivers entering these water bodies.
  - Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time
  - Maximum total dissolved concentrations (µg/L) at any time after a release
  - Maximum total hydrocarbon concentrations (g/m$^2$) on the sediments

Additional details and discussion are in the main report.

## 15.2 NO. 2 FUEL OIL SPILLS DURING 500-YEAR STORM

### 15.2.1 Mass Balance Over Time



Figure 15-1: Mass balance over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide.



Figure 15-2: Mass balance over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide.



Figure 15-3: Mass balance over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide.



Figure 15-4: Mass balance over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during spring tide.



Figure 15-5: Mass balance over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide.



Figure 15-6: Mass balance over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide.

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix J**
**June 23, 2025**



Figure 15-7: Mass balance over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide.



Figure 15-8: Mass balance over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during neap tide.

## 15.2.2 Water Volume with Dissolved Concentrations Exceeding Threshold



Figure 15-9: Water volume where dissolved concentrations exceed 10 µg/L over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide.



Figure 15-10: Water volume where dissolved concentrations exceed 10 µg/L over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide.



Figure 15-11: Water volume where dissolved concentrations exceed 10 µg/L over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide.



Figure 15-12: Water volume where dissolved concentrations exceed 10 µg/L over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during spring tide.



Figure 15-13: Water volume where dissolved concentrations exceed 10 µg/L over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide.



Figure 15-14: Water volume where dissolved concentrations exceed 10 µg/L over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide.



Figure 15-15: Water volume where dissolved concentrations exceed 10 µg/L over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide.



Figure 15-16: Water volume where dissolved concentrations exceed 10 µg/L over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during neap tide.

## 15.2.3 Maximum Dissolved Concentrations at Any Location over Time



Figure 15-17: Maximum dissolved concentrations at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide.



Figure 15-18: Maximum dissolved concentrations at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide.



Figure 15-19: Maximum dissolved concentrations at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide.



Figure 15-20: Maximum dissolved concentrations at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during spring tide.



Figure 15-21: Maximum dissolved concentrations at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide.



Figure 15-22: Maximum dissolved concentrations at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide.

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix J**
**June 23, 2025**



Figure 15-23: Maximum dissolved concentrations at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide.



Figure 15-24: Maximum dissolved concentrations at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during neap tide.

## 15.2.4 Maximum Toxic Units at Any Location over Time



Figure 15-25: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide.



Figure 15-26: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide.

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**



Figure 15-27: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide.



Figure 15-28: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during spring tide.



Figure 15-29: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide.



Figure 15-30: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide.



Figure 15-31: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide.



Figure 15-32: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during neap tide.

## 15.2.5 Maximum Total Hydrocarbon Concentrations in Entrained Oil Droplets at Any Time



Figure 15-33: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide.



Figure 15-34: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide.



Figure 15-35: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide.



Figure 15-36: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during spring tide.

Figure 15-37: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide.





Figure 15-38: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide.



Figure 15-39: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide.

Figure 15-40: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during neap tide.



## 15.2.6 Maximum Total Dissolved Concentrations at Any Time



Figure 15-41: Maximum total dissolved concentrations (µg/L) at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide.

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix J**
**June 23, 2025**



Figure 15-42: Maximum total dissolved concentrations (µg/L) at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide.



Figure 15-43: Maximum total dissolved concentrations (µg/L) at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide.

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix J**
**June 23, 2025**



Figure 15-44: Maximum total dissolved concentrations (µg/L) at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during spring tide.

Privileged and Confidential DRAFT                                    Appendix J
Oil Spill Modeling – New Haven Terminal                                            June 23, 2025



Figure 15-45: Maximum total dissolved concentrations (µg/L) at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide.



Figure 15-46: Maximum total dissolved concentrations (µg/L) at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide.



Figure 15-47: Maximum total dissolved concentrations (µg/L) at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide.

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix J**
**June 23, 2025**



Figure 15-48: Maximum total dissolved concentrations (μg/L) at any time for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during neap tide.

## 15.2.7 Total Hydrocarbon Concentrations on the Sediments



Figure 15-49: Total hydrocarbon concentrations (g/m$^2$) on the sediments (maximum, at the end of the 20-day simulation) for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide.



Figure 15-50: Total hydrocarbon concentrations (g/m²) on the sediments (maximum, at the end of the 20-day simulation) for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide.



Figure 15-51: Total hydrocarbon concentrations (g/m²) on the sediments (maximum, at the end of the 20-day simulation) for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide.



Figure 15-52: Total hydrocarbon concentrations (g/m²) on the sediments (maximum, at the end of the 20-day simulation) for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during spring tide.

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

Appendix J
June 23, 2025



Figure 15-53: Total hydrocarbon concentrations (g/m²) on the sediments (maximum, at the end of the 20-day simulation) for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide.



Figure 15-54: Total hydrocarbon concentrations (g/m$^2$) on the sediments (maximum, at the end of the 20-day simulation) for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide.



Figure 15-55: Total hydrocarbon concentrations (g/m²) on the sediments (maximum, at the end of the 20-day simulation) for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide.



Figure 15-56: Total hydrocarbon concentrations (g/m$^2$) on the sediments (maximum, at the end of the 20-day simulation) for No. 2 fuel oil spilled during the 500-year storm and entering the harbor beginning at flood during neap tide.

# Appendix K. Oil Spill Modeling – New Haven Terminal

# Modeling Oil in Estuarine Waters: Oil Fate and Exposure for Aviation Fuel During the Integral 500-yr Storm

100-WTR-T44525
June 2025

## PREPARED FOR

King & Spalding LLP

1180 Peachtree Street, NE, Suite 1600

Atlanta, GA 30309

Attention:

Douglas A. Henderson

## DRAFT EXPERT REPORT BY

Deborah French-McCay, PhD
RPS Ocean Sciences, Tetra Tech
55 Village Square Dr
South Kingstown, RI 02879

**E:** Debbie.McCay@tetratech.com

**T:** 401-742-1395

**Prepared by:**

Deborah French-McCay, Matthew Frediani, Jenna Ducharme, Jeremy Fontenault, Mahmud Monim, Nickitas Georgas, Emily Day, Nicholas Baccari, Dan Codiga, and Matthew Murphy

**Restriction on Disclosure and Use of Data**

*This report was prepared by Tetra Tech within the terms of its engagement and in direct response to a scope of services. This report is strictly limited to the purpose and the facts and matters stated in it and does not apply directly or indirectly and must not be used for any other application, purpose, use or matter. In preparing the report, Tetra Tech may have relied upon information provided to it at the time by other parties. Tetra Tech accepts no responsibility as to the accuracy or completeness of information provided by those parties at the time of preparing the report. The report does not take into account any changes in information that may have occurred since the publication of the report. If the information relied upon is subsequently determined to be false, inaccurate or incomplete then it is possible that the observations and conclusions expressed in the report may have changed. Tetra Tech does not warrant the contents of this report and shall not assume any responsibility or liability for loss whatsoever to any third party caused by, related to or arising out of any use or reliance on the report howsoever. No part of this report, its attachments or appendices may be reproduced by any process without the written consent of Tetra Tech. All enquiries should be directed to Tetra Tech.*

 **TETRA TECH**

100-WTR-T44521

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix K**
**June 23, 2025**

## TABLE OF CONTENTS

**16.0 APPENDIX K. MODELING OIL IN ESTUARINE WATERS: OIL FATE AND EXPOSURE FOR AVIATION FUEL DURING THE INTEGRAL 500-YR STORM** ......................................................................................**6**

16.1 Introduction ........................................................................................................................6

16.2 Aviation Fuel Spills During 500-Year Storm.....................................................................8

    16.2.1 Mass Balance Over Time ..........................................................................................8

    16.2.2 Water Volume with Dissolved Concentrations Exceeding Threshold .......................12

    16.2.3 Maximum Dissolved Concentrations at Any Location over Time............................16

    16.2.4 Maximum Toxic Units at Any Location over Time..................................................20

    16.2.5 Maximum Total Hydrocarbon Concentrations in Entrained Oil Droplets at Any Time ...................24

    16.2.6 Maximum Total Dissolved Concentrations at Any Time............................................32

    16.2.7 Total Hydrocarbon Concentrations on the Sediments ................................................40

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix K**
**June 23, 2025**

## LIST OF TABLES

Table 16-1: Release amounts into New Haven Harbor and release durations for each oil type and storm. ............6
Table 16-2: Tidal stages and associated dates and times for releases into New Haven Harbor.............................7

## LIST OF FIGURES

Figure 16-1: Mass balance over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide.................................................................................................................8
Figure 16-2: Mass balance over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide. ................................................................................................................8
Figure 16-3: Mass balance over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide. ................................................................................................................9
Figure 16-4: Mass balance over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide.................................................................................................................9
Figure 16-5: Mass balance over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide. ................................................................................................ 10
Figure 16-6: Mass balance over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide. ................................................................................................ 10
Figure 16-7: Mass balance over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide. ................................................................................................ 11
Figure 16-8: Mass balance over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide. ................................................................................................ 11
Figure 16-9: Water volume where dissolved concentrations exceed 10 µg/L over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide................................ 12
Figure 16-10: Water volume where dissolved concentrations exceed 10 µg/L over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide. ........................................ 12
Figure 16-11: Water volume where dissolved concentrations exceed 10 µg/L over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide. ................................. 13
Figure 16-12: Water volume where dissolved concentrations exceed 10 µg/L over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide. .................................... 13
Figure 16-13: Water volume where dissolved concentrations exceed 10 µg/L over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide. ................................ 14
Figure 16-14: Water volume where dissolved concentrations exceed 10 µg/L over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide. ........................................ 14
Figure 16-15: Water volume where dissolved concentrations exceed 10 µg/L over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide................................... 15
Figure 16-16: Water volume where dissolved concentrations exceed 10 µg/L over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide. ..................................... 15
Figure 16-17: Maximum dissolved concentrations at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide. ...................................................... 16
Figure 16-18: Maximum dissolved concentrations at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide.................................................................. 16
Figure 16-19: Maximum dissolved concentrations at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide. ...................................................... 17
Figure 16-20: Maximum dissolved concentrations at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide........................................................... 17


**TETRA TECH**

100-WTR-T44521

Figure 16-21: Maximum dissolved concentrations at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide............................................................. 18

Figure 16-22: Maximum dissolved concentrations at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide. .............................................................. 18

Figure 16-23: Maximum dissolved concentrations at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide. ....................................................... 19

Figure 16-24: Maximum dissolved concentrations at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide.................................................................. 19

Figure 16-25: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide.................................................................. 20

Figure 16-26: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide. .................................................................. 20

Figure 16-27: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide. .................................................................. 21

Figure 16-28: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide.................................................................. 21

Figure 16-29: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide. .................................................................. 22

Figure 16-30: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide. .................................................................. 22

Figure 16-31: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide. .................................................................. 23

Figure 16-32: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide. .................................................................. 23

Figure 16-33: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide. ............. 24

Figure 16-34: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide. ...................... 25

Figure 16-35: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide................ 26

Figure 16-36: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide. ................... 27

Figure 16-37: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide. .............. 28

Figure 16-38: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide. ....................... 29

Figure 16-39: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide.................. 30

Figure 16-40: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide. ..................... 31



Figure 16-41: Maximum total dissolved concentrations (µg/L) at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide. ...................................................... 32

Figure 16-42: Maximum total dissolved concentrations (µg/L) at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide.................................................................... 33

Figure 16-43: Maximum total dissolved concentrations (µg/L) at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide. ....................................................... 34

Figure 16-44: Maximum total dissolved concentrations (µg/L) at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide............................................................ 35

Figure 16-45: Maximum total dissolved concentrations (µg/L) at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide........................................................ 36

Figure 16-46: Maximum total dissolved concentrations (µg/L) at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide. ............................................................. 37

Figure 16-47: Maximum total dissolved concentrations (µg/L) at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide. ....................................................... 38

Figure 16-48: Maximum total dissolved concentrations (µg/L) at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide................................................................ 39

Figure 16-49: Total hydrocarbon concentrations ($g/m^2$) on the sediments (maximum, at the end of the 20-day simulation) for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide. ........................................................................................................................ 40

Figure 16-50: Total hydrocarbon concentrations ($g/m^2$) on the sediments (maximum, at the end of the 20-day simulation) for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide. ........................................................................................................................ 41

Figure 16-51: Total hydrocarbon concentrations ($g/m^2$) on the sediments (maximum, at the end of the 20-day simulation) for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide. ........................................................................................................................ 42

Figure 16-52: Total hydrocarbon concentrations ($g/m^2$) on the sediments (maximum, at the end of the 20-day simulation) for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide. ........................................................................................................................ 43

Figure 16-53: Total hydrocarbon concentrations ($g/m^2$) on the sediments (maximum, at the end of the 20-day simulation) for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide. ........................................................................................................................ 44

Figure 16-54: Total hydrocarbon concentrations ($g/m^2$) on the sediments (maximum, at the end of the 20-day simulation) for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide. ........................................................................................................................ 45

Figure 16-55: Total hydrocarbon concentrations ($g/m^2$) on the sediments (maximum, at the end of the 20-day simulation) for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide. ........................................................................................................................ 46

Figure 16-56: Total hydrocarbon concentrations ($g/m^2$) on the sediments (maximum, at the end of the 20-day simulation) for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide. ........................................................................................................................ 47



# 16.0 APPENDIX K. MODELING OIL IN ESTUARINE WATERS: OIL FATE AND EXPOSURE FOR AVIATION FUEL DURING THE INTEGRAL 500-YR STORM

## 16.1 INTRODUCTION

This appendix contains model results for oil entering New Haven Harbor from hypothetical oil spills in land flooded by storm surge. The model simulations were run tracking the oil mass entering the harbor for 20 days after the oil started to enter the harbor. The locations where most of the oil mass entered the harbor in the land spill simulations was around the electric power station. Thus, the release location in the harbor simulations was just offshore of the power station (72.9084°W, 41.2864°N).

These simulations were run using the current data produced by the HYDROMAP hydrodynamic model (described in Appendix D). Derivations of the land-water grids and habitat and shore types are in Appendix E.

The scenarios modeled include a single mass release amount into the harbor (Table 16-1) for the MCD spills in Containment 2 during the Integral 500-year storms. Additionally, simulations were conducted for the Integral 100-year storm; however, no oil reached the harbor in those cases.

Table 16-1: Release amounts into New Haven Harbor and release durations for each oil type and storm.

| Oil Type | Integral Storm | % into Harbor | MT into Harbor | Gallons into Harbor | Release Start (hours after land spill) | Release duration (hours) |
|---|---|---|---|---|---|---|
| Aviation fuel | 500-year | 0.38% | 4.0 | 1,263 | 4.5 | 11 |

Simulations were initialized at eight potential tidal stages that could be occurring when a storm might go through New Haven (Table 16-2).



**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

Table 16-2: Tidal stages and associated dates and times for releases into New Haven Harbor.

| Tidal Cycle | Tide Stage | Date | Time (24-hour) |
|---|---|---|---|
| Spring | High Tide | 8 October 2025 | 1630 |
| Spring | Ebb | 8 October 2025 | 1945 |
| Spring | Low Tide | 8 October 2025 | 2300 |
| Spring | Flood | 9 October 2025 | 215 |
| Neap | High Tide | 14 October 2025 | 1000 |
| Neap | Ebb | 14 October 2025 | 1300 |
| Neap | Low Tide | 14 October 2025 | 1600 |
| Neap | Flood | 14 October 2025 | 1900 |

Results of the simulations are in Appendices I, J and K for diesel, No. 2 fuel oil and aviation fuel, respectively. Results include the following.

- Time series charts
    - Mass balance of oil components in the environment over time
    - Water volume where dissolved concentrations exceed 10 µg/L over time
    - Maximum dissolved concentrations at any location over time
    - Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time
- Maps of the oil concentrations in the waters and sediments of New Haven Harbor, Long Island Sound, and tidal rivers entering these water bodies.
    - Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time
    - Maximum total dissolved concentrations (µg/L) at any time after a release
    - Maximum total hydrocarbon concentrations (g/m$^2$) on the sediments

Additional details and discussion are in the main report.

## 16.2 AVIATION FUEL SPILLS DURING 500-YEAR STORM

### 16.2.1 Mass Balance Over Time



Figure 16-1: Mass balance over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide.



Figure 16-2: Mass balance over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide.



Figure 16-3: Mass balance over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide.



Figure 16-4: Mass balance over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide.

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix K**
**June 23, 2025**



Figure 16-5: Mass balance over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide.



Figure 16-6: Mass balance over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide.

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix K**
**June 23, 2025**



Figure 16-7: Mass balance over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide.



Figure 16-8: Mass balance over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide.

## 16.2.2 Water Volume with Dissolved Concentrations Exceeding Threshold



Figure 16-9: Water volume where dissolved concentrations exceed 10 µg/L over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide.



Figure 16-10: Water volume where dissolved concentrations exceed 10 µg/L over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide.



Figure 16-11: Water volume where dissolved concentrations exceed 10 µg/L over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide.



Figure 16-12: Water volume where dissolved concentrations exceed 10 µg/L over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide.



Figure 16-13: Water volume where dissolved concentrations exceed 10 µg/L over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide.



Figure 16-14: Water volume where dissolved concentrations exceed 10 µg/L over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide.



Figure 16-15: Water volume where dissolved concentrations exceed 10 µg/L over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide.



Figure 16-16: Water volume where dissolved concentrations exceed 10 µg/L over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide.

## 16.2.3 Maximum Dissolved Concentrations at Any Location over Time



Figure 16-17: Maximum dissolved concentrations at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide.



Figure 16-18: Maximum dissolved concentrations at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide.



Figure 16-19: Maximum dissolved concentrations at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide.



Figure 16-20: Maximum dissolved concentrations at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide.



Figure 16-21: Maximum dissolved concentrations at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide.



Figure 16-22: Maximum dissolved concentrations at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide.



Figure 16-23: Maximum dissolved concentrations at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide.



Figure 16-24: Maximum dissolved concentrations at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide.

## 16.2.4 Maximum Toxic Units at Any Location over Time



Figure 16-25: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide.



Figure 16-26: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide.



Figure 16-27: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide.



Figure 16-28: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide.



Figure 16-29: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide.



Figure 16-30: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide.



Figure 16-31: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide.



Figure 16-32: Maximum Toxic Units from dissolved concentrations of each of the 9 pseudo-components (AR1-AR9) at any location over time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide.

## 16.2.5 Maximum Total Hydrocarbon Concentrations in Entrained Oil Droplets at Any Time



Figure 16-33: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide.



Figure 16-34: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide.



Figure 16-35: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide.



Figure 16-36: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide.



Figure 16-37: Maximum total hydrocarbon concentrations (μg/L) in entrained oil droplets at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide.



Figure 16-38: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide.



Figure 16-39: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide.



Figure 16-40: Maximum total hydrocarbon concentrations (µg/L) in entrained oil droplets at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide.

## 16.2.6 Maximum Total Dissolved Concentrations at Any Time



Figure 16-41: Maximum total dissolved concentrations (µg/L) at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide.



Figure 16-42: Maximum total dissolved concentrations (µg/L) at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide.



Figure 16-43: Maximum total dissolved concentrations (µg/L) at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide.



Figure 16-44: Maximum total dissolved concentrations (µg/L) at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide.

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**



Figure 16-45: Maximum total dissolved concentrations (µg/L) at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide.



Figure 16-46: Maximum total dissolved concentrations (μg/L) at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide.

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix K**
**June 23, 2025**



Figure 16-47: Maximum total dissolved concentrations (µg/L) at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide.



Figure 16-48: Maximum total dissolved concentrations (µg/L) at any time for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide.

## 16.2.7 Total Hydrocarbon Concentrations on the Sediments



Figure 16-49: Total hydrocarbon concentrations (g/m$^2$) on the sediments (maximum, at the end of the 20-day simulation) for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during spring tide.



Figure 16-50: Total hydrocarbon concentrations (g/m²) on the sediments (maximum, at the end of the 20-day simulation) for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during spring tide.



Figure 16-51: Total hydrocarbon concentrations (g/m²) on the sediments (maximum, at the end of the 20-day simulation) for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during spring tide.

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix K**
**June 23, 2025**



Figure 16-52: Total hydrocarbon concentrations (g/m²) on the sediments (maximum, at the end of the 20-day simulation) for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during spring tide.



Figure 16-53: Total hydrocarbon concentrations (g/m$^2$) on the sediments (maximum, at the end of the 20-day simulation) for aviation fuel spilled during the 500-year storm and entering the harbor beginning at high tide during neap tide.



Figure 16-54: Total hydrocarbon concentrations (g/m$^2$) on the sediments (maximum, at the end of the 20-day simulation) for aviation fuel spilled during the 500-year storm and entering the harbor beginning at ebb during neap tide.



Figure 16-55: Total hydrocarbon concentrations (g/m²) on the sediments (maximum, at the end of the 20-day simulation) for aviation fuel spilled during the 500-year storm and entering the harbor beginning at low tide during neap tide.

Figure 16-56: Total hydrocarbon concentrations (g/m²) on the sediments (maximum, at the end of the 20-day simulation) for aviation fuel spilled during the 500-year storm and entering the harbor beginning at flood during neap tide.



# Oil Spill Modeling – New Haven Terminal Appendix L. Curriculum Vitae – Deborah French-McCay

100-WTR-T44525

June 2025

**PREPARED FOR**

King & Spalding LLP

1180 Peachtree Street, NE, Suite 1600

Atlanta, GA 30309

Attention:

Douglas A. Henderson

**Prepared by:**

Deborah French-McCay, Matthew Frediani, Jenna Ducharme, Jeremy Fontenault, Mahmud Monim, Nickitas Georgas, Emily Day, Nicholas Baccari, Dan Codiga, and Matthew Murphy

**DRAFT EXPERT REPORT BY**

Deborah French-McCay, PhD
RPS Ocean Sciences, Tetra Tech Inc.
55 Village Square Dr
South Kingstown, RI 02879

**E:** Deborah.McCay@tetratech.com

**T:** 401-742-1395

**Restriction on Disclosure and Use of Data**

*This report was prepared by Tetra Tech within the terms of its engagement and in direct response to a scope of services. This report is strictly limited to the purpose and the facts and matters stated in it and does not apply directly or indirectly and must not be used for any other application, purpose, use or matter. In preparing the report, Tetra Tech may have relied upon information provided to it at the time by other parties. Tetra Tech accepts no responsibility as to the accuracy or completeness of information provided by those parties at the time of preparing the report. The report does not take into account any changes in information that may have occurred since the publication of the report. If the information relied upon is subsequently determined to be false, inaccurate or incomplete then it is possible that the observations and conclusions expressed in the report may have changed. Tetra Tech does not warrant the contents of this report and shall not assume any responsibility or liability for loss whatsoever to any third party caused by, related to or arising out of any use or reliance on the report howsoever. No part of this report, its attachments or appendices may be reproduced by any process without the written consent of Tetra Tech. All enquiries should be directed to Tetra Tech.*


**TETRA TECH**

# Deborah French-McCay, PhD
## Senior Principal Scientist: Pollutant Fates & Effects, Modeling

Dr. French-McCay (formerly Dr. French) is a Senior Principal Scientist at the RPS Ocean Science office within Tetra Tech. She specializes in quantitative assessments and modeling of oil and chemical releases for impact, risk, and natural resource damage assessments (NRDA); evaluating transport and fates, exposure, and effects of pollutants on individual organisms, populations and aquatic ecosystems. Dr French-McCay is an internationally recognized expert in oil and chemical spill fate and effects modeling for response planning, risk assessments and impact evaluations. She leads development of RPS' (formerly RPS ASA) oil and chemical spill models (SIMAP and CHEMMAP) and manages numerous projects utilizing these models to evaluate oil/chemical trajectory and fate, impacts and ecological risks. Her population modeling work includes models for plankton, benthic invertebrates, fisheries, birds and mammals. She has developed water quality, food web and ecosystem models for freshwater, marine and wetland ecosystems. Dr. French-McCay has been principal investigator and primary author of more than one hundred technical reports and papers evaluating oil trajectory and fate, exposure, effects, and ecological risks. She has provided expert testimony in hearings regarding environmental risk and impact assessments.

## TETRA TECH PROJECT EXPERIENCE

**RPS, A Tetra Tech Company**                    **1984-present**
(Applied Science Associates, 1984-2011; RPS 2011-2023)

*Modeling and Analysis of Pollutant Fates and Effects, Ecological Risk Assessment, Implications of Oil Spill Response Alternatives*

- Project Manager and model developer for ASA's spill fates and biological effects model systems: SIMAP for oil spills and CHEMMAP for chemical spills. These models are used for impact and risk. assessment, as well as natural resource damage assessment. [Internal Research and Development; Multiple clients, 1992-present]
- CHEMMAP Model Development – Dr. French-McCay designed and managed the development of RPS ASA's CHEMMAP model system, which evaluates fate and biological effects of chemical releases in fresh and saltwater environments, accounting for transport, dispersion, volatilization, dissolution, acid-base reactions, and adsorption of chemicals in aquatic environments. [Internal Research and Development; Multiple clients, 1992-present]
- Principal investigator and project manager for modeling oil spill fate, environmental exposures, and effects resulting from oil spills and deepwater blowouts assuming various response alternatives, including subsea dispersant injection. She led development of the Comparative Risk Assessment model for evaluating trade-offs of dispersant use, a tool useful in Net Environmental Benefit Analysis (NEBA) and Spill Impact Mitigation Assessment (SIMA). [Multiple clients, 2015-present]
- Principal investigator and project manager for modeling fate and environmental exposures resulting from chemical and other Hazardous and Noxious Substance (HNS) spills. [Multiple clients, 1996-present].
- Modeling assessments of marine releases of liquified CO2 in support analyses of potential environmental effects of Carbon Capture, Usage and Storage (CCUS). Modeled potential pipeline releases, storage leaks and seeps. [ExxonMobil, 2022-present]

### EDUCATION

Ph.D. Oceanography, Graduate School of Oceanography, University of Rhode Island, 1984

A.B. Zoology, Rutgers College, 1974

### PROFESSIONAL AFFLIATION

RPS Ocean Science, Tetra Tech, Inc.

### YEARS OF EXPERIENCE

41 Years

### YEARS WITH TETRA TECH

41 Years

### OFFICE LOCATION

South Kingstown, RI  USA

### AREAS OF EXPERTISE

- Model development: SIMAP, CHEMMAP, OILMAP
- Operational and accidental spill/discharge fate and effects modeling
- Environmental Risk Assessments related to oil and hazardous substance releases and development projects
- NRDA Regulatory Support and Assessments
- Oil and chemical trajectory, tate, exposure, toxicity and injury quantification modeling
- Restoration Planning and Scaling (Habitat Equivalency Analysis, HEA, and Resource Equivalency Analysis, REA) for NRDA and Mitigation Assessments
- Fish and wildlife population modeling
- Modeling assessments of marine releases of liquified $CO_2$ and alternative fuels (e.g., ammonia)
- Permitting and regulatory compliance support
- Expert testimony

- Modeling assessments of marine releases of alternative fuels (e.g., ammonia, biofuels). [Multiple clients, e.g., ExxonMobil, 2022-present]
- Assessment of oils and chemicals associated with offshore wind facilities and potential environmental impacts on the Atlantic Outer Continental Shelf; performed chemical and oil inventory analysis and modeling of potential spills of oils and chemicals from offshore wind facilities [Bureau of Ocean Energy Management (BOEM); Initial Analysis: 2012-2013; Updated Analysis: 2023-2025]
- Performed an oil shoreline oil holding capacity analysis, including an extensive literature review to update previously developed empirical (i.e., observation-based) shoreline oil holding capacity model for use in oil spill models. Bureau of Safety and Environmental Enforcement (BSEE); Initial Analysis: 2006-2007; Updated Analysis: 2024-2025]
- Estimated Recovery System Potential Calculator: The calculator functions as a mechanical response planning tool for oil spills, for the user to determine recoverable oil volumes from oil spills in marine and inland waters. Member of Committee for Review of Genwest Effective Daily Recovery Capacity (EDRC) Project Final Report, requested by Bureau of Safety and Environmental Enforcement (BSEE). [National Academy of Sciences, 2013] Supported the development and technical execution of a user-friendly inland oil spill recovery calculator. [US Coast Guard, R&D Center, 2024]
- Evaluated model algorithms and implications of oil emulsification on oil trajectory, fate, effects and effectiveness of response alternatives. Led scientists from 7 laboratories and US and Canadian federal government agencies in developing analysis protocols and evaluating results of comparative studes. Several publications resulted from these efforts. [NOAA, Bureau of Safety and Environmental Enforcement (BSEE), Environment and Climate Change Canada (ECCC), Chevron, ExxonMobil, 2021-2024]
- Simulation of oil spill trajectories in the Chukchi and Beaufort Seas for evaluations of potential oil exposure of wildlife [U.S. Fish and Wildlife Service, Marine Mammals Management, Anchorage, Alaska; 2016-2024]
- Modelling the M/T Prestige oil spill and alternative scenarios if towed to a port of refuge. [American Bureau of Shipping, 2002-2013]
- Oil spill modeling for consequence analyses of potentially-polluting shipwrecks. [National Oceanic and Atmospheric Administration, Office of Response and Restoration; 2009-2012]
- Evaluation of the consequences of various response options using modeling of fate, effects and NRDA costs for oil spills into Washington Waters, [Washington Department of Ecology, WA, 2004-2006]
- Bio-economic modeling for oil spills from tanker/freighter groundings on rock pinnacles in San Francisco Bay. [US Army Corps of Engineers, San Francisco District, Dept. of the Army; 2001-2003]
- Oil spill modelling for the Offshore Environmental Cost Model (OECM) used to forecast environmental and social externalities associated with OCS oil and gas development. [OCS Study BOEM 2012-05; 2011-2012]
- NEPA support, ichthyoplankton impact assessments, and oil spill modeling for offshore oil and gas port EIS evaluations. [Multiple clients; 2006-present]
- Principal investigator for modeling fate and ecological risks of discharges associated with the use of chemical products used in deep water oil and gas operations in the Gulf of Mexico (US Dept. of the Interior, Minerals management Service, MMS, OCS Study MMS 2001-011, as subcontractor to A.D. Little). [1999-2021]
- Principal investigator for preparation of an Environmental Assessment of hazardous material spill response equipment regulations, a US Coast Guard rulemaking under the US Oil Pollution Act of 1990 (OPA90), where modeling was used to evaluate chemical fate and potential environmental consequences. Prepared "Final Environmental Assessment: Vessel and MTR Facility Response Plan Requirements for Hazardous Substances". (Final Report by Applied Science Associates). [U.S. Coast Guard, Office of Standards Evaluation and Development (G-PSR), Standards Evaluation and Analysis Division (G-PSR-1), September 2006 [2005-2006]
- Used modeling to estimate impacts resulting from hypothetical spills of hazardous waste cargos to be incinerated at sea; applied to several coastal areas (Gulf of Mexico and North Atlantic) and 10 possible wastes; analyzed worst case and most likely scenarios and performed sensitivity analysis. [US EPA, 1985-1987]

*NRDA Regulation Support*

During 1984-1996, for the U.S. department of the interior, Office of Environmental Policy and Compliance and the U.S. National Oceanic and Atmospheric Administration (NOAA), Dr. French-McCay was principal investigator and managed development of oil and chemical spill models for use in simplified and expedited Natural Resource Damage Assessment (NRDA) regulations and analyses:

- Principal investigator/project manager for the Natural Resource Damage Assessment Model for Coastal and Marine Environments (NRDAM/CME) and the Natural Resource Damage Assessment Model for Great Lakes

Environments (NRDAM/GLE) which are used in "Type A" assessments of damages due to spills of toxic substances under US regulations (Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) of 1980 and of oils under the Oil Pollution Act of 1990 (OPA)). [1984-1996]

- Principal developer of the physical fate model component of the NRDAM/CME, NRDAM/GLE, and ASA's derivative models SIMAP and CHEMMAP, which estimate oil and chemical distribution and concentrations over time after a spill.[1991-present]
- Developed biological effects model components of the NRDAM/CME, NRDAM/GLE, and SIMAP, which estimate pollutant-induced losses in productivity, fisheries yield and wildlife.
- Developed aquatic toxicity model and supporting toxicological database such that mortality is a function of concentration, time, and temperature of exposure; this toxicity model forms part of the NRDAM/CME, NRDAM/GLE and other model systems (e.g., SIMAP, CHEMMAP) developed by Applied Science Associates, Inc. (now part of RPS, a Tetra Tech company).
- Developed the restoration model components of the NRDAM/CME and NRDAM/GLE, which determine appropriate restoration actions and approximates costs. [1984-1996]
- Principal Investigator in the development of a Primary Restoration Guidance Manual which evaluates feasibility, effectiveness and success, and costs of restoration of wetland and aquatic natural resources.  This supports U.S. National Oceanic and Atmospheric Administration (NOAA), Office of Response and Restoration's OPA 90 NRDA regulations.
- Principal Investigator in the development of the Compensation Formula for NRDAs under OPA90
- Provides technical support to NOAA's Office of Response & Restoration / Assessment & Restoration Division and state trustees in on-going natural resource damage assessment cases.
- Provided training to federal and state trustees, industry, and private parties on use of modeling for NRDA, impact and risk assessment.

### NRDA Assessments using Modeling

For the U.S. National Oceanic and Atmospheric Administration (NOAA), Office of Response and Restoration, Assessment and Restoration Division (OR&R, ARD, previously called Damage Assessment Center) and State trustees, for numerous oil and chemical spills since 1989, Dr. French-McCay was principal investigator and manager for oil and chemical spill modeling of releases for the purposes of evaluating transport, fate, exposure and injuries to wildlife (birds, mammals, turtles) and water column resources. Restoration scaling using Habitat and Resource Equivalency Analysis (HEA and REA) was performed in many of these cases. NRDA cases supported include:

- World Prodigy oil spill in Narragansett Bay, June 1989 (modeled trajectory, fate, exposure, injuries, damages); used by the R.I. Attorney General's office to successfully negotiate a settlement with the responsible party. [State of RI, 1989-1990]
- Vista Bella Oil Spill of 6 March 1991 in Caribbean Sea: modeled trajectory, fate, exposure, and injuries to water column, habitats and birds [Lighthouse Technical Consultants, on behalf of Puerto Rico, for clain to National Pollution Funds Center, USCG; 2002-2004]
- Bouchard oil spill, August 1993, at the entrance to Tampa Bay.  Provided technical support to federal public trustees in developing a natural resource damage claim (modeled trajectory, fate, exposure, and injuries) [NOAA OR&R, ARD), 1993-1995]
- Caustic soda spill, Barge Cynthia M, March 1994: modeled trajectory, fate, exposure, and water column injuries. [NOAA OR&R, ARD, 1994-1995]
- Morris J. Berman No.6 fuel oil spill, January 1994, in San Juan, Puerto Rico: field assessment; modeled trajectory, fate, exposure, and water column injuries. [NOAA OR&R, ARD, 1994-1995]
- T/V Anitra, Delaware River, May 9, 1996; modeled trajectory, fate, and exposure to support NRDA. [NOAA OR&R, ARD, 1996]
- North Cape oil spill, January 1996, in Rhode Island: provided technical support, modeling of oil fate and injuries, restoration scaling, Chair of Technical Working Group assessing injuries and restoration alternatives for marine resources. [NOAA OR&R, ARD; 1996-1999]
- May 1997 Lake Barre, Louisiana, oil pipeline break of May 1997: modeled trajectory, fate, exposure, injuries; restoration scaling. [NOAA OR&R, ARD, 1997-1998]
- Platform Irene, September 28, 1997, offshore southern California, oil pipeline break: modeled trajectory, fate, exposure, and injuries. [California Office of Spill Prevention and Response (OSPR), 1997]
- November 1997 Kure spill in Humboldt Bay, California for State Natural Resource Trustees: modeled trajectory and fate. [California Office of Spill Prevention and Response (OSPR), 1997-2000]

- Alafia River phosphoric acid spill of December 1997: injury quantification and restoration scaling. [NOAA OR&R, ARD), 1997-1998]
- September 1998 Command spill off San Francisco, California for State Natural Resource Trustees: modeled trajectory and fate. [California Office of Spill Prevention and Response (OSPR), 1998-2000]
- February 1999 New Carissa spill in Oregon (modeled trajectory, fate, exposure, injuries) [NOAA OR&R, ARD, 1999]
- Modeling of the fate and biological effects of the Chalk Point Oil Spill of April 7, 2000 in Patuxent River, MD. [NOAA OR&R, ARD), 2000-2002]
- Whatcom Creek gasoline spill, June 10, 1999; Bellingham, WA [NOAA OR&R, ARD, 1999]
- Penn oil spill in Narragansett Bay, July 2000: modeled trajectory, fate, exposure, and injuries. [State of RI, 2020]
- November 2000 Westchester oil spill in the Mississippi River: modeled trajectory, fate, exposure, and injuries. [NOAA OR&R, ARD, 2000-2001]
- 23 oil spill cases in Florida (injury quantification and restoration scaling); for FL State Natural Resource Trustees who successfully submitted claims to the National Pollution Fund Center (USCG OPA fund). [State of Florida, Attorney General's Office, 2001-2003]
- Ever Reach Spill of 30 September 2002 in Charleston Harbor, SC: trajectory and fate modeling, injury quantification and restoration scaling for NRDA claim. [NOAA OR&R, ARD, 2003-2007]
- April 2003 Bouchard 120 oil spill in Buzzards Bay, Massachusetts: modeled trajectory, fate, exposure.
- Mosaic acidic process water release of September 2004 in Hillsborough Bay, FL [NOAA OR&R, ARD, 2010-2016]
- Three oil spills that occurred in the Galveston Bay area (1999, 2000, 2004): modeled trajectory, fate, exposure, and injuries. [State of Texas Natural Resource Trustees, Texas General Land Office; GLO Contract # 09-172-000-3616]
- M/V Selendang Ayu oil spill on December 8, 2004, off Unalaska Island, Alaska: modeled trajectory, fate, exposure.
- Hundreds of oil spills in 2005 associated with Hurricanes Katrina and Rita; for LA State Natural Resource Trustees for submission of claims to the National Pollution Fund Center (USCG OPA fund). [Louisiana Oil Spill Coordinator's Office, 2006-2010]
- Citgo Refinery Spill of 21 June 2006 in the Calcasieu River, Louisiana, modeled oil exposure and water column injuries; provided an assessment of the physical fate and transport of the oil, exposure concentrations, and injury (as direct injury and production foregone) to aquatic organisms and habitats. [NOAA OR&R, ARD, 2006-2007]
- Deepwater Horizon oil spill of April-July 2010 in the Gulf of Mexico: oil spill trajectory, fate, exposure, injury and restoration scale modeling; managed water column technical working group. [NOAA OR&R, ARD, 2010-2016]
- Huntington Beach, CA, Oct 2021 oil pipeline spill: performed oil fate and effects modeling to support the water column natural resource damage assessment (NRDA) [NOAA OR&R, ARD, 2021-2023]

*Deepwater Horizon Oil Spill NRDA*

For the NOAA OR&R, ARD [2010-2016], Dr. French-McCay performed and managed oil spill modeling and supporting data development for the Deepwater Horizon oil spill of April-July 2010 in the Gulf of Mexico for the purposes of evaluating transport, fate, exposure, and injuries to water column resources. Restoration scaling using Habitat and Resource Equivalency Analysis (HEA and REA) was also performed. During the pre-assessment phase, Dr French-McCay was lead of the Offshore Water Column, Plankton and Fish Technical Working Group in development of over 40 work plans for cruises each involving one or more vessels in the Gulf of Mexico that collected physical, chemical, and biological data for use in the NRDA. She led the effort of conducting oil transport, fate and exposure modeling using the RPS SIMAP model to evaluate injuries for water column organisms. She collaborated with hydrodynamic modelers, evaluating their hydrodynamic model output as input to the SIMAP model. Dr French-McCay also oversaw the development of biological density and life history data for use in modeling baseline biological densities and production foregone due to the spill. She developed and implemented population models, using published fish life history models and vital rates, to extrapolate from instantaneous direct injuries to additional production lost to the ecosystem due to injured organisms being removed from the environment. Technical reports are available at: [https://www.doi.gov/deepwaterhorizon/adminrecord].

*Wildlife Population Modeling*

For the U.S. Department of the Interior, Fish and Wildlife Service [1984-1989], Dr. French-McCay developed a population model and a seasonal migration model for the northern fur seal (Bering Sea, Alaska). Behavioral differences by age and sex were incorporated in the models. She analyzed the impact of entanglement in discarded plastics on the northern fur seal population. She also utilized the northern fur seal population and migration models, along with oil spill trajectory modeling, to estimate potential oil spill impacts on the northern fur seal population.

*Fisheries Population Modeling*

For use on numerous projects, Dr. French-McCay developed a population and fisheries model with spatial resolution for eggs, larvae, juvenile and adults; and an associated transport model used to distribute eggs and larvae. Dr. French-McCay developed a model system LARVMAP, which simulates active (directional swimming or sinking) and passive (by currents) movements of eggs, larvae, ichthyoplankton and other life stages of aquatic biota. The model is used for evaluating potential impacts of spills, development, entrainment, and impingement.

- Applied spatially resolved population and fisheries model to sea scallops and Atlantic cod on Georges Bank; used this model to estimate potential impacts of offshore oil development on the populations and fisheries.
- Assessed potential impacts of the entrainment of ichthyoplankton as a result of seawater heating from regasification facilities and impacts from pipeline and LNG terminal construction and operations, for Environmental Impact Statements for proposed LNG projects.
- Assessed vertical migration of ichthyoplankton, zooplankton and fish to evaluate exposure to oil contaminants originating from oil spills such as the Deepwater Horizon spill.

*Scaling Compensatory Restoration to Mitigate Environmental Impacts:*

- Estimation of compensatory restoration to mitigate environmental impacts as part of NRDA assessments and development projects. Performed Resource Equivalency Analyses, which utilizes population modeling; and Habitat Equivalency Analysis, which is used to calculate habitat restoration requirements considering recovery time and discounting for delays in services. Developed a habitat restoration model for restoring production of dependant species, used for calculating restoration needs to compensate for losses at multiple trophic levels.
- Resource Equivalency Analyses: Development of a population model for the American lobster and scale of mitigation using V-notching to compensate for an oil spill-related impact; modeling of bivalve production in coastal lagoons and scaling of compensatory restoration for lost bivalve production and filtration services; and restoration scaling to compensate for fish and invertebrate production foregone as the result of the Deepwater Horizon Oil Spill NRDA.
- Habitat Equivalency Analysis: Calculation of habitat restoration requirements considering recovery time and discounting for delays in services. Developed a habitat restoration model for restoring production of dependant species, which is used for calculating restoration needs to compensate for losses at multiple trophic levels. Applied this approach to quantify mitigation needs for development projects (e.g., dredging, habitat alteration). Applied to multiple oil and chemical spill NRDAs and to PCB mitigation related to CERCLA-based NRDAs (e.g., Hudson River PCB contamination).

*Ecological Evaluations for Marine Spatial Planning and Alternative Energy Siting Assessments*

- Developed framework for modelling ecological values of marine biological resources, applied to the marine offshore area considered by the Rhode Island Ocean Special Area Management Plan (RI Ocean SAMP). The definition of "ecological value" was based on that used in other recent marine spatial planning valuation efforts, i.e., the intrinsic value of biodiversity without reference to anthropogenic use. Synthesized spatial distribution data were gathered from various studies performed by University of Rhode Island (URI) researchers as input to the Ecological Value Map (EVM) modelling effort. Weighting schemes were applied to normalized mapped data and the modified results summed to compute EVMs that reflect protection status, global importance of the resources, uncertainty of the data and potential impacts of developments. [2009-2010]
- Under funding from Bureau of Ocean Energy, Management, Regulation and Enforcement (BOEMRE), and in partnership with the University of Rhode Island, developed a conceptual framework and approach for cumulative environmental impact evaluation of offshore renewable energy development, as part of a larger framework for a site evaluation tool for decision makers. This extends the work on the RI Ocean SAMP to include consideration of cumulative impacts and a framework for application to offshore waters of the US. Socioeconomic uses and values are also included in the framework. [2010-2011]

*Expert Testimony and Hearing Experience Since 2010*

- Provided expert evidence in 2021-2022 to the High Court of England and Wales on oil spill modeling and likely exposure in inland waters to oil from a spill that occurred offshore of Nigeria in 2011.
- Provided expert evidence in 2019 to the Federal Court of Australia on oil trajectory modeling related to a class action suit against PTTEP Australasia concerning the Montara oil spill of August to November 2009 in the Timor Sea, Australia.

- Testified at the US Senate Committee on Commerce, Science, and Transportation's hearing entitled, "Response Efforts to the Gulf Coast Oil Spill" on May 18, 2010. Testimony was related to the likely environmental impacts of the Deepwater Horizon oil spill.

## PUBLICATIONS

### PEER-REVIEWED ARTICLES IN JOURNALS AND BOOKS

French-McCay, D.P., H.J. Robinson, J.E. Adams, M.A. Frediani, M.J. Murphy, C. Morse, M. Gloekler, and T.F. Parkerton. 2024. Parsing the toxicity paradox: Composition and duration of exposure alter predicted oil spill effects by orders of magnitude. Marine Pollution Bulletin 202: 116285. https://doi.org/10.1016/j.marpolbul.2024.116285

French-McCay, D., M. Frediani, S. Deeb, H. Robinson, and M. Gloekler, 2024. Potential Field Exposures and Aquatic Toxicity to Inform Response Activities, Impact Evaluations and Oil Toxicity Research Needs. International Oil Spill Conference Proceedings (2024) 2024 (1): 227. https://doi.org/10.7901/2169-3358-2024.1.227

French-McCay, D., M. Gloekler, M. Frediani, S. Deeb, L. McStay, and G. McGrath, 2024. Comparative Risk Assessments of Dispersant and Other Oil Spill Response Options Quantifies Oil Exposure Tradeoffs Weighed by Relative Abundance and Recovery Potential of Affected Biota. International Oil Spill Conference Proceedings 2024 (1): 225. https://doi.org/10.7901/2169-3358-2024.1.225

Gloekler, M. and D. French-McCay 2024. Oil Weathering Model Updates to Account for Physical Property Changes with Evaporation, Emulsification and Photo-oxidation. International Oil Spill Conference Proceedings 2024 (1): 192. https://doi.org/10.7901/2169-3358-2024.1.192

Wilson, R.R., D.P. French-McCay, C. Perham, S.P. Woodruff, T.C. Atwood, and G.M. Durner. 2024. Potential impacts of an autumn oil spill on polar bears summering on land in northern Alaska. Biological Conservation 292: 110558. https://authors.elsevier.com/sd/article/S0006-3207(24)00119-8

Freeman, D.H, S. F. Niles, R. P. Rodgers, D. P. French-McCay, K. Longnecker, C. M. Reddy, and C. P. Ward, 2023. Hot and Cold: Photochemical Weathering Mediates Oil Properties and Fate Differently Depending on Seawater Temperature. Environmental Science & Technology 57 (32): 11988-11998. DOI: 10.1021/acs.est.3c02962

French-McCay, D.P., T. F. Parkerton, and B. de Jourdan. 2023. Bridging the lab to field divide: advancing oil spill biological effects models requires revisiting aquatic toxicity testing. Aquatic Toxicology 255, 106389 (https://doi.org/10.1016/j.aquatox.2022.106389).

Parkerton, T.F., D.P. French-McCay, B. de Jourdan, K. Lee, and G.M. Coelho. 2023. Adopting a toxic unit model paradigm in design, analysis and interpretation of oil toxicity testing. Aquatic Toxicology 255, 106392. https://doi.org/10.1016/j.aquatox.2022.106392

Stubblefield, W., M.G. Barron, G. Bragin, M. DeLorenzo, B.de Jourdan, B. Echols, D.P. French-McCay, P. Jackman, J.R. Loughery, T.F. Parkerton, D.A. Renegar, and J.L. Rodriguez-Gil. 2023. Improving the design and conduct of aquatic toxicity studies with oils based on 20 years of CROSERF experience. Aquatic Toxicology 106579. https://doi.org/10.1016/j.aquatox.2023.106579.

Dettman, H., T.L. Wade, D.P. French-McCay, A.C. Bejarano, B.P. Hollebone, L.-G. Faksness, F.S. Mirnaghi, Z. Yang, J.R. Loughery, T. Pretorius, B. de Jourdan. 2023. Recommendations for the advancement of oil-in-water media and source oil characterization in aquatic toxicity studies. Aquatic Toxicology 261, 106582. https://doi.org/10.1016/j.aquatox.2023.106582.

French-McCay, D.P., H. J. Robinson, M. Bock, D. Crowley, P. Schuler, and J.J. Rowe. 2022. Counter-Historical Study of Alternative Dispersant Use in the Deepwater Horizon Oil Spill Response. Marine Pollution Bulletin 180: 113778. https://doi.org/10.1016/j.marpolbul.2022.113778.

French-McCay, D.P., M. Frediani, and M.D. Gloekler. 2022. Modeling emulsification influence on oil properties and fate to inform effective spill response. Frontiers in Environmental Science. Toxicology, Pollution and the Environment 10: 908984. https://www.frontiersin.org/article/10.3389/fenvs.2022.908984.

French-McCay, D.P., M. Spaulding, D. Crowley, D. Mendelsohn, J. Fontenault, and M. Horn. 2021. Validation of oil trajectory and fate modeling of the Deepwater Horizon oil spill. Frontiers in Marine Science 8, doi: 10.3389/fmars.2021.618463.

French-McCay, D.P., K. Jayko, Z. Li, M. Spaulding, D. Crowley, D. Mendelsohn, M. Horn, T. Isaji, Y. H. Kim, J. Fontenault, and J. J. Rowe. 2021. Oil fate and mass balance for the Deepwater Horizon oil spill. Marine Pollution Bulletin 171: 112681. https://doi.org/10.1016/j.marpolbul.2021.112681

French-McCay, D.P., H. J. Robinson, M. L. Spaulding, Z. Li, M. Horn, M. D. Gloekler, Y. H. Kim, D. Crowley, and D. Mendelsohn. 2021. Validation of oil fate and mass balance for the Deepwater Horizon oil spill: Evaluation of water column partitioning. Marine Pollution Bulletin 173:113064. https://doi.org/10.1016/j.marpolbul.2021.113064.

French-McCay, D., D. Crowley, J. Rowe, M. Bock, H. Robinson, R. Wenning, A. H. Walker, 2021. Quantified Exposures from Potential Deepwater Releases for Comparative Risk Assessment of Oil Spill Response Options Including Dispersant Use. International Oil Spill Conference Proceedings 2021(1): 688274. https://doi.org/10.7901/2169-3358-2021.1.688274

Bock, M., H. Robinson, R. Wenning, D. French McCay, J. Rowe, A.H. Walker, 2021. A tool for comparing relative risks to ecological components associated with different oil spill response options. International Oil Spill Conference Proceedings 2021(1): 689135. DOI: https://doi.org/10.7901/2169-3358-2021.1.689135

French-McCay, D.P., 2021. Oil Spill Modeling Lessons Learned over Four Decades of Catastrophic Spills. International Oil Spill Conference Proceedings 2021(1): 688263. https://doi.org/10.7901/2169-3358-2021.1.688263

Ainsworth, C.H., E.P. Chassignet, D. French-McCay, C.J. Beegle-Krause, I. Berenshtein, J. Englehardt, T. Fiddaman, H. Huang, M. Huettel, D. Justic, V.H. Kourafalou, Y. Liu, C. Mauritzen, S. Murawski, S. Morey, T. Özgökmen, C.B. Paris, J. Ruzicka, S. Saul, J. Shepherd, S. Socolofsky, H. Solo Gabriele, T. Sutton, R.H. Weisberg, C. Wilson, L. Zheng, Y. Zheng. 2021.Ten years of modeling the Deepwater Horizon oil spill. Environmental Modelling & Software 142:105070. ISSN 1364-8152, https://doi.org/10.1016/j.envsoft.2021.105070.

Solo-Gabriele, H.M., T. Fiddaman, C. Mauritzen, C. Ainsworth, D. M. Abramson, I. Berenshtein, E. P. Chassignet, S. S. Chen, R. N. Conmy, C. D. Court, W. K. Dewar, J. W. Farrington, M. G. Feldman, A. C. Ferguson, El. Fetherston-Resch, De. French-McCay, C. Hale, R. He, Va. H. Kourafalou, K. Lee, Yo. Liu, M. Masi, E. S. Maung-Douglass, S. L. Morey, S. A. Murawski, C. B. Paris, N. Perlin, E. L. Pulster, A. Quigg, D. J. Reed, J. J. Ruzicka, P. A. Sandifer, J. G. Shepherd, Bu. H. Singer, M. R. Stukel, T. T. Sutton, R. H. Weisberg, D. Wiesenburg, C. A. Wilson, M. Wilson, K. M. Wowk, C. Yanoff, D. Yoskowitz. 2021.Towards integrated modeling of the long-term impacts of oil spills. Marine Policy 131:104554. ISSN 0308-597X, https://doi.org/10.1016/j.marpol.2021.104554.

French-McCay, D., D. Crowley, and L. McStay. 2019. Sensitivity of Modeled Oil Fate and Exposure from a Subsea Blowout to Oil Droplet Sizes, Depth, Dispersant Use, and Degradation Rates. Mar. Pollut. Bull 146:779-793.

French-McCay, D., D. Crowley, J. Rowe, M. Bock, H. Robinson, R. Wenning, A. H. Walker, J. Joeckel, and T. Parkerton. 2018. Comparative Risk Assessment of Spill Response Options for a Deepwater Oil Well Blowout: Part I. Oil Spill Modeling. Mar. Pollut. Bull. 133:1001–1015. https://doi.org/10.1016/j.marpolbul.2018.05.042.

Bock, M., H. Robinson, R. Wenning, D, French-McCay, J. Rowe, A. H. Walker. 2018. Comparative Risk Assessment of Spill Response Options for a Deepwater Oil Well Blowout: Part II. Relative Risk Methodology. Mar. Pollut. Bull. 133:984–1000. http://dx.doi.org/10.1016/j.marpolbul.2018.05.032.

Walker, A.H., D. Scholz, M. McPeek, D. French-McCay, J. Rowe, M. Bock, H. Robinson, and R. Wenning. 2018. Comparative Risk Assessment of Spill Response Options for a Deepwater Oil Well Blowout: Part III. Stakeholder Engagement. Mar. Pollut. Bull. 133:970–983. https://doi.org/10.1016/j.marpolbul.2018.05.009.

Ward, C.P., Sharpless, C.M., Aeppli, C., French-McCay, D.P., Valentine, D.L., Rodgers, R. P., Gosselin, K.M., Nelson, R.K., & Reddy, C.M. Partial photochemical oxidation was a dominant fate of Deepwater Horizon surface oil. 2018. Environmental Science & Technology 52 (4): 1797-1805. DOI: 10.1021/acs.est.7b05948

Ward, C.P., C. Armstrong, R. Conmy, D. French-McCay and C. Reddy, 2018. Photochemical oxidation of oil reduced the effectiveness of aerial dispersants applied in response to the Deepwater Horizon spill. Environ. Sci. Technol. Lett. 5 (5): 226–231. doi:10.1021/acs.est.7b05948

Wilson, Ryan R., Craig Perham, Deborah P. French-McCay, Richard Balouskus, 2018. Potential impacts of offshore oil spills on polar bears in the Chukchi Sea, Environmental Pollution 235: 652-659. https://doi.org/10.1016/j.envpol.2017.12.057

French-McCay, D.P., T. Tajalli-Bakhsh, K. Jayko, M. L. Spaulding, and Z. Li, 2018. Validation of oil spill transport and fate modeling in Arctic ice. Arctic Science 4: 71–97. dx.doi.org/10.1139/as-2017-0027

French-McCay, D., M. Horn, Z. Li, K. Jayko, M. Spaulding, D. Crowley, and D. Mendelsohn, 2018. Modeling Distribution Fate and Concentrations of Deepwater Horizon Oil in Subsurface Waters of the Gulf of Mexico. Chapter 31 in: Oil

Spill Environmental Forensics Case Studies, S. Stout and Z. Wang (eds.), Elsevier, ISBN: 978-0-12-804434-6, pp. 683-736.

French-McCay D., D. Crowley and J. Rowe. 2017. Evaluation of oil fate and exposure from a deep water blowout with and without subsea dispersant injection treatment as well as traditional response activities. International Oil Spill Conference Proceedings 2017(1): 1-21. http://dx.doi.org/10.7901/ 2169-3358-2017.1.362.

French-McCay, D., T. Tajalli Bakhsh, and M.L. Spaulding, 2017. Evaluation of Oil Spill Modelling in Ice Against In Situ Drifter Data from the Beaufort Sea. International Oil Spill Conference Proceedings 2017 (1): 1523–1542. https://doi.org/10.7901/2169-3358-2017.1.1523

Spaulding, M. Z. Li, D. Mendelsohn, D. Crowley, D. French-McCay, and A. Bird, 2017. Application of an Integrated Blowout Model System, OILMAP DEEP, to the Deepwater Horizon (DWH) Spill. Marine Pollution Bulletin 120: 37-50. DOI information: 10.1016/j.marpolbul.2017.04.043

Li, Z., M. Spaulding, and D. French-McCay, 2017. An algorithm for modeling entrainment and naturally and chemically dispersed oil droplet size distribution under surface breaking wave conditions. Mar. Poll. Bull. 119:145-152. http://dx.doi.org/10.1016/j.marpolbul.2017.03.048

Li, Z., M. Spaulding, D. French-McCay, D. Crowley, J. R. Payne, 2017. Development of a unified oil droplet size distribution model with application to surface breaking waves and subsea blowout releases considering dispersant effects. Mar. Poll. Bull. 114: 247-257. http://dx.doi.org/10.1016/j.marpolbul.2016.09.008

Etkin, D., D. McCay, M. Horn, A. Wolford, H. Landquist, and I Hassellöv, 2016. Chapter 2: Quantification of Oil Spill Risk. Oil Spill Science and Technology, Second Edition. Merv Fingas editor, Elsevier Publishing. 16 December 2016, pp 71-183, ISBN: 9780128094136.

MacDonald, I.R., O. Garcia-Pineda, A. Beet, S. Daneshgar Asl, L. Feng, G. Graettinger, D. French-McCay, J. Holmes, C. Hu, F. Huffer, I. Leifer, F. Mueller-Karger, A. Solow, M. Silva, and G. Swayze, 2015. Natural and Unnatural Oil Slicks in the Gulf of Mexico. J. Geophys. Res. Oceans 120(12): 8364-8380. DOI: 10.1002/2015JC011062.

Reilly, T. J., D. French McCay, J. R. Grant and J. Rowe, 2012. Application of ecosystem-based analytic tools to evaluate natural resource damage and environmental impact assessments in the ROPME Sea Area, Aquatic Ecosystem Health & Management, 15:sup1, 14-24

French-McCay, D.P. and E. Graham, 2014. Quantifying Tradeoffs – Net Environmental Benefits of Dispersant Use. International Oil Spill Conference Proceedings 2014 (1): 762-775. https://doi.org/10.7901/2169-3358-2014.1.762

Symons, L., J. Michel, J. Delgado, D. Reich, D. French-McCay, D.S. Etkin, and D. Helton. 2014. The Remediation of Underwater Legacy Environmental Threats (RULET) risk assessment for potentially polluting shipwrecks in US waters. International Oil Spill Conference Proceedings 2014: 783–793.

Reilly, T. J., D. French McCay, J. R. Grant and J. Rowe, 2012. Application of ecosystem-based analytic tools to evaluate natural resource damage and environmental impact assessments in the ROPME Sea Area, Aquatic Ecosystem Health & Management, 15:sup1, 14-24

French-McCay, D.P., 2011. Oil Spill Modeling for Ecological Risk and Natural Resource Damage Assessment. International Oil Spill Conference Proceedings 2011 (1): 415. https://doi.org/10.7901/2169-3358-2011.1.415

French-McCay, D.P., 2008. Modeling as a Scientific Tool in NRDA for Oil and Chemical Spills. International Oil Spill Conference Proceedings 2008 (1): 1147–1151. https://doi.org/10.7901/2169-3358-2008-1-1147

French-McCay, D.P., C. Mueller, J. Payne, E. Terrill, M. Otero, S.Y. Kim, M. Carter, W. Nordhausen, M. Lampinen, B. Longval, M. Schroeder, K. Jayko, and C. Ohlmann, 2008. Dispersed Oil Transport Modeling Calibrated by Field-Collected Data Measuring Fluorescein Dye Dispersion. International Oil Spill Conference Proceedings 2008 (1): 527-536. https://doi.org/10.7901/2169-3358-2008-1-527

Payne, J.R., E. Terrill, M. Carter, M. Otero, W. Middleton, A. Chen, W. Nordhausen, R. Lewis, M. Lampinen, T. Evans, G. L. Via, H. Ruiz-Santana, M. Maly, B. Willoughby, C. Varela, D. French-McCay, C. Mueller, K. Jayko, C. Ohlmann, P. Lynch, and P. Sanchez, 2008. Field measurements of fluorescein dye dispersion to inform dispersed-oil plume sampling and provide input for oil-transport modeling. International Oil Spill Conference Proceedings 2008 (1): 515–525. https://doi.org/10.7901/2169-3358-2008-1-515

Etkin, D.S., J. Michel, D. French McCay, M. Boufadel, and H. Li, 2008. Integrating state-of-the-art shoreline interaction knowledge into spill modeling. International Oil Spill Conference Proceedings 2008 (1): 915–922. https://doi.org/10.7901/2169-3358-2008-1-915

Konkel, W.J. and D. French McCay, 2008. Analysis of oil spill response performance using models. International Oil Spill Conference Proceedings 2008 (1): 893–896. https://doi.org/10.7901/2169-3358-2008-1-893

French-McCay, D.; Nordhausen, W.; Payne, J. R., 2008. Modeling impacts and tradeoffs of dispersant use, Oil Spill Response: A Global Perspective. Book Series: NATO Science for Peace and Security Series C - Environmental Security, pp. 297-320.

French-McCay, D., N. Whittier, M. Ward, and C. Santos, 2006. Spill hazard evaluation for chemicals shipped in bulk using modelling. Environmental Modelling & Software 21(2):158-171.

French-McCay, D.P, J. J. Rowe, N. Whittier, S. Sankaranarayanan, D. S. Etkin, and L. Pilkey-Jarvis, 2005. Evaluation of the Consequences of Various Response Options Using Modeling of Fate, Effects and NRDA Costs of Oil Spills into Washington Waters. International Oil Spill Conference Proceedings 2005 (1): 457–461. https://doi.org/10.7901/2169-3358-2005-1-457

Etkin, D.S., D. French-McCay, J. Rowe, N. Whittier, S. Sankaranayanan, and L. Pilkey-Jarvis. 2005. Modeling impacts of response method and capability on oil spill costs and damages for Washington State spill scenarios. International Oil Spill Conference Proceedings 2005 (1): 467–473. https://doi.org/10.7901/2169-3358-2005-1-467.

French-McCay, D.P, N. Whittier, D. Aurand, C. Dalton, J. J. Rowe, S. Sankaranarayanan, 2005. Modeling fates and impacts of hypothetical oil spills in Delaware, Florida, Texas, California, and Alaska waters, varying response options including use of dispersants. International Oil Spill Conference Proceedings 2005 (1): 735–740. https://doi.org/10.7901/2169-3358-2005-1-735.

Whittier, N., D. French McCay and M. Ward, 2005. Evaluation of chemical spill consequences using modelling. International Oil Spill Conference Proceedings 2005 (1): 421–426. https://doi.org/10.7901/2169-3358-2005-1-421

French-McCay, D., N. Whittier, S. Sankaranarayanan, J. Jennings, and D. S. Etkin, 2004. Estimation of potential impacts and natural resource damages of oil. J. Hazardous Materials 107/1-2:11-25.

French-McCay, D.P., 2004. Oil spill impact modeling: Development and validation. Environmental Toxicology and Chemistry 23(10): 2441-2456.

French-McCay, D. P. and T. Isaji, 2004. Evaluation of the consequences of chemical spills using modelling: Chemicals used in deepwater oil and gas operations. Environmental Modelling & Software 19(7-8):629-644.

Sankaranarayanan, S. and D. French McCay. 2003a. Application of a Two- dimensional Depth-averaged Hydrodynamic Tidal Model. Journal of Ocean Engineering 30(14): 1807-1832.

Sankaranarayanan, S. and D. French McCay. 2003b. Three-dimensional Modeling of Tidal Circulation in Bay of Fundy. Journal of Waterway, Port, Coastal, and Ocean Engineering, ASCE 129(3): 114-123.

French-McCay, D.P., M. Gibson, J.S. Cobb, 2003. Scaling restoration of American lobsters: combined demographic and discounting model for an exploited species. Mar Ecol Prog Ser 264:177-196. https://www.jstor.org/stable/24867510

French-McCay, D.P., C.H. Peterson, J.T. DeAlteris and J. Catena, 2003. Restoration that targets function as opposed to structure: replacing lost bivalve production and filtration. Mar Ecol Prog Ser 264:197-212. https://www.jstor.org/stable/24867511

French-McCay, D.P., and J.J. Rowe, 2003. Habitat restoration as mitigation for lost production at multiple trophic levels. Mar Ecol Prog Ser 264:235-249. https://www.jstor.org/stable/24867514

French-McCay, D.P., 2003. Development and Application of Damage Assessment Modeling: Example Assessment for the North Cape Oil Spill. Marine Pollution Bulletin 47(9-12): 341-359.

French McCay, D. and N. Whittier, 2003. Modeling Assessment of Potential Fates and Exposure for Orimulsion and Heavy Fuel Oil Spills. International Oil Spill Conference Proceedings 2003 (1): 929–934. https://doi.org/10.7901/2169-3358-2003-1-929

Etkin, D.S., D. French McCay, and J. Rowe, 2003. Financial Implications of Hypothetical San Francisco Bay Oil Spill Scenarios: Response, Socioeconomic, and Natural Resource Damage Costs. International Oil Spill Conference Proceedings 2003 (1): 1317–1325. https://doi.org/10.7901/2169-3358-2003-1-1317

French-McCay, D.P., 2002. Development and application of an oil toxicity and exposure model, OilToxEx. Environmental Toxicology and Chemistry 21(10): 2080-2094.

French McCay, D.P., C.-A. Manen, M. Gibson, and J. Catena, 2001. Quantifying the Scale of Restoration Required to Compensate for the Impacts of the North Cape Oil Spill on Fish and Invertebrates. International Oil Spill Conference Proceedings 2001 (1): 661–665. https://doi.org/10.7901/2169-3358-2001-1-661

French McCay, D.P., M.A. Jones, L. Coakley, 2001. Oil spill modeling for contingency planning and impact assessment and example application for Florida Power & Light. International Oil Spill Conference Proceedings 2001 (2): 873–881. https://doi.org/10.7901/2169-3358-2001-2-873

French, D.P., 2000.  Modelling Oil and Chemical Spill Impacts. Sea Technology 42(4): 43-49, April 2001

French, D.P., 2000.  Modelling Oil Spill Impacts. In: State of the Art in Oil Modelling and Processes, R. Garcia-Martinez and C. Brebbia (eds.), WIT Press, Ashurst Lodge, Ashurst, Southampton, UK, 2001.

French, D.P. and H. Schuttenberg, 1999.  Evaluation of net environmental benefit using fates and effects modeling. International Oil Spill Conference Proceedings 1999(1): 69-76.

Payne, J.R., T. J. Reilly, and D. P. French, 1999. Fabrication of a Portable Large-Volume Water Sampling System To Support Oil Spill Nrda Efforts. International Oil Spill Conference Proceedings 1999 (1): 1179–1184. https://doi.org/10.7901/2169-3358-1999-1-1179

French, D.P., 1998.  Evolution of oil trajectory, fate and impact assessment models. p. 73-86 In: Oil and Hydrocarbon Spills, Modelling, Analysis and Control, R. Garcia-Martinez and C. A. Brebbia (eds.), Computational Mechanics Publications, Ashurst Lodge, Ashurst, Southampton, UK, 2001.

French, D.P. and H. Rines, 1997.  Validation and use of spill impact modeling for impact assessment. International Oil Spill Conference Proceedings 1997 (1): 829–834. https://doi.org/10.7901/2169-3358-1997-1-829

Michel, J., F. Csulak, D. French, and M. Sperduto, 1997. Natural resource impacts from the North Cape oil spill. International Oil Spill Conference Proceedings 1997 (1): 841–850. https://doi.org/10.7901/2169-3358-1997-1-841

French, D.P. and M. Reed, 1994. Integrated Environmental Impact Model and GIS for Oil and Chemical spills.  P. 197-198 In: GIS and Environmental Modeling:  Progress and Research Issues, Michael F. Goodchild, Louis T. Steyaert, Bradley O. Parks, Carol Johnston, David Maidment, Michael Crane, and Sandi Glendinning, Editors, GIS World Books, Fort Collins, CO, 1996.

French, D.P. and T. Smayda, 1993.  Temperature regulated responses of nitrogen-limited *Heterosigma akashiwo*, with relevance to its blooms.  P. Lessus, G. Arzul, E. Erard, P. Gentien, and C. Marcaillou, Eds., Harmful Marine Algal Blooms, Technique et Documentation, Lavoisier, Intercept. Ltd.

Reed, M. and D. French, 1992. A transportable system of models for natural resource damage assessment. Environmental Software 7: 191-201. https://doi.org/10.1016/0266-9838(92)90003-M

French, D.P., 1991.  Estimation of exposure and resulting mortality of aquatic biota following spills of toxic substances using a numerical model, Aquatic Toxicology and Risk Assessment:  Fourteenth Volume, ASTM STP 1124, (M.A. Mayes and M.G. Barron, Eds.) American Society for Testing and Materials, Philadelphia, 1991, pp. 35 47.

French, D.P., 1990.  Utilizing numerical models to assess natural resource damages from the oil spills:  The World Prodigy case.  Marine Technology Society Journal 24(4):16 22. https://typeset.io/papers/utilizing-numerical-models-to-assess-natural-resource-2u6gw70mtj

French, D.P. and M. Reed, 1990.  Potential impact of entanglement in marine debris on the population dynamics of the northern fur seal, Callorhinus ursinus.  p. 431-452 In: R.S. Shomura and M.L. Godfrey (eds.) Proceedings of the Second International Conference on Marine Debris, April 2 7, 1989, Honolulu, Hawaii.

French, D.P., M. Reed, J. Calambokidis and J. Cubbage, 1989.  A simulation model of seasonal migration and daily movements of the northern fur seal, Callorhinus ursinus.  Ecological Modelling 48:193 219. https://doi.org/10.1016/0304-3800(89)90049-5

Reed, M., D.P. French, J. Calambokidis and J. Cubbage, 1989.  Simulation modelling of the effects of oil spills on population dynamics of northern fur seals.  Ecological Modelling 49:49 71. https://doi.org/10.1016/0304-3800(89)90043-4

Reed, M., D.P. French, T. Grigalunas and J. Opaluch, 1989.  Overview of a natural resource damage assessment model system for coastal and marine environments, Oil and Chemical Pollution 5:85 97. https://doi.org/10.1016/S0269-8579(89)80008-5

French, D.P. and F.W. French, III, 1989.  The biological effects component of the natural resource damage assessment model system.  Oil and Chemical Pollution 5:125 163. https://doi.org/10.1016/S0269-8579(89)80010-3

Feng, S., M. Reed and D.P. French, 1989.  The chemical data base for the natural resource damage assessment model system.  Oil and Chemical Pollution 5:165 193. https://doi.org/10.1016/S0269-8579(89)80011-5

French, D.P., M. Reed, J. Calambokidis and J. Cubbage, 1989.  A simulation model of seasonal migration and daily movements of the northern fur seal, Callorhinus ursinus.  Ecological Modelling 48:193 219. https://doi.org/10.1016/0304-3800(89)90049-5

Reed, M., D.P. French, J. Calambokidis and J. Cubbage, 1989.  Simulation modelling of the effects of oil spills on population dynamics of northern fur seals.  Ecological Modelling 49:49 71. https://doi.org/10.1016/0304-3800(89)90043-4

Reed, M., D.P. French and K. Jayko, 1987. Simulation of marine ecosystem effects due to PCB waste incineration in the Gulf of Mexico. Ecological Modelling 38:213 242. https://doi.org/10.1016/0304-3800(87)90098-6

Reed, M., K. Jayko, D.P. French, M. Spaulding, T. Isaji and J. Rosen, 1986. A model system for estimating fate and effects of pollutants in marine ecosystems: Application and sensitivity analyses. Rapp. P. v. Reun. Cons. Int. Explor. Mer. 186:80 103. https://doi.org/10.1016/0304-3800(87)90098-6

French, D.P., 1984. Nutrient and temperature limited continuous culture of the phytoplankton species Skeletonema costatum (Greville) Cleve, Asterionella glacialis Castracane and Olisthodiscus luteus Carter, and modeling of their seasonal succession in Narragansett Bay, R.I., Ph.D. Thesis, University of Rhode Island, Kingston, R.I.

French, D.P., M.J. Furnas and T.J. Smayda, 1983. Diel changes in nitrite concentration in the chlorophyll maximum in the Gulf of Mexico. Deep Sea Research 30:797 722. https://doi.org/10.1016/0198-0149(83)90018-3

## PUBLICLY AVAILABLE TECHNICAL REPORTS

Gloekler, M., French-McCay D., Day, E., Etkin, D.S., Michel, J. Nixon, Z. (RPS Ocean Sciences, Tetra Tech, South Kingstown, RI). 2025. STATE OF SCIENCE AND MODELING SHORELINE OIL HOLDING CAPACITY. U.S. Department of the Interior, Bureau of Safety and Environmental Enforcement. 178 p. Report No.: 1165 Contract No.: 140E0124P0007.

Michel J, Adams J, Weaver J, French-McCay D, Chelst S, Deeb S, Frediani M, Ducharme J, Etkin DS. 2025. Assessment of oils and chemicals associated with offshore wind facilities and potential environmental impacts on the Atlantic Outer Continental Shelf. Sterling (VA): U.S. Department of the Interior, Bureau of Ocean Energy Management. 376 p. Report No.: OCS Study BOEM 2025-025. Contract No.: M0123F0036.

French-McCay, D.P., H. J. Robinson, J. E. Adams, M. A. Frediani, M. J. Murphy, C. Morse, M. Gloekler. 2022. Potential field exposures and aquatic toxicity to inform improvement of laboratory protocols. Final Technical Report, Fisheries and Oceans Canada (DFO) Project MPRI2021-017, 30 Apr. 2022, 99 p.

French-McCay, D.P., M. Gloekler, R. C. Prince, L. Zhao, T. Nedwed, R. Faragher, B. Hollebone, B. Fieldhouse, Z. Yang, C. Yang, Q. Xin, H. Dettman, D. Cooper, J. McCourt, D. F. Muriel, J. Katz, C. Fuentes-Cabrejo, N. Escobar-Castaneda, K. Stone, A. Guarino, J. Letson, W. Ji, M. C. Boufadel, A. Dhulia, C. A. Khalil, L.-G. Faksness, P. Daling, C. Aeppli, and C. Barker. 2022. Comparison of Laboratory Protocols for Evaluating Oil Emulsification, Final Technical Report, Fisheries and Oceans Canada (DFO) Project MPRI2021-009, 30 June 2022, 30 p. plus 7 appendices.

French McCay, D., G. Greene and D.S. Etkin, 2021. Potential Natural Resource Damages Related to Polychlorinated Biphenyl (PCB) Discharges into the Hudson River. Prepared for Scenic Hudson, Inc., Poughkeepsie, NY, January 2021, 152 p.

French McCay, D., 2019. Guidance on Support of Oil Spill Toxic Effects Modelling. Final Report. Prepared for National Contaminants Advisory Group (NCAG), Fisheries and Oceans Canada, Ottawa, ON, June 2019, 78p.

French-McCay, D, J. Rowe, and L. McStay, 2019. Oil Trajectory and Fate Modeling of Sea Port Oil Terminal Project, Offshore Brazoria County, Texas. Final Report, Prepared for SPOT Terminal Services, LLC, January 2019, 89 p.

Galagan, C.W., D. French-McCay, J. Rowe, L. McStay, and D. Crowley. 2018. Simulation modeling of ocean circulation and oil spills in the Gulf of Mexico. Volume I: Synthesis report. U.S. Department of the Interior, Bureau of Ocean Energy Management, Gulf of Mexico OCS Region, New Orleans, LA. OCS Study BOEM 2018-039. 164 p. Obligation No.: M11PC00028. https://espis.boem.gov/technical summaries/BOEM_2018-039.pdf

Galagan CW, French-McCay D, Rowe J, McStay L, Crowley D. (eds.) 2018. Simulation modeling of ocean circulation and oil spills in the Gulf of Mexico. Volume II: appendixes. 425 p. OCS Study BOEM 2018-040. Obligation No.: M11PC00028. https://espis.boem.gov/final reports/BOEM_2018-040.pdf

French McCay, D. K. Jayko, Z. Li, M. Horn, T. Isaji, M. Spaulding. 2018. Volume II: Appendix II - Oil Transport and Fates Model Technical Manual. p.60-277 in: Galagan, C.W., D. French-McCay, J. Rowe, and L. McStay, editors. Simulation modeling of ocean circulation and oil spills in the Gulf of Mexico. Volume II: appendixes. 425 p. OCS Study BOEM 2018-040. Obligation No.: M11PC00028. https://espis.boem.gov/final reports/BOEM_2018-040.pdf

French McCay, D., M. Horn, Z. Li, D. Crowley, M. Spaulding, D. Mendelsohn, K. Jayko, Y. Kim, T. Isaji, J. Fontenault, R. Shmookler, and J. Rowe. 2018. Simulation Modeling of Ocean Circulation and Oil Spills in the Gulf of Mexico. Volume III: Data Collection, Analysis and Model Validation. US Department of the Interior, Bureau of Ocean Energy Management, Gulf of Mexico OCS Region, New Orleans, LA. OCS Study BOEM 2018-041; 313 p. Obligation No.: M11PC00028. https://espis.boem.gov/final reports/BOEM_2018-041.pdf

Buchholz, K., A. Krieger, J. Rowe, D. Schmidt Etkin, D. French-McCay, M. Gearon, M. Grennan, and J. Turner. 2016. Worst Case Discharge Scenarios for Oil and Gas Offshore Facilities and Oil Spill Response Equipment Capabilities. Task 2: Oil Spill Response Equipment Capabilities Analysis (Volume II). Oil Spill Response Plan (OSRP) Equipment Capabilities Review, BPA No. E14PB00072, Bureau of Safety and Environmental Enforcement (BSEE), Oil Spill

Preparedness Division (OSPD), Washington, D.C., February 29, 2016, 172p.[https://www.bsee.gov/site-page/worst-case-discharge-scenarios-for-oil-and-gas-offshore-facilities-and-oil-spill-response]

Buchholz, K., A. Krieger, J. Joeckel, G. Reiter, A-H. Walker, D.S. Etkin, J. Rowe, D. French McCay, and R. Balouskus. 2016. Summary Report: Oil Spill Response Equipment Capabilities Review: Oil Spill Response Plan (OSRP) Equipment Capabilities Review, BPA No. E14PB00072. Prepared for US Department of the Interior Bureau of Safety and Environmental Enforcement (BSEE). 29 February 2016. 28 p.

French McCay, D. R. Balouskus, J. Ducharme, M. Schroeder Gearon, Y. Kim, S. Zamorski, Z. Li, and J. Rowe, 2016. Simulation of oil spill trajectories during the broken ice period in the Chukchi and Beaufort Seas, Prepared for U.S. Fish and Wildlife Service, Marine Mammals Management, Anchorage, Alaska, 189p.

French McCay, D.P, K. Jayko, Z. Li, M. Horn, Y. Kim, T. Isaji, D. Crowley, M. Spaulding, L. Decker, C. Turner, S. Zamorski, J. Fontenault, R. Shmookler, and J.J. Rowe, 2015a. Technical Reports for Deepwater Horizon Water Column Injury Assessment – WC_TR14: Modeling Oil Fate and Exposure Concentrations in the Deepwater Plume and Cone of Rising Oil Resulting from the Deepwater Horizon Oil Spill. DWH NRDA Water Column Technical Working Group Report. Prepared for National Oceanic and Atmospheric Administration by RPS ASA, South Kingstown, RI, USA. September 29, 2015. Administrative Record no. DWH-AR0285776.pdf [https://www.doi.gov/deepwaterhorizon/adminrecord]

French McCay, D.P, Alicia Morandi, M.C. McManus, M. Schroeder Gearon, Katharine Jayko, and Jill Rowe, 2015b. Technical Reports for Deepwater Horizon Water Column Injury Assessment – WC_TR.09: Vertical Distribution Analysis of Plankton. DWH NRDA Water Column Technical Working Group Report. Prepared for National Oceanic and Atmospheric Administration by RPS ASA, South Kingstown, RI, USA. DWH NRDA Water Column Technical Working Group Report. Prepared for National Oceanic and Atmospheric Administration by RPS ASA, South Kingstown, RI, USA. Administrative Record no. DWH-AR0195958.pdf, DWH-AR0171921.xlsx, DWH-AR0171922.xlsx [https://www.doi.gov/deepwaterhorizon/adminrecord]

French McCay, D.P, M.C. McManus, R. Balouskus, J.J. Rowe, M. Schroeder, A. Morandi, E. Bohaboy, and E. Graham, 2015c. Technical Reports for Deepwater Horizon Water Column Injury Assessment: WC_TR.10: Evaluation of Baseline Densities for Calculating Direct Injuries of Aquatic Biota During the Deepwater Horizon Oil Spill. DWH NRDA Water Column Technical Working Group Report. Prepared for National Oceanic and Atmospheric Administration by RPS ASA, South Kingstown, RI, USA. Administrative Record no. DWH-AR0285021.pdf, DWH-AR0285141.xlsx, DWH-AR02851412.xlsx [https://www.doi.gov/deepwaterhorizon/adminrecord]

French McCay, D.P, R. Balouskus, M.C. McManus, M. Schroeder, J.J. Rowe, and E. Bohaboy, 2015d. Technical Reports for Deepwater Horizon Water Column Injury Assessment – WC_TR.12: Evaluation of Production Foregone as the Result of Direct Kill of Fish and Invertebrate Individuals. DWH NRDA Water Column Technical Working Group Report. Prepared for National Oceanic and Atmospheric Administration by RPS ASA, South Kingstown, RI, USA. Administrative Record no. DWH-AR0285169.pdf, DWH-AR0285305.xlsx-DWH-AR0285361.xlsx [https://www.doi.gov/deepwaterhorizon/adminrecord]

French McCay, D., J. Rowe, R. Balouskus, A. Morandi, R.C. McManus, 2015e. Technical Reports for Deepwater Horizon Water Column Injury Assessment – WC_TR.28: Injury quantification for planktonic fish and invertebrates in estuarine, shelf and offshore waters. DWH NRDA Water Column Technical Working Group Report. Prepared for National Oceanic and Atmospheric Administration by RPS ASA, South Kingstown, RI, USA. Administrative Record no. DWH-AR0172019.pdf, DWH-AR0172219.xlsx- DWH-AR0172227.xlsx [https://www.doi.gov/deepwaterhorizon/adminrecord]

Horn, M., M. Grennan, L. Decker, S. Zamorski, D. French McCay, and Z. Li, 2015a. Technical Reports for Deepwater Horizon Water Column Injury Assessment –Volume I. Water Column Chemistry Data from the Deepwater Horizon Blowout. RPS ASA, South Kingstown, RI, USA, August 2015. DWH-AR0023907.pdf (main), DWH-AR0290546.pdf (Appendix A),DWH-AR0290744.pdf (Appendix B), DWH-AR0291867.pdf (Appendix C),DWH-AR0292430.pdf (Appendix D),DWH-AR0292881.pdf (Appendix E), [https://www.doi.gov/deepwaterhorizon/adminrecord]

Horn, M., D. French McCay, J. Payne, W. Driskell, Z. Li, M. Grennan, L. Decker, S. Zamorski, 2015b. Technical Reports for Deepwater Horizon Water Column Injury Assessment –Volume III. Water Column Chemical and Physical Data from the Deep Water Horizon Blowout. RPS ASA, South Kingstown, RI, USA, August 2015. DWH-AR0024617.pdf (main), (Appendix A is missing), DWH-AR0024364.pdf (Appendix B), DWH-AR0024462.pdf (Appendix C), DWH-AR0023990.pdf (Appendix D) [https://www.doi.gov/deepwaterhorizon/adminrecord]

Symons, K., J. Wagner, J. Delgado, D. Helton, O. Varmer, L. Congaware, J. Michel, J. Weaver, C. Boring, B. Priest, J. Holmes, W. Early, Etkin, D.S., D. French-McCay, D. Reich, R. Balouskus, J. Fontenault, T. Isaji, J. Mendelsohn, and L. McStay. 2013. Risk Assessment for Potentially Polluting Wrecks in US Waters. Prepared for National Oceanic and Atmospheric Administration, Silver Spring, MD. March 2013. 127 p. plus 87 appendices.

Bejarano, A.C., J. Michel, J. Rowe, Z. Li, D. French McCay, L. McStay and D.S. Etkin. 2013.Environmental Risks, Fate and Effects of Chemicals Associated with Wind Turbines on the Atlantic Outer Continental Shelf. US Department of the

Interior, Bureau of Ocean Energy Management, Office of Renewable Energy Programs, Herndon, VA. OCS Study BOEM 2013-213. https://espis.boem.gov/final%20reports/5330.pdf

French McCay, D., J. Rowe, D. Reich, M. Schroeder, and E. Graham, 2012. Oil spill modeling for the Offshore Environmental Cost Model (OECM). Appendix A in: Forecasting Environmental and Social Externalities Associated with OCS Oil and Gas Development: The Revised Offshore Environmental Cost Model (OECM). OCS Study BOEM 2012-05. <http://www.boem.gov/uploadedFiles/BOEM/Oil_and_Gas_Energy_Program/Leasing/Five_Year_Program/2012-2017_Five_Year_Program/OECM.pdf>

Reich, D.A., R. Balouskus, D. French McCay, J. Fontenault, J. Rowe, Z. Singer-Leavitt, D.S. Etkin, J. Michel, Z. Nixon, C. Boring, M. McBrien, and B. Hay. 2012. Assessment of Marine Oil Spill Risk and Environmental Vulnerability for the State of Alaska. NOAA Contract Number: WC133F-11-CQ-0002. Submitted to National Oceanic and Atmospheric Administration, Seattle, Washington, USA. December 2012. 134 p., plus appendices.

Kaplan, B., CJ Beegle-Krause, D. French McCay, A. Copping, S. Geerlofs, eds. 2010. Updated Summary of Knowledge: Selected Areas of the Pacific Coast. U.S. Dept. of the Interior, Bureau of Ocean Energy Management, Regulation, and Enforcement, Pacific OCS Region, Camarillo, CA. OCS Study BOEMRE 2010-014.

French-McCay, D.P, 2010. Guidance for Dispersant Decision Making: Potential for Impacts on Aquatic Biota. Final Report to Coastal Response Research Center (CRRC), Durham, NH, USA, NOAA Grant Number: NA04NOS4190063; CRRC Project Number: 08-087, November 15, 2010, 82pp.

Payne, J.R., French-McCay, D.P, C. Mueller, K. Jayko, B. Longval, M. Schroeder, E. Terrill, M. Carter, M. Otero, S.Y. Kim, W. Middleton, A. Chen, W. Nordhausen, R. Lewis, M. Lampinen, T. Evans, C. Ohlmann, 2007. Evaluation of Field-Collected Drifter and In Situ Fluorescence Data Measuring Subsurface Dye Plume Advection/Dispersion and Comparisons to High-Frequency Radar-Observation System Data for Dispersed Oil Transport Modeling. Final Report Submitted to the NOAA/UNH Coastal Response Research Center. NOAA Grant Number(s): NA04NOS4190063 (CFDA No. 11-419). Project Number: 06-084, May 11, 2007, 96p plus 8 appendices.

French-McCay, D., N. Whittier, R. Asch, J. Rowe, D. Schmidt Etkin, and A. Borowik, 2006. Final Environmental Assessment: Vessel and MTR Facility Response Plan Requirements for Hazardous Substances. Final Report by Applied Science Associates to U.S. Coast Guard, Office of Standards Evaluation and Development (G-PSR), Standards Evaluation and Analysis Division (G-PSR-1), September 2006

Boehm, P., D. Turton, A. Raval, D. Caudle, D. French, N. Rabelais, R. Spies, and J. Johnson, 2001. Deepwater program: Literature review, environmental risks of chemical products used in Gulf of Mexico deepwater oil & gas operations, Final report to US Department of the Interior, Minerals Management Service, Gulf of Mexico OCS Region, February 20001, OCS Study MMS 2001-011, 326p plus appendices.

French, D.P., M. Reed, K. Jayko, S. Feng, H. Rines, S. Pavignano, T. Isaji, S. Puckett, A. Keller, F. W. French III, D. Gifford, J. McCue, G. Brown, E. MacDonald, J. Quirk, S. Natzke, R. Bishop, M. Welsh, M. Phillips and B.S. Ingram, 1996. The CERCLA type A natural resource damage assessment model for coastal and marine environments (NRDAM/CME), Technical Documentation, Vol. I-V. Final report, submitted to the Office of Environmental Policy and Compliance, U.S. Dept. of the Interior, Washington, DC, April 1996, Contract No. 14-0001-91-C-11.

Reed, M., D.P. French, S.Feng, F.W. French III, E. Howlett, K, Jayko, W.Knauss, J. McCue, S. Pavignano, S. Puckett, H. Rines, R.Bishop, M. Welsh, and J. Press, 1996. The CERCLA type a natural resource damage assessment model for the Great Lakes environments (NRDAM/GLE), Vol. I-III. Final report, submitted to Office of Environmental Policy and Compliance, U.S. Department of the Interior, Washington, DC, by Applied Science Associates, Inc., Narragansett, RI, April 1996, Contract No. 14-01-0001-88-C-27.

French, D.P., S. Pavignano, A. Keller, D. Gifford, S. Puckett, S. Feng, M. Reed, M. Welsh and R. Bishop, 1993. Compensation formula for natural resource damage assessments under OPA: Oil spills into inland (freshwater) waters. Report to the National Oceanic and Atmospheric Administration, Rockville, MD, March 1993.

French, D.P., M. Reed, S. Puckett, S. Pavignano, H. Rines, A. Keller, D. Gifford, F.W. French III, S. Feng, C. Turner, G. Brown, E. MacDonald, J. Quirk, S. Natzke and B.S. Ingram, 1993. Compensation formula for natural resource damage assessments under OPA: Oil spills into estuarine and marine environments. Report to National Oceanic and Atmospheric Administration, Rockville, MD, March 1993.

French, D.P., H. Rines, D. Gifford, A. Keller, S. Pavignano, G. Brown, B. Ingram, E. MacDonald, J. Quirk, S. Natzke, and K. Finkelstein, 1993. Final report: Restoration guidance document for natural resource injury as a result of discharges of oil. Report to National Oceanic and Atmospheric Administration, Office of General Council, Damage Assessment Regulations Team, February 1994, submitted by EG&G Washington Analytical Services Center with Applied Science Associates, Contract No. 50-DSNC-8-00139, ASA 92-65.

French, D.P., 1984. Nutrient and temperature limited continuous culture of the phytoplankton species Skeletonema costatum (Greville) Cleve, Asterionella glacialis Castracane and Olisthodiscus luteus Carter, and modeling of their seasonal succession in Narragansett Bay, R.I., Ph.D. Thesis, University of Rhode Island, Kingston, R.I.

## CONFERENCE PAPERS

French-McCay, D.P., H.J. Robinson, and M.A. Frediani, 2023. Oil Spill Effects Assessments for Aquatic Biota Should Consider the Highly Variable Exposure Concentrations and Compositions that Occur. Proceedings of the Forty-fifth AMOP Technical Seminar, Environment and Climate Change Canada, Ottawa, ON, Canada, pp. 298-322.

French McCay, D.P., W.J. Lehr, K. Stone, B.G. Fieldhouse, A.L. Dissanayake, G. Marcotte, C.J. Beegle-Krause, and R. Jones, 2021. Floating Oil Emulsification - Review of Models, Input Requirements, and Research Needs. Proceedings of the Forty-third AMOP Technical Seminar, Environment and Climate Change Canada, Ottawa, ON, Canada, pp. 472-504.

French McCay, D.P., 2018. Oil Toxicity for Exposures on the Time Scale of Hours. Proceedings of the Forty-first AMOP Technical Seminar, Environment and Climate Change Canada, Ottawa, ON, Canada, pp. 1258-1260.

French McCay, D.P., J. Rowe, D. Crowley, J. Ducharme, M. Frediani, M. Bernado, D.S. Etkin, 2018. Potential Oil Trajectories and Oil Exposure from Hypothetical Spills in the Hudson River. Proceedings of the Forty-first AMOP Technical Seminar, Environment and Climate Change Canada, Ottawa, ON, Canada, pp. 1163-1193.

French-McCay, D.P., R. Balouskus, J. Ducharme, M. Schroeder Gearon, Y. Kim, S. Zamorski, Z. Li, J. Rowe, C. Perham, and R. Wilson, 2017. Potential Oil Trajectories and Surface Oil Exposure from Hypothetical Discharges in the Chukchi and Beaufort Seas, Proceedings of the Fortieth AMOP Technical Seminar, Environment and Climate Change Canada, Ottawa, ON, pp. 660-693.

French McCay, D.P., Potential Effects Thresholds for Oil Spill Risk Assessments, 2016. Proceedings of the Thirty-ninth AMOP Technical Seminar, Environment and Climate Change Canada, Ottawa, ON, pp. 285-303.

French McCay, D.P., Z. Li, M. Horn, D. Crowley, M.L. Spaulding, D. Mendelsohn, and C. Turner, 2016. Modeling Oil Fate and Subsurface Exposure Concentrations from the Deepwater Horizon Oil Spill. Proceedings of the Thirty-ninth AMOP Technical Seminar, Environment and Climate Change Canada, Ottawa, ON, pp. 115-150.

Horn, M. D. French McCay. 2015. Trajectory and Fate Modeling with Acute Effects Assessment of Hypothetical Spills of Diluted Bitumen into Rivers. Proceedings of the Thirty-eighth AMOP Technical Seminar, Environment and Climate Change Canada, Ottawa, ON, pp. 549-581.

French McCay, D.P., M. Schroeder Gearon, Y.H. Kim, K. Jayko, and T. Isaji, 2014. Modeling Oil Transport and Fate in the Beaufort Sea. Proceedings of the Thirty-seventh AMOP Technical Seminar on Environmental Contamination and Response, Environment Canada, Ottawa, ON, pp. 40-64.

Reich, D., R. Balouskus, D. French McCay, Dagmar Schmidt Etkin, J. Michel and J. Lehto, 2014. An Environmental Vulnerability Model for Oil Spill Risk Analyses: Examples from an Assessment for the State of Alaska. Proceedings of the Thirty-seventh AMOP Technical Seminar on Environmental Contamination and Response, Environment Canada, Ottawa, ON, pp. 65-89.

French McCay, D.P., J. Rowe, N. Whittier, and C. Santos, 2013. Modeling the M/T Prestige Oil Spill and Alternative Scenarios if Towed to a Port of Refuge. Proceedings of the Thirty-sixth AMOP Technical Seminar on Environmental Contamination and Response, Environment Canada, Ottawa, ON, pp. 279-314.

French McCay, D.P., D. Reich, J. Michel, D.S. Etkin, L. Symons, D. Helton, and J. Wagner, Oil Spill Consequence Analyses for Potentially-polluting Shipwrecks, 2012. Proceedings of the Thirty-fifth AMOP Technical Seminar on Environmental Contamination and Response, Environment Canada, Ottawa, ON, pp. 751-774.

French McCay, D.P., D. Reich, J. Rowe, M. Schroeder, and E. Graham, 2011. Oil Spill Modeling Input to the Offshore Environmental Cost Model (OECM) for US-BOEMRE's Spill Risk and Costs Evaluations. Proceedings of the Thirty-fourth AMOP Technical Seminar on Environmental Contamination and Response, Environment Canada, Ottawa, ON, pp. 146-168.

French McCay, D.P. and E. Graham, 2010. Guidance for Dispersant Decision-making: Potential for Impacts on Aquatic Biota. Proceedings of the Thirty-third AMOP Technical Seminar on Environmental Contamination and Response, Environment Canada, Ottawa, ON, pp. 635-664.

French McCay, D.P., 2009. State-of-the-art and Research Needs for Oil Spill Impact Assessment Modeling. Proceedings of the Thirty-second AMOP Technical Seminar on Environmental Contamination and Response, Environment Canada, Ottawa, ON, pp. 601-653.

French McCay, D.P., C.J. Beegle-Krause, J.J. Rowe, W. Rodriguez, and D.S. Etkin, 2009. Oil Spill Risk Assessment - Relative Impact Indices by Oil Type and Location. Proceedings of the Thirty-second AMOP Technical Seminar on Environmental Contamination and Response, Environment Canada, Ottawa, ON, pp. 655-681.

Etkin, D.S., D. French-McCay, and C.J. Beegle-Krause. 2009. Oil spill risk assessment–Probability and impact analyses with future projections. Proceedings of the Thirty-second AMOP Technical Seminar on Environmental Contamination and Response, Environment Canada, Ottawa, ON, pp. 683–704.

French McCay, D.P., J.J. Rowe, and D.S. Etkin, 2008. Transport and Impacts of Oil Spills in San Francisco Bay - Implications for Response. Proceedings of the Thirty-first AMOP Technical Seminar on Environmental Contamination and Response, Environment Canada, Ottawa, ON, pp. 159-176.

Etkin, D.S., French-McCay, D.P, and J. Rowe, 2008. Effectiveness of Larger-Area Exclusion Booming to Protect Sensitive Sites. Proceedings of the Thirty-first AMOP Technical Seminar on Environmental Contamination and Response, Environment Canada, Ottawa, ON.

French McCay, D.P., N. Whittier, and J.R. Payne, 2008. Evaluating Chemical Spill Risks to Aquatic Biota Using Modeling. Proceedings of the Thirty-first AMOP Technical Seminar on Environmental Contamination and Response, Environment Canada, Ottawa, ON, pp. 243-272.

French-McCay, D.P, C. Mueller, K. Jayko, B. Longval, M. Schroeder, J.R. Payne, E. Terrill, M. Carter, M. Otero, S. Y. Kim, W. Nordhausen, M. Lampinen, and C. Ohlmann, 2007. Evaluation of Field-Collected Data Measuring Fluorescein Dye Movements and Dispersion for Dispersed Oil Transport Modeling. Proceedings of the Thirtieth AMOP Technical Seminar on Environmental Contamination and Response, Environment Canada, Ottawa, ON, pp. 713-754.

Payne, J.R., E. Terrill, M. Carter, M. Otero, W. Middleton, A. Chen, French-McCay, D.P, C. Mueller, K. Jayko, W. Nordhausen, R. Lewis, M. Lampinen, T. Evans, C. Ohlmann, G. L. Via, H. Ruiz-Santana, M. Maly, B. Willoughby, C. Varela, P. Lynch and P. Sanchez, 2007. Evaluation of Field-Collected Drifter and Subsurface Fluorescein Dye Concentration Data and Comparisons to High Frequency Radar Surface Current Mapping Data for Dispersed Oil Transport Modeling. In Proceedings of the Thirtieth AMOP Technical Seminar on Environmental Contamination and Response, Environment Canada, Ottawa, ON, pp. 681-711.

Etkin, D.S., J. J. Rowe, S. Sankaranarayanan, D.P. French-McCay, and J. Reichert 2007. Using Current Analysis to Determine Efficacy of Pre-Booming Operations. Proceedings of the Thirtieth AMOP Technical Seminar on Environmental Contamination and Response, Environment Canada, Ottawa, ON, pp. 355-370.

Etkin, D.S., French-McCay, D.P, and J. J. Rowe, 2007. Using Analytical Models to Assess the Benefits of Oil Spill Response technology. Proceedings of the Thirtieth AMOP Technical Seminar on Environmental Contamination and Response, Environment Canada, Ottawa, ON, pp. 657-680.

French-McCay, D.P, J. J. Rowe, W. Nordhausen, and J.R. Payne, 2006. Modeling Potential Impacts of Effective Dispersant Use on Aquatic Biota. Proceedings of the Twenty-ninth AMOP Technical Seminar on Environmental Contamination and Response, Environment Canada, Ottawa, ON, pp. 855-878.

French-McCay, D.P, J. J. Rowe, S. Sankaranarayanan, and D.S. Etkin, 2006. Data Needs to Reliably Hindcast a Spill's Impact: The PEPCO Pipeline Spill of April 2000 as Case Example. Proceedings of the Twenty-ninth AMOP Technical Seminar on Environmental Contamination and Response, Environment Canada, Ottawa, ON, pp. 827-853.

Etkin, D.S., D. French McCay, and J. Rowe. 2006. Modeling to evaluate effectiveness of variations in spill response strategy. Proceedings of the Twenty-ninth AMOP Technical Seminar on Environmental Contamination and Response, Environment Canada, Ottawa, ON, pp. 879-892.

French-McCay, D.P, N. Whittier, D. Aurand, C. Dalton, J. J. Rowe, S. Sankaranarayanan, and H.-S. Kim, 2005. Use of Probabilistic Trajectory and Impact Modeling to Assess Consequences of Oil Spills with Various Response Strategies. Proceedings of the Twenty-eighth AMOP Technical Seminar on Environmental Contamination and Response, Environment Canada, Ottawa, ON, pp. 253-271.

French McCay, D.P., and J.J. Rowe, 2004. Validation of the SIMAP Oil Spill Model Using Historical Oil Spill Cases. Proceedings of the Twenty-seventh AMOP Technical Seminar on Environmental Contamination and Response, Environment Canada, Ottawa, ON, pp. 421-452.

French McCay, D., N. Whittier, S. Sankaranarayanan, J. Jennings, and D. S. Etkin, 2002. Modeling Fates and Impacts for Bio-Economic Analysis of Hypothetical Oil Spill Scenarios in San Francisco Bay. Proceedings of the Twenty-fifth AMOP Technical Seminar on Environmental Contamination and Response, Environment Canada, Ottawa, ON, pp. 1051-1074.

French McCay, D. James R. Payne, 2001. Model of oil fate and water concentrations with and without application of dispersants. Proceedings of the Twenty-fourth AMOP Technical Seminar on Environmental Contamination and Response, Environment Canada, Ottawa, ON, pp. 611-645.

French McCay, D. P. 2001. Chemical spill model (CHEMMAP) for forecasts/hindcasts and environment risk assessment. Proceedings of the Twenty-fourth AMOP Technical Seminar on Environmental Contamination and Response, Environment Canada, Ottawa, ON, pp. 825-846.

French, D., H. Schuttenberg, T. Isaji, 1999. Probabilities of oil exceeding thresholds of concern: Examples from an evaluation for Florida Power & Light. Proceedings of the Twenty-second AMOP Technical Seminar on Environmental Contamination and Response, Environment Canada, Ottawa, ON, pp. 243-270.

French, D.P., 1992.  Hypothesis Testing of the Mechanisms Controlling Phytoplankton Distributions Using Computer Models. In Proceedings, Fifth International Conference on Toxic Marine Phytoplankton, T.J.  Smayda, ed., Newport, RI, Oct. 28-Nov. 1, 1991, Elsevier, NY, 1992.

# Materials Considered

1. Bayles, D. and A. Pace 2025. Expert Report by Doug Bayles P.E. and Austin Pace, P.E.

2. Etkin, D. S. 2025.  Expert Report by Dr. Dagmar Schmidt Etkin, June 2023.

3. Jones, C. 2025 Expert Report by Dr. Craig Jones, June 2025

4. Shell Trading & Supply Distribution Operations, 2024. Shell Trading & Supply Distribution Operations, US East Business Continuity and Storm Action Plan. Revised April 2024. SOPUS_NHVN00269158 [Apr. 2024 BCP and SAP - SOPUS_NHVN00269158.pdf

5. Sullivan, Michael. 2025. Deposition, February 6, 2025, Conservation Law Foundation, Inc., Plaintiff, SHELL OIL COMPANY, EQUILON ENTERPRISES, LLC D/B/A SHELL OIL PRODUCTS US, et al., Defendants, C.A. No. V. 3:21-cv-00933-JAM in the US District Court, District of Connecticut.

6. Triton Terminaling LLC, 2024. Emergency Response Action Plan, New Haven Terminal. Prepared by Triton Terminaling LLC, Houston, TX, June 2024. 500p. SOPUS_NHVN02451144 [FRP-ERP - June 2024 (1)]

7. United States Army Corps of Engineers (USACE), 2015. North Atlantic Coast Comprehensive Study: Resilient adaptation to increasing risk. Final Report. Record Number RN 735-17c. https://www.nad.usace.army.mil/CompStudy/

8. 2020-07-28 Buckeye New-Haven-NOI-Letters.pdf

9. SUM00034864.xlsx

10. 2025.05.01 Expert Report of Richard Horner.pdf

11. 2025.05.01 Expert Report of Robert Nairn.pdf

12. NAIRN000001.pdf

13. NAIRN000001.xlsx

14. NAIRN000002.pdf

15. NAIRN000002.xlsx

16. NAIRN000003.pdf

17. NAIRN000003.txt

18. NAIRN000004.pdf

19. NAIRN000011.pdf

20. NAIRN000011.slf

21. NAIRN000011.txt

22. NAIRN000012.pdf

23. NAIRN000019.pdf

24. NAIRN000019.slf

25. NAIRN000019.txt

26. NAIRN000020.pdf

27. NAIRN000021.pdf

28. NAIRN000021.slf

29. NAIRN000021.txt

30. NAIRN000022.pdf

31. NAIRN000029.pdf

32. NAIRN000029.slf

33. NAIRN000029.txt

34. NAIRN000030.pdf

35. NAIRN000037.pdf

36. NAIRN000037.slf

37. NAIRN000037.txt

38. NAIRN000038.pdf

39. NAIRN000039.pdf

40. NAIRN000046.pdf

41. NAIRN000046.slf

42. NAIRN000046.txt

43. NAIRN000047.pdf

44. NAIRN000054.pdf

45. NAIRN000054.slf

46. NAIRN000054.txt

47. NAIRN000055.pdf

48. NAIRN000055.slf

49. NAIRN000055.txt

50. NAIRN000056.pdf

51. NAIRN000056.slf

52. NAIRN000056.txt

53. NAIRN000057.pdf

54. NAIRN000057.slf

55. NAIRN000057.txt

56. NAIRN000058.pdf

57. NAIRN000863.pdf

58. NAIRN000863.slf

59. NAIRN000863.txt

60. NAIRN000864.pdf

61. NAIRN000864.txt

62. NAIRN000864.xlsx

63. NAIRN000865.pdf

64. NAIRN000865.txt

65. NAIRN000865.xlsx

66. NAIRN000866.pdf

67. NAIRN000866.txt

68. NAIRN000866.xlsx

69. NAIRN000867.pdf

70. NAIRN000867.txt

71. NAIRN000867.xlsx

72. NAIRN000868.pdf

73. NAIRN000868.txt

74. NAIRN000869.pdf

75. NAIRN000869.txt

76. NAIRN-002.DAT

77. NAIRN-002.DII

78. NAIRN-002.LFP

79. NAIRN-002.LST

80. NAIRN-002.OPT

81. Quinnipiac_01196500_freqtable.csv

82. PSCT015811.pdf

83. PSCT015813.pdf

84. PSCT015814.pdf

85. PSCT015817.pdf

86. PSCT015818.pdf

87. PSCT016051.pdf

88. PSCT016053.pdf

89. PSCT016054.pdf

90. PSCT016055.pdf

91. PSCT016058.pdf

92. PSCT016059.pdf

93. PSCT016060.pdf