# Exhibit A

Filed Under Seal

Case 3:21-cv-00933-VDO    Document 371    Filed 10/04/25    Page 2 of 114
CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER



# Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk

## Shell Oil Terminal - New Haven, Connecticut

30 April 2025   |   13611.303.R1.Rev0

**Baird.**
Innovation Engineered.

baird.com

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

# Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk

## Shell Oil Terminal - New Haven, Connecticut

| Prepared for: | Prepared by: |
|---|---|





Mr. Christopher Kilian

Vice President for Strategic Litigation | Conservation Law Foundation

15 East State St, Suite 4
Montpelier, VT 05602

W.F. Baird & Associates Ltd.

For further information, please contact
Robert Nairn at +1 416 319 6151
rnairn@baird.com
www.baird.com

## 13611.303.R1.Rev0

Z:\Shared With Me\QMS\2025\Reports_2025\13611.303.R1.Rev0_NairnExpertReport FINAL.docx

| Revision | Date | Status | Prepared | Reviewed | Approved |
|---|---|---|---|---|---|
| Rev0 | April 30, 2025 | Final | RBN | RBN | RBN |

© 2025 W.F. Baird & Associates Ltd. (Baird) All Rights Reserved.  Copyright in the whole and every part of this document, including any datasets or outputs that accompany this report, belongs to Baird and may not be used, sold, transferred, copied or reproduced in whole or in part in any manner or form or in or on any media to any person without the prior written consent of Baird.

This document was prepared by W.F. Baird & Associates Ltd. for Conservation Law Foundation.  The outputs from this document are designated only for application to the intended purpose, as specified in the document, and should not be used for any other site or project.  The material in it reflects the judgment of Baird in light of the information available to them at the time of preparation.  Any use that a Third Party makes of this document, or any reliance on decisions to be made based on it, are the responsibility of such Third Parties.  Baird accepts no responsibility for damages, if any, suffered by any Third Party as a result of decisions made or actions based on this document.



CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

# Executive Summary & Summary of Opinions

## Conservation Law Foundation Charge to Baird

I have been asked to opine on the adequacy of the flood protection of the Shell Oil terminal at 481 East Shore Parkway, New Haven, Connecticut (hereafter, "the Site"), under design events (100-year and 500-year return periods) both under existing (including climate change impacts to date) and future sea level conditions. I have also been asked to evaluate the stability (i.e., susceptibility to erosion and breaching) of the containment berms under these design events, as well as to define the flooding of the Site, including ingress and egress routes. Finally, I was asked to evaluate the containment volume of the two fuel storage yards and Retention Pond.

## Basis for Opinion

1. Flooding at the Site can occur because of several causes, including waves, tides, and surge during storms on the Atlantic, heavy rainfall at the Site itself, and river floods on the Quinnipiac and Mill Rivers as a result of widespread rainfall. These conditions may occur separately or in combination, with the latter referred to as "compound" flooding.

2. This report presents a quantification of the extent of flooding and the adequacy of flood protection. Specifically, I have evaluated the conditions that lead to inundation of three areas: the North and South Yards, which contain fuel storage tanks, and the stormwater Retention Pond. I have also evaluated the flooding of the Site itself with respect to ingress/egress during storm events.

3. The stability of the containment berms was analyzed to determine if they are susceptible to damage and potential breaching caused by overflow from storm surge or overtopping due to wave action, or due to wave action on the exposed slopes. The slopes and crest of the containment berms at the Site vary from bare earth to vegetated to riprap protected. The most vulnerable areas are the locations with bare soil. Bare soil is erodible under any overtopping flow (Van der Meer et al., 2018) and also under normal rainfall conditions (Hillel, 2003).

4. Storm events (whether Atlantic storms, river floods, or local rainfall events) are defined in terms of their intensity by the probability of occurrence in any given year. We have considered two industry standard design events for storm surge protection: 100-year (which has a 1/100 or 1% chance of occurring in any given year and a 63% chance of being encountered in a 100-year period and an 18% chance of being encountered in the next 20 years) and 500-year (0.2% chance of occurring in a given year and an 18% chance of occurring in a 100-year period and a 4% chance of occurring in the next 20 years). Industry standard design guidance suggests that the required elevation for flood protection for this facility is the 100-year flood elevation plus two feet, or the 500-year flood elevation, whichever is higher (ASCE24-14, Flood Resistant Design and Construction). At the Site, the 500-year flood elevation is approximately 3.4 ft greater than the 100-year flood elevation and therefore governs. We have also considered the effects of compound flooding by including a 20-year return period river flow for the Quinnipiac and Mill Rivers. A relatively low return period river flow was selected given the possibly low (but unknown) likelihood of the combination of a high return period river flow occurring coincidentally with a high return period (100- or 500-year) storm surge. We also found that the flood elevations at the Site were not sensitive to the river flows, similar water levels were predicted for no river flow. That said, the compound flood combination of heavy rainfall and storm surge was not explicitly considered in our analysis and therefore, our predicted flood levels if anything, are underestimated.

5. All of our work relied on published information, mostly by United States government agencies including bathymetry, topography, land use cover, rainfall, river flow, tidal, wind, pressure, and the North American Coast Comprehensive Study (Nadal-Caraballo et al., 2015). The US Army Corps of Engineers NACCS

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut



CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

dataset represents the industry standard for design wave and water level values in coastal engineering, and specifically, flood protection design.

6.  Our evaluation considered the vulnerability of the Shell facility to flooding both under existing conditions (including climate change experienced to date) and for future conditions with climate change. For future climate change conditions, we considered a sea level rise of 1.64 ft starting in 1992. This represents an intermediate Connecticut estimate for 2050 (considering a 25-year service life) and a federal agency average mid-range estimate for 2075 (considering a 50-year service life). Our approach did not quantify the impact of increased frequency and intensity of storms. Recent research demonstrates that on average, the probability of intense tropical cyclones more than doubles in the North Atlantic into the 21st century due to projected climate change (Bloemendaal et al., 2022). Therefore, if anything our assessment underestimates the vulnerability of the Shell site in this respect. Furthermore, we have not considered the possibility of increased precipitation in the future under climate change, which also implies an underestimation of flood vulnerability for our estimates. For rainfall estimates we relied on NOAA Atlas 14 which does not consider climate change effects in estimating current day return period events. If anything, this again implies our estimates of flooding are conservatively low.

    Our approach only considered the risk of compound flooding related to the combined occurrence of higher river flows and storm surge. We did not consider the combined probability of local rainfall and storm surge on compound flood risk to the Shell facility. Again, if anything, this implies that we have underestimated the flood risk for the site.

7.  The numerical model used for our assessment is TELEMAC (Hervouet, 2007). TELEMAC was used to simulate the storm surge at the Site and was selected because it is a well-established numerical model that has been extensively used in the coastal and marine engineering community for simulating hydrodynamics. Additionally, TELEMAC offers advanced features, such as the ability to handle unstructured meshes, incorporate wave-current interactions, and account for complex topography, making it suitable for simulating storm surges in complex coastal environments. The TELEMAC model was validated for this project area by simulating storm surges from Hurricane Sandy, as well as water levels under ambient conditions, and then comparing the model results to measured water levels.

## Summary of Opinions

The vulnerability of the Site to flooding during design events has been evaluated from three perspectives: 1) the degree of flood inundation within the containment areas; 2) flood inundation of the ingress/egress routes; and 3) the stability of the containment berms.

**Required Level of Protection**

The vulnerability to flooding was evaluated under the 100-year and 500-year storm surge events both under current sea level conditions (including sea level rise to date) and for the projected sea level that represents conditions in 2050 (high sea level rise assumption) and 2075 (average mid-range sea level rise). Industry guidelines on flood protection recommend that fuel storage facilities are designed to prevent flooding up to the 500-year flood elevation (see ASCE24-14, Flood Resistant Design and Construction). In addition, the storage tanks at the Site are surrounded by containment berms/levees and FEMA recommends that "levees that protect critical facilities usually are designed for at least the 0.2-percent-annual-chance flood (500-year) and have freeboard to increase the factor of safety" (FEMA, 2007). In addition, the Association of State Floodplain Managers (ASFPM), a scientific and educational nonprofit organization representing flood plain managers in the US, states that for critical facilities the flood protection elevation shall be two feet above the 0.2% [500-yr] flood elevation and that elevation shall be used as the basis for the ingress/egress to the site (ASFPM, 2013).To summarize, all three national organizations or agencies recommend that critical facilities, such as this Site, should be protected to withstand at least a 500-year return period flood. Sequeiros and Jaramillo (2020)

---

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut



CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

recommend a 1,000-year level of flood protection (including an allowance for sea level rise) and 50-year service life for upgrading an onshore Shell Group facility in Port Fourchon, Louisiana.

### Inundation by Rainfall Alone

The North and South fuel storage yards at the Shell site are protected by containment berms with minimum crest elevations of 11.3 and 11.4 ft NAVD88, respectively. Stormwater from both yards is delivered to a stormwater Retention Pond for treatment prior to discharge to the sea. No information has been provided on the design condition for stormwater management within the containment areas nor on the pump capacities for each yard. The RPMS Consulting Engineers Containment Calculations report (RPMS, 2022a) suggests that the containment has been designed such that there is sufficient volume to hold the volume of the largest storage tank and precipitation from the 24-hour, 25-year rainfall event. As a baseline to evaluate the extent of inundation related to storm surge, we have estimated the inundation of the two yards from local rainfall under the 24-hour, 25-year rainfall event. Under this event, the North Yard would experience an inflow volume equivalent to 6% of its capacity, the South Yard would experience an inflow volume equivalent to 10% of its capacity, and the Retention Pond would experience an inflow volume equivalent to 11% of its capacity. It is likely that these estimates are low given the fact NOAA Atlas 14 does not consider climate change trends (NOAA Atlas 14 data will be replaced in 2026 with NOAA Atlas 15 that will consider climate change in precipitation estimates for the first time).

### Inundation by Storm Surge under Existing Conditions and With Future Sea Level Rise

The extent of total inflow to the containment areas (expressed as a percentage of the volume capacity of the yard) was calculated for storm surge to compare to inundation by rainfall alone. For the 500-year storm surge event the North and South Yards and the Retention Pond are all completely inundated (in other words, they filled completely because more water comes over the berms and into the fuel storage and stormwater enclosures that can be contained in the three areas). In other words, under the 500-year event water freely flows into and out of the containment areas without any inspection or treatment.

Therefore, the facility does not meet the ASCE or FEMA standards for flood protection, being fully inundated during a 500-year event under current sea level conditions. Furthermore, the facility is fully inundated and unable to withstand catastrophic flooding during a 100-year event at the 95% confidence interval[1] with current sea level conditions. Also, in another scenario, with 1.64 ft of sea level rise the 100-year event at the 84% confidence interval fully inundates all three areas. The results of the flood modeling for the present day and with future sea level rise conditions were derived from the published US Army Corps of Engineers (USACE) Coastal Hazard System (CHS) information from the North Atlantic Comprehensive Coastal Study (NACCS) which represents the industry standard for design information for coastal flood risk reduction measures along the North Atlantic coast.

In addition, a USACE Coastal Storm Risk Management (CSRM) study was recently completed for the Long Wharf District of New Haven directly across the harbor from the Shell facility. This CSRM project focused on the design of flood protection and investigated the extent of flooding from design events including the effects of sea level rise to determine flood protection requirements. Ultimately, the recommended plan consists of a floodwall with a crest elevation of +15 ft NAVD88, deployable flood gates, road closure structures and a pump station. The design conditions for this project are almost identical to that for the Shell site, however the design criteria are much different, the Shell facility is defined as a critical infrastructure facility and should be designed

---

[1] The USACE NACCS dataset provides estimates for storm surge at various confidence intervals, including 50%, 84%, and 95%, that define the level of uncertainty in the estimates. The storm surge estimate with a 50% confidence interval implies that there is a 50% chance that the water level is underestimated. Whereas, for the 95% confidence interval there is only a 5% chance that the storm surge estimate is underestimated. For design of critical facilities where the impact of failure carries high human and environmental risk, a 95% confidence interval is appropriate.

---

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

**Baird.**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

to withstand a 500-yr return period event (vs. the New Haven CSRM study which included various types of properties and infrastructure and assessed the design against a range of flood conditions). Therefore, the secondary containment area berm crest for the Shell site will need to be considerably higher. Our analysis for the Shell facility shows that the required crest elevation to provide protection from the 500-year flood condition at 95% confidence interval and with 1.64 ft of sea level rise should be at least +19.9 ft NAVD88 which would require raising existing berms by at least 5.5 to 8.5 ft (this assumes limited to no pump station capacity).

The consideration of sea level rise in the development of design for flood risk reduction projects has been standard practice for Baird since at least the early 2000's. It has also been standard practice for the USACE, who are responsible for most of the largest coastal storm risk reduction projects in the country since at least 2000 with the publication of the design guidance document ER-1105-2-100 (USACE, 2000).  Further documentation from USACE includes EC-1164-2-212 (USACE, 2011) and ER 1100-2-8162 (USACE, 2013). Lastly, the National Research Council issued a report regarding engineering implications due to changes in sea level in 1987 (National Research Council, 1987).

### Ingress/Egress During Storm Events

The ingress/egress route for the Site is along Connecticut Avenue, which is located west of the containment areas, closer to New Haven Harbor. For all storms considered, this road is inundated at the peak of the storm surge. During the 100-year storm surge event (at the 95% confidence interval) under the current sea level condition, the depth threshold of 2 ft for emergency vehicle access is exceeded for a period of approximately 9 hours along Connecticut Avenue. In other words, emergency access to or from the Site is not possible for 9 hours. The 100-year event (50% confidence interval) showed flood depths along Connecticut Avenue reaching 1 to 2 ft. Otherwise, for the 100-year (84% confidence interval) and 500-year event at present sea level, and the 100-year (84% confidence interval) and 500-year event with sea level rise of 1.64 ft, emergency access to and from the Site is not possible for periods of at least 8 hours. The estimation of the duration of flooding depends on the length of the computer simulation and on the selected storm. The durations of impassability for emergency vehicle ingress/egress at the Site could be longer.

### Berm Stability During Extreme Events

The berms around the North and South Yards and the Retention Pond are unprotected (bare soil) or minimally protected (grass or patchy and small gravel) in some areas and protected by gravel with a median diameter of 4-to-6 inches elsewhere. It was determined that the unprotected areas will likely breach[2] during the 100-year storm surge event at the 84% confidence interval at the present sea level, causing a failure of the containment system and complete flooding. The areas protected with 4-to-6-inch riprap are marginally stable during the 500-year event at the present sea level, although this does not include the additive effect of wave overtopping, and therefore it is unlikely that the riprap will be able to withstand such an event, leading to possible breaching and failure of the containment system. When considering the impacts of waves on the stability of the front face rock protection, the areas currently protected by 4-to-6-inch riprap can withstand wave heights of approximately 9-to-12-inches (0.8-to-1-ft) – which will be exceeded for both the 100-year at the 95% confidence interval and 500-year event. In other words, it is expected that the front face protection of the berm will likely experience failure due to wave attack, leading to failure of the containment system.

---

[2] In this report we use the term "breach" or "breaching" to refer to a condition where the containment berm is physically eroded such that crest elevation is lowered.

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut



CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

## Containment Volume Estimates

Volume estimates were completed for the North and South Yards and were found to be 1,964,070 ft³ and 409,730 ft³, respectively. There is a bypass connection between the two yards consisting of a 12-inch diameter pipe.

## Response and Testimony

My work in this case is ongoing, and I reserve the right to take into consideration any new information that becomes available to me and to supplement or amend my conclusions based on such information. I will rebut the defendant's expert reports in separate rebuttal reports. I anticipate that I will testify to opinions outlined in this report, and if I testify at trial, I may provide and rely on visual aids and/or demonstrative exhibits to summarize my opinions and the basis for them.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

# Table of Contents

| | | |
|---|---|---|
| **1.** | **Introduction** | **1** |
| 1.1 | Outline of the Report | 1 |
| 1.2 | Summary of CLF Requests | 1 |
| **2.** | **Background Information** | **3** |
| 2.1 | Site Characteristics | 3 |
| | 2.1.1 Storage Tanks | 3 |
| | 2.1.2 Secondary Containment | 5 |
| | 2.1.3 Stormwater and Spill Containment | 5 |
| | 2.1.4 Secondary Containment Volume | 7 |
| 2.2 | Ingress/Egress Routes | 8 |
| 2.3 | Flood and Hazard Information | 8 |
| | 2.3.1 Historical Coastal Storm and Flooding Events in New Haven | 8 |
| | 2.3.2 Climate Change Impacts | 10 |
| | 2.3.3 FEMA Flood Map | 11 |
| | 2.3.4 Connecticut Coastal Hazard Viewer | 14 |
| 2.4 | Flood Protection Industry Design Guidance | 15 |
| | 2.4.1 National Recommendations on Flood Risk | 15 |
| | 2.4.2 North Atlantic Coast Comprehensive Study (NACCS) | 16 |
| | 2.4.3 Sea Level Rise in Engineering Design | 18 |
| 2.5 | Modeling and Flood Risk Reduction Reports by Others for New Haven | 18 |
| | 2.5.1 Fairfield and New Haven Counties, Connecticut Coastal Storm Risk Management Feasibility Study | 18 |
| **3.** | **Storm Surge Modeling** | **22** |
| 3.1 | Model Description | 22 |
| 3.2 | Data Sources | 22 |
| | 3.2.1 Model Topographic, Bathymetric and Landcover Data | 23 |
| | 3.2.2 Model Forcing Mechanisms | 25 |
| | 3.2.3 Model Domain | 34 |
| 3.3 | Model Validation | 35 |
| | 3.3.1 Validation Events | 35 |



| 3.3.2 | Validation of Water Level and Wave Height | 36 |
| 3.3.3 | Validation Results | 37 |

**4. Assessments of Flood Risk** ....................................................... **41**

| 4.1 | Storm Surge Analysis | 41 |
| 4.1.1 | Storm Surge Model Results | 41 |
| 4.1.2 | Sea Level Rise Impact on Return Period Water Levels | 48 |
| 4.1.3 | Bypass Pipe Analysis | 49 |
| 4.1.4 | Ingress/Egress During Storm Events | 50 |
| 4.1.5 | Volume of Water Overflowing Berm Enclosures | 51 |
| 4.1.6 | Rainfall Analysis | 61 |
| 4.1.7 | Conclusions of Flood Risk Assessment | 62 |
| 4.2 | Berm Stability Analysis | 64 |
| 4.2.1 | The Impact of Waves on Berm Stability | 68 |
| 4.2.2 | Summary | 69 |

**5. Preliminary Evaluation of Facility Upgrade for Flood Protection** ................... **70**

| 5.1 | Preliminary Estimate of Required Berm Crest Elevation | 70 |
| 5.2 | Berm Protection | 71 |
| 5.3 | Cost Estimate of Berm Protection Upgrade | 71 |
| 5.4 | Ingress/Egress | 73 |
| 5.5 | Other Considerations | 74 |

**6. Glossary** ............................................................................. **76**

**7. Materials Considered** ............................................................ **78**

**Appendix A    Robert Nairn CV**

**Appendix B    Previous Expert Witness Testimony**

**Appendix C    Robert Nairn Remuneration**

**Appendix D    Storm Surge Model Results**

Innovation Engineered.

# Tables

Table 2.1: Above-ground storage tanks summary (Triton, 2017b)...................................................... 3

Table 2.2: Summary of the containment berm areas' physical characteristics. .............................. 7

Table 2.3: Summary of FEMA coastal analyses for New Haven County, adapted from FEMA (2017). ...... 13

Table 2.4: Comparison of the annual exceedance probability water levels from the NACCS study at Save Point 271 and 8134............................................................................................................... 18

Table 3.1: Publicly available dataset / information required to setup the TELEMAC model. ...................... 25

Table 3.2: Vertical datum conversion values. ............................................................................... 25

Table 3.3: Water surface elevation AEPs for NACCS Save Point 271. The 90% confidence interval values are from NACCS Save Point 8134 as defined in USACE (2020b)................................................... 27

Table 3.4: Selected NACCS storms range in peak water levels based on the linear superposition of 96 random tides in relation to the NACCS return period. .......................................................... 32

Table 3.5: Description of observations used in validation of the wave and storm surge models.................. 36

Table 3.6: Summary of validation cases and statistics.................................................................. 38

Table 4.1: Comparison of model vs NACCS peak surge values at Save Point 271.................................... 42

Table 4.2: Model results of peak surge values at Save Point 271 with and without 1.64 ft of SLR. ............. 43

Table 4.3: Simulated maximum volume of water predicted to flow into the containment berm areas.......... 43

Table 4.4: Simulated maximum flood volume estimates in terms of percentage filled for the containment area volumes (100+ equates to fully inundated containment area). ........................................ 44

Table 4.5: Projected return period for the current 10-year return period water level after 1.64 ft of SLR..... 49

Table 4.6: NOAA Atlas 14 precipitation frequency estimates in inches for the 5%, 50%, and 95% confidence intervals................................................................................................................ 61

Table 4.7: Percent of the containment area volumes filled by rainfall based on the NOAA Atlas 14 precipitation frequency estimates............................................................................................... 61

Table 4.8: Simulated maximum flood volume estimates in terms of percentage filled for the containment area volumes (100+ equates to fully inundated containment area). ........................................ 63

Table 4.9: Calculated stone size to withstand the overflow velocity from the different storm events based on multiple techniques. ............................................................................................... 68

Table 5.1: Water surface elevation AEPs for NACCS Save Point 271. The 90% confidence interval values are from NACCS Save Point 8134 as defined in USACE (2020b)................................................... 70

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

# Figures

Figure 1.1: Map of the Shell Oil Terminal in New Haven, Connecticut, outlining the three areas protected by containment berms................................................................................................................... 2

Figure 2.1: Site plan (Triton, 2017b) ............................................................................................. 6

Figure 2.2: Historical tropical cyclone (hurricane) tracks from International Best Track Archive for Climate Stewardship that intersect with the model domain (shaded region)................................................ 9

Figure 2.3: Sea level rise projections for Connecticut based on local tide gage observations (blue), the IPCC (2013) RPC 4.5 model simulations near Long Island Sound (yellow), the semi-empirical models (orange) and ice budgets (magenta) as in CPO-1 (O'Donnell, 2019)................................................................ 11

Figure 2.4: FEMA flood map depicting areas of at least 1% annual chance flood hazard in blue. The Shell Oil Site containment areas are outlined in red....................................................................................... 14

Figure 2.5: Connecticut Coastal Hazard Viewer results. The shaded areas are predicted to be flooded by storm surge in the hurricane models, with the color identifying the hurricane category that causes flooding in any given area. The Shell Oil Terminal containment areas are outlined in red and are shown to be flooded under a Category 2 event. ....................................................................................................................... 15

Figure 2.6: Location of the USACE CSRM project location relative to the Shell Terminal (the latter outlined red). .................................................................................................................................. 20

Figure 3.1: Enhanced land cover dataset. Statewide Impervious 2012 dataset from the UConn Center for Land Use Education and Research (CLEAR) and the Connecticut Department of Energy and Environmental Protection (DEEP). ................................................................................................................ 24

Figure 3.2: Location of nearby NACCS Save Point.......................................................................... 26

Figure 3.3: Water surface elevation AEPs for NACCS Save Point 271................................................. 27

Figure 3.4: (Top) North Yard secondary containment berm crest chainage and (Bottom) elevation based on the existing conditions at the Site compared to the NACCS return period water levels from Save Point 271... 28

Figure 3.5: (Top) South Yard secondary containment berm crest chainage and (Bottom) elevation based on the existing conditions at the Site compared to the NACCS return period water levels from Save Point 271.29

Figure 3.6: (Top) Retention Pond berm crest chainage and (Bottom) elevation based on the existing conditions at the Site compared to the NACCS return period water levels from Save Point 271. ................................. 30

Figure 3.7: The range in peak water level from the NACCS storm 0369 after applying the linear superposition of 96 random tides. ........................................................................................................... 31

Figure 3.8: Flow frequency curve for USGS site #01196620 Mill River Near Hamden, CT......................... 33

Figure 3.9: Flow frequency curve for USGS site #01196500 Quinnipiac River at Wallingford, CT. ............. 34

Figure 3.10: Model Domain. Left Panel: Zoom of the New Haven Harbor, Mill River, and Quinnipiac River area. Right Panel: Spatial extent of the full model domain. ..................................................................... 35

Figure 3.11: Locations of the wave (NBDC) and water level observation (NOAA) stations......................... 37

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut



Figure 3.12: Water level comparison at NOAA Station 8465705 for quiescent conditions validation case. 38

Figure 3.13: Water level comparison at NOAA Station 8518750 for quiescent conditions validation case. 38

Figure 3.14: Water level comparison at NOAA Station 8465705 for Hurricane Sandy (2012). ................... 39

Figure 3.15: Water level comparison at NOAA Station 8518750 for Hurricane Sandy (2012). ................... 39

Figure 3.16: Significant wave height comparison at NDBC Buoy 44040 for Hurricane Sandy (2012). ........ 40

Figure 3.17: Significant wave height comparison at NDBC Buoy 44039 for Hurricane Sandy (2012). ........ 40

Figure 4.1: Timeseries of model water level at NACCS Save Point 271 during the simulation of Storm 369, used to achieve the NACCS 100-year 50% confidence interval return period water level. ......................... 42

Figure 4.2: Temporal maximum water depth for 100-year 50% confidence interval storm surge event. ...... 45

Figure 4.3: Temporal maximum water depth for 100-year 84% confidence interval storm surge event. ...... 45

Figure 4.4: Temporal maximum water depth for 100-year 95% confidence interval storm surge event. ...... 46

Figure 4.5: Temporal maximum water depth for 500-year 50% confidence interval storm surge event. ...... 46

Figure 4.6: Temporal maximum water depth for 100-year 50% confidence interval storm surge event + 0.5 m SLR. ........................................................................................................................................................ 47

Figure 4.7: Temporal maximum water depth for 100-year 84% confidence interval storm surge event + 0.5 m SLR. ........................................................................................................................................................ 47

Figure 4.8: Temporal maximum water depth for 500-year 50% confidence interval storm surge event + 0.5 m SLR. ........................................................................................................................................................ 48

Figure 4.9: NACCS mean return period water levels compared to projected return period water levels with 1.64 ft of SLR at Save Point 271. ..................................................................................................................... 49

Figure 4.10: Durations of flood depth larger than 2 ft during the 100-year 94% confidence interval storm surge event.............................................................................................................................................................. 51

Figure 4.11: Map of the berm enclosures where the quantity of overflow was calculated. To calculate the overflowing rates, only the extent of each berm enclosure shown by the white dashed line was considered.52

Figure 4.12: Simulated volume of water and overflowing rates (100-year 50% confidence interval storm surge event). ...................................................................................................................................................... 54

Figure 4.13: Simulated volume of water and overflowing rates (100-year 84% confidence interval storm surge event). ...................................................................................................................................................... 55

Figure 4.14: Simulated volume of water and overflowing rates (100-year 95% confidence interval storm surge event). ...................................................................................................................................................... 56

Figure 4.15: Simulated volume of water and overflowing rates (500-year storm surge event).................... 57

Figure 4.16: Simulated volume of water and overflowing rates (100-year 50% confidence interval storm surge event + 0.5 m SLR). ............................................................................................................................... 58

Figure 4.17: Simulated volume of water and overflowing rates (100-year 84% confidence interval storm surge event + 0.5 m SLR). ............................................................................................................................... 59



CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

Figure 4.18: Simulated volume of water and overflowing rates (500-year storm surge event + 0.5 m SLR).60

Figure 4.19: The comparison of the percent inundation due to rainfall (24-hour 25-year return period) and storm surge for the three containment areas. Storm surge associated with a condition including sea level rise is shown as a bar with hashed lines. ................................................................................................. 64

Figure 4.20: Site photographs of existing berm conditions near South Yard. The top two photos show the examples of locations along the berm with bare earth coverage. .................................................. 66

Figure 4.21: Site photographs of existing berm conditions near North Yard. The top photo shows the example of a location along the berm with bare earth coverage. .................................................. 67

Figure 5.1: Example berm cross sections from UASCE (2018b). .................................................. 72



CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

# 1.   Introduction

This introduction provides an outline of the report and a summary of the charge provided by the Conservation Law Foundation (CLF).

## 1.1     Outline of the Report

This report presents the methodology and findings of Baird's assessment to quantify flooding within the containment berms at the Shell Oil Terminal (hereafter, "the Site") in New Haven, Connecticut, during design storm surge events for existing (including climate change effects to date) and future conditions with sea level rise. Section 2 provides background information regarding historical flooding in the area, site characteristics, and previous work by others. Section 3 presents the modeling efforts by Baird to evaluate the risk of flooding. Section 4 summarizes the findings from our investigation. Finally, Section 5 presents a preliminary evaluation of upgrades for the Site aimed at enhancing flood protection.

The appendices include Dr. Nairn's CV, previous expert witness testimony, remuneration, and additional model results.

## 1.2     Summary of CLF Requests

CLF has asked Baird to evaluate the flood risk and adequacy of flood protection at the Shell Oil Terminal at 481 East Shore Parkway, New Haven, Connecticut, during design storm events. The three areas of concern are the North Yard, South Yard, and Retention Pond, as shown in Figure 1.1. Baird has quantified the flooding using numerical models and expressed the total volume of inflow into the containment areas as the percentage of liquid storage capacity within each of the three areas. This analysis has neglected pumping capacity (which was not provided to us but will be insufficient for the quantities of water expected from design storm surge) but allows for a common basis of comparison of the extent of flooding between various rainfall and storm surge events. We considered the following storm conditions independently: the 24-hour, 25-year rainfall event, and the 100-year and 500-year storm surge events for both existing conditions and for 1.64 ft of Sea Level Rise (SLR) starting from 1992. SLR of 1.64 ft represents a Connecticut intermediate estimate for 2050 (considering a 25-year service life) and a federal agency average mid-range estimate for 2075 (considering a 50-year service life).

In addition to flooding potential, Baird was asked to evaluate the stability of the containment berms during the selected storm surge events. Baird was also asked to evaluate the potential for ingress/egress to the facility during the storm surge events.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure 1.1: Map of the Shell Oil Terminal in New Haven, Connecticut, outlining the three areas protected by containment berms.**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

# 2.    Background Information

This section presents an overview of relevant information for the Site and surrounding area.

## 2.1    Site Characteristics

As shown in Figure 1.1, the Site is located on the east side of the New Haven Harbor, approximately 1,700 ft (520 m) inland from the shoreline. The Terminal is engaged in the receipt, storage, blending, and distribution of gasoline and petroleum distillate products (Triton, 2020). The range of fuels handled by this facility consist of lube oil, hydraulic oil, diesel, motor oil, and other petroleum and non-petroleum products. All products are received primarily via vessel and are distributed from the Site via truck, vessel and pipeline (Triton, 2020).

### 2.1.1    Storage Tanks

The facility has a total bulk oil storage capacity of 76,328,498 gallons (Triton, 2020). The terminal consists of a total of 39 above-ground storage tanks as listed in the 2017 Stormwater Pollution Prevention Plan (SWPPP) (Triton, 2017b). The largest tank is called T-1 with a capacity of 4,087,554 gallons. Of the 39 tanks, 16 have storage greater than 600,000 gallons. Seven tanks have capacity less than 1,000 gallons but greater than 200 gallons. Table 2.1 provides a summary of the above-ground storage tanks as documented in the Triton SPPP. The construction year of the storage tank was sourced from the Spill Prevention Control and Countermeasure (SPCC) (Triton, 2020). Figure 2.1 displays the site plan dated June 21, 2017, highlighting the containment and drainage areas referenced in Table 2.1.

**Table 2.1: Above-ground storage tanks summary (Triton, 2017b).**

| Storage Tank | Tank Location (Containment) | Tank Location (Drainage) | Product | Shell Capacity (Gallons) | Year Built |
|---|---|---|---|---|---|
| T-1 | Containment Area 1 | Drainage Area 001C | Gasoline | 4,087,554 | 1952 |
| T-2 | Containment Area 1 | Drainage Area 001C | Gasoline | 4,084,106 | 1952 |
| T-3 | Containment Area 1 | Drainage Area 001C | Gasoline | 3,917,793 | 1952 |
| T-21 | Containment Area 2 | Drainage Area 001B | Gasoline | 9,182,087 | 1952 |
| T-22 | Containment Area 2 | Drainage Area 001B | No. 2 Fuel Oil | 9,261,073 | 1952 |
| T-23 | Containment Area 2 | Drainage Area 001B | No. 2 Fuel Oil | 9,267,454 | 1952 |
| T-24 | Containment Area 2 | Drainage Arca 001B | Gasoline | 8,999,609 | 1952 |
| T-25 | Containment Area 2 | Drainage Area 001B | Ethanol | 3.814,222 | 1952 |
| T-26 | Containment Area 3 | Drainage Area 001A | Gasoline | 3,823,653 | 1952 |
| T-27 | Containment Area 3 | Drainage Area 001A | Jet A | 2,537,183 | 1952 |
| T-28 | Containment Area 2 | Drainage Area 001B | Ethanol | 2,017,133 | 1952 |
| T-29 | Containment Area 3 | Drainage Area 001A | Gasoline | 2,021,907 | 1952 |
| T-30 | Containment Area 3 | Drainage Area 001A | JP 8 | 2,935,434 | 1952 |

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut



CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

| Storage Tank | Tank Location (Containment) | Tank Location (Drainage) | Product | Shell Capacity (Gallons) | Year Built |
|---|---|---|---|---|---|
| T-31 | Containment Area 3 | Drainage Area 001A | Gasoline | 1,640,611 | 1952 |
| T-32 | Containment Area 3 | Drainage Area 001A | Gasoline | 1,671,308 | 1952 |
| T-33 | Containment Area 3 | Drainage Area 001A | Gasoline | 1,166,904 | 1952 |
| T-34 | Containment Area 3 | Drainage Area 001A | ULSD | 449,341 | 1952 |
| T-35 | Containment Area 3 | Drainage Area 001A | ULSD | 450,338 | 1952 |
| T-36 | Containment Area 3 | Drainage Area 001A | ULSD | 450,382 | 1952 |
| T-37 | Containment Area 3 | Drainage Area 001A | Jet A | 448,369 | 1952 |
| T-38 | Containment Area 3 | Drainage Area 001A | ULSD | 3,987,076 | 1952 |
| T-39 | Containment Area 2 | Drainage Area 001B | Additive/Dye | 10,251 | 1986 |
| T-40 | Containment Area 2 | Drainage Area 001B | Additive/Dye | 10,251 | 1989 |
| T-41 | Containment Area 2 | Drainage Area 001B | Additive/Dye | 10.251 | 1989 |
| T-42 | Containment Area 2 | Drainage Area 001B | Additive/Dye | 10,251 | 1989 |
| T-43 | Containment Area 2 | Drainage Area 001B | Additive/Dye | 10,251 | 1989 |
| T-44 | Containment Area 2 | Drainage Area 001B | Additive/Dye | 10,364 | 1993 |
| T-45 | Containment Area 2 | Drainage Area 001B | Additive/Dye | 10,364 | 1993 |
| T-46 | Containment Arca 2 | Drainage Area 001B | Additive/Dye | 10,364 | 1993 |
| T-47 | Near Fire House F-1 | Drainage Area 001A | Additive | 6,016 | 1994 |
| T-48 | Near Garage | Drainage Area 001D | No. 2 Fuel Oil | 2,000 | 1996 |
| T-49 | Outside Warehouse | Drainage Area 001D | Heating Oil | 2,000 | 1996 |
| T-50 | Adjacent to Truck Exit | Drainage Area 001D | Diesel | 280 | 1994 |
| T-53 | Containment Area 3 | Drainage Area 001A | Jet A | 500 | 2001 |
| T-54 | Near Fire House F-3 | Drainage Area 001D | Additive | 510 | 2002 |
| T-57 | Under Butane Lab | Drainage Area 001D | Gasoline | 225 | n/a |
| S-1 | Containment Area 3 | Drainage Area 001A | Jet A | 300 | 1989 |
| S-2 | Containment Area 3 | Drainage Area 001A | Jet A | 500 | 2001 |

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut



CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

| Storage Tank | Tank Location (Containment) | Tank Location (Drainage) | Product | Shell Capacity (Gallons) | Year Built |
|---|---|---|---|---|---|
| S-3 | Containment Area 3 | Drainage Area 001A | Jet A | 500 | 2001 |

### 2.1.2 Secondary Containment

The Site is divided into three principal secondary containment areas which are all interconnected forming one containment area (Triton, 2020). The secondary containment dikes are earthen dikes surfaced with processed stone or vegetated with maintained grass (Triton, 2020). The floor across the entire tank farm generally slopes from east to west, promoting drainage to low elevations where a number of lift stations pump drainage to the Retention Pond.

### 2.1.3 Stormwater and Spill Containment

Stormwater in the containment areas that does not evaporate/infiltrate is visually inspected to verify that contamination is not present and then pumped to the Retention Pond, from where it is inspected and then discharged to Outfall 001 and the City storm sewer on East Shore Parkway. Stormwater generated at the loading rack is directed into trough drains to a 15,000-gallon steel oil/water separator designed for 500 gpm flow rate that gravity flows to the Retention Pond (Triton 2020).

The Retention Pond is divided into primary and secondary sections by an earthen dike. This dike contains drainpipes designed to prevent petroleum from contaminating the secondary basin. A lift station within the secondary basin pumps water to Outfall 001 and the City storm sewer on East Shore Parkway after verifying no contamination. The lift station must be manually activated and will continue operation until the water level drops below a certain threshold, after which it requires manual reactivation.

Detail regarding the spill storage capacity is provided in Section 2.1.4.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure 2.1: Site plan (Triton, 2017b)**

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

Baird.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

### 2.1.4    Secondary Containment Volume

#### 2.1.4.1    Baird Secondary Containment Volume Calculations

The main features of the Site that influence the amount of flooding within the containment berms are the minimum berm crest elevation and the land elevation of the Site. Table 2.2 presents the minimum berm crest elevation for the three containment areas as well as the associated area and volume. The numerical model simulation of storm surge inflow over the containment berms considered the actual berm crest elevations around the full perimeter of each of the three containment areas.

The volume of the berm enclosure represents the volume of liquid that could be contained by the berms without overflowing at the lowest point of the berm. The volume calculations are based on the available topographic data of the Site. The minimum berm crest elevation was used because it is at this elevation that liquid could begin to escape, resulting in a failure of the containment system.

The assumptions made to determine the maximum volume that can be contained by each area are as follows:
- The maximum surface elevation of the liquid in the containment area is equal to the minimum berm crest elevation.
- The space associated with the infrastructure within the berm enclosures is excluded from the storage volume.

**Table 2.2: Summary of the containment berm areas' physical characteristics.**

| Location | Minimum Berm Elevation* (ft, NAVD88) | Volume (ft³) | Area (ft²) |
|---|---|---|---|
| North Yard | 11.3 | 1,964,070 | 529,165 |
| South Yard | 11.4 | 409,730 | 102,600 |
| Retention Pond | 11.3 | 246,680 | 38,550 |

*Estimated from the Statewide Impervious 2012 dataset from the UConn Center for Land Use Education and Research (CLEAR) and the Connecticut Department of Energy and Environmental Protection (DEEP).*

The information available to us on the protection of the containment berms is from visual reconnaissance during a site visit, no design information has been provided (including anything related to the protection of the berms or to the internal composition of the berms with respect to their permeability).

Baird understands that a bypass pipe has been installed at the Site between the South and North Yards because the South Yard volume alone was insufficient to contain the volume of the largest tank and precipitation from the 25-year, 24-hour storm, which RPMS Consulting Engineers used as the design criteria. According to the RPMS Consulting Engineers Containment Calculations report (RPMS, 2022a), the bypass pipe connects the two yards with an invert elevation of 8.5 ft NAVD88, and the containment volume of the two yards up to this elevation is greater than the suggested storage volume requirement by RPMS.

#### 2.1.4.2    Shell Secondary Containment Volume Calculations

Shell presents the calculations of secondary containment volume in the Spill Prevention Control & Countermeasure Plan (Triton, 2020) and the Stormwater Pollution Prevention Plan (Triton, 2017b). According to Triton (2017b), Triton was directed to rely on the Professional Engineering Certification of compliance with US EPA SPCC secondary containment prepared by RPMS Consulting Engineers (April 13, 2009) for the Site.

---

Volumetric containment of small metal and concrete containment areas were measured by the terminal and calculated by Witt O'Brien (April 2017).

The RPMS calculations show that the South Yard did not have sufficient volume to contain product in the event of a Tank leak within the dike during the 25-year, 24-hour precipitation event. After the bypass pipe installation, the total available volume up to an elevation of 8.5 ft (invert pipe elevation) is 552,084 ft$^3$ which includes the available volume within the South and North Yards up to an elevation of 8.5 ft. After subtracting the volume that tank chimes occupy, the available storage capacity is 488,758 ft$^3$, which is greater than the required 443,527 ft$^3$.

## 2.2    Ingress/Egress Routes

Also of importance is the ingress/egress route for the Site. Figure 1.1 shows this route, which is along Connecticut Ave, shown as the blue dashed line.

Threshold depths for vehicular ingress and egress of 1 to 2 ft are recommended by the National Highway Traffic Safety Administration (NHTSA) website (NHTSA, accessed March 2023) and these values are commonly found in the guidance literature. Kramer et al. (2016) suggests that the recommended safety criteria for passenger cars and emergency vehicles are water depths of 0.3 m (1 ft) and 0.6 m (2 ft), respectively. The Centers for Disease Control and Prevention report that over half of all flood-related drownings occur when a vehicle is driven into hazardous flood water, and the next highest percentage is due to walking into or near flood waters. A mere 6 inches of fast-moving flood water can knock over an adult, and it takes 12 inches of rushing water to carry away most cars and just two feet of rushing water can carry away SUVs and trucks (NWS, accessed February 2025), matching the threshold depths recommended by NHTSA. Lastly, the Association of State Floodplain Managers (ASFPM), a scientific and educational nonprofit organization in the US, states that for critical facilities the flood protection elevation shall be two feet above the 0.2% flood elevation and that elevation shall be used as the basis for the ingress/egress to the site (ASFPM, 2013). Therefore, based on relevant literature, the 2 ft water depth threshold along the ingress/egress routes is a minimum requirement for safe emergency vehicle access.

An analysis of the ingress and egress of the site during hurricane storm surge events is presented in Section 4.1.4.

## 2.3    Flood and Hazard Information

### 2.3.1    Historical Coastal Storm and Flooding Events in New Haven

The National Climate Centre and the National Hurricane Centre provide information on tropical cyclone (i.e., hurricane) occurrences in the Atlantic Cyclone Basin dating back 1871 (Figure 2.2 presents all the historic cyclone tracks). Connecticut has experienced several devastating hurricanes over the years. The most significant was the "Long Island Express" in September 1938, believed to be a Category 3 hurricane, which caused surges of 10 to 12 feet along portions of the Long Island and Connecticut Coast and resulted in an estimated 600 deaths in New England. The FEMA Flood Insurance Study conducted for New Haven in April 2017 identified six coastal storm events that had the most significant impact on the city: 1815, 1938, 1944, 1954, 1955, and 1960. In 1944, an unnamed hurricane hit the Connecticut coast, while Hurricane Carol struck in 1954. The following year, back-to-back Hurricanes Connie and Diane caused torrential rains, leading to flooding across Connecticut. Hurricanes Gloria and Bob impacted Connecticut in 1985 and 1991, respectively, with Gloria directly hitting the New Haven coastline. In addition, other noteworthy flooding events have been recorded, including June 1982, May 1989, October 1991, December 1992, and May-June 1994. More recent significant flooding and rainfall events include heavy rainfall in May 2018, severe thunderstorms in August

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

2018, and Tropical Storm Isaias in August 2020, causing flash flooding, road closures, landslides, power outages, and damage to homes, businesses, and infrastructure throughout the city.



**Figure 2.2: Historical tropical cyclone (hurricane) tracks from International Best Track Archive for Climate Stewardship that intersect with the model domain (shaded region).**

In the years between 1900 and 2000, eight direct hits and two hurricanes that did not make landfall (but passed close to the shoreline) were recorded along the Connecticut coast, of which there were four Category 3, two Category 2, and two Category 1 hurricanes (National Hurricane Center).

Below is a list of hurricanes that were forecasted to have a landfall in Connecticut but eventually weakened into a tropical storm or took a different path (National Hurricane Center).

- **August 28, 2011** -- Hurricane Irene weakened to a tropical storm immediately after landfall, produced high winds, heavy rains, and flash flooding, especially in Western New England.
- **October 29-30, 2012** -- Hurricane Sandy affected Southern New England, with its outer bands producing heavy storm surge, winds, and rainfall before the storm's landfall in New Jersey.
- **October 2-5, 2015** -- Hurricane Joaquin, at one point forecasted to make a landfall in New England, eventually passed offshore and produced high surf along Cape Cod and Nantucket.

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

Baird.

- Other, more recent storms, including Tropical Storm Jose (September 2017), Hurricane Dorian (September 2019), Tropical Storm Isaias (August 2020), and Tropical Storm Elsa (July 2021).

Based on data from the North Atlantic Coast Comprehensive Study (NACSS) which is explained in Section 2.4.2, significant tropical storm events impact this region at a frequency of approximately once every 5.75 years (USACE, 2020b). This aligns with observed data, which based on a storm record from 1851 to 2018 (167 years), 45 tropical systems have come within 75 miles of New Haven, which equates to an average of one storm every four years (USACE, 2020b). Based on the findings from the NACCS study, Hurricane Sandy, which certainly caused significant damage along the coast of Connecticut, was slightly less than an 8 percent annual exceedance probability storm. In other words, the study area has approximately 1 in 12 chance each year of experiencing a Sandy level event (USACE, 2020b).

### 2.3.2 Climate Change Impacts

Climate change is predicted to further increase the flood risk at the Site by causing an increase in sea level and increasing the frequency and intensity of storms. The National Oceanic and Atmospheric Administration (NOAA) has assessed and reported the potential changes in global mean sea level based on models and measured data. The Department of Marine Sciences and Connecticut Institute for Resilience and Climate Adaptation has reviewed and modified the projections to provide more local sea level rise guidance for Connecticut by including the effects of local oceanographic conditions, more recent data and models, and local vertical land motion (O'Donnell, 2019). A summary of the results is shown in Figure 2.3. For planning purposes, the Department of Marine Sciences and Connecticut Institute for Resilience and Climate Adaptation provide an intermediate estimate of future sea level rise of 0.5 m (1.64 ft) by 2050, starting in 1992 (see Figure 2.3). The 1.64 ft estimate of SLR also approximately corresponds to the average of the intermediate estimates for SLR by 2075 from the US federal agencies NOAA (2022) and USACE (2019a).

In addition to sea level rise (SLR), recent research demonstrates that on average, the probability of intense tropical cyclones more than doubles in the North Atlantic into the 21st century due to projected climate change (Bloemendaal et al., 2022). Our analysis does not include the effects of this increased storm intensity, which would increase the wind speed associated with the extreme events that we have simulated, and in turn increase the storm surge and flooding. For example, the wind speed associated with a storm that has a 100-year return period in 2050 will likely be greater than that associated with present day 100-year return period event. In other words, the same storm that has a 1% annual chance of occurrence today will likely have a higher probability of occurrence in 2050, and that is not considered in this analysis. Therefore, our estimates of flood levels and extent of flooding are underestimated from this perspective. Baird has recently completed a comprehensive quantitative analysis of future storm frequency and intensity as part of a pilot project for the US Navy Air Station at Patuxent River on Chesapeake Bay (Binera, 2024). This work confirmed that there will be increased storm intensity by mid to late century, especially in areas further north from Chesapeake Bay along the Atlantic coast. This study also found that surge levels are particularly intensified in estuaries, such as New Haven Harbor.

Projected increases in the intensity and frequency of rainfall extremes, as indicated by both climate modeling simulations and theory, necessitate the integration of these processes into the engineering design of coastal structures. These factors are not considered in the NOAA Atlas 14 dataset that we used to estimate extreme rainfall amounts. In 2026 NOAA will release NOAA Atlas 15 for precipitation extremes that will consider climate change impacts. Therefore, our estimates of precipitation are likely underestimated.

The secondary containment structures at the Site should be engineered to withstand the compound flood condition of storm surge combined with rainfall-induced flooding, in addition to consideration of compound flooding under the evolving climate dynamics of the 21st century (Gründemann et al., 2022). While our

Innovation Engineered.

estimates have considered the impact of fluvial-storm surge compound flood we have not considered pluvial (local rainfall)-storm surge compound flood, again suggesting that our predicted flood levels are underestimated.

In summary, our investigation only considered sea level rise and not increased frequency, and intensity of storms expected with climate change, nor increased precipitation, nor pluvial-surge compound flood. Therefore, our results likely underestimate the potential risk of flooding at the Site.



**Figure 2.3: Sea level rise projections for Connecticut based on local tide gage observations (blue), the IPCC (2013) RPC 4.5 model simulations near Long Island Sound (yellow), the semi-empirical models (orange) and ice budgets (magenta) as in CPO-1 (O'Donnell, 2019).**

### 2.3.3 FEMA Flood Map

Flood zones are geographic areas that FEMA has defined according to varying levels of flood risk. These zones are depicted on a community's Flood Insurance Rate Map (FIRM) or Flood Hazard Boundary Map. Each zone reflects the severity or type of flooding in the area. As shown in Figure 2.4, the Site is within the Special Flood Hazard Area (blue shading). This denotes areas that have at least a 1% Annual Chance Flood Hazard, in other words, they will be flooded in a condition more frequent than the 100-year event. The

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

**Baird.**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

Base Flood Elevation (BFE), which is defined as the elevation of surface water resulting from a flood that has a 1% chance of equaling or exceeding that level in any given year, is shown on the FIRM for the Site as 12 ft relative to NAVD88. Table 2.2 indicates that the minimum berm elevations for the North and South Yards and the Retention Pond are in the range of 11.3 to 11.4 ft NAVD88. Therefore, the FEMA information suggests that the three containment areas will flood in the 100-year event.

Of importance, FEMA FIRM maps are meant for setting insurance rates and not to support the design of facilities as the FEMA maps do not provide site-specific risk (as an example, risks increase moving from the 1% boundary towards the water). In other words, the FEMA data indicates the Site (including the three containment areas) has a greater than 1% chance of flooding in any given year. FEMA maps also only illustrate existing or current flood risk and do not include future flood risks associated with SLR or other climate change influences. FEMA also does not include overtopping or direct rainfall (pluvial) contributions to flooding. Nevertheless, the FEMA map suggests the Site (including the three containment areas) is susceptible to flooding during a 100-year or more frequent event.

The FEMA flood hazard areas are derived from standard hydrologic and hydraulic study methods, including using measured USGS stream gage information and the HEC-2 numerical model. For coastal areas, they also include the effects of coastal flooding processes. The coastal processes are analyzed using a combination of numerical modeling, empirical calculations, and data analysis. Specifically, the Stillwater Elevation is derived from tide gage analysis; wave setup is calculated using the Direct Integration Method; waves are modeled using the U.S. Army Corps of Engineers (USACE) Coastal Engineering Manual Empirical Wave Growth equations or the USACE Automated Coastal Engineering System, depending on the fetch; and overland wave propagation is modeled using the Wave Height Analysis for Flood Insurance Studies (WHAFIS) model (FEMA, 2017).

Importantly, the Flood Insurance Study (FIS) report for the New Haven County specifies the methods used to determine the return period water levels. The FEMA flood hazard areas are derived from standard hydrologic and hydraulic study methods. For coastal areas, such as the Site, they also include the effects of coastal flooding processes. The coastal processes are analyzed using a combination of numerical modeling, empirical calculations, and data analysis. Specifically for the New Haven County the analysis was completed in July 2013 and the methods used are detailed below in Table 2.3 (FEMA, 2017).

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

**Table 2.3: Summary of FEMA coastal analyses for New Haven County, adapted from FEMA (2017).**

| Hazard Evaluated | Model or Method Used |
|---|---|
| Extremal Analysis | Peaks over Threshold (POT) |
| Stillwater Elevation | Tide Gauge Analysis |
| Wave Setup | Direct Integration Method |
| Waves (unrestricted fetches) | U.S. Army Corps of Engineers (USACE) Coastal Engineering Manual Empirical Wave Growth equations |
| Waves (restricted fetches) | USACE Automated Coastal Engineering System, depending on the fetch |
| Overland Wave Propagation | Wave Height Analysis for Flood Insurance Studies (WHAFIS) |
| Wave Runup (vertical structures) | U.S. Army Corps of Engineers Shore Protection Manual |
| Wave Runup (structures sloping from 1:1 to 1:8) | The Dutch Technical Advisory Committee on Flood Defence Guidelines (TAW) |
| Wave Runup (structures sloping gentler than 1:8 and natural beaches) | RUNUP 2.0 |
| Coastal Erosion | Coastal Hazard Analysis and Modeling Program (CHAMP) |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure 2.4: FEMA flood map depicting areas of at least 1% annual chance flood hazard in blue. The Shell Oil Site containment areas are outlined in red.**

### 2.3.4    Connecticut Coastal Hazard Viewer

This hazard viewer is an online mapping tool designed to allow users access to data for coastal Connecticut. Information available includes data representing sea level rise, high-resolution coastal elevation, hurricane storm surge, coastal erosion, and environmental observations, such as tides, water quality, waves, and currents. Storm surge was created from field-verified High-Water Marks (HWMs) and Storm Surge Sensor data from the USGS through February 14, 2013. HWMs and Surge Sensor data are used to interpolate a water surface elevation, which was then subtracted from the best available Digital Elevation Model (DEM) to create a flood depth grid and surge boundary by state. For Connecticut, the vertical value is water depth above the ground in feet. The results for the Site are shown in Figure 2.5, where the shaded areas were those impacted by storm surge under four modeled hurricane scenarios (i.e., Category 1 to 4). The Site and containment areas are shown to be flooded during a Category 2 hurricane or greater. Between 1900 and 2000, six Category 2 or greater hurricanes made landfall along the Connecticut coast. In other words, a Category 2 hurricane is much more likely than the 100-year flood event.

---

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut



CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure 2.5: Connecticut Coastal Hazard Viewer results. The shaded areas are predicted to be flooded by storm surge in the hurricane models, with the color identifying the hurricane category that causes flooding in any given area. The Shell Oil Terminal containment areas are outlined in red and are shown to be flooded under a Category 2 event.**

## 2.4     Flood Protection Industry Design Guidance

### 2.4.1     National Recommendations on Flood Risk

The American Society of Civil Engineers (ASCE), the Federal Emergency Management Agency (FEMA) and the Association of State Floodplain Managers (ASFPM) all provide industry guidance for the design of infrastructure and flood protection in flood-prone areas.

The ASCE24-14 document is a standard for flood-resistant design and construction (ASCE, 2014) and specifies requirements for flood protection for four Flood Design Classes. The Shell New Haven Site is classified as Flood Design Class 4 because it has fuel or water storage tanks. Class 4 has the most stringent requirements. The minimum elevation requirement for a Flood Design Class 4 structure or facility is the base food elevation (BFE) + 2 ft, or the 500-year flood elevation, whichever is higher. The BFE is the 1% or 100-year flood elevation.

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

**Baird.**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

FEMA provides a design guide for improving new and existing critical facility safety from flooding and high winds (FEMA, 2007). The Site is deemed a critical facility since it is an asset of critical importance for the protection of human and ecological health. If a leak were to occur at the Site, particularly during a storm surge event that filled the containment areas with water, there would be significant potential for impact to human health and the environment. The FEMA design guide states that it is strongly recommended for the planning and design of critical facilities to use at least the 500-year flood event. In addition to using the 500-year flood for the design of critical facilities, FEMA mentions that "planning and design to achieve an appropriate level of flood protection for critical facilities should include avoidance of flood hazard areas and adding a factor of safety (freeboard) to the anticipated flood elevation" (FEMA, 2007). "Freeboard compensates for the many unknown factors that could contribute to flood heights, such as wave action, constricting bridge openings, and the hydrological effect of urbanization of the watershed. A freeboard from 1 to 3 feet is often applied to critical facilities" (FEMA, 2007). Also, relevant to the Site, FEMA states that "levees that protect critical facilities usually are designed for at least the 0.2-percent-annual-chance flood (500-year) and have freeboard to increase the factor of safety" (FEMA, 2007). To summarize, FEMA recommends that flood protection for critical facilities be designed to withstand flooding up to the 500-year flood elevation plus 1 to 3 ft.

In addition, the USACE provides an engineering and design manual for hydrologic analysis of interior areas (USACE, 2018a) which includes details for levee and floodwall design. For coastal surge and waves, the design manual suggests that "For the one percent exceedance still water, wave height and wave period, the maximum allowable-average wave overtopping [is] 0.1 cfs/ft at 90 percent level of assurance and 0.01 cfs/ft at 50 percent level of assurance for grass-covered levees." (USACE, 2018a). USACE also provides other manuals regarding risk assessment for flood risk management (USACE, 2019b) which describe the importance of probabilistic analysis and including uncertainty in calculations by evaluating the design at various confidence intervals.

Finally, the Association of State Floodplain Managers (ASFPM), a scientific and educational nonprofit organization representing flood plain managers in the US, states that for critical facilities the flood protection elevation shall be two feet above the 0.2% (500-year return period) flood elevation and that elevation shall be used as the basis for the ingress/egress to the Site (ASFPM, 2013).

Therefore, the three national agencies or organizations providing industry guidance for flood protection all agree that critical facilities should be designed to withstand flooding from the 500-year return period condition.

## 2.4.2    North Atlantic Coast Comprehensive Study (NACCS)

In January 2015, the USACE completed reports to provide industry design information for coastal storm and flood risk mitigation for vulnerable populations, property, ecosystems, and infrastructure affected by Hurricane Sandy in the U.S. North Atlantic region (Cialone et al., 2015; and Nadal-Caraballo et al., 2015). As part of NACCS, the USACE developed several products, planning tools, and models to assist decision makers in applying the Coastal Storm Risk Management Framework. Those efforts included state-of-the-art atmospheric, wave, and storm surge modeling to characterize storm hazards in the North Atlantic region. The study conclusions included a recommendation to use its findings to design coastal engineering projects for coastal storm risk management and resiliency for the areas in the region from Virginia to Maine, which would include berms for flood protection such as those at the Site. Subsequently, the NACCS dataset for storm waves and water levels has become the coastal engineering industry standard for information to develop design of flood risk reduction projects along the coast.

The combination of parameter variations resulted in a total of 1,050 tropical storms, and 100 extratropical storms. The Annual Exceedance Probability (AEP) is a measurement used to calculate the probability of a storm event happening in a year expressed in "n-year" terms, where n is the return period. For example, a

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

100-year flood event has a 1% (1/100) chance of being equaled or exceeded in any given year. AEP statistics for water level and significant wave height at 1-year through 10,000-year return periods were provided by the NACCS. All of this information is now publicly available through the USACE Coastal Hazard System.

The NACCS presents the AEPs with a percent confidence, known as the confidence interval. A confidence interval provides an estimate of uncertainty around the mean estimated value. As explained in Nadal-Caraballo et al. (2019), the uncertainty related to the coastal and atmospheric models relied on for the prediction of extreme waves and water levels has been evaluated to quantify model uncertainty through the confidence intervals.

The confidence interval reflects the uncertainty associated with the estimate and is typically reported at a specific level of confidence (such as 50%, 84% or 95%). The 50% confidence interval (known as the mean value) has a 50% chance of underestimating the actual value, in our case storm surge level. Similarly, the 84% and 95% confidence intervals indicate that there is 16% and 5% chance that the surge level is underestimated, respectively. For a critical facility where failure would significantly impact human health and the environment a 95% confidence interval is appropriate.

Reliable tropical cyclone meteorological datasets are only available from the beginning of the satellite era (~1980) to the present. As a result, there is insufficient recorded historic information on tropical cyclones to adequately define magnitudes and probabilities of extreme events. This issue is further exacerbated at higher latitudes where the historical record contains fewer events compared to the tropics. To overcome the lack of data for low-probability tropical cyclone events, statistical methods can be used to extend the historical record. The USACE pursued this approach in the North Atlantic Comprehensive Coastal Study (NACCS) by generating synthetic storms to more accurately quantify coastal flooding return periods associated with tropical cyclones (Nadal-Caraballo et al., 2015). This method of generating synthetic storms is now the standard of practice in the industry and enables better quantification of the risks associated with tropical cyclones, particularly for rare and extreme events (required for flood protection design of critical facilities) that are not well-represented in the historical record. Therefore, the US government has significantly improved the understanding of flood risk for the North Atlantic region including the Site with the publishing of the NACCS report and dataset in 2015.

The NACCS results of return period water levels and coastal vulnerability are more accurate and better suited for design purposes than the BFE as presented by FEMA on the FIRM (Figure 2.4). First, the NACCS study is slightly more recent having been completed in 2015 compared to the FEMA analysis for New Haven County which was completed in 2013. Most importantly, though is the difference in the methodology to obtain the return period water levels. The FEMA FIS report (FEMA, 2017) states that the calculation of return period water levels relies on historical data from tide gauges. However, generating return period water levels necessitates a comprehensive dataset of peak water levels caused by hurricanes. Due to the infrequency of hurricanes, the dataset FEMA used likely contains fewer than 100 instances of hurricane-induced surges, rendering it statistically insufficient for robust analysis. This limitation was a primary motivation for the North Atlantic Coast Comprehensive Study (NACCS), which as mentioned above, aimed to overcome data scarcity by simulating thousands of synthetic storms to compile an adequately large dataset for analysis. It is important to note that the FEMA BFE is intended for insurance guidance rather than design purposes. For design-related applications such as berms for flood protection, the NACCS return period water levels are recommended as they are based on a more substantial and reliable dataset.

Specific to the Site, the NACCS identified the New Haven shoreline as an area of high exposure that is densely populated and developed and would be subject to very significant damage if a Hurricane Sandy-like event were to hit (USACE, 2020).

---

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

Baird.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

### 2.4.3  Sea Level Rise in Engineering Design

Baird has been considering sea level rise in our coastal engineering project designs since at least the early 2000's. The US Army Corps of Engineers first required that sea level change be considered in planning projects in 1988. The requirement to consider sea level change in all USACE planning projects first appeared in Engineering Regulation (ER) 1105-2-100 published in 2000 (USACE, 2000). This was followed by guidance for incorporating projected future sea-level change in Engineering Circular (EC) 1164-2-212 (USACE, 2011) and later regulated via ER 1100-2-8162 on "Incorporating Sea Level Change in Civil Works Programs" in 2013 (USACE, 2013a).

In addition, in 1987, the Committee on Engineering Implications of Changes in Relative Mean Sea Level of the National Research Council published *Responding to Changes in Sea Level* (National Research Council, 1987). The committee recommended that coastal projects account for the high likelihood of accelerated sea level rise. Feasibility studies should evaluate which designs are best suited to accommodate a range of potential future rates of rise. Priority should be given to strategies that perform well across this full range of uncertainty, rather than those optimized for a single scenario but vulnerable under alternative outcomes.

## 2.5  Modeling and Flood Risk Reduction Reports by Others for New Haven

### 2.5.1  Fairfield and New Haven Counties, Connecticut Coastal Storm Risk Management Feasibility Study

The Integrated Coastal Storm Risk Management (CSRM) Feasibility Report and Environmental Assessment (IFR/EA) was completed by the U.S. Army Corps of Engineers (USACE) in partnership with the Connecticut Department of Energy and Environmental Protection (CT DEEP). The study area includes about 1,700 square miles in Fairfield and New Haven Counties in both coastal and riverine floodplains. The report focuses on a proposed coastal storm risk management project in the City of New Haven, Connecticut, in the developed waterfront area known as the "Long Wharf" District (USACE, 2020) which is directly across the New Haven Harbor from the Shell Terminal, as shown in Figure 2.6. The study was authorized in a resolution approved by the Committee on Transportation and Infrastructure of the United States House of Representatives. The area was selected as it includes numerous coastal communities that frequently experience coastal storm damages and the coastal storm risk from hurricanes and northeasters threaten these waterfront communities (USACE, 2020).

As part of the CSRM study, water levels and wave heights were needed as input for various types of coastal engineering and planning analyses. The NACCS was used as the primary source for water level information, specifically the data from Save Point 8134 whose location is shown in Figure 2.6. Baird has selected Save Point 271 for this study since it is closer to the Site (see Figure 2.6), however the water levels within the harbor are very similar during storm events, as shown in Table 2.4.

**Table 2.4: Comparison of the annual exceedance probability water levels from the NACCS study at Save Point 271 and 8134**

| Return Period | Water Level at Save Point 271 (ft, NAVD88) | Water Level at Save Point 8134 (ft, NAVD88) | Difference in the water levels at the two Save Points (ft) |
|---|---|---|---|
| 100 | 11.66 | 11.69 | 0.03 |
| 500 | 15.10 | 15.17 | 0.07 |

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

Baird.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

The study considered a range of structural and non-structural measures to manage the risk of coastal storm damage in the study area. Five management alternatives and No Action were analyzed. The cost and benefits for each alternative were evaluated to select the plan that reasonably maximizes net annual benefits consistent with protecting the Nation's environment. The recommended plan consists of a structural coastal storm risk management system that parallels the existing Interstate 95 embankment. It includes a 5,800 linear foot floodwall with a top elevation of +15 ft NAVD88, along with 475 linear feet of deployable flood gates, five deployable road closure structures, and one 900 cfs pump station. Letters of project support for the recommended plan were received from the City of New Haven, CT DEEP and CT DOT in July 2020 (USACE, 2020).

The proposed floodwall was designed to have a crest elevation of +15 feet NAVD88 considering future annual exceedance probability water levels under the low, intermediate, and high USACE sea level change scenarios (USACE, 2013b, 2019a). With respect to flood risk, it was determined that by the end of the project's 50-year period of economic analysis in 2074, the floodwall will have a 0.8-percent annual exceedance probability under the low sea level change scenario, a 1.2-percent annual exceedance probability under the intermediate sea level change scenario, and a 3.5-percent annual exceedance probability under the high sea level change scenario. The USACE considered these levels of residual risk to be low and tolerable (USACE, 2020). However, this level of protection does not meet the ASCE24-14 and FEMA requirements for a 500-year level of protection for critical facilities. Also, the New Haven CSRM project included a 900 cfs pump station (at significant additional cost to the flood protection berms) which in part could address overtopping of the line of flood protection, allowing for a lower crest elevation than may be required without one. In summary, a +15 ft NAVD88 crest elevation would be insufficient for the Shell site (that requires a 500-year level of protection and does not have a 900 cfs pump station).

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure 2.6: Location of the USACE CSRM project location relative to the Shell Terminal (the latter outlined red).**

Similar to Baird's study for the Shell site, GZA Geo Environmental Inc. (2017) completed a coastal study specific for the Long Wharf area. The purpose of the study was to characterize Long Wharf's coastal flood hazards, evaluate the area's flood vulnerability, and identify and evaluate alternatives that would mitigate the coastal flood risk. As Baird has done, GZA created a numerical model focused around the study area to simulate flooding, and they simulated storms that resulted in the peak water levels matching the return period values developed in the NACCS. This method GZA followed provides more detailed and site-specific output than the regional modeling effort as provided in the NACCS.

GZA modeled the 100- and 500-year return period costal flood events using a two-dimensional, hydrodynamic Advanced CIRCulation (ADCIRC) model. They also simulated waves using the SWAN model. "The purpose of these modeling efforts was to evaluate flooding hydrodynamically and temporally, reflecting current topographic and shoreline conditions and to provide input for evaluating flood mitigation alternatives at Long Wharf" (USACE, 2020). The USACE reviewed the GZA study for accuracy and assumptions and it was considered to be adequate for use in the CSRM feasibility study (USACE, 2020).

As part of the CSRM Feasibility Study, the USACE accounted for the uncertainty in the water levels. The USACE regulation ER 1105-2-101, Risk Assessment for Flood Risk Management Studies (USACE, 2019b)

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

was followed which states that the mean annual exceedance probability values are to be used for economic analysis while the 90% confidence limit values are to be used to communicate project performance (USACE, 2020b). As such, the performance of the flood protection alternatives and the wave overtopping analysis were evaluated using the 90% confidence interval AEP water levels. **In addition, it is stated that the 90% confidence limit water levels are to be used for design** (USACE, 2020b).

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

# 3. Storm Surge Modeling

This section describes the modeling approach applied to determine the storm surge at the Site.

## 3.1    Model Description

TELEMAC2D is a 2D hydrodynamic model (Hervouet, 2007) that is widely used for simulating water flow and transport of sediment in coastal and inland waterways. The model was developed by the Research & Development group of Electricite de France (EDF) in the 1980s and is now maintained and distributed in an open-source fashion by the Telemac-Mascaret consortium. The model can be used for a range of applications, including support of coastal and river engineering design and to support environmental impact assessment.

TELEMAC2D is widely used in the engineering practice and has been extensively validated. It is used by government agencies, consulting firms, and academic researchers for both research and practical design applications. Its acceptance in the engineering community is due to its accuracy, flexibility, and user-friendly interface, which allows users to customize the model for their specific needs.

With its inundation modeling capability, it can predict the spatial extent and depth of floodwater during an extreme event that features storm surge. The model works by dividing the area of interest into a grid of small cells and simulating how water flows through each cell based on factors such as the slope of the land, the roughness of the surface, and the water level. By simulating the water flow in each cell over time, TELEMAC can generate an accurate prediction of the extent and depth of flooding in the area.

TELEMAC can also consider the effect of structures such as buildings and levees on water flow and can simulate the impact of changes to the environment, such as the construction of new buildings or changes in the landscape.

For this report, the TELEMAC model was coupled with a spectral wave model called TOMAWAC that simulates waves. It predicts how waves behave and how they interact with the surrounding environment. TOMAWAC is one of the modules included in the TELEMAC suite of solvers, which is used to generate the effects of the waves on the set up of the water levels (a process whereby breaking waves increase the water level in the breaking zone).

Hereafter we will refer to the TELEMAC model that has been developed for this report as the "storm surge model" and the TOMAWAC model as the "wave model".

## 3.2    Data Sources

Constructing an accurate storm surge model with TELEMAC requires several types of data, including topographic, bathymetric, and land use data, as well as the forcing mechanisms. Representation of topographic and bathymetric data is required for predicting flooding patterns and magnitudes. Land use data provides information about the different types of land cover, such as forests, urban areas, and agricultural land, as well as the location and characteristics of infrastructure, such as roads, buildings, and levees, which must be represented in the model. The forcing mechanisms include tidal levels, river discharges, wind, and pressure fields. The following subsections provide a more detailed description of these datasets and the forcing mechanisms used by the storm surge and wave models.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

### 3.2.1    Model Topographic, Bathymetric and Landcover Data

To represent the topography, bathymetry, and land cover/use in the study area, a variety of publicly available government datasets were utilized.

The study utilized several datasets to develop a high-resolution topographic and bathymetric model of the New England region. The USGS CoNED Topobathymetric Model (1887-2016) provided a high-resolution topographic and bathymetric model for the New England region with a resolution of 3.28 feet and a vertical datum of NAVD88. This dataset was used to determine the elevation of the model nodes within New Haven Harbor, including the offshore area with the offshore breakwaters (also see Figure 3.10, left panel). In addition, the USACE Bathy Survey conducted in 2018 provided bathymetric (water depths) information for the Connecticut coast with a resolution of approximately 30 feet and a vertical datum of Mean Lower Low Water (MLLW). This dataset was used to improve the bathymetry of the CoNED dataset where applicable. The GEBCO Compilation Group's global bathymetric grid model for 2022 was used for defining elevations for the model nodes outside of New Haven Harbor. This dataset had a resolution of approximately 1,300 feet and a vertical datum of MSL.

A key input to the model is surface roughness of the seabed and land areas as energy is dissipated through friction as the flowing water interacts with the surface roughness. To derive roughness values, we first classified the land cover in the study area using the publicly available USGS CCAP Landcover dataset. However, the resulting resolution of this dataset was insufficient to meet our target horizontal resolutions. Therefore, we generated an enhanced land cover dataset using the higher-resolution Statewide Impervious 2012 dataset from the UConn Center for Land Use Education and Research (CLEAR) and the Connecticut Department of Energy and Environmental Protection (DEEP). This allowed us to represent land cover types more accurately in the study area and derive more precise surface roughness values (Figure 3.1).

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure 3.1: Enhanced land cover dataset. Statewide Impervious 2012 dataset from the UConn Center for Land Use Education and Research (CLEAR) and the Connecticut Department of Energy and Environmental Protection (DEEP).**

To ensure the storm surge model accurately represented the area, large structures and fuel storage tanks that would not be inundated during a storm surge were represented in the storm surge model mesh as impermeable structures. To achieve this, polygons from the Open Street Map building layer and the impervious data from CLEAR were corrected for inconsistencies likely due to the perspective of utilized imagery.

Overall, the combination of these datasets provided a detailed and accurate representation of the topography, bathymetry, and land cover/use in the study area, allowing for an accurate storm surge model to be developed.

A summary of the datasets relied upon is presented in Table 3.1.

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

**Baird.**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

**Table 3.1: Publicly available dataset / information required to setup the TELEMAC model.**

| Dataset Name | Description / Year | Resolution (ft) | Vertical Datum |
|---|---|---|---|
| USGS CoNED Topobathymetric Model (1887 - 2016): New England | Topographic and bathymetric model for New England region / 2016 | 3.28 | NAVD88 |
| USACE Bathy Survey: Survey ID: CT_19_NHH_20180206_CS_2018_021 | Bathymetric survey of Connecticut and New Hampshire coasts / 2018 | ~30 | MLLW |
| NOAA Raster Navigational Chart 12371 | Navigational chart covering U.S. East Coast and Gulf Coast /2018 | N/A | MLLW |
| GEBCO Compilation Group | Global bathymetric grid model / 2022 | ~1,300 | MSL |
| USGS CCAP Landcover | Classification of land cover types | ~120 | N/A |
| Three armor stone breakwaters (Southern entrance to New Haven Harbor) | Crest heights | Height: 12.25 | MLLW |

#### 3.2.1.1    Vertical datum transformation

To achieve consistency in the representation of topography and bathymetry in the storm surge model, it was necessary to convert the datasets, which were obtained from different sources with varying vertical datums, to a common vertical datum. As such, all datasets listed in Table 3.1 were converted to Mean Sea Level datum. The conversion values used to achieve this are detailed in Table 3.2. Mean Sea Level is referenced to the current (1983-2001) national tidal datum epoch.

**Table 3.2: Vertical datum conversion values.**

| Vertical Datum | Conversion to MSL (in feet) |
|---|---|
| MLLW | -3.622 |
| NAVD88 | +0.220 |

### 3.2.2    Model Forcing Mechanisms

A range of external factors were considered as forcing mechanisms. Tides and river discharges were used to force the boundaries of the storm surge model where necessary, while time and space varying wind and pressure fields were also utilized. Additionally, radiation stresses from waves were incorporated into the model to account for the set up they would generate on the free surface. These radiation stresses were generated using the wave model. In the following subsections, we describe in detail the datasets used as forcing mechanisms in the storm surge and wave models.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

### 3.2.2.1   TPXO Global Tidal Solutions

TPXO tidal database developed by Egbert and Erofeeva (2002) has been used to generate tides in the storm surge model. TPXO is a global ocean tide model that uses data fitting to estimate sea-surface elevations and currents.

### 3.2.2.2   North Atlantic Coast Comprehensive Study (NACCS)

The NACCS was used to define the return period water levels at the Site, and the wind and pressure field data of select storms from the NACCS were used for the storm surge model. Based on statistical analysis, the NACCS produced Annual Exceedance Probabilities (AEPs) of water surface elevation for multiple locations (Save Points) along the North Atlantic Coast. The AEPs, shown in Figure 3.3, were obtained for the closest NACCS Save Point (SP271, Figure 3.2) to the Site. As discussed in Section 2.4.2, the NACCS study presents the AEPs with confidence intervals.



**Figure 3.2: Location of nearby NACCS Save Point.**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure 3.3: Water surface elevation AEPs for NACCS Save Point 271.**

The annual exceedance probability water levels for NACCS Save Point 271 are also shown in tabular format in Table 3.3. The 90% confidence interval value is not published by NACCS; however, it was computed as part of the Fairfield and New Haven Counties, CT CSRM Feasibility Study (USACE, 2020) for the nearby Save Point 8134 (see Figure 2.6) and has been added to the table for additional information.

**Table 3.3: Water surface elevation AEPs for NACCS Save Point 271. The 90% confidence interval values are from NACCS Save Point 8134 as defined in USACE (2020b).**

| Return Period | Annual Exceedance Probability Water Level (feet, NAVD88) | | | | |
|---|---|---|---|---|---|
| | Mean (50% C.I.) | 84% C.I. | 90% C.I. | 95% C.I. | 98% C.I. |
| 50 | 10.48 | 12.21 | 12.66 | 13.33 | 14.08 |
| 100 | 11.66 | 13.56 | 14.06 | 14.74 | 15.50 |
| 200 | 13.10 | 15.07 | 15.56 | 16.22 | 17.00 |
| 500 | 15.10 | 17.04 | 17.56 | 18.22 | 18.97 |

The berm crest elevations for the North Yard, South Yard, and Retention Pond as derived from the data sources mentioned in Section 3.2.1, are compared to the NACCS return period water levels at Save Point 271 in Figure 3.4, Figure 3.5, and Figure 3.6. With the exception of the 50% confidence interval for the 100-year return period storm, all other return period storms modeled as part of this study have peak water levels above the minimum height of the secondary containment berm.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure 3.4: (Top) North Yard secondary containment berm crest chainage and (Bottom) elevation based on the existing conditions at the Site compared to the NACCS return period water levels from Save Point 271.**

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

Baird.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure 3.5: (Top) South Yard secondary containment berm crest chainage and (Bottom) elevation based on the existing conditions at the Site compared to the NACCS return period water levels from Save Point 271.**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure 3.6: (Top) Retention Pond berm crest chainage and (Bottom) elevation based on the existing conditions at the Site compared to the NACCS return period water levels from Save Point 271.**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

For this study, the TELEMAC model was used to simulate the 100-year and 500-year water level at the Site, including multiple confidence interval values for the 100-year return period. To do so, storms were selected from the NACCS study that produce the return period water levels defined by NACCS.

The same storm can result in a range of peak water levels depending on the timing of the storm in relation to the tide. For example, if the storm surge is reaching the coast at the same time as the high tide, this will result in a greater peak water level than if it occurred at the same time as the low tide. For each storm in the NACCS, a range of peak water level results was developed by applying a linear superposition of 96 randomly selected tide phases to the base condition of each storm. The base condition was modeled on mean sea level with wave effects but without astronomical tides (Cialone et al., 2015). This provides a range of peak water levels that each storm can achieve based on its timing in relation to the tide. An example of the range of peak water levels from one NACCS storm when including the post processing of 96 random tides is shown below in Figure 3.7.



**Figure 3.7: The range in peak water level from the NACCS storm 0369 after applying the linear superposition of 96 random tides.**

For this reason, the same storm can be simulated in the TELEMAC model with different time in relation to the tidal phase and result in different peak water levels. For the modeling of storm surge for this investigation, three storms were selected to be modeled to produce the desired return period water levels:

1. Storm 0369 to represent the 100-year 50% confidence interval return period water level.
2. Storm 0410 to represent the 100-year 84% and 95% confidence interval return period water level.
3. Storm 0367 to represent the 500-year 50% confidence interval return period water level.

These storms were selected because the desired NACCS return period water level is near the middle of their range of peak water levels. The range of water levels for each of the selected storms based on the NACCS post processing of the 96 random tides is provided in Table 3.4. For comparison, the desired return period

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

water level is also included, and the return period water level is within the range of outcomes for each selected storm. The wind and pressure fields for these storms were used to drive the storm surge and wave models.

**Table 3.4: Selected NACCS storms range in peak water levels based on the linear superposition of 96 random tides in relation to the NACCS return period.**

| Return Period | Water Level (ft, NAVD88) | Selected Storm | Minimum (ft, NAVD88) | Maximum (ft, NAVD88) |
|---|---|---|---|---|
| 100yr – 50% C.I. | 11.66 | Storm 369 | 8.50 | 15.24 |
| 100yr – 84% C.I. | 13.56 | Storm 410 | 10.46 | 17.14 |
| 100yr – 95% C.I. | 14.74 | Storm 410 | 10.46 | 17.14 |
| 500yr – 50% C.I. | 15.10 | Storm 367 | 11.74 | 18.44 |

Of importance, the NACCS used an initial water surface elevation of 0.33 ft (0.1 m) above MSL for their simulations of synthetic hurricanes which were ultimately used to develop the return period water levels at Save Point 271 of which this study is based on. The 0.33 ft was selected to represent the steric adjustment of the water surface during hurricane season on the North Atlantic coast. One steric adjustment was used for the entire model domain with the purpose of accounting for physics (baroclinic terms) not represented in the model. To determine this value, they used a temporal weighting based on the frequency of storms occurring in each month of hurricane season and applied those weights to historical water levels (Cialone, 2015). The monthly weights during hurricane season (weights provided in parentheses) are as follows: June (0.04), July (0.04), August (0.26), September (0.48), October (0.12) and November (0.06). The NACSS mentions that "back bays may have more variability in temperature and salinity than the open coast; therefore, the selected steric height adjustment value may not be equally applicable in interior bays" and "local datum adjustment could be applied to results at inland bay locations" (Cialone et al., 2015). We analyzed the monthly mean water level from 2010 to 2022 for the hurricane season at the New Haven NOAA station (see Figure 3.11 for station location) to determine how the mean sea level during the hurricane season compares to the 0.33 ft selected value for the NACSS study). A temporally weighted average was calculated using the same weights as used in the NACCS, and it was found that the monthly average water level has a range between -0.08 to 0.87 ft, with a weighted average of about 0.4 to 0.6 ft. Based on the weighted average, the NACCS numerical model simulations used a lower initial water level by about 0.1 to 0.3 ft than is typically found at the Site, which means that the return period water levels as published by NACCS are likely lower at the Site by a similar margin. This suggests that the results provided in this investigation are conservative (show a lower flood risk) when representing the flooding for present day conditions (without SLR) because the initial water level at the project Site is slightly greater than the initial water level used in the NACCS hurricane models. If the NACCS hurricane models were to use a higher initial water level, that would result in a higher peak storm surge which would raise the return period values.

### 3.2.2.3 Hurricane Sandy Wind and Pressure Fields

Wind and pressure hindcast fields for Hurricane Sandy were obtained from Oceanweather Inc. (OWI) and used to force the storm surge and wave model to validate the storm surge and wave model under storm conditions. The hindcast fields cover the period from October 25 to November 1, 2012, with data provided at 15-minute time intervals. Files obtained from OWI contained winds (30-minute average, 10-meter winds) and sea level pressures for each storm.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

### 3.2.2.4    ERA5 Wind and Pressure Fields

Wind and pressure fields for the quiescent period spanning July 1 to July 31, 2021, were extracted from the ERA5 re-analysis dataset (Hersbach et al., accessed February 2023) and were used to force the storm surge model to evaluate model performance in reproducing ambient hydrodynamic conditions in the area of the Site.

### 3.2.2.5    River Discharges

The storm surge model domain for this study comprises the Quinnipiac and Mill Rivers (Figure 3.10), which can contribute to a rise of water levels around the Site during storm events. Flow frequency curves for USGS site #01196500 Quinnipiac River at Wallingford, CT, and USGS site #01196620 Mill River Near Hamden, CT, were analyzed. Figure 3.8 and Figure 3.9 show the frequency curves for Mill River and Quinnipiac River.



**Figure 3.8: Flow frequency curve for USGS site #01196620 Mill River Near Hamden, CT.**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure 3.9: Flow frequency curve for USGS site #01196500 Quinnipiac River at Wallingford, CT.**

It was observed from these flow frequency curves that a flow value of 2,800 cfs covers most historic events (blue circles, Figure 3.8) recorded for Mill River, excluding the high outlier (red square, Figure 3.8). This flow has a 20-year return period. For consistency, the 20-year return period flow was extracted from the Quinnipiac River flow frequency curve (Figure 3.9) and applied at the river boundaries of the storm surge model. Sensitivity tests showed that the river flow has negligible influence on the water level at the Site compared to the storm surge generated from hurricanes. Also, we found that the water levels predicted at the Site for the 100-year event at the 84% confidence interval would be the same even with no river flow. Consequently, simulating a more extreme river flow event was determined to be unnecessary, and the 20-year return period river flow was used.

### 3.2.3   Model Domain

The model domain used in this study is presented in Figure 3.10, and its extents were selected based on the consideration of the important coastal processes. The domain was extended offshore to sufficiently capture relevant non-local tidal and wave processes correctly. Additionally, to create a storm surge, it was essential to cover a large enough ocean basin, providing ample space for wind and pressure fields to force the water body. The model domain also included floodplains associated with the Quinnipiac and Mill Rivers, which were forced with flow boundaries (left panel, Figure 3.10), as well as adjacent overland areas. To achieve a better representation of flow patterns around them, the footprints of fuel storage tanks and large buildings were preserved in the mesh.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure 3.10: Model Domain. Left Panel: Zoom of the New Haven Harbor, Mill River, and Quinnipiac River area. Right Panel: Spatial extent of the full model domain.**

## 3.3    Model Validation

Model validation is an important step in the development of numerical models, such as the storm surge and wave models used in this study. Validation involves comparing the model results with measurements recorded during historic events to assess the accuracy and reliability of the model. In this study, water level and wave height observations were collected from various sources and compared with the corresponding storm surge and wave model results. The agreement between the observations and model results was used to evaluate model performance.

### 3.3.1    Validation Events

To validate the storm surge model configuration, two events were simulated:

1.  A quiescent period spanning July 1 to July 31, 2021, to establish the model performance for ambient hydrodynamic conditions nearby the Site.

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

**Baird.**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

2. The period between October 28 to October 31, 2012, spanning the time when Hurricane Sandy impacted the region. This event was used to demonstrate the model's ability to reproduce observed hydrodynamic and wave conditions nearby the Site during a significant storm wave and surge event.

For model validation purposes, the first day of simulation is discarded as model spin-up.

### 3.3.2    Validation of Water Level and Wave Height

For validating the developed storm surge and wave models, publicly available observations of water level and significant wave height were obtained from the nearby National Ocean Atmospheric Administration (NOAA) and the National Buoy Data Center (NBDC). Two time periods were obtained:

- Representing normal conditions from July 1 to July 31, 2021
- Hurricane Sandy from October 1 to October 31, 2012

These datasets are summarized in Table 3.5 and the location where the data was collected is depicted in Figure 3.11. NOAA Station 8465705 is in New Haven Harbor.

**Table 3.5: Description of observations used in validation of the wave and storm surge models.**

| Identifier | Coordinates | Description |
|---|---|---|
| NOAA Station 8465705 | 41° 17' 00" N 72° 54' 30" W | 6-minute observations of water levels relative to MSL in meters. |
| NOAA Station 8467150 | 41° 10' 30" N 73° 11' 00" | 6-minute observations of water levels relative to MSL in meters. |
| NBDC Buoy 44040 | 40° 57' 21" N 73° 34' 48" W | 20-minute observations of significant wave heights** in meters. |
| NBDC Buoy 44039 | 41° 08' 16.8" N 72° 39' 18" W | 20-minute observations of significant wave heights** in meters. |

*\*\*Significant wave height is a metric that is commonly used to describe the average height of the highest one-third of waves.*

---

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

Baird.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure 3.11: Locations of the wave (NBDC) and water level observation (NOAA) stations.**

### 3.3.3 Validation Results

Validation results were presented in two ways. First, a time series of water level and wave heights were plotted. Then, the coefficient of determination ($R^2$) and the Root Mean Square Error (RMSE) for these comparison time series were computed to inform about the correlation and deviation between the modeled and measured water level data. The coefficient of determination is a statistical measure that indicates how well the data fits the model. It ranges from 0 to 1, with 1 being a perfect fit. RMSE is a measure of how much the model predictions differ from the actual values. RMSE is calculated by taking the square root of the average of the squared differences between the predicted values and the actual values. The lower the RMSE, the better the model is at predicting the values in the dataset. Essentially, RMSE quantifies the accuracy of the model predictions. Table 3.6 summarizes the statistical $R^2$ and RMSE values computed for each validation case. Figure 3.12 through Figure 3.17 present the time series comparisons of each validation case.

After comparing both visually and statistically, the storm surge and wave models were found to accurately simulate the water level and wave conditions in the vicinity of the Site, and if anything, the predictions underestimate the water levels.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

**Table 3.6: Summary of validation cases and statistics.**

| Validation Case / Type / Time | Station | R² | RMSE (ft) | Error at Observed Peak (ft) |
|---|---|---|---|---|
| Quiescent conditions / Water Level July 1st - 31st, 2021 | NOAA 8465705 | 0.962 | 0.914 | N/A |
| | NOAA 8465150 | 0.956 | 0.810 | N/A |
| Hurricane Sandy / Water level October 28th - 31st, 2012 | NOAA 8465705 | 0.958 | 1.630 | -0.621 |
| | NOAA 8465150 | 0.959 | 1.450 | -0.513 |
| Hurricane Sandy / Wave Height October 28th - 31st, 2012 | NDBC 44040 | 0.871 | 0.883 | -0.446 |
| | NDBC 44039 | 0.907 | 0.936 | -0.320 |

*A negative 'Error at Observed Peak' value indicates the model underpredicted.*



**Figure 3.12: Water level comparison at NOAA Station 8465705 for quiescent conditions validation case.**



**Figure 3.13: Water level comparison at NOAA Station 8518750 for quiescent conditions validation case.**

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

Baird.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure 3.14: Water level comparison at NOAA Station 8465705 for Hurricane Sandy (2012).**



**Figure 3.15: Water level comparison at NOAA Station 8518750 for Hurricane Sandy (2012).**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure 3.16: Significant wave height comparison at NDBC Buoy 44040 for Hurricane Sandy (2012).**



**Figure 3.17: Significant wave height comparison at NDBC Buoy 44039 for Hurricane Sandy (2012).**

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

Baird.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

# 4.    Assessments of Flood Risk

This section provides a summary of the inundation predicted for the Site under different extreme events.

## 4.1    Storm Surge Analysis

### 4.1.1    Storm Surge Model Results

The analysis involved the application of the storm surge and wave models to achieve the 100-year and 500-year return period water levels at the Site as defined by NACCS. In addition, the analysis involved assessing future conditions by including sea level rise. Below is the list of simulated events:

- 100-year event (for the 50%, 84% and 95% confidence intervals)
- 100-year event (for the 50% and 84% confidence intervals) with sea level rise for 2050
- 500-year event (50% confidence interval)
- 500-year event (50% confidence interval) with sea level rise for 2050

These events represent the expected water level conditions during tropical cyclones with a 100- and 500-year return period, with and without sea level rise. The selection of these return periods is relevant for evaluating flood vulnerability and adequacy of protection measures for the Site. As noted earlier, for a fuel storage facility, three federal agencies, ASCE, FEMA and ASFPM, all recommend implementing flood protection from storms surge up to a 500-year return period event. By analyzing the potential impact of each of these storm events, the level of flood risk can be quantified and the adequacy of the existing level of protection can be evaluated. For purposes of evaluating the adequacy of flood protection, the 84% or 95% level is more appropriate because it provides more assurance that the flood protection is adequate for the selected design return period. For example, if the flood protection were designed to withstand flood elevations associated with the 100-year return period event at the 50% confidence interval, there would be a 50% chance that the protection would be unable to withstand flooding. If the 84% confidence interval was used, there is only a 16% chance that the flood protection is inadequate. In the process of evaluating sufficiency of flood risk reduction measures, it is important to evaluate the sensitivity of findings across a range of confidence intervals from 50% to 95%. For example, if there is a large change in vulnerability to flood damage from 84% to 95%, it would be prudent to design for the 95% confidence interval, particularly for a fuel storage facility where flooding of the facility could lead to significant human and environmental impacts. In addition, for the USACE New Haven Coastal Storm Risk Reduction Feasibility Study, it is stated that the 90% confidence limit water levels are to be used for design (USACE, 2020b).

Based on the model inputs described in Section 3, the storm surge model was used to simulate the selected storms and generate the peak water levels at Site matching the desired NACCS return period water levels. An example of the modeled water level timeseries at the NACCS Save Point 271 from the simulated storm 369 (100-year 50% confidence interval) is shown in Figure 4.1. The water level timeseries at Save Point 271 and each containment area for all model runs is shown in Appendix D.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure 4.1: Timeseries of model water level at NACCS Save Point 271 during the simulation of Storm 369, used to achieve the NACCS 100-year 50% confidence interval return period water level.**

Table 4.1 presents the modeled peak water level values compared to the corresponding NACCS return period value at Save Point 271 (see Figure 3.2 for the location of the Save Point). The timing of each storm in relation to the tide was adjusted such that no model result differs by more than 0.1 ft to the corresponding NACCS return period water level.

**Table 4.1: Comparison of model vs NACCS peak surge values at Save Point 271.**

| Storm ID | Return Period – Confidence Interval (C.I.) | Modeled Peak Water Level at SP271 (ft, NAVD88) | NACSS at SP271 (ft, NAVD88) | Difference (ft) |
|---|---|---|---|---|
| 369 | 100yr – 50% C.I. | 11.75 | 11.66 | 0.09 |
| 410 | 100yr – 84% C.I. | 13.59 | 13.56 | 0.03 |
| 410 | 100yr – 95% C.I. | 14.72 | 14.74 | -0.02 |
| 367 | 500yr – 50% C.I. | 15.11 | 15.10 | 0.01 |

Once the models were set such that the peak water level matched the NACCS return period value, the runs with sea level rise were initiated by adding 0.5 m to the initial water level surface.

The model results for peak water levels at Save Point 271 under the various storm scenarios, both with and without 0.5 m (1.64 ft) of SLR, are presented in Table 4.2. The difference in peak water levels is greater than the 1.64 ft of added SLR due to the nonlinear interactions between sea level rise and storm surge dynamics. This difference would be greater for locations further upriver or inland along New Haven Harbor.

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

Baird.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

**Table 4.2: Model results of peak surge values at Save Point 271 with and without 1.64 ft of SLR.**

| Storm ID | Return Period – Confidence Interval (C.I.) | Modeled Peak Water Level at SP271 (ft, NAVD88) | | |
| --- | --- | --- | --- | --- |
| | | Initial Water Level of 0 ft, MSL | With Sea Level Rise of 1.64 ft, MSL | Difference (ft) |
| 369 | 100yr – 50% C.I. | 11.75 | 13.46 | 1.71 |
| 410 | 100yr – 84% C.I. | 13.59 | 15.27 | 1.69 |
| 410 | 100yr – 95% C.I. | 14.72 | - | - |
| 367 | 500yr – 50% C.I. | 15.11 | 16.78 | 1.66 |

The degree of predicted flooding of the containment areas for the above events is presented as the estimated total volume of water entering the North Yard, South Yard, and the Retention Pond (Table 4.3), and then converted into percentages of maximum filled capacity of each Yard or the Pond (Table 4.4). These estimates do not consider the capacity of the pumping systems to drain the yards (as information on the pumping systems was not available), but they do provide an estimate of the total volume of water the pumping systems would have to address to prevent flooding of the containment areas. Later, we compare the storm surge volumes to a range of volumes associated with rainfall alone given it is likely that the pumping systems were designed to manage inundation from rainfall alone.

**Table 4.3: Simulated maximum volume of water predicted to flow into the containment berm areas.**

| Return Period - Confidence Interval (C.I.) | Volume of water in the North Yard (ft³) | Volume of water in the South Yard (ft³) | Volume of water in the Retention Pond (ft³) |
| --- | --- | --- | --- |
| **Without Sea Level Rise** | | | |
| 100yr – 50% C.I. | 0 | 0 | 0 |
| 100yr - 84% C.I. | 243,000 | 503,000 | 273,000 |
| 100yr - 95% C.I. | 3,888,000 | 757,000 | 376,000 |
| 500yr - 50% C.I. | 4,062,000 | 792,000 | 389,000 |
| **With Sea Level Rise** | | | |
| 100yr – 50% C.I. | 0 | 204,000 | 60,000 |
| 100yr - 84% C.I. | 4,386,000 | 851,000 | 413,000 |
| 500yr – 50% C.I. | 5,103,000 | 987,000 | 465,000 |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

**Table 4.4: Simulated maximum flood volume estimates in terms of percentage filled for the containment area volumes (100+ equates to fully inundated containment area).**

| Return Period - Confidence Interval (C.I.) | Percentage of Inundation in the North Yard | Percentage of Inundation in the South Yard | Percentage of Inundation in the Retention Pond |
|---|---|---|---|
| **Without Sea Level Rise** | | | |
| 100yr – 50% C.I. | 0% | 0% | 0% |
| 100yr - 84% C.I. | 12% | 100+ | 100+ |
| 100yr - 95% C.I. | 100+ | 100+ | 100+ |
| 500yr – 50% C.I. | 100+ | 100+ | 100+ |
| **With Sea Level Rise** | | | |
| 100yr – 50% C.I. | 0% | 50% | 25% |
| 100yr – 84% C.I. | 100+ | 100+ | 100+ |
| 500yr – 50% C.I. | 100+ | 100+ | 100+ |

Based on the simulated flood volume estimates, during the 100-year event at the 50% confidence interval, no overflowing occurs at any of the containment areas. The 100-year event at the 84% confidence interval results in 100% inundation of the South Yard and Retention Pond, and 12% inundation of the North Yard. At the 100-year 95% confidence interval event, all three containment areas are completely inundated. The same is true for the 500-year event.

When the effects of SLR of 1.64 ft by 2050 (Connecticut SLR planning curve) or 2075 (average of NOAA and USACE mid-range SLR curves) are included in the model, the 100-year event at the 50% confidence interval causes 50% and 25% inundation of the South Yard and Retention Pond respectively and no flooding in the North Yard. The 100-year event at the 84% confidence interval and the 500-year event result in 100% inundation for all three containment areas. Since the 100-year 84% confidence interval event with SLR resulted in complete inundation for all three containment areas, we know that the 100-year 95% confidence interval event with SLR would have equal or greater flooding and was therefore not necessary to model.

The water depths at the Site at the time of the peak of each storm are shown in Figure 4.2 to Figure 4.8. Temporal maximum water depth is a useful measure of the flooding observed in a particular location over the duration of a storm. The figures also show the location of the Site's primary ingress and egress route, Connecticut Avenue, as a black dashed line. As seen in the figures, all events have flooding around the Site. The events which have 100% or greater inundation in all three containment areas (Table 4.4) have a water depth within the berms at the peak of the storm greater than the minimum height of the berms.

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

**Baird.**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure 4.2: Temporal maximum water depth for 100-year 50% confidence interval storm surge event.**



**Figure 4.3: Temporal maximum water depth for 100-year 84% confidence interval storm surge event.**

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

Baird.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure 4.4: Temporal maximum water depth for 100-year 95% confidence interval storm surge event.**



**Figure 4.5: Temporal maximum water depth for 500-year 50% confidence interval storm surge event.**

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

Baird.



**Figure 4.6: Temporal maximum water depth for 100-year 50% confidence interval storm surge event + 0.5 m SLR.**



**Figure 4.7: Temporal maximum water depth for 100-year 84% confidence interval storm surge event + 0.5 m SLR.**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure 4.8: Temporal maximum water depth for 500-year 50% confidence interval storm surge event + 0.5 m SLR.**

### 4.1.2    Sea Level Rise Impact on Return Period Water Levels

Another approach to evaluating the impact of SLR on flood risk is to assess how SLR alters the frequency of high-water level events. As sea levels rise, the return period of a given water level decreases meaning that extreme water levels become more frequent. For example, a water level that currently has a 10-year return period (a 10% chance of occurring in any given year) will occur more often with SLR, resulting in a shorter return period and a higher annual probability of occurrence.

Figure 4.9 illustrates this effect, showing the current return period water levels (based on the NACCS mean, or 50% confidence level) as a solid blue line, and the projected return period water levels after 1.64 feet of SLR as a green dashed line. These projections assume storm characteristics remain unchanged and do not account for potential nonlinear interactions between sea level rise and storm surge dynamics (as discussed in Section 4.1.1) – thus likely underestimating the increase in probability of occurrence.

As shown by the red dashed lines in the figure and summarized in Table 4.5, the current 10-year return period water level of 8.38 feet relative to NAVD88 would change to a 2.8-year return period after 1.64 feet of SLR. Similarly, the current 100- and 500-year return period water levels would decrease to return periods of approximately 35.7 and 235.9 years, respectively.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

**Table 4.5: Projected return period for the current 10-year return period water level after 1.64 ft of SLR.**

| Current Return Period (Years) | Return Period with 1.64 ft of SLR (Years) | Water Level (ft, NAVD88) |
|---|---|---|
| 10 | 2.8 | 8.38 ft |
| 100 | 35.7 | 11.66 ft |
| 500 | 235.9 | 15.10 ft |



**Figure 4.9: NACCS mean return period water levels compared to projected return period water levels with 1.64 ft of SLR at Save Point 271.**

### 4.1.3    Bypass Pipe Analysis

For the 100-year 84% confidence interval storm (without SLR), the model results suggest that the South Yard and retention pond are 100% inundated, however the North Yard reaches 12% full. There is a bypass pipe that was designed by RPMS Consulting Engineers in 2022 to meet the SPCC regulations (see Section 2.1) which increases the containment volume of the South Yard by connecting it via the pipe to the North Yard. In a situation such as the 100-year 84% confidence interval storm, where the South Yard is fully inundated, but the North Yard is not, the bypass pipe would act to move the flood waters from the South Yard to the North Yard, providing additional storage volume. The bypass pipe is not included in the storm surge model, so a calculation was done to assess how the bypass pipe may affect the level of flood inundation in the two yards for the 100-yr 84% confidence interval storm.

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

Baird.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

The relevant details of the pipe system were extracted from RPMS (2022b):

- 8.5 ft invert elevation
- Pipe diameter of 16" to 12" via a concentric reducer
- Pipe material is steel
- There is a steel grate welded onto the end of the pipe
- The total pipe length is approximately 65 ft

To estimate the flow rate through the pipe, assumptions were made such that the calculation would produce the maximum flow rate possible. These assumptions included:

- No energy loss due to friction of the pipe or grates
- No entrance or exit energy loss
- Maximum differential head by assuming the maximum water elevation in the South Yard (height of the berms) and minimum water elevation in the North Yard (0 ft)

The equation used to estimate the flow through the pipe is as follows:

$$H = \frac{v^2}{2g}$$

$$Flow\ Rate = v * A$$

where $H$ is the head difference between the ends of the pipe, $v$ is the velocity of the flow, $g$ is the gravitational acceleration, and $A$ is the area of the pipe.

Based on these assumptions, the calculated maximum flow rate through the pipe is 16.7 ft$^3$/s. During the peak of the storm, the maximum flow rate over the South Yard berm is approximately 375 ft$^3$/s, or at least 22 times greater than the rate of flow moving from the South Yard to the North Yard. Given the flow rate of the storm surge into the South Yard is much greater than the flow rate out via the bypass pipe, it is very likely that the storm surge will fully inundate the South Yard even with the bypass pipe.

### 4.1.4    Ingress/Egress During Storm Events

Threshold depths for vehicular ingress and egress of 1 to 2 ft is recommended by the National Highway Traffic Safety Administration (NHTSA) website (NHTSA, accessed March 2023) and these values are commonly found in the guidance literature. Kramer et al. (2016) suggests that the recommended safety criteria for passenger cars and emergency vehicles are water depths of 0.3 m (1 ft) and 0.6 m (2 ft), respectively. Figure 4.2 to Figure 4.8 show that the water depths along the ingress/egress route around the Site (black dashed line) are greater than the 2 ft threshold at the peak of the storms. In addition, the Association of State Floodplain Managers (ASFPM), a scientific and educational nonprofit organization representing flood plain managers in the US, states that for critical facilities the flood protection elevation shall be two feet above the 0.2% flood elevation and that elevation shall be used as the basis for the ingress/egress to the site (ASFPM, 2013). Therefore, based on relevant literature, the 2 ft water depth threshold along the ingress/egress routes is a minimum requirement for safe access.

An important consideration is the duration of time that emergency vehicles would be unable to access the Site through the ingress and egress route during a storm. Figure 4.10 shows that the duration that flood depths exceed 2 ft during the 100-year 95% confidence interval storm surge event is approximately 9 hours. However, it should be noted that the durations of inundation are dependent on the length of simulations which in turn are

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

dependent on storm characteristics (e.g., how fast the storm is moving, storm track). Therefore, the durations presented here are dependent on the synthetic storms selected for this analysis. If the simulations were allowed to run for a longer time past the peak of the storm, the period of inundation above the threshold of 2 ft would be longer. That said, multiple return period hurricane events were modeled and all except the 100-year 50% confidence interval event show that the duration of water depth above the recommended threshold of 2 ft is greater than 8 hours, suggesting that storm surge associated with a hurricane will lead to significant durations of flooding preventing ingress/egress to the Site, and that the durations may be longer than what we have estimated. The durations that the flood depth is above 2 ft for all other model simulations are shown in Appendix D.



**Figure 4.10: Durations of flood depth larger than 2 ft during the 100-year 94% confidence interval storm surge event.**

### 4.1.5    Volume of Water Overflowing Berm Enclosures

Storm surges can cause water levels to exceed the height of a berm, resulting in overflowing and possibly catastrophic breaches of the berm.

This section presents an analysis of the total volume of water and the rate of water entry into the Yards and Retention Pond for the events included in this investigation. However, it is important to note that the inundation statistics presented in this analysis do not account for the potential impact of wave overtopping processes,

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

Baird.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

which can significantly increase inundation levels. Therefore, the estimated inundation levels should be considered a conservative or lower estimate of the potential flood impact. Additionally, it is assumed (only for the purposes of calculating total water volumes) that the berms would remain stable and not breach during the extreme events considered.

To compute the overflow rates, the rate of change of the total volume of inundation is divided by the length of the berm enclosure that overflows. The length of berm that is predicted to experience overtopping was determined through visual inspection of the results and is indicated by the white dashed line in Figure 4.11. Overflow will be locally greater than the average in some areas.



**Figure 4.11: Map of the berm enclosures where the quantity of overflow was calculated. To calculate the overflowing rates, only the extent of each berm enclosure shown by the white dashed line was considered.**

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

Baird.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

The volume and rate of overflow analysis further supports the results discussed in Section 4.1.1. Figure 4.12 to Figure 4.18 show the volume of water entering the South Yard, North Yard, and Retention Pond in the top subplot, and the rate of overflow on the bottom subplot. In line with the results in Section 4.1.1, the results can be summarized as follows:

- The 100-year event at the 50% confidence interval has little to no overflow into any of the containment areas.
- The 100-year event at the 84% confidence interval results in 100% inundation of the South Yard and Retention Pond and partial inundation of the North Yard.
- The 100-year event at the 95% confidence interval and the 500-year event result in 100% inundation of all containment areas.
- The 100-year event at the 50% confidence interval with SLR results in partial inundation of all three containment areas.
- The 100-year event at the 84% confidence interval with SLR results in 100% inundation of all containment areas.
- The 500-year event with SLR results in 100% inundation of all containment areas.

Figure 4.12 to Figure 4.18 show that for the storm events which result in full inundation of a containment area, the volume of water in the respective containment area surpasses the 100% capacity volume (dashed lines) before lowering down to the 100% capacity volume after the peak of the storm passes, indicating that the flood levels would equal or exceed the berm crest elevation during that time.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

## 100 Year Event, 50th percentile





**Figure 4.12: Simulated volume of water and overflowing rates (100-year 50% confidence interval storm surge event).**

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

**Baird.**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

## 100 Year Event, 84th percentile





**Figure 4.13: Simulated volume of water and overflowing rates (100-year 84% confidence interval storm surge event).**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

## 100 Year Event, 95th percentile



Max Volume in South Yard: 756,568 $ft^3$
Max Volume in North Yard 3,887,583 $ft^3$
Max Volume in Pond: 376,091 $ft^3$



Max Overflow Rate in South Yard: 0.347 $\frac{ft^3}{s \cdot ft}$
Max Overflow Rate in North Yard: 1.399 $\frac{ft^3}{s \cdot ft}$
Max Overflow Rate in Pond: 0.338 $\frac{ft^3}{s \cdot ft}$

**Figure 4.14: Simulated volume of water and overflowing rates (100-year 95% confidence interval storm surge event).**

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

**Baird.**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

# 500 Year Event, 50th percentile



**Figure 4.15: Simulated volume of water and overflowing rates (500-year storm surge event).**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure 4.16: Simulated volume of water and overflowing rates (100-year 50% confidence interval storm surge event + 0.5 m SLR).**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



Figure 4.17: Simulated volume of water and overflowing rates (100-year 84% confidence interval storm surge event + 0.5 m SLR).

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

## 500 Year Event, 50th percentile, with Sea Level Rise



**Figure 4.18: Simulated volume of water and overflowing rates (500-year storm surge event + 0.5 m SLR).**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

## 4.1.6    Rainfall Analysis

An analysis of inundation due to rainfall is summarized to facilitate a comparison to the flooding related to storm surge events. It has been assumed that the stormwater pump sizing for the containment areas was designed to address rainfall alone, and likely for a less severe rainfall event (24-hr, 25-year probability based on the RPMS Consulting Engineers Containment Calculations report (RPMS, 2022a). Information related to the stormwater system, including pump capacity, was not available. To perform this analysis, data from the NOAA Atlas 14, Volume 10, Version 3 for the location of East Haven, Connecticut, USA (Latitude: 41.2866° N, Longitude: -72.8979° W) was obtained. It is noted that NOAA Atlas 15 will be issued in 2026 to replace NOAA Atlas 14, and the updated guidance on extreme rainfall will include climate change considerations for the first time. If anything, it is likely that NOAA Atlas 14 underestimates precipitation estimates.

Table 4.6 presents the rainfall amounts associated with various return periods for the Site area. By utilizing this data, one can better understand the impact of extreme rainfall events on each of the yards and accurately assess the volume of inundation that they can accommodate. The RPMS Consulting Engineers report suggests that their design criteria included that the containment berms must be able to accommodate the combined volume of the largest storage tank and the 25-year 24-hour rainfall event (RPMS, 2022a).

**Table 4.6: NOAA Atlas 14 precipitation frequency estimates in inches for the 5%, 50%, and 95% confidence intervals.**

| Rain Duration (% confidence interval) | Return Period (years) | | | | | |
|---|---|---|---|---|---|---|
| | 10 | 25 | 50 | 100 | 200 | 500 |
| 24-hr (5%) | 4.33 | 5.06 | 5.59 | 6.07 | 6.39 | 7.19 |
| 24-hr (50%) | 5.25 | 6.38 | 7.22 | 8.13 | 9.22 | 10.9 |
| 24-hr (95%) | 6.30 | 8.03 | 9.30 | 10.9 | 12.5 | 15.3 |

The information gathered from Table 4.6 has been converted into percentages of each yard's maximum capacity (shown in Table 2.2) and presented in Table 4.7. The pump capacities for the three areas are unknown and have not been considered. Also, the potential for infiltration into the ground was not considered because during large and sustained rainfall events (and storm surge events) the soil will be saturated, and no significant infiltration (volume loss) is expected.

Table 4.7 provides estimates of the percentage filled for the North Yard, South Yard, and Retention Pond during various return periods for a 24-hour duration. The table demonstrates that for a 25-year event, which may form the basis for the design of the pumps, the percentage filled is 6% in the North Yard, 10% in the South Yard and 11% in the Retention Pond.

**Table 4.7: Percent of the containment area volumes filled by rainfall based on the NOAA Atlas 14 precipitation frequency estimates.**

| Location | Return Period (years) Table values are % filled using 24-hr rainfall (50% confidence interval) | | | | | |
|---|---|---|---|---|---|---|
| | 10 | 25 | 50 | 100 | 200 | 500 |
| North Yard | 5 | 6 | 7 | 8 | 9 | 11 |
| South Yard | 8 | 10 | 11 | 13 | 14 | 17 |
| Retention Pond | 9 | 11 | 12 | 14 | 16 | 18 |

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut



### 4.1.7    Conclusions of Flood Risk Assessment

Baird used the storm surge model to simulate flooding at the Site when exposed to tropical cyclones (hurricanes). Different storms were simulated so that peak water levels were reached that match the NACCS return period water levels, allowing us to evaluate which return period storm causes flooding at the Site. As described in Section 2.4.2, the NACCS provided a range of confidence intervals for each return period water level. We would recommend using at least the 500-year return period water level flood protection design. FEMA (2007), ASCE (2014) and the Association of State Floodplain Managers (ASFPM, 2013), all state that the design requirement for critical facilities is protection from flooding up to the 500-year flood elevation. In addition, FEMA (2007) provides guidance for levees that protect critical facilities which the Shell, New Haven site has. FEMA and ASFPM state that the levees are usually designed for at least the 500-year flood elevation and have freeboard to increase the factor of safety. In order to upgrade an existing Shell Group facility in Port Fourchon, Louisiana for improved flood protection, Sequeiros and Jaramillo (2020) recommend a 1,000 yr return period design level and include SLR over a 50-year service life.

FEMA (2007) suggests that a freeboard from 1 to 3 feet is often applied to critical facilities, and ASFPM (2013) suggests a freeboard of 2 ft. For both the 100-year and 500-year return period, the 95% confidence interval water level is approximately 3 ft greater than the 50% confidence interval value. This means that the suggested freeboard could be taken into consideration by using the 95% confidence interval in design. Another consideration in terms of selecting an appropriate confidence interval is the sensitivity of the result to the selection of confidence interval. As shown, at this Site there were dramatically different results between the 50%, 84%, and 95% confidence intervals for the 100-year surge event.

Table 4.8 presents a summary of the percentage of inundation caused by storm surge, and its comparison to the inundation caused by rainfall is depicted in Figure 4.19. For all storm surge events considered excluding the 100-year event at the 50% confidence interval, the storm surge results in a much greater volume of water entering the containment berms than what is experienced during the 25-year 24-hour rainfall event which the pumping system is likely designed for based on RPMS (2022a). In addition, the storm surge from the 100-year 95% confidence interval or greater storm fully inundates the containment berms, meaning that the sea water will be able to mix with whatever is within the containment berms, enabling the spread of contaminated water outside the containment areas.

From this information, we can conclude that the flood protection and stormwater management is inadequate for the 100-year event (at the 95% confidence interval), the 100-year event (at the 84% or greater confidence interval) with SLR, and the 500-year event with and without SLR. The ASCE (2014), FEMA (2007) and ASFPM (2013) guidelines for flood protection design stipulate a 500-year return period for flood protection design of fuel storage and critical facilities. In other words, the Shell Oil Terminal flood protection is inadequate relative to the ASCE, FEMA and ASFPM guidelines. Note that our investigation does not include the influence of wave overtopping which would augment the inflow of water into the containment areas.

Furthermore, as it is almost certain that storm surge was not considered in the design of the facility, it is similarly unlikely that combined storm surge and rainfall was considered. The combination of storm surge and rainfall would further compromise the inadequacy of the flood protection for 100-year and 500-year events.

Our findings (though of finer resolution) agree with two separate and independent assessments of flooding by FEMA and the state of Connecticut using USGS data. The FEMA assessment completed to create the flood map for the area shows that the Site is within an area with a 1% or higher chance of experiencing a flood each year (i.e., will experience flooding in the 100-year event) and is considered to have a high risk. Specifically, the FEMA 1% or higher chance flood elevation is 12 ft above NAVD88 at the Site (Figure 2.4), which is above the minimum elevation of the containment berms for all three yards, suggesting that they will all be inundated

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

**Baird.**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

during the 100-year return period event or less. Similarly, the Connecticut Coastal Hazard viewer shows that the Site is inundated by the storm surge from a Category 2 hurricane. Between 1900 and 2000, six Category 2 or greater hurricanes made landfall along the Connecticut coast.

Lastly, a USACE Coastal Storm Risk Management (CSRM) study was recently completed for a site directly across the harbor from the Gulf facility which was focused on the design of flood protection for the Long Wharf District in New Haven. This study investigated the extents of flooding from extreme events, including the effects of sea level rise to determine flood protection design. Ultimately, the recommended plan consists of a floodwall with a crest elevation of +15 ft NAVD88 (0.1 ft below the NACCS 500-year return period 50% CI water level), deployable flood gates, road closure structures and a 900 cfs pump station (the latter to remove water that enters the protected area by overtopping and/or rainfall). The design conditions for this project are almost identical to that for the Shell site, however the design criteria are much different, the Shell facility is defined as a critical infrastructure facility and should be designed to withstand a 500-yr return period event (vs. the New Haven CSRM study which included various types of properties and infrastructure and assessed the design against a range of flood conditions). Therefore, the secondary containment area berm crest for the Shell site will need to be considerably higher. Our analysis for the Shell facility shows that the required crest elevation to provide protection from the 500-yr flood condition at 95% confidence interval and with 1.64 ft of sea level rise should be at least +19.9 ft NAVD88.

**Table 4.8: Simulated maximum flood volume estimates in terms of percentage filled for the containment area volumes (100+ equates to fully inundated containment area).**

| Return Period - Confidence Interval (C.I.) | North Yard | South Yard | Retention Pond |
|---|---|---|---|
| **Without Sea Level Rise** | | | |
| 100yr - 50% C.I. | 0% | 0% | 0% |
| 100yr - 84% C.I. | 12% | 100+ | 100+ |
| 100yr - 95% C.I. | 100+ | 100+ | 100+ |
| 500yr - 50% C.I. | 100+ | 100+ | 100+ |
| **With Sea Level Rise** | | | |
| 100yr - 50% C.I. | 0% | 50% | 25% |
| 100yr - 84% C.I. | 100+ | 100+ | 100+ |
| 500yr - 50% C.I. | 100+ | 100+ | 100+ |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure 4.19: The comparison of the percent inundation due to rainfall (24-hour 25-year return period) and storm surge for the three containment areas. Storm surge associated with a condition including sea level rise is shown as a bar with hashed lines.**

It should be noted that while this flood risk assessment does not consider the effect of climate change on changes to storm intensity and frequency, it does incorporate the potential impact of sea level rise on flood risk. The sea level rise scenario selected 1.64 ft was based on the "planning threshold" value for 2050 published by the Connecticut Institute for Resilience and Climate Adaptation (O'Donnell, 2019) (Figure 2.3). The assumed SLR of 1.64 ft also represented the expected rise by 2075 from the average mid range estimates of USACE (2019a) and NOAA (2022). In addition, it is good engineering practice to incorporate allowances into the design of containment berms at the terminals to account for uncertainties related to potential future increases in storm intensity and frequency. Recent advances in research have produced methods to estimate the impacts of climate change on the frequency and intensity of extreme weather events (Lackmann 2015; Pringle et al., 2021; Lin et al., 2019). These methods, combined with the incorporation of sea level rise (SLR) into the flood risk assessment, provide valuable insights into the potential impact of climate change on flood risk, enabling the development of effective strategies to mitigate the risk and protect critical infrastructure. For this report, we have only considered the impact of SLR and not the increased frequency and intensity of storms associated with climate change. For northern latitudes, such as the location for this Site, the increased frequency and intensity of tropical cyclones is expected due to climate change, and therefore our estimates of flooding for the 2050 scenario (with SLR) are likely low.

## 4.2 Berm Stability Analysis

Baird has not received detailed information on the construction and design of the containment berms. From our site visit and photos, we can tell that the containment berms around the Site consist of an earthen berm with no cover, grass cover, fine gravel, or riprap cover with $D_{50}$ of 4 to 6 inches.

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

Baird.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

As mentioned above in Section 2.3, USACE (2018a) recommends maximum overtopping rates of 0.1 cfs/ft at the 100-year 90 percent level of assurance and 0.01 cfs/ft at 100-year 50 percent level of assurance to prevent erosion and failure of grass-covered levees.

The stability of the bare earth and vegetated and riprap-protected berm crest and slopes is further evaluated here. Figure 4.20 includes photographs of the berm condition around the South Yard, taken during the site visit, and Figure 4.21 shows berm conditions around the North Yard. These photographs show some areas around each yard which appear to feature bare earth. At these locations along the berms of both the North and South Yard, the outer face of the berm is bare earth, and the inner face is covered with patched of small pebbles less than 2 inches in diameter with mostly bare earth. Riprap protection will be discussed in the following subsections. The EurOtop manual (Van der Meer et al., 2018) compares the resistance to erosion of vegetated-covered areas with bare soil areas in the following quote:

> *"A well-maintained grass cover leading to a closed grass cover may be designed for a mean discharge of 5 l/s per m (0.05 cfs/ft). But if the rear side is not maintained at all, giving open bare patches (as if for a vegetable garden), the tolerable overtopping should be limited to 0.1 l/s per m (0.001 cfs/ft) only, which effectively means no overtopping at all."* (Van der Meer et al., 2018)

Therefore, it is clear that the bare soil areas of the berms (see Figure 4.20 and Figure 4.21) are the most susceptible to erosion. In addition to storm surge and waves, these bare soil areas are also susceptible during rainfall events (Hillel, 2003). In summary, bare soil on the berm faces is an unacceptable condition which will lead to potential berm failure.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure 4.20: Site photographs of existing berm conditions near South Yard. The top two photos show examples of locations along the berm with bare earth coverage.**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure 4.21: Site photographs of existing berm conditions near North Yard. The top photo shows the example of a location along the berm with bare earth coverage.**

Our numerical simulations show overflow of the berm during the 100-year event at the 84% and 95% confidence interval and the 500-year event at the 50% confidence interval for all three areas (North Yard, South Yard, and Retention Pond). For this analysis, only the storms with present day sea level were considered. Section 4.1.1 explains that the conditions with SLR result in greater flood inundation, meaning that SLR would contribute to even greater risk of berm stability.

The spatial maximum overflow rate is evaluated to determine the potential of breaching and containment system failure. Since the velocities will be highest on the back side of the berm, creating the greatest potential for erosion, hydrodynamic conditions have been extracted from the simulation results for several locations on the back side of each berm. For the 100-year event (at the 84% confidence interval), velocities reach up to 1.3 ft/s; for the 100-year event at the 95% confidence interval, velocities reach 2.8 ft/s; and for the 500-year event, the maximum velocity on the back side of the berm reaches 4.0 ft/s. Riprap guidance (Maynord 1993) assumes slopes of 1.5 horizontal to 1 vertical (1.5H:1V) or flatter. Here, we assume that the berms have a slope of 2H:1V for the purpose of the calculations which require it; steeper slopes would require slightly larger riprap. Visual observations from the site visit photographs of the existing berm riprap material appear to show a $D_{50}$ of approximately 4 to 6 inches and a $D_{30}$ of approximately 2 to 4 inches in diameter (the $D_{30}$ is used for comparison with the fourth method below). Additional information on the protection design was not available.

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

Baird.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

Several methods are available for calculating the size of riprap needed based on the hydrodynamic conditions and these methods are compared below.

The methods include:

- U.S. Bureau of Reclamation method EM-25 (Peterka 1958)
- U.S. Geological Survey technique (as described in NRCS 2007)
- Approach from the National Cooperative Highway Research Program Report 568 (Lagasse 2006)
- USACE Maynord technique outlined in USACE guidance EM 1110-2-1601 (USACE 1991)

The suggested stone size for berm protection as calculated by each method is presented below in Table 4.9.

**Table 4.9: Calculated stone size to withstand the overflow velocity from the different storm events based on multiple techniques.**

| Technique | Stone size to withstand the overflow velocity associated with the 100-year 84% C.I. event (inches) | Stone size to withstand the overflow velocity associated with the 100-year 95% C.I. event (inches) | Stone size to withstand the overflow velocity associated with the 500-year 50% C.I. event (inches) |
|---|---|---|---|
| U.S. Bureau of Reclamation | $D_{50} = 0.3$ | $D_{50} = 1$ | $D_{50} = 3$ |
| U.S. Geological Survey | $D_{50} = 0.2$ | $D_{50} = 1.5$ | $D_{50} = 4$ |
| National Cooperative Highway Research Program | $D_{50} = 1$ | $D_{50} = 3.5$ | $D_{50} = 7$ |
| USACE Maynord | $D_{30} = 0.5$ | - | $D_{30} = 3$ |

Based on the calculations, 4-to-6-inch size stone is stable up to the overflow velocity associated with a 500-year return period storm. Stone smaller than 3 inches would be unstable for the same storm condition.

### 4.2.1   The Impact of Waves on Berm Stability

In addition to analyzing the berm stability against overflow of water discussed above, the berm stability can also be analyzed for its ability to withstand damage from waves. Wave action can cause erosion on the front face of the berm, and it can also cause erosion on the crest and backside due to wave overtopping. USACE provides an engineering and design manual for hydrologic analysis of interior areas (USACE, 2018a) which includes details for levee and floodwall design.

When considering the impact of waves on the front face of the berm, the protected areas with 4-to-6-inch riprap would be able to withstand wave heights of approximately 9 inches (Tournier et al., 1996) to 12 inches (USDA 1983). We estimated the wave heights at the containment berm using the formulation developed by Young & Verhagen (1996) and modified by Breugem & Holthuijsen (2007). This formula requires the wind speed, fetch and water depth as inputs and calculates the significant wave height and peak period. During the storm representing the 100-year 95% confidence interval at the present sea level, the overland flooding generates a path for waves to develop and travel to the berms with a fetch of at least 0.2 miles and a water depth of at least 2 ft. This storm has a sustained wind speed above 67 mph for 3.3 hours. The calculated significant wave height under these conditions (wind speed = 67 mph, water depth = 2 ft, fetch = 0.2 miles) is 1.3 ft which

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

Baird.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

exceeds the wave height that the 4-to-6-inch riprap can withstand. The 500-year return period storm, and the 100-year and 500-year return period storms with 1.64 ft of sea level rise will have even greater combinations of water depths and wind speeds which would lead to even larger waves. In other words, it is expected that the front face protection of the berm will experience failure due to wave attack during the 100-year 95% confidence interval and 500-year 50% confidence interval storms at present sea level and with sea level rise. The failure of the front face protection could potentially lead to failure of the containment system.

For overtopping by waves, the design manual suggests that "For the one percent exceedance still water, wave height and wave period, the maximum allowable average wave overtopping [is] 0.1 cfs/feet at 90 percent level of assurance and 0.01 cfs/feet at 50 percent level of assurance for grass-covered levees," (USACE, 2018a). The simulation results of the 100-year 84% confidence interval event at present sea level show that the overflow alone, even without wave action, exceeds the USACE (2018a) guidance with the existing berm conditions. The peak overflow rate for the 100-year 84% confidence interval event at present sea level is 0.36 cfs/ft for the South Yard, which is 4 times higher than the USACE (2018a) guidance. The USACE guidance applies to grass-covered conditions, and some berm locations are bare earth conditions which are even more susceptible to erosion than grass-covered. The 100-year 95% confidence interval event at present sea level results in a peak overflow rate reaching up to 2.6 cfs/ft. The 500-year 50% confidence interval event at present sea level results in a peak overflow rate reaching up to 24 cfs/ft.

## 4.2.2    Summary

The existing berm surface includes reaches of bare earth, vegetation cover, small gravel, and riprap-protected areas. The stability of a berm constructed for containment or flood protection is evaluated based on its weakest areas, regardless of the length of these areas. Bare soil is erodible under any overtopping flow (Van der Meer et al., 2018) and also under normal meteorological conditions (Hillel 2003) over time. Both the South Yard and North Yard have locations with bare earth berm conditions, and these weak areas are expected to be breached in a 100-year 84% confidence interval storm surge event (at present sea level) resulting in failure of the containment systems. This failure would also be expected to occur for any return period storm with a higher peak water level.

For areas of the berm protected by vegetation, the 100-year 84% confidence interval event at present sea level has an overflow rate which exceeds the USACE (2018a) recommended guidance for grass-covered levees (the 100-year 95% confidence interval and 500-year 50% confidence interval events, both at present sea level, also exceed the guidance).  For the areas of the berm which are protected by riprap, the above methods show that the riprap on the surface of the berms appears to be marginally stable for surge overflow alone under a 500-year event at present sea level. However, it was found that the 4-to-6-inch riprap protecting the front face of the berm is able to withstand wave heights up to 9 to 12 inches, and larger waves would likely cause instability. It is our opinion that these small wave heights would be experienced during the 500-year event, and likely in the 100-year event, and therefore, the berm would experience failure due to wave attack in these events.

This analysis has shown that the berm surface is vulnerable to erosion, even without the effects of SLR. In addition, a letter from Triton Environmental, Inc. (Triton) dated July 10, 2017 (Triton, 2017a) mentions that portions of the secondary containment berms for the tank farm were observed to be eroded resulting in low points and that there were several areas within the tank farm where crushed stone had worn away and the containment area and berms were compacted dirt. These observations provide evidence that the containment berms have been damaged historically from rainfall alone, and the addition of high velocity flow from storm surge would likely lead to damage of the berms.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

# 5. Preliminary Evaluation of Facility Upgrade for Flood Protection

It has been shown that under a consideration of historic conditions with climate change to date there is a strong likelihood that the Site would be unable to withstand even a 100-year storm surge event, let alone the industry guidance requirement of flood protection up to the 500-year storm surge event. This section presents a preliminary evaluation of flood protection upgrades to the facility to the industry standard stipulated 500-yr return period level of protection (ASCE, 2014; FEMA, 2007 and ASFPM, 2013). It is recommended that the facility owner complete a full design assessment following similar procedures to those presented in this report and also followed by Sequeiros and Jaramillo (2020) for upgrade of a land-based Shell facility in Port Fourchon. The flood protection upgrade design should be constructed as soon as possible.

## 5.1 Preliminary Estimate of Required Berm Crest Elevation

The preliminary estimate of the required berm crest elevation for all storage tank areas and the Retention Pond is the 500-year return period water level as defined by NACCS plus freeboard, or the 500-year return period water level at the 95% or greater confidence interval. The same table of NACCS return period water levels at Save Point 271 from Table 3.3 is copied below for ease of referencing in Table 5.1. The 500-year return period water level is 15.10 ft. As discussed in Section 4.1.7, FEMA (2007) suggests that a freeboard from 1 to 3 ft is often applied to critical facilities and ASFPM (2013) suggests a freeboard of 2 ft. For the 500-year return period, the 95% confidence interval water level is approximately 3 ft greater than the 50% confidence interval value at 18.22 ft. This suggests the freeboard could be taken into consideration by using the 95% confidence interval in design.

The modeling completed as part of this report shows that the peak water level at the berms matches the peak water level at NACCS Save Point 271 within an acceptable accuracy, and therefore the peak water levels at Save Point 271 can be used as input for the berm design.

**Table 5.1: Water surface elevation AEPs for NACCS Save Point 271. The 90% confidence interval values are from NACCS Save Point 8134 as defined in USACE (2020b).**

| Return Period | Annual Exceedance Probability Water Level (feet, NAVD88) | | | | |
| --- | --- | --- | --- | --- | --- |
| | Mean (50% C.I.) | 84% C.I. | 90% C.I. | 95% C.I. | 98% C.I. |
| 100 | 11.66 | 13.56 | 14.06 | 14.74 | 15.50 |
| 200 | 13.10 | 15.07 | 15.56 | 16.22 | 17.00 |
| **500** | 15.10 | 17.04 | 17.56 | 18.22 | 18.97 |

Wave overtopping should also be accounted for in the berm design. A detailed wave modeling study, similar to the one conducted for the USACE Coastal Storm Risk Management (CSRM) Feasibility Study for the Long Wharf District in New Haven (USACE, 2020), should be performed to estimate wave forces on the berm and overtopping rates under various water level scenarios. When surge levels remain below the berm crest, wave overtopping will contribute to flooding within the containment area. In the CSRM Feasibility Study, USACE proposed mitigating any increase in interior water levels from rainfall and overtopping through a pumping system (USACE, 2020). Without a pumping system in place at the Site, the berm crest will likely need to be raised higher such that flooding from overtopping is controlled.

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

Baird.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

An additional factor to consider in the berm crest design is the risk of compound flooding, which results from the combined effects of rainfall and storm surge occurring simultaneously. When available, NOAA Atlas 15 should be used to incorporate the most up-to-date precipitation data, with preliminary estimates for Connecticut expected in 2025. Unlike NOAA Atlas 14, the new dataset will offer spatially continuous coverage across the entire United States and, for the first time, account for future temporal trends through 2100. The berm crest elevation should be designed to ensure that, in the event of a high-precipitation event coinciding with a significant storm surge, the secondary containment system functions effectively to prevent uncontrolled flooding within the Site.

It may be possible to reduce the berm crest elevation if a pump station is constructed, however it is unlikely the Site could accommodate the footprint required for a large pump station due to the size of the existing berm enclosures (and the need for the requirement storage volume within the containment areas).

Finally, some allowance for future sea level rise should be considered in the design, and this value would be determined based on the desired service life of the facility or time to a future upgrade.

## 5.2    Berm Protection

The berms should be designed and constructed in accordance with best engineering practices, ensuring structural integrity and impermeability under design conditions, including rainfall, storm surge, and wave action. The forces exerted by storm surge and waves should be assessed during the design process to specify the appropriate berm protection measures capable of withstanding these forces.

The berm protection design must account for wave forces on the front slope, overtopping impacts, and potential overflow caused by extreme storm surges. Given the wave conditions expected during a 500-year storm surge event, the berms will likely require stone protection rather than being an earth structure. Key design parameters including stone size, number of layers, slope, and crest width should be determined during the engineering design phase.

## 5.3    Cost Estimate of Berm Protection Upgrade

Construction costs will vary significantly depending on factors such as the selected design (size, materials, and specifications), the number of bidding contractors, material availability, construction access, and other site-specific considerations.

A study by Gonyoa et al. (2023) reviewed historical cost analyses of shoreline protection projects across various locations in New England and along the Mid Atlantic coast. The most comparable project type to the proposed berm protection upgrade is a revetment, which is a sloped structure typically constructed of stone or similar materials used to protect against wave action or retain soil and fill. Revetments are considered most comparable because, like the proposed berms at the Site, they feature a sloped profile with a stone-armored slope and crest. One key difference is that revetments are generally designed to be permeable, while the berms at the Site are intended to be impermeable. However, the overall construction methodology and materials are similar, and therefore the construction costs are expected to be in a comparable range. Gonyo et al. (2023) cite a report by The Center for Coastal Resources Management (2014) that provides revetment cost estimates ranging from between $454 140 and to $5,5481,690 per linear foot, based on 2020 dollars  per meter($180 to $2,230 per linear foot in 2025 dollars[3]).

---

[3] Costs are projected in 2025 dollars based on the USACE Civil Works Construction Cost Index System (USACE, 2024). The estimation specifically utilizes Feature Code 11, which pertains to levees and floodwalls.

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

Baird.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

Another relevant source is the USACE (2018b) Integrated Hurricane Sandy General Reevaluation Report and Environmental Impact Statement, which provides cost estimates for berm construction at various heights, classified as low (3 ft), medium (6 ft), and high (8.5 ft) (Figure 5.1). These estimates assume the berms are covered in grass, which is less expensive than the stone protection recommended for the Site. Reported costs range from $612.55 to $2,085.32 per linear foot. ($870 to $2,950 per linear foot in 2025 dollars). The berms at the Shell site would need to be raised by something between the medium to high berm increments.



Figure 4-5: Low Berm Cross-Section



Figure 4-6: Medium Berm Cross-Section



Figure 4-7: High Berm Cross-Section

**Figure 5.1: Example berm cross sections from UASCE (2018b).**

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

Baird.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

In addition, the USACE CSRM Feasibility Study for the Long Wharf District in New Haven (USACE, 2020) provided a cost estimate for the construction of its proposed flood protection. For comparison to the berm protection upgrade at the Site, the flood protection in the study included a 5,800-linear-foot "T-wall" type floodwall built on a robust, pile-supported foundation. The proposed floodwall was designed to a height of +15 feet NAVD88, with a total cost of $59,411,000 in 2020 dollars, equating to $10,243 per linear foot ($13,510 per linear foot in 2025 dollars). The cost for the proposed works at the Shell site would likely be less than the USACE CSRM costs due to not requiring the below grade foundation elements.

Lastly, the National Levee Safety Program (2023) presents costs for levee construction throughout the Nation. The most similar levee construction type reported here is the Earthen Embankment which is a compacted embankment used to reduce flooding. The key difference between the embankment in the report and the berm proposed for the Shell Site is that a stone outer layer is recommended for the Shell Site, which would likely be more expensive than a completely earthen fill embankment. The cost range reported is $200 to $3,100 per linear foot[4] ($210 to $3,310 per linear foot in 2025 dollars), with the higher costs associated with areas where the borrow material is not readily available and long-haul distances are needed.

Since the proposed berm protection upgrade at the Site involves modifying existing infrastructure rather than constructing an entirely new structure, the cost is expected to be near the middle of the ranges identified. Therefore, the cost to raise the existing berm to +19.9 ft NAVD88 is expected to be approximately $1500/linear foot.

Raising the berm to +19.9 ft NAVD88 will necessitate widening it as well. In areas where there is not enough space to widen the berm, a hybrid design may be required. This hybrid design involves adding a concrete floodwall to the top of the berm, which allows for an increased flood protection elevation without needing additional land. According to the National Levee Safety Program (2023), floodwalls are generally more expensive than earthen embankments; the construction costs for a 5-foot-high wall have been reported to range from $5,300 to $17,000 per linear foot ($5,660 to $18,140 per linear foot in 2025 dollars). We estimate that approximately 60% of the length of the containment berms may need to utilize this hybrid design

## 5.4    Ingress/Egress

Section 4.1.4 outlines the challenges with the current ingress and egress for the site, where the sole access road is inundated by more than 2 feet of water for several hours during hurricane storm surges, as demonstrated by model results. This limits emergency response capabilities and poses a significant safety risk by cutting off support during extreme weather events.

To improve site accessibility and resilience, the proposed upgrade includes elevating Connecticut Avenue to maintain access during storm surges. This could be achieved through roadway elevation using fill material, a causeway, or bridge structures.

In addition to raising the existing road, alternative options for improving ingress and egress include:
- Constructing a Secondary Access Road: Developing an alternative route that connects to higher ground or a less flood-prone area, ensuring redundant access in emergencies. This may involve identifying existing rights-of-way, easements, or nearby infrastructure that could be leveraged.

---

[4] Cost estimate includes the base construction costs, and potential utility relocation (1-5%), real estate costs (3-8%), environmental costs (4-13%), and planning, design, and construction management costs (23-38%). In addition, a 35-55% contingency is added. More details can be found in the referenced document.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

- Deployable Flood Barriers: Installing temporary or permanent flood protection systems along the roadway to mitigate floodwaters and maintain access during storm events.

Potential solutions should be evaluated to determine an approach for improving site access during extreme storm events.

## 5.5    Other Considerations

Another consideration to improve secondary containment at the Site is to install an HDPE liner and bentonite clay throughout the containment area to provide a consistent impermeable system. The requirement for this is dependent on the permeability of the Site. For this application, a 60 mil HDPE textured liner may be appropriate. One supplier advertises the cost for this material to be between $1.2 to $1.9 per square foot. To cover the North Yard, South Yard, and Retention Pond, this would require about 925,000 ft$^2$ of HDPE liner material, which based on the range of the cost per square foot, would lead to a material cost between $1,110,000 and $1,757,500. The cost for supply delivery and installation of the liner, and the clay would be additional.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

I certify under penalty of perjury that the opinions expressed in this expert report are true and correct to the best of my knowledge and ability as a coastal engineer. My opinions are stated to a reasonable degree of certainty and consistent with prevailing and scientific standards of practice.

*Submitted* on this 1st day of May, 2025.

Robert B. Nairn
W.F. Baird & Associates Ltd.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

# 6. Glossary

**BASE FLOOD ELEVATION (BFE)**

Elevation of flooding, including wave height, having a 1% chance of being equaled or exceeded in any given year.

**BATHYMETRY**

The measurement of depth of water in oceans, seas, or lakes.

**COEFFICEINT OF DETERMINATION (R$^2$)**

A numerical index that reflects the proportion of variation in an outcome or response variable that is accounted for by its relationship with a predictor variable. It is used to measure how well a statistical model predicts an outcome and can have a value between 0 and 1, with 1 being a perfect fit.

**D30**

The particle diameter as part of a gradation at which 30% is finer by weight.

**D50**

The median diameter of the particle size distribution. It is the value of the particle diameter at which 50% is finer by weight.

**DESIGN FLOOD ELEVATION (DFE)**

Elevation of the design flood, including wave height, relative to the datum specified on the community's flood hazard map. The DFE, as used in the model building codes, is defined as either the BFE determined by the National Flood Insurance Program and shown on FIRMs, or the elevation of a design flood designated by the community, whichever is higher.

**FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA)**

The Federal Emergency Management Agency is the Federal agency which administers the National Flood Insurance Program (NFIP).

**FREEBOARD**

A factor of safety, usually expressed in feet above a flood level, for purposes of floodplain management and flood risk reduction design. Freeboard also compensates for the many unknown factors that could contribute to flood heights greater than the height calculated for a selected size flood and floodway conditions, such as wave action, constricting bridge openings, and the hydrological effect of urbanization of the watershed. FEMA suggests that a freeboard of 1 to 3 feet is often applied to critical facilities to address uncertainties for the many unknown factors that could contribute to flood heights, such as wave action, constricting bridge openings, and the hydrological effect of urbanization of the watershed.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

## LEVEE

A human-made structure, usually an earthen embankment, designed and constructed in accordance with sound engineering practices to contain, control, or divert the flow of water so as to reduce risk from temporary flooding.

## LiDAR

Light Detection and Ranging is a method for determining ranges (variable distance) by targeting an object or a surface with a laser and measuring the time for the reflected light to return to the receiver.

## MULTIBEAM ACOUSTIC HYDROGRAPHIC SURVEY

Multibeam acoustic surveys are used to gather detailed information about the features on the seabed by measuring multiple depths from a single transducer array at high resolution. The result is a high-resolution 3D picture of the sea floor.

## ORDINARY HIGH-WATER MARK

The line on the shore established by fluctuations of water and indicated by physical characteristics such as a clear, natural line impressed on the bank; shelving; changes in the character of the soil; destruction of terrestrial vegetation; the presence of litter and debris; or other appropriate means that consider the characteristics of the surrounding areas.

## PEAK WAVE PERIOD (Tp)

The peak wave period is the wave period associated with the most energetic waves in the total wave spectrum at a specific point.

## ROOT MEAN SQUARE ERROR (RMSE)

RMSE is the standard deviation of the residuals (prediction errors). Residuals are a measure of how far from the regression line data points are; RMSE is a measure of how spread out these residuals are. In other words, it tells you how concentrated the data is around the line of best fit. Root mean square error is commonly used in climatology, forecasting, and regression analysis to verify experimental results.

## SIGNIFICANT WAVE HEIGHT (Hs)

The significant wave height is the average height of the highest one-third waves in a wave spectrum.

## WATERSHED

A region or area of land bounded peripherally by a divide and draining ultimately to a particular watercourse or body of water.

---

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

# 7.    Materials Considered

ASCE (2014). Flood Resistant Design and Construction. ASCE Standard, 24-14. https://doi.org/10.1061/9780784413791

ASFPM (2013). A Guide for Higher Standards in Floodplain Management. https://s3-us-west-2.amazonaws.com/asfpm-library/General/Higher_Standards_Floodplain_Management_ASFPM_2013.pdf

Binera (2024). Managing Climate Change Risk for Naval Facilities Vulnerable to Surge Inundation. S23-CORE6.2-12: Coastal Inundation and Climate Change Risk Planning. Report Prepared for the Office of Naval Research.

Bloemendaal, N., de Moel, H., Martinez, A.B., Muis, S., Haigh, I.D., van der Wiel, K., Haarsma, R.J., Ward, P.J., Roberts, M.J., Dullaart, J.C. and Aerts, J.C. (2022). A globally consistent local-scale assessment of future tropical cyclone risk. Science advances, 8(17), eabm8438.

Breugem, W. A., & Holthuijsen, L. H. (2007). Generalized shallow water wave growth from Lake George. Journal of waterway, port, coastal, and ocean engineering, 133(3), 173-182.

Center for Coastal Resources Management (CCRM). (2014). Living shoreline implementation: Challenges and solutions. *Rivers & Coast* 9 (2). doi: 10.21220/m2-2d2k-a602.

Cialone, M. A., T. C. Massey, M. E. Anderson, A. S. Grzegorzewski, R. E. Jensen, A. Cialone, D. J. Mark, K. C. Peavey, B. L. Gunkel, T. O. McAlpin, N. C. Nadal-Caraballo, J. A. Melby, and J. J. Ratcliff. (2015). North Atlantic Coast Comprehensive Study (NACCS) Coastal Storm Model Simulations: Waves and Water Levels. ERDC/CHL TR-15-14. Vicksburg, MS: US Army Engineer Research and Development Center.

Egbert, G. D., & Erofeeva, S. Y. (2002). Efficient inverse modeling of barotropic ocean tides. Journal of Atmospheric and Oceanic Technology, 19(2), 183-204.

FEMA (2007). Design guide for improving critical facility safety from flooding and high winds: providing protection to people and buildings.

FEMA (2017). Flood Insurance Study - New Haven County, Connecticut. Volume 1-2 of 10.

Gonyoa, S. B., Zito, B., & Burkart, H. (2023). The Cost of Shoreline Protection: A Comparison of Approaches in Coastal New England and the Mid-Atlantic. *Coastal Management*, *51*(2), 145–157. https://doi.org/10.1080/08920753.2023.2186091

Gründemann, G.J., van de Giesen, N., Brunner, L. et al. (2022). Rarest rainfall events will see the greatest relative increase in magnitude under future climate change. *Commun Earth Environ* 3, 235. https://doi.org/10.1038/s43247-022-00558-8

GZA Geo Environmental Inc. (2017). Long Wharf Flood Protection Final Report, March 2017.

Hersbach, H., Bell, B., Berrisford, P., Hirahara, S., Horányi, A., Muñoz-Sabater, J., Nicolas, J., Peubey, C., Radu, R., Schepers, D., Simmons, A., Soci, C., Abdalla, S., Abellan, X., Balsamo, G., Bechtold, P., Biavati, G., Bidlot, J., Bonavita, M., De Chiara, G., Dahlgren, P., Dee, D., Diamantakis, M., Dragani, R., Flemming, J., Forbes, R., Fuentes, M., Geer, A., Haimberger, L., Healy, S., Hogan, R.J., Hólm, E., Janisková, M., Keeley, S., Laloyaux, P., Lopez, P., Lupu, C., Radnoti, G., de Rosnay, P., Rozum, I., Vamborg, F.,

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

Villaume, S., Thépaut, J-N. (2017): Complete ERA5 from 1979: Fifth generation of ECMWF atmospheric reanalyses of the global climate. Copernicus Climate Change Service (C3S) Data Store (CDS).  (Accessed on 24-FEB-2023).

Hervouet, J.M. (2007) - Hydrodynamics of Free Surface Flows: Modelling With the Finite Element Methods. 360p., Wiley, New York, NY, U.S.A. ISBN: 978-0470035580.

Hillel, D. (2003). Introduction to environmental soil physics. Elsevier.

IPCC (2013). Summary for Policymakers. In: Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Kramer, Matthias, Kristina Terheiden, and Silke Wieprecht. "Safety criteria for the trafficability of inundated roads in urban floodings." *International journal of disaster risk reduction* 17 (2016): 77-84.

Lackmann, G. M. (2015). Midlatitude Synoptic Meteorology: Dynamics, Analysis, and Forecasting. American Meteorological Society.

Lagasse, P. F. (2006). Riprap design criteria, recommended specifications, and quality control (Vol. 568). Transportation Research Board.

Lin, L., Wang, Y., & Liu, Y. (2019). The timing of East Asian summer monsoon onset in the last four decades: a re-calibration and further evaluation of the Xia and Juang (1999) method. International Journal of Climatology, 39(6), 2956-2969.

Maynord, S. T. (1993). US Army Corps of Engineers riprap design for flood channels. Transportation research record, (1420).

Nadal-Caraballo, N. C., J. A. Melby, V. M. Gonzalez, and A. T. Cox. (2015). North Atlantic Coast Comprehensive Study–Coastal Storm Hazards from Virginia to Maine. ERDC/CHL TR-15-5. Vicksburg, MS: US Army Engineer Research and Development Center.

Nadal-Caraballo, N. C., V. M. Gonzalez, and L. Chouinard. (2019). Storm Recurrence Rate Models for Tropical Cyclones–Report 1 of a series on the Quantification of Uncertainties in Probabilistic Storm Surge Models. ERDC/CHL TR-19-4. Vicksburg, MS: US Army Engineer Research and Development Center.

National Hurricane Center. "Best Track Data – North Atlantic Basin." National Oceanic and Atmospheric Administration, U.S. Department of Commerce, 2021, www.nhc.noaa.gov/data/#hurdat.

National Levee Safety Program. (2023). Summary of Costs Associated with Levee-related Activities.

National Research Council. (1987). Responding to Changes in Sea Level: Engineering Implications. https://doi.org/10.17226/1006

National Weather Service. "Turn Around Don't Drown". National Oceanic and Atmospheric Administration, U.S. Department of Commerce. Accessed in February 2025. https://www.weather.gov/safety/flood-turn-around-dont-drown#:~:text=The%20Centers%20for%20Disease%20Control,force%20and%20power%20of%20water.

NOAA (2022). Sweet, W.V., B.D. Hamlington, R.E. Kopp, C.P. Weaver, P.L. Barnard, D. Bekaert, W. Brooks, M. Craghan, G. Dusek, T. Frederikse, G. Garner, A.S. Genz, J.P. Krasting, E. Larour, D. Marcy, J.J. Marra, J. Obeysekera, M. Osler, M. Pendleton, D. Roman, L. Schmied, W. Veatch, K.D. White, and C. Zuzak, 2022: Global and Regional Sea Level Rise Scenarios for the United States: Updated Mean Projections and Extreme Water Level Probabilities Along U.S. Coastlines. NOAA Technical Report NOS 01. National Oceanic and Atmospheric Administration, National Ocean Service, Silver Spring, MD, 111 pp. https://oceanservice.noaa.gov/hazards/sealevelrise/noaa-nostechrpt01-global-regional-SLR-scenarios-US.pdf

NHTSA, USDOT (2023). Accessed in March 2023. https://www.nhtsa.gov/road-safety/driving-in-severe-weather.

NRCS, USDA. (2007). NEH 654, Stream Restoration Design Guide; Technical Supplement 14C: Stone Sizing Criteria. NRCS National Engineering Handbook.

O'Donnell, J. (2019). Sea Level Rise in Connecticut Final Report February 2019. Connecticut Institute for Resilience and Climate Adaptation.

Peterka, A. J. (1958). Hydraulic design of stilling basins and energy dissipaters engineering monograph No. 25. US Bureau of Reclamation, Denver, Colorado.

Pringle, W. J., Wang, J., Roberts, K. J., & Kotamarthi, V. R. (2021). Projected Changes to Cool-Season Storm Tides in the 21st Century along the Northeastern United States Coast. Earth's Future, e2020EF001940.

RPMS (2022a) Tanks J-1, J-2, and J-3 Containment Calculations for Shell Trading and Supply New Haven Terminal. September 13, 2022. SHELLNH_RPMS_00001.

RPMS (2022b) Scope of Work for Mechanical Construction Dike Area Tanks J-1, J-2 & J-3 Containment Bypass Shell New Haven Terminal. June 30, 2022. SHELLNH_RPMS_00009.

Sequeiros, O. and Jaramillo, S. (2020). Extreme water level conditions for Fourchon Junction under different climate scenarios and their impact on deck elevation design. Royal Dutch/Sheel Group of Companies Rept. SR.20.xxxx. SOPUS_NHNV02408843.

Tournier, J. P., Dupuis, P., & Ares, R. (1996). An improved design method for the riprap of earthfill dams of large reservoirs. In Coastal Engineering 1996 (pp. 2101-2113).

Triton Environmental., Inc. (2017a). [Letter from Triton Environmental, Inc. to Jennifer Bothwell at Shell Oil regarding the New Haven site Stormwater Pollution Prevention Plan]. Retrieved from SHELLNH_TRI_00399.

Triton Environmental., Inc. (2017b). Stormwater Pollution Prevention Plan. Retrieved from SHELLNH_TRI_00408.

Triton Environmental., Inc. (March, 2020). Spill Prevention Control & Countermeasure Plan. Revised March 2020. Retrieved from SOPUS_NHVN00000582.

USACE (1991). Engineering Manual 1110-2-1601, Hydraulic Design of Flood Control Channels. July 1, 1991 Version with revisions dated June 30, 1994.

USACE (2000). Engineering Regulation 1105-2-100, Planning Guidance Notebook. April 22, 2000.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

USACE (2011). Engineering Circular 1165-2-212, Sea Level Change Considerations for Civil Works Programs. October 1, 2011.

USACE (2013a). Engineering Regulation 1100-2-8162, Incorporating Sea Level Change in Civil Works Programs. December 31, 2013.

USACE. (2013b). Coastal risk reduction and resilience. CWTS 2013-3. Washington, DC: Directorate of Civil Works, US Army Corps of Engineers

USACE. (2018a). Engineering Manual 1110-2-1413, Hydrologic Analysis of Interior Areas. August 24, 2018.

USACE (2018b). Integrated Hurricane Sandy General Reevaluation Report and Environmental Impact Statement. Atlantic Coast of New York. East Rockaway Inlet to Rockaway Inlet and Jamaica Bay. Appendix A2-C Cost Engineering Screening Appendix. December 2018.

USACE (2019a). Engineering Regulation 1100-2-8162, Global Changes - Incorporating Sea Level Change in Civil Works Programs.

USACE (2019b). Engineering Regulation 1105-2-101, Risk Assessment for Flood Risk Management Studies. July 15, 2019.

USACE (2020). Fairfield and New Haven Counties, Connecticut Coastal Storm Risk Management Feasibility Study. October 2020.

USACE (2020b). Fairfield and New Haven Counties, Connecticut Coastal Storm Risk Management Feasibility Study. Appendix C Coastal Engineering. October 2020.

USACE (2024). Engineering and design: Civil Works Construction Cost Index System (CWCCIS).

U.S. Department of Agriculture. (1983). Riprap for slope protection against wave action. USDA Technical Release No. 69. February 1983.

Van der Meer, J.W., Allsop, N.W.H., Bruce, T., De Rouck, J., Kortenhaus, A., Pullen, T., Schüttrumpf, H., Troch, P. and Zanuttigh, B. (2018). EurOtop: Manual on wave overtopping of sea defences and related structures. An overtopping manual largely based on European research, but for worldwide application., www.overtopping-manual.com.

Young, I. R., & Verhagen, L. A. (1996). The growth of fetch limited waves in water of finite depth. Part 1. Total energy and peak frequency. Coastal Engineering, 29(1-2), 47-78.



CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

## Appendix A

Robert Nairn CV

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

## Appendix B

Previous Expert Witness Testimony

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

# B.1  Previous Expert Witness Testimony (Last 4 Years)

US Court of Federal Claims
Downstream Addicks and Barker (Texas) Flood-Control Reservoirs
Sub-Master Docket 17-9002L
Deposition by Robert Nairn, Ph.D. – 31 July 2024


US Court of Federal Claims
Downstream Addicks and Barker (Texas) Flood-Control Reservoirs
Sub-Master Docket 17-9002L
Deposition by Robert Nairn, Ph.D. – 8 December 2024

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut



CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

# Appendix C

Robert Nairn Remuneration

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

# C.1 Remuneration

Table C.1 provides the remuneration Robert Nairn has received for the expert witness services.

**Table C.1: Summary of remuneration for Robert Nairn.**

| Baird Employee Task | Hourly Charge Rate (US dollars) |
|---|---|
| Report Preparation Robert Nairn | $319.00 |
| Deposition and Trial | $638.00 |



CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER



# Appendix D

## Storm Surge Model Results

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

# D.1  Storm Surge Model Results

### D.1.1  Time Series of Water Levels

The water level at Save Point 271, in the North Yard, South Yard, and Retention Pond was extracted for each model run as part of this investigation. The locations of the data extraction points are shown as yellow squares in Figure D.1.



**Figure D.1: Map showing the locations of the water level data extraction within the North Yard, South Yard, and Retention Pond used for the time series plots.**

The model results of water level at these extraction points for the storms without sea level rise are shown in Figure D.2 to D.5 and the model results for the storms with sea level rise are shown in Figure D.6 to D.8.

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

**Baird.**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure D.2: Modeled water level for Storm 369 representing the 100-year 50% confidence interval return period at Save Point 271. The NACCS return period water level is shown in the red dashed line.**



**Figure D.3: Modeled water level for Storm 410 representing the 100-year 84% confidence interval return period at Save Point 271. The NACCS return period water level is shown as the red dashed line.**

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut



CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure D.4: Modeled water level for Storm 410 representing the 100-year 95% confidence interval return period at Save Point 271. The NACCS return period water level is shown as the red dashed line.**



**Figure D.5: Modeled water level for Storm 367 representing the 500-year 50% confidence interval return period at Save Point 271. The NACCS return period water level is shown as the red dashed line.**

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut



CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure D.6: Modeled water level for Storm 410 representing the 100-year 50% confidence interval return period at Save Point 271 with SLR.**



**Figure D.7: Modeled water level for Storm 410 representing the 100-year 84% confidence interval return period at Save Point 271 with SLR.**



CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure D.8: Modeled water level for Storm 367 representing the 500-year 50% confidence interval return period at Save Point 271 with SLR.**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

## D.1.2  Temporal Maximum Water Level

Figure D.9 to D.15 presents the maximum water level during each model run as part of this investigation. For any location where there is no water, the land elevation is shown.



**Figure D.9: Temporal maximum water level for 100-year 50% confidence interval storm surge event.**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure D.10: Temporal maximum water level for 100-year 84% confidence interval storm surge event.**



**Figure D.11: Temporal maximum water level for 100-year 95% confidence interval storm surge event.**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure D.12: Temporal maximum water level for 500-year 50% confidence interval storm surge event.**



**Figure D.13: Temporal maximum water level for 100-year 50% confidence interval storm surge event + 0.5 m SLR.**

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut



CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure D.14: Temporal maximum water level for 100-year 84% confidence interval storm surge event + 0.5 m SLR.**



**Figure D.15: Temporal maximum water level for 500-year 50% confidence interval storm surge event + 0.5 m SLR.**

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut



CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.

## D.1.3   Ingress and Egress Route Flooding

Figure D.16 to D.22 presents the time duration that the water depth is at least 2 ft during each model run as part of this investigation.



**Figure D.16: Duration of water depth above 2 ft for the 100-year 50% confidence interval storm surge event.**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure D.17: Duration of water depth above 2 ft for the 100-year 84% confidence interval storm surge event.**



**Figure D.18: Duration of water depth above 2 ft for the 100-year 95% confidence interval storm surge event.**

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut



CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure D.19: Duration of water depth above 2 ft for the 500-year 50% confidence interval storm surge event.**



**Figure D.20: Duration of water depth above 2 ft for the 100-year 50% confidence interval storm surge event + 0.5 m SLR.**

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut



CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Innovation Engineered.



**Figure D.21: Duration of water depth above 2 ft for the 100-year 84% confidence interval storm surge event + 0.5 m SLR.**



**Figure D.22: Duration of water depth above 2 ft for the 500-year 50% confidence interval storm surge event + 0.5 m SLR.**

**Nairn 2025 Expert Report on the Shell Oil Terminal Flood Risk**
Shell Oil Terminal - New Haven, Connecticut

