# Exhibit A

Filed Under Seal

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

# Curriculum Vitae:
## James O'Donnell, B.Sc., M.S., Ph.D. - Qualifications

Principal Scientist
Coastal Ocean Analytics

16 Brook Street
Noank, CT 06340
Office: (860) 961-2467
Cell: (860) 992-2499
Jim@CoastalOA.com

Professor of Marine Sciences
Executive Director, Connecticut Institute for Resilience and Climate Adaptation
University of Connecticut

University of Connecticut
Groton, CT 06340
Office: (860) 405-9171
Cell: (860) 992-2499
odonnell@uconn.edu

## EDUCATION

Ph.D. Oceanography, University of Delaware, Newark, DE, 1986
M.S. Marine Studies, University of Delaware, Newark, DE, 1981
B.Sc. (Hons) Applied Physics, University of Strathclyde, Glasgow, Scotland, 1979

## APPOINTMENTS

1985     Associate Consultant, Aeronautical Research Associates of Princeton
1986-7   Postdoctoral Research Assistant, Department of Applied Mathematics and Theoretical Physics, Cambridge University
1987-93  Assistant Professor, Department of Marine Sciences, The University of Connecticut
1990     Visiting Assistant Professor, Department of Coastal and Oceanographic Engineering, University of Florida
1993-99  Associate Professor, Department of Marine Sciences, The University of Connecticut
1999-    Professor, Department of Marine Sciences, The University of Connecticut
2002-5   Interim Head, Department of Marine Sciences, The University of Connecticut
2002-5   Interim Director, Marine Sciences and Technology Center, The University of Connecticut
2005-    Joint Professor, Department of Physics, The University of Connecticut
2005-6   Visiting Professor, School of Marine Sciences, Bangor University, Bangor, Wales
2011-    Principal Scientist, Coastal Ocean Analytics
2014-    Executive Director, Connecticut Institute for Resilience and Climate Adaptation (CIRCA)

## RESEARCH INTERESTS

- Coastal ocean circulation and mixing
- Water quality and sediment transport in estuaries
- Mathematical modeling of the marine environment
- Climate change, resilience, and adaptation

## RESEARCH FUNDING

- $45M total funding as PI
- $5.5M Co-PI
- PI/Co-PI on ten active and seventy completed research grants

## SCHOLARLY PRODUCTIVITY

- 55 refereed journal articles and book chapters

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

- 27 refereed conference proceedings and short articles
- 43 Technical Reports
- 100+ contributed conference presentations
- 5417 citations (Google Scholar), h-index: 28, i10-index: 44

**RECENT PROFESSIONAL SERVICE**

| | |
|---|---|
| 2024- | Chair, Science and Technology Working Group, Governor's Council on Climate Change |
| 2020-2022 | Co-chair, Science and Technology Working Group, Governor's Council on Climate Change |
| 2017-2020 | Member, Ocean Observatories Initiative Facilities Board (OOIFB), NSF |
| 2017-2018 | Co-chair, Data Delivery and Cyber-Infrastructure Committee, OOIFB, NSF |
| 2016-2024 | Member, State Agencies Fostering Resilience (SAFR) Council |
| 2016-2024 | Member, Governor's Council on Climate Change |
| 2012-2020 | Co-chair, EPA's Long Island Sound Study Technical Advisory Committee (elected) |
| 2015- | Member, Review Team Gulf Research Program, National Academy of Sciences |
| 2014- | Member, Review Team for Ocean Networks Canada |
| 2011-2012 | Member of the Northeast Sea Grant Consortium Advisory Board |
| 2010-2012 | Member of the Sea Grant New York Bight Regional Ocean Council |
| 2005-2009 | Chair, Gordon Research Conference on Coastal Ocean Circulation, New London, NH, USA |
| 2009-2011 | Chair, NERACOOS Strategic Planning and Implementation Team (elected) |
| 2008-2013 | Director, Northeastern Regional Association of Coastal Ocean Observing Systems |
| 2007-2009 | Director, Middle Atlantic Bight Coastal Ocean Observing Regional Association |

## COMMUNITY OUTREACH AND INSTITUTIONAL ENGAGEMENT

- As Executive Director of CIRCA, I advise state agencies and municipalities on strategies to reduce the impact of climate change and make presentations to citizen organizations, political leaders, and broadcast media.
- As Executive Director of CIRCA I lead a team of staff that execute CIRCA's community engagement activities that are part of the Resilient Connecticut climate change adaptation planning process.
- As lead PI of the Long Island Sound Integrated Coastal Observing System, I lead a team of four research technicians to deploy, maintain, and distribute data from an extensive set of instruments in and around Long Island Sound. I also analyze and communicate the results to government officials.
- As a member of the Governor's Council on Climate Change I coordinate meetings and the preparation of recommendations on policy and priorities.

**CURRENT RESPONSIBILITIES**

## A. EXECUTIVE DIRECTOR OF THE CONNECTICUT INSTITUTE FOR RESILIENCE AND CLIMATE ADAPTATION (2012-PRESENT)

In 2010, the Connecticut Legislature called for UConn and CTDEEP to provide advice to municipalities on how to better prepare for the effects for sea level rise and climate change. With financial support from CTDEEP, the Connecticut Institute for Resilience and Climate Adaptation (CIRCA) was established in 2012, and I was appointed as Executive Director. CIRCA currently (2025) supports twelve staff, one graduate student and six undergraduate interns that are located at the Avery Point and Hartford Campuses, and the School of Law. There are approximately thirty affiliated faculty. CIRCA has been awarded approximately $20,500,000 to support activities since it was founded.

The initial charge to CIRCA (Connecticut General Statutes Section 25-68o(b)) was to provide advice to towns and agencies on how to reduce the impacts of climate change. I authored a report that reviewed current science and local sea level observations, testified to the Joint Committee on the Environment and at a public meeting in which I advised that towns plan for sea level that could be up to twenty inches higher in 2050. This recommendation was adopted in Public Act 18-82 and municipalities and state agencies are required to include that estimate in plans and permit decisions.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

CIRCA also serves as a source of advice to towns and state agencies on resilience and adaptation science and policy. However, the central goal of the program is to create a pipeline of resilience projects and then advance as many as possible to the stage that residents support the plan, it is both effective and affordable, and funding for construction can be sought (termed Phase 3). In 2018 we worked with State Agencies to develop the process. We then identified a project in Bridgeport as a priority and won approximately $60,000,000 to build a flood risk reduction project and support CIRCA with $8,200,000 to expand the planning approach to New Haven and Fairfield Counties. With an additional $5,000,000 from a state appropriation in 2021, the planning areas were extended. The shaded areas in Figure 1 show the towns that have been deeply engaged with CIRCA to date, and the filled circles show the locations of Phase 3 projects. The needs of each



Figure 1. Shaded areas show towns and COGs that have been engaged in the CIRCA planning process. Phase 3 projects are shown by the circles.

potential project are diverse so CIRCA staff work with an appropriate mix of contractors, faculty, and students. More information can be found at https://resilientconnecticut.uconn.edu/.

The work of CIRCA is widely recognized across the state. I have been invited to testify to the legislature several times, met with Connecticut's Senators, and have been interviewed by newspapers, radio, and television stations many times. CIRCA received the "Best Statewide Planning Program Award" from the Connecticut Chapter of the American Planning Association (CCAPA) for our Resilient Connecticut project, and CIRCA shared the Connecticut Green Building Council's 2022 Resilience Award of Honor for collaborating on the Hepburn Family Preserve Living Shoreline project.

## B.  PRINCIPAL INVESTIGATOR, LONG ISLAND SOUND INTEGRATED COASTAL OBSERVING SYSTEM (2005-PRESENT)

Over the past two decades, I have led the development and operations of the Long Island Sound Integrated Coastal Observing System (LISICOS). Tracking long-term trends in ecosystem characteristics and water quality, and the development of a quantitative understanding of the mechanisms that control them requires sustained observations, mathematical models, and data sharing. With funding from the National Oceanic and Atmospheric Administration (NOAA), the Environmental Protection Agency (EPA), and the support of the Connecticut Department of Energy and Environmental Protection (CTDEEP) we operate four buoy-mounted sensor systems in Long Island Sound (see Figure 2.), five HF RADAR surface current measuring systems, an extensive data sharing facility (ERDDAP - Home Page, UConn's Long Island Sound Observatory), and a sophisticated computing cluster for operational simulations of water level and currents in Long Island Sound.



Figure 2. The LISICOS buoy at the ARTG site being transported for deployment on the stern of the R.V. Connecticut.

## C.  PRINCIPAL INVESTIGATOR, OPERATIONAL SURFACE CURRENT FORECASTING SYSTEM (2010-PRESENT)

The search and rescue mission of the U.S. Coast Guard requires the capacity to predict where search targets are likely to be when the rescue assets (helicopters and ships) arrive at the incident location. I led a group of collaborators to develop a statistical algorithm to use observations of surface currents obtained by the HF RADAR current measurement network, deployed as a component of LISICOS, to deliver these predictions. After we successfully conducted two successful test and demonstration projects, the observation network was expanded throughout the coastal waters of the U.S. and the algorithm was embedded in the USCG's operation planning software. Since 2010, we have operated the prediction system for the entire country and assisted in thousands of search cases every year.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

## D. EDUCATION AND TEACHING (1987-PRESENT)

My main teaching role throughout my career at the University of Connecticut has been Dynamic Physical Oceanography (MARN 5060). This class covers the mathematical theory of the motion of the ocean and Atmosphere. I have offered it almost every year since 1987. I have also frequently taught a sequel, Advanced Dynamical Physical Oceanography (MARN 5061) for students wishing to specialize in theoretical work, and class to support the broader range of oceanography graduate students interested in quantitative theory development, Mathematical Models in Marine Sciences (MARN 60016002). I also advise and mentor graduate students and postdoctoral fellows.

## E. COASTAL OCEAN ANALYTICS LLC (2011-PRESENT)

University of Connecticut faculty are encouraged to engage in consulting activities with outside entities. These activities are vital for professional service and provide intellectual enrichment for faculty. With partners, I formed Coastal Ocean Analytics LLC in 2011. We have conducted a wide variety of small projects for private individuals, law firms, the US EPA, and municipalities. My role has largely been in the analysis of data and the development of mathematical models.

## RESEARCH FUNDING

Maintaining the observational infrastructure in Long Island Sound requires substantial funding, as does the operation of CIRCA. In my career at UCONN, I have been awarded approximately $41 million in grants and contracts as Principal Investigator, and $5.5 as a Co-PI.

**Recent awards**

- **Planning for a More Climate Resilient Connecticut.** DHS/Federal Emergency Management Agency/CT Department of Emergency Management and Homeland Security, $2,298,682, 2024
- **Execution Rocks Buoy**. DOC/NOAA/National Oceanic and Atmospheric Administration/Northeastern Regional Association of Coastal Ocean Observing Systems, $150,000, 2024
- **Developing Dynamic Habitat-Based Ecological Decision Support Tools and Data to Characterize Deep-water Habitats**. EPA/Long Island Sound Office/CT Department of Energy and Environmental Protection, $1,160,750, 2023
- **Mapping of Areas with Private Wells in Litchfield, Hartford, Tolland, and Windham Counties**. DHHS/CDC/National Center for Environmental Health/CT Department of Public Health. $52,525, 2022
- **Water Quality Monitoring Observations to Support Hypoxia Management in Long Island Sound**. EPA/Environmental Protection Agency. $1,777,612, 2022
- **MARACOOS (Mid-Atlantic IOOS): Powering Understanding and Predictions of the Mid-Atlantic Ocean, Coast, and Estuaries**. DOC/NOAA/National Oceanic and Atmospheric Administration/University of Delaware. $1,407,320, 2022
- **NERACOOS: a responsive ocean observing system for the changing northeast region.** DOC/NOAA/National Oceanic and Atmospheric Administration/Northeastern Regional Association of Coastal Ocean Observing Systems. $1,774,968, 2022
- **Constraining Models of Metabolism and Ventilation of Bottom Water in Long Island Sound Using Oxygen Isotopes.** C.R. Tobias, EPA/Long Island Sound Office. $649,386, 2021

## PUBLICATIONS

## REFEREED JOURNAL ARTICLES

1. Yan, J., C. Lui, Y. Onat, and J. O'Donnell (2024) Lateral velocity shear in a narrow tidal inlet. J.G.R. (Oceans) In revision.

2. Hogan, L., C.J. Zappa, A. Cifuentes-Lorenzen, J.B. Edson, and D. Ullman (2024). Observations of Breaking Wave Dissipation and Their Relationship to Atmosphere-Ocean Energy Transfer. J. Geophys. Res. (Oceans); in press

3. Cifuentes-Lorenzen, A. C. Zappa, J. Edson, J. O'Donnell, and D. Ullman (2023). Exploring the role of wave-driven turbulence at the air-sea interface through measurements of TKE dissipation rates across the air-sea interface J. Geophys. Res. (Oceans) 129, e2023JC020308; https://doi.org/10.1029/2023JC020308

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

4.  Pais, N., N. Ravishanker, J. O'Donnell, and E. Shaffer, (2023). Ensemble Hindcasting of Coastal Wave Heights J. Mar. Sci. Eng. 2023, 11, 1110; https://doi.org/10.3390/jmse11061110

5.  Ilia, A. A. Cifuentes-Lorenzen, G. McCardell, T. Fake, J. O'Donnell (2023) Wave Growth and Dissipation in a Narrow Fetch-Limited Urban Estuary: Long Island Sound. J. Mar. Sci. Eng. 2023, 11(8), 1579; https://doi.org/10.3390/jmse11081579

6.  Ilia, A., McCardell, G., Howard-Strobel, M., & O'Donnell, J. (2023). Observations of Autumnal Cooling in a Large Estuary. Journal of Geophysical Research: Oceans, 128, e2022JC018586; https://doi.org/10.1029/2022JC018586

7.  McCardell, G., Horwitz, R., Ilia, A., Howard Strobel, M. K., Fake, T., & O'Donnell, J. (2023). Heat Flux Estimates From a Synthesis of Satellite Observations and a Hydrodynamic Model (With Application to Long Island Sound). Journal of Geophysical Research: Oceans, 128, e2022JC018463; https://doi.org/10.1029/2022JC018463

8.  Lui, C., Y. Onat, Y. Jia, and J. O'Donnell (2021) Modeling nearshore dynamics of extreme storms in complex environments of Connecticut. Coastal Eng.; https://www.sciencedirect.com/science/article/pii/S037838392100106X

9.  Shin, Y., A. Cifuentes-Lorenzen, M.M. Howard Strobel, and J. O'Donnell (2021) Waves in Western Long Island Sound: A Fetch-Limited Coastal Basin. J. Geophys. Res. 126, e2020JC016468 https://doi.org/10.1029/2020JC016468

10. Liu, C., J.Yia, Y. Onat, A. Cifuentes-Lorenzen, A. Ilia, G. McCardell, T. Fake, and J. O'Donnell (2020) Estimating the Annual Exceedance Probability of Water Levels and Wave Heights from High Resolution Coupled Wave-Circulation Models in Long Island Sound. J. Mar. Sci. and Eng. 2020, 8(7), 475; https://doi.org/10.3390/jmse8070475

11. Foster, M., J. O'Donnell, M. Luchenbach, E. Andrews, E. Steinhilber, J. Wells, and M. Davis, Resilience in U.S. Universities: Prospects, Opportunities, and Models. (2018). Marine Tech. Soc. Journal V52, 2, pp 106-110

12. Ilia, A. and J. O'Donnell, (2018). An Assessment of Two Models of Wave Propagation in an Estuary Protected by Breakwaters. J. Marine Sci. and Eng. 6, 145. https://doi.org/10.3390/jmse6040145

13. McCardell, G.M, J. O'Donnell, A. Souza, and M. Palmer (2015). Internal tides and tidal cycles of vertical mixing in western Long Island Sound. J. Geophys. Res. (Oceans); 121,1063-1084, https://doi.org/10.1002/2015JC010796

14. Twardowski, M.S., D.W. Townsend, J.M. Sullivan, C. Koch, N.R. Pettigrew, J. O'Donnell, C. Stymiest, J. Salisbury, T. Moore, R. Young-Morse, N.D. Stockley, and J.R. Morrison. 2015. Developing the first operational nutrient observatory for ecosystem, climate, and hazard monitoring for NERACOOS. Marine Technology Society Journal, Volume 49, Number 3, May/June 2015, pp. 72-80(9)

15. Townsend, D.W., N.R. Pettigrew, M.A. Thomas, M.G. Neary, D.J. McGillicuddy, and J. O'Donnell (2014). Water masses and nutrient fluxes in the Gulf of Maine. Journal of Marine Research, 73, 93–122, 2015

16. Ganju, N.K., M. J Brush, B. Rashleigh, A.L Aretxabaleta, P. del Barrio, M. Forsyth, J.S Grear, L. A Harris, S. J. Lake, G. McCardell, J. O'Donnell, D.K. Ralston, J. M. Testa, and J. M. P. Vaudrey (2014). Progress and challenges in coupled hydrodynamic-ecological estuarine modeling, Estuaries and Coasts, Estuaries and Coast, doi:10.1007/s12237-015-0011-y, 2015

17. McCardell, G.M. and O'Donnell, J. (2014). Estimates of Horizontal Fluxes of Oxygen, Heat, and Salt in Western Long Island Sound. J. Geophys. Res. 119, 7267–7276, doi:10.1002/2014JC009904

18. O'Donnell, J., R. E. Wilson, K. Lwiza, M. Whitney, W. F. Bohlen, D. Codiga, T. Fake, D. Fribance, M. Bowman, and J. Varekamp (2014). The Physical Oceanography of Long Island Sound. In Long Island Sound: Prospects for the Urban Sea. Latimer, J.S., Tedesco, M., Swanson, R.L., Yarish, C., Stacey, P., Garza, C. (Eds.), ISBN-13: 978-1461461258

19. Fribance, D. B., J. O'Donnell, and A. Houk (2013), Residual circulation in western Long Island Sound, J. Geophys. Res. Oceans, 118, 4727–4745, doi:10.1002/jgrc.20329

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

20. Griffis, R, J. Howard et al. (2013). Oceans and Marine Resources in a Changing Climate. Oceanography and Marine Biology: An Annual Review, 2013, 51, 71-192

21. Ackleson, S. G., and J. O'Donnell (2011), Small-scale variability in suspended matter associated with the Connecticut River plume front, J. Geophys. Res., 116, C10013, doi:10.1029/2011JC007053

22. Bennett, D. M., J. O'Donnell, W.F. Bohlen and A.E. Houk (2010) Tides and Overtides in Long Island Sound. Journal of Marine Research, Volume 68, Number 1, January 2010, pp. 1-35(35)

23. O'Donnell, J. (2009). The Dynamics of Estuary Plumes and Fronts. In "Contemporary Issues in Estuarine Physics", A. Valle Levinson, edt. Cambridge University Press

24. Gay, P.S. and J. O'Donnell, (2009). Comparison of the Salinity Structure of the Chesapeake Bay, the Delaware Bay and Long Island Sound Using a Linearly Tapered Advection-Dispersion Model. Estuaries and Coasts, V32, 68-87.DOI 10.1007/s12237-008-9101-4

25. O'Donnell, J., H. G. Dam, W. F. Bohlen, W. Fitzgerald, P. S. Gay, A. E. Houk, D. C. Cohen, and M. M. Howard-Strobel (2008). Intermittent Ventilation in the Hypoxic Zone of Western Long Island Sound During the Summer of 2004. J. Geophys. Res. V113, C09025, doi:10.1029/2007JC004716

26. Levine, E.R., L. Goodman, and J. O'Donnell (2009). Turbulence in Coastal Fronts near the Mouth of Long Island Sound, J. Marine Systems, 78 (2009) 476–488

27. McCardell, G.M. and J. O'Donnell. (2009). A novel method for estimating vertical eddy diffusivities using diurnal signals with application to Western Long Island Sound. J. Mar. Systems. 77 (2009) 397–408

28. O'Donnell, J., S.G. Ackleson and E.R. Levine (2008). On the Spatial Scales of a River Plume. J. Geophys. Res. Oceans. V113. C04017, doi:10.1029/2007JC004440

29. Gay, P.S. and J. O'Donnell (2007) A one dimensional model of the salt flux in estuaries. J. Geophys. Res. 112, C07021, doi:10.1029/2006JC003840

30. Gay, P. S., J. O'Donnell, C. A. Edwards (2004), Correction to "Exchange between Long Island Sound and adjacent waters", J. Geophys. Res., 109, C10007, doi:10.1029/2004JC002660

31. Ullman, D.S., J. O'Donnell, J. Kohut, T. Fake, and A. Allen (2006). Trajectory Prediction using HF Radar Surface Currents: Monte Carlo Simulations of Prediction Uncertainties. J. Geophys. Res. 111, C12005, DOI 10.1029/2006JC003717

32. Li, C.Y. and J. O'Donnell (2005) The effect of channel length on the residual flow in tidally dominated estuaries. J. Phys. Oceanogr. Vol. 35, No. 10, pp. 1826–1840

33. Gay, P.S., J. O'Donnell and C.A. Edwards (2004), Exchange Between Long Island Sound and Adjacent Waters J. Geophys. Res. 109, C06017, doi:10.1029/2004JC002319

34. Lamborg, C. H., W.F. Fitzgerald, J. O'Donnell and T. Torgersen (2002). A non-steady state compartmental model of global-scale Mercury biogeochemistry with interhemispheric atmospheric gradients. Geochimica et Cosmochimica Acta Geochimica et Cosmochimica Acta, Vol. 66, No. 7, pp. 1105–1118, 2002

35. Wang, Y-H,. W.F. Bohlen and J. O'Donnell. 2000. Storm Enhanced Bottom Shear Stress and Associated Sediment Entrainment in a Moderate Energetic Estuary. Journal of Oceanography, Vol. 56, No. 3, pp. 311-317, 2000

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

36. O'Donnell, J., G.O. Marmorino and C.L. Trump, 1998. Convergence and downwelling at a river plume front. J. Phys. Oceanogr. v28, 1481-1495

37. Li, C. and J. O'Donnell, 1998. On the exchange flow in tidal rivers and shallow estuaries. Chin. J. Oceanology and Limnology. 6 (1). 1-8

38. Bogden, P.S. and J.O'Donnell, 1997. Generalized Inverse analysis of current measurements from a moving ship: estimating the tidal and non-tidal flows in Long Island Sound. J. Marine Res. 56, 989-1014

39. Li, C. and J. O'Donnell, 1997. Tidally driven residual circulation in estuaries with lateral depth variations. J. Geophys. Res. 102, 27913-27929

40. O'Donnell, J. 1997. Observations of near surface currents and hydrography in the Connecticut River plume with the SCUD array. J. Geophys. Res. 102, 25021-25033

41. Torgersen, T., E. DeAngelo, and J. O'Donnell, 1997. Calculation of horizontal mixing rates using 222Rn and the controls on hypoxia in western Long Island Sound, 1991. Estuaries, 20, 328-345

42. O'Donnell, J., A. A. Allen and D. L. Murphy. 1997. An assessment of the errors in Lagrangian velocity estimates obtained by FGGE drifters in the Labrador Current. J. Atmos. and Oceanic Tech. 14, 292-307

43. Valle-Levinson, A. and J. O'Donnell, 1997. Tidal Interaction with buoyancy driven flow in a coastal plain estuary. Coastal and Estuarine Studies, Vol. 53, 265-281

44. Torgersen, T., K. K. Turekian, N. Tanaka, V.C. Turekian, E. DeAngelo, J. O'Donnell, 1995. Ra Distribution in surface and deep water of Long Island Sound. Cont. Shelf Res. 16, 1545-1559

45. Mason, R.P., J. O'Donnell and W.F. Fitzgerald. 1994. Elemental mercury cycling within the mixed layer of the equatorial Pacific Ocean. In Mercury as a Global Pollutant: Towards Integration and Synthesis. C.J. Watras and J.W. Huckabee, editors. Lewis Press, Boca Raton, FL. pp. 83-97

46. O'Donnell, J. 1993. Surface Fronts in Estuaries: A Review. Estuaries, v16, 1, 12-39

47. Mason, R.P., J. O'Donnell, and W.F. Fitzgerald. 1993. Elemental cycling within the mixed layer of the equatorial Pacific Ocean. In "Mercury as a Global Pollutant", C.J. Watras and J.W. Huchabee, ed. Lewis Press, Chelsea, Michigan

48. O'Donnell, J. and P.F. Linden. 1992. Experiments on the Spinup of a Two Layer Fluid in a Rotating Cylinder. Geophys. and Astrophys. Fluid Dyn. v66, 47-66

49. O'Donnell, J. and P.F. Linden. 1991. Free Surface Effects on the Spinup of Fluid in a Rotating Cylinder. J. Fluid Mech. v232, 439-453

50. Benoit, J.M., T. Torgersen, and J. O'Donnell. 1991. An Advection/Diffusion Model for Solute Transport in Near-Shore Sediments Inhabited by Sedentary Polychaetes. Earth & Planet. Sci. Let. 105, 463-473

51. Torgersen, T. and J. O'Donnell. 1991. Tectonic and seismic fracturing processes and rare gases fluxes from the solid earth. Geophys. Res. Let. 18, No.5, 951-954

52. O'Donnell, J. 1990. The Formation and Fate of a River Plume; A Numerical Model. J. Phys. Oceanogr. 20, 551-569

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

53. O'Donnell, J. and R.W. Garvine. 1988. A Comment on "Tracking Fronts in Solutions of the Shallow Water Equations". J. Geophys. Res. 93: 15744-15750

54. O'Donnell, J. 1988. A Numerical Technique to Incorporate Frontal Boundaries in Two-Dimensional Layer Models of Ocean Dynamics. J. Phys. Oceanogr. 18: 1584-1600

55. Willmott, C.J. S.G. Ackleson, R.E. Davis, J.J. Feddema, K.M. Klink, D.R. Legates, J. O'Donnell and C.M. Rowe. 1985. Statistics for the Evaluation and Comparison of Models. J. Geophys. Res. 90: 8995-9005

56. O'Donnell, J. and R.W. Garvine. 1983. A Time-Dependent, Two-Layer Frontal Model of Buoyant Plume Dynamics. Tellus 35A: 73-80

## REFEREED CONFERENCE PROCEEDINGS AND SHORT ARTICLES

1. Liu,C., Onat, Y., and O'Donnell, J. (2023), Estimating storm surge impacts in Coastal Areas: A case study of the 18. Thames Ricer, CT, ISOPE Conference Proceedings, June 19-23, Ottawa, CA

2. O'Donnell, J. et. al. (2014). Report to the Joint Standing Committee on the Environment, The Connecticut General Assembly: The Connecticut Institute for Resilience and Climate Adaptation. February 15th, 2014

3. Li Wei, Zheng Peng, Hao Zhou, Jun-Hong Cui, Shengli Zhou, Zhijie Shi and James O'Donnell, Long Island Sound Testbed and Experiments, in *MTS/IEEE OCEANS'13*, pp. 1-6, San Diego, USA, 2013

4. Glenn, S., D. Aragon, L. Bowers, M. Crowley, R. Dunk, C. Evans, C. Haldeman, E. Handel, T. Haskins, J. Kerfoot, J. Kohut, J. Levin, T. Miles, L. Palamara, H. Roarty, O. Schofield, G. Seroka, M. Smith, N. Strandskov, J. Wilkin, Y. Xu, J. Zavala-Garay, C. Thoroughgood, G. Kuska, B. Lipphardt, M. Oliver, M. Shatley, W. Brown, A. Gangopadhyay, C. Jakubiak, A. Schmidt, E. Howlett, D. Ullman, J. O'Donnell, T. Fake, N. Georgas, A. Blumberg, M. Bruno, T. Herrington, W. Boicourt, T. Wozniak, J. Titlow, R. Toll, L. Atkinson, T. Updyke, N. Verona, H. Seim, M. Muglia, "Process-driven improvements to hurricane intensity and storm surge forecasts in the Mid-Atlantic Bight: Lessons learned from hurricanes Irene and Sandy", OCEANS 2013 MTS/IEEE Bergen: The Challenges of the Northern Dimension, 2013

5. O' Donnell, J. and J.E. O'Donnell (2012). Coastal Vulnerability in Long Island Sound: The Spatial Structure of Extreme Sea Level Statistics. *Oceans, 2012*, vol., no., pp.1-4, 14-19 Oct 2012 doi: 10.1109/OCEANS.2012.6405099

6. Morrison, J.R., N.R. Pettigrew, J. O'Donnell and J.A. Runge (2012). Rapid detection of climate scale environmental variability in the Gulf of Maine. *Oceans, 2012*, vol., no., pp.1-5, 14-19 Oct. 2012 doi: 10.1109/OCEANS.2012.6405064

7. Cui, J-H, S. Zhou, Z. Shi, J. O'Donnell, Z. Peng, M. Gerla, B. Baschek, S. Roy, P. Arabshahi, and X. Zhang (2012). Ocean-TUNE: a community ocean testbed for underwater wireless networks. In *Proceedings of the Seventh ACM International Conference on Underwater Networks and Systems* (WUWNet '12). ACM, New York, NY, USA, Article 17, 2 pages; DOI=10.1145/2398936.2398958 http://doi.acm.org/10.1145/2398936.2398958

8. Harlan, J.; Allen, A.; Howlett, E.; Terrill, E.; Kim, S.Y.; Otero, M.; Glenn, S.; Roarty, H.; Kohut, J.; O'Donnell, J.; Fake, T.; "National IOOS high frequency radar search and rescue project," *OCEANS 2011* , vol., no., pp.1-9, 1922 Sept. 201. http://ieeexplore.ieee.org/stamp/stamp.jsp?tp=&arnumber=6107090&isnumber=6106891

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

9.  O'Donnell, J. (2011). A Change in the Wind: Long Term Trends in the Forcing of Long Island Sound. Proceeding of the 2010 Long Island Sound Research Conference. https://repository.library.noaa.gov/view/noaa/40720/noaa_40720_DS1.pdf

10. McCardell, G. and J. O'Donnell, Correlation of Temperature Lags and Hypoxia in Long Island Sound, Proceeding of the 2008 Long Island Sound Research Conference. https://repository.library.noaa.gov/view/noaa/40719/noaa_40719_DS1-3.pdf

11. O'Donnell, J. and A.E. Houk (2008). The Structure and Variability of the Hydrography of the Block Island Sound. Invited Presentation, *2008 Ronald C. Baird Sea Grant Science Symposium, Block Island, RI.* https://www.researchgate.net/publication/311571337_The_Structure_and_Variability_of_the_Hydrography_of_the_Block_Island_Sound

12. O'Donnell, J. W.F. Bohlen and H.G. Dam (2006) Wind Stress and Ventilation of the Hypoxic Zone of Western Long Island Sound. Proceeding of the Long Island Sound Research Conference https://repository.library.noaa.gov/view/noaa/40716/noaa_40716_DS1.pdf

13. McCardell, G. and J. O'Donnell (2007). Vertical Mixing Rates and Hypoxia in Western Long Island Sound. Proceeding of the 2006 Long Island Sound Research Conference https://repository.library.noaa.gov/view/noaa/40716/noaa_40716_DS1.pdf

14. O'Donnell, J. (2004) Circulation and dispersion on the southern New England shelf: implications for ballast water exchange in the U.S. Exclusive Economic Zone. In Ballast water exchange: exploring the feasibility of alternate ballast water exchange zones in the North Atlantic. J. Pederson (ed.) pp. 44-50. Massachusetts Sea Grant Program MIT-W-03-002;http://nsgl.gso.uri.edu/mit/mitw03001/mitw03001_part1.pdf

15. O'Donnell, J. The Transport, Dispersion and Decay of Dissolved Materials in Western Long Island Sound. Proc. of the 2004 Long Island Sound Research Conference; https://repository.library.noaa.gov/view/noaa/40714/noaa_40714_DS1.pdf

19. Ackleson, S.G. and J. O'Donnell. Optical variability across a river plume front. Proc. Ocean Optics XIV, Monaco, 16-20 October 2000

20. O'Donnell, J., A. Dessler, The status of publishing AGU journals electronically, Eos Trans. AGU, 81(3), 23-23, 10.1029/00EO00017, 2000

21. O'Donnell, J. A. A. Allen, C. Oates and G. Rees, 1999. A comparison of Electromagnetic and Acoustic Current meters During a Leeway Drift Test. Proc. of the Sixth IEEE Working Conference on Current Measurement. pp 179-183. St. San Diego, CA. March 11-13, 1999

22. Morton, E.T. J. O'Donnell, A. A. Allen and C. Oates, 1999. Intercomparison of Acoustic and Electromagnetic Current Meters in a Shallow Estuary. Proc. of the Sixth IEEE Working Conference on Current Measurement. pp 184-190. St. San Diego, CA. March 11-13, 1999

23. C.-Y. Li, J. O'Donnell, A. Valle-Levinson, H.-Y. Li, K.-C. Wong, K. M. M. Lwiza, 1998, Tide induced mass-flux in shallow estuaries, in "Ocean Wave Measurement and Analysis", edited by Billy L. Edge and J. Michael Hemsley, vol. 2: 1510-1524

25. C.-Y. Li, J. O'Donnell and M.M. Howard-Strobel, 1997. Seasonal variation of the sea-breeze signal along the north coast of Long Island Sound. Preprint Volume. Second Conference on Coastal Atmospheric and Oceanic Prediction and Processes, 11-16 Jan, 1998, Phoenix, AZ, AMS, preprint volume. pp. 292-300

26. Howard Strobel, M.M., J. O'Donnell, W.F. Bohlen and D.R. Cohen, 1996. Observations of the hydrography of the Connecticut River during high and low discharge. Proc. of Third Long Island Sound Research Conference. Oct 25-26, 1996

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

27. Howard Strobel, M.M., J. O'Donnell, W.F. Bohlen and D.R. Cohen, 1996. Observations of the hydrography of the Connecticut River during high and low discharge. Proc. of Third Long Island Sound Research Conference. Oct 25-26, 1996

28. C. Li and J. O'Donnell, 1997. Tidally driven flow in shallow estuaries. 11th Conference on Atmospheric and Oceanic Fluid Dynamics, Preprint Volume. Tacoma, WA, June, 1997. American Meteorological Society, Boston, MA

29. Trump, C.L., G.O. Marmorino, and J. O'Donnell. 1995. Broadband ADCP Measurements of the Connecticut River Plume Front. Proc. of the Fifth IEEE Working Conference on Current Measurement. pp 73-78 St. Petersburg, FL. February 7-9, 1995

30. O'Donnell, J., and A. Allen, 1992. Observations of the hydrography and Lagrangian surface drift in Block Island Sound. Proceedings of the First Long Island Sound Research Conference, New Haven, Connecticut. October 23-24, 1992

31. O'Donnell, J. 1990. Transients in the Nonlinear Adjustment to Geostrophy. In "The Physical Oceanography of Sea Straits", L.J. Pratt ed. Kluwer Academic Publishers, Dordrecht

## TECHNICAL REPORTS

1. Galavotti, H., J. Vasslides, M. Poach, C. Bohlen, C.W. Hunt, M. Liebman, X. Hu, M. McCutcheon, J. Ammerman, J. O'Donnell, K. Howard-Strobel, J. Vella, J. Lehrter, K. Nielsen, J. Largier, T. Ford, A. Steele, K.K. Yates, Y. Johnson, C. Brown, S. R. Pacella (2021). Measuring Coastal Acidification Using In Situ Sensors in the National Estuary Program. US EPA Report EPA-842-R-21001, 71 pp. https://www.epa.gov/system/files/documents/2021-08/coastal-acidification-nep-report_july-2021.pdf

2. O'Donnell, J., T. Fake, and J. E. O'Donnell (2021) Computing the Hypoxic Volume in Long Island Sound – Final Report. Final Report to the Connecticut Department of Environmental Protection

3. Perkins, C.R., M. R. Willig, S.J. Prestly, J. O'Donnell, G. McCardell, and K. Howard Strobel (2020). Sediment Chemistry and Transport in Suspected PCB Sites: Mill River and Yellow Mill Channel. Final Report to the Connecticut Department of Environmental Protection

4. S.A. Masino, J. O'Donnell, E. Barz, N. Connally, J. Crystal, K. DeRosia-Banick, S. Hardesty, J. Harrison, M. E. Hogan, A. Hulick,J. Marron, N. Martinez, C. Murphy-Dunning,T. Muruetagoiena, P. Raymond, A. Seth, H. White,J. White,and N. Zuba (2020). report of GC3 Science (2020). The Governor's Council on Climate Change (GC3) Science and Technology Working Group Final Phase 1 Report. https://portal.ct.gov/-/media/DEEP/climatechange/GC3/GC3-working-group-reports/GC3-Science-and-Technology-Working-Group-Final-Report-11-19-20.pdf

5. A. Daum, R. French, B. Garcia, A. Mais, J. Albis, D. Audet, G. Bradner, P. Brown, W. Cobleigh, C. Coleman, K. Dorgan, A. Farrar Houël, C. Johnson, R. LaFrance, J. MacDougald, J. O'Brien, J. O'Donnell, D. Sutherland, and J. Truscinski (2020). Governor's Council on Climate Change (GC3) Financing and Funding Adaptation and Resilience Working Group Report https://portal.ct.gov/-/media/DEEP/climatechange/GC3/GC3-working-group-reports/GC3_Financing__funding_Adaptation_Resilience_Final_Report_111320.pdf

6. O'Donnell, J. (2019) Sea Level Rise in Connecticut. Final Report to Connecticut Department of Energy and Environmental Protection https://circa.uconn.edu/wp-content/uploads/sites/1618/2019/02/SeaLevelRiseConnecticut-Final-Report-1.pdf

7. O'Donnell, J., T. Fake, K. Howard Strobel, and H. Dierssen (2017). Water Quality Enhancements to Support Hypoxia Management in Long Island Sound. Final Report to the Long Island Sound Study (LI96161101). DOI: 10.13140/RG.2.2.30369.45925

1. O'Donnell, J., M.M. Howard Strobel and M.M Whitney (2017), Road Flooding in Coastal Connecticut: Final Report to South Central Regional Council of Governments. https://circa.media.uconn.edu/wp-content/uploads/sites/1618/2019/01/June-2017-Road-Flooding-Final-Report.docx.pdf

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

9.    O'Donnell, J. E. D., J. O'Donnell and T. Fake (2016). Detecting Climate Change Impacts in Long Island Sound. Final Rept. to US EPA, the Long Island Sound Study, EPA Grant Number LI96144501

10.   O'Donnell, J., M.M. Howard Strobel and M.M Whitney (2016). A study of Coastal Flooding at Jarvis Creek, CT. https://circa.uconn.edu/wp-content/uploads/sites/1618/2016/02/Jarvis-Creek-Flooding-Study_ReportFinal_29Aug2016.pdf

11.   Hay, B. and J. O'Donnell (2016). Supplemental Environmental Impact Statement for the Designation of Dredged Material Disposal Site(s) in Eastern Long Island Sound. EPA Report. https://www.epa.gov/sites/default/files/2016-11/documents/elis_fseis_-_full_report_with_appendices_submitted_04nov16.pdf

12.   O'Donnell, J., K. Howard-Strobel, D. Cohen, S. Ackleson, A. Cifuentes-Lorenzen, D. B. Fribance, R. Horwitz. G. McCardell, T. Fake, W.F. Bohlen (2015). Physical Oceanography of Eastern Long Island Sound Region: App. C-1, Field Data. Supplemental Environmental Impact Statement for the Designation of Dredged Material Disposal Site(s) in Eastern Long Island Sound DOI: 10.13140/RG.2.1.3148.7608

13.   O'Donnell, J. G. McCardell, T. Fake, and R. Horwitz (2015). Physical Oceanography of Eastern Long Island Sound Region: App. C-2, Modeling. Supplemental Environmental Impact Statement for the Designation of Dredged Material Disposal Site(s) in Eastern Long Island Sound DOI: 10.13140/RG.2.1.2886.6160

14.   Hay, B. O'Donnell, J. and K. Howard Strobel (2015). Physical Oceanography of Eastern Long Island Sound Region: Sediment Transport, App. G. Supplemental Environmental Impact Statement for the Designation of Dredged Material Disposal Site(s) in Eastern Long Island Sound DOI: 10.13140/RG.2.1.4885.4648

16.   O'Donnell, J., G. McCardell and T. Fake (2015). Physical Oceanography, in "SeaFloor Mapping of Long Island Sound-Final Report: Phase 1 Pilot Project". pp 382-429 (Unpublished Project Report) U.S. E. P. A. Long Island Sound Study http://longislandsoundstudy.net/wp-content/uploads/2010/02/LISCF_PilotMappingProject_Report_Final_June2015-reduced-file-size.pdf

17.   O'Donnell, J., J.J. Fitzpatrick, G. McCardell, R. Horwitz (2014). The Development of a Community Model of Nutrient Transport and Cycling for Long Island Sound. Final Rept. to US EPA, the Long Island Sound Study, EPA Grant Number LI-97127101. https://www.researchgate.net/publication/388861165_The_East_River_Historic_and_Future_Impacts_on_Long_Island_Sound

18.   Dam, HG., J. O'Donnell and A.N.S. Siuda (2010). A Synthesis of Water Quality and Planktonic Resource Monitoring Data for Long Island Sound. Final rept. Long Island Sound Study, LI-97127501. https://www.researchgate.net/publication/291695552_A_Synthesis_of_Water_Quality_and_Planktonic_Resource_Monitoring_Data_for_Long_Island_Sound#fullTextFileContent

19.   O'Donnell, J, H.G. Dam, T. Fake and G. McCardell (2008) Simulation of Long Island Sound with the System-Wide Eutrophication Model (SWEM): Inter-annual Variability and Sensitivity. https://longislandsoundstudy.net/wp-content/uploads/2010/02/LI97127101Final-ReportV2.pdf

20.   O'Donnell, J., D. Ullman, M. Spaulding, E. Howlett, T. Fake, P. Hall, I. Tatsu, C. Edwards, E. Anderson, T. McClay, J. Kohut, A. Allen, S. Lester, and M. Lewandowski (2005). Integration of Coastal Ocean Dynamics Application Radar (CODAR) and Short-Term Predictive System (STPS) Surface Current Estimates into the Search and Rescue Optimal Planning System (SAROPS). U.S. Coast Guard Technical Report DTCG39-00-D-R00008/HSCG32-04-J-100052. Copy available from https://apps.dtic.mil/sti/citations/ADA444766

21.   O'Donnell, J. R. Geyer, F. Feddersen, (2004). Small-Scale Mixing and Nearshore Processes, pp 97-100. in *Orion: Ocean Research Interactive Observatory Networks Report*, San Juan, Puerto Rico, Workshop Jan 4-8, 2004. Schofield, O. and M. K. Tivey edts. (available from http://www.geo-prose.com/pdfs/orion_report.pdf)

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

22.  Jahnke, Richard, John Bane, Andrew Barnard, John Barth, Francisco Chavez, Hans Dam, Ed Dever, Paul DiGiacomo, James Edson, Rocky Geyer, Scott Glenn, Ken Johnson, Mark Moline, James O'Donnell, Joan Oltman-Shay, Ola Persson, Oscar Scofield, Heidi Sosik and Eric Terrill (2003) Coastal Observatory Research Arrays: A Framework for Implementation Planning. CoOP Report No. 9, SkIO TR-03-01, 77 pp.

23.  Jahnke, Richard, Larry Atkinson, John Barth, Francisco Chavez, Kendra Daly, James Edson, Peter Franks, James O'Donnell and Oscar Schofield (2002) Coastal Ocean Processes and Observatories: Advancing Coastal Research. CoOP Report No. 8, SkIO TR-02-01, 51 pp.

24.  Jensen, G., L. Burnett, J. Good, J. Grassle and J. O'Donnell. Comprehensive Review: research, Academic Programs and Service Programs, School of Marine Sciences, College of Natural Sciences, Forestry and Agriculture, University of Maine. October 2003

25.  Ullman, David, James O'Donnell, Christopher Edwards, Todd Fake, David Morschauser, Michael Sprague, Arthur Allen, LCDR Brian Krenzien, (2003). Use of Coastal Ocean Dynamics Application Radar (CODAR) Technology in U. S. Coast Guard Search and Rescue Planning, US Coast Guard report CG-D-09-03. Copy available from Use of Coastal Ocean Dynamics Application Radar (CODAR) Technology in U.S. Coast Guard Search and Rescue Planning

26.  O'Donnell, J. and W.F. Bohlen (2003). The Structure and variability of the residual circulation in Long Island Sound. Final Report to the Connecticut Department of Environmental Protection. (Electronic copy available from james.odonnell@uconn.edu)

27.  O'Donnell, J. (2002) The Role of Dispersion in the Transport and Dilution of Dissolved Materials in the East River and Western Long Island Sound. Report to Jones, Verras and Freiberg, L.L.C., New Orleans, La. (Electronic copy available from james.odonnell@uconn.edu)

28.  Dick O'Donnell, J.E., P. Bogden, J. O'Donnell, H. Lyden, D. Lyzenga, D. Miller and C. Wackerman, 2000. Assessment of Satellite and Airborne Synthetic Aperture RADAR for U.S. Coast Guard Search and Rescue Planning. US. Coast Guard Research and Development Center Technical Report DTCG39-94-D-E56616

29.  O'Donnell, J. The Structure of Small Scale Fronts in River plumes. In GLOBEC-Gulf of Mexico. Report of a U.S. GLOBEC Workshop. Jan 13-15, 1999, Dagg, Ornter and Torres

30.  O'Donnell, J. et al. Report of the Working Group on Fronts and Eddies, CoOP Buoyancy-Driven Transport Processes Workshop, October 6-8, 1998, Salt Lake City, Utah

31.  Townsend, D.W., S. Corwin, S.G. Ackleson, L.M. Mayer, J. O'Donnell (1989). A hydrographic Survey of the North-Central Gulf of Maine: Results of the R/V Argo Maine Cruise, 14-16 August 1989. Bigelow Laboratory for Ocean Sciences Tech. Rep. 70

32.  O'Donnell, J., C. Oates and G. Reas, 1997. Aanderaa DCS 3500 Current Meter Test and Evaluation Report. US Coast Guard Research and Development Center Technical Report DTCG39-94-E56616/E00339

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

## Attestations

**1.** Opinions expressed in this report are those of Dr. James O'Donnell, Coastal Ocean Analytics LLC. The report was prepared under the terms of a contractual agreement with the Conservation Law Foundation, 62 Summer Street, Boston, Massachusetts, 02110.

**2.** In the agreement between Coastal Ocean Analytics LLC and the Conservation Law Foundation, the time to prepare the report, consult with their staff, council, and other advisors will be compensated at $325/hr.

**3.** Scope of work: Dr. James O'Donnell was engaged to provide consultation, research, analysis, advice, and testimony that uses his scientific and technical expertise regarding the impacts of climate change on sea level rise and other phenomena in support of a project to enforce compliance with the provisions of the federal Clean Water Act and the Resource Conservation and Recovery Act.

**4.** Previous Testimony: Dr. James O'Donnell has not testified in the past four years.

**5. Summary of Conclusions**

**5.1** There has been a significant increase in sea level affecting the New Haven Oil Terminal. Data obtained by the National Atmospheric and Oceanic Agency (NOAA) very near to the terminal shows that the annual mean water level has increased by 0.58 ft between 2000 and 2024. NOAA's other five gages in Long Island Sound show almost identical changes over this period. Since 1965, the first year in which a full year of data is available at Bridgeport, CT, the increase has been 0.95 ft. Over this interval, the annual mean at New London has increased 0.90 ft. The longest data record is from New London. Since 1939, the annual mean sea level there has increased by 1.08 ft.

**5.2** Sea level rise at the New Haven Oil Terminal is a consequence of the increase in global mean sea level (GMSL) and regional land subsidence. Prior to the availability of measurements by instruments, the level on the ocean relative to a fixed point on land in Connecticut can be inferred from geological evidence. Since approximately 1300 AD, the rate of increase has been 1 mm/yr. Recent estimates of the rate of land subsidence based on satellite data are consistent with this rate and can explain approximately 39% of the observed sea level rise. The remainer (61%) is a consequence of GMSL rise. Between 1971 and 2018, thermal expansion accounted for most (50.4%) of GMSL rise and 41.9% was due to increased water mass in the ocean basins. The remaining (7.7%) was due to the transfer of water stored on land to the ocean. More recently, between 2006 and 2018, the contribution from thermal expansion has reduced to 38.6%, and the ice and LSW have increased to 44.8% and 16.6%.

**5.3** Shell knew or should have known about sea level rise and the consequent increase in the risks of flooding. That sea level rise was occurring in many locations worldwide, was widely understood in the science community since at least 1950. In 1987, the National Research Council published a report authored by leading coastal engineers and scientists raising awareness of the threat of accelerating sea level rise to coastal infrastructure. They also offered guidance on how to include it in project planning. Engineers responsible for coastal infrastructure should have been aware of these results. Over the following two decades, numerous studies debating the rate of change were published in the coastal science and engineering literature. In 2011, the U.S. Army Corp of Engineers, a leader in best standards of practice in coastal engineering, released guidance that coastal infrastructure projects should consider sea level rise. In 2018, the State of Connecticut required towns and state agencies to include the expectation of up to 50 cm higher sea levels by 2050 in new projects. Consequently, it is my opinion that planning to address sea level rise should have started in 1987 when the NRC report was released.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Failing that, the recommendations of the USACE (2011) should have raised awareness. The Shell Global Solutions UK report by Brown (2017) is clear evidence that engineers within the company were concerned and aware of the IPCC (2013) projections. However, that study is now over a decade old and has been superseded by twice (Oppenheimer et al., 2019; Fox-Kemper et al., 2021) and prudent resilience measures should now use those results.

**5.4** Sea level will continue to rise significantly in the future. There is now unambiguous evidence from water level observations by gages and satellites that the rate of global sea level rise is increasing. Further, one of the most robust results of IPCC models (Fox-Kemper et al., 2021) is that sea levels will continue to rise until at least the middle of the next century. At 2100, model predictions for Connecticut that include vertical land movement span the range 2.3 ft (lower bound of SSP245) to 5.4 ft (the upper bound of SSP585) above the mean of the national tidal datum epoch.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

**Technical Report**

## 1 Opinion One: There has been a significant increase in Sea Level affecting the New Haven Oil Terminal

Predicting future water levels and depth at the coast has been critical to safe navigation since ships became large enough to survive extensive ocean voyages. Reidy (2008) describes the organization of the first systematic measurements (in the western world) and the development of the mathematical theory of tides which is now summarized succinctly by Pugh (1987) and Pugh and Woodworth (2014). The variations of the ocean level that are periodic are a consequence of the rotation of the earth and the gravitational attraction of the moon and the sun. Consequently, the periods of these oscillations are determined by astronomical cycles and can be reliably predicted with great accuracy. O'Donnell et al. (2014) summarizes the character of the tidal motions in Long Island Sound.

But water level fluctuations are not just caused by tides. Variations in water temperature, salinity (proportional to the fraction of freshwater), and the wind and air pressure variations due to season and weather also have substantial effects. To provide information to naval and commercial ship operators, the U.S. government has deployed a network of sensors to measure the water level at many ports and harbors and publishes forecasts of the times of high and low water as "tide tables." The technology for measurements and forecasts has evolved considerably since the tables of Banneker (1792). The National Atmospheric and Oceanic Administration (NOAA) is currently the agency responsible for the operation and maintenance of the water level observation network, data quality control, archiving and distribution, and the publication of forecasts. Several technologies are currently in use to make measurements at prescribed intervals relative to reference points on land, i.e., the station "benchmarks." Most have been transitioned to acoustic rangefinders. These use the time delay between a sound pulse and its echo to measure the distance from a source at known altitude to the water surface. Measurements often reported as the level relative to the benchmarks (the station datum), or the mean level over some prescribed time (mean sea level or MSL datum), or relative to the level of the Mean Higher High Water (MHHW datum).

When the benchmarks are surveyed to a geodetic datum, e.g., the North American Vertical Datum of 1988 (NAVD 88) by surveys or satellite (GPS) altimetry, the variations between stations can be estimated. These have great practical value since most states use the annual mean of the highest tidal water level each day sets the boundary between private land and that administered by the states as public trust. Further, surveys for infrastructure projects now commonly use NAVD88.

When a few decades of water level data became available, the statistics of the non-tidal variations (often referred to as storm surges) could be calculated and used to delineate areas vulnerable to coastal flooding. Pugh (1987) describes the development of those methodologies. Repeated surveys of the benchmarks, and the analysis of several decades of data demonstrated that the annual-mean level of the ocean was increasing at some stations and decreasing at others (e.g. Thorarinsson, 1940; Gutenberg, 1941). These studies made clear that the tide gage network measured the local Relative (to the land) Sea Level and that separating changes in the mean ocean level from vertical land motion (VLM) would require very precise land surveys over long distances. Gornitz et al. (1982) avoided this problem by selecting data from gages with long records and excluding those from areas with an established history of tectonic activity. They estimated that during the interval when data was available, the Global Mean Sea Level (GMSL) had been increasing at a rate of 1.2 mm/yr. However, this estimate was biased by lack of data in the southern hemisphere. Church and White (2011) describe how the availability of data from polar-orbiting satellites that measure the level of the ocean

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

surface with microwave transmitters-receivers and the global positioning system network augmented the data from the tide gage network to obtain much more precise GMSL estimates.

Understanding GMSL variations is critical since that is determined by processes that occur across the entire planet. Melting of glaciers and icecaps, and changes in the amount of water stored in the atmosphere and on land determine the mass of water in the ocean. The patterns of temperature and (to a lesser extent) salinity determine how much volume that water occupies and that determines the GMSL. Variations in ocean circulation can influence the shape of the ocean surface so that some areas like the northwest Atlantic are above the GMSL and other parts of the ocean are below it. At any coastal location, the rate of change of relative sea level is the sum of that due to global scale processes and the local VLM.

Observations of sea level within 1 km of the New Haven Oil Terminal are available from the National Oceanic and Atmospheric Administration (NOAA) sea level monitoring gage at New Haven, CT, in a variety of formats and vertical datums from NOAA (2025). NOAA also operates a sea level monitoring gage at Montauk Point, NY, at the eastern end of Long Island. At the western end of Long Island Sound, they maintained a station at Willets Point between 1931 and 2000. In 1998 they established a gage nearby and have continued to operate it since. The overlap in the data record allows the annual means to be concatenated to provide estimates of the annual mean sea level at the western end of LIS from 1931. Figure 1 shows a map of LIS and the locations of these NOAA water level gages. The NOAA station numbers and the data intervals available are summarized in Table 1.

**Table 1,** Long term NOAA water level measurement station names, numbers, and the data intervals used in this study.

| Station Name | NOAA Number | Data Interval |
|---|---|---|
| New London, CT | 8461490 | 1938-2024 |
| Montauk Point, NY | 8510560 | 1947-2024 |
| Kings Point, NY | 8516945 | 1998-2024 |
| Willetts Point, NY | 8516990 | 1931-2000 |
| Bridgeport, CT | 8467150 | 1964-2024 |
| New Haven, CT | 8465705 | 2000-2024 |

The water level data from all stations is available from NOAA (2025) using the URL above but with the station number in column 2 to Table 1 substituted for that of New Haven. To facilitate comparison of the long-term trends, I adopt the National Tidal Datum Epoch (NDTE) reference level. This convention defines the mean of the observations at each station between 1983 and 2001 as zero. Data is unavailable at the New Haven gage for this entire interval, and it has not been surveyed to a geodetic datum. So, in the following graphics I assume that the annual mean of observations at New Haven in 2000 and 2001 are equal to the average of those at Bridgeport and New London.

In Figure 2(a) I show the monthly mean water levels at Bridgeport, CT, by the blue line. The mean of the observations obtained during the NTDE, shown in the Figure by the black vertical dashed lines, was subtracted from the data record. The red line shows the series filtered to remove the annual cycle with a 12-month running average. The same information is shown in Figure 2(b)-(e) for New London, New Haven, Montauk Point, and Willetts Point (combined with Kings Point).

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER



**Figure 1.** The coastline and bathymetry of Long Island Sound. The grey shading illustrates the water depth (in m) using the key at the bottom of the figure. The locations of the NOAA tide gages at New Haven, New London, Bridgeport, Kings Point, Willets Point and Montauk Point are also shown.



**Figure 2.** (a) The blue lines show the monthly mean series at Bridgeport, CT, and the red line shows the filtered series (i.e., a twelve-month running average). The grey strip bounded by the dashed vertical lines show the National Tidal Datum Epoch. (b)-(e) show the same data for stations at New London, New Haven, Montauk Point, NY, and Willets/Kings Point, NY.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

The similarity of the pattern of variation of the filtered water levels at the five stations shown in Figure 2 (red lines) is apparent. Figure 3, which shows them all on the same graph, demonstrates that they vary coherently and only differ by only a few centimeters in any year. It is particularly notable that Willets Point, NY, (the cyan line) and New London, CT, (the blue line) are at opposite ends of LIS and have the longest records, but the variations in the water level are almost identical throughout the 90-year record. Clearly, the variations in the data at the other stations are similar too. This is strong evidence that the water levels in LIS have been increasing at approximately the same rate since the mid-1930s.



**Figure 3.** The long-term variation in the filtered, monthly, mean water level series at the five stations listed in the legend on the upper right of the graph. These are the same lines as shown in red in Figure 2.

The data from the New Haven, CT, gage shown in Figure 3 and listed in Table 2 demonstrate that between 2000 and 2024, the annual mean water level has increased by 0.18 m or 0.58 ft. Over the same interval, the NOAA gages at Bridgeport, CT, and New London CT show increases of 0.19 m or 0.62 ft, and 0.19 m 0.62 ft, respectively.

**Table 2**. The increase in the annual mean sea level at Bridgeport, New Haven, and New London relative to 2000, the first complete year of data availability at New Haven.

| Year | | | New New | | | New New |
|------|------|------|------|------|------|------|
| 2000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2005 | 0.24 | 0.24 | 0.26 | 0.07 | 0.08 | 0.08 |
| 2010 | 0.39 | 0.41 | 0.42 | 0.12 | 0.13 | 0.13 |
| 2015 | 0.19 | 0.15 | 0.08 | 0.06 | 0.05 | 0.02 |
| 2020 | 0.39 | 0.35 | 0.38 | 0.12 | 0.11 | 0.11 |
| 2024 | 0.62 | 0.58 | 0.62 | 0.19 | 0.18 | 0.19 |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

The records at New London and Bridgeport are much longer than at New Haven, but since the annual mean sea levels across all Long Island Sound (LIS) are highly correlated, they can provide estimates of the change in the annual mean sea level over a longer interval. Since 1965, when the first complete year of measurements is available at Bridgeport, Table 3 shows that the increase in annual mean sea level has been 0.29 m or 0.95 ft, and at New London, it has been 0.28 m or 0.92 ft.

The longest series of water level measurements available in Connecticut is at the New London gage. Table 4 lists the annual means at decadal interval relative to 1939 and demonstrates that in that time the annual mean sea level there has increased by 0.33m or 1.08 ft. This is an excellent estimate of the change across the entire Long Island Sound and New Haven Harbor.

**Table 3.** The increase in the annual mean sea level at Bridgeport, and New London relative to 1965, the first complete year of data availability at Bridgeport.

| Year | Bridgeport | New London | Bridgeport | New London |
|------|------------|------------|------------|------------|
|      | (feet above 1965) | | (meters above 1965 mean) | |
| 1965 | 0 | 0 | 0 | 0 |
| 1975 | 0.22 | 0.16 | 0.07 | 0.05 |
| 1985 | 0.22 | 0.13 | 0.07 | 0.04 |
| 1995 | 0.28 | 0.23 | 0.09 | 0.07 |
| 2005 | 0.56 | 0.54 | 0.17 | 0.17 |
| 2015 | 0.51 | 0.36 | 0.16 | 0.11 |
| 2024 | 0.95 | 0.9 | 0.29 | 0.28 |

**Table 4**. The increase in the annual mean sea level at New London, relative to 1939, the first complete year of data availability.

| Year | New London (feet) | New London (meters) |
|------|------|------|
| 1939 | 0 | 0 |
| 1949 | 0.08 | 0.02 |
| 1959 | 0.12 | 0.04 |
| 1969 | 0.31 | 0.09 |
| 1979 | 0.2 | 0.06 |
| 1989 | 0.26 | 0.08 |
| 1999 | 0.53 | 0.16 |
| 2009 | 0.74 | 0.22 |
| 2019 | 0.88 | 0.27 |
| 2024 | 1.08 | 0.33 |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

## 2. Opinion Two: Causes of Sea Level Rise at New Haven

The evident rise in the annual mean sea level across the LIS water level gage network is a consequence of both Vertical Land Movement (VLM) and Global Mean Sea Level (GMSL) rise. Donnelly et al. (2004) studied the stratigraphy of sediments in a marsh in eastern Connecticut and inferred a rate of 1 mm/yr rate of sea level rise relative to land between 1300 and 1850 AD. Later VLM rates estimated by Zervas et al. (2013) were based on water level gage observations and the assumption that the effect of oceanic and atmospheric processes cause variations in sea level at a regional scale, so that subtraction of the common trends reveals the underlying spatial structure of VLM. Table 5 presents the result of that analysis for stations in Long Island Sound. It indicates that the land levels where the gages were located (New London, Bridgeport and Kings Point) were becoming lower at approximately the same rate. The differences between the values are less than the width of the 95% confidence interval. The data record was too short to provide estimates at New Haven. Note that the magnitude of the estimate at Montauk Point was substantially larger.

**Table 5.** The rate of vertical land movement (VLM) at tide stations with long records in Long Island Sound as estimated by Zervas et al. (2013).

| Station Name | NOAA Station Number | VLM (mm/yr) | 95% interval (mm/yr) |
|---|---|---|---|
| New London | 8461490 | -0.67 | 0.1 |
| Bridgeport | 8467150 | -0.76 | 0.15 |
| Willets-Kings Point | 8516990 | -0.67 | 0.07 |
| **Mean** | | **-0.70** | **0.1** |
| Montauk Point | 8510560 | -1.23 | 0.15 |

The recent availability of data from the satellite-based synthetic aperture radar (SAR) and the global navigation satellite system (GNSS) has enabled a new approach to estimation of VLM at finer scales. Bekaert et al. (2018) exploited this new data to estimate the rate of subsidence across Hampton and Norfolk, VA, as scales of 20-30 m. They found values that were high and varied significantly, with some areas subsiding and others elevating. In contrast, Hammond et al. (2021) reported a study of the global variation in VLM rates using GNSS data and confirmed that southern New England is near the transition between the area of North America that is rising, and the area that is subsiding because of glacial isostatic adjustment (GIA). Consequently, regional VLM rates are low compared to those in other states. Hammond et al. (2021) also reported estimates at the sites of NOAA tide gages with long data records and these are presented in Table 6. The regional mean of the VLM rate at stations on the northern side of Long Island Sound is -1.33 mm/yr. These are approximately twice those estimated by Zervas et al. (2013). Though the uncertainties in the new estimates remain large, and the differences across the region are not statistically significant, it is worthwhile noting that the New London and Montauk Point rates are similar, and the Bridgeport and Willets Point rates are similar, suggesting an east-west variation in VLM.

To better compare the results of the sea level rise projections produced by Working Group of the 6th Assessment Report of the Intergovernmental Panel on Climate Change (IPCC, 2021) with observations at water level gages, they included the effects of spatially variable VLM using the

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

regional approach of Kopp et al. (2014) and Dangendorf et al. (2019). Ohenhen et al. (2023) combined GNSS and GPS data sources to develop estimates of VLM along the east coast of North America at ~50 m resolution and identified areas of high subsidence rate, particularly around coastal marshes. They compared these results to those used in IPCC (2021) at water level gages. At Bridgeport, CT, the estimated -1.2 ± 0.2 mm/yr which was consistent with the mean used in IPCC (2021) and the Hammond et al. (2021) estimate in Table 6.

**Table 6.** The rate of vertical land movement (VLM) at tide stations in LIS using GPS and reported by Hammond et al. (2021)

| Station Name | NOAA Station Number | VLM (mm/yr) | 68% interval (mm/yr) |
|---|---|---|---|
| New London | 8461490 | -1.50 | ± 0.32 |
| Bridgeport | 8467150 | -1.24 | ± 0.26 |
| Willets-Kings Point | 8516990 | -1.24 | ± 0.28 |
| **Mean** | | **-1.33** | **± 0.29** |
| Montauk Point | 8510560 | -1.50 | ± 0.19 |

Between 1939 and 2024, the annual mean sea level at New London has increased by 0.33 m or 1.08 ft. If during that time the VLM rate had been constant at 1.5 mm/yr, only 0.13 m (0.42 ft), or 39% of the observed increase in sea level could be attributed to regional land subsidence. This is an equally valid estimate of the contribution of VLM to sea level rise at New Haven.

The impact of GMSL changes in LIS is clear in Figure 4, which displays the same data as in Figure 3 but with the datum defined as the average between 1993 and 2010 to conform with that used in the IPCC studies. The black solid line is the result of the trend in GMSL based on the analysis of global tide gage data by Palmer et al. (2021) and the band shaded magenta is their estimate of the 90% uncertainty interval. The thick black line shows GMSL based on the results of five analyses of satellite data (Watson et al., 2015; Legeais et al., 2018; Pujol et al., 2018; Beckley et al., 2017; and Legeais et al., 2018). Each is plotted as a series of black dots, but they are indistinguishable at the scale of the graph and appear as a thick line. The trends in annual mean sea level at the LIS stations are clearly consistent with the GMSL, though slightly faster due to local VLM and local ocean processes. The large amplitude oscillations at approximately decadal period in the LIS data are a signature of changes in ocean dynamics (McCarthy et al., 2015).

The decadal-scale oscillations in annual mean sea level that are evident in Figures 3 and 4 have amplitudes in the range of 5-10 cm. McCarthy et al. (2015) showed that the oscillations in the annual mean difference between coastal water levels in southern New England and the South Atlantic Bight (south of Cape Hatteras) waters correlated with atmospheric forcing as indicated by the North Atlantic Oscillation (NAO) index (Hurrell et al, 2001). They also showed that they were coherent with fluctuations in the magnitude of the Atlantic overturning circulation and, consequently, the rate of northward heat transport. Temperature changes in the inter-gyre region of the North Atlantic determine the Atlantic Multi-decadal Oscillation (AMO) index which is well known to correlate with hemispheric-scale weather patterns. The sea level fluctuations are, therefore, manifestations of the coupling of atmospheric and ocean circulation variability. Whether the amplitude of these oscillations is changing is currently unclear.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER



**Figure 4.** The colored lines show the same data from LIS tide gages as Figure 3 but referenced to the zero as the average between 1993 and 2010 (the grey stripe). The thick black line shows the global mean sea level (GMSL) estimated by the Palmer et al. (2021) analysis of tide gages and the feint magenta band is the associated uncertainty (90%). The thick black line is comprised of five different time-series of GMSL estimates from analyses of satellite observations that can't be discriminated.

The GMSL trend (not the local VLM) arise from four sources: thermal expansion of ocean waters due to global warming, increased water mass in the ocean basins due to loss of land-based ice (melting of glaciers and ice sheets), changes to the amount of land-based water storage (lakes, rivers, etc., or LWS), and changes in ocean circulation. The extensive analysis of available data and global models reported in the Sixth Assessment Report (AR6) of the Intergovernmental Panel on Climate Change (IPCC) concluded with high confidence that thermal expansion accounted for 38% of GMSL between 1901 to 2018 and ice mass loss contributed 41% (Fox-Kemper et al., 2021).

Fox-Kemper et al. (2021) also combined empirical estimates of the major contributions to the ocean mass budget to infer the relative importance of the physical mechanisms that cause the observed GMSL trends between 1971 and 2018. This was facilitated by improved estimates of changes in the LWS, glacier, Antarctica and Greenland melting rates, and the ocean heat content. Figure 5 (reproduced from Cross-Chapter 9.1, Figure 1b of Fox-Kemper et al., 2023) summarizes the evolution of the central estimates of the contributions due to (a) the thermal expansion of three layers of the ocean (blue shades and black); (b) melting of glaciers, Greenland and Antarctica (grey shades), and (c) LWS. The observed GMSL is shown by the black dashed line. The combined uncertainty in the sum of the contributions (a)-(c) is illustrated on the right of the figure by the red shading and the uncertainty in the estimate of the change in GMSL between 1971 and 2018 is shown by the grey bar. That these overlap, indicates that the budget and the GMSL estimates are consistent.

In summary, Figure 5 implies that most GMSL rise has been due to thermal expansion and melting of land-ice. Between 1971 and 2018, thermal expansion accounted for 50.4% and 41.9% was due to increased water mass in the ocean basins and less in ice. The remainder, 7.7%, was due to the transfer

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

of LSW to the ocean. More recently, between 2006 and 2018 the contribution from thermal expansion has reduced to 38.6%, and the ice and LSW have increased to 44.8% and 16.6%.



**Figure 5.** The dashed black line shows the observed changes in components of global mean sea level for 1971–2018 based on tide gauge data for 1971–1993 and satellite altimeter data for 1993–2018, smoothed by a three-year running mean. The colors show the contributions to the ocean level budget (see key on upper left). The red bar and shading show the central estimate and 90% range of the sum of the components and the black bar and grey shading show the central estimate and 90% range of the difference in the GMSL between 1971 and 2018.

### 3. Opinion Three: Shell Knew or Should Have Known about Sea Level Rise and the Risks of Flooding

The first analysis of ocean water level measurements that revealed sea level rise was reported by Gutenberg (1941), who estimated a rate of 1 mm/yr. Barnett (1985) provides an extensive survey of other early estimates including those of Thorarinsson (1940), Lisitzin (1958), Wexler (1961), Fairbridge and Krebs (1962), Emery (1980), and Gornitz et al. (1982). He also considered whether there was evidence of an increase in the rate associated with the increasing concentration of $CO_2$ in the atmosphere and concluded that there wasn't.

In 1983 the National Research Council's (NRC) Board on Atmospheric Sciences and Climate released a report prepared by the Carbon Dioxide Assessment Committee (NRC, 1983). They recognized that a likely consequence of the rising level of atmospheric $CO_2$ would be an increase in mean sea level of approximately 0.7 m, but they acknowledged that a much larger rate of rise was "*not unlikely*". A subsequent publication of the NRC's Committee on Engineering Implications of Changes in Sea Level (NRC, 1987) offered three future sea level trajectories that were quadratic in time (rates

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

increased) and led to increases of 0.5, 1.0 and 1.5 m by 2100 (relative to 1987). The committee did not recommend the use of a particular assumption, but did recommend that designers be "aware of the probability of increasing sea level and to keep all response options open". For structures that are "ill-suited for retrofitting" they recommended that it would be "appropriate to allow for an acceleration of sea level rise in the initial design". They also recommended that "sea level change during a structure's design service life should be considered".

The NRC (1987) report also offered advice to Government agencies with the statement "Feasibility studies for coastal projects (e.g., shore protection projects of the U.S. Army Corps of Engineers and storm surge studies of the Federal Emergency Management Agency) should consider the high probability of accelerated sea level rise. It may be some time before precise estimates of future sea level rise are possible. In the meantime, the risks associated with a substantial rise should not be disregarded. Instead, feasibility studies should consider which designs are most appropriate for a range of possible future rates of rise. Strategies that would be appropriate for the entire range of uncertainty should receive preference over those that would be optimal for a particular rate of rise but unsuccessful for other possible outcomes."

A broader alert that global mean sea level (GMSL) was increasing arrived in 1990 when the NRC (1990), and the Intergovernmental Panel on Climate Change (IPCC) First Assessment (Houghton et al., 1990) reports were released. The IPCC concluded "that it is highly likely that sea level has been rising over the last 100 years". They summarized thirteen earlier works that yielded a range of estimates of the rate and concluded that the average rate over the prior century was 2 mm/yr.

Subsequent work focused on detecting whether the rate was accelerating. Douglas (1992) and Church et al. (2004) didn't find evidence of any change in the rate. However, Church and White (2006) used longer data sets and argued for an acceleration of the rate of sea level rise. The fourth IPCC Assessment (IPCC, 2007) concluded that between 1993 to 2003 the rate was substantially higher than earlier. However, they included the caveat that the increase may be due to decadal variability rather than an actual increase in the longer-term trend. Houston and Dean (2011) presented an alternative analysis rejecting their conclusion which was then disputed by Donahue and Parkinson (2011) and Rahmstorf and Vermeer (2011). These disagreements were largely due to the limited availability of long data records with which to average the decadal-scale oscillations associated with ocean-atmosphere dynamics, and the bias arising from the concentration of tide gages in the northern hemisphere.

Recognition that accelerating sea level rise should be incorporated in civil projects undertaken by the US Army Corp of Engineers (USACE) was released on October 1st, 2011, as Circular 1165-2-212 (EC 1165-2-212) under the authority of the Commander. It asserted "Impacts to coastal and estuarine zones caused by sea-level change must be considered in all phases of Civil Works programs" and in an accompanying technical memo, revised the three NRC formulae. This policy was superseded by USACE (2013), Regulation No. 1100-2-8162 (ER 1100-2-8162) with additional revisions to the policy. It was then updated in both USACE (2014) and USACE (2019).

The Legislature of the State of Connecticut recognized the threats of sea level rise in 2017 and required in Connecticut General Statutes (Section 25-68o(b)) that the Department of Energy and Environmental Protection cooperate with the University of Connecticut to develop a sea level change scenario for use in municipal and state planning and regulation. After a public hearing on the recommendations developed by O'Donnell (2019), based on the IPCC (2013) Fifth Assessment Report, the NOAA (2012) report and an analysis of observations made in Connecticut, the Legislature adopted the requirement that the sea level change scenario of 0.5 m (1 foot 8 inches) higher than

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

the national tidal datum in Long Island Sound by 2050 be required in municipal and agency project planning in coastal flood zones.

The 0.5 m level by 2050 was recommended by O'Donnell (2019) as it was the approximate upper bound of the range of four different approaches to estimating future sea level. The IPCC (2013) scenario RCP4.5 (the intermediate emissions reduction after 2050) was adopted but at 2050 the results of the higher emissions scenarios are very similar. Use of the upper bounds of projections at 2050 was deemed prudent and practical in the short term (~30 years). But since sea level was expected to continue to increase substantially after 2050, but with increasing uncertainty, a second recommendation was to repeat the analysis at least every 10 years to assess whether a higher threshold would be more appropriate.

In the report of Brown (2017), the suggested methodology in Appendix 3 is based on the same IPCC (2013) results as employed by O'Donnell (2019). However, they focus on the end of the century predictions of the RCP8.5 scenario. This leads to an upper bound of the likely range of GMSL of (2.8 ft) 0.85 m. Brown (2017) recommends that this estimate can be used for since many of their coastal infrastructure sites expect to be within 20% of this value. They also anticipate adding corrections for VLM.

The arrival of satellite data in the 21st century substantially reduced the spatial bias issues and allowed Oppenheimer et al. (2019) to reanalyze available the combined tide gage and satellite altimeter data, set to obtain and estimated an average rate of GMSL rise of 1.38±0.57 (90% confidence interval) mm/yr for the period 1901–1990, and 3.58 ± 0.48 mm/yr for 2006-2015. Oppenheimer et al. (2019) also exploited global climate model simulations to identify the relative significance of the processes that determined the rates.

The most recent (sixth) IPPCC Assessment Report (Fox-Kemper et al. 2023) refined Oppenheimer et al. (2019) analysis and confirmed the substantial, and statistically significant increase, in the rate of GMSL rise in the late 20th and early 21st century. Their estimates are listed in Table 4 and demonstrate that the current rate is approximately 2.5 times that in the last century.

**Table 7.** Estimate of global mean sea level rise rates over different time intervals. From Fox-Kemper et al. (2023), (their Table 9.5)

| Time Interval years | Rate mm/yr | 90% interval mm/yr |
|---|---|---|
| 1901-1990 | 1.35 | 0.78 to 1.92 |
| 1971-2018 | 2.33 | 1.55 to 3.12 |
| 1993-2018 | 3.25 | 2.88 to 3.61 |
| 2006-2018 | 3.69 | 3.21 to 4.17 |

A prudent coastal scientist should have been aware of the NRC (1987) report that recognized the threat of sea level rise to coastal infrastructure and called for federal action. When the USACE began to require both planned and existing coastal infrastructure projects to consider the effects of sea level rise, and its potential acceleration, the standard of practice was established. That they have continued to update this policy emphasizes its growing significance.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

## 4 Opinion Four: Sea Level Will Continue to Rise Significantly

The most recent, comprehensive and critically reviewed projections of future changes in mean sea level currently available is the IPCC report by Fox-Kemper et al. (2021). Projections for future sea level are computed for five shared socioeconomic pathway (SSP) scenarios. SSP245 is regarded as the "middle of the road" scenario described by Fricko et al. (2016). It anticipates that global development and income trends of the recent past will continue into the future and that there will be little additional international collaboration to reduce greenhouse gas emissions. It is thermodynamically similar to the RCP4.5 scenario of the 5th IPCC assessment, IPCC (2013), that was employed in the projections of O'Donnell (2019) and the recommendations of Brown (2017). This projection anticipates a warming of approximately 2.7°C by the end of the 21st century relative to 1850-1900. The high emissions scenario is SSP8-5. It anticipates no international agreement to limit greenhouse gas emissions.

The NASA (2025) Sea Level Projection Tool facilitates access to the results of the models and analyses developed by Fox-Kemper et al. (2021). Sea level projections are made available at Bridgeport and New London since there are long data series available for comparison. The projections are almost indistinguishable and apply equally well to New Haven. Figure 8 shows the annual mean of the data from all the LIS stations (as in Figures 3 and 4) together with the ensemble median projection for mean sea level at Bridgeport, adjusted to the National Tidal Datum, using the solid black line. The axis on the left shows the scale in meters and the right scale shows feet. The blue shading and the dashed black lines illustrate the 66% (17-83%) confidence interval based on the variations among the simulations due to uncertainty in the scientific understanding of the climate system. The grey shading bounded by the dotted lines illustrates the 90% (5-95%) confidence interval. The same results are provided in Table 5, and Table 6 presents the results for SSP585. The red bars in Figure 8 show the 90% interval of the SSP585 results for 2050 and 2100.

Note that the results show in 2050, the upper bound of the 66% confidence interval is 50cm, or 20 inches. This is the level that Connecticut adopted (O'Donnell, 2019) as the planning threshold for regulating the coastal flood zones. The probability that the annual mean sea level will exceed this value in 2050 is 17%. In 2100 the lower bound of the 90% interval is the same value, indicating that there is only a 5% probability that the mean sea level will be less than 0.5 m above the NTDE datum. O'Donnell (2019) argued that it would be prudent to use the upper bound of the range in (50cm or 20 inches) for planning purposes for 2050 since it is the least one should plan for in the long term (i.e., it is very unlikely to be less than this value) and that monitoring of trends in data will allow additional adaptation actions.

At 2050 the results of SSP245 and SPP585 are almost the same since the difference in the emissions in the two scenarios only begins to be significantly different after 2050. The center of the SSP245 interval is 2.70 ft at 2100 while in SSP585 it is 0.72ft higher (3.42 ft or 1.04 m). The upper bound of the 90% interval at 2100 in SSP585 is 5.35 ft (1.63 m), which is more than a foot high than the 4.28 ft projected in SSP245.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER



**Figure 6.** The solid black line shows the projection of the annual mean sea level at Bridgeport, CT, for scenario SSP4.5. Note that this elevation is relative to the mean water level in the interval 1995-2014, shown by the vertical dashed lines. The blue and grey shaded intervals contain 68% and 95% of the solutions in ensemble runs to explore the sensitivity to parameter choices and model differences. The red lines at 2050 and 2100 show the range of projections obtained for scenario SSP8.5. The data shown in Figures 3 and 4 are included.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

**Table 5** Results of the Fox-Kemper (2021) simulations for the annual mean water level in Long Island Sound for scenario SSP245. Note these levels are referenced to mean sea level at Bridgeport during the NTDE.

| Year | MSL (ft) | 66% CI (ft) | 90% CI (ft) | MSL (m) | 66% CI (m) | 90% CI (m) |
|------|------|------|------|------|------|------|
| 2020 | 0.45 | 0.3 -- 0.6 | 0.2 -- 0.7 | 0.14 | 0.1 -- 0.2 | 0.1 -- 0.2 |
| 2030 | 0.69 | 0.5 -- 0.9 | 0.3 -- 1.1 | 0.21 | 0.2 -- 0.3 | 0.1 -- 0.3 |
| 2040 | 0.96 | 0.7 -- 1.3 | 0.5 -- 1.5 | 0.29 | 0.2 -- 0.4 | 0.2 -- 0.5 |
| 2050 | 1.26 | 1 -- 1.6 | 0.8 -- 1.9 | 0.38 | 0.3 -- 0.5 | 0.2 -- 0.6 |
| 2060 | 1.53 | 1.2 -- 1.9 | 1 -- 2.3 | 0.47 | 0.4 -- 0.6 | 0.3 -- 0.7 |
| 2070 | 1.83 | 1.4 -- 2.3 | 1.2 -- 2.8 | 0.56 | 0.4 -- 0.7 | 0.4 -- 0.8 |
| 2080 | 2.11 | 1.6 -- 2.7 | 1.4 -- 3.2 | 0.64 | 0.5 -- 0.8 | 0.4 -- 1 |
| 2090 | 2.38 | 1.9 -- 3.1 | 1.6 -- 3.7 | 0.73 | 0.6 -- 0.9 | 0.5 -- 1.1 |
| 2100 | 2.7 | 2 -- 3.6 | 1.7 -- 4.3 | 0.82 | 0.6 -- 1.1 | 0.5 -- 1.3 |
| 2110 | 2.95 | 2.1 -- 4 | 1.7 -- 4.9 | 0.9 | 0.6 -- 1.2 | 0.5 -- 1.5 |
| 2120 | 3.25 | 2.3 -- 4.5 | 1.8 -- 5.4 | 0.99 | 0.7 -- 1.4 | 0.6 -- 1.7 |
| 2130 | 3.55 | 2.5 -- 4.9 | 2 -- 6 | 1.08 | 0.8 -- 1.5 | 0.6 -- 1.8 |
| 2140 | 3.85 | 2.7 -- 5.4 | 2.1 -- 6.5 | 1.17 | 0.8 -- 1.6 | 0.7 -- 2 |
| 2150 | 4.14 | 2.9 -- 5.8 | 2.3 -- 7.1 | 1.26 | 0.9 -- 1.8 | 0.7 -- 2.2 |

**Table 6.** Results of the Fox-Kemper (2021) simulations for the annual mean water level in Long Island Sound for scenario SSP585. Note these levels are referenced to mean sea level at Bridgeport during the NTDE.

| Year | MSL (ft) | 66% CI (ft) | 90% CI (ft) | MSL (m) | 66% CI (m) | 90% CI (m) |
|------|------|------|------|------|------|------|
| 2020 | 0.45 | 0.4 -- 0.6 | 0.3 -- 0.7 | 0.14 | 0.1 -- 0.2 | 0.1 -- 0.2 |
| 2030 | 0.7 | 0.5 -- 0.9 | 0.4 -- 1.1 | 0.21 | 0.2 -- 0.3 | 0.1 -- 0.3 |
| 2040 | 1.01 | 0.8 -- 1.3 | 0.6 -- 1.5 | 0.31 | 0.2 -- 0.4 | 0.2 -- 0.5 |
| 2050 | 1.34 | 1 -- 1.7 | 0.8 -- 2 | 0.41 | 0.3 -- 0.5 | 0.2 -- 0.6 |
| 2060 | 1.68 | 1.3 -- 2.1 | 1.1 -- 2.5 | 0.51 | 0.4 -- 0.7 | 0.3 -- 0.8 |
| 2070 | 2.06 | 1.6 -- 2.6 | 1.4 -- 3.1 | 0.63 | 0.5 -- 0.8 | 0.4 -- 0.9 |
| 2080 | 2.49 | 2 -- 3.2 | 1.7 -- 3.8 | 0.76 | 0.6 -- 1 | 0.5 -- 1.2 |
| 2090 | 2.95 | 2.4 -- 3.8 | 2 -- 4.5 | 0.9 | 0.7 -- 1.2 | 0.6 -- 1.4 |
| 2100 | 3.42 | 2.7 -- 4.4 | 2.3 -- 5.4 | 1.04 | 0.8 -- 1.4 | 0.7 -- 1.6 |
| 2110 | 3.75 | 2.8 -- 5.1 | 2.3 -- 6.1 | 1.14 | 0.8 -- 1.6 | 0.7 -- 1.9 |
| 2120 | 4.2 | 3.1 -- 5.7 | 2.6 -- 6.9 | 1.28 | 0.9 -- 1.8 | 0.8 -- 2.1 |
| 2130 | 4.64 | 3.4 -- 6.4 | 2.8 -- 7.7 | 1.41 | 1 -- 1.9 | 0.9 -- 2.4 |
| 2140 | 5.07 | 3.7 -- 7 | 3.1 -- 8.5 | 1.54 | 1.1 -- 2.1 | 0.9 -- 2.6 |
| 2150 | 5.47 | 4 -- 7.6 | 3.3 -- 9.3 | 1.67 | 1.2 -- 2.3 | 1 -- 2.8 |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

I certify under penalty of perjury that the opinions expressed in this expert report are true and correct to the best of my knowledge and ability as an expert in Coastal Physical Oceanography, sea level variations, tides, waves and surges. My opinions are stated to a reasonable degree of certainty and consistent with prevailing and scientific standards or practice.

*Submitted* on this 29th day of April, 2025.

James O'Donnell
Coastal Ocean Analytics LLC

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

**Materials Considered**

Banneker, B. (1792) "Benjamin Banneker's Pennsylvania, Delaware, Maryland and Virginia almanack, and ephemeris, for the year of our Lord, 1792; being bissextile, or leap-year, and the sixteenth year of American independence, which commenced July 4, 1776". Goddard and Angell, Baltimore, MD https://archive.org/details/gpl_529122/page/n9/mode/2up

Barnett, T. (1985) Long-term climate change in observed physical properties of the ocean. In Detecting the climatic effects of increasing carbon dioxide, M.C. MacCracken and F.M. Luther edts. US DOE/ER 0235 report, pages 91 to 107

Beckley, B. D., Callahan, P. S., Hancock, D. W., Mitchum, G. T., & Ray, R. D. (2017). On the "cal-mode" correction to TOPEX satellite altimetry and its effect on the global mean sea level time series. Journal of Geophysical Research: Oceans, 122, 8371–8384

Bekaert, D. P. S., B. Hamlington, B. Buzzanga, and C. E. Jones (2018). Spaceborne Synthetic Aperture Radar Survey of Subsidence in Hampton Roads, Virginia (USA). Scientific Reports, 7, 14752. https://doi.org/10.1038/s41598-017-15309-5

Brown, A.M. (2017) Metocean Design and Operating Considerations - Guideline for Inclusion of Climate Change Criteria in Metocean Criteria and Associated Adaptation

Church, J.A., N. J. White, R. Coleman, K. Lambeck, and X. Mitrovica (2004) Estimates of the regional distribution of sea level rise over the 1950 to 2000 period. Journal of Climate 17 (13):2609–2625

Church, J. A., & White, N. J. (2006). A 20th century acceleration in global sea level rise. Geophysical research letters, 33(1)

Dangendorf, S. C. Hay, F.M. Calafat, M. Marcos, C.G. Piecuch, K. Berk and J. Jensen (2019) Persistent acceleration in global sea-level rise since the 1960s. Nature Climate Change, 9(9), 705–710, doi:10.1038/ s41558-019-0531-8

Donnelly J.P., P. Cleary, P. Newby, R. Ettinger (2004) Coupling instrumental and geological records of sea-level change: evidence from southern New England of an increase in the rate of sea level rise in the late 19th century. Geophys. Res. Lett. 31:L05203

Donoghue. J.F. and R.W. Parkinson (2011) "Discussion of: Houston, J.R. and Dean, R.G., 2011. Sea-Level Acceleration Based on U.S. Tide Gauges and Extensions of Previous Global-Gauge Analyses. J. Coastal Res. 27(3), 409–417," J. Coastal Res. 27(5), 994-996. https://doi.org/10.2112/JCOASTRES-D-11-00098.1

Douglas, B.C. (1992) Global sea level acceleration. Journal of Geophysical Research–Oceans 97:12699–12706

Emery, K.O. (1980) Relative sea levels from tide-gauge records. Proc. Nat. Acad. Sci. 77 (12): 68686972

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Fairbridge, R. and O. Krebs, Jr. (1962) Sea level and the southern oscillation. Geophys. J. Roayl Astron. Soc. 6: 532-545

Fricko, O., P. Havlik, J. Rogelj, Z. Klimont, M. Gusti, N. Johnson, P. Kolp, M. Strubegger, H. Valin, M. Amann, T. Ermolieva, N. Forsell, M. Herrero, C. Heyes, G. Kindermann, V. Krey, D.L. McCollum, M. Obersteiner, S. Pachauri, S. Rao, E. Schmid, W. Schoepp, K. Riahi (2017) The marker quantification of the Shared Socioeconomic Pathway 2: A middle-of-the-road scenario for the 21st century, Global Environmental Change, Volume 42,251-267. https://doi.org/10.1016/j.gloenvcha.2016.06.004

Gornitz, V.L. L. Lebdeff and J. Hansen (1982) Global sea level trends in the last century. Science. 215:1611-1641

Gutenberg, B. (1941) Changes in sea level, post glacial uplift and mobility in the Earth's interior. Bull. Geol. Soc. Amer. 52:721-772

Hammond, W. C., G. Blewitt, C. Kreemer and R. S. Nerem (2021). GPS Imaging of Global Vertical Land Motion for Studies of Sea Level Rise. Journal of Geophysical Research: Solid Earth, 126, e2021JB022355. https://doi.org/10.1029/2021JB022355

Houston, J. and R.G. Dean. (2011) Sea level acceleration based on U.S. tide gauges and extensions of previous global-gauge analysis. Journal of Coastal Research 27 (3):409–417

Houghton, J. T., G. J. Jenkins, and J. J. Ephraums (1990) Climate Change, pp. 261-285, Cambridge University Press, New York

Hurrell, J. W., Y. Kushnir, and M. Visbeck, (2001). The North Atlantic Oscillation. Science, 291, 603605

IPCC (2007) Summary for Policymakers. In: Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M.Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA

IPCC (2013) Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 1535 pp

Kopp, R.E., R.M. Horton, C.M. Little, J.X. Mitrovica, M. Oppenheimer, D. J. Rasmussen, B.H. Strauss, C. Tebaldi (2014). Probabilistic 21st and 22nd century sea level projections at a global network of tide gauge sites. Earth's Future, 2, 383–406, doi:10.1002/2014ef000239

Legeais, J.-F., Ablain, M., Zawadzki, L., Zuo, H., Johannessen, J. A., Scharffenberg, M. G., Fenoglio-Marc, L., Fernandes, M. J., Andersen, O. B., Rudenko, S., Cipollini, P., Quartly, G. D., Passaro, M., Cazenave, A., and Benveniste, J. (2018) An improved and homogeneous altimeter sea level record from the ESA Climate Change Initiative, Earth Syst. Sci. Data, 10, 281–301, https://doi.org/10.5194/essd-10-281-2018

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Lisitzin, E. (1958) Sea Level Changes (Oceanographic Series Vol. 8) Elsevier, New York, NY

McCarthy, G., I. Haigh, J.M. Hirschi, J.P. Grist, and D.A. Smeed. Ocean impact on decadal Atlantic climate variability revealed by sea-level observations. Nature 521, 508–510 (2015). https://doi.org/10.1038/nature14491

NASA (2025) https://sealevel.nasa.gov/ipcc-ar6-sea-level-projection-tool (accessed March 10, 2025)

National Research Council (1983) Changing Climate: Report of the Carbon Dioxide Assessment Committee. Washington, DC: The National Academies Press. https://doi.org/10.17226/18714

Nerem R.S., Beckley B.D., Fasullo J.T., Hamlington B.D., Masters D., Mitchum G.T. (2018) Climate-change-driven accelerated sea-level rise detected in the altimeter era. Proc Natl Acad Sci;115(9):2022-2025. https://doi.org/10.1073/pnas.1717312115

NRC (1987) Responding to Changes in Sea Level, Engineering Implications, Committee on Engineering Implications of Changes in Relative Mean Sea Level, Marine Board, Commission on Engineering and Technical Systems, National Research Council. National Academy Press, Washington DC 1987, 148pp

NRC (1990) Sea Level Change, 234 pp., National Academy Press, Washington, DC

NOAA (2012) Parris, A., P. Bromirski, V. Burkett, D. Cayan, M. Culver, J. Hall, R. Horton, K. Knuuti, R. Moss, J. Obeysekera, A. Sallenger, and J. Weiss. 2012. Global Sea Level Rise Scenarios for the US National Climate Assessment. NOAA Tech Memo OAR CPO-1. 37 pp

NOAA (2025) Center for Operational Oceanographic Products and Services (CO-OPS) data server for New Haven. https://tidesandcurrents.noaa.gov/stationhome.html?id=8465705. (accessed February 1, 2025)

O'Donnell J. (2019) Sea level Rise in Connecticut. Final Report to Connecticut Department of Energy and Environmental Protection. [Internet]. Groton CT: CIRCA; Available from: https://circa.uconn.edu/wp-content/uploads/sites/1618/2019/02/SeaLevelRiseConnecticut-Final-Report-1.pdf

Ohenhen, L.O., Shirzaei, M., Ojha, C. et al. Hidden vulnerability of US Atlantic coast to sea-level rise due to vertical land motion. Nat Commun 14, 2038 (2023). https://doi.org/10.1038/s41467-023-37853-7

Palmer, M.D., C. M. Domingues, A. B. A. Slangen and F. Boeira Dias (2021). An ensemble approach to quantify global mean sea-level rise over the 20th century from tide gauge reconstructions. Environ. Res. Lett. 16 044043 https://doi.org/10.1088/1748-9326/abdaec

Pugh, D.T (1987) "Sea-Level Science: Understanding Tides, Surges, Tsunamis and Mean Sea-Level Changes." J. Wiley and Sons. ISBN-13 978-0471915058

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Pujol, M.-I., Y. Faugère, G. Taburet, S. Dupuy , C. Pelloquin, M. Ablain, and N. Picot, (2016). DUACS DT2014: the new multi-mission altimeter data set reprocessed over 20 years Ocean Sci., 12, 1067–1090, https://doi.org/10.5194/os-12-1067-2016

Rahmstorf, S. and M. Vermeer (2011) "Discussion of: Houston, J.R. and Dean, R.G., 2011. Sea-Level Acceleration Based on U.S. Tide Gauges and Extensions of Previous Global-Gauge Analyses." J. of Coastal Res. 27(3), 409–417, J. of Coastal Research, 27(4):784787 https://doi.org/10.2112/JCOASTRES-D-11-00082.1

Reidy, M.S. (2008) "Tides of History". Univ. of Chicago Press, Chicago, IL 60637. ISBN-13 978-0226709321

Thorarinsson, S. (1940) Present glacier shrinkage and eustatic changes in sea level. Geografica Annaler 12:131-159

USACE (2011) Sea-level change considerations for civil works programs. Circular No. 1165-2-212, Dept. of the Army, U.S. Army Corps of Engineers, Washington, DC 20314-1000 (retrieved from https://www.nan.usace.army.mil/Portals/37/docs/civilworks/projects/ny/coast/fimp/FIMI_Docs/HSLRR/Appendix_D4_EC_1165-2-212-Final_.pdf April 1st, 2025)

USACE (2013) Incorporating sea-level change in civil works programs. Regulation No. 1100-2-8162, Dept. of the Army, U.S. Army Corps of Engineers, Washington, DC 20314-1000 (retrieved from https://www.publications.usace.army.mil/portals/76/publications/engineerregulations/er_1100-2-8162.pdf April 1st, 2025)

USACE (2014) Procedures to evaluate sea level change: impacts, responses and adaptation. Technical Letter No. 1100-2-1, Dept. of the Army, U.S. Army Corps of Engineers, Washington, DC 20314-1000 (retrieved from https://www.regulations.gov/document/NHTSA-2017-0069-0471 April 1st, 2025)

USACE (2019) Incorporating sea level change in civil works programs. Engineer Regulation No. 11002-8162. Dept. of the Army, U.S. Army Corps of Engineers. 411 G Street, NW, Washington, DC 20314-1000.                      (retrieved                      from https://www.publications.usace.army.mil/Portals/76/Users/182/86/2486/ER_1100-2-8162.pdf April 1st, 2025)

Watson, C., White, N., Church, J. et al. Unabated global mean sea-level rise over the satellite altimeter era. Nature Clim Change 5, 565–568 (2015). https://doi.org/10.1038/nclimate2635

Wexler, H. (1961) Ice budget for Antarctica and changes in sea level. J. Glaciology, 3: 867-872

Zervas, C., S. Gill, and W. Sweet (2013) Estimating Vertical Land Motion from Long-Term Tide Gauge Records, Technical Report NOS CO-OPS 065, U.S. Department of Commerce, National Oceanic and Atmospheric Administration, Center for Operational Oceanographic Products and         Services:         Silver         Spring,         MD,         [Available         at http://tidesandcurrents.noaa.gov/publications/Technical_Report_NOS_CO-OPS_065.pdf