# Exhibit B

## Filed Under Seal

*Conservation Law Foundation*

*v.*

*Shell New Haven Terminal*

Case No. 3:21-CV-00933-VDO

# Expert Rebuttal Report of Naomi Oreskes

July 22, 2025

# **TABLE OF CONTENTS**

**1.    Introduction: Qualifications of the Expert Witness**.....................................................1

**2.    Focus of This Rebuttal Report**...............................................................................3

**3.    Bias in Relation to Excessive Fees** .......................................................................4

**4.    The Testimony of David Uhlmann, Expert Witness for the Defendant**.................................6

**5.    Conclusion** ..............................................................................................................10

**Appendix 1. Updated Naomi Oreskes Curriculum Vitae (CV)** ...................................... A-1

**Appendix 2. Materials Considered**.......................................................................... A-71

Naomi Oreskes

Harvard University/Grenville Science Consulting, LLC

Rebuttal Report

22 July 2025

## 1.   Introduction: Qualifications of the Expert Witness

My name is Naomi Oreskes. I am the Charles Henry Lea Professor of the history of science and affiliated Professor of Earth and Planetary Sciences at Harvard University in Cambridge, Massachusetts. I have taught at Harvard since 2013.  Before that, over the course of a forty-year academic career, I have taught both earth science and history of science at Dartmouth College, New York University, the University of California, San Diego, and the California Institute of Technology (Caltech).  The details of my qualifications have been laid out in my previous expert disclosure. Here, I wish to emphasize one element of my expertise relevant to this rebuttal report.

A major theme in my academic research has been the question of the reliability of scientific (and other expert) knowledge.  What makes scientific knowledge reliable?  What warrants its use in public policy? What makes an expert an expert? This theme of epistemic reliability runs especially through work I have done on the history of the earth and environmental sciences (e.g. *The Rejection of Continental Drift*, 1999)[1], on numerical simulation modelling (e.g. Oreskes et al., 1994; Oreskes, 1997; Oreskes and Belitz, 2001, Oreskes, 2003)[2], and on scientific uncertainty and expert assessments (e.g. Oreskes, 2011; O'Reilly et al., 2011; Oppenheimer et al., 2019).[3]

---

[1] Oreskes, Naomi, 1999.  *The Rejection of Continental Drift: Theory and Method in American Earth Science*. New York: Oxford University Press.

[2] Oreskes, Naomi, Kristin Shrader-Frechette and Kenneth Belitz, 1994. "Verification, validation, and confirmation of numerical models in the earth sciences," *Science* 263: 641-646; Oreskes, Naomi, 1997. "Testing models of natural systems: Can it be done?" in *Structures and Norms in Science: Volume Two of the Tenth International Congress of Logic, Methodology, and Philosophy of Science,* edited by M.L. Chiara et al. (Dordrecht: Kluwer, 1997) pp. 207-217; Oreskes, Naomi and Kenneth Belitz, 2001. "Philosophical Issues in Model Assessment," in *Model Validation: Perspectives in Hydrological Science,* edited by M.G. Anderson and P.D. Bates (London: John Wiley and Sons, Ltd.), pp. 23-41; Oreskes, Naomi, 2003. "The role of quantitative models in science," in *Models in Ecosystem Science,* edited by Charles D. Canham, Jonathan J. Cole, and William K. Lauenroth (Princeton: Princeton University Press), pp. 13-31.

[3] Oreskes, Naomi, 2011. "Working with uncertainty: 'Unitisation and renegotiation' as a model for science and environmental policy," in *The Politics of Science Advice: Institutional Design for Quality Assurance.*  Edited by Justus Lentsch and Peter Weingart, Cambridge University Press, pp. 36-53; O'Reilly, Jessica, Keynyn Brysse, Michael Oppenheimer and Naomi Oreskes, 2011; "Characterizing uncertainty in expert panel assessments," *Wiley Interdisciplinary Reviews: Climate Change* 2 (September/ October): 728-743; Michael Oppenheimer, N. Oreskes, D. Jamieson, K. Brysse, J. O'Reilly & M. Shindell, 2019.  *Discerning Experts: The Practices of Scientific Assessment for Environmental Policy,* Chicago: The University of Chicago Press.

I have published papers that have dealt with the question of what makes an expert an expert (for example, Oreskes 2024),[4] and I have just this year published a paper with colleagues exploring factors associated with expert opinions on the question of the feasibility of green growth (Suter, et al, 2025).[5] In my 2019 book, *Discerning Experts: The Practices of Scientific Assessment for Environmental Policy* (co-authored with climate scientist Michael Oppenheimer, philosopher of science Dale Jamieson, and three others), we investigate how experts assess contested scientific information in the context of public decision-making, and explore how expert panels judge who the appropriate experts are for a given assessment, including questions of bias and partiality. In *Why Trust Science*, also published in 2019, I explore the matter of the trustworthiness of science, stressing both the community factors and the attributes of individuals that contribute to impartial, reliable knowledge.[6] This book has been widely cited and translated into ten languages.

As noted in my original expert disclosure, history of science overlaps with the academic discipline of philosophy of science, insofar as historians of science attempt to answer epistemological questions about the reliability of scientific knowledge, including how the methods of science can yield truth about the natural world. These include ethical questions about objectivity, impartiality, and bias. In my most well-known work, *Merchants of Doubt* (Bloomsbury, 2010, 2020), my co-author Erik M. Conway and I explored how prior political and ideological commitments, as well as financial inducements, compromised the objectivity of four very prominent and (until that point) highly regarded physicists, as they addressed areas of public concern, including but not limited to climate change.[7]

In addition, as a member myself of expert panels, I have observed and participated in discussions of bias and partiality, and how they are identified and minimized.[8]

---

[4] Oreskes, Naomi, 2024. "What's an expert, and why? A comment on Christian Dayé, *Experts, Social Scientists, and Techniques of Prognosis in Cold War America*." Published 15 April 2024, *American Sociologist* https://link.springer.com/article/10.1007/s12108-024-09618-2.

[5] Suter, Manuel, Noel Strahm, Till Bundeli, Kaja Kaessner, Viktoria Cologna, Naomi Oreskes and Sebastian Burger, 2025. "Green Growth Beliefs: Investigating Factors Associated with Expert Opinions on Green Growth," PLOS Clim 4(4): e0000597. https://doi.org/10.1371/journal.pclm.0000597.

[6] Oreskes, Naomi, 2019. *Why Trust Science?* Princeton University Press.

[7] Oreskes, Naomi and Erik M. Conway, 2010. *Merchants of Doubt: How a Handful of Scientists Obscured the Truth on Issues from Tobacco Smoke to Global Warming.* New York: Bloomsbury Press, second edition 2020.

[8] For example, Whipple, Chris et al. (fifteen authors), 2007. *Models in Environmental Regulatory Decision Making* (Washington DC: National Academy of Sciences- National Research Council, Board on Environmental Studies and Toxicology), 287 pp. http://books.nap.edu/catalog.php?record_id=11972 and. Cherry, John et al. (16 authors), 2014. *Harnessing Science and Technology to Understand the Environmental Impacts of Shale Gas Extraction,* Ottawa: Council of Canadian Academies. http://www.scienceadvice.ca/uploads/eng/assessments%20and%20publications%20and%20news%20releases/shale%20gas/shalegas_fullreporten.pdf

All the work cited here relies on the generally accepted professional standards and methods of my field. Most of this work has been published in peer-reviewed journals, and/or books published by academic presses. My analyses include both empirical observations and theoretical frameworks.

## 2. Focus of This Rebuttal Report

In this rebuttal report, I raise a concern about the exceptional level of compensation being paid to one of the expert witnesses for the Defendants, and the implications of payment of such high fees to a person who, only recently, had been in the position of regulating the Defendants.

> **Opinion One**: There is an ethical problem related to the potential conflict of interest associated with an "expert" who is being paid very large sums of money to defend an entity that, only a few years or even months before, was the subject of regulation by the agency for which he or she worked. It is a source of concern that expert for the Defendants, Mr. David Uhlmann, is representing an entity which, only a few months ago, he was in the legal position of regulating. It creates the appearance of impropriety, insofar as the relationship could be interpreted as a quid pro quo, and it may indeed be viewed as improper.

> **Opinion Two**: I believe that a distinction can and should be drawn between compensation for expert testimony being provided by highly qualified technical experts who are providing testimony within their disciplines (e.g. water chemistry, toxicology, civil engineering, forensic mineralogy, history of medicine, or my own field of history of science) following the methods of those disciplines, and a former regulator who is now being paid enormous sums by the (still) regulated party

> **Opinion Three**: Excessive compensation creates a potential conflict of interest. Courts have recognized the distinction between technical experts, who are bound to the professional methods and standards of their disciplines, and a biased "hired ally" (or, colloquially, a "hired gun"). Courts have interpreted excessive payments as potential evidence of the latter. In this context concerning an expert report, Mr. Uhlmann has taken positions that contradict his previous statements and official guidance on the same issues.

Experts, like lawyers, are paid for their professional services. Expert witnesses are expected to be fair and as far as possible, objective, but being paid, per se, is not generally taken as disqualifying. I am not questioning the practice of payment for professional services; I am being paid for writing this expert report. However, there are ethical issues related to exceptional levels of compensation.

First, there is an ethical problem related to the potential conflict of interest associated with an "expert" who is being paid very large sums of money to defend an entity that, only a few years or even months before, was the subject of regulation by the agency for which he or she worked. It is a patent conflict of interest—one that potentially distorts the objectivity and fairness of the regulatory process—if regulators know that, within a short period of ending their government service, they can become witnesses on behalf of the parties whom they are now regulating and be paid extraordinary sums for doing so. At minimum, there is the appearance of impropriety, insofar as the relationship could be interpreted as a *quid pro quo*.

3

Second, these practices potentially undermine what it means to be an objective expert witness. I believe that a distinction can and should be drawn between compensation for expert testimony being provided by highly qualified *technical* experts who are providing testimony within their disciplines (e.g. water chemistry, toxicology, civil engineering, forensic mineralogy, history of medicine, or my own field of history of science) following the methods of those disciplines, and a former regulator who is now being paid enormous sums by the (still) regulated party.

The problem of excessive compensation for "hired allies" has been recognized by plaintiffs, lawyers, and judges, and in some cases sanctioned. Courts have recognized the distinction between technical experts, who are bound to the professional methods and standards of their disciplines, and a biased "hired ally"[9] (or, colloquially, a "hired gun"[10]). Courts have interpreted excessive payments as potential evidence of the latter. Some examples are offered in section 3.

### 3. Bias in Relation to Excessive Fees

In this section, I offer examples of cases in which courts have concluded that expert witnesses were biased, wholly or in part, on the basis of excessive compensation.

**Insurance Personal Injury Case (Rice v. Williams, 2017)[11]** In this Virginia federal case, the court allowed consideration of an expert's very high level of compensation as evidence of bias. The judge in the case, the Hon. Michael F. Urbanksi, permitted the introduction of evidence showing how much the defendant's medical expert had been paid from the defendant's insurance carrier, State Farm, as well as from other insurance carriers. According to a summary by the law firm of Kalbaugh, Pfund and Messersmith, "Judge Urbanski found these payments were relevant and admissible because they tended to show bias or prejudice of the expert witness."[12] The judge not only allowed the jury to hear how much this expert was paid by insurers – he found the "large amount of fees" relevant to the expert's potential prejudice. In fact, over six years the expert received about $525,000 from a single insurer (State Farm), which the court said created a 'substantial connection' suggesting possible bias. By calling out this enormous sum, the judge indicated concern that such lucrative, repeat engagements can turn experts into hired allies for a party.

---

[9] KPMLAW, "Recent Ruling Affecting Admissibility of Payments by Insurance Carrier to Medical Expert and Medical Expert Testimony," (Nov. 20, 2017), https://www.kpmlaw.com/recent-ruling-affecting-admissibility-payments-insurance-carrier-medical-expert-medical-expert-testimony/.

[10] On the ethical problem of the "hired gun," *see* "Expert Witness Payment Practices," ExpertInfo.com, https://expertinfo.com/expert-witness-payment-practices/#:~:text=Expert%20witnesses%20are%20paid%20for,the%20integrity%20of%20their%20testimony. The dictionary defines a hired gun as "an expert hired to do a specific and often ethically dubious job." The point regarding excessive compensation is that it raises the question of whether the expert is giving testimony based on appraisal of the facts, or has been hired to do a specific, ethically dubious job. "Hired Gun," Merriam-Webster, https://www.merriam-webster.com/dictionary/hired%20gun.

[11] *Rice v. Williams,* No. 7:16-cv-00396, 2017 WL 3197242 (W.D. Va., July 26, 2017), available at https://law.justia.com/cases/federal/district-courts/virginia/vawdce/7:2016cv00396/104353/37/.

[12] KPMLAW, *supra* note 9.

**Coward v. Owens-Corning Fiberglas Corp. (Pa. Super. Ct. 1999)** – In this asbestos product-liability case, a defense medical expert's long-term compensation was used to attack his impartiality. On cross-examination, the expert admitted he had been paid over $1 million by asbestos defendants over 20 years for his testimony. The trial judge permitted this line of questioning, and the appellate court agreed. The court cited earlier precedent that even though extra fees "may have very slight bearing on…impartiality," the expert's relationship with the hiring party is fair game for the jury's consideration when weighing his testimony. The Superior Court concluded it was within the trial court's discretion to permit inquiry into the expert's hefty fees, as it exposed a potential "'hired gun' who…generates a large amount of revenue" from industry-wide litigation, which the jury could factor into its credibility determination.[13]

**Wilson v.** *[Allstate]* **(Nev. Dist. Ct. 2017)** – In a personal injury case, Nevada District Judge Timothy Williams barred Dr. Derek Duke, a neurosurgeon, from testifying.  After an intensive review of cases in which Dr. Duke had offered expert opinion, the judge concluded that Dr. Duke displayed bias, which he attributed to his very high level of compensation. Dr. Duke earned about $1 million per year giving medical opinions for insurers; after an 11-day evidentiary hearing, Judge Williams issued a 35-page opinion finding that "Dr. Duke showed "extreme bias…against personal injury plaintiffs." The court's analysis of 371 of Dr. Duke's reports revealed he sided with the defense nearly always (disagreeing with treating doctors ~95% of the time and finding no injury in 86% of cases where treating physicians found genuine injury). In 2015, another Nevada judge (Judge Mark Denton) had already disqualified Dr. Duke in an unrelated case for the same reason – finding his testimony overly biased by his role as a highly paid defense expert. These courts openly questioned Duke's impartiality, concluding that his lucrative consulting for insurers had undermined his objectivity.[14]

**Bermejo v. Amsterdam (N.Y. Sup. Ct. 2013)** – This New York case (Queens County Supreme Court) also involved questions related to excessive fees.  Orthopedic surgeon Dr. Michael Katz, a frequent insurance defense witness, testified that he spent 10–20 minutes examining an injured plaintiff. However, a secret video proved the exam lasted only 1 minute 56 seconds. The trial judge, Justice Duane Hart, noted that Dr. Katz had earned over $1 million per year from performing allegedly "independent" medical exams for litigation.  Justice Hart declared this "the most blatant example of a doctor…not telling the truth" that he had seen, and he considered referring Dr. Katz for perjury charges. The judge's commentary underscored that Dr. Katz's substantial income from

---

[13] *Coward v. Owens-Corning Fiberglas Corp.,* 729 A.2d 614, 625–26, available at https://caselaw.findlaw.com/court/pa-superior-court/1348996.html. The full quotation is:

> "Our Supreme Court has recognized that the level of a witness's compensation is a proper subject of cross-examination, tending to flush out the witness's bias. The Court has stated that 'The fact that an expert witness is to receive, or has received, per diem compensation beyond the legal witness fee does not affect his competency as a witness, as it may have very slight bearing on his impartiality. Nevertheless, his relation to the party calling him may be such as to warrant the jury in taking it into consideration in weighing his testimony.'"

[14] Samson Freundlich & Eric Turkewitz, "Judge Rips Doc for 'Huge Lie'; Perjury Prosecution Possible; Victims May Number in Thousands," New York Personal Injury Law Blog (July 8, 2013), https://newyorkpersonalinjuryattorneyblog.com/2013/07/judge-rips-doc-for-huge-lie-perjury-prosecution-possible-victims-may-number-in-thousands.html; *see also* Ben Rubinowitz & Evan Torgan, "Turning the Table: Cross Examination of an IME Doctor Using a Video of the Exam," New York Law Journal, https://www.gairgair.com/files/10_28_2013_turningtable.pdf.

legal exams aligned with insurers' interests, casting doubt on his objectivity. As a result, his testimony was discredited and a mistrial was declared, with the court suggesting that his financial motives (as well as his willingness to lie on behalf of his clients) destroyed his impartiality.[15]

**Keystone Transp. Solutions v. Northwest Hardwoods (W.D. Va. 2019)** – In a business litigation context, a federal judge excluded an expert due to a fee arrangement creating a direct stake in the outcome. The plaintiff company's co-founder, designated as an expert, had sold a portion of the litigation's proceeds to a third-party funder, meaning he stood to gain financially only if the lawsuit succeeded. The court treated this as akin to an impermissible contingency fee for an expert. Citing the Fourth Circuit, the judge emphasized that hiring an expert with a stake in the case's result threatens "the very integrity of the judicial process which depends on the truthfulness of witnesses." This arrangement created an overwhelming appearance of bias, leading the court to find the expert "inherently unreliable" and to exclude his testimony. While accepting a contingency arrangement is obviously different than receiving large fees whether the case is won or lost, the court noted in this case that even large flat fees paid to experts can potentially bias testimony.[16]

### 4. The Testimony of David Uhlmann, Expert Witness for the Defendant

David M. Uhlmann served as the Assistant Administrator for Enforcement and Compliance Assurance at the U.S. EPA from 2023–2024. He left the EPA early in 2025, and it was announced in May 2025 that he was joining the firm of Marten Law.[17] In its announcement, the firm stated that Uhlmann would join as a partner to "represent state and local governments in their efforts to address climate change …renewable energy companies, utilities, and trade associations in the clean energy space; and corporate clients seeking strategic counsel regarding values-driven solutions to environmental challenges and enhanced ethics, integrity, and compliance programs."[18]

In the case at hand, Mr. Uhlmann now serves as an expert witness for the Defendants and is taking positions on behalf of his client at odds with ones that he held as a professor, at odds with ones he held as a regulator, and at odds with public statements he made barely more than a month before he submitted his expert report in June 2025.

*Example 1*
In 2013, while a Professor at the University of Michigan Law School, Mr. Uhlmann argued for the urgency of adequate infrastructural investment to address the potential damage related to climate change, particularly in coastal facilities.  In a published paper, he discussed the lessons learned from Hurricane/Superstorm Sandy, one of which was the importance of preparing for "increasingly harsh

---

[15] Freundlich & Turkewitz, *supra* note 14.

[16] *Keystone Transp. Sols, LLC v. Northwest Hardwoods, Inc.*, No. 5:18-cv-00039, 2019 WL 1756292, at *1 (W.D. Va. Apr. 19, 2019); *see also* T.C. Kelly, "Court Excludes Expert Testimony Because Witness Has a Contingent Financial Interest in Litigation Outcome," ExpertPages (Aug. 7, 2019), https://blog.expertpages.com/expertwitness/court-excludes-expert-testimony-because-witness-has-a-contingent-financial-interest-in-litigation-outcome.htm.

[17] "Former EPA Assistant Administrator David M. Uhlmann Joins Marten Law," Marten (May 15, 2025), https://martenlaw.com/news/former-epa-assistant-administrator-david-m-uhlmann-joins-marten-law.

[18] *Id.*

weather conditions." [19]  The background scientific context makes clear that the cause of these "increasingly harsh weather conditions", including but not limited to Superstorm Sandy, is anthropogenic climate change. [20]

Mr. Uhlmann wrote:

> The physical, personal, and emotional devastation caused by Hurricane Sandy and the resulting cost estimates upward of $50 billion are a stark reminder that *large scale preparation for increasingly harsh weather conditions should be a top administration priority*. … To withstand future weather events, *we need to identify the most vulnerable areas, fortify threatened regions, and rebuild infrastructure*. We should continue to pursue climate change adaption efforts at all levels of government.… City governments such as Chicago and New York are assessing and planning for climate related damage due to increased heat and rising sea levels. … State and local governments, foundations, and private businesses could partner together with each university to identify and implement the most pressing adaptation needs for each region. The federal government would then be available to provide expertise, personnel, and financial support when severe storms occur. For adaptation efforts to be successful, the President should urge Congress to preserve funding for the Federal Emergency Management Agency (FEMA), even if state and local programs and flood insurance receive more funding. Adequate funding for FEMA should be an area for bi-partisan support, since super-storms and other natural disasters do not choose their victims based on partisan affiliations. In addition, the President should include drinking water systems and wastewater treatment plants in his infrastructure proposals since they play a crucial role both in climate change adaptation and long-term environmental protection efforts. [21]

Yet, his expert report for this case downplays the importance of infrastructure improvements in the context of climate resiliency. Indeed, the report does not even contain the word *infrastructure*, except for one reference to a speech that Mr. Uhlmann gave in 2011.

*Example 2*
In 2023, the EPA developed a climate enforcement strategy, based on President Biden's Executive Order 14008. [22] Describing that Executive Order, the EPA website states:

---

[19] David M. Uhlmann, "Toward A Sustainable Future: An Environmental Agenda for the Second Term of the Obama Administration," American Constitution Society for Law and Policy (Jan. 2013), https://repository.law.umich.edu/cgi/viewcontent.cgi?article=1074&context=other.

[20] On the scientific evidence that climate change exacerbated Superstorm Sandy, *see for example*, Trenberth, Kevin E., et al., 2015. "Attribution of Climate Extreme Events," *Nature Climate Change* 5: 725–730 https://www.nature.com/articles/nclimate2657 & Center for Climate & Energy Solutions, "Climate Change And Hurricane Sandy," https://www.c2es.org/wp-content/uploads/2012/10/climate-change-and-hurricane-sandy.pdf.

[21] Uhlmann, *supra* note 19 (emphasis added).

[22] "Addressing Climate Change in Enforcement and Compliance Assurance – EPA Climate Enforcement and Compliance Strategy," United States Environmental Protection Agency, https://www.epa.gov/enforcement/addressing-climate-change-enforcement-and-compliance-assurance#strategy (last accessed July 20, 2025).

> Building off this, on September 28, 2023, EPA's former Assistant Administrator for the Office of Enforcement and Compliance Assurance issued EPA's Climate Enforcement and Compliance Strategy.[23]

The Assistant Administrator for Enforcement and Compliance Assurance at that time was Mr. Uhlmann.[24] In a memorandum issued on September 28, 2023, in response to the Executive Order, he stated that

> To meet the urgency of this moment, I am requiring that EPA's enforcement and compliance program: (1) prioritize enforcement and compliance actions to mitigate climate change; (2) include climate adaptation and resilience in case conclusions whenever appropriate; and (3) provide technical assistance to achieve climate-related solutions and build climate change capacity among EPA staff and our state and local partners. These requirements apply across all EPA enforcement and compliance activities, including criminal, civil, federal facilities, and cleanup enforcement.[25]

This statement suggests that, in September 2023, the EPA and Mr. Uhlmann interpreted the EPA to have statutory authority to enforce climate adaptation and resilience. However, in paragraph 20 of Mr. Uhlmann's expert report, he now interprets existing statutes as "not provid[ing] [the] EPA with statutory tools to require climate resiliency as part of its regulatory programs."

In paragraph 24 of his expert report, Mr. Uhlmann states that the "EPA's enforcement program only addressed climate resiliency in the context of the Clean Water Act as a settlement term." This seems difficult to reconcile with the broad mandate outlined in his 2023 memo.

*Example 3*
In May 2025, Mr. Uhlmann participated in a webinar sponsored by the Environmental Law and Policy Center. The title of the webinar was "Who Holds Polluters Accountable When EPA Pauses Its Enforcement Program?" At the start of the webinar, Mr. Uhlmann is asked by the moderator, Howard Learner, Professor at the University of Chicago Law School, about the role of citizen suits. Learner offers an example of what he considers an important and successful citizen suit, stating that he is "a big believer in citizen suits."[26] Mr. Uhlmann agrees that citizens' suits are an important mode of legal redress; he proceeds to discuss the issue at some length, and in a consistently positive register. He explains that the provision for citizen suits in American environmental law is one of the "uniquely American" features of our system of environmental law—one that we have now exported to the world. He underscores the importance of this provision, which he characterizes as part of what previously put the United States on the cutting edge of environmental protection in the 1970s

---

[23] *Id.*

[24] Letter from David M. Uhlmann to OECA Office Directors and Deputies, September 28, 2023, available at https://www.epa.gov/system/files/documents/2024-02/epasclimateenforcmentandcompliancestrategy_1.pdf.

[25] *Id.*

[26] Environmental Law & Policy Center, "ELPC Thinks: Who Holds Polluters Accountable When EPA 'Pauses' Its Enforcement Program," (May 14, 2025), at 23:00 min, 26:00 min (re the "big supporter" statement), https://elpc.org/events/elpc-thinks-who-holds-polluters-accountable-when-epa-pauses-its-enforcement-program/.

and 80s. Referring to that time, he states that "we did do a lot of pretty amazing things" that "influenced the rest of the world, and one of the things that we did was [to] add this citizen suit provision… [I]t gives ordinary citizens, when the federal government fails to act, and when the state governments fail to act…the ability to stand in the shoes of the government and bring the cases that the government's not bringing…What a powerful concept for protecting the environment! …. It's a really unique feature of our environmental [law], and it's a really good feature…It's a great feature of our system and its one that other countries around the world have emulated..."[27]

Mr. Uhlmann adds further specificity on the question of when citizen's suits are warranted:  "[I]t also includes the ability for groups… to challenge the government either when the government doesn't regulate, but should, or, when the government regulates but in ways that are not sufficiently protective of the environment."[28] This includes, he explains, "the ability to force the government to act, when the government's not acting." When he notes that is the basis for the U.S. Supreme Court decision in the case of *Massachusetts v. EPA*, Learner interjects—"Exactly"—and Uhlmann continues "…to force the government to act in the climate space, the Bush administration when they were refusing to do so."[29]  He concludes the discussion: "I can't say enough about how valuable it is that we have such a robust citizens' suit model in the United States…"[30] Later in the webinar, when the issue comes up again in the context of the limits of EPA capacity, Mr. Uhlmann states: "Thank goodness for the citizens' suit provision."[31] Then, in his closing remarks, Mr. Uhlmann mentions citizens' suits yet again, describing them as doing "essential work" in ensuring the enforcement of environmental statutes and "holding polluters accountable."[32]

In contrast, in his expert report at paragraph 42, Uhlmann states that citizen suits cannot be premised on violations that the government cannot enforce.  He writes "[s]tated differently, if EPA and the State of Connecticut cannot bring an enforcement action alleging that the failure to perform climate resiliency measures constitutes a violation of the 2018/2021 General Permit, a citizen suit cannot be brought on that basis either." This would seem to contradict the expansive view of citizen's suits that he expressed only two months ago.  Stated differently, just two months ago, Mr. Uhlmann publicly supported an expansive view of citizen suits, but now that he has a client facing a citizens' suit, he seemingly seeks to narrow their scope.

*Example 4*
The Environmental Law and Policy Center webinar begins with the moderator, Howard Learner, asking Mr. Uhlmann the question: What does good environmental enforcement look like?[33] Mr.

---

[27] *Id.* at 27:00–28:00 mins.

[28] *Id.* at 28:00–29:00 mins.

[29] *Id.* at 29:00 min.

[30] *Id.* at 29:00–30:00 mins.

[31] *Id.* at 31:00–32:00 mins.

[32] *Id.* at 37:00 min.

[33] *Id.* at 2:00 min.

Uhlmann responds by explaining that a "fair and robust" environmental enforcement program includes a variety of tools and approaches, among them "requests for injunctive relief."[34]

The case at hand (*Conservation Law Foundation v. Equilon Enterprises LLC et al.*) involves a request for injunctive relief, yet Mr. Uhlmann seems unconvinced that such relief is now appropriate.

### 5. Conclusion

As expert witness for the defendant, Uhlmann now defends Shell's failure to undertake exactly the sort of adaptation that only two years ago he called for, rejects the idea of injunctive relief that he previously noted as one of the appropriate mechanisms of environmental enforcement, and, implicitly, rejects *this* citizens' suit, while as recently as two months ago he lauded citizens' suits as a uniquely important tool to fill the gap when government "doesn't regulate, but should, or when the government regulates but in ways that are not sufficiently protective of the environment."[35]

The fee for Mr. Uhlman's testimony is $2250/hour. It is difficult to avoid the conclusion that the recent abrupt changes in his position are related to the large compensation he is now receiving. In this context, one might note for comparison that defense expert Susan Parker Bodine, a lawyer with similar qualifications, was paid $750/hour. The fees for Defendants' other experts are as follows:

- Battles $287.50/hour
- Pace $250/hour
- Bourdeau $265/hour in 2023; $320/hour in 2024; $330/hour in 2025
- Etkin $375/hour; $460/hour if called to testify
- Jones $347/hour
- Kovich $425/hour
- McCay $460/hour
- Morrison $425/hour
- Parkman $425/hour
- Tsuji $475/hour in 2024; $490/hour in 2025
- Zeeb $495/hour

Mr. Uhlmann's rate vastly exceeds that of Defendants' other experts.

---

[34] *Id.* at 3:00–4:00 mins.

[35] *Id.* at 28:00–29:00 mins.

I certify under penalty of perjury that the opinions expressed in this expert rebuttal report are true and correct to the best of my knowledge and ability. My opinions are stated to a reasonable degree of certainty and consistent with prevailing and scientific standards of practice, and my payment does not depend on my opinions regarding the merits of my client's case.

**Submitted** *on this 22nd day of July, 2025*

_____

Naomi Oreskes

**Appendix 1. Updated Naomi Oreskes Curriculum Vitae (CV)**



**Naomi Oreskes**

Henry Charles Lea Professor of the History of Science
Affiliated Professor of Earth and Planetary Sciences
Harvard University, Cambridge MA
Oreskes@fas.harvard.edu
http://www.fas.harvard.edu/~hsdept/bios/oreskes.html

**Education**
B.Sc. (First Class Honours) 1981 Royal School of Mines, Imperial College
Ph.D. 1990 Stanford University (Graduate Special Program: Geological
Research and History of Science)

## EMPLOYMENT

| | |
|---|---|
| Current | Henry Charles Lea Professor of the History of Science, Affiliated Professor of Earth and Planetary Sciences, Harvard University. |
| 2020-2024 | Columnist, *Scientific American* magazine, "The Observatory" |
| 2005-2013 | Professor, Department of History & Program in Science Studies Adjunct Professor of Geosciences (from 2007), University of California, San Diego |
| 2008-2011 | Provost, Sixth College, University of California, San Diego |
| 2010 | Francis Bacon Visiting Professor, California Institute of Technology (on leave from UCSD) |
| 2003-2006 | Director, Program in Science Studies, University of California, San Diego |
| 1998- 2005 | Associate Professor, Department of History & Program in Science Studies, UCSD |
| 1996-1998 | Associate Professor, History and Philosophy of Science Gallatin School of Individualized Study, New York University |
| 1991-1996 | Assistant Professor of Earth Sciences and Adjunct Asst. Professor of History Dartmouth College, Hanover, New Hampshire |
| 1990-1991 | Visiting Asst. Professor of Earth Sciences and Visiting Asst. Professor of History Dartmouth College, Hanover, New Hampshire |
| 1984-1989 | Research Assistant, Geology Department, and Teaching Assistant, Depts. of Geology, Philosophy, and Applied Earth Sciences Stanford University |
| 1981-1984 | Geologist, Western Mining Corporation, Adelaide, Australia |

## PUBLICATION SUMMARY
**https://scholar.google.com/citations?hl=en&user=UK9sjJMAAAAJ**

**>125 scholarly** publications with **>37,700** citations, **H-**index **65,** I10 index **145.** Includes **> 100 articles** in peer-reviewed journals, >**25 chapters** in edited volumes (several prize-winning and/or multiply reprinted articles), **nine books**, including *Merchants of Doubt* (>100,000 copies, nine foreign editions, History of Science Society Watson-Davis Prize, short-listed for *Los Angeles Times* book prize, made into a documentary film distributed by SONY Pictures Classics); *The Collapse of Western Civilization* (>50,000 copies, thirteen foreign editions), *Why Trust Science?* (10 foreign editions); and *The Big Myth* (5 foreign editions); >**75 opinion pieces** in leading newspapers and magazines. From 2020-2024, a monthly column in *Scientific American*.

**TED TALKS**

TED talk 25 June 2014, with > 1.64 million views
https://www.ted.com/talks/naomi_oreskes_why_we_should_believe_in_science

TEDxBerkeley 6 March 2021 "How Diversity Helps Us Get the Right Answers"
https://www.ted.com/talks/naomi_oreskes_how_diversityhelps_usget_the_right_answers

**HONORARY DEGREES**
Bard College, Doctor of Science, 2024
Université Libre de Brussels, Doctor Honoris Causa, 2023
Clark University, Honorary Doctor of Humane Letters, 2021
ETH Zurich, Honorary Doctor of Philosophy, 2018
University of British Columbia, Juris Legum (LL.D), 2018
Roskilde University, Denmark, Honorary Doctor of Philosophy, 2016
Colgate University, Honorary Doctor of Science, 2015
Harvard University, Honorary Master of Arts, 2014

**VISITING PROFESSORSHIPS**
2012-2013 Professor-at-Large, Institute of Advanced Studies, University of Western Australia.
2010 Francis Bacon Visiting Professor of History, California Institute of Technology
2001 Visiting Associate Professor, Department of History of Science, Harvard University

**MAJOR HONORS**
John Tyndall Lecturer in Global Environmental Change, American Geophysical Union, 2024
Patrick Suppes Prize in History of Science, for *Science on a Mission*, American Philosophical Society, 2024.
Nonino Prize, "A Master of Our Time," Nonino Foundation, Italy, 2024
TIME 100 inaugural climate leaders, 2023
https://time.com/collection/time100-climate/6332960/naomi-oreskes/
Apolitical 100 Most Influential People in Climate, 2022/23 https://apolitical.co/list/en/most-influential-climate-100-2022
Global Listening Centre Top 25 Outstanding Women Listeners in the World, 2021
Falling Walls Foundation, Breakthrough Science of the Year, 2021
Phi Beta Kappa Visiting Lecturer, 2020
Walter Channing Cabot Fellowship, Harvard University, 2020
The British Academy Medal, 2019
American Philosophical Society, elected 2018
Guggenheim Fellow, 2018-2019
American Academy of Arts and Sciences, elected 2017
American Association for the Advancement of Science, Annual Meeting Plenary Speaker, 2017
Tanner Lectures in Human Values, Princeton University, 2016.
Stephen H. Schneider Award for Outstanding Climate Science Communication, 2016
American Geophysical Union Ambassador and Fellow, 2016
Frederick Anderson Climate Change Award, Center for International Environmental Law, 2016
Convocation Speaker, The Evergreen State University, Olympia and Tacoma, Washington, 2016
Geological Society of America Public Service Award, 2015
William T. Patten Visiting Lectureship, Indiana University, March 2015
American Historical Association Herbert Feis Prize for Public History, 2014
History of Science Society, Forum for American Science Distinguished Lecture, 2014

American Geophysical Union Presidential Citation for Science and Society, 2014
Commencement Speaker, University of California, Riverside, 2012
Climate Change Communicator of the Year, George Mason University Center for Climate Change Communication, 2011
Francis Bacon Medal for outstanding scholarship in the history of science and technology, Francis Bacon Foundation and Caltech, 2009
UCSD Chancellors Associates' Faculty Excellence Award for Community Service, 2008
National Science Foundation Young Investigator, 1994-1999
Society of Economic Geologists, Lindgren Prize (outstanding work by a young scientist) 1993

## SCHOLARLY PRODUCTS: DOCUMENTARY FILM

*Merchants of Doubt*, 2015**.** A film by Robert Kenner, produced by Participant Media and distributed by SONY Pictures Classics, and based on the book, *Merchants of Doubt*. I appear in the film, consulted on all aspects of its production, and served as a liaison between the filmmaker and many of the people featured in the film.

**Appearances at Screenings:** Toronto Film Festival; NY Film Festival; Landmark Cinema, Cambridge, MA; Wheeler Opera House Aspen, CO; U.S. Congress, House Energy and Environment Caucus, Washington, DC; Bristol (UK) Festival of Ideas; and many community groups and NGOs.

## SCHOLARLY PRODUCTS: BOOKS

Oreskes, Naomi and Erik M. Conway. *The Big Myth: How American Business Taught us to Loathe Government and Love the Free Market,* Bloomsbury Press, 2023.
Foreign language editions:
- Italian, Edizioni Ambiente, in contract.
- Greek, Editions Polis, in contract
- Simplified Chinese, Beijing Huazhang, in contract.
- Spanish, Capitan Swing Libros, 2024.
- French, Les Liens qui Liberent, 2024.
*Excerpts and opinion pieces based directly on the book*
2/21/23 *Desmog* / Article & Excerpt
2/28/23 *Time.com* / Excerpt
3/3/23 *Harvard Gazette* / Excerpt
3/9/23 Washington Post / Made by History / Op-Ed , reprinted at https://www.bunkhistory.org/resources/the-big-business-campaign-that-has-shaped-40-years-of-gop-rhetoric
4/16/23 *Times Higher Education* / Op-ed by Naomi
5/1/23 *Scientific American* / Bylined Piece based on one book chapter
5/26/23 *Boston Globe Magazine* / Op-Ed

Oreskes, Naomi, 2021. *Science on a Mission: How Military Funding Shaped What We Do and Don't Know about the Ocean.* Chicago: The University of Chicago Press; paperback 2022.
- Excerpted in *American Scientist* https://www.americanscientist.org/article/operational-oceanography

- Winner, Patrick Suppes Prize in the history of science, American Philosophical Society

Oreskes, Naomi and Erik M. Conway, 2020. *Merchants of Doubt: How a Handful of Scientists Obscured the Truth on Issues from Tobacco Smoke to Global Warming.* 2nd edition, with a new introduction by Al Gore and a new postscript by the authors. New York: Bloomsbury Press.
- 2nd Italian edition, with a new introduction by Massimo Polidoro, Edizioni Ambiente, 2025.
- 2nd French edition, with a new introduction by Stefan Foucart, Le Pommier/Poche, 2021.

Oreskes, Naomi, 2019. *Why Trust Science?* Princeton University Press.
- Portuguese (Brazil), Bazar do Tempo, publication date 2024.
- Complex Chinese, Owl publishing House, Taiwan, publication date 2024.
- Japanese, Nasu-Satoyamasha, publication date 2024.
- Spanish, Grano de Sal (Latin America) publication date November 2023.
- Swedish, Stiftelsen Bokförlaget Thales, 2023.
- Turkish, Optimist Kitap, 2022.
- Spanish, Ediciones Universitarias de Valparaíso, 2022.
- Chinese (simplified), Shanghai Scientific & Technological Education Publishing, 2022.
- Italian, Bollati Boringhieri Editore, 2021.
- Portuguese, Gradiva (world, except Brazil) series editor Carlos Fiolhais, 2021.

Michael Oppenheimer, N. Oreskes, D. Jamieson, K. Brysse, J. O'Reilly & M. Shindell, 2019. *Discerning Experts: The Practices of Scientific Assessment for Environmental Policy,* Chicago: The University of Chicago Press.

Oreskes, Naomi and Erik M. Conway, 2014. *The Collapse of Western Civilization,* New York: Columbia University Press.
- Oreskes, Naomi and Erik M. Conway, 2014. *L'effrondrement de la Civilisation Occidentale, (Paris: Les Liens qui Liberent),* 2nd edition with expanded Introduction by Naomi Oreskes.
- Saad/Persian
- Planeta/Argentina
- Okto Publishing/Greece
- Piano B Edizioni/Italy
- Diamond Inc./Japan
- Galapagos/Korea
- Yeni Insan/Turkey
- Oekom Verlag/Germany
- EcoTrend/Complex Chinese
- Prah/Czech Republic
- Wydawnictwo Naukowie Pwn SA of ul./Poland
- Open University, Israel (Hebrew)

Oreskes, Naomi and Erik M. Conway, 2010. *Merchants of Doubt: How a Handful of Scientists Obscured the Truth on Issues from Tobacco Smoke to Global Warming.* New York: Bloomsbury Press.
- Short-listed for the 2010 *Los Angeles Times* Book Prize.
- Winner of Watson-Davis Prize, History of Science Society, 2011.

- Japanese, Korean, French, Spanish, Italian, Simple Chinese, Complex Chinese, German, Turkish and Portuguese (Brazil) editions.
- World Arabic, Dar Kalemat.

Oreskes, Naomi, 1999. *The Rejection of Continental Drift: Theory and Method in American Earth Science.* New York: Oxford University Press.


## SCHOLARLY PRODUCTS: EDITED BOOKS

Oreskes, Naomi and John Krige, editors, 2014. *Science and Technology in the Global Cold War,* MIT Press.

Oreskes, Naomi, editor, with Homer E. Le Grand, 2001. *Plate Tectonics: An Insider's History of the Modern Theory of the Earth* (Boulder: Westview Press), paperback edition February 2003.
- *Library Journal* choice for one of the "Best Science and Technology Books of 2002,"
- *Choice* Magazine Outstanding Academic Title, 2003
- Adopted as a core text by ERESE: Enduring Resources for Earth Science Education (http://earthref.org/ERESE).


## SCHOLARLY PRODUCTS: BOOK INTRODUCTIONS

Oreskes, Naomi, 2019. Forward to *Surviving Democracy: Mitigating Climate Change in a Neoliberalized World* by Chien-Yi Lu, (New York and London: Routledge), pp x-xiv.

Pope Francis, with Introduction by Naomi Oreskes. 2015. *Encyclical on Climate Change and Inequality: On Care for our Common Home.* Melville Press.

Haydn Washington and John Cook, with forward by Naomi Oreskes, 2011. *Climate Change Denial: Heads in the Sand*, 2011. (London, Earthscan Press), pp. xi-xviii.


## SCHOLARLY PRODUCTS: CO-AUTHORED SCIENTIFIC ASSESSMENTS & REPORTS

Cook, J., Supran, G., Lewandowsky, S., Oreskes, N., and Maibach, E., (2019). How Americans Were Misled About Climate Change. http://www.climatechangecommunication.org/all/america-misled/

Cherry, John et al. (16 authors), 2014. *Harnessing Science and Technology to Understand the Environmental Impacts of Shale Gas Extraction,* Ottawa: Council of Canadian Academies. http://www.scienceadvice.ca/uploads/eng/assessments%20and%20publications%20and%20news%20releases/shale%20gas/shalegas_fullreporten.pdf

Whipple, Chris et al. (fifteen authors), 2007. *Models in Environmental Regulatory Decision Making* (Washington DC: National Academy of Sciences- National Research Council, Board on Environmental Studies and Toxicology), 287 pp. http://books.nap.edu/catalog.php?record_id=11972

**SCHOLARLY PRODUCTS: EDITED JOURNAL VOLUMES**

Oreskes, Naomi and James R. Fleming, eds. 2000. "Perspectives on Geophysics," Special Issue of *Studies in the History and Philosophy of Modern Physics*, 31B, September 2000.


**SCHOLARLY PRODUCTS: ARTICLES IN PEER-REVIEWED JOURNALS**

Viktoria Cologna, Jana Freundt, Niels G. Mede, Lauren Howe, Eri Bertsou, Jamie Gloor, Naomi Oreskes, Reto Knutti, Mike S. Schäfer, 2025. "Climate policy referendum decreases pluralistic ignorance on climate change concern," Global Environmental Psychology, accepted pending minor revision.

Tamberg, Lea, Julia Steinberger, Viktoria Cologna, Vivien Fish-Romito, Joel Millward-Hopkins, Favoio Calvo, and Naomi Oreskes, 2025. "Human need satisfaction enables decoupling of well-being from income," in review at *Nature Communications,* Preprint at https://www.researchsquare.com/article/rs-5355955/v1

Kaurov, Alexander, Denys Cherhykalo, Debra Javeline, John H. Evans, and Naomi Oreskes, 2025. "Unspoken Crisis: The Absence of Climate Change Communication in U.S Catholic Churches," resubmitted after review at *Climatic Change*.

Kaurov, Alexander and Naomi Oreskes, 2025. "The afterlife of a ghost-written paper: How corporate authorship shaped two decades of glyphosate safety discourse." *Environmental Science and Policy,* Volume 171, September 2025, 104160 https://www.sciencedirect.com/science/article/pii/S1462901125001765?via%3Dihub

Omid Ghasemi, Viktoria Cologna, Niels G Mede, Samantha K Stanley, Noel Strahm, Robert Ross, Mark Alfano, John R Kerr, Mathew D Marques, Sebastian Berger, John C Besley, Cameron Brick, Marina Joubert, Edward Maibach, Sabina Mihelj, Ben R Newell, Naomi Oreskes and Mike S Schäfer, 2025. "Gaps in public trust between scientists and climate scientists: a 68 country study." Environmental Research Letters, Volume 20, Number 6 https://iopscience.iop.org/article/10.1088/1748-9326/add1f9/meta

Suter, Manuel, Noel Strahm, Till Bundeli, Kaja Kaessner, Viktoria Cologna, Naomi Oreskes and Sebastian Burger, 2025. "Green Growth Beliefs: Investigating Factors Associated with Expert Opinions on Green Growth," PLOS Clim 4(4): e0000597. https://doi.org/10.1371/journal.pclm.0000597

Oreskes, Naomi, 2025. "The Impact of Science Denial and Pseudoscience on the Behavioral and Social Sciences, *Journal of Social Issues*: https://doi.org/10.1111/josi.70007

Mede, Niels G., Viktoria Cologna, Sebastian Berger, John Besley, Cameron Brick, Marina Joubert, Edward W. Maibach, Sabina Mihelj, Naomi Oreskes, and approximately 100 additional authors, 2025. "Perceptions of science, science communication, and climate change attitudes in 68 countries – the TISP dataset," *Nature Scientific Data*. 20 January 2025. https://www.nature.com/articles/s41597-024-04100-7

A-6

Cologna, Viktoria, et al., 2025 (Author 10 of > 100 authors). "Trust in scientists and their role in society across 68 countries," *Nature Human Behavior,* 20 January 2025. https://lnkd.in/eVdKk4dw

Cologna, Viktoria, Jana Freundt, Niels G Mede, Lauren Howe, Eri Bertsou, Jamie Gloor Naomi Oreskes, Reto Knutti, and Mike S. Schäfer, 2024. "How scientists' collective climate advocacy affects public trust in scientists and voting behavior." *Environmental Research Letters* 20 (1): DOI 10.1088/1748-9326/ad984c

Ecker, U. K. H., Tay, L. Q., Roozenbeek, J., van der Linden, S., Cook, J., Oreskes, N., & Lewandowsky, S., 2024. "Why misinformation must not be ignored." *American Psychologist.* https://doi.org/10.31234/osf.io/8a6cj

Oreskes, Naomi, 2024. "Power, Futuristic Framings, and the Problem of Techno-fideism *Or* How Climate Change Breaks the Promise of Progress," *London Review of International Law,* https://academic.oup.com/lril/advance-article/doi/10.1093/lril/lrae021/7918410?utm_source=authortollfreelink&utm_campaign=lril&utm_medium=email&guestAccessKey=26a2646d-3375-4121-a705-a15d870ca342

Ripple, Willliam J., Christopher Wolf, et al. (Author 6 of 14), 2024. "The 2024 state of the climate report: perilous times on planet Earth, *Bioscience Special Report.* https://doi.org/10.1093/biosci/biae087.

Lewandowsky, Stephan, Ullrich K. H. Ecker, John Cook, Sander van der Linden, Jon Roozenbeek, Naomi Oreskes, and Lee C. McIntyre, 2024. "Power Know They Are Lying: Differentiating Disinformation from Disagreement," *Nature: Humanities and Social Sciences Communications* 11: 986 (2024) https://www.nature.com/articles/s41599-024-03503-6

Oreskes, Naomi, Colleen Lanier-Christensen, Hannah Conway, and Ashton MacFarlane, 2024. "Climate Change and the Clean Air Act of 1970 Part I: the Scientific Basis," *Ecology Law Quarterly* 50 (2024) https://www.ecologylawquarterly.org/print/climate-change-and-the-clean-air-act-of-1970-part-i-the-scientific-basis/

Waters, Colin, et al., 2024. (Author x of 1x4), "Executive Summary: The Anthropocene Epoch and Crawfordian Age: proposals by the Anthropocene Working Group https://eartharxiv.org/repository/view/6853/"

Waters, Colin, et al., 2024. (Author x of x), "Part 1: Anthropocene Series/Epoch: stratigraphic context and justification of rank The Anthropocene Epoch and Crawfordian Age: proposals by the Anthropocene Working Group," ___.

Waters, Colin, et al., 2024. (Author x of x), "Part 2: Descriptions of the proposed Crawford Lake GSSP and supporting SABSs. The Anthropocene Epoch and Crawfordian Age: proposals by the Anthropocene Working Group," https://scholar.google.com/citations?view_op=view_citation&hl=en&user=UK9sjJMAAAAJ&sortby=pubdate&citation_for_view=UK9sjJMAAAAJ:rOcdG6UcVlcC

Fletcher, C. et al., 2024. "Earth at risk: An urgent call to end the age of destruction and forge a just and sustainable future," *PNAS Nexus*, Volume 3: (4 April 2024). https://academic.oup.com/pnasnexus/article/3/4/pgae106/7638480

Ecker, U. K. H., Roozenbeek, J., van der Linden, Tay, L. Q., S., Cook, J., Oreskes, N., & Lewandowsky, S., 2024. "Misinformation poses a bigger threat to democracy than you might think." *Nature* https://www.nature.com/articles/d41586-024-01587-3

Oreskes, Naomi, 2024. "What's an expert, and why? A comment on Christian Dayé, *Experts, Social Scientists, and Techniques of Prognosis in Cold War America*." Published 15 April 2024, *American Sociologist* https://link.springer.com/article/10.1007/s12108-024-09618-2

Cologna, Viktoria, John Kotcher, Niels G. Mede, John Besley, Edward W. Maibach, Naomi Oreskes, 2023. "Trust in climate science and climate scientists: A narrative review," *PLOS Climate Change* 3(5) https://doi.org/10.1371/journal.pclm.0000400

Lewandowsky, S., Ecker U.K.H., Cook J., van der Linden S., Roozenbeek J., Oreskes N., 2023. "Misinformation and the epistemic integrity of democracy," *Current Opinion in Psychology,* 54 (December 2023) https://doi.org/10.1016/j.copsyc.2023.101711

Supran, Geoffrey, Stefan Rahmsdorf and Naomi Oreskes, 2023. "Assessing ExxonMobil's Global Warming Projections," *Science* 379 (6628): 153-162. https://doi.org/10.1126/science.abk0063

[Altimetric score: 8581, placing it in the top 5% of all research scored by Altimetric]

Cologna, V., Baumberger, C., Knutti, R., Oreskes, N., & Berthold, A., 2022. "The communication of value judgements and its effects on climate scientists' perceived trustworthiness," *Environmental Communication* (RENC) 16: 1094-1107. https://doi.org/10.1080/17524032.2022.2153896

Cologna, V. and Naomi Oreskes, 2022. "Don't gloss over social science! A response to Glavovic et al., (2021), 'The tragedy of climate change science.'" *Climate and Development* 14(9): 839-841. https://doi.org/10.1080/17565529.2022.2076647

Oreskes, Naomi, 2022. "The Trouble with the Supply-Side Model of Science," *Proceedings of the Indian National Academy of Science* https://doi.org/10.1007/s43538-022-00121-1

Kaurov, Alexander, Charles Tyson, Viktoria Cologna and Naomi Oreskes, 2022. "Why Did American Scientists Stop Donating to Republicans? Implications for Trust in Science," *Nature Humanities and Social Sciences Communcations* 9 (1): 1–8.

Oreskes, Naomi and Erik M. Conway, 2022. "From Anti-Government to Anti-Science: Why Conservatives Have Turned Against Science," *Daedalus*, 154 (4) Fall 2022.

Oreskes, Naomi 2022. "The Bloody Autumn of *Butcher's Crossing," Social Research,* special issue on *Books that Matter,* edited by Arien Mack, *Social Research: An International Quarterly 89 (2),* 419-432.

Supran, Geoffrey and Naomi Oreskes, 2021. "Rhetoric and frame analysis of ExxonMobil's climate change communications." *OneEarth* online, 13 May 2021 https://www.sciencedirect.com/science/article/pii/S2590332221002335

Lloyd, Elisabeth A., Naomi Oreskes, Sonia I. Seneviratne, and Edward J. Larson, 2021. "Climate Scientists Set the Bar of Proof Too High," *Climatic Change* https://doi.org/10.1007/s10584-021-03061-9

Cologna, Viktoria, Reto Knutti, Naomi Oreskes and Michael Siegrist, 2021. "Majority of German citizens, US citizens and climate scientists support policy advocacy by climate researchers and expect greater political engagement," *Environmental Research Letters* 16(2): 024011 https://iopscience.iop.org/article/10.1088/1748-9326/abd4ac/pdf

Winsberg, Eric, Elisabeth A. Lloyd and Naomi Oreskes, 2020. "Severe weather event attribution: Why values won't go away," *Studies in the History and Philosophy of Science*, 84: 142-149. Earlier circulated as a preprint at Winsberg, Eric, Elisabeth A. Lloyd, Naomi Oreskes, 2019. http://philsci-archive.pitt.edu/16065/

Supran, Geoffrey and Naomi Oreskes, 2020. "Addendum: 'ExxonMobil's climate change communications (1977-2014)'" *Environmental Research Letters*, https://doi.org/10.1088/1748-9326/ab89d5

Supran, Geoffrey and Naomi Oreskes, 2020. ExxonMobil's climate change communications (1977–2014) Reply to comments on Supran and Oreskes (2017) Environmental Research Letters 12 084019). https://iopscience.iop.org/article/10.1088/1748-9326/abbc91

Oreskes, Naomi, 2020. "What is the social responsibility of climate scientists?" Special issue on "Witnessing Professionals," edited by Nancy Rosenblum, *Daedalus* 149 (4) (Fall 2020): 33-45.

Tyson, Charlie and Naomi Oreskes, 2020. "The American University, the Politics of Professors and the Narrative of 'Liberal Bias,'" *Social Epistemology Review and Reply Collective* 9 (8): 14-32. https://wp.me/p1Bfg0-5gq.
  - Revised and update version re-published in *The Social Production of Knowledge in a Neoliberal Age: Debating the Challenges Facing Higher Education*, ed. Justin Cruickshank (New York: Rowman & Littlefield International, 2022).

Erickson, Peter, Harro van Asselt, Doug Koplow, Michael Lazarus, Peter Newell, Naomi Oreskes, and Geoffrey Supran, 2020. "Why fossil fuel producer subsidies matter." *Nature* **578**, pages E1–E4. https://doi.org/10.1038/s41586-019-1920-x

Lewandowsky, Stephan, Toby D. Pilditch, Jens K. Madsen, Naomi Oreskes, and James S. Risbey, 2019. "Seepage and influence: An evidence-resistant minority can affect scientific belief formation and public opinion," *Cognition,* 188: 124-129. https://doi.org/10.1016/j.cognition.2019.01.011

Lewandowsky, Stephan, Kevin Cowtan, James S. Risbey, Michael E. Mann, Byron A. Steinman, Naomi Oreskes, and Stefan Rahmstorf, 2018. The 'pause' in global warming in historical context (II): Comparing models to observations, 2018. *Environmental Research Letters* 13 https://doi.org/10.1088/1748-9326/aaf372.

James S. Risbey, Stephan Lewandowsky, Kevin Cowtan, Naomi Oreskes, Stefan Rahmstorf, Ari Jokimäki, and Grant Foster, 2018. A fluctuation in surface temperature in historical context: Reassessment and retrospective on the evidence. *Environmental Research Letters* 13 https://doi.org/10.1088/1748-9326/aaf342

Lloyd, Elisabeth A. and Naomi Oreskes, 2018. "Climate change attribution: When is it appropriate to accept new methods?" *Earth's Future*, 311-325.

Oreskes, Naomi, 2017. Response by Oreskes to "Beyond Counting Climate Consensus," *Environmental Communication* 11(6): 731–73 https://www.tandfonline.com/doi/abs/10.1080/17524032.2017.1377094

Zalasiewicz, J., et al., 2017 (21st of 26 authors). "The Working Group on the Anthropocene: summary of evidence and interim recommendations," *Anthropocene* 19: 55–60.

Mann, Michael E, Elisabeth A. Lloyd and Naomi Oreskes, 2017. "Assessing climate change impacts on extreme weather events: An alternative (Bayesian) approach," *Climatic Change.* DOT: 10.1007/s10584-017-2048-3

Supran, Geoffrey and Naomi Oreskes, 2017. "Assessing ExxonMobil's climate change communications (1977-2014)," *Environmental Research Letters* 12 084019 http://iopscience.iop.org/article/10.1088/1748-9326/aa815f

[This was the 7th most discussed climate paper of 2017, according to McSweeney 2017's top 10 climate papers *Carbon Brief* (https://www.carbonbrief.org/analysis-the-climate-papers-most-featured-in-the-media-in-2017) One media analysis suggests the paper or discussions of it reached over 500 million readers. ]

Oreskes, Naomi, 2017. "Systematicity is necessary but not sufficient: On the problem of facsimile science," *Synthèse* https://link.springer.com/article/10.1007/s11229-017-1481-1

Baker, Erik and Naomi Oreskes, 2017. "Science as game, marketplace, or both: A Reply to Steve Fuller." *Social Epistemology Review and Reply Collective* 6 (9): 65-69. https://social-epistemology.com/2017/08/28/science-as-a-game-marketplace-or-both-a-reply-to-steve-fuller-erik-baker-and-naomi-oreskes/

Baker, Erik and Naomi Oreskes, 2017. "Tt's no game: post-truth and the obligations of science studies." *Social Epistemology Review and Reply Collective* 6 (8): 1-10. http://wp.me/p1Bfg0-3FB

Steffen, Will et al. (20th of 28 authors), 2016. "Stratigraphic and Earth system approaches to defining the Anthropocene," *Earth's Future* 4(8): 324-345. *http://onlinelibrary.wiley.com/doi/10.1002/2016EF000379/full*

Zalasiewicz, Jan et al., 2016 (18th of 25 authors). "Scale and diversity of the physical technosphere: A geological perspective," *The Anthropocene Review*: 1-14. http://journals.sagepub.com/doi/abs/10.1177/2053019616677743

Oreskes, Naomi, 2016. "Let's make history more welcoming," *ISIS* 107: 148-150.

http://www.journals.uchicago.edu/doi/full/10.1086/687214

Cook, John, Naomi Oreskes et al. (14 authors), 2016. "Consensus on consensus: A synthesis of consensus estimates on human-caused global warming," *Environmental Research Letters* 11: 048002 http://iopscience.iop.org/article/10.1088/1748-9326/11/4/048002/meta

Waters, Colin N. et al. (23rd of 24 authors), 2016. "The Anthropocene is functionally and stratigraphically distinct from the Holocene. *Science* 351 (6269): 137. http://science.sciencemag.org/content/351/6269/aad2622

Heede, Richard and Naomi Oreskes, 2016. Potential emissions of $CO_2$ and methane from proven reserves of fossil fuels, *Global Environmental Change* 36: 12-20. http://www.sciencedirect.com/science/article/pii/S0959378015300637

Naomi Oreskes, Dale Jamieson and Michael Oppenheimer, 2015. "What role for scientists?" in *Sustainable Humanity, Sustainable Nature, Our Responsibility*, edited by P.S. Dasgupta,V Ramanathan, and M Sanchez Sorondo, Pontifical Academy of Sciences and Pontifical Academy of Social Sciences, Proceedings of a Joint Workshop, pp 617-649.

Oreskes, Naomi, 2015. The fact of uncertainty, the uncertainty of facts, and the cultural resonance of doubt. *Phil. Trans. Royal Society* A 373: DOT: 10.1098/rsta.2014.0455 http://rsta.royalsocietypublishing.org/content/373/2055/20140455.abstract

Lewandowsky, Stephan, James S. Risbey and Naomi Oreskes, 2015. "On the definition and identifiability of the alleged "hiatus" in global warming," *Scientific Reports* 5: 16784. http://www.ncbi.nlm.nih.gov/pmc/articles/PMC4657026/

Lewandowsky, Stephan, James S. Risbey and Naomi Oreskes, 2015. The "Pause" in global warming: Turning a routine fluctuation into a problem for science," *Bulletin of the American Meteorological Society,* http://journals.ametsoc.org/doi/pdf/10.1175/BAMS-D-14-00106.1

Frumhoff, Peter, Richard Heede and Naomi Oreskes, 2015. The climate responsibilities of industrial carbon producers, *Climatic Change* 132: 157-171 http://link.springer.com/article/10.1007/s10584-015-1472-5

Dale Jamieson, Naomi Oreskes and Michael Oppenheimer, 2015. "Science and policy: Crossing the boundary," *Bulletin of the Atomic Scientists* 70: 1. http://thebulletin.org/2015/january/science-and-policy-crossing-boundary7900

Oreskes, Naomi, Daniel Carlat, Michael Mann, Paul D. Thacker and Frederick S. vom Saal, 2015. "Viewpoint: Why disclosure matters," *Environmental Science and Technology 49* (13), pp. 7527–7528 http://dx.doi.org/10.1021/acs.est.5b02726

Lewandowsky, Stephan, Naomi Oreskes, James S. Risbey, Ben R. Newell and Michael Smithson, 2015 "Climate change denial and its effect on the scientific community," *Global Environmental Change* 33: 113. http://www.sciencedirect.com/science/article/pii/S0959378015000515

Oreskes, Naomi, 2015. "How earth science became a social science," *Historical Social Research* 40 (2):

A-11

246-270.

Zalasiewicz, Jan et al. (26th of 26 authors), 2014. "When did the Anthropocene begin? A mid-twentieth century boundary level is stratigraphically optimal," Quaternary International 383: 196-203 http://www.sciencedirect.com/science/article/pii/S1040618214009136

Risbey, James S., Stephan Lewandowsky, Clothilde Langlais, Didier P. Monselesan, Terence J. O'Kane, and Naomi Oreskes, 2014. "Well-estimated global surface warming in climate projections selected for ENSO phase," *Nature Climatic Change 4*: doi:10.1038/nclimate2310i.

Oreskes, Naomi, 2014. "Scaling up our vision," *Isis* 105: 379-391. http://www.jstor.org/stable/10.1086/676574

Oreskes, Naomi, 2013. "How plate tectonics clicked," *Nature* 501: 27-29.

Oreskes, Naomi, 2013. "Why I am a presentist," *Science in Context*, special issue on *How and Why We Write History of Science*, edited by Oren Harman and Alexandre Metraux, 26 : 595-609.

Oreskes, Naomi, 2013. "The scientist as sentinel," *Limn* 3: 69-71.

Finley, Carmel and Naomi Oreskes, 2013. "Maximum sustained yield: A policy disguised as science," *ICES Journal of Marine Science,* 70: 245-250. http://icesjms.oxfordjournals.org/content/70/2/245

Oreskes, Naomi and Erik M. Conway, 2013. "The collapse of western civilization: A view from the future," *Daedalus* 142 (1) (Winter 2013): 40-58.

Brysse, Keynyn, Naomi Oreskes, Jessica O'Reilly and Michael Oppenheimer, 2012. "'Climate change prediction: Erring on the side of least drama?" *Global Environmental Change, 23: 327-337.* *http://www.sciencedirect.com/science/article/pii/S0959378012001215*

O'Reilly, Jessica, Michael Oppenheimer and Naomi Oreskes, 2012. "The rapid disintegration of predictions: Climate science, bureaucratic institutions, and the West Antarctic Ice Sheet," *Social Studies of Science,* 42 (5): 709-731 http://sss.sagepub.com/content/early/2012/06/26/0306312712448130.abstract

O'Reilly, Jessica, Keynyn Brysse, Michael Oppenheimer and Naomi Oreskes, 2011. "Characterizing uncertainty in expert panel assessments," *Wiley Interdisciplinary Reviews: Climate Change* 2 (September/ October): 728-743.

Erik Conway and Naomi Oreskes, 2011. "Communicating the science of climate change," Judy Lawrence, Alana Cornforth, Peter Barrett, eds., *Climate Futures: Pathways for Society*, New Zealand Climate Change Research Institute, December 2011.

Oreskes, Naomi, 2011. "Metaphors of warfare and the lessons of history: Time to revisit a carbon tax?" *Climatic Change,* 104: 223-230.

Oreskes, Naomi, Leonard Smith and David Stainforth, 2010. "Adaptation to global warming: Do climate models tell us what we need to know?" *Philosophy of Science,* 77 (December 2010): 1012-1028

Oreskes, Naomi 2010. "Science, technology, and free enterprise." *Centaurus* 52: 297-310.

Aronova, Elena, Karen Baker, and Naomi Oreskes, 2010. "From the International Geophysical year through the International Biological Program to LTER: Big science and big data in biology, 1957-present." *Historical Studies in the Natural Sciences,* 40 (2): 183–224.

Wang, Zuoyue and Naomi Oreskes, 2008. "History of science and American science policy," *ISIS* 99 (2): 365-373.

Oreskes, Naomi, Erik M. Conway, and Matthew Shindell, 2008. "From Chicken Little to Dr. Pangloss: William Nierenberg, global warming, and the social deconstruction of scientific knowledge," *Historical Studies in the Natural Sciences* 38 (1): 109–152.

Oreskes, Naomi, 2004. "The scientific consensus on climate change," *Science* 306: 1686.
- Reprinted in Bill McKibben, 2012. *The Global Warming Reader: A Century of Writing about Climate Change* (New York: Penguin Books), pp. 75-80.
- Reprinted in *Newsletter of Physicians for Social Responsibility,* December 2004.

Oreskes, Naomi, 2004. "Science and public policy: What's proof got to do with it?" *Environmental Science and Policy* 7 (5): 369-383.

Oreskes, Naomi, 2003. "A context of motivation: U.S. Navy oceanographic research and the discovery of sea-floor hydrothermal vents," *Social Studies of Science* 33 (5): 697-742.

Oreskes, Naomi, 2001. "Getting oceanography done," *Earth Sciences History* 19: 37-43.

Oreskes, Naomi, 2000. "Laissez-tomber? Women's work and military patronage in twentieth century oceanography," *Historical Studies in the Physical and Biological Sciences* 30: 373-392.

Oreskes, Naomi and James R. Fleming, 2000. "Why geophysics?" *Studies in the History and Philosophy of Modern Physics* 31B: 253-257.

Oreskes, Naomi and Ronald Rainger, 2000. "Science and security before the atomic bomb: The loyalty case of Harald U. Sverdrup," *Studies in the History and Philosophy of Modern Physics* 31B: 309-369.

Rhodes, A.L., Naomi Oreskes, Naomi, and Sossity Sheets, 1999. "Geology and REE geochemistry of the magnetite deposits at El Laco, Chile." *Economic Geology Special Publication No. 7: Geology and Ore Deposits of the Central Andes*: 299-332.

Rhodes, A.L., and Naomi Oreskes, 1999. "Oxygen isotope composition of magnetite deposits at El Laco, Chile: Evidence of formation from isotopically heavy fluids," *Economic Geology Special Publication No. 7: Geology and Ore Deposits of the Central Andes:* 333-351.

Oreskes, Naomi, 1998. "Evaluation (not validation) of quantitative models," *Environmental Health Perspectives* 106 (supp. 6): 1453-1460.

Murray, Jessica R. and Naomi Oreskes, 1997. "Use and limits of cathodoluminescence in the study of apatite paragenesis." *Economic Geology* 92: 368-376.

Oreskes, Naomi, 1996. "Objectivity or heroism? On the invisibility of women in science," *OSIRIS* 11: 87-113.
- 2000 History of Science Society Women in Science Prize
- 1997 Forum for the History of Science in America Best Paper Prize

Oreskes, Naomi, 1994. "Weighing the earth from a submarine: The S-21 expedition," in *The Earth, the Heavens, and the Carnegie Institution of Washington: Historical Perspectives after Ninety Years,* Gregory Good, ed., American Geophysical Union History of Geophysics Series 5: 53-68.

Oreskes, Naomi, Kristin Shrader-Frechette and Kenneth Belitz, 1994. "Verification, validation, and confirmation of numerical models in the earth sciences," *Science* 263: 641-646.
- Reprinted in *Transactions of the Computer Measurement Group* 84: 85-92, 1994.
- To be reprinted in "Climates and Cultures" edited by Mike Hulme, SAGE Library of the Environment, 2015.

Rhodes, A.L., and Naomi Oreskes, 1994. "The magnetite "lava flows (?)", El Laco, Chile: New evidence for formation by vapor transport." *7° Congreso Geologico Chileno* Actas Volumen II: 1501-1505; Universidad de Concepcion, Departamento de Ciencias de la Tierra.

Oreskes, Naomi and M.W. Hitzman, 1993. "A model for the origin of 'Olympic Dam-type' deposits," in *Mineral Deposit Modeling,* Geological Association of Canada Special Paper 40: 615-633.

Oreskes, Naomi and M.T. Einaudi, 1992. "Origin of hydrothermal fluids at Olympic Dam: Preliminary results from fluid inclusions and stable isotopes," *Economic Geology* 87 (1): 64-90.

Hitzman, M.W., Naomi Oreskes, Naomi, and M.T. Einaudi, 1992. "Geologic characteristics and tectonic setting of Proterozoic Fe-REE deposits," *Precambrian Research* 58: 241-287.

Mango, Helen, Half Zantop, Half, and Naomi Oreskes, 1991. "A fluid inclusion and isotope study of the Rayas Ag-Au-Cu-Pb-Zn mine, Guanajuato, Mexico," *Economic Geology* 86 (7): 1546-1553.

Oreskes, Naomi and M.T. Einaudi, 1990. "Origin of LREE-enriched hematite breccias at the Olympic Dam, Cu-U-Au-Ag deposit, Roxby Downs, South Australia," *Economic Geology* 85 (1): 1-28.

Einaudi, M.T., and Naomi Oreskes, 1990. "Progress towards an occurrence model for Proterozoic iron oxide (Cu, U, REE, Au) deposits—A comparison between the ore provinces of South Australia and SE Missouri," invited contribution to Pratt, Walden P., and Sims, P.K., eds., *The Midcontinent--Permissive Terrain for an Olympic Dam deposit?* U.S.G.S. Bulletin No. 1932: 58-69.

Oreskes, Naomi, 1988. "The rejection of continental drift," *Historical Studies in Physical Sciences* 18 (2): 311-348.

**SCHOLARLY PRODUCTS: CHAPTERS IN BOOKS/EDITED VOLUMES**

A-14

Oreskes, Naomi and Erik M. Conway, 2024. "*Guidez-Faire*: Why capitalism needs effective governance," in *Creating Justice in a Multiracial Democracy*: *The Kerner Commission Updated*, edited by Alan Curtis. New York: Teachers College Press, pp. 22-35.

Oreskes, Naomi, 2024. Agnotology in History of Science, in *Debating Contemporary Approaches to the History of Science,* Lukas M. Verburgt, editor, London: Bloomsbury, pp. 313-345.

Oreskes, Naomi, and Erik M. Conway, 2023. "The magic of the marketplace," in *Myth America: Historians Take on the Biggest Legends and Lies About Our Past,* edited by Kevin M, Kruse and Julian E. Zelizer. New York: Basic Books, 2023, pp. 129-140.

Oreskes, Naomi, 2022. "Why didn't they act?" Chapter 1.7 in *The Climate Book*, edited by Greta Thunberg, London: Allen Lane books, pp. 29-31.

Oreskes, Naomi, Erik M. Conway and Charlie Tyson, 2020. "How American businessmen made us believe that free enterprise was indivisible from American democracy: The National Association of Manufacturers' Propaganda Campaign 1935 -1940," in *The Disinformation Age: Communication, Technology, and Democracy in Transition*, edited by Lance Bennett and Steven Livingston, Cambridge University Press, pp. 95-119.

Grinevald, Jacques, John McNeill, Naomi Oreskes, Will Steffen, Colin Summerhayes, and Jan Zalasiewicz, 2019. "History of the Anthropocene concept," in *The Anthropocene as a Geological Time Unit,* edited by Jan Zalasiewicz, Colin N. Waters, Mark Williams, and Colin Summerhayes, Cambridge University Press.

Oreskes, Naomi, 2018. "The scientific consensus on climate change: How do we know we're not wrong?" (revised), in *Climate Modelling: Philosophical and Conceptual Issues,* edited by Elisabeth A. Lloyd and Eric Winsberg, London: Palgrave MacMillan, pp. 31-64

Oreskes, Naomi, Erik Conway, David J. Karoly, Joelle Gergis, Urs Neu, Christian Pfister, 2018. "The denial of global warming" in *Palgrave Handbook of Climate History* Sam White, Christian Pfister, and Franz Mauelshagen, eds. London: Palgrave Macmillan, 149-171. http://www.palgrave.com/us/book/9781137430199

Sheldon, Myrna Perez and Naomi Oreskes, 2017. "The religious politics of doubt: Evangelical Christians and the politics of environmentalism in the United States," *Wiley-Blackwell Companion to Religion and Ecology,* John Hart, ed., pp. 348-367.

Alisa Bokulich and Naomi Oreskes, 2017. "Models in the geosciences," *Handbook of Model-Based Science*, ed. by L. Magnani and T. Bertolotti. Springer, Switzerland, pp. 897-917.

Oreskes, Naomi, 2014. "Introduction," *Science and Technology in the Global Cold War ed. by Naomi Oreskes and john Krige, pp 1-10,* MIT Press.

Oreskes, Naomi, 2014. "Science in the origin of the Cold War," *Science and Technology in the Global Cold War ed. by Naomi Oreskes and john Krige, pp 11-30,* MIT Press.

Oreskes, Naomi, 2014. "Changing the mission: From the Cold War to climate change," in *Science and Technology in the Global Cold War ed. by Naomi Oreskes and John Krige, pp 141-188,* MIT Press.

Oreskes, Naomi 2012. "Les Marchands de Doute," in *Controverses Climatiques: Sciences et Politique,* Edited by Edwin Zaccai, Francois Gemmene, and Jean-Michel Decroly, Les Presses de Sciences Po, Paris.

Oreskes, Naomi, 2011. "Seeing climate change," in *Survival Does Not Lie in the Heavens* (An Exhibition by Dario Robleto), edited by Gilbert Vicario, Des Moines Art Center.

Oreskes, Naomi, 2011. "Working with uncertainty: 'Unitisation and renegotiation' as a model for science and environmental policy," in *The Politics of Science Advice: Institutional Design for Quality Assurance.* Edited by Justus Lentsch and Peter Weingart, Cambridge University Press, pp. 36-53.

Oreskes, Naomi, 2010. "My facts are better than your facts: Spreading good news about global warming." in *How Well Do Facts Travel?* Edited by Mary S. Morgan and Peter Howlett, Cambridge University Press, pp. 135-166.

Oreskes, Naomi, and Erik Conway, 2008, "Challenging knowledge: How climate science became a victim of the Cold War," *Agnotology: The Making and Unmaking of Ignorance*, edited by Robert N. Proctor and Londa Schiebinger, Stanford University Press, pp. 55-89.

Oreskes, Naomi, 2007, "From scaling to simulation: Changing meanings and ambitions of models in the Earth sciences," in *Science without Laws: Model Systems, Cases, and Exemplary Narratives,* edited by Angela N.H. Creager, Elizabeth Lunbeck, and M. Norton Wise, Duke University Press, pp 93-124.

Oreskes, Naomi, 2007, "The scientific consensus on climate change: How do we know we're not wrong?" *Climate Change: What It Means for Us, Our Children, and Our Grandchildren*, edited by Joseph F. C. DiMento and Pamela Doughman, MIT Press, pp. 65-99.

Munk, Walter, Naomi Oreskes, and Richard Muller, 2004. "Gordon J.F. MacDonald," *National Academy of Sciences Biographical Memoirs* 84: 3-26.

Oreskes, Naomi, 2003. "The role of quantitative models in science," in *Models in Ecosystem Science,* edited by Charles D. Canham, Jonathan J. Cole, and William K. Lauenroth (Princeton: Princeton University Press), pp. 13-31.

Oreskes, Naomi and Ronald E. Doel, 2002. "Physics and chemistry of the Earth," in *The Cambridge History of Science, Volume V: Modern Physical and Mathematical Sciences,* edited by Mary Jo Nye, (Cambridge: Cambridge University Press), 538-552.

Oreskes, Naomi, 2002. "Gravity surveys in the 'permanent' ocean basins: An instrumental chink in a theoretical suit of armor," in *Oceanographic History: The Pacific and Beyond*, edited by Keith R. Benson and Philip F. Rehbock (Seattle: University of Washington Press), pp. 502-510.

Oreskes, Naomi and Kenneth Belitz, 2001. "Philosophical Issues in Model Assessment," in *Model Validation: Perspectives in Hydrological Science,* edited by M.G. Anderson and P.D. Bates (London: John Wiley and Sons, Ltd.), pp. 23-41.

Oreskes, Naomi, 2000. "Why believe a computer? Models, measures, and meaning in the natural world," in *The Earth Around Us: Maintaining a Livable Planet,* edited by Jill S. Schneiderman (San Francisco: W.H. Freeman and Co.), pp. 70-82.

Oreskes, Naomi, 2000. "Why predict? Historical perspectives on prediction in the earth sciences," in *Prediction: Science, Decision-making and the Future of Nature*, edited by Daniel Sarewitz, Roger Pielke, Jr., and Radford Byerly, Jr. (Washington, D.C.: Island Press), pp. 23-40.

- Reprinted as Oreskes, Naomi, 2003. "The changing role of prediction in the earth sciences," in *History and Philosophy of Science for African Undergraduates,* edited by Helen Lauer (Ibadan, Nigeria: Hope Publications), pp. 358-368.

Oreskes, Naomi, 1997. "Testing models of natural systems: Can it be done?" in *Structures and Norms in Science: Volume Two of the Tenth International Congress of Logic, Methodology, and Philosophy of Science,* edited by M.L. Chiara et al. (Dordrecht: Kluwer, 1997) pp. 207-217.

Reeve, J.S., R.N. Smith, R.N., K.C. Cross, and N. Oreskes, 1990. "The Olympic Dam copper-uranium-gold-silver deposit," invited contribution to Hughes, Frank, ed., *Geology of Mineral Deposits of Australia and Papua New Guinea,* Australian Institution of Mining and Metallurgy Monograph 14: 1009-1035.


## SCHOLARLY PRODUCTS: CONFERENCE PROCEEDINGS

Oreskes, Naomi, 2014. "What role for scientists?" *Pontifical Academy of Sciences Workshop on Sustainable Humanity, Sustainable Nature, Our Responsibility*, May 2014, Vatican City. http://www.casinapioiv.va/content/accademia/en/publications/extraseries/sustainable.html


## BOOK REVIEWS, ENCYCLOPEDIA ARTICLES, LETTERS & SCHOLARLY MISCELLANY (Excluding abstracts)

Oreskes, Naomi, 2025. "What scientists consider to be true," *Sotto il volcano*, May 2025 issue.

Oreskes, Naomi 2025, Book Review, Lorraine Daston. *Rivals: How Scientists Learned to Cooperate*, forthcoming, *ISIS*.

Oreskes, Naomi 2024. "Faith in Markets,"[Letter], *Claremont Review of Books*. https://claremontreviewofbooks.com/fall-2023-correspondence/

Oreskes, Naomi, 2023. "Standing Up to Anti-Science" [review of Peter Hotez, *The Deadly Rise of Anti-Science*], *The Lancet* 402 (10407): 1034-1035.

Oreskes, Naomi, 2022. "Scientific communication and scientific judgment," CISRD Horizons, Winter 2022, Issue no. 20. https://www.cirsd.org/en/horizons/horizons-winter-issue-20/science-communication--and-scientific-judgment

Casper, Stephen T., Janet Golden, Naomi Oreskes, Mark Largent, Daniel S. Goldberg, Grant Gillett, et al., (24 authors). 2019. "First report the findings: genuine balance when reporting CTE," *The Lancet Neurology*, 18 (6): P522-P523. https://www.thelancet.com/journals/laneur/article/PIIS1474-4422(19)30158-9/fulltext

Oreskes, Naomi, 2018. "Science or quackery: The study of hormones has been both," *New York Times Book Review,* 6 August 2018.
https://www.nytimes.com/2018/08/06/books/review/randi-hutter-epstein-aroused.html

Lewandowsky, Stephan, James Risbey, and Naomi Oreskes, 2017. "Are cops on the science beat?" (Letter) *Issues in Science and Technology* Fall 2017: 5. http://issues.org/34-1/forum-36/

Oreskes, Naomi, 2017. "Beyond counting climate consensus: A response." *Environmental Communication* 11(6), pp. 731–732
https://www.tandfonline.com/doi/abs/10.1080/17524032.2017.1377094

Oreskes, Naomi, 2013. "On the 'reality' and reality of anthropogenic climate change." *Climatic Change* 119: 559-560.
http://link.springer.com/article/10.1007%2Fs10584-013-0779-3

Oreskes, Naomi, 2012. Review of "The Hockey Stick and the Climate Wars: Dispatches from the Front Lines," Michael E. Mann, Columbia University Press, *Physics Today* 65 (6): 54.
http://dx.doi.org/10.1063/PT.3.1607

Oreskes, Naomi and Erik M. Conway, 2012. "Perspectives on global warming: A Book Symposium with Steven Yearley, David Mercer, and Andy Pitman." *Metascience*: 21:531-559.
DOT 10.1007/s11016-011-9639-9.
http://www.springerlink.com/content/g653442642418157/

Conway, Erik and Naomi Oreskes, 2011. Author's response (to four reviews of Merchants of Doubt), *H-°©-Environment Roundtable Reviews 1* (2) : 24-30.
www.h-°©-net.org/~environ/roundtables

Oreskes, Naomi, 2011. "Models all the way down: Review of Paul N. Edwards: 'A vast machine: Computer models, climate data, and the politics of global warming,'" *Metascience* 21 (1): 99-104. DOT 10.1007/s11016-011-9558-9

Shrader-Frechette, Kristin and Naomi Oreskes, 2011. "Symmetrical transparency in science." Letter, *Science*: 332, May 6 2011, http://www.sciencemag.org/content/332/6030/663.citation
Replies at http://www.sciencemag.org/content/332/6030/663.citation/reply#sci_el_14539

Aronova, Elena and Naomi Oreskes. (2010). Review of Oleg A. Godin; David R. Palmer (Eds.), "History of Russian Underwater Acoustics." *Isis* 101/3: 662-663.

Neier, Aryeh, Peter Galison, Victor Navasky, Naomi Oreskes, and Anthony Romero, 2010. "What we have learned about limiting knowledge in a democracy?" *Social Research* 77(3): 1013-1048.

Oreskes, Naomi, 2009. "Revelle and global warming," response to letter to the editor, *@UCSD, the UC San Diego Alumni Magazine,* 6: 3-4.

Oreskes, Naomi, 2009. "Rechauffement: La role du soleil," *La Recherche 427* (Fevrier 2009)
https://www.larecherche.fr/réchauffement-le-rôle-du-soleil-réponse-de-la-recherche.

Oreskes, Naomi, 2008. "The devil is in the (historical) details: Continental drift as a case of normatively appropriate consensus?" [Essay review of Miriam Solomon: *Social Epistemology*], *Perspectives in Science* 16 (2): 253-264.

Oreskes, Naomi, 2007. Henry Melson Stommel, *Complete Dictionary of Scientific Biography*. Vol. 24. Detroit: Charles Scribner's Sons, 2008, p. 527-532.

Oreskes, Naomi, 2006. "The humanistic and religious foundations of deep time," [Review of *Bursting the Limits of Time* by Martin Rudwick], *Science* 314 : 596-597.

Oreskes, Naomi, 2005. "Anti-realism in government" [Review of *The Republican War on Science* by Chris Mooney], *Science* 310: 56.

Oreskes, Naomi, 2004. "A call for a collective" [Review of *Politics of Nature: How to Bring the Sciences into Democracy* by Bruno Latour], *Science* 305: 1241-1242.

Oreskes, Naomi, 2004. "Shaking up seismology" [Review of *The Big One* by Jake Page and Charles Officer, *Nature* 431:1038.

Oreskes, Naomi, 2003. "Letter to the Editor: Reply to Warren Hamilton," *Earth Sciences History* 22 (2): 139-141.

Oreskes, Naomi, 2003. "Stepping forward too far? [Review of '*Prematurity in Scientific Discovery*, edited by Ernest B. Hook]. *Science* 300: 1094-1095, and Reply to Discussion by Hook, *Science* 301: 1045-1046.

Oreskes, Naomi 2002. "Earth Sciences, History of," *Encyclopedia of Physical Science and Technology,* Third Edition, Volume 4 (San Diego: Academic Press), 761-773.

Oreskes, Naomi 2002. "Global Plate Tectonics," *Encyclopedia of Global Environmental Change*, edited by Michael C. MacCracken and John S. Perry (Chichester: John Wiley and Sons), 410-411.

Oreskes, Naomi 2002. "Continental Drift," *Encyclopedia of Global Environmental Change*, edited by Michael C. MacCracken and John S. Perry (Chichester: John Wiley and Sons), 321-325.

Oreskes, Naomi, 2003. "Philip J. Pauly: 'Biologists and the Promise of American Life: From Meriwether Lewis to Alfred Kinsey "[review]. *Journal of the History of the Behavioral Sciences* 39 ( 4): 425-426.

Oreskes, Naomi, 2001. "Reflections on the American rejection of continental drift: A Reply to Ursula Marvin." *Metascience* 10: 217-222.

Oreskes, Naomi, 2001. "Earth Matters: The Earth sciences, philosophy, and the claims of community [review]," *Geotimes* March, p. 34.

Oreskes, Naomi, 2000. *MacMillan Encyclopedia of the Earth Sciences:* Entry: "Charles Schuchert."

Oreskes, Naomi, 2000. *American National Biography,* J. Garrity, ed. Entries: "Joseph Barrell," "William Bowie," "John Hayford" and "Charles Schuchert."

Oreskes, Naomi, 1999. "Living with uncertainty, learning from mistakes: Reply to Victor Baker and Mott Greene [review of *The Rejection of Continental Drift*]," *Earth Sciences History* 18 (2): 344-350.

Oreskes, Naomi, 1998. "Gender and Scientific Authority," [Review]. *Isis* 89: 522-523.

Oreskes, Naomi, 1998. *Garland Encyclopedia of the Geosciences,* G. Good, ed., Entries: "Isostasy," 488-491, and "The Scopes Trial," 731-732.

Oreskes, Naomi, 1997. "Thinking about the Earth: One way or several?" [Review Symposium]. *Metascience*, New Series Issue 11: 11-15.

Laporte, Leo F., Naomi Oreskes, and Kenneth L. Taylor, 1994. "Penrose Conference Report: From the inside and the outside: Interdisciplinary perspectives on the history of the earth sciences," *GSA Today* 4 (8): 203-204

Oreskes, Naomi, 1993. "The laws of biology," Letter, *American Scientist* 81: 411.

Oreskes, Naomi, 1993. "Victor Moritz Goldschmidt: Father of Modern Geochemistry" [Review]. *Economic Geology* 88 (4): 218-220.

Oreskes, Naomi, 1991. "Drifting Continents and Colliding Paradigms" [Review]. *ISIS* 82 (4): 775-776.

Oreskes, Naomi, 1990. "Drifting Continents and Shifting Theories" [Review]. *British Journal for the History of Science* 23 (1): 113-115.

Oreskes, Naomi, 1989. "The Great Devonian Controversy," review of paperback edition, *Historical Studies in Physical Sciences* 19 (part 2): 411-412.

Oreskes, Naomi, 1998. "Hydrothermal mineral deposits and hydrothermal alteration," *MacMillan Encyclopedia of the Earth Sciences.*

Oreskes, Naomi, 1998. "Metamorphic mineral deposits," *MacMillan Encyclopedia of the Earth Sciences.*

Oreskes, Naomi, 1996. "Mineral Resources, Economics, and the Environments: A Review," *Economic Geology* 90: 1350.

Oreskes, Naomi, 1993. "Acceptance of the Lindgren Award for 1993," *Economic Geology* 88 (7): 1928-1929.

## POPULAR ARTICLES, LETTERS, BOOK EXCERPTS, OPINION PIECES, etc.

Kaurov, A., Ekaterina A. Khramtsova, and Naomi Oreskes, 2024. Preserving Public Trust in Historical Data and Documents through Decentralization in the Age of AI, preprint, SocArXiv file:///Users/noreskes1/Desktop/SocArXiv_%20Preserving%20Public%20Trust%20i

n%20Historical%20Data%20through%20Decentralization%20in%20the%20Age%20of%20AI-2-1.pdf

van der Linden, Sander, Stephan Lewandowsky and Naomi Oreskes, 2024. "Misinformation is real, and scholars need to study it, " Chronicle of Higher Education, 20 September 2024. https://www.chronicle.com/article/misinformation-is-real-and-scholars-need-to-study-it, archived at https://archive.is/SLHVq

Conway, Hannah and Naomi Oreskes 2023. "Technical comment on the DAPL Lake Oahe Project Draft Environmental Impact Statemen," submitted to the US Army Corps of Engineers.

Oreskes, Naomi and Erik M. Conway, 2023. "Out of Business." Royal Society of Arts (RSA) Journal, 23 June 2023. https://www.thersa.org/comment/2023/06/out-of-business
Translated and reprinted in Portuguese: Dados, 12 March de 2024 Negócio Fechado https://dados.iesp.uerj.br/negocio-fechado-out-of-business/

Oreskes, Naomi 2023. "The myth that may have doomed Titan," The New York Times, 28 June 2023. https://www.nytimes.com/2023/06/28/opinion/titanic-titan-oceangate-innovation.html

Oreskes, Naomi 2023. "Big university donors distort research agendas," Times Higher Education, 27 April 2023. https://www.timeshighereducation.com/blog/big-university-donors-are-distorting-research-agendas

Oreskes, Naomi and Erik M. Conway, 2023. "The Big Business campaign that has shaped 40 Years of GOP rhetoric," The Washington Post, 9 March 2023. https://www.washingtonpost.com/made-by-history/2023/03/09/gop-anti-government-free-market/

Oreskes, Naomi and Erik M. Conway, 2023. "How did Americans come to trust markets more than government?" https://news.harvard.edu/gazette/story/2023/03/excerpt-from-naomi-oreskes-the-big-myth/

Oreskes, Naomi and Erik M. Conway, 2023. "We need to better regulate banks. Even the father of capitalism thought so." The Boston Globe 31 May 2023.
https://www.bostonglobe.com/2023/05/31/magazine/we-need-better-regulate-our-banks-even-father-capitalism-thought-so/

Oreskes, Naomi and Erik M. Conway, 2023. "The true cost of the 'Free' Market." Excerpt from The Big Myth: How American Business Taught Us to Loathe Government and Love the Free Market. TIME 28 February 2023 https://time.com/6258540/true-cost-of-the-free-market/

McKibben, William E. and Naomi Oreskes, 2023. "How Harvard can help solve TIAA's climate problem, The Crimson, 7 March 2023. https://www.thecrimson.com/article/2023/3/7/mckibben-oreskes-tiaa-harvard/

Oreskes, Naomi, Colleen Lanier-Christensen, Hannah Conway, and Ashton MacFarlane, 2022. "The Supreme Court Case that could limit the EPA's power to fight climate change," The Boston Globe, Monday 28 February 2022. https://www.bostonglobe.com/2022/02/28/opinion/supreme-court-case-that-could-limit-epas-power-fight-climate-change/

Oreskes, Naomi, 2022. "Operational oceanography' [excerpt from *Science on a Mission*], *American Scientist* 110: 102-109.

Supran, Geoffrey and Naomi Oreskes, 2021. "The forgotten oil ads that told us climate change was nothing." *The Guardian,* 18 November 2021. https://www.theguardian.com/environment/2021/nov/18/the-forgotten-oil-ads-that-told-us-climate-change-was-nothing

Oreskes, Naomi and Jeff Nesbit, 2021. "From denial to delay: How the oil industry refined its strategy on climate," *Bulletin of the Atomic Scientists.* https://thebulletin.org/2021/12/from-denial-to-delay-how-the-oil-industry-refined-its-strategy-on-climate/

Supran, Geoffrey and Naomi Oreskes, 2021. Big oil misleads Congress about its role in the climate crisis, *The Boston Globe,* 4 November 2021. https://www.bostonglobe.com/2021/11/04/opinion/big-oil-misleads-congress-about-its-role-climate-crisis/

Oreskes, Naomi and Sofia Andrade, 2021. "Harvard and other schools make a choice on fossil fuels." The New York Times, 2 October 2021. https://www.nytimes.com/2021/10/02/opinion/divestment-fossil-fuels-harvard.html

Supran, Geoffrey and Naomi Oreskes, 2020. "ExxonMobil misled the public about the climate crisis. Now they're trying to silence critics. *The Guardian*, 16 October 2020. https://www.theguardian.com/commentisfree/2020/oct/16/exxonmobil-misled-the-public-about-the-climate-crisis-now-theyre-trying-to-silence-critics

Tyson, Charlie and Naomi Oreskes, 2020. "Faculty politics and the narrative of liberal bias." Academe Blog, 15 October 2020. https://academeblog.org/2020/10/15/faculty-politics-and-the-narrative-of-liberal-bias/

Oreskes, Naomi and Charlie Tyson, 2020. "Reactionary propaganda rides again," *Chronicle of Higher Education,* 12 October 2020. https://www.chronicle.com/article/reactionary-propaganda-rides-again

Oreskes, Naomi and Charlie Tyson, 2020. "Is Academe awash in liberal bias?" *Chronicle of Higher Education*, 14 September 2020. https://www.chronicle.com/article/is-academe-awash-in-liberal-bias

Oreskes, Naomi, 2020. "America's devastating divorce from science," CNN.com https://www.cnn.com/2020/09/14/opinions/another-day-another-trump-outrage-on-climate-and-science-oreskes/index.html

Oreskes, Naomi, 2020. "We need Big Government to save us from the pandemic." *TIME* 17 April 2020, https://time.com/5823063/we-need-big-government-pandemic/

Oreskes, Naomi and Erik M. Conway, 2020. "Trump's coronavirus failures? Thank Ronald Reagan. *The Los Angeles Times*, April 9, 2020, https://www.latimes.com/opinion/story/2020-04-09/op-ed-trumps-coronavirus-failures-thank-ronald-reagan

Supran, Geoffrey and Naomi Oreskes, 2020. "Big oil is the new big tobacco." *The Guardian*, 20 January 2020. https://www.theguardian.com/commentisfree/2020/jan/20/big-oil-congress-climate-change

Oreskes, Naomi, 2019. "Why science failed to stop climate change," TomDispatch. Com http://www.tomdispatch.com/blog/176627/tomgram%3A_naomi_oreskes%2C_whyscience_failed_to_stop_climate_change/ Reposted in numerous venues, including https://www.thenation.com/article/trump-climate-change-lies/ https://www.salon.com/2019/11/18/why-science-failed-to-stop-climate-change_partner/

Jamieson, Dale, Michael Oppenheimer and Naomi Oreskes, 2019. "The real reason some scientists downplay the risks of climate change," *The Guardian,* 25 October 2019. https://www.theguardian.com/commentisfree/2019/oct/25/the-real-reason-some-scientists-downplay-the-risks-of-climate-change

Cook, John, Geoffrey Supran, Naomi Oreskes, Ed Maibach and Stephan Lewandowsky. 2019. "Exxon has misled Americans on climate change for decades. Here's how to fight back." *The Guardian*, 23 October 2019. https://www.theguardian.com/commentisfree/2019/oct/23/exxon-climate-change-fossil-fuels-disinformation

Oreskes, Naomi, 2019. "Science isn't always perfect, but we should still trust it." *TIME*, Print edition, 18 November 2019, on p 22 and online at https://time.com/5709691/why-trust-science/

Oreskes, Naomi and Nicholas Stern, 2019. "Climate change will cost us even more than we think." *The New York Times*, 25 October 2019 and on-line https://www.nytimes.com/2019/10/23/opinion/climate-change-costs.html

Oreskes, Naomi and Nicholas Stern, 2019. "What's the price of ignoring climate change?" 5 November 2019 https://www.nytimes.com/2019/11/05/opinion/climate-change-economics.html

Oreskes, Naomi, 2019. "Can we please base our climate discussion on facts?" *The Los Angeles Times,* 11 September 2019. https://www.latimes.com/opinion/story/2019-09-11/climate-change-false-assumptions-nuclear-power-fossil-fuels

Oreskes, Naomi, 2019. What about the climate?" CNN International, 12 September, 2019. https://edition.cnn.com/opinions/live-news/2020-primary-debate-commentary/h_beb0f1bb160036790bf1adc2ad833ddb

Oreskes, Naomi, 2019. "Live commentary on the Climate Change Town Hall," CNN, 4 September, 2019 https://www.cnn.com/opinions/live-news/live-commentary-climate-crisis-town-hall/index.html

Oreskes, Naomi, Michael Oppenheimer and Dale Jamieson, "Scientists have been underestimating the pace of climate change," Scientific American on-line: 19 August 2019. https://blogs.scientificamerican.com/observations/scientists-have-been-underestimating-the-pace-of-climate-change/

Lifton, Robert Jay and Naomi Oreskes, 2019. "The false promise of nuclear power," *The Boston Globe*, 29 July 2019. https://www.bostonglobe.com/opinion/2019/07/29/the-false-promise-nuclear-power/kS8rzs8f7MAONgXL1fWOGK/story.html, reprinted in Bulletin of Atomic Scientists https://thebulletin.org/2019/08/the-false-promise-of-nuclear-power-in-an-age-of-climate-change/

Naomi Oreskes and Erik M. Conway, 2018. "Fixing the climate requires more than technology." *The New York Times,* 16 October 2018. https://www.nytimes.com/2018/10/16/opinion/climate-change-warming-technology.html

Naomi Oreskes, 2018. "Agency rule is a trojan horse called transparency," *Nature* 557 (24 May 2018), p. 469.

Naomi Oreskes and Geoffrey Supran, 2017 "Yes, Exxon misled the public." *The Los Angeles Times*, 1 September 2017. http://www.latimes.com/opinion/op-ed/la-oe-oreskes-supran-exxonmobil-20170901-story.html

Supran, Geoffrey and Naomi Oreskes, 2017. "What ExxonMobil didn't say about climate change," *The New York Times,* 22 August 2017. https://www.nytimes.com/2017/08/22/opinion/exxon-climate-change-.html?mcubz=1&_r=0

Santer, Ben, Kerry Emanuel and Naomi Oreskes. 2017. "Attention Scott Pruitt: Red Teams and Blue Teams are no way to conduct climate science." *The Washington Post*, 21 June 2017. https://www.google.com/amp/s/www.washingtonpost.com/amphtml/news/capital-weather-gang/wp/2017/06/21/attention-scott-pruitt-red-teams-and-blue-teams-are-no-way-to-conduct-climate-science/

Oreskes, Naomi, 2017. "The Republican Party—not Trump—is the biggest obstacle to climate action." *The Guardian*, 5 June 2017. https://www.theguardian.com/commentisfree/2017/jun/05/republican-party-climate-change-policies-donald-trump

Oreskes, Naomi, and Jeremy Jones, 2017. ""Want to protect the climate? Time for carbon pricing." *The Boston Globe*, 3 May 2017, p. A11. https://www.bostonglobe.com/opinion/2017/05/02/want-protect-climate-time-for-carbon-pricing/MEuNgzH4DaSoT7f8w4cNVJ/story.html

Oreskes, Naomi, 2017. "In a post-truth world, the fight against climate change is still winnable." World Economic Forum. https://www.weforum.org/agenda/2017/01/in-a-post-truth-world-the-fight-against-climate-change-is-still-winnable/

Oreskes, Naomi, 2016. "The Republican Flat Earth Society." *The New York Times*, July 27, 2016. http://www.nytimes.com/interactive/2016/07/27/opinion/campaign-stops/Hillary-Clinton-Convention-Day-3.html?_r=0

Baue, Bill, Bob Eccles, Julie Gorte, Carolyn Hayman, Stephan Lewandowsky, Thomas O. Murtha, Naomi Oreskes, Rich Pancost, and John Rogers, 2016. "The missing 60%: Exxon-Mobil, forceful stewardship, and the $2^{\circ}$ C business model imperative," *The Huffington Post* http://www.huffingtonpost.com/bill-baue/the-missing-60-exxonmobil_b_10265140.html

Oreskes, Naomi 2016. "Climate and democracy," invited letter, *Issues in Science and Technology,* Spring 2016, p 9-10.

Oreskes, Naomi, 2015. "There is a new form of climate denialism out there—So don't celebrate yet." *The Guardian*, 16 December 2015. http://www.theguardian.com/commentisfree/2015/dec/16/new-form-climate-denialism-dont-celebrate-yet-cop-21

Schendler, Auden and Naomi Oreskes, 2015. "Corporations will never solve climate change." *Harvard Business Review,* December 4, 2015. https://hbr.org/2015/12/corporations-will-never-solve-climate-change

Oreskes Naomi and Representative Ted Lieu, 2015. "The harm Exxon-Mobil has done." *The Hill,* November 4, 2015. http://thehill.com/opinion/op-ed/259192-the-harm-exxon-mobil-has-done

Oreskes, Naomi, 2015. "Exxon's climate concealment." *The New York Times*, October 9, 2015. http://www.nytimes.com/2015/10/10/opinion/exxons-climate-concealment.html?_r=0

Oreskes, Naomi 2015. "The hoax of climate denial," June 16, 2015 *Tom Dispatch.com* http://www.tomdispatch.com/blog/176011/tomgram%3A_naomi_oreskes,_why_climate_deniers_are_their_own_worst_nightmares/ Reposted at Huffington Post, The Nation, Salon.com, alternet.com, Truthdig.com, the UNZ Review, and many more.

Oreskes, Naomi 2015. "Climate change denial: Scientific skepticism or disparagement of science?" *Deseret News* (Utah) April 19, 2015. http://www.deseretnews.com/article/865626775/Climate-change-denial-Scientific-skepticism-or-disparagement-of-science.html?pg=all

Frumhoff, Peter and Naomi Oreskes 2015. "Fossil fuel firms are still bankrolling climate denial lobby groups." *The Guardian*. March 25, 2015. http://www.theguardian.com/environment/2015/mar/25/fossil-fuel-firms-are-still-bankrolling-climate-denial-lobby-groups

Oreskes, Naomi 2015. "Playing dumb on climate change," *The New York Times*, Sunday Review, January 3, 2015, p. SR2. http://www.nytimes.com/2015/01/04/_/sunday/playing-dumb-on-climate-change.html?_r=0 Syndicated on many additional web sites.

Oreskes, Naomi 2014. "In Defense of NIMBY-ism," *The Conversation,* US launch, Foundation Essay, October 21, 2014, http://theconversation.com/in-defense-of-nimbyism-32470; re-posted at WashingtonPost.com and several additional web sites. http://www.washingtonpost.com/posteverything/wp/2014/10/23/stop-hating-on-nimbys-theyre-saving-communities/

Oreskes, Naomi 2014. "Wishful thinking about natural gas: Why fossil fuels can't solve the problems created by fossil fuels." *Tom Dispatch.com*

http://www.tomdispatch.com/post/175873/tomgram%3A_naomi_oreskes,_a_%22green%22_bridge_to_hell/ Syndicated on many additional web sites.

Oreskes, Naomi 2014. "Fourteen concepts that will be obsolete after catastrophic climate change." *The Washington Post*, Saturday, July 26, 2014 http://www.washingtonpost.com/opinions/14-concepts-that-will-be-obsoleteafter-catastrophic-climate-change/2014/07/25/04c4b1f8-11e0-11e4-9285-4243a40ddc97_story.html
Reposted on numerous web sites.

Oreskes, Naomi 2014. "The pragmatic case for fossil fuel divestment," *NakedCapitalism.com* http://www.nakedcapitalism.com/2014/06/pragmatic-case-fossil-fuel-divestment-address-climate-change.html

Oreskes, Naomi and Clara Belitz, 2014. "Universities must end financial ties to climate-denying fossil fuel giants," *The Guardian*, April 17, 2014. http://www.theguardian.com/commentisfree/2014/apr/17/universities-end-financial-ties-fossil-fuel-industry-now

Adam Sobel and Naomi Oreskes, 2013. "Monitoring a climate epidemic: When is a super-typhoon more than just a super-typhoon?" *Los Angeles Times,* November 15, 2013. http://articles.latimes.com/2013/nov/15/opinion/la-oe-oreskes-typhoon-climate-change-20131115

Oreskes, Naomi, 2013. "We need a new Manhattan Project," *The New York Times,* Room for Debate, November 11, 2013. http://www.nytimes.com/roomfordebate/2013/11/14/is-nuclear-power-the-answer-to-climate-change/we-need-a-new-manhattan-project-to-deal-with-climate-change

Stephen Lewandowsky, James Risbey and Naomi Oreskes, 2013. "Climate change is not all disaster and uncertainty," *The Conversation,* September 19, 2013. http://theconversation.com/climate-change-is-not-all-disaster-and-uncertainty-18299

Oreskes, Naomi, 2013. "Mobilizing scientists on climate change," *The Washington Post,* January 17, 2013. http://articles.washingtonpost.com/2013-01-17/opinions/36410396_1_climate-change-alternative-energy-scientists

Conway, Erik M. and Naomi Oreskes, 2012. "Why conservatives turned against science," *The Chronicle of Higher Education,* November 5, 2012. http://chronicle.com/article/The-Conservative-Turn-Against/135488/

Oreskes, Naomi, 2012. "The verdict is in on Climate Change,"*Los Angeles Times*, Sunday 22 January 2012 http://articles.latimes.com/2012/jan/22/opinion/la-oe-oreskes-judging-climatechange-20120122

Oreskes, Naomi, 2012. "Und sie bewegt sich doch (and yet it moves)," *Frankfurter Allgemeine Sonntagzeitung*, 8 January NR 1.

Oreskes, Naomi, 2011. "Merchants of Doubt," *Cosmos*, April/ May 2011, pp. 36-43. http://www.cosmosmagazine.com/features/print/4376/merchants-doubt

Frumhoff, Peter and Naomi Oreskes, 2011. "The limits of doubt-mongering," *The Hill*, February 23, 2011. http://thehill.com/blogs/congress-blog/energy-a-environment/145669-the-limits-of-doubt-mongering

Oreskes, Naomi and Erik M. Conway, 2010. "Where to from here?" *The Climate Spectator,* November 15, 2010, http://www.climatespectator.com.au/commentary/where-here.

Oreskes, Naomi and Erik M. Conway, 2010. "Will we ever get action on climate change?" September 8, 2010. http://minnesota.publicradio.org/display/web/2010/09/08/oreskes/

Oreskes, Naomi and Erik M. Conway, 2010. "Distorting science while invoking science," *Science Progress,* August 10, 2010. http://www.scienceprogress.org/2010/08/distorting-science-while-invoking-science-2/

Oreskes, Naomi and Richard Littlemore, 2010. "Climate change deniers doing a disservice to legitimate science," *Vancouver Sun,* June 18, 2010. http://www.vancouversun.com/technology/Climate+change+deniers+doing+disservice+legitimate+science/3169693/story.html

Oreskes, Naomi and Erik M. Conway, 2010. Shadow Elite: Merchants of Doubt—Do scientific denialists have no shame? *Huffington Post,* June 17, 2010. http://www.huffingtonpost.com/naomi-oreskes

Oreskes, Naomi and Erik M. Conway, 2010. "Global Warming Deniers and their Proven Strategy of Doubt," *Environment 360*, June 10, 2010. http://e360.yale.edu/content/feature.msp?id=2285

Oreskes, Naomi and Erik M. Conway, 2010. "Defeating the Merchants of Doubt," *Nature* 465: 686-687, June 10, 2010. http://www.nature.com/nature/journal/v465/n7299/full/465686a.html

Oreskes, Naomi and Erik M. Conway, 2010. "Attack on Climate Scientist just Latest in a Long Line." *CNN.com* June 9, 2010. http://edition.cnn.com/2010/OPINION/06/07/oreskes.climate.change/index.html

Oreskes, Naomi and Erik M. Conway, 2010. "Seeds of Doubt Against Climate Science," *Los Angeles Times,* June 8, 2010, print edition and online at http://articles.latimes.com/2010/jun/08/opinion/la-oe-oreskes-20100608

Oreskes, Naomi and Erik M. Conway, 2010. "Climate Change Denial: A History," The New Statesman, June 1, 2010, online at http://www.newstatesman.com/global-issues/2010/05/climate-scientists-science

Oreskes, Naomi and Erik M. Conway, 2010. "Scientists Who Favor Ideology over Fact," *The Washington Post*, May 28 2010, on line at http://voices.washingtonpost.com/political-bookworm/2010/05/scientists_who_favor_ideology.html

Oreskes, Naomi, 2009. "The Scientific Consensus on Climate Change," *Climate Change: Picturing the Science,* edited by Gavin Schmidt and Joshua Wolfe, pp. 153-155.

Oreskes, Naomi and Jonathan Renouf, 2008. "JASON and the Secret Climate Change War," The Sunday Times (London), September 7, 2008 and Times online: http://www.timesonline.co.uk/tol/news/environment/article4690900.ece

Oreskes, Naomi, 2007 "Things We Can All Do to Stop Global Warming," *The San Diego Union Tribune*, July 13, 2007

Oreskes, Naomi, 2007. "The Long Consensus on Climate Change," *The Washington Post,* Thursday, February 1, 2007; A15 https://www.washingtonpost.com/wp-dyn/content/article/2007/01/31/AR2007013101808.html

Oreskes, Naomi, 2006. "Global Warming: Signed, Sealed and Delivered." *The Los Angeles Times,* July 24, 2006.

Oreskes, Naomi, 2005. "Fear-mongering Michael Crichton is wrong," *The San Francisco Chronicle,* February 16, 2005, p. B11.

Oreskes, Naomi, 2004. "Undeniable Global Warming," *The Washington Post,* Sunday December 26, 2004, B07.

Oreskes, Naomi and Bjorn Lomborg, 2004 "Er klimaskeptikere nu domt ude?" [Have climate skeptics been ruled out of bounds?] A debate with Bjorn Lomborg, moderated by Morten Jastrup, *Politiken* (Copenhagen), Sunday, December 5, 2004, p. 2, section 4.

Oreskes, Naomi, 2004. "A Humanities Policy?" (Forum), *Issues in Science and Technology* Winter 2004: 17.

Oreskes, Naomi and James Fleming, 2003. "An ill wind blows toward an even more inhospitable climate," *The Los Angeles Times* Commentary Section, Thursday October 30: B17.

Oreskes, Naomi and Rebecca Oreskes, 2001. "Controlling Nature: Is Science to Blame?" *International Journal of Wilderness* 7 (1): 35-38.

Oreskes, Naomi, 1998. La lente plongée vers le fond des océans," *Science et Vie* March: 84-90.

**COMPLETE LIST OF HONORS AND AWARDS**

John Tyndall Lecturer in Global Environmental Change, American Geophysical Union, 2024

Patrick Suppes Prize in History of Science, for *Science on a Mission*, American Philosophical Society, 2024.

Nonino Prize, "A Master of Our Time," Nonino Foundation, Italy, 2024

TIME 100 inaugural climate leaders, 2023

https://time.com/collection/time100-climate/6332960/naomi-oreskes/

Apolitical 100 Most Influential People in Climate, 2022/23 https://apolitical.co/list/en/most-influential-climate-100-2022

Global Listening Centre Top 25 Outstanding Women Listeners in the World, 2021

Falling Walls Foundation, Breakthrough Science of the Year, 2021

American Geophysical Unions **Spilhaus Ambassador Award grant, 2021**

Phi Beta Kappa Visiting Scholar, 2020

The British Academy Medal, 2019

Guggenheim Fellow, 2019

Geological Society of America Mary C. Rabbit Award (History and Philosophy of Geology Division) 2019

American Philosophical Society, Elected, 2019

AAAS Plenary Speaker, "The Scientist as Sentinel," 2017

American Academy of Arts and Sciences, Elected, 2017

Stephen H. Schneider Award for Outstanding Climate Science Communication 2016

American Geophysical Union Ambassador and Fellow, 2016

Frederick Anderson Climate Change Award, Center for International Environmental Law, 2016

H. Burr Steinbach, Visiting Scholar, Woods Hole Oceanographic Institution, 2016.

Committee for Skeptical Inquiry, Fellow, 2015

Salem State University: Friend of the Earth, 2015

Indiana University, William F. Patten Lecturer, 2015 ((Previous Patten Professors include Herbert Feis and George Sarton).

National Center for Science Education: Friend of the Planet, 2015.

American Historical Association Herbert Feis Prize for Public History, 2014

American Geophysical Union Presidential Citation for Science and Society, 2014

Monfort Professor-in-Residence, Colorado State University 2013

John Muir Environmental Fellow, Muir College, UC San Diego, 2012

Max von Laue Lecture, Deutsche Physikalische Gesellschaft (German Physical Society), 2012

James Shea Award of the National Association of Geoscience Teachers for "exceptional contributions in the form of writing and/or editing of Earth Science information that is of interest to the general public and/or teachers of Earth Science," 2011

Climate Change Communicator of the Year, George Washington University Center for Climate Change Communication, for "fearless work ...to expose the non-scientific pressures climate scientists have encountered during the course of their research. Her courage and persistence in communicating climate science to the wider public have made her a living legend amongst her colleagues," 2011

Francis Bacon Medal in recognition of outstanding scholarship in the history of science and technology, Francis Bacon Foundation and Caltech, 2009

UCSD Chancellors Associates Faculty Excellence Award for Community Service, 2008

Finalist, Teacher of the Year, Scripps Institution of Oceanography, 2008

American Association for the Advancement of Science Fellow, 2007, "for distinguished scholarship in the history of earth sciences, and for leadership in relating science and technology studies to contemporary scientific policy debates."

UCSD Humanities Center Fellowship, Autumn 2005

George Sarton Award Lecture, American Association for the Advancement of Science, 2004

American Philosophical Society, Sabbatical Fellowship, 2001-2002

History of Science Society, Women in Science Best Paper Prize, 2000

Forum for the History of Science in America, Best Paper Prize, 1997

National Science Foundation Young Investigator, 1994-1999

National Endowment for the Humanities, Fellowship for University Teachers, 1993-94

Society of Economic Geologists, Lindgren Prize (outstanding work by a young scientist) 1993

Ritter Memorial Fellowship in History of Marine Sciences, Scripps Institution of Oceanography 1994

Geological Society of America 29th International Geological Congress Travel Grant, 1992

Mellon Foundation New Directions Fellowship to "encourage fresh contributions of knowledge and curricular activities [in] the arts and sciences," Stanford University, 1988-1989

Geological Society of America, Penrose Grant, 1987

Chevron Fellowship, Stanford University, 1984-1986

Imperial College, Watts Medal (Geology), 1981

University of London Sir Henry Miers Mineralogy Prize, 1981

Royal Society of Arts (London) Silver Medal for Scholarship and Service, 1981

Imperial College Geology Department Jonathan Callaghan First Year Prize, 1979

Who's Who in America, Who's Who in American Science & Engineering, Who's Who in the West


**EXPERT TESTIMONY**

U.S. Senate Budget Committee, "Dollars and Degrees: Investigating Fossil Fuel Dark Money's Systematic Threats to Climate and the Federal Budget: The Causes and Costs of Climate Delay." Written and Oral Testimony, 21 June 2023.

U.S House of Representatives Staff Briefing, Sponsored by Rep. Lori Trahan (D-Ma), "Climate Disinformation and On-line Transparency." 11 July 2022.

U.S. Senate, Special Committee on the Climate Crisis, 29 October 2019. https://www.youtube.com/watch?v=AxaICTiNKvY&feature=youtu.be https://www.democrats.senate.gov/climate/hearings/climate-crisis-committee-to-hold-hearing-on-dark-money-and-climate-change

U.S. House of Representatives, Committee on Oversight and Reform, Subcommittee on Civil Rights and Civil Liberties, 23 October 2019. "Examining the Oil Industry's Efforts to Suppress the Truth about Climate Change" https://www.youtube.com/watch?v=o9nfd0m95CM

U.S. House of Representatives, Written testimony in rebuttal to hearing witnesses, "Climate Science: Assumptions, Policy, Implications, and Scientific Method, April 11, 2017, requested and submitted by Representative Donald S. Beyer, Jr. (D-Va).

U.S. Senate, Democratic Policy and Communications Center Luncheon, Lyndon B. Johnson Room, The Capitol, June 23, 2016.

U.S. House of Representatives Committee, Congressional Progressive Caucus and The Sustainable Energy and Environment Coalition (SEEC), Forum on the Fossil Fuel Industry Disinformation Campaign, Sponsors Representative Keith Ellison and Raúl M. Grijalva, co-chairs, Rayburn Office Building, June 22, 2016.

U.S. House of Representatives Committee on Natural Resources, Subcommittee on Oversight and Investigations, Hearings: "*Zero Accountability: The Consequences of Politically Driven Science,*" 114th Congress, April 29 2015, Washington DC.

U.S. Senate Hearings, Bicameral Task Force on Climate Change, Senator Sheldon Whitehouse and Representative Henry Waxman, sponsors, September 18, 2014, Washington, D.C.

Belgian House of Representatives, Special Committee on Climate Change and Sustainable Development, June 29, 2012.

U.S. Senate, Committee on Environment and Public Works, Washington, D.C., December 6, 2006, http://epw.senate.gov/epwmultimedia/epw120606.ram

U.S. Nuclear Waste Technical Review Board, U.S. Nuclear Waste Technical Review Board, "Developing a Repository Safety Strategy with Special Attention to Model Validation" Washington, D.C., September 14, 1999. http://www.nwtrb.gov/meetings/990914.pdf.

California State Senate, Select Committee on Government Oversight, Sacramento, California., 31 January 2001, Hearings on Gender Equity in the University of California.

## LEGAL EXPERT WITNESS

*Expert Witness: Conservation Law Foundation v. Shell Oil Co.*, Case No. 3:21-cv-00933 (D. Conn).

*Expert Witness:* Mann v. National Review, Inc et al., D.C. Super. Court, Deposed [ on line] 15 October 2020; testified, US Superior Court, Washington DC, 22 January 2024.

*Expert Witness:* Eastman Chemical Company v. Plastipure Inc. and Certichem, Inc., 2013. *http://law.justia.com/cases/federal/district-courts/texas/txwdce/1:2012cv00057/529232/249/*

## AMICUS BRIEFS

Brulle R., Center for Climate Integrity, The Chesapeake Climate Action Network, Farrell J., Franta B., Lewandowsky S., Oreskes N., Supran G., Union of Concerned Scientists [alphabetical order]. *Amicus Brief* submitted to United States Court of Appeals for the Third Circuit, in support of Delaware in Delaware v. BP America Inc. *et al.* (2022).

Brulle R., Center for Climate Integrity, The Chesapeake Climate Action Network, Farrell J., Franta B., Lewandowsky S., Oreskes N., Supran G., Union of Concerned Scientists [alphabetical order]. *Amicus Brief* submitted to United States Court of Appeals for the Fourth Circuit, in support of Baltimore in Baltimore v. BP P.L.C. *et al.* (2021).

Brulle R., Center for Climate Integrity., Farrell J., Franta B., Fresh Energy., Lewandowsky S., MN350, Minnesota Center for Environmental Advocacy, Oreskes N., Supran G., Union of Concerned Scientists [alphabetical order]. *Amicus Brief* submitted to United States Court of Appeals for the Eighth Circuit, in support of State of Minnesota v. American Petroleum Institute *et al.* (2021).

Brulle R., Center for Climate Integrity, The Chesapeake Climate Action Network, Farrell J., Franta B., Lewandowsky S., Oreskes N., Supran G., Union of Concerned Scientists [alphabetical order]. *Amicus Brief* submitted to United States Court of Appeals for the Fourth Circuit, in support of Baltimore in Baltimore v. BP P.L.C. *et al.* (2019).

Brulle R., Center for Climate Integrity, Farrell J., Franta B., Lewandowsky S., Oreskes N., Supran G., Union of Concerned Scientists [alphabetical order]. *Amicus Brief* submitted to United States Court of Appeals for the Ninth Circuit, in support of CA cities in Oakland and San Francisco v. BP P.L.C. *et al.* (2019).

Brulle R., Center for Climate Integrity, Farrell J., Franta B., Lewandowsky S., Oreskes N., Supran G., Union of Concerned Scientists [alphabetical order]. *Amicus Brief* submitted to United States Court of Appeals for the Ninth Circuit, in support of CA counties in San Mateo *et al.* v. Chevron Corporation *et al.* (2019).

## BOARDS
Kann-Rasmussen Foundation, 2024- .
National Center for Science Education, 2017-2023.
ClimateCommunication.Org 2015- http://www.climatecommunication.org/who-we-are/advisors/
Climate Science Legal Defense Fund, Founding Board Member, 2014-
Protect Our Winters, Board Member, 2011-2020; Board Member Emerita.
Climate Accountability Institute, Co-Founder and Board Member 2011-2017

## PROFESSIONAL SOCIETIES
*Elected Fellow*
American Academy of Arts and Sciences; American Association for the Advancement of Science; American Geophysical Union; Geological Society of America
*Member*
History of Earth Sciences Society; History of Science Society; International Commission for the History of Geology; Society for the Social Studies of Science, *Corresponding Member*, International Academy of the History of Science.

## PROFESSIONAL ACTIVITIES (selected)
*Advisory Board*, World Economic Forum Global Risks Report, 2017- 2019.
Participant, World Economic Forum, Davos, Switzerland, 2015-2019, 2024.
*Panel Member***,** IPCC Steering Committee on studies of the IPCC process, 2014-2015.
*Panel Chair, MISTRA-FORMAS Proposal Evaluation, Environmental Humanities, December 5-8, 2014, Stockholm Sweden.*
*Panel Member***,** expert panel on *Harnessing Science and Technology to Understand the Environmental Impacts of Shale Gas Extraction,* Council of Canadian Academies, 2012-2014
*Deputy Editor, Climatic Change,* 2011-2013.
*Panel Member,* European Research Commission, Synergy Grant program, Peer Review Panel 2012.
*President,* History of Earth Sciences Society, 2007-2009
*President-Elect,* History of Earth Sciences Society, 2005-2007.
*Member,* American Meteorological Society History of the Atmospheric Sciences Committee, 2008-11.
*Member*, National Academy of Sciences/National Research Council Committee on the Use of Models in Regulatory Decision-Making, 2004-2007.
*Member,* Director's Review Committee, Energy and Environmental Directorate, Lawrence Livermore National Laboratory, 2006-2007.
*Member,* History of Science Society Executive Council, 2003-2006.
*Editorial Boards* ISIS, 2001- 2004 ; Reviews of Geophysics (Associate Editor) 2001-2003; Earth Sciences History 1998-2001, Economic Geology 1993-1998.
*Councillor* History of Earth Sciences Society, 1998-1999.
*Consultant* U.S. National Academy of Sciences, Workshop, "Principles and Operational Strategies for Repository Staging Systems," September 2001; U.S. Nuclear Waste Technical Review Board, September 1999; U.S. Environmental Protection Agency, Lead Model Validation Project, 1996-1997.
*Committees* American Institute of Physics, Advisory Committee on History of Physics, 2008-2011; American Association for the Advancement of Science, History Committee, 1996-1999; American Geophysical Union, History Committee, 1996- present; U.S. National Committee on Geology,

National Research Council, Member, 1994-96; U.S. National Committee for the History of Geology, National Research Council, Secretary, 1994-96; National Science Foundation, Education and Human Resources Committee of Visitors, 1994-95

*Visiting Committee* to review Harvard University History of Science Department, Spring 2003, and follow up panel, October 2007.

*Panel Member, National Science Foundation History of Science and Technology,* Spring 2000.

*Consulting Historian* WGBH, *Lives in Science*, 1999-2001; Oxford Companion to the History of Science 1999-2000; American Institute of Physics Collaboration Project, 1990-1999; WGBH Science Odyssey Series, 1997-1998.

*External Examiner* Melbourne

*Seminar Leader* Dibner Foundation for the History & Philosophy of Science, Summer Institute 1994.

*President* De la Beche Club (Imperial College Geological Society), 1979-1980.


**CONFERENCES ORGANIZED**

Climate Accountability, Public Opinion, and Legal Strategies Workshop," co-organizer, with the [Climate Accountability Institute](#) and the [Union of Concerned Scientists](#) La Jolla, CA, June 2012.

Models and Prediction: A Workshop, Sponsored by UC San Diego Science Studies program with funding from the National Science Foundation, Organizers Naomi Oreskes and William Bechtel, May 26-27, 2006.
[https://mechanism.ucsd.edu/~bill/ModelsAndPrediction/workshopschedule.htm](https://mechanism.ucsd.edu/~bill/ModelsAndPrediction/workshopschedule.htm)

Geological Society of America Penrose Conference: "From the Inside and the Outside: Interdisciplinary Perspectives on the History of the Earth Sciences." San Diego, CA, March 1994.


**UNIVERSITY SERVICE (selected)**

*Harvard University* Director of Graduate Studies, Department of the History of Science, 2013-2016; Climate Change Solutions Fund Committee, 2016-2019; Faculty Council, 2020-2023.

*University of California* Member, Search Committee for Senior Vice Chancellor for Academic Affairs (2010), Member, Office of Research Affairs Research Advisory Council (2009- ); Member, Center for Marine Biodiversity and Conservation, (2006- ) Director, Science Studies Program, (2003 -2006); University Search Committee, Vice Chancellor for Research (2006); UCSD Humanities Center, Executive Committee (2004-2006 ) ; History Department Representative, Faculty Senate (2003-04); Faculty co-chair, Chancellor's Advisory Committee on the Status of Women (1999-2001); Member, Vice-Chancellor's Task Force on Gender Equity (2001); Center for Environmental Research and Training (1999-2003); Scripps Institution of Oceanography Heritage Committee (1999- ), Scripps Institution of Oceanography Ritter Fellowship Selection Committee (1999- ).

*New York University* Gallatin Curriculum Committee, 1996-97; Faculty of Arts and Sciences NSF initiative on undergraduate science and math education reform, 1997; Gallatin Dean Search Committee, 1997-98.

*Dartmouth College* Ethics Institute Faculty Advisor (1994-95); Women in Science Program Faculty Sponsor (1992-93); Women's Studies Steering Committee (1992-1994); University Seminars: Feminist Inquiry (1990-1995); Two Cultures (1990-1995); Teaching Science (1993-1995); Sloan Foundation

A-34

Summer Science Teaching Institute (1994); Dartmouth College Committee on Organization and Policy (1996-97).

## MANUSCRIPTS, GRANTS, AND PAPERS REVIEWED

*Manuscripts, Presses:* AGU Press; Johns Hopkins University Press; Blackwell Press; University of Chicago Press; University of California Press; Columbia University Press; MIT Press.

*Manuscripts, Journals:* Climatic Change; Ecological Modeling; Geology; Economic Geology; Global Environmental Change; ISIS; History of Earth Sciences; Hyle; Mineralium Deposita; International Association on the Genesis of Ore Deposits; Science; Nature; Science Communication; Science and Public Policy; Social Studies of Science; The Physics Teacher; and others.

*Grants:* National Science Foundation (Geochemistry and Petrology, Science and Technology Studies, Instrumentation and Facilities, and Education and Human Resources); National Endowment for the Humanities; National Environment Research Council (U.K.); Social Sciences and Humanities Research Council of Canada.

*Papers for National Meetings:* Geological Society of America.

## SPONSORED RESEARCH

*Title:* AI-Powered Legal Document Analysis for Environmental Litigation: Leveraging Large Language Models
Funder: Rockefeller Family Fund, 2023- .
Duration: One year, renewable.

*Title* Exposing Fossil Fuel Industry Falsehoods and Revoking the Industry's Social License
*Funder:* Broadreach Foundation/Maine Community Fund, 2023- .
*Duration:* One year, renewable.

*Title:* Conference: Expert meeting at Harvard University hosted by Professor Naomi Oreskes and Dr. Geoffrey Supran, "Accountability for the deception industry: Aligning research with action'" *Funding Agency:* Children's International Fund Foundation
*Duration of Support:* 2022

*Title:* Leveraging Marketing Tools and Big Data to Advance Academic Understanding of Trust and Distrust in Science
*Funding Agency:* Dean's Competitive Fund for Promising Scholarship, Harvard University
*Duration of Support:* 2022

*Title:* Spilhaus Ambassador Award Grant
*Funding Agency: American Geophysical Union*
*Duration of Support: 2021*

*Title:* Doctoral Dissertation Research: "The Not-so-Inexhaustible Sea: Fisheries, Science, and Management: 1863-present." [For Aaron van Neste]
*Funding Agency:* National Science Foundation
*Duration of Support:* 2021-23

*Title:* Doctoral Dissertation Research: "Making Laboratory Practice Good: Negotiating Transnational Toxicological Standards for Chemical Standards, 1971-2010." [For Colleen Lanier-Christensen]
*Funding Agency:* National Science Foundation
*Duration of Support:* 2018-2019

*Title:* Envisaging the Fossil-Free Future
*Funding Agency:* Harvard Climate Change Solutions Fund
*Duration of Support:* 2017-2019

*Title:* Envisaging the Fossil-Free Future
*Funding Agency:* Wallace Global Threats Fund
*Duration of Support:* 2017-2019

*Title:* Assessing ExxonMobil's climate change communications
*Funding Agency:* The Rockefeller Family Fund
*Duration of Support: Summer* 2016

*Title:* Assessing the origins of the words "weather and climate" in the Clean Air Act of 1970.
*Funding Agency:* The New York Community Trust
*Duration of Support:* 2015
*Funding Agency:* The Grantham Foundation
*Duration of Support:* 2015

*Title:* Assessing Assessments: Historical and Philosophical Study of Scientific Assessments for Environmental Policy in the Late 20th Century
*Funding agency:* National Science Foundation SES 09-57270
*Duration of Support:* 2010-13

*Title:* Climate, Technology and Culture: Providing Content and Context in Undergraduate Global Climate Education
*Funding agency:* NASA: Global Climate Change Education Program.
*Duration of Support:* 2009-2011.

*Title*: IGERT: Global Change, Marine Ecosystems, and society, Co-PI with Richard Norris (PI), Jeremy Jackson, Dale Squires, Joel Watson, co-PIs.
*Funding agency:* National Science Foundation DGE 09-03551
*Duration of Support:* 2009-2014

*Title*: Doctoral Dissertation Research: Harold Urey: Scientist, Atheist, and Defender of Religion (graduate student Matthew Shindell).
*Funding Agency:* National Science Foundation, SES 08-48435.
*Duration of support*: 2008-2010.

*Title:* Doctoral Dissertation Research: The Bravo Medical Program: Radiation Standards, Scientific Uncertainty, and the Legacy of the Cold War, 1954-the Present" (graduate student Laura Harkewicz).
*Funding agency:* National Science Foundation, SES 08-22480
*Duration of Support:* 2008-2010.

*Title:* Conference and Workshop Support: Models and Prediction: A Research Workshop,
University of California, San Diego; May 26-28, 2006,
*Funding agency:* National Science Foundation, SES 05-51355
*Duration of Support:* 2006

*Title:* Proof, Persuasion, and Policy: A Research and Training Grant for the UCSD Science Studies
Program
*Funding agency:* National Science Foundation: SES 03-49956
*Duration of Support:* 2004-2009

*Title:* A Historical Analysis of the Collapse of Pacific Groundfish: U.S. Fisheries Science, Development,
And Management, 1945-1995
*Funding agency:* California Sea Grant/ National Oceanic and Atmospheric Agency
*Duration of Support:* 2004-2006

*Title:* The Military Roots of Basic Science: American Oceanography in the Cold War and Beyond
*Funding agency:* National Science Foundation, SBE 01-15260
*Duration of Support:* 2002-2004.

*Title*: Sabbatical Fellowship
*Funding agency:* American Philosophical Society
*Duration of Support:* Spring 2002.

*Title*: National Science Foundation Young Investigator Award for Geology and History of Science.
*Funding agency:* National Science Foundation EAR 93-57888, EAR 97-96022
*Duration of Support:* 1994-1999. (Awarded 1993).

*Title:* Acquisition of cathodoluminescence, spectrophotometry, and microsampling capabilities for the
study of large-scale ore-forming systems.
*Funding agency:* National Science Foundation, EAR 93-17213.
*Duration of support:* 1994-1996.

*Title:* The Rejection of Continental Drift.
*Funding agency:* National Science Foundation, SBE 92-22597.
*Duration of support:* April 1994-June 1995.

*Title:* The Rejection of Continental Drift.
*Funding agency:* National Endowment for the Humanities, Fellowship for University Teachers
*Duration of support:* September 1993-April 1994.

*Title:* Origin of magnetite deposits at El Laco, Chile: An analogue for giant Fe-REE deposits of the
Proterozoic? with Research Experience for Unders [REU] Supplements (1993, 1994)
*Funding agency:* National Science Foundation EAR 92-19887.
*Duration of support:* 1993-1995.

*Title:* Sphalerite geochronometry at the Lisheen Zn-Pb deposit, Ireland.
*Funding agency:* Chevron Corporation of Ireland.
*Duration of support:* 1992-1993.

*Title:* Reading materials for innovative approaches to introductory geology.
*Funding Agency:* New England Consortium for Undergraduate Science Education (NECUSE).
*Duration of Support:* 1990-1991.

## TEACHING ACTIVITIES I. University Courses

Harvard University: *Undergraduate*: Controversy: Explorations at the Intersections of Science, Policy, and Politics; Science and Religion in America; Climate Science & Policy; Science, Technology and Social Change. *Graduate*: Agnotology: The Cultural Production of Ignorance; The History of the History of Science; Salon (An introductory seminar for first year graduate students in history of science); and Historiography of the History of Science.

University of California Controlling Life; Atomic Age, Atomic Angst (both in Sixth College general education sequence); Science and Technology in the 20th Century; Scientists and Atomic Age; The Darwinian Legacy; Introduction to Science Studies; Gender and Science; Science and Politics of Climate Change; and various graduate seminars in science studies and history of science, and guest lectures in the Center for Marine Biodiversity and Conservation on science and public policy.

New York University: The Quest for Knowledge; Origins of the Atomic Age; The Notion of Truth; The Darwinian Legacy; Fate of the Earth.

Dartmouth College *Earth Sciences:* Fate of the Earth; Materials of the Earth; Geochemistry of Ore Deposits; Philosophy of Natural Sciences; *History* Origins of the Atomic Age; *Women's Studies* Sex, Gender, and Scientific Discovery.

## TEACHING ACTIVITIES II. Short courses and informal education

15th International Swiss Climate Summer School, Oeschger Centre for Climate Change Research, University of Berne, Grindevald, Switzerland, August 2016.
https://www.unisdr.org/we/inform/events/46284

Vienna International Summer University "Consensus in Science (two-week intensive), Vienna Circle Institute, Vienna, Austria, July 2007.

UCSD Osher Institute (UCSD extension), Autumn 2006, "Climate Change." (Five lectures)

Marine Biological Laboratory-Dibner Institute "Oceans and Atmospheres," May 17-24, 2006.

## TEACHING ACTIVITIES III. Graduate Research Advising (Principal Advisor)

Ashton MacFarlane, Harvard University J.D./Ph.D. expected 2024. Dissertation topic TBD.

Aaron van Neste, Harvard University Ph.D., expected 2023. "Oceans of Ignorance: Free Markets, Overconfidence and Uncertainty in Fisheries Science from Inexhaustibility to Catch Shares, 1863-2019."

Gustave Lester, Harvard University Ph.D., expected 2022. "Mineral Lands, Mineral Empires: Geology and Capitalism in the Atlantic World, 1780-1880."

Hannah Conway, Harvard University Ph.D., expected 2022. "In the long shadows: Infrastructure Failure, Inequity, and Environmental Justice in the US Deep South."

Colleen Lanier Christensen, Harvard University Ph.D., expected 2022, "Making Laboratory Practice Good: Negotiating Transnational Toxicological Standards for Chemical Standards, 1971-2010."

Erik Baker, Harvard University Ph.D., 2022. *"Entrepreneurism: The Reinvention of the American Work Ethic in the Twentieth Century."*

Danielle Hallett Inkpen, Harvard University Ph.D., 2018. "Glacial Tongues: Making North American Alpine Glaciers Speak, 1887-2000,"

Krystal Tribbett, UCSD Ph.D., 2014. "RECLAIMing Air, Redefining Democracy: A History of California's Regional Clean Air Incentives Market, Environmental Justice and Risk 1960 – present."

Minakshi Menon, UCSD Ph.D., 2013, "Imperial Nature, Imperial Culture: British Orientalism, Colonial Policy, and the Making of an Indian Natural History, 1784-1845"

Elena Aronova, UCSD Ph.D. 2012. "Studies of Science before "Science Studies": The Cold War and Politics of Science in the U.S., U.K., and U.S.S.R., 1950s-1970s

Matt Shindell, UCSD Ph.D., 2011. "Harold Urey and the Origins of Planetary Science."

Laura Harkewicz, UCSD Ph.D., 2010," The Character of Radiation Standards: The Bravo Medical Program, Radiobiology, and American Nuclear Policy, 1954 - 2005

Jesse Richmond, UCSD Ph.D. 2009. "Experts and Austalopithecines: Credibility and Controversy in the Study of Human Evolution, 1924-1959,"

Matthew Crawford, UCSD Ph.D. 2009, co-advised with Professor John Marino, European history. "Empire's Experts: The Politics of Knowledge in Spain's Royal Monopoly of *Quina* (1751-1808)"

M. Carmel Finley, UCSD Ph.D. 2008, "The Tragedy of Enclosure: Science, Politics, and Marine Fisheries Policy, 1945-1995."

Barbara DeFelice, Dartmouth College, Master of Arts, Liberal Studies, (2000) "Geological theory and arctic exploration in the early 20th century."

Sossity Sheets, Dartmouth M.S. (1997) "Chemistry of fluid inclusions at El Laco, Chile: Implications for ore genesis."

Maria Bundy, Dartmouth M.S. (1996) "REE content of apatites at Ophir, Colorado: A source of aqueous REEs in acid mine drainage?"

Melody Brown, Dartmouth M.S. (1995) "Geological and numerical analysis of paleofluid-flow in carboniferous Ireland: Developing a genetic model for the carboniferous carbonate-hosted Irish Zn-Pb ores."

Katherine Bateman, Dartmouth M.A.L.S. (1994). "Built around a uterus: Historical Origins of the 'Limited Energy Theory' of Women's Physiology."

Amy Larson, Dartmouth M.S. (1994), Ph.D. (1996). "Evidence of pneumatolytic processes in the genesis of magnetite deposits at El Laco, Chile."

Helen Mango, Dartmouth Ph.D. (1992) "Origin of epithermal Ag-Au-Cu-Pb-Zn mineralization on the Veta Madre, Guanajuato, Mexico."

Victoria Carlson-Foscz, Dartmouth M.S. (1991) "Mobility of rare earth elements in the Ophir region, San Juan Mountains, Colorado."

## TEACHING ACTIVITIES III. Undergraduate Research Advising (Principal Advisor)

Roger Ashton MacFarlane, Harvard University, 2018. B.A. thesis advisor: "Wild Laboratories of Climate Change: Plants, Phenology, and Global Warming, 1955-1980."

Carolyn Miao, Harvard University, 2018. B.A. thesis advisor: Climate Change and Human Health: A History of Erring on the Side of Least Drama."

Randall Nicholson, UCSD B.A. Senior Honors thesis (2000). Advisor: "Creating a climate of public opinion in support of the bombings of Hiroshima and Nagasaki."

Jessica Murray, Dartmouth B.A. Senior Honors thesis (1996). Advisor: "Controls on the use of cathodoluminesnce in the study of apatite." Published as:
- Murray, J. and Oreskes, N., 1997. "Uses and Limitations of Cathodoluminesence in the study of apatite paragenesis." Economic Geology vol. 92, pp. 368-376.

Rachel Roisman, Dartmouth B.A. Senior Fellow Honors Program (1995-96). Advisor: "Victimizing choices? Prenatal sex determination and sex selective abortions in India."

Rosalie Kaslowki, Dartmouth B.A. Senior Honors thesis (1995). Advisor: "Cathodoluminecence of apatite from El Laco, Chile."

Sossity Sheets, Dartmouth B.A., Senior Honors thesis (1995) Advisor: "SEM analysis of apaites from El Laco, Chile." Published as part of:
- Oreskes, N., Rhodes, A.L., Sheets, S. A., and Espinoza, S., 1995. "Evidence for formation of magnetite by metasomatic alteration of host rock andesite: El Laco, Chile, Part I: Field relations and alteration assemblages," *Geological Society of America Abstracts with Programs,* vol. 27, no. 6, p. A-467.

Jessica Murray, Dartmouth B.A. Dartmouth Presidential Scholar (1994-95) Advisor: "Petrography of iron deposits at El Laco, Chile."

Keith Rainville, Dartmouth B.A., Honors thesis (1994) Advisor: "Geothermometry of fluid inclusions at El Laco, Chile." Published as part of:

- Oreskes, N., Rhodes, A.L., Rainville, K., Sheets S., Espinoza, S., and Zentilli, M., 1994. "Origins of magnetite deposits at El Laco, Chile: New evidence from field studies, fluid inclusions, stable isotopes, and fission track dating. *Geological Society of America Abstracts with Programs,* vol. 26, no. 7, p. A-379.

Jeffrey Furr, Dartmouth B.A., Honors thesis (1994) Co-advisor: "Gravity evidence for the sub-surface morphology of magnetite deposits at El Laco, Chile."

Sossity Sheets, Dartmouth B.A., Dartmouth Presidential Scholar (1993-94) Advisor: "Characterization of fluid inclusions at El Laco, Chile." Published as part of:
- Oreskes, N., Rhodes, A.L., Rainville, K., Sheets S., Espinoza, S., and Zentilli, M., 1994. "Origins of magnetite deposits at El Laco, Chile: New evidence from field studies, fluid inclusions, stable isotopes, and fission track analysis." *Geological Society of America Abstracts with Programs,* vol. 26, no. 7, p. A-379.

David Kaiser, Dartmouth B.A. Waterhouse Research in history of science, published as:
- "More roots of complementarity," *Studies in the History and Philosophy of Science,* 23: 213-239, 1992.
- "Neils Bohr's conceptual legacy in contemporary particle physics," *Neils Bohr and Contemporary Philosophy,* Jan Faye and Henry Folse, eds., pp. 257-268.
- "Bringing the human actors back on stage: The personal context of the Einstein-Bohr debate." *British Journal for the History of Science,* December 1994.

## MEDIA APPEARANCES (Selected)

WGBH television, "A Science Odyssey: Origins," aired nationwide on January 15, 1998.
UCSD television, "Guestbook" interview with Dr. Helen Caldicott, April 21, 1999.
KPBS radio, San Diego, "These Days," with Tom Fudge, March 8, 2001.
InTeleCom Video, "The Endless Voyage: Exploring the Marine Environment," A teleweb course on oceanography, 2003, aired on PBS affiliates in January 2004.
KLSD radio, San Diego, "Air America" with Craig Elsten, December 11, 2004; and October 23, 2005.
Voice of America, "Nightline Africa" with Joe DeCapua, January 2, 2005.
WCCO Radio (Minneapolis), Live with Jack Rice, June 9, 2005.
Voice of America, "Talk to America" with Doug Bernard, November 28, 2005.
UCSD Television Interview with Chris Mooney, May 2006.
BBC World Service, "The World Today," taped interview, broadcast Thursday July 20, 2006.
Hawaii Public Radio, KIPO 89.3 FM, "ThinkTech" with Jay Fidell, Wednesday July 26, 2006, and Wednesday February 21, 2007.
Greenlex Town Meeting PodCast, Lexington, Kentucky, Thursday September 21, 2006.
"Ecotalk with Betsey Rosenberg," KQKE-960AM San Francisco, CA and several dozen affiliates nationwide, September 26, 2006.
Wisconsin Public Radio, Conversations with Joy Cardin (90.7 and 09.9 FM, 970 AM), January 6, 2007
"For the record," WISC-TV/ My Madison TV 14, CBS Affiliate, Madison, Wisconsin, Februrary 11, 2007; on line at www.c3ktogo.com
BBC World Service, "The World Today," brief interview, March 15, 2007.
KPBS radio, San Diego, "These Days," with Tom Fudge, October 8, 2007, Full hour interview with listener calls.
www.ambiente.tv and www.arpacampania.it, link 'revista", Interview in Naples, Italy, October 23, 2008
Science Studio Podcast, Arizona State University, April 4, 2008.

Climate Change: Separating Fact from Fiction, WNNT-TV, Huntsville, Alabama, September 24, 2008.
KPBS Radio, San Diego ,"These Days" with Tom Fudge, "Science and Politics," September 29, 2008.
BBC World Service, "The World Today," brief interview, January 26, 2009.
KGNU National Public Radio, Boulder, CO brief interview in conjunction with the World Affairs
    Conference, April 5, 2010.
WNYC Radio, The Leonard Lopate Show, May 26, 2010
KPCC, The Patt Morrison Show, June 1, 2010
WORT-FM Perpetual Notion Machine. June 3rd, 2010 also at www.wort-fm.org
Wisconsin Public Radio, The Joy Cardin Show, Interview and listener call-in, June 3, 2010
KSWB-TV Fox News, San Diego, Interview, June 7, 2010.
KPBS Radio "These Days" with Tom Fudge, Interview and listener call-in, June 7, 2010
CW 6- XETV, interview, June 8, 2010
The Bob Edwards Show, (Satellite Radio), June 29, 2010.

My work on climate science has been widely cited in print media, including *Newsweek, The Economist*, *The
    New Scientist, United Press International, The Seattle Times, The New Yorker, USA Today, Parade*, *The New York
    Times*, *La Recherche, Politiken* (Copenhagen), *Corriere della Sera* (Italy), *The Irish Times*, *The Daily Telegraph*, *The
    Guardian, The Times* (London), *Frankfurter Allgemeine*, *Le Monde,* Le Soir (Brussels), La Libre (Brussels),
    *Agence France-Press*, *Reuters*, and *Ha'aretz*, and featured in the Academy-Award winning film, *An
    Inconvenient Truth*, and the Mockmentary, *Sizzle*. It is also cited by the lead character in Ian McEwan's
    novel, *Solar*.

In 2010, I did approximately five dozen additional radio, newspaper, and internet interviews and
    podcasts, in association with the release of *Merchants of Doubt*. I did over a dozen interviews with
    Australian and New Zealand Press, including the widely-watch evening news program, *Lateline*,
    during an Australian tour in November 2010.

I have done dozens of podcasts with e-journalists across the country, and several of my lectures are now
    on YouTube. *The American Denial of Global Warming* has over 280,000 hits
    http://www.youtube.com/watch?v=2T4UF_Rmlio

After 2010 I stopped keeping track...


**Selected additional media appearances, 2011 onwards**

Doug Fabrizio Radio West, 24 February 2011
    http://www.publicbroadcasting.net/kuer/news.newsmain/article/184/0/1767090/RadioWest.(M-
    F..11AM..and..7PM)/22411.Merchants.of.Doubt

Fourth Street Forum with Denise Calloway, Milwaukee Public Television, 10 March 2011
    http://www.milwaukeeturners.org/fourth-street-forum/

"State of Things" with Frank Stasio, North Carolina Public Radio, WUNC-FM, Raleigh-Durham,
    North Carolina.

"More Talk Radio" with Cecil Prescod and Celeste Carey, KBOO-FM, http://kboo.fm/MoreTalkRadio

"Virtually Speaking Science", http://www.blogtalkradio.com/virtuallyspeaking/2011/10/20/naomi-oreskes-tom-levenson-virtually-speaking-science-1

"Talk of the Nation" with Neil Conan, National Public Radio, January 24, 2012 http://www.npr.org/2012/01/24/145732719/op-ed-the-verdict-is-in-on-climate-change

National Public Radio, All Things Considered, February 22, 2012 http://www.npr.org/2012/02/22/147263862/climate-scientist-admits-to-lying-leaking-documents

French Public Radio, Science Publique, March 30, 2012.

"A Chronicler of Warnings Denied," A profile by Claudia Dreifus, *New York Times,* October 28, 2014. http://www.nytimes.com/2014/10/28/science/naomi-oreskes-imagines-the-future-history-of-climate-change.html?ref=science&_r=0

http://www.nytimes.com/2015/02/17/opinion/animated-life-pangaea.html?_r=0


**TED TALK**
Why we should trust scientists, presented May 2014, New York City.
**https://www.ted.com/talks/naomi_oreskes_whywe_should_believe_in_science?language=en** As of late 2022, there were over 1,560,000 views.


**INVITED LECTURES**

"Geology of the Olympic Dam Copper-Uranium-Gold Deposit,"
- U.S. Geological Survey, Branch of Western Mineral Resources, Menlo Park, CA. Jan. 1986.
- U.S. Geological Survey Branch of Central Mineral Resources, Denver, CO. Feb. 1988.
- Peninsula Geological Society, Palo Alto, California, Nov. 1989.
- Geology Department Lecture Series, University of Vermont, Burlington, VT, Nov. 1990.
- Friends of Ore Deposits Lecture Series, U.S. Geological Survey, Reston, VA Nov. 1990.
- Gold Geology of Maar Diatremes, Randol at MinExpo '92, Las Vegas, NV Oct. 1992.

"The Rejection of Continental Drift: Theory and Method in American Earth Science."
- History of Science Society Annual Meeting, Pittsburgh, PA, October 1989.
- Department of Geology, University of Maryland, August 1990.
- Ritter Memorial Lecture, Scripps Institution of Oceanography, March 1994.
- University of California, San Diego, screened on UCSD television station, March 1994.
- University of Washington, Department of Geological Sciences, March 1995.
- University of Oklahoma, Department of History of Science, March 1995.
- Princeton University, Department of Geological Sciences, March 1996.
- Five Colleges Lecture, Smith College, Northampton Massachusetts, February 1999.
- Cascade Volcano Observatory, Portland, Washington, May 2001
- U.S. Air Force Research Laboratory, Hanscom Air Force Base, MA, January 2002.
- Quay-Hebrew Endowed Lecture, Brigham Young University, March 2006.
- 15th Herbert Morowetz Lecture, Polytechnic University, Brooklyn, New York, March 2007.

"From Fact to Theory: American Geological Practice, 1922-1933,"
- Department of History, University of California at Los Angeles, March 1991.
- Department of Earth and Planetary Sciences, Harvard University, May 1991.

"The Right Choice? Historical Perspectives on Women in Science," invited speaker, Women in Science Project Kick-Off meeting, Dartmouth College, September 1991.

"Unity, Gender, and the Authority of Science: Case studies from American Geology, 1922-1933," Science, Technology and Society Lecture Series, Franklin and Marshall College, Feb. 1992.

"Gravity Surveys in the 'Permanent' Ocean Basins: An Instrumental Chink in a Theoretical Suit of Armor," invited speaker, Plenary Session, *Continents vs. Oceans in the Earth Sciences Revolution,* Fifth Intl. Congress on the History of Oceanography, La Jolla, CA, July 1993.

"Objectivity or Heroism? On the Invisibility of Women in Science,"
- Department of Science and Technology Studies, RPI, Troy, NY, Sept. 1993.
- Feminist Inquiry Seminar, Dartmouth College, March 1994;
- University of California, San Diego, Science Studies Program, March 1994.

"Why Believe a Computer? Verification, Validation, and Confirmation of Numerical Models in the Earth Sciences"
- Scripps Institution of Oceanography, March 1994.
- Dept. of Computer Science and Electrical Eng., George Washington University, Nov. 1994.
- Georgia Institute of Technology, Dept. of Earth and Atmospheric Sciences, April 1995.
- Carleton College, Luce Lecture Series on Human Dimensions of Global Change, Feb. 1996.

"Did Science Kill Nature? Sex, Gender, and the Scientific Revolution," Dartmouth Alumni College, August 1994.

"Work or Glory? The Image and Reality of Women in Science" Chancellor's Advisory Committee on the Status of Women, University of California, San Diego, Feb. 1995.

"Looking for a Few Good Women: Military Patronage and Scientific Labor at the Scripps Institution of Oceanography." U.S. Naval Research Laboratory, Washington, DC, April 1997

"Evaluation (Not Validation) of Quantitative Models." U.S. Environmental Protection Agency, Lead Model Validation Workshop, Research Triangle Park, NC, Oct. 1996.

"Truth or Consequence? Trade-offs in Building Computer Models of Complex Natural Systems." U.S. Geological Survey, Menlo Park, CA, March 1997.

"When Good Models Turn Out to be False: Sobering Examples form the History of Science," Santa Fe Institute, Santa Fe, NM, January, 1998.

"Model Assessment: Where Do We Go from Here?" Keynote speaker, U.S. Environmental Protection Agency, National Research Center for Statistics and the Environment, Workshop on Quality Assurance of Environmental Models, University of Washington, Sept. 1999.

A-44

"Conceptual Issues in Model Assessment: What can we learn from past mistakes? "
- Los Alamos National Laboratory, Los Alamos, NM, January 2000.
- U.S. Army Conference on Applied Statistics, Houston, TX, October 2000.

"Science and Security Before the Atomic Bomb: The Loyalty Case of Harald Ulrik Sverdrup"
- University of California, Los Angeles, History Department, March 2000
- Oregon State University, Horning Lecture Series, Corvallis, OR., May 2000
- Santa Fe Institute Public Lecture Series, Santa Fe, NM, March 2001
- Physics Department, New Mexico State University, Las Cruces, NM, March 2001
- Caltech Science and Society Lecture Series, Pasadena, CA, June 2001.
- Cornell University, Department of Science and Technology Studies, October 2001.
- Keynote speaker: SOURCE [Symposium on Undergraduate Research and Creative Expression], Central Washington University, May 2003.
- Penn State University, History Department, January 2005.
- SPAWAR Systems Center, Summer Seminar Series, U.S. Department of Defense, Point Loma, California, July 2005.

"From Scaling to Simulation: Changing Meanings and Ambitions of Models in the Earth Sciences"
- History of Science Society Annual Meeting, Vancouver, Canada, November 2000.
- Princeton University, Workshop on Models & Model Systems, Princeton NJ, February 2001.
- Harvard University, History of Science Department, Cambridge MA, March 2001.
- Max Planck Institut für wissenschaftgeschite, "Digital Workbench" workshop, Berlin, Germany, December 2001.

"The Rise of Prediction in the Earth Sciences," Department of Earth Sciences, University of California, Riverside, January 2001.

"Nuclear Waste Disposal: Bridging the Gap between Science and Policy"
Invited Panelist, Geological Society of America, Reno NV, November 2000

"The Role of Quantitative Models in Science." Keynote speaker, Cary conference IX: Understanding Ecosystems: The Role of Quantitative Models in Observation, Synthesis, and Prediction, Millbrook NY, May 2001.

"From Hydrogen Bombs to Hydrothermal Vents: The Discovery of Black Smokers on the Sea Floor"
- Cornell University, Peace Studies Workshop on Science and the Military, October 2001
- Harvard University, History of Science, Physical Sciences Research Group, November 2001
- Penn State University, Program in Science, Technology, and Medicine, January 2002
- Max Planck Institut für Chemie, Mainz, Germany, October 2002.
- Princeton University, History Dept. Workshop on *Science across the Seas*, March 2003.
- Columbia University, Earth Institute, Science, Technology, and Global Development Seminar, March 2003.
- University of Pittsburgh, History and Philosophy of Science Department Colloquium Series, April 2003.
- University of Minnesota, Program in History of Science and Technology, September 2005.

A-45

- University of California, Berkeley, May 2006

"Cold War Secrecy and the Development of Plate Tectonics"
GEO2002, Würzburg, Germany, October 2002.

"Proof is over-rated," Symposium on "The Politicization of Science: Learning from the Lomborg Affair," American Association for the Advancement of Science, Denver, CO, February 2003.

"Proof, Persuasion, and Public Policy: Three Examples from the History of the Earth and Environmental Sciences:," *London School of Economics Workshop on the Practices of Objectivity in the Natural and Social Sciences*, London, England, October 2003.

"Decision-making under Uncertainty: Is there any other kind?" Keynote speaker, *European Commission Workshop on Science-Society Interfaces,* Milan, Italy, November 2003.

"Consensus in Science: How Do We Know We're Not Wrong?" *2004 George Sarton Award Lecture,* American Association for the Advancement of Science, Seattle, WA, February 2004.
Also presented at
- UCSD Humanities Center, February 2004
- Department of Petroleum & Geosystems Engineering, University of Texas, Austin, March 2004
- Department of Earth Sciences, University of California, Riverside, California, April 2004
- Department of Geology, University of California, Davis, California, May 2004.
- Rock Ethics Institute, Penn State University, April 2005.
- Department of Geological Sciences, University of Minnesota, September 2005.
- NOAA (National Oceanic and Atmospheric Agency), Silver Spring, Maryland, July 2006.
- "Capital Science Evening," Carnegie Institution of Washington, March 2007.

"Why There is Always (Some) Dissent in Science (and How to Think About It): A post-Kuhnian model", European Commission Group of Policy Advisors, Workshop on *Risk, Uncertainty and Dissent: Dealing With "Chancy" Science and "Chancy" Society,* Seville, Spain, June 2004

"From Weather Modification to Climate Change: The Work of Gordon J.F. MacDonald" International Commission on History of Meteorology*, From Beaufort to Bjerknes and Beyond:* Critical Perspectives on Observing, Analyzing, and Predicting Weather and Climate, July 2004, Weilheim, Germany.

"Writing *Plate Tectonics*"
- Presentations to ERESE (Enduring Resources for Earth Science Education) Summer workshop for high school earth science teachers, Scripps Institution of Oceanography, July 2004 and July 2005.
- Palomar College, San Marcos, California, September 26, 2007.

"Strategies of Dissent over Climate Change"
- London School of Economics, Workshop, *Improving Policy Decisions in Areas of Risk and Scientific Uncertainty,* December 12-13, 2004,
- University of California, San Diego, Patrick Ledden Memorial Lecture Series, February 2005.
- University of California, San Diego, Climate Research Division, June 2005.

"The Misrepresentation of Climate Science." John F, Kennedy School of Government, Harvard University, Workshop: *Machineries of Representation*, April 8, 2005.

"Deny, Deny, Deny: How to Sow Confusion over Climate Change," Stanford University, Agnotology: A Workshop on The Cultural Production of Ignorance, October 2005.

"Dissent or Denial: Sorting out the Epistemic and the Political in Climate Change," Workshop on Contingency and Dissent in Science, London School of Economics, December 2005.

"Reconciling Representations with Reality: Unitization as an Example for Science and Public Policy," Workshop on Quality Control and Assurance in Scientific Policy Advice, Berlin-Brandenburg Academy of Sciences and Humanities, January 2006

"Science and Public Policy: What's proof got to do with it?" Scripps Institution of Oceanography, Center for Marine Conservation and Biodiversity, August 2006.

"Who's Confused about Climate Change?"
- 3rd Annual Jack F. Ealy Workshop on Science Journalism, Institute of the Americas, University of San Diego, California, July 2006.
- "Doubt" Seminar, Organized by Professors Martha Minow and Peter Galison, Harvard University, December 6, 2006.

"Media Coverage of Climate Science: Panel Discussion," Woodrow Wilson Center for Scholars, Washington, D.C., July 2006.

"Opportunities and Opportunism: How Cold War military oceanographers tried (and failed) to become environmental scientists who would resolve the question of global warming."
- Harvard University, Department of History of Science Colloquium Series, December 5, 2006.
- University of Wisconsin, Madison, Department of History of Science Colloquium Series, Februrary 8, 2007.

"Deflecting Disinformation about Climate Change"
- American Geophysical Union, Union Session, "Communicating Science Broadly," December 14, 2006.
- U.S. Geological Survey, Menlo Park, California, February 20, 2007.

"The Scientific Consensus on Climate Change: How Do We Know We're Not Wrong?" Cal Poly Pomona Campus Forum Distinguished Lecture Series, January 24, 2007

"Cold War Scientists and the Denial of Global Warming,"
- University of Wisconsin, Madison, Department of Geosciences, February 9, 2007.
- Stanford University, Woods Institute for the Environment, Stanford, California, February 20, 2007.
- Department for History, Philosophy and Theory of Science, Roskilde University, Roskilde, Denmark, September 7, 2007.

"Telling the Truth about Global Warming," Madison Civics Club, Madison, Wisconsin, February 10, 2007.

"The tobacco road to global warming," American Association for the Advancement of Science Symposium on The Socio-Political Construction of Ignorance: Agnotology, San Francisco, California, February 18, 2007.

"The Crucial Experiment that Wasn't: Acoustic Tomography of Ocean Climate,"
- Keynote lecture, Knowing Global Environments: A Conference in Honor of Robert Kohler, University of Pennsylvania, May 10, 2007.
- Neils Bohr Institute, Copenhagen, Denmark, September 6, 2007.
- Schools of Life Sciences, Arizona State University, Tempe, Arizona, April 4, 2008.
- Science Studies Program, UC Davis, February 20, 2009.
- Keynote Lecture, Oregon State University, American Oceanography at Mid-Century, Corvallis, Oregon, May 14, 2009.
- University of Southern California, History Department Program in Science and Technology Studies, October 13, 2011.
- Harvard University, Department of History of Science, December 12, 2011.
- Yale University, Program in History of Science, January 30, 2012.
- Roskilde University, Department of Philosophy, September 15, 2016.

"Against disciplining Inter-disciplinarity," Keynote Speaker, Critical Conversations: Methods and Practices in Interdisciplinary Science Studies, Patrick Suppes Center for the Interdisciplinary Study of Science and Technology, Stanford University, May 18, 2007.

"The Rejection of Continental Drift: Historical Reflections on Scientific Method," Geological Society of London Bicentenary Celebration (Invitation only conference), September 11, 2007.

"Moving Beyond Crisis: Toward Sustainable Knowledge," Keynote Speaker, Lewis and Clark 10th Annual Environmental Affairs Symposium, Lewis and Clark College, Portland, Oregon, October 3, 2007.

"The American Denial of Global Warming,"
- Scripps Institution of Oceanography/ Birch Aquarium, Jeffrey B. Graham Lecture Series: Perspectives on Ocean Science," La Jolla, California, October 8 2007. http://www.youtube.com/watch?v=2T4UF_Rmlio

"Science and Politics in the USA: Historical and Personal Perspectives," Ambiente e Salute, Primo convegno internazionale, *Autonomia della scienza dal potere politico: Rischi e Danni di una dipendza.* Istituto Italiano per gli Studi Filosofici, Naples, Italy, 24 October 2007.

"You can argue with the facts: A political history of climate change"
- British Academy, "Enquiry, Evidence and Facts: An Interdisciplinary Conference," December 13, 2007, London, England.
- "Dissent in science," Workshop, March 3, 2008, University of California, San Diego.
- Department of Land, Air, and Water, University of California, Davis, March 7, 2008.
- STS Distinguished Lecture, Dean's Lecture Series, School of Natural Resources and the Environment, and Ford School of Public Policy, University of Michigan, Ann Arbor, April 7, 2008.
- Department of Geology, Stanford University, Stanford, California, April 17, 2008.

- "History that Matters: A Conference in Honor of Spencer Weart," American Institute of Physics, May 9, 2008.
- Colby College, 20th Anniversary Celebration, Science and Technology Studies Program, Family Weekend, October 17, 2008

"The Denial of Global Warming"
- Dublin Institute of Advanced Studies, Annual Statutory Public Lecture, September 3, 2008, Dublin, Ireland.
- Bates College, College Lecture Series, Lewiston, Maine, October 20,2008.
- Franklin and Marshall College, Bonchek Lecture, Lancaster, Pennsylvania, November 10, 2008.

"Disagreement, Dissent, and Denial: The Social Destruction of Scientific Knowledge," ScienceFutures conference, ETH, Zurich, Switzerland, February 6-8, 2008.

Moving Beyond Carbon? The U.S. Situation." Keynote Lecture: *Towards Post-Carbon Societies,* Centre for energy and society, Department of interdisciplinary studies of culture, Norwegian University of Science and Technology (NTNU), September 5, 2008.

Politics in Science: Who Decides What Gets Done and What it Means? Presentation and Panel Discussion, Reuben H. Fleet Science Center, San Diego, CA October 1, 2008.

Chancellor's Pre-Election Briefing, San Diego Civic Center, October 14, 2008.

"My facts are better than your facts"
- Symposium on "Traveling Facts," History of Science Society Annual Meeting, Pittsburgh, Pennsylvania, November 2008.
- Intellectual History Seminar, The Royal Library, Copenhagen Denmark, March 13, 2009

"Adaptation to global warming: Do climate models tell us what we need to know?"
- Philosophy of Science Association Annual Meeting, Symposium on Climate Models, Pittsburgh, Pennsylvania, November 2008.
- National Science Foundation, Distinguished Lecture Series on Global Systems Science, Washington, DC June 1, 2009.

"The Social Deconstruction of Scientific Knowledge," Workshop on Knowledge of Doing, Max Planck Institut für wissenschaftgeschite, Berlin, Germany, March 7, 2009

"The trouble with supply-side science."
- Steno Institut, Aarhus University, Aarhus Denmark, March 9, 2009
- Climate Change: Global Risks, Challenges, and Decisions, Copenhagen, Denmark, March 12, 2009.
- Labos 1point5 Conference [Virtual], Environmental footprint and sustainability of research activities, Paris, Sorbonne Université campus Pierre et Marie Curie and online, 6 November 2024.
- Keynote talk, CFP: GWP.2025 - Fifth International Conference of the German Society for Philosophy of Science, Friedrich Alexander University, Erlangen-Nürnberg

"Science, Technology, and Free Enterprise." Special Session: Meet the Author of American Hegemony and the Postwar Reconstruction of Science in Europe, History of Science Society Annual Meeting, Phoenix, Arizona, November 21, 2009.

"Is Consensus the Goal of Science (and Should it Be)?"
- 10th Swiss Global Change Day, 31 March 2009, Berne, Switzerland, Swiss Academy of Sciences.
- Penn State University, Climate Policy Seminar and Symposium: Addressing Cross-disciplinary Challenges and Solutions, April 7, 2009.

Creativity in the Face of Climate Change: The Role of Humanities in Awakening Societal Change Panel Discussion In conjunction with the exhibition: Human/Nature: Artists Respond to a Changing Planet, Berkeley Art Museum and Pacific Film Archive, Friday, April 24, 2009

"Climate Conservations", Moderator, [A series of evening lectures on Climate Change, 2009-2010.] Reuben H. Fleet Science Center, San Diego, California.

"Of Heroes, Villians, and Ordinary Men: Right-sizing Roger Revelle," Reflections on the History of the Biological and Oceanographic Sciences, A Symposium in Honor of Professor Ronald Rainger, Lubbock, Texas, January 11, 2010.

"A New View of Science: Title Search Realism"
- Zucker Fellowship Lecture, Yale University, New Haven Connecticut, October 21, 2009,
- C. P. Snow Lecture Series, University of Maryland, Baltimore Country, Baltimore Maryland, November 2, 2009.
- Birch Aquarium, Scripps Institution of Oceanography, January 13, 2010
- AAAS Climate Literacy Forum, February 17, 2010.

"Merchants of Doubt: How a Handful of Scientists Obscured the Truth about Climate Change"
- University of Rhode Island Vetlesen Lecture Series, People and Planet 2010: Global Environmental Change, March 2, 2010. http://www.youtube.com/watch?v=XXyTpY0NCp0
- Geography Department, University of California, Berkeley, March 11, 2010.

"History (of Climate Science) as a Resource for Decision-Making,
University of California, Berkeley, *Conference on History as a Resource for Decision-Making,* March 12-14, 2010.

"Communicating Climate Science: Why is This So Hard?"
NCAR/UCAR 50th Anniversary Lecture sponsored by TIAA-CREF, Conference on World Affairs, Boulder, CO, April 5, 2010.

"What have we learned about limiting knowledge in a democracy?" A panel discussion, *Conference on Limiting Knowledge in a Democracy,* The 21st *Social Research* conference at The New School Thursday, May 27, 2010

"Objectivity in a World of Truthiness," *Conference on Objectivity in Science*, University of British Columbia, Vancouver, BC, Canada, June 18, 2010.

"Merchants of Doubt: How a Handful of Scientists Obscured the Truth on Issues from Tobacco Smoke to Global Warming" [Book Tour, formal talks, lectures, and/or readings]

- New York Academy of Sciences, May 26, 2010
- Santa Monica Library, Santa Monica, CA, June 1, 2010
- Warwick's Books, La Jolla, CA June 7 2010
- Reuben H. Fleet Science Center, San Diego California, June 8, 2010
- Climate and Sustainability: Moving By Degrees, a Media Forum sponsored by National Public Radio, Pasadena, California, June 9, 2010.
- Deutsche Welle Media Forum, Panel on dealing with climate "skepticism" Bonn, Germany, June 21, 2010.
- Science Chairs Seminar, University of Southern Denmark, Odense, Denmark, June 24, 2010
- Public Lecture, Copenhagen University, Copenhagen, Denmark, June 24, 2010
- National Press Club, Washington, DC, June 28, 2010
- Pew Center on Climate Change, Business Executives Leadership Council Washington, DC, July 15, 2010
- Netroots Nation, Panel, "Supporting Science, Benefitting Society" http://www.sumofchange.com/video.php?vid=5b5114ad8
- Hubert H. Humphrey Institute for Public Affairs, Minneapolis, Minnesota, August 11, 2010
- Will Steger Foundation Summer Institute for Climate Change Education and on-line Webinar, Minneapolis, Minnesota, August 12, 2010
- Long Beach Aquarium, August 26, 2010.
- Greater Yellowstone Coalition 27th Annual Meeting, Jackson Hole, Wyoming, September 24, 2010.
- Institute for History and Philosophy of Science and Technology, University of Toronto, Toronto, Canada, September 29, 2010.
- Inaugural Lecture, Program in Science and Technology Studies, York University, Toronto, Canada, September 30, 2010.
- Kansas State University, Manhattan, Kansas, October 18, 2010
- University of Kansas, Lawrence, Kansas, October 19, 2010.
- Fort Hays State University, Hays, Kansas, October 20, 2010.
- Brussels, Belgium: Controverses Climatiques : sciences et politique, October 27, 2010
- Brussels, Belgium, American Embassy Speaker Series, October 28, 2010
- Paris, France, Controverses climatiques : sciences et politique, October 29 2010
- Briefing with California State Senators, California State House, Sacramento, California, January 27, 2011
- UCSD Near You, Sacramento, California, January 27, 2011
- Keynote Speaker, Carbonundrums: From Science to Headlines, Oslo, Norway, 8 February 2011.
- McGill University School of Environment Annual Lecture Series, Montreal, Canada, 10 February 2011.
- Smith College, Five College-University Geology Lecture Series and Howard Hughes Medical Institute Lecture Series on Health, Water and Climate, Northampton, Massachusetts, February 17, 2011.
- Wallace Stegner Center, University of Utah, February 28, 2011.
- Gaylord Nelson Lecture Series, University of Wisconsin, Madison, March 8, 2011
- Green Energy Summit, Plenary Session, "The Carbon Imperative," Milwaukee, Wisconsin, March 10, 2011.

- City of Aspen Canary Initiative and Aspen Ski Company, Limelight Lodge, Aspen Colorado, March 18, 2011.
- Michael Polanyi Memorial Lecture, University of North Carolina, Chapel Hill, March 30, 2011.
- University of California, San Diego, Department of Medicine, Grand Rounds, May 4, 2011.
- Keynote Speaker, National Hydrologic Warning Council, San Diego, California, May 11, 2011.
- Sir Michael King Memorial Lecture, Auckland Readers' and Writers' Festival, New Zealand, 14 May 2011, http://events.nzherald.co.nz/2011/may/auckland-cbd/naomi-oreskes-and-the-merchants-of-doubt
- University of California, Los Angeles, Law School, May 25, 2011
- University of California, San Diego, Emeritus Association, San Diego, CA, June 8, 2011.
- Woodrow Wilson Center, Washington, DC, Climate Change communicator of the Year Award Ceremony (via web cast), June 8, 2011.
- Google, Science Communication Innovation Workshop, Google, Mountain View, California, June 14, 2011.
- Pacific Institute for Climate Solutions, University of Victoria, British Columbia, Canada June 27, 2011.
- Pacific Institute for Climate Solutions, Simon Fraser University, Vancouver, British Columbia, Canada June 28, 2011.
- Powell's Bookstore, Portland, Oregon, June 29, 2011.
- Microsoft Research, Visiting Speaker Series, Seattle, Washington, June 30, 2011.
- International Energy Program Evaluation Conference, Annual Meeting, Boston, Massachusetts, August 16, 2011.
- AREDAY (Annual Renewable Energy Day), Aspen, Colorado, August 21, 2011
- Brigham Young University, David M. Kennedy for International Studies, Environmental Ethics Initiative Lecture Series, March 9, 2012.
- Keynote Lecture, Facts, Artifacts, and the Politics of Consensus: A Midwest Conference for Science and Technology Studies, Northwestern University, Evanston, Illinois, May 4, 2012.
- Keynote Lecture, Sustainability Day, California State University, Northridge, October 25, 2012.
- Keynote Lecture, Earth Week, Salem State University, April 15, 2015
- Keynote Lecture, History weekend, North Carolina State University, April 18, 2015.
- Keynote Speaker, West Valley Community College, Third Annual Earth Stewardship Symposium, April 23, 2015.
- Screening and discussion, University of Texas Houston Medical Center, Medical Humanities Program, October 27, 2015
- Distinguished Scientist Lecture Series, Trinity University, San Antonio, Texas, October 28, 2015.

"Why we resist the results of climate science,"
- Philosophy of Science Association, Montreal, Canada November 4, 2010.
- Steve Schneider Memorial Celebration, December 12, 2010, Stanford University, Stanford, California.

"Neo-liberalism, resistance to climate science, and the legacy of the Cold War,"
- History of Science Society, Montreal Canada, November 6, 2010.

"Merchants of Doubt: How a Handful of Scientists Obscured the Truth on Issues from Tobacco Smoke to Global Warming" [Australian Book Tour]

A-52

- University of New South Wales, Sydney, Australia, sponsored by Climate Change Research Center and Faculty of Arts and Social Science, November 15, 2010
- University of Queensland, Brisbane, Australia, sponsored by the Global Change Institute, November 16, 2010.
- Experimedia, The State Library of Victoria, Melbourne, Australia sponsored by the Monash Sustainability Institute and the Melbourne Sustainable Society Institute, November 17, 2010.
- The Royal Institution of Australia, Adelaide, Australia, sponsored by the Royal Institution of Australia, November 18, 2010.
- The University of Western Australia, Perth, Australia, sponsored by the Institute of Advanced Studies, University of Western Australia, November 22, 2010.
- Environment Institute of Australia and New Zealand, Climate Change Leadership Forum, Perth, Australia, November 23, 2010.

"If the predictions of climate models have come true, then why don't people believe them?" American Geophysical Union Annual Meeting, San Francisco, California, December 15, 2010.

"Are debatable scientific questions debatable? "Special Session on "Best-selling AGU Authors," American Geophysical Union Annual Meeting, San Francisco, California, December 15, 2010.

"Facts and Trust, Uncertainty and Doubt: Lessons from the History of Science." Oslo University Science Studies Seminar, February 7, 2011.

"On Mavericks and Mules: Diversity and Dissent in Science." American Association for the Advancement of Science, Washington, D.C., February 19, 2011.

"Truth, Trust, and Peer Review: The Case of the 1983 Acid Rain Peer Review Panel," Center for Culture, History and the Environment, University of Wisconsin, Madison, March 9, 2011.

Inconvenient Truths (A Panel Discussion), Los Angeles Times Book Festival, April 30, 2011.

Saving the World (A Panel Discussion), Auckland Readers' and Writers' Festival, Auckland, New Zealand, May 15, 2011.

Women Warriors for the Environment (A Panel Discussion) Sydney Writers' Festival, May 19,

2011 *The Merchants of Doubt*: Conversation with Robyn Williams, Sydney Writers' Festival, May 20,

2011 "You've Been Warned" (A Panel Discussion) Sydney Writers' Festival, May 20, 2011

"Blinded by the Right: Ideology, Ignorance, and Agnotology," Conference on Agnotology: Ways of Producing, Preserving, and Dealing with Ignorance, Center for Interdisciplinary Research, Bielefeld University, May 30-1, Bielefeld, Germany, 2011.

Panel discussion of the future of radioactive waste management, Standards and Regulations for Deep Geological Disposal of Radioactive Waste, Center for International Security and Cooperation (CISAC), Stanford University, June 6th, 2011

"*'Erring on the Side of Least Drama'*: A Source of Confusion in Communicating Climate Science," 2011 Stephen Henry Schneider Symposium, National Center for Atmospheric Research, Boulder Colorado, August 26, 2011.

"Moving Beyond Doubt: History, Truth, and Anthropogenic Climate Change"
- Rice University, Humanities Research Center, Houston, Texas, September 30, 2011.
- Bard College, Annandale-on-Hudson, New York, Hannah Arendt Center Conference: *Truthtelling: Democracy in an Age Without Facts.* October 28, 2011.
- Washington and Lee University, WS² : Women Scientists and Women in Science Lecture Series, Lexington, Virginia, November 14, 2011
- College, Alfred E. Golz Memorial Lecture, November 15, 2011
- Edwin Hay Teale Lecture Series, University of Connecticut, Storrs, Connecticut, November 17, 2011.
- Grace Tanner Lecture in Human Values, Snow College, Ephraim, Utah, March 17, 2014.

"What is the meaning of policy failure on climate change?" Climate Change 2011: When Policymakers Fail, Knight Science Journalism Fellowship Program, Massachusetts Institute of Technology, October 4, 2011.

"How does the slow motion nature of climate change affect our ability to address it?" *Catastrophe and the Development of Environmental Law,* Yosemite Environmental Law Conference, Tenaya Lodge, California, Saturday, October 22, 2011

"ELSD (Erring on the Side of Least Drama): A Source of Under-Estimation in the Communication of Societal Risk." Can We Trust Science? A Conference Sponsored by the Norwegian Ministry of Education, November 9-10, 2011, Oslo, Norway.

"Information, Disinformation, and Technological Responses to Climate Change"
- Plenary Session, Partners in Environmental Technology Technical Symposium and Workshop, The Strategic Environmental Research and Development Program and the Environmental Security Technology Certification Program, U.S. Department of Defense, November 29, 2011. http://symposium2011.serdp-estcp.org/Plenary-Session
- White House Office of Science and Technology Policy, Washington, DC, December 1, 2011.

"Rachel Was Not Wrong: Why the Science Surrounding DDT Matters Now More than Ever"
- UNAVCO Science Workshop, February 29, 2012.
- Wallace Stegner Center, University of Utah, S.J. Quinney School of Law, March 10, 2012.
- University of Nevada, Reno, Discover Science Public Lecture Series, April 17, 2012.
- Connecticut College, Five Decades after Silent Spring (Keynote Panelist), October 19, 2012.
- University of Connecticut, Keynote Speaker, Day in the Humanities, April 5, 2013, Storrs, Connecticut.

From Nuclear Winter to Climate Change: The Political Uses of Scientific Dissent," Berlin Brandenburg Academy of Sciences, Berlin, Germany March 20, 2012.

"Changing the Mission: American Oceanography at the End of the Cold War," *Politics and Contexts of Science Studies in the Cold War and Beyond,* Alfried Krupp Wissenschatfskolleg, Greifswald, Germany, March 22, 2012.

"Les Marchands de Doute: Bataille de l'information et controverses sur les changements climatiques," Catholic University of Louvain, Louvain-la-Neuve, Belgium, March 26, 2012.

"The Scientific Consensus on Climate Change: Where Do We Go From here?" Max von Laue Lecture, Deutsche Physik Gesellschaft, March 26, 2012, Berlin, Germany.

"Neo-liberalism and the Denial of Global Warming"
- Science Writing in An Age of Denial Conference, University of Wisconsin, Madison, Wisconsin, April 23, 2012.
- University of Chicago Franke institute for the Humanities, May 4, 2012
- Joseph Gentilli Memorial Lecture, University of Western Australia, Perth, Australia, August 8, 2012.
- Lecture Discussion, Curtin University Sustainability Policy Institute, Fremantle, Australia, August 9, 2012.
- Lecture Discussion, Centre for Learning Technology, University of Western Australia, August 10, 2012.
- PLAN-Boulder Annual Dinner, Keynote Speaker, May 4, 2013, Boulder, Colorado.

"Science and Environmental Policy: How Do Scientists Assess Scientific Knowledge for Action" Karbank Symposium in Environmental Philosophy, Boston University, May 3, 2012.

"When Knowledge Isn't Power: Science, Technology and the Environment in the 21st Century."
- Cal Western Law School, June 7, 2012, San Diego, California.
- Invited paper in session GC33F "Countering Denial and Manufactured Doubt of 21st century Science," American Geophysical Union Annual Meeting, December 3, 2012.
- Keynote Lecture, 'Beyond Climate: Knowledge Production about Planet Earth and the Global Environment as Indicators of Social Change," University of Berne, Berne, Switzerland, 23 January 2013.
- Monfort Professor-in-Residence Lecture, Colorado State University, Fort Collins, Colorado, 2-3 May, 2013.

"Understanding the Climate Change Debate for Pacific People," Regional Conference on Local Governments for Climate Change, July 18, 2012, University of the South Pacific, Suva, Fiji.

"The Scientific Consensus on Climate Change: Where Do We Go From Here?"
Keynote Speaker, North Dakota EPSCoR (Experimental Program to Stimulate Competitive Research) 2012 State Conference, University of North Dakota, September 18, 2012.

"Building Scientific Knowledge: The Story of Plate Tectonics" and "Climate Change: How Do We Know We're Not Wrong?" Howard Hughes Medical Institute, 2012 Holiday Lectures on Science, November 15-16, 2012, Bethesda, Maryland.

"Rethinking Uncertainty: What Does the Public Need to Know?" Invited paper in session GC22B "Communicating Climate Science, Seeking the Best of Old and New Paradigms," American Geophysical Union Annual Meeting, December 4, 2012.

"The Role of Uncertainty in Climate Science," invited paper in PA13B "Construing Uncertainty in Climate Science," American Geophysical Union Annual Meeting, December 5, 2012.

"Historians as Expert Witnesses where Scientific Controversy is Alleged," American Historical Association Annual Meeting, January 4, 2013, New Orleans.

"How Earth Science Became a Social Science," invited contribution, "Beyond Climate: Knowledge Production about Planet Earth and the Global Environment as Indicators of Social Change," University of Berne, Berne, Switzerland, 23-25 January 2013.

"Fix or Fail on Climate? An Open Conversation with Naomi Oreskes," Limelight Dialogues, February 4 2013, Aspen, Colorado.

"Who's Responsible for Climate Change?"
- University System of Taiwan International Workshop on "Crises and Opportunities in Environmental Study," February 20-21, 2013, Taipei, Taiwan.
- Arizona State University, Wrigley Lecture Series, Global Institute of Sustainability, Earth Day (April 22) 2013.

"Rachel Was Not Wrong: Why the Science Surrounding DDT Still Matters," Keynote speaker, University of Connecticut Day of Humanities, April 5, 2013.

"The Boundary between Science and Policy," Comment on Session III "Climate Change," U.S. National Academy of Sciences Arthur Sackler Symposium, The NAS at 150: Celebrating Service to the Nation, October 17, 2013.

Science Teller Conference, Dunedin, New Zealand, October 25-27, 2013
    "Telling the Truth through Fiction," October 24. ([Keynote]
    "The Fallacy of Rationality," October 25.
    Reading from "The Collapse of Western Civilization," Closing talk at Literature and Lager, [Final conference event] October 27.

"The Limits of Symmetry," American Anthropological Association, November 21, 2013. Chicago, Illinois.

"What voice for science?" Invited paper, *An Open World: Science, Technology and Society in the Light of Neils Bohr's Thought* [Illness prevented my attendance, paper read on my behalf by Finn Asserud.]

"Uncertainty Assessment: A Form of Seepage?," invited paper in Session GC0039 "Assessing and Conveying Uncertainty," American Geophysical Union Annual Meeting, December 11, 2013.

"Scientists as Sentinels" Invited paper in Union Session U001 *400 ppm CO2: Communicating Climate Science*, American Geophysical Union Annual Meeting, December 13, 2013.

"The University and the Public Good: What Should We Be Doing on Climate Change?" UC Davis Provost's Forum on the Public University and the Social Good, February 21, 2014, Davis, California.

"Drama and Disbelief in Climate Science," Shelby Cullom Davis Center, Princeton University, April 25, 2014. https://history.princeton.edu/news-events/events/naomi-oreskes-drama-and-disbelief-climate-science

"The Collapse of Western Civilization." A Panel Discussion on Navigating Climate Futures, Pacific Northwest College of Art, Portland, Oregon, March 14, 2014.

"The Role of Scientists: What Is our Responsibility?" Pontifical Academy of Sciences and Pontifical Academy of Social Sciences Joint Workshop on Sustainable Humanity, Sustainable Nature, Our Responsibility, Vatican City, May 2-6, 2014.

 "Merchants of Doubt: The Movie," Panel discussion on Climate Change Denial, WGBH, Jackson Hole Wildlife Film Festival Bring Science Media Awards & Symposium to Boston September 18, 2014.

"How to stop disastrous climate change," Week of environmental awareness" sponsored by Departments of Earth and Oceanographic science, Environmental Studies, and History, Bowdoin College, Brunswick, Maine, October 3, 2014

"Historical and Normative Perspectives on the," Keynote lecture, The Anthropocene Project, Haus der Kulturen der Welt, Berlin, Germany, October 16, 2014; ·*The Anthropocene: a confrontation of scientific and political realities", idem.October 17, 2014, and* "Petrogeology and Denial," a conversation with Colin Summerhayes, idem, October 17, 2014.

"Personal and Political Perspectives on Climate Change," The Wellfleet Seminar, Wellfleet, MA, October 25, 2014.

"Why I am a Presentist," History of Science Society, Forum for American Science Distinguished Lecture, November 2014, Chicago, Illinois, USA.

"Science, Religion, and Climate Change," invited speaker, American Academy of Religion Annual Meeting, San Diego California, November 24, 2014.

"Confronting Climate Change," A conversation with Robert Jay Lifton and Naomi Oreskes, moderated by Tom Englehardt, TomDispatch.com, The Center for Public Scholarship at The New School, December 4, 2014.
http://www.newschool.edu/pressroom/pressreleases/2014/ConfrontingClimateChange.htm

World Economic Forum, Davos, Switzerland: January 20-24, 2015. Various sessions on science, technology, and the environment.  http://www.weforum.org/contributors/naomi-esther-oreskes

"Technofideism and Climate Change," Keynote Speaker, PACITA (Parliaments and Civil Society in Technology Assessment), Berlin, Germany, February 25, 2015.

William T. Patten Lectures, Indiana University, Bloomington, Indiana:
- "From Crying Wolf to Fiddling while Rome Burns: Historical Perspectives on Scientists' Social Responsibility," March 9, 2015.

- "Merchants of Doubt: How a Handful of Scientists Obscured the Truth on Issues from Tobacco Smoke to Global Warming," March 11, 2015.

"From Crying Wolf to Fiddling while Rome Burns: Historical Perspectives on Scientists' Social Responsibility," March 9, 2015, Keynote Lecture, Columbia History of Science Group, Friday Harbor, WA, March 13, 2015.

"Why Should We Trust Climate Science?"
- Orcas Currents Lecture Series, Orcas Island, WA, March 15, 2015.

"What kind of world will musicians inherit in the year 2050? A view from the future with Naomi Oreskes," New England Conservatory, March 31, 2015.

"Why We Should Trust Science: Perspectives from the History and Philosophy of Science"
- Department Seminar, Earth and Planetary Sciences, Harvard University, May 5, 2015
- Arthur Miller Lecture in Science and Ethics, Massachusetts Institute of Technology, Cambridge, MA May 6, 2015.
- Marine Biological Laboratory Friday Evening Lecture Series, Inaugural E. B. Wilson History and Philosophy of Science Lecture, July 31, 2015.
- Virginia Tech University Global Change Center Distinguished Lecture Series, Blacksburg, VA, September 2, 2015. http://www.vtnews.vt.edu/articles/2015/08/082515-fralin-oreskes.html
- Penn State University, Sustainability Institute, 2015 Colloquium on the Environment, October 26, 2015
- Southern Methodist University, October 29, 2015.
- Volkswagen Foundation, October 26, 2017, Conference "Science Needs Society - What Next After the March for Science?" https://www.volkswagenstiftung.de/nc/en/events/event-archive/eventdetail/news/detail/artikel/wissenschaft-braucht-gesellschaft-wie-geht-es-weiter-nach-dem-march-for-science.html
- ETH Zürich Department of Humanities Seminar, November 16, 2018.
- Keynote Speaker, California Science Teachers Association Annual Meeting, November 30, 2018, Pasadena, CA.
- Keynote Speaker, Founder's Day Convocation, Illinois Wesleyan University, Bloomington, Illinois, January 16, 2019. https://www.iwu.edu/news/2019/oreskes-addresses-science-in-a-changing-climate.html

"Fighting Back Against Attacks on Climate Scientists" Climate Science Legal Defense Fund Litigation Strategies Continuing Legal Education Workshop, Columbia University Law School, May 8, 2015.

"Will We Survive the Future?" CARTA (Center for Academic Research and Training in Anthropogeny), Salk Institute, La Jolla CA, May 15, 2015.

"The Collapse of Western Civilization"
- Reading and discussion, Concord Free Public Library, Thursday Night Author Series, Concord, MA, May 21, 2015.
- Smith College, Freshman Class Common Core Reading Discussion, September 3, 2015

"The World in Crisis: The Role of the Scientist," Bar-Hillel Colloquium, Hebrew University, Jerusalem, Israel, June 3, 2015.

"The Cultural Resonance of Doubt," Royal Society Conference: Science at a Crossroads, Bletchley Hall, UK, June 15, 2015.

"Are the Merchants of Doubt Still Selling?" Bristol University, Cabot Institute Public Lecture Series/ Bristol Festival of Ideas, Bristol UK, http://www.ideasfestival.co.uk/events/naomi-oreskes/ and http://www.bris.ac.uk/cabot/events/2015/merchants-of-doubt.html

"Time-Lapse Earth: The Climate Crisis" [with Randy Sargent] and "Discovering Disruptive Change with Big Data" [ with Matthew C. Hansen and Illah Nourbakhsh]
World Economic Forum, Dalian, China September 9-11, 2015.
World Economic Forum, Davos, Switzerland, January 20-23, 2016.
http://www.weforum.org/contributors/naomi-esther-oreskes

"The Dynamics of Disbelief" Cary Lecture Series, Lexington, MA, October 24, 2015.

"Should We Trust Science? Perspectives from the History and Philosophy of Science."
- Florida Climate Institute, University of Florida, Gainesville, November 2, 2015.

"Reticence, Accuracy and Efficacy," Invited Speaker, American Geophysical Union Annual Meeting, Union Session U13A: *Reticent Researchers! Are We Failing Humanity?,* December 14, 2015, San Francisco, CA.

"What's the big deal with the Anthropocene?" (Panel discussion), American Geophysical Union Annual Meeting, AGU Great Debate (Union Session) December 14, 2015, San Francisco, CA.

"Science and Policy after the Merchants of Doubt." Scripps Institution of Oceanography, Climate Science and Policy Program, January 7, 2016, La Jolla, CA.

"Truth, Lies and Politics: Ideology and Rationality in an Election Year", moderated panel discussion, Wake Forest University, Office of Sustainability, February 16, 2016, Winston-Salem, North Carolina. http://sustainability.wfu.edu/truth-lies-and-politics-ideology-rationality-and-choice-in-an-election-year/

"Dynamics of Disbelief: Science, Society and Social Welfare," Jesse and John Danz Lecture, University of Washington, Seattle, WA, March 1, 2016.
http://www.uwpcc.washington.edu/event.jsp?id=1519&action=ViewObject&object=event&forward=no

"For Thought: Hope for the Planet," An evening with David Suzuki, Naomi Oreskes, and Tim Flannery, Melbourne Town Hall, Melbourne Australia, March 7, 2016
http://www.wheelercentre.com/events/for-thought-hope-for-the-planet

"Ideas at the House," An evening with David Suzuki, Naomi Oreskes, and Tim Flannery, Sydney Opera House, Sydney, Australia, March 8, 2016
https://www.youtube.com/watch?v=VwEET1mV2eo

"Should We Trust Scientists?" A Panel Discussion with "Dr. Karl" [Kruselnicki] and Tanya Munro, The Planet Talks, WOMADelaide, Adelaide, Australia March 14, 2016. https://www.womadelaide.com.au/program/the-planet-talks

"Climate Change Denial: Where Do We Go from Here?"
- University of Missouri, Columbia, MO Life sciences and Society Symposium: Confronting Climate Change, March 19, 2016. http://lssp.missouri.edu/climatechange/speakers, see also https://www.youtube.com/watch?v=SbHdI9KJhyM
- The Wall Exchange: Peter Wall Institute for Advanced Studies, Vancouver, BC, Canada. April 4, 2016 http://pwias.ubc.ca/events/the-wall-exchange/
- Kent State University: Guest of Honor University Artist/ Lecture Series, Kent, Ohio. April 7, 2016 https://www.kent.edu/einside/event/guest-honor-university-artistlecture-series-brings-science-historian-kent-state
- Ohio University, Athens, Ohio. Institute for Applied and Professional Ethics, co-sponsored by E.W. Scripps School of Journalism, Friday April 8, 2016 https://calendar.ohio.edu/event/climate-change--public-discourse/

"The Persistence of Climate Change Denial" Copenhagen University, Sustainability Science Program and Faculty of Humanities April 28, 2016 http://humanities.ku.dk/calendar/2016/4/the-persistence-of-climate-change-denial/

"Scholarship and Political Activism: A Personal Report, Roskilde University, Critical Edge Alliance April 29, 2016 http://www.ruc.dk/en/about-the-university/calendar/view/article/critical-edge-alliance-invites-to-a-talk-by-naomi-oreskes-harvard-university-29-april-2016-1/back/roskilde-universitet/

"The American Denial of Climate Warming," [Revised and updated]
- First Unitarian Church of Omaha, Holland Lecture Series, Omaha, Nebraska, May 11, 2016. http://www.firstuuomaha.org/#!holland-lecture-series/c1jy2
- University of Texas at Arlington, Maverick Lecture Series, November 20, 2018. https://www.uta.edu/maverickspeakers/2018-19/naomi-oreskes.php

H. Burr Steinbach Scholar Lectures, Woods Hole Oceanographic Institution, Woods Hole, MA, August 1-3 2016.
- "The Crucial Experiment that Wasn't: ATOC and the Attempt to Prove the Reality of Anthropogenic Climate Change"
- "The Scientist as Sentinel: Science, Policy, and Politics.

"The Great Derangement" A conversation between Amitav Ghosh and Naomi Oreskes Rubin Museum of Art, New York City, October 5, 2016. http://rubinmuseum.org/events/event/amitav-ghosh-naomi-oreskes

"Why We Should Trust Science" (Day 1) and "When Not to Trust Science" (Day 2). Tanner Lectures on Human Values, November 30-December 1, 2016 https://scholar.princeton.edu/cfi/event/tanner-lectures-human-values-trust-and-distrust-science https://sustain.princeton.edu/events/naomi-oreskes-when-not-trust-science-or-when-science-

A-60

goes-awry

"The Global Situation Room: The Climate Crisis" [with Randy Sargent and Michael Oppenheimer]
World Economic Forum, Davos, Switzerland, January 16-20, 2017.
http://www.weforum.org/contributors/naomi-esther-oreskes

Climate Wrongs and Human Rights, Panel on Climate Philosophy, University of Miami Law Review Symposium, February 10, 2017

"Climate Change: Now What?"
- Protect our Winters Annual Breakfast, SIA Snow Show (Snow Show Trade Show), Denver Colorado, 17 January 2017
- Keynote speaker, Climate Leadership Conference, Chicago, Illinois, 3 March 2017
- Dempsey Lecture on Environmental Policy, Willamette University, 10 March 2017.
- Harding Distinguished Lecture, South Dakota State University, Brookings, South Dakota 4 April 2017.
- Xavier University, Cincinnati, Ohio, 6 April 2017.
- Vassar College, Pauline Newman '47 Distinguished Lecture, 27 April 2017
- Keynote Speaker, Intermontane Sustainability Summit, Weber State University, Ogden, Utah, 1 March 2018
- Keynote Speaker, Western State Colorado University Masters of Environmental Management, Spring Symposium, Gunnison Country Rodeo Grounds, Gunnison, Colorado, 4 April 2018.
- Climate Change: Philosophical Perspectives, A Symposium, Hobart and William Smith College, Geneva, NY, September 5, 2018. https://www2.hws.edu/climate-change-philosophical-perspectives/

"The Scientist as Sentinel"
- AAAS Plenary Speaker, 17 February, 2017-03-04
- Harvard University Arnold Arboretum, Director's Lecture Series, 6 March 2017 https://www.arboretum.harvard.edu/news-events/directors-lecture-series/
- Scripps Institution of Oceanography, 14 March 2017
- Science Research Public Lecture Series, Harvard University, 29 March 2017.

"The History and Politics of American Climate Change Denial," Keynote Speaker, Israeli Society for Ecology and Environmental Studies (ISEES) annual meeting, 10 July 2017, Centre for Interdisciplinary Studies, Herzliya, Israel.

"Can Science Be Viewed as *Ex Ante* Authoritative in a Post-Factual World?" Plenary Lecture, International Society for the History, Philosophy and Social Studies of Science, Sao Paolo, 17 July, 2017.

"Truth, Trust, and Methodological Fetishism: Perspectives from the History and Philosophy of Science."
- Plenary Lecture, International Congress for the History and Philosophy of Science and Technology, Rio de Janiero, Brazil 15 July 2017.
- WZB: Wissenschaftzentrum Berlin fur Sozialforschung, Achtung: Demokratie Series, 23 October 2017.

A-61

"Narratives of Climate Change."
- The Gallatin Climate Change Initiative: A Conference. Gallatin School of Individualized Study, New York University, 14 September 2017.
- BEEC: Behavior, Energy and Climate Change Conference, Sacramento, CA (via web), 16 October 2017.

"Giant Power: Technology, Energy and Post-Truth America,"
- Harvard University Humanities Center, Cambridge, MA, 18 October 2017.
- "Phunday," Harvard-Princeton workshop in History of Science, Princeton University, 21 October 2017.

"Confronting the Unthinkable," Panel Discussion with Amitav Ghosh, Elke Weber, and Andrew Revkin, Museum of the City of New York, 22 October 2017.

"Conservatives in Academia," Princeton University Workshop, The University Left to Right, 9 February 2018.

"Historical Foundations of Free Market Fundamentalism," Humanities Department Seminar, Caltech, 29 November 2018.

"Defeating the Merchants of Doubt: Where Do We Go from Here?" Seminole State College Lecture Series, January 30, 2019. https://www.seminolestate.edu/speaker-series

"Why Trust Science?"
- Illinois Wesleyan University, Founders' Day Convocation, January 16, 2019. https://www.iwu.edu/news/2019/events/expert-on-climate-change-to-speak-at-founders-day-convocation.html
- London School of Economics, Grantham research Institute on Climate Change, 19 September, 2019. http://www.lse.ac.uk/GranthamInstitute/event/why-trust-science-a-talk-by-professor-naomi-oreskes/
- Book Launch, NYU, Institute for Public Knowledge, 15 October 2019.
- Western University, London Ontario, Canada, 14 November 2019. http://www.events.westernu.ca/events/arts-humanities/2019-11/naomi-oreskes.html
- Phi Beta Kappa Visiting Lecture. University of South Florida, Tampa, Florida, 6 February 2020.
- Phi Beta Kappa Visiting Lecture, Carnegie Mellon University, Pittsburgh, PA, 20 February 2010.
- Discussion, Department of History and Philosophy of Science, University of Pittsburgh, Pittsburgh, PA 21 February 2020.
- The Rockefeller University, Science & Humanity Lecture Series, 14 February 2020. https://www.rockefeller.edu/events-and-lectures/science-humanity-lecture-series/
- Harvard University Center for the Environment, on-line happy hour and book talk, 14 April 2020.
- Panel Discussion, "Why people don't trust the evidence of science," Council of Scientific Society Presidents, 2020 Spring Leadership Workshop, 2 May 2020. [Virtual]
- Conservation Law Foundation, Webinar, 12 May 2020. [Virtual]
- Culinary institute of America, "Menus of Change" Webinar, 26 August 2020. [Virtual] https://www.menusofchange.org/advisory-councils/biographies/naomi-oreskes

- 7th Annual Trottier Symposium on Sustainable Engineering, Energy and Design (SED), 16 September 2020 | Online – YouTubeLive. https://www.trottiersymposium.org/
- Trento Festival of Economics [virtual] https://2020.festivaleconomia.eu/en 26 September 2020
- Van Leer Institute, Jerusalem, Israel. 18 October 2020.
- Ohio State Bownecker Memorial Lecture, https://earthsciences.osu.edu/events/77th-bownocker-lecture-featuring-prof.-naomi-oreskes-why-trust-science, 5 November 2020 [virtual]
- Kick-off Lecture, PERITIA series on Policy, Expertise, and Trust, 6 April 2021. https://allea.org/peritia-lecture-naomi-oreskes-on-trust-in-science/
- The Royal Institution, London, England, 13 April 2021. https://www.rigb.org/whats-on/events-2021/april/public-why-trust-science?gclid=Cj0KCQjwvYSEBhDjARIsAJMn0lg2x4THtQ0KF7YBNrtNPzAQXVoIQn06tEBV5zjMSfZldt4bKiuD1pQaAp2-EALw_wcB
- Politics and Prose Bookstore, a Conversation with Frank Cesno, 26 April 2021.
- Chatauqua Lecture Series, [Virtual] 15 July 2021. https://chq.org/event/naomi-oreskes/
- Crested Butte Public Policy Forum, 17 August 2021, Crested butte, CO. https://www.crestedbutteforum.org
- Festiva International de Ciencia, Oeiras, Portugal, 14 October 2021.
- Cambridge Conservation Initiative, Cambridge University, Cambridge, England, 21 October 2021.
- It Festival della Scienza, Genoa, Italy, 24 October 2021.
- Harvard University, Division of Social Science, Symposium on "Truth Decay," 18 November 2021
- Columbia University Symposium on Promoting Credibility, Reproducibility, and Integrity in Research, 11 March 2022 http://www.pcri-symposium.net/
- University of Kansas, Lawrence Kansas, 5 April 2022. https://today.ku.edu/2022/03/21/acclaimed-author-researcher-naomi-oreskes-present-commons
- Kansas State University, Manhattan, Kansas 6 April 2022. https://www.k-state.edu/today/announcement/?id=81720
- Fort Hays State University, Hays, Kansas. https://www.fhsu.edu/news/2022/03/harvard-professor-to-speak-at-fort-hays-state
- Oeschger Centre for Climate Research, University of Berne, Berne Switzerland, 30 June 2022.
- Lectio Magistralis at Biennale Tecnologia 2022, 13 November 2022.
- Federal Circuit Historical Society, 16 December 2022.
- Temple Adas Israel, Sag Harbor, NY 14 August 2023.
- "What in the World is Going On?" Lecture series, Valley City State University, Valley City, North Dakota, 4 October 2023.

"Scientific Consensus, Climate Change, and the Role of Uncertainty in Science," University of Utah Philosophy Colloquium Series, February 11, 2019, Salt Lake City, Utah.

"Is Climate Change the End? If so, the End of What? Cleveland Humanities Festival, Case Western Reserve University, Baker-Nord Center for the Humanities, March 22, 2019.

"Discerning Experts: The Practices of Scientific Assessment for Environmental Policy," Book Launch, NYU Law School, Institute for Policy Integrity, and the Department of Environmental Studies, March 28, 2019.

"What Exxon-Mobil Did and Why It Matters," Keynote Speaker, Midwest Renewable Energy Fair, Custer, Wisconsin, 22 June 2019. https://www.theenergyfair.org/keynote-speakers/

"Why American Conservatives Turned Against Science." Bavarian Academy of Sciences Workshop, Criticism of Science: Past and Present. 24 June 2019.

"Escaping the Balance Trap: Rethinking Science Journalism in an Era of Fabricated Controversies," Keynote Speaker, World Conference of Science Journalists, Lausanne, Switzerland, 4 July 2019.

"What Should Individuals, Communities, Schools and Universities Do to Stop Climate Change? A panel discussion. London School of Economics, 20 September 2019. http://www.lse.ac.uk/GranthamInstitute/event/what-should-individuals-communities-schools-and-universities-in-the-uk-do-to-stop-climate-change/

"What Gets Left Out: How History Has Shaped What We Don't Know about the Ocean," Keynote Speaker, Encounters and Exchanges Conference, Hosted by the University of Otago, Blenheim, New Zealand, 2 December 2019.

"Closing Comment," New Earth Histories Conference, 4-6 December 2019, University of New South Wales, Sydney, Australia. https://www.arts.unsw.edu.au/research/new-earth-histories-research-program/conference/

"Facts are Not Enough: From Science to Disinformation in 20th Century America," USC Wrigley Center for the Environment, University of Southern California, Los Angeles, California, 12 March 2020.

"How to Talk to Coronavirus Skeptics." American Academy of Arts and Sciences, an on-line discussion, 9 April 2020. https://www.amacad.org/events/oreskes-coronavirus-skeptics

"Reclaiming Cooperation in a World of Competition": A Lecture on the International Day of Peace 39th Peace BAR Festival. 21 September 2020 Kyong Hee University, Korea. https://koreajoongangdaily.joins.com/2020/09/22/national/diplomacy/Kyung-Hee-University-System-Peace-BAR-Festival-2020/20200922171200408.html

"Who wants to hide the truth about climate change?" A panel discussion with Daniela Ovadia and Serena Giacomin) BergamoScienza.it https://www.bergamoscienza.it/ 10 October 2020

"How Military Funding Delayed the Development of Plate Tectonics,"
- Ohio State University Bownecker Lecture Technical Seminar, https://osu.zoom.us/webinar/register/WN_LW3mnIJkReaa89wTTqSzHA 6 November 2020
- Kalb Memorial Lecture, Rice University. 23 February 2021.

"Why Earth Systems Science Needs Social Science," NASEM-NRC committee on *Advancing a Systems Approach to Studying the Earth: A Strategy for the National Science Foundation*, Keynote Speaker, 12 January 2021.

"Action Beyond Persuasion," World Economic Forum Youth & Climate Panel, 28 January 2021.

*"Why Trust Science*? A book conversation with Katharine Hayhoe*, "*Texas Tech University Climate Center, 9 February 9, 2021.

"The Magic of the Marketplace: The True History of a False Idea: How Fredrich von Hayek Was Brought to America by American Businessmen," Seminar, Ecole des Haute Etudes, Paris, France, 2 March 2021.

"The National Climate Assessment: What Next?" US Global Climate Research Program, Sustained Assessment Working Group (SAWG) Lecture Series, 11 March 2021.

"Can Science Be Saved?"/ "Why People Distrust Science"
- Oregon Humanities Center, University of Oregon, 2020-21 Cressman Lecture, 12 March 2021 https://ohc.uoregon.edu/calendar_event/can-science-be-saved/
- Institute for Advanced Study 2021 IAS Lecture on Public Policy, Princeton, NJ 7 April 2021 https://www.ias.edu/publicpolicy-Oreskes
- Penn State, Rock Ethics Institute, 22 April 2021 https://rockethics.psu.edu/events/science-and-values-in-climate-risk-management-speaker-series-naomi-oreskes/
- UQAM ISC Climate Change Summer School Keynote, 24 May 2021
- Nebraska Wesleyan University, Visions and Ventures Symposium, 21 September 2021 https://www.nebrwesleyan.edu/about-nwu/news-center/visions-and-ventures-address-breaking-down-boundaries-race-class-and
- Inaugural lecture, XI Festiwal Przemiany, 8 October 2021. https://www.youtube.com/watch?v=NfoTr3AOPsY
- Center for Inquiry, 28 October 2021. https://centerforinquiry.org/news/can-science-be-saved-naomi-oreskes-on-skeptical-inquirer-presents-oct-28/
- CSI.com, 21 October 2022, Las Vegas, Nevada.

"Science on a Mission: How Military Funding Shaped What We Do and Don't Know about the Ocean,"
- Institute for Advanced Study Seminar, Princeton, NJ, 8 April 2021
- Bielefeld University, Bielefeld, Germany, 1 June 2021.

"Diversity Isn't Just the Right Thing to Do; Diversity Helps Us Get the Right Answers"
- Amherst College, Annual Hugh Hawkins Lecture. 14 April 2021
- Harvard University, Department of Earth and Planetary Sciences, 16 April 2021
- Harvard Alumni Association, 29 April 2021
- Moore Foundation, 21 September 2021
- MIT Earth, Atmosphere, and Planetary Sciences Department Colloquium, 19 November 2021
- Cardiff University, Seminar on Knowledge, Expertise and Science (KES), 25 March 2022.
- Keynote Speaker, Midwest Student Conference on Atmospheric Research, University of Illinois, Urbana-Champaign 1 October 2023.

"Climate in Context: Towards a History of the Future," Closing Keynote Address, Climate in Context Conference, University of Texas, Austin 23 April 2021.

"Trust and Distrust in Science," Mellon-Sawyer Seminar, Columbia University, 17 May 2021.

"Giving the Tripod of Freedom Intellectual Legs: How American Businessmen Promoted Hayek in America."
- Ecole des Hauts Etudes des Sciences Sociale (EHESS), 2 March 2021 [virtual]
- Utrecht University History of Knowledge Seminar, 20 May 2021 [virtual]

"Why Does Truth Break Down?" Presentation to the United Nations Senior Management Group. Secretary António Guterres, Chair, 7 July 2021 [virtual]

"Historical perspectives on climate litigation" Final Keynote Speaker, Out Future in the Balance: The Role of Courts and Tribunals in Meeting the Climate Crisis, sponsored by the Global law firm Hausfeld and the British Institute for International and Comparative Law (BIICL), 8 July 2021 [virtual].

"Funding Matters"
- Keynote Presentation: Public Research and Private Knowledge, Center for Applied Philosophy and Key Qualifications, Friedrich -Alexander Universität Erlangen-Nürnberg, Germany, 23 July 2021.
- Institute for Practical Ethics 2022 Keynote Lecture, University of California, San Diego, 19 October 2022.
- Climate Misinformation and Academia: A Workshop, Brown University, 15 September 2023.

"*The Big Myth: How American Business Taught us to Loathe Government and Love the Free Market* [Book talks and readings]
- The President's Lecture Series, Brennan Guth Memorial Lecture in Environmental Philosophy, University of Montana, 17 February 2022
- Sippola Family Lecture, Miami University Ohio, 20 April 2022
- Annual Johannes Sløk Lecture, Aarhus University, Denmark 27 June 2022
- Hans Oeschger Lecture, Swiss Congress on Historical Sciences, Geneva, Switzerland, 1 July 2022
- Center for the History of Science and Philosophy (CIUHCT), Lisbon University, Lisbon, Portugal, 15 July 2022.
- Tanner Center for the Humanities, University of Utah, Salt Lake City, Utah, 13 February 2023 (co-sponsored by the King's English bookstore.)
- Brooklyn Public Library, Brooklyn, NY, 21 February 2023.
- Harvard Bookstore, Cambridge, MA, 22 February 2023.
- Politics and Prose Bookstore, Washington, DC, 23 February 2023.
- Stephens Institute of Technology, Hoboken, NJ, 1 March 2023 [Virtual]
- John Carroll University, Annual Don Shula Lecture, Cleveland, Ohio, 29 March 2023.
- Cuyahoga County Library, Spring Lecture Series, "BeyondBookJackets.com," Beachwood Branch, 29 March 2023.
- Center for Inquiry, Los Angeles, 16 April, 2023 https://cfiwest.org/event/the-big-myth-how-american-business-taught-us-to-loathe-government-and-love-the-free-market/
- Graduate School of Business, Stanford University, 4 May 2023.
- Climate Crisis 101, University of California, Santa Barbara, 11 May 2023 [virtual]..
- Conference on the Sociology of Paradigm Change, MIT Open learning, 16 May 2023 [virtual].

- Gonzaga University Center for Climate, Society, and the Environment, 1 June 2023 [virtual].
- Virtual keynote, Workshop on the Influence of the Fossil Fuel Sector, University of Cambridge, UK, 9 June 2023 [virtual].
- Keynote speaker, Funders Forum on Oil and Gas, Tenaya Lodge, Yosemite, CA, 11 June 2023.
- Crested Butte Policy Forum, Crested Butte, CO, 5 July 2023.
- Book signing and discussion, Zandbroz bookstore, Fargo, ND 3 October 2023.
- Brandeis-Osher Lifelong Learning Institute [on-line], 13 October 2023.
- Columbia University, Center for Political Economy, New York, NY, 23 October 2023.
- Bard College, Alt-Liberal Arts College [on line] 25 October 2023. https://www.bard.edu/inside/calendar/altliberalarts-earth-scientist-naomi-oreskes-on-science-and-politics
- CSI.com, Las Vegas, NV, 28 October 2023.
- London School of Economics, 11 December 2023.
- Borhaave Rijksmuseum, Leiden, Netherlands, 8 February 2024.
- Aspen U, Limelight Hotel Lecture Series, Aspen, CO, 20 March 2024.
- Paris School of Economics, Workshop on **"Corporate Capture and the Environmental Emergency,"** 28 March 2024.
- The Jacob Marschak Interdisciplinary Colloquium on Mathematics in the Behavioral Sciences, UCLA, Los Angeles, California, 30 April 2024
- Santa Fe Institute Public Lecture Series, 17 December 2024.

"Why the Supply-Side Model of Science Hasn't Worked," Indian National Science Academy Panel Discussion on the Awarding of the Jawaharlal Nehru Birth Centenary Medal to Dr. Marcia McNutt, 3 March 2022.

"Worth a Little Tsuris: How a Historian Came to Stand Up Against Disinformation," Max Planck Institute for Human Development, Summer Institute on Bounded Rationality, Berlin, Germany, 21 June 2022.

"The Magic of the Marketplace: The True History of a False Idea,"
- Historical Seminar on Ökonomisierung, Ludwig Maximillians University, Munich, Germany, 23 June 2022.

"Climate Change and the Promise of Progress," Duke University, inaugural speaker, *Let's Talk about Climate Change* series, Duke University, Raleigh, NC, 22 September 2022.

"There's no scientific method (but that's ok)," CAT Conversations: Sixth College Celebrating Twenty Years, University of California, San Diego, 19 October 2022.

"Is the Enlightenment Relevant?" University of Southern California, CESR Conference on *The End of Enlightenment?,* Los Angeles, CA, 15 March 2023.

"From DDT to Climate Change: How warnings about environmental hazards have been ignored, dismissed, and disparaged," Canadian Farmers' University, sponsored by the Canadian Farmers' Union, 16 March, 2023 [virtual].

"Can Truth Survive Platform Capitalism?" Keynote Speaker, Science and Platform Capitalism: The New Organization of Knowledge Production, A Conference in Honor of Phil Mirowski, University of Notre Dame, South Bend, Indiana, 13 April 2023.

"The Race, Class and Gender of Climate Change Denial," Harvey Mudd College, Dr. Bruce J. Nelson '74 Distinguished Speaker Series, Claremont, CA, 17 April 2023.

"Beyond Doubt: A Climate Conversation," Earth Day Symposium, Fullerton College, Fullerton, CA, 20 April 2023.

"Current Issues: Money, Tech and Capitalism [A panel discussion]", *Los Angeles Times* Book Festival, University of Southern California Campus, Los Angeles, CA, 23 April 2023.

"Backlash against Science [A panel discussion]," Behavioral Science and Policy Association Annual Meeting [Virtual], 4 May 2023.

"How the Chicago School Reconstructed Adam Smith," Conference on Agnotology: The New Science of Creating and Preventing Ignorance, Stanford University, 5 May 2023.

"How the Myth of the Free Market has Blocked Climate Action,"
- MillerComm Lecture, University of Illinois, Urbana-Champaign, 2 October 2023.
- Stanford University Environmental Ethics Seminar [virtual] 14 November 2023.
- Conservation Law Foundation, President's Lecture Series, Boston, MA 15 November 2023.
- Keynote Speaker [Virtual], Conference: *Capitalism and the Environment from Stockholm to COP28: New Historical Research on the Role of Business and Labor,* Lausanne University, 10 November 2023.
- Franklin and Marshall College, Program in Science, Technology and Society, 23rd annual Darwin Day, 23 February 2024
- ETH Zurich, SPEED2ZERO Perspective Lecture, 7 May 2025

"Teaching in the Storm: Academic Freedom, Scientific Integrity, and Best Pedagogic Practices" [A panel discussion], Harvard School of Public Health, Boston, MA, 11 October 2023.

"The Climate Crisis: A Discussion Panel" Maestoso at Anteo City Life, National Geographic Fest 2023, Italy, [online], 17 November 2023.

"Think the Future, Imagine the Present," A Panel Discussion, Belgian Climate Center, Brussels, Belgium, 13 December 2023.

"Science, Scientists and the Great Acceleration." https://sciences.ulb.be/la-recherche/conference-naomi-oreskes Public Lecture on occasion of Doctor Honoris Causa, Université Libre de Brussels, Brussels, Belgium. 13 December 2023.

"Neoliberalism vs the social-ecological state: decrypting the myths", A Research Seminar, with Eloi Laurent, Sciences Po and Stanford. Université Libre de Brussels, Brussels, Belgium.14 December 2023. https://iitse.ulb.be/fr/agenda/neoliberalism-vs-the-social-ecological-state-decrypting-the-myths

"Doubt and Scientific Consensus," Conference on *Fact, Fakes and Fiction,* Lorentz Center, Leiden University, Leiden, Netherlands, 5-9 February 2024.

"Climate Change and Business History: New Directions in a Time of Environmental Challenges" Plenary Session panel discussion with Bathsheba Demuth and Bart Elmore, Business History Conference, Providence, Rhode Island, 14 March 2024.

"How Market Fundamentalism Has Blocked Climate Action,"
- Colorado State University, Interdisciplinary Science Communication Workshop, Fort Collins, Colorado, 2 April 2024 https://philosophy.colostate.edu/events/naomi-oreskes-how-market-fundamentalism-has-blocked-climate-action/
- University of Colorado, Boulder, 2024 Patricia Sheffels Visiting Scholar, Department of Environmental Studies, Boulder, Colorado, 4 April 2024.
- University of Oregon, SOJC Hearst Visiting Professionals Lecture series, Eugene, Oregon, 8 November 2024.

Epistemic Privilege and the Gender of Climate Change Denial
- Marian Fox Martel Distinguished Lecture in Gender and Science at the Center for the Study of Women, Gender and Sexuality at Rice University, 11 April 2024.
- Sir Run Run Shaw Lecture, Stonybrook University Humanities Institute, 17 October 2024.

"A conversation on climate change and activism with Jane Fonda and Dr. Naomi Oreskes," sponsored by Academy Museum of Motion Pictures and Studio B. at Berggruen Institute, David Geffen Theatre, Academy Museum of Motion Pictures, 19 April 2024.

"Ethical Pessimism: Climate Change and the Limits of Narrative, A book workshop with Faculty Fellow Roy Scranton", Kellogg Institute for International Studies, University of Notre Dame, South Bend, Indiana, 2-3 May 2024**.**

"Why is it so hard to talk about population? A personal story*," Conference paper for How Do We Think about Population in the Anthropocence?* Jesus College, Cambridge, UK, 2-4 July 2024.

"Why science and politics can't be (entirely) separated," 22nd Swiss Climate Summer School: Climate Change: From the Dawn of the Anthropocene to Options for the Future, Grindelwald, Switzerland 1 September 2024 [virtual]

"How incumbents work to block positive tipping points," Workshop on Positive Tipping Points, Bezos EarthFund Foundation, 20 September 2024, Washington, DC [virtual].

"Rebuilding Trust in Science" A Morton L. Mandel Conversation, panel discussion with Sean Decatur and moderated by Holden Thorp, American Academy of Arts and Sciences, 16 October 2024, Cambridge, MA.

"Why Disinformation Matters," University of Rhode Island, Honors Colloquium Series, *Democracy in Peril,* 29 October 2024, Kingstown, Rhode Island.

"Merchants of Doubt": A Discussion

Climate Science Honors Seminar [Professor Diana Bernstein], University of Southern Mississippi, 19 November 2024, Hattiesburg, Mississippi.

"The End of the Supply-Side Model of Science, 2024 Tyndall History of Global Environmental Change Lecture American Geophysical Union Annual Meeting, 13 December 2024, Washington, DC.

"Ending Fossil Fuels," WOMADelaide Planet Talks, 10 March 2025, Adelaide, Australia.

"In Conversation with former South Australian Premier Mike Rann," The Bob Hawke Prime Ministerial Centre, 11 March 2025, Adelaide, Australia.

"From Anti-Government to Anti-Science and Back Again,"
- The 2025 Science, Technology, and Society Pauline Newman '47 Distinguished Lecture by Naomi Oreskes, Vassar College, 4 April 2025. https://www.vassar.edu/news/events/2025/anti-government-anti-science-and-back-again
- USA: Misinformation, "lobbyismm" and deregulation: A public talk sponsored by the KR Foundation and *Politiken*, 8 April 2025. https://laederstraede20.dk/events/usa-misinformation-lobbyisme-and-deregulation-meet-harvard-professor-naomi-oreskes
- Roskilde University, Research Group for Science Studies, Department of Communication and Art, 9 April 2025, Roskilde, Denmark.

"Why Facts Don't Speak for Themselves," Ludwik Fleck Memorial Lecture, ETH Zurich, 6 May 2025, Zurich, Switzerland.

"Consensus in Science: How Do We Know We're Not Wrong? [Updated]," Wenner-Gren Foundation, Conference on The Future of Truth, 8 May 2025, Stockholm, Sweden.

"Rethinking the Origins of Plate Tectonics," The Royal Institution, London, England, 12 May 2025. https://www.rigb.org/whats-on/rethinking-origins-plate-tectonics

"Mercanti di Dubbi," Il Tutto Volume festival, Ragusa, Italy, 15 June 2025. https://www.fondazioneveronesi.it/news/a-ragusa-parliamo-dei-mercanti-di-dubbi

"Why Science is Under Attack," Closing session, "Radical Science" Lecture series, Centre de Cultura Contemporània de Barcelona, 18 June 2025.

**Appendix 2. Materials Considered**

**Naomi Oreskes,**
**Expert Rebuttal Report in *Conservation Law Foundation v. Shell Oil Company, et al.*,**
**No. 3:21-cv-00933**

In addition to the materials specifically cited in my expert rebuttal report and any attachments thereto, served on July 22, 2025, I have reviewed and considered the following materials in connection with my expert rebuttal report and reserve the right to rely on any of the documents or materials included herein.

**Public Documents**

"Addressing Climate Change in Enforcement and Compliance Assurance – EPA Climate Enforcement and Compliance Strategy," United States Environmental Protection Agency, https://www.epa.gov/enforcement/addressing-climate-change-enforcement-and-compliance-assurance#strategy (last accessed July 20, 2025).

Center for Climate & Energy Solutions, "Climate Change And Hurricane Sandy," https://www.c2es.org/wp-content/uploads/2012/10/climate-change-and-hurricane-sandy.pdf.

Cherry, John et al. (16 authors), 2014. *Harnessing Science and Technology to Understand the Environmental Impacts of Shale Gas Extraction,* Ottawa: Council of Canadian Academies. http://www.scienceadvice.ca/uploads/eng/assessments%20and%20publications%20and%20news%20releases/shale%20gas/shalegas_fullreporten.pdf.

Environmental Law & Policy Center, "ELPC Thinks: Who Holds Polluters Accountable When EPA 'Pauses' Its Enforcement Program," (May 14, 2025), at 23:00 min, 26:00 min (re the "big supporter" statement), https://elpc.org/events/elpc-thinks-who-holds-polluters-accountable-when-epa-pauses-its-enforcement-program/.

"Expert Witness Payment Practices," ExpertInfo.com, https://expertinfo.com/expert-witness-payment-practices/#:~:text=Expert%20witnesses%20are%20paid%20for,the%20integrity%20of%20their%20testimony

"Former EPA Assistant Administrator David M. Uhlmann Joins Marten Law," Marten (May 15, 2025), https://martenlaw.com/news/former-epa-assistant-administrator-david-m-uhlmann-joins-marten-law.

Freundlich, Samson & Eric Turkewitz, "Judge Rips Doc for 'Huge Lie'; Perjury Prosecution Possible; Victims May Number in Thousands," New York Personal Injury Law Blog (July 8, 2013), https://newyorkpersonalinjuryattorneyblog.com/2013/07/judge-rips-doc-for-huge-lie-perjury-prosecution-possible-victims-may-number-in-thousands.html

KPMLAW, "Recent Ruling Affecting Admissibility of Payments by Insurance Carrier to Medical Expert and Medical Expert Testimony," (Nov. 20, 2017), https://www.kpmlaw.com/recent-ruling-affecting-admissibility-payments-insurance-carrier-medical-expert-medical-expert-testimony/.

Letter from David M. Uhlmann to OECA Office Directors and Deputies, September 28, 2023, available at https://www.epa.gov/system/files/documents/2024-02/epasclimateenforcmentandcompliancestrategy_1.pdf.

Oppenheimer, Michael, N. Oreskes, D. Jamieson, K. Brysse, J. O'Reilly & M. Shindell, 2019. *Discerning Experts: The Practices of Scientific Assessment for Environmental Policy,* Chicago: The University of Chicago Press

Oreskes, Naomi, 1997. "Testing models of natural systems: Can it be done?" in *Structures and Norms in Science: Volume Two of the Tenth International Congress of Logic, Methodology, and Philosophy of Science,* edited by M.L. Chiara et al. (Dordrecht: Kluwer, 1997).

Oreskes, Naomi, 1999. *The Rejection of Continental Drift: Theory and Method in American Earth Science.* New York: Oxford University Press.

Oreskes, Naomi, 2003. "The role of quantitative models in science," in *Models in Ecosystem Science,* edited by Charles D. Canham, Jonathan J. Cole, and William K. Lauenroth (Princeton: Princeton University Press).

Oreskes, Naomi, 2011. "Working with uncertainty: 'Unitisation and renegotiation' as a model for science and environmental policy," in *The Politics of Science Advice*: *Institutional Design for Quality Assurance.* Edited by Justus Lentsch and Peter Weingart, Cambridge University Press.

Oreskes, Naomi, 2019. *Why Trust Science?* Princeton University Press.

Oreskes, Naomi, 2024. "What's an expert, and why? A comment on Christian Dayé, *Experts, Social Scientists, and Techniques of Prognosis in Cold War America.*" Published 15 April 2024, *American Sociologist,* https://link.springer.com/article/10.1007/s12108-024-09618-2.

Oreskes, Naomi and Erik M. Conway, 2010. *Merchants of Doubt: How a Handful of Scientists Obscured the Truth on Issues from Tobacco Smoke to Global Warming.* New York: Bloomsbury Press, second edition 2020.

Oreskes, Naomi and Kenneth Belitz, 2001. "Philosophical Issues in Model Assessment," in *Model Validation: Perspectives in Hydrological Science,* edited by M.G. Anderson and P.D. Bates (London: John Wiley and Sons, Ltd.).

Oreskes, Naomi, Kristin Shrader-Frechette and Kenneth Belitz, 1994. "Verification, validation, and confirmation of numerical models in the earth sciences," *Science* 263.

O'Reilly, Jessica, Keynyn Brysse, Michael Oppenheimer and Naomi Oreskes, 2011; "Characterizing uncertainty in expert panel assessments," *Wiley Interdisciplinary Reviews: Climate Change* 2 (September/ October): 728-743.

Rubinowitz, Ben & Evan Torgan, "Turning the Table: Cross Examination of an IME Doctor Using a Video of the Exam," New York Law Journal, https://www.gairgair.com/files/10_28_2013_turningtable.pdf.

Suter, Manuel, Noel Strahm, Till Bundeli, Kaja Kaessner, Viktoria Cologna, Naomi Oreskes and Sebastian Burger, 2025. "Green Growth Beliefs: Investigating Factors Associated with Expert Opinions on Green Growth," PLOS Clim 4(4): e0000597. https://doi.org/10.1371/journal.pclm.0000597.

T.C. Kelly, "Court Excludes Expert Testimony Because Witness Has a Contingent Financial Interest in Litigation Outcome," ExpertPages (Aug. 7, 2019), https://blog.expertpages.com/ expertwitness/court-excludes-expert-testimony-because-witness-has-a-contingent-financial-interest-in-litigation-outcome.htm.

Trenberth, Kevin E., et al., 2015. "Attribution of Climate Extreme Events," *Nature Climate Change* 5: 725–730, https://www.nature.com/articles/nclimate2657.

Uhlmann, David M., "Toward A Sustainable Future: An Environmental Agenda for the Second Term of the Obama Administration," American Constitution Society for Law and Policy (Jan. 2013), https://repository.law.umich.edu/cgi/viewcontent.cgi?article=1074& context=other.

Whipple, Chris et al. (fifteen authors), 2007. *Models in Environmental Regulatory Decision Making* (Washington DC: National Academy of Sciences- National Research Council, Board on Environmental Studies and Toxicology), http://books.nap.edu/catalog.php?record_id=11 972.

**Caselaw**

*Coward v. Owens-Corning Fiberglas Corp.,* 729 A.2d 614 (PA Super. Ct. 1999), available at https://caselaw.findlaw.com/court/pa-superior-court/1348996.html.

*Keystone Transp. Sols, LLC v. Northwest Hardwoods, Inc.*, No. 5:18-cv-00039, 2019 WL 1756292 (W.D. Va. Apr. 19, 2019)

*Rice v. Williams,* No. 7:16-cv-00396, 2017 WL 3197242 (W.D. Va., July 26, 2017), available at

https://law.justia.com/cases/federal/district-courts/virginia/vawdce/
7:2016cv00396/104353/37/.

**Litigation Documents**

Expert Report of David M. Uhlmann, June 23, 2025, *Conservation Law Foundation v. Shell Oil Company, et al.,* Case No. 3:21-cv-00933