

## NEW HAMPSHIRE BAR ASSOCIATION
*Equal Justice Under Law*

2 Pillsbury Street, Suite 300, Concord, New Hampshire 03301-3502

T 603-224-6942 | F 603-224-2910 | www.nhbar.org

**BOARD OF GOVERNORS**

*Officers*

DEREK D. LICK
*President*

ROBERT R. LUCIC
*President-Elect*

SARAH MATTSON DUSTIN
*Vice President*

CATHERINE E. SHANELARIS
*Secretary*

GEOFFREY M. GALLAGHER
*Treasurer*

KATHLEEN M. MAHAN
*Immediate Past President*

**Governors-at-Large**

CHARLA B. STEVENS
*Bedford*

CHRISTINE M. HANISCO
*Concord*

STEVEN J. DUTTON
*Manchester*

KRISTIN G. FIELDS
*Concord*

JAMES A. SHEPARD
*Concord*

**Public Sector Governor**

NIKOLAS K. FRYE

**Out of State Governor**

GAR Y. CHIANG

**County Governors**

WILLIAM D. WOODBURY
*Belknap County*

JOHN CRABBS
*Carroll County*

OLIVER D. BLOOM
*Cheshire County*

LEONARD D. HARDEN
*Coos County*

BARRY C. SCHUSTER
*Grafton County*

KYLE D. ROBIDAS
*Hillsborough County – North*

ANTHONY NARO

September 26, 2025

TO WHOM IT MAY CONCERN:

This is to certify that:

Attorney Kristine Sears Tardiff
Concord, NH

Bar Id:             10058
Current Status:     ACTIVE
NH Bar Admit:       10/22/1993

is a member in good standing with the New Hampshire Bar Association, meaning the member's Association dues and NH Supreme court fees are current; the member has completed the required continuing legal education courses and signed the NHMCLE affidavit; and the member has affirmed that their trust accounts are in good order.

Sincerely,

*[signature]*

Milo Van De Water
Database & Website Coordinator

STATE OF NEW HAMPSHIRE

The foregoing instrument was acknowledged before me this 26th day of September 2025 by Milo Van De Water.

*[signature: Debra A Murphy]*

DEBRA A MURPHY
NOTARY PUBLIC
State of New Hampshire
My Commission Expires
March 27, 2029

*Supporting Members of the Legal Profession and Their Service to the Public and Justice System*