# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> *Defendants*. | Civil Action No. 3:21-cv-00933-VDO |

## NOTICE OF APPEARANCE

To the Court, Clerk of this Court, and parties of record:

Andrea Leshak, of Conservation Law Foundation, Inc., hereby enters her appearance as counsel in this case on behalf of plaintiff Conservation Law Foundation, Inc. I hereby certify that I am admitted or otherwise authorized to practice in this court.

Dated: October 17, 2025      Respectfully submitted by:

*/s/ Andrea Leshak*
Andrea Leshak (phv208945)
Conservation Law Foundation, Inc.
195 Church St. Mezzanine Level Ste. B
New Haven, CT 06510
Tel: (203) 902-2157
Email: aleshak@clf.org

## CERTIFICATE OF SERVICE

    I hereby certify that on October 17, 2025, a copy of the foregoing document was filed through the ECF system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

*/s/ Andrea Leshak*
Andrea Leshak