UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., *Plaintiff*, v. EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, , TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, *Defendants*. | Civil Action No. 3:21-cv-00933-VDO October 29, 2025 |

**JOINT MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PRE-FILING LETTER MOTIONS FOR SUMMARY
JUDGMENT AND LOCAL RULE 56 STATEMENTS OF FACTS**

Plaintiff Conservation Law Foundation, Inc. ("Plaintiff") and Defendants Equilon Enterprises LLC d/b/a Shell Oil Products US, Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file this Joint Motion for Extension of Time to Respond to the Pre-Filing Letter Motions for Summary Judgment and corresponding Preliminary Statements of Facts.

Pursuant to the Court's Pre-Trial Instructions, and Local Civil Rule 56(a)(1), the parties filed pre-filing letter motions for summary judgment and corresponding preliminary statements of undisputed facts on October 21, 2025. *See* ECF Nos. 804-808. Under Judge Oliver's Pre-Trial Instructions, the non-moving parties have ten (10) business days to file a response letter and a preliminary copy of the Local Rule 56(a)(2) Statement of Facts in Opposition to Summary Judgment. The Parties jointly request a one-week extension of the deadline to file a response letter and preliminary copy of the Local Rule 56(a)(2) Statement of Facts in Opposition, which would have all responsive filings due Wednesday, November 12, 2025.

The Parties state there is good cause for this extension, as required by Local Civil Rule 7(b)(1). First, the volume of responsive filings is significant given the need to file a preliminary copy of the Local Rule 56(a)(2) Statement of Facts in Opposition to Summary Judgment. Second, the deadline for the parties' responses to the preclusion motions and their associated motions to seal are now due Monday, November 3, 2025, which is just one day before the current deadline to file the response letters and a preliminary copy of the Local Rule 56(a)(2) Statements of Facts in Opposition. *See* ECF 802 (Text Order Granting Joint Extension of Time). The parties have been diligently working on their respective responses to these motions to preclude. Third, the parties have also been expending time and resources on ongoing fact witness depositions in the Rhode Island District Court case.

This is also the first request for an extension of time on these filings and this Joint Motion complies with Local Civil Rule 7(b)(2) and (3).

Dated: October 29, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ James Y. Meinert* (with permission) | */s/ Douglas A. Henderson* |
| James Y. Meinert (ct31637) | Douglas A. Henderson |
| Conservation Law Foundation, Inc. | King & Spalding, LLP |
| 62 Summer St | 1180 Peachtree Street, N.E. |
| Boston, MA 02110 | Atlanta, GA 30309 |
| Tel: (617) 850-1744 | Tel: (404) 572-2769 |
| E-mail: jmeinert@clf.org | E-mail: dhenderson@kslaw.com |
| | |
| Christopher M. Kilian (ct31122) | Antonio E. Lewis |
| Kenneth J. Rumelt (phv207130)* | King & Spalding, LLP |
| Anna M. Tadio (phv208827)* | 300 S Tryon Street |
| Conservation Law Foundation, Inc. | Suite 1700 |
| 15 East State Street, Suite 4 | Charlotte, NC 28202 |
| Montpelier, VT 05602 | Tel: (704) 503-2551 |
| Tel: (802) 223-5992 | E-mail: alewis@kslaw.com |

Tel: (802) 622-3020  
Tel: (802) 779-4621  
E-mail: ckilian@clf.org  
E-mail: krumelt@clf.org  
E-mail: atadio@clf.org  

Ana McMonigle (ct31370)  
Conservation Law Foundation, Inc.  
195 Church Street  
Mezzanine Level, Suite B  
New Haven, CT 06510  
Tel: (203) 298-7692  
E-mail: amcmonigle@clf.org  

James Crowley (ct31319)  
Conservation Law Foundation, Inc.  
235 Promenade Street  
Suite 560, Mailbox 28  
Providence, RI 02908  
Tel: (401) 228-1905  
Email: jcrowley@clf.org  

Chance Raymond (ct31311)  
Chance the Lawyer, LLC  
650 Poydras Street  
Suite 1400 PMB #2574  
New Orleans, LA 70130  
Phone: (832) 671-6381  
E-mail: chancethelawyer@gmail.com  

Linda Singer (phv208339)*  
Elizabeth Smith (phv208361)*  
Mimi Liu (phv208839)*  
Devin Williams (phv208833)*  
Motley Rice LLC  
401 9th St. NW, Suite 630  
Washington, DC 20004  
Tel: (202) 386-9626  
Tel: (202) 386-9627  
Tel: (202) 386-9625  
Tel: (202) 386-9628  
Email: lsinger@motleyrice.com  
Email: esmith@motleyrice.com  
Email: mliu@motelyrice.com  
Email: dwilliams@motleyrice.com  

Rose H. Jones  
Hilgers Graben PLLC  
1372 Peachtree Street, N.E.  
19th Floor  
Atlanta, GA 30309  
Tel: (678) 229-1983  
E-mail: rjones@hilgersgraben.com  

Anthony G. Papetti (phv206982)*  
Beveridge & Diamond, P.C.  
825 Third Ave., 16th Floor  
New York, NY 10022  
Tel: (212) 702-5400  
Fax: (212) 702-5442  
E-mail: apapetti@bdlaw.com  

Roy D. Prather III (phv206800)*  
Beveridge & Diamond, P.C.  
20 North Charles Street, Suite 2210  
Baltimore, MD 21201-4150  
Tel: (410) 230 -1305  
E-mail: rprather@bdlaw.com  

James O. Craven (ct18790)  
WIGGIN AND DANA LLP  
One Century Tower  
265 Church Street  
P.O. Box 1832  
New Haven, CT 06508-1832  
Tel: (203) 498-4400  
Fax: (203) 782-2889  
E-mail: jcraven@wiggin.com  

John S. Guttmann (ct25359)  
BEVERIDGE & DIAMOND, P.C.  
1900 N Street, NW, Suite 100  
Washington, DC 20036  
Tel: (202) 789-6020  
Fax: (202) 789-6190  
E-mail: jguttmann@bdlaw.com  

Bina R. Reddy (phv20420)*  
BEVERIDGE & DIAMOND, P.C.  
400 West 15th Street, Suite 1410  
Austin, TX 78701-1648  
Tel: (512) 391-8000

Michael Pendell (ct27656)
Motley Rice LLC
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Tel: (860) 218-2722
Email: mpendell@motleyrice.com

Ridge Mazingo (phv208402)*
Shalom D. Jacks (phv208834)*
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9620
Tel: (843) 216-9013
Email: rmazingo@motleyrice.com
Email: sjacks@motleyrice.com

Vincent Greene (phv208487)*
Motley Rice LLC
40 Westminster St., 5th Floor
Providence, RI 02903
Tel: (401) 457-7730
Email: vgreene@motleyrice.com

David K. Mears (ct208829)
Tarrant, Gillies, & Shems LLP
44 East State Street
Montpelier, VT 05605
Tel: (802) 223-1112
Email: david@tarrantgillies.com

*Attorneys for Plaintiff*
*Conservation Law Foundation, Inc.*
**Admitted as Visiting Attorney*

Fax: (202) 789-6190
E-mail: breddy@bdlaw.com

Drew T. Bell (phv208721)*
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Tel: (512) 457-2000
Email: dbell@kslaw.com

*Counsel for Defendants*