**ROBERT B. NAIRN, PH.D., P.ENG.**
**PRINCIPAL**





Dr. Nairn leads Baird's Hazards, Risk and Resilience Sector. He is a world-recognized river and coastal engineering expert with more 40 years' experience on hydrodynamics, sediment transport and scour processes in watersheds, rivers, estuaries, lakes, coasts and oceans. Dr. Nairn is responsible for a range of coastal zone planning, management and engineering studies, numerical and physical modelling and design projects. Dr. Nairn manages many of Baird's international projects in the Middle East, the Caribbean, Central and South America, Africa, Asia and Europe.

| 43 YEARS' EXPERIENCE | EDUCATION | AFFILIATIONS |
|---|---|---|
| River Engineering<br>Coastal Engineering<br>Sediment Transport<br>Numerical Modeling | Ph.D. \| Coastal Processes and Engineering<br>M.Sc. (Research) \| Coastal Engineering<br>B.Sc. First Class Honours \| Civil Engineering | PEO, CSCE, OSPE, CEDA,<br>ASBPA, CCSEA |

## PROJECT EXPERIENCE

### Lake Pontchartrain Barrier Project | Louisiana, USA | St. Tammany Parish | 2025-Present

Dr. Nairn is Baird's technical lead to contribute to the evaluation of the performance and impact of this project consisting of implementing gate structures across the Chef Menteur and Rigolets Passes on the land bridge between Lake Pontchartrain and Lake Borgne in Louisiana. Baird are advising on the consideration of compound flood through a bivariate analysis of combined probability of precipitation and storm surge, and on the ADCIRC/SWAN storm surge and wave modeling to evaluate the with and without project conditions.

### Jamaica Bay-Rockaway HFFRRF Shoreline Protection, Interior Drainage, and Pump Stations/Ponds Sea Wall & Bulkhead | Rockaway, Queens, NY | USACE New York | 2024-present

Hydraulic Engineer. Dr. Nairn is the lead hydraulic/coastal engineer on this high frequency flood risk reduction features (HFFRRF) coastal storm risk management (CSRM) project to renovate and protect 21,500 feet of shoreline in three neighborhoods from flooding. The project also includes extensive design of Natural and Nature Based Features (NNBFs). Dr. Nairn was responsible for develop and review of Baird's data gap analysis and Basis of Design reports including all coastal and hydraulic functional and structural design criteria for this Jamaica Bay project. Est. Cost: $150M.

### Mississippi River Gulf Outlet Closure Structure Modification | Louisiana, USA | St. Bernard Parish | 2024-Present

Dr. Nairn is Baird's technical lead to evaluate the impact of the modification of this federal structure on storm surge in along the shorelines and levee systems of Breton Sound, Lake Pontchartrain and Mississippi Sound. Under Dr. Nairn's direction, Baird is applying the ADCIRC model to simulate storm surge during synthetic and historic hurricanes with and without the proposed project. In addition, Baird is complete an evaluation of the impact of changes to circulation patterns, salinity and wetland vegetation using the Delft3D and LAVeg models.

### Texas Flood Modeling Review | State of Texas | Texas General Land Office, Disaster Recovery and Mitigation Programs | 2023-Present

Lead internal technical reviewer and Senior River/Coastal Engineer responsible for the review of hydrologic and hydraulic numerical modeling across 24 different watersheds using the HEC-RAS software, plus coastal review of 5 watersheds along the Gulf of Mexico coast, plus the compound flooding review of 4 bivariate analyses. The GLO contracted with DCCM (prime) and Baird (sub) to perform Technical Flood Modeling Reviews (TFMR) and Alternative Analysis Flood Modeling Reviews (AAFMR) to review the development of flood models assessing their accuracy and limitations and proposing enhancements to improve flood prediction and resilience. Dr. Nairn's specific focus has been on the coastal basins including the linkage between ADCIRC boundary conditions and HECRAS2D models and the associated bivariate analysis of compound flood.

**ROBERT B. NAIRN, PH.D., P.ENG.**
**PRINCIPAL**



**Evaluation of Flooding of the Patuxent River Naval Air Station Bases under Climate Change | Office of Naval Research | 2023-present**

Dr. Nairn is Baird's Principal in Charge for this pilot study of climate change impacts on future flood vulnerability of the PAX River base on Chesapeake Bay. Baird's work involves development of a methodology to assess current and future coastal risk considering climate change, with the ultimate goal of applying it to multiple Naval air bases across the USA. The study involves generating synthetic tropical cyclones, downscaling Global Climate Model data using the WRF model and conducting compound flood simulations with TELEMAC.

**Evaluation of Alleged Flood and Erosion Impacts on a Reservoir in Northern Ontario, Canada | Confidential Client | 2023-2024**

Dr. Nairn was retained as an expert witness on this confidential project on a Northern Ontario reservoir relating to alleged flood and erosion impacts along the length of the reservoir shoreline over the last 25 to 50 years. Under Dr. Nairn's direction Baird completed a review of historical flood and erosion using GIS techniques, completed field investigations and numerical modeling of waves and water levels to describe the flood and erosion processes.

**Confidential Projects | Connecticut and Rhode Island | Confidential Client | 2020-present**

Expert witness consultant for a litigation related to compound flooding at three sites. Scope of work has included identification of historic storms featuring heavy rainfall and storm surge. Comprehensive numerical modeling of selected synthetic events from the USACE Coastal Hazard System Database was completed using the TELEMAC model to evaluate compound flooding under 50-year, 100-year and 500-year conditions.

**Assessment of Flooding of the Carmel River Lagoon, California, USA | Confidential Client | 2022-2023**

Dr. Nairn was Principal in Charge on this project to evaluate flooding of residential areas adjacent to the Carmel River Lagoon. The Carmel River discharges to the lagoon which is typically separated from the Pacific Ocean by a barrier beach. The barrier beach is breached at the beginning of each flood season. Under Dr. Nairn's direction, Baird completed an evaluation of river flooding, coastal storm flooding from surge and waves and the flow through the breach.

**Spanish Pass Marsh and Ridge Restoration | Near Venice, Louisiana | Coastal Protection & Restoration Authority | 2017-2023**

Hydraulic Engineer for the development of the ecosystem restoration project totaling over 1,134 acres of marsh and 120 acres of ridge. The work included developing borrow areas through detailed geophysical and geological investigations of multiple borrow sources within the Mississippi River and Gulf of Mexico. In total, 17 million cy was dredged for this marsh creation project. Dr. Nairn was responsible for overall review of Baird's hydraulic and coastal analyses including modeling of flows around the created marshes and layout development for the marshes and related waterways. The construction cost was $86.8M.

**Evaluation of Alleged Flood Impacts on a River and Lakes | Saskatchewan, Canada | Confidential Client | 2021-present**

Dr. Nairn is providing expert witness support on this confidential project in Saskatchewan relating to alleged flood impacts along two lakes and a section of river. Under Dr. Nairn's direction Baird are completing a review of historical flooding and undertaking numerical modeling of water levels to describe the flooding processes.

**Plaquemines LNG Terminal Flood Protection Review | Louisiana, USA | Confidential Client | 2020-2021**

Dr. Nairn was Baird's technical lead to evaluate the proposed 500-yr flood protection from waves and storm surge for this new LNG facility on the lower Mississippi River. Dr. Nairn's team completed detailed numerical modeling of waves and water levels using the ADCIRC/SWAN and TELEMAC/TOMAWAC models of historic and synthetic hurricanes. Overtopping estimates of the floodwalls were completed. Fluvial-surge compound flood conditions were considered.

## ROBERT B. NAIRN, PH.D., P.ENG.
## PRINCIPAL



**Evaluation of Harbor Impacts on Downdrift Shoreline Erosion – Expert Witness | US Dept. of Justice | St. Joseph Harbor, Lake Michigan, USA | 2004-2011, 2017-present**

Dr. Nairn was the Project Manager and lead expert witness for this comprehensive assessment of the impacts of St. Joseph Harbor on adjacent shoreline erosion processes. Dr. Nairn was the lead technical expert in both the 2007 and 2011 trials for the US Dept. of Justice. Work on the project resumed in 2017 on appeal. Baird's work included a thorough investigation of the history of erosion processes since harbor construction in 1836. Specific tasks included shoreline change analysis (accretion in the fillet beaches and erosion of adjacent shores) using GIS, evaluation of navigation channel dredging, evaluation of the beach nourishment mitigation program, numerical modeling of changes to watershed supply of sediment, numerical modeling of wave climate, wave transformation, hydrodynamic, longshore sediment transport and harbor bypassing, consideration of cohesive and sandy shore erosion processes and development of a comprehensive sediment budget for several periods between 1836 and present.

**University Lakes Flood Risk Reduction | Baton Rouge, Louisiana | University Lakes, LLC | 2021-Present**

Principal in Charge for Baird on a team performing dredge and hydrologic structure design for the $50M effort to deepen the Louisiana State University Lakes. Coordinated hydrologic and hydrodynamic modeling efforts to capture sedimentation patterns, size forebays, and assess flood storage capacity for the 275 acre system.

**West Sandusky Bay Restoration | Sandusky, Ohio, U.S.A. | The Nature Conservancy | 2020-Present**

Principal in Charge for Baird's evaluation of this $250 million Integrated Project concepts to design the features to re-establish and preserve aquatic vegetation in West Sandusky Bay, which will ultimately reduce the severity of harmful algal blooms and will improve water quality in Lake Erie. Baird's work included development of Bay-wide hydrodynamic and mud transport models, which were used to evaluate effectives of various project elements.

**Gordie Howe International Bridge (GHIB) Expert Witness | Detroit-Windsor, U.S.A.-Canada | Confidential Client | 2021**

Principal in charge, reviewing Baird expert witness testimony related to alleged flood conditions, water level forecasts, and standard coastal engineering practices for a site on the Detroit River.

**Third Party Environment Impact Modeling Study | Port of Corpus Christi, Texas | Port of Corpus Christi | 2021-Present**

Principal in Charge for this environmental impact study project of the deepening of navigation channels in Corpus Christi Bay on the Gulf of Mexico. Baird is providing engineering services on modeling wave, hydrodynamics, salinity, propeller wash, and sediment transport to assess the impact of the future navigation deepening project.

**Passaic River Tidal Protection Area Floodgates and Walls | Newark, New Jersey | USACE New York District | 2020-2021**

Principal in Charge for Baird on the design of six floodgates (rolling, swing, and automatic flip up) and six flood walls (T- and I-, 4500 feet) to Elev. 14-ft. NAVD88 to protect much of Newark, one of the most-densely-populated U.S. cities over 200,000 persons, from a future Hurricane Sandy or Nor'easter. Est. Cost: $45 M.

**Portland Harbor Superfund Site, Willamette River, Portland, Oregon | Confidential Client | 2020-2022**

Principal in Charge and co-author of an expert witness report involving hydrologic and hydrodynamic modeling in support of assessing sediment transport and contaminant fate and transport assessments on the Willamette and Columbia Rivers in Portland, Oregon.

**Sabine Pass to Galveston Bay, Coastal Storm Risk Management and Ecosystem Restoration | Orange County, TX | Galveston Coastal Services JV | 2020-Ongoing**

Principal in Charge and responsible for technical review of hydrologic and hydraulic models of interior drainage areas for a new levee system in Orange County, Texas. The models are two dimensional rain on grid in HEC-RAS and will



**ROBERT B. NAIRN, PH.D., P.ENG.**
**PRINCIPAL**

be used in identifying gravity drainage structures and pump stations that produce negligible increases in water surface elevation resulting from the 2- through 500-year interior rainfall events when compared to existing conditions.

**Confidential Project | New Jersey | Confidential Client | 2019-present**

Expert witness consultant for a litigation related to contamination of a large river system in New Jersey. Dr. Nairn is providing counsel with technical analysis and advice related to river flooding, erosion and sedimentation, and sources of upland urban contamination.

**Confidential Project | Louisiana | Confidential Client | 2020-2021**

Principal in charge and technical expert for evaluation of potential flooding to a proposed LNG facility on the Lower Mississippi River related to precipitation, river flows, storm surge, waves and overtopping. Flooding information was used to estimate required wall and levee crest elevations for protection from a 500-year storm event.

**Harbors and Tributaries Study (HATS) Preliminary Design of Storm Surge Barriers | New York, New York | USACE New York District | 2019-Present**

Principal in Charge and Hydraulic Engineer for a USACE NAD water resource planning feasibility study to evaluate coastal storm risk reduction measures for the NY Harbor region, addressing hurricanes and nor'easter induced storm surges for an area of more than 2,150 mi$^2$ and 25 counties. The water resource planning feasibility study includes alternative systems including storm surge barriers with navigable gates and shore-based measures.

**Hurricane Harvey Expert Witness | Houston, Texas | US Dept of Justice | 2017-present**

Hydraulics Engineer and expert witness for development of hydrologic and hydraulic models of the tributaries to Addicks and Barker Reservoirs and Buffalo Bayou downstream. HEC-HMS, HEC-RAS and CWMS model files were used to develop a 3,000,000 element TELEMAC model to simulate rainfall-runoff, reservoir management and bayou flows for Hurricane Harvey, the Memorial Day event, and Tropical Storm Alison.

**Mid Breton Sediment Diversion | Louisiana | Coastal Protection & Restoration Authority | 2018-Present**

Hydraulic Engineer for the design of a 50,000 cfs Mississippi River sediment diversion project with a cost of $650 million to build 83 mi$^2$ of land during the first 50 years of operation. Dr. Nairn leads the hydraulic, hydrologic and morphologic modeling/engineering (HECRAS1D/2D, MIKE21, ADCIRC, FLOW3D, Delft3D, AdH/SEDLIB) of the diversion, including an inlet channel, a gated structure in the river levee, conveyance channel and discharge into the adjacent marsh.

**San Diego Expert Witness – Confidential | San Diego, California | US Dept of Justice | 2015-2024**

Expert Witness for USDOJ on potential erosion of the San Diego Bay shoreline due to tug maneuvers and channel dredging. Technical lead on condition assessment of shore protection structures, CFD model of propeller-induced current impacts, 3D far-field model of scour potential behind the tugboats, 2D hydrodynamic model (MIKE21) of dredging impacts on nearshore currents, Delft3D WAVE model to assess dredging impacts on nearshore wave climate.

**Rockaway Beach Value Engineering Assessment | Queens, New York | USACE New York District | 2018**

Project Manager and lead coastal engineer for a VE assessment of the 30% design for a $250M project to protect 10 miles of coast between two tidal inlets. The project features 35,000 ft of buried seawall in a dune, 13 large rubblemound groins and 1.4M cy of nourishment with a four year re-nourishment cycle of 1M cy. Baird's recommendations reduced the overall capital cost by > 40% and increased the increased the re-nourishment cycle to once every 8 to 10 years.

**Waterfront Development Project | Harbourfront, Toronto | Alphabet's Sidewalk Labs | 2018-2020**

Dr. Nairn is the Baird Principal-in-Charge on this innovative urban waterfront development project. On the project, Baird are responsible for all coastal and marine engineering tasks to re-develop a section of the Harbourfront/Portlands area

**ROBERT B. NAIRN, PH.D., P.ENG.**
**PRINCIPAL**



of the Toronto Inner Harbour. Baird's role in the initial phase of design was to contribute to the development of a Basis of Design report and to lead all shoreline design requirements.

### Lower Churchill River and Melville Lake Mercury Contamination | Lower Churchill River, Newfoundland | 2018

Senior Technical Advisor evaluating the impact of methyl mercury transport from the Lower Churchill Falls Dam reservoir into Goose Bay, Lake Melville and the North Atlantic. Baird modelling under the review of Dr. Nairn included watershed modelling for all tributaries to Goose Bay and Lake Melville, and detailed Delft3D modelling of hydrodynamics, salinity, temperature and contaminant transport from the Lower Churchill River into the North Atlantic.

### Harmful Algal Bloom Action Plans, New York State Lakes | New York | NY Dept. of Environmental Conservation | 2018-2019

Senior Technical Advisor investigating harmful algal blooms on 13 NY State lakes and developing Action Plans for the rehabilitation of these lakes to reduce the risk of future algal blooms. Dr. Nairn oversaw Baird's review of watershed, river and lake data and models of flows, sediment and nutrient transport into the 13 lakes, extensive remote sensing analysis of watershed and lake conditions including Chlorophyll a mapping to evaluate algal blooms on the lakes.

### East Sandusky Bay Wetland Restoration Project and Sandusky Bay Restoration Plan | Sandusky, Ohio | Biohabitats | 2018-2019

Baird Senior Technical Advisor for this project to restore wetlands to East Sandusky Bay, including characterization of hydrologic, hydrodynamic and sedimentologic processes relevant to both the historic disappearance and restoration of the Putnam Marsh complex. Baird are undertaking field work, numerical model of the watershed and bay, contribution to concept development and development of design documents for the solution.

### Lower Sandusky River and Sandusky Bay Strategic Restoration Plan | Sandusky, Ohio | Biohabitats | 2018-2019

Dr. Nairn was the senior technical reviewer at Baird for a project on Sandusky Bay involving the development of a strategic restoration plan for the Lower Sandusky River and Sandusky Bay involving the beneficial use of sediment to restore wetlands to the wide bay area to trap sediment and nutrients before they reach the western basin of Lake Erie.

### Bayou Lafourche CFD Model of Swing Gate | Louisiana | Bayou Lafourche Fresh Water District | 2019

Dr. Nairn was the Principal-in-Charge of a study to estimate the global load on a swing gate proposed for a section of Bayou Lafourche between Napoleonville and Labadieville, Louisiana. The CFD model FLOW-3D was used in this study to simulate the opening cycle of the gate under different static head conditions and predict the associated loads on the gate.

### Bayou Lafourche Pump Station and Diversion | Donaldsonville, Lower Mississippi River | Bayou Lafourche Fresh Water District | 2016-2019

Hydraulic Engineer, Senior Technical Review on this project. 3-D hydrodynamic, sediment transport and morphologic model of the river was developed and applied and linked to a HECRAS model of the bayou from the river to the Gulf to support evaluation of different alternatives for flood and sediment management on the bayou. Fees: $650K

### Fox River PCB Contamination, Wisconsin | Fox River, Wisconsin | 2015-2017

Rebuttal expert witness in litigation involving PCB contamination of the Fox River. Dr. Nairn reviewed reports on the modelling of hydrologic, hydrodynamic, sediment transport and contaminant transport processes over a 60-year period dating back the 1950s. Managed a team of scientists and modelers in testing and simulation of fate and transport processes on the Fox River. Supervised CFD model development for the Fox River around the DePere Lock and Dam.

**ROBERT B. NAIRN, PH.D., P.ENG.**
**PRINCIPAL**



**Under Armour® World Headquarters | Baltimore Harbor, Maryland | 2015-2017**

Principal in Charge and senior technical reviewer for hydrologic and coastal engineering. Analysis and design of waterfront elements including a marginal wharf, living shorelines, a man-made lake, a cooling water intake, and a bio-weir outfall structure. Baird completed technical analyses for design including assessment of flood risk due to hurricane generated storm surge, wave runup and overtopping, and potential future sea level rise.

**Javits Center Expansion – Flood Dynamics Modeling | New York City | Confidential Client | 2016**

Principal in Charge and senior technical reviewer investigating potential flood impacts of the proposed expansion of the Javits Center. Assessed the impact of the new annex on flood levels at the ventilation building and conducted flood simulations to simulate overland flood inundation associated with the 10-, 50-, 100-, and 500-year flood events for both the existing and post-expansion conditions, the latter under various future sea level rise scenarios.

**Changing Course Design Competition | Possible Re-Alignment of the Lower Mississippi River | Environmental Defense Fund | 2014-2016**

Leader of an award winning, inter-disciplinary team of 25 leading regional and national specialists (including areas of delta and barrier island geomorphology, sea level rise and subsidence, estuarine processes, wetlands/marsh building, fisheries, oysters, navigation, flood risk reduction and socio-economic factors) in the development of innovative solutions to the land loss problem in the Mississippi River delta associated with re-alignment of the river mouth.

**Coastal Risk Assessment and Management Program | Barbados | CZMU | 2015-2016**

Dr. Nairn was the lead technical reviewer of a sediment transport study to assess seal level rise impacts on beaches around Barbados as part of the Coastal Risk Assessment and Management Program. The model will serve as a management tool for the Coastal Zone Management Unit to understand trends and risks, highlight key future issues/challenges, and support beach management actions over a planning horizon of 50 to 100 years.

**La Pastora Riverbank Protection | Puerto Moldanado, Peru | 2015-2017**

Principal in Charge and senior reviewer for riverbank protection design for a highway in Peru. Responsible for design development of $30M design-build project for 12 sheet pile bendway weirs protecting 1.5 km of river bank, completed in 2017. Oversaw review of physical modeling of the protection system, flow and bathymetric change measurement, and 3D hydrodynamic, sediment transport and morphodynamic modeling in support of design development.

**Duqm Port Basin Channel Sedimentation Assessment | Duqm, Oman | Port of Duqm Company SAOC, Oman 2015-2016**

Dr. Nairn was the Principal in Charge and senior technical reviewer for this assessment of channel sedimentation at the new port of Duqm on the Indian Ocean. The project involves extensive fieldwork under the direction of Baird and hydrodynamic/morphologic numerical modeling of sedimentation processes.

**Kalamazoo River Superfund Site Investigations | Kalamazoo River, MI, USA | 2014-2015**

Testifying Expert for a Delft3D PCB Fate and Transport model including watershed, hydrodynamic, sediment transport/morphologic change and water quality components. The model was developed, calibrated and validated to develop a hindcast of conditions including discharges from fourteen paper mills for 80 miles of the Kalamazoo River from 1954 to 2014. Baird's work also included: field investigations of river hydrodynamics and bed sediment conditions.

**Capers Ridge Pumping Station for the Luce Bayou Interbasin Transfer Project | Trinity River, Texas | 2012-2015**

Principal-in-Charge and Hydraulic Engineer supporting design of a 240 MGD freshwater pump station in Texas. Dr. Nairn led detailed geomorphic analysis through site reconnaissance and GIS-based air photo analysis, in addition to

**ROBERT B. NAIRN, PH.D., P.ENG.**
**PRINCIPAL**



1D (HECRAS) and 3D numerical modeling of river hydrodynamics, sediment transport and morphologic change to support the environmental impact assessment and final design and to evaluate potential impacts to flooding.

### New York Harbour Contaminated Sediments | Gowanus Canal, Brooklyn, NY | National Grid | 2011-Present

Principal in Charge and senior technical reviewer for an evaluation of sediment stability in an industrial canal in Brooklyn, including coordination of field work, erodibility sample acquisition and testing, ADCP measurements, sediment samples, and suspended sediment sampling. Baird is also responsible for evaluating commercial vessel navigation impacts, numerical modeling of hydrodynamics, sediment transport and morphologic change using Delft3D.

### Pier IV Development | Sao Luis, Brazil | Vale | 2010-2016

Senior Technical Advisor for the evaluation of hydrodynamics sedimentation, scour and underwater slope stability issues associated with this $1.7B iron export facility expansion by Vale in northern Brazil. Baird completed extensive fieldwork and modeling of hydrodynamics, sediment transport and morphological change to evaluate capital and maintenance dredging requirements for sediment traps and berthing areas for Valemax class vessels (400,000 DWT).

### Harbour Improvements to address Sedimentation, Erosion and Wave Agitation | Al Ashkarah and Quriyat Harbours, Oman | 2012-2015

Principal in Charge and senior technical reviewer for the evaluation of sedimentation, erosion and wave agitation problems and design of remedial measures at these two-existing fishery harbours in Oman. Baird coordinated a comprehensive field program and undertook physical and numerical modeling of waves, currents, sediment transport and morphological change using our in-house model HYDROSED to understand the problem and develop solutions.

### Rio Cruces Estuary, Evaluation of Large-Scale Changes in Aquatic Vegetation | Valdivia, Chile | 2007-2012

Expert witness for evaluation of the disappearance of aquatic vegetation and the sedimentation of a 40 km long estuary. A comprehensive field investigation consisted of >100 sediment cores, radionuclide dating, laser particle analysis, bio-indicator analysis and testing for metals, and ADCP measurements. Hydrodynamic and sediment transport models evaluated the role of point and non-point source loading on estuarine nutrient and sediment balance.

### Salalah North Breakwater Review | Port of Salalah, Oman | 2012-2014

Project Manager for the evaluation mooring problems at a container terminal port in southern Oman. The primary problem relates to long waves (periods greater than 120s) and reflection of long waves from a beach into the port. Baird's assignment is to evaluate the need for a $250 million north breakwater to prevent long waves from disrupting mooring operations in the port and to optimize the layout of the breakwater, and EIA for the new breakwater.

### Brice Lagoon Remediation | Saudi Arabia | 2012-2013

Project Manager for a hydrodynamic model study (MIKE21) and design for the $34 million restoration of Brice Lagoon on the Gulf coast of Saudi Arabia. Fieldwork, GIS analysis and numerical modeling to develop the design to restore this coastal lagoon. Restoration included re-opening the lagoon to the sea, removal of oil and re-creation of tidal channels through the lagoon.

### Yanbu Industrial Outfalls | Saudi Arabia | 2011-2013

Principal-in-Charge on a project to develop, test and implement a 3D hydrodynamic and water quality model to evaluate the expansion of industrial and domestic wastewater treatment plants (two separate projects) for the Industrial City of Yanbu on the Red Sea. Model development, calibration/validation against existing data and modeling of future scenarios to support Environmental Impact Assessments for the treatment plan expansions.

**ROBERT B. NAIRN, PH.D., P.ENG.**
**PRINCIPAL**



**Port Hedland Outer Harbour Development | Port Hedland, Western Australia | BHP Billiton Iron Ore Pty Ltd, Australia | 2010-2013**

Technical Director of sediment transport studies conducted in support of the design of a new offshore terminal for the export of iron ore. The vessels to be accommodated in the facility ranged in size from 150,000 to 250,000 DWT. Overall responsibilities included review of meteorological and oceanographic characterization; dredged basin layout; dredged depth design for a 32 km channel and basin; and estimates of maintenance dredging requirements.

**Guinea-Bissau Marine Studies | Guinea-Bissau | Itafos Farim SARL | 2012-2019**

Principal in Charge and senior technical reviewer for the development of marine facilities options for this new mine development in Guinea Bissau. Baird's work included development of design to provided bankable feasibility level cost estimates for capital and maintenance costs for all marine facilities and operations to export the mineral product, and design for an export pier and 100-200 km long channels including capital and operational cost estimates.

**Cotonou Sea Defence Project | Benin, West Africa | 2000-2003, 2008-2012**

Project Manager for the completion of a Final Design Report, drawings, specifications, bill of quantities and an Environmental Assessment Report for this USD100M sea defence project, consisting of eight large headland structures with over 600,000 tonnes of rock and almost 700,000 m$^3$ of beachfill to protect 7 km of severely eroding shoreline, and address a 300,000 m$^3$/year-sedimentation problem at the deep draft Port of Cotonou.

**Don River Mouth Restoration and Port Lands Flood Protection | Toronto and Region Conservation Authority, Canada | 2006-2015**

Principal-in-charge for the sediment transport analysis and modelling for the naturalization of the Don River Mouth in Downtown Toronto. Baird assessed flooding, sediment/debris transport and deposition under the existing conditions and for a series of proposed alternatives using Delft3D. This assessment included sediment trap analysis and evaluation of dredging options, sediment transport and deposition in different naturalized channel alternatives.

**Development of Watershed Based Sediment Transport Management Systems | USACE Detroit District | 1999-2014**

Principal-in-Charge for the development and implementation of several watershed based hydrologic, hydrodynamic and sediment transport modeling systems, including the Saginaw R. in Michigan, the Menomonee R. in Milwaukee, the Clinton River near Detroit and the Nemadji R. at Duluth. For these four watersheds Baird delivered final reports and user manuals and completed training workshops for local users of the systems.

**Jeddah Region Coastal Water and Sediment Quality Assessment and Remediation Project | Jeddah, Saudi Arabia | 2007-2011**

Project Manager for comprehensive assessment of water and sediment quality along a 75 km reach of Red Sea coast. The investigations included water and sediment quality sampling, hydrographic surveys, measurements of waves and currents, use of bio-indicators and stable isotope analysis, 3D numerical modeling of hydrodynamics and sediment transport, and evaluation of remedial alternatives. A plan for the implementation of remedial measures was developed.

**St. Clair River Investigation | Great Lakes Basin | 2004-2011**

Dr. Nairn was the Principal-in-Charge for this assessment of reduction in head difference between Lakes Huron-Michigan and Lake St. Clair/Erie. The project discovered an ongoing drop in the base level of Lakes Michigan-Huron and found that this was primarily explained by erosion of the riverbed of the upper St. Clair River. The project involved numerical modeling, GIS analysis from Lake Huron through to Lake Erie.

## ROBERT B. NAIRN, PH.D., P.ENG.
## PRINCIPAL



**Breakwater Damage and Repair Assessment | Sohar Industrial Port Complex, Oman | 2011-2012**

Project Manager for a comprehensive assessment of cyclone damage to 6 km of breakwaters protecting a large port in Oman. The study included detailed, high resolution laser and multibeam sonar surveys of the above and below water portions of the breakwater, assessment/quantification of damage to the armour layer caused by a tropical cyclone, and preliminary design development for remedial works.

**Sedimentation Assessment for a New Port in Guinea Bissau, West Africa | 2007-2008**

Technical Director of numerical modeling of sediment transport and channel sedimentation processes for a deep draft port and proposed 25 km long navigation channel. Wave and current measurements, sediment coring, seabed sediment samples and suspended sediment samples. Numerical modeling of hydrodynamics, sediment transport and morphologic change to predict short and long-term sedimentation along the navigation channel.

**Lighthouse Beach Restoration | Pictou, NS, Canada | 2005-2007**

Assessment of alternatives for the restoration of a barrier beach that had been breached by wave overwash during storms in the fall of 2004. Dr. Nairn was the Baird Principal in Charge and senior technical reviewer, responsible for review of concept development, final design and the construction documents for the new coastal structures, including a rubblemound buried seawall within the proposed beach nourishment template and a terminal groyne.

**IJC Lake Ontario and St. Lawrence River Review of Regulation Plans | International Joint Commission, Lake Ontario | 2001-2005**

Principal-in-charge for a lakewide assessment of erosion and flooding hazards and impacts to support the IJC review of regulation plans for the outflow from Lake Ontario. Data collection, numerical modeling, economic and GIS analysis on a lakewide scale covering thousands of kilometers to determine impacts of different 50-year lake level regulation plans. Customized software, integrating erosion and flood prediction models with economic damage models.

**Worthing Lagoon Restoration Project | Barbados, West Indies | 2005-2007**

Project Manager for comprehensive 2-year monitoring and modeling project of water quality and lagoon health and the associated implementation of seagrass and coral reef restoration. The project involves monitoring of water quality parameters on a monthly basis (DO, Chlor a, nutrients, DOM, DOC, temperature, TSS), numerical modeling of water quality and hydrodynamics and monitoring of sea grass and coral reef recovery in response to restoration efforts.

**Morphodynamics of Dredged Pits – Biological and Physical Impacts | Gulf of Mexico, US Minerals Management Service | 2005-2009**

Project Manager for the assessment of infilling of dredged pits along the Gulf of Mexico and Atlantic coasts of the USA. Coastal restoration projects associated with long-term plans and damage from Hurricanes Rita and Katrina require beachfill quality sediment. The study included field surveys of an existing pit and 3D numerical modeling of pit infilling. Guidelines were developed for the regulation and management of sand and gravel resources along the US coast.

**Mauritius Coastal Erosion Study | Mauritius, Indian Ocean | 2002-2004**

Principal-in-Charge and lead technical advisor assessing the causes of coastal erosion and flooding on this southern Indian Ocean island state. Managed modeling of waves for the entire Indian Ocean, cyclone waves and surge, wave transformation across the reefs and longshore/cross-shore transport of sand and beach erosion. A new method for quantifying the supply of sand from coral reefs as part of an overall sediment budget was developed and tested.

**Mayan Riviera Sustainable Beaches Assessment | Mexico | 2006**

Principal-in-Charge and lead technical advisor for the evaluation of the condition of the beaches along the Mayan Riviera of the Yucatan Peninsula in Mexico. This IDB funded project developed a road map for ICZM and sustainable

# ROBERT B. NAIRN, PH.D., P.ENG.
## PRINCIPAL



development. Deterioration of the coastal reefs was linked to evidence of long-term beach erosion through GIS analysis. Recommendations were provided to develop an ICZM to reverse the long-term trend for beach erosion.

### Barbados Coastal Infrastructure Project | Barbados, West Indies | CZMU | 2002-2011

Dr. Nairn was the project manager for the design phase of the award winning USD8M Rockley Beach project, consisting of beach restoration through the construction of natural headlands and beach nourishment to improve coastal resilience and public access. Technical advice on point and non-point source pollution, marine water quality, reef health and the link to long-term beach stability through fieldwork and numerical modeling of waves, surge, currents and sand transport.

### Port D'Ehoala, Fort Dauphin | Madagascar | Rio Tinto | 2003-2010, 2011-2015

Two berths, turning basin and navigation channel, dredging and reclamation, berm breakwater, groynes, navigation channel, and quarry development. GIS analysis of historic shorelines and extensive 2D numerical analysis of waves, currents and sediment transport of the bay with and without the port in place were conducted to determine sedimentation rates and countermeasures as well as the effect of port construction on the shape of the bay.

### Source Water Protection Initiative, Province of Ontario | Ontario, Canada | 2006-2011

Principal-in-Charge on seven projects to evaluate the vulnerability of surface water intakes to contamination. Development and application of policy for evaluation of surface water intakes. Numerical modeling has been completed for over 60 surface water intakes to determine the threats and vulnerability from various pollutant sources including rivers, wastewater treatment plant outfalls and spills at ports and harbours.

### Lake Simcoe Assimilative Capacity Study, 3D Water Quality Modeling | Lake Simcoe Region Conservation Authority | 2005

Principal-in-Charge for the development, testing and implementation of a 3D numerical water quality and hydrodynamic model of Lake Simcoe in central Ontario. The MIKE3 EcoLAB model was setup to model the influence of nutrient loading, hydrodynamics mixing, development of the thermocline and algal growth on changes to dissolved oxygen within the hypoliminion.

### Huang Hua Harbour | Tianjin, China | 2004

Dr. Nairn was the Baird Project Manager for the review of proposed plans to address a massive sedimentation problem along a 15-km channel from this coal harbour on the coast of China. In one storm alone, 2.9 million $m^3$ of sediment were deposited in the channel. Dr. Nairn managed Baird's review of plans developed by Chinese agencies and laboratories to address the sedimentation problem.

### Assessment of Potential Impacts of Dredging on Oil and Gas Infrastructure | Gulf of Mexico, US Minerals Management Service | 2005

Project Manager for assessment of potential dredging impacts on oil and gas infrastructure in the Gulf and to develop guidelines for buffers around infrastructure to avoid future impacts. Baird surveyed former borrow areas for comparison to post-dredging surveys to evaluated morphodynamic change. Dr. Nairn directed numerical modeling of waves, currents and sediment transport for the borrow deposits to assess the potential impact of dredging on pipelines.

### Cat Island Chain Restoration | Green Bay, WI | USACE Detroit District | 2003-2013

Project Manager for the conceptual and preliminary design phases of this $15 million USACE award winning Great Lakes Restoration Initiative project that was completed in 2013. Tasks included field investigations, numerical and physical modeling of waves and currents, overtopping, sediment plumes and evaluation of historic dredging and sedimentation, achieving survival criteria for aquatic vegetation and natural island design with living shorelines.



**ROBERT B. NAIRN, PH.D., P.ENG.**
**PRINCIPAL**

### Halton Intake Siting Assessment | Lake Ontario | 2003-2004

Project Manager for the assessment of the evaluation of siting of a new water intake at this location, as it related to the impact of nearby rivers emptying into the lake. Baird completed numerical modeling of three different rivers emptying into and mixing with the lake, including hydrodynamics and advection/dispersion of plumes. Baird also completed extensive GIS analysis, water quality and current measurements to provide input, calibration and verification data.

### Michigan City Harbor Investigation | Indiana | 2004-2005

Dr. Nairn was the Principal-in-Charge for the assessment of the impact of this harbor on littoral drift along the south coast of Lake Michigan. The investigation included numerical modeling of the river flow and interaction with lake hydrodynamics. Two-dimensional sediment transport modeling was completed in order to represent morphodynamic changes over more than 130 years. GIS analysis of lakebed and shoreline change was completed.

### Egypt LNG Terminal | 2004

Dr. Nairn completed a review of the sedimentation in the approach channel associated with this recently constructed LNG terminal on the Nile delta in Egypt. The review consisted of analysis of the channel infilling data and consideration of the waves, currents and sediment transport patterns.

### Cancun Beach Nourishment Project | Cancun Association of Hotels | 2004

Dr. Nairn provided technical advice to the Baird team regarding the erosion of the Cancun beaches and the potential linkage to degradation of nearshore coral reef health. Dr. Nairn also evaluated the borrow deposits consisting of offshore sand banks for this 2,500,000 m$^3$ beach nourishment project. Dr. Nairn contributed to Baird's role in developing final design and construction documents for this project.

### Review of Environmentally-Friendly Approaches to Dredging on the OCS | US Minerals Management Service | 2004

Project Manager for assessment of environmentally friendly dredging practices and techniques. The study included dredging industry surveys, literature reviews of dredging impacts, and a workshop with MMS, the USACE and representatives of the dredging industry. A wide range of practices and approaches were evaluated in terms of appropriateness, practicality and effectiveness; recommendations were provided to MMS for future stipulations.

### Muskegon River Sediment Transport | Michigan | 2001-2004

Dr. Nairn was the project manager and expert witness for a 2D numerical modeling assessment of hydrodynamics, thermal plumes and sediment transport at the mouth of the Muskegon River and in Muskegon Lake. Erosion and sedimentation processes together with thermal plume dispersion were evaluated with model simulations and GIS analysis.

### Costa Azul LNG Terminal | Baja California, Mexico | 2004

Responsible for the assessment of potential scour and sedimentation issues and development of solutions for this LNG terminal on the Mexican Pacific coast. The investigation consisted of site geomorphic assessment, a watershed assessment, GIS analysis and numerical modeling of waves, currents and sediment transport both regionally and in the immediate vicinity of the proposed breakwater and LNG terminal.

### Development of a Plume Model for Hopper Dredges | Minerals Management Service | 2003-2004

Project Manager for the development of a numerical model of sediment plumes (overflow and draghead) associated with Trailing Section Hopper Dredges. The model was assembled with a plume model from HR Wallingford, a hydrodynamic model (ADCIRC) and visualization software developed by Baird. The model was tested through sensitivity analysis and comparison to measured plumes from UK waters.

**ROBERT B. NAIRN, PH.D., P.ENG.**
**PRINCIPAL**



### Saugatuck Harbor Investigation | Michigan | 2003-2004

Principal-in-Charge for the assessment of the impact of this harbor on littoral drift along the east coast of Lake Michigan. The investigation included numerical modeling of the river flow and interaction with lake hydrodynamics. Two-dimensional sediment transport modeling was completed to represent morphodynamic changes over more than 100 years. GIS analysis was completed of lakebed and shoreline change.

### Bhavanapadu Fishing Harbor | Andhra Pradesh, India | 2002-2003

Principal-in-charge for the study to find reliable and long-lasting solutions for Bhavanapadu Fishing Port (East Coast India), which is in an intensive sediment transport environment and has never been fully operated since its construction in 1980s due to sedimentation problems. Several options were proposed to the local government. Dr. Nairn coordinated 2D modeling of waves, currents, sand transport and morphologic evolution of the beaches and ebb shoal.

### Deep Lake Water Cooling Project, ENWAVE | Toronto Islands | 2000-2002

Project Manager on two projects related to this development. In the first project, he led Baird's contribution to the EA which consisted of evaluating the impact of water withdrawal on the thermal budget of the lake in addition to a review of internal circulation patterns on the intake water temperature. In the second project Baird provided preliminary design to the client for the intake lines. The projects included numerical modeling and GIS analysis.

### Keta Sea Defence Project, Ghana | West Africa | 1996-2004

Managed development of an $80 million sea defence system to protect 7 km of rapidly eroding coastline. The design included seven large headlands, 2.6M m$^3$ of beach nourishment and a flood relief structure. Design analyses included numerical models of wave transformation, coastal processes, shoreline change, and physical model tests. Project construction was completed in 2004, on budget and ahead of schedule.

### Moss Landing Harbor | Monterey Bay, California | 2004

Dr. Nairn was retained as an expert in sediment transport and dredging to review the fate and transport of material dredged from Moss Landing Harbor and placed at the head of Monterey Canyon. Dr. Nairn was part of an 8-person national review panel convened to assess the current US Army Corps of Engineers' approach for sediment disposal and impact to the environment.

### Flood Hazard Review for FEMA | Collier County, Florida | 2002

Dr. Nairn managed Baird's input to a review of the hurricane flood zone mapping for Collier County in Florida. Baird was specifically retained by FEMA to determine whether analyses completed to support re-mapping of the flood zone correctly considered the combined influence of storm surge and wave setup along the Collier County coast.

### Lake Michigan Potential Damages Study Lake Michigan | U.S. Army Corps of Engineers | 1996-2002

Project Manager and lead hydraulic/coastal engineer for development of a Flood and Erosion Prediction System for the Detroit, Buffalo and Chicago Districts of the USACE. FEPS assists USACE in evaluating flood and erosion storm damages on a property parcel spatial resolution for the entire Great Lakes coast over a 50-year planning period as input to the evaluation of different Great Lakes water levels regulation scenarios.

### Elbow Cay – Flood and Erosion Vulnerability Assessment | Abaco, Bahamas | 1999-2000, 2004-2005

Study Manager for investigation of flood and erosion processes along the shoreline of Elbow Cay. Assessed damage caused by Hurricane Floyd and developed recommendations for remedial measures. Numerical models were applied to assess deepwater and nearshore wave conditions, storm surge, wave generated currents, wave setup, runup and overwash and erosion of the dune face.

## ROBERT B. NAIRN, PH.D., P.ENG.
## PRINCIPAL



**Hudson River PCB Assessment | New York | 2000-2001**

Dr. Nairn was selected to provide expert review on the hydrodynamic and sediment transport aspects of the Baseline Modeling Report completed for the Environmental Protection Agency.

**Modeling of Fate and Transport of PCB Contaminated Sediments on the Fox River, WI | Wisconsin | 1998-2001**

Project manager for the development of a 2D/3D hydrodynamic, fate and transport model to assess resuspension potential for PCB contaminated sediments for the Fox River RI/FS, including assessment of the resuspension characteristics of fine sediments using the results of field and laboratory methods. Dr. Nairn managed development of 3D maps of contaminant concentration and to display predicted resuspension patterns for remedial alternatives.

**Lower Great Lakes Erosion Study | Lake Erie and Ontario | 1999-2001**

Buffalo District USACE initiated an investigation of the US shoreline of Lake Erie and Ontario. Dr. Nairn was Principal-in-Charge of the application of the Flood and Erosion Prediction System (FEPS) to counties in Ohio and New York State. FEPS is a custom modeling system developed by Baird to evaluate regional coastal processes, predict long term erosion, impacts of coastal structures (such as harbors), and assessments of regional sediment management.

**Sheboygan River, WI | 2001-2003, 2005-2006**

Project Manager for 3D numerical model investigation of hydrodynamics and sediment transport in Sheboygan River to investigate the potential mobilization of PCB bearing sediment. The work included model selection and testing, laboratory experiments to assess erodibility of relatively undisturbed core samples, data gap analysis and subsequent field work and turn over of the modeling system to the client.

**Field Monitoring Protocols and Regional Management Strategy for Dredging Impacts on OCS Deposits | US Minerals Management Service | 2000-2003**

Team Leader for assessment of physical impacts of dredging on the Outer Continental Shelf (OCS). Field monitoring protocols were developed to be applied to over 5 billion cubic yards of sand reserves that MMS identified on the OCS. The monitoring protocols bring consistency to the assessment of dredging impacts and to monitor for both short- and long-term cumulative impacts. A GIS data management system was designed for all the dredging data from each site.

**Confederation Bridge | PEI to NB, Canada | 1995-1999, 2003-2004, 2011-2013)**

Dr. Nairn was the project manager for the assessment of abutment and bridge pier scour assessments for the more than 70 piers associated with this 13 km US$800 million long bridge. The investigations included numerical modeling of hydrodynamics, physical modeling of scour and the development of a unique approach to predicting potential scour of weak bedrock. Baird has an ongoing role in monitoring scour and scour protection performance for this bridge.

**NIPSCO Bailly Station Intake Sand Transport Investigation | Burns Harbor, Indiana | 1997, 2010-2011**

Sediment accumulation at the Bailly Station water intake has been documented since 1978. Baird quantified the driving forces causing accretion at the intake, calculate the total volume of accretion and review the maintenance dredging program and the impacts of future lake level conditions on the operation of the intake. Recommendations were provided for improvements to the dredging program and for structural alternatives to alleviate the accretion problems.

**Shinnecock Inlet Spur Jetty Investigation, New York State Department of State, Coastal Division | Long Island, NY | 1998-1999**

Project Manager for investigation of erosion and sedimentation processes at Shinnecock Inlet on Long Island. Analysis of seabed and shoreline change and numerical and physical modeling of wave transformation (including wave setup), wave and tide induced circulation, 2D sediment transport, particle tracking and seabed change. Assessed remedial measures to address the erosion problem in the form of a spur jetty and potential impacts to the navigation channel.

## ROBERT B. NAIRN, PH.D., P.ENG.
### PRINCIPAL

**B.**

**Rio Douro – Investigation of Barrier Island Stability for Channel Entrance Rehabilitation | Porto, Portugal | 2000**

Dr. Nairn assessed the stability of a barrier island at the mouth of the estuary. Numerical models were applied to assess the wave climate, wave transformation, wave runup and setup, wave overtopping and beach and nearshore profile response to cross-shore and longshore sand transport. The morphodynamic response of the barrier island was studied both at the storm time scale (comparing to data on overwash events) and at a much longer time scale, based on several snap shots of the barrier island condition over the last 150 years.

**Mejillones Port – Assessment of Sand Transport and Sedimentation Issues | Mejillones, Chile | 1999-2000**

Responsible for the assessment of sand transport and sedimentation, including application of the MIKE21 model to assess wave transformation (including wave breaking, decay, setup and runup) and circulation patterns, simulation of sand transport with and without a rubblemound sediment control structure using the COSMOS model. Physical modeling of the port at two different scales to support the final design to mitigate sedimentation for the basin.

**Dingwall Breakwater Design | Public Works and Government Services Canada | 1999**

Dr. Nairn was the Principal-in-Charge for the analysis of sedimentation and wave agitation at the entrance to this fishing harbour in Cape Breton. This project involved an investigation, using numerical models, into the causes of the problem and the analysis and development of alternative solutions including breakwater extensions, a detached breakwater, and the use of tidal flow to decrease the bar formation at the harbour entrance.

**Design of Flood and Erosion Protection Measures and Marina Entrance | Puerto Trinidad SA - Rio de La Plata, Buenos Aires | 1998-2000**

Assessment of flooding and erosion conditions along this shoreline on the Rio de La Plata estuary located east of Buenos Aires. Investigations included assessment of geomorphology and water levels, prediction of wave conditions, wave setup, runup and overtopping and estimates of alongshore sediment transport. Final design was developed for a shore dyke system utilizing sand filled geotextile tubes, bioengineering, beaches and headlands.

**Minnesota Point Section 111 Study Report | Minnesota Point, Lake Superior | 1998**

Principal-in-charge for development of a nearshore wave and water level climate. Dr. Nairn reviewed site geology and geomorphic history, completed longshore sediment transport estimates, investigated beach response to severe storms, reviewed circulation patterns, and completed a detailed sediment budget for the Minnesota Point beach system. The causes of erosion were quantified and recommendations for mitigation measures were provided to the US Army Corps.

**Ludington Section 111 Sediment Budget Investigation | Ludington, Lake Michigan | 1999**

Baird was retained by the Detroit District U.S. Army Corps of Engineers to complete a sediment budget investigation at Ludington as part of their ongoing Section 111 program. The study included estimates of longshore and cross-shore sediment transport with the COSMOS model, evaluation of harbor bypassing, review of the dredging program and recommendations for future beach nourishment.

**Evaluation of Beach Nourishment Program | St. Joseph Harbor, Lake Michigan | 1995-1997**

Project Manager for a review of historic profile data, sediment sampling, geo-technical investigations of the lake bed sediments and bluff stratigraphy, bathymetry comparisons, air photo analysis, and 2D / 3D numerical modeling of beach erosion and sediment transport. A descriptive model of the coastal processes was developed to assist with the formulation of recommendations for improvements to the beach nourishment program.

**Toronto Islands Shoreline Management Study | Toronto, Ontario | 1995**

Study Manager for multidisciplinary study of coastal processes on the Toronto Islands, including hydrographic and topographic surveys; air photo analysis; geotechnical investigations; coastal structure condition assessment; numerical

**ROBERT B. NAIRN, PH.D., P.ENG.**
**PRINCIPAL**



modeling of coastal processes; physical modeling of wave setup and overtopping of structures; and the associated flooding issues. Erosion and flood hazard areas were designated under the Shoreline Policy of the Ontario MNR.

### Scarborough Bluffs Coastal Erosion and Protection | Toronto, Canada | 1990-1995

Project Manager and Project Engineer on several projects associated with the evaluation of erosion processes and erosion protection design 18 km of eroding bluff/cliff shoreline. Coordination of bathymetric and geotechnical surveys, shoreline change analysis, evaluation of geologic conditions of the bluffs and bluff stability, modeling of waves, currents and erosion processes using COSMOS-2D, development and implementation of shore protection design.

### Toronto Island Coastal Management and Design Project | Toronto, Ontario | 1991-1994

Project Manager for the evaluation of shoreline protection and erosion for 8 km of coastline around Toronto Island, including: existing conditions shore and structure surveys; bathymetric surveys and wave measurements, GIS analysis of shoreline historic shoreline change; numerical modeling of wave climate, wave transformation, hydrodynamics, sediment transport and morphologic change (COSMOS-3D), sediment budget, design and construction observations.

### Prestatyn Sea Defence Project | Wales | 1990

Project Engineer on the development of the design for a sea defence project along the north Wales coast. Approximately 4 km of shoreline was protected with the groynes and Dr. Nairn applied a quasi-3D numerical model of longshore sand transport and morphologic response (COSMOS-3D) to develop the groyne design.

### Hunstanton to Snettisham, The Wash, Shore Protection Project | UK | 1989-1990

Dr. Nairn, working as a subcontractor to Sir William Halcrow and Partners was responsible for the evaluation and development of beach nourishment design for the protection of 8.5 km of shoreline along the North Sea coast of the UK. Dr. Nairn applied the COSMOS2D model in the development of the beach nourishment design to evaluate longshore and cross-shore sand transport processes.

### East Anglian Coastal Management Plan | UK | 1987-1988

Dr. Nairn, working as a subcontractor Sir William Halcrow and Partners provided expert advice on the develop of a Coastal Management Plan for the 400 km long East Anglia coast of the UK. Much of the East Anglian Coast consists of eroding bluff or cliff shorelines. Dr. Nairn applied his expertise in cliff erosion processes, including application of the COSMOS-2D model to evaluate erosion processes and possible shore protection alternatives for this coast.

### Shore Erosion Litigation | Port Burwell, Lake Erie | 1982-1986

Dr. Nairn worked with Keith Philpot on the development of the defence for the Crown on this litigation in Canada. He was responsible for field investigation, analyses, physical and numerical models of cohesive shore erosion in support of the development of the role of the harbour breakwaters on downdrift erosion.

## TECHNICAL PAPERS

Roberts, K.R., Kurum, O., Rusek, N., Lewis, J., and Nairn, R.B. (2024). Incorporating Climate Change into Coastal Compound Flood Risk. ASCE International Conference on Coastal Engineering.

Nairn, R.B., Lu, Q., Quan, R., Hoy, M. and Gillen, D. (2023). Data Collection and Modeling in Support of the Mid Breton Sediment Diversion Project. Coastal Sediments 2023, New Orleans.

Lu, Q., Scott, F., Tun, Y., and Nairn, R.B. (2022). Long Term Morphologic Modeling of Delta Development in Breton Sound Resulting from a Proposed Diversion Structure. Proc. of the International Conference on Coastal Engineering, ASCE. Sydney, Australia.

Nairn, R.B., Lu, Q. and Quan, R. (2021). Field Data Analysis, Numerical and Physical Modeling in Support of the Mid Breton Sediment Diversion Design. Proc. of the American Shore and Beach Preservation Annual Conference. New Orleans.

**ROBERT B. NAIRN, PH.D., P.ENG.
PRINCIPAL**



Nairn, R.B., Dibajnia. M. and Anglin. (2018). Large Scale Shoreline Protection with Minimized Downdrift Impact, Cotonou, Benin. Proc. of the International Conference on Coastal Engineering. Baltimore.

S.G. Pearson, R. Lubbad, T.M.H. Le and Nairn, R.B. (2016) Thermomechanical Erosion Modelling of Baydaratskaya Bay, Russia with COSMOS. 8th International Conference on Scour and Erosion 2016, 12-15 September 2016, Mathematical Institute, Oxford, UK.

Nairn, R., Liegel, E., Vickerman, J., Davie, S., Cancienne, J., and Miller, D. (2016) Possible Re-Alignment of the Lower Mississippi River and Influences on Navigation. Ports 2016, ASCE. June 2016, 706-715.

Dixon, J., Nairn, R.B., Hensold, B., Ford, G. and O'Neill, K.M. (2015) Mississippi Delta and the Jersey Shore. Innovative Place – Based Solutions: The Value of Interdisciplinary Perspectives. Proc. 14th International Workshop on Wave Hincasting and Forecasting, 5th Coastal Hazard Symposium, Key West, FL.

Gibbons, C. and Nairn, R.B. (2015) Coastal Remediation in the Arabian Gulf – The Hydraulic Restoration of a Tidal Lagoon in Saudi Arabia. 5th International Conference on Estuaries and Coasts, Muscat, Oman.

Dibajnia, M., Nairn, R.B., Duckett, F., and Gibbons, C. (2015) Wave Climate, Longshore Transport and Shoreline Change at the Oman Coast. 5th International Conference on Estuaries and Coasts, Muscat, Oman.

Nairn, R., Dibajnia, M., Lu, Q., and Delpupo,  D. (2015) Liquefaction flow slides at Vale's ore export terminal, Brazil. Proc. Coastal Sediments '15, World Scientific, San Diego, California, May 11-15, 2015, #123.

Dibajnia, M., Nairn R.B., Delpupo D., Morais M., Fournier C. (2014) Management of submarine slides at Vale's iron ore export facility, Ponta da Madeira, Brazil. Proceedings of Western Dredging Association and Texas A&M University Center for Dredging Studies, "Dredging Summit and Expo 2014", June 15-18, 2014.

Nairn, R.B. and Selegean, J.P. (2014). Sediment Management at St. Joseph River and Harbor, Michigan, USA. 1837-present. Proceedings of PIANC World Congress, San Francisco, USA. June 2014.

Reinhardt, E., Nairn, R.B., Baranao, P, Brunton, D.A. and Risk, M.J. (2014). Sediment Coring and Post-Earthquake Recovery Estimates in the Rio Cruces Estuary.  Presented at State of the Coast, New Orleans, Louisiana.  March, 2014.

Nairn, R.B., Dibajnia, M.D., Morais, M., Lu, Q., Fournier, C.P., Delauré, S.S. (2013) Development of the Preliminary Dredging Plan for the Vale Ponta da Madeira Pier IV Export Facility, Sao Luis, Brazil, WODCON XX, World Dredging Congress and Exhibition, The Art of Dredging, Brussels, Belgium, June 3-7, 2013.

Dibajnia, M., Nairn, R., Wikel G., and Amato, R. (2011) Morphological Response of Offshore Shoals to Dredging Scenarios.  Proc. Coastal Sediments '11, World Scientific, Miami, Florida, May 2-6, 2011, pp. 670-683. 2011.

Nairn, R., Dibajnia, M., Wikel G., and Amato,  R. (2011) An Analysis of Morphological Parameters for Shoals of Mid-Atlantic Bight, USA. Proc. Coastal Sediments '11, World Scientific, Miami, Florida, May 2-6, 2011, pp. 1007-1020. 2011.

Lu, Q. and Nairn, R. (2010) Prediction on Morphological Response of Dredged Sand-Borrow Pits.  Proceedings International Conference on Coastal Engineering, ASCE. 2010.

Dibajnia, M., Soltanpour, M., Nairn, R., and Allahyar, M. (2010) Cyclone Gonu, The Most Intense Tropical Cyclone on Record in the Arabian Sea.  Indian Ocean Tropical Cyclones and Climate Change, Y. Charabi, Sultan Qaboos University, Muscat, Oman (Ed.), Springer, 2010, pp. 149-157. 2010.

Dibajnia, M., Nairn, R., McGillis, A. and Delaure, S. (2010) On the Assessment of Impacts of Interrupting Longshore Sand Transport on the Oman Coast. ICCZE, Muscat, Oman.

Risk MJ, Burchell M, de Roo K, Nairn R, Tubrett M, Forsterra G. (2010) Trace elements in bivalve shells from the Río Cruces, Chile. Aquatic Biology, 10:85-97. 2010.

Reinhardt, E.G., Nairn, R.B. and Lopez, G. (2010) Recovery Estimates for the Río Cruces, Chile after the May 1960 Chilean earthquake. Marine Geology, 269:18-33. 2010.

**ROBERT B. NAIRN, PH.D., P.ENG.
PRINCIPAL**



Lu, Q., Scott, S. and Nairn, R.B.  (2009) Modeling Prediction of Long-Term Sedimentation in a Dredged Channel.  11th International Conference on Estuarine and Coastal Modeling.  Seattle, Washington.  November 4-6, 2009.

Risk, M.J., Sherwood, O.A., Nairn, R.B., Gibbons, C. (2009) Tracking the record of sewage discharge off Jeddah, Saudi Arabia, since 1950, using stable isotopic records from antipatharians. Marine Ecology Progress Series. 2009.

Risk, M.J., Burchell, M., Nairn, R.B., Tubrett, M., Forsterra, G. (2009) Trace elements in bivalves from the Rio Cruces, Chile, trace watershed evolution after a major earthquake and challenge a postulated chemical spill from a pulp plant.  AGU 2009 Joint Assembly, The Meeting of the Americas, 24–27 May 2009, Toronto, Ontario, Canada. 2009.

Reinhardt, E.G., Nairn, R.B. and Lopez, G. (2009) Sedimentation Patterns in the Rio Cruces After the May 1960 Chilean Earthquake and Tsunami,  AGU 2009  Joint Assembly, The Meeting of the Americas, 24–27 May 2009, Toronto,  Ontario, Canada. 2009.

Nairn, R.B., Lu, Q., Fournier, C.P., Pantoja, C and Baranao, P. (2009) "Three Dimensional Hydrodynamic Numerical Modeling of the Cruces River and the Carlos Andwandter Sanctuary, Valdivia, Chile.  Proc. of the 7th ISE and 8th HEIC, IAHR. 2009.

Risk, M.J., Sherwood, O., Nairn, R.B., Gibbons, C., Cotsapas, L., and T. Montello.  (2008) Shallow Antipatharians Map Sewage Plumes: Jeddah, Saudi Arabia.  Proc. of the American Society of Limnology and Oceanography (ASLO) Summer Meeting: Interactions on the Edge. St. John's Newfoundland.  2008.

Risk, M. J., O. A. Sherwood and R. Nairn. (2008) Tracing sewage using antipatharians and gorgonians: examples from Florida and the Red Sea. Deepsea Coral Symposium 2008: Programme and Abstracts: 48. 2008.

Palmer, T.A., Montagna, P.A., and Nairn, R.B. (2008) "The Effects of Dredge Excavation Pit on Benthic Macrofauna in Offshore Louisiana". J. of Environmental Management. DOI 10.1007/s00267-007-9063-5. 2008.

Dibajnia, M., Nairn, R.B. and Selegean, J.P. (2008) " Longshore Sand Transport Gradient and Bluff Erosion in the Vicinity of St. Joseph Harbor, Michigan."  Proceedings International Conference on Coastal Engineering ASCE.  2008

Dibajnia, M. Selegean, J.P. and Nairn, R.B. (2008) "Using Science to Clarify the Issues in Sand Rights Litigation, St. Joseph Harbor, Michigan.". Presented at the Annual Meeting of the American Shore and Beach Preservation Association. Chicago, 2008.

Nairn, R.B., and Dibajnia, M. (2007) "Geomorphic Features Created and Maintained by Crossing Wave Patterns."  Proc. of the ASCE Coastal Sediments Conference '07. 2007.

Dibajnia, M., Nairn, R.B., and Selegean, J.P. (2007) "Geomorphic Response and Sediment Budget at St. Joseph Harbor, Southeast Lake Michigan." Proc. of the ASCE Coastal Sediments Conference  '07. 2007.

Risk, M.J., and Nairn, R.B.  (2007) "Factors Influencing the Long-term Stability of the Carbonate Sand Beaches of Mauritius." Proc. of the ASCE Coastal Sediments Conference '07.  2007.

Roblin, R.R., Dibajnia, M., Nairn, R.B. and Selegean, J.P.  "Shoreline Response to Dike Failure at Grand Marais Harbor, Lake Superior Michigan." Proc. of the ASCE Coastal Sediments Conference '07.  2007.

Risk, M.J., Nairn, R.B., Hunte, W., Sherwood, O., Sammarco, P., Braithwaite, A., Weatherhead, L. and Goodridge, R. (2007) "Better Water Quality Brings Back Corals; Worthing, Barbados". Proc. of the 30th Congress of the International Association of Theoretical and Applied Limnology. 2007.

Nairn, R.B., Lu, Q. and Drucker, B. (2006) "Evolution of Dredged Pits Offshore Louisiana." Proceedings International Conference on Coastal Engineering ASCE.  2006.

Petykowski, P., Nairn, R.B., Selegean, J., and Barber, L. (2006) "Cat Island Chain Restoration, Green Bay." Proc. International Conference on Coastal Engineering ASCE.  2006.

Nairn, R.B., Brunton, D.A., and Selegean, J. (2006) "Multiple approaches to assessing the impact of dams on sediment delivery in the St. Joseph River Watershed, Michigan/Illinois." 8th Federal Interagency Sedimentation Conference.  Reno, Nevada, April 2006.

**ROBERT B. NAIRN, PH.D., P.ENG.**
**PRINCIPAL**



Possley, T., Brunton, D.A., Nairn, R.B., and Selegean, J. (2006) "Comparison of SWAT and GSSHA for assessment of the effect of BMPs on watershed sediment yield and delivery." 8th Federal Interagency Sedimentation Conference. Reno, Nevada, April 2006.

Brunton, D.A., Nairn, R.B., and Selegean, J. (2006) "Geomorphic response to a dam failure in the Dead River watershed, Michigan: integration of empirical and analytical techniques in a GIS framework." 8th Federal Interagency Sedimentation Conference. Reno, Nevada, 2006.

Halverson, B., Nairn, R.B., Brunton, D.A., and Selegean, J. (2006) "Analysis of altered hydrologic regime in the Clinton River watershed." 3rd Federal Interagency Hydrologic Modeling Conference. Reno, Nevada, 2006.

Nairn, R.B. and Lu, Q. (2006) "Numerical Modeling of Dredged Pits. Coastal Hydrology and Processes." Proceedings of the AIH 25th Anniversary Meeting and International Conference, 2006.

Baker, J.E., Bohlen, F.W., Bopp, R.F., Brownawell, B., Collier, T.K., Farley, K.J., Geyer, W.R., Nairn, R.B., and Rosman, L. (2006) PCBs in the Upper and Tidal Freshwater Estuary: The Science Behind the Dredging Controversy in the Hudson Bay Estuary. Ed. Levinton, J.S. and Waldman, J.R. Cambridge University Press, 349-367, 2006.

Anglin, C.D. and Nairn, R.B. (2006) "Confederation Bridge Case Study." In Scour Technology, Mechanics and Engineering Practice. Ed. Annandale, D.W., McGraw-Hill, 380-404, 2006.

Lu, Q., Nairn, R.B. and Langendyk, S. (2005) "GIS and Modeling Analysis on Muskegon River Delta Evolution." 48th Annual Conference of International Association of Great Lake Research. Ann Arbor, Michigan, 2005.

Lu, Q., and Nairn, R.B. (2005) "Lake Level Prediction in Lake Michigan and Huron." 48th Annual Conference of International Association of Great Lake Research. Ann Arbor, Michigan, 2005.

Lu, Q, Duckett, F., Hutchinson, N., Baldwin, R., and Nairn, R.B. (2005) "3D Ecological Modeling for Assimilative Capacity Study of Lake Simcoe." 32nd Annual Conference of Aquatic Toxicity Workshop. Waterloo, Ontario, 2005.

Zuzek, P.J., and Nairn, R.B. (2005) "Automated Lake-wide Calculations of Coastal Flooding and Economic Damages for Lake Ontario." Proceedings of the Coastal Disasters Conference, Charleston, SC., 2005.

Lu, Q., Nairn, R.B., and Selegean, J.P. (2005) "Numerical Modeling of Potential Erosion of the Lower Sheboygan River, Wisconsin During Extreme Flood Flows Using CH3D-SED." Proceedings of the 4th IAHR Conference on River, Coastal and Estuarine Morphodynamics. 2005.

Brunton, D.A., and Nairn, R.B., (2005) "Water and sediment budgets for large Great Lakes watersheds." Soil and Water Conservation Society Environmental Management Conference. Rochester, New York, July 2005.

Nairn, R.B., and Risk, M.J. (2004) "Carbonate Beaches: A balance between biological and physical processes." Eos. Trans. AGU. 85(47) Fall Meeting Suppl., Paper H33I-05. 2004.

Nairn R.B., Dibajnia, M., Anglin, D., and Risk, M.J. (2004) "Design of carbonate sand beaches in Barbados." Proceedings of the 29th International Conference on Coastal Engineering, ASCE, 2004.

Nairn, R.B., and Dibajnia, M. (2004) "Design and Construction of a Large Headland System Keta Sea Defence Project, West Africa." Journal of Coastal Research. Special Issue No. 33. 294-314. 2004.

Nairn, R.B., Johnson, J., Hardin, D., and Michel, J. (2004) "Biological and physical monitoring program to evaluate long-term impacts of sand dredging operations in the United States outer continental shelf." Journal of Coastal Research, Vol. 20, 126-137. 2004.

Dibajnia, M., Sanchez, C., Martinez, M., Lara, A., Nairn, R.B., Marván, F. G., Fournier, C.F., and Risk, M. (2004) "Why are Cancun beaches eroding? A question of integrated coastal zone management." Proceedings of XIII Congreso Panamericano de Ingenieria Oceanicay Costera, Mexico, 2004.



**ROBERT B. NAIRN, PH.D., P.ENG.**
**PRINCIPAL**

Brunton, D.A., Nairn, R.B., and Selegean, J. (2004) "Integration of hydrologic, sediment yield, sediment delivery, hydrodynamic and sediment transport models in large Great Lakes watersheds." American Geophysical Union Fall Meeting.  San Francisco, December 2004.

Brunton, D.A., Lu, Q., Nairn, R.B., and Possley, T.  (2004) "Use of GIS and distributed hydrologic and sediment delivery models as tools for best management planning of large Great Lakes watersheds." International Symposium on Flood Forecasting and Management with GIS and Remote Sensing (FM2S).  Guangzhou and Three Gorges, China, November 2004.

Marván, F.G., Possley, T.M., Halverson, B.E.,  Selegean, J.P., and Nairn, R.B.  (2004) "Sediment Delivery and Transport Analysis for the Menomonee River Watershed WI." International Journal of Great Lakes Research. (Submitted for review). 2004.

Dibajnia, M., and Nairn, R.B. (2004) "Cotonou Sea Defence Project, Benin, West Africa." Proceedings of the International Coastal Engineering Conference, ASCE, 2004.

Risk, M.J., Nairn, R.B., and Bheroo, R. (2004) "Paleontology aids coastal engineering: examples from the Indian Ocean and the Caribbean of enhanced understanding of coastal dynamics."  American Geophysical Union Western Pacific Geophysics Meeting.  2004.

Dibajnia, M, Nairn, R.B., and Ross, P. (2004) "Analysis of Long-Term Sand Accumulation at a Harbor using 2DH Numerical Simulation." Coastal Engineering, Vol. 51, 863-882. Elsevier. 2004.

Hayes, M.O., and Nairn, R.B. (2004) "Natural Maintenance of Sand Ridges and Linear Shoals on the US Gulf and Atlantic Coast Shelves and the Potential Impacts of Dredging".  Journal of Coastal Research, Vol. 20, 138-148. 2004.

Lu, Q., Brunton, D.A., Nairn, R.B., and Duckett, F.  (2004) "Numerical modeling of interactions between lake level head difference, river hydrodynamics and bathymetric change in the St. Clair River." 2004 American Geophysical Union, Fall Conference.  San Francisco, 2004.

Dibajnia, M., Nairn, R.B., and Ross, P. (2003) "Estimating Bypassing Rate Around Coastal Structures." ASCE.  Proceedings Coastal Sediments '03, 2003.

Elliott, T., Zuzek, P., Nairn, R.B., and Bender, T.  (2003) "The IJC Lake Ontario – St. Lawrence River Study, An Overview of Selected Coastal Technical Working Group Activities on the Lake and Upper River."  Proceedings CSCE 1st Coastal, Estuary and Offshore Engineering Conference, 2003.

Zuzek, P.J., Nairn, R.B., Elliott, T. and Moulton, R. (2003). "Erosion Modeling and Economic Damage Calculations with the Flood and Erosion Prediction System, IJC Lake Ontario – St. Lawrence River Study." Canadian Coastal Conference 2003, Kingston, Ontario, 2003.

Zuzek, P.J., Nairn, R.B., and Thieme, S.J. (2003) "Spatial and Temporal Considerations for Calculating Shoreline Change Rates in the Great Lakes Basin." Journal of Coastal Research, Special Issue No. 38, 2003. 125-146. 2003.

Zuzek, P.J., Nairn, R.B., and Ross, P. (2003) "Quantifying the Historic Nearshore Sediment Budget for Ottawa and Allegan County, Lake Michigan – 1860 to Present." Proceedings of the International Associations of Great Lakes Research Conference 2003.

Marván, F.G., Nairn, R.B., and Zuzek, P.J.  (2003) "FEPS (Flood and Erosion Prediction System), a tool for evaluating Shoreline Processes and their Economic Impacts and its Potential Application to the Texas Coast." Proc. of the Texas GLO Conference. 2003.

McGillis, A., Dibajnia, M., and Nairn, R.B. (2003) "Cotonou Sea Defence Project, Benin, West Africa."  Proceedings of the Canadian Coastal Engineering Conference.  2003.

Nairn, R.B., and Dibajnia, M. (2002) "Keta sea defence project, Construction phase." Proceedings of the 28th International Conference on Coastal Engineering, World Scientific, 2002.

Nairn, R.B., and Anglin, C.D. (2002) "Confederation Bridge - New Scour Design Methodology for Complex Materials", Proceedings of the First International Conference on Scour of Foundations, Texas A&M University, College Station, Texas, November 2002.

**ROBERT B. NAIRN, PH.D., P.ENG.**
**PRINCIPAL**



Zuzek, P.J., and Nairn, R.B. (2002) "Quantifying Climate Change Impacts on Coastal Evolution: Application of the Flood and Erosion Prediction System (FEPS)." Proceedings of the Coastal Disasters Conference 2002, San Diego, CA, 2002.

Zuzek, P.J., and Nairn, R.B . (2001) "Application of the Flood and Erosion Prediction System in Ottawa and Allegan Counties, Michigan." Proceedings of the Lake Michigan State of the Lake Conference.  Muskegon, Michigan, 2001.

Zuzek, P.J., and Nairn, R.B. (2001) "Predicting Shoreline Erosion with Numerical Models and Custom GIS Tools."  Proc. of the Coastal Zone Conference, Cleveland, Ohio, 2001.

Zuzek, P.J., Nairn, R.B., and Langendyk, S.L. (2001) "Lake Michigan Potential Damages Study: Part 1." Proc. of the Coastal Geotools Conference, Charleston, South Carolina, 2001.

Nairn, R.B., and Selegean, J.P. (2000) "Sediment Transport Modeling for Three Great Lakes Watersheds.  Proceedings of the 7th Interagency Sedimentation Conference, Reno, Nevada, 2000.

Zuzek, P.J., Nairn, R.B., and Langendyk, S.L. (2000) "A GIS Linked Flood and Erosion Prediction System for the Great Lakes." Proceedings of the International Association of Great Lakes Research Conference. Cornwall, Ontario, 2000.

Nairn, R.B., and Zuzek, P.J. (1999) "Coastal Processes and Erosion on Lake Erie at the Millennium." Proceedings of the Lake Erie at the Millennium Conference, Windsor, Ontario, 1999.

Nairn, R.B., and Davis, J. (1999) "A GIS-Linked Shore Erosion Prediction System for Lake Michigan." Proceedings: Coastal Sediments '99 ASCE. Long Island, NY, 1999.

Kobayashi, N., Virdrine, J.C., Nairn, R.B., and Solomon, S.M. (1999) "Erosion of Frozen Cliffs due to Storm Surge on Beaufort Sea Coast." Journal of Coastal Research, 15(2), 332-344. 1999.

Minns, C.K,. and Nairn, R.B. (1999) "Defensible Methods: Applications of a procedure for assessing developments affecting littoral fish habitat of the Lower Great Lakes."  In Aquatic Restoration in Canada.  Backhuys Publishers. Ed. T. Murphy. 1999.

Zuzek, P.J., Nairn, R.B., Gauthier, R.L., and Thieme, S.J. (1999) "A GIS-Linked Shore Erosion Prediction System for Lake Michigan." Proceedings of the Coastal Geotools Conference, Charleston, South Carolina, 1999.

Nairn, R.B., MacIntosh, K.J., Hayes, M.O., Nai, G., Anthonio, S.L., and W.S. Valley. (1998) "Coastal Erosion at Keta Lagoon, Ghana – Large Scale Solution to a Large Scale Problem." Proceeding of the 26th International Conference on Coastal Engineering, ASCE, Copenhagen, 1998.

Nairn, R.B., Solomon, S., Kobayashi, N., and Virdrine, J. (1998) "Development and Testing of a Thermal-Mechanical Numerical Model for Predicting Arctic Shore Erosion Processes."  Proc. of the 7th International Conference on Permafrost, Yellowknife, Canada, 1998.

Nairn, R.B., and Willis, D.H. (1998) "Erosion, Transport and Deposition of Cohesive Sediments." Coastal Engineering Manual, Part III, Chapter 5. U.S. Army Corps of Engineers. Circ. No. 1110-2-292. 1998.

Nairn, R.B. (1997). "Erosion of Cohesive Shores."  Great Lakes Special Issue of Shore & Beach.  April 1997, ASBPA, Keynote presentation at the Annual Conference of the ASBPA, Vol. 65, No. 2.

Zuzek, P.J., Nairn, R.B., and Minns, C.K.  (1997) "The Physical Assessment of Developments Affecting Fish Habitat in Great Lakes Nearshore Regions." Proceedings of the Canadian Coastal Conference, Guelph, Ontario, 1997.

Anglin, C.D., Nairn, R.B., Cornett, A., Dunaszegi, L., and Doucette, D.  (1996) "Bridge Pier Scour Assessment for the Northumberland Strait Crossing, Canada."  Proceedings of the 25th International Conference on Coastal Engineering, ASCE, Orlando, 1996.

Parson, L.E., Morang, A., and Nairn, R.B.  (1996) "Geologic Effects on Behaviour of Beach Fill and Shoreline Stability for Southeast Lake Michigan." Technical Report, CERC-96-10.  U.S. Army Corps of Engineers, Waterways Experiment Station. 1996.

Zuzek, P.J., Nairn, R.B., and Gauthier, R.L.  (1996) "Spatial and Temporal Variability in Top of Bank Erosion Rates: Lessons Learned from the Lake Michigan Potential Damages Study."  Proceedings of the International Associations of Great Lakes Research Conference 2001, 1996.

## ROBERT B. NAIRN, PH.D., P.ENG.
## PRINCIPAL



Nairn, R.B., and Parson, L.E. (1995) "Effectiveness of Beach Nourishment at St. Joseph Harbor, Lake Michigan." Proceedings Coastal Dynamics '95, ASCE, Poland, 1995.

Nairn, R.B., Scott, R.D., Anglin, C.D., and Zuzek, P.J. (1994) "Analysis of Coastal Processes at Toronto Islands." Proceedings of the 24th International Conference on Coastal Engineering, ASCE, Japan, 1994.

Nairn, R.B., and Barron, V. (1994) "An Ecosystem Approach to Shoreline Treatment." Proceedings: Coastal Zone Canada '94, Halifax, 1994.

Nairn, R.B., and Hatheway, D. (1994) "Benefits of Hazard Mitigation Planning to Reduce Shoreline Impacts due to Great Lakes Water Level Management Fluctuations and Severe Storms." Proceedings of the Annual ASCE Hydraulics Conference, Buffalo, 1994.

Nairn, R.B. (1993) "Cohesive Shores and Large Scale Coastal Evolution." Proceedings: Large Scale Coastal Behavior, USGS Open File Report 93-381. 1993.

Nairn, R.B. (1993) "Quasi-3DH Morphodynamic Modelling: Development, Validation and Application." Proceedings of the Canadian Coastal Conference, Vancouver, May 1993.

Nairn, R.B. (1993) "Practical Applications of 2D and 3D Coastal Morphodynamic Models." Proceedings of the International Symposium on Coastal Geomorphology, Hilton Head, South Carolina, June 1993.

Nairn, R.B. (1993) "Predicting Coastal Processes and Beach Fill Performance." Proceedings of the National Conference on Beach Preservation Technology, St. Petersburg, Florida, February 1993.

Nairn, R.B., and Southgate, H.N. (1993) "Deterministic Profile Modelling of Nearshore Processes. Part II. Sediment Transport and Beach Profile Development." Coastal Engineering, 19, 57-96. 1993.

Southgate, H.N., and Nairn, R.B. (1993) "Deterministic Profile Modelling of Nearshore Processes. Part I. Waves and Currents." Coastal Engineering, 19, 27-56. 1993.

Nairn, R.B. (1992) "Designing for Cohesive Shores." Invited paper for Coastal Engineering in Canada '92. Queen's University, 1992.

Nairn, R.B., and Riddell, K.J. (1992) "Numerical Beach Profile Modelling for Beachfill Projects." Proc: Coastal Engineering Practice '92, ASCE. Long Beach, California, 12-29, 1992.

Bishop, C.T., Skafel, M.G. and Nairn, R.B. (1992) "Cohesive Profile Erosion by Waves." Proceedings of the 23rd International Conference on Coastal Engineering, ASCE, Venice, 1992.

Nairn, R.B. (1991) "Problems Associated with Deterministic Modelling of Extreme Beach Erosion Events." Proceedings: Coastal Sediments '91, ASCE, Seattle, 588-602, 1991.

Nairn, R.B. (1991) "Applications of Energetics-Based Numerical Models." Invited Paper for an ASCE Workshop on Development and Application of Cross-Shore Sediment Transport Models. Coastal Sediments '91. Seattle, 1991.

Uliczka, K., and Nairn, R.B. (1991) "Cross-Shore Sediment Transport Modelling and Comparison with Tests at Prototype Scale." Proceedings Coastal Sediments '91, ASCE, Seattle, 462-476, 1991.

Nairn, R.B. (1991) "Beach Profiles, Bars and the Role of Long Waves." Proceedings of the Workshop on Wave Groups. Associate Committee on Shorelines, NRC, Canada, 1991.

Nairn, R.B. (1990) "Prediction of Cross-Shore Sediment Transport and Beach Profile Evolution." Ph.D. Thesis. Department of Civil Engineering, Imperial College, London, 1990.

Nairn, R.B., Roelvink, J.A., and Southgate, H.N. (1990) "Transition Zone Width and Implications for Modelling Surfzone Hydrodynamics." Proceedings of the 22nd International Conference on Coastal Engineering, Delft, The Netherlands, 1990.

Nairn, R.B. (1990) "Validation of a Detailed Alongshore Sediment Transport Model." Proceedings of Euromech 262, Sand Transport in Rivers Estuaries and the Sea, Wallingford, England, 1990.

**ROBERT B. NAIRN, PH.D., P.ENG.**
**PRINCIPAL**



Nairn, R.B. (1988) "Prediction of Wave Height and Mean Return Flow in Cross-Shore Sediment Transport Modelling." Proceedings IAHR Symposium on Mathematical Modelling of Sediment Transport in the Coastal Zone, Copenhagen, Denmark, 193-202, 1988.

Sayao, O.J. and Nairn, R.B. (1988) "Physical Modelling of Shore Erosion and Littoral Drift." Proceedings of the 21st International Conference on Coastal Eng., Malaga, Spain, 1988.

Fleming, C.A., Pinchin, B.M., and Nairn, R.B. (1987) "Evaluation of Coastal Sediment Transport Prediction Techniques." Proceedings of the 20th International Conference on Coastal Engineering. Taipei, Taiwan, 1987.

Nairn, R.B. (1986) "Physical Modelling of Wave Erosion on Cohesive Profiles." Proceedings IAHR Symposium on Cohesive Shores. National Research Council, Canada. Burlington, Ontario, 1986.

Nairn, R.B., Pinchin, B.M., and Philpott, K.L. (1986) "Cohesive Profile Model Development." Proceedings IAHR Symposium on Cohesive Shores. National Research Council, Canada. Burlington, Ontario, 1986.

Pinchin, B.M., Nairn, R.B., and Fleming, C.A.. (1986) "A Numerical Approach to Wave Hindcasting, Wave Transformation and Sediment Transport - Pte. Sapin." Proceedings: Coastal Engineering Seminar, Queen's University, Canada, 1986.

Fleming, C.A., Pinchin, B.M., and Nairn, R.B. (1986) "Evaluation of Coastal Sediment Transport Techniques, Phase II: Comparison with Measured Data National Research Council." Canadian Coastal Sediment Study Report No. C2S2-10. 1986.

Pinchin, B.M., and Nairn, R.B. (1986) "The Use of Numerical Models for the Design of Artificial Beaches to Protect Cohesive Shores." Proceedings IAHR Symposium on Cohesive Shores, National Research Council, Canada. Burlington, Ontario, 1986.

Kamphuis, J.W., Davies, M.H., Nairn, R.B., and Sayao, O.J. (1986) "Calculation of Littoral Sand Transport Rate." Coastal Engineering, Vol. 10, 1-21. Amsterdam. 1986.

Kamphuis, J.W. and Nairn, R.B. (1984) "Scale Effects in Large Coastal Mobile Bed Models." Proc. of the 19th International Conference on Coastal Engineering, Houston, 1984.