# Exhibit B

To Plaintiff Conservation Law Foundation, Inc's
Opposition to Defendants' Motion to Exclude
Plaintiff's Expert Robert Nairn's Opinions and Testimony

FILED UNDER SEAL