# **EXHIBIT 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> Defendants. | Case No: 3:21-cv-00933-JAM <br><br> October 1, 2025 |

### DEFENDANTS' DESIGNATION OF CONFIDENTIAL TESTIMONY AND EXHIBITS IN DEPOSITION OF DEBORAH FRENCH-MCCAY

Defendants hereby designate the following portions of the August 29, 2025 Deposition of Deborah French-McCay as "Confidential," pursuant to the Court's Standing Protective Order (ECF 7), ¶ 13:1:[1]

| Begin Page:Line | End Page:Line | Notes |
|---|---|---|
| 6:21 | 6:22 | Starting at "316" |
| 10:7 | 11:2 | Starting at "The" |
| 14:21 | 15:13 | |
| 16:21 | 18:21 | |
| 20:14 | 21:5 | Starting at "On" |
| 22:3 | 28:12 | Starting at "Did" |
| 29:13 | 30:4 | |
| 31:12 | 39:21 | |
| 42:17 | 50:2 | |
| 50:14 | 50:17 | |
| 50:20 | 56:23 | |

---

[1] Defendants received the transcript of Ms. French-McCay's deposition on September 17, 2025.

| | | |
|---|---|---|
| 57:3 | 61:15 | Starting at "And" |
| 64:10 | 76:1 | Starting at "Okay" |
| 78:20 | 83:9 | |
| 85:6 | 86:19 | |
| 86:24 | 89:13 | |
| 90:6 | 95:8 | Starting at "You" |

Defendants also designate as "Confidential" the following Exhibits marked by Plaintiff at the Deposition:

- Ex. 2 – Materials Considered;

- Ex. 4 – Invoices;

- Ex. 5 – Expert Report;

- Ex. 7 – Etkin's Expert Report; and

- Ex. 9 – List of Confidential Data Files.


Dated: October 1, 2025

Respectfully submitted,

/s/ *Douglas A. Henderson*
Douglas A. Henderson (phv05547)
Carmen R. Toledo (phv20194)
KING & SPALDING LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309
T: (404) 572-4600
dhenderson@kslaw.com
CToledo@kslaw.com

Antonio E. Lewis (phv03069)
KING & SPALDING LLP
300 S Tryon Street Suite 1700
Charlotte, North Carolina 28202
T: (704) 503-2600
alewis@kslaw.com

James O. Craven (ct18790)
WIGGIN AND DANA LLP
One Century Tower 265 Church Street
P.O. Box 1832

2

New Haven, CT 06508-1832
T: (203) 498-4400
F: (203) 782-2889
jcraven@wiggin.com

Rose J. Jones (phv208026)
Hilgers Graben PLLC
1372 Peachtree Street, N.E. 19th Floor
Atlanta, GA 30309
T: (678) 229-1983
rjones@hilgersgraben.com

***Counsel for Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2025, a true and correct copy of the foregoing was served via electronic mail on all counsel of record.

/s/ *Douglas A. Henderson*
Douglas A. Henderson (phv05547)
KING & SPALDING LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309
T: (404) 572-4600
dhenderson@kslaw.com