# EXHIBIT 2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., | |
| Plaintiff, | Case No: 3:21-cv-00933-JAM |
| v. | |
| SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, | October 1, 2025 |
| Defendants. | |

## DEFENDANTS' DESIGNATION OF CONFIDENTIAL TESTIMONY AND EXHIBITS IN DEPOSITION OF DAVID M. UHLMANN

Defendants hereby designate the following portions of the September 12, 2025 Deposition

of David M. Uhlmann as "Confidential," pursuant to the Court's Standing Protective Order (ECF

7), ¶ 13:1:[1]

| Begin Page:Line | End Page:Line | Notes |
|---|---|---|
| 12:2 | 12:3 | |
| 15:21 | 16:2 | |
| 16:14 | 17:5 | |
| 17:9 | 17:15 | |
| 17:17 | 18:8 | |
| 18:12 | 22:10 | |
| 22:13 | 22:17 | |
| 109:7 | 110:9 | |
| 111:5 | 113:12 | |
| 139:17 | 140:23 | |
| 141:1 | 142:23 | |

---

[1] Defendants received the transcript of Mr. Uhlmann's deposition on September 17, 2025.

| | | |
|---|---|---|
| 145:24 | 146:11 | |
| 150:7 | 158:5 | |
| 160:5 | 161:1 | |
| 165:23 | 167:10 | |
| 179:24 | 180:8 | |
| 180:13 | 180:15 | |
| 180:17 | 181:1 | |
| 202:2 | 202:18 | |
| 204:2 | 204:5 | |
| 204:12 | 204:20 | |
| 205:19 | 208:10 | |
| 208:24 | 209:10 | |
| 209:14 | 210:11 | |
| 211:6 | 211:14 | Number 15 highlighted but no verbiage |
| 212:16 | 213:7 | |
| 228:17 | 228:19 | |
| 229:3 | 229:15 | |
| 285:24 | 286:8 | |
| 289:10 | 290:6 | |
| 291:3 | 291:8 | |
| 325:15 | 326:24 | |
| 327:2 | 328:24 | |
| 333:1 | 343:9 | |
| 345:5 | 353:3 | |
| 353:22 | 358:19 | |
| 360:6 | 368:24 | |
| 369:2 | 370:16 | |
| 374:20 | 380:22 | Starts at "flood" |
| 384:21 | 386:21 | Starts at "just" |
| 388:1 | 388:19 | |
| 390:13 | 391:17 | |

Defendants also designate as "Confidential" the following Exhibits marked by Plaintiff at the Deposition:

- Ex. 1 – Invoices;

- Ex. 2 – Expert Report;

- Exs. 6-12 – Confidential Production Documents; and

- Exs. 15 – Confidential Production Document.

Dated: October 1, 2025

Respectfully submitted,

/s/ *Douglas A. Henderson*
Douglas A. Henderson (phv05547)
Carmen R. Toledo (phv20194)
KING & SPALDING LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309
T: (404) 572-4600
dhenderson@kslaw.com
CToledo@kslaw.com

Antonio E. Lewis (phv03069)
KING & SPALDING LLP
300 S Tryon Street Suite 1700
Charlotte, North Carolina 28202
T: (704) 503-2600
alewis@kslaw.com

James O. Craven (ct18790)
WIGGIN AND DANA LLP
One Century Tower 265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: (203) 498-4400
F: (203) 782-2889
jcraven@wiggin.com

Rose J. Jones (phv208026)
Hilgers Graben PLLC
1372 Peachtree Street, N.E. 19th Floor
Atlanta, GA 30309
T: (678) 229-1983
rjones@hilgersgraben.com

*Counsel for Defendants*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 1, 2025, a true and correct copy of the foregoing was served via electronic mail on all counsel of record.

<u>/s/ *Douglas A. Henderson*</u>
Douglas A. Henderson (phv05547)
KING & SPALDING LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309
T: (404) 572-4600
dhenderson@kslaw.com