# EXHIBIT A

**to Plaintiff Conservation Law Foundation's Opposition to Defendants' Motion to Exclude the Testimony of James O'Donnell, Ph.D.**

Page 1

1        UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF CONNECTICUT
2
3   CONSERVATION LAW FOUNDATION,    )
    INC.,                            )
4                                    )
         Plaintiff,                  )Case No:
5                                    )3:21-cv-
                                     )00933-VDO
6   vs.                              )
                                     )
7   EQUILON ENTERPRISES LLC D/B/A    )
    SHELL OIL PRODUCTS US,           )
8   TRITON TERMINALING LLC, and      )
    MOTIVA ENTERPRISES LLC,          )
9                                    )
         Defendants.                 )
10  _____
11
12            VIDEOTAPED DEPOSITION OF
13              JAMES O'DONNELL, Ph.D.
14
15  DATE:            September 12, 2025
16  TIME:            8:52 a.m.
17  HELD AT:         Wiggin and Dana LLP
                     20 Church Street
18                   16th Floor
                     Hartford, Connecticut
19
20     By:           Sarah J. Miner, RPR, LSR #238
21
22
23
24
25

1    Q   Did you review any documents in
2  preparation for your testimony here today other
3  than maybe what you reviewed during the two
4  meetings with counsel?
5    A   No, just my own report.
6    Q   So in addition to time spent meeting with
7  counsel in preparation for today, you also spent
8  some time reviewing your report that you prepared
9  in this case?
10   A   Yes.  Less than 10 minutes.
11   Q   Dr. O'Donnell, sometimes what happens is
12 experts after they prepare the report and serve
13 their report they do additional research, they read
14 additional documents and they come to the
15 deposition having done additional education that
16 they are prepared to talk about.  It sounds like in
17 this case that did not occur?
18   A   I spend most of my days looking at
19 research and looking at data that is related to the
20 subject of my expertise.  And so I have assembled,
21 I have much -- I have more knowledge now about sea
22 level rise in Connecticut and around the world and
23 in New Haven Harbor than I do -- than I did three
24 months ago, but that was the consequence of my
25 primary job and not as a component of the work

1  compensated by CLF for this case.
2       Q   So as part of your normal function as the
3  executive director of CIRCA and as a professor at
4  UConn in climate science, you engage with
5  climate-related issues on a daily basis.  True?
6       A   Yes.
7       Q   And that could include reviewing new
8  research, interacting with students or giving talks
9  to members of municipality of the general public.
10 True?
11      A   Yes.
12      Q   And from the time of your report in this
13 case, which we have marked as Exhibit 3 -- do you
14 have that in front of you?
15      A   Yes.
16      Q   Dr. O'Donnell, there is a signature line
17 on page 29 of the report.
18          Do you see that?
19      A   Yes.
20      Q   It is not signed.  Do you think that this
21 report was prepared on the date that is above that
22 signature line?
23      A   Yes.
24      Q   And do you have a recollection of actually
25 preparing a signed report?

1      Q   Dr. O'Donnell, are you okay to continue?
2  That was presumptuous of me.
3      A   I am ready.
4      Q   Could you take a look back at Exhibits 10
5  and 11 for me to refresh your recollection. Those
6  are the printouts from the Connecticut sea level
7  rise and stormwater surge viewer.
8          First I want to ask you generally, can you
9  -- this is what we call the CIRCA viewer for short?
10     A   That is correct.
11     Q   Can you tell me generally, what is the
12 purpose of the CIRCA viewer?
13     A   The -- the original purpose of the viewer
14 was to allow people who live along the shoreline to
15 assess what the change in mean sea level would mean
16 to the risk of flooding in their areas. When we
17 published this and we made it available via the
18 web, the only thing that was available to people
19 were the FEMA flood maps, and they did not have any
20 way to represent what the effects of the sea level
21 rise that we were anticipating would be.
22         So to make something of it -- in fact, I
23 think I was required by a contract that I got from
24 Connecticut DEEP to do this so that people would be
25 able to see what the effects were likely to be.

Page 190

1    Q    And is the intent behind the CIRCA storm
2  surge viewer to provide a view into the effects of
3  sea level rise across Coastal Connecticut?
4    A    Yes.  The entire state was the goal.
5    Q    Is it intended to zero in on, let's say, a
6  specific industrial site?
7              MR. CRAVEN:  Objection to form.
8              THE WITNESS:  It was intended to zoom
9         in, but not to be used for projected
10        design.  It is to identify places that
11        were -- looked like they could be
12        vulnerable and additional attention should
13        be directed.  With available resources, we
14        could only -- we couldn't do a
15        high-resolution view of the whole state.
16             And so -- and also the viewers were
17        available in those days weren't able to
18        zoom in to the scale that is necessary.
19        So for prior reasons this has a scale
20        which is fully reliable at the tens of
21        meters level.  And so if things are
22        smaller than that are not really observed,
23        not really represented.
24  BY MR. GREENE:
25    Q    So if you wanted to evaluate whether a

1  particular coastal facility was at risk for
2  flooding due to storm surge from climate change, is
3  this -- would you use this or would you use
4  something else?
5              MR. CRAVEN:  Objection to form.
6              You can answer.
7              THE WITNESS:  You guys have switched.
8              We start with this.  And so for
9          example, in Mystic, Connecticut, you know,
10         the -- we started with this, but there is
11         a really narrow constriction.  The Mystic
12         River has -- because of Route 1 crossing
13         it, and the width of the crossing is only
14         about 10 meters, and so the predictability
15         of our model -- or scale of our model
16         north of Route 1 in areas where some of
17         the tourist attractions are, it was
18         inadequate.  So we had to build -- when we
19         did a study of Mystic vulnerability, we
20         had to build a much higher resolution
21         model.  And it only applies to the Mystic
22         River.  Right?
23              And then we made some measurements to
24         make sure that it was working as
25         adequately as possible.  And that is what

1              is used and that is what is going to be
2              published in the next few days.
3    BY MR. GREENE:
4         Q    For example, if you take a look at the --
5    we don't have page numbers, but it is the third
6    page of Exhibit 10, at the second half of the first
7    paragraph.  It reads, High probability areas
8    inundation.  Color shaded blue as well as low-lying
9    areas which are all shaded yellow.  Then it says,
10   These low-lying areas need further evaluation due
11   to the hydrologic complexity created by flood
12   control structures, bridges and culverts.
13             First, did I read that correctly?
14        A    That is correct, yes.
15        Q    Tell me just what that means.
16        A    Yeah, that means that -- as I tried to say
17   that flooding on a particular site or a particular
18   part of a town is very sensitive to where -- how
19   the water actually moves from the ocean into the
20   land.  And oftentimes, those are drainage pipes or
21   there are little depressions in the shoreline or
22   gaps between seawalls that just don't appear in the
23   coarse resolution.  And so a much higher resolution
24   is necessary.
25             So I recently projected in Stamford, for

1   example, we used, you know the Lidar, L-I-D-A-R,
2   topography maps that are published by NOAA to get
3   the elevation and water depth.  But they edit out
4   any buildings that are included in the satellite
5   images.  And one of the buildings edited out was a
6   storm surge barrier.  So our initial calculations
7   showed more flooding than it should have been
8   because in our model we didn't have that barrier in
9   there.
10            So we had to go down and make measurements
11  and put it back in the model.  So that is the
12  process that you have to execute in order to make
13  an adequate assessment of a site.  And so that is
14  expansive, time-consuming, and that is not what I
15  was asked to do for this -- this report.
16       Q   And I am going to get to that point in a
17  second.  But you used the word "coarse."  Would you
18  describe the CIRCA viewer as a coarse analysis?
19       A   Yes.
20       Q   That is C-O-A-R-S-E, not C-O-U-R-S-E.
21  Right?
22       A   Yes, right.
23       Q   And to determine whether or not a specific
24  site on the coast in Connecticut would be at risk
25  for flooding as a result of climate change, you

1  would want to go beyond this CIRCA analysis.  Is
2  that right?
3              MR. CRAVEN:  Objection to form.
4              THE WITNESS:  No, I would say we
5        could determine what is at risk from a
6        coarse analysis, but then we would refine
7        that to -- to assess the effects of these
8        small-scale structures.
9              There is an area of Branford which is
10       actually below -- houses are below the
11       level that the water got to during
12       Superstorm Sandy that didn't flood.  And
13       it didn't flood because there was a tide
14       gate that was closed.  And even though the
15       water was going over the tide gate, it
16       wasn't enough to bring the water level in
17       the neighborhood up.  And so there, if you
18       look at some of the flood maps that NOAA
19       provided and FEMA make, you don't
20       recognize that tide gate and they didn't
21       know that the water level had been low in
22       the marsh behind the tide gate.
23             So my point being that these things
24       are the scales of several meters can make
25       a big difference to what is flooded and

1        you have to look at the details of the
2        site in order to assess.  That is why I
3        don't think my -- my -- what I wrote in
4        this report is specific to the site that
5        we are discussing, but it applies to all
6        of the northern end of New Haven harbor
7        and much of Long Island Sound.  If the
8        water level gets to the levels that we can
9        predict, then the areas will flood.
10   BY MR. GREENE:
11       Q    And is the opposite also true if the CIRCA
12   viewer identifies a facility that is in an area
13   that is at risk of flooding but on a particular
14   scenario doesn't specifically show that site
15   flooded, would you still need to do further
16   analysis to determine whether that site will or
17   will not floor?
18            MR. CRAVEN:  Objection to form.
19            THE WITNESS:  Yeah, I would, if it --
20       if it mattered.  So you know, I think that
21       this coarse thing is a screen.  And that
22       some places -- we actually -- in our map,
23       there is some shading that we put on the
24       maps which suggests areas that we are
25       uncertain about.  This area in Branford I

1          mentioned where there is that, we shaded
2          that.  And NOAA did that, too.  So there
3          are places we know are uncertain and other
4          places we are more confident about even at
5          the coarse resolution.
6               But if you are going to invest
7          millions of dollars or you have lots of
8          people somewhere, then you probably want
9          to look more closely at the specific
10         details of the site and how it is
11         connected to the ocean.
12  BY MR. GREENE:
13       Q   You will note there is a data disclaimer
14  at the bottom of the page we were just looking at.
15  Is that right?
16       A   Yeah.  This data description and usage
17  statement was carefully crafted by some of my team.
18       Q   And the first sentence says, This
19  information is provided with the understanding that
20  it is not guaranteed to be correct or complete, and
21  conclusions drawn from such information are the
22  sole responsibility of the user.
23           Did I read that correctly?
24       A   Yes, that is correct.
25       Q   Is part of the intent of that language to

Page 197

1   say you can't just look at this and rely on it
2   completely and blame us if you flood?
3               MR. CRAVEN:  Objection to form.
4               THE WITNESS:  Yes.  We wanted to
5          provide more information than was
6          available from FEMA, but we didn't want
7          people to be thinking that that is all
8          there is.  And I -- the top paragraph
9          actually has a little bit more clarity.
10         It says, High probability areas of
11         inundation are color shaded blue as well
12         as low-lying areas which are shaded
13         yellow.
14              And the yellow is why I was
15         indicating are places we were a little
16         uncertain about it.  These low-lying areas
17         need further evaluation due to the
18         hydrologic complexity created by flood
19         control structures, bridges and culverts.
20              And so that is why -- by that, we
21         were trying to convey that the small-scale
22         structures unresolved are critical to the
23         assessment of a particular site.
24  BY MR. GREENE:
25       Q   Now, I do want to talk about your opinions

James O'Donnell , Ph.D.  September 12, 2025
Conservation Law Foundation, Inc. v. Shell Oil Com

Page 198

1  in this case, or more specifically what your
2  opinions are not.
3       In this case, you haven't been asked to
4  determine whether or not the particular site at
5  issue will flood under any given set of
6  circumstances.  Is that right?
7       A    That is correct.
8       Q    You simply have been asked to offer an
9  opinion as to sea level rise as a result of climate
10 change.  Is that right?
11      A    That is correct.
12      Q    So whether or not the CIRCA viewer
13 indicates that a specific site would or would not
14 flood, that is not related to any of your opinions
15 in this case.  Is that correct?
16      A    That is correct.
17      Q    Okay.  I do want to ask you just a couple
18 of other follow-up questions.  You were asked some
19 questions earlier in the day, and that is a few
20 hours ago, you were asked some questions about
21 whether you had considered what is known in this
22 case as the Nairn report.
23      Do you remember those questions?
24      A    Yes.
25      Q    You were asked some questions about