# **EXHIBIT 2**

Case 3:21-cv-00933-VDO    Document 830-2    Filed 11/03/25    Page 2 of 7

Jacqueline Michel , PhD                                August 22, 2025
Conservation Law Foundation, Inc. v. Shell Oil Company, Et Al.

Page 1

1              UNITED STATES DISTRICT COURT
2            FOR THE DISTRICT OF CONNECTICUT
3    CONSERVATION LAW FOUNDATION,
4    INC.,
5              Plaintiff,            Case No.
6              vs.                   3:21-cv-00933-VDO
7    EQUILON ENTERPRISES LLC d/b/a
8    SHELL OIL PRODUCTS US, TRITON
9    TERMINALING LLC, and MOTIVA
10   ENTERPRISES LLC,
11             Defendants.
12   VIDEOTAPED
13   DEPOSITION OF:   JACQUELINE MICHEL, PhD
14   DATE:            August 22, 2025
15   TIME:            9:11 AM
16   LOCATION:        Nelson Mullins Riley &
17                    Scarborough, LLP
18                    1320 Main Street, 17th Floor
19                    Columbia, SC
20   REPORTED BY:     Sandra K. Bjerke, RDR, CRR, CBC
21
22
23
24
25

Case 3:21-cv-00933-VDO   Document 830-2   Filed 11/03/25   Page 3 of 7

Jacqueline Michel , PhD                          August 22, 2025
Conservation Law Foundation, Inc. v. Shell Oil Company, Et Al.

Page 43

1    an expert in spill modeling to help you on that
2    team; right?
3           A.   Yes.
4           Q.   And one of the spill modeling experts
5    that you have asked to serve on multidisciplinary
6    teams to help you with spill modeling is
7    Dr. Deborah McCay; correct?
8           A.   Deborah French-McCay.
9           Q.   It's Deborah French-McCay now, and at
10   one point it was Deborah French; right?
11          A.   Right.
12          Q.   And you've hired Dr. French-McCay to
13   perform spill modeling for you on several
14   occasions; correct?
15          A.   Yes.  Her company, yes.
16          Q.   Do you agree that Dr. McCay --
17   Dr. French-McCay is a reliable authority in the
18   field of spill modeling?
19          A.   Yes.
20          Q.   Do you agree that Dr. French-McCay has
21   a high degree of competence in the field of spill
22   modeling?
23          A.   Yes.
24          Q.   Do you believe that Dr. French-McCay
25   has provided accurate spill modeling work in the

Case 3:21-cv-00933-VDO   Document 830-2   Filed 11/03/25   Page 4 of 7

Jacqueline Michel , PhD                      August 22, 2025
Conservation Law Foundation, Inc. v. Shell Oil Company, Et Al.

Page 44

1   projects that you have worked together on?
2        A.   Yes.
3        Q.   Is there any reason why you would not
4   hire Dr. French-McCay to perform spill modeling
5   work for you on a future project?
6        A.   No.
7        Q.   In fact, your CV also lists several
8   publications that you have co-authored with
9   Dr. Etkin and/or Dr. McCay; fair?
10       A.   Yes.
11       Q.   Okay.  Switching gears here, obviously
12  you've prepared a rebuttal expert report in this
13  case; right?
14       A.   Yes.
15       Q.   And that's what you have in front of
16  you as Exhibit 5; right?
17       A.   Yes.
18       Q.   Does this appear to be an accurate and
19  complete copy of the rebuttal expert report that
20  you served in this case?  Feel free to flip through
21  it.
22       A.   Yes.
23       Q.   And if you look on page 17, that's your
24  signature; right?
25       A.   Yes.

Case 3:21-cv-00933-VDO   Document 830-2   Filed 11/03/25   Page 5 of 7

Jacqueline Michel , PhD                          August 22, 2025
Conservation Law Foundation, Inc. v. Shell Oil Company, Et Al.

Page 121

1    and she has validated the biological effects
2    modeled for the North Cape spill, but, you know,
3    she's the only one that's done the validations.
4         Q.   Do you dispute that they've been
5    validated?
6         A.   For those spill conditions, yes.  No, I
7    don't dispute that.
8         Q.   Okay.  Are your critiques of that -- of
9    the validation of that model related to the
10   hydrodynamic model portion of it?
11        A.   Yes, under the -- you know, the extreme
12   storm surge, flooding and hurricane-force winds,
13   those are hydrodynamic, metocean processes, yes.
14        Q.   Do you agree that Dr. French-McCay
15   stated in her report that the hydrodynamic model
16   that was used was the Delft3D Flexible Mesh
17   modeling suite?
18        A.   I don't recall the details, but I'm
19   sure that's what she did, yes.
20        Q.   Are you familiar with that modeling
21   suite?
22        A.   In general, yes.
23        Q.   Okay.  Do you agree that the Delft3D
24   Flexible Mesh modeling suite is the
25   state-of-the-art hydrodynamic and environmental

Case 3:21-cv-00933-VDO   Document 830-2   Filed 11/03/25   Page 6 of 7

Jacqueline Michel , PhD                              August 22, 2025
Conservation Law Foundation, Inc. v. Shell Oil Company, Et Al.

Page 122

1    modeling framework developed by Deltares?
2         A.   Yes, it's generally accepted as such.
3         Q.   And Deltares is a leading Dutch
4    research institute specializing in water and
5    subsurface systems?
6         A.   Yes.
7         Q.   The Delft3D Flexible Mesh modeling
8    suite from Deltares is widely used in regulatory,
9    academic and engineering contexts for flood risk
10   assessment?
11        A.   I haven't looked at those in detail,
12   but I'm sure it is.
13        Q.   And it's also widely used for
14   environmental impact analysis?
15        A.   Again, I know some of that, but yes.
16        Q.   Do you dispute that the Delft model has
17   been validated and discussed in Delft documentation
18   and publications?
19        A.   You know, I have no idea.  I haven't
20   looked into that, in that detail.
21        Q.   Okay.  Since the preparation of your
22   rebuttal expert report served in July, have you
23   developed any new opinions in this case?
24        A.   No, I have not.
25        Q.   Have you been asked by CLF to do any

Case 3:21-cv-00933-VDO   Document 830-2   Filed 11/03/25   Page 7 of 7

Jacqueline Michel , PhD                                August 22, 2025
Conservation Law Foundation, Inc. v. Shell Oil Company, Et Al.

Page 134

1              CERTIFICATE OF REPORTER

2

3              I, Sandra K. Bjerke, Registered

4     Professional Reporter and Notary Public for the

5     State of South Carolina at Large, do hereby certify

6     that the foregoing transcript is a true, accurate,

7     and complete record.

8              I further certify that I am neither

9     related to nor counsel for any party to the cause

10    pending or interested in the events thereof.

11             Witness my hand, I have hereunto

12    affixed my official seal this 29th day of August,

13    2025, at Charleston, Charleston County, South

14    Carolina.

22             Sandra K. Bjerke, RDR, CRR, CBC

23             My Commission Expires

24             May 6, 2030