# **EXHIBIT 3**

Page 1

1  IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF CONNECTICUT
2  NO. 3:21-cv-00933-JAM
   _____
3
   CONSERVATION LAW FOUNDATION, INC.,
4                Plaintiff,
5  vs.
6  SHELL OIL COMPANY, EQUILON
7  ENTERPRISES LLC D/B/A SHELL OIL
8  PRODUCTS US, SHELL PETROLEUM INC.,
9  TRITON TERMINALING LLC, and MOTIVA
10 ENTERPRISES, LLC,
11               Defendants.
   _____
12
13        VIDEOTAPED DEPOSITION OF
14     CONSERVATION LAW FOUNDATION, INC.
15            BY EDWIN LEVINE
16 called as a witness by and on behalf of
17 the Defendants, pursuant to the applicable
18 provisions of the Federal Rules of Civil
19 Procedure, before Danielle Grant,
20 Notary Public, within and for the State of New
21 York on Thursday, September 11, 2025 commencing
22 at 9:47 a.m.
23
24
25

Page 51

1    would you be able to tell me what their
2    expertise is and what their background and
3    training is?
4         A    I don't know their background
5    and training.  I know what they were
6    covering in their reports.
7         Q    Do you know Dr. French-McCay?
8         A    Yes.
9         Q    Have you worked with
10   Dr. French-McCay?
11        A    Yes.
12        Q    Have you worked with
13   Dr. French-McCay prior to this litigation?
14        A    Yes.
15        Q    On what types of things have
16   you worked Dr. French-McCay on?
17        A    Oil spills.
18        Q    Have you, in fact, engaged
19   Dr. French-McCay to assist you on various
20   matters?
21        A    I have not; NOAA has.
22        Q    And have you recommended to
23   NOAA that they engage her on certain
24   matters, too?
25        A    No.

Edwin Levine                                          September 11, 2025
Conservation Law Foundation, Inc. v. Shell Oil Com

Page 52

```
 1           Q    Do you believe that
 2    Dr. French-McCay is well-qualified?
 3           A    Yes.
 4           Q    Do you rely upon her expertise
 5    or have you relied upon her expertise in
 6    other matters?
 7           A    Yes.
 8           Q    Okay.  Do you believe that the
 9    methodology that she employs in doing what
10    she does is generally reliable?
11           A    Yes.
12           Q    Do you know Dr. Etkin?
13           A    Yes.
14           Q    Have you worked with Dr. Etkin
15    before today?
16           A    Yes.
17           Q    Is Dr. Etkin someone that you
18    respect?
19           A    Yes.
20           Q    Do you believe that the
21    methodology that Dr. Etkin employed in her
22    reports in this case is a reliable
23    methodology?
24           A    Yes.
25           Q    Would you say that
```

Page 53

1    Dr. French-McCay and Dr. Etkin are experts
2    in their field?
3         A    Yes.
4         Q    Would it be fair to say that
5    they're actually some of the top experts
6    in the world in what they do?
7              MR. MEARS:  Objection.  Form.
8         A    Probably.
9         Q    Would you say that the
10   United States has some of the top experts
11   in oil and gas and spill?
12        A    There's people all around the
13   world that -- I -- yes, but not -- we
14   don't have a -- kind of what's the word I
15   want?  It -- there are other people around
16   the world as well, you know, we don't have
17   a --
18        Q    Yeah, there are other top
19   experts around the world in this field
20   too, true?
21        A    Yes, thank you.
22        Q    But you would agree, at least
23   within the United States, Dr. French-McCay
24   and Dr. Etkin are some of the top experts
25   in their field?

Page 54

```
 1            A    Yes.
 2            Q    They're experts that NOAA
 3    retains when they need expertise in the
 4    fields that they're in?
 5                 MR. MEARS:  Objection.  Form.
 6            A    I don't know if NOAA has ever
 7    hired Dr. Etkin Schmidt.  I know they have
 8    hired Dr. French-McCay.
 9            Q    In your experience with both
10    Dr. French-McCay and Dr. Etkin, have you
11    relied upon their expertise in the areas
12    that they're experts in?
13            A    Yes.
14            Q    My understanding in your -- as
15    your role doing what you did before you
16    retired was often to work with
17    multidisciplinary teams of experts when
18    you responded to oil spill incidents?
19                 MR. MEARS:  Objection.
20              Mr. Levine hasn't testified to
21               that.
22            Q    You can answer.
23            A    Yes.
24            Q    Okay.  If you look at the CFR
25    definition of the position that you held,
```

1                       CERTIFICATE
2           STATE OF NEW YORK )
3                             )ss:
4           COUNTY OF RICHMOND)
5                I, DANIELLE GRANT, a Certified
6           Shorthand Reporter and Notary Public
7           within and for the State of New York, do
8           hereby certify:
9                That EDWIN LEVINE, the witness
10          whose deposition is hereinbefore set
11          forth, was duly sworn by me and that
12          such deposition is a true record of the
13          testimony given by such witness.
14                I further certify that I am not
15          related to any of the parties to this
16          action by blood or marriage and that I
17          am in no way interested in the outcome
18          of this matter.
19                In witness whereof, I have
20          hereunto set my hand this 26th day of
21          September, 2025.
22
23
24                    *Danielle Grant* (signature)
25                    DANIELLE GRANT