# EXHIBIT 4

Page 1

1                                        Volume:           I

2                                        Pages:            97

3                                        Exhibits:          9

4              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

5                              CONNECTICUT

6                                  C.A. No.: 3:21-CV-00933-VDO

7       *********************************

8       CONSERVATION LAW FOUNDATION, INC.,

9              Plaintiff

10      v.

11      SHELL OIL COMPANY, EQUILON

12      ENTERPRISES.LLC D/B/A

13      OIL PRODUCTS US, SHELL

14      PETROLEUM, INC., TRITON TERMINALING LLC,

15      and MOTIVA ENTERPRISES LLC,

16              Defendants

17      *********************************

18              Deposition of Deborah French-McCay, a witness called

19      on behalf of the Plaintiff, taken pursuant to the applicable

20      provisions of the Federal Rules of Civil Procedure, before

21      Seamus Mitchell, a Court Reporter and Notary Public in and for

22      the Commonwealth of Massachusetts, at the offices of Motley

23      Rice LLC, 40 Westminster St, Fifth Floor, Providence, Rhode

24      Island, 02903 on the 29th of August, 2025 at 10:05 a.m.

1     payments?

2    A    No.

3    Q    Do you have any specific compensation agreements if

4     this case goes to trial?

5    A    No.

6    Q    Do you plan to be at trial to provide testimony if this

7     case goes to trial?

8    A    I don't have any plans.

9    Q    Do you have a specific trial rate?

10    A    No.

11    Q    Is there a specific rate that you are getting paid for

12     this deposition today?

13    A    No.

14    Q    Please provide any inaccuracies in the billing that you

15     may discover to us in advance of trial.  We can provide

16     that to Ms. Toledo.  What do you do for a living?

17    A    I am an environmental consultant, and I do primarily

18     environmental risk assessments using modeling and

19     scientific analyses.

20    Q    And what percentage of your income is earned from

21     expert testimony?

22    A    Much less than 1%.

23    Q    What are your other sources of income?

24    A    I don't have any other source of income other than my

1          job, so I get paid a salary.

2     Q    Okay.  Outside of a potential 401k, do you own any

3          stock in Shell?

4     A    No.

5     Q    In any other oil company?

6     A    No.

7     Q    I will introduce the complete expert report of Dr.

8          French-McCay as Exhibit 5.

9              (Whereupon, Exhibit 5, Complete Expert Report by

10             Deborah French-McCay, is marked for identification.)

11    Q    I represent to you that this is your complete expert

12         report, including all the appendices that was provided

13         to us by Counsel in the course of this litigation and

14         has not been altered.



Page 37





22    Q    Thank you.  I'm going to introduce as Exhibit 6 an

23         article called the Validation and Use of Spill Impact

24         Modeling for Impact Assessment.

Page 40

1          (Whereupon, Exhibit 6, Validation and Use of Spill

2          Impact Modeling for Impact Assessments, is marked for

3          identification.)

4     Q    Did I read the title of this article correctly?

5     A    Yes.

6     Q    You are an author of this article, correct?

7     A    Yes.

8     Q    Your name is listed at the top with the last name

9          French, right?

10    A    That's correct.

11    Q    Okay.  Henry M. Rines is listed as also as an author,

12         correct?

13    A    Correct.

14    Q    Who is he?

15    A    He used to work for me at ASA.  This article, I think

16         is 1987.  97.  97, yeah.

17    Q    Did you present this article at the 1997 International

18         Oil Spill Conference?

19    A    Yes.

20    Q    Did you happen to use a power point presentation at the

21         conference?

22    A    Yes.

23    Q    Okay.  Has that power point presentation been provided

24         to Counsel?

Page 41

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | And this article is about the validation of SIMAP, is |
| 3 | | that right?  On page 830, the page numbers in the top |
| 4 | | left-hand corner, there's a table call table one and |
| 5 | | it's titled Spills Evaluated for Validation of the |
| 6 | | Model.  Is that right? |
| 7 | A | Yes. |
| 8 | Q | The table lists multiple spills, their location, date, |
| 9 | | oil type and amount, correct? |
| 10 | A | That's correct. |
| 11 | Q | Did any of these spills, to your knowledge, occur |
| 12 | | during a hurricane? |
| 13 | A | The Argo Merchant occurred in the Northeaster, so that |
| 14 | | was a huge storm.  None of the others are hurricanes I |
| 15 | | think, but let me check.  None of the other ones are |
| 16 | | vortex. |
| 17 | Q | Okay.  And did any of these occur due to flooding or |
| 18 | | storm surge? |
| 19 | A | I don't remember the exact particulars of the Exxon |
| 20 | | Bayway.  But got that was in the Arthur Kill.  I think |
| 21 | | there might have been some storm involved or at least |
| 22 | | flooding.  It's in the wetland area there.  Mega Borg |
| 23 | | was I think a storm in the Gulf of Mexico.  I don't |
| 24 | | remember the specifics.  I'd have to go back and look. |

Page 42

```
 1            But under flooding, Shell Oil complex in Martinez.  I
 2            think that might have been some flooding in San
 3            Francisco Bay.  That was the issue there.
 4       Q    Okay.  And can you describe in general how you
 5            validated SIMAP related to these spills?
 6       A    What we did was collected whatever data was available
 7            for the spills, observational information about where
 8            the oil moved, primarily in what concentration, where,
 9            at what times.  And we ran the model and then made a
10            comparison with the data.
11       Q    How did you collect the data?
12       A    By reviewing public documents that were available
13            literature, technical reports.
14       Q    Were there.  Would that have involved flights over the
15            spill to look at?
16       A    In some cases, yes.
17       Q    Okay, let's go back to your expert report and we're
18            going to go to the beginning of the report.  See page
19            4, please.  Under the second paragraph, under Summary
20            of Basis of Opinions, it says, in the second paragraph,
21            it says the oil spill model I used for the analysis has
22            been developed over the past four decades, utilized for
23            hundreds of oil spill risk assessments, employed for
24            scores of oil spill natural resource damage
```

```
 1    Q    Right.  Because SIMAP was also used to model the oil

 2          fate and behavior for the North Cape spill.  Correct.

 3          How precise was SIMAP's modeling of the North Cape

 4          spill?

 5    A    Well, I quantified that and described it in my 2003

 6          publication, the Marine Pollution Bulletin.  I was an

 7          expert for NOAA, the government trustee.  I have a

 8          technical.  I wrote a technical report at the time and

 9          then I published that paper that described it.  So I

10          compared the model results to measurements of PAH's in

11          the water column, and I also compared it to the bird

12          counts, dead bird counts that were quantified for that

13          spill, and to the lobster quantification that was done

14          based on field data.

15    Q    And so it was -- how precise was it doing this?

16    A    Off the top of my head, I think.  For example, the

17          lobster estimate from the field Data was about 9

18          million lobsters killed, and my model prediction was

19          8.3 million.  I believe that was the number.  I don't

20          remember the exact numbers for the birds, but it was in

21          the right range.  I also compared from the physical

22          fate and exposure part of the modeling, I compared to

23          the measurements in the water column, which were, I

24          think about the sixth day after the spill.  And I
```

1          compared my predicted concentrations in the water to

2          concentrations measured in a lab then and for about 10

3          days after the spill.  And I also compared

4          concentrations I predicted in the sediments to the

5          measurements that were taken from the sediments.  Okay.

6     Q    Have you ever used SIMAP to model oil fate under

7          hurricane conditions.

8     A    Besides this project?

9     Q    Besides this project.

10    A    Yes.  As part of environmental risk assessments, where

11         the question has been what would occur if there were a

12         spill at any time?  And also specifically, I had a big

13         project that I did with the state of Louisiana to

14         evaluate the potential impacts and injury

15         quantification for spills that occurred under Rita and

16         Katrina, both hurricanes.  So I spent quite a few years

17         working on that.

18    Q    Okay.  And has.  Have you ever used SIMAP to model oil

19         fate under storm surge conditions besides this case?

20    A    Yes.  Yes.  For Katrina and for Rita particularly.

21    Q    And those are.  Those results are likely published in

22         one of your articles, correct?

23    A    No.  I was working for the state of Louisiana on their

24         cases against the responsible parties.  And so it's all

```
1              privileged information.

2      Q       Okay.  For the New Haven Terminal, you used

3              hydrodynamic model data for larger storms for input

4              into SIMAP oil spill model, Correct.

5      A       Just repeat that one more time.  Sure.

6      Q       You used hydrodynamic model data for larger storms for

7              input into the SIMAP oil spill model.  The hydrodynamic

8              model data that you used as input for the SIMAP model

9              was prepared by the company called Integral, is that

10             right?

11     A       Yes.

12     Q       And Integral used Delft3D FM computer model, right?

13     A       Yes.

14     Q       What is your understanding of what Delft3D FM does in

15             the context of your work?

16     A       It's a hydrodynamic model that calculates the movement

17             of the world water in space and time and the height of

18             the water based on what's called forcing or inputs,

19             such as at the boundaries of the domain of a model, you

20             force it with the height of the water over time and

21             then it calculates, based on physics, how the water

22             moves, how high the water will get and then how it

23             recedes.

24     Q       Have you ever personally run the Delft3D FM model
```

Page 49

```
1          term Integral model for the Delft3D modeling that
2          Integral performed?
3     A    Yes.
4     Q    Were you involved in the setup of the Integral model?
5     A    No.
6     Q    Did you decide what data would be used as input into
7          the Integral model?
8     A    No.
9     Q    Were you involved in selecting the data that would be
10         used as input in the Integral model.
11              MS. TOLEDO:  Object to form.  Ask and
12           answered.
13    A    No.
14    Q    Did you independently review the data that Integral
15         used as input?
16    A    Yes.
17    Q    How did you do that?
18    A    I asked for Nikita Georgas help and also Emily Day to
19         plot up what the data was.  First I asked the files and
20         I received the same files you received these binary
21         files, computer files.  So I needed help in reading all
22         that data and making figures, so I asked for help to
23         plot it all up, to look at the results, to look at the
24         inputs.  And we did a review of all of the inputs and
```

```
                                                        Page 81
 1      A     Yes.

 2      Q     Okay.  Who hired you in that case?

 3      A     I think the bills were paid by the PTEC to my company.

 4      Q     So the defendants.

 5      A     The Defendants, yes.

 6      Q     Are you aware that PTTEP Australasia ended up settling

 7            a class action suit in that case with a group of

 8            Indonesian seaweed farmers for approximately $129

 9            million US dollars?  Did you know that?

10                      MS. TOLEDO:  Object to form, lack of

11              foundation.

12      A     I'm aware there was settlement.  I didn't know what the

13            number, you know, what the cost or the value of that

14            settlement was.

15      Q     Right.  And.  And this question is just related because

16            it.  This is where you say you provided expert

17            evidence, you know, in 2019, to a federal court on your

18            CV.  So that is.  That is the foundation of the.  Where

19            the questions are coming from.  Have you ever testified

20            before a government entity like the EPA, for example?

21                      MS. TOLEDO:  Object to form.

22      A     Yes, I've testified in front of the U.S. Senate

23            Committee on the Deepwater Horizon Laws Bill and

24            potential impacts of that.  I have testified in a
```

Page 82

```
 1          number of environmental permitting hearings where
 2          government agencies have been involved, work for
 3          various government agencies doing that over the years,
 4          over my 41 years now of work.
 5     Q    And is it correct that the government hired your office
 6          for those jobs and that's how you're compensated, did
 7          the government pay RPS or Tetra Tech for your testimony
 8          related to this?
 9     A    Yes.
10                    MS. TOLEDO:  Object to form.
11     A    Yes.   I've always been employed by this, you know,
12          what is now called Tetra Tech.  And so the bills are
13          paid to the company and they pay my salary.
14     Q    Okay.  And the testimony before the US Senate Committee
15          on Commerce, Science and Transportation that was
16          related to the Deepwater Horizon Oil Spill, is that
17          right?
18     A    Yes.
19     Q    To your knowledge, has your expert testimony ever been
20          limited or excluded by any court?
21     A    No, I don't think so.
22     Q    Okay.  And you provided testimony in the case of United
23          States versus CITCO Petroleum Company.  Do you remember
24          that?
```

Page 83

```
 1      A     I don't remember having to testify.  I was an expert

 2            and I wrote a report, a technical report to support the

 3            government's case against CITCO for that spill.

 4      Q     Okay.  And you provide a deposition testimony in that

 5            case, is that right?  Or did you provide deposition

 6            testimony?

 7      A     I don't remember doing a deposition in that case.

 8      Q     Okay.  So I think it's a good time to take a break.

 9            And off the record, please.

10                   THE VIDEOGRAPHER: The time is 12:23 pm we

11              are off record.

12            (Whereupon, the parties go off the record.)

13            (Whereupon, the parties go on the record.)

14                   THE VIDEOGRAPHER: The time is 12:36, we are

15              back on the record.

16                   MS. JACKS:   So previously we were

17            discussing the hydrodynamic model data that was

18            provided to you by Defendant's lawyers.  And so what

19            I would like to do is I would like to introduce an

20            email and pictures of the files that were provided.

21            And this would be Exhibit 9 that were provided to CLF

22            for your review.

23               (Whereupon, Exhibit 9, Letter from Jose Jones to

24               James Meinert:  List of Data Files. 7/1/25, is
```

Page 86

1         New Haven 056, Debbie McCay, and there's Bates numbers.

2         And there is a extension NC on McCay_000007.NC, is that

3         right?  And so is it correct that your understanding is

4         this static file refers to the Integral data that was

5         provided?

6    A    Likely.

7    Q    Okay, thank you.  So you're not offering any opinions

8         about how the Integral modeling was performed, right?

9                   MS. TOLEDO:  Object to form.

10   A    How it was performed?  Like their methodology?  Only to

11        the extent that I reviewed the results.

12   Q    Okay, so you're not offering any testimony about how

13        the model was constructed, calibrated or run, is that

14        right?

15   A    No.

16   Q    Okay.  And you're not providing any expert opinions

17        about Integral's modeling process only you know only

18        about your own use of the integral modeling inputs.  Is

19        that right?

20                   MS. TOLEDO:  Object to form, asked and

21           answer.

22      BY MS. JACKS:

23   Q    You can answer.

24   A    I reviewed the results and I reviewed how they set it

1          up so that I understood what they had done, what their

2          inputs were, what the results were.

3     Q    Okay.  And you, you assume that the Integral modeling

4          is correct, Right?

5     A    Correct is kind of the incorrect term.

6     Q    It's reliable.  Reliable.

7     A    I reviewed it so that I could evaluate whether or not

8          it was reasonable and therefore reliable.

9     Q    Okay.  Okay, so let's go to.  Let's refer to your

10         expert report in Appendix B.  And the very first page

11         there is 7.0 Appendix B, preparation of Integral store

12         models.  Is that what that says?  And then the very top

13         of the page in the blue header.

14    A    Yes.

15    Q    Okay.  And right below that is 7.1 says Integral memo

16         describing storm model preparation.

17    A    Yes.

18    Q    Okay, so this section of the report Appendix B was

19         provided to you as a memo from Integral, is that

20         correct?

21    A    That's correct.

22    Q    Okay, what is the -- right below 7.1, what is that

23         equation?  I assume it's an equation.  You can correct

24         me if I'm wrong.  Do you know what that means?

```
 1          entirety.

 2     Q    And you did not add anything to this?

 3     A    No.

 4     Q    At all.  Okay.  Okay.  And so your normal practice is

 5          to refer to a flood expert for flood modeling, right?

 6     A    Yes.

 7     Q    Okay.  And it's fair to say that you're not offering

 8          opinions on flood modeling in this case.  Right.

 9                    MS. TOLEDO:  Object to form.

10     A    Not in.  I don't do that myself.  That's not my focus

11          area.  But I use those models.

12     Q    Okay.

13     A    So I'm familiar with how they do it.

14     Q    Great.  Okay.  That is all that I have.  I will turn it

15          over to Mrs. Toledo if there are any follow up

16          questions.

17                    MS. TOLEDO:  Could I have five minutes?

18                    MS. JACKS:  Of course.  Let's take a quick

19          break, please.

20                    THE VIDEOGRAPHER: The time is 12:47 pm we

21          are off the record.

22       (Whereupon, the parties go off the record.)

23       (Whereupon, the parties go on the record.)

24                    THE VIDEOGRAPHER: The time is 12:59 pm we
```

Page 92

1           So all of that is to say that the likelihood of the

2           spill occurring is very, very small.

3   Q   And even if there were a spill, does your model show

4           any product reaching the harbor?

5   A   Only if I assume that the spill occurred

6           instantaneously at the height of the surge.  And then I

7           performed the modeling making that assumption.  I got

8           less than 6%.  Depends on the different oil type, But

9           less than 6% going to the harbor.  However, even those

10          scenarios that I modeled are not really realistic

11          because if the water is surrounding the tanks, the oil

12          can't come out of the tanks because the pressure of the

13          water outside counteracts whatever oil might be in the

14          tanks.  So the oil would have to spill after the water

15          goes down, in which case it couldn't get to the harbor

16          because there's enough containment, both by the

17          secondary containment of the terminal itself and by the

18          topography around the New Haven Terminal.  It's in a

19          natural depression, basically.

20  Q   Now, you talked with Ms. Jacks about reviewing the

21          Integral model.  Do you review and rely on similar

22          models in your career and in your professional work

23          that is detailed in your CV?

24  A   Yes, I routinely do use similar models, hydrodynamic

| | | |
|---|---|---|
| 1 | | models, for input from my modeling. |
| 2 | Q | Do you find the Integral model to be of a similar |
| 3 | | quality as what you have used in your career over the |
| 4 | | last 40 years? |
| 5 | A | Yes. |
| 6 | Q | You also testified that you had reviewed the report of |
| 7 | | Dr. Michel. |
| 8 | A | Yes. |
| 9 | Q | Is that right?  And are you familiar with her |
| 10 | | criticisms of your report? |
| 11 | A | Yes. |
| 12 | Q | Do you agree with her criticism of your opinions |
| 13 | | regarding maximum credible discharge? |
| 14 | A | I'm familiar with what she said, yes. |
| 15 | Q | Do you agree with what she said? |
| 16 | A | No. |
| 17 | Q | Why not? |
| 18 | A | She just said she didn't agree.  She didn't really back |
| 19 | | up why she didn't agree.  However, I have reviewed the |
| 20 | | analyses done by Jones to quantify the likelihood of |
| 21 | | spill and the maximum possible spill volume that could |
| 22 | | occur, and then also by Dr. Etkin, where she analyzed |
| 23 | | the likely spill volumes if a spill actually were to |
| 24 | | occur.  And I find that all highly competent analyses |

Page 96

```
 1                    C E R T I F I C A T E

 2   COMMONWEALTH OF MASSACHUSETTS

 3   COUNTY OF SUFFOLK, ss

 4              I, SEAMUS MITCHELL, a Professional Court

 5   Reporter and Notary Public in and for the Commonwealth of

 6   Massachusetts, do hereby certify that the foregoing deposition

 7   of Deborah French-McCay, was taken by me on August 29, 2025.

 8   The said witness was satisfactorily identified and duly sworn

 9   by me before the commencement of their testimony; that the said

10   testimony was taken audio graphically and then transcribed

11   under my direction.

12              To the best of my knowledge, the within

13   transcript is a complete, true and accurate record of said

14   deposition.

15              I am not connected by blood or marriage with any

16   of the said parties, nor interested directly or indirectly in

17   the matter in controversy.

18              In witness whereof, I have hereunto set my

19   hand and Notary Seal this 11th of September, 2025.

20

21         <%20941,Signature%>

22

23

24
```