# **EXHIBIT 5**

# HILGERS GRABEN

July 1, 2025

**VIA ELECTRONIC MAIL**

Mr. James Meinert
Conservation Law Foundation, Inc.
62 Summer Street
Boston, MA 02110

Re:    *Conservation Law Foundation v. Shell Oil Products U.S., et al.*

Dear Mr. Meinert:

On behalf of Defendant Shell, we have uploaded production volume NHVN055 to ShareFile. This production contains the first volume of Shell Expert's Relied Upon Material. The documents in this production are being provided in native format and should be treated as 'Confidential' material. The bates range for this production is as provided in the chart below.

| Bates Ranges | Custodian |
| --- | --- |
| Etkin_000001 through Etkin_000009 | Dagmar Etkin |
| Jones_000001 through Jones_000002 | Austin Pace and Craig Jones |
| Jones_000003 through Jones_000012 | Craig Jones |
| Jones_000013 through Jones_000015 | Debbie McCay and Craig Jones |
| McCay_000001 through McCay_000003 | Debbie McCay |
| McCay_000004 through McCay_000006 | Debbie McCay and Ann Michelle Morrison |
| Morris_000001 through Morris_000002 | Ann Michelle Morrison |
| Pace_000001 through Pace_000002 | Austin Pace |
| Tsuji_000001 through Tsuji_000002 | Joyce Tsuji |

This production is not intended to, and does not, waive any applicable privilege or protection, including the attorney-client privilege or work product protection. If any privileged information is included in this production, such production was inadvertent and not intended to be a waiver of any applicable privilege or protection, and we respectfully request the prompt return of such privileged material.

If you have any questions, please let me know.

/s/_____
Rose H. Jones

Cc:    Douglas A. Henderson (dhenderson@kslaw.com)
       Antonio E. Lewis (alewis@kslaw.com)

HILGERS GRABEN

Roy D. Prather III (RPrather@bdlaw.com)
Bina R. Reddy (breddy@bdlaw.com)
Anthony G. Papetti (apapetti@bdlaw.com)
Christopher M. Kilian (ckilian@clf.org)
James Crawley (jcrowley@clf.org)
Kenneth Rumelt (krumelt@clf.org)