# **EXHIBIT 6**

# HILGERS GRABEN

July 3, 2025

**VIA ELECTRONIC MAIL**

Mr. James Meinert
Conservation Law Foundation, Inc.
62 Summer Street
Boston, MA 02110

      Re:    *Conservation Law Foundation v. Shell Oil Products U.S., et al.*

Dear Mr. Meinert:

      On behalf of Defendant Shell, we have uploaded production volume NHVN056 to ShareFile. This production contains the second volume of Shell Expert's Relied Upon Material. The documents in this production are being provided in native format and should be treated as 'Confidential' material. The Bates range for this production is as provided in the chart below.

| Bates Ranges | Custodian |
| --- | --- |
| Kovich_000001 through Kovich_000002 | Eric Kovich |
| McCay_000007 through McCay_000037 | Debbie McCay |

      This production is not intended to, and does not, waive any applicable privilege or protection, including the attorney-client privilege or work product protection. If any privileged information is included in this production, such production was inadvertent and not intended to be a waiver of any applicable privilege or protection, and we respectfully request the prompt return of such privileged material.

      If you have any questions, please let me know.

      /s/_____
      Rose H. Jones

Cc:      Douglas A. Henderson (dhenderson@kslaw.com)
          Antonio E. Lewis (alewis@kslaw.com)
          Roy D. Prather III (RPrather@bdlaw.com)
          Bina R. Reddy (breddy@bdlaw.com)
          Anthony G. Papetti (apapetti@bdlaw.com)
          Christopher M. Kilian (ckilian@clf.org)
          James Crawley (jcrowley@clf.org)
          Kenneth Rumelt (krumelt@clf.org)