# EXHIBIT 7

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF CONNECTICUT

 3

 4  CONSERVATION LAW FOUNDATION,
    INC.,
 5
                    Plaintiff,
 6
        vs.                    Civil Action No. 3:21-cv-
 7                                            00933-VDO

 8  SHELL OIL COMPANY, EQUILON
    ENTERPRISES LLC D/B/A SHELL OIL
 9  PRODUCTS US, SHELL PETROLEUM,
    INC., TRITON TERMINALING LLC,
10  and MOTIVA ENTERPRISES LLC,

11                  Defendants.

12  ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

13

14              VIDEOTAPED DEPOSITION OF

15              CRAIG ALEXANDER JONES, Ph.D.

16          CONDUCTED REMOTELY VIA ELITIGATE

17

18                  September 4, 2025

19                     8:33 A.M.

20

21                Santa Cruz, California

22

23

24

25      Vanessa Harskamp, RPR, CRR, CRC, CSR No. 5679
```



1  that informs your report?

2      A.   Chris Flanary assisted me with those models.

3      Q.   Do you have any opinions on storm surge

4  modelling?

5           MR. HENDERSON:  Object to the form of the

6  question.

7           THE WITNESS:  Yeah.  Do you mean in general or

8  specifically referring to my report?

9  BY MS. TADIO:

10     Q.   Specifically in your expert report, are there

11  any opinions on the storm surge modelling?

12     A.   I don't believe I have.  I have opinions

13  informed by storm surge modelling.  I don't believe I

14  have a direct opinion in the report on storm surge

15  modelling.  Storm surge assessment and general

16  understanding of storm surge is certainly an integral

17  part of my work here, though.

18     Q.   What is the name of the model that you are

19  relying on?

20     A.   The key models are relying on FEMA flood plain

21  maps that are informed by models that FEMA commissions;

22  the NACCS model, which I reference in the report; the

23  Delft Flexible Mesh model which I use.  And then the

24  Tank Failure Probability model, which is even, I

25  apologize, and I'm going to mispronounce the author's



1 names, is based on a peer-reviewed literature model from

2 Khakzad, and I apologize, I don't want to butcher their

3 names, but that I reference in the report.

4     Q.   Is there a written report of these various

5 models?

6     A.   Yes.  The FEMA work would be documented on the

7 FEMA website with background materials.

8         The NACCS model is documented online, and I

9 have a link to it in my report.

10         The Delft FM model has documentation

11 associated with it, and, again, the Khakzad and Gelder

12 model is documented in their report, as well as other

13 follow-on documents that discuss these models.

14     Q.   So of the FEMA model, the NACCS model, the

15 Delft3D FM model, which of those are the hydrodynamic

16 modelling?

17     A.   All of those have hydrodynamic components to

18 them.

19     Q.   And who specifically completed that modelling?

20     A.   No, the FEMA modelling was conducted under the

21 direction of FEMA.  The NACCS modelling was conducted

22 under the umbrella of the Army Corps of Engineers, but

23 in conjunction with NOAA and others, and the Delft FM

24 model was conducted by myself and Chris Leonard.

25     Q.   And the modelling that you did use to inform



CRAIG ALEXANDER JONES PH.D.                    September 04, 2025
Conservation Law vs Shell Oil Co.                              137

```
 1  your report, so, for example, FEMA and the NACCS
 2  modelling, did you speak to the people that completed
 3  that modelling?
 4       A.   No, I did not.
 5       Q.   Are you offering any opinions on Integral
 6  modelling?
 7            MR. HENDERSON:  Object to the form of the
 8  question.
 9            THE WITNESS:  Yeah, I -- am I offering
10  opinions informed by the Integral modelling?  Was that
11  your question?
12  BY MS. TADIO:
13       Q.   Yes, correct.  Are you offering any opinions
14  on Integral modelling?
15       A.   My opinions are informed by the Integral
16  modelling, yes.
17       Q.   Okay.  So you are not offering any opinions on
18  the Integral modelling then; correct?
19            MR. HENDERSON:  Object to the form of that
20  question.  Could you repeat that?
21            THE WITNESS:  Yeah.
22  BY MS. TADIO:
23       Q.   Yeah, I'm just trying to make sure that we
24  have clear for the record, you are not offering any
25  opinions on the Integral modelling; is that correct?
```



1        A.    My opinions are informed by the Integral

2   modelling.

3        Q.    Thank you for that clarification.

4              And you are not a flood modeler; correct?

5              MR. HENDERSON:  Object to the form of the

6   question and the foundation of the question.

7              THE WITNESS:  My graduate work was in

8   hydrodynamic modelling of surface water flows.  And I

9   have spent my entire career directing and conducting

10  modelling efforts that include flooding components, so I

11  consider myself a flood modelling expert, yes.

12  BY MS. TADIO:

13       Q.    Okay.  Great.  Could you please show me where

14  in your report you completed the flood modelling?

15       A.    The flood modelling for our work, I relied on

16  NACCS water level data to look at loadings on the tanks.

17  Work that Dr. French McCay relied on, I believe, was

18  informed by additional modelling that we had done that I

19  did not report on in my expert report.

20       Q.    Dr. Jones, have you completed modelling for

21  the New Haven Terminal?

22       A.    Yes.

23       Q.    Which modelling?

24       A.    The Delft FM model that is included as an

25  appendix in the French McCay report and the tank



 1 | modelling -- the tank risk modelling that is included in
 2 | my report.
 3 |     Q.   Have you ever certified a SWPPP in New Haven
 4 | Connecticut?
 5 |          MR. HENDERSON:  Object to the form of the
 6 | question.
 7 |          Actually, I couldn't understand the question.
 8 |          Could you repeat that, Anna?  Anna, I'm sorry.
 9 |          MS. TADIO:  Sure.  Yep.
10 | BY MS. TADIO:
11 |     Q.   Have you ever certified a SWPPP in New Haven
12 | Connecticut?
13 |     A.   No, I have never performed in a regulatory
14 | capacity to certify a SWPPP.
15 |     Q.   Have you ever performed a Climate Risk
16 | Assessment for the New Haven Terminal?
17 |          MR. HENDERSON:  Excuse me.  Again, I'm not
18 | being dense.  What is the last part of your question?
19 | I'm just -- it's tailing off for me.  I apologize.
20 | BY MS. TADIO:
21 |     Q.   I'll repeat:  Have you ever performed a
22 | Climate Risk Assessment for the New Haven Terminal?
23 |     A.   The work that I present here has climate risk,
24 | coastal hazard in particular, assessment in it.  This is
25 | the first time I have performed this work for the New



CRAIG ALEXANDER JONES PH.D.                    September 04, 2025
Conservation Law vs Shell Oil Co.                                  171

```
 1                  REPORTER'S CERTIFICATION

 2

 3          I, Vanessa Harskamp, Certified Shorthand

 4  Reporter in and for the State of California, do hereby

 5  certify:

 6          That the foregoing witness was by me duly

 7  sworn; that the deposition was then taken before me at

 8  the time and place herein set forth; that the testimony

 9  and proceedings were reported stenographically by me and

10  later transcribed into typewritten form under my

11  direction; that the foregoing is a true record of the

12  testimony and proceedings taken at that time.

13          I further certify that I am not related to any

14  of the parties to this action by blood or marriage, and

15  that I am in no way interested in the outcome of this

16  matter.

17          IN WITNESS WHEREOF, I have subscribed my name

18  this 9th day of September, 2025.

19

20

21

22

23  _____

24      VANESSA HARSKAMP, RPR, CRR, CCP, CSR NO. 5679

25
```

