# EXHIBIT A

**to Plaintiff Conservation Law Foundation's Opposition to Defendants' Motion to Exclude the Testimony of Phillip Pasteris, M.S.**

**FILED UNDER SEAL**