# EXHIBIT B

**to Plaintiff Conservation Law Foundation's Opposition to Defendants' Motion to Exclude the Testimony of Phillip Pasteris, M.S.**

Page 1

1         IN THE UNITED STATES DISTRICT COURT
2            FOR THE DISTRICT OF CONNECTICUT
3                  No. 3:21-cv-00933-JAM
4    CONSERVATION LAW FOUNDATION, INC.,    )
                                           )
5                 Plaintiff,               )
         vs.                               )
6                                          )
     SHELL OIL COMPANY, EQUILON            )
7    ENTERPRISES LLC D/B/A SHELL OIL       )
     PRODUCTS US, SHELL PETROLEUM INC.,    )
8    TRITON TERMINALING LLC, and MOTIVA    )
     ENTERPRISES, LLC,                     )
9                                          )
                  Defendant.               )
10   _____)
11
12
13
14              VIDEOTAPED DEPOSITION OF
15                  PHILLIP PASTERIS
16            Taken in behalf of Defendants
17                      *   *   *
18                 September 3, 2025
19
20                  Portland, Oregon
21
22
23
24   Priscilla (Pia) Harris, CCR
25   Court Reporter

1    Q    Are you aware that Mr. O'Donnell is the
2    executive director of CIRCA?
3    A    No.
4    Q    Do you have any view one way or another
5    whether or not your opinions might be duplicative of
6    his opinions?
7         MR. MAZINGO:  I'm going to object to form of
8    this.
9         THE WITNESS:  I have no way of knowing.
10   Q    (By Mr. Craven) You indicated that you did
11   review Dr. Jones's report; true?
12   A    True.
13   Q    And his report has his qualifications; true?
14   A    True.
15   Q    Any opinions about his qualifications that
16   you intend to offer in this case?
17   A    None to offer.
18   Q    Any opinions about the methodology that
19   Dr. Jones used in connection with his report?
20        MR. MAZINGO:  I'm going to object to that as
21   vague.
22        THE WITNESS:  None to offer.
23   Q    (By Mr. Craven) It's my understanding that
24   you have no evidence that there's been any releases
25   from the facility related to any storm events in the

1   past?
2   　　　　　MR. MAZINGO:  Object to form.
3   　　　　　THE WITNESS:  That is correct.
4   　　Q   (By Mr. Craven) And you also do not intend
5   to offer an opinion as to the effects of a
6   particular storm on the structure of the facility in
7   the future?
8   　　　　　MR. MAZINGO:  Object to form.
9   　　　　　THE WITNESS:  I'm trying to clarify if
10  there's a structural recommendation or anything.  I
11  have no opinion.
12  　　Q   (By Mr. Craven) My understanding is is
13  that one of your opinions has to do with increased
14  precipitation in the Northeast region; true?
15  　　A   Correct.
16  　　Q   And even though you have that opinion you
17  haven't applied that opinion as to what impact it may
18  have on the actual facility, your opinion is related
19  to the increase in precipitation; true?
20  　　A   That is correct.
21  　　Q   In your report you reference a 2009
22  roundtable.  Do you recall that?
23  　　A   Correct.
24  　　Q   Do you recall whether or not anyone from
25  Shell attended that roundtable?

```
 1       A    Yes.
 2       Q    And did someone from Shell attend that
 3  roundtable?
 4       A    Yes.
 5       Q    Who was it from Shell that attended that
 6  roundtable?
 7       A    I do not have the name.
 8       Q    Who would have that name?
 9       A    I think --
10            MR. MAZINGO:  Object to form and calls for
11  speculation.
12            THE WITNESS:  The forum was convened by Jan
13  Dell.
14       Q    (By Mr. Craven) So the 2009 round that I
15  believe you're referring to in your report was
16  something convened by Jan Dell?
17       A    Correct.
18       Q    And you have a recollection that there was
19  someone from Shell that attended that?
20       A    Correct.
21       Q    But you don't know who that was?
22       A    No.
23       Q    And you don't have any records related to
24  that available to you at your home or in a box or
25  something like that?
```

1     A    The name of the attendee, no.
2     Q    Do you have the materials from that 2009
3  roundtable?
4     A    I have materials that were presented to the
5  roundtable.
6     Q    And have you provided the materials from
7  that 2009 roundtable to counsel for CLF?
8          MR. MAZINGO:  Object to form.
9          THE WITNESS:  Not that I'm aware of.
10    Q    (By Mr. Craven) But you personally have
11 those materials?
12    A    I have those materials.
13    Q    Is that something that you would be willing
14 to provide to counsel for CLF?
15    A    I'd say the following.  It is a private
16 client, ConocoPhillips was, so I don't know what the
17 procedure would be.
18         MR. MAZINGO:  And I'll, again, just put this
19 on the record.  I'm unaware of any legal obligations
20 Mr. Pasteris may be under with his previous clients as
21 far as non-disclosure agreements, anything like that.
22 I would encourage him to seek legal counsel on those
23 issues with that, so...
24    Q    (By Mr. Craven) What I'm trying to
25 ascertain here, Mr. Pasteris, you personally don't

1   have an objection to providing those materials to
2   counsel for CLF, but you would have to check with
3   your former employer or whoever it was to determine
4   whether or not that material is private?
5       A    I think the words that you started the
6   question with might be a little bit -- first of all,
7   with a private client there's several steps to this.
8            One is the CH2M Hill company that was, you
9   know, in charge of this, I've not released anything
10  from CH2M Hill to anybody previously.  So you've got a
11  step here CH2M Hill, then Conoco, and moving on.
12           So, I'm -- I have the information and I'd
13  say that in the context of this question I can't
14  answer it unless you formulate another question for
15  me.
16      Q    So my first question is do you have the
17  materials related to the 2009 roundtable presentation
18  that you referenced in your report?
19      A    Yes.
20      Q    And what materials does that consist of?
21      A    PowerPoint presentation.
22      Q    And other than the PowerPoint presentation
23  from the 2009 roundtable presentation do you have any
24  other documents related to that?
25      A    There were emails from Jan Dell and myself

1    getting prepared for the presentation.
2            MR. MAZINGO:  I'm just going to put on the
3    record if you guys are seeking production of these
4    materials you're going to have to go to the court for
5    that.  He's not under any obligation to produce things
6    from his prior clients.  Again, I don't know what his
7    legal obligations were but that's something you can
8    take up with the judge.
9        Q    (By Mr. Craven) Are you relying upon this
10   2009 roundtable presentation in your report for
11   anything?
12       A    It's referenced.
13       Q    And what was your specific role in that
14   presentation?
15       A    I was given the task to identify about a
16   dozen different climate-related or environmental
17   impacts of climate on four or five of the activities
18   that an oil company works in, and those are listed in
19   the report.
20       Q    If you look at page 5 of your report.
21       A    Yes.
22       Q    The second paragraph, sir, starting with the
23   word the roundtable?
24       A    Focus, yes.
25       Q    Did you present on all of the, what are

1   enumerated five topics after that, or did Jan Dell
2   present on some and you presented on some?
3        A    Jan Dell presented on the vast majority of
4   those.
5        Q    What specific did you present out of those
6   five, if anything?
7        A    What happened was my assessments of ambient
8   air temperature, length of season for the summer, sea,
9   ice, thickness and coverage, snow depth and coverage
10  on page 6, each one of these 12 topics were in depth
11  and analyzed and presented in a PowerPoint.  And then
12  they were taken by Jan Dell and translated into these
13  five things that you talked about a minute ago.
14       Q    So you presented on the topics that are
15  listed on page 6 of your report starting with ambient
16  temperature increase?
17       A    Correct.
18       Q    And ended with ocean pH?
19       A    Correct.
20       Q    And as a result of your portion of the
21  presentation was there some sort of grid or chart made
22  that was presented to the attendees?
23            MR. MAZINGO:  Object to form.
24            THE WITNESS:  Yes.
25       Q    (By Mr. Craven) And do you have a

1   recollection that that grid or chart was what was
2   presented in the 2010 paper talked about on page 5?
3        A    Parts of it were.  I can't say exactly which
4   ones, but Jan Dell was the primary author.
5        Q    The paper that's referenced on page 5, the
6   2010 paper regarding projected impacts?
7        A    Right.
8        Q    Do you see that?
9        A    Yes.
10       Q    Is that a paper that stemmed from the 20 --
11  2009 roundtable?
12       A    I don't know if it stemmed to it but it was
13  part of the process.
14       Q    Was the paper that arose from -- strike
15  that.
16            Was the 2010 paper encompass the information
17  that was presented in the 2009 roundtable?
18            MR. MAZINGO:  Object to form.
19       Q    (By Mr. Craven) Let -- the paper has been,
20  the 2010 paper has been produced in the case.
21       A    Okay.
22       Q    Okay?
23       A    Yes.
24       Q    So what I'm wondering is is there anything
25  in the 2009 roundtable materials that you have that

1    isn't in the 2010 paper?
2         A    I can't -- I don't know right now.
3         Q    Okay.
4         A    I would have to review for each one of the
5    12 things to see what happened.
6         Q    Okay.  Do you have a recollection that the
7    2010 paper had a grid with it?
8         A    I believe it did.  You can -- if you have it
9    in hand you can verify that.
10        Q    And do you have a recollection whether there
11   was a grid for increased precipitation?
12             MR. MAZINGO:  I'm going to object to this to
13   the extent it's asking about something that's in a
14   document that's not in front of him.
15             THE WITNESS:  Yes.
16        Q    (By Mr. Craven) And do you have a
17   recollection that -- referring back to the second
18   paragraph on page 5 where we talked about the
19   roundtable?
20        A    Correct.
21             MR. MAZINGO:  Object to form.
22        Q    (By Mr. Craven) So my question is do you
23   have a recollection that the grid included columns
24   for each of these five areas?
25             MR. MAZINGO:  Again, I'm just going to

1  object, the document speaks for itself, and if you
2  have something in front of him.
3              THE WITNESS:  I do not have the document in
4  front of me so I can't speak to the accuracy of what
5  you're asking.
6       Q    (By Mr. Craven) Do you have a recollection
7  that that paper talked about various risks related
8  to different portions of the oil and gas industry?
9              MR. MAZINGO:  Same objection.  To the extent
10 this is asking about something there's in a document
11 that he doesn't have, his recollection's irrelevant,
12 just show him the document.
13             THE WITNESS:  I do not recall.
14      Q    (By Mr. Craven) Do you have a recollection
15 of the 2010 paper talking about a project in Alaska?
16             MR. MAZINGO:  Again, objection, object to
17 this line of questioning, what he recalls to be in a
18 document that speaks for itself is irrelevant.
19             THE WITNESS:  I do not recall without seeing
20 the paper in front of me.
21      Q    (By Mr. Craven) Okay.  Have you reviewed
22 any EPA documents related to industrial stormwater
23 permits?
24      A    No.
25      Q    Have you reviewed any EPA guidance related

1   to industrial stormwater permits?
2       A   No.
3       Q   Have you reviewed any oil and gas storage,
4   bulk storage terminal facility surveys?
5           MR. MAZINGO:  Object to form.
6           THE WITNESS:  I don't know what a survey is
7   in this context.
8       Q   (By Mr. Craven) Have you reviewed any
9   surveys?
10      A   No.
11      Q   So the answer to my prior question would
12  have been no?
13      A   No.
14          MR. MAZINGO:  Object, mischaracterizes the
15  witness's testimony.
16      Q   (By Mr. Craven) You have not reviewed any
17  surveys related to the oil and gas bulk storage
18  terminals for purposes of this case; true?
19          MR. MAZINGO:  Objection to the term surveys,
20  it's ambiguous.
21          THE WITNESS:  I cannot answer that without
22  the clear definition of what a survey is, who created
23  the survey, under what form, if it's government
24  survey, state survey, I cannot answer the question.
25      Q   (By Mr. Craven) Have you reviewed any