# EXHIBIT 2

The Honorable Charles E. Schumer                                              May 4, 2022
Majority Leader
United States Senate Washington
D.C. 20510

The Honorable Mitch McConnell Minority
Leader
United States Senate Washington
D.C. 20510

The Honorable Thomas Carper
Chairman, Committee on the Environment and Public Works
United States Senate
Washington D.C. 20510

The Honorable Shelley Moore Capito
Ranking Member, Committee on the Environment and Public Works
United States Senate
Washington D.C. 20510


Re: Letter of Support for David M. Uhlmann


Dear Majority Leader Schumer, Minority Leader McConnell, Chairman Carper and Ranking
Member Capito:

The USEPA's enforcement of the Clean Water Act, the Clean Air Act and other environmental
statutes has declined sharply in the past few years, exposing vulnerable communities to higher
levels of illegal pollution and law-abiding companies to unscrupulous competitors. We
respectfully request that the Senate give EPA a fair opportunity to reverse this trend by
confirming David Uhlmann as the Agency's new enforcement chief as soon as possible.

Between the 2018 and 2021 fiscal years, the number of inspections, criminal investigations,
civil cases initiated or concluded, defendants charged with environmental crimes, and amounts
violators paid for cleanup declined about 50% when average annual results are compared to
2002-2017 (details in chart below). Political indifference or hostility to environmental
enforcement explains part of the decline, but so do budget cuts that have eliminated more than
22% of EPA's enforcement workforce since President George W. Bush's second term.

For many years, Republicans and Democrats have agreed that weakening enforcement of the
Clean Water Act, Clean Air Act and other environmental laws enacted by Congress jeopardizes
public health and our natural resources, undermines environmental justice, and gives violators
an unfair advantage over companies that work hard to stay in compliance. Confirming Mr.
Uhlmann's appointment as EPA's enforcement chief would signal a welcome return to this
bipartisan tradition.

David Uhlmann was nominated to serve as the Assistant Administrator of the Office of Enforcement and Compliance on June 23, 2021 (and renominated January 4, 2022). More than ten months later, the Senate has yet to confirm his appointment, leaving EPA's beleaguered enforcement staff without a leader who can speak for the Biden Administration. No controversy or questions about Mr. Uhlmann's fitness for the job or his personal or professional integrity emerged during the Committee's hearing on his nomination last September or in the seven months since.

Mr. Uhlmann, a distinguished Professor of Environmental Law at the University of Michigan, spent seventeen years at the U.S. Department of Justice, the last seven as Chief of its Environmental Crimes Section between 2000 and 2007. His nomination is enthusiastically supported by both the environmental community and prominent law firms representing regulated industries. He has been endorsed by career veterans and high-ranking political appointees serving both Republican and Democratic Presidents, including Deputy Attorney General for the United States Larry Thompson (2001-2003); Assistant U.S. Attorney Generals for the Department of the Environment and Natural Resources Lois Schiffer (1994-2001), Tom Sansonetti (2001-2005), Ronald J. Tempas (2007-2009) and John Cruden (2015-2017); and former Assistant Administrators for EPA's Office of Enforcement and Compliance Assurance Steven A. Herman (1993-2001), Granta Nakayama (2005-2009) and Cynthia Giles (2009-2016).

Given the broad, bipartisan support for a nomination that has been pending for more than ten months we hope the Senate will be given the chance to confirm Mr. Uhlmann at the earliest opportunity. Senators who have decided to oppose every nominee the Biden Administration puts forward, regardless of their merit, will be free to vote no. But we are optimistic that a majority will show their support for enforcing our environmental laws by giving this highly qualified nominee the chance to return to public service.

Thank you for considering our views.

Eric Schaeffer
Executive Director
Environmental Integrity Project

Fred Krupp
President
Environmental Defense Fund


Abbie Dillen
President
Earthjustice

Howard Lerner
Executive Director
Environmental Law & Policy Center

### NATIONAL, STATE, AND COMMUNITY-BASED ENVIRONMENTAL ORGANIZATIONS

Eric Schaeffer
Executive Director
Environmental Integrity Project

Ramon Cruz
Executive Director
Sierra Club

Abbie Dillen
President
Earthjustice

Ebony Martin
Co-Executive Director
Greenpeace USA

Lisa Frank
Executive Director
Washington Legislative Office
Environment America

Matthew Davis
Senior Director of Government Affairs
League of Conservation Voters

Lynn Thorp
National Campaign Director
Clean Water Action

Jon A. Mueller
Vice President and
Richard T. Pelham Chair for Litigation
Chesapeake Bay Foundation

Joe Minott, Esq.
Executive Director and Chief Counsel
Clean Air Act Council

Frederick L. Tutman
Executive Director
Patuxent Riverkeeper

Angela Taranto
Allegheny County Clean Air Now (ACCAN)

Fred Krupp
President
Environmental Defense Fund

Manish Bapna
President and CEO
Natural Resources Defense Council

Howard Lerner
Executive Director
Environmental Law & Policy Center

Brad Campbell
President
Conservation Law Foundation

Abby Tinsley
Associate Vice-President
Policy & Legislative Affairs
National Wildlife Federation

Robin Schneider
Executive Director
Texas Campaign for the Environment

Mike Tidwell
Director
Chesapeake Climate Action Network

Nancy Stoner
President
   Potomac Riverkeeper Network

Alison Steele
Executive Director
Environmental Health Project

Ted Evgeniadias
Executive Director
Lower Susquehanna Riverkeeper

Jennifer Hadayia, MPA
Executive Director
Air Alliance Houston

Judith Enck
President, Beyond Plastics
Former EPA Regional Administrator, Region 3

Jane Williams
Executive Director and Chief Counsel
California Communities Against Toxics

Hannah Connor
Senior Attorney, Environmental Health
Center for Biological Diversity

David Reed
Executive Director
Chesapeake Legal Alliance

Rose Garr
Government Affairs Director
Climate Action Network

Julie Dicenzo
Community Outreach Coordinator
Communities First Sewickley Valley (PA)

Mike Andrews
Community Advocates for Economy (PA)

Betty Wiley
President
Dunkard Creek Watershed Association (WV, PA)

Magali Sanchez-Hall
Executive Director
EMeRGE

Patrick Campbell
Executive Director
Group Against Smog & Pollution

Scott Eustis
Community Science Director
Healthy Gulf

Matthew Davis
Senior Director of Government Affairs
League of Conservation Voters

Matthew Mehalik, Ph.D
Executive Director
Breathe Project (PA)

Robert Ukeily
Senior Attorney
Center for Biological Diversity

Evey Mengelkoch
Change the Chamber
Lobby for Climate

Shannon Simpson
Executive Director
Climate First: Replacing Oil and Gas

Virginia Palacios
Executive Director
Commission Shift (TX)

Gail Murray
Communications Director
Communities First Sewickley Valley (PA)

Kyli Wagner
Executive Director
Defend our Future

Howard M. Rieger, Ph.D.
Convener
 East End Neighbors (PA)

Rajani Vaidyanathan
Spokesperson
FCA Cares (PA)

Rev. Dr. Ambrose F. Carroll
Founder
Green the Church

Wilma Subra
Technical Advisor
Louisiana Environmental Action Network

Sally Stockwell
Conservation Director
Maine Audubon Society

Lisa Wozniak
Executive Director
Michigan League of Conservation Voters

Christine Graziano
President
Plant Five for Life

Gillian Garber
Executive Director
Protect Penn Township (Protect PT)

Bill Bunch
Executive Director
Save Our Springs Alliance (TX)

Verna Harrison
Verna Harrison Associates, LLC

Linda Frame
President
West Virginia Environmental Council

Joshua Kratka
Senior Attorney
National Environmental Law Center

Scott Taylor
President
Protect Elizabeth Township (PA)

Tricia Cortez
Executive Director
Rio Grande International Study Center

Juan Parras
Director
T.E.J.A.S.

Caleb Merendino
Co-Executive Director
Waterway Advocates

## US ENVIRONMENTAL PROTECTION AGENCY ALUMNI

Bernadine Abbott Hoduski
Kansas City, MO
Former Librarian, EPA Region 7

Bill Arguto
Former Acting Branch Chief, Water Division, EPA Region 3

Cindy Anderson
Chevy Chase, MD
Former Attorney-Advisory, Office of General Counsel

John Bachmann
Chapel Hill, NC
Former EPA Associate Directory of Science/Policy and New Programs,
EPA/OAR's Office of Air Quality and Standards

William Baker
New York, NY
Former EPA Senior Air Policy Advisor, EPA Region 2

Maureen Barden
Former Assistant Regional Counsel, EPA Region 3

Dr. Donald Barnes
Alexandria, VA
Former Director of EPA Science Advisory Board (1990-2002)

Bonnie Bellow
Brooklyn, NY
Former EPA Public Affairs Director, EPA Region 2

Vicky Binetti
Sewell, NJ
Former Associate Director, Water Protection Division, EPA Region 3

Bob Blaszczak
Cary, NC
Retired Environmental Engineer, OAQPS, Office of Air & Radiation, EPA

Bruce Buckheit
Former Director, Air Enforcement Division, OECA

USEPA ALUMNI (cont'd)

Bonnie Bush
Chicago, IL
Environmental Engineer/Enforcement Officer, Region 5 Air Enforcement

Dave Calkins
Orlinda, CA
Former EPA Chief of Air Programs, EPA Region 9

Bradley Campbell
Boston, MA
Former Regional Administrator, EPA Region 3

Carol Campbell
Former Assistant Regional Administrator, Ecosystem Protection and Remediation, EPA Region 8

Isabel Chamberlain
Former EPA National Expert on Trace Metal Analyses in Environmental Samples, Inorganic Chemistry
Team Leader for Region 10

Tai-ming Chang
Blue Bell, PA
Former EPA Deputy Director, Environmental Assessment and Innovation Division

David Chin
Environmental Engineer, EPA Region 1, Drinking Water Program, SRF Program, Infrastructure Grants

Kerrigan Clough
Evergreen, CO
Retired Deputy Regional Administrator, EPA Region 8

Lori Cohen
Former Associate Director, Office of Environmental Cleanup, EPA Region 10

Kris Colt
Former Manager, Pollution Prevention and Materials Management Unit, EPA Region 10

John Cross
Former EPA Branch Chief CERCLA Enforcement Division, Headquarters

Patrick Crotty
Former Engineer Director, USPHS, Former Drinking Water Branch Chief, EPA Region 8

George Czerniak
Homer Glen, IL
Former EPA Director, Air and Radiation Division, EPA Region 5

USEPA ALUMNI (cont'd)

Lee Daneker
Former Supervisor Aquatic Resources Unit, EPA Region 10

Susan Dax
Deputy Director, Office of Financial Management, OCFO

Linda Deschambault
Former UESPA Region 9

Jim Dougherty
Former EPA Attorney/Section Chief - OECA (RCRA/CERLA Enforcement)

Bill Early
Former Deputy Regional Administrator, EPA Region 3

Alan Eckert
Former EPA Associate General Counsel for Air and Radiation

David Farrel
Former Chief, Office of Federal Activities, EPA Region 9

Lisa Friedman
Former EPA Associate General Counsel, Office of General Counsel

Robert Friedrich
Middletown, MD
Former Deputy Associate General Counsel

Barbara Elkus
Washington, DC
Former EPA Deputy Director, Office of Ground Water and Drinking Water

Penelope Fenner-Crisp
Former EPA Health Effects Division Director, Office of Pesticide Programs

Deborah Flood
Bainbridge Island, WA
Former EPA Section Chief, Office of Compliance and Enforcement, EPA Region 10

Roy Gamse
Senior Executive Service as Former Deputy Assistant Administrator for Planning and Evaluation

John Gevertz
Environmental Scientist, Office of Pesticides and Toxic Substances

<u>USEPA ALUMNI (cont'd)</u>

Ken Gigliello
Frankford, DE
Former Associate Director, CAMPD, Office of Enforcement and Compliance Assurance

Elliot Gilberg
Washington, DC
Former Director, Office of Site Remediation Enforcement (OECA)

Marcia Ginley
Retired Senior Enforcement Attorney/Advisor, Office of Enforcement & Compliance Assurance
AED, WFO

Aaron Goldberg
Former Attorney-Advisor, Office of General Counsel

Daniela Golden
Former EPA Financial Analyst, RCRA Enforcement Program, EPA Region 8

Jesse Goldfarb
Former Special Assistant to the Assistant Administrator,
Office of Enforcement and Compliance Monitoring

Virginia Gorsevski, Ph.D.
Former Program Manager at USEPA, Office of Air and Radiation

Allen Greenberg
Washington, DC
Former EPA Director of Transportation Partners Program

Richard Gross
Guilford, CT
Former EPA Chief of the Existing Chemical Control Branch, Office of Toxic Substances

Lisa Haage
Former Supervisory Attorney, Office of Regional Counsel, EPA Region 9

Ed Hanley
Former Deputy Assistant Administrator for Management and Administration

James Hanson
Former Section Chief, Superfund Program, EPA Region 9

Deborah Hartman, Esq.
EPA Office of Pesticide Programs

USEPA ALUMNI (cont'd)

Marion Herz
Bethesda, MD
EPA Former Chief of Staff, Office of Compliance, Office of Enforcement and Compliance Assurance

John William Hirzy, Ph.D.
Former EPA Senior Scientist

Jon Jacobs
Washington, DC
Former EPA Senior Counsel, Office of Criminal Enforcement, Forensics & Training/OECA

Tim Jones
EPA Office of Water

Rick Karl
Mill Spring, NC
Superfund Division Director, EPA Region 5

Lester Kaufman
Mill Valley, CA
Former Manager, Underground Storage Tanks Program, EPA Region 9

Stephen Keach
Former Program Analyst, Regional and State Planning Division (1990s)

Jim Ketcham-Colwill
Arlington, VA
Former Policy Analyst, Office of Air and Radiation

Nancy Ketcham-Colwill
Arlington, VA
Former Chief of Staff, Office of Air & Radiation

Monica Kirk
Depoe Bay, OR
Former Assistant Regional Attorney, Region 10, 1986-86; Portland, 1996-2012

Dave Kling
Vienna, VA
Former EPA Associate Administrator for Homeland Security

Elaine Koerner
Former Office of the Administrator, Designated Federal Officer,
Presidential Advisory Committee, Good Neighbor Env. Board

USEPA ALUMNI (cont'd)

Nancy Harney
EPA Federal Facilities Program Manager, EPA Region 10

Ron Kreizenbeck
Former Deputy Regional Administrator, EPA Region 10

Ellen Kurlansky
Washington, DC
Former Policy Analyst, Office of Air and Radiation

Michael H. Kulik
Havertown, PA
Former EPA Director of Public Affairs, EPA Region 3

John La Padula
Former Deputy Directory, Emergency and Remedial Response Division, Region 2

Stan Laskowski
Former Deputy Regional Administrator, EPA Region 3, 1982-97

Montel Livingston
Former Associate Director, Office of Management Programs, EPA Region 10

Teresa N. Lukas
Longmont, CO
Former Associate Regional Counsel, EPA Region 8

Bharat Mathur
Former Acting Regional Administrator, EPA Region 5

Frances McChesney
Former EPA Senior Counsel, California Water Resources Control Board

Dan McGovern
Former Regional Administrator, Region IX,
Administrations of Presidents Ronald Reagan and George H. W. Bush

Chilton McLaughlin
Paola, KS
Environmental Engineer, EPA Region 7

Patricia Meaney
Brookline, MA
Former EPA Director of the Management Division

USEPA ALUMNI (cont'd)

Bruce Means
Washington, DC
Former EPA Manager in the Office of Superfund Remediation and Technology Innovation

Dan Menotti
Potomac, MD
Former EPA Associate General Counsel for Air and Radiation

Anne Miller
Arlington, VA
Former EPA Director of the Office of Federal Activities, Office of Enforcement and Compliance Assurance

Marty Monell
Rehobeth Beach, DE
Former EPA Deputy Director, Office of Pesticide Programs

Kate Montague Perry
Former Attorney-Advisor, Office of Enforcement and Compliance Assurance

Frank Montarelli
Centennial, CO
Former EPA Senior Public Affairs Advisor, EPA Region 8

Linda Murray
Former EPA Special Assistant to Director, Health Effects Division, Office of Pesticide Programs

Carl Meyers
Sarasota, FL
Former Deputy Director, Assessment & Watershed Protection Division, Office of Water

Anne Nutt
Former Associate Regional Counsel, Office of Regional Counsel, EPA Region 9

Elizabeth Obenshain
Atlanta, GA
Former Regional Criminal Enforcement Counsel, EPA Region 4

Don Olson
Former Branch Chief, Water Enforcement Division, OECA

Richard Ossias
Colebrook, NH
Former EPA Associate General Counsel for Air and Radiation, Office of General Counsel

<u>USEPA ALUMNI (cont'd)</u>

Ron Outen, Ph.D.
Bethesda, MD
Former Office of Toxic Substances

John T. Owens III
Former Director Office of Site Remediation and Restoration EPA Region 1

Patrick Parenteau
Former Regional Counsel, Region 1
Professor of Law & Senior Counsel, Environmental Advocacy Clinic, Vermont Law School

Maria Parisi Vickers, Esq.
Philadelphia, PA
Former Deputy Director, Office of Resource Conservation and Recovery

Carole Parker
Arlington, VA
Former EPA Environmental Protection Specialist, Office of Pesticide Programs

Vickie Patton
Former Attorney-Advisor, Office of the General Counsel

Chester Pauls
Former Chief, Compliance and Enforcement Section, EPA Office of Drinking Water under Vic Kimm

S. Stephen Platt
Formerly National Expert, Underground Injection Control Program,
Safe Drinking Water Act Branch, EPA Region 3

Erv Pickell
Mobile Source Enforcement Branch, OECA

Eydie Pines
Environmental Engineer OSWER/OSW/MISWD, Product Stewardship Advocate

Keri Powell
Decatur, GA
Former Senior Clean Air Act Attorney, Office of Regional Counsel, EPA Region 3

Ann Prezyna
Former Deputy Regional Counsel, EPA Region 10 (Retired)

Stephen Ralph
Winthrop, WA
Former EPA Regional Salmon Ecologist, EPA Region 10

USEPA ALUMNI (cont'd)

Larry Reed
Durham, NC
Former Deputy Director of the Office of Superfund Remediation and Technology Innovation (OSRTI)

Mario Salazar
Environmental Engineer, National Technical Expert on Injection of Hazardous Waste

Joe Santarella
Special Regional Criminal Enforcement Counsel, EPA Region 8, Criminal Investigation Division

Rita Schoeny
Washington, DC
Former EPA Senior Science Advisor, Office of Science Policy, ORD

Sara Schneeburg
Former Assistant General Counsel, Air and Radiation Law Office EPA

David Schulz
National Power Industry Oracle, EPA Region 5 Air Enforcement

Susan Schwartz
Dagsoboro, DE
Former EPA Deputy Director, Office of Wetlands, Oceans, and Watersheds, Office of Water

Mark Schweisberg
Merrimac, MA
Former Chief, Wetlands Protection Program, EPA Region 1

Jessica Scott
St. George, VT
Former Attorney-Advisor, EPA Office of General Counsel

Stephen Siedel
Chevy Chase, MD
Director, Stratospheric Protection Division, Office of Air and Radiation

Kathy Setian
Superfund Remedial Project Manager (1991-2012)

Steve Shapiro
Takoma Park, MD
Environmental Protection Specialist, Office of Pesticides and Toxic Substances

<u>USEPA ALUMNI (cont'd)</u>

James Sickles
Former Superfund Project Manager, EPA Region 9

Jon Silberman
Fairfax, VA
Former Senior Attorney-Advisor to the Director of the Office of Compliance-
Next Generation Compliance Team

Meg Silver
Former Supervisory Attorney, Office of Regional Counsel, EPA Region 10

Sam Silverman
Former EPA Deputy Director, Office of Environmental Stewardship

Steven Silverman
Takoma Park, MD
Former EPA Office of General Counsel

Herbert S. Skovronek, Ph.D.
Morris Plains, NJ
 EPA Former Technical Advisor to the Director, Industrial Waste Treatment Research Laboratory

Jane Souzon
Gaithersburg, MD
Office of Enforcement

Jonah Staller
Former Associate Regional Counsel, Office of Regional Counsel, EPA Region 8

Fred Stiehl
Former Director, Enforcement Policy, Targeting and Data Management Division,
EPA Office of Enforcement and Compliance Assurance

Dana Stotsky
Louisville, CO
Former Senior Enforcement Attorney, Enforcement and Compliance Division, EPA Region 8

Elizabeth (Betsy) Southerland
Former Director of the Office of Science and Technology, Office of Water

<u>USEPA ALUMNI (cont'd)</u>

Wanda Taunton
Former EPA Deputy Assistant Regional Administrator, Office of Ecosystems Protection & Remediation,
EPA Region 8

June Taylor
Former EPA Outreach Coordinator, Office of Public Affairs, EPA Region 9

Katherine J. Teter
Former Senior Enforcement Attorney (Superfund), EPA Region 8

Dick Thiel
Former Drinking Water Branch Chief, EPA Region 10

Deborah Thomas
Former EPA Branch Chief, Compliance Assistance and Sector Programs Division
Office of Compliance (OECA)

Gary Timm
Former Chief, Chemical Testing Branch, Office of Pollution and Toxics

Barbara Toole O'Neill
OEP

Stephen (Steve) Tuber
Boulder, CO
Former Assistant Regional Administrator, Office of Prevention and Regulatory Assistance, EPA Region 8

Gaylene Vasaturo
Former Associate Regional Counsel, EPA Region 5

Kathleen Veit
Retired Associate Director, Air, Waste, Toxics, EPA Region 10

Michael Walsh
Arlington, VA
Former Deputy Assistant Administrator, Mobile Source Air Pollution Control

Bruce Weddle
Lake Worth Beach, FL
Former Deputy Director of Compliance Assurance

USEPA ALUMNI (cont'd)

Lydia Wegman
Chapel Hill, NC
Former Director of the Health and Environmental Impacts Division

Kerry Whitford
Denver, CO
Former EPA State Assistance Program Manager, EPA Region 8

John Wilson
Falls Church, VA
Retired Program Analyst, Office of Water, USEPA

William Wisniewski
West Deptford, NJ
Former EPA Deputy Regional Administrator, EPA Region 3

Rob Wolcott
Former EPA Deputy Assistant Administrator for Policy

Judith Wong
Former Assistant Regional Administrator, EPA Region 8

George Wyeth
Attorney, EPA Office of Enforcement and Compliance Assurance

David Ziegele
Chevy Chase, MD
Former Director, Office of Planning, Analysis and Accountability, Office of the Chief Financial Officer

**EPA Enforcement Performance Measures**
**2002-2017 vs. 2018-2021**

| Category | 2002-2017* Annual Average | 2018-2021 Annual Average | % Change |
|---|---|---|---|
| **Civil/Criminal Outcomes** | | | |
| Civil Inspections | 18,755 | 10,110 | -46% |
| Criminal Investigations | 326 | 167 | -49% |
| Civil Cases Referred to Justice Department | 237 | 102 | -57% |
| Civil Judicial/Administrative Case Conclusions | 3,392 | 1,673 | -51% |
| Criminal Defendants Charged | 240 | 110 | -54% |
| **Civil/Criminal Enforcement Results (in millions of dollars)** | | | |
| Civil Penalties | 750 | 480 | -36% |
| *Civil Penalties, outliers removed* | 188 | 135 | -28% |
| Civil Supplemental Environmental Projects | 51.5 | 20 | -61% |
| Injunctive Relief (civil cases) | 11,675 | 5,020 | -57% |
| *Injunctive Relief (civil cases), outliers removed* | 9,910 | 5,020 | -49% |
| Superfund Cleanup (funds recovered) | 1,759 | 1,163 | -34% |
| Criminal Fines and Restitutions | 407 | 70 | -83% |
| *Criminal Fines and Restitutions, outliers removed* | 138 | 70 | -49% |
| Court Ordered Environmental Projects | 601 | 2 | -100% |
| *Court Ordered Environmental Projects, outliers removed* | 135 | 2 | -99% |

*Source: Annual enforcement reports published by the USEPA every fiscal year. All dollar amounts have been inflation adjusted to 2021 dollars. *Data for court ordered environmental projects is from 2004 to 2017.*

**EPA Enforcement Performance Measures**
**2002-2017 vs. 2018-2021**

| Category | 2002-2017* Annual Average | 2018-2021 Annual Average | % Change |
|---|---|---|---|
| **Civil/Criminal Outcomes** | | | |
| Civil Inspections | 18,755 | 10,110 | -46% |
| Criminal Investigations | 326 | 167 | -49% |
| Civil Cases Referred to Justice Department | 237 | 102 | -57% |
| Civil Judicial/Administrative Case Conclusions | 3,392 | 1,673 | -51% |
| Criminal Defendants Charged | 240 | 110 | -54% |
| **Civil/Criminal Enforcement Results (in millions of dollars)** | | | |
| Civil Penalties | 750 | 480 | -36% |
| *Civil Penalties, outliers removed* | 188 | 135 | -28% |
| Civil Supplemental Environmental Projects | 51.5 | 20 | -61% |
| Injunctive Relief (civil cases) | 11,675 | 5,020 | -57% |
| *Injunctive Relief (civil cases), outliers removed* | 9,910 | 5,020 | -49% |
| Superfund Cleanup (funds recovered) | 1,759 | 1,163 | -34% |
| Criminal Fines and Restitutions | 407 | 70 | -83% |
| *Criminal Fines and Restitutions, outliers removed* | 138 | 70 | -49% |
| Court Ordered Environmental Projects | 601 | 2 | -100% |
| *Court Ordered Environmental Projects, outliers removed* | 135 | 2 | -99% |

*Source: Annual enforcement reports published by the USEPA every fiscal year. All dollar amounts have been inflation adjusted to 2021 dollars. *Data for court ordered environmental projects is from 2004 to 2017.*