# **EXHIBIT 1**

**SUSAN PARKER BODINE**

(cell) 202-658-8340
susan.bodine@earthandwatergroup.com
https://www.linkedin.com/in/susan-bodine-206b7b10/

**EDUCATION**

**University of Pennsylvania School of Law**
Philadelphia, Pennsylvania
J.D., *cum laude* (1988)
University of Pennsylvania Law Review, Editorial Board (1987-88)

**Princeton University**
Princeton, New Jersey
A.B, History, *cum laude* (1983)


**PROFESSIONAL EXPERIENCE**

**Partner, Earth & Water Law**
1455 Pennsylvania Avenue, N.W. Suite 400
Washington, D.C.
March 2021-present

**Assistant Administrator, Office of Enforcement and Compliance Assurance, U.S. Environmental Protection Agency.**
1200 Pennsylvania Avenue, Washington, DC
December 2017-January 2021

The Assistant Administrator for the Office of Enforcement and Compliance Assurance is the national program manager for the enforcement of all statutes administered by EPA.

Significant Settlements or Plea Agreements:

- Toyota. January 2021 Clean Air Act civil settlement resolving allegations that Toyota failed to monitor vehicles for potential defects and failed to file defect reports with EPA.
- Kalamazoo River, Mississippi. December 2020 Superfund settlement under which responsible parties agreed to carry out a $226 million cleanup at this site, which has been on the NPL since 1990.
- Daimler AG and Mercedes Benz USA. September 2020 Clean Air Act civil settlement resolving allegations that the companies cheated on Clean Air Act emissions tests and failed to disclose unlawful defeat devices in vehicles sold in the U.S.
- J.R. Simplot Company, Wyoming. July 2020 RCRA civil settlement resolving claims related to management of waste by a fertilizer manufacturer.

- K.P. Kauffman Company, Colorado. January 2020 Clean Air Act civil settlement resolving allegations that Kauffman violated the Clean Air Act by emitting VOCs from its condensate storage tanks and associated vapor control systems.
- Centredale Manor, Rhode Island. April 2019 Superfund settlement under which responsible parties agreed to carry out a $100 million cleanup at this site, which has been on the NPL since 2000.
- City of Houston. August 2019 Clean Water Act civil settlement to address sanitary sewer overflows in Houston, Texas.
- Washakie Renewable Energy, Kingston family, Utah. July 2019 criminal plea agreement admitting to fraudulently claiming to have produced hundreds of millions of gallons of biodiesel, filing for EPA renewable identification numbers for the nonexistent fuel, and claiming over a billion dollars in tax credits for nonexistent fuel.
- New York City Hillview Reservoir. March 2019 Safe Drinking Water Act civil settlement to bring New York's Hillview Reservoir into compliance with the Safe Drinking Water Act.

**Senior Advisor to the Administrator, U.S. Environmental Protection Agency**
1200 Pennsylvania Avenue, Washington, DC
September 2017-December 2017

Before my appointment as the Assistant Administrator for Enforcement and Compliance Assurance was confirmed by the Senate on December 7, 2017, I served as a liaison between the career and political staff at EPA and provided advice to the EPA Administrator.

**Chief Counsel, Senate Environment and Public Works Committee**
410 Senate Dirksen Office Building
Washington, DC
January 2015-September 2017

The Senate Environment and Public Works Committee has jurisdiction over all environmental and fish and wildlife protection laws as well as the Federal Highway Program, the civil works program of the U.S. Army Corps of Engineers, and other infrastructure authorities.

The Chief Counsel helps the committee advance its legislative and oversight agenda. As the Chief Counsel, I orchestrated oversight hearings and reports, drafted, and negotiated many legislative provisions to gain bipartisan support, worked with other Senate and House Committees and with Senate Leadership to advance committee legislative priorities, and helped supervise the committee staff. In addition, I wrote numerous op-eds, articles, and press releases. I made presentations before many different groups and spoke to reporters. I worked with outside counsel to draft and file amicus briefs for members of Congress.

Significant Enacted Legislation:

- Water Infrastructure Improvement Act (P.L. 115-436) (enacted into law after I left the committee)
- Brownfields Utilization, Investment, and Local Development Act (BUILD Act) (Division N of P.L. 115-141) (enacted into law after I left the committee)
- Water Infrastructure Improvements for the Nation (WIIN) Act (P.L. 114-332)

- Fixing America's Surface Transportation (FAST) Act (P.L. 114-94)

**Partner, Barnes & Thornburg**
    1717 Pennsylvania Ave. N.W., Suite 500
    Washington, DC
    March 2009-January 2015

As a lawyer in private practice, I represented private companies and trade associations. In doing so, I interacted with Congress, EPA, the Department of Justice, and the Office of Management and Budget Office of Information and Regulatory Affairs, on environmental legal and policy issues. I also carried out appellate litigation.

My work included writing comments on rulemakings under the Resource Conservation and Recovery Act, the Clean Water Act, and the Comprehensive Environmental Response, Compensation, and Liability Act; litigating final rulemakings; negotiating administrative settlements and judicial consent decrees; drafting testimony and legislative position papers; and engaging with government officials on policy positions. I also testified before Congress, wrote articles, gave frequent presentations before a variety of groups, and spoke to reporters on environmental issues.

**Assistant Administrator, Office of Solid Waste and Emergency Response, U.S. Environmental Protection Agency.**
    1200 Pennsylvania Avenue, Washington, DC
    January 2006-January 2009

The Assistant Administrator for the office now known as the Office of Land and Emergency Management is the national program manager for EPA's programs related to brownfields revitalization; oil spill prevention and response; chemical accident prevention and preparedness; underground storage tanks; emergency response (including Homeland Security); Superfund cleanup; and the management of hazardous waste.

Significant Rulemakings:

- Revisions to the Definition of Solid Waste, 73 Fed Reg. 64,667 (Oct. 30, 2008).
- Spill Prevention, Control, and Countermeasure (SPCC) rule, 73 Fed. Reg. 74,236 (Dec. 5, 2008).

**Committee on Transportation and Infrastructure, Subcommittee on Water Resources and Environment, U.S. House of Representatives, Washington, D.C.**
    Rayburn House Office Building, Washington, DC
    February 2001-December 2005: Staff Director and Senior Counsel,
    January 1995 – January 2001: Counsel

As a staff director, I managed a six person staff to carry out all oversight and legislative activities relating to water resources issues, including issues related to the control of water pollution, protection of wetlands, the cleanup of contaminated property, water supply, navigation, flood control and the related activities of EPA, the U.S. Army Corps of Engineers, the National Oceanic and Atmospheric Administration, the Natural Resources Conservation Service, and the Tennessee Valley Authority.

Significant Enacted Legislation:

- Great Lakes Legacy Act (title I of the Great Lakes and Lake Champlain Act of 2002 (P.L. 107-303)
- Small Business Liability Relief and Brownfields Revitalization Act (P. L. 107–118)
- Water Resources Development Act of 2000 (106-541)
- Estuaries and Clean Waters Act of 2000 (P.L. 106-457)
- Beaches Environmental Assessment and Coastal Health (BEACH) Act of 2000 (P.L. 106-284)
- Water Resources Development of 1999 (P.L. 106-53)

**Covington & Burling**
Washington, D.C.
Associate Attorney, August 1988 – January 1995

As an associate, I represented clients involved in Superfund litigation and Clean Water Act permit appeals, counseled clients on compliance with the Resource Conservation and Recovery Act, drafted comments on proposed agency regulations, prepared clients for multi-media inspections, conducted environmental due diligence for real estate and corporate transactions, and drafted environmental contract terms.

**PUBLICATIONS**

*Disaster and Hazardous Materials Incident Response: A Lawyer's Guide*, T. Burack & K. Murray (Eds.), ABA Book Publishing, Aug. 2025 (co-author of chapter 5 and chapter 7).

*Maui: A Discernible, Confined, and Discrete Path Forward,* Texas Environmental Law Journal, Vol. 52, No. 2, Winter 2022-23, at 1.

"Examining the Term 'Waters of The United States' in Its Historical Context." Policy Brief, C. Boyden Gray Center for the Study of the Administrative State at George Mason University - Antonin Scalia Law School, Jan. 19, 2022, *cited by* the Supreme Court in *Sackett v. EPA,* 598 U.S. 651, 703 n.8 (Justice Thomas, concurring).

"EPA issues final revisions to Non-Hazardous Secondary Material Rule, but questions remain," American Bar Association, Section on Energy, Environment, and Resources, TRENDS, March/April 2013.

"Nutrient Trading and Water Quality," The Water Report, Water Rights, Water Quality, and Water Solutions in the West, issue #113 (2013).

**OTHER WRITINGS**

Briefs:
Two Supreme Court *amicus* briefs for a Member of Congress
Sixth Circuit *amicus* brief for Members of Congress
D.C. Circuit *amicus* brief for Members of Congress

4

Other appellate briefs on behalf of petitioners, intervenors, and plaintiffs

Rulemaking comments:
More than 30 sets of comments filed under the Administrative Procedure Act on proposed Environmental Protection Agency rulemakings, available at www.regulations.gov

Numerous congressional committee reports.

**CONGRESSIONAL TESTIMONY**

*As an independent outside expert*:

Hearing on "Examining the Implications of Sackett v. U.S. Environmental Protection Agency for Clean Water Act Protections of Wetlands and Streams," before the Committee on Environment and Public Works, U.S. Senate, October 18, 2023.

Hearing on "Stakeholder Perspectives on the Impacts of the Biden Administration's Waters of the United States (WOTUS) Rule," before the Subcommittee on Water Resources and Environment of the Committee on Transportation and Infrastructure, U.S. House of Representatives, February 8, 2023.

Hearing on "Promoting Economic and Community Redevelopment and Environmental Justice in the Revitalization and Reuse of Contaminated Properties," before the Subcommittee on Water Resources and Environment of the Committee on Transportation and Infrastructure, U.S. House of Representatives, December 8, 2022.

Hearing on "Implementation of Drinking Water and Wastewater Provisions of The Infrastructure Act," before the Subcommittee on Fisheries, Water, and Wildlife of the Committee on Environment and Public Works, U.S. Senate, April 5, 2022.

Hearing on "Protecting Taxpayers and Ensuring Accountability: Faster Superfund Cleanups for Healthier Communities," before the Subcommittee on Oversight of the Committee on Environment and Public Works, U.S. Senate, June 10, 2014.

Hearing on "Nutrient Trading and Water Quality," before the Subcommittee on Water and Wildlife of the Committee on Environment and Public Works, U.S. Senate, May 22, 2013.

Hearing on "The Coal Ash Recycling and Oversight Act of 2013," before the Subcommittee on Environment and the Economy of the Committee on Energy and Commerce, U.S. House of Representatives, April 11, 2013.

Hearing on "Great Water Body Legislation: S. 1816 And S. 1311," before the Subcommittee on Water and Wildlife of the Committee on Environment and Public Works, U.S. Senate, November 9, 2009.

*On behalf of the U.S. Environmental Protection Agency*:

5

Hearing on EPA's Enforcement Program, before the Subcommittee on Oversight and Investigations of the Committee on Energy and Commerce, U.S. House of Representatives, February 26, 2019.

Confirmation Hearing, before the Committee on Environment and Public Works, U.S. Senate, June 13, 2017.

Hearing on "Cleanup Efforts at Federal Facilities," before the Committee on Environment and Public Works, U.S. Senate, September 18, 2008.

Hearing on "Hazardous Substance Releases and Reporting under the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (CERCLA) and the Emergency Planning and Community Right-to-Know Act of 1986 (EPCRA)," Subcommittee on Environment and Hazardous Materials of the Committee on Energy and Commerce, U.S. House of Representatives, September 24, 2008.

Hearing on EPA's Budget Request for FY 2007, before the Subcommittee on Water Resources and Environment of the Committee on Transportation and Infrastructure, U.S. House Of Representatives, March 8, 2006.

Hearing on "EPA's Response to 9-11 and Lessons Learned for Future Emergency Preparedness" before the Subcommittee on Superfund and Environmental Health of the Committee on Environment and Public Works, U.S. Senate, June 20, 2007.

Field Hearing to examine the importance of state and local authorities in ensuring chemical plant security, Subcommittee on Transportation Safety, Infrastructure Security and Water Quality Subcommittee of the Committee on Environment and Public Works, U.S. Senate, March 19, 2007.

Hearing on "The Federal Superfund Program's Activities to Protect Public Health," before the Subcommittee on Superfund and Environmental Health of the Committee on Environment and Public Works, U.S. Senate, October 17, 2007.

Field Hearing on "Oversight of Federal Efforts to Cleanup Asbestos in Lincoln County, Montana," before the Subcommittee on Superfund and Waste Management of the Committee on Environment and Public Works, U.S. Senate, April 5, 2007.

Hearing on S. 3871, a Bill Directing the EPA to Establish a Hazardous Waste Manifest System, Subcommittee on Superfund and Waste Management of the Committee on Environment and Public Works, U.S. Senate, September 28, 2006.

Hearing on the Superfund Program, Committee on Environment and Public Works, U.S. Senate, June 15, 2006.

Confirmation Hearing, before the Committee on Environment and Public Works, U.S. Senate, July 14, 2005.

**SELECTED PRESENTATIONS**

"Regulatory Roller Coaster: Watching Congress, Legal Challenges, and the Effects of Recent Supreme Court Decisions," U.S. Conference of Mayors, Mayors Water Council, November 21, 2024, San Diego, CA.

"Hot Topics," 2024 National Stormwater Policy Forum, April 8, 2024, Washington, D.C..

"Clean Water After Sackett, A Symposium on the Legal, Policy, and Conservation Implications of *Sackett v. EPA,*" Andrew Sabin Center for Environment and Sustainability, Wake Forest University, November 10, 2023, Winston-Salem, N.C.

"'Best Available Science' and EPA Decision-Making," Alliance for Risk Assessment Workshop on "PFAS Limits: How Did We Get So Far Apart?" October 18, 2023, Washington, D.C.

"Waters of the United States – Implications of the Supreme Court Decision," U.S. Conference of Mayors, Mayors Water Council, October 19, 2023, Washington, D.C.

"Environmental Enforcement: Policies, Priorities, and the Rule of Law," Regulatory Transparency Project, The Federalist Society, June 20, 2023, Washington, D.C.

"Environmental Justice, Civil Rights, and the Rule of Law," Executive Branch Review Conference, The Federalist Society, April 25, 2023.

"Potential Federal Climate Regulations and Conditions," Florida Environmental Network Permitting Summer School, July 22, 2021, Marco Island, FL

"EPA Enforcement Priorities and Policies," Florida Environmental Network Permitting Summer School July 21 and 22, 2021, Marco Island, FL

"The Future for Sustainable and Ethical Corporate Decision-Making," EarthX Law and Policy Symposium, April 20, 2018, Dallas, TX

"The Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) and the Resource Conservation and Recovery Act (RCRA), American Law Institute-Continuing Legal Education, February 4, 2015, Washington, DC

"A Changing Landscape for Environmental Cleanup," American Bar Association, Section of Environment, Energy, and Resources, October 2014, Miami, FL

"EPA Rulemaking Updates," U.S. Chamber of Commerce, Environment & Agriculture Committee, April 30, 2014, Washington, DC

"Waste and Water Issues Facing Electric Co-Ops," National Rural Electric Cooperative Association, April 7, 2014, Washington, DC

"EPA Regulation of Solid Waste Under RCRA," CHWMEG, November 7, 2013, Seattle WA

"Legislative and Regulatory Review," U.S. Conference of Mayors, Mayors Water Council, July 11, 2013, San Francisco, CA

"The Ever-Expanding TMDL Program, Edison Electric Institute, February 27, 2013, Washington, DC

"Boilers, Incinerators, and the Combustion of Secondary Materials --- The Compliance Clock is Ticking While Regulatory Burdens and Uncertainties Remain," American Bar Association, Section of Environment, Energy, and Resources, October 10, 2012, Austin, TX

"Update on Stormwater Regulatory and Case Law Developments," American Law Institute-American Bar Association, September 20, 2012, Washington, DC

"The Clean Water Act: Out with the Wash," National Association of Counties, March 5, 2012, Washington, DC

"Federal Regulatory Actions Affecting Land and Water Resources Development," National Waterways Conference Annual Meeting, September 20, 2011, Fort Worth, TX

"Increasing EPA Regulation of Nutrients," National Association of Conservation Districts Legislative Conference, July 18, 2011, Washington, DC

"Water Regulations Update," U.S. Conference of Mayors, Mayors Water Council, June 17, 2011

"Nutrients," National Conference of State Legislatures, Agriculture & Energy Committee and Environment Committee, April 15, 2011

"Environmental Challenges Facing the Agriculture Community," State Legislative Agriculture Chairs, Summit X, January 16, 2011

"Legal and Policy Issues Raised by EPA's Chesapeake Bay TMDL," National Association of State Departments of Agriculture, November 9, 2010


**ACADEMIC EXPERIENCE**

**Visiting Professor, Colby College**

    4000 Mayflower Hill Drive, Waterville, ME 04901
    January term, 2024 and January term, 2022

    Course:  JP297A, Federal Environmental Law, Policy, and Players
    Russell Johnson, Associate Provost and Dean of Faculty, russ.johnson@colby.edu
    Melissa J. Glenn, Associate Provost for Academic Programs (including Jan Plan curriculum), melissa.glenn@colby.edu


**Guest Lecturer, Wake Forest University**

    Course:  SUS 705: Applied Sustainability Practicum, Fall 2023. Guest Lecturer for Professor Stan Meiburg, meiburas@wfu.edu, November 9, 2023, Winston-Salem, NC.

Course: POL 210 E/SUS 691, Environmental Policy: The Washington Process, Spring 2023 and Spring 2022. Guest Lecturer for Professor Stan Meiburg, meiburas@wfu.edu, March 7, 2023 and March 8, 2022, Washington, D.C.

**Guest Lecturer, University of Kansas School of Law**

6th Semester in D.C. Program.
Guest Lecturer for Adjunct Professor Becky Weber, Becky.Weber@prime-policy.com, February 24, 2023, Washington, D.C.

**Guest Lecturer, Catholic University, Columbus School of Law**

Course: Law 730B, Fall 2022, Environmental Justice.
Guest Lecturer for Alexandra Dunn, Lecturer in Law, alexandra.dunn@bakerbotts.com, October 17, 2022, virtual.

**Guest Lecturer, Emory Law School**

Course: LAW 617, Water Resources Law, Spring 2022
Guest Lecturer for Adjunct Professor David Moore, david.moore@earthandwatergroup.com, January 25, 2022, virtual.

**Guest Lecturer, University of Pennsylvania School of Law**

Course: LAW 644-001, Conservative and Libertarian Policy and Law: Looking Forward, Guest Lecturer for Lecturers Jonathan Ellis,  jyellis@gmail.com, and Paul Haaga, paulhaagajr@gmail.com, February 10, 2021, virtual.

**OTHER EXPERIENCE**

**Board Member, DEPLOY/US**
68 Harrison Ave 605
Boston, MA
December 2024-present

**Board Member, Water Finance Exchange**
1455 Pennsylvania Avenue, N.W. Suite 400
Washington, D.C.
December 2024-present

**Board Member, Lightstone Generation LLC,**
500 Alexander Park Dr
Princeton, N.J.
September 2023-August 2025


**Advisory Board Member, The George Washington University's Environmental and Energy Management Institute**

9

      Tompkins Hall of Engineering
      725 23rd St NW, Suite 103
      Washington, DC
      March 2021-present

**Fulbright Specialists Program Roster**
      April 2021-present

**PROFESSIONAL CREDENTIALS**

**Senate Confirmation of Presidential Appointments:**
      December 2017
      December 2005

**Security Clearances:**
      EPA Top Secret (2017- 2021)
      EPA Top Secret, including Sensitive Compartmented Information (2006-2009)
      DOD (for the House of Representatives) Top Secret (2004-2005)

**Bar Admissions:**
      Pennsylvania (inactive)
      District of Columbia
      D.C. Circuit Court of Appeals