# EXHIBIT 4

```
                                                          Page 1
 1   IN THE UNITED STATES DISTRICT COURT
 2    FOR THE DISTRICT OF CONNECTICUT
 3    Civil Action No:  4:22-CV-0083
 4   _____x
 5   CONSERVATION LAW FOUNDATION,
 6   INC.,
 7          Plaintiff,
 8   Vs.
 9   SHELL OIL COMPANY,
10   EQUILON ENTERPRISES, LLC,
11   D/B/A SHELL OIL PRODUCTS, US,
12   SHELL PETROLEUM INC., TRITON
13   TERMINALING, LLC, and MOTIVA
14   ENTERPRISES, INC.,
15          Defendants.
16
17   _____x
18
19       VIDEO  DEPOSITION OF:
20      SUSAN PARKER BODINE, ESQUIRE
21   DATE:  THURSDAY, SEPTEMBER 11TH, 2025
22   TIME:  10:00 A.M. TO  12:34 P.M.
23   HELD AT:  WEB-BASED VIDEO CONNECTION
24   Reporter:   CHRISTINE FOX, CSR
25
```

Page 24

1  misunderstood.
2          I think you were saying like what --
3  what requires the storm water pollution
4  prevention plan?
5      A.  I understand.  Okay.
6          So it's a plan that discusses the
7  measures that a facility will take in accordance
8  with the permit, to meet the permit, the terms of
9  the permit.  So it's a plan for that particular
10 facility.
11     Q.  Have you ever drafted or edited or any
12 SWPPP?
13         COURT REPORTER:  Any what?
14         MR. RAYMOND:  OH I'm sorry.  Any SWPPP,
15 S-W-P-P-P.  Any Storm Water Pollution Prevention
16 Plan?
17         COURT REPORTER:  Thank you.
18         THE WITNESS:  I have reviewed SWPPP.  I
19 have not drafted or edited SWPPP.
20 BY MR. RAYMOND:
21     Q.  How many have you reviewed?
22     A.  I would say, this is -- this is an
23 estimate.  I can't give you a precise number.
24 Probably, I would say fewer than -- more than
25 five.  Fewer than ten.

```
 1        Q.   When is the last one you reviewed?
 2        A.   It would have come up in the context of
 3   an EPA enforcement action, when I was the
 4   assistant administrator at EPA for enforcement
 5   and compliance assurance.  We had -- actually, we
 6   had multiple storm water cases that -- so would
 7   have come up during that time period.
 8        Q.   What was that time period again?
 9        A.   So I was the assistant administrator
10   from December 2017 through January of 2021.
11        Q.   So the last time you would have reviewed
12   a SWPPP was in 2021?
13        A.   That -- that would be -- that'S true,
14   yes.  I believe that to believe true.
15        Q.   Is it safe to say you haven't reviewed
16   SWPPP in this case for this terminal?
17        A.   I have not.
18        Q.   What is Earth and Water Law?
19        A.   It is a -- it's a law firm.  It's a
20   partnership.  It's a law firm.
21        Q.   What services does this law firm provide
22   to its clients?
23        A.   The firm is an environmental boutique;
24   in other words, it's very small and focuses on
25   environmental law.
```

Page 107

```
 1                C E R T I F I C A T E
 2        I, Christine Fox, a Notary Public duly
 3   commissioned and qualified in and for the State
 4   of Connecticut, do hereby certify that pursuant
 5   to the notice there came before me on the 11th
 6   day of SEPTEMBER 2025, the following-named person
 7   to wit: SUSAN PARKER BODINE, ESQUIRE who was by
 8   me duly sworn to testify to the truth; that she
 9   was thereupon carefully examined upon her oath
10   and her examination reduced to writing by me;
11   that this deposition is a true record of the
12   testimony given by the witness.
13         I further certify that I am neither attorney
14   nor counsel for, nor related to, nor employed by
15   any of the parties to the action in which this
16   deposition is taken, and further that I am not a
17   relative or employee of any attorney or counsel
18   employed by he parties hereto, or financially
19   interested in this action.
20         IN WITNESS THEREOF, I have hereunto set my
21   hand this 15th day of September, 2025.
22         <%18978,Signature%>
23   Christine Fox, CSR and Notary Public
24   My Commission Expires:
25   January 31, 2026
```