# **EXHIBIT 2**

```
 1              UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF CONNECTICUT

 3

 4  CONSERVATION LAW FOUNDATION,
    INC.,
 5
                  Plaintiff,
 6
         vs.                        Civil Action No. 3:21-cv-
 7                                                    00933-VDO

 8  SHELL OIL COMPANY, EQUILON
    ENTERPRISES LLC D/B/A SHELL OIL
 9  PRODUCTS US, SHELL PETROLEUM,
    INC., TRITON TERMINALING LLC,
10  and MOTIVA ENTERPRISES LLC,

11                Defendants.

12  ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

13

14             VIDEOTAPED DEPOSITION OF

15           CRAIG ALEXANDER JONES, Ph.D.

16         CONDUCTED REMOTELY VIA ELITIGATE

17

18               September 4, 2025

19                   8:33 A.M.

20

21             Santa Cruz, California

22

23

24

25     Vanessa Harskamp, RPR, CRR, CRC, CSR No. 5679
```



1  you know, I may refer to that aren't explicitly listed
2  in here, but this is complete and accurate.
3       Q.   Okay.  Who prepared this CV?
4       A.   I prepared the content.  Our grammar technical
5  editing department formats it all.
6       Q.   Okay.  Is there any updates to your CV between
7  now and the time of trial will you promise that you will
8  let the attorneys for King & Spalding, Beveridge &
9  Diamond know so we can update any evidence at the trial?
10      A.   Yes, ma'am.
11      Q.   Thank you.  Do you have a different CV for
12 nontestifying work?
13      A.   My CV is extensive with many different
14 projects across the fields of work I do, work that I
15 felt was not relevant to this particular case is not
16 included in there.  So in that sense, I may have a
17 different CV that would be for project-related work or
18 qualifications for a particular project.
19      Q.   Okay.  You received a Ph.D. in mechanical and
20 environmental engineering from the University of
21 California Santa Barbara in 2000; is this correct?
22      A.   Correct.
23      Q.   And you received your Master of Science in
24 fluid mechanics, with minors in ocean engineering and
25 environmental engineering in 1996; is this correct?



```
 1      A.    Correct.
 2      Q.    And you received your Bachelor of Science in
 3 coastal engineering in 1994; is this correct?
 4      A.    Correct.
 5      Q.    And have you been a coastal engineer this
 6 whole time?
 7      A.    Yes.  I have been a coastal and environmental
 8 engineer this whole time.
 9      Q.    And during your doctorate, master's, or
10 undergrad, did you take any classes in climate change
11 risk assessment?
12      A.    As part of my Ph.D., yes, I did.
13      Q.    What classes?
14      A.    It was a class on coastal hazards and risk
15 assessment.
16      Q.    Okay.  What else?
17      A.    As part of my undergraduate, coastal hazards
18 are a fundamental part of coastal engineering, so there
19 were multiple classes on coastal processes and
20 estimating coastal hazards and coastal flooding.
21      Q.    So specifically during your Ph.D. you took one
22 class on climate change; did I hear that correctly.
23      A.    Yes, with climate change specifically.
24 Coastal engineering and coastal sciences in general is
25 inherently linked to climate and the latest data on
```



1  Consulting, Inc.?
2       A.   About actually going on 12 years this month.
3       Q.   And setting aside the expert witness work that
4  you do in litigation for Integral, what other work do
5  you generally do for Integral Consulting?
6       A.   My primary work is in helping put together
7  teams to solve client problems in its simplest form, but
8  I lead a marine coastal climate and technology services
9  group, which includes everything from pretty much
10 anything that touches the water, from stormwater,
11 stormwater compliance, to looking at estuarine,
12 estuarine issues, working at ports and harbors
13 environmental issues, coastal issues, communities and
14 entities on the coast out to offshore, working with
15 offshore challenges.
16      Q.   How much of your time at Integral Consulting,
17 Inc. is spent on litigation, as opposed to the
18 nonlitigation work you do?
19      A.   I would say 20 percent of my time is spent on
20 litigation, 10 to 20 percent.  And, Ms. Tadio, that's
21 highly variable.  There are years I do no litigation
22 work.
23      Q.   Understood.  Do you manage any staff at
24 Integral Consulting?
25      A.   I do.



1    Q.   All right.  Dr. Jones, I would like to turn to
2  your Relevant Experience section on your resume,
3  Appendix A, which I believe we are both looking at right
4  now.  Are you with me?
5    A.   Yes.  I'm just going to put on glasses so I
6  can read the paper copy, because it will be easier than
7  reading the computer copy.
8    Q.   Sure.  So the first relevant experience that
9  you list is that you were the vice-president for COPRI.
10 COPRI being Coasts, Oceans, Ports and Rivers Institute,
11 I'm wondering what years were you the vice-president?
12   A.   I'm currently the vice-president this year.
13   Q.   Okay.  And when did you begin being the vice-
14 president?
15   A.   September of last year.
16   Q.   Okay.  So 2024 to present, you would say?
17   A.   Correct.  It's a one-year appointment.
18   Q.   Okay.  And who is your client as the vice-
19 president of COPRI?
20   A.   Well, the membership of the American Society
21 of Civil Engineers.
22   Q.   Would you consider publications from COPRI
23 that are still publicly available to be credible
24 sources?
25   A.   Yes.  Credible in the context of what they are



1  produced for, yes.
2       Q.   Yep.  Next you list that you were a U.S.
3  technical advisory group member to the International
4  Electrotechnical Commission, IEC.
5            Doctor, am I reading this correctly?
6       A.   Correct.
7       Q.   What years were you in this role?
8       A.   Still currently in this role.  I began, oh,
9  gosh, six to eight years ago.
10      Q.   And who is your client for this project?
11      A.   The marine energy community that would be
12 using those standards.
13      Q.   On page 2 of your CV, and I will, just so that
14 everybody on the screen can see, hit the direct to the
15 page.  On page 2 of your CV, you list the San Mateo
16 Vulnerability Assessment and Adaptation Plan, San Mateo
17 County, California; correct?
18      A.   Correct.
19      Q.   And what years were you in that role?
20      A.   That was approximately 2019 to 2023.
21      Q.   Okay.  And who was your client?
22      A.   The County of San Mateo.
23      Q.   And what were the results of this
24 Vulnerability Assessment and Adaptation Plan?
25      A.   A report for the county that outlined their



1  vulnerability and adaptation plan for the outer coast of
2  Southern San Mateo County.
3       Q.   Next you list that you developed a guide for
4  assessing sediment transport at Navy facilities for the
5  U.S. Navy and U.S. Department of Defense; correct?
6       A.   Yes.
7       Q.   And what years were you in this role?
8       A.   2005 to 2008.
9       Q.   Okay.  Next you list that you led technical
10 investigations for the Arctic Coastal Erosion and
11 Climate Risk Assessment in Alaska; correct?
12      A.   Yes.
13      Q.   And what years were you in this role?
14      A.   That started in probably 2018 and it is still
15 ongoing with various research efforts.
16      Q.   Okay.  Next you list that you were the
17 technical lead for Integral's contribution to Coastal
18 Protect Africa, climate resilient shoreline management
19 concept in West Africa; correct?
20      A.   Correct.
21      Q.   And what years were you in that role?
22      A.   That was 2018 to 2019.
23      Q.   Okay.  You were also the technical lead for
24 the Matilija Dam removal project in Ventura, California;
25 correct?



1  attachment degradation.
2      A.   Yes.  Okay.  Yes.  Apologies.  There is
3  another project I was thinking of that was very similar
4  in content, so...
5      Q.   So there are eight authors on this paper, so
6  which was your part?
7      A.   I apologize.  Can you repeat the question?
8      Q.   Yeah.  There are eight authors on the paper
9  the publication that is titled "Sea Level Rise and
10 Climate Change Hazard:  an Integrated and
11 Multidisciplinary NBS Approach to the Hydrologic Impacts
12 of Erosion and Land Degradation."
13          So which part of this paper did you
14 specifically write?
15     A.   The parts regarding sediment -- transport
16 sediment loadings and responses in the land form
17 essentially to the hydrology.
18     Q.   So your focus was on sediments because you are
19 the sediment expert?
20     A.   Correct.
21     Q.   So for over 25 years you've written over 50
22 publications, and the majority of them are on the
23 sediments and marine energy; correct?
24     A.   They cover a wide range of topics, so I don't
25 know if I would bucket them that -- that narrowly,



1  monitoring.
2          MR. HENDERSON:  Could you repeat the question?
3          I didn't hear that one, Ms. Tadio.
4  BY MS. TADIO:
5      Q.   Please tell me when you have completed any
6  stormwater monitoring.
7      A.   We, in the last month we've been wrapping up a
8  project that we are monitoring a dry season as part of a
9  stormwater monitoring project ongoing now in San
10 Francisco Bay.
11     Q.   Can you please show me where in your CV you've
12 completed stormwater monitoring?
13     A.   It's part of the San Francisco Estuary
14 Institute work.
15     Q.   Anything else?
16          Any other time?
17     A.   Yes.  The -- one of the groups I manage is
18 responsible for stormwater compliance for many entities,
19 both MS4 compliant and NDS compliant.  So I do manage
20 groups that are regularly doing stormwater compliance
21 work.
22          MR. HENDERSON:  Can we take a ten-minute break
23 here?
24          MS. TADIO:  I have one more question on this
25 and then, yeah, that would be great before I move to the



1  next section, if that's okay, Counsel?
2           MR. HENDERSON:  Sure.
3           MS. TADIO:  Sure.  Okay.
4  BY MS. TADIO:
5      Q.   And my final question until we take a break,
6  again, please, can you show me where in your CV it
7  references you've completed stormwater monitoring?
8      A.   I mean, I could go back to the Berry's Creek
9  project we did stormwater monitoring, designed and
10 implemented a stormwater monitoring program as part of
11 that project.
12          Lower Passaic River, we implemented,
13 recommended, melt implemented stormwater monitoring
14 programs.
15          The Fox River, Hunter's Point Naval Shipyard,
16 the Mare Island Shipyard, and essentially every
17 contaminated site I have worked on, an integral part of
18 Superfund contaminated sediment management is
19 understanding loadings to the system which are
20 stormwater.
21          So that involves looking up all the NPDES
22 permits in the area, the MS4 permits in the area,
23 evaluating those permitted discharges and then providing
24 additional monitoring of those discharges where they can
25 provide additional contaminants to the system.



```
 1              And then beyond that there's, yeah, multiple
 2   sites.  It's an integral part of what I do with sediment
 3   transport and monitoring those systems.
 4              MS. TADIO: Okay.  Thank you very much.  How
 5   long would you like to break for?
 6              MR. HENDERSON: Just ten minutes, about that.
 7              MS. TADIO:  Okay.
 8              THE VIDEOGRAPHER:  Going off the record at
 9   11:11 a.m. Pacific time.
10              (Recess)
11              THE VIDEOGRAPHER:  We are back on video record
12   at 11:24 a.m. Pacific time.
13   BY MS. TADIO:
14       Q.   Dr. Jones, I would like to turn to page 15 of
15   Appendix A, that begins the Presentations and Posters.
16   I will direct you to the screen electronically, but I
17   will wait until you get to your paper copy.
18       A.   I'm there.
19       Q.   Okay.  Can you please now actually turn to
20   page 16, the next page and on page 16.  Are we there?
21       A.   Correct, yes.
22       Q.   Perfect.  Thank you.  You mentioned a
23   presentation in 2018 titled, "Evaluation of climate
24   change effects on natural recovery in an alpine lake."
25              Do you see that?
```



1  and environmental engineering and evaluating coastal
2  structures such as above-ground storage tanks.
3  BY MS. TADIO:
4       Q.   You are not a climate scientist; correct?
5            MR. HENDERSON:  Object to the form of the
6  question.
7            THE WITNESS:  I do study the climate as part
8  of all of my work, as we've covered over the past 25
9  years, which includes waves, tides, sea level, and
10 winds, storms.
11 BY MS. TADIO:
12      Q.   You are not a meteorologist; correct?
13      A.   Meteorology is an inherent part of the work I
14 do and the training that I have had, including classes
15 in meteorology and oceanography.
16      Q.   You are not a geologist; correct?
17      A.   Again, sediment is part of geology, and the
18 geophysical work that I do is an inherent part of much
19 of the work that I do, so geology is an inherent part of
20 my work for the past 25 years.
21      Q.   And you are not a stormwater expert; correct?
22           MR. HENDERSON:  Object to the form of the
23 question.
24           THE WITNESS:  Stormwater, again, is an
25 inherent part of the majority, many of the projects that



1  I worked on over my career evaluating stormwater,
2  stormwater permits and monitoring stormwater.
3  BY MS. TADIO:
4      Q.   Can you please show me where in your CV you
5  use the word "stormwater"?
6      A.   I can't probably speak to a specific incident
7  in my CV, but I can assure you that all of the
8  projects -- many of the projects on here, we can walk
9  through the ones listed, as well as a broader sense,
10 have significant stormwater components.
11     Q.   You have not prepared a Stormwater management
12 Pollution Prevention Plan, or SWPPP; is this correct?
13     A.   I have reviewed numerous  SWPPPs for sites and
14 have provided background information that has gone into
15 SWPPPs.
16     Q.   But you personally have not prepared a SWPPP;
17 is that correct?
18          MR. HENDERSON:  Object to the form of the
19 question.
20          THE WITNESS:  I have prepared components of
21 work that goes into a SWPPP.
22 BY MS. TADIO:
23     Q.   Which components?
24     A.   Components around monitoring requirements that
25 go into a SWPPP, locations of monitoring, frequency of



1  monitoring so that they are in compliance with local
2  permitting requirements.
3       Q.   You are not a flood expert, correct?
4            MR. HENDERSON:  Object to the form of the
5  question.
6            THE WITNESS:  Flooding per the coastal work
7  that I have done, flooding is an inherent part of that
8  work, so I have evaluated flooding at multiple sites
9  throughout my career.
10 BY MS. TADIO:
11      Q.   You've never operated a bulk petroleum
12 terminal; correct?
13           MR. HENDERSON: Object to the form of the
14 question.
15           THE WITNESS:  I'm sorry, could you repeat the
16 question?  I didn't catch the first part of it.
17 BY MS. TADIO:
18      Q.   Sure.  Sure.  You've never operated a bulk
19 petroleum terminal; correct?
20      A.   No.  I have evaluated the operation plans of
21 bulk petroleum terminals, but...
22      Q.   And you are not a toxicologist; correct?
23           MR. HENDERSON:  Object to the form of the
24 question.
25           THE WITNESS:  For the evaluation of many of my



1  that informs your report?
2      A.   Chris Flanary assisted me with those models.
3      Q.   Do you have any opinions on storm surge
4  modelling?
5           MR. HENDERSON:  Object to the form of the
6  question.
7           THE WITNESS:  Yeah.  Do you mean in general or
8  specifically referring to my report?
9  BY MS. TADIO:
10     Q.   Specifically in your expert report, are there
11 any opinions on the storm surge modelling?
12     A.   I don't believe I have.  I have opinions
13 informed by storm surge modelling.  I don't believe I
14 have a direct opinion in the report on storm surge
15 modelling.  Storm surge assessment and general
16 understanding of storm surge is certainly an integral
17 part of my work here, though.
18     Q.   What is the name of the model that you are
19 relying on?
20     A.   The key models are relying on FEMA flood plain
21 maps that are informed by models that FEMA commissions;
22 the NACCS model, which I reference in the report; the
23 Delft Flexible Mesh model which I use.  And then the
24 Tank Failure Probability model, which is even, I
25 apologize, and I'm going to mispronounce the author's



1  names, is based on a peer-reviewed literature model from
2  Khakzad, and I apologize, I don't want to butcher their
3  names, but that I reference in the report.
4      Q.   Is there a written report of these various
5  models?
6      A.   Yes.  The FEMA work would be documented on the
7  FEMA website with background materials.
8           The NACCS model is documented online, and I
9  have a link to it in my report.
10          The Delft FM model has documentation
11 associated with it, and, again, the Khakzad and Gelder
12 model is documented in their report, as well as other
13 follow-on documents that discuss these models.
14     Q.   So of the FEMA model, the NACCS model, the
15 Delft3D FM model, which of those are the hydrodynamic
16 modelling?
17     A.   All of those have hydrodynamic components to
18 them.
19     Q.   And who specifically completed that modelling?
20     A.   No, the FEMA modelling was conducted under the
21 direction of FEMA.  The NACCS modelling was conducted
22 under the umbrella of the Army Corps of Engineers, but
23 in conjunction with NOAA and others, and the Delft FM
24 model was conducted by myself and Chris Leonard.
25     Q.   And the modelling that you did use to inform



```
 1        A.   My opinions are informed by the Integral
 2   modelling.
 3        Q.   Thank you for that clarification.
 4             And you are not a flood modeler; correct?
 5             MR. HENDERSON:  Object to the form of the
 6   question and the foundation of the question.
 7             THE WITNESS:  My graduate work was in
 8   hydrodynamic modelling of surface water flows.  And I
 9   have spent my entire career directing and conducting
10   modelling efforts that include flooding components, so I
11   consider myself a flood modelling expert, yes.
12   BY MS. TADIO:
13        Q.   Okay.  Great.  Could you please show me where
14   in your report you completed the flood modelling?
15        A.   The flood modelling for our work, I relied on
16   NACCS water level data to look at loadings on the tanks.
17   Work that Dr. French McCay relied on, I believe, was
18   informed by additional modelling that we had done that I
19   did not report on in my expert report.
20        Q.   Dr. Jones, have you completed modelling for
21   the New Haven Terminal?
22        A.   Yes.
23        Q.   Which modelling?
24        A.   The Delft FM model that is included as an
25   appendix in the French McCay report and the tank
```



1  modelling -- the tank risk modelling that is included in
2  my report.
3       Q.   Have you ever certified a SWPPP in New Haven
4  Connecticut?
5            MR. HENDERSON:  Object to the form of the
6  question.
7            Actually, I couldn't understand the question.
8            Could you repeat that, Anna?  Anna, I'm sorry.
9            MS. TADIO:  Sure.  Yep.
10 BY MS. TADIO:
11      Q.   Have you ever certified a SWPPP in New Haven
12 Connecticut?
13      A.   No, I have never performed in a regulatory
14 capacity to certify a SWPPP.
15      Q.   Have you ever performed a Climate Risk
16 Assessment for the New Haven Terminal?
17           MR. HENDERSON:  Excuse me.  Again, I'm not
18 being dense.  What is the last part of your question?
19 I'm just -- it's tailing off for me.  I apologize.
20 BY MS. TADIO:
21      Q.   I'll repeat:  Have you ever performed a
22 Climate Risk Assessment for the New Haven Terminal?
23      A.   The work that I present here has climate risk,
24 coastal hazard in particular, assessment in it.  This is
25 the first time I have performed this work for the New



1               REPORTER'S CERTIFICATION
2
3        I, Vanessa Harskamp, Certified Shorthand
4   Reporter in and for the State of California, do hereby
5   certify:
6           That the foregoing witness was by me duly
7   sworn; that the deposition was then taken before me at
8   the time and place herein set forth; that the testimony
9   and proceedings were reported stenographically by me and
10  later transcribed into typewritten form under my
11  direction; that the foregoing is a true record of the
12  testimony and proceedings taken at that time.
13          I further certify that I am not related to any
14  of the parties to this action by blood or marriage, and
15  that I am in no way interested in the outcome of this
16  matter.
17          IN WITNESS WHEREOF, I have subscribed my name
18  this 9th day of September, 2025.
19
20
21
22
23  
    _____
24       VANESSA HARSKAMP, RPR, CRR, CCP, CSR NO. 5679
25