# **<u>EXHIBIT 3</u>**

Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF CONNECTICUT
 2    NO. 3:21-cv-00933-JAM
      _____
 3
      CONSERVATION LAW FOUNDATION, INC.,
 4                  Plaintiff,
 5    vs.
 6    SHELL OIL COMPANY, EQUILON
 7    ENTERPRISES LLC D/B/A SHELL OIL
 8    PRODUCTS US, SHELL PETROLEUM INC.,
 9    TRITON TERMINALING LLC, and MOTIVA
10    ENTERPRISES, LLC,
11                  Defendants.
      _____
12
13          VIDEOTAPED DEPOSITION OF
14       CONSERVATION LAW FOUNDATION, INC.
15               BY EDWIN LEVINE
16    called as a witness by and on behalf of
17    the Defendants, pursuant to the applicable
18    provisions of the Federal Rules of Civil
19    Procedure, before Danielle Grant,
20    Notary Public, within and for the State of New
21    York on Thursday, September 11, 2025 commencing
22    at 9:47 a.m.
23
24
25
```

Page 51

1   would you be able to tell me what their
2   expertise is and what their background and
3   training is?
4           A    I don't know their background
5   and training.  I know what they were
6   covering in their reports.
7           Q    Do you know Dr. French-McCay?
8           A    Yes.
9           Q    Have you worked with
10  Dr. French-McCay?
11          A    Yes.
12          Q    Have you worked with
13  Dr. French-McCay prior to this litigation?
14          A    Yes.
15          Q    On what types of things have
16  you worked Dr. French-McCay on?
17          A    Oil spills.
18          Q    Have you, in fact, engaged
19  Dr. French-McCay to assist you on various
20  matters?
21          A    I have not; NOAA has.
22          Q    And have you recommended to
23  NOAA that they engage her on certain
24  matters, too?
25          A    No.

1              Q     Do you believe that
2      Dr. French-McCay is well-qualified?
3              A     Yes.
4              Q     Do you rely upon her expertise
5      or have you relied upon her expertise in
6      other matters?
7              A     Yes.
8              Q     Okay.  Do you believe that the
9      methodology that she employs in doing what
10     she does is generally reliable?
11             A     Yes.
12             Q     Do you know Dr. Etkin?
13             A     Yes.
14             Q     Have you worked with Dr. Etkin
15     before today?
16             A     Yes.
17             Q     Is Dr. Etkin someone that you
18     respect?
19             A     Yes.
20             Q     Do you believe that the
21     methodology that Dr. Etkin employed in her
22     reports in this case is a reliable
23     methodology?
24             A     Yes.
25             Q     Would you say that

Page 53

1    Dr. French-McCay and Dr. Etkin are experts
2    in their field?
3         A    Yes.
4         Q    Would it be fair to say that
5    they're actually some of the top experts
6    in the world in what they do?
7              MR. MEARS:  Objection.  Form.
8         A    Probably.
9         Q    Would you say that the
10   United States has some of the top experts
11   in oil and gas and spill?
12        A    There's people all around the
13   world that -- I -- yes, but not -- we
14   don't have a -- kind of what's the word I
15   want?  It -- there are other people around
16   the world as well, you know, we don't have
17   a --
18        Q    Yeah, there are other top
19   experts around the world in this field
20   too, true?
21        A    Yes, thank you.
22        Q    But you would agree, at least
23   within the United States, Dr. French-McCay
24   and Dr. Etkin are some of the top experts
25   in their field?

```
 1              A    Yes.
 2              Q    They're experts that NOAA
 3     retains when they need expertise in the
 4     fields that they're in?
 5              MR. MEARS:  Objection.  Form.
 6              A    I don't know if NOAA has ever
 7     hired Dr. Etkin Schmidt.  I know they have
 8     hired Dr. French-McCay.
 9              Q    In your experience with both
10     Dr. French-McCay and Dr. Etkin, have you
11     relied upon their expertise in the areas
12     that they're experts in?
13              A    Yes.
14              Q    My understanding in your -- as
15     your role doing what you did before you
16     retired was often to work with
17     multidisciplinary teams of experts when
18     you responded to oil spill incidents?
19              MR. MEARS:  Objection.
20           Mr. Levine hasn't testified to
21            that.
22              Q    You can answer.
23              A    Yes.
24              Q    Okay.  If you look at the CFR
25     definition of the position that you held,
```

Page 184

1                    CERTIFICATE
2        STATE OF NEW YORK )
3                        )ss:
4        COUNTY OF RICHMOND)
5              I, DANIELLE GRANT, a Certified
6        Shorthand Reporter and Notary Public
7        within and for the State of New York, do
8        hereby certify:
9              That EDWIN LEVINE, the witness
10       whose deposition is hereinbefore set
11       forth, was duly sworn by me and that
12       such deposition is a true record of the
13       testimony given by such witness.
14             I further certify that I am not
15       related to any of the parties to this
16       action by blood or marriage and that I
17       am in no way interested in the outcome
18       of this matter.
19             In witness whereof, I have
20       hereunto set my hand this 26th day of
21       September, 2025.
22
23
24            *[signature: Danielle Grant]*
25            DANIELLE GRANT