# **<u>EXHIBIT 7</u>**

**Connecticut**
Department of Energy &
Environmental Protection

**Supplemental Fact Sheet (December 2024)**

**DRAFT National Pollutant Discharge Elimination System ("NPDES")
General Permit for the Discharge of Stormwater Associated with
Industrial Activities**

The Connecticut Department of Energy and Environmental Protection (DEEP) Water Permitting and Enforcement Division (WPED) Stormwater Program has prepared the reissuance package for the National Pollutant Discharge Elimination System ("NPDES") General Permit for the Discharge of Stormwater Associated with Industrial Activities ("Industrial Stormwater General Permit," "the permit," or "the IGP") to solicit public comment on the draft permit. The comment period will be 30 days. The last substantive reissuance of the Industrial Stormwater General Permit occurred in 2011, after which only "as-is", no change re-issuances were issued between 2016 and 2021. The current Industrial Stormwater General Permit became effective on October 1, 2021, with a permit duration of two (2) years and an expiration date of September 30, 2024. The Commissioner issued a timely notice of tentative determination to reissue the Industrial Stormwater General Permit on March 26, 2024, authorizing an automatic one (1) year extension of the general permit consistent with the provisions of CGS Section 22a-6aa.

WPED Stormwater staff reviewed the public comments received during the March 2024 public comment period and determined that significant modifications of the March 2024 draft IGP were necessary. The current December 2024 draft IGP, as revised in consideration of the comments received, is the subject of this second notice of tentative determination.

Significant changes to the general permit include the following: an updated format that mirrors the 2021 US EPA Multi-Sector General Permit ("MSGP"); sector-specific designations for each permittee; clarifications on stormwater and non-stormwater discharge authorizations and prohibitions; additional sector-specific definitions; additional Stormwater Control Measures ("SCMs") and Best Management Practices ("BMPs") for certain sectors; the inclusion of, or updates to, sector-specific federally required Effluent Limitation Guidelines ("ELGs"); increases in monitoring requirements to align with the MSGP; the inclusion of a new "Corrective Actions" section; utilization of electronic reporting; a new online noncompliance notification reporting tool; recommendations for the evaluation of resiliency measures; and submittal of an annual report, consistent with the MSGP and similar permits in the region.

On a parallel pathway, the Stormwater Program has been working with the Connecticut Bureau of Information Technology Services ("BITS") and US EPA to develop an online registration portal intended to go live with the reissuance of the permit in response to the federal NPDES Electronic Reporting Rule ("NPDES eRule", 40 CFR 127 published in 2015). The NPDES eRule replaces most paper based NPDES reporting requirements with electronic reporting using EPA's Central Data Exchange ("CDX"). To comply with the federal regulations DEEP developed an eRule Implementation Plan in 2016 and, as part of that plan, DEEP signed a Memorandum of



**Connecticut**
**Department of Energy &**
**Environmental Protection**

Understanding ("MOU") with US EPA for the Development and Maintenance of the NPDES Electronic Reporting Tool ("NeT") on November 6, 2023. The updates to the December 2024 draft IGP are essential to meet our regulatory commitments and provide enhanced user experiences for permittees. These updates allow us to protect our natural resources, promote sustainability, provide regulatory certainty for existing and new industries, and foster a sustainable and prosperous economic future for the state.

The below updates to the December 2024 draft IGP are grouped into two (2) categories: (1) Updates to the format, permit conditions, and requirements; and (2) Transition to online applications and reporting.

1. Updates to the Permit Format, Permit Conditions, & Requirements

   1.1 Permit Format
   The December 2024 IGP draft has an improved format, an initiative designed to improve intelligibility and provide a form of compliance assistance. The 2011 IGP was structured as a "hybrid multi-sector" format, meaning that approximately 56% (~950) of the Connecticut universe of industrial facilities were assigned to a "General" industrial sector and the remaining 44% (~750) were assigned to one of 13 unique industrial sectors based on their activity.

   In 2015, US EPA reissued the national MSGP and transitioned to a "full multi-sector" permit that contains 30 industrial categories such that each industrial facility must adhere to both the core permit requirements and to additional requirements based on the facility's industrial classification code. DEEP's December 2024 draft IGP has been updated to mirror the federal "full multi-sector" format. The permitted community will benefit from such a comprehensive alignment, particularly for those corporations that operate in multiple states.

   1.2 Fees
   Permit application fees have been marginally increased to align with recently reissued general permits and support the new technology required to comply with the federal eRule.

|  | Current Fee[1] | Increased Fee[1] |
|---|---|---|
| Companies with less than 50 employees or have gross annual sales of less than five (5) million dollars; and municipal, federal, or state-operated facilities | $500 | $625 |
| Companies with more than 50 employees and have gross annual sales of greater than five (5) million dollars | $1,000 | $1,250 |

[1]Under CGS 22a-6, municipalities pay half the stated fee.



**Connecticut**
**Department of Energy &**
**Environmental Protection**

1.3 Permit Monitoring, Benchmark Thresholds, & Inclusion of Federal Effluent Limit Guidelines

As part of the adoption of EPA's MSGP multi-sector format, additional clarifications and national requirements have been carried over to the December 2024 draft IGP. Sector-specific definitions are provided in 11 industrial sectors and additional control measures appropriate to industrial activities are adopted in 16 industrial sectors. Nearly all monitoring parameters in the 2011 issuance are maintained in the December 2024 draft IGP with only a few very targeted exceptions. Reductions to monitoring frequency are applied only when supported by data and increases to monitoring requirements, where implemented, either align with EPA requirements or specifically address known high pollutant loads from given industrial sectors. Fourteen (14) industrial sectors have additional benchmark monitoring requirements with exemption opportunities when concentration thresholds are met. Nine (9) industrial sectors have additional parameters that do not have exemption opportunities. Federally required Effluent Limitations Guidelines ("ELGs") have been updated in seven (7) industrial sectors meeting WPEDs FY24/25 EPA/DEEP Performance Partnership Agreement ("PPA") commitments and federal regulations. The December 2024 draft IGP Fact Sheet provides additional information for the development and inclusion of numeric and non-numeric benchmark thresholds and Appendix A of the Fact Sheet details the specific changes to each industrial sector.

1.4 New "Resiliency Measure" Element in the SWPPP

The Resiliency Measure section is a new component of the SWPPP and was added in response to Connecticut's commitment to prepare for ongoing climate change. This new element of the SWPPP is intended to identify resource gaps, promote emergency planning and preparedness, and identify additional processes and procedures that may need to be considered and, if necessary, employed when experiencing variable weather patterns. This section does not require nor prescribe specific Control Measures or BMPs to be implemented. This section is also not intended to impede or conflict with local efforts to improve and bolster resiliency.

1.5 New "Corrective Actions" Section

As adapted from the US EPA MSGP permit, the December 2024 draft IGP includes a new section, "Corrective Actions," providing consistent and concise compliance determinations, (i.e., what constitutes a permit violation) and provides the permittee with a roadmap for the necessary steps to return to compliance. This section includes built-in compliance deadlines to further specify DEEP's expectations for the type of actions that must be taken within a specific time frame and simplifies the reporting requirements for the permittee. The December 2024 draft IGP also includes a waiver process for corrective actions when all sequential steps through the corrective actions schedule have been met and when the permittee provides documentation and follow-up monitoring that further corrective action would be beyond the scope of what is technologically possible or economically practicable for their industry.



**Connecticut**
**Department of Energy &**
**Environmental Protection**

2. <u>NPDES eRule, Transition to Electronic Onboarding & Reporting</u>
   DEEP is currently in the development phase of our new online services and intends to
   provide training tools to the regulated community as these platforms become available.
   Please check the Stormwater Program website for updates.

   <u>2.1 Online Registration Process</u>
   Working towards meeting DEEPs 20by26 Goal 10, "Expand Tools for Online Services,"
   WPED is working alongside BITs to modify the ezFile platform as part of the online
   registration process. As noted, DEEP entered into an MOU to utilize EPA's online
   registration platform while maintaining the state's internal business operations.
   Applicants to the 2025 IGP will follow a two-step process: (1) Use DEEP's electronic
   registration portal to provide DEEP with basic site and operator information, upload the
   SWPPP for public review and comment, and provide fee payment; (2) after completing
   the first step, move to EPA's NeT portal to fill out a comprehensive and detailed
   application about the site, operator, discharges, etc.

   <u>2.2 New Electronic Submittal of Discharge Monitoring Reports</u>
   An existing data flow between NeT and EPA's Discharge Monitoring Reporting
   ("NeTDMR") tool will allow information gathered in NeT (registration portal) to
   automatically populate monitoring requirements in NeTDMR such that thousands of
   monitoring reports can be gathered electronically in compliance with the NPDES eRule.
   To conform to the business rules of the new data platforms, instead of facilities
   submitting DMRs throughout the year, DMRs will be submitted 45 days after the end of
   the monitoring period. This transition will allow the Stormwater Program to evaluate
   discharge data more efficiently, thus providing DEEP with more concise information to
   make more informed decisions for the protection of water quality in the state.

   <u>2.3 New Online Annual Report</u>
   Consistent with EPA's 2021 MSGP and similar permits in the region, the draft December
   2024 IGP includes a new requirement for all permittees to submit an annual report to
   DEEP that contains the results of the required comprehensive site inspection and a
   discussion of corrective actions required and/or taken at any time since the previous
   comprehensive site inspection. EPA began requiring the submittal of an annual report in
   the late 2000s and similar permits in the northeast and nationwide require the submittal of
   an annual report. The submission of the report is to gather information from permittees
   identifying potential water quality concerns and to assess compliance with permit
   provisions. To increase transparency, accountability, and oversight, DEEP along with US
   EPA believes it is important to receive periodic reports from permittees indicating that
   they are actively implementing their stormwater management programs, maintaining their
   control measures, and complying with the terms and limits in the permit. DEEP is
   creating an online annual report form to be used by the permittees for a streamlined
   submittal experience.



**Connecticut**
**Department of Energy &**
**Environmental Protection**

2.4 New Online Noncompliance Reporting Platform

In December 2023, WPED began the transition from paper-based noncompliance reporting to an online electronic portal accessible through our website providing enhanced compliance assistance tools to the regulated community. The December 2024 draft IGP requires permittees to report instances of noncompliance using this portal.

Additional Resources

(1) DEEP Online Application Portal:
https://filings.deep.ct.gov/DEEPPortal/

(2) DEEP Stormwater Portal & Noncompliance Reporting:
https://portal.ct.gov/deep/water-regulating-and-discharges/stormwater/stormwater-management

(3) EPA 2021 MSGP:
https://www.epa.gov/npdes/stormwater-discharges-industrial-activities-epas-2021-msgp

(4) EPA Industry Specific Fact Sheets:
https://www.epa.gov/npdes/stormwater-discharges-industrial-activities-fact-sheets-and-guidance

(5) EPA NPDES eRule:
https://www.epa.gov/compliance/npdes-ereporting

(6) EPA Training & Guidance:
https://usepa.servicenowservices.com/oeca_icis?id=ecss_oeca_csm_index

