# EXHIBIT 9

```
                                                              Page 1
 1                                            Volume:         I
 2                                            Pages:         97
 3                                            Exhibits:       9
 4            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
 5                             CONNECTICUT
 6                                    C.A. No.: 3:21-CV-00933-VDO
 7       ********************************
 8       CONSERVATION LAW FOUNDATION, INC.,
 9                Plaintiff
10       v.
11       SHELL OIL COMPANY, EQUILON
12       ENTERPRISES.LLC D/B/A
13       OIL PRODUCTS US, SHELL
14       PETROLEUM, INC., TRITON TERMINALING LLC,
15       and MOTIVA ENTERPRISES LLC,
16                Defendants
17       ********************************
18                Deposition of Deborah French-McCay, a witness called
19       on behalf of the Plaintiff, taken pursuant to the applicable
20       provisions of the Federal Rules of Civil Procedure, before
21       Seamus Mitchell, a Court Reporter and Notary Public in and for
22       the Commonwealth of Massachusetts, at the offices of Motley
23       Rice LLC, 40 Westminster St, Fifth Floor, Providence, Rhode
24       Island, 02903 on the 29th of August, 2025 at 10:05 a.m.
```

Page 46

1     privileged information.
2    ████████████████████████████████
3    ███████████████████████████████████
4    ██████████████████████████
5    ███████████████████████████
6    █████████████████████████████████████
7    █████████████████████████████████████
8    █████████████████████████████████████
9    █████████████████████████████████████
10   ███████
11   █████
12   ████████████████████████████████████
13   ███████
14   ████████████████████████████████████
15   ██████████████████████
16   █████████████████████████████████████
17   █████████████████████████████████████
18   ███████████████████████████████████
19   ██████████████████████████████████████
20   ██████████████████████████████████
21   ██████████████████████████████████
22   █████████████████████████████████
23   ███████████████
24   █████████████████████████████████████





Case 3:21-cv-00933-VDO   Document 835-9   Filed 11/03/25   Page 6 of 7



877-370-3377 — Golkow Technologies, A Veritext Division — www.veritext.com

Page 96

C E R T I F I C A T E

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF SUFFOLK, ss

I, SEAMUS MITCHELL, a Professional Court Reporter and Notary Public in and for the Commonwealth of Massachusetts, do hereby certify that the foregoing deposition of Deborah French-McCay, was taken by me on August 29, 2025. The said witness was satisfactorily identified and duly sworn by me before the commencement of their testimony; that the said testimony was taken audio graphically and then transcribed under my direction.

To the best of my knowledge, the within transcript is a complete, true and accurate record of said deposition.

I am not connected by blood or marriage with any of the said parties, nor interested directly or indirectly in the matter in controversy.

In witness whereof, I have hereunto set my hand and Notary Seal this 11th of September, 2025.

<%20941,Signature%>