# EXHIBIT 8

# Oil Spill Modeling – New Haven Terminal Appendix B. Preparation of Integral Storm Models

100-WTR-T44525
June 2025

## PREPARED FOR

King & Spalding LLP

1180 Peachtree Street, NE, Suite 1600

Atlanta, GA 30309


Attention:

Douglas A. Henderson

## DRAFT EXPERT REPORT BY

Deborah French-McCay, PhD
RPS Ocean Sciences, Tetra Tech Inc.
55 Village Square Dr
South Kingstown, RI 02879

**E:** Deborah.McCay@tetratech.com

**T:** 401-742-1395

**Prepared by:**

Deborah French-McCay, Matthew Frediani, Jenna Ducharme, Jeremy Fontenault, Mahmud Monim, Nickitas Georgas, Emily Day, Nicholas Baccari, Dan Codiga, and Matthew Murphy

**Restriction on Disclosure and Use of Data**

*This report was prepared by Tetra Tech within the terms of its engagement and in direct response to a scope of services. This report is strictly limited to the purpose and the facts and matters stated in it and does not apply directly or indirectly and must not be used for any other application, purpose, use or matter. In preparing the report, Tetra Tech may have relied upon information provided to it at the time by other parties. Tetra Tech accepts no responsibility as to the accuracy or completeness of information provided by those parties at the time of preparing the report. The report does not take into account any changes in information that may have occurred since the publication of the report. If the information relied upon is subsequently determined to be false, inaccurate or incomplete then it is possible that the observations and conclusions expressed in the report may have changed. Tetra Tech does not warrant the contents of this report and shall not assume any responsibility or liability for loss whatsoever to any third party caused by, related to or arising out of any use or reliance on the report howsoever. No part of this report, its attachments or appendices may be reproduced by any process without the written consent of Tetra Tech. All enquiries should be directed to Tetra Tech.*

 **TETRA TECH**

**Privileged and Confidential DRAFT**                                       **Appendix B**
**Oil Spill Modeling – New Haven Terminal**                                 **June 23, 2025**

## TABLE OF CONTENTS

**7.0 APPENDIX B. PREPARATION OF INTEGRAL STORM MODELS** ............................................................2

    7.1 Integral Memo Describing Storm Model Preparation ........................................................2

    7.2 Introduction ..............................................................................................................................2

    7.3 Model Description ....................................................................................................................2

    7.4 Digital Elevation Model...........................................................................................................5

    7.5 Model Results ..........................................................................................................................6

    7.6 Model Assumptions and Limitations ....................................................................................7

    7.7 References................................................................................................................................7

## LIST OF FIGURES

Figure 7-1.    New Haven Terminal Delft3D-FM Model Grid...................................................................3

Figure 7-2.    Time Series of Water Level Boundary Condition for the 100-Year Mean Water Level from the NACCS..........4

Figure 7-3.    Time Series of Water Level Boundary Condition for the 500-Year Mean Water Level from the NACCS..........5

Figure 7-4.    New Haven Terminal Site Elevations ...........................................................................6


**TETRA TECH**

100-WTR-T44521

## 7.0 APPENDIX B. PREPARATION OF INTEGRAL STORM MODELS

## 7.1 INTEGRAL MEMO DESCRIBING STORM MODEL PREPARATION

> M5,9,/&( &%! 1%@21 " %&1 7,! /
> >772 51 &< T 25. M52%8 $7M5&3 ! 5&%! 7O&4 8 &67 2' @2 816 &/
>
> June 20, 2025

## 7.2 INTRODUCTION

This document provides a technical summary of the Delft3D Flexible Mesh model applied to evaluate upland flooding around New Haven, Connecticut during synthetic 100-year and 500-year flood events.

## 7.3 MODEL DESCRIPTION

The Delft3D Flexible Mesh (Delft3D FM) modeling suite is a state-of-the-art hydrodynamic and environmental modeling framework developed by Deltares, a leading Dutch research institute specializing in water and subsurface systems. Delft3D FM is designed to simulate water movement, sediment transport, water quality, and morphology in coastal, estuarine, riverine, and urban environments. It supports both structured and unstructured grids, allowing for flexible spatial resolution and efficient representation of complex geometries such as harbors, floodplains, and containment structures.

Delft3D FM's numerical engine solves the shallow water equations using a finite-volume approach, which ensures mass conservation and numerical stability even in highly dynamic and irregular domains. The model is widely used in regulatory, academic, and engineering contexts for flood risk assessment, infrastructure design, and environmental impact analysis (Deltares 2021; Kernkamp et al. 2011).

In this application, the model was configured as a two-dimensional (2D) depth-averaged hydrodynamic model. The computational domain extended from the mouth of New Haven Harbor inland to the 20 ft NAVD88 contour, encompassing the New Haven Terminal and adjacent upland areas (Figure 1). The horizontal resolution of the mesh varied spatially, ranging from approximately 100 m in the open harbor to as fine as 2 m within the containment berms of the New Haven Terminal. This resolution strategy allowed for detailed representation of topographic features critical to flood routing and containment performance. The model's 2D configuration and flexible mesh structure allowed for efficient simulation of floodplain inundation, capturing the extent and depth of flooding across the upland areas.


**TETRA TECH**

100-WTR-T44521



Figure 7-1.        New Haven Terminal Delft3D-FM Model Grid

The model was forced at the downstream boundary using a synthetic water level time series derived from observed data during Hurricane Sandy, adjusted to match the U.S. Army Corps of Engineers (USACE) North Atlantic Coast Comprehensive Study's (NACCS) 100- and 500-year mean water levels for New Haven Harbor (USACE 2015; Figure 2 and Figure 3). The mean 100- and 500-year water levels at the peak of the synthetic storm event were 11.65 ft and 15.08 ft NAVD88, respectively. Upstream boundary conditions included estimated discharges from contributing watersheds to simulate any potential for compound flooding effects.

**Privileged and Confidential DRAFT**
**Oil Spill Modeling – New Haven Terminal**

**Appendix B**
**June 23, 2025**



Figure 7-2.        Time Series of Water Level Boundary Condition for the 100-Year Mean Water Level from the NACCS



Figure 7-3.    Time Series of Water Level Boundary Condition for the 500-Year Mean Water Level from the NACCS

## 7.4 DIGITAL ELEVATION MODEL

Establishing the elevation of the New Haven Harbor and the associated upland areas encompassed in the model domain is a key component of a numerical modeling exercise, as these elevations dictate the potential flooding extend and associated water depths.

Bathymetry and topography data are necessary to assign bottom elevations to the model grid and accurately represent the potential flooding pathways and boundaries within the model domain. The DEM used in this analysis is the 1887–2016 USGS CoNED Topobathy DEM for New England, compiled in 2016 (Figure 3). This high-resolution, 1-meter topobathymetric dataset integrates over 321 data sources, including LiDAR point clouds, hydrographic surveys, and sonar data, collected by agencies such as USGS, NOAA, USACE, and FEMA. The DEM is referenced horizontally to NAD83 / Connecticut and vertically to NAVD88. It was developed to support coastal hazard assessments and hydrodynamic modeling, and was used here to simulate floodplain inundation and water level distributions across the New Haven Terminal and adjacent upland areas.





Figure 7-4.       New Haven Terminal Site Elevations

## 7.5 MODEL RESULTS

For this conceptual model analysis, only the hydrodynamic component of Delft3D FM was employed, with a primary focus on evaluating water levels and their associated water depths over inland areas. These parameters were simulated primarily based on the water level data and the topographic and bathymetric DEM of the model domain. The analysis did not encompass sediment transport, water quality, or morphological changes.

To support confidence in the conceptual model results, simulated water depths from the Delft3D FM model were qualitatively compared to a static inundation analysis conducted using the NACCS 100- and 500-year mean water levels and the same CoNED underlying DEM. The spatial extent and general distribution of inundation were found to be consistent between the two approaches, with the dynamic model capturing similar water level patterns as the equilibrium-based bathtub method. While a point-by-point quantitative comparison was not performed, the agreement in overall flood extent supports the reliability of the model outputs for this screening-level assessment.



100-WTR-T44521

However, that the Delft3D FM model provides a more physically representative simulation of flood dynamics, accounting for temporal variations and flow routing that are not captured in the static analysis.

## 7.6 MODEL ASSUMPTIONS AND LIMITATIONS

The Delft3D FM model was applied in this study to simulate water levels across the New Haven Terminal and surrounding upland areas during synthetic 100- and 500-year flood events. When provided with a high-resolution and hydrologically consistent DEM, along with appropriate boundary conditions, the model is capable of accurately resolving spatial variations in water surface elevation across complex terrain.

The Delft3D FM model application for this study is based on several key assumptions that influence the interpretation of results. First, the model assumes a static topobathymetric surface derived from the 2016 USGS CoNED Topobathy DEM, with no consideration of future land surface changes, subsidence, or anthropogenic modifications. The model does not simulate infiltration or drainage and assumes that all terrain features act as static barriers to flow.

Boundary conditions were defined using a synthetic water level time series representative of the NACCS 100- and 500-year mean water levels, assuming this forcing represents the extreme event conditions for New Haven Harbor, based on the NACCS data. No wind forcing or wave effects were included. Upstream inflows were estimated and applied as steady discharges, without accounting for temporal variability or watershed hydrology.

It is important to note that the model was used solely for water level analysis and did not include dynamic flow routing, sediment transport, morphology, or contaminant dispersion modules. The Delft3D-FM model was not quantitatively calibrated or validated to water level or current measurements. The specific focus of this conceptual based model was on water level and the associated water depths. The results should be interpreted with caution, as they represent a synthetic scenario rather than observed conditions. These results provide a useful screening-level assessment of potential inundation and drainage pathways and timing under extreme flood conditions.

## 7.7 REFERENCES

Deltares. 2021. Delft3D Flexible Mesh Suite – User Manual. Deltares, Delft, The Netherlands.

Kernkamp, H. W. J., Van Dam, A., Stelling, G. S., & De Goede, E. D. (2011). Efficient scheme for the shallow water equations on unstructured grids with application to the continental shelf. Ocean Dynamics, 61(8), 1175–1188.

USACE. 2015. North Atlantic Coast Comprehensive Study: Resilient Adaptation to Increasing Risk. Record Number 735-17c. U.S. Army Corps of Engineers, Washington, DC. https://usace.contentdm.oclc.org/digital/collection/p266001coll1/id/2793/.

