# EXHIBIT 9

Page 1

Volume:          I

Pages:          97

Exhibits:        9

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

CONNECTICUT

C.A. No.: 3:21-CV-00933-VDO

*******************************

CONSERVATION LAW FOUNDATION, INC.,

       Plaintiff

v.

SHELL OIL COMPANY, EQUILON

ENTERPRISES.LLC D/B/A

OIL PRODUCTS US, SHELL

PETROLEUM, INC., TRITON TERMINALING LLC,

and MOTIVA ENTERPRISES LLC,

       Defendants

*******************************

Deposition of Deborah French-McCay, a witness called on behalf of the Plaintiff, taken pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Seamus Mitchell, a Court Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Motley Rice LLC, 40 Westminster St, Fifth Floor, Providence, Rhode Island, 02903 on the 29th of August, 2025 at 10:05 a.m.

Page 46

privileged information.

Q    Okay.  For the New Haven Terminal, you used hydrodynamic model data for larger storms for input into SIMAP oil spill model, Correct.

A    Just repeat that one more time.  Sure.

Q    You used hydrodynamic model data for larger storms for input into the SIMAP oil spill model.  The hydrodynamic model data that you used as input for the SIMAP model was prepared by the company called Integral, is that right?

A    Yes.

Q    And Integral used Delft3D FM computer model, right?

A    Yes.

Q    What is your understanding of what Delft3D FM does in the context of your work?

A    It's a hydrodynamic model that calculates the movement of the world water in space and time and the height of the water based on what's called forcing or inputs, such as at the boundaries of the domain of a model, you force it with the height of the water over time and then it calculates, based on physics, how the water moves, how high the water will get and then how it recedes.

Q    Have you ever personally run the Delft3D FM model

Page 47

before?

A    No.

Q    Have you ever used the Delft3D FM model output as input for SIMAP model runs before?

A    No.  I don't think.  I don't remember off the top of my head doing that.

Q    Does anyone at your company run the Delft3D FM model?

A    Yes.

Q    Okay.  Who?

A    Nikitas Georgas, Emily Day and Mahmoud.

Q    Okay.  Is it correct that Integral's Delft3D model output became the input for your SIMAP oil spill modeling?

          MS. TOLEDO:  Object to form, incomplete hypothetical.

A    The storm models that Integral ran from Delft3D were used.  I use those as input to my modeling.  Yes.

Q    Was it your decision for Integral to use the Delft3D model?

          MS. TOLEDO:  Object to form.  And I'll instruct not to answer it to the extent that you're asking for communications with Counsel.

A    No, I didn't tell them to run it.

Q    Okay.  So whose decision was it to use this particular

Page 48

model?

A    Theirs.

Q    Whose decision was it to contact Integral for use of this particular data?

MS. TOLEDO:  Object to form.  Again, object to the extent it calls for communications with Counsel.

BY MS. JACKS:

Q    Right.  And I'm not asking for any communications.  I'm just asking whose decision was it to involve Integral in this project?

MS. TOLEDO:  Same objection.

A    It was my decision to ask for.  We needed hydrodynamics.  So I was discussing has anyone done hydrodynamics?  And when I was aware that they had done that, I asked for the data.

Q    Okay.  Did you instruct Integral on how to set up the Delft3D model?

A    No.

MS. TOLEDO:  Object to form, communications with the experts -- between the experts are by agreement, not discoverable.

BY MS. JACKS:

Q    Can we agree for the rest of the deposition to use the

Page 49

term Integral model for the Delft3D modeling that Integral performed?

A    Yes.

Q    Were you involved in the setup of the Integral model?

A    No.

Q    Did you decide what data would be used as input into the Integral model?

A    No.

Q    Were you involved in selecting the data that would be used as input in the Integral model.

              MS. TOLEDO:  Object to form.  Ask and answered.

A    No.

Q    Did you independently review the data that Integral used as input?

A    Yes.

Q    How did you do that?

A    I asked for Nikita Georgas help and also Emily Day to plot up what the data was.  First I asked the files and I received the same files you received these binary files, computer files.  So I needed help in reading all that data and making figures, so I asked for help to plot it all up, to look at the results, to look at the inputs.  And we did a review of all of the inputs and

Page 96

C E R T I F I C A T E

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF SUFFOLK, ss

I, SEAMUS MITCHELL, a Professional Court Reporter and Notary Public in and for the Commonwealth of Massachusetts, do hereby certify that the foregoing deposition of Deborah French-McCay, was taken by me on August 29, 2025. The said witness was satisfactorily identified and duly sworn by me before the commencement of their testimony; that the said testimony was taken audio graphically and then transcribed under my direction.

To the best of my knowledge, the within transcript is a complete, true and accurate record of said deposition.

I am not connected by blood or marriage with any of the said parties, nor interested directly or indirectly in the matter in controversy.

In witness whereof, I have hereunto set my hand and Notary Seal this 11th of September, 2025.

<%20941,Signature%>