# EXHIBIT 4

Page 1

Volume:        I

Pages:         97

Exhibits:      9

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

CONNECTICUT

C.A. No.: 3:21-CV-00933-VDO

*******************************

CONSERVATION LAW FOUNDATION, INC.,

        Plaintiff

v.

SHELL OIL COMPANY, EQUILON

ENTERPRISES.LLC D/B/A

OIL PRODUCTS US, SHELL

PETROLEUM, INC., TRITON TERMINALING LLC,

and MOTIVA ENTERPRISES LLC,

        Defendants

*******************************

        Deposition of Deborah French-McCay, a witness called

on behalf of the Plaintiff, taken pursuant to the applicable

provisions of the Federal Rules of Civil Procedure, before

Seamus Mitchell, a Court Reporter and Notary Public in and for

the Commonwealth of Massachusetts, at the offices of Motley

Rice LLC, 40 Westminster St, Fifth Floor, Providence, Rhode

Island, 02903 on the 29th of August, 2025 at 10:05 a.m.

Page 19

payments?

A    No.

Q    Do you have any specific compensation agreements if this case goes to trial?

A    No.

Q    Do you plan to be at trial to provide testimony if this case goes to trial?

A    I don't have any plans.

Q    Do you have a specific trial rate?

A    No.

Q    Is there a specific rate that you are getting paid for this deposition today?

A    No.

Q    Please provide any inaccuracies in the billing that you may discover to us in advance of trial.  We can provide that to Ms. Toledo.  What do you do for a living?

A    I am an environmental consultant, and I do primarily environmental risk assessments using modeling and scientific analyses.

Q    And what percentage of your income is earned from expert testimony?

A    Much less than 1%.

Q    What are your other sources of income?

A    I don't have any other source of income other than my

Page 20

job, so I get paid a salary.

Q    Okay.  Outside of a potential 401k, do you own any stock in Shell?

A    No.

Q    In any other oil company?

A    No.

Q    I will introduce the complete expert report of Dr. French-McCay as Exhibit 5.

(Whereupon, Exhibit 5, Complete Expert Report by Deborah French-McCay, is marked for identification.)

Q    I represent to you that this is your complete expert report, including all the appendices that was provided to us by Counsel in the course of this litigation and has not been altered. On the face page of this report, if you would open the binder it states, and I read, Privileged and Confidential.  Draft Oil Spill Modeling New Haven Terminal.  And under the title your name is listed Deborah French-McCay, PhD.  Is that correct?

A    Yes.

Q    So to start, please flip to Appendix L.  Your name is listed at the top of this appendix.  Is that correct?

A    That's correct.

Q    And this appendix is dated June 2025, is that correct?

A    Yes.

Page 36

on.  In other words, stop the response primarily. Sorry, stop the release if it's an ongoing release, and to do as much to mitigate what's occurring, which includes environmental impacts, but also includes impacts on humans, responders and social uses of the environment and so on.

Q    And SIMAP is used to objectively assess the impact of various response scenarios, is that right?

MS. TOLEDO:  Object to form.

A    We have used, and I have used SIMAP to do those kinds of analyses yes.

Q    You would agree with me that for a model like SIMAP to be useful and must be developed, tested and validated. Correct?

MS. TOLEDO:  Object to form.

A    I would agree that it's important to validate models. Spent my career working on that.  Actually.

Q    Both the SIMAP physical fates and biological models have been validated, correct?

A    Yes.

Q    Can you describe what validated means?

A    Validated means to run a model for some analysis and then compare it to data that's independent of the input data.  So it's a check that it actually is accurate.

Page 37

So I've done that with a number of different spill cases to check the model is working appropriately.

Q    Has SIMAP been validated against any oil spills that have occurred in the New Haven Harbor?

A    No, and I'm not aware of any spills there that would have such data.

Q    SIMAP is a proprietary model, is that correct?

A    Yes.

Q    And that means that access to SIMAP is not publicly available, Is that correct?

A    That's correct.

Q    Could a person Pay to use SIMAP?

A    A person or company can pay to use what we call Oil Map, which is a simplified version of SIMAP.  It's the same model, but we simplify it because it's easier for people to use a simpler model to run than a very complicated model that is SIMAP.  So we send -- sell licenses to what we call Oil Map and people can -- we have a lot of clients all over the world that use that model.

Q    And who ultimately makes the decision on whether or not to sell a license to the more simplified version of SIMAP?

        MS. TOLEDO:  Object to form.

Page 39

that?

A    If we licensed it, we would need to do that 20 or 30 years ago.  We had licensed it and it was just a burden to manage it.  But yeah, we would make sure they know how to run it, support them with questions and that sort of thing.

Q    Due to its complexity, do you know anyone outside of RPS that can run the SIMAP model with accuracy?

A    No.

Q    Is there any type of organization that comes to mind that you would foresee a conflict of interest with?  How do you make that decision?

             MS. TOLEDO:  Object to form.

A    If, if it's some kind of litigation case or potentially going to be litigation or anything like that, we make sure we're not working on both sides.  And so we always check.  And nowadays we check within all of Tetra Tech.  In the past it would be, you know, when we were saying, we were one office and RPS.  So anyway, it gets more complicated, but that's what we do.  We have a system for that at Tetra Tech.

Q    Thank you.  I'm going to introduce as Exhibit 6 an article called the Validation and Use of Spill Impact Modeling for Impact Assessment.

Page 40

(Whereupon, Exhibit 6, Validation and Use of Spill Impact Modeling for Impact Assessments, is marked for identification.)

Q   Did I read the title of this article correctly?

A   Yes.

Q   You are an author of this article, correct?

A   Yes.

Q   Your name is listed at the top with the last name French, right?

A   That's correct.

Q   Okay.  Henry M. Rines is listed as also as an author, correct?

A   Correct.

Q   Who is he?

A   He used to work for me at ASA.  This article, I think is 1987.  97.  97, yeah.

Q   Did you present this article at the 1997 International Oil Spill Conference?

A   Yes.

Q   Did you happen to use a power point presentation at the conference?

A   Yes.

Q   Okay.  Has that power point presentation been provided to Counsel?

Page 41

A     No.

Q     And this article is about the validation of SIMAP, is that right?  On page 830, the page numbers in the top left-hand corner, there's a table call table one and it's titled Spills Evaluated for Validation of the Model.  Is that right?

A     Yes.

Q     The table lists multiple spills, their location, date, oil type and amount, correct?

A     That's correct.

Q     Did any of these spills, to your knowledge, occur during a hurricane?

A     The Argo Merchant occurred in the Northeaster, so that was a huge storm.  None of the others are hurricanes I think, but let me check.  None of the other ones are vortex.

Q     Okay.  And did any of these occur due to flooding or storm surge?

A     I don't remember the exact particulars of the Exxon Bayway.  But got that was in the Arthur Kill.  I think there might have been some storm involved or at least flooding.  It's in the wetland area there.  Mega Borg was I think a storm in the Gulf of Mexico.  I don't remember the specifics.  I'd have to go back and look.

Page 42

But under flooding, Shell Oil complex in Martinez.  I think that might have been some flooding in San Francisco Bay.  That was the issue there.

Q    Okay.  And can you describe in general how you validated SIMAP related to these spills?

A    What we did was collected whatever data was available for the spills, observational information about where the oil moved, primarily in what concentration, where, at what times.  And we ran the model and then made a comparison with the data.

Q    How did you collect the data?

A    By reviewing public documents that were available literature, technical reports.

Q    Were there.  Would that have involved flights over the spill to look at?

A    In some cases, yes.

Q    Okay, let's go back to your expert report and we're going to go to the beginning of the report.  See page 4, please.  Under the second paragraph, under Summary of Basis of Opinions, it says, in the second paragraph, it says the oil spill model I used for the analysis has been developed over the past four decades, utilized for hundreds of oil spill risk assessments, employed for scores of oil spill natural resource damage

Page 44

Q    Right.  Because SIMAP was also used to model the oil fate and behavior for the North Cape spill.  Correct.  How precise was SIMAP's modeling of the North Cape spill?

A    Well, I quantified that and described it in my 2003 publication, the Marine Pollution Bulletin.  I was an expert for NOAA, the government trustee.  I have a technical.  I wrote a technical report at the time and then I published that paper that described it.  So I compared the model results to measurements of PAH's in the water column, and I also compared it to the bird counts, dead bird counts that were quantified for that spill, and to the lobster quantification that was done based on field data.

Q    And so it was -- how precise was it doing this?

A    Off the top of my head, I think.  For example, the lobster estimate from the field Data was about 9 million lobsters killed, and my model prediction was 8.3 million.  I believe that was the number.  I don't remember the exact numbers for the birds, but it was in the right range.  I also compared from the physical fate and exposure part of the modeling, I compared to the measurements in the water column, which were, I think about the sixth day after the spill.  And I

Page 45

compared my predicted concentrations in the water to concentrations measured in a lab then and for about 10 days after the spill.  And I also compared concentrations I predicted in the sediments to the measurements that were taken from the sediments.  Okay.

Q    Have you ever used SIMAP to model oil fate under hurricane conditions.

A    Besides this project?

Q    Besides this project.

A    Yes.  As part of environmental risk assessments, where the question has been what would occur if there were a spill at any time?  And also specifically, I had a big project that I did with the state of Louisiana to evaluate the potential impacts and injury quantification for spills that occurred under Rita and Katrina, both hurricanes.  So I spent quite a few years working on that.

Q    Okay.  And has.  Have you ever used SIMAP to model oil fate under storm surge conditions besides this case?

A    Yes.  Yes.  For Katrina and for Rita particularly.

Q    And those are.  Those results are likely published in one of your articles, correct?

A    No.  I was working for the state of Louisiana on their cases against the responsible parties.  And so it's all

Page 46

privileged information.

Q    Okay.  For the New Haven Terminal, you used
hydrodynamic model data for larger storms for input
into SIMAP oil spill model, Correct.

A    Just repeat that one more time.  Sure.

Q    You used hydrodynamic model data for larger storms for
input into the SIMAP oil spill model.  The hydrodynamic
model data that you used as input for the SIMAP model
was prepared by the company called Integral, is that
right?

A    Yes.

Q    And Integral used Delft3D FM computer model, right?

A    Yes.

Q    What is your understanding of what Delft3D FM does in
the context of your work?

A    It's a hydrodynamic model that calculates the movement
of the world water in space and time and the height of
the water based on what's called forcing or inputs,
such as at the boundaries of the domain of a model, you
force it with the height of the water over time and
then it calculates, based on physics, how the water
moves, how high the water will get and then how it
recedes.

Q    Have you ever personally run the Delft3D FM model

Page 49

term Integral model for the Delft3D modeling that
Integral performed?

A    Yes.

Q    Were you involved in the setup of the Integral model?

A    No.

Q    Did you decide what data would be used as input into
the Integral model?

A    No.

Q    Were you involved in selecting the data that would be
used as input in the Integral model.

                    MS. TOLEDO:  Object to form.  Ask and
        answered.

A    No.

Q    Did you independently review the data that Integral
used as input?

A    Yes.

Q    How did you do that?

A    I asked for Nikita Georgas help and also Emily Day to
plot up what the data was.  First I asked the files and
I received the same files you received these binary
files, computer files.  So I needed help in reading all
that data and making figures, so I asked for help to
plot it all up, to look at the results, to look at the
inputs.  And we did a review of all of the inputs and

Page 81

A    Yes.

Q    Okay.  Who hired you in that case?

A    I think the bills were paid by the PTEC to my company.

Q    So the defendants.

A    The Defendants, yes.

Q    Are you aware that PTTEP Australasia ended up settling a class action suit in that case with a group of Indonesian seaweed farmers for approximately $129 million US dollars?  Did you know that?

          MS. TOLEDO:  Object to form, lack of foundation.

A    I'm aware there was settlement.  I didn't know what the number, you know, what the cost or the value of that settlement was.

Q    Right.  And.  And this question is just related because it.  This is where you say you provided expert evidence, you know, in 2019, to a federal court on your CV.  So that is.  That is the foundation of the.  Where the questions are coming from.  Have you ever testified before a government entity like the EPA, for example?

          MS. TOLEDO:  Object to form.

A    Yes, I've testified in front of the U.S. Senate Committee on the Deepwater Horizon Laws Bill and potential impacts of that.  I have testified in a

Page 82

number of environmental permitting hearings where government agencies have been involved, work for various government agencies doing that over the years, over my 41 years now of work.

Q    And is it correct that the government hired your office for those jobs and that's how you're compensated, did the government pay RPS or Tetra Tech for your testimony related to this?

A    Yes.

MS. TOLEDO:  Object to form.

A    Yes.  I've always been employed by this, you know, what is now called Tetra Tech.  And so the bills are paid to the company and they pay my salary.

Q    Okay.  And the testimony before the US Senate Committee on Commerce, Science and Transportation that was related to the Deepwater Horizon Oil Spill, is that right?

A    Yes.

Q    To your knowledge, has your expert testimony ever been limited or excluded by any court?

A    No, I don't think so.

Q    Okay.  And you provided testimony in the case of United States versus CITCO Petroleum Company.  Do you remember that?

Page 83

A    I don't remember having to testify.  I was an expert and I wrote a report, a technical report to support the government's case against CITCO for that spill.

Q    Okay.  And you provide a deposition testimony in that case, is that right?  Or did you provide deposition testimony?

A    I don't remember doing a deposition in that case.

Q    Okay.  So I think it's a good time to take a break. And off the record, please.

THE VIDEOGRAPHER: The time is 12:23 pm we are off record.

(Whereupon, the parties go off the record.)

(Whereupon, the parties go on the record.)

THE VIDEOGRAPHER: The time is 12:36, we are back on the record.

MS. JACKS:  So previously we were discussing the hydrodynamic model data that was provided to you by Defendant's lawyers.  And so what I would like to do is I would like to introduce an email and pictures of the files that were provided. And this would be Exhibit 9 that were provided to CLF for your review.

(Whereupon, Exhibit 9, Letter from Jose Jones to James Meinert:  List of Data Files. 7/1/25, is

Page 86

New Haven 056, Debbie McCay, and there's Bates numbers. And there is a extension NC on McCay_000007.NC, is that right?  And so is it correct that your understanding is this static file refers to the Integral data that was provided?

A    Likely.

Q    Okay, thank you.  So you're not offering any opinions about how the Integral modeling was performed, right?

                MS. TOLEDO:  Object to form.

A    How it was performed?  Like their methodology?  Only to the extent that I reviewed the results.

Q    Okay, so you're not offering any testimony about how the model was constructed, calibrated or run, is that right?

A    No.

Q    Okay.  And you're not providing any expert opinions about Integral's modeling process only you know only about your own use of the integral modeling inputs.  Is that right?

                MS. TOLEDO:  Object to form, asked and answer.

  BY MS. JACKS:

Q    You can answer.

A    I reviewed the results and I reviewed how they set it

Page 87

up so that I understood what they had done, what their inputs were, what the results were.

Q    Okay.  And you, you assume that the Integral modeling is correct, Right?

A    Correct is kind of the incorrect term.

Q    It's reliable.  Reliable.

A    I reviewed it so that I could evaluate whether or not it was reasonable and therefore reliable.

Q    Okay.  Okay, so let's go to.  Let's refer to your expert report in Appendix B.  And the very first page there is 7.0 Appendix B, preparation of Integral store models.  Is that what that says?  And then the very top of the page in the blue header.

A    Yes.

Q    Okay.  And right below that is 7.1 says Integral memo describing storm model preparation.

A    Yes.

Q    Okay, so this section of the report Appendix B was provided to you as a memo from Integral, is that correct?

A    That's correct.

Q    Okay, what is the -- right below 7.1, what is that equation?  I assume it's an equation.  You can correct me if I'm wrong.  Do you know what that means?

Page 89

entirety.

Q   And you did not add anything to this?

A   No.

Q   At all.  Okay.  Okay.  And so your normal practice is to refer to a flood expert for flood modeling, right?

A   Yes.

Q   Okay.  And it's fair to say that you're not offering opinions on flood modeling in this case.  Right.

          MS. TOLEDO:  Object to form.

A   Not in.  I don't do that myself.  That's not my focus area.  But I use those models.

Q   Okay.

A   So I'm familiar with how they do it.

Q   Great.  Okay.  That is all that I have.  I will turn it over to Mrs. Toledo if there are any follow up questions.

          MS. TOLEDO:  Could I have five minutes?

          MS. JACKS:  Of course.  Let's take a quick break, please.

          THE VIDEOGRAPHER: The time is 12:47 pm we are off the record.

     (Whereupon, the parties go off the record.)

     (Whereupon, the parties go on the record.)

          THE VIDEOGRAPHER: The time is 12:59 pm we

Page 92

So all of that is to say that the likelihood of the spill occurring is very, very small.

Q    And even if there were a spill, does your model show any product reaching the harbor?

A    Only if I assume that the spill occurred instantaneously at the height of the surge.  And then I performed the modeling making that assumption.  I got less than 6%.  Depends on the different oil type, But less than 6% going to the harbor.  However, even those scenarios that I modeled are not really realistic because if the water is surrounding the tanks, the oil can't come out of the tanks because the pressure of the water outside counteracts whatever oil might be in the tanks.  So the oil would have to spill after the water goes down, in which case it couldn't get to the harbor because there's enough containment, both by the secondary containment of the terminal itself and by the topography around the New Haven Terminal.  It's in a natural depression, basically.

Q    Now, you talked with Ms. Jacks about reviewing the Integral model.  Do you review and rely on similar models in your career and in your professional work that is detailed in your CV?

A    Yes, I routinely do use similar models, hydrodynamic

Page 93

models, for input from my modeling.

Q    Do you find the Integral model to be of a similar quality as what you have used in your career over the last 40 years?

A    Yes.

Q    You also testified that you had reviewed the report of Dr. Michel.

A    Yes.

Q    Is that right?  And are you familiar with her criticisms of your report?

A    Yes.

Q    Do you agree with her criticism of your opinions regarding maximum credible discharge?

A    I'm familiar with what she said, yes.

Q    Do you agree with what she said?

A    No.

Q    Why not?

A    She just said she didn't agree.  She didn't really back up why she didn't agree.  However, I have reviewed the analyses done by Jones to quantify the likelihood of spill and the maximum possible spill volume that could occur, and then also by Dr. Etkin, where she analyzed the likely spill volumes if a spill actually were to occur.  And I find that all highly competent analyses

Page 96

C E R T I F I C A T E

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF SUFFOLK, ss

I, SEAMUS MITCHELL, a Professional Court Reporter and Notary Public in and for the Commonwealth of Massachusetts, do hereby certify that the foregoing deposition of Deborah French-McCay, was taken by me on August 29, 2025. The said witness was satisfactorily identified and duly sworn by me before the commencement of their testimony; that the said testimony was taken audio graphically and then transcribed under my direction.

To the best of my knowledge, the within transcript is a complete, true and accurate record of said deposition.

I am not connected by blood or marriage with any of the said parties, nor interested directly or indirectly in the matter in controversy.

In witness whereof, I have hereunto set my hand and Notary Seal this 11th of September, 2025.

<%20941,Signature%>