FILED UNDER SEAL

# EXHIBIT A

FILED UNDER SEAL

holding that the Consent Decree resolves the *CWA violations* raised in the litigation.

24. My observation also is based on my experience as a regulator enforcing the CWA. During my tenure as the assistant administrator leading EPA's enforcement office, no member of the public, environmental non-governmental organization, or EPA staff suggested to me that EPA should take a CWA enforcement action alleging a violation based on a facility's failure to assess climate change or modify its structures to protect against flooding that may result from climate change. To my knowledge, based on my experiences at EPA, the Senate, the House, and in private practice, EPA has never initiated an enforcement action under the CWA based on a facility's failure to assess climate change or to adapt its facility taking into consideration the impacts of climate change.

25. The Connecticut Department of Energy & Environmental Protection's 2018 and 2021 General Permit for the Discharge of Stormwater Associated with Industrial Activity is consistent with the scope of CWA statutory authority that I have observed in my various capacities.

   a. The Permit defines "stormwater" as waters consisting of rainfall runoff, including snow or ice melt during a rain event. Notably, this definition does not include water flowing onto a facility from a river or the ocean, *i.e.,* flooding resulting from sea level rise.

   b. The Permit requires elimination of non-stormwater discharges unless authorized under a separate permit or as authorized in a "Non-Stormwater Discharge Certification" under the permit. The Permit authorizes a stormwater discharge that is a mixture of stormwater and naturally occurring discharges. Accordingly, contrary to the allegation in the Complaint, storm surge flooding of river and ocean water, even if mixed with stormwater at the facility, is not prohibited by the Permit.

   c. The Permit includes "Control Measures" that are defined as Best Management Practices that the permittee must implement to minimize the discharge of pollutants. The term "minimize" is defined as "reduce and/or eliminate to the

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER        12

FILED UNDER SEAL

extent achievable using control measures that are technologically available and economically practicable in light of best industry practice."

d.  Consistent with the scope of authority under the CWA, the Permit's definition of control measures is limited to controls on a discharge. None of the control measures identified in the Permit are measures that relate in any way to the prevention of the possibility of a discharge that is not yet occurring.

e.  The term "best industry practice" as used in the Permit's definition of control measures can only refer to an industry practice related to controlling the discharge of pollutants.

f.  Accordingly, it is my opinion as a CWA regulatory and compliance expert that nothing in the Permit requires a climate assessment or modification of a facility to address potential sea level rise.

26. The requirement in the DEEP permit for consistency with the applicable goals and policies in section 22a-92 of the Connecticut General Statutes does not expand the scope of regulatory authority being implemented by the Permit. That requirement applies to "such activity." The activity referred to is stormwater discharge associated with industrial activity, which the permit defines at "the discharge from any conveyance which is used for collecting and conveying stormwater and which is directly related to manufacturing, processing, or material storage areas at an industrial activity." Notwithstanding any reference to the state's Coastal Management Act, the Permit only regulates discharges of pollutants to navigable waters. Thus, a stormwater discharge into a coastal resource, such as an oyster bed, may be prohibited by the Permit. However, the reference to the Coastal Management Act does not expand regulation under the Permit to include facility siting or flood control.

27. Even if climate change assessment and adaptation measures did fall within the scope of the Permit's definition of control measure none of the information I have reviewed indicates that any such "best industry practice" exists at this time, as EPA uses that term in the regulatory context.

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER          13