UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., *Plaintiff*, v. EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, , TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, *Defendants*. | Civil Action No. 3:21-cv-00933-VDO November 10, 2025 |

**JOINT STATUS REPORT**

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Equilon Enterprises LLC d/b/a Shell Oil Products US, Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file this Joint Discovery Status Report, as directed in the Court's Orders of April 4, 2024, ECF 378, and Sept. 30, 2024, ECF 476 Tr. at 28:18. For the sake of brevity, the Parties incorporate by reference their prior Joint Discovery Status Reports. *See* ECF 383, 387, 402, 417, 421, 424, 427, 436, 443, 447, 455, 457, 458, 463, 477, 479, 483, 493, 500, 503, 511, 521, 532, 539, 544, 558, 564, 578, 589, 602, 635, 643, 651, 657, 677, 684, 686, 699, 704, 793, and 814.

**Discovery Status**

*Confidentiality Designation and Privilege Log Dispute*

As reported in the March 3 and 17 reports (ECF 539 and 544, respectively), the Parties remain at an impasse.

The Parties also wait for the Court to provide guidance on CLF's assertion of the associational privilege, which may result in additional challenges to the sufficiency and contents of CLF's privilege logs. *See* ECF 469.

1

*Judge Oliver's Omnibus Ruling*

On June 6, 2025, the Parties appeared before Judge Oliver for oral argument on the following motions: 1) Defendants' Motion to Stay Discovery and Proceedings Related to Plaintiff's "Climate Change" Allegations in Counts I-IX of Complaint (ECF 584); 2) Plaintiff's Partial Objection to the Magistrate Judge's Order No. 582 (ECF 592); 3) Defendants' Motion to Strike Improper Expert Opinions (ECF 601); and 4) Plaintiff's Motion to Seal Plaintiff's Opposition to Defendants' Motion to Stay Discovery and Proceedings Related to Plaintiff's Climate Change" Allegations in Counts I-IX of Complaint.  On June 13, 2025, Judge Oliver issued an omnibus ruling denying Defendants' Motion to Stay and denying Defendants' Motion to Strike.  *See* ECF 641.  The Motion to Strike was denied without prejudice to refiling under the proper rules of evidence and civil procedure.  *Id.*  Judge Oliver further vacated the ruling at ECF 582 and referred the motions at ECF Nos. 605, 625, 639, and 640 to the Magistrate Judge to the extent they were not already referred.  *Id.*  The Court granted one of CLF's Motions to Seal (ECF 605) and denied another (ECF 625).  *See* ECFs 656 and 655, respectively.

Defendants' ECF 640 Motion to Seal the filings located at ECF 637 and 637-1, and CLF's ECF 639 objection also remain pending.  On July 25, 2025 Plaintiff filed its Response in support of sealing those materials (ECF 665), and Defendants filed their reply on August 8, 2025.

*Court Mediation with Judge Vatti*

The parties appeared for an in-person Court mediation with Judge Vatti on October 23, 2025, but the matter did not resolve during that session.  Judge Vatti scheduled a follow-up mediation session for Thursday, November 20 and Friday, November 21, 2025.

*Scheduling Order and Expert Discovery Completion*

Having reviewed the Parties' prior Joint Request to Amend the Schedule, dated July 24,

2025 (ECF 661), the Court amended the scheduling order and adopted a new scheduling order moving all deadlines by one week. ECF 662. The Parties have now completed all depositions in compliance with the deadline of September 12, 2025. The Parties are resolving issues that arose during the expert depositions and will inform the Court of any issues that reach impasse as needed. The Parties filed their motions to preclude expert testimony by the October 3, 2025, deadline. Responses to those motions were submitted on November 3, 2025. Replies to those responses are due November 17, 2025.

In connection with expert depositions, Defendants raised issues on August 4 and September 19 regarding Plaintiff's expert Naomi Oreskes's use of artificial intelligence to review and summarize Defendants' document productions to assist in the preparation of her expert reports. Defendants have requested additional details and explanation regarding Professor Oreskes's use of artificial intelligence, including: 1) all inputs used by Professor Oreskes in conducting searches with artificial intelligence, including search terms, keywords, prompts and other parameters; 2) all outputs generated by the artificial intelligence software, including search results, document sets, and other responsive materials; and 3) the "proprietary list" of "think tank mentions" referenced by Professor Oreskes as part of her artificial intelligence searches.

In addition, Defendants remain concerned about Professor Oreskes's use of artificial intelligence that potentially exposed Defendants' confidential information to the artificial intelligence program, which may constitute a violation of the Standing Protective Order (ECF 7). In this regard, Defendants have sought additional information including: 1) the platforms, tools, or environments used to store and process Defendants' documents; 2) any security protocols or safeguards implemented by Professor Oreskes to protect Defendants' confidential information; 3) whether any third-party systems or services were involved in the AI process; and 4) the extent to

which Defendants' documents were used or exposed during the AI analysis.

CLF responded to Defendants' above queries on August 5, August 8, September 22, and 25, and the Parties met and conferred on September 24, October 2, and October 6. In the October 6 meet and confer Defendants stated they would consider CLF's responses and follow-up as needed. On November 4, Defendants reiterated two aspects of their prior inquiries stating they "have a couple of additional requests that I hope will fully resolve this issue." CLF promptly responded on November 5 highlighting the aspects of CLF's prior detailed responses and Dr. Oreskes' testimony that fully answered Defendants' remaining two questions. Defendants have not responded to CLF's November 5 response email. CLF believes Defendants' questions have been fully resolved or have been raised in their ECF 741 preclusion motion and is unclear why Defendants insist on including these paragraphs in this joint report when they have extensively subjected CLF and Dr. Oreskes to repeated questioning all of which CLF and Dr. Oreskes have fully responded to. While Defendants have raised some of the continued deficiencies in their preclusion motion, Defendants state they still have not received complete responses or documents documenting the AI analysis contained in the Oreskes expert report and supplemental expert report. Defendants reserve the right to seek additional assistance from the Court on these deficiencies.

The Parties will contact the Court if they are unable to resolve issues without Court intervention.

*Requests for Admission and Summary Judgment Letter Motions*

The Parties served Requests for Admission on September 16 and Responses to RFAs on October 16. CLF sent a two-page deficiency letter and request for amended responses to Defendants on October 28, 2025. CLF sent this letter because Defendants' RFA responses refuse

4

to admit or deny or claim a lack of knowledge sufficient to admit or deny 12 RFAs by claiming that RFAs regarding facts about the Terminal's secondary containment system are outside the scope of Rule 26(b) and not relevant to any claim or defense in the case. CLF further requested removal of specific objections that contained multi-page narrative sections of legal argument and regulatory commentary that did not identify or object to any particular wording or part of the RFA. And CLF identified equivocating misconstruals of the RFA language, improper general objections, and an improper refusal to respond to a set of RFAs as burdensome.  CLF cited to and highlighted aspects of Magistrate Farrish's October 23 ruling in the *CLF v. Pike Fuels* matter to streamline the Parties' discussion of what objections and responses should be considered appropriate.  The Parties are attempting to schedule a meet and confer this week to resolve this dispute and are committed to engaging in a productive meet and confer process in order to narrow any impasse that is brought to the court; however, CLF anticipates it will need an extension of the 30-day deadline set in ECF 52 for filing Rule 37(a) motions.

On October 21, 2025, the Parties filed their respective pre-filing statements regarding anticipated motions for summary judgment.  The Parties' respective responses are due to be filed on November 12, 2025.  ECF 804-811.

**Plaintiff's Motion to Amend/ Correct Complaint**

On August 13, 2025, Plaintiff filed a Motion to Amend/Correct its Amended Complaint to assert additional state law causes of action under the Connecticut Environmental Policy Act and Connecticut Coastal Management Act.  ECF 683.  Defendants filed their opposition brief on September 3, 2025.  ECF 689.  CLF filed its reply brief of September 18, 2025.  ECF 701.  CLF filed its Opposition to Defendants' ECF 690 Motion to Seal on September 24, 2025.  ECF 702. Defendants filed their Reply in further support of the Motion to Seal on October 15, 2025.  ECF

799.

Dated: November 10, 2025

Respectfully submitted,

<u>/s/ James Y. Meinert</u>
James Y. Meinert (ct31637)
Conservation Law Foundation, Inc.
62 Summer St
Boston, MA 02110
Tel: (617) 850-1744
E-mail: jmeinert@clf.org

Christopher M. Kilian (ct31122)
Kenneth J. Rumelt (phv207130)*
Anna M. Tadio (phv208827)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 223-5992
Tel: (802) 622-3020
Tel: (802) 779-4621
E-mail: ckilian@clf.org
E-mail: krumelt@clf.org
E-mail: atadio@clf.org

Ana McMonigle (ct31370)
Conservation Law Foundation, Inc.
195 Church Street
Mezzanine Level, Suite B
New Haven, CT 06510
Tel: (203) 298-7692
E-mail: amcmonigle@clf.org

James Crowley (ct31319)
Conservation Law Foundation, Inc.
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI 02908
Tel: (401) 228-1905
Email: jcrowley@clf.org

Chance Raymond (ct31311)
Chance the Lawyer, LLC
650 Poydras Street

<u>/s/ Rose H. Jones</u> (with permission)
Rose H. Jones
Hilgers Graben PLLC
1372 Peachtree Street, N.E.
19th Floor
Atlanta, GA 30309
Tel: (678) 229-1983
E-mail: rjones@hilgersgraben.com

Antonio E. Lewis
King & Spalding, LLP
300 S Tryon Street
Suite 1700
Charlotte, NC 28202
Tel: (704) 503-2551
E-mail: alewis@kslaw.com

Douglas A. Henderson
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 572-2769
E-mail: dhenderson@kslaw.com

Anthony G. Papetti (phv206982)*
Beveridge & Diamond, P.C.
825 Third Ave., 16th Floor
New York, NY 10022
Tel: (212) 702-5400
Fax: (212) 702-5442
E-mail: apapetti@bdlaw.com

Roy D. Prather III (phv206800)*
Beveridge & Diamond, P.C.
20 North Charles Street, Suite 2210
Baltimore, MD 21201-4150
Tel: (410) 230 -1305
E-mail: rprather@bdlaw.com

James O. Craven (ct18790)

6

Suite 1400 PMB #2574
New Orleans, LA 70130
Phone: (832) 671-6381
E-mail: chancethelawyer@gmail.com

Linda Singer (phv208339)*
Elizabeth Smith (phv208361)*
Mimi Liu (phv208839)*
Devin Williams (phv208833)*
Motley Rice LLC
401 9th St. NW, Suite 630
Washington, DC 20004
Tel: (202) 386-9626
Tel: (202) 386-9627
Tel: (202) 386-9625
Tel: (202) 386-9628
Email: lsinger@motleyrice.com
Email: esmith@motleyrice.com
Email: mliu@motelyrice.com
Email: dwilliams@motleyrice.com

Michael Pendell (ct27656)
Motley Rice LLC
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Tel: (860) 218-2722
Email: mpendell@motleyrice.com

Ridge Mazingo (phv208402)*
Shalom D. Jacks (phv208834)*
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9620
Tel: (843) 216-9013
Email: rmazingo@motleyrice.com
Email: sjacks@motleyrice.com

Vincent Greene (phv208487)*
Motley Rice LLC
40 Westminster St., 5th Floor
Providence, RI 02903
Tel: (401) 457-7730

WIGGIN AND DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400
Fax: (203) 782-2889
E-mail: jcraven@wiggin.com

John S. Guttmann (ct25359)
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
Tel: (202) 789-6020
Fax: (202) 789-6190
E-mail: jguttmann@bdlaw.com

Bina R. Reddy (phv20420)*
BEVERIDGE & DIAMOND, P.C.
400 West 15th Street, Suite 1410
Austin, TX 78701-1648
Tel: (512) 391-8000
Fax: (202) 789-6190
E-mail: breddy@bdlaw.com

Drew T. Bell (phv208721)*
KING & SPAULTING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Tel: (512) 457-2000
Email: dbell@kslaw.com

*Counsel for Defendants*

Email: vgreene@motleyrice.com

David K. Mears (ct208829)
Tarrant, Gillies, & Shems LLP
44 East State Street
Montpelier, VT 05605
Tel: (802) 223-1112
Email: david@tarrantgillies.com

*Attorneys for Plaintiff*
*Conservation Law Foundation, Inc.*
**Admitted as Visiting Attorney*