UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., | |
| *Plaintiff*, | Civil Action No. 3:21-cv-00933-VDO |
| v. | |
| EQUILON ENTERPRISES LLC, TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, | November 12, 2025 |
| *Defendants*. | |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PRE-FILING LETTER MOTIONS FOR SUMMARY JUDGMENT AND LOCAL RULE 56 STATEMENTS OF FACTS**

Defendants Equilon Enterprises LLC, Motiva Enterprises LLC, and Triton Terminaling LLC file this Unopposed Motion for Extension of Time to Respond to the Pre-Filing Letter Motions for Summary Judgment and corresponding Preliminary Statements of Facts.

Pursuant to the Court's Pre-Trial Instructions, and Local Civil Rule 56(a)(1), the parties filed pre-filing letter motions for summary judgment and corresponding preliminary statements of undisputed facts on October 21, 2025. *See* ECF Nos. 804-808. In response to a joint motion, the Court extended the time to respond to these pre-filing documents to November 12, 2025. Defendants request a two-day extension of the deadline to file a response letter and preliminary copy of the Local Rule 56(a)(2) Statement of Facts in Opposition for both parties, which would have all responsive filings due Friday, November 14, 2025. The parties have conferred, and Plaintiff does not oppose this Motion.

There is good cause for this extension, as required by Local Civil Rule 7(b)(1). The volume of responsive filings is significant given the need to file a preliminary copy of the Local

Rule 56(a)(2) Statement of Facts in Opposition to Summary Judgment. Plaintiff's Statement of Facts was 26 pages long and cited to dozens of documents. Defendants have worked diligently to check the accuracy of Plaintiff's representations and provide substantive responses to Plaintiff's factual assertions. Responding to Plaintiff's voluminous Statement of Facts has required the involvement and coordination of many people and taken a substantial amount of time. Defendants respectfully request a short, two-day extension to finish that process and provide the best responses they can. Defendants propose that Plaintiff would receive the same extension for its responsive documents as well, and the new deadline would be November 14, 2025 for all parties.

Dated: November 12, 2025

Respectfully submitted,

*/s/ Douglas A. Henderson*
Douglas A. Henderson
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 572-2769
E-mail: dhenderson@kslaw.com

Antonio E. Lewis
King & Spalding, LLP
300 S Tryon Street
Suite 1700
Charlotte, NC 28202
Tel: (704) 503-2551
E-mail: alewis@kslaw.com

Rose H. Jones
Hilgers Graben PLLC
1372 Peachtree Street, N.E.
19th Floor
Atlanta, GA 30309
Tel: (678) 229-1983
E-mail: rjones@hilgersgraben.com

Anthony G. Papetti (phv206982)*
Beveridge & Diamond, P.C.
825 Third Ave., 16th Floor
New York, NY 10022
Tel: (212) 702-5400
Fax: (212) 702-5442
E-mail: apapetti@bdlaw.com

Roy D. Prather III (phv206800)*
Beveridge & Diamond, P.C.
20 North Charles Street, Suite 2210
Baltimore, MD 21201-4150
Tel: (410) 230 -1305
E-mail: rprather@bdlaw.com

James O. Craven (ct18790)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400
Fax: (203) 782-2889
E-mail: jcraven@wiggin.com

John S. Guttmann (ct25359)
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
Tel: (202) 789-6020
Fax: (202) 789-6190
E-mail: jguttmann@bdlaw.com

Bina R. Reddy (phv20420)*
BEVERIDGE & DIAMOND, P.C.
400 West 15th Street, Suite 1410
Austin, TX 78701-1648
Tel: (512) 391-8000
Fax: (202) 789-6190
E-mail: breddy@bdlaw.com

Drew T. Bell (phv208721)*
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Tel: (512) 457-2000

Email: dbell@kslaw.com

*Counsel for Defendants*