UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> *Plaintiff*, <br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> *Defendants*. | Civil Action No. 3:21-cv-00933-VDO <br><br><br> November 12, 2025 |

**PLAINTIFF CONSERVATION LAW FOUNDATION'S
UNOPPOSED MOTION FOR EXTENSION OF DEADLINES**

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") respectfully requests the Court for an Extension of Deadlines to file any motion under Rule 37(a) related to Defendants' responses to Plaintiff's Requests for Admission ("RFAs") by eight days from November 17, 2025, to November 25, 2025.  This is Plaintiff's first Motion for extension of time for these deadlines, and Defendants do not oppose this Motion. In support of this Motion, Plaintiff states as follows:

1. CLF served 40 RFAs on Defendants on September 16, 2025.

2. Defendants served a 129-page response to CLF's RFAs on October 16, 2025.

3. The Case Management Order places a 30-day deadline to file any Rule 37(a) motion regarding a discovery response.  ECF 52 at 4.  CLF's deadline to file a motion to determine the sufficiency of RFA responses is October 17, 2025.

4. On October 28, 2025, CLF sent Defendants a three-page deficiency letter laying out with details, pin cites, and case law, Defendants improper objections and responses regarding

1

general objections, specific objections, refusals to admit or deny or assert a lack of knowledge, and claims the RFAs regarding the Terminal's secondary containment area exceed the scope of Rules 36(a)(1) and 26(b)(1). CLF's letter requested Defendants amend their responses to remove the improper objections and responses.

5. CLF's Tuesday, October 28, 2025 letter requested the Parties meet and confer that week (by Friday, October 31, 2025) and proposed if Defendants did not agree to make any set of the requested amendments the Parties report impasse to the Court that Friday, October 31.

6. Defendants have not responded to CLF's letter.

7. On Tuesday, November 4, 2025 CLF sent an email requesting Defendants respond to the letter and give times for a meet and confer.

8. On Wednesday, November 5, 2025 Defendants responded by email stating the "are considering the requests in your letter but will need more time to confer with our clients and prepare a response." Defendants suggested a meet and confer would be more productive once CLF had Defendants responses in hand and asked if the Parties could schedule a meet and confer early the week of November 10.

9. CLF responded on Wednesday November 5, 2025 stating availability for a meet and confer on Monday, November 10.

10. Defendants did not respond.

11. On Tuesday, November 11, 2025, CLF sent an email requesting Defendants respond to the letter and give times for a meet and confer. In addition, CLF asked for a position on this Motion for an Extension of Time.

12. Counsel spoke on the phone multiple times today, November 12, 2025, and Defendants stated they do not oppose this Motion for an extension of eight days.

CLF has good cause to extend its deadline to file a motion to determine the sufficiency of RFA responses by eight days from November 17, 2025, to November 25, 2025, because CLF has diligently raised specific issues with Defendants and diligently attempted to meet and confer with Defendants. While Defendants have not yet responded to CLF's deficiency letter of October 28, Defendants have stated they intend to respond and they would meet and confer. Thus, CLF believes "the parties are negotiating in good faith in an attempt to resolve the discovery dispute" within the meaning of the CMO's directive on extensions of the 30-day deadline. ECF 52 at 4. An additional eight days should allow sufficient time for Defendants to respond to CLF's three-page letter, for the Parties to meet and confer, and for the Parties to report any remaining impasse to the Court consistent with the Discovery Order (ECF 473). This Motion meets the requirements in District of Connecticut Local Rule 7(b)(3) to seek an extension at least three business days before the deadline sought to be extended.

Dated: November 12, 2025

Respectfully submitted,

CONSERVATION LAW
FOUNDATION, Inc., by its attorneys

*/s/ James Y. Meinert*
James Y. Meinert (ct31637)
Conservation Law Foundation, Inc.
62 Summer St
Boston, MA 02110
Tel: (617) 850-1744
E-mail: jmeinert@clf.org

Christopher M. Kilian (ct31122)
Kenneth J. Rumelt (phv207130)*
Anna Tadio (phv208827)*
Conservation Law Foundation, Inc.

3

15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 223-5992
Tel: (802) 622-3020
Tel: (802) 622-3009
E-mail: ckilian@clf.org
E-mail: krumelt@clf.org
E-mail: atadio@clf.org

Ana McMonigle (ct31370)
Andrea Leshak (phv208945)*
Conservation Law Foundation, Inc.
195 Church Street
Mezzanine Level, Suite B
New Haven, CT 06510
Tel: (203) 298-7692
Tel: (203) 902-2157
E-mail: amcmonigle@clf.org
E-mail: aleshak@clf.org

James Crowley (ct31319)
Conservation Law Foundation, Inc.
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI 02908
Tel: (401) 228-1905
Email: jcrowley@clf.org

Chance Raymond (ct31311)
Chance the Lawyer, LLC
650 Poydras Street
Suite 1400 PMB #2574
New Orleans, LA 70130
Phone: (832) 671-6381
E-mail: chancethelawyer@gmail.com

Linda Singer (phv208339)*
Elizabeth Smith (phv208361)*
Mimi Liu (phv208839)*
Devin Williams (phv208833)*
Motley Rice LLC
401 9th St. NW, Suite 630
Washington, DC 20004
Tel: (202) 386-9626
Tel: (202) 386-9627
Tel: (202) 386-9628

Tel: (202) 386-9625
E-mail: lsinger@motleyrice.com
E-mail: esmith@motleyrice.com
E-mail: mliu@motleyrice.com
E-mail: dwilliams@motleyrice.com

Michael Pendell (ct27656)
Motley Rice LLC
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Tel: (860) 218-2722
E-mail: mpendell@motleyrice.com

Ridge Mazingo (phv208402)*
Shalom Jacks (phv208834)*
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9620
Tel: (843) 216-9013
E-mail: rmazingo@motleyrice.com
E-mail: sjacks@motleyrice.com

Vincent Greene (phv208487)*
Motley Rice LLC
40 Westminster St., 5th Floor
Providence, RI 02903 US
Tel: (401) 457-7730
E-mail: vgreene@motleyrice.com

David K. Mears (ct208829)
Tarrant, Gillies, & Shems LLP
44 East State Street
Montpelier, VT 05602
Tel: (802) 223-1112
E-mail: david@tarrantgillies.com

*Attorneys for Plaintiff*
*Conservation Law Foundation, Inc.*
**Admitted as Visiting Attorney*