# **APPENDIX A**

| General Description of Material/Document | Citation to CLF's SUF (with Bates) | Defendants' Confidentiality Rationale |
|---|---|---|
| ICP table of contents indicating certifications location (Annex 10.13) | SUF ¶ 29; Dep. Ex. 1216; SOPUS_NHVN02143144–46 | - This document is not publicly available.<br>- Excerpt contains competitively senstive and/or proprietary business information regarding site compliance evaluations.<br>- Competitors could use to improve their own manuals/plans.<br><br>**Similar Documents Court Kept Sealed**: Exhibit P, ECF 174-01 2023-02-03 Exhibit A to Defendants' Response to CLF Motion to Seal |
| ICP non-stormwater discharge certification page (Annex 10, p. 12) | SUF ¶ 29; Dep. Ex. 1216; SOPUS_NHVN02143145 | - This document is not publicly available.<br>- Excerpt contains competitively sensitive and/or proprietary business information regarding site compliance evaluations.<br>- Competitors could use to improve their own manuals/plans.<br><br>**Similar Documents Court Kept Sealed**: Exhibit P, ECF 174-01 2023-02-03 Exhibit A to Defendants' Response to CLF Motion to Seal |
| ICP "duly authorized representative" certification page (Annex 10, p. 13) and absence of Plan Certification | SUF ¶¶ 29–30; Dep. Ex. 1216; SOPUS_NHVN02143146 | - This document is not publicly available.<br>- Excerpt contains competitively sensitive and/or proprietary business information regarding site compliance evaluations.<br>- Competitors could use to improve their own manuals/plans.<br><br>**Similar Documents Court Kept Sealed**: Exhibit P, ECF 174-01 2023-02-03 Exhibit A to Defendants' Response to CLF Motion to Seal |

| General Description of Material/Document | Citation to CLF's SUF (with Bates) | Defendants' Confidentiality Rationale |
|---|---|---|
| 2017 email re SWPPP certification approach | SUF ¶¶ 31, 35–36; SHELLNH_TRI_00289 | - This email chain discusses the creation of a SWPPP by Triton. It includes confidential information about the site and the creation of this document.<br>- Information from the email chain is competitively sensitive and/or propriety business information.<br><br>**Similar Documents Court Kept Sealed:** Exhibit O, ECF 174-01 2023-02-03 Exhibit A to Defendants' Response to CLF Motion to Seal<br><br>*See* **Ex. 1, November 11, 2025 Declaration of Paul Simonetta.** |
| Triton Scope of Work letter – proposal cover (Apr. 7, 2017) | SUF ¶ 58; SHELLNH_TRI_00622 | - This document is not publicly available.<br>- This is the scope of work from Triton to develop a SWPPP. It contains the scope of work, schedule, project cost, and closing.<br><br>*See* **Ex. 1, November 11, 2025 Declaration of Paul Simonetta.** |
| Triton Scope of Work letter – exclusion of impermeability evaluations/PE contingency | SUF ¶ 59, SHELLNH_TRI_00623–24 | - This document is not publicly available.<br>- This is the scope of work from Triton to develop a SWPPP. It contains the scope of work, schedule, project cost, and closing.<br><br>*See* **Ex. 1, November 11, 2025 Declaration of Paul Simonetta.** |

| General Description of Material/Document | Citation to CLF's SUF (with Bates) | Defendants' Confidentiality Rationale |
|---|---|---|
| 2003 Sovereign Consulting subsurface investigation letter | SUF ¶¶ 42–44; SOPUS_NHVN00001480 | - This document is not publicly available.<br>- Disclosure would cause competitive harm.<br>- This document contains information about the number of storage tanks and locations at the terminal.<br>- Information from the document could assist bad actors in causing physical harm to facilities.<br><br>**Similar Documents Court Kept Partly Sealed:** Exhibit Q and S, ECF 239-01 2023-05-30 Exhibit A Declaration of Michael Sullivan ISO Defendant's Response to CLF's Second Motion to Seal Motion for Additional Depositions |
| 2022 Sovereign hydrogeologic investigation report (main report) | SUF ¶¶ 45; SHELLNH_SOV_04289–04473 | - This document is not publicly available.<br>- Disclosure would cause competitive harm.<br>- This document contains detailed information about the terminal.<br>- Information from the document could assist bad actors in causing physical harm to facilities.<br><br>**Similar Documents Court Kept Partly Sealed:** Exhibit Q and S, ECF 239-01 2023-05-30 Exhibit A Declaration of Michael Sullivan ISO Defendant's Response to CLF's Second Motion to Seal Motion for Additional Depositions |

| General Description of Material/Document | Citation to CLF's SUF (with Bates) | Defendants' Confidentiality Rationale |
|---|---|---|
| 2022 Sovereign submission transmittal to CT DEEP (electronic transmittal form) | SUF ¶ 46; SHELLNH_SOV_04276 | - This document is not publicly available.<br>- Disclosure would cause competitive harm.<br>- This document contains information about the terminal.<br><br>**Similar Documents Court Kept Partly Sealed:** Exhibit Q and S, ECF 239-01 2023-05-30 Exhibit A Declaration of Michael Sullivan ISO Defendant's Response to CLF's Second Motion to Seal Motion for Additional Depositions |
| 2023 Remedial Action Plan (RAP) describing soils/site conditions | SUF ¶¶ 47–48; SOPUS_NHVN00247004 | - This document is not publicly available.<br>- Disclosure would cause competitive harm.<br>- This document contains detailed information about the terminal.<br>- Information from the document could assist bad actors in causing physical harm to facilities.<br><br>**Similar Documents Court Kept Partly Sealed:** Exhibit Q and S, ECF 239-01 2023-05-30 Exhibit A Declaration of Michael Sullivan ISO Defendant's Response to CLF's Second Motion to Seal Motion for Additional Depositions |

4

| General Description of Material/Document | Citation to CLF's SUF (with Bates) | Defendants' Confidentiality Rationale |
|---|---|---|
| Groundwater constituents of concern (COCs) – identification/counts from 2022 investigation | SUF ¶ 57; SHELLNH_SOV_04276; SHELLNH_SOV_04289–04473; SUF ¶¶ 50-51 and 56, Horner Rep. (related to same). | <ul><li>This document is not publicly available.</li><li>Disclosure would cause competitive harm.</li><li>This document contains detailed information about the terminal.</li><li>Information from the document could assist bad actors in causing physical harm to facilities.</li></ul>**Similar Documents Court Kept Partly Sealed:** Exhibit Q and S, ECF 239-01 2023-05-30 Exhibit A Declaration of Michael Sullivan ISO Defendant's Response to CLF's Second Motion to Seal Motion for Additional Depositions |
| Consultant email re containment for Tanks 1–3 and implications for prior certifications (Feb. 10, 2021) | SUF ¶¶ 70–71; SOPUS_NHN02445405 Horner Rep. (related to same). | <ul><li>This document is not publicly available.</li><li>Disclosure would cause competitive harm.</li><li>This document contains information and specifications for secondary containment areas.</li><li>Information from the document could assist bad actors in causing physical harm to facilities.</li></ul>**Similar Documents Court Kept Partly Sealed:** Exhibit Q and S, ECF 239-01 2023-05-30 Exhibit A Declaration of Michael Sullivan ISO Defendant's Response to CLF's Second Motion to Seal Motion for Additional Depositions |

5

| General Description of Material/Document | Citation to CLF's SUF (with Bates) | Defendants' Confidentiality Rationale |
|---|---|---|
| Triton letter concluding a deficit (southern tank storage area) | SUF ¶ 72; SOPUS_NHVN00190740 Horner Rep. (related to same). | - This document is not publicly available.<br>- Disclosure would cause competitive harm.<br>- This document contains information and specifications for secondary containment areas.<br>- Information from the document could assist bad actors in causing physical harm to facilities.<br><br>**Similar Documents Court Kept Partly Sealed:** Exhibit Q and S, ECF 239-01 2023-05-30 Exhibit A Declaration of Michael Sullivan ISO Defendant's Response to CLF's Second Motion to Seal Motion for Additional Depositions |
| RPMS letter – installation of bypass pipe between containment areas (reason and description) | SUF ¶¶ 73–74; SOPUS_NHVN00227849 Horner Rep. (related to same). | - This document is not publicly available.<br>- Disclosure would cause competitive harm.<br>- This document contains information and specifications for containment areas.<br>- Information from the document could assist bad actors in causing physical harm to facilities.<br><br>**Similar Documents Court Kept Partly Sealed:** Exhibit Q, ECF 239-01 2023-05-30 Exhibit A Declaration of Michael Sullivan ISO Defendant's Response to CLF's Second Motion to Seal Motion for Additional Depositions |

| General Description of Material/Document | Citation to CLF's SUF (with Bates) | Defendants' Confidentiality Rationale |
|---|---|---|
| RPMS letter – calculation details (containment volume available vs. Tank J-1 volume) | SUF ¶ 75; SOPUS_NHVN00227849 Horner Rep. (related to same). | - This document is not publicly available.<br>- Disclosure would cause competitive harm.<br>- This document contains information and specifications for containment areas.<br>- Information from the document could assist bad actors in causing physical harm to facilities.<br><br>**Similar Documents Court Kept Partly Sealed:** Exhibit Q, ECF 239-01 2023-05-30 Exhibit A Declaration of Michael Sullivan ISO Defendant's Response to CLF's Second Motion to Seal Motion for Additional Depositions |
| 30(b)(6) testimony – SWPPP not updated since 2017 | SUF ¶¶ 76 and 134; Defs' 30(b)(6) (M. Sullivan) 241:2–242:4 and 250:21-23 | - Testimony concerning confidential document.<br>- It contains competitively sensitive and/or proprietary business information regarding details of the Stormwater Pollution Prevention Plan<br><br>**Document Court Kept Sealed:** The SPO expressly states that when Designated Material is used as a deposition exhibit, "the exhibit and related transcript pages receive the same confidentiality designation as the original Designated Material." **ECF 7 at ¶ 13**. |

7

| General Description of Material/Document | Citation to CLF's SUF (with Bates) | Defendants' Confidentiality Rationale |
|---|---|---|
| Water Risks – Climate Change – Tools: a review | SUF ¶ 93; SOPUS_NHVN02407297 | - This document is not publicly available.<br>- Disclosure would cause competitive harm.<br>- This document contains information and specifications<br><br>**Similar Documents Court Kept Partly Sealed:** ECF 656 granting sealing of multiple DEPs and Metocean team's work on the basis of both Mr. Jaramillo's declaration (ECF No. 629-1 7, 9-14) and Mr. Penny's Declaration (ECF No. 630 10, 11). |
| Shell Global Sols. Int'l B.V., DEP Informative Metocean Design and Operating Considerations (Endorsement of ISO 19901-1:2005) (Feb. 2011) ("2011 DEP Informative") | SUF ¶¶ 97-103; Dep. Tr. of P. Verlaan, (Mar. 20, 2025), at 49:21–50:6; Dep. Tr. of P. Verlaan at 152:7–22; Michael Sullivan (Feb. 6, 2025) at 252:21-253:2 | - This document is not publicly available.<br>- Disclosure would cause competitive harm.<br>- This document contains information and specifications<br><br>**Documents Court Kept Sealed:** ECF 656 granting sealing of multiple DEPs on the basis of both Mr. Jaramillo's declaration (ECF No. 629-1 7, 9-14) and Mr. Penny's Declaration (ECF No. 630 10, 11). |
| Shell Global Sols. Int'l B.V., DEP Informative Metocean Design and Operating Considerations for Offshore and Onshore Structures – Adaption to Climate Change (Feb. 2015) ("2015 Adaptation DEP"). | SUF ¶¶ 104-110; *see also*, SUF ¶¶ 113-114, Verlaan Tr., at 52:1–64:5 and 234:1–259:20; Michael Sullivan (Feb. 6, 2025) at 252:21-253:2 | - This document is not publicly available.<br>- Disclosure would cause competitive harm.<br>- This document contains information and specifications<br><br>**Documents Court Kept Sealed:** ECF 656 granting sealing of multiple DEPs on the basis of both Mr. Jaramillo's declaration (ECF No. 629-1 7, 9-14) and Mr. Penny's Declaration (ECF No. 630 10, 11). |

| General Description of Material/Document | Citation to CLF's SUF (with Bates) | Defendants' Confidentiality Rationale |
|---|---|---|
| Shell Global Sols. Int'l B.V., Meteorological and Oceanographic Design and Operating Considerations Offshore, Costal and Onshore (Amendments/Supplements to ISO 19901-1:2015) (Feb. 2017). ("2017 DEP Informative") | SUF ¶¶ 111-112; *see also*, SUF ¶¶ 113-114, Verlaan Tr., at 52:1–64:5 and 234:1–259:20; Michael Sullivan (Feb. 6, 2025) at 252:21-253:2 | - This document is not publicly available.<br>- Disclosure would cause competitive harm.<br>- This document contains information and specifications<br><br>**Documents Court Kept Sealed:** ECF 656 granting sealing of multiple DEPs on the basis of both Mr. Jaramillo's declaration (ECF No. 629-1 7, 9-14) and Mr. Penny's Declaration (ECF No. 630 10, 11). |
| Shell Climate Guideline" 1 and 2 | SUF ¶¶ 115-124; (ECF 612) and 2 (ECF 613) | - This document is not publicly available.<br>- Disclosure would cause competitive harm.<br>- This document contains information and specifications<br><br>**Document Court Kept Sealed:** in ECF 656 this Court ordered this document remain under seal. |
| Shell Global Sols., Metocean Design and Operating Considerations – Guideline for Inclusion of Climate Change Criteria in Metocean Criteria and Associated Adaption (Aug. 2017), ("2017 Adaptation Guideline"). | SUF ¶¶ 124-128; ECF 614 at 11 | - This document is not publicly available.<br>- Disclosure would cause competitive harm.<br>- This document contains information and specifications<br><br>**Document Court Kept Sealed:** in ECF 656 this Court ordered this document remain under seal. |

9

| General Description of Material/Document | Citation to CLF's SUF (with Bates) | Defendants' Confidentiality Rationale |
|---|---|---|
| "Climate Change Impact and Adaptation" | SUF ¶ 129; ECF 615 at 41 | - This document is not publicly available.<br>- Disclosure would cause competitive harm.<br>- This document contains information and specifications<br><br>**Document Court Kept Sealed:** in ECF 656 this Court ordered this document remain under seal. |
| Equilon Enterprises LLC dba Shell Oil Products US, Mormon Island Terminal, Climate Change Effects Vulnerability Assessment and Mitigation Plan (July 31, 2024) | SUF ¶¶ 133; SOPUS_NHVN02454432 | - This document is not publicly available.<br>- Disclosure would cause competitive harm.<br>- This document contains information and specifications<br><br>**Similar Documents Court Kept Sealed:** ECF 656 granting sealing of multiple DEPs and Metocean team's work on the basis of both Mr. Jaramillo's declaration (ECF No. 629-1 7, 9-14) and Mr. Penny's Declaration (ECF No. 630 10, 11). |