# **EXHIBIT 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC,<br><br>Defendants. | Case No: 3:21-cv-00933-VDO |

### DECLARATION OF PAUL SIMONETTA

1. My name is Paul Simonetta. I am the Senior Vice President at Triton Environmental, LLC ("Triton").

2. Upon information and belief, I submit this declaration in support of Defendants' Response to Plaintiff's Preliminary Local Rule 56(a)(1) Letter Motion for Summary Judgment [ECF 808], corresponding Preliminary Statement of Undisputed Material Facts [ECF 808-1], and Defendants' Response to Plaintiff's Motion to Seal [ECF 809] the same.

3. Through my position, I have personal knowledge of the internal practices Triton utilizes in protecting sensitive information transmitted and discussed between Triton and its clients. Further, I have personal knowledge of the types of documents Triton considers confidential in pursuing work for its clients.

1

4. Communications between Triton and its clients are considered confidential, as such communications contain information that is not meant to be publicly available, is meant only for Triton's clients, and may contain trade secrets or other sensitive business information that may cause Triton competitive harm if such information does not remain confidential. Such communications also contain confidential and sensitive information belonging to Triton's clients.

5. Work product Triton creates for its clients is considered confidential, as such work product contains information that is not meant to be publicly available, is meant only for Triton's clients, and may may cause Triton competitive harm if such information does not remain confidential. Such work product also contains sensitive and confidential information belonging to Triton's clients.

6. I have reviewed documents SHELLNH_TRI_00289 and SHELLNH_TRI_00622 included in Plaintiff Conservation Law Foundation, Inc.'s ("CLF") Preliminary Statement of Undisputed Material Facts.

7. These documents are both properly marked as "CONFIDENTIAL" and were produced by Triton in response to a subpoena in this case.

8. SHELLNH_TRI_00289 is a confidential email string between personnel from Triton and Motiva Enterprises LLC. This email discusses and assesses confidential information related to the client's business operations and permitting requirements.

9. SHELLNH_TRI_00289 includes a confidentiality notice at the bottom of each email from Triton clearly indicating that such communication is intended only for the recipient identified in the email, prohibits disclosure or distribution by any unintended recipients, and requests immediate deletion of the same.

10. SHELLNH_TRI_00289 is confidential, non-public, and maintained internally. It contains unique business information that, if disclosed, would cause competitive harm.

11. SHELLNH_TRI_00622 is a confidential proposal and scope of work Triton created exclusively for Motiva Enterprises LLC. This proposal includes confidential information related to the client's business operations and permitting requirements. The proposal also includes confidential information related to Triton's business operations and procedures.

12. SHELLNH_TRI_00622 is confidential, non-public, and maintained internally. It contains unique business information that, if disclosed, would cause competitive harm.

13. I have personal knowledge of the competitive sensitivities and confidential technical information described in this declaration.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 12, 2025

_____
Paul Simonetta
Senior Vice President
Triton Environmental, LLC

3