# **EXHIBIT 1**

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF CONNECTICUT
 3    - - - - - - - - - - - - - - - +
                                    |
 4    CONSERVATION LAW               |
      FOUNDATION, INC.,              |
 5                                   |
                Plaintiff,           |   Case Number:
 6                                   |
        vs.                          |   3:21-cv-00933-VDO
 7                                   |
      EQUILON ENTERPRISES, LLC,      |
 8    d/b/a SHELL OIL PRODUCTS       |
      US, TRITON TERMINALING, LLC,   |
 9    and MOTIVA ENTERPRISES, LLC,   |
                                     |
10                Defendants.        |
                                     |
11    - - - - - - - - - - - - - - - +
12
13
14               Video Deposition of
15                  BRUNO PIGOTT
16             Monday, August 25, 2025
17                   9:15 a.m.
18
19
20
21
22
23    Veritext 7553347
24    Reported by:  Laurie Donovan, RPR, CRR, CLR
25
```

1    Q    Okay, and you don't specialize in solid and
2    hazard waste management, do you?
3    A    I -- well, I was the head of the Department
4    of Environmental Management.  I oversaw the solid
5    waste program, but I do not specialize in solid waste
6    issues.  I was in charge of all of it.
7    Q    And as we discussed earlier, at EPA, you
8    were at the Office of Water, and that was the focus of
9    your work, right?
10   A    Yes, that's correct.
11   Q    Your report does not address any issues
12   relating to hazardous waste management at the
13   terminal, correct?
14   A    My report does not deal with hazardous waste
15   as material, no.
16   Q    You are not offering any opinions as to
17   whether the terminal is or is not complying with SPCC
18   regulations, are you?
19   A    I did not --
20        MR. KILIAN:  Objection.
21        THE WITNESS:  I did not offer an opinion
22   about that.
23   BY MS. TOLEDO:
24   Q    Are you offering an opinion as to whether
25   the terminal is complying with the applicable

1    industrial stormwater permit?
2        A    I do not, in this report, argue that they
3    are out of compliance or have evaluated any compliance
4    activities in the -- at this facility, no.
5        Q    So no opinion one way or the other?
6        A    I do not express an opinion.
7        Q    And we've already established that you have
8    not reviewed the terminal's plans and procedures to
9    prepare for severe weather events, right?
10            MR. KILIAN:  Objection.
11            THE WITNESS:  I have not reviewed them.
12   BY MS. TOLEDO:
13       Q    So fair to say that you're not offering an
14   opinion as to whether those plans and procedures are
15   adequate to comply with the Clean Water Act, correct?
16       A    Well, I was just retained to provide a
17   rebuttal report from the Bodine report -- or Bodine --
18   my apology -- and the Uhlmann report.
19       Q    You're not offering any opinions about the
20   day-to-day operations and procedures in place at the
21   terminal, correct?
22       A    I'm not.
23       Q    You're not offering any opinion about the
24   likelihood or not of failure of the terminal tanks,
25   are you?

```
 1
 2
 3
 4
 5     CERTIFICATE OF SHORTHAND REPORTER -- NOTARY PUBLIC
 6              I, Laurie Donovan, Registered Professional
           Reporter, Certified Realtime Reporter, and notary
 7         public for the District of Columbia, the officer
           before whom the foregoing deposition was taken,
 8         do hereby certify that the foregoing transcript
           is a true and correct record of the testimony
 9         given; that said testimony was taken by me
           stenographically and thereafter reduced to
10         typewriting under my supervision; and that I am
           neither counsel for, related to, nor employed by
11         any of the parties to this case and have no
           interest, financial or otherwise, in its outcome.
12
                IN WITNESS WHEREOF, I have hereunto set my
13         hand and affixed my notarial seal this 8th day of
           September 2025.
14
15         My commission expires:  July 14, 2027
16
17
18         _____
19         LAURIE DONOVAN
           NOTARY PUBLIC IN AND FOR
20         THE DISTRICT OF COLUMBIA
21
22
23
24
25
```