# **EXHIBIT 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> *Plaintiff*, <br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> *Defendants*. | Civil Action No. 3:21-cv-00933 <br><br><br> February 25, 2025 |

**PLAINTIFF CONSERVATION LAW FOUNDATION'S
REQUEST FOR ENTRY ONTO LAND**

Pursuant to Rule 34(a)(2) of the Federal Rules of Civil Procedure, Plaintiff, the Conservation Law Foundation (hereinafter, "Plaintiff" or "CLF"), through undersigned counsel, requests that Defendants, Equilon Enterprises LLC and Triton Terminaling LLC (collectively, "Defendants") permit entry of Plaintiff and Plaintiff's consultants (as identified below) upon the Terminal property, located at 481 East Shore Parkway, New Haven, Connecticut, at issue in this litigation. This request is made to inspect, photograph, videotape, and survey the environmental conditions at the property. Plaintiff seeks to view the investigative areas of concern that are identified below. Plaintiff proposes that entry upon the property be by vehicle with the opportunity to inspect on foot and by boat at certain areas of concern as identified below. This request also seeks the opportunity to conduct limited sampling of water and soil at the Terminal property. This Request for Entry is made without prejudice to additional non-duplicative requests that may be sought in the future.

### I. Items to be Inspected and Sampled

Plaintiff seeks entry upon the premises of the Terminal in order to inspect, photograph, and/or video and take samples to test for the presence of toxic and hazardous waste and pollutants, including industrial wastewater, process wastewater, stormwater associated with industrial activity, petroleum hydrocarbons and other constituents including but not limited to toxic chemicals, such as 1,2,4-Trimethylbenzene, Benzene, Benzo(G,H,I)perylene, Cyclohexane, Ethylbenzene, Lead, Methyl Tert-Butyl Ether, N-Hexane, Naphthalene, Polycyclic Aromatic Compounds, Tert-Butyl Alcohol, Toluene, Xylene, and any other waste as defined under section 1004(27) of the Resource Conservation and Recovery Act ("RCRA").

Plaintiff seeks to inspect the following locations at the Terminal:

1. Secondary containment areas, including dikes/berms and related piping;
2. Above ground storage tanks and any other structures that store or contain petroleum products, pollutants, or hazardous waste;
3. Truck loading rack;
4. The vessel dock and any other location where petroleum products are transferred to or from the Terminal;
5. Gravity drainage structures;
6. Drainage pumping facilities;
7. All permitted outfalls;
8. Any groundwater monitoring wells;
9. Access into and out of the Terminal, including all ingress and egress routes and any roads or gates that enter the Terminal property;
10. Any video or photographic monitoring systems at the Terminal;

11. Any other stormwater management systems or infrastructure at the Terminal, such as stormwater retention ponds or an oil/water separator(s); and

12. Locations where the following records are stored: records related to Defendant's management of stormwater (*e.g.*, Stormwater Pollution Prevention Plan and daily inspection reports); records Defendant is required to maintain at the Terminal under the Connecticut General Permit for the Discharge of Stormwater Associated with Industrial Activity; records Defendant is required to maintain at the Terminal under RCRA and related state or federal regulations; and any emergency response plans (*e.g.*, Facility Response Plan).

Plaintiff seeks to take samples of soil and/or water from the following locations at the Terminal:

1. Any standing water that is present;

2. Any water present in any gravity drainage structure;

3. Any water present in any stormwater retention pond or other structure designed to collect stormwater;

4. The oil/water separator; and

5. Any water within or discharging from all outfalls.

## II. Participants

Plaintiff expects to have no more than 4 representatives:

1. No more than 3 attorneys and/or legal staff from Motley Rice and CLF; and

2. No more than 1 consultant, who will take photographs and/or video and conduct the sampling (if any).

### III.     Time, Place, and Manner for Entry, Inspection, and Sampling

The inspection and sampling will take place beginning at 11 a.m. Eastern Time on March 28, or on another date to be negotiated by the Parties. Split samples will be provided to Defendant upon request.

If any equipment is required for those visiting, such as hard hats, Defendant shall so advise Plaintiff no less than fifteen (15) days in advance of the visit.

Dated: February 25, 2025                                  Respectfully submitted,

CONSERVATION LAW FOUNDATION, INC., by its attorneys

*/s/ Kenneth J. Rumelt*
Christopher M. Kilian (ct31122)
Kenneth J. Rumelt (phv207130)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 622-3020
Tel: (802) 223-5992
E-mail: ckilian@clf.org
E-mail: krumelt@clf.org

Alexandra M. Jordan (ct31466)
Ana McMonigle (ct31370)
Conservation Law Foundation, Inc.
62 Summer St
Boston, MA 02110
Tel: (617) 850-1748
Tel: (203) 298-7692
E-mail: ajordan@clf.org
E-mail: amcmonigle@clf.org

4

James Crowley (ct31319)
Conservation Law Foundation, Inc.
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI 02908
Tel: (401) 228-1905
E-mail: jcrowely@clf.org

Chance Raymond (ct31311)
Chance the Lawyer, LLC
650 Poydras Street
Suite 1400 PMB #2574
New Orleans, LA 70130
Phone: 832-671-6381
E-mail: chancethelawyer@gmail.com

Linda Singer (phv208339)
Elizabeth Smith
401 9th St. NW, Suite 630
Washington, DC 20004
Tel: (202) 386-9626
Tel: (202) 386-9627
Email: lsinger@motleyrice.com
Email: esmith@motleyrice.com

Michael Pendell (ct27656)
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Tel: (860) 218-2722
Email: mpendell@motleyrice.com

Ridge Mazingo
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9620
Email: rmazingo@motleyrice.com

*Attorneys for Plaintiff Conservation Law Foundation, Inc.*
**Admitted as Visiting Attorney*