# EXHIBIT 2

**Felicia McMorris**

| | |
|---|---|
| **From:** | CMECF@ctd.uscourts.gov |
| **Sent:** | Thursday, March 20, 2025 11:19 AM |
| **To:** | CMECF@ctd.uscourts.gov |
| **Subject:** | Activity in Case 3:21-cv-00933-VDO Conservation Law Foundation, Inc. v. Shell Oil Company et al Order |

CAUTION: **MAIL FROM OUTSIDE THE FIRM**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## District of Connecticut

### Notice of Electronic Filing

The following transaction was entered on 3/20/2025 at 11:19 AM EDT and filed on 3/20/2025

| | |
|---|---|
| **Case Name:** | Conservation Law Foundation, Inc. v. Shell Oil Company et al |
| **Case Number:** | 3:21-cv-00933-VDO |
| **Filer:** | |
| **Document Number:** | 548(No document attached) |

**Docket Text:**
**CONFERENCE MEMORANDUM AND ORDER. The Court held a discovery teleconference to discuss the parties' dispute concerning a request by CLF for an additional site visit to Defendants' facility. The Defendants made an oral motion for a protective order pursuant to Fed. R. Civ. P. 26(c), which the Court grants in part and denies in part for the reasons stated in the record at the conference. The Court denies the motion with respect to the request for a site visit itself, but grants it to the extent that it was accompanied by a request to inspect additional documents while at the facility. The denial of the motion for protective order with respect to the additional site visit was based, in part, on CLF's representation that the visit would last no more than approximately four hours, and upon its representation that its visitors would provide their own protective gear and would not require the Defendants to provide vehicular transportation around the site. So ordered.**
**Signed by Judge Thomas O. Farrish on 3/20/25.(Wood, R.)**

**3:21-cv-00933-VDO Notice has been electronically mailed to:**

James O. Craven    jcraven@wiggin.com, mlopez@wiggin.com

John S Guttmann, Jr    jguttmann@bdlaw.com

Michael J. Pendell    MPendell@motleyrice.com

Antonio Eugene Lewis    alewis@kslaw.com, dngeorge@kslaw.com

Douglas Alton Henderson    dhenderson@kslaw.com

Allan Kanner    a.kanner@kanner-law.com, c.stamant@kanner-law.com, m.madderra@kanner-law.com, m.shumate@kanner-law.com, t.le@kanner-law.com

Cynthia St Amant    c.stamant@kanner-law.com, m.shumate@kanner-law.com

Christopher Kilian    ckilian@clf.org

Carmen Rosario Toledo    ctoledo@kslaw.com, fmcmorris@kslaw.com, jshahlaie@kslaw.com

James Crowley    jcrowley@clf.org

Alexandra St. Pierre    aestpierre@clf.org, ajordan@clf.org, jsettino@clf.org, krumelt@clf.org, vryan@clf.org

Bina Reddy    breddy@bdlaw.com, apapetti@bdlaw.com, ddavis@bdlaw.com, dking@bdlaw.com, jbennettvroman@bdlaw.com, mmorgan@bdlaw.com, mmullin@bdlaw.com, rprather@bdlaw.com

Megan Morgan    mmorgan@bdlaw.com

Roy D Prather, III    rprather@bdlaw.com

Anthony G. Papetti    apapetti@bdlaw.com

Ana McMonigle    amcmonigle@clf.org

Kenneth Jay Rumelt    krumelt@clf.org, syu@clf.org

Alexandra Marie Jordan    ajordan@clf.org

Zachary Manley    zmanley@clf.org

James Yuan Meinert    jmeinert@clf.org, jmeinert.clf.org@recap.email, mjani@clf.org

Meredith F. Madderra    m.madderra@kanner-law.com

Rose J Jones    rjones@hilgersgraben.com, paralegals@hilgersgraben.com

Linda Singer    lsinger@motleyrice.com, cmarvin@motleyrice.com

Elizabeth Smith    esmith@motleyrice.com, jpenado@motleyrice.com

Shade Aldridge Mazingo    rmazingo@motleyrice.com

Vincent Leo Greene, IV    vgreene@motleyrice.com

**3:21-cv-00933-VDO Notice has been delivered by other means to:**