# **EXHIBIT 1**

Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF CONNECTICUT
 2    NO. 3:21-cv-00933-JAM
      _____
 3
      CONSERVATION LAW FOUNDATION, INC.,
 4                    Plaintiff,
 5    vs.
 6    SHELL OIL COMPANY, EQUILON
 7    ENTERPRISES LLC D/B/A SHELL OIL
 8    PRODUCTS US, SHELL PETROLEUM INC.,
 9    TRITON TERMINALING LLC, and MOTIVA
10    ENTERPRISES, LLC,
11                    Defendants.
      _____
12
13            VIDEOTAPED DEPOSITION OF
14        CONSERVATION LAW FOUNDATION, INC.
15                 BY EDWIN LEVINE
16    called as a witness by and on behalf of
17    the Defendants, pursuant to the applicable
18    provisions of the Federal Rules of Civil
19    Procedure, before Danielle Grant,
20    Notary Public, within and for the State of New
21    York on Thursday, September 11, 2025 commencing
22    at 9:47 a.m.
23
24
25
```

Page 108

1           A     Yes.
2           Q     Okay.  And do you have any
3      opinions in this case related to the
4      actual operation of the facility at issue
5      in this case?
6                MR. MEARS:  Objection.  Form.
7           A     The one in New Haven?
8                No.
9           Q     To the extent that you
10     reviewed operating procedures and
11     protocols, that's not something that
12     you're going to talk about in your
13     opinions in this case?
14          A     Correct.
15               MR. MEARS:  Objection.  Form.
16          Q     Am I correct that you were
17     an -- when you were employed by the
18     federal government, one of the roles you
19     had was as an SSC?
20          A     Correct.
21          Q     And am I correct that --
22     talked about multi-disciplinary teams that
23     would support you?
24          A     Yes.
25          Q     And the federal regulation

```
 1                     CERTIFICATE
 2        STATE OF NEW YORK )
 3                         )ss:
 4        COUNTY OF RICHMOND)
 5              I, DANIELLE GRANT, a Certified
 6        Shorthand Reporter and Notary Public
 7        within and for the State of New York, do
 8        hereby certify:
 9              That EDWIN LEVINE, the witness
10        whose deposition is hereinbefore set
11        forth, was duly sworn by me and that
12        such deposition is a true record of the
13        testimony given by such witness.
14              I further certify that I am not
15        related to any of the parties to this
16        action by blood or marriage and that I
17        am in no way interested in the outcome
18        of this matter.
19              In witness whereof, I have
20        hereunto set my hand this 26th day of
21        September, 2025.
22
23
24                    [signature: Danielle Grant]
25               DANIELLE GRANT
```