# EXHIBIT 1

Jacqueline Michel , PhD                August 22, 2025
Conservation Law Foundation, Inc. v. Shell Oil Company, Et Al.

Page 1

1              UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF CONNECTICUT

3      CONSERVATION LAW FOUNDATION,

4      INC.,

5                  Plaintiff,          Case No.

6                  vs.                 3:21-cv-00933-VDO

7      EQUILON ENTERPRISES LLC d/b/a

8      SHELL OIL PRODUCTS US, TRITON

9      TERMINALING LLC, and MOTIVA

10     ENTERPRISES LLC,

11                  Defendants.

12     VIDEOTAPED

13     DEPOSITION OF:  JACQUELINE MICHEL, PhD

14     DATE:          August 22, 2025

15     TIME:          9:11 AM

16     LOCATION:      Nelson Mullins Riley &

17                    Scarborough, LLP

18                    1320 Main Street, 17th Floor

19                    Columbia, SC

20     REPORTED BY:   Sandra K. Bjerke, RDR, CRR, CBC

21

22

23

24

25

Jacqueline Michel , PhD          August 22, 2025
Conservation Law Foundation, Inc. v. Shell Oil Company, Et Al.

Page 64

1    reviewed Dr. Nairn's expert report in this case;

2    right?

3         A.   Yes.

17         Q.   Okay.  So then this section of the

18    regulation is what would apply to the terminal, is

19    what I'm trying to get at; right?  Because we agree

20    that the aboveground storage tanks have adequate

21    secondary containment.

22         MS. JACKS:  Objection.

23    BY MR. KEARNEY:

24         Q.   Correct?

25         MS. JACKS:  Calls for a legal

Jacqueline Michel , PhD          August 22, 2025
Conservation Law Foundation, Inc. v. Shell Oil Company, Et Al.

Page 65

```
 1     conclusion, outside the scope.
 2              THE WITNESS:  You know, their
 3     calculations do, but, you know, my experience at
 4     spills at facilities, you know, shows that that's
 5     not, you know, adequate secondary containment.
 6     BY MR. KEARNEY:
 7         Q.   What do you understand secondary
 8     containment to serve the purpose for?
 9         A.   Dikes around the tanks in order to
10     contain releases from the tanks.
11         Q.   Right.  And there needs to be, under
12     the law -- and we don't need to get into the
13     details of it, but there needs to be enough volume
14     to contain a certain amount of product if it were
15     released?
16         A.   Yes.
17         Q.   So at least for purposes of the
18     question in A.2.2 and, again, where we had talked
19     about that second sentence regarding aboveground
20     oil storage tanks that have adequate secondary
21     containment, would you agree that the output for
22     this would be zero for that part?
23              MS. JACKS:  Objection.  Objection to
24     the extent that this calls for a legal conclusion
25     and it's outside the scope.
```

Jacqueline Michel , PhD                    August 22, 2025
Conservation Law Foundation, Inc. v. Shell Oil Company, Et Al.

Page 113



1          A.    No.

12          Q.    Okay.    And I just want to make sure.

13    You're not offering an opinion in this case that if

14    there were a storm event that impacted the New

15    Haven Terminal, that any potential spill would have

16    the same characteristics as those prior events, are

17    you?

18              MS. JACKS:    Objection; calls for

19    speculation, vague.

20              THE WITNESS:    No.

21    BY MR. KEARNEY:

22          Q.    No, you're not offering that opinion.

23          A.    Yeah.

24          Q.    I want to turn to your rebuttal to

25    Dr. McCay's -- Dr. French-McCay's expert report,

Jacqueline Michel , PhD                    August 22, 2025
Conservation Law Foundation, Inc. v. Shell Oil Company, Et Al.

Page 134

1                    CERTIFICATE OF REPORTER

2

3              I, Sandra K. Bjerke, Registered

4     Professional Reporter and Notary Public for the

5     State of South Carolina at Large, do hereby certify

6     that the foregoing transcript is a true, accurate,

7     and complete record.

8                    I further certify that I am neither

9     related to nor counsel for any party to the cause

10    pending or interested in the events thereof.

11                   Witness my hand, I have hereunto

12    affixed my official seal this 29th day of August,

13    2025, at Charleston, Charleston County, South

14    Carolina.

15

16

17

18

19

20

21

22              Sandra K. Bjerke, RDR, CRR, CBC

23              My Commission Expires

24              May 6, 2030

25