# **EXHIBIT 1**

```
 1            UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF CONNECTICUT
 2

 3

 4    CONSERVATION LAW
      FOUNDATION, INC.,
 5
                    Plaintiff
 6
      vs.                         No. 3:21-cv-00933-JAM
 7
      SHELL OIL COMPANY,
 8    EQUILON ENTERPRISES, LLC,
      D/B/A SHELL OIL PRODUCTS
 9    US, SHELL PETROLEUM,
      INC., TRITON TERMINALING,
10    LLC, and MOTIVA
      ENTERPRISES, LLC,
11
                    Defendants
12
      ~~~~~~~~~~~~~~~~~~~~~~~~~~~
13

14

15

16          eLitigate teleconference and videotaped

17    deposition of MICHAEL SULLIVAN taken in connection

18    with the above-captioned cause, on Thursday, the

19    23rd day of March 2023, beginning at 8:35 a.m. CST.

20

21

22

23

24              Casey A. Bernacchio, CSR

25
```



1  the best person to answer questions regarding X, Y,
2  and Z, do you -- would you feel comfortable
3  answering those questions?
4           MS. REDDY:  Objection.
5       A.  I guess it depends on the context.
6           (Simultaneous speaking.)
7  BY MS. PETERSEN:
8       Q.  Understanding it depends on a question.
9           But would you have -- if you have
10 knowledge -- I'll just ask a question -- how's
11 that? -- and let me know if you're comfortable
12 answering it.
13          If I asked you to identify the -- the
14 person that you would go to to describe how the
15 terminal manages precipitation and flooding risks,
16 who would that person be?
17          MS. REDDY:  Objection.
18      A.  That would be me.
19 BY MS. PETERSEN:
20      Q.  Okay.
21      A.  And my local team.
22      Q.  Okay.  And is there anyone in addition to
23 you or anyone to whom you report that would be able
24 to -- that you would identify as having -- or being
25 the -- the best person other than you?  I guess



800.211.DEPO (3376)
EsquireSolutions.com

```
 1  that's my question.
 2          Is there someone other than you that you
 3  would identify --
 4          MS. REDDY:  Objection.
 5          (Simultaneous speaking.)
 6  BY MS. PETERSEN:
 7      Q.  -- (inaudible) to answer questions
 8  regarding how the terminal manages precipitation
 9  and flooding risks?
10      A.  You asked if I -- if there were a person
11  that I report to that I would identify.  No.
12      Q.  Is there a person other than you --
13  understanding that you are the person that would
14  likely be the best to answer those questions, if
15  you weren't available to answer those questions, to
16  whom would you recommend we speak?
17      A.  Well, that would be our environmental
18  coordinator who assists and supports in -- in the
19  implementation or living up to and complying with a
20  permit.
21      Q.  Okay.  And who is the environmental
22  coordinator currently?
23      A.  Theresa Geijer.
24      Q.  I thank you for pronouncing her name
25  before I destroyed it.
```



```
 1      A.   It -- bless you.
 2           It took me a couple of months to get that
 3  one right too.
 4      Q.   And now it's out of my brain.  Geijer.
 5      A.   "Geijer," yes.
 6      Q.   Okay.  And who -- who was the
 7  environmental coordinator prior to that, prior to
 8  Theresa Geijer?
 9      A.   Jennifer Bothwell.
10      Q.   Does Jennifer Bothwell still work for --
11  work at the terminal?
12      A.   No.  She's retired.  She -- she didn't
13  work at the terminal.  She was home-officed.
14      Q.   Oh, okay.
15           Where -- when did she retire?
16      A.   Oh, I -- I don't know exactly.  It -- it
17  could be approaching two years now, maybe a year.
18      Q.   Okay.  Did -- did Jennifer's
19  responsibilities -- are they the same as the
20  responsibilities that Theresa Geijer has with
21  respect to the New Haven terminal?
22      A.   Yes, I believe so.
23      Q.   Okay.
24      A.   They're both environmental coordinators.
25      Q.   Okay.  Okay.  And in connection with -- if
```



1   I were to ask you who the best person to speak with
2   regarding -- for us to find information about who
3   makes decisions about precipitation and flooding
4   risks, management of precipitation and flooding
5   risks at the terminal, who would that person be?
6           MS. REDDY:  Objection.
7       A.  That would be myself and the local team,
8   with the environmental coordinator.
9   BY MS. PETERSEN:
10      Q.  Okay.
11      A.  We're -- we're focused on complying with
12  the permit.
13      Q.  Right.
14          And would -- in connection with those
15  decisions about managing precipitation and flooding
16  risks at the terminal, would you identify Kent
17  Yeates as the best person to answer questions?
18          MS. REDDY:  Objection.
19      A.  No, I would not.
20  BY MS. PETERSEN:
21      Q.  Okay.  If not for -- for you, would --
22  like with my prior question, who would the
23  alternate be with respect to knowledge about who
24  makes the decisions regarding management of
25  precipitation and flooding risks at the terminal?



1        MS. REDDY:  Objection.
2   BY MS. PETERSEN:
3      Q.   Sorry.
4           Would that be Theresa Geijer again?
5      A.   You asked who would be --
6      Q.   Who -- if -- if not for you, who would --
7   who would you recommend be the person we speak to
8   who makes decisions for the terminal regarding
9   management of precipitation and flooding?
10       MS. REDDY:  Objection.
11     A.   That would only be Ramon Martinez, the
12  terminal operators, and myself.
13  BY MS. PETERSEN:
14     Q.   Okay.  And if we were to ask you -- or
15  if -- who would the best person for us to talk to
16  regarding the applicability of corporate policies
17  to the terminal?
18     A.   I would look one layer up my line, and
19  that would be Brian.
20     Q.   Brian Evans?
21     A.   Yeah.  He was my operations manager.
22     Q.   And who -- that's not the one that's
23  open -- no.
24          Who replaced Brian?
25     A.   Her name is DeAnn Lewis.

