## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., | |
| *Plaintiff*, | Civil Action No. 3:21-cv-00933-VDO |
| v. | |
| SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, | November 28, 2025 |
| *Defendants*. | |

### DECLARATION OF ATTORNEY JAMES Y. MEINERT IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO MOTION TO SEAL (ECF 880)

I, James Y. Meinert, an attorney for Plaintiff Conservation Law Foundation, Inc. ("CLF") in this matter, state as follows:

1. I am an Attorney at CLF and have knowledge of the facts contained herein. This declaration is based on my personal knowledge and can be verified by correspondence and other documents cited to and described herein.

2. As reported in Joint Status Reports at ECFs 511, 521, 532, and 539, CLF challenged Defendants' confidentiality designations in three batches of 500 documents in late 2024 and early 2025, and the Parties engaged in a meet and confer process to address CLF's challenge, and Defendants' confidentiality designations.

3. As a result of this process, Defendants and their environmental consultants agreed to de-designate around 600 documents, primarily from a category of documents including

1

communications with the government and documents submitted to the government.

4. For example, Defendants de-designated a list of documents on February 12, 2025 by sending an email stating: "After yesterday's meet and confer Defendants agree to de-designate an additional 327 documents involving communications with, and documents provided to, state and federal agencies from Sets 1-3." Email from Nichole Bass, Hilgers Graben, to James Meinert, CLF (Feb. 12, 2025).

5. In a follow-up email on February 28, 2025, Third Parties Triton Environmental and Sovereign Consulting stated they "are in alignment with Shell's approach to de-designate the documents listed in the previous email. I believe the Bates numbers for the corresponding consultant documents are as follows . . . ." Email from Andrew Womack, Beveridge & Diamond, to James Meinert, CLF (Feb. 28, 2025).

6. In the list of documents de-designated by Defendants, is the copy of the 2023 Remedial Action Plan (SOPUS_NHVN00247004) that was used in CLF's Preliminary Statement.

7. In the list of documents de-designated by environmental consultant Sovereign Consulting is the copy of the 2022 Completion of Investigation Report (SHELLNH_SOV_04276) that was used in CLF's Preliminary Statement.

8. Defendants and Sovereign did not re-produce these de-designated documents without confidentiality stamps.

9. The de-designated 2023 Remedial Action Plan lists the Subsurface Investigation document in a "prior environmental investigations and reports" section that is described as "an inventory of available documentation submitted to the CTDEEP which has been completed during the course of investigation activities at the site to support the findings of the COI."

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 28th Day
of November, 2025.

/s/ James Y. Meinert

James Y. Meinert (ct31637)
Conservation Law Foundation, Inc.
62 Summer St
Boston, MA 02110
Tel: (617) 850-1744
E-mail: jmeinert@clf.org