# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., *Plaintiff*, v. SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, *Defendants*. | Civil Action No. 3:21-cv-00933-VDO December 8, 2025 |

**DECLARATION OF ATTORNEY JAMES Y. MEINERT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO SEAL (ECF 908)**

I, James Y. Meinert, an attorney for Plaintiff Conservation Law Foundation, Inc. ("CLF") in this matter, state as follows:

1. I am an Attorney at CLF and have knowledge of the facts contained herein. This declaration is based on my personal knowledge and can be verified by correspondence and other documents cited to and described herein.

2. On October 11, 2024, Defendants served a document titled "Defendants' Second Supplemental Response to Plaintiff Conservation Law Foundation's Interrogatories to All Defendants" via an email from Jeff Shahlaie a senior paralegal at King & Spalding LLP that simply stated "Counsel, please see the attached document."

3. The transmittal email from Mr. Shahlaie makes no mention of confidentiality or the protective order.

4. The Second Supplemental Responses document itself does not reference confidentiality or

1

2

the protective order at any point and does not carry confidentiality stamps of any kind.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 8th Day of December, 2025.

/s/ James Y. Meinert
James Y. Meinert (ct31637)
Conservation Law Foundation, Inc.
62 Summer St
Boston, MA 02110
Tel: (617) 850-1744
E-mail: jmeinert@clf.org

2