UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.,<br><br>*Plaintiff*,<br>v.<br><br>EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC,<br><br>*Defendants*. | Civil Action No. 3:21-cv-00933-VDO<br><br>December 8, 2025 |

**JOINT STATUS REPORT**

Pursuant to the Court's order entered September 15, 2023 (ECF 286), counsel for Plaintiff Conservation Law Foundation ("CLF" or "Plaintiff") and Defendants Shell Oil Company[1], Equilon Enterprises d/b/a Shell Oil Products US, Shell Petroleum Inc., Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file the following joint status report. For the sake of brevity, the Parties incorporate by reference their prior Joint Discovery Status Reports and do not repeat prior content in this filing, instead focusing on developments in the case since the Parties filed their last quarterly Joint Discovery Status Report on September 8, 2025. *See* ECF698.

I. **DISCOVERY CONDUCTED**

   a. **Document Discovery**

      i. **Productions**

---

[1] Effective March 1, 2022, Shell Oil Company changed its name to Shell USA, Inc. (ECF 56).

1

As of the date of this filing, Defendants have produced approximately 316,560 documents to Plaintiff across 67 volumes. Since the September 8, 2025 status update, Defendants produced updated color images from Volume 54.

Since the last update, CLF has produced documents in response to Defendants' deficiency letter, which included several documents inadvertently produced with incomplete families and revised language on its most recent privilege log. *See* ECF 814.

b. **Depositions**

Since the last update, the parties complied with the Court's scheduling order (ECF 662) and completed all depositions by the September 12, 2025 discovery deadline. *See* ECF 793.

c. **Expert Discovery**

Since the last update, the parties complied with the Court's scheduling order (ECF 662) and completed all expert depositions by the September 12, 2025 deadline. *See* ECF 793. The Parties timely filed their motions to preclude expert testimony by the October 3, 2025, deadline; oppositions to those motions were submitted on November 3, 2025; and replies in support of the motions to preclude were filed on November 17, 2025. The Parties requested oral argument for these motions, but no date has yet been set.

d. **Requests for Admission**

The Parties served Requests for Admission on September 16 and Responses to RFAs on October 16. CLF sent a two-page deficiency letter and request for amended responses to Defendants on October 28, 2025. On November 20, 2025, Defendants sent a written response supplementing their responses and objections to Plaintiff's RFAs. The Parties met and conferred over Defendants' letter on November 21, determined they were at impasse, and then reported the issue to the Court. The Court ordered letter briefs to be filed on November 26 at 5pm with CLF

filing the RFA responses at issue as an exhibit. The parties submitted their respective letter briefs by the court- ordered deadline.

## II.    REMAINING DEADLINES

The chart below contains all future deadlines that are governed by Court's revised Scheduling Order. *See* ECF 662.

| Event | Old Deadline | New Deadline |
|---|---|---|
| If any dispositive motions are filed, the joint trial memorandum will be due. | 30 days after the Court's decision on the last such motion. | 30 days after the Court's decision on the last such motion. |

The Court ordered the Parties to continue filing joint status reports, like this report, addressing all matters listed on pp. 5-6 of ECF No. 52 every three months through the filing of post-discovery dispositive motions. *See* ECF 382. Once a post-discovery dispositive motion has been filed, or a firm trial date has been set, no further status reports are required. *Id*. The next status report is due Monday, March 9, 2026, unless a post-discovery dispositive motion has been filed. The Parties recognize that the pending discovery motions, which are identified below in Section IV, may also impact the schedule.

## III.   AMENDMENTS OR ADDITIONAL PARTIES

On August 13, 2025, Plaintiff filed a Motion to Amend its Amended Complaint to assert additional state law causes of action under the Connecticut Environmental Policy Act and Connecticut Coastal Management Act. ECF 683. Defendants filed their opposition brief on September 3, 2025. ECF 689. CLF filed its reply brief of September 18, 2025. ECF 701. CLF filed its Opposition to Defendants' ECF 690 Motion to Seal on September 24, 2025. ECF 702. Defendants filed their Reply in further support of the Motion to Seal on October 15, 2025. ECF 799.

## IV. DISPOSITIVE MOTIONS

On October 21, 2025, the Parties filed their respective pre-filing statements regarding anticipated motions for summary judgment. The Parties filed their respective responses on November 14, 2025 after the Court granted an extension. ECF 875-879.

## V. OUTSTANDING COURT DECISIONS

In addition to the Motions listed above, the Parties continue to wait for the Court to provide guidance on CLF's assertion of the associational privilege, which may result in additional challenges to the sufficiency and contents of CLF's privilege logs. *See* ECF 469. The Parties also continue to wait for the Court to rule on motions directed and referred to the Magistrate Judge in Judge Oliver's June 13, 2025 omnibus ruling. ECF 641.

## VI. REFERRAL FOR SETTLEMENT CONFERENCE

Since the last joint status report, the Parties appeared for an in-person Court mediation with Judge Vatti on October 23, 2025, but the matter did not resolve the matters during that session. On November 20, 2025, the Parties continued discussions before Judge Vatti on the Connecticut case and the Providence case, but again did not resolve the matters.

Dated: December 8, 2025

Respectfully submitted,

/s/ *James Y. Meinert*
James Y. Meinert (ct31637)
Zachary Manley (pvh207600)*
Conservation Law Foundation, Inc.
62 Summer St
Boston, MA 02110
Tel: (617) 850-1744
Tel: (617) 850-1707
E-mail: jmeinert@clf.org
E-mail: zmanley@clf.org

Christopher M. Kilian (ct31122)
Kenneth J. Rumelt (phv207130)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 223-5992
Tel: (802) 622-3020
E-mail: ckilian@clf.org
E-mail: krumelt@clf.org

Ana McMonigle (ct31370)
Conservation Law Foundation, Inc.
195 Church Street
Mezzanine Level, Suite B
New Haven, CT 06510
Tel: (203) 298-7692
E-mail: amcmonigle@clf.org

James Crowley (ct31319)
Conservation Law Foundation, Inc.
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI 02908
Tel: (401) 228-1905
Email: jcrowely@clf.org

Chance Raymond (ct31311)
Chance the Lawyer, LLC

/s/ *Rose H. Jones* (with permission)
Rose H. Jones
Hilgers Graben PLLC
1372 Peachtree Street, N.E.
19th Floor
Atlanta, GA 30309
T: (678) 229-1983
rjones@hilgersgraben.com

Antonio E. Lewis
King & Spalding, LLP
300 S Tryon Street
Suite 1700
Charlotte, NC 28202
(704) 503-2551
alewis@kslaw.com

Douglas A. Henderson
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 572-2769
dhenderson@kslaw.com
Anthony G. Papetti (phv206982)
Beveridge & Diamond, P.C.
825 Third Ave., 16th Floor New
York, NY 10022
T: (212) 702-5400
F: (212) 702-5442
apapetti@bdlaw.com

Roy D. Prather III (phv206800)*
Beveridge & Diamond, P.C.
20 North Charles Street, Suite 2210
Baltimore, MD 21201-4150
T: 1.410.230.1305
rprather@bdlaw.com

James O. Craven (ct18790)

5

| | |
|---|---|
| 650 Poydras Street<br>Suite 1400 PMB #2574<br>New Orleans, LA 70130<br>Phone: 832-671-6381<br>E-mail: chancethelawyer@gmail.com | WIGGIN AND DANA LLP<br>One Century Tower 265<br>Church Street<br>P.O. Box 1832<br>New Haven, CT 06508-1832 T: (203) 498-4400<br>F: (203) 782-2889<br>jcraven@wiggin.com |
| Linda Singer (phv208339)*<br>Elizabeth Smith (phv208361)*<br>401 9th St. NW, Suite 630<br>Washington, DC 20004<br>Tel: (202) 386-9626<br>Tel: (202) 386-9627<br>Email:lsinger@motleyrice.com<br>Email:esmith@motleyrice.com | John S. Guttmann (ct25359)<br>BEVERIDGE & DIAMOND, P.C.<br>1900 N Street, NW, Suite 100<br>Washington, DC 20036<br>T: (202) 789-6020<br>F: (202) 789-6190<br>jguttmann@bdlaw.com |
| Michael Pendell (ct27656)<br>One Corporate Center<br>20 Church St., 17th Floor<br>Hartford, CT 06103<br>Tel: (860) 218-2722<br>Email: mpendell@motleyrice.com | Bina R. Reddy (phv20420)*<br>BEVERIDGE &DIAMOND, P.C.<br>400 West 15th Street<br>Suite 1410<br>Austin, TX 78701-1648<br>T: (512) 391-8000<br>F: (202) 789-6190<br>breddy@bdlaw.com |
| Ridge Mazingo (phv208402)*<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464<br>Tel: (843) 216-9620<br>Email: rmazingo@motleyrice.com | *Counsel for Defendants* |
| Vincent Greene (phv208487)*<br>Motley Rice LLC<br>40 Westminster St., 5th Floor<br>Providence, RI 02903<br>Tel: (401) 457-7730<br>Email: vgreene@motleyrice.com | |

*Attorneys for Plaintiff Conservation Law Foundation, Inc.*

*\*Admitted as Visiting Attorney*