UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC,<br><br>*Defendants*. | Case No: 3:21-cv-00933-VDO<br><br>December 12, 2025 |

### NOTICE OF APPEARANCE OF KRISTINE S. TARDIFF

To the Court, Clerk of this Court, and parties of record:

Kristine S. Tardiff of Conservation Law Foundation, Inc., hereby enters her appearance as counsel in this case on behalf of plaintiff, Conservation Law Foundation, Inc. I hereby certify that I am admitted or otherwise authorized to practice in this court.

Dated: December 12, 2025

Respectfully submitted,

*/s/ Kristine S. Tardiff*

Kristine S. Tardiff (phv 208957)
Conservation Law Foundation, Inc.
27 North Main Street
Concord, NH 03301
Tel: (603) 573-9144
E-mail: ktardiff@clf.org

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2025, a copy of the forgoing Notice of Appearance of Kristine S. Tardiff, was filed through the ECF system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

*/s/ Kristine S. Tardiff*
Kristine S. Tardiff