## CONSERVATION LAW FOUNDATION'S REQUEST FOR LEAVE TO SUBMIT ADDITIONAL EXHIBITS

Consistent with the Court's Discovery Order (ECF 473), CLF respectfully requests leave to submit the following exhibits in support of its Letter Brief in Opposition to Defendants' Motion to Compel:

- **Proposed Exhibit A.** Affidavit of Dr. Alexander Kaurov (Dec. 20, 2025). Affidavit from Dr. Oreskes' research assistant, swearing to the details of the use of a secure Microsoft Azure server and the use of Microsoft Azure OpenAI services including confirmation that Defendants' confidentially designated documents and information were never, and are not, available to third parties or used to train or improve any AI tool or large language model.