# Exhibit B

 

December 17, 2025

**VIA ELECTRONIC MAIL**

Shalom Jacks (sjacks@motleyrice.com)

Re: Discovery Dispute Pursuant to the Discovery Order at ECF No. 473
*Conservation Law Foundation, Inc. v. Shell Oil Company et al.* Case Number: 3:21-cv-00933-VDO

Dear Counsel:

As requested by Judge Farrish, Defendants are providing a list of requested information concerning Dr. Oreskes admitted use of artificial intelligence (AI) in preparing her expert report and opinions and related AI materials considered and relied upon by her developing her opinions.

1) **AI Services Contract -** Evidence demonstrating the Azure/OpenAI contract governing this use includes data isolation, encryption (at rest and in transit), tenant-level isolation, and vendor confidentiality obligations, and provide confirmation that model training, fine-tuning, or logging of customer content for model improvement was disabled. As part of this, we are requesting the Microsoft documentation or contractual provisions relied upon to assert that uploaded materials were not used to train or improve any OpenAI or Microsoft foundation model.
2) **AI Controls and Security -** The original disposition of the Azure OpenAI environment used, including whether the deployment was Enterprise, Private, Isolated, or Standard, and provide documentation showing: (a) how access to the environment was restricted; (b) whether the deployment was dedicated to this litigation; and (c) whether the environment was used for any purpose other than evaluating Defendants' documents in this matter.
3) **AI Confidentiality and Access -** A record and description of the process by which Defendants' documents were uploaded to Azure OpenAI, including: (a) the identity and permissions of all user accounts involved; (b) access restrictions, MFA requirements, network controls, and role-based limitations; (c) storage locations used for intermediate steps (including Azure Blob Storage or other services); (d) all steps taken to maintain confidentiality and prevent cross-matter or cross-tenant access; and (e) whether any information uploaded to and/or generated by Azure OpenAI remains on the platform.
4) **Materials Considered by AI Model -** Each and every document that was uploaded to the Azure OpenAI platform.
5) **AI Inputs and Outputs -** In native format, all inputs (including prompts, queries, instructions, search logs, and uploaded text) and outputs (including generated text, lists of documents, summaries, analyses, classifications, or other model-generated content) including but not limited to all materials referenced in Dr. Oreskes's testimony (Deposition, p. 226:4–7), in which she states: *"Sasha and I sat down together to discuss what the prompts would be. Sasha ran the analysis, and then I reviewed all the documents."*
6) **AI Preservation/Disposition -** The current disposition of the Azure OpenAI deployment, instance, model endpoint, or other configuration used to process Defendants' documents, including: (a) whether the deployment or instance still exists; (b) whether any logs, caches, embeddings, fine-tuned models, or derivative artifacts from this matter remain in Azure.

In the event any of the above-referenced information is no longer available, a statement regarding when the information and/or records became unavailable and whether any such information was deleted.

Sincerely,

Rose J. Hunter Jones