# Exhibit D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> Defendants. | Case No: 3:21-cv-00933-VDO <br><br><br> December 19, 2025 |

## DECLARATION OF ALEXANDER A. KAUROV

I, Alexander A. Kaurov ("Sasha"), declare under penalty of perjury as follows:

1. I am a computational scientist and astrophysicist. My email address is kaurov@grevilescience.com.

2. I was employed by Dr. Naomi Oreskes, as a research assistant regarding her expert report in the above captioned matter.

3. Prior to starting work on this project, I read and signed the Protective Order applicable to this case and I complied with the Protective Order to keep all documents and information confidential.

4. During my initial research for this project, I researched Microsoft Azure's security terms of services documentation at the url: https://learn.microsoft.com/en-us/legal/cognitive-services/openai/data-privacy. The security terms of service state:

*Your prompts (inputs) and completions (outputs), your embeddings, and your training data:*

- *are NOT available to other customers.*
- *are NOT available to OpenAI.*
- *are NOT used to improve OpenAI models.*
- *are NOT used to train, retrain, or improve Azure OpenAI Service foundation models.*
- *are NOT used to improve any Microsoft or 3rd party products or services without your permission or instruction.*
- *Your fine-tuned Azure OpenAI models are available exclusively for your use.*

5. CLF provided access to the documents produced in this action, and I processed those documents using a dedicated Microsoft Azure cloud environment created solely for this project. The Azure resources were provisioned in the East US and organized under a dedicated subscription and resource group used only for this matter.

6. The resources were configured to use encryption in transit (TLS) and encryption at rest as provided by Azure for the services used. Administrative access to the environment was restricted to my individual Azure user account only; no other user accounts were granted access. My Azure account required multi-factor authentication.

7. I did not use the Azure environment for any purpose unrelated to reviewing and searching the produced documents in this litigation.

8. Prompts/queries and model outputs were used interactively as an intermediate tool to identify potentially relevant documents for further review. I did not export or preserve a complete native "prompt/output log" as standalone files on my personal systems or in a cloud environment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of December 2025.

_____
Dr. Alexander A. Kaurov