UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., *Plaintiff*, v. EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, , TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, *Defendants*. | Civil Action No. 3:21-cv-00933-VDO  January 14, 2026 |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") submits this Notice of Supplemental Authority regarding the recent decision in *Conservation Law Foundation, Inc. v. Shell Oil Products US, et al.*, No. 17-396 WES (D.R.I. Dec. 23, 2025), denying the defendants' motion for partial summary judgment. A copy of the decision is attached as Exhibit A.

The court in the Rhode Island case found that whether the terms of the Shell defendants' permit for the Providence Terminal "required Defendants to consider climate change factors is a question of fact that must be decided at trial." Ex. A at 1. The court explained that the analysis "requires evaluating evidence – expert views on best practices, Defendants' internal understanding of climate-related risks, industry responses to emerging climate data, and perhaps even the regulator's historical approach to performance-based stormwater obligations." *Id.* at 10. The court also referenced this "similar case," noting that this Court "came to a similar conclusion" in its summary judgment opinion, issued October 12, 2023, ECF 302. *Id*. at 11 n.1.

This decision is supplemental authority on issues raised by the parties in their respective pre-filing statements regarding anticipated motions for summary judgment, in which Defendants

1

signaled their intent to re-raise their theories regarding the "best industry practices" for the permits for the New Haven Terminal.  *See* Defs.' Pre-Filing Letter, Oct. 21, 2025, ECF 806; CLF's Resp. to Pre-Filing Letter, Nov. 14, 2025, ECF 877.  In addition, this decision is relevant to pending motions to preclude expert testimony in which Defendants also seek to relitigate issues about the "best industry practices" requirement in this case.  *See, e.g.*, Defs.' Corrected Mem. in Support of Mot. to Exclude Wendi Goldsmith, ECF 743-1 (redacted version) and ECF 749 (filed under seal); CLF's Opp. to Defs.' Mot. to Exclude Expert Wendi Goldsmith, ECF 822 (redacted version) and ECF 853 (filed under seal).

Dated:  January 14, 2026

    Respectfully submitted,

*/s/ Kristine S. Tardiff*
Kristine S. Tardiff (phv208957)*
Conservation Law Foundation, Inc.
27 North Main Street
Concord, NH 03301
Tel: (603) 573-9144
E-mail:  ktardiff@clf.org

James Y. Meinert (ct31637)
Conservation Law Foundation, Inc.
62 Summer St
Boston, MA 02110
Tel: (617) 850-1744
E-mail: jmeinert@clf.org

Kenneth J. Rumelt (phv207130)*
Christopher M. Kilian (ct31122)
Anna M. Tadio (phv208827)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 223-5992
Tel: (802) 622-3020
Tel: (802) 779-4621
E-mail: ckilian@clf.org

E-mail: krumelt@clf.org
E-mail: atadio@clf.org

Chance Raymond (ct31311)
Chance the Lawyer, LLC
650 Poydras Street
Suite 1400 PMB #2574
New Orleans, LA 70130
Phone: (832) 671-6381
E-mail: chancethelawyer@gmail.com

Linda Singer (phv208339)*
Elizabeth Smith (phv208361)*
Mimi Liu (phv208839)*
Devin Williams (phv208833)*
Motley Rice LLC
401 9th St. NW, Suite 630
Washington, DC 20004
Tel: (202) 386-9626
Tel: (202) 386-9627
Tel: (202) 386-9625
Tel: (202) 386-9628
Email: lsinger@motleyrice.com
Email: esmith@motleyrice.com
Email: mliu@motelyrice.com
Email: dwilliams@motleyrice.com

Michael Pendell (ct27656)
Motley Rice LLC
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Tel: (860) 218-2722
Email: mpendell@motleyrice.com

Ridge Mazingo (phv208402)*
Shalom D. Jacks (phv208834)*
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9620
Tel: (843) 216-9013
Email: rmazingo@motleyrice.com
Email: sjacks@motleyrice.com

3

Vincent Greene (phv208487)*
Motley Rice LLC
40 Westminster St., 5th Floor
Providence, RI 02903
Tel: (401) 457-7730
Email: vgreene@motleyrice.com

*Attorneys for Plaintiff
Conservation Law Foundation, Inc*.
*Admitted as Visiting Attorney*