Case 3:21-cv-00933-VDO    Document 959    Filed 04/03/26    Page 1 of 2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC,<br><br>          Defendants. | Case No: 3:21-cv-00933-VDO<br><br><br>April 3, 2026 |

**NOTICE OF AMENDED VERSIONS OF DEFENDANTS' NOTICE OF**
**SUPPLEMENTAL AUTHORITY AND EXHIBIT [ECF 637 & 637-1]**

Defendants submit this Notice of Amended Versions of Defendants' Notice of Supplemental Authority (ECF 637) and Exhibit (ECF 637-1) in accordance with ECF 958. The Court's Order in ECF 958 requires Defendants to "submit (a) a version of the Notice in which any information in categories (1), (2), and (4) are redacted; and (b) *excerpts* of the transcript of the Rule 30(b)(6) deposition of CLF, including only the pages that were cited in the Notice, and redacting information in categories (1), (2), and (4)." Categories (1), (2), and (4) include "(1) inquiries into CLF's litigation decision-making structure, (2) inquiries into where CLF staffs' family members live . . . and (4) CLF's plans for future litigation." *See* ECF 958.

Defendants and CLF conferred on the transcript excerpts and agreed that the attached Exhibit contains only the transcript excerpts cited in the Notice, as the Court ordered. The parties further conferred on what testimony, if any, should be redacted. All Parties agree that the transcript excerpts cited in the Notice do not contain information in categories (1), (2), and (4). Therefore, the Parties

1

agree that no redaction of that testimony is required under the Court's Order.

Dated: April 3, 2026                                         Respectfully submitted,

*/s/ Douglas A. Henderson*
Douglas A. Henderson (phv05547)
Carmen R. Toledo (phv20194)
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 572-2769
dhenderson@kslaw.com
ctoledo@kslaw.com

Antonio E. Lewis (phv03069)

King & Spalding, LLP
300 S Tryon Street
Suite 1700
Charlotte, NC 28202
(704) 503-2551
alewis@kslaw.com

Rose H. Jones
Hilgers Graben PLLC
1372 Peachtree Street, N.E.
19th Floor
Atlanta, GA 30309
T: (678) 229-1983
rjones@hilgersgraben.com

James O. Craven (ct18790)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: (203) 498-4400
F: (203) 782-2889
jcraven@wiggin.com

**Counsel for Defendants**

2