**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date _5/14/26_

Conservation Law Foundation, Inc.

Vs.

Shell Oil Company, et al.

BKY Appellant

BKY Appellee

BKY case #

Start Time _2:58 p.m._   End Time _4:27 p.m._

Recess (if more than ½ hr) _____ to _____

Total Time _1_ hour(s) _29_ minute(s)

Case # _3:21CV933 (VDO)_

Honorable Judge _T. O. Farrish_

Deputy Clerk _R. K. Wood_

Counsel for Pla(s) _V. Greene, IV, J. Meinert_

Counsel for Dft(s) _J. Craven, R. Jones, D. Bell_

Reporter/Courtsmart _A. Cayode Kyles_

Interpreter

Language

Hearing held

[✓] in person   [ ] by video   [ ] by telephone

## HEARING AND TIME

| | | |
|---|---|---|
| ☐ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ■ Other: _Final Discovery hearing_  _1.29_ |

## MOTIONS

☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____
☐ Status report due _____
☐ Hearing continued until _____ at _____

## NOTES

Rev. 2/11/26