# EXHIBIT

# B

Case: 3:21-cv-00933-VDO

| | |
|---|---|
| **From:** | Douglas Henderson |
| **To:** | Ken Rumelt |
| **Cc:** | James Meinert; James Crowley; Christopher Kilian; Ana McMonigle; Antonio Lewis; Rose Jones |
| **Subject:** | RE: Shell RI / CT - Expert Materials |
| **Date:** | Monday, August 5, 2024 4:13:15 PM |
| **Attachments:** | image003.png |
| | image001.png |

CAUTION: Email from outside CLF.

Ken, thanks for sending this proposal.  As I noted, Shell agrees to the below concerning settlement materials and expert materials.

If you have any questions, let me know.

Thanks

Doug

—

**Douglas A. Henderson**
*Partner*

T: +1 404-572-2769  |  C: +1 404-372-4004 | E: dhenderson@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309

King & Spalding



kslaw.com

---

**From:** Ken Rumelt <krumelt@clf.org>
**Sent:** Monday, August 5, 2024 2:26 PM
**To:** Douglas Henderson <dhenderson@kslaw.com>
**Cc:** James Meinert <jmeinert@clf.org>; James Crowley <jcrowley@clf.org>; Christopher Kilian <ckilian@clf.org>; Ana McMonigle <amcmonigle@clf.org>; Antonio Lewis <ALewis@KSLAW.com>; Rose Jones <RJones@KSLAW.com>
**Subject:** Shell RI / CT - Expert Materials

> **CAUTION: MAIL FROM OUTSIDE THE FIRM**

Doug,

Please let me know if Defendants agree to the following regarding expert materials:

**Purpose of Use**: Settlement-related expert materials that are provided to an opposing party during settlement negotiations in <u>Conservation L. Found., Inc. v. Shell Oil Co.</u>, No. 3:21-CV-00933 (D. Conn.) and <u>Conservation L. Found., Inc. v. Shell Oil Prod. US</u>, No. CV 17-396 (D.R.I.) (the "Cases"), including reports, analyses, and any related documentation, shall be used exclusively for the purposes of settlement discussions and negotiations in the Cases. The party receiving these materials shall not use them for any other purpose, including in the litigation process, unless otherwise agreed upon by the party providing them, and will be considered "Confidential" under the terms of the respective protective orders in the Cases.

**Non-Discoverability**: Drafts of expert reports and communications between experts, employees and consultants of Party-related entities on expert opinions or settlement-related issues, including emails, notes, and other correspondence, shall not be subject to discovery. This includes any preliminary findings or informal discussions that have occurred between experts employees or consultants of Party-related entities.

Best,
Ken

**Kenneth J. Rumelt** (he/his)
Senior Attorney
Conservation Law Foundation
15 East State Street, Suite 4
Montpelier, VT 05602
Office 802-622-3020
krumelt@clf.org

For a thriving New England



King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.