**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., | |
| Plaintiff, | Case No: 3:21-cv-00933-VDO |
| v. | |
| EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, , TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, | June 9, 2026 |
| Defendants. | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order entered September 15, 2023 (ECF 286), Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Equilon Enterprises LLC d/b/a Shell Oil Products US, Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file this quarterly joint status report.

The Parties incorporate their prior joint reports by reference. The Parties' last biweekly Joint Discovery Status Report was filed February 2, 2026 (ECF 947). Based on its review of that Status Report, the Court's ordered that "the parties are no longer required to file biweekly joint discovery status reports." Order, Feb. 2, 2026 (ECF 948). The Parties last quarterly Joint Status Report was filed on March 9, 2026 (ECF 951), and the next quarterly Joint Status Report is due on September 9, 2026.

**I.      DISCOVERY CONDUCTED**

    **a.  Document Discovery**

        **i.  Productions**

1

As of the date of this filing, Defendants have produced approximately 316,564 documents to Plaintiff across 68 volumes. Since the December 8, 2025 status update, Defendants produced four documents relating to the April 2026 New Haven SWPPP. On April 9, 2026, CLF requested specific supplementation in response to Defendants' production of the April 1, 2026 SWPPP for the Terminal that was submitted to CT DEEP.  As reported in ECF 963, the Parties discussed and agreed to the scope of the supplementation under Rule 26(e) In and Defendants' are working on reviewing and producing supplemental materials responsive to this request.

**b.  Depositions**

No updates.  All fact and expert witness depositions are complete.

**c.  Expert Discovery**

On May 18, 2026, the Court granted Defendants' Motion to Compel Production of Reliance Materials, ordering CLF to revise its responses to any Rule 33 Interrogatories or Rule 34 requests for production that call for disclosure of any artificial intelligence prompts and/or queries used by its expert, Dr. Oreskes or her team in the course of producing her expert witness report, by June 1, 2026. *See* ECF 970. In response, CLF filed "Conservation Law Foundation Inc.'s Emergency Motion to Stay the Magistrate Judge's Order (ECF 970) Pending Resolution of Its Rule 72(a) Objections" (ECF 974). Alongside the motion to stay, CLF also filed "Conservation Law Foundation Inc.'s Objection to the Magistrate Judge's Order No. 970" (ECF 975-76). Order ECF 970 was stayed pending the Court's consideration of CLF's objection to it and the accompanying motion to stay (ECF 977). Defendants' responses to the motion to stay and the objections are due on June 10, 2026, and June 15, 2026, respectively.

Expert discovery is otherwise complete.

### d. Requests for Admission

At the Court's requests (ECF 961), the Parties filed a Joint Status Report on April 28, 2026, which included an update on the parties' efforts to resolve a dispute related to requests for admission. *See* ECF 963. On the Parties' representation that Defendants revised their RFA responses and CLF no longer requested the Court's ruling on its Letter Motion, the Court subsequently denied CLF's Letter Motion regarding responses to requests for admission as moot. *See* ECF 966.

### e. CLF's 6th and 7th Privilege Logs

On May 25, 2026, the Court granted in part and denied in part the remaining portions of Defendants' Motion to Compel regarding CLF's associational privilege claims on its sixth and seventh privilege logs. *See* ECF 973. The Court found that CLF adequately supported its privilege claims regarding communications with unnamed donors but ordered CLF to produce communications with persons who had volunteered as standing witnesses. *See* ECF 973. This ruling followed a Notice of Supplemental Authority filed by CLF on May 21 regarding the First Amendment associational privilege. *See* ECF No. 972.

## II.    REMAINING DEADLINES

As previously stated, CLF was ordered to produce artificial intelligence prompts used by its expert Naomi Oreskes by June 1, 2026 (ECF 970), but such production is currently subject to CLF's Motion to Stay (ECF 974) and Objection to Magistrate Judge Farrish's Order regarding the same (ECF 975-76). CLF has also been ordered to produce communications with persons who volunteered as standing witnesses by June 9, 2026. *See* ECF 973. CLF produced those materials earlier today.

The chart below contains all future deadlines that are governed by Court's revised

Scheduling Order.  *See* ECF 662.

| Event | Old Deadline | New Deadline |
|---|---|---|
| If any dispositive motions are filed, the joint trial memorandum will be due. | 30 days after the Court's decision on the last such motion. | 30 days after the Court's decision on the last such motion. |

The Court ordered the Parties to continue filing joint status reports, like this report, addressing all matters listed on pp. 5-6 of ECF No. 52 every three months through the filing of post-discovery dispositive motions. *See* ECF 382.  Once a post-discovery dispositive motion has been filed, or a firm trial date has been set, no further status reports are required. *Id*. The next status report is due Wednesday, September 9, 2026, unless a post-discovery dispositive motion has been filed.

## III.    AMENDMENTS OR ADDITIONAL PARTIES

On March 25, 2026, the Court denied Plaintiff's Motion to Amend the Complaint, concluding that CLF unduly delayed in seeking permission to file a Second Amended Complaint and that the amendment would be highly prejudicial given that the discovery deadline had passed. *See* ECF 957.

## IV.    DISPOSITIVE MOTIONS

On October 21, 2025, the Parties filed their respective pre-filing statements regarding anticipated motions for summary judgment.  The Parties filed their respective responses on November 14, 2025 after the Court granted an extension.  ECF 875-879.

## V.    OUTSTANDING COURT DECISIONS

Following a telephonic status conference on April 8 (ECF 960), the Court issued an order on April 15, noting that nearly a hundred discovery motions had been filed in the case and ordering the parties to meet and confer to resolve all remaining disputes before a final hearing. *See* ECF 961. The Court held a Final Discovery Hearing on May 14, 2026 to resolve

these disputes. *See* ECF 969.  As described above, all outstanding issues have since been resolved by the Parties or the Court, except for CLF's request for rulings on its challenge to Defendants' confidentiality designations as to a set of documents. *See* ECF 539 at 2-4.  The Parties have largely reached an agreement regarding the past confidentiality designation challenges in conjunction with a jointly proposed order for disputes over confidentiality designations moving forward, but have not reached an agreement as to the inclusion of language subject to dispute in the Rhode Island matter.  The Court advised and ruled in the May 14, 2026, hearing that the Parties should wait to submit their jointly proposed order until the Courts in the Rhode Island matter have finalized their ruling on objections and appeals of the disputed language. The Parties will submit the jointly proposed order for the Court's ruling at that time.

## VI.    REFERRAL FOR SETTLEMENT CONFERENCE

No updates.  The Parties appeared for an in-person Court mediation with Judge Vatti on October 23, 2025, but the matter did not resolve the matters during that session.  On November 20, 2025, the Parties continued discussions before Judge Vatti on the Connecticut case and the Providence case, but again did not resolve the matters.

Dated: June 9, 2026

Respectfully submitted,

/s/ James Meinert
James Y. Meinert (ct31637)
Conservation Law Foundation, Inc.
62 Summer St
Boston, MA 02110
Tel: (617) 850-1744
E-mail: jmeinert@clf.org

Kristine S. Tardiff (phv208957)*
Conservation Law Foundation, Inc.
27 North Main Street
Concord, NH 03301
Tel: (603) 573-9144
ktardiff@clf.org

Christopher M. Kilian (ct31122)
Anna M. Tadio (phv207130)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 223-5992
Tel: (802) 779-4621
E-mail: ckilian@clf.org
E-mail: atadio@clf.org

Chance Raymond (ct31311)
Chance the Lawyer, LLC
650 Poydras Street
Suite 1400 PMB #2574
New Orleans, LA 70130
Phone: 832-671-6381
E-mail: chancethelawyer@gmail.com

Linda Singer (phv208339)
Elizabeth Smith (phv208361)*
Mimi Liu (phv208361)*
Devin Williams (phv208361)*
Motley Rice LLC
401 9th St. NW, Suite 630
Washington, DC 20004
Tel: (202) 386-9626
Tel: (202) 386-9627

/s/ Rose J. Jones (with permission)
Rose J. Jones
Hilgers PLLC 1372
Peachtree Street, N.E. 19th
Floor
Atlanta, GA 30309
T: (678) 229-1983
rjones@hilgerslaw.com

Antonio E. Lewis
King & Spalding, LLP
300 S Tryon Street
Suite 1700
Charlotte, NC 28202
(704) 503-2551
alewis@kslaw.com

Douglas A. Henderson
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 572-2769
dhenderson@kslaw.com

James O. Craven (ct18790)
Shook, Hardy & Bacon
City Place 1
185 Asylum Street, Suite 3701
Hartford, CT 06103
T: 860.515.8901
jcraven@shb.com

Drew T. Bell (phv208721)*
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Tel: (512) 457-2000
Email: dbell@kslaw.com

*Counsel for Defendants*

Tel: (202) 386-9625
Tel: (202) 386-9628
Email: lsinger@motleyrice.com
Email: esmith@motleyrice.com
Email: mliu@motleyrice.com
Email: dwilliams@motleyrice.com

Michael Pendell (ct27656)
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Tel: (860) 218-2722
Email: mpendell@motleyrice.com

Ridge Mazingo (phv208402)*
Shalom Jacks (phv208834)*
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9620
Tel: (843) 216-9013
Email: rmazingo@motleyrice.com
Email: sjacks@motleyrice.com

Vincent Greene (phv208487)*
Motley Rice LLC
40 Westminster St., 5th Floor
Providence, RI 02903
Tel: 401 457-7730
Email: vgreene@motleyrice.com

David K. Mears (ct208829)
Tarrant, Gillies, & Shems LLP
44 East State Street
Montpelier, VT 05605
Tel: (802) 223-1112
Email: david@tarrantgillies.com

*Attorneys for Plaintiff Conservation Law
Foundation, Inc.*

*Admitted as Visiting Attorney*