## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

CONSERVATION LAW FOUNDATION, INC.,

Plaintiff,

v.

EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC,

Defendants.

Case No: 3:21-cv-00933-VDO

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned, Roy D. Prather, Anthony G. Papetti, John S. Guttmann, Bina R. Reddy and Megan L. Morgan, moves to withdraw their appearance for Defendants Equilon Enterprises LLC d/b/a Shell Oil Products US, Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants"). In support of this Motion, the undersigned represents that:

1. This motion is filed with the consent of Defendants and their counsel.

2. Defendants will continue to be represented by other attorneys in this matter from the law firms of King & Spalding, Hilgers PLLC and Shook, Hardy & Bacon LLP.

WHEREFORE, for the reasons set forth above, the undersigned counsel respectfully requests that the Court grant this Motion to Withdraw Appearance and allow the undersigned to withdraw their appearance for Defendants.

1

Dated: June 26, 2026

Respectfully submitted,

*/s/ Roy D. Prather III*
Roy D. Prather III (phv206800)
Beveridge & Diamond, P.C.
201 North Charles Street, Suite 2210
Baltimore, MD 21201-4150
T: (410) 230-1305
F: (410) 230-1389
rprather@bdlaw.com

*/s/ Anthony G. Papetti*
Anthony G. Papetti (phv206982)
Beveridge & Diamond, P.C.
825 Third Ave., 16th Floor
New York, NY 10022
T: (212) 702-5400
F: (212) 702-5442
apapetti@bdlaw.com

*/s/ John S. Guttman*
John S. Guttmann (ct25359)
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
T: (202) 789-6020
F: (202) 789-6190
jguttmann@bdlaw.com

*/s/ Bina R. Reddy*
Bina R. Reddy (phv20420)
BEVERIDGE &DIAMOND, P.C.
400 West 15th Street, Suite 1410
Austin, TX 78701-1648
T: (512) 391-8000
F: (202) 789-6190
breddy@bdlaw.com

*/s/ Megan L. Morgan*
Megan L. Morgan (phv20623)
Beveridge & Diamond, P.C.
201 North Charles Street, Suite 2210
Baltimore, MD 21201-4150
T: (410) 230-1343
F: (410) 230-1389
mmorgan@bdlaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2026 the foregoing Motion to Withdraw Appearance was filed through the Court's electronic filing system ("ECF"), through which the document is available for viewing and downloading from the ECF system, and a copy of the filing will be sent electronically to all parties registered with the ECF system.

*/s/ Roy D. Prather III*
Roy D. Prather III

3