**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, <br><br> Defendants. | Case No: 3:21-cv-00933-VDO <br><br><br> June 26, 2026 |

**RESUBMISSION OF ECF 773 PREVIOUSLY SEALED DOCUMENT:**
**EXHIBIT C EXCERPTS OF THE DEPOSITION TRANSCRIPT OF ROBERT NARIN**

Defendants resubmit ECF 773, a previously sealed document, known as Exhibit C, excerpts from the Deposition Transcript of Robert Nairn, taken on August 13, 2025. On March 18, 2026, the Court ruled in ECF 953, to deny ECF 745, Motion to Seal Portions of Certain Memorandums of Law in Support of and/or Exhibits to Defendants Motions to Exclude CLF Expert Witnesses, which included sealing ECF 773. Upon replacement of ECF 773 on March 23, 2026, with an unsealed version of the excerpts from the Deposition Transcript of Robert Nairn, taken on August 13, 2025, it appears ECF 773 was inadvertently replaced with ECF 772.

Plaintiff brought this issue to light with Defendants upon their review. On June 24, 2026, Defendants contacted the Court to discuss the matter, and subsequently, the Court noted on the docket that ECF 773 was "ENTERED IN ERROR." In an effort to maintain an accurate record, Defendants are resubmitting Exhibit C to the Court to replace ECF 773, with the following

Exhibit C.

Dated: June 26, 2026

Respectfully submitted,

*/s/ Douglas A. Henderson*

Douglas A. Henderson (phv05547)
Carmen R. Toledo (phv20194)
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 572-2769
dhenderson@kslaw.com

Antonio E. Lewis (phv03069)
King & Spalding, LLP
300 S Tryon Street Suite 1700
Charlotte, NC 28202
Tel: (704) 503-2551
alewis@kslaw.com

James O. Craven (ct18790)
Shook, Hardy & Bacon
City Place 1
185 Asylum Street Suite 3701
Hartford, CT 06103
Tel: (860) 515-8901
jcraven@shb.com

Drew T. Bell (phv208721)
King & Spalding, LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Tel: (512) 457-2000
Email: dbell@kslaw.com

Rose J. Jones (phv208026)
Hilgers PLLC
1372 Peachtree Street, N.E., 19th Floor
Atlanta, GA 30309
Tel: (678) 229-1983
rjones@hilgerslaw.com

*Counsel for Defendants*