**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., | |
| Plaintiff, | Case No: 3:21-cv-00933-VDO |
| v. | |
| EQUILON ENTERPRISES LLC D, TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC, | |
| Defendants. | **AUGUST 10, 2026** |

<u>**DEFENDANTS' REQUEST FOR A PREFILING STATUS CONFERENCE**</u>

Defendants respectfully request a prefiling status conference to discuss the status of Defendants' prefiling summary judgment letters, a proposed briefing schedule for Defendants' motions for summary judgment, and the ability for Defendants to update their proposed summary judgment summary letters and statements of undisputed facts. *See* ECF 804-807 (Defendants' summary judgment pre-filing letters and statements of undisputed material facts). As the Court may be aware, Judge Nagala recently issued a decision in a similar matter involving a different facility in the Port of New Haven, and CT DEEP's new General Permit is now also in effect. Defendants would like the opportunity to address these new issues in their summary judgment

motions.  *See* ECF 804-807; *see also Conservation Law Foundation, Inc. v. Pike Fuels Limited Partnership*, ECF 432, No. 3:21-CV-00932 (SVN) (D. Conn.).[1]

As noted in the *Pike* Order, Plaintiff Conservation Law Foundation ("CLF") brings many nearly identical claims in the *Pike* case as it does against Defendants in this case, and Judge Nagala's rulings in *Pike* are directly relevant to those similar claims in this case.  Further, although the parties spent considerable time and effort to try to resolve this case with the assistance of Judge Vatti, those efforts have not yet been successful.

Accordingly, Defendants respectfully request that the Court set a status conference to discuss their proposed motions as well as the other issues raised in the parties' prefiling letters.  Defendants have conferred with CLF, and CLF does not object to the request for a status conference.  However, CLF did not review and does not join in the statements in this filing.

Dated: August 10, 2026                                         Respectfully submitted,

/s/ *Douglas A. Henderson*
Douglas A. Henderson  (phv05547)
KING & SPALDING LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309
T: (404) 572-4600
dhenderson@kslaw.com

Antonio E. Lewis  (phv03069)
KING & SPALDING LLP
300 S Tryon Street Suite 1700
Charlotte, North Carolina 28202
T: (704) 503-2600
alewis@kslaw.com

---

[1]      CLF has moved for reconsideration of Judge Nagala's order.  *Conservation Law Foundation, Inc. v. Pike Fuels Limited Partnership*, ECF 439, No. 3:21-CV-00932 (SVN) (D. Conn.).

Drew T. Bell (phv208721)
King & Spalding LLP
500 West 2nd Street, Suite 1800
Austin, TX 78701
T: (512) 457-2000
dbell@kslaw.com

Rose J. Jones (phv208026)
Hilgers PLLC
1372 Peachtree Street, N.E., 19th Floor
Atlanta, GA 30309
T: (678) 229-1983
rjones@hilgersgraben.com

James O. Craven (ct18790)
Shook, Hardy & Bacon
City Place 1
185 Asylum Street Suite 3701
Hartford, CT 06103
Tel: (860) 515-8901
jcraven@shb.com

***Counsel for Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2026, the foregoing Defendants' Request for a Prefiling

Status Conference was filed through the Court's electronic filing system ("ECF"), through

which the document is available for viewing and downloading from the ECF system, and a

copy of the filing will be sent electronically to all parties registered with the ECF system for

this case.


/s/ *Douglas A. Henderson*

Douglas A. Henderson