**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

CONSERVATION LAW FOUNDATION, INC.,

Plaintiff,

v.

SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC,

Defendants.

Case No: 3:21-cv-00933-VDO

September 9, 2026

**JOINT STATUS REPORT**

Pursuant to the Court's Order entered September 15, 2023 (ECF 286), Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Equilon Enterprises LLC d/b/a Shell Oil Products US, Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file this quarterly joint status report.

The Parties incorporate their prior joint reports by reference. The Parties' last biweekly Joint Discovery Status Report was filed February 2, 2026 (ECF 947). Based on its review of that Status Report, the Court's ordered that "the parties are no longer required to file biweekly joint discovery status reports." Order, Feb. 2, 2026 (ECF 948). The Parties last quarterly Joint Status Report was filed on June 9, 2026 (ECF 978), and the next quarterly Joint Status Report will be due on December 9, 2026.

# I. DISCOVERY CONDUCTED

## a. Document Discovery

### i. Productions

As of the date of this filing, Defendants have produced approximately 316,564 documents to Plaintiff across 70 volumes. Since the June 9, 2026 update, Defendants produced 74 documents across 2 volumes in line with the Parties discussions and agreements on the scope of supplementation under Rule 26(e). CLF produced a volume of documents on June 9, 2026 in compliance with the Court's order on CLF's privilege claims. *See* ECF 973.

**b. Depositions**

No updates. All fact and expert witness depositions are complete.

**c. Expert Discovery**

On May 18, 2026, the Court granted Defendants' Motion to Compel Production of Reliance Materials, ordering CLF to revise its responses and produce any artificial intelligence prompts and/or queries used by its expert, Dr. Oreskes, by June 1, 2026. *See* ECF 970. In response, CLF filed "Conservation Law Foundation Inc.'s Emergency Motion to Stay the Magistrate Judge's Order (ECF 970) Pending Resolution of Its Rule 72(a) Objections" (ECF 974). Alongside the motion to stay, CLF also filed "Conservation Law Foundation Inc.'s Objection to the Magistrate Judge's Order No. 970" (ECF 975-76). Defendants filed their opposition to the Motion to Stay (ECF 979); however, the Court granted the stay. Defendants also filed an opposition to CLF's Objection to Order (ECF 980-81). CLF then filed a reply to the Opposition to the Motion to Stay (ECF 982), and a reply to the Opposition to the Objection (ECF 986).

Expert discovery is otherwise complete.

**d. Requests for Admission**

No updates.

## II. REMAINING DEADLINES

As previously stated, CLF was ordered to produce artificial intelligence prompts used by its expert Naomi Oreskes by June 1, 2026 (ECF 970), but such production is currently subject to CLF's Motion to Stay (ECF 974) and Objection to Magistrate Judge Farrish's Order regarding the same (ECF 975-76).

The chart below contains all future deadlines that are governed by Court's revised Scheduling Order. *See* ECF 662.

| **Event** | **Old Deadline** | **New Deadline** |
|---|---|---|
| If any dispositive motions are filed, the joint trial memorandum will be due. | 30 days after the Court's decision on the last such motion. | 30 days after the Court's decision on the last such motion. |

The Court ordered the Parties to continue filing quarterly joint status reports, like this report, addressing all matters listed on pp. 5-6 of ECF No. 52 every three months through the filing of post-discovery dispositive motions. *See* ECF 382. Once a post-discovery dispositive motion has been filed, or a firm trial date has been set, no further status reports are required. *Id*. The next status report will be due Wednesday, December 9, 2026, unless a post-discovery dispositive motion has been filed.

## III. AMENDMENTS OR ADDITIONAL PARTIES

No update.

## IV. DISPOSITIVE MOTIONS

On October 21, 2025, the Parties filed their respective pre-filing statements regarding anticipated motions for summary judgment. The Parties filed their respective responses on November 14, 2025 after the Court granted an extension (ECF 875-79). The Court has scheduled a teleconference for November 23, 2026, regarding the Parties' respective pre-filing letter briefs in support of anticipated Motions for Summary Judgment (ECF 990). Discovery in this case closed on September 12, 2025, and the parties' respective Rule 702 motions are

fully briefed. Defendants will be ready to file their motions for summary judgment well before November 23 and believe that judicial economy would be served by an earlier teleconference. Accordingly, Defendants respectfully request a hearing date in mid to late October. Defendants raised this issue with CLF. CLF does not join any request to move up the November 23 conference, as CLF was not provided any good cause for such a request. CLF does not oppose Defendants' request and will defer to the Court's preference.

CLF requests clarification regarding the Court's instruction in its ECF 989 Order for the Parties to submit a joint notice on September 22 regarding "remaining claims in the Complaint following the most recent dispositive motion in this action." CLF believes the most recent dispositive motion in this matter was Defendants' Motion for Partial Summary Judgment, ECF 248, filed June 13, 2023. That motion was denied in full by Judge Meyer and did not narrow CLF's claims. *See* ECFs 303 & 305.

Defendants' position is that the Court's Order is not ambiguous, and the Parties should hold a meaningful meet and confer before submitting a joint report to the Court on September 22, as the Court ordered. To be clear, Judge Meyer's order is not the only order entered on dispositive motions in this case. Judge Merriam previously dismissed Counts XII and XIV against all Defendants and dismissed all claims but Count XIII against Defendant Motiva in her September 16, 2022 ruling on Defendants' Motion to Dismiss. *See* ECF 111.

## V. OUTSTANDING COURT DECISIONS

The Parties are awaiting ruling on Conservation Law Foundation Inc.'s Objection to the Magistrate Judge's Order No. 970 (ECF 975-76), Defendants' Opposition (ECF 980-81), and CLF's Reply (ECF 986).

## VI. REFERRAL FOR SETTLEMENT CONFERENCE

The Parties appeared for an in-person Court mediation with Judge Vatti on October 23, 2025, but the matter did not resolve the matters during that session. On November 20, 2025, the Parties continued discussions before Judge Vatti on the Connecticut case and the Providence case, but again did not resolve the matters. The Parties will participate in a telephonic status conference with Judge Vatti on September 14, 2026 (ECF 995 & 996).

Dated: September 9, 2026

Respectfully submitted,

*/s/ James Y. Meinert*
James Y. Meinert (ct31637)
Conservation Law Foundation, Inc.
62 Summer St
Boston, MA 02110
Tel: (617) 850-1744
E-mail: jmeinert@clf.org

Kristine S. Tardiff (phv208957)*
Conservation Law Foundation, Inc.
27 North Main Street
Concord, NH 03301
Tel: (603) 573-9144
E-mail: ktardiff@clf.org

Christopher M. Kilian (ct31122)
Anna M. Tadio (phv207130)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 223-5992
Tel: (802) 779-4621
E-mail: ckilian@clf.org
E-mail: atadio@clf.org

Chance Raymond (ct31311)
Chance the Lawyer, LLC
650 Poydras Street
Suite 1400 PMB #2574
New Orleans, LA 70130
Phone: 832-671-6381
E-mail: chancethelawyer@gmail.com

*/s/ Rose J. Jones* (with permission)
Rose J. Jones
Hilgers PLLC 1372
Peachtree Street, N.E. 19th
Floor
Atlanta, GA 30309
T: (678) 229-1983
rjones@hilgerslaw.com

Antonio E. Lewis
King & Spalding, LLP
300 S Tryon Street
Suite 1700
Charlotte, NC 28202
(704) 503-2551
alewis@kslaw.com

Douglas A. Henderson
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 572-2769
dhenderson@kslaw.com

James O. Craven (ct18790)
Shook, Hardy & Bacon
City Place 1
185 Asylum Street, Suite 3701
Hartford, CT 06103
T: 860.515.8901
jcraven@shb.com

Linda Singer (phv208339)
Elizabeth Smith (phv208361)*
Mimi Liu (phv208361)*
Devin Williams (phv208361)*
Motley Rice LLC
401 9th St. NW, Suite 630
Washington, DC 20004
Tel: (202) 386-9626
Tel: (202) 386-9627
Tel: (202) 386-9625
Tel: (202) 386-9628
Email: lsinger@motleyrice.com
Email: esmith@motleyrice.com
Email: mliu@motleyrice.com
Email: dwilliams@motleyrice.com

Michael Pendell (ct27656)
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Tel: (860) 218-2722
Email: mpendell@motleyrice.com

Ridge Mazingo (phv208402)*
Shalom Jacks (phv208834)*
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9620
Tel: (843) 216-9013
Email: rmazingo@motleyrice.com
Email: sjacks@motleyrice.com

Vincent Greene (phv208487)*
Motley Rice LLC
40 Westminster St., 5th Floor
Providence, RI 02903
Tel: 401 457-7730
Email: vgreene@motleyrice.com

David K. Mears (ct208829)
Tarrant, Gillies, & Shems LLP
44 East State Street
Montpelier, VT 05605
Tel: (802) 223-1112

Drew T. Bell (phv208721)*
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Tel: (512) 457-2000
Email: dbell@kslaw.com

*Counsel for Defendants*

Email: david@tarrantgillies.com

*Attorneys for Plaintiff Conservation Law Foundation, Inc.*

**Admitted as Visiting Attorney*