**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.,<br><br>Plaintiff,<br><br>v.<br>SHELL OIL COMPANY, EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, SHELL PETROLEUM, INC., TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC,<br><br>Defendants. | Case No: 3:21-cv-00933-VDO<br><br>September 22, 2026 |

**JOINT NOTICE**

Pursuant to the Court's Orders entered August 10, and September 10, 2026 (ECFs 989 and 998), Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff") and Defendants Equilon Enterprises LLC d/b/a Shell Oil Products US, Motiva Enterprises LLC, and Triton Terminaling LLC, (collectively "Defendants") file this joint notice regarding the remaining claims in this action.

CLF filed a Complaint on July 14, 2021, and an Amended Complaint on February 11, 2022. ECFs 1 and 47. The Amended Complaint contains 14 counts, each pled against all of the Defendants: Shell Oil Company, Equilon Enterprises LLC d/b/a Shell Oil Products US, Shell Petroleum, Inc., Triton Terminaling LLC, and Motiva Enterprises LLC's. Judge Merriam previously dismissed Counts XII and XIV against all Defendants and dismissed all claims but Count XIII against Defendant Motiva in her September 16, 2022 ruling on Defendants' Motion to Dismiss. *See* ECF 111. CLF voluntarily dismissed its claims against Shell USA, Inc. (f/k/a/ Shell Oil Company) and Shell Petroleum, Inc. on February 11, 2025, pursuant to the Parties joint

stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF 527. The most recent dispositive motion in this matter was Defendants' Motion for Partial Summary Judgment, ECF 248, filed June 13, 2023, which sought dismissal of Counts I – IX as to all Defendants. Judge Meyer denied that motion. *See* ECFs 303 & 305.

The claims remaining in this matter against Equilon Enterprises LLC d/b/a Shell Oil Products US, and Triton Terminaling LLC are Counts I – XI and XIII. The claim remaining in this matter against Motiva Enterprises LLC is Count XIII.

Dated: September 22, 2026

Respectfully submitted,

*/s/ James Y. Meinert*
James Y. Meinert (ct31637)
Conservation Law Foundation, Inc.
62 Summer St
Boston, MA 02110
Tel: (617) 850-1744
E-mail: jmeinert@clf.org

Kristine S. Tardiff (phv208957)*
Conservation Law Foundation, Inc.
27 North Main Street
Concord, NH 03301
Tel: (603) 573-9144
E-mail: ktardiff@clf.org

Christopher M. Kilian (ct31122)
Anna M. Tadio (phv207130)*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 223-5992
Tel: (802) 779-4621
E-mail: ckilian@clf.org
E-mail: atadio@clf.org

*/s/ Rose J. Jones* (with permission)
Rose J. Jones
Hilgers PLLC
1372 Peachtree Street, N.E. 19th Floor
Atlanta, GA 30309
T: (678) 229-1983
rjones@hilgerslaw.com

Antonio E. Lewis
King & Spalding, LLP
300 S Tryon Street Suite 1700
Charlotte, NC 28202
(704) 503-2551
alewis@kslaw.com

Douglas A. Henderson
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 572-2769
dhenderson@kslaw.com

James O. Craven (ct18790)
Shook, Hardy & Bacon

Chance Raymond (ct31311)
Chance the Lawyer, LLC
650 Poydras Street
Suite 1400 PMB #2574
New Orleans, LA 70130
Phone: 832-671-6381
E-mail: chancethelawyer@gmail.com

Linda Singer (phv208339)
Elizabeth Smith (phv208361)*
Mimi Liu (phv208361)*
Devin Williams (phv208361)*
Motley Rice LLC
401 9th St. NW, Suite 630
Washington, DC 20004
Tel: (202) 386-9626
Tel: (202) 386-9627
Tel: (202) 386-9625
Tel: (202) 386-9628
Email: lsinger@motleyrice.com
Email: esmith@motleyrice.com
Email: mliu@motleyrice.com
Email: dwilliams@motleyrice.com

Michael Pendell (ct27656)
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Tel: (860) 218-2722
Email: mpendell@motleyrice.com

Ridge Mazingo (phv208402)*
Shalom Jacks (phv208834)*
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9620
Tel: (843) 216-9013
Email: rmazingo@motleyrice.com
Email: sjacks@motleyrice.com

Vincent Greene (phv208487)*
Motley Rice LLC
40 Westminster St., 5th Floor
Providence, RI 02903
Tel: 401 457-7730

City Place 1
185 Asylum Street, Suite 3701
Hartford, CT 06103
T: 860.515.8901
jcraven@shb.com

Drew T. Bell (phv208721)*
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Tel: (512) 457-2000
Email: dbell@kslaw.com

*Counsel for Defendants*

Email: vgreene@motleyrice.com

David K. Mears (ct208829)
Tarrant, Gillies, & Shems LLP
44 East State Street
Montpelier, VT 05605
Tel: (802) 223-1112
Email: david@tarrantgillies.com

*Attorneys for Plaintiff Conservation Law Foundation, Inc.*

**Admitted as Visiting Attorney*