**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CONSERVATION LAW FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>SHELL OIL COMPANY, ET AL.,<br><br>Defendants. | CASE NO. 3:21-CV-00933 (VDO) |

**CONSENT MOTION TO EXCUSE ATTORNEY CRAVEN**
**FROM NOVEMBER 3, 2026 HEARING**

Defendants Equilon Enterprises LLC d/b/a Shell Oil Products US, Motiva Enterprises LLC, and Triton Terminaling LLC respectfully request this Court to excuse Attorney James O. Craven from having to attend the November 3, 2026 hearing.

Attorney Craven is in the middle of a jury trial in state court and evidence is scheduled to occur on November 3, 2026 and therefore has a conflict with attending this hearing and requests to be excused. Defendants’ other counsel are available to attend and will be prepared to argue on November 3, 2026. There is good cause to grant this motion and the Plaintiff, Conservation Law Foundation, has consented to this request.

The Defendants respectfully request the Court grant this motion.

Dated: October 30, 2026

Respectfully submitted,

By: */s/ James O. Craven*

James O. Craven, Esq. (ct18790)
SHOOK, HARDY & BACON L.L.P.
185 Asylum Street
City Place I, Suite 3701
Hartford, CT 06103
T: 860-515-8901
F: 860-515-8911
JCraven@shb.com

Douglas A. Henderson (phv05547)
Carmen R. Toledo (phv20194)
KING & SPALDING LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309
T: 404-572-4600
DHenderson@kslaw.com
CToledo@kslaw.com

Antonio E. Lewis (phv03069)
KING & SPALDING LLP
300 S Tryon Street, Suite 1700
Charlotte, NC 28202
T: 704-503-2600
ALewis@kslaw.com

Rose J. Jones (phv208026)
Hilgers Graben PLLC
1372 Peachtree Street, NE 19th Floor
Atlanta, GA 30309
T: 678-229-1983
RJones@hilgersgraben.com

Drew T. Bell (phv208721)
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
T: 512-457-2000
DBell@kslaw.com

***Counsel for the Defendants***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 30th day of October 2026, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *James O. Craven*
James O. Craven