UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
CIVIL STANDARD MINUTES

Date November 3, 2026

Conservation Law Foundation, Inc.

Vs.

Shell Oil Co, et al.

Start Time 2:03 pm End Time 3:35 pm

Recess (if more than ½ hr) ________ to ________

Total Time 1 hour(s) 32 minute(s)

Case # 3:21-cv-00933-VDO

Honorable Judge Vernon D. Oliver

Deputy Clerk Nicola Kelsey

Counsel for Pla(s) Vincent Greene, Michael Pendell

Counsel for Dft(s) Drew Bell, Rose Jones

Reporter/ECRO/Courtsmart Corinne Thomas

Interpreter ________ Language ________

Hearing held ☑ in person ☐ by video ☐ by telephone

HEARING AND TIME

| | | |
|---|---|---|
| ■ Motion/Oral Argument 92 min | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ■ Other: See below* ____ |

MOTIONS

☐ Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due ________ ☐ Proposed Findings due ________ Response due ________
☐ Status report due ________
☐ Hearing continued until ________ at ________

NOTES

***Oral argument re ECF 975 Objections to ECF 970 Order**
**Additional Deadlines to be set in subsequent order**

Rev. 3/21/24