# Exhibit A

# INVOICE

**ALEXANDER A. KAUROV**
**( OMNISCOPE LLC )**

[redacted]

**CUSTOMER NAME**

Dr. Naomi Oreskes

**BILLABLE HOURS RELATED TO THE PROJECT**

Conservation Law Foundation, Inc. v. Equilon Enterprises LLC D/B/A Shell Oil Products US, Triton Terminaling LLC, and Motiva Enterprises LLC; Case No: 3:21-cv-00933-VDO

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| Week of 03/30/25 | Research of historical documents | 5 | [redacted] USD / hour | [redacted] |
| Week of 04/06/25 | Research of IPCC documents related to SLR | 10 | [redacted] USD / hour | [redacted] |
| Week of 04/13/25 | Computationally assisted document research | 16 | [redacted] USD / hour | [redacted] |
| Week of 04/20/25 | Computationally assisted document research | 8 | [redacted] USD / hour | [redacted] |
| Week of 04/27/25 | Computationally assisted document research | 8 | [redacted] USD / hour | [redacted] |
| Week of 05/04/25 | Computationally assisted document research | 5 | [redacted] USD / hour | [redacted] |
| Week of 06/22/25 | Computationally assisted document research | 2 | [redacted] USD / hour | [redacted] |
| Week of 06/29/25 | Computationally assisted document research | 2 | [redacted] USD / hour | [redacted] |
| Week of 07/06/25 | Computationally assisted document research | 3 | [redacted] USD / hour | [redacted] |
| Week of 07/13/25 | Computationally assisted document research | 3 | [redacted] USD / hour | [redacted] |
| | | | **TOTAL** | [redacted] |