# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CONSERVATION LAW FOUNDATION, INC., Plaintiff,

vs.

EQUILON ENTERPRISES LLC (d/b/a SHELL OIL PRODUCTS US), SHELL OIL COMPANY, SHELL PETROLEUM, INC., SHELL TRADING (US) COMPANY, MOTIVA ENTERPRISES, LLC, and TRITON TERMINALING LLC,

Defendants.

Case No. 1:17-cv-00396-JJM-PAS

WEDNESDAY, SEPTEMBER 23, 2026

Remote Videotaped Deposition of DEBORAH FRENCH-MCCAY, Ph.D., taken pursuant to notice and conducted at the location of the witness, commencing at 9:29 a.m. EDT, on the above date, stenographically reported by Jennifer A. Dunn, Registered Merit Reporter, Certified Realtime Reporter, California Certified Shorthand Reporter, Illinois Certified Shorthand Reporter, Missouri Certified Court Reporter, and Texas Certified Shorthand Reporter.

Job No. MDLG8460009

Page 34

A He's a computer programmer.
Q What role did he have in preparation of your expert report?
A He helped by writing some computer code to pull data out of the out model outputs and help us with making maps.
Q Did he review documents in preparation of your expert report?
A No, he didn't.
Q Next we have Donald Moretti.
What are his areas of expertise?
A He manages the computer software group. He's a computer scientist engineer.
Q What role did he have in preparation of your expert report?
A He's the one that manages the cloud computing services, and so he helped set up that cloud account and he manages the billing for that.
Q So is it fair to say that he would have reviewed the data and calculations that were provided to CLF that were used in the modeling in your expert report?
MR. BELL: Object to the form.
THE WITNESS: No, he didn't review any data. In fact, I don't believe he would even have the log-in.

Page 35

MS. JACKS: Okay.
THE WITNESS: He just set it up, the mechanics of this Azure account.
BY MS. JACKS:
Q Okay. All right. Next we have Cheryl Morse.
What are her areas of expertise?
A She's a computer scientist engineer. Computer engineer.
Q And what role does she have in preparation of your expert report?
A She maintains our computer codes for the models. And so she helped us with reading outputs that we needed to make maps and tables of the results.
Q Thank you.
Next we have Saied Saiedi. Again, please correct me if I mispronounce his name.
What are -- what are his areas of expertise?
A He's a coastal engineer.
Q And what role did he have in drafting your expert report?
A He had no role in drafting my report.
Q What role did he have in helping prepare your expert report?
A I had asked him to review Nairn's report with respect to coastal engineering discussions in that report

Page 36

and based -- just on the phone. I had some discussions with him about what was in Nairn's report.
Q And with respect to your discussions with him concerning Nairn's report, what specifically were you discussing with him?
MR. BELL: And I'll object that the discussions with employees are not discoverable under the parties' agreement. I'll instruct the witness not to answer that.
BY MS. JACKS:
Q Moving on. Fei Xing is listed.
I believe this person is also listed in the prefaces to Appendix A, which we'll get into later, in the body of your expert report.
What are his or her areas of expertise?
A She is a hydrodynamic modeler and physical scientist that works in my office, and she's the person that physically ran the model, the hydrodynamic and wave models for the storm surge modeling that we did.
Q Are you expecting to do any additional work related to this project?
A I'm expecting that I will have to review my deposition, but other than that, I don't know of anything else at this point.
Q Do you plan to be at trial to provide testimony

Page 37

if this case should go to trial?
A If I'm asked to do that, I would do that.
Q And please provide any additional billing in advance of the trial to counsel so that they can provide that to us.
What are -- is there a specific rate that you are getting paid by Tetra Tech for this deposition?
A No.
MR. BELL: Object to the form.
THE WITNESS: No. I'm paid a salary and that's it.
MS. JACKS: Okay. I think we've been going for nearly an hour. Let's take a five-minute break and come back.
THE VIDEOGRAPHER: Off record. The time is 10:20.
(Recess taken from 10:20 to 10:30 a.m.)
THE VIDEOGRAPHER: Back on record. The time is 10:30.
MS. JACKS: So let's go ahead and introduce for the record, and Dr. French-McCay's expert report, and mark it as Exhibit 3, please.
(Exhibit 3 marked for identification.)