**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

CONSERVATION LAW FOUNDATION, INC.,

Plaintiff,

v.

EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, TRITON TERMINALING LLC, and MOTIVA ENTERPRISES LLC,

Defendants.

Case No: 3:21-cv-00933-VDO

June 10, 2026

**DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S SUPPLEMENTAL RESPONSE REGARDING DR. KAUROV'S USE OF AI, AS REFERENCED DURING ORAL ARGUMENT PURSUANT TO ORDER ECF NO. 1026**

Defendants respectfully ask this Court for leave to file a brief response of no more than 3 pages to Plaintiff's Supplemental Response Regarding Dr. Kaurov's Use of AI, as Referenced During Oral Argument Pursuant to Order ECF No. 1026. With the Court's permission, Defendants would file a short response to address two issues in Plaintiff's Supplemental Response: (1) Plaintiff and Dr. Kaurov's failure to offer any reason why the AI prompts and outputs Professor Oreskes used to form her opinions as part of her methodology are not discoverable; and (2) a response to Plaintiff's additional argument regarding the scope of the Rule 29 agreement.

Dated: November 19, 2026

Respectfully submitted,

/s/ Drew T. Bell
Drew T. Bell (phv208721)
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800

Austin, TX 78701
Tel: (512) 457-2000
dbell@kslaw.com

Antonio E. Lewis (phv03069)
King & Spalding, LLP
300 S Tryon Street Suite 1700
Charlotte, NC 28202
Tel: (704) 503-2551
alewis@kslaw.com

Douglas A. Henderson (phv05547)
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 572-2769
dhenderson@kslaw.com

James O. Craven (ct18790)
Shook, Hardy & Bacon
City Place 1
185 Asylum Street Suite 3701
Hartford, CT 06103
Tel: (860) 515-8901
jcraven@shb.com

Rose J. Jones (phv208026)
Hilgers PLLC
1372 Peachtree Street, N.E., 19th Floor
Atlanta, GA 30309
Tel: (678) 229-1983
rjones@hilgerslaw.com

Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2026 a copy of the foregoing DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S SUPPLEMENTAL RESPONSE REGARDING DR. KAUROV'S USE OF AI, AS REFERENCED DURING ORAL ARGUMENT PURSUANT TO ORDER ECF NO. 1026 was filed through the Court's electronic filing system ("ECF"), by which means the document is available for viewing and downloading from the ECF system and a copy of the filing will be sent electronically to all parties registered with the ECF system.

/s/ Drew T. Bell
Drew T. Bell (phv208721)
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Tel: (512) 457-2000
dbell@kslaw.com