AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

Conservation Law Foundation, Inc.
*Plaintiff*
v.
Equilon Enterprises LLC et al.
*Defendant*

Case No. 3:21-cv-00933-VDO

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US, TRITON TERMINALING LLC, and MOT .

Date: 11/20/2026

*Attorney's signature*

Tracie J. Renfroe TX Bar 16777000
*Printed name and bar number*

King & Spalding LLP
1100 Louisiana St.
Suite 4100
Houston, TX, 77002
*Address*

trenfroe@kslaw.com
*E-mail address*

(713) 751-3214
*Telephone number*

(713) 751-3290
*FAX number*