# UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL STANDARD MINUTES

Date November 23, 2026

Conservation Law Found

Vs.

Shell Oil Co., et al.

Start Time 2:05 End Time 3:20

Recess (if more than ½ hr) ________ to ________

Total Time ________ hour(s) 75 minute(s)

Case # 3:21cv933 (VDO)

Honorable Judge Vernon D. Oliver

Deputy Clerk ________

Counsel for Pla(s) V. Greene/M. Pendell/J. Meinert*

Counsel for Dft(s) D. Bell/J. Craven/T.J. Renfroe

Reporter/ECRO/Courtsmart Corinne Thomas

Interpreter ________ Language ________

Hearing held ☐ in person ☐ by video ☑ by telephone

### HEARING AND TIME

| | | |
|---|---|---|
| ☐ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ■ Other: pre-filing conference 75 |

### MOTIONS

☐ Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due ________ ☐ Proposed Findings due ________ Response due ________
☐ Status report due ________
☐ Hearing continued until ________ at ________

### NOTES

*Plaintiff's counsel continued: C. Kilian, K.S. Tardiff

Deadlines to be set in separate order on the docket.

Rev. 3/21/24